IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>George Leus,<br>C.A. No. CV-15-1623-PHX-DGC<br><br>George Leus,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>C.R. Bard, Inc., et al.,<br><br>　　　　　Defendant(s) | **MDL Docket No. 15-2641**<br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Western District of Missouri 4:13 cv 585) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

| | |
|---|---|
| August 21, 2015<br>　　　Date | BRIAN D. KARTH<br>DCE/Clerk of Court<br><br>s/M. Pruneau<br>　　Deputy Clerk |