IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Gary Milton, <br>C.A. No. CV-15-1627-PHX-DGC <br>_____ <br><br>Denise Ocasio, et al., <br><br>           Plaintiff(s), <br><br>v. <br><br>C.R. Bard, Inc., et al., <br><br>           Defendant(s) | **MDL Docket No. 15-2641** <br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Middle District of Florida 8:13 cv 1962) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 21, 2015                                             BRIAN D. KARTH
     Date                                                            DCE/Clerk of Court

                                                                            s/M. Pruneau
                                                                              Deputy Clerk