IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, )<br>)<br>) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Albert Miller, ) | **MDL Docket No. 15-2641** |
| C.A. No. CV-15-1639-PHX-DGC ) | |
| ──────────────────────────── ) | |
| ) | |
| Albert Miller, ) | **NOTICE** |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| C.R. Bard, Inc., et al., ) | |
| ) | |
| Defendant(s) ) | |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Middle District of Tennessee 3:15-cv-533) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

| | |
|---|---|
| August 21, 2015 | BRIAN D. KARTH |
| Date | DCE/Clerk of Court |
| | |
| | s/M. Pruneau |
| | Deputy Clerk |