IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Joseph Rowe, <br>C.A. No. CV-15-1641-PHX-DGC <br>_____ <br><br>Joseph Rowe, <br><br>          Plaintiff(s), <br><br>v. <br><br>C.R. Bard, Inc., et al., <br><br>          Defendant(s) | **MDL Docket No. 15-2641** <br><br><br><br>**NOTICE** |

    **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly District of New Mexico 1:15-cv-173) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 24, 2015                     BRIAN D. KARTH
    Date                                DCE/Clerk of Court

                                              s/M. Pruneau
                                                 Deputy Clerk