IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Alice Jackson, et al., C.A. No. CV-15-1649-PHX-DGC | ) ) ) | **MDL Docket No. 15-2641** |
| | ) | |
| Alice Jackson, et al., | ) ) | **NOTICE** |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| C.R. Bard, Inc., et al., | ) ) | |
| Defendant(s) | ) | |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of Illinois 1:14-cv-4080) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 24, 2015                                     BRIAN D. KARTH
       Date                                                  DCE/Clerk of Court

                                                        s/M. Pruneau
                                                           Deputy Clerk