IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Marcia Roeder,<br>C.A. No. CV-15-1655-PHX-DGC<br><br>Marcia Roeder,<br><br>        Plaintiff(s),<br><br>v.<br><br>C.R. Bard, Inc., et al.,<br><br>        Defendant(s) | **MDL Docket No. 15-2641**<br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of Ohio 3:15-cv-858) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 24, 2015                              BRIAN D. KARTH
    Date                                         DCE/Clerk of Court

                                                        s/M. Pruneau
                                                           Deputy Clerk