IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
IN RE BARD IVC FILTERS PRODUCTS   )
LIABILITY LITIGATION,             )
                                  )
THIS DOCUMENT RELATES TO:         )
                                  )
Dawn Merritt,                     )    MDL Docket No. 15-2641
C.A. No. CV-15-1644-PHX-DGC       )
                                  )
_____)
                                  )
Dawn Merritt,                     )           NOTICE
                                  )
            Plaintiff(s),         )
                                  )
v.                                )
                                  )
C.R. Bard, Inc., et al.,          )
                                  )
            Defendant(s)          )
_____)
```

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Western District of New York 1:14-cv-917) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 24, 2015                     BRIAN D. KARTH
      Date                          DCE/Clerk of Court

                                    s/M. Pruneau
                                       Deputy Clerk