IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) Mary Jo Anderson, ) C.A. No. CV-15-1663-PHX-DGC ) ) Mary Jo Anderson, ) ) Plaintiff(s), ) ) v. ) ) Bard Peripheral Vascular, Inc. ) et al., ) ) Defendant(s) ) | **MDL Docket No. 15-2641** **NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Wisconsin 1:15-cv-574 is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 17, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 24, 2015               BRIAN D. KARTH
        Date                  DCE/Clerk of Court

                              s/M. Pruneau
                                 Deputy Clerk