IN RE: BARD IVC FILTERS PRODUCTS  
LIABILITY LITIGATION                                     MDL No. 2641

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| ALN | 5 | 15–00787 | Parker v. CR Bard Inc et al |

**CALIFORNIA CENTRAL**

| CAC | 2 | 15–04213 | Melonee Murray et al v. C. R. Bard, Inc. et al |
| CAC | 2 | 15–04494 | Debra Castellano v. C.R. Bard Inc et al |

**CALIFORNIA EASTERN**

| CAE | 2 | 15–01418 | Cronan et al v. C.R. Bard, Inc. et al |

**FLORIDA MIDDLE**

| FLM | 8 | 15–01557 | Noterman v. C. R. Bard, Inc. et al |

**GEORGIA NORTHERN**

| GAN | 1 | 12–01288 | Cason et al v. C.R. Bard, Inc. et al |
| GAN | 1 | 13–00515 | Coker et al v. C.R. Bard, Inc. et al |

**KANSAS**

| KS | 2 | 15–09134 | Blacketer v. Bard Peripheral Vascular, Inc. et al |

**MISSISSIPPI SOUTHERN**

| MSS | 3 | 15–00403 | Geter v. C.R. Bard, Inc. et al |

**NEW JERSEY**

| NJ | 2 | 15–01892 | HOUGH et al v. C.R. BARD, INC. et al |

**NEW YORK EASTERN**

| NYE | 2 | 14–04942 | |

|  |  |  | Deserio−Mintz et al v. C.R. BARD, INC., a foreign corporation et al |

TEXAS EASTERN

| TXE | 1 | 13−00633 | Smith v. C.R. Bard, Inc. et al |

TEXAS NORTHERN

| TXN | 3 | 14−00133 | Fox v. Bard Peripheral Vascular Inc et al |
| TXN | 5 | 14−00030 | Pickard v. C.R. Bard, Inc et al |

TEXAS WESTERN

| TXW | 5 | 15−00544 | Castillo v. C.R. Bard, Inc. et al |