IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| Jason Pickard,<br>C.A. No. CV-15-1708-PHX-DGC | )   **MDL Docket No. 15-2641** ) ) |
| Jason Pickard, | )            **NOTICE** ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| C R Bard, Inc., et al., | ) ) |
| Defendant(s) | ) |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of Texas 5:14-cv-30) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 26, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 28, 2015             BRIAN D. KARTH
     Date                        DCE/Clerk of Court

                             s/M. Pruneau
                               Deputy Clerk