IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Heather Blacketer, <br> C.A. No. CV-15-1717-PHX-DGC <br><br> Heather Blacketer, <br><br>    Plaintiff(s), <br><br> v. <br><br> C R Bard, Inc., et al., <br><br>    Defendant(s) | **MDL Docket No. 15-2641** <br><br><br> **NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly District of Kansas 2:15-cv-9134) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 26, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 28, 2015                         BRIAN D. KARTH
     Date                                DCE/Clerk of Court

                                         s/M. Pruneau
                                            Deputy Clerk