IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Christopher Cronan, et al., ) | **MDL Docket No. 15-2641** |
| C.A. No. CV-15-1719-PHX-DGC ) | |
| ——————————————— ) | |
| ) | |
| Christopher Cronan, et al., ) | **NOTICE** |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| C R Bard, Inc., et al., ) | |
| ) | |
| Defendant(s) ) | |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of California 2:15-cv-1418) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 26, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 28, 2015
        Date

BRIAN D. KARTH
DCE/Clerk of Court

s/M. Pruneau
        Deputy Clerk