IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>Melonee Murray, et al.,<br>C.A. No. CV-15-1720-PHX-DGC<br><br>Melonee Murray, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>C R Bard, Inc., et al.,<br><br>    Defendant(s) | **MDL Docket No. 15-2641**<br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Central District of California 2:15-cv-4213) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 26, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

August 28, 2015                             BRIAN D. KARTH
        Date                                DCE/Clerk of Court

                                            s/M. Pruneau
                                                Deputy Clerk