IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>David Shackleford, <br>C.A. No. CV-15-1741-PHX-DGC <br><br>David Shackleford, <br><br>Plaintiff(s), <br><br>v. <br><br>C R Bard, Inc., et al., <br><br>Defendant(s) | **MDL Docket No. 15-2641** <br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly District of Maryland 1:15-cv-2278) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed August 27, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

September 1, 2015                    BRIAN D. KARTH
        Date                                    DCE/Clerk of Court

                                        s/M. Pruneau
                                           Deputy Clerk