IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
                FILED        LODGED
                RECEIVED     COPY

                SEP 01 2015

                CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
                BY                DEPUTY
```

| | |
|---|---|
| Plaintiff(s)/Petitioner(s),<br>vs<br>IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITGATION<br><br>Defendant(s)/Respondent(s) | CASE NO: MDL-15-02641-PHX-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Thomas Wm. Arbon**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **See Attached Exhibit "A" - List of Plaintiffs Represented**.

**City and State of Principal Residence:** Dallas, Texas
**Firm Name:** Law Offices of Ben C. Martin
**Address:** 3219 McKinney Avenue    **Suite:** 100
**City:** Dallas    **State:** TX    **Zip:** 75204
**Firm/Business Phone:** (214) 761-6614
**Firm Fax Phone:** (214) 744-7590    **E-mail Address:** tarbon@bencmartin.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| USDC Northern District of Texas | 08/28/2015 | ✓ Yes | ☐ No* |
| USDC Middle District of Florida | 04/24/2014 | ✓ Yes | ☐ No* |
| USDC Eastern District of Wisconsin | 01/07/2015 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| 2:15-cv-01945 | David L. Sizemore vs. C.R. Bard, et. al. | 04/16/2015 |
| 3:14-cv-00279 | Tonya Munson vs. C.R. Bard, et. al. | 05/29/2015 |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8/31/15                              [signature]
**Date**                              **Signature of Applicant**
**Fee Receipt #** PHX162445                                (Rev. 04/12)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 2641            IN RE:         BARD IVC FILTERS PRODUCT LIABILITY
                                       LITIGATION

LIST OF PLAINTIFFS REPRESENTED BY
THE LAW OFFICES OF BEN C. MARTIN

| Case Captions | Court | Civil Action No. |
| --- | --- | --- |
| **Plaintiff:** Melissa Ebert | Eastern District of Pennsylvania | 5:12-cv-12-01253 |
| **Plaintiffs:** Angela Henley, and Humana Insurance Company | Eastern District of Wisconsin | 2:14-cv-00059 |
| **Plaintiff:** Mary Jo Anderson | Eastern District of Wisconsin, Green Bay Division | 1:15-cv-00574 |
| **Plaintiff:** Luis Castillo | Western District of Texas, San Antonio Division | 5:15-cv-00544 |
| **Plaintiffs:** Charles Conn, and Alyssa Conn | Southern District of Texas, Houston Division | 4:14-cv-00298 |
| **Plaintiffs:** Erica Cornado and Juanita Coronado | Southern District of Texas, Corpus Christi Division | 2:15-cv-00205 |
| **Plaintiffs:** Christopher Cronan, Jeanette Lee Cronan, and Shannon Cronan-Castellanoes | Eastern District of California; Sacramento Division | 2:15-cv-00740 |
| **Plaintiff:** Carol Kruse | District Court of Nebraska | 8:15-cv-00108 |
| **Plaintiffs:** Homer McClarty, and Vicki Rivera | Eastern District of Michigan, Southern Division | 2:14-cv-13627 |
| **Plaintiff:** Gary Milton | Middle District of Georgia, Macon Division | 5:14-cv-00351 |

| **Plaintiff:**<br>Tonya Munson | Northern District of Mississippi, Oxford Division | 3:14-cv-279 |
|---|---|---|
| **Plaintiffs:**<br>Denise Ocasio<br>Carmelo Ocasio | Middle District of Florida, Tampa Division | 8:13-cv-01962 |
| **Plaintiffs:**<br>Carole Peterson<br>Richard Peterson | Middle District of Louisiana | 3:13-cv-00528 |
| **Plaintiff:**<br>Joseph Rowe | District of New Mexico | 1:15-cv-00173 |
| **Plaintiff:**<br>David Sizemore | Central District of California; Western Division, Los Angeles | 2:15-cv-01945 |
| **Plaintiffs:**<br>Alice Jackson<br>Anthony Jackson | Northern District of Illinois, Chicago Division | 1:14-cv-04080 |
| **Plaintiff:**<br>Debra Branch | Northern District of Texas, Dallas Division | 3:15-cv-01131 |
| **Plaintiff:**<br>Marcia Roeder | Northern District of Ohio, Western Division | 3:15-cv-858 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## THOMAS W ARBON

Bar Number:            Date of Admission:

01284275               03/07/1989

Witness my official signature and the seal of this court.

Dated: 8/28/15

Karen Mitchell,
Clerk of Court

By: Nina Mendez
Deputy Clerk