IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS  　　　　　　　　Case No. 15-md-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION 　　　　　　　MDL No. 2641

This Document Relates to:
　　4:14-cv-00298-PHX-DGC

## NOTICE OF APPEARANCE

To:　　The Clerk of Court and all parties of record:

　　The undersigned, Ben Martin and Thomas Wm. Arbon, have been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

　　Plaintiffs Charles Conn and Alyssa Conn.

Dated: September 9, 2015　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　　　Ben C. Martin, Bar No. 13052400
　　　　　　　　　　　　　　　　　　　　Thomas Wm. Arbon, Bar No. 01284275
　　　　　　　　　　　　　　　　　　　　**The Law Office of Ben C. Martin**
　　　　　　　　　　　　　　　　　　　　3219 McKinney Avenue
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75204
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 761-6614
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 744-7590
　　　　　　　　　　　　　　　　　　　　bmartin@bencmartin.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of September, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 */s/ Ben C. Martin*
                                                 Ben C. Martin