IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 15-md-02641-PHX-DGC<br>MDL No. 2641 |

This Document Relates to:
    3:15-cv-858-PHX-DGC

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    The undersigned, Ben Martin and Thomas Wm. Arbon, have been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

    Plaintiff Marcia Roeder.

Dated: September 9, 2015        */s/ Ben C. Martin*
                                                  Ben C. Martin, Bar No. 13052400
                                                  Thomas Wm. Arbon, Bar No. 01284275
                                                  **The Law Office of Ben C. Martin**
                                                  3219 McKinney Avenue
                                                  Dallas, TX 75204
                                                  Telephone: (214) 761-6614
                                                  Facsimile: (214) 744-7590
                                                  bmartin@bencmartin.com

                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
