IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No. 15-02641-PHX-DGC
MDL No. 2641

This Document Relates to:
    5:12-cv-12-01253-PHX-DGC

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff Melissa Ebert.

Dated: September 9, 2015        */s/ Thomas Wm. Arbon*
                                              Thomas Wm. Arbon, State Bar No. 01284275
                                              **The Law Office of Ben C. Martin**
                                              3219 McKinney Avenue
                                              Dallas, TX 75204
                                              Telephone: (214) 761-6614
                                              Facsimile: (214) 744-7590
                                              tarbon@bencmartin.com

                                              *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
