## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Plaintiff(s)/Petitioner(s),** | **CASE NO:** MDL-15-02641-PHX-DGC |
| vs. | |
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | **Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)** |
| **Defendant(s)/Respondent(s)** | |

### NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Kevin G. Lohman _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. - See Ex. A.

City and State of Principal Residence:   Los Angeles, California

Firm Name:   REED SMITH LLP

Address:   355 South Grand Avenue            Suite:   2900

City:   Los Angeles        State:   CA    Zip:   90071

Firm/Business Phone:   ( 213 ) 457-8000

Firm Fax Phone:   ( 213 ) 457-8080    E-mail Address:   klohman@reedsmith.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| California Supreme Court | 12/04/2002 | ✓ Yes    ☐ No* |
| USDC, Central District of California | 01/08/2004 | ✓ Yes    ☐ No* |
| USDC, Southern District of California | 10/24/2006 | ✓ Yes    ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| **Case Number** | **Title of Action** | **Date Granted or Denied*** |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

September 14, 2015 _____    _____ [signature]

**Date**    **Signature of Applicant**

**Fee Receipt #** _____    (Rev. 04/12)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Plaintiff(s)/Petitioner(s),** | **CASE NO.:** MDL 15-02641-PHX-DGC |
| vs. | ___Attachment___ **to Application for Admission to Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)** |
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | |
| **Defendant(s) / Respondent(s)** | |

**ATTACHMENT TO PRO HAC VICE APPLICATION OF KEVIN G. LOHMAN – ADMISSIONS TO COURTS:**

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING | |
|---|---|---|---|
| USDC, Eastern District of California | 01/08/2007 | ☒ Yes | ☐ No |
| USDC, Northern District of California | 07/19/2013 | ☒ Yes | ☐ No |
| | | ☐ Yes | ☐ No |

**BEFORE THE UNITED STATUS JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**


IN RE:        **BARD IVC FILTERS PRODUCT**              MDL No.:  MDL 2641
              **LIABILITY LITIGATION**


**LIST OF DEFENDANTS REPRESENTED BY
KEVIN G. LOHMAN OF REED SMITH LLP**

| Case Caption | Court | Civil Action No. |
|---|---|---|
| Debra Castellano v. C.R. Bard, Inc.; Bard Peripheral Vascular, Inc. | Central District of California | 2:15-cv-04494 |
| Melonee Murray and John Murray v. C.R. Bard, Inc.; Bard Peripheral Vascular, Inc. | Central District of California | 2:15-cv-04213 |
| David L Sizemore v. C.R. Bard, Inc.; Bard Peripheral Vascular, Inc. | Central District of California | 2:15-cv-01945 |

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Acting Clerk of this Court, certify that

Kevin George Lohman , Bar No. 222678

was duly admitted to practice in this Court on January 8, 2004
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on September 9, 2015
Date

KIRY K. GRAY
Acting Clerk of Court

Lupe Thrasher , Deputy Clerk

G-52 (08/15)                     CERTIFICATE OF GOOD STANDING - BAR MEMBER