# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**Plaintiff(s)/Petitioner(s),**
vs.

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

**Defendant(s)/Respondent(s)**

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Michael K. Brown, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. - See Ex. A.

**City and State of Principal Residence:** Los Angeles, California
**Firm Name:** REED SMITH LLP
**Address:** 355 South Grand Avenue        **Suite:** 2900
**City:** Los Angeles        **State:** CA        **Zip:** 90071
**Firm/Business Phone:** (213) 457-8000
**Firm Fax Phone:** (213) 457-8080        **E-mail Address:** mkbrown@reedsmith.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| California Supreme Court | 12/03/1982 | ✓ Yes  ☐ No* |
| USDC, Northern District of California | 12/03/1982 | ✓ Yes  ☐ No* |
| USDC, Southern District of California | 09/16/1993 | ✓ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| 2:14-cv-01834 | Deidra King v. Medtronic, Inc., et al. | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

September 14, 2015
**Date**
**Signature of Applicant**

**Fee Receipt #** _____
(Rev. 04/12)

**In re Bard IVC Filters Products Liability Litigation**
Case No.: MDL 15-02641-PHX-DGC

## ATTACHMENT A

Re: MICHAEL KEVIN BROWN's Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LR Civ 83.1(b)(2)

Applicant was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts of other states on the dates indicated for each, and *is presently a member in good standing* of the bars of said Courts:

| **Court** | **Date Admitted** | *Bar Number* |
|---|---|---|
| California State Bar | December 3, 1982 | 104252 |
| Northern District of California | December 3, 1982 | n/a |
| Southern District of California | September 16, 1993 | n/a |
| Eastern District of California | October 12, 1993 | n/a |
| Central District of California | June 1, 1994 | n/a |
| U.S. Court of Appeals, Ninth Cir. | April 18, 2005 | n/a |
| U.S. Court of Appeals, Second Cir. | October 25, 2005 | n/a |
| U.S. Court of Appeals, Seventh Cir. | February 28, 2005 | n/a |
| U.S. Court of Appeals, Eighth Cir. | September 24, 2008 | n/a |
| U.S. Supreme Court | February 21, 2006 | n/a |
| U.S. Court of Appeals, First Cir. | March 10, 2011 | 1145284 |
| U.S. Court of Appeals, Tenth Cir. | March 18, 2013 | |
| District of Colorado | October 28, 2013 | |

BEFORE THE UNITED STATUS JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:   BARD IVC FILTERS PRODUCT          MDL No.:  MDL 2641
         LIABILITY LITIGATION

**LIST OF DEFENDANTS REPRESENTED BY
KEVIN G. LOHMAN OF REED SMITH LLP**

| CASE CAPTION | COURT | CIVIL ACTION NO. |
|---|---|---|
| Debra Castellano v. C.R. Bard, Inc.; Bard Peripheral Vascular, Inc. | Central District of California | 2:15-cv-04494 |
| Charles and Alyssa Conn v. C.R. Bard, Inc., et al. | Southern District of Houston | 4:14-cv-00298 |
| Christopher Cronan, et al. v. C.R. Bard, Inc.; Bard Peripheral Vascular Inc. | Eastern District of California | 2:15-cv-01418 |
| Melissa Ebert v. C.R. Bard, Inc.; Bard Peripheral Vascular Inc. | Eastern District of Pennsylvania | 5:12-cv-01253 |
| Lashona Hunter v. C.R. Bard, Inc.; Bard Peripheral Vascular Inc. | Northern District of Illinois | 1:14-cv-03746 |
| Alice and Anthony Jackson v. C.R. Bard, Inc.; Bard Peripheral Vascular Inc. | Northern District of Illinois | 1:14-cv-04080 |
| Harry Keen III v. C.R. Bard, Inc.; Bard Peripheral Vascular Inc. | Eastern District of Pennsylvania | 5:13-cv-05361 |
| Melonee Murray and John Murray v. C.R. Bard, Inc.; Bard Peripheral Vascular, Inc. | Central District of California | 2:15-cv-04213 |
| David L Sizemore v. C.R. Bard, Inc.; Bard Peripheral Vascular, Inc. | Central District of California | 2:15-cv-01945 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| CASE CAPTION | COURT | CIVIL ACTION NO. |
|---|---|---|
| Vicki Wetzel v. C.R. Bard, Inc.; Bard Peripheral Vascular Inc. | Eastern District of Pennsylvania | 2:14-cv-02729 |

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Acting Clerk of this Court, certify that

__Michael Kevin Brown__, Bar No. __104252__

was duly admitted to practice in this Court on __June 1, 1984__
                                                   DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __September 10, 2015__
      Date

KIRY K. GRAY
Acting Clerk of Court



By _____
Lupe Thrasher, Deputy Clerk

G-52 (08/15)                    CERTIFICATE OF GOOD STANDING - BAR MEMBER