# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JENNIFER R. COKER and
JOEL A. COKER,

  Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,

  Defendant(s)/Respondent(s)

CASE NO: 1:13:CV-0515-RWS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / LODGED
RECEIVED
SEP 1 1 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **WAYNE GRANT**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiffs**.

**City and State of Principal Residence:** Atlanta, Georgia
**Firm Name:** Grant Law Office
**Address:** Live Oak Square, 3475 Lenox Road, NE   **Suite:** 740
**City:** Atlanta   **State:** GA   **Zip:** 30326
**Firm/Business Phone:** (404) 995-3959
**Firm Fax Phone:** (404) 995-3950   **E-mail Address:** wgrant@waynegrant.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court - Northern District | 11/19/1979 | ☑ Yes   ☐ No* |
|  |  | ☑ Yes   ☐ No* |
|  |  | ☐ Yes   ☐ No* |

*\* Explain:*

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

*\* Explain:*

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8-31-2015
**Date**
**Fee Receipt #** phx062742

*(Signature)* Wayne Grant
**Signature of Applicant**

(Rev. 04/12)



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **WAYNE GRANT, 305550,** was duly admitted to practice in said Court on November 19, 1979 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of September, 2015.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



BROOKS KILPATRICK
BKILPATRICK@WAYNEGRANT.COM
Direct: 404.995-3952

September 10, 2015

Clerk of Court
U.S. District Court-District of Arizona
401 W. Washington St., Suite 130
SPC 1
Phoenix, AZ 85003-2118

      RE:         Application for Admission to Practice Pro Hoc Vice
      Attorneys:  Wayne Grant and Kimberly W. Grant

Enclosed, please find two (2) checks in the amount of $35.00, two (2) Certificates of Good Standing, and two (2) Applications of Attorney for Admission to Practice Pro Hoc Vice for Wayne Grant and Kimberly W. Grant.

Should you have any questions or concerns, please do not hesitate to contact me.

                                    Sincerely,

                                      Brooks Kilpatrick
                                      Paralegal

Enclosures

/bk