IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

___ FILED    ___ LODGED
___ RECEIVED ___ COPY

SEP 1 5 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Plaintiff(s)/Petitioner(s),
vs.
IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Defendant(s)/Respondent(s)

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **John A. Dalimonte**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **See Attached Exhibit "A" - List of Plaintiffs Represented**.

**City and State of Principal Residence:** Boston, Massachusetts
**Firm Name:** Karon & Dalimonte LLP
**Address:** 85 Devonshire Street     **Suite:** 1000
**City:** Boston   **State:** MA   **Zip:** 02109
**Firm/Business Phone:** (617) 367-3311
**Firm Fax Phone:** (617) 742-9130    **E-mail Address:** johndalimonte@kdlaw.net

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Massachusetts | 12/18/1989 | ☑ Yes ☐ No* |
| Washington D.C. | 06/04/2012 | ☑ Yes ☐ No* |
| USDC Massachusetts | 04/13/1990 | ☑ Yes ☐ No* |

~~Explain~~: US Court of Federal Claims 8/18/1998 in Good Standing; USDC ED Wisconsin 5/23/1989 in Good Standing

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* **Explain:**

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date:** 9/14/15       **Signature of Applicant:** /s/ John Dalimonte
**Fee Receipt #** PHX162883

(Rev. 04/12)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

MDL No. 2641        IN RE:        BARD IVC FILTERS PRODUCT LIABILITY LITIGATION

LIST OF PLAINTIFFS REPRESENTED BY JOHN A. DALIMONTE
FROM THE LAW FIRM OF KARON & DALIMONTE, LLP

| Case Captions | Court | Civil Action No. |
|---|---|---|
| **Plaintiff**: Harry Keen III | Eastern District of Pennsylvania | 5:13-cv-05361-GP |
| **Plaintiff**: Donald Epps | District of Nevada Southern Division | 2:15-cv-01210-GMN-GWF |
| **Plaintiff**: Claudette Y. Mears | Pennsylvania Middle District | 1:15-cv-01253-JEJ |
| **Plaintiffs**: Billy C. Morgan, Jr. and Pharris Morgan | Eastern District of Texas | 6:15-cv-00603-MHS-JDL |
| **Plaintiff**: Robert Peery | Western District of Tennessee, Eastern Division | 1:15-cv-01153-JDB-egb |

EXHIBIT "A"

| | | |
|---|---|---|
| **Plaintiffs**: Daniel Schweska and Linda Schweska | Central District of Illinois | 3:15-cv-03193-SEM-TSH |
| **Plaintiff**: Angela Voigt | Eastern District of Oklahoma | 6:15-cv-00239-SPS |
| **Plaintiffs**: Ernest Winland and Carol Jo Winland | Central District of Illinois | 2:15-cv-02144-CSB-EIL |

## UNITED STATES DISTRICT COURT

District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **John A. Dalimonte**, Bar **554554**, was duly admitted to practice in this Court on **April 13, 1990**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **September 09, 2015**

| Robert M. Farrell | *[signature]* |
|---|---|
| CLERK | DEPUTY CLERK |