IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Linda Schweska, et al., <br>C.A. No. CV-15-1879-PHX-DGC <br><br>Linda Schweska, et al., <br><br>　　　　　Plaintiff(s), <br><br>v. <br><br>C R Bard, Inc., et al., <br><br>　　　　　Defendant(s) | **MDL Docket No. 15-2641** <br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Central District of Illinois 3:15-cv-3193) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 14, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

September 21, 2015　　　　　　　　　BRIAN D. KARTH
　　　Date　　　　　　　　　　　　　　DCE/Clerk of Court

　　　　　　　　　　　　　　　　　　　s/M. Pruneau
　　　　　　　　　　　　　　　　　　　　Deputy Clerk