IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) Emily Landress, ) C.A. No. CV-15-1884-PHX-DGC ) ) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) ) Emily Landress, ) ) Plaintiff(s), ) ) v. ) ) C R Bard, Inc., et al., ) ) Defendant(s) ) | **MDL Docket No. 15-2641** **NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of Georgia 1:15-cv-2672) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 14, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

<u>September 21, 2015</u>  
      Date

<u>BRIAN D. KARTH</u>  
DCE/Clerk of Court

<u>s/M. Pruneau</u>  
    Deputy Clerk