IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Michelle Mercurio, <br>C.A. No. CV-15-1886-PHX-DGC <br><br>―――――――――――――――――――――― <br><br>Michelle Mercurio, <br><br>           Plaintiff(s), <br><br>v. <br><br>C R Bard, Inc., et al., <br><br>           Defendant(s) | **MDL Docket No. 15-2641** <br><br><br><br><br><br>**NOTICE** |

    **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Western District of New York 6:15-cv-6535) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 21, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** The title page of these documents should be prepared as shown above.

September 21, 2015             BRIAN D. KARTH
    Date                                  DCE/Clerk of Court

                                              s/M. Pruneau
                                                  Deputy Clerk