IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) Angela Voigt, ) C.A. No. CV-15-1915-PHX-DGC ) _____) ) Angela Voigt, ) ) Plaintiff(s), ) ) v. ) ) C R Bard, Inc., et al., ) ) Defendant(s) ) | **MDL Docket No. 15-2641** **NOTICE** |

    **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Oklahoma 6:15-cv-239) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 14, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

September 24, 2015                           BRIAN D. KARTH
    Date                                                  DCE/Clerk of Court

                                                                       s/M. Pruneau
                                                                         Deputy Clerk