# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS LIABILITY LITIGATION | Case No.: 15-MD-02641-PHX-DGC<br>MDL NO: 2641 |
| This Document Relates to:<br>        2:15-CV-01666 | |

## NOTICE OF APPEARANCE

TO:    The Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Melissa Ebert.

Dated: September 25, 2015.

>                /s/ Sheila M. Bossier
> Sheila M. Bossier
> **FREESE & GOSS, PLLC**
> 1520 North State Street
> Jackson, MS 39202
> Telephone: (601) 961-4050
> Facsimile: (601) 352-5452

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

>                /s/ Sheila M. Bossier

1