IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Pharris Morgan, et al.,<br>C.A. No. CV-15-1925-PHX-DGC<br>───────────────────────────<br>Pharris Morgan, et al.,<br><br>            Plaintiff(s),<br><br>v.<br><br>C R Bard, Inc., et al.,<br><br>            Defendant(s) | **MDL Docket No. 15-2641**<br><br><br>**NOTICE** |

    **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Texas 6:15-cv-603) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 14, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

September 25, 2015                    BRIAN D. KARTH
    Date                                DCE/Clerk of Court

                                              s/M. Pruneau
                                                 Deputy Clerk