IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) Denise O'Neil, ) C.A. No. CV-15-1926-PHX-DGC ) ) ──────────────────────────── ) Denise O'Neil, ) ) Plaintiff(s), ) ) v. ) ) C R Bard, Inc., et al., ) ) Defendant(s) ) | **MDL Docket No. 15-2641** <br><br><br>**NOTICE** |

    **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Southern District of Texas 2:15-cv-316) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 14, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

September 25, 2015                   BRIAN D. KARTH
    Date                                    DCE/Clerk of Court

                                                      s/M. Pruneau
                                                        Deputy Clerk