**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

ORIGINAL 9/18/15

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

        Plaintiff(s)/Petitioner(s),

vs.

        Defendant(s)/Respondent(s)

CASE NO: MDL Docket No. 15-2641

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY

SEP 18 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Steven James Boranian , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. .

**City and State of Principal Residence:** Oakland, California

**Firm Name:** Reed Smith LLP

**Address:** 101 Second Street    **Suite:** 1800

**City:** San Francisco    **State:** CA    **Zip:** 94105

**Firm/Business Phone:** (415) 543-8700

**Firm Fax Phone:** (415) 391-8269    **E-mail Address:** sboranian@reedsmith.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| SEE ATTACHMENT | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9-1-2015

**Date**
**Fee Receipt #** PHXXI62990

**Signature of Applicant**

(Rev. 04/12)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ATTACHMENT FOR STEVEN J. BORANIAN**

**PETITION FOR ADMISSION *PRO HAC VICE***

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | December 13, 1994 | 174183 |
| Supreme Court of California | December 13, 1994 | N/A |
| USDC, Northern District of California | March 11, 1995 | N/A |
| USDC, Central District of California | February 27, 1996 | N/A |
| USDC, Eastern District of California | July 22, 1999 | N/A |
| USDC, Southern District of California | February 23, 2005 | N/A |
| USDC, District of Colorado | September 21, 2012 | N/A |
| US Supreme Court | May 13, 2003 | N/A |
| US Court of Appeals, 9th Circuit | February 29, 1996 | N/A |
| US Court of Appeals, 1st Circuit | March 18, 2011 | 1145388 |
|  |  |  |
|  |  |  |

Active and in good standing with respect to all of the above court admissions.

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that *Steven J. Boranian, Bar No. 174183* was duly admitted to practice in said Court on *March 11, 1996*, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on *September 3, 2015*

Richard W. Wieking
Clerk

