IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ✓ COPY

SEP 22 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Plaintiff(s)/Petitioner(s),
vs.

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Defendant(s)/Respondent(s)

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Joe Kendall**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiff, Susan Fox**.

City and State of Principal Residence: **Dallas, TX**
Firm Name: **Kendall Law Group, LLP**
Address: **3232 McKinney Ave.**   Suite: **700**
City: **Dallas**   State: **TX**   Zip: **75204**
Firm/Business Phone: **(214) 744-3000**
Firm Fax Phone: **(214) 744-3015**   E-mail Address: **jkendall@kendalllawgroup.com**

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See Attached List | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**9-21-15**
Date
Fee Receipt # PHX163054

*Joe Kendall* (signature)
Signature of Applicant

(Rev. 04/12)

## COURT ADMISSIONS FOR JOE KENDALL

| Court | Year Admitted | Current Standing |
|---|---|---|
| United States Supreme Court | 6-3-1991 | Good |
| United States Court of Appeals, 5th Circuit | 4-5-2002 | Good |
| United States Court of Appeals, 7th Circuit | 10-5-2007 | Good |
| United States Court of Appeals, 9th Circuit | 5-15-2006 | Good |
| United States Court of Appeals, 2nd Circuit | 10-9-2007 | Inactive |
| United States Court of Appeals, Federal Circuit | 6-4-2007 | Good |
| Supreme Court of Texas | 11-24-1980 | Good |
| United States District Court – Northern District of Texas | 12-16-1981 | Good |
| United States District Court – Southern District of Texas | 2-20-2002 | Good |
| United States District Court – Western District of Texas | 10-29-2003 | Good |
| United States District Court – Eastern District of Texas | 1-28-2002 | Good |
| United States District Court – District of Colorado | 10-26-2009 | Good |
| United States District Court – District of Columbia | 7-11-2003 | Good |
| United States District Court – Northern District of Illinois | 8-10-2009 | Good |
| United States District Court – Southern District of Indiana | 5-22-2006 | Good |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## JOE KENDALL

Bar Number:          Date of Admission:

11260700             12/16/1981

Witness my official signature and the seal of this court.

Dated: 8/28/15                              Karen Mitchell,
                                            Clerk of Court

                                            By: Nina Mendez
                                                Deputy Clerk