IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ALBERT MILLER

  Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.

  Defendant(s)/Respondent(s)

CASE NO: 3:15-cv-00533

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 21 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Matthew R. McCarley, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Albert Miller.

City and State of Principal Residence: Allen, Texas
Firm Name: Fears|Nachawati Law Firm, PLLC
Address: 4925 Greenville Ave    Suite: 715
City: Dallas    State: TX    Zip: 75206
Firm/Business Phone: (214) 890-0711
Firm Fax Phone: (214) 890-0712    E-mail Address: mccarley@fnlawfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court-Northern District of Texas | 04/01/2004 | ☑ Yes  ☐ No* |
|  |  | ☐ Yes  ☐ No* |
|  |  | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
 *If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/17/15
Date
Fee Receipt # PHXK163638

Signature of Applicant

(Rev. 04/12)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Matthew R. McCarley

Bar Number:                              Date of Admission:

**24041426**                             April 1, 2004

Witness my official signature and the seal of this court.

Dated: September 15, 2015

Karen Mitchell,
Clerk of Court

By: Alice Cobb
Deputy Clerk