IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jessica Parker

    Plaintiff(s)/Petitioner(s),

vs.

C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

    Defendant(s)/Respondent(s)

CASE NO: 5:15-cv-00787

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 4 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, __Kenneth Riley__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Jessica Parker, Plaintiff__.

**City and State of Principal Residence:** Alabama
**Firm Name:** Farris, Riley & Pitt, LLP
**Address:** 505 20th Street North    **Suite:** 1700
**City:** Birmingham    **State:** AL    **Zip:** 35203
**Firm/Business Phone:** (205) 324-1212
**Firm Fax Phone:** (205) 324-1255    **E-mail Address:** kriley@frplegal.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Alabama (all State and Federal) | | ✓ Yes   ☐ No* |
| | | ✓ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?    ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/23/15        /s/ Kenneth Riley
**Date**        **Signature of Applicant**
**Fee Receipt #** PHX163184

(Rev. 04/12)



## ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Kenneth Evan Riley has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Kenneth Evan Riley was admitted to the Alabama State Bar September 30, 1999.

I further certify that the said Kenneth Evan Riley is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2015.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 17th day of September, 2015.

*Keith B. Norman, Secretary*





LAWYERS RENDER SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Alabama

**Sharon N. Harris**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **KENNETH E. RILEY** was duly admitted to practice in said Court on **MARCH 10, 2000**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on September 24, 2015.

SHARON N. HARRIS, CLERK

By: _____
Angela Day, Deputy Clerk