UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

|  |  |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

|  |  |
|---|---|
| BILLY C. MORGAN, JR and<br>PHARRIS MORGAN,<br>Plaintiffs<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants | Case No: 2:15-cv-01925-DGC |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiffs Billy C. Morgan, Jr. and Pharris Morgan in the above captioned matter.

Date: September 28, 2015

Respectfully submitted,

/s/ John A. Dalimonte
John A. Dalimonte, Esquire
KARON & DALIMONTE, LLP
Admitted Pro Hac Vice
Massachusetts BBO No. 554554
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 367-3311
Email: johndalimonte@kdlaw.net

Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this September 28, 2015.

/s/ John A. Dalimonte_____  
John A. Dalimonte, Esquire