UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

| | |
|---|---|
| ROBERT PEERY, Plaintiff<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants | Case No: 2:15-cv-01883-DGC |

NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

    Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiff Robert Peery in the above captioned matter.

Date: September 28, 2015                    Respectfully submitted,

                                                   /s/ John A. Dalimonte_____
                                                   John A. Dalimonte, Esquire
                                                   KARON & DALIMONTE, LLP
                                                   Admitted Pro Hac Vice
                                                   Massachusetts BBO No. 554554
                                                   85 Devonshire Street, Suite 1000
                                                   Boston, MA 02109
                                                   (617) 367-3311
                                                   Email: johndalimonte@kdlaw.net

Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this September 28, 2015.

                                              /s/ John A. Dalimonte
                                              John A. Dalimonte, Esquire