UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

|  |  |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

|  |  |
|---|---|
| ) ANGELA VOIGT, Plaintiff ) ) v. ) ) C.R. BARD, INC. and ) BARD PERIPHERAL VASCULAR, INC., ) Defendants ) ) | Case No: 2:15-cv-01915-DGC |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

    Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiff Angela Voigt in the above captioned matter.

Date: September 28, 2015                        Respectfully submitted,

                                                                                           /s/ John A. Dalimonte_____
                                                                                           John A. Dalimonte, Esquire
                                                                                           KARON & DALIMONTE, LLP
                                                                                           Admitted Pro Hac Vice
                                                                                           Massachusetts BBO No. 554554
                                                                                           85 Devonshire Street, Suite 1000
                                                                                           Boston, MA 02109
                                                                                           (617) 367-3311
                                                                                           Email: johndalimonte@kdlaw.net

Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this September 28, 2015.

                                                    /s/ John A. Dalimonte  
                                                    John A. Dalimonte, Esquire