UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

| | |
|---|---|
| ERNEST WINLAND and<br>CAROL JO WINLAND,<br>Plaintiffs<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants | Case No: 2:15-cv-01878-DGC |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiffs Ernest Winland and Carol Jo Winland in the above captioned matter.

Date: September 28, 2015

Respectfully submitted,

/s/ John A. Dalimonte
John A. Dalimonte, Esquire
KARON & DALIMONTE, LLP
Admitted Pro Hac Vice
Massachusetts BBO No. 554554
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 367-3311
Email: johndalimonte@kdlaw.net

Certificate of Service

     I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this September 28, 2015.

                                                 /s/ John A. Dalimonte_____
                                                 John A. Dalimonte, Esquire