IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Tamika Williams,<br>C.A. No. CV-15-1956-PHX-DGC<br><br>Tamika Williams,<br>        Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>        Defendant(s) | **MDL Docket No. 15-2641**<br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of Georgia 1:15-cv-3045) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed September 30, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

September 30, 2015                         BRIAN D. KARTH
      Date                                    DCE/Clerk of Court

                                          s/M. Pruneau
                                             Deputy Clerk