**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCT LIABLIITY LITIGATION** | **Case No.: 2:15-md-02641-DGC**<br><br>**MDL No.: 2641** |
| This Document Relates To: | |
| JESSICA PARKER, an individual,<br><br>  *Plaintiff*,<br><br>vs.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VALSCULAR, INC.<br><br>  *Defendants*. | **Case No.: 2:15-cv-1739** |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter the undersigned Nathan C. VanDerVeer's appearance in the above-referenced matter as attorney of record on behalf of the plaintiff Jessica Parker.

Respectfully submitted on this the 1st day of October 2015, by:

　　　　　　　　　　　　　/s/ Nathan C. VanDerVeer_____
　　　　　　　　　　　　　Nathan C. VanDerVeer
　　　　　　　　　　　　　Kenneth E. Riley
　　　　　　　　　　　　　FARRIS, RILEY & PITT, LLP
　　　　　　　　　　　　　505 20th Street North, Suite 1700
　　　　　　　　　　　　　Birmingham, Alabama 35203
　　　　　　　　　　　　　(205) 324-1212 Phone
　　　　　　　　　　　　　(205) 324-1255 Facsimile
　　　　　　　　　　　　　Email: nate@frplegal.com
　　　　　　　　　　　　　Email: kriley@frplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all parties of record via the Clerk's CM/ECF system.

/s/ Nathan C. VanDerVeer_____
Nathan C. VanDerVeer
