James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jcondo@swlaw.com
         asheridan@swlaw.com

Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF APPEARANCE** |

The undersigned are authorized to practice in this Court and appear in this case as counsel for:  C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

DATED this 1st day of October, 2015.

          SNELL & WILMER L.L.P.

By: s/*Amanda C. Sheridan*
    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202

    Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.

          s/*Amanda C. Sheridan*

22636305