IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

☒ FILED  ☐ LODGED
___ RECEIVED ___ COPY

SEP 30 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Plaintiff(s)/Petitioner(s),
vs.

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Defendant(s)/Respondent(s)

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Joseph R. Johnson, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of See attached Exhibit "A" - List of Plaintiffs Represented.

**City and State of Principal Residence:** Jupiter, Florida
**Firm Name:** Babbitt & Johnson, P.A.
**Address:** 1641 Worthington Road    **Suite:** 100
**City:** West Palm Beach    **State:** FL    **Zip:** 33409
**Firm/Business Phone:** (561) 684-2500
**Firm Fax Phone:** (561) 684-6308    **E-mail Address:** tedbabbitt@babbitt-johnson.c...

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| USDC Southern District of Florida | 03/30/1984 | ☑ Yes  ☐ No* |
| USDC Middle District of Florida | 06/13/2012 | ☑ Yes  ☐ No* |
|  |  | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| Not applicable |  |  |
|  |  |  |
|  |  |  |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Date: September 18, 2015    Signature of Applicant: [signature]
Fee Receipt # PHX163395

(Rev. 04/12)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO: 2641    IN RE:    BARD IVC FILTERS PRODUCT LIABILITY LITIGATION

LIST OF PLAINTIFFS REPRESENTED BY
BABBITT & JOHNSON, P.A.

| Case Caption | Court | Civil Action No. |
|---|---|---|
| **Plaintiff:** Debra Castellano | Central District of California | 2:15-cv-4494 |
| **Plaintiff:** Clifford Geter | Southern District of Mississippi | 3:15-cv-403 |
| **Plaintiff:** Debra Green | Middle District of Florida | 5:15-cv-314 |
| **Plaintiff:** George Leus | Western District of Missouri | 4;13-cv-00585 |
| **Plaintiff:** Dawn Merritt | Western District of New York | 1:14-cv-00917 |
| **Plaintiff:** Sandra Scott | Eastern District of Arkansas | 4:15-cv-485 |
| **Plaintiff:** David Shackleford | District of Maryland | 1:15-cv-2278 |
| **Plaintiff:** Lessie Tillman | Middle District of Florida | 3:13-cv-222 |
| **Plaintiff:** Vicki Wetzel | Eastern District of Pennsylvania | 2:14-cv-02729 |
| **Plaintiff:** Casey Wyatt | Middle District of Florida | 6:14-cv-1853 |

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
_SOUTHERN_ District of _FLORIDA_

## CERTIFICATE OF GOOD STANDING

I, STEVEN M. LARIMORE, Clerk of this Court,

certify that JOSEPH R. JOHNSON, Bar # 372250,

was duly admitted to practice in this Court on 03/30/1984, and is in good standing as a member

of the Bar of this Court.

Dated at WEST PALM BEACH on 09/28/2015
          (Location)                        (Date)


STEVEN M. LARIMORE
*CLERK*                                     *DEPUTY CLERK*