IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Plaintiff(s)/Petitioner(s), vs.<br><br>IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGAION<br><br>Defendant(s)/Respondent(s) | CASE NO: MDL-15-02641-PHX-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |
|---|---|

FILED / RECEIVED / LODGED / COPY
SEP 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **John Pinckney Harloe III, J.D., Ph.D.**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **See Attached Exhibit "A" - List of Plaintiffs Represented**.

**City and State of Principal Residence:** Dallas, Texas
**Firm Name:** Freese & Goss, PLLC
**Address:** 3031 Allen Street                                **Suite:**
**City:** Dallas                      **State:** TX     **Zip:** 75204
**Firm/Business Phone:** (214) 761-6610
**Firm Fax Phone:** (214) 761-6688         **E-mail Address:** john@freeseandgoss.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State of Texas | 11/04/2011 | ☑ Yes  ☐ No* |
| Northern District of Texas | 08/08/2013 | ☑ Yes  ☐ No* |
| Southern District of Texas | 09/20/2013 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes  ☒ No
Have you ever been disbarred from practice in any Court?    ☐ Yes  ☒ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

_9/17/15_                                      [signature]
**Date**                                       **Signature of Applicant**
**Fee Receipt #** PHX163281

(Rev. 04/12)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 2641         IN RE: IVC FILTERS PRODUCT LIABILITY
                     LITIGATION

LIST OF PLAINTIFFS REPRESENTED BY
FREESE AND GOSS, PLLC

| PLAINTIFF | COURT | CIVIL ACTION NO. |
|---|---|---|
| Melissa Ebert | Eastern District of Pennsylvania | 5:12-cv-01253 |
| Tonya Munson | Northern District of Mississippi | 3:14-cv-0279 |
| Clifford Geter | Southern District of Mississippi | 3:15-cv-00403 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**John Pinckney Harloe**

Bar Number:                                   Date of Admission:

24078632                                      08/08/2013

Witness my official signature and the seal of this court.

Dated: 9/23/2015

Karen Mitchell,
Clerk of Court

By: _____
Deputy Clerk