IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: MD-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Michael A. Kelly, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Melonee Murray & John Murray, plaintiffs in Bard IVC PL Litigation.

**City and State of Principal Residence:** San Francisco, California
**Firm Name:** Walkup, Melodia, Kelly & Schoenberger
**Address:** 650 California Street, 26th Floor        **Suite:**
**City:** San Francisco        **State:** Ca        **Zip:** 94108
**Firm/Business Phone:** (415) 981-7210
**Firm Fax Phone:** (415) 391-6965        **E-mail Address:** mkelly@walkuplawoffice.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of California | 12/22/1976 | ✓ Yes ☐ No* |
| United States District Court-Northern District | 12/22/1976 | ✓ Yes ☐ No* |
| United States District Court-Eastern District | 09/28/1987 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/24/15                                    [signature]
**Date**                                   **Signature of Applicant**

**Fee Receipt #** PHX63281                                                    (Rev. 04/12)

## ADMITTED TO PRACTICE IN THE FOLLOWING COURTS

### Michael A. Kelly

Supreme Court of California, admitted December 22, 1976

United States District Court – Northern District, admitted December 22, 1976

United States District Court – Eastern District, admitted September 28, 1987

United States District Court – Southern District, admitted March 11, 2015

United States District Court – Central District, admitted December 9, 1994

United States District Court – Eastern District of Arkansas, admitted June 30, 2015

United States District Court – Western District of Louisiana

United States District Court – New Jersey

United States District Court – Middle District of Tennessee

# Certificate of Good Standing



United States District Court
Northern District of California

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Michael Albert Kelly
### Bar No. 71460

was duly admitted to practice in said Court on December 22, 1976, and is in good standing as a member of the bar of said court.

Dated in San Francisco on September 01, 2015

Richard W. Wieking
Clerk