# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Plaintiff(s)/Petitioner(s),
vs.

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Defendant(s)/Respondent(s)

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Troy A. Brenes**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiffs**.

**City and State of Principal Residence:** Newport Beach, CA
**Firm Name:** Lopez McHugh LLP
**Address:** 100 Bayview Circle    **Suite:** 5600
**City:** Newport Beach    **State:** CA    **Zip:** 92660
**Firm/Business Phone:** (949) 737-1501
**Firm Fax Phone:** (949) 737-1504    **E-mail Address:** tbrenes@lopezmchugh.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Central District of California | 04/03/2008 | ☑ Yes  ☐ No* |
| Eastern District of California | 05/05/2008 | ☑ Yes  ☐ No* |
| See Attachment A | | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/17/15

**Date**    **Signature of Applicant**

**Fee Receipt #** PHX163280

(Rev. 04/12)

**ATTACHMENT B**

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| Northern District of California | 7/5/2012 | Yes |
| Central District of Illinois | 10/22/2013 | Yes |

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Acting Clerk of this Court, certify that

_____Troy A. Brenes_____, Bar No. _____249776_____

was duly admitted to practice in this Court on _____April 3rd, 2008_____
                                                                                                                                    DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _____September 25th. 2015_____
                           Date

KIRY K. GRAY
Acting Clerk of Court

By _____ /s/ Andrea Kannike _____
Andrea Kannike , Deputy Clerk

G-52 (08/15)           CERTIFICATE OF GOOD STANDING - BAR MEMBER