# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

HEATHER BLACKETER, an individual,

    Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,

    Defendant(s)/Respondent(s)

CASE NO: 2:15-cv-01717

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ✓   LODGED
RECEIVED   COPY
SEP 25 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, **Patricia L. Campbell**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Heather Blacketer**.

City and State of Principal Residence: Kansas City, Missouri
Firm Name: The Potts Law Firm, LLP
Address: 1901 West 47th Place    Suite: 210
City: Westwood    State: KS    Zip: 66205
Firm/Business Phone: (816) 931-2230
Firm Fax Phone: (816) 931-7030    E-mail Address: pcampbell@potts-law.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Missouri (state court) | 09/17/2008 | ✓ Yes | ☐ No* |
| Western District of Missouri | 09/26/2008 | ✓ Yes | ☐ No* |
| Kansas (state court) | 04/24/2009 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/24/15
Date
Fee Receipt # PHV63261

*Patricia Campbell* (signature)
Signature of Applicant

(Rev. 04/12)

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the District of Kansas | 4/24/2009 | Yes |

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          )
                                  ) ss.
WESTERN DISTRICT OF MISSOURI      )

I, Paige Wymore-Wynn, Acting Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Patricia Campbell was duly admitted to practice in said Court on September 26, 2008.

Patricia Campbell is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri
on September 21, 2015

*Paige Wymore-Wynn*
Paige Wymore-Wynn, Acting Clerk

By   *Jeri Russel*
Jeri Russel, Deputy Clerk