Robert W. Boatman (009619)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
Attorneys for Plaintiff Luis Castillo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Luis Castillo,<br>C.A. No. CV-15-1725-PHX-DGC | **MDL DOCKET No. 15-2641**<br><br>**NOTICE OF APPEARANCE** |
| Luis Castillo,<br>          Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>          Defendant(s) | |

**NOTICE IS HEREBY GIVEN** that Robert W. Boatman, of the law firm of Gallagher & Kennedy, P.A., located at 2575 East Camelback Road, Phoenix, Arizona 85016, enters his appearance in the above-captioned matter as counsel for Plaintiff Luis Castillo and requests that he be added to the ECF notifications for this matter.

RESPECTFULLY SUBMITTED this 7th day of October, 2015.

        GALLAGHER & KENNEDY, P.A.

        By:   /s/ Robert W. Boatman
            Robert W. Boatman
            2575 East Camelback Road, Suite 1100
            Phoenix, Arizona 85016-9225
            *Attorneys for Plaintiff Luis Castillo*

I hereby certify that on this 7th day of October, 2015, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

        /s/ Gay Blakesley

5080447v1/26997-1