Robert W. Boatman (009619)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
Attorneys for Plaintiff Lessie Tillman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Lessie Tillman,<br>C.A. No. CV-15-1629-PHX-DGC | MDL DOCKET No. 15-2641 |
|---|---|
| Lessie Tillman,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>C.R. Bard, Inc., et al.,<br><br>　　　　　Defendant(s) | **NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that Robert W. Boatman, of the law firm of Gallagher & Kennedy, P.A., located at 2575 East Camelback Road, Phoenix, Arizona 85016, enters his appearance in the above-captioned matter as counsel for Plaintiff Lessie Tillman and requests that he be added to the ECF notifications for this matter.

RESPECTFULLY SUBMITTED this 7th day of October, 2015.

          GALLAGHER & KENNEDY, P.A.

          By: /s/Robert W. Boatman
             Robert W. Boatman
             2575 East Camelback Road, Suite 1100
             Phoenix, Arizona 85016-9225
             *Attorneys for Plaintiff Lessie Tillman*

I hereby certify that on this 7th day of October, 2015, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

             /s/ Gay Blakesley

5080407v1/26997-1