IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                                    Case No. 15-md-02641-PHX-DGC

                                                            MDL No. 2641

**This Document Relates to:**

**2:15-cv-1742**

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

The undersigned, Ramon Rossi Lopez, has been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

Plaintiff, Erin Smith.

Dated: October 7, 2015                       Respectfully Submitted,

                                             /s/ *Ramon Rossi Lopez*
                                             Ramon Rossi Lopez
                                             LOPEZ MCHUGH LLP
                                             100 Bayview Circle, Suite 5600
                                             Newport Beach, CA 92660
                                             Phone: (949) 737-1501
                                             Fax: (949) 737-1504
                                             Email: rlopez@lopezmchugh.com
                                             Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                                    MDL No. 2641

_____

**This Document Relates to:**

**2:15-cv-1742**

### CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of October, 2015, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

      /s/ *Ramon Rossi Lopez*
      Ramon Rossi Lopez
      LOPEZ MCHUGH LLP
      100 Bayview Circle, Suite 5600
      Newport Beach, CA 92660
      Phone: (949) 737-1501
      Fax: (949) 737-1504
      Email: rlopez@lopezmchugh.com