IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: 2:15-md-02641-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 05 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Matthew D. Davis, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiffs.

City and State of Principal Residence: San Francisco, California
Firm Name: Walkup Melodia Kelly & Schoenberger
Address: 650 California Street, 26th Floor        Suite: 
City: San Francisco    State: CA    Zip: 94108
Firm/Business Phone: (415) 981-7210
Firm Fax Phone: (415) 391-6965    E-mail Address: mdavis@walkuplawoffice.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court - Northern California | 12/11/1989 | ✓ Yes   ☐ No* |
| United States District Court - Eastern California | 12/11/1989 | ✓ Yes   ☐ No* |
| Superior Court of California | 12/11/1989 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/1/15
Date                           Signature of Applicant
Fee Receipt # PHV963486

(Rev. 04/12)

# Certificate of Good Standing

United States District Court

Northern District of California

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Matthew D. Davis
### Bar No. 141986

was duly admitted to practice in said Court on December 11, 1989, and is in good standing as a member of the bar of said court.

Dated in San Francisco on September 03, 2015



Susan Y. Soong
Clerk

