IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>Susan Fox,<br>C.A. No. CV-15-1707-PHX-DGC<br><br>_____<br><br>Susan Fox,<br>            Plaintiff (s),<br><br>v.<br><br>CR Bard, Inc., et al.,<br>            Defendant (s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     **MDL Docket No. 15-2641**

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Plaintiff Susan Fox.

Dated:  October 9, 2015         Respectfully submitted,

                 */s/ Joe Kendall*
                 JOE KENDALL
                 Texas Bar No. 11260700
                 **KENDALL LAW GROUP, LLP**
                 3232 McKinney Avenue, Suite 700
                 Dallas, Texas  75204
                 214-744-3000 / 214-744-3015 (Facsimile)
                 jkendall@kendalllawgroup.com
                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Joe Kendall*
JOE KENDALL