# EXHIBIT A

**PROPOSED AGENDA**

I. **Identification and Selection of Parties' Leadership**

II. **Adoption of Protective order / Rule 502 Order**

III. **ESI Protocol**

IV. **Use of Profile Forms or Fact Sheets**

V. **Handling of Advanced Cases**

VI. **Particular Issues That Should Be Resolved Early**

   A. Lehmann Report

   B. Privilege Logs

   C. Preservation of Documents and Electronically Stored Evidence

VII. **Scope of Additional Discovery**

VIII. **Discovery Schedule**

IX. **Coordination with State Court Litigation**

X. **Future Conference(s)**