IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No. 2:15-md-02641-DGC
MDL No. 2641

This Order Relates to: All Actions

**EXHIBIT INDEX
TO PETITION FOR APPOINTMENT OF A PLAINTIFFS'
LEADERSHIP STRUCTURE**

**Proposed CMO Re Leadership**                                             A

| Plaintiffs' Co-Lead/Liaison Counsel and State/Federal Liaison Counsel, ||  |
|---|---|---|
| Robert W. Boatman | Gallagher & Kennedy, PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016 | B |
| Ramon R. Lopez | Lopez McHugh, LLP<br>100 Bayview Cir., Ste. 5600<br>Newport Beach, CA 92660 | C |

| Plaintiffs' Steering Committee (PSC) |||
|---|---|---|
| Shannon Clark | Gallagher & Kennedy, PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016 | D |
| John A. Dalimonte | Karon & Dalimonte, LLP<br>85 Devonshire St., Ste. 1000<br>Boston MA, 02109 | E |
| Troy A. Brenes | Lopez McHugh, LLP<br>100 Bayview Cir., Ste. 5600<br>Newport Beach, CA 92660 | F |
| Ben C. Martin | Law Offices of Ben C. Martin<br>3219 McKinney Ave., Ste. 100<br>Dallas, TX 75204 | G |
| Joseph R. Johnson | Babbitt & Johnson, PA<br>1641 Worthington Rd., #100<br>West Palm Beach, FL 33409 | H |

| | | |
|---|---|---|
| Julia Reed Zaic | Heaviside Reed Zaic<br>312 Broadway St., Ste. 203<br>Laguna Beach, CA 92651 | I |
| Howard L. Nations | The Nations Law Firm<br>3131 Briarpark Dr., #208<br>Houston, TX 77042 | J |
| Russell W. Budd | Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219 | K |
| Thomas P. Cartmell | Wagstaff & Cartmell, LLP<br>4740 Grand Ave., #300<br>Kansas City, MO 64112 | L |
| Turner W. Branch | Branch Law Firm<br>2025 Rio Grande Blvd, NW<br>Albuquerque, NM 87104 | M |
| Wendy R. Fleishman | Lieff, Cabraser, Heimann & Bernstein, LLP<br>250 Hudson St., 8th Floor<br>New York, NY 10013 | N |
| Donald A. Migliori | Motley Rice, LLC<br>321 South Main St., 2nd Floor<br>Providence, RI 02903 | O |
| Sheila M. Bossier | Freese & Goss, PLLC<br>1520 North State St.<br>Jackson, MS 39202 | P |
| Stuart L. Goldenberg | Goldenberg Law, PLLC<br>800 Lasalle Ave., #2150<br>Minneapolis, MN 55402 | Q |
| Christopher T. Kirchmer | Provost Umphrey Law Firm, LLP<br>490 Park St., P.O. Box 4905<br>Beaumont, TX 77704 | R |
| Michael A. Kelly | Walkup, Melodia, Kelly & Schoenberger<br>650 California St.<br>San Francisco, CA 94108 | S |
| Matthew McCarley | Fears Nachawati Law Firm<br>4925 Greenville Ave., Ste. 715<br>Dallas, TX 75206 | T |
| Hadley L. Matarazzo | Faraci Lange, LLP<br>First Federal Plaza<br>28 East Main St., Ste. 1100<br>Rochester, NY 14614 | U |
| Eric M. Terry | TorHoerman Law, LLC<br>101 W. Vandalia<br>Edwardsville, IL 62025 | V |
| Joseph A. Osborne | Osborne & Associates Law Firm, PA<br>433 Plaza Real, Ste. 271<br>Boca Raton, FL 33432 | W |

| | | |
|---|---|---|
| Michael T. Gallagher | The Gallagher Law Firm, LLP<br>2905 Sackett Street<br>Houston, TX 77098 | X |
| Nate Van Der Veer | Farris, Riley & Pitt LLP<br>The Financial Center<br>505 20th Street North<br>Birmingham, AL 35203 | Y |

Dated: October 9, 2015.            Respectfully submitted,

　　　　　　　　　　　　　　　　　ON BEHALF OF PLAINTIFFS


　　　　　　　　　　　　　　　　　By: */s/ John A. Dalimonte*
　　　　　　　　　　　　　　　　　John A. Dalimonte
　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　KARON & DALIMONTE LLP
　　　　　　　　　　　　　　　　　85 Devonshire Street, Suite 1000
　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　Tel:  617-367-3311
　　　　　　　　　　　　　　　　　Fax:  617-742-9130
　　　　　　　　　　　　　　　　　Email:  johndalimonte@kdlaw.net


　　　　　　　　　　　　　　　　　By:  */s/ Ramon R. Lopez*
　　　　　　　　　　　　　　　　　Ramon R. Rossi
　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　LOPEZ MCHUGH LLP
　　　　　　　　　　　　　　　　　100 Bayview Cir., Ste. 5600
　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　Tel: 949-737-1501
　　　　　　　　　　　　　　　　　Fax:  949-737-1504
　　　　　　　　　　　　　　　　　Email:  rlopez@lopezmchugh.com


　　　　　　　　　　　　　　　　　By:   /s/ *Robert W. Boatman*
　　　　　　　　　　　　　　　　　Robert W. Boatman
　　　　　　　　　　　　　　　　　rwb@gknet.com
　　　　　　　　　　　　　　　　　GALLAGHER & KENNEDY
　　　　　　　　　　　　　　　　　2575  East Camelback Road
　　　　　　　　　　　　　　　　　Phoenix, AZ 85016
　　　　　　　　　　　　　　　　　(802) 530-8000
　　　　　　　　　　　　　　　　　(802) 530-8500 (facsimile)

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on this 9th day of October, 2015.

                              */s/ John A. Dalimonte*
                              John A. Dalimonte