UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2641 |
| **This Document Relates to:** | |
| TAMIKA WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC., a foreign corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, <br><br> Defendants. | Case No. 2:15-cv-01956-DGC |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties named in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff:
    o Tamika Williams

- Defendants:
    - C. R. Bard, Inc.
    - Bard Peripheral Vascular, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Henry Spiegel Milling LLP

- Attorney R. Clay Milling of the Henry Spiegel Milling LLP law firm

- C. R. Bard, Inc. has numerous subsidiaries (in addition to Bard Peripheral Vascular, Inc.) which are wholly-owned, however none of those are publicly traded and therefore none of these subsidiaries would provide grounds for recusal in this case.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| R. Clay Milling | Richard B. North, Jr. |
|  | Taylor Tapley Daly |
| Henry Spiegel Milling LLP | Matthew B. Lerner |
|  |  |
|  | Nelson Mullins Riley & Scarborough LLP |

*[signatures on the following page]*

This 13th day of October, 2015.

        *s/Richard B. North, Jr.*
        Richard B. North, Jr.
        Georgia Bar No. 545599
        richard.north@nelsonmullins.com
        Taylor T. Daly
        Georgia Bar No. 697887
        taylor.daly@nelsonmullins.com
        Matthew B. Lerner
        Georgia Bar No. 446986
        matthew.lerner@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        Atlantic Station
        201 17th Street, NW / Suite 1700
        Atlanta, GA  30363
        PH: (404) 322-6000
        FX: (404) 322-6050

        **Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

R. Clay Milling II, Esq.
Henry Spiegel Milling LLP
Atlanta Plaza, Suite 2450
950 E. Paces Ferry Road NE
Atlanta, GA 30326

*s/ Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599