IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2641 |
| This Document Relates to: | |
| Jason Pickard, <br><br> Plaintiff, <br><br> v. <br><br> C. R. Bard, Inc., a New Jersey Corporation; and Bard Peripheral Vascular Inc., an Arizona Corporation, <br><br> Defendants. | Case No. 2:15-cv-01708-DGC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason Pickard and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., having settled all issues asserted in the above-referenced action, hereby stipulate to dismiss this action with prejudice as to all Defendants with all parties to bear their own attorneys' fees and costs and all rights of appeal waived.

Pursuant to Local Rule 7.1(b)(2), a proposed order is attached for the Court's consideration.

Stipulated to and submitted this 13th day of October, 2015.

| | |
|---|---|
| */s/ Charles R. Houssiere, III* | */s/ Richard B. North, Jr.* |
| Charles R. Houssiere, III | Richard B. North, Jr. |
| Randal A. Kauffman | Nelson Mullins Riley & Scarborough LLP |
| Houssiere Durant & Houssiere | Atlantic Station |
| 1990 Post Oak Blvd., Ste. 800 | 201 17th Street, Suite 1700 |
| Houston, TX 77056 | Atlanta, GA 30363 |
| Tel: 713.626.3700 | Tel: 404.322.6000 |
| Fax: 713.626.3709 | Fax: 404.322.6050 |
| choussiere@hdhtex.com | richard.north@nelsonmullins.com |
| Rkauffman@hdhtex.com | |
| | ***Counsel for C. R. Bard, Inc. and Bard*** |
| ***Counsel for Jason Pickard*** | ***Peripheral Vascular, Inc.*** |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of **Stipulation of Dismissal With Prejudice** upon all counsel by CM/ECF service to the following:

>Charles R. Houssiere, III
>Randal A. Kauffman
>Houssiere, Durant & Houssiere, LLP
>1990 Post Oak Blvd., Suite 800
>Houston, TX 77056-3812
>Email: choussi@hdhtex.com
>Email: rkauffman@hdhtex.com
>
>*Counsel for Plaintiff*

This 13th day of October, 2015.

>*/s/ Richard B. North, Jr.*
>Richard B. North, Jr.