IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: Bard IVC Filters Products Liability Litigation** | **MDL NO. 2641** |
| **This Document Relates to:** | |
| **Jason Pickard,** | |
| **Plaintiff,** | |
| v. | |
| **C. R. Bard, Inc., a New Jersey Corporation; and Bard Peripheral Vascular Inc., an Arizona Corporation,** | **Case No. 2:15-cv-01708-DGC** |
| **Defendants.** | |

## [PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Upon the joint motion of the Parties, and for good cause shown, IT IS HEREBY ORDERED that the Parties' Stipulation of Dismissal with Prejudice is GRANTED and the case is DISMISSED with prejudice as to all Defendants, with each party to bear their own fees and costs.

This _____ day of _____, 2015.

_____
David G. Campbell, Judge
United States District Court, District of Arizona