# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | MDL No. 15-02641-PHX-DGC |
| Jason Pickard,<br>　　　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular Inc., an Arizona corporation,<br>　　　　　　Defendants. | No. CV15-1708 PHX DGC<br><br>**ORDER** |

Upon the stipulation of the parties. Doc. 180.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 180) is **granted.** This case is dismissed with prejudice as to all Defendants, each party to bear their own attorneys' fees and costs.

Dated this 13th day of October, 2015.

David G. Campbell
United States District Judge