IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**In Re: Bard IVC Filters**
**PRODUCTS LIABILITY**
**LITIGATION**

Case No: 15-md-02641-PHX-DGC
MDL No. 2641

**This Document Relates to:**
4:14-cv-00298-DGC

**NOTICE OF WITHDRAWAL OF**
**APPEARANCE OF COUNSEL**

    **PLEASE TAKE NOTICE THAT** Attorney Russell Button hereby withdraws as counsel of record for all Plaintiffs.

    **PLEASE TAKE NOTICE THAT** Ben C. Martin and Thomas Wm. Arbon of The Law Offices of Ben C. Martin shall continue to serve as counsel for above referenced Plaintiffs. It is therefore requested that Russell Button be removed from any further notice on the above case.

Respectfully Submitted,

*/s/ Ben C. Martin*_____
Ben C. Martin (13052400 TX)
Thomas W. Arbon (01284275 TX)
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Tel: 214-761-6614
Fax: 214-744-7590
Email: bmartin@bencmartin.com
       tarbon@bencmartin.com

*Counsel for above Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on October 15, 2015. All parties may access this filing through that system.

/s/ Ben C. Martin_____
Ben C. Martin (13052400 TX)
*Counsel for above Plaintiffs*