IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                   Case No. 15-md-02641-PHX-DGC

_____       MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

**NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record:

The undersigned, Julia Reed Zaic, has been admitted or otherwise authorized to practice in this Court, and appear in these cases as counsel for the following plaintiffs:

Lessie Tillman

David Shackleford

Dawn Merritt

Debra Castellano

Dated: October 15, 2015                Respectfully Submitted,

                                       /s/ *Julia Reed Zaic*
                                       Julia Reed Zaic, CA. Bar No. 224671
                                       HEAVISIDE REED ZAIC, A LAW
                                       CORPORATION
                                       312 Broadway Street, Suite 203
                                       Laguna Beach, CA 92651-4335
                                       Tel: 949-715-5120
                                       Fax: 949-715-5123
                                       Email: julia@hrzlaw.com
                                       Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**               Case No. 15-md-02641-PHX-DGC

_____     MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of October, 2015, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                                      /s/ *Julia Reed Zaic*
                                                      Julia Reed Zaic, CA. Bar No. 224671
                                                      HEAVISIDE REED ZAIC, A LAW CORPORATION
                                                      312 Broadway Street, Suite 203
                                                      Laguna Beach, CA 92651-4335
                                                      Tel: 949-715-5120
                                                      Fax: 949-715-5123
                                                      Email: julia@hrzlaw.com