IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 14 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| Plaintiff(s)/Petitioner(s), | |
|---|---|
| vs. | CASE NO: MDL-15-02641-PHX-DGC |
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |
| Defendant(s)/Respondent(s) | |

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Julia Reed Zaic**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **See attached Exhibit 'A' - List of Plaintiffs Represented**.

**City and State of Principal Residence:** Laguna Beach, California
**Firm Name:** Heaviside Reed Zaic
**Address:** 312 Broadway Street          **Suite:** 203
**City:** Laguna Beach    **State:** CA    **Zip:** 92651
**Firm/Business Phone:** (949) 715-5120
**Firm Fax Phone:** (949) 715-5123    **E-mail Address:** awright@hrzlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Central District of California | 03/18/2004 | ✓ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12 Oct 15
**Date**
**Signature of Applicant**

**Fee Receipt #** phx1163845

(Rev. 04/12)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO: 2641           IN RE:    BARD IVC FILTERS PRODUCT LIABILITY
                                 LITIGATION

**LIST OF PLAINTIFFS REPRESENTED BY
HEAVISIDE REED ZAIC, A LAW CORPORATION**

| Case Caption | Court | Civil Action No. |
| --- | --- | --- |
| **Plaintiff:** Lessie Tillman | Middle District of Florida | 3:2013-cv-00222 |
| **Plaintiff:** David Shackleford | District of Maryland | 1:15-cv-2278 |
| **Plaintiff:** Dawn Merritt | Western District of New York | 1:2014-cv-00917 |
| **Plaintiff:** Debra Castellano | Central District of California | 2:15-cv-04494 |

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Acting Clerk of this Court, certify that

_____Julia Reed Zaic_____ , Bar No. _____224671_____

was duly admitted to practice in this Court on __March 18, 2004__
                                                                                                                       *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __September 15, 2015__
                 *Date*

                                      KIRY K. GRAY
                                      Acting Clerk of Court

                                      By _____
                                         Lupe Thrasher , Deputy Clerk