# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re Bard IVC MDL

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: MD-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
OCT 1 3 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Robert M. Hammers, Jr., hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of See Attached Exhibit ""- List of Plaintiffs Represented.

**City and State of Principal Residence:** Atlanta, GA
**Firm Name:** Schneider Hammers LLC
**Address:** 5555 Glenridge Connector        **Suite:** 975
**City:** Atlanta        **State:** GA   **Zip:** 30342
**Firm/Business Phone:** (770) 394-0047
**Firm Fax Phone:** (404) 600-2626       **E-mail Address:** rob@schneiderhammers.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| USDC Northern District of Georgia | 03/08/2010 | ✓ Yes ☐ No* |
| USDC Middle District of Georgia | 02/16/2010 | ✓ Yes ☐ No* |
| Supreme Court of Georgia | 04/21/2014 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
| --- | --- | --- |
|  |  |  |
|  |  |  |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date**
**Fee Receipt #** pKM6341

**Signature of Applicant**

(Rev. 04/12)

# BEFORE THE UNITED STATES JUDICAL PANEL ON MULTIDISTRICT LITAGATION

**MDL No. 2641          IN RE:     BARD IVC FILTER PRODUCT LIABILITY LITAGATION**

## LIST OF PLAINTIFFS REPRESENTED BY SCHNEIDER HAMMERS LLC

| Case Caption | Court | Civil Action No. |
|---|---|---|
| Plaintiff: Tonya Brand and Allen Brand | Northern District of GA- Atlanta Division | 1:13-cv-1469 |
| Plaintiff: Emily Landress | Northern District of GA- Atlanta Division | 1:15-cv-02672 |
| Plaintiff: Gary Milton | Middle District of GA- Macon Division | 5:14-cv-00351 |



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ROBERT M. HAMMERS, 337211,** was duly admitted to practice in said Court on March 8, 2010 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 28th day of September, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk