# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Plaintiff(s)/Petitioner(s),

vs.

Defendant(s)/Respondent(s)

CASE NO: MDL Docket No. 15-2641

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

OCT 13 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Hadley L. Matarazzo**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiff, Michelle Mercurio**.

City and State of Principal Residence: Rochester, New York
Firm Name: Faraci Lange, LLP
Address: 28 E. Main Street    Suite: 1100
City: Rochester    State: NY    Zip: 14614
Firm/Business Phone: (585) 325-5150
Firm Fax Phone: (585) 325-3285    E-mail Address: hmatarazzo@faraci.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See attached list | | ☑ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/8/2015
Date

Signature of Applicant

Fee Receipt # PHX163815

(Rev. 04/12)

# COURT ADMISSIONS FOR HADLEY L. MATARAZZO

| Title of Court | Date of Admission | In Good Standing? |
| --- | --- | --- |
| United States District Court, District of New Jersey | 12/30/2005 | Yes |
| United States District Court, Western District of New York | 9/20/2010 | Yes |
| United States District Court, Northern District of New York | 8/15/2011 | Yes |
| United States District Court, Eastern District of New York | 5/31/2013 | Yes |
| United States District Court, Southern District of New York | 10/24/2014 | Yes |

# CERTIFICATE OF GOOD STANDING

## UNITED STATES OF AMERICA

## WESTERN DISTRICT OF NEW YORK

I, Michael J. Roemer, Clerk of the United States District Court, Western District of New York, DO HEREBY CERTIFY that Hadley L. Matarazzo was duly admitted to practice in said Court on September 20, 2010, and is in good standing as a member of the bar of said Court.

Dated: 09/24/2015

Rochester, New York

MICHAEL J. ROEMER
Clerk of Court

By   Tricia M. Frisa
Deputy Clerk