James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullisn.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF DESIGNATION OF LEAD AND LIAISON COUNSEL** |

Pursuant to the Court's order dated September 15, 2015, the defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), hereby designate the following attorney as its <u>lead</u> counsel:

>Richard B. North, Jr.
>Nelson Mullins Riley & Scarborough, LLP
>Atlantic Station
>201 17th Street NW
>Atlanta, Georgia 30363
>ricahrd.north@nelsonmullins.com
>PH: 404-322-6000
>FX: 404-322-6050

Additionally, Bard hereby designates the following attorney as its <u>liaison</u> counsel:

> James R. Condo
> Snell and Wilmer L.L.P.
> One Arizona Center
> 400 E. Van Buren
> Phoenix, AZ 85004-2204
> jcondo@swlaw.com
> PH:  602-382-6000
> FX:  602-382-6070

DATED this 19th day of October, 2015.

>  SNELL & WILMER L.L.P.
>
> By: s/*Amanda C. Sheridan*
> James R. Condo
> Amanda C. Sheridan
> One Arizona Center
> 400 E. Van Buren, Suite 1900
> Phoenix, Arizona  85004-2202
>
> Richard B. North, Jr.
> Georgia Bar No. 545599
> richard.north@nelsonmullins.com
> Nelson Mullins Riley & Scarborough LLP
> Atlantic Station
> 201 17th Street, NW / Suite 1700
> Atlanta, GA  30363
> PH: (404) 322-6000
> FX: (404) 322-6050
>
> Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.

> s/*Amanda C. Sheridan*

22735611