1  Name        Richard B. North, Jr.

2  Bar #       Bar No. 545599 (admitted pro hac vice)

   Firm        Nelson Mullins Riley & Scarborough, LLP

3  Address     Atlantic Station

4              201 17th Street, NW, Ste 1700

5              Atlanta, GA 30363

   Telephone   (404) 322-6000

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9

10  DENISE O'NEIL,                        )
                                          )
11                                        )
          Plaintiff,                      )
12                                        )    **Case No.**  MDL NO. 15-02641-PHX-DGC
          vs.                             )              Case No. CV-15-1926-PHX-DGC
13                                        )
    C. R. BARD, INC., a New Jersey Corp. and BARD  )  **Corporate Disclosure Statement**
14  PERIPHERAL VASCULAR, INC., an Arizona Corp.  )
                                          )
15        Defendant.                      )
                                          )
16  ──────────────────────────────────── )

17

18        This Corporate Disclosure Statement is filed on behalf of  C. R. Bard, Inc.

    in compliance with the provisions of: *(check one)*
19
        ✓   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20
            action in a district court must file a statement that identifies any parent corporation
21
            and any publicly held corporation that owns 10% or more of its stock or states that
            there is no such corporation.
22
        ☐   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23
            party to a proceeding in a district court must file a statement that identifies any
24
            parent corporation and any publicly held corporation that owns 10% or more of its
            stock or states that there is no such corporation.
25
        ☐   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26
            alleged criminal activity is a corporation the government must file a statement
27
            identifying the victim and the statement must also disclose the information required
            by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

[✓]  No such corporation.

[ ]  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

[ ]  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ]  Other(please explain)

_____

_____

   **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___19th___ day of ___October___, ___2015___.

s/Richard B. North, Jr.
_____
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on October 19, 2015, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Counsel of Record