| | |
|---|---|
| Name | Richard B. North, Jr. |
| Bar # | Bar No. 545599 (admitted pro hac vice) |
| Firm | Nelson Mullins Riley & Scarborough, LLP |
| Address | Atlantic Station |
| | 201 17th Street, NW, Ste 1700 |
| | Atlanta, GA 30363 |
| Telephone | (404) 322-6000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JOJI TAKADA, Trustee in Bankruptcy for John Noonan; JOHN NOONAN,

    Plaintiff,

vs.

C. R. BARD, INC., a New Jersey Corp. and BARD PERIPHERAL VASCULAR, INC., an Arizona Corp.

    Defendant.

**Case No.** MDL NO. 15-02641-PHX-DGC
Case No. CV-15-1885-PHX-DGC

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of C. R. Bard, Inc. in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____ Relationship _____
Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __19th__ day of __October__, __2015__.

s/Richard B. North, Jr.
_____
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on October 19, 2015, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Counsel of Record