IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Catherine Rowden, <br>C.A. No. CV-15-2091-PHX-DGC <br><br>Catherine Rowden, <br>          Plaintiff(s), <br>v. <br>C R Bard, Inc., et al., <br>          Defendant(s) | **MDL Docket No. 15-2641** <br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Missouri 4:15-cv-1489) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed October 19, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

October 19, 2015                               BRIAN D. KARTH
        Date                                   DCE/Clerk of Court

                                               s/M. Pruneau
                                                   Deputy Clerk