IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Kevin Gross, C.A. No. CV-15-2096-PHX-DGC | ) ) ) | **MDL Docket No. 15-2641** |
| Kevin Gross, | ) ) ) | **NOTICE** |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| C R Bard, Inc., et al., | ) ) | |
| Defendant(s) | ) | |

    **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Pennsylvania 2:15-cv-5110) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed October 10/13/15.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

October 20, 2015                         BRIAN D. KARTH
     Date                                 DCE/Clerk of Court

                                              s/M. Pruneau
                                                Deputy Clerk