UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

CASE NO: 15-md-02641-PHX-DGC
MDL NO:  2641

This Document Relates to:

2:15-cv-04494-DGC
2:15-cv-01726-DGC
2:15-cv-01723-DGC
2:15-cv-01623-DGC
2:15-cv-01644-DGC
2:15-cv-01722-DGC
2:15-cv-01741-DGC
2:15-cv-01629-DGC
2;15-cv-01667-DGC
2:15-cv-01956-DGC
2:15-cv-01628-DGC

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

The undersigned, Joseph R. Johnson, has been admitted or otherwise authorized
to practice in this Court and appear in these cases as counsel for the following plaintiffs:

Debra Castellano
Clifford Geter
Debra Green
George Leus
Dawn Merritt
Sandra Scott
David Shackleford
Lessie Tillman
Vicki Wetzel
Tamika Williams
Casey Wyatt

Dated: October 19, 2015

Respectfully Submitted,

__/s/ Joseph R. Johnson_____

Joseph R. Johnson, FL #372250
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Road (33409)
P. O. Box 4426
West Palm Beach, FL  33402-4426
Tel:  (561) 684-2500
Tel:  (561) 684-6308
jjohnson@babbitt-johnson.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

CASE NO: 15-md-02641-PHX-DGC
MDL NO:  2641

This Document Relates to:

2:15-cv-04494-DGC
2:15-cv-01726-DGC
2:15-cv-01723-DGC
2:15-cv-01623-DGC
2:15-cv-01644-DGC
2:15-cv-01722-DGC
2:15-cv-01741-DGC
2:15-cv-01629-DGC
2;15-cv-01667-DGC
2:15-cv-01628-DGC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, a copy of the foregoing NOTICE OF

APPEARANCE was filed electronically via the Court's electronic filing system.  Those

attorneys who are registered with the Court's electronic filing system may accedss this

filing through the Court's system, and notice of this filing will be sent to these parties by

operation of the Court's electronic filing system.

    /s/ Joseph R. Johnson
Joseph R. Johnson, FL #372250
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Road (33409)
P. O. Box 4426
West Palm Beach, FL  33402-4426

Tel:  (561) 684-2500
Tel:  (561) 684-6308
jjohnson@babbitt-johnson.com
Attorneys for Plaintiffs