Robert W. Boatman (009619) - rwb@gknet.com
Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Lincoln Combs (025080) - lincoln.combs@gknet.com
Matthew R. Boatman (031277) - matt.boatman@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
*Attorneys for Plaintiff Denise O'Neil*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Denise O'Neil,<br>C.A. No. CV-15-1926-PHX-DGC | MDL DOCKET No. 15-2641 |
| Denise O'Neil,<br>            Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>            Defendant(s) | **NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that Mark S. O'Connor, Paul L. Stoller, Shannon L. Clark, Lincoln Combs, and Matthew R. Boatman, of the law firm of Gallagher & Kennedy, P.A., located at 2575 East Camelback Road, Phoenix, Arizona 85016, enter their appearance

in the above-captioned matter as counsel for Plaintiff Denise O'Neil and request that they be added to the ECF notifications for this matter. Robert W. Boatman of Gallagher & Kennedy, P.A. has previously entered his appearance in this matter.

RESPECTFULLY SUBMITTED this 22nd day of October, 2015.

GALLAGHER & KENNEDY, P.A.

By:  */s/ Paul L. Stoller*
    Robert W. Boatman
    Mark S. O'Connor
    Paul L. Stoller
    Shannon L. Clark
    Lincoln Combs
    Matthew R. Boatman
    2575 East Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225
    *Attorneys for Plaintiff Denise O'Neil*

I hereby certify that on this 22nd day of October, 2015, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

*/s/ Nancy Jo Koenes*
Nancy Jo Koenes

5098525v1/26997-0001