Robert W. Boatman (009619) - rwb@gknet.com
Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Lincoln Combs (025080) - lincoln.combs@gknet.com
Matthew R. Boatman (031277) - matt.boatman@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
*Attorneys for Plaintiff Lessie Tillman*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Lessie Tillman,<br>C.A. No. CV-15-1629-PHX-DGC | MDL DOCKET No. 15-2641 |
| Lessie Tillman,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>C.R. Bard, Inc., et al.,<br><br>　　　　　　Defendant(s) | **SUPPLEMENTAL NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that Mark S. O'Connor, Paul L. Stoller, Shannon L. Clark, Lincoln Combs, and Matthew R. Boatman, of the law firm of Gallagher & Kennedy, P.A., located at 2575 East Camelback Road, Phoenix, Arizona 85016, enter their appearance

in the above-captioned matter as counsel for Plaintiff Lessie Tillman and request that they be added to the ECF notifications for this matter. Robert W. Boatman of Gallagher & Kennedy, P.A. has previously entered his appearance in this matter.

RESPECTFULLY SUBMITTED this 22nd day of October, 2015.

                GALLAGHER & KENNEDY, P.A.

                By: */s/ Paul L. Stoller*
                     Robert W. Boatman
                     Mark S. O'Connor
                     Paul L. Stoller
                     Shannon L. Clark
                     Lincoln Combs
                     Matthew R. Boatman
                     2575 East Camelback Road, Suite 1100
                     Phoenix, Arizona 85016-9225
                     *Attorneys for Plaintiff Lessie Tillman*

I hereby certify that on this 22nd day of October, 2015, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

                */s/ Nancy Jo Koenes*
                Nancy Jo Koenes

5098521v1/26997-0001