| | |
|---|---|
| Name | Richard B. North, Jr. |
| Bar # | Bar No. 545599 (admitted pro hac vice) |
| Firm | Nelson Mullins Riley & Scarborough, LLP |
| Address | Atlantic Station |
| | 201 17th Street, NW, Ste 1700 |
| | Atlanta, GA 30363 |
| Telephone | (404) 322-6000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MYRA EDWARDS,<br><br>  Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., a New Jersey Corp. and BARD PERIPHERAL VASCULAR, INC., an Arizona Corp.<br><br>  Defendant. | **Case No.**  MDL NO. 15-02641-PHX-DGC<br>Case No. CV-15-2090-PHX-DGC<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of C. R. Bard, Inc. in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____ Relationship _____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  23rd   day of  October  , 2015   .

s/Richard B. North, Jr.
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on October 23, 2015, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Counsel of Record