IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, </br></br>THIS DOCUMENT RELATES TO: </br></br>Jennifer Campbell Tate, </br>C.A. No. CV-15-2139-PHX-DGC </br>_____ </br></br>Jennifer Campbell Tate, </br></br>        Plaintiff(s), </br></br>v. </br></br>C R Bard, Inc., et al., </br></br>        Defendant(s) | **MDL Docket No. 15-2641** </br></br></br></br></br></br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Western District of Pennsylvania 2:15-cv-1220) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed October 10/26/15.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

October 26, 2015                   BRIAN D. KARTH
    Date                            DCE/Clerk of Court

                                            s/M. Pruneau
                                               Deputy Clerk