IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>William Owens, Jr., <br>C.A. No. CV-15-2142-PHX-DGC <br><br>William Owens, Jr., <br>        Plaintiff(s), <br><br>v. <br><br>C R Bard, Inc., et al., <br>        Defendant(s) | **MDL Docket No. 15-2641** <br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly District of Colorado 1:15-cv-1970) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed October 10/26/15. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

October 26, 2015                       BRIAN D. KARTH  
    Date                              DCE/Clerk of Court

                                                s/M. Pruneau  
                                                  Deputy Clerk