IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Sheila Middleton, C.A. No. CV-15-2145-PHX-DGC | ) ) ) | **MDL Docket No. 15-2641** |
| Sheila Middleton, | ) ) ) | **NOTICE** |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| C R Bard, Inc., et al., | ) ) | |
| Defendant(s) | ) | |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Central District of Illinois 3:15-cv-3287) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed October 10/26/15. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

October 26, 2015           BRIAN D. KARTH
    Date                        DCE/Clerk of Court

                                         s/M. Pruneau
                                           Deputy Clerk