IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Dean Becker,<br>C.A. No. CV-15-2155-PHX-DGC<br><br>Dean Becker,<br>             Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>             Defendant(s) | **MDL Docket No. 15-2641**<br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Central District of California 2:15-cv-7937) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed October 10/26/15. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

October 27, 2015                         BRIAN D. KARTH
       Date                              DCE/Clerk of Court

                                         s/M. Pruneau
                                            Deputy Clerk