# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

**IT IS ORDERED** that counsel wishing to appear telephonically at the Case Management Conference set for **October 29, 2015 at 9:00 a.m.** may access the conference by dialing 1-888-240-3210, access code 5466031. If counsel experience any difficulties accessing the conference, please call the Court's chambers at 602-322-7645.

Dated this 27th day of October, 2015.

David G. Campbell
United States District Judge