NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court

☑ I have **pending case(s)** in the District Court

Pending Case No(s).[1]        )
                              )  2:15-md-264
                              )
                              )
                              )
                              )
                              )
                              )

Pursuant to Local Rule 83.3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Troy Brenes | Troy Brenes |
| Law Firm, Company, and/or Agency: | LopezMcHugh LLP. | Brenes Law Group |
| Address: | 100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 | 16A Journey<br>Aliso Viejo, CA 92656 |
| Primary E-mail: | tbrenes@lopezmchugh.com | Tbrenes@breneslawgroup.com |
| Secondary E-mail(s): | | |
| Telephone Number: | 949-737-1501 | 949-397-9360 |
| Facsimile: | 949-737-1504 | 949-607-4192 |

Date: 10/27/2015                                    s/ *[signature]*

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.