IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Plaintiff(s)/Petitioner(s),
vs.

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Defendant(s)/Respondent(s)

CASE NO: 2:15-md-02641-DGC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

NOTICE: **$35.00 APPLICATION FEE REQUIRED!**

I, __S. Ann Saucer__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Myra Edwards, Plaintiff, C.A. No. CV-15-2090-PHX-DGC__.

**City and State of Principal Residence:** Dallas, Texas
**Firm Name:** Baron & Budd, P.C.
**Address:** 3102 Oak Lawn Avenue     **Suite:** 1100
**City:** Dallas     **State:** TX     **Zip:** 75219
**Firm/Business Phone:** (214) 521-3605
**Firm Fax Phone:** (214) 520-1181     **E-mail Address:** asaucer@baronbudd.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| State of Texas | 11/27/1996 | ✓ Yes | ☐ No* |
| State of Louisiana | 04/10/1992 | ✓ Yes | ☐ No* |
| see additional sheet | | ☐ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/21/2015
**Date**

*Signature of Applicant*

**Fee Receipt #** PHX16-1357

(Rev. 04/12)

| In re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **Application of Attorney For Admission To Practice Pro Hac Vice Pursuant To LRCiv 83.1(b)(2)** |

**I am admitted to practice before the following courts (continued):**

| Title of Court | Date of Admission | In Good Standing? |
|---|---|---|
| U.S. Court of Appeals for the First Circuit | 2/13/2015 | Yes |
| U.S. Court of Appeals for the Third Circuit | 11/13/2002 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | 6/1/2009 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 1/13/2013 | Yes |
| U.S. District Court – Northern District of Texas | 6/6/1995 | Yes |
| U.S. District Court – Eastern District of Texas | 3/2/1998 | Yes |
| U.S. District Court – Eastern District of Louisiana | 12/3/1992 | Yes |
| U.S. District Court – Western District of Louisiana | 6/16/1992 | Yes |
| U.S. District Court – Eastern District of Michigan | 2/6/1997 | Yes |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## S ANN SAUCER

Bar Number:                  Date of Admission:

00797885                     06/06/1995

Witness my official signature and the seal of this court.

Dated: 10/21/15

Karen Mitchell,
Clerk of Court

By: Nina Mendez
Deputy Clerk