Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF *IN CAMERA* FILING PURSUANT TO COURT'S OCTOBER 28, 2015 ORDER** |

Notice is hereby given that in accordance with the Court's order of today's date, Plaintiffs have submitted *in camera* a list of the committees and related information requested by the Court.

RESPECTFULLY SUBMITTED this 28th day of October, 2015.

            **GALLAGHER & KENNEDY, P.A.**

            By: */s/ Paul L. Stoller*
              Robert W. Boatman
              Paul L. Stoller
              Shannon L. Clark
              2575 E. Camelback Road, Suite 1100
              Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

I hereby certify that on this 28th day of October, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nancy Jo Koenes

5105553v1/26997-0001