Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**JOINT SUPPLEMENT TO THE PARTIES' PROPOSED AGENDA AND DISCUSSION OF ISSUES SUBMITTED PURSUANT TO THE COURT'S SEPTEMBER 15, 2015 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties provide this supplement to their Proposed Agenda and Discussion of Issues Submitted Pursuant to the Court's September 15, 2015 Order Setting Initial Case Management Conference to inform the Court that they will not be filing a proposed ESI protocol or Rule 502 Order in advance of the October 29, 2015 Case Management Conference. Due to formation issues for the proposed Plaintiffs Steering Committee and assigning committee responsibilities, plaintiffs' counsel was not able to address the ESI

issues until this week.  Nonetheless, the parties have been and are working cooperatively to produce agreed forms of those orders and will be prepared to answer any questions the Court may have regarding those matters at the Case Management Conference.

RESPECTFULLY SUBMITTED this 28th day of October, 2015.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Paul L. Stoller*
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 E. Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*

**SNELL & WILMER**

By: with permission of Matthew Lerner
    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren
    Phoenix, Arizona 85004-2202

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
    Richard B. North, Jr. (admitted *pro hac vice*)
    201 17th St. NW, Suite 1700
    Atlanta, Georgia 30363

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

1    I hereby certify that on this 28th day of October, 2015, I electronically transmitted the
2 attached document to the Clerk's Office using the CM/ECF System for filing and transmittal
3 of a Notice of Electronic Filing.

*/s/ Gay Blakesley*

5105220v1/26997-0001