**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES -Scheduling Conference**

Phoenix Division

MDL 15-2641 PHX DGC                    DATE: 10/29/2015
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation

======================================================================

HON: DAVID G. CAMPBELL

 Traci C. Abraham                      Patricia Lyons
        Deputy Clerk                       Court Reporter

ATTORNEY APPEARANCES:

     SEE BELOW                              SEE BELOW
Attorney(s) for Plaintiff(s)        Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**    X   Open Court       Chambers         Other


APPEARANCES: See Attached List

Scheduling conference held. Court agenda and parties proposed Agenda (docs.174, 203) discussed. Court will issue orders after the hearing to address all issues, deadlines, and briefing discussed.


A status hearing is set for 1/29/2016 at 9:00 a.m. A joint discovery report shall be due on 1/20/2016.


cc: counsel
Time in Court 9:12 a.m. to 3:00 p.m.