MDL 15-2641 -DGC

In Person

| Please **PRINT** your name | The name of the party you represent |
|---|---|
| Richard North | C.R. Bard & Bard Peripheral |
| James Condo | " " |
| Matthew Lerner | " " |
| Amanda Sheridan | " " |
| Julia Reed Zaic | Heaviside Reed Zaic |
| Hadley Matarazzo | Faraci Lange |
| Laura Smith | Heaviside Reed Zaic |
| Paul Stoller | Gallagher & Kennedy |
| Troy Brenes | Brenes Law Group |
| Ramon R. Lopez | Lopez McHugh |
| Joe Johnson | Babbitt - Johnson |
| Bob Boatman | Gallagher & Kennedy |
| Laura Baughman | Baron & Budd, Plaintiffs |
| Russell Budd | Baron & Budd, Plaintiffs |
| Lincoln Combs | Gallagher & Kennedy |
| MARK O'CONNOR | Gallagher & Kennedy |

MDL 15-2641-DGC

In Person

| Please **PRINT** your name | The name of the party you represent |
|---|---|
| SHEILA M. BOSSIER | PLAINTIFFS / FREESE & GOSS, PLLC |
| Howard Nations | Plaintiffs - Bard MDL |
| GREG RUEB | π - BARD MDL |
| CHRISTOPHER KIRCHNER | π |
| Matt Boatman | π - Bard |
| M. Brandon Smith | π - Bard |
| Shannon L. Clark | π - Bard MDL |
| LAURA L. VOGHT | π - BARD MDL |
| John A. Dalimonte | π - Bard MDL |
| DOUG SAELTZER | π - BARD |
| MICHAEL KELLY | Plaintiff |
| Bobby Bell | π - BARD MDL |
| Eric Terry | π - Bard MDL |
| Wendy Fleishman | π - Bard MDL |
| Sadler Bailey | π - Bard MDL |
| Stuart Goldenberg | π Bard MDL |

MDL 15-2641-DGC

In Person

| Please **PRINT** your name | The name of the party you represent |
|---|---|
| Marlene Goldenberg | TT - Bard MDL |
| Turner W. Branch | TT's |
| Adam Fank | Bard MDL |
| Margaret Branch | |
| Matthew McCarley | Albert Miller |
| Tom Cartmell | TT's |
| David DeGreeff | TT's |
| Les Weisbrod | TT's |
| Donald Migliori | |
| | |
| | |
| | |
| | |
| | |

MDL 15-2641-DGC

Telephonic Appearances

| Please **PRINT** your name | The name of the party you represent |
|---|---|
| Jon Mann | |
| James Cannon | |
| William Curtis | |
| Jessica Keller | |
| Hank Pardo | |
| Jaclyn Anderson | |
| Joshua Miller | |
| David Krangle | |
| Phillip Pendergrass | |
| Brian Winegar | |
| Marylou Boeloke | |
| Theresa Toriseva | |
| Jason Schnider | |
| | |
| | |
| | |