## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) Myra Edwards, ) C.A. No. CV-15-2090-PHX-DGC ) ) | Case No: 15-md-02641-PHX-DGC  **MDL DOCKET NO. 15-2641**  **NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL** |

**PLEASE TAKE NOTICE THAT** Attorney Robert Randolph Hatten of the law firm Patten Wornom Hatten Diamonstein LC hereby withdraws as counsel of record for Plaintiff Myra Edwards.

**PLEASE TAKE NOTICE THAT** Attorneys Russell W. Budd, Laura J. Baughman, John L. Langdoc and S. Ann Saucer of the law firm Baron & Budd, P.C. shall continue to serve as counsel for the above-referenced Plaintiff.  It is therefore requested that Robert Randolph Hatten be removed from any further notice on the above case.

Date: October 30, 2015

Respectfully Submitted:

/s/Laura J. Baughman
Russell W. Budd (TX Bar No.: 03312400)
Laura J. Baughman (TX Bar No.: 00791846)
John L. Langdoc (TX Bar No.: 24044583)
S. Ann Saucer (TX Bar No.: 00797885)
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
lbaughman@baronbudd.com
jlangdoc@baronbudd.com
asaucer@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on October 30, 2015, which will serve a copy on all counsel of record.

Date: October 30, 2015          /s/Laura J. Baughman
                                Laura J. Baughman