IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS          Case No. 15-md-02641-DGC
PRODUCTS LIABILITY LITIGATION           MDL No. 2641

This Document Relates to:
    15-cv-2139-DGC

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

The undersigned, Ben Martin and Thomas Wm. Arbon, have been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

Plaintiff Jennifer Campbell Tate.

Dated: October 31, 2015        */s/ Ben C. Martin*
        Ben C. Martin, Bar No. 13052400
        Thomas Wm. Arbon, Bar No. 01284275
        **The Law Office of Ben C. Martin**
        3219 McKinney Avenue
        Dallas, TX 75204
        Telephone: (214) 761-6614
        Facsimile: (214) 744-7590
        bmartin@bencmartin.com
        tarbon@bencmartin.com

        *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            */s/ Ben C. Martin*
                                            Ben C. Martin