IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Mary Duffie and James Duffie

    Plaintiff(s)/Petitioner(s),

vs.

C.R. Bard, Inc. et al

    Defendant(s)/Respondent(s)

CASE NO: 1:15-cv-02093   MDL 2641

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 29 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, M. Brandon Smith, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Mary Duffie and James Duffie.

City and State of Principal Residence: Atlanta, Georgia
Firm Name: Childers, Schlueter & Smith, LLC
Address: 1932 N. Druid Hills Road   Suite: 100
City: Atlanta   State: GA   Zip: 30319
Firm/Business Phone: (404) 419-9500
Firm Fax Phone: (404) 419-9501   E-mail Address: bsmith@cssfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Northern District of Georgia | 05/15/2006 | ✓ Yes  ☐ No* |
| Middle District of Georgia | 03/18/2008 | ✓ Yes  ☐ No* |
| Southern District of West Virginia | 11/23/2011 | ✓ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/29/15
**Date**
Fee Receipt # plux164508

*[signature]*
**Signature of Applicant**

(Rev. 04/12)



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MICHAEL BRANDON SMITH, State Bar No. 141418,** was duly admitted to practice in said Court on May 15, 2006, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 28th day of October, 2015.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Anniva Renick
Deputy Clerk