Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MD No. 02641<br>**JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

In accordance with Case Management Order No. 2, the parties hereby submit and stipulate that the Court may enter the form of Protective Order submitted to the Court with this stipulation.

So Stipulated to this 5th day of November 2015.

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| */s/ Robert W. Boatman* | */s/ James R. Condo [with permission]* |
| Robert W. Boatman | James R. Condo |
| Paul L. Stoller | Snell & Wilmer LLP |
| Shannon L. Clark | One Arizona Center |
| Gallagher & Kennedy | 400 East Van Buren Street |
| 2575 East Camelback Road | Suite 1900 |
| Phoenix, Arizona 85016 | Phoenix, Arizona 85004 |
| (602) 530-8000 | (602) 382-6353 |
| (602) 530-8500 fax | jcondo@swlaw.com |
| rwb@gknet.com | |
| paul.stoller@gknet.com | |
| SLC@gknet.com | |

1  Ramon R. Lopez                                Richard B. North, Jr.
   Lopez McHugh, LLP                             Nelson Mullins Riley & Scarborough LLP
2  100 Bayview Circle #5600                      Atlantic Station
   Newport Beach, California 92660               201 17th Street NW, Suite 1700
3  (949) 737-1501                                Atlanta, GA 30363
   (949) 737-1504                                (404) 322-6155
4  rlopez@lopezmchugh.com                        (404) 322-6050 fax
                                                 Richard.North@nelsonmullins.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of November 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            /s/  Nancy Jo Koenes

5113191v2/26997-0001