Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MD No. 02641 |
|---|---|
| | **NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN that Plaintiffs, through counsel, hereby served their Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Related Requests for Production of Documents on Defendants by U. S. Mail and electronic mail on November 5, 2015.

DATED this 5th day of November, 2015.

                          **GALLAGHER & KENNEDY, P.A.**

                          By:   */s/ Robert W. Boatman*
                              Robert W. Boatman
                              Paul L. Stoller
                              Shannon L. Clark
                              2575 E. Camelback Road, Suite 1100
                              Phoenix, Arizona 85016-9225

                        **LOPEZ McHUGH LLP**
                        Ramon Rossi Lopez (CA Bar No. 86361)
                        (admitted *pro hac vice*)
                        100 Bayview Circle, Suite 5600
                        Newport Beach, California 92660

                        *Co-Lead/Liaison Counsel for Plaintiffs*

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1 **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                                                        */s/  Nancy Jo Koenes*

5120207v1/26997-0001