Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MD No. 02641<br><br>**NOTICE OF SUBMISSION OF PRETRIAL ORDER RE PLAINTIFF AND DEFENDANT PROFILE FORMS** |

    In accordance with this Court's Case Management Order No. 2, Plaintiffs' Co-Lead/Liaison Counsel submit a proposed form of pretrial order to address plaintiff and defendant profile forms. The form of order and attached profile forms are agreed and stipulated to by the parties.

    DATED this 6th day of November, 2015.

                                           **GALLAGHER & KENNEDY, P.A.**

                                           By:   */s/ Robert W. Boatman*
                                                   Robert W. Boatman
                                                   Paul L. Stoller
                                                   Shannon L. Clark
                                                   2575 E. Camelback Road, Suite 1100
                                                   Phoenix, Arizona 85016-9225

/ / /

/ / /

1
2
3
**LOPEZ McHUGH LLP**
　Ramon Rossi Lopez (CA Bar No. 86361)
　(admitted *pro hac vice*)
　100 Bayview Circle, Suite 5600
　Newport Beach, California 92660

4  *Co-Lead/Liaison Counsel for Plaintiffs*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/  Nancy Jo Koenes

5122982v1/26997-0001

3