Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MD No. 02641 <br><br> **NOTICE OF SUBMISSION OF PROPOSED CASE MANAGEMENT ORDER RE RULES, POLICIES, PROCEDURES, AND GUIDELINES RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND** |

In accordance with this Court's Case Management Order No. 2, Plaintiffs' Co-Lead/Liaison Counsel submit a proposed form of case management order to address rules, policies, procedures, and guidelines relating to establishing common benefit fee and expense fund.

DATED this 6th day of November, 2015.

**GALLAGHER & KENNEDY, P.A.**

By: ___*/s/ Robert W. Boatman*___
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 E. Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

／s/  Nancy Jo Koenes

5120172v1/26997-0001