**HAGENS BERMAN SOBOL SHAPIRO LLP**
Robert B. Carey #011186
Leonard W. Aragon #020977
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rcarey@hbsslaw.com
leonard@hbsslaw.com

*Attorneys for Plaintiff, Dean Becker*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Docket No. 15-2641-DGC |
| THIS DOCUMENT RELATES TO:<br><br>Dean Becker,<br>C.A. No. CV-15-2155-PHX-DGC | **NOTICE OF APPEARANCE OF ROBERT B. CAREY** |
| Dean Becker,<br><br>                    Plaintiff(s)<br><br>v.<br><br>C R Bard, Inc., *et al.*,<br><br>                    Defendant(s). | |

Notice is hereby given that Robert B. Carey of the law firm of Hagens Berman Sobol Shapiro LLP, enters his appearance as co-counsel of record for Plaintiff Dean Becker in the above-reference action.

DATED: November 9, 2015

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/Robert B. Carey
Robert B. Carey #011186
Leonard W. Aragon #020977
11 West Jefferson Street, Ste. 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rcarey@hbsslaw.com
leonard@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
E-mail: elaine@hbsslaw.com

*Attorneys for Plaintiff, Dean Becker*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Cindy Johnson