IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | |
| THIS DOCUMENT RELATES TO: | |
| Karen Brown,<br>C.A. No. CV-15-2302-PHX-DGC | **MDL Docket No. 15-2641** |
| Karen Brown, | **NOTICE** |
| Plaintiff(s), | |
| v. | |
| C R Bard, Inc., et al., | |
| Defendant(s) | |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of Illinois 1:15-cv-9020) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed November 9, 2015. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

November 13, 2015                BRIAN D. KARTH
    Date                                         DCE/Clerk of Court

                                                  s/M. Pruneau
                                                     Deputy Clerk