IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| Norma J. Dukett, C.A. No. CV-15-2303-PHX-DGC | ) ) |
| | ) |
| Norma J. Dukett, | ) ) |
|             Plaintiff(s), | ) ) |
| v. | ) ) |
| C R Bard, Inc., et al., | ) ) |
|             Defendant(s) | ) ) |

**MDL Docket No. 15-2641**

**NOTICE**

   **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Central District of Illinois 1:15-cv-1309) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed November 13, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

November 13, 2015  
          Date

BRIAN D. KARTH  
DCE/Clerk of Court

s/M. Pruneau  
   Deputy Clerk