IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, )<br>)<br>)<br>THIS DOCUMENT RELATES TO:       )<br>)<br>Michael Callahan, et al.,       )<br>C.A. No. CV-15-2304-PHX-DGC     )<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)<br>)<br>Michael Callahan, et al.,       )<br>)<br>            Plaintiff(s),       )<br>)<br>v.                              )<br>)<br>C R Bard, Inc., et al.,         )<br>)<br>            Defendant(s)       ) | **MDL Docket No. 15-2641**<br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Northern District of New York 1:15-cv-1263) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed November 13, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

November 13, 2015          BRIAN D. KARTH
       Date                DCE/Clerk of Court

                                    s/M. Pruneau
                                     Deputy Clerk