IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Joanna Darwactor, <br>C.A. No. CV-15-2308-PHX-DGC <br><br>Joanna Darwactor, <br>          Plaintiff(s), <br>v. <br>C R Bard, Inc., et al., <br>          Defendant(s) | **MDL Docket No. 15-2641** <br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly District of South Carolina 4:15-cv-4380) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed November 13, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

November 13, 2015                    BRIAN D. KARTH
        Date                                    DCE/Clerk of Court

                                        s/M. Pruneau
                                            Deputy Clerk