AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Kevin Gross | ) |
| *Plaintiff* | ) |
| v. | )   Case No.    2:15-cv-02096-DGC |
| C.R. Bard Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kevin Gross                                                                                      .

Date:     11/10/2015

_____
*Attorney's signature*

Turner W. Branch, NM Bar # 0295
*Printed name and bar number*

2025 Rio Grande Blvd., NW
Albuquerque, NM 87104

_____
*Address*

tbranch@branchlawfirm.com
*E-mail address*

(505) 243-3500
*Telephone number*

(505) 243-3534
*FAX number*