AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| Kevin Gross | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:15-cv-02096-DGC |
| C.R. Bard Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kevin Gross

Date: 11/10/2015

*Attorney's Signature*

Margaret M. Branch, NM Bar #1879
*Printed name and bar number*

2025 Rio Grande Blvd., NW
Albuquerque, NM 87104

*Address*

mbranch@branchlawfirm.com
*E-mail address*

(505) 243-3500
*Telephone number*

(505) 243-3534
*FAX number*