## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 1 7 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

|  |  |
|---|---|
| **Plaintiff(s)/Petitioner(s),** | **CASE NO:** 2:15-md-02641-DGC |
| vs. | |
| IN RE: Bard IVC Filters<br>Product Liability Litigation | **Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)** |
| **Defendant(s)/Respondent(s)** | |

### NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Joshua D. Miller _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of See attached Exhibit "A" - List of Plaintiffs Represented _____ .

**City and State of Principal Residence:** Wheeling, West Virginia

**Firm Name:** Toriseva Law

**Address:** 1446 National Road                                      **Suite:** _____

**City:** Wheeling                        **State:** WV    **Zip:** 26003

**Firm/Business Phone:** ( 304 ) 238-0066

**Firm Fax Phone:** ( 304 ) 238-0149                **E-mail Address:** jdm@torisevalaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State of Ohio | 05/20/2002 | ☑Yes  ☐No* |
| State of Pennsylvania | 08/19/2009 | ☑Yes  ☐No* |
| See attached Exhibit "B" - Court Admissions | | ☑Yes  ☐No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

11/12/15 _____                    _____

**Date**                                        **Signature of Applicant**

**Fee Receipt #** PHX165282

(Rev. 04/12)

## Exhibit A

| PLAINTIFF | COURT | CIVIL ACTION NO. |
|---|---|---|
| Harry Keen, III | Eastern District of Pennsylvania | 5:13-cv-05361 |
| Ernest Winland | Central District of Illinois | 2:15-cv-02144 |
| Carol Jo Winland | Central District of Illinois | 2:15-cv-02144 |
| Linda Schweska | Central District of Illinois | 3:15-cv-03193 |
| Daniel P. Schweska | Central District of Illinois | 3:15-cv-03193 |
| Donald Epps | District of Nevada | 2:15-cv-01210 |
| Robert Peery | Western District of Tennessee | 1:15-cv-01153 |
| Claudette Y. Mears | Middle District of Pennsylvania | 1:15-cv-01253 |
| Angela Voigt | Eastern District of Oklahoma | 6:15-cv-00239 |
| Pharris Morgan | Eastern District of Texas | 6:15-cv-00603 |
| Billy C. Morgan, Jr. | Eastern District of Texas | 6:15-cv-00603 |

**Exhibit B**

| COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| Northern District of West Virginia | 01/12/2015 | Yes |
| Southern District of West Virginia | 06/11/2014 | Yes |
| Southern District of Ohio | 01/22/2004 | Yes |

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
### for the
### Northern District of West Virginia

## CERTIFICATE OF GOOD STANDING

I, _____ Cheryl Dean Riley _____ , Clerk of this Court,

certify that _____ JOSHUA D. MILLER _____ , Bar # _____ 12439 _____ ,

was duly admitted to practice in this Court on _____ 01/12/2015 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Wheeling _____ on _____ 11/09/2015 _____
                    *(Location)*                              *(Date)*

**Cheryl Dean Riley**

_____
*CLERK*

_____
*DEPUTY CLERK*