IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Plaintiff(s)/Petitioner(s),<br>vs.<br>IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>Defendant(s)/Respondent(s) | CASE NO: MDL-15-02641-PHX-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |
|---|---|

FILED / LODGED
RECEIVED / COPY
NOV 17 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Matthew R. Lopez, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiffs.

**City and State of Principal Residence:** Newport Beach, CA
**Firm Name:** Lopez McHugh LLP
**Address:** 100 Bayview Circle   **Suite:** 5600
**City:** Newport Beach   **State:** CA   **Zip:** 92660
**Firm/Business Phone:** (949) 737-1501
**Firm Fax Phone:** (949) 737-1504   **E-mail Address:** mlopez@lopezmchugh.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| California Superior Courts | 05/31/2009 | ✓ Yes   ☐ No* |
| Northern District of California | 03/13/2013 | ✓ Yes   ☐ No* |
| See Attachment A |  | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

11/13/15
**Date**
Fee Receipt # phx165189

[Signature]
**Signature of Applicant**

(Rev. 04/12)

## ATTACHMENT A

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Central District of California | 3/8/2010 | Yes |
| Eastern District of California | 1/2014 | Yes |
| Southern District of California | 3/2013 | Yes |
| Colorado District Court | 5/16/2010 | Yes |



**Matthew Ramon Lopez PHV Admission**
Brooke L. Meyers    to: attyadmin@azd.uscourts.gov           11/18/2015 10:37 AM

From:   "Brooke L. Meyers" <bmeyers@lopezmchugh.com>
To:     "attyadmin@azd.uscourts.gov" <attyadmin@azd.uscourts.gov>

Dear Beth:

As we discussed earlier today, here is a list of the cases that Mr. Lopez will be filing a notice of appearance in for the MDL. If you need anything else, please let me know.

| Name | New Case No. |
|---|---|
| Cason, Pamela | 2:15-cv-1691 |
| Coker, Jennifer | 2:15-CV-1712 |
| Deserio-Mintz, Jessica | 2:15-cv-1710 |
| Fox, Susan | 2:15-cv-01707 |
| Green, Debra | 2:15-cv-1723 |
| Murray, Melonee | 2:15-cv-01720 |
| Noonan, John (Takada) | 2:15-cv-1885 |
| O'Neill, Denise | 2:15-cv-1926 |
| Owens, William | 2:15-cv-2142 |
| Rowden, Johnny (E/O) | 2:15-cv-2641 |
| Smith, Erin | 2:15-cv-1742 |
| Wyatt, Casey | 2:15-cv-1628 |

Sincerely,
Brooke L. Meyers, CP
Certified Paralegal



California • Pennsylvania • New Jersey
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(877) 737-8525 - Toll Free
(949) 812-5782 - Direct Dial
(949) 737-1501 - Telephone
(949) 737-1504 - Facsimile
bmeyers@LopezMcHugh.com
www.LopezMcHugh.com

P Please consider the environment before printing this email

Privileged and Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Matthew Ramon Lopez_____, Bar No. ___263134___

was duly admitted to practice in this Court on ___March 8, 2010___
                                                    *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___November 13, 2015___
         *Date*

KIRY K. GRAY
Clerk of Court

By _____, Deputy Clerk
      Lupe Thrasher

G-52 (10/15)                CERTIFICATE OF GOOD STANDING - BAR MEMBER