James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**JOINT MOTION AND INCORPORATED MEMORANDUM FOR AN ORDER PROTECTING ANY ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT REVEALED DURING UPCOMING MOTION FOR PROTECTIVE ORDER** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") and the plaintiffs hereby jointly move for an order protecting any attorney-client privilege and work product that may be revealed in conjunction with Bard's upcoming Motion for Protective Order Regarding Discovery of Litigation Consultant's Report, which Bard will file later this month subject to the Court's ruling on the instant motion, as follows:

1.     On December 15, 2004, Dr. John Lehmann submitted a written report to

1    Bard's Assistant General Counsel, Donna Passero.  Bard has asserted that the work-

2    product doctrine protects Dr. Lehmann's report from discovery or other use during the

3    MDL.  The plaintiffs argue that Dr. Lehmann's report was created in the normal course of

4    business, and is therefore discoverable and may be used in the prosecution of their cases.

5    Dr. Lehmann's report was also admitted, over Bard's objections, during a trial in February

6    2015.

7        2.    Before the creation of this MDL, Bard litigated its work-product assertion in

8    numerous state and federal courts across the country, including in *Alexander v. C. R.*

9    *Bard, Inc.*, which was pending in the U.S. District Court for the Northern District of

10   Texas.  In *Alexander*, the court held an evidentiary hearing during which Dr. Lehmann

11   and Bard's Assistant General Counsel, Donna Passero, testified.  The witnesses testified

12   and were cross-examined about the creation and contents of Dr. Lehmann's report; Dr.

13   Lehmann's retention to prepare the report; adverse events that Bard was receiving

14   throughout 2004; other reports that Bard was preparing concerning adverse events in

15   2004; and the contents of a bariatric surgeons panel in February 2005.  Portions of the

16   questions to the witnesses, as well as the witnesses' testimony, concern material

17   potentially protected by the attorney-client privilege and/or work-product doctrine.

18   Accordingly, the *Alexander* court sealed the transcript of the evidentiary hearing, entered

19   an order pursuant to Federal Rule of Evidence 502(d) to protect against any waiver, and

20   subsequently entered an order that allows the parties to use the evidentiary hearing

21   transcript in other proceedings in which a Rule 502(d) order has been entered. *See* Mot.

22   and Doc. Tex. Or., *Alexander v. Bard*, June 26 and July 1, 2014, attached as Exhibit A.

23       3.    The parties in the MDL believe that a sealed submission of the *Alexander*

24   evidentiary hearing transcript, as well as the exhibits submitted during the hearing, will

25   aid the Court in determining whether Dr. Lehmann's report is protected work product, and

26   the parties therefore jointly request that the Court enter an order pursuant to Federal Rule

27   of Evidence 502(d) that any disclosure of protected communications or work-product

28   material in conjunction with Bard's Motion regarding Dr. Lehmann's December 2004

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  report shall not constitute a waiver of any such protected communications or work

2  product.

3      4.    Although counsel for the plaintiffs do not concede that material to be

4  submitted to the Court in conjunction with Bard's Motion is protected by the attorney-

5  client privilege or work-product doctrine, the plaintiffs agree that entering a Rule 502(d)

6  order is appropriate for the purposes of determining whether Dr. Lehmann's report is

7  protected work product.

8      5.    For the foregoing reasons, good cause exists for entry of an order under

9  Federal Rule of Evidence 502(d) that provides that any disclosure of protected

10  communications or material shall not constitute a waiver of such protection.  Such an

11  order would appropriately protect the attorney-client privilege and work-product doctrine,

12  and the parties have jointly filed a Proposed Consent Order for the Court's consideration.

13      DATED this 19th day of November, 2015.

14  GALLAGHER & KENNEDY, P.A.    SNELL & WILMER L.L.P.

15

16  By: s/Paul Stoller (with permission)    By: s/Amanda C. Sheridan
    Robert W. Boatman (009619)    James R. Condo

17      Paul L. Stoller (016773)    Amanda C. Sheridan
    Shannon L. Clark (019708)    One Arizona Center

18      2575 East Camelback Road    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85016-9225    Phoenix, Arizona  85004-2202

19      Ramon Rossi Lopez    Richard B. North, Jr. (admitted *pro hac vice*)
    (admitted *pro hac vice*)    Georgia Bar No. 545599

20      CA Bar No. 86361    Matthew B. Lerner (admitted *pro hac vice*)
    LOPEZ McHUGH LLP    Georgia Bar No. 446986

21      100 Bayview Circle, Suite 5600    Nelson Mullins Riley & Scarborough LLP
    Newport Beach, California 92660    201 17th Street, NW / Suite 1700

22      Atlanta, GA  30363
    Attorneys for Plaintiffs

23      Attorneys for C. R. Bard, Inc. and Bard
    Peripheral Vascular, Inc.

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on November 19, 2015, the foregoing was electronically filed

3

with the Clerk of Court using the CM/ECF system which will automatically send email

4

notification of such filing to all attorneys of record.

5

6

s/Amanda C. Sheridan

7

8

22951844

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

- 4 -