IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **[PROPOSED] CONSENT ORDER** |

Upon consideration of the parties' Joint Motion for an Order Protecting Any Attorney-Client Privilege and Work Product Revealed During Upcoming Motion for Protective Order, the motion is hereby granted.

In accordance with Federal Rule of Evidence 502(d), it is ordered that any disclosure of protected communications or work-product material with the briefing or argument of Bard's upcoming Motion for Protective Order regarding the December 15, 2004, report of Dr. John Lehmann shall not constitute a waiver of any such protected communications or work product.

SO ORDERED on this ____ day of November 2015.

22952185