1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9   | IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
10                                                              **ORDER**
11

12          Upon consideration of the parties' Joint Motion for Leave to Exceed Page Limit for

13   Briefing Related to Lehmann Report, the motion is hereby granted.

14          The parties may exceed the page limits defined in Local Rule of Civil Procedure

15   7(e)(1) for their briefing related to whether Dr. Lehmann's December 15, 2004, Report is

16   protected work product.  Bard's supporting memorandum may not exceed thirty pages,

17   exclusive of attachments, and the plaintiffs' response memorandum may not exceed thirty

18   pages, exclusive of attachments.

19          This Order does not grant Bard leave to exceed the eleven-page limit for any reply

20   brief.  Bard may seek leave for the length of any reply brief after the plaintiffs' response

21   brief is filed and served, and the Court will consider any such motion at that time.

22
23
24
25   22867059
26
27
28