IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 02641-DGC **ORDER** |
|---|---|

Upon consideration of the parties' Joint Motion for Leave to Exceed Page Limit for Briefing Related to Lehmann Report. Doc. 290.

The parties' joint motion for leave to exceed page limit (Doc. 290) is **granted.** The parties may exceed the page limits defined in Local Rule of Civil Procedure 7(e)(1) for their briefing related to whether Dr. Lehmann's December 15, 2004, Report is protected work product. Bard's supporting memorandum may not exceed thirty pages, exclusive of attachments, and the plaintiffs' response memorandum may not exceed thirty pages, exclusive of attachments.

Bard may file a reply brief that is 17 pages in length.

Dated this 20th day of November, 2015.

_____
David G. Campbell
United States District Judge