IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| Donald E. Yates, et al., C.A. No. CV-15-2380-PHX-DGC | ) **MDL Docket No. 15-2641** ) ) |
| Donald E. Yates, et al., | ) ) **NOTICE** |
| Plaintiff(s), | ) ) ) |
| v. | ) ) |
| C R Bard, Inc., et al., | ) ) |
| Defendant(s) | ) |

  **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Southern District of Indiana 1:15-cv-1466) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed November 18, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

| | |
|---|---|
| November 23, 2015 | BRIAN D. KARTH |
| Date | DCE/Clerk of Court |
| | |
| | s/M. Pruneau |
| | Deputy Clerk |