IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Tammy Lynn Hillsburg, <br>C.A. No. CV-15-2379-PHX-DGC <br><hr> Tammy Lynn Hisslburg, <br><br>    Plaintiff(s), <br><br>v. <br><br>C R Bard, Inc., et al., <br><br>    Defendant(s) | **MDL Docket No. 15-2641** <br><br><br><br>**NOTICE** |

  **IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Southern District of Texas 4:15-cv-3001) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed November 18, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

November 23, 2015        BRIAN D. KARTH
   Date            DCE/Clerk of Court

                    s/M. Pruneau
                      Deputy Clerk