Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*


James R. Condo (#005867)
Amanda C. Sheridan (#027360)
**SNELL & WILMER L.L.P**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
**NELSON MULLINS RILEY &
  SCARBOROUGH LLP**
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**JOINT MOTION AND INCORPORATED MEMORANDUM FOR AN ORDER PROTECTING ANY ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT REVEALED DURING MEETING AND CONFER ON PRIVILEGE LOGS** |

  Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") and the plaintiffs hereby jointly move for an order protecting any attorney-client privilege and work product that may be revealed in conjunction with the parties information meet and confer regard entries on Bard's privilege logs and show as follows:

  1. The Court ordered the parties to meet and confer regarding the entries on Bard's privilege logs. The parties have agreed to a procedure and memorialized it in the Stipulation attached as Exhibit "A".

  2. The parties seek to engage in a meaningful meet and confer regarding Bard's privilege claims, and the parties therefore jointly request that the Court enter an order pursuant to Federal Rule of Evidence 502(d) that any disclosure of protected communications or work-product material in conjunction with that meet and confer shall not constitute a waiver of any attorney client privilege or work product protection.

  3. For the foregoing reasons, good cause exists for entry of an order under Federal Rule of Evidence 502(d) that provides that any disclosure of protected communications or material shall not constitute a waiver of such protection. Such an order would appropriately protect the attorney-client privilege and work-product doctrine, and the parties have jointly filed a Proposed Consent Order for the Court's consideration.

- 2 -

DATED this 24th day of November, 2015.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: s/Paul L. Stoller<br>Robert W. Boatman<br>Paul L. Stoller<br>Shannon L. Clark<br>2575 E Camelback Road<br>Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez (admitted *pro hac vice*)<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660<br><br>Co-Lead/Liaison Counsel for Plaintiffs | By: s/Richard B. North, Jr.<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>James R. Condo<br>Amanda C. Sheridan<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

 s/Richard B. North, Jr.