IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:
BARDL IVC FILTERS PRODUCTS LIABILITY
LITIGATION

Case No. 2:15-md-02641-DGC

This document relates to:
KEVIN GROSS

vs.

Case No. 2:15-cv-02096-DGC

C.R. BARD INC., et al.

## PRAECIPE TO WITHDRAW APPEARANCE

To:   The Clerk of Court

Kindly withdraw my appearance as counsel for Plaintiff, Kevin Gross, regarding the above-captioned matter.

McNichol, Byrne & Matlawski, P.C.

BY: _____
RAYMOND J. PEPPELMAN, JR.
Attorney ID 17484
McNichol, Byrne & Matlawski, P.C.
1223 N Providence Road
Media, Pa 19063
610-565-4322
rpeppelman@mbmlawoffice.com