# Exhibit B

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.___).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7. District Court and Division in which venue would be proper absent direct filing:

_____

8. Defendants (check Defendants against whom Complaint is made):

   ☐   C.R. Bard Inc.

   ☐   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☐   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

  €  G2® Express (G2®X) Vena Cava Filter

  €  Eclipse® Vena Cava Filter

  €  Meridian® Vena Cava Filter

  €  Denali® Vena Cava Filter

  €  Other: _____

11. Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

  ☐ Count I: Strict Products Liability – Manufacturing Defect

  ☐ Count II: Strict Products Liability – Information Defect (Failure to Warn)

  ☐ Count III: Strict Products Liability – Design Defect

  ☐ Count IV: Negligence - Design

  ☐ Count V: Negligence - Manufacture

  ☐ Count VI: Negligence – Failure to Recall/Retrofit

  ☐ Count VII: Negligence – Failure to Warn

  ☐ Count VIII: Negligent Misrepresentation

  ☐ Count IX: Negligence *Per Se*

  ☐ Count X: Breach of Express Warranty

  ☐ Count XI: Breach of Implied Warranty

  ☐ Count XII: Fraudulent Misrepresentation

☐ Count XIII:   Fraudulent Concealment

☐ Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☐ Punitive Damages

☐ Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this \_\_\_\_ day of November, 2015.

**GALLAGHER & KENNEDY, P.A.**

By: */s/*
   Robert W. Boatman
   Mark S. O'Connor
   Paul L. Stoller
   Shannon L. Clark
   C. Lincoln Combs
   2575 East Camelback Road
   Phoenix, Arizona  85016-9225

**LOPEZ McHUGH LLP**
   Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
   Newport Beach, California 92660

*Attorneys for Plaintiffs*

I hereby certify that on this \_\_\_\_ day of November, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/*

5131774