1   Robert W. Boatman (009619) - rwb@gknet.com
2   Paul L. Stoller (016773) - paul.stoller@gknet.com
    Shannon L. Clark (019708) - SLC@gknet.com
3   **GALLAGHER & KENNEDY, P.A.**
    2575 East Camelback Road
4   Phoenix, Arizona 85016-9225
    Telephone: (602) 530-8000
5
    Ramon Rossi Lopez (CA Bar No. 86361)
6   (admitted *pro hac vice*)
    **LOPEZ McHUGH LLP**
7   100 Bayview Circle, Suite 5600
    Newport Beach, California 92660
8   rlopez@lopezmchugh.com

9   *Co-Lead/Liaison Counsel for Plaintiffs*

10              **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE DISTRICT OF ARIZONA**

12  **IN RE:  BARD IVC FILTERS**              MD No. 02641
    **PRODUCTS LIABILITY LITIGATION**
13                                            **PARTIES' JOINT REPORT ON ESI**
                                              **PROTOCOL AND JOINT REQUEST**
14                                            **TO EXTEND TIME TO SUBMIT**
                                              **PROTOCOL**
15

16

17          In accordance with this Court's October 30, 2015 Case Management Order No. 2,

18  the Parties submit this joint report with respect to the creation of an ESI Protocol for this

19  MDL.  The Parties have not yet reached agreement on a form of ESI protocol but continue

20  to work cooperatively in an effort to do so.  Because the Parties continue to engage in a

21  cooperative effort to produce an ESI Protocol they jointly request that the Court extend

22  the time for the Parties to submit an ESI Protocol addressing format of production,

23  preservation, and other relevant ESI-discovery or a joint report setting forth the areas of

24  agreement and disagreement and recommending a procedure for resolving disagreements.

25              **REPORT AND REQUEST FOR EXTENSION**

26          Following on the initial case management conference and this Courts' Case

27  Management Order No. 2, counsel for plaintiffs and defendants have engaged in a series

28  of conversations and communications regarding ESI in this matter.  Counsel for plaintiffs

*Gallagher & Kennedy, P.A.*
*2575 East Camelback Road*
*Phoenix, Arizona 85016-9225*
*(602) 530-8000*

has requested information regarding defendants' information systems, ESI preservation, and ESI collection as foundation to understand defendants' prior ESI review and productions.  Defendants have produced documents, prior testimony, as well as correspondence from prior actions to address some of these requests.  Counsel for plaintiffs has reviewed that information and asked for additional information from defendants.  The Parties anticipate continued cooperation to provide information and to answer questions regarding plaintiffs' and defendants' collection, preservation, and search methods in order to come to an agreed ESI Protocol.  In light of the intervening holidays, the Parties request an extension to January 15, 2016 to do so.

In particular, the Parties request that the Court extend to January 15, 2016 the Parties' deadline to jointly present to the Court an ESI Protocol addressing format of production, preservation, and other relevant ESI-discovery or, if the parties are unable to reach agreement on all aspects of the ESI Protocol, to file a joint report setting forth the areas of agreement and disagreement and recommending a procedure for resolving disagreements in accordance with Case Management Order No. 2.  The Parties have submitted a proposed form of Order with this joint report and request for extension.

RESPECTFULLY SUBMITTED this 30th day of November 2015.

**GALLAGHER & KENNEDY, P.A.**

By: ___*/s/ Robert W. Boatman*_____
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 E. Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SNELL & WILMER**

By: ___/s/ Matthew Lerner [with permission]___
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

1

## **CERTIFICATE OF SERVICE**

2       I hereby certify that on this 30th day of November, 2015, I electronically

3  transmitted the attached document to the Clerk's Office using the CM/ECF System for

4  filing and transmittal of a Notice of Electronic Filing.

5

6                                          */s/  Nancy Jo Koenes*
                                           Nancy Jo Koenes

7

8  5147099v1/26997-0001

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28