1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9  | IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
10 | | **ORDER REGARDING MOTION TO SEAL MOTION FOR PROTECTIVE ORDER CONCERNING LEHMANN REPORT** |
11
12

13        Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,

14  Inc.'s Unopposed Motion to Seal and material submitted in support, and for good cause

15  shown, the motion is hereby granted.   The exhibits that are the subject of Bard's

16  Unopposed Motion to Seal (Exhibits B through S, Exhibit V, and Exhibit BB to Bard's

17  Motion for Protective Order Regarding Discovery of Litigation Consultant's Report)

18  constitute "Confidential Information" under the Stipulated Protective Order, and trade

19  secrets or other confidential research, development or commercial information pursuant to

20  Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public

21  disclosure for a discovery related motion.  Accordingly, the documents are hereby sealed.

22
23
24
25  23009477
26
27
28