# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Bard IVC Filters Products Liability Litigation | No. MDL 15-02641<br><br>**ORDER** |

Counsel for Plaintiff Kevin Gross has filed a Praecipe To Withdraw Appearance which the Court will construe as a motion to withdraw as counsel. Doc. 301. Counsel's motion does not comply with Local Rule of Civil Procedure 83.3(b). The motion will therefore be denied without prejudice.

**IT IS ORDERED** that the Praecipe To Withdraw Appearance (Doc. 301) is **denied**. If counsel wishes to be removed from this case as counsel of record, he shall file a proper motion to withdraw as counsel in full compliance with Local Rule of Civil Procedure 83.3(b).

Dated this 1st day of December, 2015.

_____
David G. Campbell
United States District Judge