James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF ERRATA RE DEFENDANTS' MOTION AND INCORPORATED MEMORANDUM FOR PROTECTIVE ORDER REGARDING REPORT OF DR. JOHN LEHMANN** |

After filing Defendants' Motion and Incorporated Memorandum for Protective Order Regarding Report of Dr. John Lehmann on November 30, 2015 (Doc. #306), it was discovered that the document was inadvertently filed without the attorney's electronic signature.

Accordingly, the signature page of Defendants' Motion and Incorporated Memorandum for Protective Order Regarding Report of Dr. John Lehmann on November 30, 2015 (Doc. #306) with the electronic signature is attached.

/ / /

DATED this 1st day of December, 2015.

                                                             SNELL & WILMER L.L.P.

                                 By: s/Amanda C. Sheridan  
                                       James R. Condo  
                                       Amanda C. Sheridan  
                                       One Arizona Center  
                                       400 E. Van Buren, Suite 1900  
                                       Phoenix, Arizona 85004-2202

                                       Richard B. North, Jr. (admitted *pro hac vice*)  
                                       Georgia Bar No. 545599  
                                       Matthew B. Lerner (admitted *pro hac vice*)  
                                       Georgia Bar No. 446986  
                                       Nelson Mullins Riley & Scarborough LLP  
                                       201 17th Street, NW / Suite 1700  
                                       Atlanta, GA 30363

                                       Attorneys for C. R. Bard, Inc. and Bard  
                                       Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 1, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                                       s/Amanda C. Sheridan

23015134.1