1 James R. Condo (#005867)
Amanda C. Sheridan (#027360)
2 SNELL & WILMER L.L.P.
One Arizona Center
3 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
4 Telephone: 602.382.6000
Facsimile: 602.382.6070
5 jcondo@swlaw.com
asheridan@swlaw.com
6
Richard B. North, Jr. (admitted *pro hac vice*)
7 Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
8 Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
9 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
10 Telephone: (404) 322-6000
Telephone: (602) 382-6000
11 richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
12
Attorneys for Defendants C. R. Bard, Inc. and
13 Bard Peripheral Vascular, Inc.

14                    IN THE UNITED STATES DISTRICT COURT

15                         FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF ERRATA RE DEFENDANTS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO SEAL** |

20      After filing Defendants' Unopposed Motion and Incorporated Memorandum to Seal on November 30, 2015 (Doc. #307), it was discovered that the document was inadvertently filed without the attorney's electronic signature.

23      Accordingly, the signature page of Defendants' Unopposed Motion and Incorporated Memorandum to Seal on November 30, 2015 (Doc. #307) with the electronic signature is attached.

26 / / /

27 / / /

28 / / /

DATED this 1st day of December, 2015.

            SNELL & WILMER L.L.P.

           By: s/Amanda C. Sheridan
             James R. Condo
             Amanda C. Sheridan
             One Arizona Center
             400 E. Van Buren, Suite 1900
             Phoenix, Arizona 85004-2202

             Richard B. North, Jr. (admitted *pro hac vice*)
             Georgia Bar No. 545599
             Matthew B. Lerner (admitted *pro hac vice*)
             Georgia Bar No. 446986
             Nelson Mullins Riley & Scarborough LLP
             201 17th Street, NW / Suite 1700
             Atlanta, GA 30363

             Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

             s/Amanda C. Sheridan

23015827.1