26(c)(1)(G). Accordingly, the Court should grant Bard's Unopposed Motion to Seal.

DATED this 30th day of November, 2015.

> SNELL & WILMER L.L.P.
>
> By: s/Amanda C. Sheridan
> James R. Condo
> Amanda C. Sheridan
> One Arizona Center
> 400 E. Van Buren, Suite 1900
> Phoenix, Arizona 85004-2202
>
> Richard B. North, Jr. (admitted *pro hac vice*)
> Georgia Bar No. 545599
> Matthew B. Lerner (admitted *pro hac vice*)
> Georgia Bar No. 446986
> Nelson Mullins Riley & Scarborough LLP
> 201 17th Street, NW / Suite 1700
> Atlanta, GA 30363
>
> Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

> s/Amanda C. Sheridan

23009404