IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-DGC<br><br>**ORDER REGARDING MOTION TO SEAL MOTION FOR PROTECTIVE ORDER CONCERNING LEHMANN REPORT** |

The parties have filed a motion to seal.  Doc. 307.

**IT IS ORDERED:**

1. That the motion to seal (Doc. 307) is **granted.**  The exhibits that are the subject of Bard's Unopposed Motion to Seal (Exhibits B through S, Exhibit V, and Exhibit BB to Bard's Motion for Protective Order Regarding Discovery of Litigation Consultant's Report) constitute "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.

2. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket as Doc. 308.

Dated this 1st day of December, 2015.

_____
David G. Campbell
United States District Judge

cc:  All counsel