IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>Kendrick Taylor,<br>C.A. No. CV-15-2463-PHX-DGC<br><br>Kendrick Taylor,<br>        Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>        Defendant(s) | **MDL Docket No. 15-2641**<br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Southern District of Alabama (1:15-cv-568) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed December 2, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

December 4, 2015                            BRIAN D. KARTH
    Date                                      DCE/Clerk of Court

                                                     s/M. Pruneau
                                                        Deputy Clerk