Marlene J. Goldenberg
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
mjgoldenberg@goldenberglaw.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| Michael Callahan and Priscilla Callahan, | Case No.: 2:15-md-2641-DGC |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF MARLENE J. GOLDENBERG** |
| v. | |
| C.R. Bard, Inc., a foreign corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation | |
| Defendants. | |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for

Michael Callahan and Priscilla Callahan in the above-entitled action. Pursuant to Fed. R.

Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to

this action should be directed to and served upon:

Marlene J. Goldenberg
mjgoldenberg@goldenberglaw.com
**GOLDENBERGLAW, PLLC**
800 LaSalle Ave, Suite 2150
Minneapolis, MN 55402

1

Dated: 12/4/2015

2

/s/ Marlene J. Goldenberg

3

Marlene J. Goldenberg
**GOLDENBERGLAW, PLLC**

4

800 LaSalle Avenue, Suite 2150

5

Minneapolis, MN 55402
Tel: (612) 333-4662

6

mjgoldenberg@goldenberglaw.com

7

*Attorney for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2015, I caused to be

served a true and correct copy of the foregoing Notice of Appearance via the Court's

ECF Filing System, and thereby served all counsel who are registered to receive service

via the CM/ECF filing system.


DATED: December 4, 2015        By: /s/ Marlene J. Goldenberg
                                     Marlene J. Goldenberg
                                     **GOLDENBERGLAW, PLLC**
                                     800 LaSalle Avenue, Suite 2150
                                     Minneapolis, MN 55402
                                     Tel: (612) 333-4662
                                     mjgoldenberg@goldenberglaw.com

                                     *Attorney for Plaintiffs*