Stuart L. Goldenberg
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
slgoldenberg@goldenberglaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Callahan and Priscilla Callahan,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, Inc., a foreign corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation<br><br>Defendants. | Case No.: 2:15-md-2641-DGC<br><br>**NOTICE OF APPEARANCE OF STUART L. GOLDENBERG** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Michael Callahan and Priscilla Callahan in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Stuart L. Goldenberg
> slgoldenberg@goldenberglaw.com
> **GOLDENBERGLAW, PLLC**
> 800 LaSalle Ave, Suite 2150
> Minneapolis, MN 55402

Dated: 12/4/2015

/s/ Stuart L. Goldenberg
Stuart L. Goldenberg
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
slgoldenberg@goldenberglaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2015, I caused to be served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF Filing System, and thereby served all counsel who are registered to receive service via the CM/ECF filing system.

DATED: December 4, 2015          By: /s/ Stuart L. Goldenberg
                                     Stuart L. Goldenberg
                                     **GOLDENBERGLAW, PLLC**
                                     800 LaSalle Avenue, Suite 2150
                                     Minneapolis, MN 55402
                                     Tel: (612) 333-4662
                                     slgoldenberg@goldenberglaw.com

                                     *Attorney for Plaintiffs*