# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Bard IVC Filters Products Liability Litigation | No. MDL 15-02641<br><br>**PROTECTIVE ORDER** |

Upon consideration of the parties' joint motion for an order protecting any attorney-client privilege and work product revealed during upcoming motion for protective order. Doc. 289.

**IT IS ORDERED** that in accordance with Federal Rule of Evidence 502(d), any disclosure of protected communications or work-product material with the briefing or argument of Bard's upcoming motion for protective order regarding the December 15, 2004 report of Dr. John Lehmann shall not constitute a waiver of any such protected communications or work product.

Dated this 4th day of December, 2015.

_____
David G. Campbell
United States District Judge