IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>BARDL IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION | Case No. 2:15-md-02641-DGC |

| | |
|---|---|
| This document relates to:<br>KEVIN GROSS<br><br>vs.<br><br>C.R. BARD INC., et al. | Case No. 2:15-cv-02096-DGC |

## ORDER

AND NOW, this _____ day of _____ , it is hereby Ordered that Raymond J. Peppelman, Jr., Esquire be permitted to withdraw as counsel for plaintiff, Kevin Gross and the attached Praecipe to Withdraw shall be filed of record.

_____
DAVID A. CAMPBELL
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>BARDL IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION | Case No. 2:15-md-02641-DGC |

| | |
|---|---|
| This document relates to:<br>KEVIN GROSS<br><br>vs.<br><br>C.R. BARD INC., et al. | Case No. 2:15-cv-02096-DGC |

## MOTION TO WITHDRAW AS COUNSEL

Raymond J. Peppelman, Jr., counsel of record for Plaintiff, Kevin Gross, hereby requests that he be permitted to withdraw as counsel for Kevin Gross and in support thereof asserts as follows:

1, Petitioner filed the above action on behalf of Kevin Gross in the United States District Court for the Eastern District of Pennsylvania at Case No. 2:15-cv-02096-DGC.

2. Thereafter, the case was removed to this Court under Case No. 2:15-md-02641-DGC.

3. Kevin Gross has since retained the services of The Branch Law Firm and Adam Funk, Esquire to represent him.

4.   Adam Funk, Esquire has already entered his appearance on behalf of Plaintiff, Kevin Gross.

5.   Kevin Gross, who currently resides at 106 S. 3rd Street, North Wales, Pennsylvania 19454 with a phone number of 215-527-6449, wishes for Adam Funk to continue to represent him and consents to the withdrawal of Raymond J. Peppelman, Jr. as his counsel of record. A copy of Kevin Gross's approval of this request is attached hereto, made a part hereof and marked Exhibit "A".

WHEREFORE, Raymond J. Peppelman, Jr. respectfully requests that he be permitted to withdraw as counsel for Plaintiff, Kevin Gross.

McNichol, Byrne & Matlawski, P.C.

BY: _____
RAYMOND J. PEPPELMAN, JR.
Attorney ID 17484
McNichol, Byrne & Matlawski, P.C.
1223 N Providence Road
Media, Pa  19063
610-565-4322
rpeppelman@mbmlawoffice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>BARDL IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION | Case No. 2:15-md-02641-DGC |

| | |
|---|---|
| This document relates to:<br>KEVIN GROSS<br><br>vs.<br><br>C.R. BARD INC., et al. | Case No. 2:15-cv-02096-DGC |

## CONSENT TO WITHDRAWAL OF COUNSEL

I, Kevin Gross, residing at 106 S. 3rd Street, North Wales, Pennsylvania 19454, have reviewed the Petition of Raymond J. Peppelman, Jr. requesting to withdraw as my counsel of record and hereby approve of the petition and consent to Raymond J. Peppelman, Jr.'s withdrawal as my counsel of record in this matter.

_____
KEVIN GROSS
Dated: 12/8/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>BARDL IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION | Case No. 2:15-md-02641-DGC |

| | |
|---|---|
| This document relates to:<br>KEVIN GROSS<br><br>vs.<br><br>C.R. BARD INC., et al. | Case No. 2:15-cv-02096-DGC |

### PRAECIPE TO WITHDRAW APPEARANCE

To:   The Clerk of Court

Kindly withdraw my appearance as counsel for Plaintiff, Kevin Gross, regarding the above-captioned matter.

McNichol, Byrne & Matlawski, P.C.

BY: _____
RAYMOND J. PEPPELMAN, JR.
Attorney ID 17484
McNichol, Byrne & Matlawski, P.C.
1223 N Providence Road
Media, Pa  19063
610-565-4322
rpeppelman@mbmlawoffice.com