# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Bard IVC Filters Products Liability Litigation | No. MDL 15-02641<br><br>**ORDER** |

Counsel for Plaintiff Kevin Gross has filed a Praecipe To Withdraw Appearance which the Court will construe as a motion to withdraw as counsel. Doc. 336.

**IT IS ORDERED** that the motion to withdraw as counsel (Doc. 336) is **granted.** The docket in this case shall reflect that Raymond J. Peppelman, Jr. is no longer counsel of record for Plaintiff Kevin Gross.

Dated this 8th day of December, 2015.

_____
David G. Campbell
United States District Judge