LOD
12/8/15

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

DEC 0 8 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Plaintiff(s)/Petitioner(s),
vs.

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Defendant(s)/Respondent(s)

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

### NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **Michael William Heaviside**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **See attached Exhibit 'A' - List of Plaintiffs Represented**.

| | |
|---|---|
| **City and State of Principal Residence:** | Washington, DC |
| **Firm Name:** | Heaviside Reed Zaic |
| **Address:** | 910 17th Street, NW     **Suite:** 800 |
| **City:** | Washington   **State:** DC   **Zip:** 20006 |
| **Firm/Business Phone:** | (949) 715-5120 |
| **Firm Fax Phone:** | (949) 715-5123   **E-mail Address:** mheaviside@hrzlaw.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| District of Columbia | 11/05/2001 | ☒ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☒ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☒ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

December 7, 2015
**Date**                                         **Signature of Applicant**

**Fee Receipt #** PHX166069                                        (Rev. 04/12)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO: 2641              IN RE:    BARD IVC FILTERS PRODUCT LIABILITY
                                    LITIGATION

LIST OF PLAINTIFFS REPRESENTED BY
HEAVISIDE REED ZAIC, A LAW CORPORATION

| Case Caption | Court | Civil Action No. |
|---|---|---|
| **Plaintiff:** Lessie Tillman | Middle District of Florida | 3:2013-cv-00222 |
| **Plaintiff:** David Shackleford | District of Maryland | 1:15-cv-2278 |
| **Plaintiff:** Dawn Merritt | Western District of New York | 1:2014-cv-00917 |
| **Plaintiff:** Debra Castellano | Central District of California | 2:15-cv-04494 |

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MICHAEL WILLIAM HEAVISIDE

was, on the __5th__ day of __November__ A.D. __2001__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __2nd__ day of __December__ A.D. __2015__.



**ANGELA D. CAESAR,** CLERK

By: _____

**Public Operations Administrator**