IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                    Case No. 15-md-02641-PHX-DGC

_____          MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

## NOTICE OF APPEARANCE

TO:     The Clerk of Court and all parties of record:

The undersigned, Michael W. Heaviside, has been admitted or otherwise authorized to practice in this Court, and appear in these cases as counsel for the following plaintiffs:

Lessie Tillman

David Shackleford

Dawn Merritt

Debra Castellano

Dated: December 10, 2015                 Respectfully Submitted,

                                         /s/ *Michael W. Heaviside*
                                         Michael W. Heaviside, DC. Bar No. 408817
                                         HEAVISIDE REED ZAIC, A LAW
                                         CORPORATION
                                         901 17th Street, NW, Suite 800
                                         Washington DC 20006
                                         Tel: 202-223-1993
                                         Fax: 949-715-5123
                                         Email: mheaviside@hrzlaw.com
                                         Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                           Case No. 15-md-02641-PHX-DGC

_____        MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of December, 2015, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

        /s/ *Michael W. Heaviside*
        Michael W. Heaviside, DC. Bar No. 408817
        HEAVISIDE REED ZAIC, A LAW CORPORATION
        901 17th Street, NW, Suite 800
        Washington DC 20006
        Tel: 202-223-1993
        Fax: 949-715-5123
        Email: mheaviside@hrzlaw.com