IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

Case No. 15-md-02641-PHX-DGC

MDL No. 2641

_____

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

### NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

The undersigned, Laura Smith, has been admitted or otherwise authorized to practice in this Court, and appear in these cases as counsel for the following plaintiffs:

Lessie Tillman

David Shackleford

Dawn Merritt

Debra Castellano

Dated: December 10, 2015

Respectfully Submitted,

/s/ *Laura Smith*
Laura Smith, LA. Bar No. 33652
HEAVISIDE REED ZAIC, A LAW CORPORATION
312 Broadway Street, Suite 203
Laguna Beach, CA 92651-4335
Tel: 949-715-5120
Fax: 949-715-5123
Email: laura@hrzlaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                                    Case No. 15-md-02641-PHX-DGC

_____                MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of December, 2015, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

    /s/ *Laura Smith*
    Laura Smith, LA. Bar No. 33652
    HEAVISIDE REED ZAIC, A LAW CORPORATION
    312 Broadway Street, Suite 203
    Laguna Beach, CA 92651-4335
    Tel: 949-715-5120
    Fax: 949-715-5123
    Email: laura@hrzlaw.com