

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Plaintiff(s)/Petitioner(s),**<br>vs.<br>IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>**Defendant(s)/Respondent(s)** | CASE NO: 2:15-md-02641-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |

FILED ____ LODGED
RECEIVED ____ COPY
DEC 1 1 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY____ DEPUTY

### NOTICE:  $35.00 APPLICATION FEE REQUIRED!

I, __Roland Karim Tellis__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Myra Edwards, Plaintiff, C.A. No. CV-15-2090-PHX-DGC__.

**City and State of Principal Residence:** Sherman Oaks, California
**Firm Name:** BARON & BUDD, P.C.
**Address:** 15910 Ventura Boulevard     **Suite:** 1600
**City:** Encino     **State:** CA     **Zip:** 91436
**Firm/Business Phone:** (818) 839-2333
**Firm Fax Phone:** (818) 986-9698     **E-mail Address:** rtellis@baronbudd.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States Central District of California | 12/10/1996 | ✓ Yes   ☐ No* |
| United States Northern District of California | 04/22/2014 | ✓ Yes   ☐ No* |
| United States Eastern District of California | 02/27/2015 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

October 21, 2015     Signature of Applicant  Roland Karim Tellis
**Date**
**Fee Receipt #** PHX 66171                             (Rev. 04/12)

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Roland K. Tellis_____, Bar No. _____186269_____

was duly admitted to practice in this Court on __December 10, 1996__
                                                         DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ____December 4, 2015____
            Date

KIRY K. GRAY
Clerk of Court

By _____/s/ Lupe Thrasher_____
    Lupe Thrasher, Deputy Clerk

G-52 (10/15)                    CERTIFICATE OF GOOD STANDING - BAR MEMBER