IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Debra P. Rodrigue, et al.,<br>C.A. No. CV-15-2462-PHX-DGC<br><br>Debra P. Rodrigue, et al.,<br>          Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>          Defendant(s) | **MDL Docket No. 15-2641**<br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Louisiana (2:15-cv-5920) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed December 3, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

December 14, 2015                             BRIAN D. KARTH
         Date                                 DCE/Clerk of Court

                                              s/M. Pruneau
                                                 Deputy Clerk