# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of VIRGINIA

Case Number: 7:15-CV-575

Plaintiff:
**MYRA EDWARDS**

vs.

Defendant:
C.R. BARD, INC. A NEW JERSEY CORPORATION, BARD PERIPHERAL VASCULAR, INC. (A SUBSIDIARY AND/ OR DIVISION OF DEFENDANT C.R. BARD, INC.) AND ARIZONA CORPORATION,

For:
Laura J. Baughman
BARON & BUDD
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Received by ABC PROCESS SERVICE on the 2nd day of October, 2015 at 12:00 pm to be served on **BARD PERIPHERAL VASCULAR, INC., CT CORPORATION SYSTEM, 3800 N CENTRAL AVE., SUITE 460, PHOENIX, AZ 85012**

I, Tim Meyer, do hereby affirm that on the **2nd day of October, 2015** at **12:50 pm**, I:

**DELIVERED TO A CORPORATION:** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET**; with the date and hour of service endorsed thereon by me, to: **SCOTT WHALEY** as **AUTHORIZED TO ACCEPT** for **BARD PERIPHERAL VASCULAR, INC**, at the address of: **CT CORPORATION SYSTEM, 3800 N CENTRAL AVE., SUITE 460, PHOENIX, AZ 85012** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 185, Hair: BROWN, Glasses: -

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

Tim Meyer
ID NO. MC-7459 EXP. 12/12/2016

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2015002601

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n