# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of VIRGINIA

Case Number: 7:15-CV-575

Plaintiff:
**MYRA EDWARDS**

vs.

Defendant:
**C.R. BARD, INC. A NEW JERSEY CORPORATION, BARD PERIPHERAL VASCULAR, INC. (A SUBSIDIARY AND/ OR DIVISION OF DEFENDANT C.R. BARD, INC.) AND ARIZONA CORPORATION,**

For:
Laura J. Baughman
BARON & BUDD
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Received by ABC PROCESS SERVICE on the 2nd day of October, 2015 at 1:00 pm to be served on **C.R. BARD, INC., 730 CENTRAL AVENUE, MURRAY HILL, NJ 07974**.

I, Raymond K. Dash, do hereby affirm that on the **2nd day of October, 2015 at 4:00 pm**, I:

**DELIVERED TO A CORPORATION:** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET**, with the date and hour of service endorsed thereon by me, to: **SABINA DOWNING** as **SENIOR LITIGATION MANAGER** for **C.R. BARD, INC.** at the address of: **730 CENTRAL AVENUE, MURRAY HILL, NJ 07974**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

_[signature]_
Raymond K. Dash
Process Server

**ABC PROCESS SERVICE**
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2015002600

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n