| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF NEW YORK |
|---|---|

Michael Callahan, et al.
                        Plaintiff,

v.

C.R. Bard, Inc., a foreign corporation, et al.
                        Defendant,

Court File Number
1:15-cv-1263

**AFFIDAVIT OF SERVICE**

State of Arizona } SS
County of Maricopa

I, **Floyd R. Brown #8388** (Name of Server) state that on **10/30/2015** (Date of Service) at **9:40 A**M (Time of Service)

I served the: Summons; Complaint; Civil Cover Sheet

upon: Bard Peripheral Vascular, Inc.

therein named, personally at:    CT Corporation
                                          3800 North Central Avenue
                                          Suite 460
                                          Phoenix, AZ 85102

by handing to and leaving with:

**Gail Flock** — Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation, the Registered Agent for Bard Peripheral Vascular, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **10/30/2015**          **Floyd R Brown**
                                         (Signature of Server)

                                             **Floyd R. Brown**
                                           (Printed Name of Server)

Serial # GOL 160124 5146
Re: 18950
* Service was completed by an independent contractor retained by Metro Legal Services, Inc.
Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994
-1-