| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF NEW YORK |
|---|---|

Michael Callahan, et al.
                              Plaintiff,

v.

C.R. Bard, Inc., a foreign corporation, et al.
                              Defendant,

Court File Number
1:15-cv-1263

**AFFIDAVIT OF SERVICE**

State of New York } SS
County of New York }

I, **FREDERICK PRINGLE**, state that on
(Name of Server)

**10/30**/2015 at **1:23 P**M
(Date of Service)   (Time of Service)

I served the: Summons; Complaint; Civil Cover Sheet

upon: C.R. Bard, Inc.

therein named, personally at:   CT Corporation
111 - 8th Avenue
New York, NY 10011

by handling to and leaving with:

[ ]   the Registered Agent of C.R. Bard, Inc.
[ ]   an Officer of C.R. Bard, Inc.
[ ]   a Managing Agent, someone within C.R. Bard, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

**ELENA BOU**                                    **Process Specialist**
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

STATE OF NEW YORK )
      S.S.:
COUNTY OF NEW YORK )
Sworn to before me this
___ day of Nov 30, 2015

Dated: **11/3**/2015

(Signature of Server)

**FREDERICK PRINGLE**
(Printed Name of Server) #1250201

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

Serial # GOL 160125 5147
Re: 18950



\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994