David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:    (415) 433-3900
Facsimile:    (415) 433-3950

Attorneys for Plaintiff WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Product Liability Litigation | Case No. 2:15-MD-02641-DGC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF WAYNE RUDEN**<br><br>Complaint Filed:  October 7, 2015 |

1
**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF WAYNE RUDEN**

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David R. Ongaro, a member of the Bar of the State of California, California State Bar No. 154698, of the law firm Ongaro PC, hereby appears as counsel of record for Plaintiff Wayne Ruden, in this matter.  Mr. Ongaro is authorized to receive all pleadings, orders, notices, correspondence and other documents with regards to the above-referenced action on behalf of Plaintiff to:

> David R. Ongaro (CA State Bar No. 154698)
> dongaro@ongaropc.com
> ONGARO PC
> 50 California Street, Suite 3325
> San Francisco, CA 94111
> Telephone: 415-433-3900
> Facsimile:  415433-3950

Dated:  December 15, 2015            ONGARO PC

                                     By:   */s/ David Ongaro*
                                           David Ongaro
                                           Attorneys for Plaintiff
                                           WAYNE RUDEN

---

1

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF WAYNE RUDEN**

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ David Ongaro*
David Ongaro

---
**CERTIFICATE OF SERVICE**