# EXHIBIT E

1  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
2  Mark A. Sentenac (SBN 286810)
   Email: msentenac@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA 94105-3659
5  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
6
7  Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE RUDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC. (a subsidiary and/or division of defendant C. R. BARD, INC.) an Arizona corporation, CALIFORNIA PACIFIC MEDICAL CENTER, and DOES 1-100 INCLUSIVE,<br><br>        Defendants. | Case No.:<br><br>[Removal from Superior Court of California, Count of San Francisco, Case No. CGC-15-548341]<br><br>**DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[Filed Concurrently With Notice of Removal, Civil Cover Sheet, Corporate Disclosure Statement, Certification of Interested Entities or Persons, and Jury Trial Demand] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Pursuant to Local Rule 3-13, and in connection with their Notice of Removal of this Action, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") hereby file this Notice of Pendency of Other Actions or Proceedings. This case is one of dozens of civil actions nationwide alleging personal injuries resulting from the use of Bard's line of inferior vena cava ("IVC") filters. Bard hereby notifies the Court and all parties and their counsel that cases alleging personal injuries resulting from the use of Bard's IVC filters, including the Bard Recovery® Filter at issue in this case, have been coordinated in the Multidistrict Litigation *In re: Bard IVC Filters Products Liability Litigation* (MDL 2641), pending in the District of Arizona.

Bard further discloses the following civil action formerly pending in the Northern District of California, which has already been transferred to MDL 2641:

*Rouse v. C.R. Bard, Inc. et al.*, 5:15-cv-04569-BLF (N.D. Cal.).

Additionally, other Bard IVC filter-related cases are currently pending in state and federal courts throughout the United States. Accordingly, transfer of this matter should be effected pursuant to 28 U.S.C. § 1407 (multidistrict litigation) to avoid conflicts, conserve resources, and promote an efficient determination of this action.

DATED: November 12, 2015

REED SMITH LLP

By: /s/ Steven J. Boranian
   Steven J. Boranian
   Mark A. Sentenac
   Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.

– 1 –

DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS