# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Product Liability Litigation | Case No. 2:15-MD-02641-DGC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION TO VACATE**<br><br>Complaint Filed: October 7, 2015 |

The motion of plaintiff WAYNE RUDEN to vacate CTO-15, the Conditional Transfer Order issued by the Clerk of this Court on December 1, 2015, as to plaintiff's own action, *Ruden v. C.R. Bard, Inc. et al*, came on regularly before the above-entitled Court and the Court, after consideration of all papers, rules as follows:

IT IS ORDERED that plaintiff Wayne Ruden's motion to vacate is GRANTED and the Conditional Transfer Order is hereby VACATED as to *Ruden v. C.R. Bard, Inc. et al*.

Dated: _____     _____
                                                      The Honorable David G. Campbell
                                                       United States District Judge