UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

Ruden v. C.R. Bard, Inc., et al.,  )
    N.D. California, C.A. No. 4:15-05189  )    MDL No. 2641

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Ruden*) on November 19, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Ruden* filed a notice of opposition to the proposed transfer. Plaintiff in *Ruden* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-15" filed on November 19, 2015, is LIFTED. The action is transferred to the District of Arizona for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David G. Campbell.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel