UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

Ruden v. C.R. Bard, Inc., et al.,                       )
    N.D. California, C.A. No. 4:15-05189      )                    MDL No. 2641

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Ruden*) on November 19, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Ruden* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order. The stay was lifted on December 16, 2015, and *Ruden* was transferred the District of Arizona.

Subsequently, on December 16, 2015, the Panel received a motion to reinstate the conditional transfer order filed by plaintiff in this action. In his motion, plaintiff, through counsel, states that he filed his motion to vacate timely, but mistakenly filed it with the District of Arizona instead of with the Panel. The Panel will reinstate the conditional transfer order in this action in order to permit plaintiff to pursue his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-15" filed on November 19, 2015, is REINSTATED insofar as it relates to this action. Plaintiffs' motion to vacate and supporting brief are due on or before December 18, 2015.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel