**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Liaison Counsel for Plaintiffs

**Plaintiff(s)/Petitioner(s),**

vs.

Liaison Counsel for Defendants

**Defendant(s)/Respondent(s)**

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐

DEC 1 7 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CASE NO: MDL 2641

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

## NOTICE:  $35.00 APPLICATION FEE REQUIRED!

I, ALEX C. PARK , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of Cheryl Rouse .

| | |
|---|---|
| **City and State of Principal Residence:** | Santa Clara, California |
| **Firm Name:** | Law Offices of Alex C. Park |
| **Address:** | 4675 Stevens Creek Boulevard   **Suite:** 100 |
| **City:** | Santa Clara   **State:** CA   **Zip:** 95051 |
| **Firm/Business Phone:** | (408) 246-1515 |
| **Firm Fax Phone:** | (408) 246-4105   **E-mail Address:** alexcpark@hotmail.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| USDC - Northern District California | 11/02/1999 | ☑Yes ☐No* |
| USDC - Central District California | 08/28/2008 | ☑Yes ☐No* |
| U.S. 9th Circuit Court of Appeals | 09/02/2003 | ☑Yes ☐No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐Yes ☑No

Have you ever been disbarred from practice in any Court?   ☐Yes ☑No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12/12/15.

**Date**

**Fee Receipt #** PHX186394

_____

**Signature of Applicant**

(Rev. 04/12)

# Certificate of Good Standing

United States District Court

Northern District of California    )
                                   )
                                   )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that



## Alex Chinhyung Park
### Bar No. 197781

was duly admitted to practice in said Court on 2nd November 1999, and is in good standing as a member of the said bar of said court.

Dated in San Francisco on 7th December 2015

_Susan Y. Soong_
Clerk