Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' EXHIBIT INDEX TO UNOPPOSED MOTION TO SEAL** |
|---|---|

EXHIBIT A – List of Exhibits to be filed under seal

**EXHIBIT A TO PLAINTIFFS' MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**

| | |
|---|---|
| 4.  Recovery Filter Chronology of Events | FILED UNDER SEAL |
| 5.  Exc. of Dep. David Ciavarella, MD (Nov. 12, 2013) | FILED UNDER SEAL |
| 6.  Regulatory Affairs Manual, Rev. No. 8 | FILED UNDER SEAL |
| 8.  Exc. of Dep. Chad Modra (Feb. 28, 2011) | FILED UNDER SEAL |
| 12.  Regulatory Affairs Manual, Rev. No. 9 | FILED UNDER SEAL |
| 13.  January 4, 2005 Remedial Action Plan (with Report Attached) | FILED UNDER SEAL |
| 20.  Exc. Dep. Christopher Ganser (Feb. 28, 2011) | FILED UNDER SEAL. |
| 21.  Exc. Dep. Douglas Uelman (Oct. 4, 2013) | FILED UNDER SEAL |