# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER REGARDING UNOPPOSED MOTION TO SEAL** |

The parties have filed a motion to seal.  Doc. _____.

**IT IS ORDERED:**

1. That the motion to seal (Doc. ___) is **granted**.  The exhibits that are the subject of Plaintiff's Unopposed Motion to Seal (Exhibits 4, 5, 6, 8, 12, 13, 20, and 21 to Plaintiffs' Motion for Protective Order Regarding Discovery of Litigation Consultant's Report) constitute "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.  Accordingly, the documents are hereby sealed.

2. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket at Doc. ____.

5170634