IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Priscilla Eaker, et al., ,<br>C.A. No. CV-15-2573-PHX-DGC<br><br>Priscilla Eaker, et al.,<br>        Plaintiff(s),<br>v.<br>C R Bard, Inc., et al.,<br>        Defendant(s) | **MDL Docket No. 15-2641**<br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Eastern District of Texas (6:15-cv-952) is now consolidated with and part of **MDL No. 2641** pursuant to the Transfer Order filed December 16, 2015.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2641,** the title page of these documents should be prepared as shown above.

December 18, 2015                       BRIAN D. KARTH
    Date                                   DCE/Clerk of Court

                                                       s/M. Pruneau
                                                          Deputy Clerk