IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-DGC **ORDER REGARDING MOTION TO SEAL** |
|---|---|

The parties have filed a motion to seal.  Doc. 370.

**IT IS ORDERED:**

1. The motion to seal (Doc. 370) is **granted.** The exhibits that are the subject of Plaintiff's Unopposed Motion to Seal (Exhibits 4, 5, 6, 8, 12, 13, 20, and 21 to Plaintiffs' motion for protective order regarding discovery of litigation consultant's report) constitute "Confidential Information" under the stipulated protective order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.  According, the Clerk is directed to accept filing under seal the documents listed above.

Dated this 18th day of December, 2015.

_____
David G. Campbell
United States District Judge

cc:  All counsel