# EXHIBIT B

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Adwers, James | Vice President of Corporate Medical Affairs | 03/25/2011 | *Lindsay v. C. R. Bard, Inc., et al.* | BPV-DEP-00004970 | BPV-DEP-00005069 |
| Allen, Shari | Director of Regulatory and Clinical Affairs | 10/09/2013 | *Giordano v. C. R. Bard, Inc., et al.*<br>*Phillips v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Ebert v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Cook v. C. R. Bard, Inc., et al.* | BPV-DEP-00016747 | BPV-DEP-00017206 |
| Allen, Shari | Director of Regulatory and Clinical Affairs | 11/02/2010 | *Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00001834 | BPV-DEP-00002058 |
| Altonaga, Bill | Medical Director | 10/22/2013 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Cook v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.* | BPV-DEP-00014956 | BPV-DEP-00015292 |
| Asch, Murray | Consultant | 01/05/2011 | *Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00002716 | BPV-DEP-00002909 |

1

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Barry, Brian | Vice President of Regulatory Affairs | 01/31/2014 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Hillsman v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Peterson v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.* | BPV-DEP-00033052 | BPV-DEP-00033585 |
| Beckett, Christopher | Territory Manager | 08/15/2014 | *Peterson v. C. R. Bard, Inc., et al.* | BPV-DEP-00036384 | BPV-DEP-00036676 |
| Bliss, Richard | Consultant | 03/03/2014 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00019178 | BPV-DEP-00019417 |
| Buckley, John | Sales Representative | 04/29/2014 | *Ocasio v. C. R. Bard, Inc., et al.* | BPV-DEP-00035524 | BPV-DEP-00035656 |
| Cain, Analisa Rodriguez | Sales Representative | 09/04/2014 | *Kilver v. C. R. Bard, Inc., et al.* | BPV-DEP-00033815 | BPV-DEP-00034013 |
| Camden, Jon | Sales Representative | 04/29/2015 | *Keen v. C. R. Bard, Inc., et al.* | BPV-DEP-00045516 | BPV-DEP-00045568 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 05/08/2007 | *Hutson v. C. R. Bard, Inc., et al.* | BPV-DEP-00000001 | BPV-DEP-00000107 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 03/04/2010 | *Campbell v. C. R. Bard, Inc., et al.* | BPV-DEP-00000108 | BPV-DEP-00000271 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 09/14/2012 | *Albrecht v. C. R. Bard, Inc., et al.* | BPV-DEP-00010405 | BPV-DEP-00011091 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 09/23/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00011092 | BPV-DEP-00011120 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 04/17/2013 | *Bouldry v. C. R. Bard, Inc., et al.* | BPV-DEP-00014318 | BPV-DEP-00014557 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 10/25/2013 | *Anderson v. C. R. Bard, Inc., et al.* | BPV-DEP-00020372 | BPV-DEP-00020578 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 12/19/2013 | *Payne v. C. R. Bard, Inc., et al.* | BPV-DEP-00022126 | BPV-DEP-00022513 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Carr, Jr., Robert M. | Senior Director of Research and Development | 11/05/2013 | *Giordano v. C. R. Bard, Inc., et al.*<br>*Phillips v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Cook v. C. R. Bard, Inc., et al.*<br>*Payne v. C. R. Bard, Inc., et al.* | BPV-DEP-00028679 | BPV-DEP-00029080 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 12/19/2014 | *Kilver v. C. R. Bard, Inc., et al.* | BPV-DEP-00034014 | BPV-DEP-00034653 |
| Carr, Jr., Robert M. | Senior Director of Research and Development | 10/29/2014 | *Tillman v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.* | BPV-DEP-00042107 | BPV-DEP-00042912 |
| Chanduszko, Andrzej | Staff Engineer | 06/21/2013 | *Anderson v. C. R. Bard, Inc., et al.* | BPV-DEP-0002579 | BPV-DEP-00021043 |
| Chanduszko, Andrzej | Staff Engineer | 09/22/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00000484 | BPV-DEP-00000662 |
| Chanduszko, Andrzej | Staff Engineer | 10/10/2013 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.* | BPV-DEP-00015293 | BPV-DEP-00015786 |
| Chanduszko, Andrzej | Staff Engineer | 04/23/2015 | *Arnold v. C. R. Bard, Inc., et al.*<br>*Moore v. C. R. Bard, Inc., et al.* | BPV-DEP-00044850 | BPV-DEP-00045438 |
| Ciavarella, David | Vice President of Corporate Clinical Affairs | 03/01/2011 | *Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00004538 | BPV-DEP-00004836 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Ciavarella, David | Vice President of Corporate Clinical Affairs | 08/29/2012 | *Davis v. C. R. Bard, Inc., et al.*<br>*Martin v. C. R. Bard, Inc., et al.*<br>*Gaskins v. C. R. Bard, Inc., et al.*<br>*Mannin v. C. R. Bard, Inc., et al.*<br>*Nancy Moore v. C. R. Bard, Inc., et al.*<br>*Niclaus v. C. R. Bard, Inc., et al.*<br>*Bunch v. C. R. Bard, Inc., et al.*<br>*Quint v. C. R. Bard, Inc., et al.*<br>*Robl v. C. R. Bard, Inc., et al.*<br>*Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.* | BPV-DEP-00011752 | BPV-DEP-00011879 |
| Ciavarella, David | Vice President of Corporate Clinical Affairs | 07/29/2014 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00019418 | BPV-DEP-00019633 |
| Ciavarella, David | Vice President of Corporate Clinical Affairs | 11/12/2013 | *Giordano v. C. R. Bard, Inc., et al.*<br>*Phillips v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Ebert v. C. R. Bard, Inc., et al.*<br>*Cook v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.* | BPV-DEP-00029081 | BPV-DEP-00029752 |
| Cleary, Bill | Territory Manager | 06/16/2015 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00047009 | BPV-DEP-00047163 |
| Collins, Harvey | Staff Engineer | 10/20/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00000686 | BPV-DEP-00000750 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| DeTemple, Mike | Field Manager | 08/23/2012 | *Davis v. C. R. Bard, Inc., et al.*<br>*Martin v. C. R. Bard, Inc., et al.*<br>*Gaskins v. C. R. Bard, Inc., et al.*<br>*Mannin v. C. R. Bard, Inc., et al.*<br>*Nancy Moore v. C. R. Bard, Inc., et al.*<br>*Niclaus v. C. R. Bard, Inc., et al.*<br>*Bunch v. C. R. Bard, Inc., et al.*<br>*Quint v. C. R. Bard, Inc., et al.*<br>*Robl v. C. R. Bard, Inc., et al.*<br>*Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Beluskov. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00011491 | BPV-DEP-00011617 |
| Duren, Lance | Regional Manager | 11/11/2014 | *Jones v. C. R. Bard, Inc., et al.* | BPV-DEP-00033586 | BPV-DEP-00033814 |
| Edwards, Mary | Vice President, Regulatory and Clinical Affair | 01/20/2014 | *Giordano v. C. R. Bard, Inc., et al.*<br>*Phillips v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Hardy v. C. R. Bard, Inc., et al.*<br>*Ocasio v. C. R. Bard, Inc., et al.*<br>*Peterson v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Robles v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Hillsman v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Barr v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.* | BPV-DEP-00017892 | BPV-DEP-00018494 |
| Ferari, Thomas | Advanced Manufacturing Engineer | 04/02/2014 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00019634 | BPV-DEP-00019760 |
| Ferari, Thomas | Advanced Manufacturing Engineer | 10/20/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00000751 | BPV-DEP-00001025 |
| Fermanich, Matt | Sales Representative | 12/17/2014 | *Henley v. C. R. Bard, Inc., et al.* | BPV-DEP-00032713 | BPV-DEP-00032913 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| French, Thomas | Field Manager | 09/18/2012 | *Albrecht v. C. R. Bard, Inc., et al.* | BPV-DEP-00011880 | BPV-DEP-00012155 |
| Fuller, Kay | Regulatory and Clinical Affairs Specialist | 11/09/2010 | *Newton v. C. R. Bard, Inc., et al.* *Belusko v. C. R. Bard, Inc., et al.* *Kolenda v. C. R. Bard, Inc., et al.* *Bloomquist v. C. R. Bard, Inc., et al.* *Clark v. C. R. Bard, Inc., et al.* *Lindsay v. C. R. Bard, Inc., et al.* | BPV-DEP-00002277 BPV-DEP-00004285 | BPV-DEP-00002391 BPV-DEP-00004373 |
| Ganser, Chris | Vice President of Quality Assurance | 02/28/2011 | *Tyson v. C. R. Bard, Inc., et al.* *Newton v. C. R. Bard, Inc., et al.* *Belusko v. C. R. Bard, Inc., et al.* *Kolenda v. C. R. Bard, Inc., et al.* *Bloomquist v. C. R. Bard, Inc., et al.* *Lindsay v. C. R. Bard, Inc., et al.* *Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00004374 | BPV-DEP-00004537 |
| Ganser, Chris | Vice President of Quality Assurance | 09/09/2013 | *Anderson v. C. R. Bard, Inc., et al.* | BPV-DEP-00021044 | BPV-DEP-00021425 |
| Gillette, Brooke | Territory Manager | 07/11/2014 | *Rackliff v. C. R. Bard, Inc., et al.* | BPV-DEP-00038143 | BPV-DEP-00038531 |
| Goodrow, Chris | Sales Representative | 03/18/2014 | *Giordano v. C. R. Bard, Inc., et al.* | BPV-DEP-00030306 | BPV-DEP-00030950 |
| Graves, David Micky | Senior R&D Engineer | 02/27/2014 | *Ocasio v. C. R. Bard, Inc., et al.* *Peterson v. C. R. Bard, Inc., et al.* *Hardy v. C. R. Bard, Inc., et al.* | BPV-DEP-00035657 | BPV-DEP-00035879 |
| Greer, Jason | District Manager | 06/20/2010 | *Lindsay v. C. R. Bard, Inc., et al.* | BPV-DEP-00005393 | BPV-DEP-00005416 |
| Greer, Jason | District Manager | 10/22/2010 | *Lindsay v. C. R. Bard, Inc., et al.* *Tyson v. C. R. Bard, Inc., et al.* *Newton v. C. R. Bard, Inc., et al.* *Belusko v. C. R. Bard, Inc., et al.* *Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00005417 | BPV-DEP-00005507 |
| Greer, Jason | District Manager | 09/26/2011 | *Lindsay v. C. R. Bard, Inc., et al.* *Tyson v. C. R. Bard, Inc., et al.* *Newton v. C. R. Bard, Inc., et al.* *Belusko v. C. R. Bard, Inc., et al.* *Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00005508 | BPV-DEP-00005724 |
| Greer, Jason | District Manager | 08/11/2014 | *Barkley v. C. R. Bard, Inc., et al.* | BPV-DEP-00024447 | BPV-DEP-00024662 |
| Hudnall, Janet | Senior Marketing Manager | 11/03/2010 | *Vedas v. C. R. Bard, Inc., et al.* *Tyson v. C. R. Bard, Inc., et al.* *Newton v. C. R. Bard, Inc., et al.* *Belusko v. C. R. Bard, Inc., et al.* *Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00002059 | BPV-DEP-00002276 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Hudnall, Janet | Senior Marketing Manager | 11/01/2013 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Ebert v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Cook v. C. R. Bard, Inc., et al.* | BPV-DEP-00015787 | BPV-DEP-00016279 |
| Hudson, Brian | Quality Assurance Engineer | 01/21/2011 | *Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.* | BPV-DEP-00002910 | BPV-DEP-00003543 |
| Hudson, Brian | Quality Assurance Engineer | 01/17/2014 | *Giordano v. C. R. Bard, Inc., et al.*<br>*Phillips v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Hardy v. C. R. Bard, Inc., et al.*<br>*Peterson v. C. R. Bard, Inc., et al.*<br>*Robles v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Ocasio v. C. R. Bard, Inc., et al.*<br>*Hillsman v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Barr v. C. R. Bard, Inc., et al.* | BPV-DEP-00018495 | BPV-DEP-00019177 |
| Kaufman, John | Consultant | 10/28/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.* | BPV-DEP-00001112 | BPV-DEP-00001625 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Keba, Lawrence | Sales Representative | 04/28/2015 | *Stesney v. C. R. Bard, Inc., et al.* | BPV-DEP-00045439 | BPV-DEP-00045515 |
| Lehmann, John | Consultant | 04/02/2013 | *Phillips v. C. R. Bard, Inc., et al.* *Barkley v. C. R. Bard, Inc., et al.* *Rackliff v. C. R. Bard, Inc., et al.* *Towlson v. C. R. Bard, Inc., et al.* *Stesney v. C. R. Bard, Inc., et al.* *Giordano v. C. R. Bard, Inc., et al.* *Cason v. C. R. Bard, Inc., et al.* | BPV-DEP-00013351 | BPV-DEP-00013811 |
| Lehmann, John | Consultant | 04/02/2013 | *Phillips v. C. R. Bard, Inc., et al.* *Giordano v. C. R. Bard, Inc., et al.* *Barkley v. C. R. Bard, Inc., et al.* *Rackliff v. C. R. Bard, Inc., et al.* *Stesney v. C. R. Bard, Inc., et al.* *Towlson v. C. R. Bard, Inc., et al.* *Cason v. C. R. Bard, Inc., et al.* | BPV-DEP-00016280 | BPV-DEP-00016746 |
| Lehmann, John | Consultant | 08/07/2014 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00019761 | BPV-DEP-00019954 |
| MacDonald, Patrick | Field Manager | 10/15/2014 | *Hillsman v. C. R. Bard, Inc., et al.* | BPV-DEP-00032914 | BPV-DEP-00033051 |
| Madia, Frank | Engineer - Team Leader | 04/01/2014 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00019955 | BPV-DEP-00020184 |
| McDermott, John | President, Bard Peripheral Vascular, Inc. | 11/01/2010 | *Tyson v. C. R. Bard, Inc., et al.* *Newton v. C. R. Bard, Inc., et al.* *Belusko v. C. R. Bard, Inc., et al.* *Kolenda v. C. R. Bard, Inc., et al.* *Bloomquist v. C. R. Bard, Inc., et al.* *Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00001626 | BPV-DEP-00001833 |
| McDermott, John | President, Bard Peripheral Vascular, Inc. | 02/05/2014 | *Giordano v. C. R. Bard, Inc., et al.* *Phillips v. C. R. Bard, Inc., et al.* *Carr v. C. R. Bard, Inc., et al.* *Cason v. C. R. Bard, Inc., et al.* *Barkley v. C. R. Bard, Inc., et al.* *Rackliff v. C. R. Bard, Inc., et al.* *Kilver v. C. R. Bard, Inc., et al.* *Ocasio v. C. R. Bard, Inc., et al.* *Peterson v. C. R. Bard, Inc., et al.* | BPV-DEP-00031823 | BPV-DEP-00032496 |

8

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Modra, Chad | Vice President of Quality Assurance | 03/28/2013 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Bouldry v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.* | BPV-DEP-00012708 | BPV-DEP-00013350 |
| Modra, Chad | Vice President of Quality Assurance | 06/06/2014 | *Ocasio v. C. R. Bard, Inc., et al.* | BPV-DEP-00036190 | BPV-DEP-00036383 |
| Mottas, Christian | Sales Representative | 04/17/2014 | *Tillman v. C. R. Bard, Inc., et al.* | BPV-DEP-00042913 | BPV-DEP-00043065 |
| Mukherjee, Avijit | Program Manager | 01/26/2011 | *Lindsay v. C. R. Bard, Inc., et al.* | BPV-DEP-00003544 | BPV-DEP-00004034 |
| O'Brien, James E. | Engineer | 09/21/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00000272 | BPV-DEP-00000361 |
| Ravenscroft, Adrian | Consultant | 10/21/2010 | *Tyson v. C. R. Bard, Inc., et al.* | BPV-DEP-00001026 | BPV-DEP-00001111 |
| Rigby, Brad | Territory Manager | 12/23/2014 | *Hardy v. C. R. Bard, Inc., et al.* | BPV-DEP-00032497 | BPV-DEP-00032712 |
| Sanford, Tony | Quality Engineering Manager | 09/22/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00000663 | BPV-DEP-00000685 |
| Schulz, Gin | Staff Vice President of Quality Assurance | 09/13/2013 | *Anderson v. C. R. Bard, Inc., et al.* | BPV-DEP-00021426 | BPV-DEP-00021762 |

9

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Schulz, Gin | Staff Vice President of Quality Assurance | 01/30/2014 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Ocasio v. C. R. Bard, Inc., et al.*<br>*Peterson v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Leus v. C. R. Bard, Inc., et al.*<br>*Keen v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Arnold v. C. R. Bard, Inc., et al.*<br>*Hillsman v. C. R. Bard, Inc., et al.*<br>*Barr v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Hardy v. C. R. Bard, Inc., et al.* | BPV-DEP-00036997 | BPV-DEP-00037656 |
| Stavropoulos, William | Consultant | 04/13/2011 | *Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00005070 | BPV-DEP-00005319 |
| Stavropoulos, William | Consultant | 10/16/2012 | *Campbell v. C. R. Bard, Inc., et al.* | BPV-DEP-00012547 | BPV-DEP-00012707 |
| Tessmer, Alex | Product Manager | 06/12/2013 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Tillman v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Alexander v. C. R. Bard, Inc., et al.*<br>*Jones v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.* | BPV-DEP-00013812 | BPV-DEP-00014317 |

*In re: Bard IVC Filters Prods. Liab. Litig.* (MDL No. 2641)
"PRIOR DEPOSITIONS"

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Trerotola, Scott | Consultant | 11/15/2010 | *Newton v. C. R. Bard, Inc., et al.* <br> *Belusko v. C. R. Bard, Inc., et al.* <br> *Kolenda v. C. R. Bard, Inc., et al.* <br> *Bloomquist v. C. R. Bard, Inc., et al.* <br> *Clark v. C. R. Bard, Inc., et al.* <br> *Lindsay v. C. R. Bard, Inc., et al.* | BPV-DEP-00002392 | BPV-DEP-00002715 |
| Uelmen, Doug | Vice President of Quality Assurance | 10/04/2013 | *Giordano v. C. R. Bard, Inc., et al.* <br> *Phillips v. C. R. Bard, Inc., et al.* <br> *Towlson v. C. R. Bard, Inc., et al.* <br> *Stesney v. C. R. Bard, Inc., et al.* <br> *Cason v. C. R. Bard, Inc., et al.* <br> *Ebert v. C. R. Bard, Inc., et al.* <br> *Alexander v. C. R. Bard, Inc., et al.* <br> *Kilver v. C. R. Bard, Inc., et al.* <br> *Carr v. C. R. Bard, Inc., et al.* <br> *Barkley v. C. R. Bard, Inc., et al.* <br> *Rackliff v. C. R. Bard, Inc., et al.* <br> *Jones v. C. R. Bard, Inc., et al.* <br> *Cook v. C. R. Bard, Inc., et al.* | BPV-DEP-00017207 | BPV-DEP-00017891 |
| Uelmen, Doug | Vice President of Quality Assurance | 05/13/2014 | *Coker v. C. R. Bard, Inc., et al.* | BPV-DEP-00020185 | BPV-DEP-00020371 |
| Venbrux, Anthony | Consultant | 01/28/2011 | *Newton v. C. R. Bard, Inc., et al.* <br> *Belusko v. C. R. Bard, Inc., et al.* <br> *Kolenda v. C. R. Bard, Inc., et al.* <br> *Bloomquist v. C. R. Bard, Inc., et al.* <br> *Lindsay v. C. R. Bard, Inc., et al.* <br> *Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00004035 | BPV-DEP-00004284 |
| Walsh, Alison | Sales Representative | 01/23/2014 | *Phillips v. C. R. Bard, Inc., et al.* | BPV-DEP-00037657 | BPV-DEP-00038142 |
| Warren, Michael | Vice President, Human Resources | 05/16/2011 | *Bloomquist v. C. R. Bard, Inc., et al.* <br> *Lindsay v. C. R. Bard, Inc., et al.* <br> *Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00005320 | BPV-DEP-00005392 |
| Weiland, John | President and COO, C. R. Bard, Inc. | 04/23/2014 | *Phillips v. C. R. Bard, Inc., et al.* <br> *Giordano v. C. R. Bard, Inc., et al.* <br> *Ocasio v. C. R. Bard, Inc., et al.* <br> *Hardy v. C. R. Bard, Inc., et al.* <br> *Peterson v. C. R. Bard, Inc., et al.* | BPV-DEP-00031342 | BPV-DEP-00031822 |
| Whelan, Preston | District Manager | 08/27/2009 | *Campbell v. C. R. Bard, Inc., et al.* | BPV-DEP-00011618 | BPV-DEP-00011751 |
| Whelan, Preston | District Manager | 10/14/2014 | *Campbell v. C. R. Bard, Inc., et al.* | BPV-DEP-00021945 | BPV-DEP-00021986 |

11

| Deponent | Title | Depo Date | Case(s) | BegDoc | EndDoc |
|---|---|---|---|---|---|
| Wong, Natalie | Quality Engineering Manager | 09/21/2010 | *Vedas v. C. R. Bard, Inc., et al.*<br>*Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Lindsay v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | BPV-DEP-00000362 | BPV-DEP-00000483 |
| Young, Chris | Territory Manager | 04/22/2015 | *Arnold v. C. R. Bard, Inc., et al.* | BPV-DEP-00044684 | BPV-DEP-00044849 |