## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

FILED ☑    LODGED ☐
RECEIVED ☐    COPY ☐

DEC 1 8 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

AUDREY R. KEEGAN

     **Plaintiff(s)/Petitioner(s),**

vs.

C.R. BARD, INC., a foreign corporation, and BARD
PERIPHERAL VASCULAR, INC., an Arizona corporation

     **Defendant(s)/Respondent(s)**

CASE NO: 2:15-cv-02642-DGC

**Application of Attorney For Admission To Practice Pro Hac
Vice Pursuant to LRCiv 83.1(b)(2)**

### NOTICE:  $35.00 APPLICATION FEE REQUIRED!

I, _Jon C. Conlin_____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of _Audrey R. Keegan_____.

**City and State of Principal Residence:** Birmingham, Alabama

**Firm Name:** Cory Watson Attorneys

**Address:** 2131 Magnolia Avenue       **Suite:**

**City:** Birmingham      **State:** AL    **Zip:** 35205

**Firm/Business Phone:** ( 205 ) 328-2200

**Firm Fax Phone:** ( 205 ) 324-7896     **E-mail Address:** jconlin@corywatson.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Supreme Court of Alabama | 09/28/2001 | ☑ Yes | ☐ No* |
| USDC - Middle District of Alabama | 10/17/2001 | ☑ Yes | ☐ No* |
| USDC - Northern District of Alabama | 03/07/2003 | ☑ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days
prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach
additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional
or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I
have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the
District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

_12/15/15_____      _____

**Date**                  **Signature of Applicant**

**Fee Receipt #** _PHX166445_

(Rev. 04/12)

## ADDITIONAL COURTS ADMITTED TO PRACTICE

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| USDC - District of Nebraska | 6/18/2007 | YES |
| USDC - Eastern District of Texas | 6/19/2007 | YES |
| USDC - Western District of Texas | 1/30/2007 | YES |

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



Sharon N. Harris
Clerk of Court

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris,** Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **JON C. CONLIN** was duly admitted to practice in said Court on **MARCH 7, 2003,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on December 9, 2015.

SHARON N. HARRIS, CLERK

By: _____

Angela Day, Deputy Clerk