1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) - SLC@gknet.com
   Gallagher & Kennedy, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
4  602-530-8000

5  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
6  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
7  Newport Beach, California  92660
   949-812-5771

*Co-Lead/Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF KAY FULLER |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs will take the videotaped deposition of Kay Fuller of Ann Arbor, Michigan, upon oral examination before an officer authorized by law to administer oaths commencing at 9:00 a.m. on January 11, 2016, at Gallagher & Kennedy, 2575 East Camelback Road, Phoenix, Arizona 85016-9225, and continuing thereafter from time to time until concluded.

DATED this 20th day of December, 2015.

                                        GALLAGHER & KENNEDY, P.A.

                                        By:   /s/Robert W. Boatman
                                               Robert W. Boatman
                                               Paul L. Stoller
                                               Shannon L. Clark
                                               2575 East Camelback Road
                                             Phoenix, Arizona  85016-9225

                                        LOPEZ McHUGH LLP
                                             Ramon Rossi Lopez (CA Bar No. 86361)
                                             (admitted *pro hac vice*)
                                             100 Bayview Circle, Suite 5600
                                             Newport Beach, California 92660

                                        *Co-Lead/Liaison Counsel for Plaintiffs*

I hereby certify that on this 20th day of December, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*Counsel will be served in accordance
with the Court's Case Management Order No. 1

                                                 *Mary E. Torrez*

5166512/26997-1