IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 2 1 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY PHC-DGC DEPUTY

In re: BARD IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),

vs.

Defendant(s)/Respondent(s)

CASE NO: MDL 15-2641 PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, __Howard L. Nations__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Mary Duffie__.

| | |
|---|---|
| City and State of Principal Residence: | Houston, Texas |
| Firm Name: | The Nations Law Firm |
| Address: | 3131 Briarpark Dr    Suite: 208 |
| City: | Houston    State: TX    Zip: 77042 |
| Firm/Business Phone: | ( 713 ) 807-8400 |
| Firm Fax Phone: | ( 713 ) 807-8423    E-mail Address: howard@howardnations.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| US District Court, So. Dist. of Texas | 02/07/1996 | [x] Yes  [ ] No* |
| All courts, state of New York | 05/14/2009 | [x] Yes  [ ] No* |
| ~~US District Court, So. District of New York~~ | ~~08/18/2006~~ | [x] Yes  [ ] No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  [ ] Yes  [x] No
Have you ever been disbarred from practice in any Court?  [ ] Yes  [x] No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12-17-15                     /s/ Howard L. Nations
Date                              Signature of Applicant
Fee Receipt # PHX166504

(Rev. 04/12)

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Howard L. Nations, Federal ID No 6939

Admission date: February, 7, 1996

Dated December 16, 2015, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk