1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) - SLC@gknet.com
   **GALLAGHER & KENNEDY, P.A.**
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000

5  Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
6  **LOPEZ McHUGH LLP**
   100 Bayview Circle, Suite 5600
7  Newport Beach, California 92660
   rlopez@lopezmchugh.com
8
   *Co-Lead/Liaison Counsel for Plaintiffs*
9

10              **IN THE UNITED STATES DISTRICT COURT**

11                   **FOR THE DISTRICT OF ARIZONA**

12  | **IN RE: BARD IVC FILTERS** | MD No. 02641 |
    | **PRODUCTS LIABILITY LITIGATION** | |
13  | | **JOINT STIPULATION FOR ENTRY OF CASE MANAGEMENT ORDER CONCERNING REDACTIONS OF MATERIAL FROM ADDITIONAL ADVERSE EVENT REPORTS, COMPLAINTS, AND OTHER DOCUMENTS** |

17

18      The Parties hereby stipulate to entry of the Proposed Case Management Order
19  No. ___ for the Redactions Of Material From Additional Adverse Event Reports,
20  Complaints, And Other Documents. Defendants anticipate producing additional and
21  updated adverse event reports and complaint files maintained pursuant to 21 U.S.C.
22  § 360i, 21 C.F.R. § 803.18, and 21 C.F.R. § 820.1 - .250 as well as documents relating to
23  those adverse events and complaints files. The redaction of individually-identifying
24  information relating to non-parties is necessary to comply with 21 CFR § 20.63(f) and
25  other applicable laws, statutes, and regulations. Accordingly, the Parties submit the
26  attached Proposed Case Management Order to set the protocols for such redactions and
27  request the Court enter the proposed Order.
28  / / /

1    So Stipulated to this 23rd day of December 2015.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: */s/ Paul Stoller*<br>   Robert W. Boatman (009619)<br>   Paul L. Stoller (016773)<br>   Shannon L. Clark (019708)<br>   2575 East Camelback Road<br>   Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*As Lead and Liaison Attorneys for Plaintiffs* | By: */s/ Matthew Lerner*<br>   Richard B. North, Jr. (admitted *pro hac vice*)<br>   Georgia Bar No. 545599<br>   Matthew B. Lerner (admitted *pro hac vice*)<br>   Georgia Bar No. 446986<br>   Nelson Mullins Riley & Scarborough LLP<br>   201 17th Street, NW / Suite 1700<br>   Atlanta, GA  30363<br><br>James R. Condo<br>Amanda C. Sheridan<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nancy Jo Koenes

5176424v2/26997-0001