Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) – slc@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
California Bar Number 86361 - admitted *pro hac vice*
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO STRIKE AND RE-FILE EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BARD'S MOTION FOR A PROTECTIVE ORDER REGARDING REPORT OF JOHN LEHMANN, M.D.** |
|---|---|

Plaintiffs, through counsel undersigned, respectfully request that the Court strike the sealed (Docs. 380 and 386) and unsealed exhibits (Docs. 379-1 and 385-1) filed in support of Plaintiffs' Response in Opposition to the Bard Defendants' Motion for a Protective Order (Doc. 379) on December 18, 2015.  Plaintiffs further request leave to re-file the same documents with the corrections noted below.  Bard does not oppose this Motion.

**I.  BACKGROUND**

On December 18, 2015, the Court granted Plaintiffs' Unopposed Motion for Leave to file certain exhibits under seal.  Doc. 374.  Pursuant to that Order, Plaintiffs filed certain exhibits under seal (Docs. 380 and 386).  After the filing, it was brought to Plaintiffs' attention that two documents attached to the public (unsealed) version of the

exhibits were, in fact, confidential documents produced pursuant to the Protective Order. Counsel for Plaintiffs had mistakenly assumed that, because the subject exhibits (Exs. 1 and 18) bore a *Phillips* trial exhibit mark and because the *Phillips* trial exhibits were part of the public record, it was not necessary to add Exhibits 1 and 18 to the sealed list of documents. However, it appears that Exhibits 1 and 18 were not ever admitted into evidence during the *Phillips* trial and, therefore, should be accorded the same protective order and confidentiality treatment as the other exhibits that were filed under seal.

Accordingly, Plaintiffs respectfully request that the Court order Plaintiffs' original Exhibit sets (Doc. Nos. 379-1, 380, 385-1 and 386) stricken and authorize Plaintiffs to re-file their public exhibits (excluding Exhibits 1 and 18) and enter a revised Order directing the Clerk to seal Exhibits 1, 4, 5, 6, 8, 12, 13, 18, 20 and 21. A proposed form of order is attached.

Counsel undersigned apologizes to the Court, its staff and the parties for any inconvenience.

RESPECTFULLY SUBMITTED this 29th day of December, 2015.

GALLAGHER & KENNEDY, P.A.

By:   */s/ Shannon L. Clark*
　　　Robert W. Boatman
　　　Paul L. Stoller
　　　Shannon L. Clark
　　　2575 East Camelback Road
　　　Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
　　　Ramon Rossi Lopez (CA Bar No. 86361)
　　　(admitted *pro hac vice*)
　　　100 Bayview Circle, Suite 5600
　　　Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th of December, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nancy Jo Koenes

5179095v2/26997-0001