**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER REGARDING MOTION TO STRIKE AND RE-FILE CERTAIN EXHIBITS UNDER SEAL** |

The plaintiffs have filed an Unopposed Motion to Strike and Re-file Exhibits in Support of Plaintiffs' Opposition to Bard's Motion for a Protective Order Regarding Report of John Lehmann, M.D.

**IT IS ORDERED:**

1. The motion to strike and re-file (Doc. _____) is **granted**.

2. Plaintiffs' Exhibits in support of Response to Motion for Protective Order (Docs. 379-1 and 385-1) and sealed Exhibits (Docs. 380 and 386) are stricken. Plaintiffs may re-file these documents as corrected.

3. The exhibits that are the subject of Plaintiffs' Unopposed Motion to Seal (Doc. 370) (Exhibits 4, 5, 6, 8, 12, 13, 20 and 21 to Plaintiffs' Response to Motion for Protective Order Regarding Discovery of Litigation Consultant's Report), along with Exhibits 1 and 18 to that Motion, constitute "Confidential Information" under the stipulated protective order, and trade secrets or other confidential research, development of commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.

1 According, the Clerk is directed to accept filing under seal the documents listed above,
2 including Exhibits 1 and 18.

5179093v2/26997-0001