IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

---

IN RE: BARD IVC FILTERS PRODUCT
LIABILITY LITIGATION
_____

Case No. 2:15-md-02641-DGC
MDL 2641

This Document Relates to Plaintiffs:
Mary Duffie and James Duffie

**Civil Case No. CV-15-2093-PHX-DGC**

---

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as lead counsel for: Plaintiffs Mary Duffie and James Duffie. Attorney Stephen Grant Daniel will remain as co-counsel in this case.

DATED: January 4, 2016.

                                    Respectfully submitted,

                                    THE NATIONS LAW FIRM

                                    /s/ Howard L. Nations
                                    Howard L. Nations
                                    Texas Bar No. 14823000
                                    3131 Briarpark Dr., Suite 208
                                    Houston, TX 77042-3795
                                    (713) 807-8400
                                    (713) 807-8423 (Fax)

                                    ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 4th day of January, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

    /s/ Howard L. Nations
Howard L. Nations