AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-03095-SCJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     C.R. Bard, Inc.

was received by me on *(date)*    9/2/2015

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to FRCP. 4, the summons was served via certified mail to CT Corporation Systems, registered agent for C.R. Bard, Inc. A copy of the proof of delivery signed by an employee of the registered agent on 10/5/2015 is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 12/1/2015

*Server's signature*

Denicia Ortiz, Paralegal
*Printed name and title*

The Nations Law Firm
3131 Briarpark Drive, Suite 208
Houston, TX 77042
*Server's address*

Charles D. Bailey JR
Notary Public, State of Texas

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Duffie, Mary
(629273 - IVC)

Postmark Here

(svc) SUM + POP to BARD
(dmo)
10/1/2015

Sent To: C.R. Bard, Inc. c/o CT Corporation Systems
Street, Apt. No.; or PO Box No.: 1999 Bryan St #900
City, State, ZIP+4: Dallas, TX 75201-3136

PS Form 3800, August 2006    See Reverse for Instructions

7012 2920 0001 1405 9263

---

Duffie, Mary - IVC- 629273   (SVC) SUM + POP to CR Bard   10-1-15   (dmo)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.R. BARD, INC.
c/o CT Corporation Systems
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Date of Delivery
Chris Wolls    OCT 05 2015

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

10.8.15 GG

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 2920 0001 1405 9263

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

THE NATIONS LAW FIRM
ATTN: DENICIA ORTIZ
3131 BRIARPARK DR. STE. 208
HOUSTON, TX 77042

OCT 8 2015