AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-03095-SCJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bard Peripheral Vascular, Inc.__
was received by me on *(date)* __9/2/2015__

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to FRCP. 4, the summons was served via certified mail to CT Corporation System, registered agent for Bard Peripheral Vascular, Inc. A copy of the proof of delivery signed by an employee of the registered agent on 10/5/2015 is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __12/1/2015__

*Server's signature*

Denicia Ortiz, Paralegal
*Printed name and title*

The Nations Law Firm
3131 Briarpark Drive, Suite 208
Houston, TX 77042
*Server's address*

Additional information regarding attempted service, etc:
*Notary Public, State of Texas*

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7012 2920 0001 1405 9256

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Duffie, Mary
629273 - IVC

Postmark Here

(svc) SUM + POP
to BPV
(dmo)
10/1/15

Sent To: Bard Peripheral Vascular, Inc. c/o CT Corp Systems
Street, Apt. No.; or PO Box No. 3800 N. Central Ave # 460
City, State, ZIP+4 Phoenix, AZ 85012

PS Form 3800, August 2006                See Reverse for Instructions

---

Duffie, Mary - IVC - 629273        (svc) SUM + POP to BPV    10-1-15 (dmo)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bard Peripheral Vascular, Inc.
c/o CT Corporation System
3800 N. Central Ave. Ste. 460
Phoenix, AZ 85012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CT CORPORATION SYSTEM  ☐ Agent
  PHOENIX ARIZONA          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                10-5-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

10.9.15  GG

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)   7012 2920 0001 1405 9256

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
AZ 852
05 OCT '15
PM 8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

THE NATIONS LAW FIRM
ATTN: DENICIA ORTIZ
3131 BRIARPARK DR. STE. 208
HOUSTON, TX 77042

OCT 9 2015