AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-02648-DGC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bard Peripheral Vascular, Inc.
was received by me on *(date)* 1/4/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to FRCP. 4, the summons was served via certified mail to CT Corporation System, registered agent for Bard Peripheral Vascular, Inc. A copy of the proof of delivery received by an employee of the registered agent on 12/14/2015 is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/05/2016

*Letrice Stovall* (signature)
*Server's signature*

Letrice Stovall, Paralegal
*Printed name and title*

Cory Watson Attorneys
2131 Magnolia Avenue
Birmingham, Alabama 35205
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7014 1200 0000 7628 5810

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Beal, Tommy

Postmark Here
12/9/15

Sent To: Bard Peripheral Vascular % CT Corp Syst
Street, Apt. No.; or PO Box No. 3800 N. Central Ave Ste 460
City, State, ZIP+4 Phoenix, AZ 85012

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bard Peripheral Vascular, Inc
% CT Corporation System
3800 N. Central Ave
Suite 460
Phoenix, AZ 85012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: CORPORATION SYSTEM PHOENIX ARIZONA
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery 12-14-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number: 7014 1200 0000 7628 5810

PS Form 3811, July 2013   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**CORY WATSON, P.C.**
2131 MAGNOLIA AVE S
BIRMINGHAM, AL 35282-8195

LS