IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**        Case No. 15-md-02641-PHX-DGC

_____        MDL No. 2641

**This Document Relates to:**

**2:15-cv-2641**

_____

## NOTICE OF APPEARANCE

TO:     The Clerk of Court and all parties of record:

The undersigned, Matthew Lopez, has been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

Plaintiff, Catherine Rowden.

Dated: January 5, 2016                 Respectfully Submitted,

                                               /s/ *Matthew R. Lopez*

                                               Matthew R. Lopez

                                               LOPEZ MCHUGH LLP

100 Bayview Circle, Suite 5600

Newport Beach, CA 92660

Phone: (949) 737-1501

Fax: (949) 737-1504

Email: mlopez@lopezmchugh.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**          Case No. 15-md-02641-PHX-DGC

_____          MDL No. 2641

**This Document Relates to:**

**2:15-cv-2641**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

/s/ *Matthew R. Lopez*

Matthew R. Lopez

LOPEZ MCHUGH LLP

100 Bayview Circle, Suite 5600

Newport Beach, CA 92660

Phone: (949) 737-1501

Fax: (949) 737-1504

Email: mlopez@lopezmchugh.com