1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

8
9
10  | IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC
11  | **ORDER**
12
13          Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,

14  Inc.'s Unopposed Motion to Seal and material submitted in support, and for good cause

15  shown, the motion is hereby granted.  Exhibit A to Bard's Unopposed Motion to Seal

16  (Exhibit C to Bard's Reply in Support of Its Motion for Protective Order Regarding

17  Discovery of Litigation Consultant's Report) constitutes "Confidential Information" under

18  the Stipulated Protective Order, and trade secrets or other confidential research,

19  development or commercial information pursuant to Federal Rule of Civil Procedure

20  26(c)(1)(G), and therefore warrants protection from public disclosure for a discovery

21  related motion.  Accordingly, the document is hereby sealed.

22
23
24
25
26
27
28