CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **WENDY R. FLEISHMAN**     </u>, Bar # <u>     **WF3017**     </u>

was duly admitted to practice in this Court on

<u>     **JANUARY 01st, 1995**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     <u>     **JANUARY 11th, 2016**     </u>

<u>     Ruby J. Krajick     </u>     by     <u>  _[signature]_  </u>
        Clerk                            Deputy Clerk