# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-02641-PHX-DGC<br><br>**ORDER REGARDING MOTION TO STRIKE AND RE-FILE CERTAIN EXHIBITS UNDER SEAL** |

The plaintiffs have filed an Unopposed Motion to Strike and Re-file Exhibits in Support of Plaintiffs' Opposition to Bard's Motion for a Protective Order Regarding Report of John Lehmann, M.D.  Doc. 389.

**IT IS ORDERED:**

1. The motion to strike and re-file (Doc. 389) is **granted**.

2. The Clerk is directed to strike the exhibits contained in Docs. 380 and 386 on the Court's docket and the exhibits listed as 379-1 and 385-1 on the Court's docket.

3. The exhibits that are the subject of Plaintiffs' Unopposed Motion to Seal (Doc. 370) (Exhibits 4, 5, 6, 8, 12, 13, 20 and 21 to Plaintiffs' Response to Motion for Protective Order Regarding Discovery of Litigation Consultant's Report), along with Exhibits 1 and 18 to that Motion, constitute "Confidential Information" under the stipulated protective order, and trade secrets or other confidential research, development of commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.

4. Plaintiff may refile these documents, as corrected, under seal without further

order of the Court. The Clerk is directed to accept filing under seal the documents to be re-filed, as corrected, including Exhibits 1 and 18.

Dated this 13th day of January, 2016.

*David G. Campbell*
United States District Judge