IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS MDL

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: MD-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / LODGED
RECEIVED / COPY
JAN 13 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Daniel E. Seltz, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Gary Leigh Piazza.

| | |
|---|---|
| City and State of Principal Residence: | New York, NY |
| Firm Name: | Lieff Cabraser Heimann & Bernstein, LLP |
| Address: | 250 Hudson Street, 8th Floor          Suite: |
| City: | New York     State: NY     Zip: 10013-1413 |
| Firm/Business Phone: | ( 212 ) 355-9500 |
| Firm Fax Phone: | ( 212 ) 355-9592     E-mail Address: dseltz@lchb.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State of New York, 1st Appellate Division | 09/28/2004 | ✓ Yes   ☐ No* |
| New York Southern District Court | 08/05/2005 | ✓ Yes   ☐ No* |
| New York Eastern District Court | 08/31/2006 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/11/16
Date

Signature of Applicant

Fee Receipt # PHX167236

(Rev. 04/12)

## Additional Court Admissions for Daniel E. Seltz

| Title of Court | Date of Admission | In Good Standing? |
|---|---|---|
| Fourth Circuit Court of Appeals | 11/13/2013 | Yes |
| Ninth Circuit Court of Appeals | 10/24/2011 | Yes |

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **DANIEL EDWARD SELTZ**     </u>, Bar # <u>     **DS0837**     </u>

was duly admitted to practice in this Court on

<u>     **AUGUST 09th, 2005**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>      on      <u>     **JANUARY 11th, 2016**     </u>

<u>Ruby J. Krajick</u>          by _____
Clerk                                     Deputy Clerk