UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 15-02641-PHX-DGC<br>MDL No. 2641 |

This Document Relates to:
    2:15-cv-02656-PHX-DGC

### NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Gary Leigh Piazza.

Dated: January 14, 2016

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman (*pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
wfleishman@lchb.com

*Attorney for Plaintiff*

1287809.1      -1-

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of January, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman
