1

2

3

4

5

6

7    **IN THE UNITED STATES DISTRICT COURT**

8    **FOR THE DISTRICT OF ARIZONA**

9    **IN RE:  BARD IVC FILTERS**          MD No. 02641
     **PRODUCTS LIABILITY LITIGATION**

10                                         **[PROPOSED] ORDER RE**
                                           **DEADLINE TO FILE PROPOSED**
11                                         **PARTY FACT SHEETS**

12

13

14         Upon review of the parties' Stipulation and this Court's Case Management Order

15   No. 5,

16         IT IS HEREBY ORDERED that the time for the parties to file the proposed fact

17   sheets is extended until after the parties have proposed a Bellwether process (which the

18   parties will address at the January 29, 2016 case management conference).

19

20

21

22

23

24

25

26

27

28   5202402v1/26997-0001