IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Plaintiff(s)/Petitioner(s), vs.<br><br>IN THE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Defendant(s)/Respondent(s) | CASE NO: MDL-15-02641-PHX-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |
|---|---|

FILED ___ LODGED
RECEIVED ___ COPY
JAN 15 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Joseph A. Osborne, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of See attached Exhibit "A" - List of Plaintiffs Represented.

**City and State of Principal Residence:** Boca Raton, FL
**Firm Name:** Osborne & Associates
**Address:** 433 Plaza Real Boulevard                **Suite:** 271
**City:** Boca Raton          **State:** FL   **Zip:** 33432
**Firm/Business Phone:** ( 561 ) 293-2600
**Firm Fax Phone:** ( 561 ) 923-8100       **E-mail Address:** josborne@oa-lawfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| USDC Southern District of Florida | 04/26/2005 | ☑ Yes ☐ No* |
| USDC Northern District of Florida | 03/28/2012 | ☑ Yes ☐ No* |
|  |  | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| Not applicable | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/14/2016
**Date**                                    **Signature of Applicant**
Fee Receipt # PHX167331

(Rev. 04/12)

IN THE UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF ARIZONA

MDL NO.:    2641

IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION

### LIST OF PLAINTIFFS REPRESENTED BY OSBORNE & ASSOCIATES

| CASE CAPTION | CIVIL CASE NUMBER |
| --- | --- |
| Debra Castellano | 2:15-cv-4494-DGC |
| David Shackleford | 2:15-cv-01741-DGC |
| Lessie Tillman | 2:15-cv-01629-DGC |

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,  **Steven M. Larimore,**   Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Joseph Anthony Osborne**, Florida Bar # **880043**, was duly admitted to practice in this Court on **April 26, 2005**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on December 31, 2015



Steven M. Larimore
Court Administrator • Clerk of Court