1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) - SLC@gknet.com
   **GALLAGHER & KENNEDY, P.A.**
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000

5  Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
6  **LOPEZ McHUGH LLP**
   100 Bayview Circle, Suite 5600
7  Newport Beach, California 92660
   rlopez@lopezmchugh.com
8
   *Co-Lead/Liaison Counsel for Plaintiffs*
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MD No. 02641<br><br>**JOINT SUBMISSION AND STIPULATION FOR ENTRY OF CASE MANAGEMENT ORDER FOR FORM AND FORMAT FOR PRODUCTION OF ESI AND DOCUMENTS** |

In accordance with Case Management Order No. 2, the Parties hereby submit, and stipulate to entry of, Proposed Case Management Order No. 8 concerning the form and format for the production of electronically stored information ("ESI") and physical documents.

In Case Management Order No. 2, the Court ordered the parties to present the Court an ESI protocol addressing format of production, preservation, and other relevant ESI-discovery matters. The parties have reached agreement on ESI issues relating to form and format of production and submit their Proposed Case Management Order No. 8 to set the protocols for the form and format of production of ESI and physical documents. The parties continue to work on the other ESI issues set forth in Case Management Order No. 2 and will provide the status of those issues in the parties' joint report for the January 29, 2016 case management conference.

RESPECTFULLY SUMITTED this 15th day of January 2016.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: */s/ Paul Stoller*<br>Robert W. Boatman (009619)<br>Paul L. Stoller (016773)<br>Shannon L. Clark (019708)<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*As Lead and Liaison Attorneys for Plaintiffs* | By: */s/ Matthew Lerner*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br><br>James R. Condo<br>Amanda C. Sheridan<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/  Nancy Jo Koenes

5202550v1/26997-0001

3