# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of ALABAMA

Case Number: 1:15-CV-00568

Plaintiff:
KENDRICK TAYLOR

vs.

Defendant:
C.R. BARD, INC., A NEW JERSEY CORPORATION, BARD PERIPHERAL VASCULAR, INC. ( A SUBSIDIARY AND/OR DIVISION OF DEFENDANT C.R. BARD, INC.), AN ARIZONA CORPORATION

For:
E. Frank Woodson
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C
P.O. Box 4160
Montgomery, AL 36103-4160

Received by ABC PROCESS SERVICE on the 18th day of November, 2015 at 12:36 pm to be served on BARD PERIPHERAL VASCULAR, INC. CT. CORPORATION, 3800 N. CENTRAL AVENUE, SUITE 460, PHOENIX, AZ 85012

I, Tim Meyer, do hereby affirm that on the 19th day of November, 2015 at 9:00 am, I:

AUTHORIZED: served by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; with the date of service endorsed thereon by me, to: SCOTT WHALEY as CLERK, who stated they are authorized to accept service for: BARD PERIPHERAL VASCULAR, INC. CT. CORPORATION at the address of: 3800 N. CENTRAL AVENUE, SUITE 460, PHOENIX, AZ 85012 and informed said person of the contents therein, in compliance with state statutes

Description of Person Served: Age: 36, Sex: M, Race/Skin Color: CAUCASIAN, Height: 5'8", Weight: 185, Hair: BROWN, Glasses: -

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

Tim Meyer
ID NO. MC-7459 EXP. 12/12/2016

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2015003028

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n