# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of ALABAMA

Case Number: 1:15-CV-00568

Plaintiff:
**KENDRICK TAYLOR**

vs.

Defendant:
**C.R. BARD, INC., A NEW JERSEY CORPORATION, BARD PERIPHERAL
VASCULAR, INC. ( A SUBSIDIARY AND/OR DIVISION OF DEFENDANT C.R.
BARD, INC.), AN ARIZONA CORPORATION**

For:
E. Frank Woodson
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C
P.O. Box 4160
Montgomery, AL 36103-4160

Received by ABC PROCESS SERVICE on the 18th day of November, 2015 at 12:36 pm to be served on **C.R. BARD INC.,
730 CENTRAL AVENUE, MURRAY HILL, NJ 07974.**

I, Raymond K. Dash, do hereby affirm that on the **19th day of November, 2015 at 2:21 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL;** with the date of service endorsed thereon by me, to: **ELIZABETH YODICE** as **LITIGATION MANAGER,** who
stated they are authorized to accept service for: **C.R. BARD INC.** at the address of: **730 CENTRAL AVENUE, MURRAY
HILL, NJ 07974,** and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in
the Return Of Service is true and correct.

Raymond K. Dash
Process Server

**ABC PROCESS SERVICE**
**4834 Swiss Ave.**
**Dallas, TX 75204**
**(214) 220-0226**

Our Job Serial Number: ABC-2015003029

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

