Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) – slc@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
California Bar Number 86361 - admitted *pro hac vice*
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Co-Lead/Liaison Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF FILING *UNSEALED* EXHIBITS TO PLAINTIFFS' OPPOSITION TO BARD'S MOTION FOR A PROTECTIVE ORDER REGARDING REPORT OF JOHN LEHMANN, M.D.** |

Pursuant to the Court's Order Regarding Motion to Strike and Motion to Re-File Certain Exhibits Under Seal (Doc. 423), Plaintiffs hereby file, attached to this Notice, the UNSEALED exhibits in support of Plaintiffs' Opposition to Bard's Motion for a Protective Order Regarding Report of John Lehmann, M.D.

RESPECTFULLY SUBMITTED this 19th day of January, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 E. Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/  Nancy Jo Koenes

5201255v1/26997-0001

2