OK KGM
1/21/16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

KAREN BROWN

    Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD, INC. ET AL.

    Defendant(s)/Respondent(s)

CASE NO: 2:15-CV-02302-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ____ LODGED
____ RECEIVED ____ COPY
JAN 2 1 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **Sandy Liebhard**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Karen Brown, Plaintiff**.

**City and State of Principal Residence:** New York, New York
**Firm Name:** Bernstein Liebhard LLP
**Address:** 10 East 40th Street, 29th Floor    **Suite:**
**City:** New York    **State:** NY    **Zip:** 10016
**Firm/Business Phone:** (212) 779-1414
**Firm Fax Phone:** (212) 779-3218    **E-mail Address:** liebhard@bernlieb.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State of New York | 07/25/1990 | ✓ Yes ☐ No* |
| U.S. District Court, Southern District of New York | 12/18/1990 | ✓ Yes ☐ No* |
| U.S. District Court, Eastern District of New York | 01/07/1991 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ✓ No
Have you ever been disbarred from practice in any Court? ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/19/16
**Date**

*Signature of Applicant*

Fee Receipt # phx60506

(Rev. 04/12)

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **SANDY A LIEBHARD**     </u>, Bar # <u>     **SL0835**     </u>

was duly admitted to practice in this Court on

<u>     **DECEMBER 18th, 1990**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street New York, New York</u>   on   <u>     **JANUARY 6th, 2016**     </u>

<u>Ruby J. Krajick</u>   by   _(signature)_
Clerk                        Deputy Clerk