# EXHIBIT 3

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6050
www.nelsonmullins.com

Matthew B. Lerner
(Admitted in GA & FL)
Tel: 404.322.6158
matthew.lerner@nelsonmullins.com

November 20, 2015

**VIA E-MAIL AND FEDERAL EXPRESS**

Paul L. Stoller, Esq.
Gallagher & Kennedy
2575 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

    *Re:  ESI Issues*

Dear Paul,

   I am writing to further respond to your November 5, 2015, letter relating to ESI issues.

### Architecture of Bard's IT Systems

   In your letter, you very broadly request information relating to Bard's information systems and infrastructure.

   I recently provided you the transcript of the 30(b)(6) deposition of John Olenoski, which addresses many of the topics you raised regarding Bard's IT systems.  In connection with Mr. Olenoski's deposition in the women's health litigation, we produced an extensive amount of corporate-related IT policies and procedures. I have provided those to you, as well as the IT policies and procedures that were previously produced to members of the PSC.  After reviewing the deposition and extensive material provided to you, please let me know if you have any remaining questions.

   I also previously provided to you the letters we exchanged with Troy Brenes relating to shared drives and the Master Control System (formerly QUMAS) document control system, which John Olenoski addressed, to some extent, in his 30(b)(6) deposition.  Over the years, we have also collected documents from these drives and systems in responding to discovery.

*With offices in the District of Columbia, Florida, Georgia, Massachusetts, New York, North Carolina, South Carolina, Tennessee and West Virginia*

Paul L. Stoller, Esq.
November 20, 2015
Page 2

**Bard Litigation Hold and Document Destruction Policies**

Bard began issuing legal holds relating to the Bard IVC filter litigation in December 2004. Since that time, Bard has periodically updated those holds.

Again, I believe that the corporate policies and the 30(b)(6) deposition of John Olenoski that I have provided to you will answer most, if not all, of the questions you have raised regarding Bard litigation hold and retention policies. If you still have questions after reviewing that material, please let me know.

**Bard's Collection Efforts/Reports**

The first document collection relating to the Bard IVC filter litigation occurred in 2005 and included collection from over 70 custodians and also included collection of shared drives. The material was gathered by our firm without the use of an outside vendor.  I am attaching a list of custodians for whom ESI was collected and produced from that collection.

Since that time, there have been additional collections and productions, including  in 2010/2011 with the assistance of BIA, a discovery vendor. I am attaching a listing of the custodians for whom ESI was produced from that timeframe.  BIA's ESI Report that I recently provided you includes a list of the "priority" custodians for whom ESI was produced in 2013. I am attaching that again for your convenience.

As part of our past productions to members of the PSC, we have previously provided file path information and custodian information as part of the produced metadata, so you should already have access to that information.

**Bard's Methodology for Determining Responsiveness**

As you know, we have used keyword terms throughout the history of the litigation to identify responsive documents.  Those keyword terms were negotiated and agreed to with opposing counsel during the early phase of the litigation.  Thereafter, we had significant negotiation and motion practice with the Lopez McHugh firm in the *Phillips* matter.  I recently provided you with the background material relating to the ESI/keyword terms used.

**Format of Production**

After extensive negotiations and litigating the issues in the past, ESI has been produced in *.tiff image format, with the exception of electronic spreadsheets (e.g., Excel), electronic presentations (e.g., Powerpoint), and audio/video files, all of which were produced in native format, unless they were subject to redaction (e.g., for privilege or privacy information), in which case they were produced in *.tiff or a redacted native format.

Paul L. Stoller, Esq.
November 20, 2015
Page 3

**<u>Plaintiff ESI/Social Media</u>**

As to ESI and social media regarding the MDL plaintiffs, what has been done in the past and what is being done now to ensure that relevant ESI relating to the plaintiffs and their claims is being preserved, collected, and produced?

Have the plaintiffs been notified of their duties to preserve ESI? If so, when and in what manner were they notified?

Has anything been collected? If so, when? Also, what methodology and search process has been employed to collect potentially-relevant ESI? How has the location of potentially-relevant information identified?

In addition, what steps have been taken in the past and what steps are being taken now to ensure that potentially relevant social media (e.g., Facebook, Instagram, Twitter, YouTube, etc.) is being preserved, and what steps are plaintiffs taking going forward?

Sincerely,

Matthew B. Lerner

MBL:jbruner

Enclosures

**Bard IVC Filter Litigation**

**ESI Collection (2005/2006)**

| Custodian | Title | Location |
|---|---|---|
| Allen, Shari | Director | Tempe |
| Almazan, Dan | Engineer I | Tempe |
| Balutowski, Genevieve | Regulatory Affairs Specialist | Tempe |
| Barker, Elaine | Facility Compliance Auditor | Glens Falls |
| Barry, Brian | Former Vice President, Regulatory and Clinical Affairs | Murray Hill |
| Bebb, Deb | Senior Technician | Tempe |
| Bell, Marie | Planner | Glens Falls |
| Benware, Charlie | Project Engineer | Glens Falls |
| Brown, Brian | Senior Cost Analyst | Tempe |
| Byrne, Mike | Supply Chain Manager | Tempe |
| Campbell, Charis | CA Manager | Tempe |
| Carr, Robert | Former Director, Research and Development; Current Director of Technology, Acquisition & Integration | Tempe |
| Chanduszko, Andre | Staff Engineer | Tempe |
| Chapman, Loran | Quality Engineer | Glens Falls |
| Cherry, Joe | Manufacturing Operations Manager | Murray Hill |
| Chunko, Kerry | | Glens Falls |
| Ciavarella, David | Staff Vice President Corporate Clinical Affairs Division PAT | Murray Hill |
| Collins, Harvey | Staff Engineer | Glens Falls |
| Curtice, Brett | AME Senior Engineering Tech | Tempe |
| Czelusniak, Kathy | Senior Project Engineer | Glens Falls |
| Decant, Len | Vice President, Research and Development | Tempe |
| DeJohn, Joe | Former Vice President, Sales | Tempe |
| DuBois, Tom | Quality Engineering Manager | Glens Falls |
| Dunn, Chris | Quality Engineer | Tempe |
| Edholm, Tom | Materials Manager | Glens Falls |
| Elton, Rich | Staff Chemist | Glens Falls |
| Felt, Carol | Nitinol Filter Team Leader | Glens Falls |
| Ferari, Tom | Contract Quality Engineer | Glens Falls |
| Fitzpatrick, Ed | Engineering Manager | Glens Falls |
| Gallagher, John | Senior Project Engineer | Glens Falls |

| Custodian | Title | Location |
|---|---|---|
| Gamble, Tashunda | Quality Engineer | Glens Falls |
| Ganser, Christopher | Vice President, Regulatory Sciences Investigative Team | Murray Hill |
| Gonzales, Kim | Document Control (Label Coordinator) | Tempe |
| Gordon, Jeanne | Complaint Coordinator | Tempe |
| Graves, Micky | Senior Engineer | Tempe |
| Harmison, Heather | Senior Engineer | Tempe |
| Hayes, Wendy | Quality Systems Manager | Tempe |
| Hudnall, Janet | Marketing Manager (Filters) | Tempe |
| Hudson, Brian | Quality Engineer | Tempe |
| Jaramillo, Lindsay | Engineer I | Tempe |
| Jones, Kellee | Admin Assistant (MAUDE, Patient Matrices, Customer Communications, Market Surveys) | Tempe |
| Klocke, Stephanie | Senior Engineer | Tempe |
| Krueger, Bill | Vice President, Accounting | Tempe |
| Kumming, Mark | Professional Development | Tempe |
| Lapid, Inbal | Engineer I | Tempe |
| Lyke, Stephanie | Quality Engineer (Complaint Samples/Investigation) | Tempe |
| Madia, Frank | Project Engineer | Glens Falls |
| McDermott, John | President | Tempe |
| Meyer, Steve | Planning Supervisor | Glens Falls |
| Michelena, Zona | Former admin assistant to Filter Marketing Mgr | Tempe |
| Miller, Jonathan | Senior Quality Engineering Tech | Tempe |
| Minske, Mary | Exec Assistant | Tempe |
| Muir, Kristin | Admin Assistant | Tempe |
| Nielsen, Mary | Administrative Assistant | Tempe |
| O'Brien, Jim | Senior Technician | Tempe |
| Palermo, Pete | Quality Assurance | Murray Hill |
| Passero, Donna | Assistant General Counsel | Murray Hill |
| Peck, Rhonda | Master Scheduler | Tempe |
| Reinsdorf, Judy | Vice President, General Counsel and Secretary | Murray Hill |
| Reyes, Phillip | Intern | Tempe |
| Shahriari, Kreshmeh | Quality Engineering (Wire Qualification) | Tempe |
| Shick, Eric | Former Vice President, Investor Relations; Current Vice President, Operations Strategic Programs | Murray Hill |

| Custodian | Title | Location |
|---|---|---|
| Shifrin, Kevin | Vice President, Marketing | Tempe |
| Simpson, Charlie | Program Director of Interventional Products | Tempe |
| Smale, Joshua | Regulartoy Affairs Associate | Tempe |
| Sourbier, Jeff | Senior Engineer (Packaging) | Tempe |
| Spilka, Dave | AME Engineer II | Tempe |
| Ta, Khoi | Patent Attorney | Tempe |
| Tufanyazici, Hande | Regulatory Affairs Specialist | Tempe |
| Uelmen, Doug | Former Vice President of Quality Assurance | Tempe |
| Varella, Paco | International Marketing Manager | Tempe |
| Walaska, Mark | Vice President, Manufacturing | Glens Falls |
| Walcott, Cindi | Field Assurance | Tempe |
| Wilson, Mark | Senior Quality Engineer (G2 Development) | Tempe |
| Shared Drive-Clinical | N/A | Tempe |
| Shared Drive-Filter | N/A | Tempe |
| Shared Drive-Market | N/A | Tempe |
| Shared Drive-Regulatory Affairs | N/A | Tempe |

**ESI Collection (2010/2011)**

| Custodian | Title | Location |
|---|---|---|
| Baird, Bret | Former Marketing Manger | Tempe |
| Carr, Robert | Former Director, Research and Development; Current Director of Technology, Acquisition & Integration | Tempe |
| Chanduszko, Andre | Staff Engineer | Tempe |
| Cherry, Joe | Manufacturing Operations | Murray Hill |
| Ciavarella, David | Staff Vice President Corporate Clinical Affairs Division PAT | Murray Hill |
| Conaway, John | Quality Engineer II, New Product Development | Tempe |
| Estrada, Tracy | Engineer, Research and Development | Tempe |
| Fitzpatrick, Ed | Engineering Manager | Glens Falls |
| Graves, Micky | Senior Engineer | Tempe |
| Harmison, Heather | Senior Engineer | Tempe |
| Hudnall, Janet | Marketing Manager (Filters) | Tempe |

| Custodian | Title | Location |
|---|---|---|
| Hudson, Brian | Quality Engineer | Tempe |
| Klocke, Stephanie | Senior Engineer | Tempe |
| McDermott, John | President | Tempe |
| Neal, Scott | Quality Engineering Director | Tempe |
| Palermo, Pete | Quality Assurance | Murray Hill |
| Randall, Mike | Program Manager, Research and Development | Tempe |
| Salzmann, Dennis | Manager, Regulatory Affairs | Tempe |
| Schulz, Gin | Vice President, Quality Assurance | Tempe |
| Simpson, Charlie | Program Director of Interventional Products | Tempe |
| Walcott, Cindi | Field Assurance | Tempe |
| Wong, Natalie | Former Senior Quality Engineer, New Product Development; Current Quality Engineering Manager in Field Assurance | Tempe |



# Phillips v. C.R. Bard, Inc. et al
## (3:12-cv-00344-RCJ-WGC)
## Proposed Discovery Protocol Analysis Report

## Summary

Through a in-depth analysis of the various proposed search criteria as detailed below, refined search criteria has been created that we believe appropriately limits Plaintiff's proposed search criteria, results in the elimination of a large percentage of non-responsive documents that were "false hits", focuses certain groups of custodians where appropriate, and substantially reduces the burden to Bard in this matter.  As described in detail, the proposed new search criteria results in reducing the number of documents to review from 199,608[1] to 71,212, with an associated cost estimate of $237,000[2].

## Background

Prior to this action, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), conducted document discovery processes in related actions that resulted in 297,783 documents and 2,057,570 pages being produced from 82 custodians (the "Original Bard Custodians").  In that effort, Bard used a negotiated list of 27 search terms (the "Original Bard Search Terms").  *See* Appendix A.  Copies of those productions have been provided to Plaintiff in this matter.

Plaintiff sought additional discovery from Bard in this matter beyond the documents previously produced.  Generally speaking, Plaintiff requested that Bard (i) apply new search terms to the Original Custodians, and (ii) conduct discovery on an additional 75 custodians using both the Original Bard Search Terms and a list of newly proposed terms.[3]  The parties conducted several meet and confer sessions, but could not agree on the scope of additional discovery.

On March 1, 2013, after hearing both parties' positions, the Court issued an Order which set forth a defined protocol for further discovery.  Specifically, the Court stated that Plaintiff could (i) propose a new set of search terms to be used search on the Original Bard Custodians, and (ii) identify up to 20 new "priority" custodians ("Plaintiff's Priority Custodians") whose data would be searched both with the Original Bard Search Terms and Plaintiff's new search terms.  The Court also stated that Bard would have the opportunity to object to the additional discovery if the burden was significant.

---

[1] Bard's original estimate was 181,450 documents, but we noted that 11GB of data had not yet been searched. See *Supplemental Declaration of Brian Schrader in Support Of Bard's Motion For Protective Order Concerning ESI Discovery* at paragraph 5(a) (Dkt. No. 95-2).  Searching that remaining 11GB added 18,158 documents to the overall count.  Thus, we started this analysis with 199,608 documents.

[2] This cost estimate was derived using the average cost per document of $3.33 from the BIA's prior estimated costs.

[3] Plaintiff's original list of proposed new custodians and proposed search terms have not been included in this report to prevent confusion, as both were later modified by Plaintiffs, and thus, were not subject to this analysis.

On March 11, 2013, Plaintiff presented its list of proposed new search terms[4] to Bard.  Those search terms consisted of 32 Anchor Terms and 171 Connector Terms ("Plaintiff's New Search Terms").  *See* Appendix B.  Following an analysis of Plaintiff's New Search Terms and Plaintiff's Priority Custodians, Bard objected to Plaintiff's requests based on the burden it would impose on Bard, namely that the combination of (i) applying the Original Bard Search Terms to Plaintiff's Priority Custodians, and (ii) applying Plaintiff's New Search Terms on both the Original Bard Custodians and the Plaintiff's Priority Custodians, would result in at least 181,450 documents to review at a cost to Bard of approximately $605,000 (as stated above, the total number after searching the last 11GB rose to 199,608).  The parties could not agree on a compromise, and Bard filed for a protective order.

On May 8, 2013, Plaintiff proposed reducing the Anchor Terms in Plaintiff's New Search Terms from the original 32 Anchor Terms to 10 Anchor Terms (specifically: Tetra, G3, Platinum, Meridian, Denali, Saturn, Silver, Vail, Venus, and Jupiter) (the "Reduced Plaintiff Anchor Terms").  While BIA was not able to test that proposed reduction prior to the hearing, that has been done since the hearing as described below.

During the May 13, 2013 hearing of *Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion for Protective Order Concerning ESI Discovery*, the Court directed Bard's eDiscovery expert Business Intelligence Associates, Inc. (BIA) to conduct an in-depth analysis of the proposed discovery protocols subject to that motion and provide a report by Wednesday, May 22, 2013.  BIA's experts have undertaken that task, and hereby submit this report.

## The Detailed Hit Reports & Initial Analysis

To examine the effectiveness of the various search terms, BIA first created detailed hit reports[5] that would show how each of the various proposed search methods individually performed against each of the custodians.

We created three primary reports to help in this analysis:

1. The **Reduced Plaintiff Anchor Terms – Priority Custodians Detailed Hit Report** in Appendix C shows the number of raw hits using Plaintiff's reduced 10 Anchor Terms with the 171 Connector Terms as applied to Plaintiff's Priority Custodians.
2. The **Reduced Plaintiff Anchor Terms – Original Bard Custodians Detailed Hit Report** in Appendix D shows the number of raw hits using Plaintiff's reduced 10 Anchor Terms with the 171 Connector Terms as applied to the Original Bard Custodians.

---

[4] Plaintiff's New Search Terms consisted of 32 "Anchor" terms and 171 "Connector" terms.  The Anchor terms are the primary search terms, and the Connector terms are intended to be used in conjunction with the Anchor terms with the expectation that those Connector terms will help narrow the scope of the Anchor Terms.

[5] Note that all the reports include a column titled "Family Docs (without hits)".  This column identifies how many documents were pulled into a given custodian's document collection where the documents themselves do not contain any of the proposed search terms.  This function is usually referred to as "with families" and reflects the standard process in eDiscovery whereby an entire related set of documents is pulled in for review if a single member of that document set hits on a search term.  For example, if an email that has two attachments hits on a search term, but the two attachments do not hit on a search term, it would result in all three documents (the email plus its two attachments) being identified for review, as any standard review does not split up "family" document sets.

3. The **Original Bard Search Terms – New Priority Custodians Detailed Hit Report** in Appendix E shows the number of raw hits using Bard's Original Search Terms as applied to Plaintiff's Priority Custodians.

We also created two additional reports mainly for informational purposes:

1. The **Discarded Plaintiff Anchor Terms – Priority Custodians Detailed Hit Report** in Appendix F shows the number of raw hits using Plaintiff's discarded 22 Anchor Terms and 171 Connector Terms as applied to Plaintiff's Priority Custodians.
2. The **Discarded Plaintiff Anchor Terms – Original Bard Custodians Detailed Hit Report** in Appendix G shows the number of raw hits using Plaintiff's discarded 22 Anchor Terms and 171 Connector Terms as applied to the Original Bard Custodians.

For each of the above reports, we ran the individual searches and created a pivot table (basically a cross-reference chart) that lists the custodians on the left side and the search terms across the top.  The result shows which terms result in abnormally high hits for certain custodians (as compared to all other results in the individual report) and overall for all custodians.

We then augmented the reports with a green-yellow-orange-red scale where green represents a relatively low hit count and red represents a relatively high hit count.  This scale itself is an objective automatic formula function available in the Microsoft Excel program, and is not the result of any potentially biased subjective analysis.

## Initial Analysis of the Detailed Hit Reports

The reports, assisted by the color augmentation, helps make clear where a particular term may be abnormally high for a given custodian and which terms are abnormally high as compared with all other terms.  For example, only 11 of the 27 Original Bard Search Terms make up more than 76% of the hits. With respect to Plaintiff's New Search Terms, 7 of the Anchor Terms make up nearly 88% of the hits.

We also sorted the Custodians in each report by total number of hits so that the custodians were listed in descending order by the number of hits.  With respect to the Original Bard Search Terms applied to the Priority Custodians, the top five custodians make up nearly 75% of the total hits.  Likewise, with respect to the application of Plaintiff's New Search Terms against the Original Bard Custodians and Plaintiff's Priority Custodians, the top 14 custodians make up nearly 75% of the total hits.  Three of the top five custodians in the first example are also contained within the top 14 of the second example.

That analysis allowed us to focus our efforts on the search terms and custodians that made up the vast majority of the overall results.  The simple reasoning being that it would be most likely those search terms and custodians were resulting in the most significant "False Hits."[6]

BIA's experts then used that information to sample random selections of documents that hit on those custodians and/or terms, worked with others on the team who were involved in the various related reviews to formulate and test theories of how to effectively reduce the number of False Hits, and numerous other approaches.  Generally speaking, BIA's experts looked for ways to limit the search

---

[6] A "False Hit" for purposes here refers to any document that is identified through the use of search terms that is clearly non-responsive to the issues in this matter.

criteria in a way that could help eliminate the False Hits while not materially impacting the ability of the search criteria to identify potentially responsive documents.

## Removal of Custodians and/or Search Terms

The simplest and most effective method for reducing the burden of eDiscovery is to reduce the number of custodians and/or search terms used.  Indeed, late last year, the Federal Circuit Advisory Council released a model order for patent litigations that recognized that method, specifically limiting eDiscovery (at least initially) to five custodians and five search terms.

Here we have not recommended the removal of any custodians and/or search terms, as we believe that decision to be a **_subjective_** one that is better left to counsel.  However, counsel and/or the Court can utilize the charts provided in Appendixes C-E to see the general effect removing any particular custodian and/or keyword may have on the overall document count.

## Proposed Search Alterations

Using the information in the reports and our initial analysis, BIA's experts examined a number of objective methods for potentially reducing the overall number of documents to be reviewed.  Based on our analysis and on Plaintiff's offer to reduce the number of Anchor Terms, we have identified the following as the best **_objective_** methods to reduce the overall document count.  If all of the proposals below are acceptable, the total document count will be reduced from 199,608 to 71,212.

It is important to note that some of the proposals below overlap.  For example, in one proposal we recommend using Plaintiff's Connector Terms in conjunction with Bard's Original Search Terms.  In another we recommend focusing the searches for the senior executives.  It's likely that some documents would be ruled out by each method.  This explains why you cannot simply add up the individual reductions listed under each proposal.  The overall reduction stated above takes all of the proposed methods below into account.

### Proposal #1: Reducing the 32 Anchor Terms to 10 Anchor Terms

**Net Impact:** Reduces the number of documents to be reviewed by 38,775.

**Reasoning:**  Plaintiff has proposed reducing the number of Anchor Terms from the initially proposed 32 Anchor Terms to 10 Anchor Terms.

### Proposal #2: Use Plaintiff's Connector Terms with Bard's Original Search Terms

**Net impact:**  Reduces the documents to be reviewed by 14,824.

**Reasoning:**  Plaintiff has previously proposed limiting their Anchor Terms by using 171 Connector Terms intended to narrow the scope of the primary Anchor Terms.  While recognizing that Plaintiff's Connector Terms have a limited impact in reducing the number of documents returned in searches using their previously proposed 32 Anchor Terms, we found that there is benefit to be derived from using those Connectors Terms with Bard's Original Search Terms.

## Proposal #3: Better Focused Searches for Senior Executives

**Net impact:**  Reduces the documents to be reviewed by 63,654.

**Reasoning:**  Custodians Tim Ring, John DeFord, Gary Dolch, Bill Altonaga, Richard Bliss, Abtihal Raji-Kubba, and Mary Edwards, all part of Plaintiff's Priority Custodian set, each hold or have held senior positions at Bard.  As can be seen from the report at Appendix C & E, all of these custodians are among the highest hit counts.  However, given their senior positions and given that custodians Altonaga, Edwards, Bliss, Dorch and Raji-Kubba are each involved in product safety and performance areas rather than sales, marketing or other similar areas, BIA believes it is appropriate to focus the searches of their documents plus the two most senior executives, Ring and DeFord, to terms related to failure modes, thus limiting the number of marketing, sales and other similar documents from review.  The total number of documents for this group of seven custodians is 90,213.  Documents identified by the various failure modes are 26,559.  The terms used to identify these documents include a combination of Plaintiff's Connector Terms as well as specific Bard Original Search Terms.  The specific search string used is: *((Embol\*, Perforat\*, detach\*, "Deep venous thrombosis", DVT, fract\*, migrat\*, Abnormal\*, bleed\*, buckl\*, Dislodg\*, Fragment\*, hemorrhag\*, lacerat\*, protru\*, puncture\*, penetrat\*, pierc\*) & (Filter or filters or g2 or denali or vail or meridian or tetra or recovery or g1 or g3)).*

## Proposal #4: Exclusion of "off-label" related documents

**Net Impact:** Reduces the documents to be reviewed by 10,841.

**Reasoning:**  Several of the Connector Terms proposed by Plaintiff relate to the issue of off label marketing.  It appears that there is not an issue in the matter about off-label use, and thus, it seems appropriate to eliminate these documents from the review process.  The total number of documents that will not be reviewed as a result of removing these from the reviewable document group is 10,841.  The specific search string used is: "off label" or "off-label".

## Proposal #5: Exclusion of competitor product related documents

**Net Impact:** Reduces the documents to be reviewed by 3,899.

**Reasoning:**  Plaintiffs removed the names of competing products from their original Anchor Terms when they proposed reducing those terms.  While that eliminated most of the documents that discuss competing products, it did not remove all.  Moreover, based on BIA's experience in reviewing documents for this matter and various related matters, any document that discusses competitive products generally are not critical to the issues in this litigation.  The specific search string used is: "opt ease" OR optease OR birdsnest OR "bird's nest" OR celect OR greenfield OR tulip OR trapease.

## Proposal #6: Exclusion of non-relevant file types

**Net Impact:** Reduces the documents to be reviewed by 6,243.

**Reasoning:**  BIA has been able to identify 6,243 files that are pulled into the review only because they are "family members" of a document that hit on search terms, but that are clearly non-responsive and would not require review.  Those files are pictures or graphics and other similar file types that are

associated with email signatures and similar issues and can be identified, briefly sampled and eliminated without any need for extensive review.

## Proposal #7: Inclusion of "bariatric" related documents

**Net Impact:** Ensures that 17,196 documents that may be otherwise excluded are specifically included.

**Reasoning:**  Plaintiff appears to have an interest in documents concerning the Recovery Filter® and bariatric patients.  To that end, and to ensure that those documents are not excluded by any of the above proposals, we have identified, as have Plaintiffs through certain of their proposed Connector Terms, a series of terms that will permit review of a set of documents on this topic.  The total number of documents that will be reviewed as a result of identification of these documents is 17,196.  The specific search string used is: "lap band" OR bariatric OR morbid*.

<u>**Appendix A**</u>

**Original Bard Search Terms**

1. Filter*
2. "Simon Nitinol"
3. G1A
4. G1*
5. G2
6. G2X
7. G2 Express
8. Eclipse
9. RF
10. RNF
11. SNF
12. "vena cava"
13. IVC
14. Fracture*
15. Migrat*
16. Tilt*
17. Perforat*
18. Detach* and (limb or strut)
19. electropolish
20. Electro-polish
21. EVEREST
22. "Deep venous Thrombosis"
23. DVT
24. Embol*
25. Nitinol
26. Recovery
27. G-1*

## Appendix B

## Plaintiff's New Search Terms

| 32 Anchor Terms | 171 Connector Terms | | | |
|---|---|---|---|---|
| **Focused Terms:** | 1. 483 | 41. "product Development" | 92. fatal* | 139. outcome* |
| 1. Tetra | 2. 25539 | 42. "Project Team" | 93. fatigue* | 140. pain* |
| 2. G3 | 3. "field action" | 43. "Safety Alert" | 94. FDA | 141. PDCP |
| 3. Platinum | 4. "focus group" | 44. 510k | 95. Feasibility | 142. PDP |
| 4. Meridian | 5. "foreign body" | 45. Abnormal* | 96. FMEA | 143. penetrat* |
| 5. Denali | 6. "not as intended" | 46. Aging | 97. FMECA | 144. Pierc* |
| 6. Saturn | 7. "Performance | 47. ALARP | 98. Fragment* | 145. PLC |
| 7. Silver | Specification*" | 48. anchor* | 99. FTA | 146. pressur* |
| 8. Vail | 8. "product life cycle" | 49. angulation | 100. harm* | 147. problem* |
| 9. Venus | 'customer needs' | 50. animal | 101. Hazard* | 148. Product Specification* |
| 10. Jupiter | 9. "Division of Device | 51. autops* | 102. hemorrhag* | 149. protru* |
| | Marketing Advertising | 52. bariatric | 103. HF&E | 150. puncture* |
| | and Communications" | 53. bleed* | 104. HHA | 151. Recall |
| **Discarded Terms:** | 10. "Division of Device | 54. broken | 105. HHE | 152. redesign |
| 11. K080668 | 11. "adverse event" | 55. buckl* | 106. histopathological | 153. renal |
| 12. K062887 | 12. "arm length" | 56. cardiac | 107. IFU | 154. Risk |
| 13. K050558 | 13. "as low as reasonably | 57. caudal | 108. implant* | 155. SAE |
| 14. K082305 | possible" | 58. caus* | 109. incident* | 156. safe* |
| 15. K073090 | 14. "blood vessel" | 59. caval | 110. inclusion* | 157. separat* |
| 16. K052578 | 15. "Communication plan" | 60. ceph* | 111. Inflamm* | 158. sever* |
| 17. K062887 | 16. "Design History File" | 61. clip* | 112. injur* | 159. Stability |
| 18. K093659 | 17. "Device Master | 62. clot* | 113. Integrity | 160. Stress* |
| 19. K944353 | Record" | 63. Complain* | 114. investigat* | 161. tamponade |
| 20. K022236 | 18. "enforcement action" | 64. contaminat* | 115. kink* | 162. tenting |
| 21. K031328 | 19. "Equity Research" | 65. corrosion | 116. lacerat* | 163. tip* |
| 22. K101431 | 20. "Fault Tree" | 66. cross* | 117. lap-band | 164. TPLC |
| 23. K102511 | 21. "hook diameter" | 67. damag* | 118. Lesion* | 165. twist* |
| 24. K112497 | 22. "human factor*" | 68. danger* | 119. life-threatening | 166. Validation |
| 25. Greenfield | 23. "Instructions for Use" | 69. DDPAC | 120. malfunction* | 167. valsalva |
| 26. celect | 24. "lap band" | 70. death | 121. malposition* | 168. Verification |
| 27. tulip | 25. "leg span" | 71. defect* | 122. Market* | 169. Vigilance |
| 28. "Bird's Nest" | 26. "life threatening" | 72. deform* | 123. material* | 170. warning* |
| 29. "Vena Tech" | 27. "medical device | 73. deploy* | 124. MAUDE | 171. worn |
| 30. "Opt Ease" | Report" | 74. design* | 125. MDR | |
| 31. "Trapease" | 28. "off label" | 75. deviat* | 126. MHRA | |
| 32. "Tight Spline" | 29. "product development | 76. DFMEA | 127. misassembl* | |
| | and commercialisation | 77. DHF | 128. misdeploy* | |
| | plan" | 78. Dislodg* | 129. Missing (w/in 2 of) | |
| *Note that the original list | 30. "Product Opportunity | 79. displac* | strut*, or | |
| also included "Everest", but | Appraisal" | 80. disten* | component*,or leg*, | |
| since that was an Original | 31. "radial force" | 81. DMR | or arm*, or part*, or | |
| Bard Search Term, it was | 32. "root cause" | 82. embed* | device | |
| not included here. | 33. "Safety | 83. Endoth* | 130. misuse* | |
| | Communication" | 84. evaluat* | 131. morbid* | |
| | 34. "shape memory alloy" | 85. expire* | 132. mortalit* | |
| | 35. "Shelf Life" | 86. exten* | 133. movement | |
| | 36. "system hazard | 87. Extravas* | 134. 'near incident*' | |
| | analysis" | 88. extru* | 135. nitinol | |
| | 37. "use by date" | 89. F2129 | 136. occlu* | |
| | 38. "wire diameter" | 90. Fail* | 137. Off-label | |
| | 39. "Dear Doctor Letter" | 91. failure* | 138. organ | |
| | 40. "Dear Dr. letter" | | | |

## Appendix C

## Reduced Plaintiff Anchor Terms – Priority Custodians Detailed Hit Report

*This report shows the number of raw hits using Plaintiff's reduced 10 Anchor Terms with the 171 Connector Terms as applied to Plaintiff's Priority Custodians.  Note that if a custodian is not included on the report, it is because there were no data or search term hits.*

| Custodian | denali | G3 | jupiter | meridian | platinum | saturn | silver | tetra | vail | venus | Family Docs | Grand Total | Cust. Total | % Hits by Cust. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DeFord, John | 993 | 469 | 34 | 661 | 760 | 93 | | 2,644 | 16 | 43 | 35 | 5,733 | 11,481 | 28.89% |
| Ring, Tim | 242 | 114 | 145 | 555 | 457 | 193 | | 1,333 | 48 | 149 | 218 | 2,982 | 6,436 | 16.20% |
| Modra, Chad | 338 | 112 | 97 | 833 | 287 | 11 | | 995 | 11 | 129 | 50 | 3,494 | 6,357 | 16.00% |
| Kowalczyk, Paul | 59 | 105 | 51 | 105 | 264 | 3 | | 1,002 | 5 | 15 | 30 | 2,505 | 4,144 | 10.43% |
| Altonaga, Bill | 347 | 141 | 44 | 723 | 293 | 4 | | 531 | 34 | 84 | 40 | 1,253 | 3,494 | 8.79% |
| Tessmer, Alex | 129 | 64 | 41 | 649 | 247 | | | 131 | 5 | 61 | 2 | 1,462 | 2,791 | 7.02% |
| Raji-Kubba, Abtihal | 321 | 115 | 4 | 283 | 192 | 8 | | 141 | 2 | 22 | 2 | 474 | 1,564 | 3.94% |
| Edwards, Mary | 2 | 37 | 19 | 42 | 71 | 6 | | 132 | 12 | 16 | 4 | 617 | 958 | 2.41% |
| Johnson, Michelle | 7 | 6 | 83 | 96 | 23 | 5 | | 90 | | 91 | 10 | 308 | 719 | 1.81% |
| Bliss, Richard | | 33 | | 1 | 2 | | | 26 | | 17 | | 506 | 585 | 1.47% |
| Lehmann, John | 1 | | 4 | 2 | 37 | | | 163 | 2 | 1 | 2 | 258 | 470 | 1.18% |
| Dolch, Gary | 27 | 9 | 4 | 46 | 32 | | | 82 | 2 | 8 | 2 | 157 | 369 | 0.93% |
| Garcia, Jose | | 14 | 2 | 2 | 141 | | | 6 | 2 | 1 | 20 | 152 | 340 | 0.86% |
| Glass, Holly | | | 3 | | | | | 7 | | | | 7 | 17 | 0.04% |
| Rauch, David | | | | 2 | 1 | | | 1 | | | | 2 | 6 | 0.02% |
| Ferrin, Mandy | | | | | | | | 4 | | 1 | | | 5 | 0.01% |
| **Total** | **2,466** | **1,219** | **531** | **4,000** | **2,807** | **323** | | **7,288** | **139** | **638** | **415** | **19,910** | **39,736** | |
| % Hits by Term | 12.44% | 6.15% | 2.68% | 20.18% | 14.16% | 1.63% | | 36.76% | 0.70% | 3.22% | 2.09% | | | |

**Appendix D**

**Reduced Plaintiff Anchor Terms – Original Bard Custodians Detailed Hit Report**

*This report shows the number of raw hits using Plaintiff's reduced 10 Anchor Terms with the 171 Connector Terms as applied to the Original Bard Custodians.*

| Custodian | denali | G3 | jupiter | meridian | platinum | saturn | silver | tetra | vail | venus | Family Docs | Grand Total | % Hits by Cust. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Jim | 175 | 184 | 64 | 82 | 681 | 47 | 960 | 12 | 100 | 10 | 2,546 | 4,861 | 20.14% |
| Harmison, Heather | 1,086 | 10 | | 745 | 171 | | 9 | 2 | 298 | | 530 | 2,851 | 11.81% |
| Klocke, Stephanie | 24 | 765 | 14 | | 346 | 2 | 79 | 104 | 9 | 13 | 905 | 2,264 | 9.38% |
| Conaway, John | 701 | | 1 | 224 | 12 | 3 | 21 | | | 1 | 507 | 1,470 | 6.09% |
| Estrada, Tracy | 173 | 11 | | 42 | 768 | | 28 | | 1 | 7 | 258 | 1,288 | 5.34% |
| Neal, Scott | 35 | | 7 | 40 | 66 | 2 | 558 | | 7 | | 461 | 1,176 | 4.87% |
| Salzmann, Dennis | | 1 | 16 | 12 | 5 | 42 | 536 | | 5 | 6 | 398 | 1,021 | 4.23% |
| Ciavarella, David | 52 | 8 | 2 | | 8 | | 589 | 2 | | 3 | 291 | 959 | 3.97% |
| Carr, Robert | 52 | 14 | 14 | 14 | 189 | 45 | 156 | 8 | 59 | 5 | 391 | 947 | 3.92% |
| Hudson, Brian | 12 | 23 | 18 | 11 | 42 | | 237 | 3 | 20 | 6 | 350 | 722 | 2.99% |
| Randall, Mike | 198 | 56 | | 107 | 119 | | 14 | 2 | 34 | | 147 | 677 | 2.81% |
| Wong, Natalie | 39 | 127 | 25 | 29 | 42 | 1 | 158 | 11 | 16 | 2 | 213 | 663 | 2.75% |
| Chanduszko, Andre | 160 | 194 | 2 | 25 | 34 | | 9 | 9 | 3 | 5 | 195 | 636 | 2.64% |
| Baird, Bret | 156 | 7 | 26 | 52 | 85 | | 92 | | 49 | | 155 | 622 | 2.58% |
| Graves, Micky | 60 | 13 | 5 | 12 | 108 | | 49 | 4 | 11 | 5 | 222 | 489 | 2.03% |
| Schulz, Gin | 9 | 6 | 15 | 24 | 36 | | 139 | 1 | 4 | 1 | 196 | 432 | 1.79% |
| Simpson, Charlie | | 8 | 3 | 2 | 57 | 8 | 76 | | 1 | | 183 | 338 | 1.40% |
| Howard, James | | 18 | 1 | 7 | 27 | 1 | 148 | | | 4 | 107 | 313 | 1.30% |
| Nielsen, Mary | | 3 | 12 | 35 | 6 | | 107 | | | 26 | 118 | 307 | 1.27% |
| Hudnall, Janet | | 28 | 11 | 3 | 16 | 8 | 22 | | | | 169 | 257 | 1.06% |
| Balutowski, Genevieve | | | 2 | | 79 | | 1 | 10 | 1 | | 97 | 190 | 0.79% |
| Cherry, Joe | | 6 | | 5 | 14 | 11 | 48 | | | | 103 | 187 | 0.77% |
| Ganser, Christopher | | 1 | 1 | 1 | 28 | 1 | 99 | | 1 | 1 | 46 | 178 | 0.74% |
| Palermo, Pete | | 2 | | | 25 | 1 | 46 | | 4 | | 94 | 172 | 0.71% |
| Uelmen, Doug | | | 1 | 1 | 2 | | 46 | | | 8 | 93 | 161 | 0.67% |
| Fitzpatrick, Ed | 28 | 2 | 1 | 42 | 32 | | 29 | | 5 | 1 | | 160 | 0.66% |
| Walcott, Cindi | 1 | 9 | 9 | 3 | 13 | | 62 | | 3 | 1 | 52 | 153 | 0.63% |
| Barry, Brian | | | | 3 | 2 | 4 | 59 | | 4 | | 48 | 120 | 0.50% |
| Michelena, Zona | | | | | | | 65 | | | | 24 | 89 | 0.37% |
| Dunn, Chris | | | | 1 | 1 | | 27 | | | | 36 | 65 | 0.27% |
| Hayes, Wendy | | | | | 14 | | 7 | | | 12 | 23 | 56 | 0.23% |
| Lapid, Inbal | | | 16 | | 4 | | 11 | | | | 10 | 41 | 0.17% |
| DuBois, Tom | | | | | 17 | | 13 | | | | 4 | 34 | 0.14% |
| DeJohn, Joe | | | | | | | 4 | | | | 25 | 29 | 0.12% |
| Weiland, John | | | | 4 | 5 | | 14 | | | | 5 | 28 | 0.12% |
| Byrne, Mike | | | 3 | | | | 1 | 5 | | | 17 | 26 | 0.11% |
| Ta, Khoi | | | | 4 | 1 | | 8 | | | | 9 | 22 | 0.09% |
| Brown, Brian | | | 1 | | 2 | | 10 | | | 1 | 6 | 20 | 0.08% |
| Campbell, Charis | | | | 2 | | | 5 | | | 4 | 8 | 19 | 0.08% |
| Shifrin, Kevin | | | | | | | 1 | | | 1 | 12 | 14 | 0.06% |
| Jaramillo, Lindsay | | | | | 6 | | 4 | | | | 2 | 12 | 0.05% |
| McDermott, John | | | | 3 | 1 | | 2 | | | | 6 | 12 | 0.05% |
| Chapman, Loran | | | | | | | 1 | | | 1 | 5 | 7 | 0.03% |
| Smale, Joshua | | | | | | | 3 | | | | 3 | 6 | 0.02% |
| Chunko, Kerry | | | | | | | 5 | | | | | 5 | 0.02% |
| Madia, Frank | | | | | | | 1 | 1 | | | 3 | 5 | 0.02% |
| Benware, Charlie | | | | | | | 2 | 2 | | | | 4 | 0.02% |
| Edholm, Tom | | | | | | | 1 | | | | 3 | 4 | 0.02% |
| Peck, Rhonda | | | | | | | 1 | | | | 3 | 4 | 0.02% |
| Reyes, Phillip | | | 2 | | | | | | | | 1 | 3 | 0.01% |
| Shahriari, Kreshmeh | | | | | | | 1 | | | | 2 | 3 | 0.01% |
| Gallagher, John | | | | | | | 2 | | | | | 2 | 0.01% |
| Minske, Mary | | | | | | | | 1 | | | 1 | 2 | 0.01% |
| Varela, Paco | | | | | | | 2 | | | | | 2 | 0.01% |
| Czelusniak, Kathy | | | | | | | 1 | | | | | 1 | 0.00% |
| Ferari, Tom | | | | | | | 1 | | | | | 1 | 0.00% |
| Gamble, Tashunda | | | | | | | 1 | | | | | 1 | 0.00% |
| Ludwig, Judy | | | 1 | | | | | | | | | 1 | 0.00% |
| **Total** | **2,962** | **1,511** | **276** | **2,256** | **2,400** | **146** | **4,572** | **163** | **687** | **68** | **9,091** | **24,132** | |
| **% Hits by Term** | 19.69% | 10.05% | 1.83% | 15.00% | 15.96% | 0.97% | 30.40% | 1.08% | 4.57% | 0.45% | | | |

## Appendix E

# Original Bard Search Terms – New Priority Custodians Detailed Hit Report

*This report shows the number of raw hits using Bard's Original Search Terms as applied to Plaintiff's Priority Custodians.*

| Custodian | Neuroform stent* | stay* | DVT | Edge | Electro-point* | Electro-point* | Embol* | EVEREST | flex* | fracture* | G1 | G1A | G2 | G2 Express | GSX | IVC | limb | Migr* | Nitinol | Pedical* | Recovery | RS | PNF | Simon Nitinol | SNF | strut | Tilt | vena cava | Family Docs | Bard Total | % of Total Hits by Custodian |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DeFord, John | 404 | 130 | 550 | 644 | 132 | 478 | | 795 | | 5,244 | 2,704 | 939 | 402 | 2,141 | 639 | 287 | 994 | 1,115 | 1,864 | 2,886 | 1,402 | 3,660 | 347 | 115 | 133 | 485 | 481 | 2,135 | 13,709 | 51,989 | 20.73% |
| Modra, Chad | 558 | 111 | 898 | | 90 | 210 | 132 | 2,531 | 795 | 7,203 | 2,457 | 255 | 18 | 3,732 | 109 | 371 | 972 | 771 | 886 | 1,668 | 386 | 8,296 | 72 | 444 | 412 | 372 | 756 | 1,660 | 13,695 | 50,279 | 20.05% |
| Ring, Tim | 124 | 10 | 1,374 | 644 | 57 | 378 | 255 | 795 | | 5,244 | 2,704 | 939 | 402 | 2,141 | 453 | 218 | 145 | 9 | 42 | 370 | 397 | 668 | 139 | 161 | 95 | 485 | 1,099 | 1,660 | 13,695 | 34,283 | 13.67% |
| Altonaga, Bill | 410 | 226 | 1,656 | 447 | 390 | 175 | 556 | 2,760 | 1,114 | 3,019 | 1,223 | | 526 | 133 | | 256 | 1,243 | 100 | 328 | 1,565 | 462 | 666 | 63 | 65 | 79 | 605 | 1,099 | 690 | 1,562 | 28,831 | 11.50% |
| Edwards, Mary | 150 | 32 | 501 | 162 | 20 | | 194 | 2,086 | 461 | 2,515 | 1,017 | 6 | | 41 | 629 | 150 | 1,063 | 2,431 | 553 | 916 | 1,254 | 3,397 | 166 | 9 | 22 | 120 | 307 | 690 | 3,303 | 21,159 | 8.44% |
| Kowalcyk, Paul | 149 | 23 | 340 | 83 | 46 | 42 | 12 | 1,288 | 60 | 3,487 | 1,908 | 78 | | 85 | 114 | 412 | 412 | 916 | 576 | 1,556 | 559 | 385 | 223 | 121 | 120 | 307 | 887 | 4,585 | 17,355 | 6.92% |
| Lehmann, John | 20 | | 355 | 624 | 49 | | 60 | 704 | 481 | 1,503 | 854 | 18 | 322 | 577 | 91 | 212 | 249 | 859 | 12 | 756 | 385 | 697 | 160 | 247 | 629 | 887 | 17,355 | 16,278 | 6.49% |
| Tessmer, Alex | 40 | 17 | 218 | 376 | 13 | | 1,017 | 481 | 131 | 2,353 | 18 | 3 | 34 | 261 | 59 | 218 | 304 | 1,184 | 293 | 668 | 767 | 422 | 139 | 76 | 290 | 113 | 283 | 661 | 11,920 | 4.75% |
| Raji-Kubba, Abhhal | 47 | 14 | 130 | 200 | 81 | 65 | 437 | 134 | 1,053 | 453 | 190 | 3 | 218 | 307 | 340 | 152 | 16 | 24 | 34 | 146 | 205 | 121 | 661 | 4,761 | 1.90% |
| Garcia, Jose | 14 | 35 | 1 | 2 | 28 | 9 | 692 | 22 | 109 | 972 | 115 | 42 | 30 | 386 | 63 | 10 | 29 | 25 | 27 | 36 | 1,168 | 7,119 | 2.84% |
| Dolch, Gary | 20 | 5 | 81 | 50 | 15 | 106 | 9 | 233 | 14 | 145 | 771 | 60 | 218 | 397 | 30 | 53 | 72 | 10 | 22 | 22 | 118 | 2,626 | 1.05% |
| Johnson, Michelle | 10 | 2 | 8 | 10 | 1 | 54 | 2 | 14 | 42 | 7 | 1 | 100 | 13 | 386 | 63 | 72 | 9 | 7 | 37 | 1,718 | 0.69% |
| Bliss, Richard | 69 | 1 | 1 | 7 | 16 | 3 | 160 | 84 | 6 | 44 | 27 | 55 | 34 | 13 | 104 | 498 | 1,689 | 0.67% |
| Mukherjee, Avijit | 117 | 18 | 23 | 1 | 78 | 44 | 13 | 21 | 103 | 112 | 29 | 39 | 13 | 18 | 11 | 303 | 0.12% |
| Glass, Holly | 2 | 2 | 3 | 4 | 3 | 1 | 2 | 38 | 17 | 1 | 6 | 1 | 5 | 1 | 13 | 26 | 9 | 13 | 1 | 1 | 29 | 312 | 0.12% |
| Ferrin, Mandy | | 6 | 3 | 1 | 1 | 32 | 32 | 7 | 6 | 5 | 1 | 6 | 2 | 9 | 3 | 9 | 6 | 7 | 1 | 7 | 101 | 0.04% |
| Rauch, David | | 2 | 1 | 12 | 1 | 1 | 1 | 3 | 5 | 17 | 31 | 0.01% |
| **Total** | 2,017 | 966 | 5,207 | 2,885 | 3,166 | 1,080 | 406 | 13,424 | 3,584 | 30,298 | 11,534 | 3,783 | 696 | 10,030 | 2,844 | 1,860 | 8,054 | 5,217 | 11,473 | 10,158 | 9,046 | 23,798 | 8,585 | 1,086 | 1,693 | 2,146 | 2,030 | 3,898 | 9,800 | 250,753 | |
| **% of Hits by Term** | 1.06% | 0.51% | 2.73% | 1.51% | 1.66% | 0.57% | 0.21% | 7.04% | 1.88% | 15.88% | 6.05% | 1.98% | 0.36% | 5.26% | 1.49% | 0.98% | 4.22% | 2.73% | 6.01% | 5.32% | 4.74% | 12.47% | 4.50% | 0.57% | 0.89% | 1.12% | 1.06% | 2.04% | 5.14% | | |

**Appendix F**

# Discarded Plaintiff Anchor Terms – Priority Custodians Detailed Hit Report

*This report shows the number of raw hits using Plaintiff's discarded 22 Anchor Terms and 171 Connector Terms as applied to Plaintiff's Priority Custodians.*

| Custodian | "Bird's Nest" | "Opt Ease" | "light spiral" | "Vena Tech" | Dalec | Greenfield | K022835 | K033535 | K050558 | K052578 | K063987 | K073040 | K080658 | K092305 | K093969 | K10491 | K12467 | K054435 | Trapeze | Tulip | Family Dog | Grand Total | % Hits by Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Modra, Chad | 71 | | 26 | 105 | 375 | 175 | 6 | 5 | 4 | 6 | 2 | 2 | 5 | 7 | | 1 | | 1 | 45 | 249 | 1,174 | 2,566 | 33.74% |
| Edwards, Mary | 49 | 2 | 36 | 36 | 197 | 101 | 48 | 12 | 12 | 6 | 1 | 11 | 7 | | 4 | 3 | 1 | | 78 | 137 | 344 | 1,188 | 15.62% |
| Lehmann, John | 130 | 5 | 37 | 130 | 278 | 186 | 101 | 13 | | | | 1 | | 11 | | 1 | | 45 | 96 | 495 | 495 | 1,109 | 14.58% |
| Deford, John | 10 | 1 | 22 | 16 | 106 | 142 | 6 | 6 | 2 | 2 | 10 | | 4 | | 3 | 1 | | 34 | 34 | 129 | 245 | 850 | 11.18% |
| Ring, Tim | 1 | 4 | 2 | 2 | 8 | 159 | 2 | 2 | 2 | 2 | | 2 | 5 | 7 | | | 1 | 55 | 314 | 314 | 576 | 7.57% |
| Altonaga, Bill | 21 | | 15 | 16 | 91 | 60 | 4 | 2 | 2 | | 11 | 1 | 2 | | 1 | | 1 | 45 | 83 | 342 | 490 | 6.44% |
| Kowalczyk, Paul | | 4 | 34 | | 14 | 14 | | 2 | | | | | | | | | | 8 | 21 | 134 | 231 | 3.04% |
| Tessmer, Alex | | | 42 | 36 | 36 | 14 | | | | 1 | | | | | | | | 4 | 46 | 161 | 161 | 2.12% |
| Garcia, Jose | | | 5 | 3 | 1 | 23 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 4 | 1 | | | 27 | 87 | 133 | 133 | 1.75% |
| Raji-Kubba, Abithai | | | | 3 | | 18 | | | | | | | 11 | 1 | 1 | 1 | | 14 | 41 | 133 | 133 | 1.75% |
| Dotch, Gary | | 2 | 3 | 4 | | 15 | | | | | | | | | | | | 5 | 70 | 129 | 129 | 1.70% |
| Johnson, Michelle | | | 1 | 3 | | | | | | | | | | | | | | 2 | 4 | 32 | 70 | 70 | 0.92% |
| Bliss, Richard | 6 | | 1 | 4 | 2 | 5 | | | 1 | | | | | | | | | 4 | 5 | 41 | 64 | 64 | 0.84% |
| Mukherjee, Avijit | | | | | | 2 | | | | | | | | | | | | 6 | 6 | 3 | 34 | 34 | 0.44% |
| Glass, Holly | | | | 1 | 1 | | | | | | | | | | | | | | 1 | 1 | 31 | 31 | 0.41% |
| **Total** | **289** | **24** | **163** | **327** | **637** | **1,135** | **132** | **76** | **27** | **10** | **14** | **29** | **15** | **11** | **5** | **5** | **2** | **45** | **541** | **1,044** | **3,074** | **7605** | |
| **% Hits by Term** | 6.38% | 0.53% | 3.60% | 7.22% | 14.06% | 25.05% | 2.91% | 1.68% | 0.60% | 0.22% | 0.31% | 0.64% | 0.33% | 0.24% | 0.11% | 0.11% | 0.04% | 0.99% | 11.94% | 23.04% | | | |

**Appendix G**

# Discarded Plaintiff Anchor Terms – Original Bard Custodians Detailed Hit Report

*This report shows the number of raw hits using Plaintiff's discarded 22 Anchor Terms and 171 Connector Terms as applied to the Original Bard Custodians.*

| Custodian | "Bird's Nest" | "Opt Ease" | "tight spine" | "Vena Tech" | eclect | Greenfield | K022236 | K031328 | K050558 | K052278 | K062687 | K071690 | K080658 | K082305 | K094353 | Traprase | Lulip | Family Docs | Grand Total | % Hits by Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klocke, Stephanie |  |  |  | 1,070 | 3 | 7 |  |  |  |  |  |  | 2 |  |  |  | 8 | 194 | 1,284 | 38.00% |
| Beasley, Jim | 12 | 6 | 20 | 18 | 135 | 70 |  | 1 |  | 1 | 2 | 1 |  |  |  | 27 | 114 | 271 | 678 | 20.07% |
| Wong, Natalie |  |  |  | 382 | 13 | 6 |  |  |  |  |  | 1 |  |  |  |  | 4 | 48 | 454 | 13.44% |
| DeFord, John | 3 |  | 3 | 16 | 5 | 24 |  |  |  |  |  |  |  |  |  | 4 | 11 | 92 | 158 | 4.68% |
| Ganser, Christopher | 23 |  |  |  | 15 | 28 |  |  |  |  |  |  |  |  |  | 27 | 34 | 1 | 128 | 3.79% |
| Chanduszko, Andre |  |  |  | 59 | 2 | 5 |  |  |  |  |  |  |  |  |  |  | 6 | 26 | 98 | 2.90% |
| Hudson, Brian | 1 |  | 3 | 45 | 2 | 15 |  |  |  |  |  |  |  |  |  | 2 | 4 | 18 | 90 | 2.66% |
| Simpson, Charlie |  |  |  | 35 |  | 3 |  |  |  |  |  |  |  |  |  |  |  | 11 | 49 | 1.45% |
| Howard, James |  |  |  | 3 |  | 1 |  |  |  | 3 | 2 |  |  |  |  |  | 2 | 29 | 40 | 1.18% |
| Hudnall, Janet |  |  |  | 29 | 4 | 3 |  |  |  |  |  | 1 |  |  |  |  | 9 | 2 | 48 | 1.42% |
| Salzmann, Dennis |  |  |  | 40 |  |  |  |  |  |  |  |  |  |  |  |  |  | 6 | 46 | 1.36% |
| Carr, Robert |  |  |  | 23 | 2 | 7 |  |  |  |  |  |  |  |  |  |  | 2 | 10 | 44 | 1.30% |
| Ciavarella, David | 4 |  | 4 |  |  | 6 |  |  | 1 |  |  | 1 |  | 1 |  | 6 | 14 | 5 | 42 | 1.24% |
| Estrada, Tracy |  |  |  | 26 |  | 1 |  |  |  |  |  |  |  |  |  |  |  | 5 | 32 | 0.95% |
| Harmison, Heather |  |  |  | 20 |  |  |  |  |  |  |  |  |  |  |  |  |  | 8 | 28 | 0.83% |
| Walcott, Cindi |  |  |  | 7 |  | 15 |  |  |  |  |  |  |  |  |  |  |  | 6 | 28 | 0.83% |
| Schulz, Gin | 2 |  |  | 9 |  | 2 |  |  |  |  |  |  |  |  |  |  | 1 | 6 | 20 | 0.59% |
| Nielsen, Mary |  |  |  |  |  | 14 |  |  |  |  |  |  |  |  |  |  | 1 | 4 | 19 | 0.56% |
| Randall, Mike |  |  |  | 7 |  | 8 |  |  |  |  |  |  |  |  |  |  |  | 2 | 17 | 0.50% |
| Baird, Bret |  |  |  |  | 5 | 2 |  |  |  |  |  |  |  |  |  |  | 4 | 4 | 15 | 0.44% |
| Cherry, Joe |  |  |  |  |  | 6 |  |  |  |  |  |  |  |  |  |  |  | 8 | 14 | 0.41% |
| Brown, Brian |  |  |  |  |  | 8 |  |  |  |  |  |  |  |  |  |  |  |  | 8 | 0.24% |
| Balutowski, Genevieve |  |  |  |  |  | 1 |  |  |  | 5 |  |  |  |  |  |  |  | 3 | 9 | 0.27% |
| DuBois, Tom | 7 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 7 | 0.21% |
| Conaway, John |  |  |  | 3 |  | 2 |  |  |  |  |  |  |  |  |  |  |  |  | 5 | 0.15% |
| Fitzpatrick, Ed |  |  |  | 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 5 | 0.15% |
| Dunn, Chris |  |  |  |  |  | 3 |  |  |  |  |  |  |  |  |  |  |  |  | 3 | 0.09% |
| Hayes, Wendy |  |  |  |  |  | 2 |  |  |  |  |  |  |  |  |  |  |  | 1 | 3 | 0.09% |
| Palermo, Pete |  |  |  |  |  | 1 |  |  |  |  |  |  |  |  |  |  |  | 1 | 2 | 0.06% |
| Uelmen, Doug |  |  |  |  |  | 2 |  |  |  |  |  |  |  |  |  |  |  |  | 2 | 0.06% |
| Weiland, John |  |  |  |  |  | 2 |  |  |  |  |  |  |  |  |  |  |  |  | 2 | 0.06% |
| Barker, Elaine | 1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 | 0.03% |
| **Total** | 53 | 6 | 42 | 1799 | 172 | 243 | 0 | 1 | 1 | 9 | 4 | 4 | 2 | 1 | 0 | 69 | 213 | 760 | 3379 |  |
| **% Hits by Term** | 2.02% | 0.23% | 1.60% | 68.69% | 6.57% | 9.28% | 0.00% | 0.04% | 0.04% | 0.34% | 0.15% | 0.15% | 0.08% | 0.04% | 0.00% | 2.63% | 8.13% |  |  |  |