# EXHIBIT 5

| Deponent | Title | Deposition Date | Case(s) | Taking Attorney | Deposition Length |
|---|---|---|---|---|---|
| Allen, Shari | Director of Regulatory and Clinical Affairs | 10/09/2013 | *Giordano v. C. R. Bard, Inc., et al.* <br> *Phillips v. C. R. Bard, Inc., et al.* <br> *Cason v. C. R. Bard, Inc., et al.* <br> *Ebert v. C. R. Bard, Inc., et al.* <br> *Alexander v. C. R. Bard, Inc., et al.* <br> *Tillman v. C. R. Bard, Inc., et al.* <br> *Kilver v. C. R. Bard, Inc., et al.* <br> *Carr v. C. R. Bard, Inc., et al.* <br> *Jones v. C. R. Bard, Inc., et al.* <br> *Barkley v. C. R. Bard, Inc., et al.* <br> *Rackliff v. C. R. Bard, Inc., et al.* <br> *Towlson v. C. R. Bard, Inc., et al.* <br> *Stesney v. C. R. Bard, Inc., et al.* <br> *Cook v. C. R. Bard, Inc., et al.* | Lopez, Ramon R. | **8:13** <br> (9:42 am - 5:55 pm) |
| Allen, Shari | Director of Regulatory and Clinical Affairs | 11/02/2010 | *Newton v. C. R. Bard, Inc., et al.* <br> *Belusko v. C. R. Bard, Inc., et al.* <br> *Kolenda v. C. R. Bard, Inc., et al.* | Hartley, Dean R. | **3:14** <br> (9:08 am - 12:22 pm) |
| Edwards, Mary | Vice President, Regulatory and Clinical Affairs | 01/20/2014 | *Giordano v. C. R. Bard, Inc., et al.* <br> *Phillips v. C. R. Bard, Inc., et al.* <br> *Towlson v. C. R. Bard, Inc., et al.* <br> *Stesney v. C. R. Bard, Inc., et al.* <br> *Alexander v. C. R. Bard, Inc., et al.* <br> *Tillman v. C. R. Bard, Inc., et al.* <br> *Hardy v. C. R. Bard, Inc., et al.* <br> *Ocasio v. C. R. Bard, Inc., et al.* <br> *Peterson v. C. R. Bard, Inc., et al.* <br> *Barkley v. C. R. Bard, Inc., et al.* <br> *Rackliff v. C. R. Bard, Inc., et al.* <br> *Robles v. C. R. Bard, Inc., et al.* <br> *Kilver v. C. R. Bard, Inc., et al.* <br> *Hillsman v. C. R. Bard, Inc., et al.* <br> *Carr v. C. R. Bard, Inc., et al.* <br> *Barr v. C. R. Bard, Inc., et al.* <br> *Cason v. C. R. Bard, Inc., et al.* | Lopez, Ramon R. | **8:33** <br> (9:29 am - 6:02 pm) |

| Deponent | Title | Deposition Date | Case(s) | Taking Attorney | Deposition Length |
|---|---|---|---|---|---|
| Lehmann, John | Consultant | 04/02/2013 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Stesney v. C. R. Bard, Inc., et al.*<br>*Towlson v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.* | Lopez, Ramon R. | **7:50**<br>(9:35 am - 5:25 pm) |
| Lehmann, John | Consultant | 08/07/2014 | *Coker v. C. R. Bard, Inc., et al.* | Parrish, Jonathan A. | **4:17**<br>(9:46 am - 2:03 pm) |
| McDermott, John | President, Bard Peripheral Vascular, Inc. | 11/01/2010 | *Tyson v. C. R. Bard, Inc., et al.*<br>*Newton v. C. R. Bard, Inc., et al.*<br>*Belusko v. C. R. Bard, Inc., et al.*<br>*Kolenda v. C. R. Bard, Inc., et al.*<br>*Bloomquist v. C. R. Bard, Inc., et al.*<br>*Clark v. C. R. Bard, Inc., et al.* | Hartley, Dean R. | **3:35**<br>(8:05 am - 11:40 am) |
| McDermott, John | President, Bard Peripheral Vascular, Inc. | 02/05/2014 | *Giordano v. C. R. Bard, Inc., et al.*<br>*Phillips v. C. R. Bard, Inc., et al.*<br>*Carr v. C. R. Bard, Inc., et al.*<br>*Cason v. C. R. Bard, Inc., et al.*<br>*Barkley v. C. R. Bard, Inc., et al.*<br>*Rackliff v. C. R. Bard, Inc., et al.*<br>*Kilver v. C. R. Bard, Inc., et al.*<br>*Ocasio v. C. R. Bard, Inc., et al.*<br>*Peterson v. C. R. Bard, Inc., et al.* | Lopez, Ramon R. | **8:05**<br>(10:04 am - 6:09 pm) |
| Weiland, John | President and COO, C. R. Bard, Inc. | 04/23/2014 | *Phillips v. C. R. Bard, Inc., et al.*<br>*Giordano v. C. R. Bard, Inc., et al.*<br>*Ocasio v. C. R. Bard, Inc., et al.*<br>*Hardy v. C. R. Bard, Inc., et al.*<br>*Peterson v. C. R. Bard, Inc., et al.* | Brenes, Troy A. (Lopez McHugh) | **7:28**<br>(8:02 am - 3:30 pm) |