# EXHIBIT 6

**Proposed Agenda for January 29, 2016 Case Management Conference**

I. Proposed Schedule for Phase II Discovery

    A. Proposed Track 1 (13 Cases Nearing Trial-Readiness)

    B. Proposed Track 2 (Other Cases in MDL)

    C. Submission of Bellwether Proposal (by March 1, 2016)

II. Scope of Phase II Discovery/Phase I Follow-up – Proposed Track 1 Cases

    A. FDA Warning Letter and Reporting Issues

    B. Kay Fuller Allegations

III. Scope of Phase II Discovery – Proposed Track 2 Cases

    A. Limitations on Depositions – Binding Effect of Prior Depositions

    B. Scope of Discovery as to Particular Issues:

        1. Simon Nitinol Filter

        2. Recovery Cone

        3. Sales and Marketing

IV. ESI and Document Discovery/Issues

    A. Plaintiffs' Request for Prior Production Information and "Updating" Productions

    B. Supplemental Review and Productions

        1. Later Generation Devices

    C. ESI Preservation

V. Privilege Log Issues

    A. Process for Resolution of Privilege Disputes

    B. Whether There Should Be a Special Master