# EXHIBIT 7

| CASES WITH MOTIONS PENDING BEFORE TRANSFER (BARD IVC FILTER LITIGATION) | | | |
|---|---|---|---|
| **Plaintiff** | **Original Jurisdiction** | **Motion Pending at time of Transfer to MDL** | **Status of Discovery at time of MDL Transfer** |
| 1. Cason, Pamela | GA – N.D. Ga.<br><br>1:12-cv-1288 | • Plaintiff's Motion to Reopen Discovery<br><br>• Bard's Motion to Compel and For Further Extension of Case Deadlines | • Summary Judgment and Daubert Motions ruled upon<br><br>• Discovery needs to be reopened to address new medical claims and injuries alleged by plaintiff that occurred in 2015; as a result, further fact discovery and medical expert discovery will be required. |
| 2. Coker, Jennifer | GA – N.D. Ga.<br><br>1:13-cv-515 | • None | • Fact and Expert discovery not complete<br><br>• Dispositive and Daubert motions have not yet been filed |
| 3. Conn, Charles | TX -- S.D. Tex | • None | • Fact and Expert discovery not complete<br><br>• Dispositive and Daubert motions have not yet been filed<br><br>• |
| 4. Ebert, Melissa | PA – E.D. Pa.<br>5:12-cv-1253 | • Bard's Motion for Summary Judgment | • All discovery closed |

| **CASES WITH MOTIONS PENDING BEFORE TRANSFER (BARD IVC FILTER LITIGATION)** | | | |
|---|---|---|---|
| **Plaintiff** | **Original Jurisdiction** | **Motion Pending at time of Transfer to MDL** | **Status of Discovery at time of MDL Transfer** |
| | | • Bard's Motion to Exclude Opinions of Robert McMeeking & Matthew Begley<br>• Bard's Motion to Exclude Opinions of Michael Freeman<br>• Bard's Motion to Exclude Opinions of William Hyman | • Dispositive and Daubert Motions pending |
| 5. Fox, Susan | TX– N.D. Tex.<br>3:14-cv-133 | • Bard's Motion for 502(d) Order Protecting Any Attorney-Client Privilege and Work Product Revealed Regarding Upcoming Motion for Protective Order (Lehmann) | • Fact and Expert discovery substantially complete<br>• Dispositive and Daubert motions have not yet been filed |
| 6. Henley, Angela | WI – E.D. Wis.<br>2:14-cv-59 | • None | • Fact discovery closed<br>• Expert discovery ongoing<br>• Dispositive and Daubert motions have not yet been filed |
| 7. Keen, Harry | PA – E.D. Pa.<br>5:13-cv-5361 | • Bard's Motion for Summary Judgment | • All discovery closed<br>• Dispositive and Daubert Motions |

| CASES WITH MOTIONS PENDING BEFORE TRANSFER (BARD IVC FILTER LITIGATION) | | | |
|---|---|---|---|
| **Plaintiff** | **Original Jurisdiction** | **Motion Pending at time of Transfer to MDL** | **Status of Discovery at time of MDL Transfer** |
| | | • Bard's Motion to Exclude Opinions of Suzanne Parisian<br>• Bard's Motion to Exclude Opinions of William Hyman | pending |
| 8. Milton, Gary | GA-M.D. Ga.<br>5:14-cv-351 | • None | • Fact discovery and expert discovery ongoing |
| 9. Mintz, Jessica | NY-E.D.N.Y.<br>2:14-cv-4942 | • None | • Fact discovery substantially completed<br>• Bard has disclosed experts, Plaintiff has not.<br>• Dispositive and Daubert motions have not yet been filed |
| 10. Ocasio, Denise | FL – M.D. Fla.<br>8:13-cv-1962 | • Bard's Motion For Protective Order Regarding Discovery of Litigation Consultant's Report (Lehmann) | • All discovery closed, except Bard entitled to designate rebuttal engineering expert witness<br>• Dispositive and Daubert Motions filed and ruled upon |
| 11. Rivera, Vicki | MI—E.D. Mich | • None | • Fact discovery substantially completed (except for medical records and |

| **CASES WITH MOTIONS PENDING BEFORE TRANSFER (BARD IVC FILTER LITIGATION)** | | | |
|---|---|---|---|
| **Plaintiff** | **Original Jurisdiction** | **Motion Pending at time of Transfer to MDL** | **Status of Discovery at time of MDL Transfer** |
| | | | imaging disclosed during plaintiff's deposition)<br>• Expert discovery completed<br>• Dispositive and Daubert motions have not yet been filed |
| 12. Smith, Erin | TX – E.D. Tex.<br>1:13-cv-633 | • Bard's Motion for Summary Judgment<br>• Bard's Motion to Exclude Opinions of Suzanne Parisian (briefing on motion was not complete at time of transfer)<br>• Bard's Motion to Exclude Opinions of William Hyman (briefing on motion was not complete at time of transfer)<br>• Plaintiffs Motion to Exclude Opinions of Frederick Rogers, M.D. (briefing on motion was not complete at time of transfer) | • Dispositive motion pending<br>• Daubert motions filed but briefing not completed<br>• Fact and Expert discovery ongoing |

| **CASES WITH MOTIONS PENDING BEFORE TRANSFER (BARD IVC FILTER LITIGATION)** | | | |
|---|---|---|---|
| **Plaintiff** | **Original Jurisdiction** | **Motion Pending at time of Transfer to MDL** | **Status of Discovery at time of MDL Transfer** |
| | | • Bard's Motion For Protective Order Regarding Discovery of Litigation Consultant's Report (Lehmann) (briefing on motion was not complete at time of transfer) | |
| 13. Tillman | FL – M.D. Fla.<br><br>3:13-cv-222 | • Bard's Motion to Bifurcate Any Determination as to the Amount of Punitive Damages (DE 181)<br><br>• Bard's Motion in Limine<br><br>• PL Motion in Limine to Exclude Evidence<br><br>• Bard's Emergency Motion for Leave to File under Seal Plaintiff's Exhibits<br><br>• Bard's Motion for Leave to File under Seal Pursuant to the court's April 15, 2015 Order | • Discovery closed, except regarding discovery relating to Bard medical expert (original medical expert died)<br><br>• Dispositive and Daubert Motions filed and ruled upon<br><br>• Other trial-related motions pending |