ok KOM 1/25/16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 25 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION
This document relates to:
Robert Harbridge No. 2:16-cv-0008-PHX-DGC

**CASE NO:** 15-MD-02641

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Les Weisbrod, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff Robert Harbridge.

**City and State of Principal Residence:** Dallas, TX

**Firm Name:** Miller Weisbrod, L.L.P.

**Address:** 11551 Forest Central Drive **Suite:** 300

**City:** Dallas **State:** TX **Zip:** 75243

**Firm/Business Phone:** (214) 987-0005

**Firm Fax Phone:** (214) 987-2545 **E-mail Address:** lweisbrod@millerweisbrod.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See Attached Sheet | | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |
| | | |
| | | |

*** Explain:**

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

**I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).**

1-22-2016
**Date**

[signature]
**Signature of Applicant**

**Fee Receipt #** PHX167683

(Rev. 04/12)

**Les Weisbrod Court Admissions**

| *Date of Admission* | *Name of Court* | *Address* |
|---|---|---|
| 11/06/1978 | Texas (#21104900) | Supreme Court of Texas<br>201 W. 14th St., Room 104<br>Austin, TX 78701 |
| 11/01/1978 | U.S. District Court, N.D. Texas | 1100 Commerce St., Room 1452<br>Dallas, TX 75242 |
| 01/08/1979 | U.S. Court of Appeals, Fifth Circuit | 600 S. Maestri Place<br>New Orleans, LA 70130 |
| 03/21/1980 | U.S. District Court, E.D. Texas | 211 W. Ferguson, Room 106<br>Tyler, TX 75702 |
| 09/12/1980 | U.S. Court of Appeals, Dist. of Columbia | 333 Constitution Ave. NW<br>Washington, DC 20001 |
| 06/14/1982 | U.S. Supreme Court | 1 First Street NE<br>Washington, DC 20543 |
| 06/14/1982 | U.S. District Court, S.D. Texas | 515 Rusk Avenue<br>Houston, TX 77002 |
| 08/12/1983 | U.S. Court of Appeals, Federal Circuit | 717 Madison Place NW<br>Washington, DC 20439 |
| 12/09/1985 | U.S. District Court, W.D. Texas | 622 E. Cesar E. Chavez Blvd.<br>Room G65<br>San Antonio, TX 78206 |
| 11/10/2005 | Arkansas (#2005301) | Supreme Court of Arkansas<br>625 Marshall Street<br>1320 Justice Building<br>Little Rock, AR 72201 |
| 06/25/2007 | U.S. District Court, E.D. Arkansas | 500 W. Capitol Avenue<br>Little Rock, AR 72201 |
| 06/25/2007 | U.S. District Court, W.D. Arkansas | 30 S. 6th Street, Room 1038<br>Fort Smith, AR 72901 |
| 11/06/2008 | U.S. District Court, W.D. Oklahoma | 200 NW 4th Street, Room 1210<br>Oklahoma City, OK 73102 |
| 06/4/2012 | U.S. District Court, Colorado | 901 19th Street<br>Denver, CO 80294-3589 |
| 01/28/2013 | State Bar of Georgia (*pro hac vice)* | 104 Marietta Street, NW, #100<br>Atlanta, GA 30303 |
| 04/2/2015 | Supreme Court of Ohio<br>(PHV-6100-2015) | 65 South Front Street<br>Columbus, OH 43215-3431 |

*Graduated from SMU – Southern Methodist University 5/21/1978

471241
1/20/2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Les Weisbrod**

| Bar Number: | Date of Admission: |
|---|---|
| **21104900** | **11/01/1978** |

Witness my official signature and the seal of this court.

Dated: 1/20/2016

Karen Mitchell,
Clerk of Court

By: Erica Monk
Deputy Clerk

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★