AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▾

| | | |
|---|---|---|
| Karen Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:15-CV-02302-DGC |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Karen Brown                                                                                    .

Date:     01/27/2016

s/ Sandy Liebhard
*Attorney's signature*

Sandy Liebhard, Esq. (NY-2349827)
*Printed name and bar number*
Bernstein Liebhard LLP
10 East 40th Street, 28th Floor
New York, NY 10016

*Address*

liebhard@bernlieb.com
*E-mail address*

(212) 779-1414
*Telephone number*

(212) 779-3218
*FAX number*