**Olivia Powell**

| | |
|---|---|
| **From:** | Matthew Lerner <matthew.lerner@nelsonmullins.com> |
| **Sent:** | Thursday, October 29, 2015 5:16 PM |
| **To:** | Joshua D. Miller |
| **Cc:** | Olivia Powell |
| **Subject:** | RE: Schweska |

Of course, no problem. Still at MDL conference Hope all is well

---

**From:** Joshua D. Miller [mailto:jdm@torisevalaw.com]
**Sent:** Thursday, October 29, 2015 4:09 PM
**To:** Matthew Lerner
**Cc:** Olivia Powell
**Subject:** Schweska

Hey Matt:

I hope your summer has ended well.

I am emailing you to ask for your consent on something. We filed a Bard Complaint for **Lisa** Schweska. We inadvertently filed it with her name as "**Linda**". Can you believe it? It's so frustrating. Anyway, I know you know your procedure...since the Rule 15 time has run to amend as a matter of course, I would really appreciate your consent to file the amended complaint. I am sure the Court would grant me leave, but I would obviously prefer to avoid that.

Let me know as soon as you can.

Thanks for the consideration...

Joshua D. Miller, Esq.
TORISEVA LAW
1446 National Road
Wheeling, West Virginia 26003
Telephone: 304.238.0066
Facsimile: 304.238.0149

jdm@torisevalaw.com
www.torisevalaw.com

CONFIDENTIALITY NOTICE: This e-mail message contains information belonging to Toriseva Law, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately at 304-238-0066.

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

EXHIBIT
tabbies
2

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.