**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | CASE No. 2:15-md-2641-DGC<br>MDL No.: 2641 |

This Document relates to:

Case No. 2:15-cv-01879-DGC

**ORDER REGARDING PLAINTIFFS'**
**MOTION TO AMEND COMPLAINT**

The Plaintiffs have filed a Motion to Amend their original Complaint. [Doc. ____]

**IT IS ORDERED**:

1. The Motion to Amend the original Complaint of Plaintiffs' LISA SCHWESKA and DANIEL SCHWESKA [Doc. ____] is **GRANTED.** According, the Clerk is directed to accept filing of the Amended Complaint and amend the Plaintiffs' name.

Dated this ____ day of _____, 2016.


_____
David G. Campbell,
United States District Judge