**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES -2nd Scheduling Conference**

Phoenix Division

MDL 15-2641 PHX DGC                              DATE: 1/29/2016
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation

===================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
         Deputy Clerk                        Court Reporter

ATTORNEY APPEARANCES:

     SEE BELOW                              SEE BELOW
Attorney(s) for Plaintiff(s)        Attorney(s) for Defendant(s)
===================================================================
**PROCEEDINGS:**    **X**  **Open Court**      **Chambers**          **Other**


APPEARANCES: Robert Boatman, Ramon Lopez, Paul Stoller, – lead counsel for plaintiffs; Shannon Clark, Michael Kelly, John Dalimonte for plaintiffs' Richard North, Jim Condo, Matt Lerner, Amanda Sheridan for defendants. Additional attorneys are present who are related to the MDL are on the phone or in person.

Lehman motion for protective order (doc.306) argued. Motion taken under advisement. Court will issue an order.

General case management discussed. Plaintiffs propose w/o objection from defendant to amend the short form complaint to add jury demand. Parties to file a stipulation to amend case management #4 and proposed order with an amended short form complaint.

Master complaint not text searchable. Parties to submit a master complaint that is text searchable to the Court's judicial assistant. Clerk of Court permitted to replace the text searchable master complaint. No new filings.

Court agenda and parties joint report pursuant to Case Management Order No. 2 (docs.451, 481) discussed.

Stipulation to extend time to file proposed party fact sheets (doc. 435) is granted.

Stipulation for entry of case management order for form and format for production of ESI and documents (doc. 438 ) is granted with exception to preservation. Parties to notify the Court with proposal within 2 weeks.

3rd Case management conference is set for March 31, 2016 at 10:00 a.m. Court will have the parties provide a joint report prior.

Court will issue orders after the hearing to address all issues, deadlines, and briefing discussed.


cc: counsel
Time in Court 9:02 a.m. to 3:15 p.m.