# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No.: 2641 |
| | **ORDER** |
| This Document relates to: Case No. CV15-01879-PHX DGC | |

The Plaintiffs have filed a Motion to Amend their original Complaint. Doc. 503.

**IT IS ORDERED**:

1. The Motion to Amend the original Complaint of Plaintiffs' Lisa Schweska and Daniel Schweska (Doc. 503) is **granted.** Accordingly, the Clerk is directed to accept filing of the Amended Complaint and amend the Plaintiffs' name.

Dated this 28th day of January, 2016.

_____
David G. Campbell
United States District Judge