```
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
------------------------------------X   Civil Action No.
GARY LEIGH PIAZZA,                      2:15-md-02641-PHX-DGC
                    Plaintiff,          2:15-cv-02656 - DGC
     -against-
                                        Formerly Western District of New York
C.R. BARD, INC., et ano.,               1:15-cv-1048
                    Defendants.
------------------------------------X   AFFIDAVIT OF SERVICE
STATE OF ARIZONA    )
                    s.s:
COUNTY OF MARICOPA  )
```

STACIE LANE, being duly sworn deposes and says that she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 15th day of January, 2016, at approximately 12:57 p.m., deponent served a true copy of a Summons in a Civil Action, Civil Cover Sheet and Complaint with Jury Demand upon Bard Peripheral Vascular, Inc. by serving their Registered Agent, C.T. Corporation System at 3800 North Central Avenue - Suite 460, Phoenix, Arizona 85012 by personally delivering and leaving the same with Scott Whaley who informed deponent that he is authorized to accept service at that address.

Scott Whaley is a white male, approximately 30 years of age, weighs approximately 175 pounds with brown hair. He was seated at the time of service.

Sworn to before me this
28 day of January, 2016.

STACIE LANE

NOTARY PUBLIC

SKYE R VASCONCELLOS
Notary Public - Arizona
Maricopa County
My Comm. Expires Nov 30, 2018