UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
-----------------------------------------------------------X
GARY LEIGH PIAZZA,

                    Plaintiff(s),

-against-

C.R. BARD, INC.; ET ANO.,

                    Defendant(s).
-----------------------------------------------------------X

Civil Action No. 2:15-md-02641-PHX-DGC
2:15-cv-02656-DGC
Formerly Western District of New York (1:15-cv-1048)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 15th day of January, 2016, at approximately 2:39 p.m., deponent served a true copy of the **Summons in a Civil Action and Complaint** upon C.R. Bard, Inc. c/o CT Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York 10011 by personally delivering and leaving the same with Sattie Jairam, Process Specialist, who stated that she is authorized to accept service.

      Sattie Jairam is a brown-skinned female, approximately 50-60 years of age, is approximately 5 feet 7-11 inches tall, weighs approximately 130-150 pounds, with long black hair and dark eyes and was wearing glasses.

Sworn to before me this
29th day of January, 2016

BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2018**