IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: MDL 2641

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 01 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Annesley H. DeGaris, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Various Plaintiffs in Bard IVC Filters MDL.

City and State of Principal Residence: Birmingham, Alabama
Firm Name: DeGaris Law Group
Address: 3179 Green Valley Road, 235     Suite:
City: Birmingham     State: AL     Zip: 35243
Firm/Business Phone: (205) 558-9000
Firm Fax Phone: (205) 647-3354     E-mail Address: adegaris@degarislaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| USDC- Northern District of Alabama | 09/01/1989 | ✓ Yes ☐ No* |
| USDC- Middle District of Alabama | 09/01/1989 | ✓ Yes ☐ No* |
| USDC- Southern District of Alabama | 09/01/1989 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/26/16
Date

Signature of Applicant

Fee Receipt # pxxi67967

(Rev. 04/12)

## ANNESLEY H. DEGARIS
## COURT ADMISSIONS

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Alabama Supreme Court | 1989 | Yes |
| Supreme Court of the U.S. | 01/09/1995 | Yes |
| US Court of Appeals- 4th Cir. | 11/15/2004 | Yes |
| US Court of Appeals- 5th Cir. | 05/19/2005 | Yes |
| US Court of Appeals- 11th Cir. | 03/23/1992 | Yes |
| USDC- Southern District of NY | 2007 | Yes |
| USDC- Northern District of FL | 2008 | Yes |

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **ANNESLEY H. DEGARIS** was duly admitted to practice in said Court on **August 31, 1989**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 26, 2016.

SHARON N. HARRIS, CLERK

By: *Kayla Bowman*
Kayla Bowman, Deputy Clerk