# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Acting Clerk of this Court, certify that

__Graham B. LippSmith__, Bar No. __221984__

was duly admitted to practice in this Court on __December 4th, 2002__
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __December 22nd, 2015__
Date

KIRY K. GRAY
Acting Clerk of Court

By _/s/ A. Kannike_

Andrea Kannike, Deputy Clerk

G-52 (08/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER