**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| George M. Hahn,<br>　　　　　　　　Plaintiff(s),<br>v.<br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.<br>　　　　　　　　Defendants. | Civil Action No. 2:16-cv-00274-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 3rd day of February, 2016.

              **TORHOERMAN LAW LLC**

              By: */s/Eric M. Terry*
                Eric M. Terry
                Tor A. Hoerman
                TORHOERMAN LAW LLC
                101 W. Vandalia Street, Suite 350
                Edwardsville, IL 62025
                Phone: (618) 656-4400
                Fax: (618) 656-4401
                Email: eric@thlawyer.com
                     tor@thlawyer.com
              *Attorneys for Plaintiff*

I hereby certify that on this 3rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

              */s/Kristie Stephens*

TorHoerman Law LLC
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
618-656-4400