# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Concepcion Lopez, <br>           Plaintiff(s), <br> v. <br> C.R. Bard Inc., Bard Peripheral Vascular, Inc. <br>           Defendants. | Civil Action No. 2:16-cv-00276-DGC <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 3rd day of February, 2016.

**TORHOERMAN LAW LLC**

By: /s/Eric M. Terry
Eric M. Terry
Tor A. Hoerman
TORHOERMAN LAW LLC
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
       tor@thlawyer.com
*Attorneys for Plaintiff*

I hereby certify that on this 3rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Kristie Stephens