# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| David Allen Ruck,<br>　　　　　　　Plaintiff(s),<br>v.<br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.<br>　　　　　　　Defendants. | Civil Action No. 2:16-cv-00277-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 3rd day of February, 2016.

**TORHOERMAN LAW LLC**

By: _/s/Eric M. Terry_
　　Eric M. Terry
　　Tor A. Hoerman
　　TORHOERMAN LAW LLC
　　101 W. Vandalia Street, Suite 350
　　Edwardsville, IL 62025
　　Phone: (618) 656-4400
　　Fax: (618) 656-4401
　　Email:　eric@thlawyer.com
　　　　　　tor@thlawyer.com
　*Attorneys for Plaintiff*

I hereby certify that on this 3rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　_/s/Kristie Stephens_

TorHoerman Law LLC
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
618-656-4400