**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Stephanie Grygiel,<br>　　　　　　　Plaintiff,<br>v.<br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.<br>　　　　　　　Defendants. | Civil Action No: 2:15-md-02641-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 3rd day of February, 2016.

**MCEWEN LAW FIRM LTD.**

By:/s/Gregory N. McEwen
Gregory N. McEwen (#0273843)
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833 Phone
(651) 223-5790 Fax
gmcewen@mcewenlaw.com
*Attorney for Plaintiffs*

I hereby certify that on this 3rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　/s/Amy Steinberg

5131774

McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651)224-3833