# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| KAREN S. THOMAS | Civil Action No. 2:16-cv-00090-DGC |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| C.R. Bard Inc., Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 3rd day of February, 2016.

**CELLINO & BARNES, P.C.**

By: _____/s/ Brian A. Goldstein_____

Brian A. Goldstein
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
Phone: (716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com
*Attorneys for Plaintiff*

I hereby certify that on this 3rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_____/s/ Brian A. Goldstein_____