**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Martha Mendes,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Bard Peripheral Vascular, Inc.; C.R. Bard, Inc.,<br><br>　　　　　　　Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.:   2:16-cv-00250-DGC<br><br>**DEMAND FOR JURY TRIAL** |

　　Plaintiff, Martha Mendes, hereby demands a trial by jury as to all issues so triable.

　　RESPECTFULLY SUBMITTED this 3rd day of February, 2016.

　　　　　　　　　　　　KASDAN LIPPSMITH WEBER TURNER LLP

　　　　　　　　　　By:　　　s/ Graham B. LippSmith
　　　　　　　　　　　　　Graham B. LippSmith
　　　　　　　　　　　　　Jaclyn L. Anderson
　　　　　　　　　　　　　Kasdan LippSmith Weber Turner LLP
　　　　　　　　　　　　　500 S. Grand Ave., Suite 1310
　　　　　　　　　　　　　Los Angeles, CA  90071
　　　　　　　　　　　　　Tel: (213) 254-4800
　　　　　　　　　　　　　Fax: (213) 254-4801
　　　　　　　　　　　　　Email: glippsmith@klwtlaw.com
　　　　　　　　　　　　　Attorneys for Plaintiff Martha Mendes

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2016, I electronically transmitted the foregoing DEMAND FOR JURY TRIAL to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

<u>s/ Graham B. LippSmith</u>
Graham B. LippSmith