# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| **Plaintiff(s)/Petitioner(s),** vs.<br><br>IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>**Defendant(s)/Respondent(s)** | CASE NO: MDL-15-02641-PHX-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

FEB 03 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **David P. Matthews**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **See Attached Exhibit "A" - List of Plaintiffs Represented**.

**City and State of Principal Residence:** Houston, Texas
**Firm Name:** Matthews & Associates
**Address:** 2905 Sackett St.      **Suite:**
**City:** Houston       **State:** TX    **Zip:** 77098
**Firm/Business Phone:** (713) 522-5250
**Firm Fax Phone:** (713) 535-7184      **E-mail Address:** dmatthews@dmlawfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District for the Northern District of Texas | 08/27/1993 | ☑ Yes  ☐ No* |
| Southern District of Texas | 06/01/1990 | ☑ Yes  ☐ No* |
| Eastern District of Texas | 12/11/1996 | ☑ Yes  ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

\* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/28/2016                        *[signature]*
**Date**                          **Signature of Applicant**
**Fee Receipt #** PHX168131

(Rev. 04/12)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 2641        IN RE:        BARD IVC FILTERS PRODUCT LIABILITY LITIGATION

I am admitted to practice before the following courts. *(continued)*

| Title of Court: | Date of Admission | In Good Standing? |
|---|---|---|
| Western District of Texas | 5/27/2005 | Yes |
| All State Courts in New York | 3/17/2004 | Yes |
| All State Courts in Mississippi | 10/12/2004 | Yes |
| All State Courts in Pennsylvania | 12/24/2009 | Yes |
| U.S. Court of Federal Claims | 9/14/2007 | Yes |
| U.S. Court of Appeals for the Federal Circuit, Washington, DC | 3/22/2010 | Yes |
| All State Courts in Texas | 11/10/1988 | Yes |
| US Court of Appeals Fifth Circuit | 6/1990 | Yes |
| US Court of Appeals Third Circuit | 6/2/2014 | Yes |
| USDC Eastern District of New York | 8/28/2006 | Yes |
| USDC Northern District of New York | 6/3/2011 | Yes |
| USDC Southern District of New York | 11/24/2010 | Yes |
| USDC Northern District of Mississippi | 10/12/2004 | Yes |
| USDC Southern District of Mississippi | 10/12/2004 | Yes |
| USDC Western District of Tennessee | 1/28/2011 | Yes |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 2641          IN RE:      BARD IVC FILTERS PRODUCT LIABILITY
                                  LITIGATION

EXHIBIT "A"

LIST OF PLAINTIFFS REPRESENTED BY
MATTHEWS & ASSOCIATES

| Plaintiff | Court | Civil Action No. |
|---|---|---|
| Timothy Barnett | USDC, District of Arizona - Phoenix Division | 2:16-cv-00198-DGC |
| Tiffany Burns | USDC, District of Arizona - Phoenix Division | 2:16-cv-00225-DGC |
| James Carlyle | USDC, District of Arizona - Phoenix Division | 2:16-cv-00202-DGC |
| Lorene Crowe | USDC, District of Arizona - Phoenix Division | 2:16-cv-00191-DGC |
| Mary Faulk | USDC, District of Arizona - Phoenix Division | 2:16-cv-00188-DGC |
| Kathleen Frame | USDC, District of Arizona - Phoenix Division | 2:16-cv-00227-DGC |
| Lishus Gore / Saundra Green | USDC, District of Arizona - Phoenix Division | 2:16-cv-00223-DGC |
| Corrina Hardeman | USDC, District of Arizona - Phoenix Division | 2:16-cv-00154-DGC |
| Terry Harless | USDC, District of Arizona - Phoenix Division | 2:16-cv-00199-DGC |
| Sheryl Harvey | USDC, District of Arizona - Phoenix Division | 2:16-cv-00214-DGC |
| James Henry | USDC, District of Arizona - Phoenix Division | 2:16-cv-00228-DGC |
| Daniel Hodge | USDC, District of Arizona - Phoenix Division | 2:16-cv-00232-DGC |
| Ivana Hudson | USDC, District of Arizona - Phoenix Division | 2:16-cv-00193-DGC |
| William Jones | USDC, District of Arizona - Phoenix Division | 2:16-cv-00211-DGC |
| Deborah Kaiser | USDC, District of Arizona - Phoenix Division | 2:16-cv-00190-DGC |
| Janet Kimbro | USDC, District of Arizona - Phoenix Division | 2:16-cv-00224-DGC |

| Plaintiff | Court | Civil Action No. |
|---|---|---|
| James Kouns | USDC, District of Arizona - Phoenix Division | 2:16-cv-00205-DGC |
| Lucille Kowalczyk | USDC, District of Arizona - Phoenix Division | 2:16-cv-00231-DGC |
| Lenore Lieberman | USDC, District of Arizona - Phoenix Division | 2:16-cv-00200-DGC |
| Tammy Lopez | USDC, District of Arizona - Phoenix Division | 2:16-cv-00226-DGC |
| Jay Madson / Linda Madson | USDC, District of Arizona - Phoenix Division | 2:16-cv-00148-DGC |
| Heather Miller | USDC, District of Arizona - Phoenix Division | 2:16-cv-00221-DGC |
| Cristal Morris | USDC, District of Arizona - Phoenix Division | 2:16-cv-00233-DGC |
| Jason Perkins | USDC, District of Arizona - Phoenix Division | 2:16-cv-00204-DGC |
| Bernard Pikal | USDC, District of Arizona - Phoenix Division | 2:16-cv-00201-DGC |
| James Pugh | USDC, District of Arizona - Phoenix Division | 2:16-cv-00255-DGC |
| Roger Presswood | USDC, District of Arizona - Phoenix Division | 2:16-cv-00203-DGC |
| Jered Salmon | USDC, District of Arizona - Phoenix Division | 2:16-cv-00196-DGC |
| Joyce Smith | USDC, District of Arizona - Phoenix Division | 2:16-cv-00218-DGC |
| Ramiro Soliz | USDC, District of Arizona - Phoenix Division | 2:16-cv-00229-DGC |
| Cindy Terry | USDC, District of Arizona - Phoenix Division | 2:16-cv-00220-DGC |
| Michael Viola | USDC, District of Arizona - Phoenix Division | 2:16-cv-00153-DGC |
| Russell Webster | USDC, District of Arizona - Phoenix Division | 2:16-cv-00197-DGC |
| Rhonda White | USDC, District of Arizona - Phoenix Division | 2:16-cv-00194-DGC |

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

David P. Matthews, Federal ID No 11816

Admission date: June, 1, 1990

Dated January 28, 2016, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court

By: Donna Wilkerson, Deputy Clerk

