1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Michael Callahan and Priscilla Callahan , Plaintiffs, v. | Civil Action No. 2:15-cv-02304-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiffs hereby demand trial by jury as to all issues.

RESPECTFULLY SUBMITTED this February 4, 2016.

By:   _/s/ Marlene J. Goldenberg_
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:    (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that on February 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing.

*/s/ Marlene J. Goldenberg*

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662