**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Beth Hardenbrook and Ron Hardenbrook, Plaintiffs, v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., Defendants. | Civil Action No. 2:16-cv-00216-DGC  **DEMAND FOR JURY TRIAL** |

Plaintiffs hereby demand trial by jury as to all issues.

RESPECTFULLY SUBMITTED this February 4, 2016.

By: _/s/ Marlene J. Goldenberg_
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

1  I hereby certify that on February 4, 2016, I electronically transmitted the attached

2  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

3  Notice of Electronic filing.

4

5

6                                                            /s/ Marlene J. Goldenberg

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662