**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Margaret Owens and Willie Owens, <br> Plaintiffs, <br> v. <br> C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., <br> Defendants. | Civil Action No. 2:16-cv-00241-DGC <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs hereby demand trial by jury as to all issues.

RESPECTFULLY SUBMITTED this February 4, 2016.

By:   */s/ Marlene J. Goldenberg*
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

I hereby certify that on February 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing.

/s/ Marlene J. Goldenberg

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662