**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Gale Robinson,<br>                              Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>                              Defendants. | Civil Action No. 2:16-cv-00242-DGC<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff hereby demands trial by jury as to all issues.

    RESPECTFULLY SUBMITTED this February 4, 2016.

By:   */s/ Marlene J. Goldenberg*
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

I hereby certify that on February 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing.

                                              */s/ Marlene J. Goldenberg*

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662