**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Randy Nelson,<br>                  Plaintiff(s),<br>v.<br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.<br>                  Defendants. | Civil Action No. 2:16-cv-00322-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 4th day of February, 2016.

        **TORHOERMAN LAW LLC**

        By:   /s/Eric M. Terry
             Eric M. Terry
             Tor A. Hoerman
             TORHOERMAN LAW LLC
             101 W. Vandalia Street, Suite 350
             Edwardsville, IL 62025
             Phone: (618) 656-4400
             Fax: (618) 656-4401
             Email:  eric@thlawyer.com
                        tor@thlawyer.com
        *Attorneys for Plaintiff*

I hereby certify that on this 4th day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/Kristie Stephens