THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION <br><br>Robert Paschal <br>     Plaintiff, <br><br>v. <br><br>C.R. Bard Inc., Bard Peripheral Vascular, Inc. <br>     Defendants. | MDL No. : 2:15-md-02641-DGC <br><br>Civil Action No.: 2:16-cv-00309-DGC <br><br><br>**DEMAND FOR JURY TRIAL** |

  Plaintiff hereby demands trial by jury as to all issues.

  RESPECTFULLY SUBMITTED this 5th day of February, 2016

        **BRENES LAW GROUP**

        By: ___/s/ Troy A. Brenes_____
         Troy A. Brenes
         Brenes Law Group
         16A Journey, Suite 200
         Aliso Viejo, CA 92656
         Phone: (949)-397-9360
         Fax: (949)-607-4192
         Email: tbrenes@breneslawgroup.com
        *Attorney for Plaintiff*

I hereby certify that on this 5th day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          /s/ Justin Sabol