THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Freedom Zybert<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard Inc., Bard Peripheral<br>Vascular, Inc.<br>　　　　　　　Defendants. | MDL No. : 2:15-md-02641-DGC<br><br>Civil Action No.: 2:16-cv-00002-DGC<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 5th day of February, 2016

       **BRENES LAW GROUP**

     By: ___/s/ Troy A. Brenes_____
      Troy A. Brenes
      Brenes Law Group
      16A Journey, Suite 200
      Aliso Viejo, CA 92656
      Phone: (949)-397-9360
      Fax: (949)-607-4192
      Email: tbrenes@breneslawgroup.com
     *Attorney for Plaintiff*

I hereby certify that on this 5th day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          /s/ Justin Sabol