IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Nicole Elizabeth Gross and Michael Alan Gross,<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>　　　　　　　　　　Defendants. | No. 2:15-MD-02641-DGC<br><br>Civil Action No. 2:16-cv-00161-DGC<br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs hereby demand trial by jury as to all issues.

RESPECTFULLY SUBMITTED, this 5th day of February, 2016.

　　　　　　　　　　**MARTIN & JONES, PLLC**

　　　　　　　　　　By: /s/ H. Forest Horne
　　　　　　　　　　　　H. Forest Horne, NCSB #16678
　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　410 Glenwood Avenue, Suite 200
　　　　　　　　　　　　Raleigh, NC 27603
　　　　　　　　　　　　Telephone: (919) 821-0005
　　　　　　　　　　　　Facsimile: (919) 863-6084
　　　　　　　　　　　　Email: hfh@m-j.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing.

/s/ H. Forest Horne
H. Forest Horne