# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

Deborah Kucharski,           )

                            )

          Plaintiff,        )      MDL Case No. 2:15-md-02641-DGC

                            )

            v.          )      Civil Action No.  CV-16-00175-PHX-DGC

                            )

C. R. Bard, Inc., et al.,      )

                            )

          Defendant.     )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:   February 3, 2016         /s/ Richard B. North, Jr.
                                 *Attorney's signature*

                                Richard B. North, Jr. (Ga. Bar No. 545599)
                                *Printed name and bar number*

                                Nelson Mullins Riley & Scarborough, LLP
                                201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                *Address*

                                richard.north@nelsonmullins.com
                                *E-mail Address*

                                (404) 322-6000
                                *Telephone number*

                                (404 322-6050
                                *FAX number*