THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Valencia Allen<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.<br>               Defendants. | MDL No. : 2:15-md-02641-DGC<br><br>Civil Action No.: 2:16-cv-00340-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 8th day of February, 2016

                                       **BRENES LAW GROUP**

                                       By:    /s/ Troy A. Brenes_____
                                               Troy A. Brenes
                                               Brenes Law Group
                                               16A Journey, Suite 200
                                               Aliso Viejo, CA 92656
                                               Phone: (949)-397-9360
                                               Fax: (949)-607-4192
                                               Email: tbrenes@breneslawgroup.com
                                         *Attorney for Plaintiff*

I hereby certify that on this 8th day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                              /s/ Justin Sabol