THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Dodi Froehlich<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.<br>　　　　　　　Defendants. | MDL No. : 2:15-md-02641-DGC<br><br>Civil Action No.: 2:16-cv-00338-DGC<br><br><br>**DEMAND FOR JURY TRIAL** |

　　　Plaintiff hereby demands trial by jury as to all issues.

　　　RESPECTFULLY SUBMITTED this 8th day of February, 2016

　　　　　　　　　　　　　　**BRENES LAW GROUP**


　　　　　　　　　　　　　By: ___/s/ Troy A. Brenes_____
　　　　　　　　　　　　　　　Troy A. Brenes
　　　　　　　　　　　　　　　Brenes Law Group
　　　　　　　　　　　　　　　16A Journey, Suite 200
　　　　　　　　　　　　　　　Aliso Viejo, CA 92656
　　　　　　　　　　　　　　　Phone: (949)-397-9360
　　　　　　　　　　　　　　　Fax: (949)-607-4192
　　　　　　　　　　　　　　　Email: tbrenes@breneslawgroup.com
　　　　　　　　　　　　　*Attorney for Plaintiff*

I hereby certify that on this 8th day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                           /s/ Justin Sabol