**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS <br> PRODUCTS LIABILITY LITIGATION <br><br> Cheyenne Carter, <br><br>    Plaintiff, <br> v. <br><br> C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. <br><br>    Defendants. | ) No. MD-15-02641-PHX-DGC <br> ) <br> ) Civil Action No.: 2:16-cv-00178-DGC <br> ) <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff, Cheyenne Carter, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 8th day of February, 2016.

**BARON & BUDD, P.C.**

By:    /s/ Laura Baughman_____
           Laura J. Baughman
           Russell W. Budd
           1302 Oak Lawn Avenue, Suite 1100
           Dallas, TX 75219
           Phone: (214) 521-3605
           Facsimile: (214) 520-1181
           lbaughman@baronbudd.com
           rbudd@baronbudd.com

*Attorneys for Plaintiff*

DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Laura Baughman
Laura J. Baughman