**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS <br> PRODUCTS LIABILITY LITIGATION <br><br> Robert Dougal, <br><br> Plaintiff, <br> v. <br><br> C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. <br><br> Defendants. | ) No. MD-15-02641-PHX-DGC <br> ) <br> ) Civil Action No.: 2:16-cv-00180-DGC <br> ) <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff, Robert Dougal, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 8th day of February, 2016.

**BARON & BUDD, P.C.**


By:  /s/ Laura Baughman_____
     Laura J. Baughman
     Russell W. Budd
     1302 Oak Lawn Avenue, Suite 1100
     Dallas, TX 75219
     Phone: (214) 521-3605
     Facsimile: (214) 520-1181
     lbaughman@baronbudd.com
     rbudd@baronbudd.com

     *Attorneys for Plaintiff*

**Page 1**

DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Laura Baughman
Laura J. Baughman