**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Judy Gibson,<br><br>     Plaintiff,<br>v.<br><br>C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.<br><br>     Defendants. | ) No. MD-15-02641-PHX-DGC<br>)<br>) Civil Action No.: 2:16-cv-00181-DGC<br>)<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff, Judy Gibson, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 8th day of February, 2016.

**BARON & BUDD, P.C.**


By:   /s/ Laura Baughman_____
      Laura J. Baughman
      Russell W. Budd
      1302 Oak Lawn Avenue, Suite 1100
      Dallas, TX 75219
      Phone: (214) 521-3605
      Facsimile: (214) 520-1181
      lbaughman@baronbudd.com
      rbudd@baronbudd.com

      *Attorneys for Plaintiff*

— **Page 1** —

DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Laura Baughman
Laura J. Baughman

**Page 2**

DEMAND FOR JURY TRIAL