Max Freeman (#028784)
MILLER WEISBROD, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
mfreeman@millerweisbrod.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Robert G. Harbridge,<br><br>    Plaintiff<br><br>v.<br><br>C. R. Bard, Inc.<br><br>    Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2-16-cv-00008-DGC<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff, Robert G. Harbridge hereby demands a trial by jury as to all issues so triable.

DATED this 8th day of February, 2016.

                                            **MILLER WEISBROD LLP**

                                            */s/Max A. Freeman*
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                                              */s/Max A. Freeman*
                                              Max A. Freeman