Alexandra V. Boone (Texas Bar No. 00795259)
MILLER WEISBROD, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
aboone@millerweisbrod.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Robert G. Harbridge,<br><br>       Plaintiff<br><br>v.<br><br>C. R. Bard, Inc.<br><br>       Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2-16-cv-00008-DGC<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Robert G. Harbridge.

DATED this 8th day of February, 2016.

                                                           **MILLER WEISBROD LLP**

                                                           */s/Alexandra V. Boone*
                                                           Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                   */s/Alexandra V. Boone*
                   Alexandra V. Boone