## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | **Case No: 15-md-02641-PHX-DGC** |
| THIS DOCUMENT RELATES TO: | **MDL DOCKET NO. 15-2641** |
| Kendrick Taylor, Case No. 15-cv-2463-PHX-DGC | <u>**NOTICE OF APPEARANCE**</u> |

To: The Clerk of Court and all parties of record:

The undersigned, Laura Baughman, has been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

Plaintiff, Kendrick Taylor

Date: February 9, 2016

Respectfully Submitted:

/s/Laura J. Baughman
Russell W. Budd (TX Bar No.: 03312400)
Laura J. Baughman (TX Bar No.: 00791846)
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
lbaughman@baronbudd.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Appearance was electronically filed through the Court's Electronic Case Filing (ECF) System on February 9, 2016. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Date: February 9, 2016

                                            /s/Laura Baughman
                                            Laura J. Baughman