# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | **Case No: 15-md-02641-PHX-DGC** |
| THIS DOCUMENT RELATES TO: | **MDL DOCKET NO. 15-2641** |
| Kendrick Taylor, Case No. CV-15-2463-PHX-DGC | **NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL** |

 **PLEASE TAKE NOTICE THAT** Attorney E. Frank Woodson of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P. C. hereby withdraws as counsel of record for Plaintiff Kendrick Taylor.

 **PLEASE TAKE NOTICE THAT** Attorneys Russell W. Budd and Laura J. Baughman of the law firm Baron & Budd, P.C. shall continue to serve as counsel for the above-referenced Plaintiff. It is therefore requested that E. Franklin Woodson, Jr. be removed from any further notice on the above case.

Date: February 9, 2016

Respectfully Submitted:

/s/Laura J. Baughman
Russell W. Budd (TX Bar No.: 03312400)
Laura J. Baughman (TX Bar No.: 00791846)
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
lbaughman@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on January 14, 2016 which will serve a copy on all counsel of record.

Date:  February 9, 2016                    /s/Laura J. Baughman
                                                         Laura J. Baughman