# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

Pending before the Court is attorney E. Frank Woodson's motion to withdraw as counsel. Doc. 601.

**IT IS ORDERED** that attorney Woodson's motion to withdraw (Doc. 601) is **granted.** Plaintiff Kendrick Taylor shall continue to be represented by Russell W. Budd and Laura J. Baughman of the law firm of Baron & Budd, P.C.

Dated this 9th day of February, 2016.

_David G. Campbell_
United States District Judge