David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:    (415) 433-3900
Facsimile:    (415) 433-3950

Attorneys for Plaintiff
WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCT LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>WAYNE RUDEN,<br>C. A. No.:  CV-16-00344-PHX-DGC | MDL Docket No. 15-02641 |
| WAYNE RUDEN,<br>                    Plaintiff,<br>     vs.<br>C.R. BARD, INC., et al.,<br>                    Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION FOR REMAND**<br><br>Complaint Filed:  October 7, 2015<br><br>**\*ORAL ARGUMENT REQUESTED\*** |

1  The motion of plaintiff WAYNE RUDEN to remand this matter came on before the
2  above-entitled Court and the Court, after consideration of all papers and oral arguments of
3  counsel, rules as follows:
4  IT IS ORDERED that plaintiff Wayne Ruden's motion to remand is GRANTED and that
5  this case is REMANDED to the Superior Court of San Francisco County.
6  IT IS FURTHER ORDERED that defendants C.R. BARD, INC. and BARD
7  PERIPHERAL VASCULAR, INC., are to pay plaintiff WAYNE RUDEN's reasonable costs and
8  attorney's fees in the amount of $17,560 within ten (10) days of the date of this order.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/David R. Ongaro
          David R. Ongaro