David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:   (415) 433-3900
Facsimile:    (415) 433-3950

Attorneys for Plaintiff
WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCT LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>WAYNE RUDEN,<br>C. A. No.:  CV-16-00344-PHX-DGC | MDL Docket No. 15-02641 |
| WAYNE RUDEN,<br>           Plaintiff,<br>     vs.<br>C.R. BARD, INC., et al.,<br>           Defendants. | **DECLARATION OF GLEN TURNER IN SUPPORT OF PLAINTIFF WAYNE RUDEN'S MOTION FOR REMAND**<br><br>Complaint Filed:  October 7, 2015<br><br>**\*ORAL ARGUMENT REQUESTED\*** |

I, Glen Turner, declare as follows:

1. I am an attorney licensed to practice law in California. I am an attorney with the law firm of Ongaro PC, attorneys of record for plaintiff Wayne Ruden in the above captioned matter. I am one of the attorneys prosecuting this matter for Mr. Ruden. The facts set forth herein are of my own personal knowledge and if called upon to testify, I could and would do so competently. I submit this declaration in support of Mr. Ruden's Motion for Remand.

2. I reviewed the firm's billing records and discussed their work on this matter with each of our attorneys who billed to the matter. As a result of the removal, Mr. Ruden's attorneys expended time which, billed at the same hourly rates that they charge their product liability defense clients, amounts to the following: David Ongaro expended $2,200 worth of time, Kirsten McNelly Bibbes expended $2,760 worth of time, and Glen Turner expended $12,600 worth of time, for a total amount of $17,560.

3. Attached as **Exhibit A** is a true and correct copy of California Pacific Medical Center's Opposition to Bard's Motion for Stay dated December 1, 2015, filed in this matter.

4. Attached as **Exhibit B** is a true and correct copy of Mr. Ruden's First Amended Complaint.

5. Attached as **Exhibit C** is a true and correct copy of C.R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Notice of Removal.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 9, 2016, in San Francisco, California.

_____
Glen Turner

1
**DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR REMAND**

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                       */s/David R. Ongaro*
                                         David R. Ongaro