David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Nevin C. Brownfield (State Bar No. 225175)
nbrownfield@ongaropc.com
Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:    (415) 433-3900
Facsimile:     (415) 433-3950

Attorneys for Plaintiff WAYNE RUDEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCT LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> WAYNE RUDEN, <br> C. A. No.:  CV-16-00344-PHX-DGC <br><br> WAYNE RUDEN, <br>                      Plaintiff, <br>        vs. <br> C.R. BARD, INC., et al., <br>                      Defendants. | MDL Docket No. 15-MD-02641 <br><br> **PLAINTIFF WAYNE RUDEN'S DEMAND FOR A JURY TRIAL** <br><br> Complaint Filed:  October 7, 2015 <br><br> ***ORAL ARGUMENT REQUESTED*** |

Plaintiff, Wayne Ruden, hereby demands a jury trial as to all issues so triable.

 Dated:  February 9, 2016              ONGARO PC



                                                     By:   */s/ David Ongaro*
                                                             David Ongaro
                                                             Attorneys for Plaintiff
                                                             WAYNE RUDEN

1
**PLAINTIFF'S DEMAND FOR JURY TRIAL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                     */s/David R. Ongaro*
                         David R. Ongaro