# Exhibit D

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
| --- | --- | --- |
| BPV-17-01-00193330 | BPV-17-01-00193336 | Jan. 5, 2015 FDA 483 Letter to BPV.pdf |
| BPV-17-01-00193337 | BPV-17-01-00193348 | July 13, 2015 FDA Warning Letter to Bard.pdf |
| BPV-17-01-00193349 | BPV-17-01-00193358 | Nov. 25, 2014 FDA 483 Letter to Glens Falls.pdf |
| BPV-17-01-00193359 | BPV-17-01-00193361 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Letter.pdf |
| BPV-17-01-00193362 | BPV-17-01-00193371 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Exhibit 1.pdf |
| BPV-17-01-00193372 | BPV-17-01-00193414 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Exhibit 2.pdf |
| BPV-17-01-00193415 | BPV-17-01-00193418 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Exhibit 3.pdf |
| BPV-17-01-00193419 | BPV-17-01-00193446 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\01-01.pdf |
| BPV-17-01-00193447 | BPV-17-01-00193461 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\01-02.pdf |
| BPV-17-01-00193462 | BPV-17-01-00193476 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\01-03.pdf |
| BPV-17-01-00193477 | BPV-17-01-00193481 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\01-04.pdf |
| BPV-17-01-00193482 | BPV-17-01-00193496 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\01-05.pdf |
| BPV-17-01-00193497 | BPV-17-01-00193523 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-01.pdf |
| BPV-17-01-00193524 | BPV-17-01-00193535 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-02.pdf |
| BPV-17-01-00193536 | BPV-17-01-00193546 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-03.pdf |
| BPV-17-01-00193547 | BPV-17-01-00193555 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-04.pdf |
| BPV-17-01-00193556 | BPV-17-01-00193568 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-05.pdf |
| BPV-17-01-00193569 | BPV-17-01-00193570 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-06.pdf |
| BPV-17-01-00193571 | BPV-17-01-00193586 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-07.pdf |
| BPV-17-01-00193587 | BPV-17-01-00193596 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-08.pdf |
| BPV-17-01-00193597 | BPV-17-01-00193605 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-09.pdf |
| BPV-17-01-00193606 | BPV-17-01-00193613 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\02-10.pdf |
| BPV-17-01-00193614 | BPV-17-01-00193636 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-01.pdf |
| BPV-17-01-00193637 | BPV-17-01-00193663 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-02.pdf |
| BPV-17-01-00193664 | BPV-17-01-00193668 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-03.pdf |
| BPV-17-01-00193669 | BPV-17-01-00193740 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-04.pdf |
| BPV-17-01-00193741 | BPV-17-01-00193746 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-05.pdf |
| BPV-17-01-00193747 | BPV-17-01-00193806 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-06.pdf |
| BPV-17-01-00193807 | BPV-17-01-00193867 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-07.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
|---|---|---|
| BPV-17-01-00193868 | BPV-17-01-00193950 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-08.pdf |
| BPV-17-01-00193951 | BPV-17-01-00193969 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\03-09.pdf |
| BPV-17-01-00193970 | BPV-17-01-00193971 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-01.pdf |
| BPV-17-01-00193972 | BPV-17-01-00193981 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-02.pdf |
| BPV-17-01-00193982 | BPV-17-01-00193995 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-03.pdf |
| BPV-17-01-00193996 | BPV-17-01-00194025 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-04.pdf |
| BPV-17-01-00194026 | BPV-17-01-00194044 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-05.pdf |
| BPV-17-01-00194045 | BPV-17-01-00194163 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-06.pdf |
| BPV-17-01-00194164 | BPV-17-01-00194188 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-07.pdf |
| BPV-17-01-00194189 | BPV-17-01-00194213 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-08.pdf |
| BPV-17-01-00194214 | BPV-17-01-00194214 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-09.pdf |
| BPV-17-01-00194215 | BPV-17-01-00194229 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-10.pdf |
| BPV-17-01-00194230 | BPV-17-01-00194261 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\04-11.pdf |
| BPV-17-01-00194262 | BPV-17-01-00194299 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\06-01.pdf |
| BPV-17-01-00194300 | BPV-17-01-00194373 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\06-02.pdf |
| BPV-17-01-00194374 | BPV-17-01-00194416 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\06-03.pdf |
| BPV-17-01-00194417 | BPV-17-01-00194602 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\06-04.pdf |
| BPV-17-01-00194603 | BPV-17-01-00194603 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-01.pdf |
| BPV-17-01-00194604 | BPV-17-01-00194604 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-02.pdf |
| BPV-17-01-00194605 | BPV-17-01-00194606 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-03.pdf |
| BPV-17-01-00194607 | BPV-17-01-00194645 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-04.pdf |
| BPV-17-01-00194646 | BPV-17-01-00194670 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-05.pdf |
| BPV-17-01-00194671 | BPV-17-01-00194683 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-06.pdf |
| BPV-17-01-00194684 | BPV-17-01-00194695 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\08-07.pdf |
| BPV-17-01-00194696 | BPV-17-01-00194698 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\09-01.pdf |
| BPV-17-01-00194699 | BPV-17-01-00194733 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\10-01.pdf |
| BPV-17-01-00194734 | BPV-17-01-00194734 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\10-02.pdf |
| BPV-17-01-00194735 | BPV-17-01-00194742 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\10-03.pdf |
| BPV-17-01-00194743 | BPV-17-01-00194753 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\11-01.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
| --- | --- | --- |
| BPV-17-01-00194754 | BPV-17-01-00194934 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\12-01.pdf |
| BPV-17-01-00194935 | BPV-17-01-00195056 | GFO FDA 483 Response (1) Dec 17 2014 (Initial)\Attachments\12-02.pdf |
| BPV-17-01-00195057 | BPV-17-01-00195064 | GFO FDA 483 Response (2) Jan 15 2015 Update\FedEx Tracking and Letter.pdf |
| BPV-17-01-00195065 | BPV-17-01-00195078 | GFO FDA 483 Response (2) Jan 15 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00195079 | BPV-17-01-00195081 | GFO FDA 483 Response (2) Jan 15 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00195082 | BPV-17-01-00195091 | GFO FDA 483 Response (2) Jan 15 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00195092 | BPV-17-01-00195100 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\01-06.pdf |
| BPV-17-01-00195101 | BPV-17-01-00195109 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\02-11.pdf |
| BPV-17-01-00195110 | BPV-17-01-00195119 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\02-12.pdf |
| BPV-17-01-00195120 | BPV-17-01-00195169 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\02-13.pdf |
| BPV-17-01-00195170 | BPV-17-01-00195206 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\02-14.pdf |
| BPV-17-01-00195207 | BPV-17-01-00195215 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\04-12.pdf |
| BPV-17-01-00195216 | BPV-17-01-00195256 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\04-13.pdf |
| BPV-17-01-00195257 | BPV-17-01-00195265 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\06-05.pdf |
| BPV-17-01-00195266 | BPV-17-01-00195274 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\07-01.pdf |
| BPV-17-01-00195275 | BPV-17-01-00195283 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\08-08.pdf |
| BPV-17-01-00195284 | BPV-17-01-00195324 | GFO FDA 483 Response (2) Jan 15 2015 Update\Attachments\10-04.pdf |
| BPV-17-01-00195325 | BPV-17-01-00195332 | GFO FDA 483 Response (3) Feb 18 2015 Update\FDA Response Document Receipt, FedEx Tracking and Letter.pdf |
| BPV-17-01-00195333 | BPV-17-01-00195355 | GFO FDA 483 Response (3) Feb 18 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00195356 | BPV-17-01-00195358 | GFO FDA 483 Response (3) Feb 18 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00195359 | BPV-17-01-00195371 | GFO FDA 483 Response (3) Feb 18 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00195372 | BPV-17-01-00195392 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\01-07.pdf |
| BPV-17-01-00195393 | BPV-17-01-00195408 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\01-08.pdf |
| BPV-17-01-00195409 | BPV-17-01-00195416 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\04-14.pdf |
| BPV-17-01-00195417 | BPV-17-01-00195443 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\04-15.pdf |
| BPV-17-01-00195444 | BPV-17-01-00195466 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\07-02.pdf |
| BPV-17-01-00195467 | BPV-17-01-00195475 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\07-03.pdf |
| BPV-17-01-00195476 | BPV-17-01-00195482 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\07-04.pdf |

Case 2:15-md-02641-DGC   Document 693-4   Filed 02/10/16   Page 5 of 12

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
| --- | --- | --- |
| BPV-17-01-00195483 | BPV-17-01-00195510 | GFO FDA 483 Response (3) Feb 18 2015 Update\Attachments\08-09.pdf |
| BPV-17-01-00195511 | BPV-17-01-00195521 | GFO FDA 483 Response (4) Mar 16 2015 Update\FedEx Tracking and Letter.pdf |
| BPV-17-01-00195522 | BPV-17-01-00195541 | GFO FDA 483 Response (4) Mar 16 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00195542 | BPV-17-01-00195544 | GFO FDA 483 Response (4) Mar 16 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00195545 | BPV-17-01-00195560 | GFO FDA 483 Response (4) Mar 16 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00195561 | BPV-17-01-00195563 | GFO FDA 483 Response (4) Mar 16 2015 Update\Attachments\01-09.pdf |
| BPV-17-01-00195564 | BPV-17-01-00195567 | GFO FDA 483 Response (4) Mar 16 2015 Update\Attachments\02-15.pdf |
| BPV-17-01-00195568 | BPV-17-01-00195571 | GFO FDA 483 Response (4) Mar 16 2015 Update\Attachments\02-16.pdf |
| BPV-17-01-00195572 | BPV-17-01-00195577 | GFO FDA 483 Response (4) Mar 16 2015 Update\Attachments\04-16.pdf |
| BPV-17-01-00195578 | BPV-17-01-00195619 | GFO FDA 483 Response (4) Mar 16 2015 Update\Attachments\07-05.pdf |
| BPV-17-01-00195620 | BPV-17-01-00195698 | GFO FDA 483 Response (4) Mar 16 2015 Update\Attachments\10-05.pdf |
| BPV-17-01-00195699 | BPV-17-01-00195709 | GFO FDA 483 Response (5) Apr 17 2015 Update\FedEx Tracking and Letter.pdf |
| BPV-17-01-00195710 | BPV-17-01-00195733 | GFO FDA 483 Response (5) Apr 17 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00195734 | BPV-17-01-00195736 | GFO FDA 483 Response (5) Apr 17 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00195737 | BPV-17-01-00195756 | GFO FDA 483 Response (5) Apr 17 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00195757 | BPV-17-01-00195760 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\01-10.pdf |
| BPV-17-01-00195761 | BPV-17-01-00195776 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\02-17.pdf |
| BPV-17-01-00195777 | BPV-17-01-00195796 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\02-18.pdf |
| BPV-17-01-00195797 | BPV-17-01-00195834 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\02-19.pdf |
| BPV-17-01-00195835 | BPV-17-01-00195866 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\06-06.pdf |
| BPV-17-01-00195867 | BPV-17-01-00196014 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\06-07.pdf |
| BPV-17-01-00196015 | BPV-17-01-00196017 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\06-08.pdf |
| BPV-17-01-00196018 | BPV-17-01-00196022 | GFO FDA 483 Response (5) Apr 17 2015 Update\Attachments\07-06.pdf |
| BPV-17-01-00196023 | BPV-17-01-00196033 | GFO FDA 483 Response (6) May 6 2015 Update\FedEx Tracking and Letter.pdf |
| BPV-17-01-00196034 | BPV-17-01-00196056 | GFO FDA 483 Response (6) May 6 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00196057 | BPV-17-01-00196059 | GFO FDA 483 Response (6) May 6 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00196060 | BPV-17-01-00196079 | GFO FDA 483 Response (6) May 6 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00196080 | BPV-17-01-00196137 | GFO FDA 483 Response (6) May 6 2015 Update\Attachments\02-20.pdf |
| BPV-17-01-00196138 | BPV-17-01-00196226 | GFO FDA 483 Response (6) May 6 2015 Update\Attachments\02-21.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
|---|---|---|
| BPV-17-01-00196227 | BPV-17-01-00196294 | GFO FDA 483 Response (6) May 6 2015 Update\Attachments\02-22.pdf |
| BPV-17-01-00196295 | BPV-17-01-00196356 | GFO FDA 483 Response (6) May 6 2015 Update\Attachments\02-23.pdf |
| BPV-17-01-00196357 | BPV-17-01-00196366 | GFO FDA 483 Response (7) Jun 19 2015 Update\FedEx Tracking and Letter.pdf |
| BPV-17-01-00196367 | BPV-17-01-00196395 | GFO FDA 483 Response (7) Jun 19 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00196396 | BPV-17-01-00196399 | GFO FDA 483 Response (7) Jun 19 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00196400 | BPV-17-01-00196422 | GFO FDA 483 Response (7) Jun 19 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00196423 | BPV-17-01-00196447 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\01-11.pdf |
| BPV-17-01-00196448 | BPV-17-01-00196479 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\01-12.pdf |
| BPV-17-01-00196480 | BPV-17-01-00196707 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\01-13.pdf |
| BPV-17-01-00196708 | BPV-17-01-00197047 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\01-14.pdf |
| BPV-17-01-00197048 | BPV-17-01-00197176 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\01-15.pdf |
| BPV-17-01-00197177 | BPV-17-01-00197224 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\01-16.pdf |
| BPV-17-01-00197225 | BPV-17-01-00197229 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\02-24.pdf |
| BPV-17-01-00197230 | BPV-17-01-00197247 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-01.pdf |
| BPV-17-01-00197248 | BPV-17-01-00197311 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-02.pdf |
| BPV-17-01-00197312 | BPV-17-01-00197611 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-03.pdf |
| BPV-17-01-00197612 | BPV-17-01-00197616 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-17.pdf |
| BPV-17-01-00197617 | BPV-17-01-00197623 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-18.pdf |
| BPV-17-01-00197624 | BPV-17-01-00197655 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-19.pdf |
| BPV-17-01-00197656 | BPV-17-01-00197681 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-20.pdf |
| BPV-17-01-00197682 | BPV-17-01-00197702 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-21.pdf |
| BPV-17-01-00197703 | BPV-17-01-00197720 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-22.pdf |
| BPV-17-01-00197721 | BPV-17-01-00197754 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-23.pdf |
| BPV-17-01-00197755 | BPV-17-01-00197774 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-24.pdf |
| BPV-17-01-00197775 | BPV-17-01-00197846 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-25.pdf |
| BPV-17-01-00197847 | BPV-17-01-00197849 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\04-26.pdf |
| BPV-17-01-00197850 | BPV-17-01-00197886 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\07-07.pdf |
| BPV-17-01-00197887 | BPV-17-01-00197906 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\A.pdf |
| BPV-17-01-00197907 | BPV-17-01-00197936 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\B.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
| --- | --- | --- |
| BPV-17-01-00197937 | BPV-17-01-00198088 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\C.pdf |
| BPV-17-01-00198089 | BPV-17-01-00198126 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\D.pdf |
| BPV-17-01-00198127 | BPV-17-01-00198166 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\E.pdf |
| BPV-17-01-00198167 | BPV-17-01-00198194 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\F.pdf |
| BPV-17-01-00198195 | BPV-17-01-00198224 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\G.pdf |
| BPV-17-01-00198225 | BPV-17-01-00198272 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\H.pdf |
| BPV-17-01-00198273 | BPV-17-01-00198288 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\I.pdf |
| BPV-17-01-00198289 | BPV-17-01-00198304 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\J.pdf |
| BPV-17-01-00198305 | BPV-17-01-00198332 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\K.pdf |
| BPV-17-01-00198333 | BPV-17-01-00198352 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\L.pdf |
| BPV-17-01-00198353 | BPV-17-01-00198368 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\M.pdf |
| BPV-17-01-00198369 | BPV-17-01-00198390 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\N.pdf |
| BPV-17-01-00198391 | BPV-17-01-00198414 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\O.pdf |
| BPV-17-01-00198415 | BPV-17-01-00198436 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\P.pdf |
| BPV-17-01-00198437 | BPV-17-01-00198452 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\Q.pdf |
| BPV-17-01-00198453 | BPV-17-01-00198472 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\R.pdf |
| BPV-17-01-00198473 | BPV-17-01-00198488 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\S.pdf |
| BPV-17-01-00198489 | BPV-17-01-00198504 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\T.pdf |
| BPV-17-01-00198505 | BPV-17-01-00198530 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\U.pdf |
| BPV-17-01-00198531 | BPV-17-01-00198550 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\V.pdf |
| BPV-17-01-00198551 | BPV-17-01-00198582 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\W.pdf |
| BPV-17-01-00198583 | BPV-17-01-00198608 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\X.pdf |
| BPV-17-01-00198609 | BPV-17-01-00198674 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\Y.pdf |
| BPV-17-01-00198675 | BPV-17-01-00198700 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\Z.pdf |
| BPV-17-01-00198701 | BPV-17-01-00198716 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\AA.pdf |
| BPV-17-01-00198717 | BPV-17-01-00198736 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\BB.pdf |
| BPV-17-01-00198737 | BPV-17-01-00198752 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\CC.pdf |
| BPV-17-01-00198753 | BPV-17-01-00198774 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\DD.pdf |
| BPV-17-01-00198775 | BPV-17-01-00198804 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\EE.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
|---|---|---|
| BPV-17-01-00198805 | BPV-17-01-00198832 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\FF.pdf |
| BPV-17-01-00198833 | BPV-17-01-00198986 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\GG.pdf |
| BPV-17-01-00198987 | BPV-17-01-00199040 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\HH.pdf |
| BPV-17-01-00199041 | BPV-17-01-00199256 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\II.pdf |
| BPV-17-01-00199257 | BPV-17-01-00199274 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\JJ.pdf |
| BPV-17-01-00199275 | BPV-17-01-00199287 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\KK.pdf |
| BPV-17-01-00199288 | BPV-17-01-00199303 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\LL.pdf |
| BPV-17-01-00199304 | BPV-17-01-00199317 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\MM.pdf |
| BPV-17-01-00199318 | BPV-17-01-00199335 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\NN.pdf |
| BPV-17-01-00199336 | BPV-17-01-00199355 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\OO.pdf |
| BPV-17-01-00199356 | BPV-17-01-00199369 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\PP.pdf |
| BPV-17-01-00199370 | BPV-17-01-00199383 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\Protocol and Training Forms.pdf |
| BPV-17-01-00199384 | BPV-17-01-00199389 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\Report.pdf |
| BPV-17-01-00199390 | BPV-17-01-00199436 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\zMaster List of GFO Products With Gap Summary.pdf |
| BPV-17-01-00199437 | BPV-17-01-00199456 | GFO FDA 483 Response (7) Jun 19 2015 Update\Attachments\zMasterControl Query.pdf |
| BPV-17-01-00199457 | BPV-17-01-00199467 | GFO FDA 483 Response (8) July 17 2015 Update\FedEx Tracking and Letter.pdf |
| BPV-17-01-00199468 | BPV-17-01-00199496 | GFO FDA 483 Response (8) July 17 2015 Update\Exhibit 1.pdf |
| BPV-17-01-00199497 | BPV-17-01-00199500 | GFO FDA 483 Response (8) July 17 2015 Update\Exhibit 2.pdf |
| BPV-17-01-00199501 | BPV-17-01-00199523 | GFO FDA 483 Response (8) July 17 2015 Update\Exhibit 3.pdf |
| BPV-17-01-00199524 | BPV-17-01-00199542 | GFO FDA 483 Response (8) July 17 2015 Update\Attachments\04-27.pdf |
| BPV-17-01-00199543 | BPV-17-01-00199555 | BPV FDA 483 Response Cover letter and response January 26, 2014 |
| BPV-17-01-00199556 | BPV-17-01-00199800 | BPV FDA 483 Response 1 - Attachments.pdf |
| BPV-17-01-00199801 | BPV-17-01-00199868 | BPV FDA 483 Response 2 - Attachments.pdf |
| BPV-17-01-00199869 | BPV-17-01-00199958 | BPV FDA 483 Response 3 - Attachments.pdf |
| BPV-17-01-00199959 | BPV-17-01-00200155 | BPV FDA 483 Update Response February 26, 2015.pdf |
| BPV-17-01-00200156 | BPV-17-01-00200338 | BPV FDA 483 Update Response March 26, 2015.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
|---|---|---|
| BPV-17-01-00200339 | BPV-17-01-00200353 | BPV FDA 483 Update Response April 24, 2015.pdf |
| BPV-17-01-00200354 | BPV-17-01-00200370 | BPV FDA 483 Update Response May 22, 2015.pdf |
| BPV-17-01-00200371 | BPV-17-01-00200383 | BPV FDA 483 Update Response June 25, 2015.pdf |
| BPV-17-01-00200384 | BPV-17-01-00200390 | Bard Warning Letter Response (August 3 2015)  01 Cover Letter.pdf |
| BPV-17-01-00200391 | BPV-17-01-00200451 | Bard Warning Letter Response (August 3 2015)  02 Warning Letter Response.pdf |
| BPV-17-01-00200452 | BPV-17-01-00200463 | Bard Warning Letter Response (August 3 2015)  03 Appendix 0.pdf |
| BPV-17-01-00200464 | BPV-17-01-00200606 | Bard Warning Letter Response (August 3 2015)  04 Appendix 1.pdf |
| BPV-17-01-00200607 | BPV-17-01-00200636 | Bard Warning Letter Response (August 3 2015)  05 Appendix 2.pdf |
| BPV-17-01-00200637 | BPV-17-01-00200715 | Bard Warning Letter Response (August 3 2015)  06 Appendix 3.pdf |
| BPV-17-01-00200716 | BPV-17-01-00201334 | Bard Warning Letter Response (August 3 2015)  07 Appendix 4 (part 1 of 2).pdf |
| BPV-17-01-00201335 | BPV-17-01-00201740 | Bard Warning Letter Response (August 3 2015)  08 Appendix 4 (part 2 of 2).pdf |
| BPV-17-01-00201741 | BPV-17-01-00201983 | Bard Warning Letter Response (August 3 2015)  09 Appendix 5.pdf |
| BPV-17-01-00201984 | BPV-17-01-00201990 | Bard Warning Letter Response (August 3 2015)  10 Appendix 7.pdf |
| BPV-17-01-00201991 | BPV-17-01-00202163 | Bard Warning Letter Response (August 3 2015)  11 Appendix 8.pdf |
| BPV-17-01-00202164 | BPV-17-01-00202252 | Document Intentionally Left Blank |
| BPV-17-01-00202253 | BPV-17-01-00202341 | October 6 2015 Update Response to Warning Letter Issued July 13 2015.pdf |
| BPV-17-01-00202342 | BPV-17-01-00202353 | September 3 2015 Update Response to Form 483 issued January 5 2015.pdf |
| BPV-17-01-00202354 | BPV-17-01-00202873 | September 3 2015 Update Response to Form 483 issued November 25 2014.pdf |
| BPV-17-01-00202874 | BPV-17-01-00203376 | September 3 2015 Update Response to Warning Letter issued July 13 2015.pdf |
| BPV-17-01-00203377 | BPV-17-01-00203857 | Recovery Cone Materials -- 001_Recovery Cone 510(k)_FINAL.pdf |
| BPV-17-01-00203858 | BPV-17-01-00203867 | Recovery Cone Materials -- 2003 - Brountzos   E - New Optional VenaCava Filter Retrieval at 12Weeks ….pdf |
| BPV-17-01-00203868 | BPV-17-01-00203871 | Recovery Cone Materials -- 2006 - Binkert C - Retrievability of Recovery vena cava longer than 180days.pdf |
| BPV-17-01-00203872 | BPV-17-01-00203878 | Recovery Cone Materials -- 2009 - Cantwell  C - Comparison of the Recovery and G2 Filter as Retrievable Inferior Vena Cava Filters.pdf |
| BPV-17-01-00203879 | BPV-17-01-00203887 | Recovery Cone Materials -- 2009 - Hull   fracture  J - Bard recovery filter - evaluation and management of limb perforation |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
| --- | --- | --- |
| BPV-17-01-00203888 | BPV-17-01-00203893 | Recovery Cone Materials -- FW Continued Distribution of the Recovery Cone Removal System.msg |
| BPV-17-01-00203894 | BPV-17-01-00203897 | Recovery Cone Materials -- K152136 Deficiencies.pdf |
| BPV-17-01-00203898 | BPV-17-01-00203914 | Recovery Cone Materials -- RE K152136 additional questions .msg |
| BPV-17-01-00203915 | BPV-17-01-00203921 | Recovery Cone Materials -- FBRC Instructions for Use.doc |
| BPV-17-01-00203922 | BPV-17-01-00203929 | Recovery Cone Materials -- FBRC Instructions for Use.pdf |
| BPV-17-01-00203930 | BPV-17-01-00203934 | Recovery Cone Materials -- RC-15 Instructions for Use.doc |
| BPV-17-01-00203935 | BPV-17-01-00203974 | Recovery Cone Materials -- RC-15 Instructions for Use.pdf |
| BPV-17-01-00203975 | BPV-17-01-00203981 | Recovery Cone Materials -- Recovery Cone_Meeting for Question 8.pdf |
| BPV-17-01-00203982 | BPV-17-01-00203983 | Recovery Cone Materials -- K152136 Acknowledgment Letter (Recovery Cone).pdf |
| BPV-17-01-00203984 | BPV-17-01-00204001 | Recovery Cone Materials -- RD-RPT-127.pdf |
| BPV-17-01-00204002 | BPV-17-01-00204003 | Recovery Cone Materials -- RC15 Customer Letter.pdf |
| BPV-17-01-00204004 | BPV-17-01-00204006 | Recovery Cone Materials -- Recovery Cone Customer Letter.pdf |
| BPV-17-01-00204007 | BPV-17-01-00204046 | Recovery Cone IFUs – baw1230000 rev. 0 (art).pdf |
| BPV-17-01-00204047 | BPV-17-01-00204078 | Recovery Cone IFUs – PK5014852_Rev.02.pdf |
| BPV-17-01-00204079 | BPV-17-01-00204102 | Recovery Cone IFUs – PK5014852 Rev.01.pdf |
| BPV-17-01-00204103 | BPV-17-01-00204106 | Recovery Cone IFUs – pk5014852 rev00.pdf |
| BPV-17-01-00204107 | BPV-17-01-00204138 | Recovery Cone IFUs – PK5014852_Rev.03.pdf |
| BPV-17-01-00204139 | BPV-17-01-00204139 | Recovery Cone Materials -- K152136 is on Hold Pending Your Response.msg |
| BPV-17-01-00204140 | BPV-17-01-00204143 | Recovery Cone Materials -- K152136 Deficiencies.pdf |
| BPV-17-01-00204144 | BPV-17-01-00204150 | Recovery Cone Materials -- Dr Bilek letter.pdf |
| BPV-17-01-00204151 | BPV-17-01-00204155 | Recovery Cone Materials -- HHE - FBRC FINAL.pdf |
| BPV-17-01-00204156 | BPV-17-01-00204160 | Recovery Cone Materials -- HHE - RC-15 FINAL.pdf |
| BPV-17-01-00204161 | BPV-17-01-00204163 | Recovery Cone Materials -- Recovery Cone BIBLIOGRAPHY_SearchRev 1_7 20 2015.pdf |
| BPV-17-01-00204164 | BPV-17-01-00204181 | Recovery Cone Materials -- RE K152136 additional questions .msg |
| BPV-17-01-00204182 | BPV-17-01-00204183 | Recovery Cone Materials -- Recovery Cone K152136 - Deficiency 8 - Follow-up from October 6th meeting.msg |
| BPV-17-01-00204184 | BPV-17-01-00204190 | Recovery Cone Materials -- FDA Meeting K152136 Recovery Cone_Question 8.pdf |

Case 2:15-md-02641-DGC Document 693-4 Filed 02/10/16 Page 11 of 12

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
|---|---|---|
| BPV-17-01-00204191 | BPV-17-01-00204193 | Recovery Cone Materials -- RE_ Conversation between Dr. Morales and Dr. Trerotola.msg |
| BPV-17-01-00204194 | BPV-17-01-00204203 | Recovery Cone Materials -- 2003 - Brountzos E - New Optional VenaCava Filter Retrieval at 12Weeks ….pdf |
| BPV-17-01-00204204 | BPV-17-01-00204207 | Recovery Cone Materials -- 2006 - Binkert C - Retrievability of Recovery vena cava longer than 180days.pdf |
| BPV-17-01-00204208 | BPV-17-01-00204214 | Recovery Cone Materials -- 2009 - Cantwell C - Comparison of the Recovery and G2 Filter as Retrievable Inferior Vena Cava Filters.pdf |
| BPV-17-01-00204215 | BPV-17-01-00204223 | Recovery Cone Materials -- 2009 - Hull J - Bard recovery filter - evaluation and management of limb perforation and migration.pdf |
| BPV-17-01-00204224 | BPV-17-01-00204230 | Recovery Cone Materials -- 2015 - Cohoon K - Retrievable IVC filters can be placed & removed.pdf |
| BPV-17-01-00204231 | BPV-17-01-00204243 | July 13 2015 FDA Warning Letter to Bard (unredacted) |
| BPV-17-01-00204244 | BPV-17-01-00204480 | October 6 2015 Update Response to 483 Issued November 25 2014.pdf |
| BPV-17-01-00205165 | BPV-17-01-00205165 | Raymond Brullo Proof of Delivery.pdf |
| BPV-17-01-00205166 | BPV-17-01-00205166 | Catherine M. Beer's Proof of Delivery 11-23-2015.pdf |
| BPV-17-01-00205167 | BPV-17-01-00205852 | November 20 2015 Update Response to Form 483 issued November 25 2014.pdf |
| BPV-17-01-00205853 | BPV-17-01-00206168 | November 20 2015 Update Response to Warning Letter issued July 13 2015.pdf |
| BPV-17-01-00206169 | BPV-17-01-00206169 | Nov. 30, 2015 Email with FDA re CDRH Management Update - For Your Records and re Future Responses |
| BPV-17-01-00206170 | BPV-17-01-00206171 | Nov. 30, 2015 Email with FDA re Bard Peripheral Vascular - Clarification Question |
| BPV-17-01-00206172 | BPV-17-01-00206175 | FDA response letter 121415.pdf |
| BPV-17-01-00206259 | BPV-17-01-00206284 | Recovery Cone Materials -- 001_Recovery Cone Removal System Response K152136 - Content.pdf |
| BPV-17-01-00206285 | BPV-17-01-00206492 | Recovery Cone Materials -- 002_Recovery Cone Removal System Response K152136 - Appendix 1 - Part 1.pdf |
| BPV-17-01-00206493 | BPV-17-01-00206701 | Recovery Cone Materials -- 003_Recovery Cone Removal System Response K152136 - Appendix 1 - Part 2.pdf |

*In re: Bard IVC Filter Prods. Liab. Litig. (MDL No. 2641)*
*Index of FDA Warning Letter and 483 Letter Communications*
*January 2016*

| Beginning Bates | Ending Bates | Description |
| --- | --- | --- |
| BPV-17-01-00206702 | BPV-17-01-00206778 | Recovery Cone Materials -- 004_Recovery Cone Removal System Response K152136 - Appendix 2 - 5.pdf |
| BPV-17-01-00206779 | BPV-17-01-00206779 | Recovery Cone Materials -- RE Recovery Cone K152136 - Deficiency 8 - Follow-up from October 6th meeting (1).msg |
| BPV-17-01-00206780 | BPV-17-01-00206780 | Recovery Cone Materials -- RE Recovery Cone K152136 - Deficiency 8 - Follow-up from October 6th meeting.msg |
| BPV-17-01-00206781 | BPV-17-01-00206781 | Recovery Cone Materials -- RE Recovery Cone K152136 - Deficiency 8 - Follow-up from October 6th meeting.msg |
| BPV-17-01-00206782 | BPV-17-01-00206981 | FDA Warning Letter Materials -- December 22 2015 GFO 483 Update Submission.pdf |
| BPV-17-01-00206982 | BPV-17-01-00207267 | FDA Warning Letter Materials -- December 22 2015 WL Update Response.pdf |
| BPV-17-01-00207268 | BPV-17-01-00207268 | FDA Warning Letter Materials -- Transmittal Letter.pdf |