# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF DISCOVERY BRIEFING** |

Plaintiffs have filed a motion to file documents under seal. Doc. ____.

**IT IS ORDERED:**

1. That the motion to seal (Doc. _____) is **granted**. The exhibits that are the subject of Plaintiffs' Unopposed Motion To File Document Under Seal In Support Of Discovery Briefing (Exhibits 7, 8, 9, and 15 to Plaintiffs' Memorandum Re Relevancy and Discoverability of FDA Inspection and Warning Letter and Recovery Cone Removal System) constitute "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery-related motion. Accordingly, the documents are hereby sealed.

2. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket at Doc. ___.