# EXHIBIT 19

**To Plaintiffs' Memorandum Re Relevancy and Discoverability of FDA Inspection and Warning Letter and Recovery Cone Removal System**

**(part 2)**

*Wires*
Electronic wire services are the most immediate sources for breaking news. Wire stories have the most power in terms of garnering national attention and generating widespread coverage because they are "picked up" by all media outlets. Since these stories are published in real time, they are often very short and have limited third-party sources. Many times, these stories are updated continuously as the story develops throughout the day or week.

*National and Top Market Dailies*
Most newspapers subscribe to wire services and look to the wires to determine news assignments. While many leading papers run complete wire stories, often editors use a wire story as a starting point to develop the story with local tie-ins, such as the story's impact on the community or using local experts for attributions. As a side note, nearly all newspapers will immediately post full wire stories on their Web sites.

*Trade Publications*
The trade journals are very influential in the medical device industry and will certainly be read by Bard's competitors. They will cover the issue in-depth and may discuss its impact on the entire industry. Trade coverage may also lead to more general coverage.

*News Magazines*
News magazines will typically develop a story based on an initial wire story, and/or news item in a top daily or trade publication. However, these publications will provide a much more in-depth analysis of the issue. They will conduct extensive research on the companies involved and the sources being used in the story. They dig deep and uncover information that is often under the radar. These stories can take weeks to develop.

*Broadcast*
As a general rule, broadcast follows print. Once the print story hits, broadcast interest in the story will likely escalate.

For daily broadcast segments, producers will either request an interview with a Bard spokesperson to take place at the local affiliate station or arrange for a video crew to come to Bard's headquarters. Broadcast segments on nightly news programs can take several days to develop.

Weekly programs like "60 Minutes" or "48 Hours" can take several weeks or even months to develop. Producers also will send a crew to the corporate headquarters to film the facility and interviews. They will likely make numerous trips to Bard's headquarters. They will conduct extensive interviews and ask pointed questions.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164747

## X. Newsmaker's Bill of Rights

As we respond to media inquiries and arrange interviews, remember that Bard has certain rights as newsmaker and reporters have their expectations.

1. The right to know the interview topic(s) in advance.
2. The right to know the identity and affiliation of the reporter.
3. The right to state your key points and, if appropriate, restate them.
4. The right to have some control over the interview environment.
5. The right to bring up relevant topics and points not specifically asked during questioning.
6. The right to know how the interview material is being used and whether others are being interviewed for the story.
7. The right to respond to accusations.
8. The right to correct misstatements and misinformation during an interview.
9. The right to restate obscure or lengthy questions.
10. The right to finish responses without interruption as long as your answer is concise and relevant.

*Reporter's Expectations*
1. Reasonable access to legitimate news sources.
2. Consideration of the reporter's deadline and logistical needs.
3. A timely response to an inquiry.
4. A concise and direct answer to a relevant question.
5. If available, printed or pictorial material to flesh out the interview information.
6. The availability of corporate spokespersons for follow-up inquiries, when necessary, for clarification.
7. Corrected information, if incorrect information is inadvertently given.
8. Proactive follow-up by newsmaker with new information or corrected information.
9. An opportunity to build an ongoing relationship.
10. The same kind of courtesy and respect that the newsmaker desires.

## XI. Proactive Media Outreach

We do not recommend proactive outreach to media at this time. We believe that taking a low-key approach, in an effort to avoid drawing attention to the issue, is the most appropriate strategy.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164748

## XII. Step-by Step Management of Most Likely Scenarios

*\*\*Note: If any of these scenarios occurs, H&K will immediately implement the Bard News Bureau, through which H&K's Bard Team members (Frank Mankiewicz, Lee Lynch, Kimberly Ocampo and Melissa Busse) will work with other members of H&K's Media/Crisis/Litigation team and CR Bard Vena Cava Core Team members to determine and implement strategy and media outreach.\*\**

### Scenario #1: Family of the deceased files a suit seeking damages from C. R. Bard. [LAW FIRM] issues a press release.

1. H&K will monitor any press announcements made by the plaintiff's law firm, as once a press release is issued, it may generate news coverage.
2. If a press release runs on the wire, H&K will send an email to the Core Response Team. The email will include the press release and any other relevant information. H&K will also call Holly Glass, Janet Hudnall and Donna Passero with this information.
3. H&K will immediately begin to monitor for any resulting press coverage.
4. As soon as press coverage begins to appear, we will activate the CRT:
   a. H&K will send e-mails to the CRT, including press coverage to date if available and a scheduled conference call time.
   b. H&K will follow up with phone calls to all CRT members, informing each member of the upcoming conference call.
   c. During the call, CRT members will agree on media strategy and responses. Strategy may include contacting reporters responsible for coverage and providing them with summarized studies and a statement based on approved key messages from the company.
   d. As determined, CRT members may be responsible for informing Audience Outreach Team members.
5. H&K will continue to monitor for additional coverage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164749

MAY. 11. 2004 2:07PM    CORP SA QA RA MA AC                    NO. 7782   P. 8

*Scenario #2:  A reporter calls Bard for comment.*

1. The media inquiry comes in to Holly Glass.
2. Holly will notify Lee Lynch at H&K.
3. Depending upon the size and reach of the news outlet, either H&K or Holly Glass will call the reporter to find more information about the type of questions he or she may ask.
4. H&K will provide, through e-mail to the CRT, the list of anticipated questions and a time for a strategy conference.  H&K also will gather and distribute to the team as much information as possible about the reporter.
5. H&K will follow up with phone calls to all CRT members, informing each member of the conference call.
6. During the call, the CRT members will agree on media responses.
7. As determined, CRT members may be responsible for contacting Audience Outreach Team members to inform them of the interview and pending coverage.
8. Holly Glass will conduct the media interview with H&K facilitating as appropriate. Summarized studies will be provided to the reporter.
9. H&K will follow up with the reporter as necessary.
10. H&K will put together a document detailing potential impact of the pending article (e.g., tone of interview, reach of wire service if interview was conducted by wire reporter, etc.) and recommended next steps.
11. H&K will monitor for resulting and additional coverage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164750

***Scenario #3:  Filter migration or bariatric surgery (see example of recent negative story in appendix), in general, gets negative media coverage without singling out Bard or the Recovery Filter.***

1.  H&K will research the background of the reporters writing the negative stories and will forward this information, along with copies of the articles, to Holly Glass.

2.  Holly Glass and H&K will determine the appropriate response (if any) on a case-by-case basis.  Response may include the development of a letter-to-the-editor, pitching a "reactive" or follow-up interview to reporters in an effort to preempt any negative stories being written about Bard and its filter product and/or to help position Bard as a leader in this category.

3.  If the scenario requires the development of a letter-to-the-editor, H&K will tailor the attached template, as required, and will forward the draft to all CRT members for review and approval.

    a.  H&K will contact all CRT members to set up a time for a conference call.

    b.  During the conference call, the CRT will review, edit and approve the letter.

    c.  If the letter will be signed by a physician, H&K and Holly Glass will work to secure the physician spokesperson's approval and forward an edited version to the CRT for final review.

    d.  H&K will forward the letter to the appropriate editorial contacts and monitor for coverage.

4.  If the scenario requires an interview, H&K will provide Holly Glass with quick "refresher" course on media coaching tips and techniques.

    a.  Holly Glass, H&K and the Audience Outreach Team will determine the appropriate messages and communications vehicle to inform Bard's key constituents prior to the airing of the program.

    b.  Holly Glass will conduct the media interview with H&K facilitating as appropriate.  Summarized studies will be provided to the reporter.

    c.  H&K will follow up with the reporter as necessary.  H&K may arrange a follow-up interview with the physician spokesperson and/or a patient, as determined if necessary.

    d.  H&K will put together a document detailing potential impact of the pending article (e.g., tone of interview, reach of wire service if interview was conducted by wire reporter, etc.) and recommended next steps.

    e.  H&K will monitor for resulting and additional coverage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164751

*Scenario #4 – News Bureau – A major news story breaks about the lawsuit and the "snow ball" effect kicks in, generating much negative media coverage on Bard and the Recovery Vena Cava Filter.*

If this scenario occurs, H&K will immediately implement its Bard News Bureau to respond to all incoming media inquiries efficiently and effectively.


Media Contact Lists

H&K has identified the most likely reporters to write stories on lawsuits, based on past research for the mesh hernia repair product crisis plan. We have also identified the following:

- Legal and healthcare beat reporters at the wire services, top 25 daily newspapers and top financial news outlets
- Editors at health and medical device trade publications
- Editorial board contacts at the top 25 dailies, should Bard want to proactively secure background meetings with these influential reporters
- News directors at the major networks broadcast affiliates (NBC, ABC, CBS, and Fox) in Bard's key markets relating to the investigation (presently, Miami, FL and Grand Rapids, MI)

Following this document are the identified media outlets.


Toll-Free Line for Reporters

When and if necessary, Bard may consider activating a toll-free number, manned by appointed, trained persons to take messages of all incoming media inquiries. H&K can implement this phone line within hours.


Call Reports

As media inquiries come in, H&K will format all information regarding incoming media calls into call reports and submit these reports to Holly Glass. These reports will include the date and time of the initial inquiry, the name of the reporter, his/her publication, beat, purpose of call, questions he/she may have and dates and times of interview request. H&K will also gather as much information about each reporter as is available.


Prepared Statements

Depending on the amount of media inquiries and the rate at which they come in, it may be necessary to distribute a previously prepared statement. A sample statement has been created and approved by legal counsel. This statement reflects Bard's inability to comment on pending litigation and reinforces the need for approved key messages. It can be easily modified to address specific inquiries from media or new developments in pending cases.

| HILL & KNOWLTON | 600 New Hampshire Avenue, NW<br>Suite 601<br>Washington, DC 20037 | T 202 333-7400<br>F 202 333-1638 | 17 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164752

If it is necessary, Bard may issue the prepared statement on PR Newswire. H&K has an existing account with PR Newswire already established.

The statement may be updated as Bard develops its position or as new information is gathered and actions are taken.

### News Monitoring

H&K will continue to conduct daily monitoring for any stories related to litigation. For wire and print stories, H&K uses the Factiva Database, for online stories, H&K searches Google and Google News, and for broadcast stories, H&K works with VMS. VMS is monitoring nationally, but placing extra emphasis on markets where incidents are under investigation. H&K will prepare a report assessing the news coverage on a daily basis during the crisis situation, or as necessary.

### News Evaluation

After the media coverage is generated and interest has dwindled, H&K will critique the coverage and provide an overall analysis of the scenario and make specific recommendations.

### News Conference

In most situations, news conferences are neither necessary nor desirable. However, Bard should be prepared to move forward quickly with a news conference if deemed necessary. Holding a news conference should be considered when:

⇒ Written or electronic dissemination of a statement will not satisfy the media covering the situation.

⇒ The situation is extremely serious and media requests have reached a level or volume when they no longer can be handled through individual telephone calls.

⇒ Company actions can be best explained through a news conference that reaches all media at the same time with information, personal statements and visual documentation.

The major disadvantage to holding a news conference is that the forum allows for rigorous and potentially damaging questioning. News conferences can require intense preparation for the spokesperson and the CRT, including further message development, question anticipation and spokesperson training.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164753

H&K will coordinate all logistics, including announcement, location, time, audio/visual equipment.

1. Announcement:  H&K will draft the news conference announcement and distribute it across PR Newswire.  The announcement will mention the issue, and list the spokesperson, time, location and contact for further information.  Pending on the scope of the situation, this information may also be posted on Bard's Web site.  Following the distribution of the announcement, H&K will follow up with telephone calls to obtain a preliminary headcount and identify key reporters.

2. Location:  The location will be convenient for reporters and Bard executives.  There will be a separate entrance and exit for the spokesperson, so he/she is not forced to wind through rows of reporters to get to the podium or to exit the facility.

3. Audio Visual Equipment:  H&K will coordinate the rental or usage of all a/v equipment, including a podium, microphones, video camera, etc.  Bard should tape the conference for its own records.

4. Materials:  Bard press kits will be made available to all attendees, containing all collateral materials including fact sheets, recent press releases and executive biographies.

5. Agenda:  H&K will develop a specific agenda for the news conference.  The spokesperson will note the agenda and the specified timeline of the event.

6. Outside speakers:  As the situation is evaluated, H&K may advise having a physician or third-party organization (industry) spokesperson available to answer specific medical-related questions.

HILL & KNOWLTON        600 New Hampshire Avenue, NW        T 202 333-7400        19
                       Suite 601                          F 202 333-1638
                       Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

***Scenario #5 – News Bureau –*** <mark>***Another negative migration case causes Bard to remove the Recovery Filter from the market.***</mark>

1. Janet Hudnall contacts Holly Glass, who notifies H&K.
2. H&K immediately begins to monitor for news, coordinate a CRT conference call and prepare for roll out of News Bureau activities.
3. During the call, Donna Passero talks the CRT through the product recall process. The CRT determines the appropriate strategy, messaging and next steps.
4. Following the call, H&K provides the action items resulting from the call and an outline of CRT members' roles and responsibilities.
5. In conjunction with Holly Glass, H&K will draft all tactical plans and response materials, including initial statement customized according to audience (e.g., media, Wall Street, Bard employees, sales force, customers and physicians).
6. H&K coordinates follow-up call with both CRT and Audience Outreach Team to review materials and secure approval.
7. Audience Outreach Team notifies its appropriate target audiences.
8. H&K and Holly Glass activate the News Bureau, as outlined above in Scenario #3.

***Scenario #6 – A competitor tips off media.***
Any of the above scenarios may play out.

HILL & KNOWLTON          600 New Hampshire Avenue, NW        T 202 333-7400          20
                          Suite 801                          F 202 333-1638
                          Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164755

MAY. 11. 2004  2:08PM    CORP  SA QA  RA  MA  -AC                          NO. 7782   P. 24

## XIII. H&K Team Contact Information

**Frank Mankiewicz – Senior Counselor**
Office: 202-944-5104
Cell: 202-258-9020
Home: 202-462-7202
*Assistant: Laurel Laidlaw – 202-944-5141*

**Lee Lynch – Account Management**
Office: 202-944-5186
Cell: 571-214-8799
Home: 703-823-3926

**Kimberly Ocampo – Media Specialist and Key Support**
Office-202-944-5193
Cell-917-584-7961
Home-202-248-2337

**Melissa Busse – Key support**
Office-202-944-3365
Cell-703-786-9423
Home-703-465-9619

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          21
                         Suite 601                             F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164756

MAY. 11. 2004  2:08PM    CORP SA QA  RA MA -AC                    NO. 7782   P. 25

**Appendix**

_A. Key Messages – Recovery Vena Cava Filter:  General Messages_

1. The Recovery Vena Cava Filter, a Bard Peripheral Vascular product, is a well designed and tested inferior vena cava (IVC) filter that, when properly placed and intact, helps to reduce or prevent the risk of blood clots traveling to the lungs or heart.
   - [NA4]The Recovery Vena Cava Filter is indicated for use as both a permanent and retrievable device to reduce and prevent any blood clots from the legs that may break off and travel, or "migrate", through the bloodstream to the lungs or heart.

2. The Recovery Vena Cava Filter is proven in its safety and efficacy.
   - A properly placed filter can resist the force of a fair amount of blood clot; however, large clots and the forces of exertions, such as bowel movements, can overwhelm _any_ filter's retentive capability, resulting in possible migration.  _This is true for all IVC filters._
   - Estimates based on available data suggest that these types of events are not occurring with excess frequency when compared with other vena cava filters.

3. The retrievability of the device is valuable and appealing from a clinical perspective to medical professionals and patients.
   - Retrievable filters are designed to be removed once the risk of pulmonary embolism has subsided.
   - The actual filter mechanism works exactly the same in retrievable and non-retrievable filters.  Non-retrievable filters cannot be easily removed without injury to the patient.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164757

4. At Bard, our number one priority is our commitment to our patients.
    o With any report of an adverse event, we take an immediate, systematic approach and form a multi-disciplinary team to thoroughly investigate the incident.
    o Our system of tracking and monitoring complaints and adverse events enables us to respond directly to healthcare professionals. We take our responsibility to patients very seriously.
    o Bard has been in business for nearly a century, and we are known for our commitment to providing innovative, life-enhancing medical technologies.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164758

_B. Key Messages:_

_Specific to Miami Incident:_

1. We have been notified of the death of a patient whose medical treatment in Miami included the Insertion of Bard's Recovery Vena Cava Filter.  First and foremost, we extend our deepest sympathies to the patient's family.  At Bard, our number one priority is our commitment to our patients.
   - Bard has been in business for nearly a century, and we are known for our commitment to providing innovative, life-enhancing medical technologies.

2. With any report of an adverse event, we take an immediate, systematic approach and thoroughly investigate the incident.
   - Our system of tracking and monitoring complaints and adverse events enables us to respond directly to healthcare professionals. We take very seriously our responsibility to patients.

3. From the information available to date, no conclusions can yet be drawn regarding the role of the Recovery filter in this event.  We do know that:
   - The filter was placed in a normal sized vena cava and there were no immediate complications following surgery.
   - [NA6]The filter was found to be intact, deposited in the patient's right atrium post-mortem, and a large blood clot surrounding the filter was approximately 10 cm long X 3 cm in diameter.
   - [If asked about the relative health of the patient, please respond, "The patient was morbidly obese but we are unsure whether this caused any health conditions. Morbid obesity can be the cause of blood clots.].

_If asked about the Grand Rapids, MI incident in the course of these messages, use the following statement:_  We have been notified of an incident that recently occurred in Grand Rapids, MI, involving the death of a patient whose medical treatment included the insertion of Bard's Recovery Vena Cava Filter. We have very few details that can be discussed at this point. We placed the Recovery filter on sales hold while conducting initial evaluations of the circumstances surrounding this incident.  The product has since been released from hold. [NA7] [NEED TO INCLUDE CONCLUSIONS FROM THE EVALUATIONS HERE]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164759

MAY. 11. 2004  2:09PM    CORP SA QA RA MA -AC                                    NO. 7782   P. 28

*Specific to the Grand Rapids, MI Incident:*

1. We have been notified of the death of a patient whose medical treatment in Grand Rapids, MI included the insertion of Bard's Recovery Vena Cava Filter. First and foremost, we extend our deepest sympathies to the patient's family.  At Bard, our number one priority is our commitment to our patients.
   o  Bard has been in business for nearly a century, and we are known for our commitment to provide innovative, life-enhancing medical technologies.

2. With any report of an adverse event, we take an immediate, systematic approach and thoroughly investigate the incident.
   o  Our system of tracking and monitoring complaints and adverse events enables us to respond directly to healthcare professionals. We take very seriously our responsibility to patients.

3. From the information available to date, no conclusions can yet be drawn regarding the role of the Recovery filter in this event.  We do know that:
   o  The filter was placed in a normal sized vena cava and there were no immediate complications following surgery.
   o  The Recovery filter was on sales hold while we conducted initial evaluations of the circumstances surrounding this incident.  The product has since been released from hold. [NAB] NEED TO INCLUDE CONCLUSIONS FROM THE EVALUATIONS HERE

*If asked about the Miami incident in the course of these messages, use the following statement:*  We have been notified of the death of a patient whose medical treatment in Miami included the insertion of Bard's Recovery Vena Cava Filter. A multi-disciplinary team is thoroughly investigating the incident. From the information available to date, no conclusions can yet be drawn regarding the role of the Recovery filter in this event.  We do know that:
   o  The filter was placed in a normal sized vena cava and there were no immediate complications following surgery.
   o  [NAB] The filter was found to be intact, deposited in the patient's right atrium post-mortem, and a large blood clot surrounding the filter was approximately 10 cm long X 3 cm in diameter.
   o  [If asked about the relative health of the patient, please respond, "The patient was morbidly obese but we are unsure whether this caused any health conditions. Morbid obesity can be the cause of blood clots.].

HILL & KNOWLTON              600 New Hampshire Avenue, NW      T 202 333-7400              25
                            Suite 601                        F 202 333-1638
                            Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164760

*If Asked About Both Incidents:*

1. We have been notified of two recent, unrelated incidences. One occurred in Miami, the other in Grand Rapids, MI.  We have very few details that can be discussed at this point about the Grand Rapids incident. The Miami incident involved the death of a patient whose medical treatment included the insertion of Bard's Recovery Vena Cava Filter.  First and foremost, we extend our deepest sympathies to the patient's family.  At Bard, our number one priority is our commitment to patients.
   o Bard has been in business for nearly a century, and we are known for our commitment to providing innovative, life-enhancing medical technologies.

2. With any report of an adverse event, we take an immediate, systematic approach and thoroughly investigate the incident.
   o Our system of tracking and monitoring complaints and adverse events enables us to respond directly to healthcare professionals. We take very seriously our responsibility to patients.

3. From the information available to date, no conclusions can yet be drawn regarding the role of the Recovery filter in this event.  We do know that:
   o The filter was placed in a normal sized vena cava and there were no immediate complications following surgery.
   o [NA10]The filter was found to be intact, deposited in the patient's right atrium post-mortem, and a large blood clot surrounding the filter was approximately 10 cm long X 3 cm in diameter.
   o [If asked about the relative health of the patient, please respond, "The patient was morbidly obese but we are unsure whether this caused any health conditions. Morbid obesity can be the cause of blood clots.].

   *If asked specifically for more information about the Grand Rapids, MI incident, use the following statement:*  We have been notified of an incident that recently occurred in Grand Rapids, MI, involving the death of a patient whose medical treatment included the insertion of Bard's Recovery Vena Cava Filter. We have very few details that can be discussed at this point. We placed the product on sales hold while we conducted initial evaluations of the circumstances surrounding this incident.  The product has since been released from hold. [NA11] [NEED TO INCLUDE CONCLUSIONS FROM THE EVALUATIONS HERE]

---

HILL & KNOWLTON            600 New Hampshire Avenue, NW        T 202 333-7400              26
                           Suite 601                          F 202 333-1638
                           Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164761

MAY. 11. 2004  2:10PM    CORP SA QA RA MA FAC                    NO. 7782   P. 30

*C. Draft General Letter-To-The-Editor*

MONTH XX, 2004

Dear Editor,

As a physician who has implanted more than [NUMBER] Recovery Filters, I can certainly attest to the quality of Bard Peripheral Vascular's vena cava filter product. In actual practice and in reported studies, this life-saving clot-trapping device has been proven to be safe and effective when a patient's condition indicates a vena caval filter: thrombo-embolic disease (TED) with contraindication for anticoagulation, failure of anticoagulation, massive pulmonary embolism, or chronic, recurrent pulmonary embolism.

The Recovery Vena Cava Filter plays an important role in helping to reduce or prevent blood clots from traveling to the lungs or heart. These blood clots, unimpeded, can cause pulmonary embolism that can sometimes be fatal.

As a physician[NA13], and a trainer of other physicians who implant and retrieve Recovery Filters, I come in contact with many patients and physicians who have experienced the life-protecting benefits of Bard's vena cava filter product. I can only speak for myself when I say that the retrievable nature of the Recovery Filter is valuable and an added benefit. In my experience, I have been able to safely remove the device once the risk of pulmonary embolism has been reduced.

Sincerely,

Physician's Name
Medical Facility
City

| HILL & KNOWLTON | 600 New Hampshire Avenue, NW | T 202 333-7400 | 27 |
|---|---|---|---|
| | Suite 601 | F 202 333-1638 | |
| | Washington, DC 20037 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164762

### D. Draft Miami Letter-To-The-Editor

MONTH XX, 2004

Dear Editor,

(Insert name)'s article, "Insert Title" did not shed light on the proven safety and efficacy of the Recovery Vena Cava Filter. As a physician who implants more than [NUMBER] Recovery Filters a week, I can certainly attest to the quality of Bard Peripheral Vascular's vena cava filter product.

The Recovery Vena Cava Filter plays an important role in helping to reduce or prevent blood clots from traveling to the lungs or heart. These blood clots, unimpeded, can cause pulmonary embolism that can sometimes be fatal.

I can only speak for myself when I say that the retrievable nature of the Recovery Filter is valuable and an added benefit. It allows the physician to safely remove the device once the risk of pulmonary embolism has been reduced.

As a physician[NA15], and a trainer of other physicians who implant and retrieve Recovery Filters, I come in contact with many patients and physicians who have experienced the life-protecting benefits of Bard's vena cava filter product. Based on an understanding of all details surrounding the incident reported in the aforementioned article, I have to question the validity of the claims mentioned in this newspaper. These claims fly in the face of published and practice evidence supporting the safety and efficacy of Bard's innovative and effective vena cava filter product.

Sincerely,

Physician's Name
Medical Facility
City

HILL & KNOWLTON            600 New Hampshire Avenue, NW        T 202 333-7400            28
                          Suite 601                          F 202 333-1638
                          Washington, DC 20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164763

*E. Draft Grand Rapids Letter-To-The-Editor*

MONTH XX, 2004

Dear Editor,

(Insert name)'s article, "Insert Title" did not shed light on the proven safety and efficacy of the Recovery Vena Cava Filter.  As a physician who implants more than [NUMBER] Recovery Filters a week, I can certainly attest to the quality of Bard Peripheral Vascular's vena cava filter product.

The Recovery Vena Cava Filter plays an important role in helping to reduce or prevent blood clots from traveling to the lungs or heart.  These blood clots, unimpeded, can cause pulmonary embolism that can sometimes be fatal..

I can only speak for myself when I say that the retrievable nature of the Recovery Filter is valuable and an added benefit. It allows the physician to safely remove the device once the risk of embolism has been reduced.

As a physician, and a trainer of other physicians who implant and retrieve Recovery Filters,, I come in contact with many patients and physicians who have experienced the life-protecting benefits of Bard's vena cava filter product.  Based on an understanding of all details surrounding the incident reported in the aforementioned article, I have to question the validity of the claims mentioned in this newspaper.  These claims fly in the face of published and practice evidence supporting the safety and efficacy of Bard's innovative and effective vena cava filter product.

Sincerely,

Physician's Name
Medical Facility
City

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          29
                         Suite 601                            F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164764

*F. Media Lists*

H&K has identified medical/health and legal/litigation reporters and editorial board contacts at the following outlets:

<u>Wires</u>
- Associated Press
- Bloomberg
- Copley
- Cox
- Dow Jones
- Gannett
- Knight Ridder
- McClatchy
- Newhouse
- Reuters
- Scripps Howard
- Times
- Tribune
- UPI
- Universal Press Syndicate

<u>Top Dailies</u>
- *The Wall Street Journal*
- *USA Today*
- *The New York Times*
- *Los Angeles Times*
- *The Washington Post*
- *Daily News* (New York)
- *Chicago Tribune*
- *Newsday*
- *New York Post*
- *Houston Chronicle*
- *Chicago Sun-Times*
- *Chicago Tribune*
- *San Francisco Chronicle*
- *The Boston Globe*
- *The Boston Herald*
- *The Dallas Morning News*
- *Miami Herald*
- *The Arizona Republic*
- *The Atlanta Constitution*
- *The Philadelphia Inquirer*
- *The Star-Ledger* (Newark)

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          30
                         Suite 601                            F 202 333-1638
                         Washington, DC 20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164765

- *Star-Tribune* (Minneapolis)
- *Detroit Free Press*
- *The Plain Dealer*
- *Rocky Mountain News*
- *Denver Post*
- *Austin Statesman*
- *Austin Business Journal*
- *[PLACEHOLDER FOR MAJOR PRINT OUTLETS IN AND NEAR GRAND RAPIDS, MI]*

**Medical/Health and Legal/Litigation Reporters at Top Financial Outlets**
- Bloomberg (print and broadcast)
- *BusinessWeek* and Businessweek.com
- CNBC
- CNNfn
- Dow Jones
- *Financial Times*
- *Forbes*
- *Fortune*
- *Investor's Business Daily*
- *SmartMoney*
- The Street.Com

**Editors at Relevant Medical, Health and Medical Device Publications**
- *The BBI Newsletter*
- *Biomedical Instrumentation & Technology*
- *Biomedical Safety & Standards*
- *BNA'S Health Law Reporter*
- *Clinica World Device and Diagnostic News*
- *Diagnostic Insight*
- *The Gray Sheet*
- *Health News Daily*
- *In Vivo*
- *The Healthcare News*
- *Medical Device and Diagnostics Industry*
- *Medical Device Daily*
- *Medical Devices and Surgical Technology Week*
- *Medical Product Manufacturing News*
- *Medical Device Litigation Reporter*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164766

**News directors at the major networks broadcast affiliates in Bard's key markets**

New York/New Jersey
- WABC-TV (ABC)
- WCBS-TV (CBS)
- WNBC-TV (NBC)
- WNYW-TV (FOX)

Miami
- WPLG-TV (ABC)
- WFOR-TV (CBS)
- WTVJ-TV (NBC)
- WSVN-TV (FOX)

Phoenix/Tempe
- KNXV-TV (ABC)
- KPHO-TV (CBS)
- KPNX-TV (NBC)
- KSAZ-TV (FOX)

[PLACEHOLDER FOR MAJOR BROADCAST OUTLETS IN AND NEAR GRAND RAPIDS, MI]

HILL & KNOWLTON        600 New Hampshire Avenue, NW        T 202 333-7400          32
                       Suite 601                          F 202 333-1638
                       Washington, DC 20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00164767