Les Weisbrod (TBN 21104900)
MILLER WEISBROD, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
lweisbrod@millerweisbrod.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Robert G. Harbridge,<br><br>　　Plaintiff<br><br>v.<br><br>C. R. Bard, Inc.<br><br>　　Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2-16-cv-00008-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Robert G. Harbridge.

DATED this 12th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　**MILLER WEISBROD LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/Les Weisbrod*
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod