1  Robert W. Boatman (009619)
   Paul L. Stoller (016773)
2  Shannon L. Clark (019708)
   **GALLAGHER & KENNEDY, P.A.**
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000
   rwb@gknet.com
5  paul.stoller@gknet.com
   SLC@gknet.com
6
   Ramon Rossi Lopez (CA Bar No. 86361)
7  (admitted *pro hac vice*)
   **LOPEZ McHUGH LLP**
8  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
9  rlopez@lopezmchugh.com

10 *Co-Lead/Liaison Counsel for Plaintiffs*

11 James R. Condo (#005867)
   Amanda C. Sheridan (#027360)
12 SNELL & WILMER L.L.P.
   One Arizona Center
13 400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
14 Telephone:  602.382.6000
   Facsimile:  602.382.6070
15 jcondo@swlaw.com
   asheridan@swlaw.com

16 Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
17 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
18 NELSON MULLINS RILEY & SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
19 Atlanta, GA  30363
   Telephone: (404) 322-6000
20 Telephone: (602) 382-6000
   richard.north@nelsonmullins.com
21 matthew.lerner@nelsonmullins.com

22 *Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.*

23
24              **IN THE UNITED STATES DISTRICT COURT**
25                   **FOR THE DISTRICT OF ARIZONA**

26 | IN RE:  BARD IVC FILTERS | No. 2:15-MD-02641-DGC |
   | PRODUCTS LIABILITY LITIGATION, | |
27 | | **JOINT REPORT TO COURT REGARDING PRESERVATION** |
28

In accordance with Section XV of Case Management Order No. 8 (Doc. 519), the parties have met and conferred regarding whether they can agree on a stipulated order dealing with preservation, including by plaintiffs.  Based on those discussions, the parties believe that an ESI preservation order is not necessary at this time given the preservation obligations that they are already under pursuant to the Federal Rules of Civil Procedure and applicable case law.  The parties have further agreed that if either of their positions changes regarding whether a preservation order is necessary, they will meet and confer in good faith with each other before bringing it to the Court's attention for resolution.

DATED this 12th day of February 2016.

GALLAGHER & KENNEDY, P.A.

By: */s/ Robert W. Boatman*
    Robert W. Boatman (009619)
    Paul L. Stoller (016773)
    Shannon L. Clark (019708)
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

SNELL & WILMER L.L.P.

By: */s/ Matthew B. Lerner [with permission]*
    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Nancy Jo Koenes*

5246575v1/26997-0001