# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                     Case No. 15-md-02641-PHX-DGC

_____                     MDL No. 2641

**This Document Relates to:**

**2:15-cv-130-DGC**

_____

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

The undersigned, Ramon Rossi Lopez, has been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for:

Plaintiff, Bradley Ricker.

Dated: February 12, 2016                     Respectfully Submitted,

                                             /s/ *Ramon Rossi Lopez*

                                             Ramon Rossi Lopez

LOPEZ MCHUGH LLP

100 Bayview Circle, Suite 5600

Newport Beach, CA 92660

Phone: (949) 737-1501

Fax: (949) 737-1504

Email: rlopez@lopezmchugh.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS PRODUCTS

LIABILITY LITIGATION                              Case No. 15-md-02641-PHX-DGC

_____                        MDL No. 2641

This Document Relates to:

2:15-cv-130-DGC


_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

/s/ *Ramon Rossi Lopez*

Ramon Rossi Lopez

LOPEZ MCHUGH LLP

100 Bayview Circle, Suite 5600

Newport Beach, CA 92660

Phone: (949) 737-1501

Fax: (949) 737-1504

Email: rlopez@lopezmchugh.com