**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Myra Edwards,<br><br>    Plaintiff,<br>v.<br><br>C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.<br><br>    Defendants. | ) No. MD-15-02641-PHX-DGC<br>)<br>) Civil Action No.: 2:15-cv-02090-DGC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW the Plaintiff, Myra Edwards, by and through the undersigned counsel, and respectfully withdraws its Amended Complaint currently pending before the Court. The Amended Complaint was filed incorrectly and Plaintiff would like to withdraw this Amended Complaint so she can file it correctly according to Federal Rule of Civil Procedure 15.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully requests the Court withdraw its Amended Complaint filed on February 11, 2016.

RESPECTFULLY SUBMITTED this 16th day of February, 2016.

                                              **BARON & BUDD, P.C.**

                                    By:    /s/ Laura Baughman
                                                  Laura J. Baughman
                                                  Russell W. Budd
                                                  1302 Oak Lawn Avenue, Suite 1100
                                                  Dallas, TX 75219
                                                  Phone: (214) 521-3605
                                                  Facsimile: (214) 520-1181
                                                  lbaughman@baronbudd.com
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2016, I electronically transmitted the foregoing Motion to Withdraw Plaintiff's Amended Complaint to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Laura Baughman
Laura J. Baughman