# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Myra Edwards,<br><br>    Plaintiff,<br>v.<br><br>C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.<br><br>    Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2:15-cv-02090-DGC |

**ORDER**

Good cause having been shown, Plaintiff's Motion to Withdraw Plaintiff's Amended Complaint is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint is withdrawn.

Dated: _____

_____
Honorable David G. Campbell