**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC <br> Civil Action No.: CV15-02090-PHX DGC |
| Myra Edwards, <br>         Plaintiff, <br> v. <br> C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. <br>         Defendants. | **ORDER** |

Plaintiff, Myra Edwards, has filed a motion to withdraw Plaintiff's amended complaint. Doc. 734.

**IT IS ORDERED** that the motion (Doc. 734) is **granted.** Plaintiff's amended complaint (Doc. 702) is withdrawn.

Dated this 17th day of February, 2016.

_____
David G. Campbell
United States District Judge