James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF NEW EVIDENCE REGARDING FDA CLEARANCE** |

COMES NOW the defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard") and hereby give notice that, on February 18, 2016, the United States Food and Drug and Administration ("FDA") issued a letter providing 510(k) clearance for the Recovery Cone.  A copy of that letter is attached.  The clearance of this device ensures that physicians and patients will continue to have uninterrupted access to the Recovery Cone for the retrieval of Bard's filters, as they have in the past.  (See Dkt. No. 693, page 11).

DATED this 18th day of February, 2016.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Richard B. North, Jr.
    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    201 17th Street, NW, Suite 1700
    Atlanta, GA 30363

    James R. Condo
    Amanda C. Sheridan
    SNELL & WILMER L.L.P.
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, AZ 85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

 s/ Richard B. North, Jr.
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.