**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-md-02641-DGC |
| Barbara Van Sciver,<br>　　　Plaintiff,<br>v.<br>C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.,<br>　　　Defendants. | Civil Action No.: 2:16-cv-00386-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Barbara Van Sciver hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 19th day of February, 2016.

By:　*/s/　Wendy R. Fleishman*
　　　Wendy R. Fleishman
　　　Daniel E. Seltz
　　　**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
　　　250 Hudson St., 8th Floor
　　　New York, NY 10013
　　　Phone: (212) 355-9500
　　　Fax:　　(212) 355-1008
　　　wfleishman@lchb.com
　　　dseltz@lchb.com

　　　Annesley H. DeGaris
　　　**DEGARIS LAW GROUP, LLC**
　　　3179 Green Valley Road, 235
　　　Birmingham, AL 35243
　　　Phone: (205) 558-9000
　　　Fax:　　(205) 647-3354
　　　adegaris@degarislaw.com

　　　*Attorneys for Plaintiff*

-1-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

>    */s/ Wendy R. Fleishman*
>    Wendy R. Fleishman

1292344.1                                      -1-