# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-md-02641-DGC |
| Deborah Kucharski,<br><br>　　　　Plaintiff,<br>v.<br><br>C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.,<br><br>　　　　Defendants. | Civil Action No.: 2:16-cv-00175-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Deborah Kucharski hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 19th day of February, 2016.

By: */s/ Wendy R. Fleishman*
Wendy R. Fleishman
Daniel E. Seltz
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St., 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Fax:    (212) 355-1008
wfleishman@lchb.com
dseltz@lchb.com

Annesley H. DeGaris
**DEGARIS LAW GROUP, LLC**
3179 Green Valley Road, 235
Birmingham, AL 35243
Phone: (205) 558-9000
Fax:    (205) 647-3354
adegaris@degarislaw.com

*Attorneys for Plaintiff*

-1-

1292343.4

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman

1292343.4                                        -1-