IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This Document Relates to:<br>Ruden v. C.R. Bard, Inc. | Case No. 2:15-md-02641-DGC<br><br>[PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Sutter West Bay Hospitals, doing business as California Pacific Medical Center's (hereinafter "CPMC") motion to dismiss Plaintiff Wayne Ruden's Second, Ninth, and Tenth Causes of Action and the request for punitive damages set forth in the Complaint against CPMC was heard before this Court on _____.

After reviewing the briefs and hearing the arguments of counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

Defendant CPMC'S motion to dismiss the Second, Ninth, and Tenth Causes of Action and the request for punitive damages set forth in the Complaint against CPMC is GRANTED WITH PREJUDICE. The Complaint fails to state a claim upon which relief can be granted against CPMC, in that CPMC does not owe a fiduciary duty of care to Plaintiff Ruden under *Moore v. Regents of University of California,* 51 Cal.3d 120 (1990).

[PROPOSED] ORDER ON DEFENDANT CPMC'S MOTION TO DISMISS
CASE NO. 2:15-md-02641-DGC      1

1  CPMC did not have a duty to inform Plaintiff of the FDA's
2  August 2010 correspondence, which renders invalid Plaintiff's
3  cause of action for negligence as to CPMC. *Derrick v. Ontario*
4  *Community Hospital*, 47 Cal.App.3d 145 (1975).  Moreover, this
5  is essentially a product liability action, and under California
6  law, a medical provider such as CPMC cannot be held strictly
7  liable for product defects. *Silverhart v. Mount Zion Hospital*,
8  20 Cal.App.3d 1022 (1971).   Finally, Plaintiff's punitive
9  damages claim is legally and factually unsubstantiated and
10 insufficiently pled against CPMC, a California corporation.
11         Therefore, the Second, Ninth, and Tenth Causes of
12 Action, and plaintiff's punitive damages claim are dismissed
13 without leave to amend.
14         **IT IS SO ORDERED**.