| | |
|---|---|
| Name | Hilary E. Youngblood |
| Bar # | California Bar No. 258026 (Admitted Pro Hac Vice) |
| Firm | DAVIDOVITZ + BENNETT |
| Address | 101 Montgomery Street, 25th Floor |
| | San Francisco, CA 94104-4176 |
| | HYoungblood@dblawsf.com |
| Telephone | (415) 956-4800 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

In Re: Bard IVC Filters Prod. Liability )
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　)　　**Case No.** 2:15-md-02641-DGC
　　　　vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**Corporate Disclosure Statement**
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)

　　　This Corporate Disclosure Statement is filed on behalf of California Pacific Medical Center in compliance with the provisions of: *(check one)*

☑　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐　　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐　　Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 19th day of February, 2016.

Hilary E. Youngblood
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on the date below, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

Dated this 19th day of February, 2016.

s/ Hilary E. Youngblood
Davidovitz + Bennett
Attorneys for Defendant,
Sutter West Bay Hospitals, doing business as California Pacific Medical Center