# EXHIBIT A

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF
GOOD STANDING**

*I,* <u>GREGORY J. LINHARES</u> *, Clerk of this Court,*

*certify that* <u>Eric D. Holland</u> *, Bar #* <u>39935MO</u> *,*

*was duly admitted to practice in this Court on*

<u>December 28, 1993</u> *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* <u>St. Louis, Missouri</u> *on* <u>February 17, 2016</u> *.*

LOCATION                              DATE



/s/ Elizabeth A. Kirkland

CLERK                              *DEPUTY CLERK*