# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lance Cain, | ) |
| | ) |
| Plaintiff, | ) MDL Case No. 2:15-md-02641-DGC |
| | ) |
| C.R. Bard, Inc., et al., | ) Civil Action No. 2:16-cv-00446-DGC |
| | ) |
| Defendant. | ) |

## ORDER ON APPLICATION OF ATTORNEY FOR
## ADMISSION TO PRACTICE PRO HAC VICE

The Application of Eric D. Holland for Admission to Practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing from a FEDERAL Bar. Applicant has requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the case in the United States District Court for the District of Arizona.