Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MD No. 02641 |
|---|---|
| | **NOTICE OF SUBMISSION OF AMENDED CASE MANAGEMENT ORDER NO. 4 RE: MASTER COMPLAINT, MASTER RESPONSIVE PLEADING, USE OF SHORT FORM COMPLAINT, WAIVER OF SERVICE FOR BARD DEFENDANTS, AND ANSWER AND GENERAL DENIAL IN CASES SUBSEQUENTLY TRANSFERRED TO MDL 2641** |

As discussed at the Court's January 29, 2016, Case Management/Status Conference, Plaintiffs' Co-Lead/Liaison Counsel submit a proposed form of Amended Case Management Order No. 4, to address the Master Complaint, Master Responsive Pleading, use of Short Form Complaint, waiver of service for Bard Defendants, and answer and general denial in cases subsequently transferred to MDL 2641. The form of order and attached Amended Short Form Complaint are agreed and stipulated to by the parties.

/ / /

/ / /

/ / /

DATED this 23rd day of February, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 E. Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nancy Jo Koenes

5254289v1/26997-0001