Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MD No. 02641<br><br>**NOTICE OF SUBMISSION OF AMENDED CASE MANAGEMENT ORDER NO. 5 RE: PLAINTIFF AND DEFENDANT PROFILE FORMS** |

Plaintiffs' Co-Lead/Liaison Counsel submit a proposed form of Amended Case Management Order No. 5, to address plaintiff and defendant profile forms. The form of order and attached profile forms are agreed and stipulated to by the parties.

DATED this 23rd day of February, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
Robert W. Boatman
Paul L. Stoller
Shannon L. Clark
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225

**LOPEZ McHUGH LLP**
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nancy Jo Koenes

5254285v1/26997-0001

2