IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

*MDL No. 2641*
*In Re Bard IVC Filter Products Liability Litigation*

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements set forth in the applicable Case Management Order.

## 1. CASE INFORMATION

**Caption:** _____   **Date:** _____

**Docket No.:** _____

**Plaintiff's attorney and Contact information:**

_____

_____

_____

## 2. PLAINTIFF INFORMATION

**Name:** _____

**Maiden Name:** _____

**Address:** _____

**Date of birth:** _____

**Social Security No.:** _____

**Occupation:** _____

**Spouse:** _____

**Is Spouse Making Claim for Loss of Consortium?**   ☐ Yes ☐ No

## 3. DEVICE INFORMATION

    A. Filter Model (e.g., Recovery®, G2®, etc.): _____

    B. Lot Number: _____

    C. Date of Bard IVC Filter implant: _____

    D. Attach medical evidence of product identification and operative report for filter placement.

E. **Please check all the reasons why you believe your Bard Filter was placed:**

☐ Filter Placed After Being Diagnosed with Deep Vein Thrombosis/Pulmonary Embolism

☐ Filter Placed in Conjunction with or before Orthopedic Procedure

☐ Filter Placed in Conjunction with Trauma Situation/Motor vehicle accident

☐ Filter Placed in Conjunction with or before Bariatric Procedure

☐ Other Reason(s) for implant (explain): _____

_____

☐ Unknown

☐ See medical records attached

F. **Provide the name and address of both the doctor who implanted the Bard Filter and the hospital or medical facility at which the filter was placed:**

Doctor:_____

_____

Hospital/MedicalFacility:_____

_____

## 4. FAILURE MODE ALLEGED

**Please check all failure mode(s) that you allege apply to your Bard Filter:**

☐ Fracture
☐ Perforation of filter strut(s) into organs
☐ Migration of entire filter to heart
☐ Tilt with filter embedded in wall of the IVC
☐ Device unable to be retrieved
☐ Bleeding
☐ Other failure mode(s)
   If other, please describe _____

_____

## 5. REMOVAL INFORMATION

A. **Has your Bard Filter been removed?**

☐ Yes
☐ No

☐ Unknown

B. If your Bard <u>Filter</u> has been removed or a doctor has attempted to remove your Filter, please check <u>all</u> that apply regarding the removal or attempted removal procedure(s):

☐ Removed percutaneously

☐ Removed via an open abdominal procedure

☐ Removed via an open chest procedure

☐ Attempted but unsuccessful percutaneous removal procedure

☐ Attempted but unsuccessful open abdominal procedure

☐ Attempted but unsuccessful open chest procedure

☐ Unknown

☐ See medical records attached

C. Provide the name(s) and address(es) of both the doctor(s) who removed your Bard Filter (or attempted to remove it) and the hospital or medical facility where removal/attempted removal occurred:

**Filter Removal/Attempted Removal #1**
Doctor:_____
Hospital/MedicalFacility:_____


**Filter Removal/Attempted Removal #2**
Doctor:_____
Hospital/MedicalFacility:_____

## 6. FRACTURED STRUTS

A. Do you claim that your Bard Filter <u>fractured?</u>
☐ Yes

☐ No

**If you answered YES, answer the below questions in this section.**

**If you answered NO, skip the rest of Section 6 and go below to section 7 - "Outcome Attributed to Device."**

3

B. **Are any fractured filter struts retained in your body?**
   ☐ Yes

   ☐ No

   ☐ Unknown

   If yes, identify the location(s) within your body of each retained filter strut.
   _____
   _____

C. **Have any fractured filter struts been removed from your body?**
   ☐ Yes

   ☐ No

   ☐ Unknown

D. **If any fractured filter strut has been removed (or a doctor has attempted to remove any strut), please check all that apply regarding the removal / attempted removal procedure(s):**

   ☐ Removed percutaneously

   ☐ Removed via an open abdominal procedure

   ☐ Removed via an open chest procedure

   ☐ Attempted but unsuccessful percutaneous removal procedure

   ☐ Attempted but unsuccessful open abdominal procedure

   ☐ Attempted but unsuccessful open chest procedure

   ☐ Other, Describe_____

   ☐ Unknown

E. **Provide the name and address of both the doctor who removed (or attempted to remove) the filter strut(s) and the hospital or medical facility at which it was removed (or attempted to be removed)**

   **Filter Strut Removal/Attempted Removal #1**
   Doctor:_____

4

Hospital/MedicalFacility:_____

**Filter Strut Removal/Attempted Removal #2**

Doctor:_____

Hospital/MedicalFacility:_____

## 7. OUTCOME ATTRIBUTED TO DEVICE

A. **Do you claim to be suffering from any bodily injuries, including psychological injuries that are above and beyond usual pain and suffering and mental anguish, related to the Filter?**

☐ Yes

☐ No

If your answer is "**Yes**," please list all symptoms and injuries you claim to have suffered :

_____

_____

Of the injuries/symptoms you listed above, which do you claim to be suffering from at the current time:

_____

_____

\*\*\*

Plaintiff reserves the right to supplement any and all responses upon the receipt of additional information.

| | |
|---|---|
| _____ | _____ |
| Date | Signature of Plaintiff |
| | |
| _____ | _____ |
| Date | Signature of Plaintiff – Spouse (signature only necessary if Loss of Consortium is alleged) |