IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)  **This Document Relates to:**<br>)  Denise Gill<br>)  **MDL Case No.** MD-15-02641-DGC<br>)  **Civil Action No.** 2:16-cv-110-DGC<br>) |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DENISE GILL and Defendant C.R. Bard, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 24th day of February, 2016

Respectfully submitted,

/s/Matthew R. Lopez
Ramon Rossi Lopez
Matthew Ramon Lopez
**LOPEZ MCHUGH, LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504

*Attorneys for Plaintiff*

/s/ Richard B. North
Richard B. North
Matthew Lerner
**Nelson Mullins Riley & Scarborough, LLP**

201 17th Street, NW, Suite 1700
Atlantic Station, Atlanta, GA 30363

*Attorneys for Defendant C.R. Bard, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, this 24th day of February, 2016, I have electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/*Matthew R. Lopez*