1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC

**ORDER REGARDING MOTION TO STRIKE AND RE-FILE CERTAIN EXHIBITS UNDER SEAL** |

The plaintiffs have filed an Unopposed Motion to Strike and Re-File Exhibits in Support of Plaintiffs' Memorandum Re Relevancy and Discoverability of FDA Inspection and Warning Letter and Recovery Cone Removal System.  Doc. ____.

**IT IS ORDERED:**

1.      The motion to strike and re-file (Doc. ____) is **granted**.

2.      Plaintiffs' Exhibits in Support of Memorandum Re Relevancy and Discoverability of FDA Inspection and Warning Letter and Recovery Cone Removal System (Docs. 697-1 and 697-2) are stricken.  Plaintiffs may re-file these documents as corrected.

3.      Plaintiffs may replace Exhibit 18.

4.      Exhibits 6 and 10 to that Memorandum, constitute "Confidential Information" under the stipulated protective order, and trade secrets or other confidential research, development of commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    5.    Plaintiff may re-file Exhibits 6 and 10 under seal without further order of the Court.  The Clerk is directed to accept filing under seal Exhibits 6 and 10.

5256092v2/26997-0001