# EXHIBIT A

Obituaries    Funeral Homes    Photos & Memorials    Send Flowers    Grief & Support    Start your Family Tree    Search

## Obituary

Print

**Marcia Roeder**  |  **Visit Guest Book**

Remember Obituary

Remember on Facebook

Share with Others



MARCIA ROEDER

BLUFFTON — Marcia E. Roeder, 70, passed away at 12:15 AM on Saturday, November 14, 2015, at Mennonite Memorial Home Health Services, in Bluffton, Ohio.

Marcia was born on Monday, January 22, 1945, in Lima, Ohio, to the late Harold and Mary (Stonehill) Wolff.

Marcia retired from the State of Ohio Mental Health as a Medical Liaison for the Central Ohio Psychiatric Hospital in Columbus. She was a member of the Ohio Genealogy Society, Allen County Museum and Ohio Historical Society. She enjoyed doing research into her family history, shopping and gardening. She was an avid OSU fan and enjoyed planning family get-togethers and spending time with her grandchildren, nieces and nephews.

Survivors include two sons, Steve (Carri) Roeder of Harrod and Brant (Beverly) Roeder of Tucson, AZ; five grandchildren, Shelby, Natalie, Amber, Macey and McKenna Roeder; two sisters, M. Erika Wolff of Las Vegas, NV and Manette E. Wolff of Lima; sister-in-law, Jan Wolff and a special friend, Deloris Bartlett.

She is preceded in death by: a brother, Pastor Marc E. Wolff.

A funeral service will begin at 6 PM on Wednesday, November 18, 2015 at Chamberlain-Huckeriede Funeral Home in Lima, OH. Pastor Bill Herr will officiate.

The family will receive friends from 2 to 6 PM on Wednesday, November 18, 2015 at Chamberlain-Huckeriede Funeral Home in Lima, Ohio.

Memorial contributions may be made to Mennonite Memorial Home, 700 Maple Crest Ct., Bluffton, Ohio 45817.

Condolences may be expressed at www.chamberlainhuckeriede.com.

## Funeral Home

Chamberlain-Huckeriede Funeral Home
920 North Cable Road
Lima, OH 45805
419-229-2300

 Funeral Home Details

Send Flowers

Published in The Lima News from Nov. 16 to Nov. 17, 2015

## Guest Book

3 entries