Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff Evan Laufer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | Civil Action No.: 2-16-CV-00519-DGC |
| Evan Laufer, | |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff, Evan Laufer, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 26th day of February, 2016.

Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900

**SHAW COWART, LLP**

1

2          By:    */s/ Ethan L. Shaw*
                  Ethan L. Shaw (TX Bar No. 18140480)
3                 Matthew J. Riley (TX Bar No. 24070500)
                  Justin W. Fishback (TX Bar No. 24056736)
4                 (*Admitted Pro Hac Vice*)
                  1609 Shoal Creek Blvd., Ste. 100
5                 Austin, Texas 78701
                  (512) 499-8900 telephone
6                 (512) 320-8906 facsimile
                  elshaw@shawcowart.com
7                 mriley@shawcowart.com
                  jfishback@shawcowart.com
8
          *Attorneys for Plaintiff Evan Laufer*
9
                    Certificate of Service
10

11      I hereby certify that on this 26th day of February, 2016, I electronically transmitted the

12 foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and

13 transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's

14 electronic filing system.

15                                        */s/ Ethan L. Shaw*

16

17

18

19

20

21

22