Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff Dorothy Spann obo Simmy Hill*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | Civil Action No.: 2-16-CV-00518-DGC |
| Dorothy Spann obo Simmy Hill, | |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff, Dorothy Spann obo Simmy Hill, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 26th day of February, 2016.

**SHAW COWART, LLP**

By: */s/ Ethan L. Shaw*
    Ethan L. Shaw (TX Bar No. 18140480)
    Matthew J. Riley (TX Bar No. 24070500)
    Justin W. Fishback (TX Bar No. 24056736)
    (*Admitted Pro Hac Vice*)
    1609 Shoal Creek Blvd., Ste. 100
    Austin, Texas 78701
    (512) 499-8900 telephone
    (512) 320-8906 facsimile
    elshaw@shawcowart.com
    mriley@shawcowart.com
    jfishback@shawcowart.com

*Attorneys for Plaintiff*
*Dorothy Spann obo Simmy Hill*

## Certificate of Service

I hereby certify that on this 26th day of February, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Ethan L. Shaw*