James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| WAYNE RUDEN, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, <br><br> Defendants. | Case No. CV-16-00344-PHX-DGC <br><br> **DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S RESPONSE TO CALIFORNIA PACIFIC MEDICAL CENTER'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO REMAND** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") hereby file this Response to Defendant California Pacific Medical Center's ("CPMC")

Motion to Dismiss Plaintiff's Amended Complaint or in the Alternative Motion to Remand (the "Motion").

On February 26, 2016, Bard filed its Response in Opposition to Plaintiff's Motion to Remand [MDL 2641 Dkt. No. 887] (Bard's "Response"), arguing that Bard properly removed this case to federal court based on diversity jurisdiction because Plaintiff fraudulently misjoined his medical malpractice claims against co-defendant CPMC to his product liability claims against Bard. CPMC's Motion provides an alternative basis for federal jurisdiction. Specifically, to the extent this Court agrees with CPMC that Plaintiff has failed to state a claim against CPMC that is plausible on its face, CPMC is fraudulently joined in this case, and its citizenship should be ignored for purposes of determining diversity jurisdiction. *See McCabe v. Gen. Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987).

CPMC's Motion argues in the alternative that if this Court concludes that Plaintiff has a viable claim against CPMC, it should remand the case to state court for lack of subject matter jurisdiction. *See* CPMC's Mot. [MDL 2641 Dkt. No. 870] at p. 17. Bard opposes CPMC's Motion only to the extent it seeks remand. Even if Plaintiff's medical malpractice claims against CPMC are viable, they are still fraudulently misjoined to this product liability action against Bard, as argued by Bard in its Response. *See* Bard's Resp. [MDL 2641 Dkt. No. 887]. Therefore, if this Court denies CPMC's Motion to Dismiss, Bard respectfully requests that this Court also deny its Motion to Remand, and, instead, sever and remand to state court Plaintiff's fraudulently misjoined medical malpractice claims against CPMC.

This 26th day of February, 2016.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050

| | |
|---|---|
| 1 | richard.north@nelsonmullins.com |
| | matthew.lerner@nelsonmullins.com |
| 2 | |
| | James R. Condo (#005867) |
| 3 | Amanda Sheridan (#005867) |
| | SNELL & WILMER L.L.P. |
| 4 | One Arizona Center |
| | 400 E. Van Buren |
| 5 | Phoenix, AZ 85004-2204 |
| | PH: (602) 382-6000 |
| 6 | JCondo@swlaw.com |
| | ASheridan@swlaw.com |
| 7 | |
| | **Attorney for Defendants C. R. Bard, Inc. and** |
| 8 | **Bard Peripheral Vascular, Inc.** |

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
