IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: 2:15-md-02641-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ☐ LODGED
RECEIVED ☐ COPY
FEB 2 9 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Robert Diemer, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Defendant California Pacific Medical Center.

**City and State of Principal Residence:** San Francisco, CA
**Firm Name:** DB Law - Davidovitz + Bennett
**Address:** 101 Montgomery Street   **Suite:** 2550
**City:** San Francisco   **State:** CA   **Zip:** 94104
**Firm/Business Phone:** (415) 956-4800
**Firm Fax Phone:** (415) 788-5948   **E-mail Address:** rdiemer@dblawsf.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| All California State Courts (Superior and Appellate) | | ✓ Yes   ☐ No* |
| USDC Northern District of California | | ✓ Yes   ☐ No* |
| USDC Central District of California | | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Feb. 26, 2016
Date                                        Signature of Applicant

Fee Receipt # PHV69037

(Rev. 04/12)

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Robert C. Diemer__, Bar No. __124998__

was duly admitted to practice in this Court on __August 24, 1990__
<br>*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __February 17, 2016__
<br>*Date*

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher, Deputy Clerk



G-52 (10/15)         CERTIFICATE OF GOOD STANDING - BAR MEMBER