1

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

3

_____

4

**IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION**

5

Case No. 15-md-02641-PHX-DGC

6

_____

MDL No. 2641

7

8

**This Document Relates to:**

9

**4:15-CV-4380**

10

_____

11

12

**NOTICE OF APPEARANCE**

13

TO:    The Clerk of the Court and all parties of record:

14

The undersigned, Julia Reed Zaic, has been admitted or otherwise authorized to

15

practice in this Court, and appear in this case as counsel for:

16

Plaintiff, Joanna Darwactor.

17

Dated: February 29, 2016

Respectfully Submitted,

18

19

/s/ *Julia Reed Zaic*

20

Julia Reed Zaic

21

HEAVISIDE REED ZAIC
312 Broadway Street, Suite 203

22

Laguna Beach, CA 92651

23

Phone: (949) 715-5120
Fax: (949) 715-5123

24

Email: Julia@hrzlaw.com

25

Attorney for Plaintiff

26

27

28

1
2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

3

_____

4
5

**IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION**

Case No. 15-md-02641-PHX-DGC

6

_____

MDL No. 2641

7
8

**This Document Relates to:**

9

**4:15-CV-4380**

10

_____

11
12

**CERTIFICATE OF SERVICE**

13

I hereby certify that on this 29th day of February, 2016, a copy of the foregoing

14
15

NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing

16

system. Those attorneys who are registered with the Court's electronic filing system

17

may access this filing through the Court's system, and notice of this filing will be sent to

18
19

these parties by operation of the Court's electronic filing system.

20

Respectfully Submitted,

21

/s/ *Julia Reed Zaic*

22

Julia Reed Zaic
HEAVISIDE REED ZAIC

23

312 Broadway Street, Suite 203

24

Laguna Beach, CA 92651
Phone: (949) 715-5120

25

Fax: (949) 715-5123
Email: Julia@hrzlaw.com

26
27

Attorney for Plaintiff

28

2