# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

Case No. 15-md-02641-PHX-DGC

MDL No. 2641

_____

**This Document Relates to:**

4:15-CV-4380

_____

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

The undersigned, Laura Elizabeth Smith, has been admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for: Plaintiff, Joanna Darwactor.

Dated: February 29, 2016            Respectfully Submitted,

/s/ *Laura Elizabeth Smith*
Laura Elizabeth Smith
HEAVISIDE REED ZAIC
312 Broadway Street, Suite 203
Laguna Beach, CA 92651
Phone: (949) 715-5120
Fax: (949) 715-5123
Email: Laura@hrzlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

Case No. 15-md-02641-PHX-DGC

MDL No. 2641

_____

**This Document Relates to:**

4:15-CV-4380

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

    Respectfully Submitted,

    /s/ *Laura Elizabeth Smith*
    Laura Elizabeth Smith
    HEAVISIDE REED ZAIC
    312 Broadway Street, Suite 203
    Laguna Beach, CA 92651
    Phone: (949) 715-5120
    Fax: (949) 715-5123
    Email: Laura@hrzlaw.com

    Attorney for Plaintiff