Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (admitted *pro hac vice*)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**Joint Motion to Extend the Time to Submit a Stipulation or Joint Report on Plaintiffs' and Defendants' Fact Sheets** |

In accordance with this Court's February 2, 2016, Case Management Order No. 8 (Doc. 519), the Parties are required by today – March 1, 2016—to file a stipulation or joint submission on the procedure to govern the selection of bellwether cases, which is required to include proposed forms of Plaintiffs' and Defendants' fact sheets. While the parties will be timely filing a joint submission regarding the proposed procedure for selection of bellwether cases and have exchanged proposed fact sheets, they are still negotiating and assessing the scope of the opposing parties' proposed fact sheets and related document requests. Given that the parties are continuing to negotiate with one another in good faith regarding the scope of the fact sheets, the parties respectfully request that the Court extend the time for the Parties to submit a stipulation or joint stipulation on the fact sheets by March 18, 2016. The Parties have submitted a proposed form of Order with this joint motion.

DATED this 1st day of March, 2016.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: s/Robert W. Boatman<br>    Robert W. Boatman (009619)<br>    Paul L. Stoller (016773)<br>    Shannon L. Clark (019708)<br>    2575 East Camelback Road<br>    Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>Attorneys for Plaintiffs | By: s/Matthew B. Lerner<br>    Richard B. North, Jr. (admitted *pro hac vice*)<br>    Georgia Bar No. 545599<br>    Matthew B. Lerner (admitted *pro hac vice*)<br>    Georgia Bar No. 446986<br>    Nelson Mullins Riley & Scarborough LLP<br>    201 17th Street, NW / Suite 1700<br>    Atlanta, GA  30363<br><br>James R. Condo<br>Amanda C. Sheridan<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                       s/Matthew B. Lerner
                                       Matthew B. Lerner

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000