IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC **ORDER** |
|---|---|

Upon consideration of the parties' Joint Motion to Extend the Time to Submit A Stipulation or Joint Report on Plaintiffs' and Defendants' Fact Sheets, the motion is hereby granted.

The parties shall have until March 18, 2016, to submit a Stipulation or Joint Report on Plaintiffs' and Defendants' Fact Sheets.