Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona   85004-2202
Telephone: (602) 382.6000
Facsimile: (602) 382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA   30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:    Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**STIPULATION REGARDING STATUS OF MATURE CASES** |

Pursuant to Paragraph I.C of Case Management No. 8, the parties have met and conferred concerning the status of the 13 cases previously designed by the Court and the parties as "Mature Cases".   The parties agree that the cases of Conn, Milton, and Mintz should be removed from the list, because of the amount of remaining discovery to be accomplished in those cases.

The parties agree that the status of the remaining 10 mature cases is set forth in the chart attached as Exhibit "A".   Depending on the progress of discovery regarding the FDA warning letter and the Kay Fuller allegations, the parties estimate that the cases will be ripe for remand in 4-6 months.   Subject to the Court's approval, the parties will keep the Court apprised of the status of the ongoing discovery impacting those cases, and will advise the Court at a later status conference when the cases are ripe for remand.

DATED this 1st day of March, 2016.

Respectfully submitted,

GALLAGHER & KENNEDY, P.A.

By: s/Robert W. Boatman
    Robert W. Boatman (009619)
    Paul L. Stoller (016773)
    Shannon L. Clark (019708)
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

    Ramon Rossi Lopez
    (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ McHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

    Attorneys for Plaintiffs

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/Matthew B. Lerner
James R. Condo
Amanda C. Sheridan
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona   85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
201 17th Street, NW / Suite 1700
Atlanta, GA   30363

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/Matthew B. Lerner
Matthew B. Lerner