# EXHIBIT A

## Status of Mature Cases

| Plaintiff | Original Jurisdiction | Discovery that Remains to be Completed [1] | Motion Pending at time of Transfer that May be Renewed |
|---|---|---|---|
| 1. Cason, Pamela | GA – N.D. Ga.<br><br>1:12-cv-1288 | Discovery regarding new medical claims and damages alleged by plaintiff that occurred in Spring of 2015, including:<br><br>• Updated deposition of Plaintiff.<br><br>• Updated medical records.<br><br>• Depositions of newly identified treaters.<br><br>• Supplemental medical expert reports and medical expert depositions, as necessary. | • None. MSJ and *Daubert* motions previously filed and ruled upon by transferor Court. |
| 2. Coker, Jennifer | GA – N.D. Ga.<br><br>1:13-cv-515 | Fact discovery not completed; deadline at time of MDL transfer was August 17, 2015. Expert discovery had been completed but Plaintiffs supplemented expert reports. Discovery remaining:<br><br>• Re-deposition of Dr. Patterson and deposition of Dr. Sing on their supplemental reports submitted on August 10 and 11, 2015, respectively<br><br>• Submitting supplemental reports from both of Bard's case specific medical experts, Dr. Sobiesczyk and Dr. Fischman, responding to Plaintiffs' Experts Supplemental Reports.<br><br>• Bard's deposition of Plaintiffs Expert McMeeking. | • Deadline for filing motions had not passed. Bard anticipates filing Summary Judgment and *Daubert* motions. |

---

[1] In all cases, Plaintiffs records need to be updated. In some cases, updated records may trigger the need for an additional treater deposition and/or an updated Plaintiff deposition.

| Plaintiff | Original Jurisdiction | Discovery that Remains to be Completed [1] | Motion Pending at time of Transfer that May be Renewed |
|---|---|---|---|
| 3. Ebert, Melissa | PA – E.D. Pa. 5:12-cv-1253 | Fact and expert discovery complete. | • Bard's Motion for Summary Judgment<br><br>• Bard's Motion to Exclude Opinions of Robert McMeeking & Matthew Begley<br><br>• Bard's Motion to Exclude Opinions of Michael Freeman<br><br>• Bard's Motion to Exclude Opinions of William Hyman |
| 4. Fox, Susan | TX– N.D. Tex. 3:14-cv-133 | Fact discovery completed. Expert discovery was due June 23, 2015, and the parties had agreed to request an extension of time for expert reports through July 20, 2015. Discovery remaining:<br><br>• Exchange expert reports<br><br>• Expert depositions | • Deadline for filing motions had not passed. Bard anticipates filing Summary Judgment and *Daubert* motions. |
| 5. Henley, Angela | WI – E.D. Wis. 2:14-cv-59 | Fact and expert discovery completed, except for substitution of a new case specific medical expert by Bard. Bard's case specific medical expert died after submitting his report in this case. Discovery remaining :<br><br>• Bard to provide case specific medical expert report<br><br>• Expert depositions | • Deadline for filing motions had not passed. Bard anticipates filing Summary Judgment and *Daubert* motions. |

2

| Plaintiff | Original Jurisdiction | Discovery that Remains to be Completed [1] | Motion Pending at time of Transfer that May be Renewed |
|---|---|---|---|
| 6. Keen, Harry | PA – E.D. Pa.<br><br>5:13-cv-5361 | Fact and expert discovery complete. | • Bard's Motion for Summary Judgment<br><br>• Bard's Motion to Exclude Opinions of Suzanne Parisian<br><br>• Bard's Motion to Exclude Opinions of William Hyman |
| 7. Ocasio, Denise | FL – M.D. Fla.<br><br>8:13-cv-1962 | Fact and expert discovery completed, except Bard to identify rebuttal material s engineering expert and provide expert report. | • Summary Judgment and *Daubert* Motions filed and ruled upon |
| 8. Rivera, Vicki | MI—E.D. Mich | Fact and expert discovery completed, except:<br><br>• Deposition of additional treaters on medical issues identified at Ms. Rivera's deposition taken shortly before MDL transfer. | • Deadline for filing motions had not passed. Bard anticipates filing Summary Judgment and *Daubert* motions. |
| 9. Smith, Erin | TX – E.D. Tex.<br><br>1:13-cv-633 | Fact and Expert discovery not completed at time of transfer to MDL. Discovery remaining:<br><br>• Deposition of sales rep<br><br>• Expert depositions | • Summary Judgment motion pending<br><br>• Bard's Motion to Exclude Opinions of Suzanne Parisian (briefing on motion was not complete at time of transfer)<br><br>• Bard's Motion to Exclude Opinions of William Hyman (briefing on motion was not complete at time of transfer)<br><br>• Plaintiffs Motion to Exclude Opinions of Frederick Rogers, M.D. (briefing on motion was not |

3

| Plaintiff | Original Jurisdiction | Discovery that Remains to be Completed [1] | Motion Pending at time of Transfer that May be Renewed |
|---|---|---|---|
| | | | complete at time of transfer) |
| 10. Tillman | FL – M.D. Fla. 3:13-cv-222 | Fact and expert discovery completed, except for substitution of a new case specific medical expert by Bard. Bard's case specific medical expert died after submitting his report in this case. Discovery remaining:<br><br>• Bard to identify new medical expert and provide report<br><br>• Expert depositions including deposition of Dr. Hull regarding supplemental report submitted in the case | • Bard's Motion to Bifurcate Any Determination as to the Amount of Punitive Damages (DE 181)<br><br>• Motions in Limine<br><br>• Bard's Emergency Motion for Leave to File under Seal Plaintiff's Exhibits<br><br>• Bard's Motion for Leave to File under Seal Pursuant to the court's April 15, 2015 Order |