IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> Sherr-Una Booker, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C.R. Bard, Inc., et al., ) <br> ) <br> Defendant. ) | No. MD-15-02641-PHX-DGC <br><br> Civil Action No. <br>    2:16-cv-00474-DGC <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Sherr-Una Booker, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 2nd day of March, 2016.

                          WATKINS, LOURIE, ROLL & CHANCE, PC

                          By:  */s/ Robin P. Lourie*
                                Robin P. Lourie (Ga. Bar No. 527901)
                                *(Admitted Pro Hac Vice)*
                                3348 Peachtree Road, NE
                                Tower Place 200, Suite 1050
                                Atlanta, GA  30326
                                (404) 760-7400 – telephone
                                (404) 760-7409 – facsimile
                                rpl@wlr.net

                                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the Cm/ECF System for filing and transmittal of a Notice of Electronic File to the attorneys who are registered with the Court's electronic filing system.

/s/ Robin P. Lourie
Robin P. Lourie