1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) | No. MDL-15-02641-PHX-DGC<br><br>Civil Action No.: CV16-0110-PHX DGC |

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Denise Gill,

      Plaintiff,

v.

C. R. Bard, Inc., and Bard Peripheral
Vascular, Inc.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. MDL-15-02641-PHX-DGC

Civil Action No.: CV16-0110-PHX DGC

**ORDER**

    The parties have filed a stipulation of dismissal without prejudice.  Doc. 877.

    **IT IS ORDERED** that the stipulation (Doc. 877) is **granted.**  Case No. 16-0110 PHX
DGC is dismissed without prejudice.

    Dated this 2nd day of March, 2016.

                                _____
                                    David G. Campbell
                               United States District Judge