UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sarah Merrifield, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-16-00525-PHX-DGC |
| | ) | |
| C. R. Bard, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:   March 2, 2016                    /s/ Richard B. North, Jr.
                                         *Attorney's signature*

                                         Richard B. North, Jr. (Ga. Bar No. 545599)
                                         *Printed name and bar number*

                                         Nelson Mullins Riley & Scarborough, LLP
                                         201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                         *Address*

                                         richard.north@nelsonmullins.com
                                         *E-mail Address*

                                         (404) 322-6000
                                         *Telephone number*

                                         (404 322-6050
                                         *FAX number*