# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| ROBERT G. HARBRIDGE, | |
| Plaintiff, | Case No. CV-16-00008-PHX-DGC |
| v. | |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, | **[Proposed] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED MASTER SHORT FORM COMPLAINT** |
| Defendants. | |

Upon consideration of Defendants' Motion to Strike Plaintiff's Amended Master Short Form Complaint and accompanying Memorandum of Points and Authorities, and for good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and that Plaintiff's February 12, 2016 amended short form complaint is stricken from the docket.

DATED this _____ day of _____, 2016.

_____
David G. Campbell
United States District Judge

EXHIBIT B