James R. Condo (#005867) – jcondo@swlaw.com
Amanda C. Sheridan (#027360) – sheridan@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602-382-6000

Richard B. North, Jr. – richard.north@nelsonmullins.com
Georgia Bar No. 545599 – (admitted *pro hac vice*)
Matthew B. Lerner – matthew.lerner@nelsonmullins.com
Georgia Bar No. 446986 – (admitted *pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: 404-322-6000

Attorneys for Defendants


Robert W. Boatman (#009619) - rwb@gknet.com
Paul L. Stoller (#016773) - paul.stoller@gknet.com
Shannon L. Clark (#019708) – slc@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: 602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
California Bar Number 86361 – (admitted *pro hac vice*)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
Telephone: 949-812-5771

Co-Lead/Liaison Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**SECOND SUPPLEMENTAL JOINT REPORT ON PRIVILEGE LOG EFFORTS** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") and Plaintiffs hereby jointly report on the parties' privilege log meet and confer efforts as agreed in the Supplemental Joint Report on Privilege Log Efforts filed by the parties on February 12, 2016 (Docket # 705) as follows:

1. The parties continued their meet and confer on the remaining unresolved 191 entries from the initial round of sampling, and were able to resolve 54 additional entries.

2. In addition, Bard agreed to produce 15 documents partially redacted. Bard expects that production to be served on Plaintiffs on or before March 11, 2016. Once received, Plaintiffs will determine whether the production resolved the dispute as to those documents.

3. Bard agreed to provide the bates numbers of attachments to emails in certain log entries identified by Plaintiffs that were previously produced. Bard will provide these bates numbers on or before March 11, 2016. Once received, Plaintiffs will determine whether any issue remains regarding those entries.

4. The parties will comply with the briefing schedule in the Report of Supplemental Joint Report on Privilege Log Efforts filed by the parties on February 12, 2016 (Docket # 705) for the remaining unresolved entries.

DATED this 4th day of March, 2016.

GALLAGHER & KENNEDY, P.A.

By: s/Robert W. Boatman
Robert W. Boatman
Paul L. Stoller
Shannon L. Clark
2575 E Camelback Road
Phoenix, Arizona 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Co-Lead/Liaison Counsel for Plaintiffs

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/Richard B. North, Jr.
Richard B. North, Jr.
(admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo
Amanda C. Sheridan
One Arizona Center
SNELL & WILMER L.L.P.
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

 s/Richard B. North, Jr.
Richard B. North, Jr.