1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) – slc@gknet.com
   Gallagher & Kennedy, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  602-530-8000

5  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   California Bar Number 86361 - admitted *pro hac vice*
6  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
7  Newport Beach, California 92660
   949-812-5771

8  *Co-Lead/Liaison Counsel for Plaintiffs*

9

10              **IN THE UNITED STATES DISTRICT COURT**

11                  **FOR THE DISTRICT OF ARIZONA**

| 12  **IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC |
|---|---|
| 13 | **PLAINTIFFS' NOTICE OF FILING *UNSEALED* EXHIBITS TO** |
| 14 | **PLAINTIFFS' MEMORANDUM RE RELEVANCY AND** |
| 15 | **DISCOVERABILITY OF FDA INSPECTION AND WARNING** |
| 16 | **LETTER AND RECOVERY CONE REMOVAL SYSTEM** |

17

18          Pursuant to the Court's Order Regarding Motion to Strike and Motion to Re-File

19   Certain Exhibits (Doc. 928), Plaintiffs hereby file, attached to this Notice, the

20   UNSEALED exhibits in support of Plaintiffs' Memorandum Re Relevancy and

21   Discoverability of FDA Inspection and Warning Letter and Recovery Cone Removal

22   System.

23          RESPECTFULLY SUBMITTED this 4th day of March 2016.

24                                          **GALLAGHER & KENNEDY, P.A.**

25
                                  By:___*/s/ Robert W. Boatman*_____
26                                       Robert W. Boatman
                                         Paul L. Stoller
27                                       Shannon L. Clark
                                         2575 E. Camelback Road, Suite 1100
28                                       Phoenix, Arizona 85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOPEZ McHUGH LLP**
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2016, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

/s/  Nancy Jo Koenes

5272208v1/26997-0001

2