# EXHIBIT UNDER SEAL