1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8              FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **ORDER REGARDING MOTION TO SEAL SUPPLEMENTAL INFORMATION REGARDING FDA INSPECTION AND WARNING LETTER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Motion to Seal and material submitted in support, and for good cause shown, the motion is hereby granted.  The documents accompanying Bard's Notice of Supplemental Information Regarding FDA Inspection and Warning Letter constitute "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion.  Accordingly, the documents are hereby sealed.

23634292