David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:    (415) 433-3900
Facsimile:     (415) 433-3950

Attorneys for Plaintiff
WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCT LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>WAYNE RUDEN,<br>C. A. No.:  CV-16-00344-PHX-DGC | MDL Docket No. 15-02641 |
| WAYNE RUDEN,<br>                       Plaintiff,<br>      vs.<br>C.R. BARD, INC., et al.,<br>                       Defendants. | **DECLARATION OF GLEN TURNER IN SUPPORT OF PLAINTIFF WAYNE RUDEN'S OPPOSITION TO CALIFORNIA PACIFIC MEDICAL CENTER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; OR IN THE ALTERNATIVE TO REMAND**<br><br>Complaint Filed:  October 7, 2015<br><br>**\*ORAL ARGUMENT REQUESTED\*** |

I, Glen Turner, declare as follows:

1. I am an attorney licensed to practice law in California. I am an attorney with the law firm of Ongaro PC, attorneys of record for plaintiff Wayne Ruden in the above captioned matter. I am one of the attorneys prosecuting this matter for Mr. Ruden. The facts set forth herein are of my own personal knowledge and if called upon to testify, I could and would do so competently. I submit this declaration in support of Mr. Ruden's Opposition to California Pacific Medical Center's Motion to Dismiss Plaintiff's First Amended Complaint.

2. Attached as **Exhibit 1** is a true and correct copy of Mr. Ruden's First Amended Complaint.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 4, 2016, in San Francisco, California.

*/s/ Glen T.*

_____
Glen Turner

---
1
**DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR REMAND**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/Glen Turner*
Glen Turner