# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY that Terence Matthew Leckman, Bar #92241, was duly admitted to practice in said Court on November 3, 2005, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

MICHAEL E. KUNZ
Clerk of Court

on February 29, 2016.

BY: *Gail R. Olson*
Gail R. Olson, Deputy Clerk