IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BARD IVC FILTERS PRODUCTS | : | CASE NO. 2:15-MD-02641-DGC |
| LIABILITY | : | |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| KEVIN GROSS | : | CASE NO. 2:15-CV-02096-DGC |
| | : | |
| VS. | : | |
| | : | |
| C.R. BARD, INC., ET AL. | : | |

**STIPULATION OF DISMISSAL**

Plaintiff and defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Kevin Gross; defendants are C.R. Bard, Inc. and Bard Peripheral Vascular.

2. On September 10, 2015, plaintiff sued defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have served an answer, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is without prejudice.

Respectfully Submitted,

*s/Turner W. Branch*_____
BRANCH LAW FIRM
Turner W. Branch
Margaret M. Branch
Adam T. Funk
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
505.243.3500
505.243.3534 (facsimile)
tbranch@branchlawfirm.com
mbranch@branchlawfirm.com
afunk@branchlawfirm.com
*Attorneys for Plaintiff*


*s/Richard North*_____
NELSON MULLINS
Richard North
201 17th St NW #1700
Atlanta, GA 30363
404.322.6155
Richard.north@nelsonmullins.com
*Attorneys for Defendants*