IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BARD IVC FILTERS PRODUCTS LIABILITY | : | MDL 15-02641-PHX DGC |
| | : | |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| KEVIN GROSS | : | NO. CV15-02096-PHX DGC |
| | : | |
| VS. | : | |
| | : | **ORDER** |
| C.R. BARD, INC., ET AL. | : | |

After considering the parties' stipulation of dismissal.  Doc. 1000.

**IT IS ORDERED** that the parties' stipulation (Doc. 1000) is **granted.**  This case (CV15-2096 PHX DGC) is dismissed with prejudice.

Dated this 8th day of March, 2016.

_____
David G. Campbell
United States District Judge