# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Stephen Ogden

Plaintiff(s)/Petitioner(s),
vs.

Bard IVC Filters Products Liability Litigation

Defendant(s)/Respondent(s)

CASE NO: MDL 15-02641-PHX DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 09 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:  $35.00 APPLICATION FEE REQUIRED!**

I, **Steven Skikos**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Stephen Ogden**.

**City and State of Principal Residence:** San Francisco, California
**Firm Name:** Skikos, Crawford, Skikos, & Joseph, LLP
**Address:** One Sansome Street  **Suite:** 2830
**City:** San Francisco  **State:** CA  **Zip:** 94104
**Firm/Business Phone:** (415) 546 - 7300
**Firm Fax Phone:** (415) 546-7301  **E-mail Address:** sskikos@skikos.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court Central District of California | 07/13/2000 | ✓ Yes  ☐ No* |
| United States District Court Northern District of California | 12/04/1990 | ✓ Yes  ☐ No* |
| United States District Court Eastern District of California | 03/10/1993 | ✓ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Date _____  Signature of Applicant

Fee Receipt # phx169529

(Rev. 04/12)

I am admitted to practice before the following courts.

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court Southern District of California | 8/10/2000 | Yes |
| Yes No* | | |
| Yes No* | | |

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Steven J. Skikos_____, Bar No. ____148110____

was duly admitted to practice in this Court on ____July 13, 2000____
<br>DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ____March 4, 2016____
<br>Date

KIRY K. GRAY
<br>Clerk of Court

By _____/s/ Lupe Thrasher_____
<br>Lupe Thrasher, Deputy Clerk

G-52 (10/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER