Les Weisbrod (TBN 21104900)
Alexandra Boone (TBN 00795259)
Max Freeman (#028784)
MILLERWEISBROD, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
lweisbrod@millerweisbrod.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: ROBERT G. HARBRIDGE, Plaintiff, v. C. R. BARD, INC., a New Jersey Corporation; Defendants. | Case No. CV-16-00008-PHX-DGC **PLAINTIFF'S UNNOPPOSED MOTION TO WITHDRAW AMENDED COMPLAINT AND INCORPORATED MEMORANDUM IN SUPPORT** |

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff respectfully withdraws his erroneously-filed amended complaint [Dkt. 707] and in support thereof, would show the Court the following:

## I.  FACTUAL BACKGROUND

On January 5, 2016, Plaintiff filed his initial short form complaint in MDL 2641, In Re: Bard IVC Filters Products Liability Litigation naming only C. R. Bard, Inc. as a defendant. See 2:16-cv-00008-DGC, Dkt. No. 1. Subsequently, counsel for Plaintiff noticed that it had inadvertently not placed a check in the box next to defendant Bard Peripheral Vascular, Inc. on the short form complaint. Plaintiff filed his amended short form complaint to correct this oversight. See 2:15-md-02641-DGC, Dkt. No. 707. This was done without seeking leave of Court in error. Plaintiff acknowledges the amended complaint was filed in error and seeks to withdraw the offending complaint. Counsel for Bard does not object.

## II.  CONCLUSION AND REQUEST FOR RELIEF

Based on the foregoing, Plaintiff requests the Court grant this Unopposed Motion to Withdraw the previously erroneously filed amended complaint.

DATED this 10th day of March, 2016.

**MILLER WEISBROD LLP**

*/s/Les Weisbrod*
Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

On March 10, 2016, counsel for Plaintiff conferred with counsel for C. R. Bard, Inc. who indicated defendants would not oppose this motion.

*s/Les Weisbrod*
Les Weisbrod

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod
