# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: ROBERT G. HARBRIDGE, Plaintiff, v. C. R. BARD, INC., a New Jersey Corporation; Defendants. | Case No. CV-16-00008-PHX-DGC  **ORDER** |

Upon consideration of Plaintiff Robert G. Harbridge's Unopposed Motion to Withdraw Amended Complaint, and for good cause shown, the motion is hereby granted.