UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

| | |
|---|---|
| BIANCA FRASER-JOHSON and MICHAEL JOHNSON<br>Plaintiffs<br><br>v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM,INC., THOMAS BAUER, M.D. and CYNTHIA HELDT, M.D.<br>Defendants | Case No: 2:16-cv-00336-DGC |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of Biance Fraser-Johnson and Michael Johnson in the above referenced matter.

Date: March 11, 2016

Respectfully submitted,

/s/ John A. Dalimonte \_\_\_\_\_
John A. Dalimonte, Esquire
KARON & DALIMONTE, LLP
Pro Hac Vice (MA BBO No. 554554)
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 367-3311
Email: johndalimonte@kdlaw.net

Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this March 11, 2016.

                                                          /s/ John A. Dalimonte_____  
                                                          John A. Dalimonte, Esquire