James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| PAMELA NOTERMAN, an individual, | |
| Plaintiff, | |
| v. | Case No. CV-15-01714-PHX-DGC |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation, | **DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT** |
| Defendants. | |

1    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") hereby move to dismiss the plaintiff's Complaint (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b). At the time the Complaint was filed on behalf of Pamela Noterman for her alleged personal injuries, she was already deceased. A deceased party cannot be a party to a legal action and as a result, the Complaint is a legal nullity, and the Court has no jurisdiction over it. Defendants therefore respectfully request that the Court dismiss the Complaint with prejudice. The arguments in support of this motion to dismiss are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

This 11th day of March, 2016.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

<pre>
                              s/Richard B. North, Jr.
                              Richard B. North, Jr.
                              Georgia Bar No. 545599
                              NELSON MULLINS RILEY & SCARBOROUGH LLP
                              Atlantic Station
                              201 17th Street, NW / Suite 1700
                              Atlanta, GA  30363
                              PH: (404) 322-6000
                              FX: (404) 322-6050
                              richard.north@nelsonmullins.com
</pre>