# EXHIBIT A

# STATE OF FLORIDA
THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## OFFICE of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014066775     **DATE ISSUED:** May 13, 2014

**STATE FILE DATE:** May 13, 2014

### DECEDENT INFORMATION
- NAME: PAMELA WILHELM NOTERMAN
- DATE OF DEATH: May 6, 2014
- SEX: FEMALE   SSN: ▇▇▇-▇▇-6946   AGE: 058 YEARS
- DATE OF BIRTH: ▇▇▇▇▇ 1955
- BIRTHPLACE: ATLANTA, GEORGIA, UNITED STATES
- PLACE OF DEATH: DECEDENT'S HOME
- FACILITY NAME OR STREET ADDRESS: ▇▇▇▇
- LOCATION OF DEATH: SARASOTA, SARASOTA COUNTY, 34240

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
- MARITAL STATUS: MARRIED
- SPOUSE (IF FEMALE, MAIDEN NAME): JOHN NOTERMAN
- RESIDENCE: ▇▇▇▇ SARASOTA, FLORIDA 34240, UNITED STATES   COUNTY: SARASOTA
- OCCUPATION, INDUSTRY: HOMEMAKER, OWN HOME
- RACE: X White
- HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
- EDUCATION: BACHELORS DEGREE   EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION
- FATHER: RICHARD JAMES WILHELM
- MOTHER: VELMA EUGENIA ROMEDY
- INFORMANT: JOHN NOTERMAN
- RELATIONSHIP TO DECEDENT: HUSBAND
- INFORMANT'S ADDRESS: ▇▇▇▇ SARASOTA, FLORIDA 34240, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
- PLACE OF DISPOSITION: SCIENCE CARE, CORAL SPRINGS, FLORIDA
- METHOD OF DISPOSITION: DONATION
- FUNERAL DIRECTOR/LICENSE NUMBER: CATHERINE E. COLLAZO, F047506
- FUNERAL FACILITY: GENDRON FUNERAL & CREMATION SERVICES INC-SARASOTA F065945
  135 NORTH LIME AVENUE, SARASOTA, FLORIDA 34237

### CERTIFIER INFORMATION
- TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
- TIME OF DEATH (24 hr): 1854
- CERTIFIER'S NAME: SCOTT BYRON ELSBREE
- CERTIFIER'S LICENSE NUMBER: ME47274
- NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
- MANNER OF DEATH: NATURAL
- CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:
  - a COAGULOPATHY — MONDAY
  - b AUTOIMMUNE DISEASE — YEARS
  - c
  - d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

- AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
- DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NO
- REASON FOR SURGERY:
- IF FEMALE, NOT PREGNANT WITHIN PAST YEAR
- DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 hr):   INJURY AT WORK?
- LOCATION OF INJURY:
- DESCRIBE HOW INJURY OCCURRED:

- PLACE OF INJURY:
- IF TRANSPORTATION INJURY, Status of Decedent:   Type of Vehicle:

*C. Meade Gr. jj*, State Registrar    REQ: 2014876367

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE STATE SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1947 (11/11)

* 5 2 5 5 4 7 9 3 *



CERTIFICATION OF VITAL RECORD   FLORIDA DEPARTMENT OF HEALTH