UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

| | |
|---|---|
| BIANCA FRASER-JOHSON and<br>MICHAEL JOHNSON<br>Plaintiffs<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC., CHRISTIANA CARE<br>HEALTH SYSTEM,INC.,<br>THOMAS BAUER, M.D. and<br>CYNTHIA HELDT, M.D.<br>Defendants | Case No: 2:16-cv-00336-DGC |

**[PROPOSED] ORDER**

**CONCERNING PLAINTIFFS' MOTION TO REMAND**

Coming before this Court, it is hereby Ordered that the above captioned matter be remanded to the Superior Court of the State of Delaware in and for New Castle County where this action was originally filed on September 23, 2015.  All costs and attorneys fees associated with this removal and transfer back to the original state court shall be assessed against defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.

Dated: _____

_____
Hon. David G. Campbell
U.S. District Court Judge

1