**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER SEALING DOCUMENTS 379-1, 385-1, 697-1 AND 697-2** |

The Court has reviewed the parties' Joint Motion to Seal Documents 379-1, 385-1, 697-1 and 697-2.  Good cause appearing,

IT IS ORDERED:  SEALING DOCUMENTS 379-1, 385-1, 697-1 and 697-2.

5318180v1/26997-0001