# EXHIBIT A

Les Weisbrod (TBN 21104900)
Alexandra Boone (TBN 00795259)
Max Freeman (#028784)
MILLER WEISBROD, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
mfreeman@millerweisbrod.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> Case No. CV-16-00008-PHX-DGC <br><br> **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff named below, for his Amended Complaint against Defendants named below, incorporates the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff further shows the Court as follows:

1. Plaintiff/Deceased Party: Robert G. Harbridge

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: <u>Virginia</u>

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: <u>Virginia</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: Virginia

7. District Court and Division in which venue would be proper absent direct filing: <u>United States District Court for the Western District of Virginia – Lynchburg Division</u>

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:

☐ Other allegations of jurisdiction and venue not expressed in Master Complaint: N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☒ Denali® Vena Cava Filter

☐ Other:

11. Date of Implantation as to each product: <u>January 9, 2014</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability - Manufacturing Defect

☒ Count II: Strict Products Liability - Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability- Design Defect

☒ Count IV: Negligence – Design

☒ Count V: Negligence- Manufacture

☒ Count VI: Negligence- Failure to Recall/Retrofit

☒ Count VII: Negligence- Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence Per Se

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

DATED this 17th day of March, 2016.

                **MILLER WEISBROD LLP**

                */s/Les Weisbrod*
                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                */s/Les Weisbrod*
                Les Weisbrod

4