Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff Jeanie Sankitts*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Jeanie Sankitts,<br><br>　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br><br>　　　Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2-16-CV-00719-DGC<br><br>**NOTICE OF FILING OF AMENDED COMPLAINT** |

Plaintiff, Jeanie Sankitts files this notice of filing of Plaintiff's Amended Master Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED this 17th day of March, 2016.

**SHAW COWART, LLP**

By: */s/ Ethan L. Shaw*
Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
(*Admitted Pro Hac Vice*)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com

*Attorneys for Plaintiff Jeanie Sankitts*

Certificate of Service

I hereby certify that on this 17th day of March, 2016, I electronically transmitted the foregoing Notice of Filing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Ethan L. Shaw*