IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)  **This Document Relates to:**<br>)  Denise O'Neill<br>)  **MDL Case No.** MD-15-02641-DGC<br>)  **Civil Action No.** 2:15-cv-1926-DGC<br>)<br>) |

**STIPULATION TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DENISE O'NEILL and GERALD O'NEILL and Defendant C.R. Bard, Inc., through their undersigned counsel, that Plaintiffs be allowed to amend their Complaint to include a claim for loss of consortium on behalf of GERALD O'NEILL in the above-captioned action.

Dated this 16th day of March, 2016

Respectfully submitted,

/s/ Matthew R. Lopez
Ramon Rossi Lopez
Matthew Ramon Lopez
**LOPEZ MCHUGH, LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504

*Attorneys for Plaintiff*

/s/ Richard B. North
Richard B. North
Matthew Lerner
**Nelson Mullins Riley & Scarborough, LLP**

201 17th Street, NW, Suite 1700
Atlantic Station, Atlanta, GA 30363

*Attorneys for Defendant C.R. Bard, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, this 16th day of March, 2016, I have electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ <u>*Matthew R. Lopez*</u>