**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS | CASE No. 2:15-md-2641-DGC |
| LIABILITY LITIGATION | MDL No.: 2641 |
| This Document relates to: | |
| Case No. 2:15-cv-1926-DGC | |

## ORDER REGARDING PLAINTIFFS'

## MOTION TO AMEND COMPLAINT

The Plaintiffs have filed a Motion to Amend their original Complaint. [Doc. 1]

**IT IS ORDERED:**

1.  The Motion to Amend the original Complaint of Plaintiffs DENISE O'NEILL and GERALD O'NEILL [Doc. 10] is GRANTED. According, the Clerk is directed to accept filing of the Amended Complaint adding the Loss of Consortium Claim and amending the Plaintiffs' name.

Dated this ____ day of _____, 2016.

_____
David G. Campbell
United States District Judge