**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

The Court has reviewed the parties' Joint Motion to Seal Documents 379-1, 385-1, 697-1 and 697-2. Doc. 1080.

**IT IS ORDERED:**

The parties' joint motion to seal documents (Doc. 1080) is **granted.** The Clerk is directed to seal Docs. 379-1, 385-1, 697-1 and 697-2.

Dated this 18th day of March, 2016.

_____
David G. Campbell
United States District Judge