# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | CASE No. MDL No.: 2641 |
| This Document relates to:<br><br>Case No. 2:15-cv-1926-DGC | ORDER |

Plaintiffs have filed a Motion to Amend their original Complaint. [Doc. 1120]

**IT IS ORDERED** that the Motion to Amend the original Complaint of Plaintiffs DENISE O'NEILL and GERALD O'NEILL (Doc. 1120) is **granted.** The Clerk of Court is directed to accept filing of the Amended Complaint adding the Loss of Consortium Claim (Doc. 1120-3). The Clerk of Court is also directed to correct the spelling of Plaintiff's last name on the docket.

Dated this 18th day of March, 2016.

_David G. Campbell_
David G. Campbell
United States District Judge