**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| This Document Relates to: | |
| ROBERT G. HARBRIDGE, | Case No. CV-16-00008-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C. R. BARD, INC., a New Jersey Corporation; | |
| Defendants. | |

Plaintiff Robert G. Harbridge filed an amended complaint on February 12, 2016. Doc. 707. Plaintiff did not seek leave of court to file the amended complaint. Defendants filed a motion to strike Plaintiff's amended complaint on March 4, 2016. Doc. 983. Plaintiff filed a motion to withdraw the amended complaint on March 10, 2016. Doc. 1014. Plaintiff filed a motion to amend the complaint on March 17, 2016. Doc. 1109.

**IT IS ORDERED:**

1. Plaintiff's motion to withdraw the amended complaint (Doc. 1014) is **granted.**

    2.      Plaintiff's motion to amend the original complaint (Doc. 1109) is **granted.**

    3.      Defendants' motion to strike the amended complaint (Doc. 983) is **found to be moot**.

    4.      Plaintiff shall file his amended complaint on or before **March 23, 2016.**

Dated this 18th day of March, 2016.

*/s/ Daniel G. Campbell*
_____
David G. Campbell
United States District Judge