# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2641 PHX DGC |
| This Order Relates to: All Actions | |

The Court has considered the parties joint motion to extend the time to submit a stipulation or joint report on Plaintiffs' and Defendants' fact sheets. Doc. 913.

**IT IS ORDERED** that the joint motion (Doc. 913) is **granted.** The parties shall have until March 18, 2016 to submit a stipulation or joint report on Plaintiffs' and Defendants' fact sheets.

Dated this 18th day of March, 2016.

_____
David G. Campbell
United States District Judge