# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates to:  All Actions | MDL No. 2641 PHX DGC |

The Court has considered Defendant C.R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s motion to seal.  Doc. 990.

**IT IS ORDERED** that the motion to seal (Doc. 990) is **granted.**  The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 991 and 992.

Dated this 18th day of March, 2016.

_____
David G. Campbell
United States District Judge