1  Robert W. Boatman (009619)
   Paul L. Stoller (016773)
2  Shannon L. Clark (019708)
   **GALLAGHER & KENNEDY, P.A.**
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000
   rwb@gknet.com
5  paul.stoller@gknet.com
   SLC@gknet.com
6  Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
7  **LOPEZ McHUGH LLP**
   100 Bayview Circle, Suite 5600
8  Newport Beach, California 92660
   rlopez@lopezmchugh.com
9  *Co-Lead/Liaison Counsel for Plaintiffs*

10 James R. Condo (#005867)
   Amanda C. Sheridan (#027360)
11 SNELL & WILMER L.L.P.
   One Arizona Center
12 400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
13 Telephone:  602.382.6000
   Facsimile:  602.382.6070
14 jcondo@swlaw.com
   asheridan@swlaw.com
15
   Richard B. North, Jr. (admitted *pro hac vice*)
16 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
17 Georgia Bar No. 446986
   NELSON MULLINS RILEY & SCARBOROUGH LLP
18 201 17th Street, NW / Suite 1700
   Atlanta, GA  30363
19 Telephone: (404) 322-6000
   Telephone: (602) 382-6000
20 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
21 *Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.*

22
23              **IN THE UNITED STATES DISTRICT COURT**
24                **FOR THE DISTRICT OF ARIZONA**

25 | IN RE:  BARD IVC FILTERS | No. 2:15-MD-02641-DGC |
   | PRODUCTS LIABILITY LITIGATION, | |
26 | | **JOINT MOTION TO EXTEND** |
   | | **CERTAIN DEADLINES IN CASE** |
27 | | **MANAGEMENT ORDER NO. 8** |
   | | **RELATING TO DOCUMENT AND** |
28 | | **ESI DISCOVERY AND PREVIOUSLY** |
   | | **SEARCHED AND NEW CUSTODIANS** |

The parties jointly move for an extension of time for the parties to complete the discovery and report to the Court regarding Defendants' system architecture and ESI collection efforts and discovery from new custodians as ordered by the Court in Case Management Order No. 8 ("CMO 8") (Doc. 519).

Specifically, in Sections III(A) and III(B) of CMO 8, the Court ordered as follows:

1. Defendants shall provide Plaintiffs, in an interview or Rule 30(b)(6) deposition, information regarding Defendants' corporate structure and corporate information systems. The purpose of these disclosures will be to aid Plaintiffs in understanding the locations of information relevant to this litigation. CMO 8, III(A)(1).

2. After obtaining this general information, Plaintiffs may conduct an interview or a Rule 30(b)(6) deposition focusing on the architecture of Defendants' information systems that are reasonably likely to contain information relevant to the products at issue in this MDL proceeding. CMO 8, III(A)(2).

3. Defendants were to provide Plaintiffs interrogatory answers providing a reasonably detailed description of (a) the kinds of information defense counsel obtained from Bard witnesses interviewed as part of collection efforts in 2005 and 2006, (b) update efforts for those custodians, (c) efforts to locate and produce information from shared document management systems, and (d) all combinations of keyword search terms used by Defendants and any testing of search results for over- and under-inclusiveness. CMO 8, III(B).

The Court ordered that "[t]he parties shall complete this process and, if necessary, submit the matrix [identifying any categories on which the parties cannot agree] to the Court by March 18, 2016." The Court further ordered Defendants to provide Plaintiffs an interrogatory answer identifying employees identified as being involved with the Eclipse, Meridian, and Denali filters, for the parties to confer regarding additional searches for

1 those custodians, and for the parties to submit a matrix as to any disagreements with the other issues on March 18. [CMO 8, IV.]

While the parties have and continue to work together on this process, they need additional time to complete it based, primarily, on conflicting schedules. To date, Defendants have served interrogatory responses as required by Sections III(B) and IV of CMO 8.

For step one, as to corporate structure, Bard has also provided an interrogatory response, and Plaintiffs are deposing a Rule 30(b)(6) witness on that subject on March 18, 2016. To complete step one, Plaintiffs will interview a witness knowledgeable as to Bard's corporate information systems. Based on the availability of the witness designated by Defendants and counsel, that interview will take place on April 15, 2016.

Thereafter, Plaintiffs will take a Rule 30(b)(6) deposition on Defendants' information systems that are reasonably likely to contain information relevant to the products at issue in this MDL to complete step two. [CMO 8, III(A)(2).] The parties are working on scheduling that deposition and anticipate completing it by May 6, 2016.

Thereafter, the parties will be in a position to discuss whether they have disagreements regarding what additional categories of information Plaintiffs seek regarding Defendants' ESI-collection efforts (Section III(B)(2)) and Defendants' collection and production of new ESI (Section IV). Given the foregoing, the parties anticipate that they will need until May 16, 2016 to complete the process and to report back to the Court.

As a result, the parties jointly request that they have until May 16, to complete the process outlined in Sections III(A), III(B), and IV of the CMO 8.

/ / /
/ / /
/ / /
/ / /
/ / /

DATED this 18th day of March 2016.

| | |
|---|---|
| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
| By: *s/ Robert W. Boatman*<br>Robert W. Boatman (009619)<br>Paul L. Stoller (016773)<br>Shannon L. Clark (019708)<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | By: *s/ Matthew B. Lerner*<br>James R. Condo<br>Amanda C. Sheridan<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*s/ Nancy Jo Koenes*

5331162v1/26997-0001