**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER ON JOINT MOTION TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT ORDER NO. 8 RELATING TO DOCUMENT AND ESI DISCOVERY AND PREVIOUSLY SEARCHED AND NEW CUSTODIANS** |

The parties have filed a Joint Motion to Extend Certain Deadline in Case Management Order No. 8 Relating to Document And ESI Discovery and Previously Searched and New Custodians.  Doc. ____.

**IT IS ORDERED:**

1. The motion to extend is granted (Doc. ____) is **granted**.

2. The parties shall have until May 16, 2016 to complete the process outlined in Sections III(A), III(B), and IV of CMO 8.