IN THE UNITED STATES DISTRICT COURT
FOR THE
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| PATRICIA SOURK, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 15-md-02641-PHX-DGC |
| | ) | |
| v. | ) | Civil Action No. 2:16-cv-00728-DGC |
| C. R. BARD, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

TO:  The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for plaintiff, Patricia Sourk.

Dated: March 21, 2016                           Respectfully Submitted,

/s/ David C. DeGreeff
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 – Telephone
(816) 531-2372
ddegreeff@wcllp.com

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

/s/ David C. DeGreeff