# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re: Bard IVC Filters Product Liability Litigation

Plaintiff(s)/Petitioner(s),

vs.

Defendant(s)/Respondent(s)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CASE NO: MDL 15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, John D. Balaguer, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Defendants Christiana Care Health System, Inc., Christiana Care Health Services, Inc., Thomas Bauer, M.D., Cynthia Heldt, M.D.

**City and State of Principal Residence:** Wilmington, Delaware
**Firm Name:** White and Williams LLP
**Address:** 824 N. Market Street, P.O. Box 709    **Suite:** 902
**City:** Wilmington    **State:** DE    **Zip:** 19899
**Firm/Business Phone:** (302) 467-4501
**Firm Fax Phone:** (302) 467-4551    **E-mail Address:** balaguerj@whiteandwilliams.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court, District of Delaware | September 1989 | ✓ Yes ☐ No* |
| United States District Court, Eastern District of Pennsylvania | December 1985 | ✓ Yes ☐ No* |
| United States Court of Appeals, Third Circuit | September 1989 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date**    **Signature of Applicant**

Fee Receipt # PHX169869

(Rev. 04/12)

John D. Balaguer

| State of Delaware | January 1989 | In Good Standing |
| --- | --- | --- |
| Commonwealth of Pennsylvania | September 1985 | In Good Standing |
| State of New Jersey | September 1985 | In Good Standing |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF GOOD STANDING

I, John A. Cerino, Clerk of the United States District Court for the District of Delaware,

DO HEREBY CERTIFY THAT

**John Balaguer, Delaware Bar I.D. No. 2537**

was duly admitted to practice in said Court

on the 22nd day of May, 1989

and is in good standing as a member of the bar of this Court.

Dated at Wilmington, Delaware

on the 10th day of March 2016

JOHN A. CERINO, Clerk, U.S. District Court

BY: _____
Deputy Clerk

(Seal of the Court)

AO 136 Certificate of Good Standing
(Delaware, Rev. 10/2014)