James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| | **DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S ANSWER AND GENERAL DENIAL WITH RESPECT TO CASE NO. CV-15-02462-PHX-DGC; JURY TRIAL DEMAND** |

Defendants C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV") (Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial with Respect to *Debra P. Rodrigue, et al. v. C. R. Bard, Inc., et al.,* AZ Member Case No. CV-15-02462-PHX-DGC ("Answer and General Denial"), served according to the provisions and requirements of Amended Case Management Order No. 4 (Doc. 1108). Defendants further reserve the right to file any motion to dismiss for failure to state a claim with respect to this case, as set forth in Amended Case Management Order No. 4.

1    With respect to the allegations plaintiff(s) raise in *Debra P. Rodrigue, et al. v. C. R.*
2  *Bard, Inc., et al.,* AZ Member Case No. CV-15-02462-PHX-DGC, Defendants deny,
3  generally and specifically, each and every allegation in plaintiff(s)' Complaint, the whole
4  thereof, and each and every cause of action therein.   Defendants further deny that the
5  plaintiff(s) has sustained, or is entitled to recover, damages in any amount alleged or in any
6  sum whatsoever.  Defendants further deny that they are liable to the plaintiff in any amount,
7  and further deny that the plaintiff has sustained injury, damage, or loss by reason of any act or
8  omission by Defendants.

9    As for additional defenses, and without assuming any burden of pleading or proof that
10  would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and
11  Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in
12  MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise
13  such other affirmative defenses as may be available or apparent during discovery or as may
14  be raised or asserted by other defendants in this case.  Defendants have not knowingly or
15  intentionally waived any applicable affirmative defense.  If it appears that any affirmative
16  defense is or may be applicable after Defendants have had the opportunity to conduct
17  reasonable discovery in this matter, Defendants will assert such affirmative defense in
18  accordance with the Federal Rules of Civil Procedure.

19                              **<u>REQUEST FOR JURY TRIAL</u>**

20    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury
21  on all issues appropriate for jury determination.

22    **WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief
23  demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray
24  that this action against them be dismissed and that they be awarded their costs in defending
25  this action and that they be granted such other and further relief as the Court deems just and
26  appropriate.

27

28

1    This 23rd day of March, 2016.

2

3                                    s/Richard B. North, Jr.
                                     Richard B. North, Jr.
4                                    Georgia Bar No. 545599
                                     NELSON MULLINS RILEY & SCARBOROUGH, LLP
5                                    Atlantic Station
                                     201 17th Street, NW / Suite 1700
6                                    Atlanta, GA  30363
                                     PH:  (404) 322-6000
7                                    FX:  (404) 322-6050
                                     Richard.North@nelsonmullins.com
8
                                     James R. Condo (#005867)
9                                    Amanda Sheridan (#027360)
                                     SNELL & WILMER L.L.P.
10                                   One Arizona Center
                                     400 E. Van Buren
11                                   Phoenix, AZ 85004-2204
                                     PH:  (602) 382-6000
12                                   JCondo@swlaw.com
                                     ASheridan@swlaw.com
13
                                     **Attorney for Defendants C. R. Bard, Inc. and**
14                                   **Bard Peripheral Vascular, Inc.**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 23, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com