Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
Lincoln.combs@gknet.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Sherly Fairchild, an individual, | Civil Action No.:2:16-cv-00213-DGC |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 38, Plaintiff Sherly Fairchild hereby demands a trial by jury for all issues so triable.

RESPECTFULLY SUBMITTED this 23rd day of March, 2016.

**GALLAGHER & KENNEDY, P.A.**

By */s/ Paul L. Stoller*
Robert W. Boatman
Mark S. O'Connor
Paul L. Stoller
Shannon L. Clark
C. Lincoln Combs
2575 East Camelback Road
Phoenix, Arizona 85016-9225

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo

-2-