# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2641 |
| This Order Relates to: | |
| Wayne Ruden, | No. CV-16-00344-PHX-DGC |
| Plaintiff, | |
| v. | |
| C.R. Bard, Inc., et al., | |
| Defendants. | |
| Bianca Fraser-Johnson, et al., | No. CV-16-00336-PHX-DGC |
| Plaintiffs, | |
| v. | **ORDER** |
| C.R. Bard, Inc., et al.. | |
| Defendants. | |

There are motions to remand pending in two cases that have been transferred to this MDL: *Ruden v. C.R. Bard, Inc.*, No. CV-16-00344-PHX-DGC, and *Fraser-Johnson v. C.R. Bard, Inc.*, No. CV-16-00336-PHX-DGC. In *Ruden*, there is also a related pending motion to dismiss. The motions in *Ruden* are fully briefed. The motion to remand in *Fraser-Johnson* is not yet fully briefed. The parties have requested oral

argument in both cases.  The Court will hear oral arguments on the two *Ruden* motions and the *Fraser-Johnson* motion at the beginning of the Case Management Conference set for **March 31, 2016 at 10:00 a.m.**  Out-of-state counsel in the *Ruden* or *Fraser-Johnson* cases who wish to participate in oral argument may appear either in person or telephonically.

Dated this 24th day of March, 2016.

_____
David G. Campbell
United States District Judge