# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION <br><br> This Order Relates to All Actions: | MDL No. 2641 <br><br> **ORDER** |

The Court has schedule a Case Management Conference to be held on **March 31, 2016 at 10:00 a.m.** Below is dial-in information for parties wishing to appear telephonically at the conference.

                     Dial-in No.        888-240-3210
                     Access Code:     3052307

Dated this 24th day of March, 2016.

_____
David G. Campbell
United States District Judge