# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>David Capriglione,<br><br>            Plaintiff,<br><br>  vs.<br><br>Bard Peripheral Vascular, Inc.; C.R. Bard, Inc.,<br><br>            Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2:16-cv-00621-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff, David Capriglione, hereby demands a trial by jury as to all issues so triable.

    RESPECTFULLY SUBMITTED this 24rd day of March, 2016.

                        KASDAN LIPPSMITH WEBER TURNER LLP

                        By:      s/ Graham B. LippSmith
                                 Graham B. LippSmith
                                 Jaclyn L. Anderson
                                 Kasdan LippSmith Weber Turner LLP
                                 500 S. Grand Ave., Suite 1310
                                 Los Angeles, CA 90071
                                 Tel: (213) 254-4800
                                 Fax: (213) 254-4801
                                 Email: glippsmith@klwtlaw.com
                                 Attorneys for Plaintiff David Capriglione

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2016, I electronically transmitted the foregoing DEMAND FOR JURY TRIAL to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

<u>s/ Graham B. LippSmith</u>
Graham B. LippSmith