Todd E. Hilton (MO Bar No. 51388)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
hilton@stuevesiegel.com
(816) 714-7100 – telephone
(816) 714-7101 – facsimile

*Attorneys for Plaintiff Elmer Steinbrunn*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. 2:15-MD-02641-DGC |
| | Civil Action No. 2:16-cv-00739-DGC |
| **Elmer Steinbrunn,** | **NOTICE OF FILING OF AMENDED COMPLAINT** |
| **Plaintiff,** | |
| v. | |
| **C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.** | |
| **Defendants.** | |

Plaintiff Elmer Steinbrunn files this notice of filing of Plaintiff's Amended Master Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED this 24th day of March, 2016.

**STUEVE SIEGEL HANSON LLP**

By: /s/ Todd E. Hilton
Todd E. Hilton (MO Bar No. 51388)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
hilton@stuevesiegel.com
(816) 714-7100 – telephone
(816) 714-7101 – facsimile

*Attorneys for Plaintiff Elmer Steinbrunn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2016, I electronically transmitted the foregoing Notice of Filing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

      /s/ Todd E. Hilton