IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Relates to:<br>Case No. 2:16-cv-00739-DGC | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Elmer Steinbrunn
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☒ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

  December 12, 2007 _____

  _____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:     Strict Products Liability – Manufacturing Defect

☒ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:   Strict Products Liability – Design Defect

☒ Count IV:    Negligence - Design

☒ Count V:     Negligence - Manufacture

☒ Count VI:    Negligence – Failure to Recall/Retrofit

☒ Count VII:   Negligence – Failure to Warn

☒ Count VIII:  Negligent Misrepresentation

-3-

1     ☒     Count IX:     Negligence *Per Se*

2     ☒     Count X:     Breach of Express Warranty

3     ☒     Count XI:     Breach of Implied Warranty

4     ☒     Count XII:     Fraudulent Misrepresentation

5     ☒     Count XIII:     Fraudulent Concealment

6     ☒     Count XIV:     Violations of Applicable __Pennsylvania__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

9     ☐     Count XV:     Loss of Consortium

10     ☐     Count XVI:     Wrongful Death

11     ☐     Count XVII: Survival

12     ☒     Punitive Damages

13     ☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    ☒     Yes

    ☐     No

RESPECTFULLY SUBMITTED this  24th  day of March, 2016.

                      STUEVE SIEGEL HANSON LLP

                      By:    */s/* Todd E. Hilton
                            Todd E. Hilton, MO Bar #51388
                            460 Nichols Road, Suite 200
                            Kansas City, MO 64112
                            (816) 714-7100 - telephone
                            hilton@stuevesiegel.com

I hereby certify that on this  24th  day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                      */s/*  Todd E. Hilton

5220248v1/26997-0001