1  David R. Ongaro (State Bar No. 154698)
   dongaro@ongaropc.com
2  Glen Turner (State Bar No. 212417)
   gturner@ongaropc.com
3  ONGARO PC
   50 California Street, Suite 3325
4  San Francisco, CA  94111
   Telephone:    (415) 433-3900
5  Facsimile:    (415) 433-3950

6  Attorneys for Plaintiff
   WAYNE RUDEN
7

8                  **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF ARIZONA**

10

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCT LIABILITY LITIGATION, | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 15-02641 |
| WAYNE RUDEN, C. A. No.: CV-16-00344-PHX-DGC | |
| WAYNE RUDEN, <br>             Plaintiff, <br>     vs. <br> C.R. BARD, INC., et al., <br>             Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION FOR SHORT CONTINUANCE OF HEARING DATE** <br><br> Complaint Filed:  October 7, 2015 |

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SHORT CONTINUANCE OF HEARING DATE**

1   The motion of plaintiff WAYNE RUDEN to remand this matter came on before the
2   above-entitled Court and the Court, after consideration of all papers and oral arguments of
3   counsel, rules as follows:
4   IT IS ORDERED that plaintiff Wayne Ruden's motion for short continuance is
5   GRANTED.  The new date for hearings on Mr. Ruden's Motion for Remand, and California
6   Pacific Medical Center's Motion to Dismiss is April __, 2016.
7   IT IS SO ORDERED

_____

---

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SHORT CONTINUANCE OF HEARING DATE**

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Glen Turner*
Glen Turner