David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA 94111
Telephone:   (415) 433-3900
Facsimile:   (415) 433-3950

Attorneys for Plaintiff
WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>WAYNE RUDEN,<br>C. A. No.: CV-16-00344-PHX-DGC | MDL Docket No. 15-02641 |
| WAYNE RUDEN,<br>            Plaintiff,<br>     vs.<br>C.R. BARD, INC., et al.,<br>            Defendants. | **DECLARATION OF GLEN TURNER IN SUPPORT OF PLAINTIFF WAYNE RUDEN'S MOTION FOR SHORT CONTINUANCE OF MOTION HEARINGS**<br><br>Complaint Filed: October 7, 2015 |

**DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR SHORT CONTINUANCE**

I, Glen Turner, declare as follows:

1. I am an attorney licensed to practice law in California. I am an attorney with the law firm of Ongaro PC, attorneys of record for plaintiff Wayne Ruden in the above captioned matter. I am one of the attorneys prosecuting this matter for Mr. Ruden, and the attorney primarily handling day-to-day activities on the case. The facts set forth herein are of my own personal knowledge and if called upon to testify, I could and would do so competently. I submit this declaration in support of Mr. Ruden's Motion for Short Continuance of Motion Hearings.

2. Today our office received this Court's Order setting oral argument on Mr. Ruden's Motion for Remand, and on California Pacific Medical Center's Motion to Dismiss. The hearings were set for March 31, 2016 at 10:00 a.m.

3. Counsel for Mr. Ruden, including myself, who handles day-to-day activities in this matter, and Mr. Ruden's trial counsel, David Ongaro, are currently engaged in a lengthy trial in the Monterey County Superior Court of California, Case No. M124780, *Leonor Vega, Individually and as Successor-In-Interest to Jesus Corona Vega, Deceased vs. Borg warner Morse Tec. Inc., Individually and as Successor-In-Interest to Borg-Warner Corporation, et al*.

4. The *Vega* trial will not be concluded by March 31, 2016, the date currently scheduled for the hearings. In order to allow an attorney who is familiar with Mr. Ruden's case, including the factual and legal background of the pending motions, argue these critical motions, counsel hereby requests a short continuance of the hearing date, through **April 14, 2016**.

5. A short continuance will not prejudice the parties herein, whereas Mr. Ruden's interests will be severely prejudiced should new counsel be required to become familiar with the legal and factual issues involved in the pending motions in the few days remaining before the hearings take place.

///

///

1

**DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR SHORT CONTINUANCE**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 24, 2016, in Monterey, California.

_____
Glen Turner

2
**DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR SHORT CONTINUANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<i>/s/ Glen Turner</i><br>Glen Turner