IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PATRICIA SOURK,

    Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.

    Defendant(s)/Respondent(s)

CASE NO: 15-md 2641-DGC

15-cv-00728-DGC - individual case

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / LODGED
RECEIVED / COPY
MAR 24 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Thomas P. Cartmell**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiffs**.

**City and State of Principal Residence:** Leawood, KS
**Firm Name:** Wagstaff & Cartmell LLP
**Address:** 4740 Grand Avenue     **Suite:** 300
**City:** Kansas City    **State:** MO    **Zip:** 64112
**Firm/Business Phone:** (816) 701-1100
**Firm Fax Phone:** (816) 531-2372    **E-mail Address:** ddegreeff@wcllp.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Western District of Missouri | 10/24/1994 | ✓ Yes   ☐ No* |
| District of Kansas | 04/28/1995 | ✓ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ✓ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date** March 21, 2016

**Fee Receipt #** PHX170037

**Signature of Applicant** /s/ Thomas P. Cartmell

(Rev. 04/12)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )  ss.
WESTERN DISTRICT OF MISSOURI    )

I, Paige Wymore-Wynn, Acting Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Thomas P. Cartmell was duly admitted to practice in said Court on October 24, 1994.

Thomas P. Cartmell is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri
on March 16, 2016

*Paige Wymore-Wynn*
Paige Wymore-Wynn, Acting Clerk

By  *Jeri Russel*
Jeri Russel, Deputy Clerk