**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 2:16-cv-00739-DGC | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Elmer Steinbrunn
    _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Middle District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C.R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☒ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    December 12, 2007
    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation

| | | | |
|---|---|---|---|
| | ☒ | Count IX: | Negligence *Per Se* |
| | ☒ | Count X: | Breach of Express Warranty |
| | ☒ | Count XI: | Breach of Implied Warranty |
| | ☒ | Count XII: | Fraudulent Misrepresentation |
| | ☒ | Count XIII: | Fraudulent Concealment |
| | ☒ | Count XIV: | Violations of Applicable __Pennsylvania__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | ☐ | Count XV: | Loss of Consortium |
| | ☐ | Count XVI: | Wrongful Death |
| | ☐ | Count XVII: | Survival |
| | ☒ | | Punitive Damages |
| | ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. <u>Jury Trial demanded for all issues so triable?</u>

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this  24th day of March, 2016.

                                    STUEVE SIEGEL HANSON LLP

                                By:  */s/* Todd E. Hilton
                                     Todd E. Hilton, MO Bar #51388
                                     460 Nichols Road, Suite 200
                                     Kansas City, MO 64112
                                     (816) 714-7100 - telephone
                                     hilton@stuevesiegel.com

I hereby certify that on this  24th  day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                         */s/*  Todd E. Hilton

5220248v1/26997-0001