1   James R. Condo (#005867)
    Amanda C. Sheridan (#027360)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202
4   Telephone:  602.382.6000
    Facsimile:  602.382.6070
5   jcondo@swlaw.com
    asheridan@swlaw.com
6
    Richard B. North, Jr. (admitted *pro hac vice*)
7   Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
8   Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH LLP
9   201 17th Street, NW / Suite 1700
    Atlanta, GA  30363
10  Telephone: (404) 322-6000
    Telephone: (602) 382-6000
11  richard.north@nelsonmullins.com
    matthew.lerner@nelsonmullins.com
12  Attorneys for Defendants C. R. Bard, Inc. and
    Bard Peripheral Vascular, Inc.
13

14              IN THE UNITED STATES DISTRICT COURT

15                 FOR THE DISTRICT OF ARIZONA

16  IN RE:  Bard IVC Filters Products Liability        No. 2:15-MD-02641-DGC
    Litigation,
17
    This Document Relates to:
18
    Wayne Ruden,
19  C.A. No. CV-16-00344-PHX-DGC
                                                        Case No. CV-16-00344
20
    Wayne Ruden,                                        **NOTICE OF NON-OPPOSITION TO
21                                                      PLAINTIFF'S MOTION TO
                           Plaintiff,                   CONTINUE HEARING DATE**
22
    v.
23
    C. R. Bard, Inc., a New Jersey corporation;
24  Bard Peripheral Vascular Inc., an Arizona
    corporation; and California Pacific Medical
25  Center,

26                         Defendants.

27          On March 24, 2016, Plaintiff filed Doc. No. 1184 asking that the oral argument on

28  Mr. Ruden's Motion to Remand, Bard's Opposition to the same, and California Pacific

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1  Medical Center's Motion to Dismiss be briefly continued to accommodate Plaintiff's

2  counsel's trial schedule.  Defendants file this notice and assert that they have no objection

3  to a short continuance of that oral argument.

4  DATED this 25th day of March, 2016.

5                                          SNELL & WILMER L.L.P.

6

7  By: s/Amanda C. Sheridan
       James R. Condo
8      Amanda C. Sheridan
       One Arizona Center
9      400 E. Van Buren, Suite 1900
       Phoenix, Arizona  85004-2202

10     Richard B. North, Jr. (admitted *pro hac vice*)
       Georgia Bar No. 545599
11     Matthew B. Lerner (admitted *pro hac vice*)
       Georgia Bar No. 446986
12     Nelson Mullins Riley & Scarborough LLP
       201 17th Street, NW / Suite 1700
13     Atlanta, GA  30363

14     Attorneys for C. R. Bard, Inc. and Bard
       Peripheral Vascular, Inc.

15

16                        **CERTIFICATE OF SERVICE**

17     I hereby certify that on March 25, 2016, the foregoing was electronically filed with

18  the Clerk of Court using the CM/ECF system which will automatically send email

19  notification of such filing to all attorneys of record.

20
                                          s/Amanda C. Sheridan
21

22  23753675

23

24

25

26

27

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000