David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:    (415) 433-3900
Facsimile:     (415) 433-3950

Attorneys for Plaintiff
WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCT LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>WAYNE RUDEN,<br>C. A. No.:  CV-16-00344-PHX-DGC | MDL Docket No. 15-02641 |
| WAYNE RUDEN,<br>             Plaintiff,<br>     vs.<br>C.R. BARD, INC., et al.,<br>             Defendants. | **SUPPLEMENTAL DECLARATION OF GLEN TURNER IN SUPPORT OF PLAINTIFF WAYNE RUDEN'S MOTION FOR SHORT CONTINUANCE OF MOTION HEARINGS NOTING NON-OPPOSITION OF CALIFORNIA PACIFIC MEDICAL CENTER**<br><br>Complaint Filed:  October 7, 2015 |

**SUPP. DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR SHORT CONTINUANCE**

I, Glen Turner, declare as follows:

1. I am an attorney licensed to practice law in California. I am an attorney with the law firm of Ongaro PC, attorneys of record for plaintiff Wayne Ruden in the above captioned matter. I am one of the attorneys prosecuting this matter for Mr. Ruden, and the attorney primarily handling day-to-day activities on the case. The facts set forth herein are of my own personal knowledge and if called upon to testify, I could and would do so competently. I submit this supplemental declaration in support of Mr. Ruden's Motion for Short Continuance of Motion Hearings.

2. Today our office received confirmation from counsel for California Pacific Medical Center, that California Pacific Medical Center does not oppose Mr. Ruden's request for a short continuance due to counsel's trial conflict.

3. Attached hereto as Exhibit A is a true and correct copy of correspondence from counsel for California Pacific Medical Center indicating non-opposition.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 28, 2016, in Monterey, California.

_____
Glen Turner

1
**SUPP. DECLARATION OF GLEN TURNER ISO PLAINTIFF'S MOTION FOR SHORT CONTINUANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Glen Turner*
Glen Turner