# EXHIBIT A

**Kirsten Mikkelsen**

---

**From:** Hilary Youngblood [mailto:HYoungblood@dblawsf.com]
**Sent:** Monday, March 28, 2016 11:43 AM
**To:** Glen Turner <gturner@ongaropc.com>
**Subject:** RE: Ruden v Bard

Glen,

We will not oppose your request for a continuance of the hearing on your motion for remand.

Best of luck at trial.

Regards,
**Hilary E. Youngblood**
Davidovitz + Bennett
415-956-4800

---

**From:** Glen Turner [mailto:gturner@ongaropc.com]
**Sent:** Thursday, March 24, 2016 4:01 PM
**To:** Hilary Youngblood
**Subject:** Ruden v Bard

David Ongaro and I are in trial.  If we request a two-week continuance of oral argument, will you object?

Glen Turner
Ongaro PC
50 California Street, Suite 3325

1

San Francisco, California 94111
Ph:  415-403-4841 (direct)
Fax: 415-433-3950
Email: gturner@ongaropc.com