IN THE UNITED STATES DISTRICT COURT

FOR THE FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) ALEC CALDWELL, ) C.A. No. CV-16-10-PHX-DGC ) ) _____ ) ) ALEC CALDWELL, ) ) Plaintiff, ) ) v. ) C. R. BARD, INC., et al., ) ) Defendants. ) | MDL Docket No. 15-2641 |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for plaintiff, Alec Caldwell.

Dated: March 28, 2016

Respectfully Submitted,

/s/ David C. DeGreeff
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 – Telephone
(816) 531-2372
ddegreeff@wcllp.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

/s/ David C. DeGreeff