IN THE UNITED STATES DISTRICT COURT

FOR THE FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | )<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )<br>) |
| ALEC CALDWELL,<br>C.A. No. CV-16-10-PHX-DGC | )<br>)<br>) |
| _____ | )<br>) |
| ALEC CALDWELL, | )<br>) |
| Plaintiff, | )    MDL Docket No. 15-2641<br>) |
| v. | ) |
| C. R. BARD, INC., et al., | )<br>) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

I, Thomas P. Cartmell, have been admitted or otherwise authorized to practice in this court and I appear in this case as counsel for plaintiff, Alec Caldwell.

Dated:  March 29, 2016                    Respectfully Submitted,


                                                           By: /s/Thomas P. Cartmell
                                                           Thomas P. Cartmell (MO Bar No. 45366 )
                                                             (admitted *pro hac vice*)
                                                           **Wagstaff & Cartmell, LLP**
                                                           4740 Grand Ave., Suite 300
                                                           Kansas City, MO 64112
                                                           (816) 701-1100
                                                           (816) 531-2372 (fax)
                                                           ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

                                              /s/ Thomas P. Cartmell