IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Patricia Sourk<br>C.A. No. CV-16-00728-DGC<br>_____ | ) ) ) ) | MDL Docket No. 15-2641 |
| PATRICIA SOURK, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for plaintiff, Patricia Sourk.

Dated: March 29, 2016                         Respectfully Submitted,

                                                                    By: /s/Thomas P. Cartmell
                                                                    Thomas P. Cartmell (MO Bar No. 45366 )
                                                                    Wagstaff & Cartmell LLP
                                                                    4740 Grand Ave., Suite 300
                                                                    Kansas City, MO 64112
                                                                    (816) 701-1100 – Telephone
                                                                    (816) 531-2372
                                                                    ddegreeff@wcllp.com

                                                                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

/s/ David C. DeGreeff