# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | |
| PAMELA NOTERMAN | MDL 15-02641-PHX DGC |
| Plaintiff, | Docket No. 2:15-cv-01714 |
| v. | Judge David G. Campbell |
| C.R. BARD, INC., a New Jersey Corporation, and BARD PERIPHERAL VASCULAR INC.,(a subsidiary and/or Division of Defendant C.R. BARD, INC.) an Arizona corporation | |
| Defendants. | |

### PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, Matthew J. McCauley, of the law firm Parker Waichman LLP hereby gives his appearance as counsel in connection with the above-referenced action. It is respectfully requested that Matthew J. McCauley replace Daniel C. Burke as attorney of record for Plaintiffs.  Mr. Burke is no longer associated with Parker Waichman LLP, and should be removed from all pleadings and mailings.

March 30, 2016

Respectfully submitted,

*/s/ Matthew J. McCauley*
**Matthew J. McCauley, Esq.**
**PARKER WAICHMAN LLP**
**6 Harbor Park Drive**
**Port Washington, NY 11050**
**(516) 466-6500**
**Email: mmccauley@yourlawyer.com**
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify that on this March 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

March 30, 2016                                          Respectfully submitted,


                                                        */s/ Matthew J. McCauley*
                                                        **Matthew J. McCauley, Esq.**
                                                        **PARKER WAICHMAN LLP**
                                                        **6 Harbor Park Drive**
                                                        **Port Washington, NY 11050**
                                                        **(516) 466-6500**
                                                        **Email: mmccauley@yourlawyer.com**
                                                        **Attorneys for Plaintiffs**