IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS ) <br> LIABILITY LITIGATION, ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Debra Mulkey ) <br> C.A. No. CV-16-00853-DGC ) <br> _____ ) <br> ) <br> DEBRA MULKEY, ) <br> ) <br>     Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> C. R. BARD, INC., et al., ) <br> ) <br>     Defendants. ) | MDL Docket No. 15-2641 |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Debra Mulkey.

Dated: March 30, 2016                    Respectfully Submitted,

                                              By: /s/ Thomas P. Cartmell
                                              Thomas P. Cartmell (MO Bar No. 45366 )
                                              Wagstaff & Cartmell LLP
                                              4740 Grand Ave., Suite 300
                                              Kansas City, MO 64112
                                              (816) 701-1100 – Telephone
                                              (816) 531-2372 - Fax
                                              tcartmell@wcllp.com

/s/ David C. DeGreeff
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 – Telephone
(816) 531-2372 - Fax
ddegreeff@wcllp.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

/s/ David C. DeGreeff