IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Donald Germany<br>C.A. No. CV-16-00855-DGC<br>_____ | ) ) ) ) | MDL Docket No. 15-2641 |
| DONALD GERMANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Donald Germany.

Dated: <u>March 30, 2016</u>          Respectfully Submitted,

                              By: /s/ Thomas P. Cartmell
                              Thomas P. Cartmell (MO Bar No. 45366 )
                              Wagstaff & Cartmell LLP
                              4740 Grand Ave., Suite 300
                              Kansas City, MO 64112
                              (816) 701-1100 – Telephone
                              (816) 531-2372 - Fax
                              tcartmell@wcllp.com

/s/ David C. DeGreeff
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 – Telephone
(816) 531-2372 - Fax
ddegreeff@wcllp.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

/s/ David C. DeGreeff