IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Billie Tentori C.A. No. CV-16-00856-DGC | ) ) | MDL Docket No. 15-2641 |
| _____ | ) ) | |
| BILLIE TENTORI, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:     The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this

case as counsel for plaintiff, Billie Tentori.

Dated: March 30,  2016 _____                    Respectfully Submitted,

By: /s/ Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 – Telephone
(816) 531-2372 - Fax
tcartmell@wcllp.com

/s/ David C. DeGreeff
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 – Telephone
(816) 531-2372 - Fax
ddegreeff@wcllp.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2016, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system and a copy sent electronically to those parties registered for electronic filing through the Court's ECF system.

/s/ David C. DeGreeff