Lucas J. Ude (66288 MO)
J. Mark Kell (26413 MO)
Kell Lampin, LLC
5770 Mexico Road, Suite A
Saint Peters, Missouri 63376
636-498-4878
636-441-0198 – fax
Lucas@KellLampinLaw.com
Mark.Kell@KellLampinLaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Joseph Pasierb, Jr., an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.<br><br>Defendants. | Civil Action No.: 2:16-cv-00857-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 30th day of March, 2016.

**KELL LAMPIN, LLC**

By:   /s/ Lucas J. Ude
      Lucas J. Ude #66288 MO
      J. Mark Kell #26413 MO
      5770 Mexico Road, Suite A
      Saint Peters, Missouri 63376

      *Attorneys for Plaintiff*

1
2
3
4
5   I hereby certify that on this 30th day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

6
7                                    /s/ Lucas J. Ude
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28