IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL 15-02641-PHX-DGC |
|---|---|
| This document relates to Plaintiffs:<br><br>*Kilcran v. C.R. Bard, Inc., et al.*<br>Docket Number: 16-cv-289<br><br>*Noterman v. C.R. Bard, Inc., et al*<br>Docket Number: 15-cv-14714 | **NOTICE OF WITHDRAWAL OF APPEARANCE OF DANIEL C. BURKE, ESQ.** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned counsel, Daniel C. Burke hereby withdraws his appearance as counsel of record for the Plaintiffs in the above referenced actions.

**PLEASE TAKE NOTICE** that Matthew J. McCauley of PARKER WAICHMAN LLP shall continue to serve as counsel for the Plaintiffs in the schedule of actions attached hereto.

Dated:  Port Washington, New York
           March 31, 2016

                                           Respectfully submitted,

                                           */s/ Daniel C. Burke (with consent)*
                                           Daniel C. Burke

                                             */s/ Matthew J. McCauley*
                                             Matthew J. McCauley, Esq.
                                             PARKER WAICHMAN LLP
                                             6 Harbor Park Drive
                                             Port Washington, NY 11050
                                             (516) 466-6500
                                             Email: mmccauley@yourlawyer.com
                                             Attorneys for Plaintiffs