## **CERTIFICATE OF SERVICE**

      I, Matthew J. McCauley, hereby certify that on March 31, 2016 I electronically filed a true copy of the foregoing Notice of Withdrawal of Appearance of Counsel with the Clerk of the United States District Court for the District of Arizona using the ECF system, which will send notification of such filing to registered ECF participants in this case.

                                              */s/ Matthew J. McCauley*