# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | |
| John Noterman, as Personal Representative of the Estate of Pam W. Noterman, | MDL 15-02641-PHX DGC |
| Plaintiff, | Docket No. 2:15-cv-01714 |
| v. | Judge David G. Campbell |
| C.R. BARD, INC., a New Jersey Corporation, and BARD PERIPHERAL VASCULAR INC.,(a subsidiary and/or Division of Defendant C.R. BARD, INC.) an Arizona corporation | |
| Defendants. | |

### [*proposed*] ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

On this date came on for consideration Matthew J. McCauley and the law firm of Parker Waichman LLP, Motion for Leave to Amend Complaint (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

SIGNED this _____ day of _____, 2016.

_____
David G. Campbell
United Stated District Judge

APPROVED AND ENTRY REQUESTED:

Matthew J. McCauley
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Email: mmccauley@yourlawyer.com