# EXHIBIT "B"

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2016036047   1   PG(S)
3/28/2016 1:24 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS   Receipt # 1966268

IN THE CIRCUIT COURT FOR SARASOTA COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF   FILE NO.: 2016 CP 000791

PAM W. NOTERMAN,

    Deceased.
_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

    WHEREAS, PAM W. NOTERMAN, a resident of Sarasota County, Florida, died on May 6, 2014 owning assets in the State of Florida, and

    WHEREAS, JOHN NOTERMAN has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

    NOW, THEREFORE, I the undersigned Circuit Judge, declare JOHN NOTERMAN to be duly qualified under the laws of the State of Florida to act as personal representative of the estate of PAM W. NOTERMAN, deceased, with full power to administer the estate according to the law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to the law.

    WITNESS my hand and seal of this court this _____ day of MAR 2 2 2016.

_____
HONORABLE CHARLES E. WILLIAMS
CIRCUIT COURT JUDGE

IN THE CIRCUIT COURT FOR SARASOTA COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF                                FILE NO.: 2016 CP 000791

PAM W. NOTERMAN,

        Deceased.

_____/

**ORDER APPOINTING PERSONAL REPRESENTATIVE AND WAIVING BOND**

On the Petition of JOHN NOTERMAN on the administration of the estate of PAM W. NOTERMAN, deceased, the Court finding that the decedent died on May 6, 2014, and that JOHN NOTERMAN, a resident of Florida, is entitled to appointment as personal representative by reason of the consent of all other beneficiaries, it is

ADJUDGED that JOHN NOTERMAN is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation of resident agent and acceptance, Letters of Administration will be issued.

ADJUDGED that based on the consent of all other beneficiaries, the estate, relationship of the personal representative to the beneficiary, the exempt property and family allowance, the type and nature of the assets, known creditors and the liens and encumbrances, if any, are such that no bond or security is required of the JOHN NOTERMAN.

ORDERED on the _____ day of MAR 2 2 2016, 2016 in Chambers, Sarasota County, Florida.

                                                HONORABLE CHARLES E. WILLIAMS
                                                CIRCUIT COURT JUDGE