## CERTIFICATE OF SERVICE

     I, Matthew J. McCauley, hereby certify that on April 4, 2016 I electronically filed a true copy of the foregoing Motion for Leave to Amend Complaint with the Clerk of the United States District Court for the District of Arizona using the ECF system, which will send notification of such filing to registered ECF participants in this case.

                                                */s/ Matthew J. McCauley*