☉AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
**DUE DATE:**

**TRANSCRIPT ORDER**

| | | |
|---|---|---|
| 1. NAME Robert W. Boatman | 2. PHONE NUMBER 602-530-8340 | 3. DATE 04/04/2016 |

4. FIRM NAME Gallagher & Kennedy, P.A.

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS 2575 East Camelback Road | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |

| | | |
|---|---|---|
| 9. CASE NUMBER MD-15-02641-PHX-DGC | 10. JUDGE Campbell | DATES OF PROCEEDINGS |
| | | 11. 03/31/2016      12. |
| 13. CASE NAME In Re Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS |
| | 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
☐ APPEAL         ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL     ☑ CIVIL                 ☐ IN FORMA PAUPERIS       ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 03/31/2016 - entire hearing |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☐ PDF (e-mail) | |
| 7 DAYS | ☑ | ☐ | | ☑ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
rwb@gknet.com

19. SIGNATURE s/Robert W. Boatman

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE April 4, 2016

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED     DATE     BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY