# EXHIBIT 3



3:12-cv-00344-RCJ-WGC
**Plaintiff's Exhibit**
**1128**

| | |
|---|---|
| **From:** | John Lehmann [jlehmann@lehmannthomas.com] |
| **Date:** | 3/19/2004 2:20:15 AM |
| **To:** | 'Glass, Holly' [Holly.Glass@crbard.com] |
| **CC:** | 'Uelmen, Doug' [Doug.Uelmen@crbard.com], 'Passero, Donna' [Donna.Passero@crbard.com], 'Lee Lynch' [LLynch@HillandKnowlton.com], 'Ganser, Christopher' [Christopher.Ganser@crbard.com] |
| **Subject:** | RE: Recovery Crisis Communications Plan |
| **Attachments:** | Notebook.jpg |

Holly, glad to help.
I will be on travel status starting tomorrow night til next Wednesday,
and then again from next Thursday thru April 13th, so I can't be of much
help during that period.
Regards, John

---

From: Glass, Holly [mailto:Holly.Glass@crbard.com]
Sent: Friday, March 12, 2004 10:30 AM
To: jlehmann@lehmannthomas.com
Cc: Uelmen, Doug; Passero, Donna; Lee Lynch
Subject: Recovery Crisis Communications Plan

Dr. Lehmann:

As you may be aware, I am working with Hill and Knowlton to prepare a
comprehensive crisis communication plan in the event the Recovery issue
is "exposed" in the media. We have formed a team of the H & K reps,
myself, Donna Passero, and Janet Hudnall to work on the components of
the plan.

From time to time, it will be imperative to have the medical expertise
represented on the team and wanted to ask if you are willing to help us
on an as-needed basis? Most likely it will involve joining all or part
of pre-arranged conf. calls and/or an in-person meeting in Washington
over the next month or two.

Thanks -
Holly Glass


Holly P. Glass
Vice President, Government and Public Relations
C. R. Bard, Inc.
14241 Clubhouse Road
Gainesville, VA 20155
703-754-2848
703-754-7889 fax
571-243-1952 cell