# EXHIBIT 5

**From:** Greer, Jason [/O=BARD/OU=MHL AG/CN=RECIPIENTS/CN=JGREER]
**Date:** 3/16/2006 2:32:37 AM
**To:** Hudnall, Janet [Janet.Hudnall@crbard.com]
**Subject:** say crazy
**Attachments:** image001.jpg, image002.jpg

Hey, when you go about choosing speakers for filter breakouts, please consider Nicole. She is doing some really cool stuff...some of it I can talk about...some I can't. However, her knowledge of low molecular weight heparin and heparin is allowing her to take over the market. Another guy that knows his Shiite on filters and is worth considering is Fecher. I swear, the guy is a walking encyclopedia of filters. He is a young John Timko. He wakes, eats, sleeps filters.

I'm going to call you tomorrow..........crazy.

We were on vacation in San Antonio. It was so awesome. The kids went to Sea World and Six Flags. The Westin there has an awesome set of pool just for the kids. It was 90 degrees but pleasant. I even took a nap. I've take about 10 of those in my adult life.

BTW, you know what I was thinking about today? I was thinking how far we've come in a year as far as filter problems. I know we are having a few problems but do you freaking remember what it was like a year ago? Do you remember what it was like 2 years ago? I don't know if it can ever get any worse. You weathered the storm as well as anyone, anyone could have. If you do decide to interview for new positions, you better document what you did because I don't think there are many better business case studies for a terrible situation that was held together with scotch tape, smoke, mirrors, crying, etc. You should be pretty proud of yourself.

Also, Ben is going to work with Dave Stearn at Cardiomim(sp?). Don't tell him about the affair. It's over.





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00946624

Jason Greer

District Sales Manager

901.485.1485 Fax 800.657.1498

www.bardpv.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00946625