Eric D. Holland *(Admitted Pro Hac Vice)*
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
eholland@allfela.com
 (314)241-8111 telephone
(314)241-5554 facsimile

*Attorneys for Plaintiff, Lance Cain*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS | ) | No. MD-15-02641-PHX-DGC |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | | |
| Lance Cain | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:16-cv-00446-DGC |
| | ) | |
| C.R. Bard, Inc., | ) | |
| | ) | |
|     Defendants. | ) | **DEMAND FOR JURY TRIAL** |

    Plaintiff, Lance Cain, hereby demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 6th day of April, 2016.


               By: /s/ Eric D. Holland
               Eric D. Holland *(Admitted Pro Hac Vice)*
               Holland Law Firm
               300 N. Tucker Blvd., Suite 801
               St. Louis, MO 63101
               eholland@allfela.com
               (314)241-8111 telephone
               (314)241-5554 facsimile

               *Attorneys for Plaintiff, Lance Cain*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2016, I electronically transmitted the foregoing Demand for Jury Trial to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of electronic Filing to the attorneys who are registered with the Court's electronic filing system.

By: /s/ Eric D. Holland
Eric D. Holland *(Admitted Pro Hac Vice)*
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
eholland@allfela.com
(314)241-8111 telephone
(314)241-5554 facsimile