UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>JOHN KRECKEL,<br><br>   Plaintiff,<br><br>   v.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>   Defendants. | Case No. 15-02641-PHX-DGC<br>MDL No. 2641<br><br><br><br>Case No. 2:16-cv-00763 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff John Kreckel, through his attorneys, hereby voluntarily dismisses his complaint.

Dated: April 6, 2016

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:*/s/ Daniel E. Seltz*

Wendy R. Fleishman
Daniel E. Seltz
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
wfleishman@lchb.com
dseltz@lchb.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Daniel E. Seltz*
Daniel E. Seltz