James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**UNOPPOSED MOTION TO EXTEND THE TIME TO SUBMIT MEMORANDA REGARDING PRIVILEGE LOG ISSUES** |

In accordance with this Court's April 1, 2016, Case Management Order No. 10 (Doc. 1319), Section VII, Defendants are required to file a memorandum with the Court addressing the specific legal categories addressed in Plaintiffs' Motion to Compel regarding Defendants' privilege logs by April 11, 2016. Plaintiffs are required to file a reply memorandum by April 22, 2016. Given the scope of the categories and the issues, the Defendants respectfully request, and Plaintiffs do not oppose, that the Court extend the time for the Parties to submit their memoranda by one week, with Defendants' memorandum due on April 18, 2016, and Plaintiffs' reply memorandum and Defendants'

submission of the matrix documents *in camera* due on April 29, 2016. Defendants submit a proposed form of Order with this unopposed motion.

DATED this 7th day of April, 2016.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Richard B. North, Jr.
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

James R. Condo
Amanda C. Sheridan
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ Richard B. North, Jr.
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599