IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

The Court has considered Defendants' unopposed motion to extend the time to submit memoranda regarding privilege log issues.

**IT IS SO ORDERED** that the motion is **granted**. Defendants shall have until April 18, 2016, and Plaintiffs shall have until April 29, 2016, to submit their memoranda. Defendants shall have until April 29, 2016, to submit the matrix documents *in camera*.