Joseph R. Johnson, Esq. (#372250)
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
jjohnson@babbitt-johnson.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | No. MD-15-02641-PHX-DGC |
| RONALD A. WOLFE,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., BARD PERIPHERAL VASCULAR, INC., LAWRENCE L. SCHMETTERER, M.D.,<br><br>  Defendants.<br>_____ | Case No:  CV-16-00786-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for:

   Ronald A. Wolfe

Dated:   April 6, 2016

BABBITT & JOHNSON, P.A.

By: /s/ Joseph R. Johnson
  Joseph R. Johnson (Fla. Bar No. 372250)
  Suite 100
  1641 Worthington Road
  West Palm Beach, FL  33409

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            */s/*  Joseph R. Johnson