# EXHIBIT A

Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
Lincoln.combs@gknet.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **FIRST AMENDED** SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    John L. Kuhn, Jr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

      N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

      N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

      Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

      Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

      Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

      United States District Court for the Middle District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C.R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☒ Eclipse® Vena Cava Filter
- ☒ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

May 4, 2013

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture

| | | | |
|---|---|---|---|
| 1 | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 2 | ☒ | Count VII: | Negligence – Failure to Warn |
| 3 | ☒ | Count VIII: | Negligent Misrepresentation |
| 4 | ☒ | Count IX: | Negligence *Per Se* |
| 5 | ☒ | Count X: | Breach of Express Warranty |
| 6 | ☒ | Count XI: | Breach of Implied Warranty |
| 7 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 8 | ☒ | Count XIII: | Fraudulent Concealment |
| 9 | ☒ | Count XIV: | Violations of Applicable Pennsylvania (73 P.S. § 201-1 et seq.) (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 12 | ☐ | Count XV: | Loss of Consortium |
| 13 | ☐ | Count XVI: | Wrongful Death |
| 14 | ☐ | Count XVII: Survival | |
| 15 | ☒ | Punitive Damages | |
| 16 | ☒ | Other(s): | All claims for Relief set forth in the Master complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below) |

On May 4, 2014, John Kuhn Jr. had a Bard Meridian filter installed in his Inferior Vena Cava. Since the installation, Mr. Kuhn has suffered physical and emotional damages in an amount to be proven at trial.

-4-

## JURY DEMAND

Plaintiff demands a Trial By Jury.

RESPECTFULLY SUBMITTED this ~~21st~~___ day of April, 2016.

**GALLAGHER & KENNEDY, P.A.**

By */s/ Robert W. Boatman*
Robert W. Boatman
Mark S. O'Connor
Paul L. Stoller
Shannon L. Clark
C. Lincoln Combs
2575 East Camelback Road
Phoenix, Arizona  85016-9225

**~~LOPEZ McHUGH LLP~~**
~~Ramon Rossi Lopez (CA Bar No. 86361)~~
~~(admitted *pro hac vice*)~~
~~100 Bayview Circle, Suite 5600~~
~~Newport Beach, California 92660~~

*Attorneys for ~~Plaintiffs~~Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this ~~21st~~___ day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo

~~5180698~~5353945