Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
Lincoln.combs@gknet.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   John L. Kuhn, Jr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Middle District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☒ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

May 4, 2013

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI:     Negligence – Failure to Recall/Retrofit

☒ Count VII:    Negligence – Failure to Warn

☒ Count VIII:   Negligent Misrepresentation

☒ Count IX:     Negligence *Per Se*

☒ Count X:      Breach of Express Warranty

☒ Count XI:     Breach of Implied Warranty

☒ Count XII:    Fraudulent Misrepresentation

☒ Count XIII:   Fraudulent Concealment

☒ Count XIV:    Violations of Applicable Pennsylvania (73 P.S. § 201-1 et seq.) (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:     Loss of Consortium

☐ Count XVI:    Wrongful Death

☐ Count XVII:   Survival

☒ Punitive Damages

☒ Other(s):     <u>All claims for Relief set forth in the Master complaint for an amount to be determined by the trier of fact including for the following</u>:  (please state the facts supporting this Count in the space immediately below)

<u>On May 4, 2014, John Kuhn Jr. had a Bard Meridian filter installed in his Inferior Vena Cava.  Since the installation, Mr. Kuhn has suffered physical and emotional damages in an amount to be proven at trial.</u>

-4-

**JURY DEMAND**

Plaintiff demands a Trial By Jury.

RESPECTFULLY SUBMITTED this 8th day of April 2016.

        **GALLAGHER & KENNEDY, P.A.**

        By */s/ Robert W. Boatman*
         Robert W. Boatman
         Mark S. O'Connor
         Paul L. Stoller
         Shannon L. Clark
         C. Lincoln Combs
         2575 East Camelback Road
         Phoenix, Arizona  85016-9225

        *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            */s/ Deborah Yanazzo*
            Deborah Yanazzo

5353945