IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS PRODUCTS

LIABILITY LITIGATION                                      MDL No. 2641

_____

**This Document Relates to:**

2:15-cv-1691
2:15-cv-1712
2:15-cv-01702
2:15-cv-1723
2:15-cv-1710
2:15-cv-01720
2:15-cv-1885
2:15-cv-1926
2:15-cv-1742

_____

## NOTICE OF DISASSOCIATION

PLEASE TAKE NOTICE that TROY A. BRENES is no longer associated with

the law firm of LOPEZ McHUGH LLP and is no longer appearing as counsel for

Plaintiffs in the following cases:

*Pamela Cason,* **2:15-cv-1691**

*Jennifer Coker,* **2:15-cv-1712**

*Susan Fox*, **2:15-cv-01702**

*Debra Green*, **2:15-cv-1723**

*Melonee Murray*, **2:15-cv-01720**

*Joji Takada, Trustee in Bankruptcy for John Noonan; John Noonan*, 2:15-cv-1885

*Denise O'Neill*, 2:15-cv-1926

*Erin Smith*, 2:15-cv-1742

      Mr. Brenes should, therefore, be removed from the distribution list of these cases as counsel of record.   Plaintiffs continue to be represented in this matter by Ramon Rossi Lopez and Lopez McHugh LLP.


Dated: April 8, 2016                                                    Respectfully Submitted,

                                                                          /s/ *Ramon Rossi Lopez*
Ramon Rossi Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Phone: (949) 737-1501
Fax: (949) 737-1504
Email: rlopez@lopezmchugh.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS PRODUCTS

LIABILITY LITIGATION                                                MDL No. 2641

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April, 2016, a copy of the foregoing NOTICE OF DISSOCIATION was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                        /s/ *Ramon Rossi Lopez*
                                        Ramon Rossi Lopez
                                        LOPEZ MCHUGH LLP
                                        100 Bayview Circle, Suite 5600
                                        Newport Beach, CA 92660
                                        Phone: (949) 737-1501
                                        Fax: (949) 737-1504
                                        Email: rlopez@lopezmchugh.com

                                        Attorneys for Plaintiffs