IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-2641 PHX DGC **ORDER** |
|---|---|

The Court has considered Defendants' unopposed motion to extend the time to submit memoranda regarding privilege log issues. Doc. 1358.

**IT IS ORDERED** that the motion (Doc. 1358) is **granted**. Defendants shall have until April 18, 2016, and Plaintiffs shall have until April 29, 2016, to submit their memoranda. Defendants shall have until April 29, 2016, to submit the matrix documents *in camera*.

Dated this 8th day of April, 2016.

_____
David G. Campbell
United States District Judge