James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| VICKI WETZEL, | |
| Plaintiff, | Case No. CV-15-01667-PHX-DGC |
| v. | |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, | **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 5** |
| Defendants. | |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1    Pursuant to Fed. R. Civ. P. 12(b) Defendants C. R. Bard, Inc. and Bard Peripheral

2   Vascular, Inc. ("Bard") respectfully move this Court to dismiss Plaintiff's Complaint for

3   failure to comply with the terms of Case Management Order No. 5 pertaining to timely

4   service of Plaintiff Profile Forms. Pursuant to Local Rule 7.2(b), this Motion is accompanied

5   by a Memorandum of Points and Authorities.

6    WHEREFORE, for the reasons set forth above and in the accompanying Memorandum

7   of Points and Authorities, Bard respectfully requests that this Court enter an Order dismissing

8   Plaintiff's Complaint.

9    This 11th day of April, 2016.

10

11    s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599

12    Matthew B. Lerner
Georgia Bar No. 446986

13    NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station

14    201 17th Street, NW / Suite 1700
Atlanta, GA  30363

15    PH: (404) 322-6000
FX: (404) 322-6050

16    Richard.North@nelsonmullins.com

17    James R. Condo (#005867)
Amanda Sheridan (#005867)

18    SNELL & WILMER L.L.P.
One Arizona Center

19    400 E. Van Buren
Phoenix, AZ 85004-2204

20    PH: (602) 382-6000
JCondo@swlaw.com

21    ASheridan@swlaw.com

22    **Attorney for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.**

23

24

25

26

27

28

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Nelson Mullins Riley & Scarborough**

L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com