# LOPEZ MCHUGH LLP
ATTORNEYS & COUNSELORS AT LAW

www.LopezMcHugh.com

CALIFORNIA · NEW JERSEY · PENNSYLVANIA

Michael S. Katz
Member of PA and NJ Bars
mkatz@lopezmchugh.com

Reply To:
Philadelphia Office

May 15, 2014

**VIA US MAIL**

C.R. Bard, Inc.
1822 Underwood Blvd
Delran, NJ 08075

Bard Peripheral Vascular, Inc.
1625 W 3rd Street
Tempe, AZ 85281



Re:   Wetzel, Vicki v. C.R. Bard, Inc.

Dear Sir or Madam:

Enclosed please find a copy of Plaintiff's as-filed Civil Complaint. Pursuant to F.R.C.P. 4, we are requesting that you waive service of summons. To that end, I have enclosed a formal Notice of a Lawsuit and Request to Waive Service of a Summons, two copies of a Waiver of the Service of Summons, and a return envelope.

Feel free to contact me with any questions.

Yours very truly,

LOPEZ MCHUGH, LLP

MICHAEL S. KATZ

Enclosures

---

100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Phone (949) 737-1501 · Fax (949) 737-1504

712 East Main Street, Suite 2A
Moorestown, NJ 08057
Phone (856) 273-8500 · Fax (856) 273-8502

1123 Admiral Peary Way, Quarters K
Philadelphia, PA 19112
Phone (215) 952-6910 · Fax (215) 952-6914

EXHIBIT A