| | |
|---|---|
| **From:** | Sanjay Ghosh |
| **Sent:** | Monday, February 22, 2016 3:59 PM |
| **To:** | rwb@gknet.com; mark.oconnor@gknet.com; paul.stoller@gknet.com; rlopez@lopezmchugh.com; mlopez@lopezmchugh.com; jjohnson@babbitt-johnson.com |
| **Cc:** | FILTER PPF PFS; Richard North |
| **Subject:** | Vicki Wetzel v. C.R. Bard, et al., Case No. 2:15-cv-02304-DGC - Plaintiff Profile Form Overdue Letter |
| **Attachments:** | 2016.02.22 Executed Wetzel, Vicki - PPF Deficiency Letter - 4852-4587-5502 v 1.pdf |

Dear Counsel:

Please see the attached Plaintiff Profile Form Overdue Letter in the above-referenced case. Hardcopies are being sent to your respective offices via U.S. Mail.

**Sanjay Ghosh | Nelson Mullins Riley & Scarborough LLP**
201 17th Street NW, Suite 1700 | Atlanta, Georgia 30363 | 404.322.6282

1

EXHIBIT B
Page 1

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

February 22, 2016

<u>**VIA EMAIL AND U.S. MAIL**</u>

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road, Suite 1100
22 Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Joseph R. Johnson
Babbitt & Johnson, PA
1641 Worthington Rd, Ste 100
West Palm Beach, FL  33409
jjohnson@babbitt-johnson.com

Ramon Lopez
Matthew Lopez
LOPEZ McHUGH, LLP
100 Bayview Circle, Suite 5600
17 Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

      Re:    *Wetzel, Vicki v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)

           *Plaintiff's Profile Form for Wetzel, Vicki*

Dear Counsel,

    This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than February 16, 2016; however, we still have not received a PPF for your client.

    Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Babbitt & Johnson, PA
February 22, 2016
Page 2

Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/