REQUEST BY NON-PRISONER PRO SE PARTY
FOR ELECTRONIC NOTICING

Case Number __CV-16-953-PHX-DGC__

This form is to be used when requesting notice of filings be received electronically. The following information is required:   MDL 15-2641

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 11 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**Personal Information**

First Name __Jeff__   Middle Name __M.__

Last Name __Edwards__   Generation _____

Address __13785 Research Blvd, Suite 125__

City __Austin__   State __TX__   Zip Code __78750__

Telephone Number __(512) 300-7555__

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing:

__JeffEdwards777@Gmail.com__

**Note:** You must promptly notify the Clerk's Office, in writing, if there is a change in your designated e-mail address.

E-mail type:

☑ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .pdf may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

__4-7-16__   __[signature] Jeff W. Edwards__
Date         Participant Signature