David P. Matthews
TX SBN: 13206200
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
dmatthews@thematthewslawfirm.com

Sheila M. Bossier
MS Bar No. 10618
FREESE & GOSS, PLLC
1520 N. State Street
Jackson, MS 39202
Tel. (601) 352-5485
Fax (601) 352-5452
sbossier@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: _____ CRYSTAL SENGER,        Plaintiff v. C.R. BARD INC., AND BARD PERIPHERAL VASCULAR, INC.        Defendants. _____ | **Case No. 2:16-cv-00811-PHX-DGC** **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party.

Dated: April 13, 2016

| | |
|---|---|
| */s/ David P. Matthews* | */s/ Richard B. North, Jr.* |
| David P. Matthews, Bar No. 13206200 | Richard B. North Jr. |
| Texas Bar No. 13206200 | Georgia Bar No. 545599 |
| MATTHEWS & ASSOCIATES | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| 2905 Sackett Street | Atlantic Station |
| Houston, TX 77098 | 201 17th Street, NW, Suite 1700 |
| Telephone: (713) 522-5250 | Atlanta, GA 30363 |
| Facsimile: (713) 535-7184 | Tel. (404) 322-6000 |
| dmatthews@thematthewslawfirm.com | Fax (404) 322-6050 |
| | Richard.North@nelsonmullins.com |
| **Counsel for Plaintiff** | **Counsel for Defendants** |

**SO ORDERED** this ____ day of _____, 2016.

_____
Hon. David G. Campbell