# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 15-2641 |
| Crystal Senger,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., et al.,<br><br>    Defendants. | No. CV-16-0811-PHX-DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 1443.

**IT IS ORDERED** that the stipulation (Doc. 1443) is **granted.** This matter is dismissed without prejudice, without cost against any party.

Dated this 13th day of April, 2016.

_____
David G. Campbell
United States District Judge