Wendy R. Fleishman
Daniel E. Seltz
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone: 212.355.9500
Facsimile:  212.355.9592
wfleishman@lchb.com
dseltz@lchb.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>  2:16-cv-515 | No. MD-15-02641-PHX-DGC<br><br>**MOTION FOR SUBSTITUTION OF  COUNSEL** |

Plaintiff Audrey Oliver, through the undersigned counsel below, hereby moves that the undersigned be substituted in place of attorney Jeff Seldomridge of The Miller Law Firm LLC as counsel of record for Plaintiff Audrey Oliver in the above-referenced case, No. 2:16-cv-515.  A proposed order granting this motion is attached as Exhibit 1 to this motion.

Dated:   April 15, 2016
　　　　　　　　　　　　　　　　　　　　/s/   Wendy R. Fleishman
　　　　　　　　　　　　　　　　　　　　　　　Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz (*pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
wfleishman@lchb.com
dseltz@lchb.com

*Attorneys for Plaintiff Audrey Oliver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/   Wendy R. Fleishman*
Wendy R. Fleishman