# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>**This Document Relates to:**<br>2:16-cv-515 | No. MD-15-02641-PHX-DGC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

Upon consideration of the Motion for Substitution of Counsel submitted on behalf of Plaintiff Audrey Oliver in the above-referenced case, the Court grants this motion. The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP is hereby substituted as counsel for Plaintiff Oliver, and The Miller Law Firm LLC shall be permitted to withdraw as counsel of record for Ms. Miller.

It is so ORDERED.

DATED this ____ day of _____, 2016   _____
HONORABLE DAVID G. CAMPBELL
District Court Judge