**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: Bard IVC Filters PRODUCTS LIABILITY LITIGATION <br><br> **This Document Relates to:** <br><br> Audrey Oliver, <br><br>          Plaintiff, <br><br> v. <br><br> CR Bard Incorporated, et al., <br><br>          Defendants. | No. MD-15-02641-PHX-DGC <br><br><br> **CV16-0515 PHX DGC** <br><br><br><br> **ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

Upon consideration of the Motion for Substitution of Counsel submitted on behalf of Plaintiff Audrey Oliver in the above-referenced case (Doc. 1447)

**IT IS ORDERED** that the motion (Doc. 1447) is **granted.** The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP is hereby substituted as counsel of record for Plaintiff Oliver, and The Miller Law Firm LLC shall be permitted to withdraw as counsel of record for Plaintiff Oliver.

Dated this 15th day of April, 2016.

_____
David G. Campbell
United States District Judge