# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL NO. 15-02641-PHX-DGC

This Document Relates to:
_____

ROGER PRESSWOOD,

**Case No. 2:16-cv-01009-PHX-DGC**

                    Plaintiff
v.

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)**

C.R. BARD INC., AND BARD
PERIPHERAL VASCULAR, INC.

                    Defendants.
_____


    1.    Defendants have not served a Notice of Appearance in this matter.

    2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Roger Presswood hereby

    gives notice that the above-captioned action is voluntarily dismissed without

    prejudice against the Defendants.


    Dated: April 15, 2016.


                              *s/ Matthew D. Schultz*_____

                              Matthew D. Schultz, FL Bar #640328
                              Jeff R. Gaddy, Esq. FL Bar #53046
                              Levin, Papantonio, Thomas, Mitchell,
                              Rafferty & Proctor, P.A.
                              316 S. Baylen Street, Suite 600
                              Pensacola, Florida 32502
                              (850) 435-7037 (telephone)
                              (850) 436-7020 (facsimile)
                              mschultz@levinlaw.com
                              jgaddy@levinlaw.com

                              *Attorneys for Plaintiff*