**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| VICKI WETZEL,<br><br>          Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation,<br><br>          Defendants. | Case No. CV-15-01667-PHX-DGC<br><br>**ORDER ON DEFENDANTS' MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 5** |

Upon consideration of Defendants' Motion to Withdraw Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Case Management Order No. 5 [Docket Entry 1438], and accompanying Memorandum of Points and Authorities, and for good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and Defendants' motion is withdrawn.