IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7. District Court and Division in which venue would be proper absent direct filing:

_____

8. Defendants (check Defendants against whom Complaint is made):
   - ☐ C. R. Bard Inc.
   - ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☐ Diversity of Citizenship
   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

1  □   Denali® Vena Cava Filter
2  □   Other: _____
3  11. Date of Implantation as to each product:
4  _____
5  _____
6  12. Counts in the Master Complaint brought by Plaintiff(s):
7     □   Count I:    Strict Products Liability – Manufacturing Defect
8     □   Count II:   Strict Products Liability – Information Defect (Failure
9                     to Warn)
10    □   Count III:  Strict Products Liability – Design Defect
11    □   Count IV:   Negligence - Design
12    □   Count V:    Negligence - Manufacture
13    □   Count VI:   Negligence – Failure to Recall/Retrofit
14    □   Count VII:  Negligence – Failure to Warn
15    □   Count VIII: Negligent Misrepresentation
16    □   Count IX:   Negligence *Per Se*
17    □   Count X:    Breach of Express Warranty
18    □   Count XI:   Breach of Implied Warranty
19    □   Count XII:  Fraudulent Misrepresentation
20    □   Count XIII: Fraudulent Concealment
21    □   Count XIV:  Violations of Applicable _____ (insert
22                   state) Law Prohibiting Consumer Fraud and Unfair and
23                   Deceptive Trade Practices
24    □   Count XV:   Loss of Consortium
25    □   Count XVI:  Wrongful Death
26    □   Count XVII: Survival
27    □   Punitive Damages
28

| | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

   ☐ Yes

   ☐ No

RESPECTFULLY SUBMITTED this \_\_\_\_ day of _____, 20\_\_\_.

**[SIGNATURE BLOCK]**

By: */s/*_____
[Attorney name/address]

I hereby certify that on this \_\_\_\_ day of _____, 20\_\_\_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/*_____