Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com
*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
E-Mail: jcondo@swlaw.com
         asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC<br><br>**THE PARTIES' STIPULATION AND JOINT SUBMISSION RE PROPOSED CASE MANAGEMENT ORDER RE JOINT RECORDS COLLECTION** |

1    In accordance with Case Management Order No. 10 [Doc. 1319], the Parties hereby submit, and stipulate to entry of, Proposed Case Management Order No. __ regarding the joint collection of records.

A copy of the proposed case management order is attached as Exhibit "A".

DATED this 15th day of April 2016.

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| /s/ *Robert W. Boatman* <br>Robert W. Boatman <br>Paul L. Stoller <br>Gallagher & Kennedy PA <br>2575 East Camelback Road, Suite 1100 <br>Phoenix, AZ  85016-9225 <br><br>Ramon R. Lopez (admitted pro hac vice) <br>Lopez McHugh LLP <br>100 Bayview Circle, Suite 5600 <br>Newport Beach, CA  92660 <br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | /s/ *Richard B. North, Jr.* <br>James R. Condo <br>Amanda C. Sheridan <br>Snell & Wilmer <br>One Arizona Center <br>400 East Van Buren <br>Phoenix, AZ  85004-2202 <br><br>Richard B. North, Jr. (admitted *pro hac vice*) <br>Nelson Mullins Riley & Scarborough LLP <br>201 17th St. NW, Suite 1700 <br>Atlanta, GA 30363 <br><br>*Attorneys for Defendants* <br>*C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Mary E. Torrez

5378783v1/26997-0001