Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com
*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
E-Mail: jcondo@swlaw.com
           asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC<br><br>**THE PARTIES' STIPULATION AND JOINT SUBMISSION RE PROPOSED DEPOSITION PROTOCOL** |

In Case Management Order No. 10, Paragraph VI [Doc. 1319], the Court instructed the parties to file a stipulated deposition protocol by April 15, 2016.  The Order also asked that the submission advise the Court of any present disputes concerning taking additional depositions of individuals who have previously be deposed in the filter litigation.  At present, the parties do not have any existing disputes on that topic.  With regard to the deposition protocol, the parties have met and conferred regarding such a protocol, and reached agreement on a stipulation.  A copy of the proposed protocol is attached as Exhibit "A".

DATED this 15th day of April 2016.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/   Paul L. Stoller<br>Robert W. Boatman<br>Paul L. Stoller<br>Gallagher & Kennedy PA<br>2575 E Camelback Road, Suite 1100<br>Phoenix, AZ  85016-9225<br><br>Ramon R. Lopez (admitted pro hac vice)<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA  92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | /s/   Richard B. North, Jr.<br>James R. Condo<br>Amanda C. Sheridan<br>Snell & Wilmer<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ  85004-2202<br><br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th St. NW, Suite 1700<br>Atlanta, GA 30363<br><br>*Attorneys for Defendants*<br>*C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/  Deborah Yanazzo
Deborah Yanazzo

5376931v2/26997-0001

2