Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff Jeanie Sankitts*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Jeanie Sankitts,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br><br>　　　　Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2-16-CV-00719-DGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party.

DATED: April 18, 2016.

| SHAW COWART, LLP | NELSON MULLINS RILEY & SCARBOROUGH |
|---|---|
| By: _/s/ Ethan L. Shaw_<br>Ethan L. Shaw (TX Bar No. 18140480)<br>(*Admitted Pro Hac Vice*)<br>1609 Shoal Creek Blvd., Ste. 100<br>Austin, Texas 78701<br>(512) 499-8900 telephone<br>(512) 320-8906 facsimile<br>elshaw@shawcowart.com | By: _/s/ Richard B. North, Jr._<br>Richard B. North, Jr. (GA. Bar No. 545599)<br>(*Admitted Pro Hac Vice*)<br>201 17th St., NW, Ste 1700, Atlantic Station<br>Atlanta, Georgia 30363<br>(404) 322-6000 telephone<br>(404) 322-6050 facsimile<br>richard.north@nelsonmullins.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

### Certificate of Service

I hereby certify that on this 18th day of April, 2016, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

_/s/ Ethan L. Shaw_
Ethan L. Shaw