Lucas J. Ude (66288 MO)
J. Mark Kell (26413 MO)
Kell Lampin, LLC
5770 Mexico Road, Suite A
Saint Peters, Missouri 63376
636-498-4878
636-441-0198 – fax
Lucas@KellLampinLaw.com
Mark.Kell@KellLampinLaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Karen Miller, an individual, | Civil Action No.: 2:16-cv-01096-DGC |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff hereby demands trial by jury as to all issues.

RESPECTFULLY SUBMITTED this 19th day of April, 2016.

**KELL LAMPIN, LLC**

By:  /s/ Lucas J. Ude
      Lucas J. Ude #66288 MO
      J. Mark Kell #26413 MO
      5770 Mexico Road, Suite A
      Saint Peters, Missouri 63376

      *Attorneys for Plaintiff*

I hereby certify that on this 19th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Lucas J. Ude

2