# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 15-2641 |
| This Order Relates to:<br>Vicki Wetzel,<br>            Plaintiff,<br>v.<br>C.R. Bard, Inc., et al.,<br>            Defendants. | No. CV-15-1667-PHX-DGC<br><br>**ORDER** |

Defendant has filed a motion to withdraw Defendants' motion to dismiss Plaintiff's complaint for failure to comply with Case Management Order No. 5 (Doc. 1438). Doc. 1466.

**IT IS ORDERED** that Defendants' motion to withdraw (Doc. 1466) is **granted.** Doc. 1438 is withdrawn.

Dated this 19th day of April, 2016.

_____
David G. Campbell
United States District Judge