# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Jeanie Sankitts, | No.: CV16-00719-PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice. Doc. 1474.

**IT IS ORDERED** that the stipulation (Doc. 1474) is **granted**. This matter is dismissed without prejudice, without cost against any party.

Dated this 19th day of April, 2016.

_____
David G. Campbell
United States District Judge