IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                     Case No. 15-md-02641-PHX-DGC

_____      MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____


### NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

The undersigned, Julia Reed Zaic, has been admitted or otherwise authorized to practice in this Court, and appear in these cases as counsel for the following plaintiffs:

Audrey I. Kasler

Mary Hudson-Pierce

Vicki Wetzel


Dated: April 19, 2016                    Respectfully Submitted,

                                         /s/ *Julia Reed Zaic*
                                         Julia Reed Zaic, CA. Bar No. 224671
                                         HEAVISIDE REED ZAIC, A LAW
                                         CORPORATION
                                         312 Broadway Street, Suite 203
                                         Laguna Beach, CA 92651-4335
                                         Tel: 949-715-5120
                                         Fax: 949-715-5123
                                         Email: julia@hrzlaw.com
                                         Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS PRODUCTS**

**LIABILITY LITIGATION**                    Case No. 15-md-02641-PHX-DGC

_____    MDL No. 2641

**This Document Relates to:**

3:2013-cv-00222
1:15-cv-2278
1:2014-cv-00917
2:15-cv-04494

_____

### CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of April, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

    /s/ *Julia Reed Zaic*
    Julia Reed Zaic, CA. Bar No. 224671
    HEAVISIDE REED ZAIC, A LAW
    CORPORATION
    312 Broadway Street, Suite 203
    Laguna Beach, CA 92651-4335
    Tel: 949-715-5120
    Fax: 949-715-5123
    Email: julia@hrzlaw.com