1  Robert W. Boatman (009619)
   Paul L. Stoller (016773)
2  Shannon L. Clark (019708)
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000
   rwb@gknet.com
5  paul.stoller@gknet.com
   SLC@gknet.com
6
   Ramon Rossi Lopez (CA Bar No. 86361)
7  (admitted *pro hac vice*)
   LOPEZ McHUGH LLP
8  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
9  rlopez@lopezmchugh.com
   *Co-Lead/Liaison Counsel for Plaintiffs*
10
   James R. Condo (#005867)
11 Amanda C. Sheridan (#027360)
   SNELL & WILMER L.L.P.
12 One Arizona Center
   400 E. Van Buren
13 Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
14 E-Mail: jcondo@swlaw.com
           asheridan@swlaw.com
15
   Richard B. North, Jr. (admitted *pro hac vice*)
16 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
17 Georgia Bar No. 446986
   Nelson Mullins Riley & Scarborough, LLP
18 201 17th St. NW, Suite 1700
   Atlanta, GA 30363
19 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
20 *Attorneys for Defendants C. R. Bard, Inc.*
   *and Bard Peripheral Vascular, Inc.*
21
22              IN THE UNITED STATES DISTRICT COURT
23                 FOR THE DISTRICT OF ARIZONA
24
25  In re Bard IVC Filters Products        NO. MD-15-02641-PHX-DGC
    Liability Litigation
26                                         **THE PARTIES' JOINT SUBMISSION**
                                           **REGARDING SIMON NITINOL**
27                                         **FILTER**
28

In Section V of Case Management Order No. 10 (Doc. 1319), this Court ordered the parties to submit a matrix regarding and disputes relating to discovery with respect to the Simon Nitinol Filter ("SNF").  On April 15 and 18, the parties called the Court to seek extensions of the filing in order to continue to attempt to resolve their disputes.

Having met and conferred regarding the SNF, the parties report that they have resolved all present disputes regarding this discovery and have agreed that certain of the issues shall abide their ultimate agreement or this Court's resolution of the ESI collection, search methodology, and production issues.  Should disputes arise relating to the SNF as part of those issues, the parties will include them in the report due to the Court on May 16, 2016.

DATED this 20th day of April 2016.

**ATTORNEYS FOR PLAINTIFFS**                    **ATTORNEYS FOR DEFENDANTS**

 /s/    Paul L. Stoller                                           /s/    Richard B. North, Jr.
Robert W. Boatman                                    James R. Condo
Paul L. Stoller                                            Amanda C. Sheridan
Gallagher & Kennedy PA                             Snell & Wilmer
2575 E Camelback Road, Suite 1100             One Arizona Center
Phoenix, AZ  85016-9225                            400 E. Van Buren
                                                                 Phoenix, AZ  85004-2202
Ramon R. Lopez (admitted pro hac vice)
Lopez McHugh LLP                                    Richard B. North, Jr. (admitted *pro hac vice*)
100 Bayview Circle, Suite 5600                    Nelson Mullins Riley & Scarborough
Newport Beach, CA  92660                          LLP
                                                                 201 17th St. NW, Suite 1700
                                                                 Atlanta, GA 30363
*Co-Lead/Liaison Counsel for Plaintiffs*

                                                                 *Attorneys for Defendants*
                                                                 *C. R. Bard, Inc. and Bard Peripheral*
                                                                 *Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                 /s/  Deborah Yanazzo
                                                                 Deborah Yanazzo