# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐

APR 2 0 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUT

|  |  |
|---|---|
| Plaintiff(s)/Petitioner(s), | CASE NO: MDL-15-02641-PHX-DGC |
| vs. |  |
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |
| Defendant(s)/Respondent(s) |  |

### NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Christopher T. Kirchmer , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of See attached Exhibit "A" - list of Plaintiffs represented

**City and State of Principal Residence:** Beaumont, Texas

**Firm Name:** Provost Umphrey Law Firm, L.L.P.

**Address:** 490 Park Street     **Suite:** N/A

**City:** Beaumont     **State:** TX     **Zip:** 77701

**Firm/Business Phone:** ( 409 ) 835-6000

**Firm Fax Phone:** ( 409 ) 813-8614     **E-mail Address:** ckirchmer@pulf.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Eastern District of Texas | 11/03/1995 | ☑ Yes   ☐ No* |
| Western District of Texas | 02/25/2009 | ☑ Yes   ☐ No* |
| Southern District of Texas | 11/05/1995 | ☑ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

April 18, 2016

**Date**

**Fee Receipt #** PHX170961

**Signature of Applicant**

(Rev. 04/12)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | | |
|---|---|---|
| IN RE: | § | Case No. 2:15-CV-02641-DGC |
| BARD IVC FILTERS PRODUCTS | § | |
| LIABILITY LITIGATION | § | MDL No. 2641 |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| BELOW CASES | § | |

### EXHIBIT "A" CASE LIST FOR CHRISTOPHER T. KIRCHMER'S APPLICATION FOR PRO HAC VICE

1.  Plaintiffs Steering Committee/ Plaintiffs Leadership Committee; Cause No. 2:15-md-02641-DGC

2.  Erin Smith v. C.R. Bard Incorporated, et al; Cause No. 2:15-cv-01742

3.  Susan Fox v. C.R. Bard Incorporated, et al; Cause No. 2:15-cv-01707



# UNITED STATES DISTRICT COURT
## Eastern District of Texas

## *Certificate of Good Standing*

I, David A. O'Toole, Clerk of this Court, certify that

### Christopher Thomas Kirchmer

*was duly admitted to practice in this Court on*

August 25, 1997 , *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at*  Beaumont, Texas

*David A. O'Toole*

_____
*Clerk of Court*

*on*    April 14, 2016

*by*   *Adele McMillan*

_____
*Deputy Clerk*