T. Matthew Leckman*
Michael Daly*
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
mleckman@pbmattorneys.com
mdaly@pbmattorneys.com
*Attorneys for Plaintiff*
*Admitted pro hac vice

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| David Pearson, | Civil Action No. 16-cv-00923-DGC |
| Plaintiff, | **NOTICE OF FILING AMENDED COMPLAINT** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff David Pearson files this notice of filing of Plaintiff's First Amended Master Short Form Complaint. The amended complaint with changes noted per Rule 15.1 of the District of Arizona Local Rule of Civil Procedure is attached hereto.

RESPECTFULLY SUBMITTED this 25th day of April, 2016.

*[Signature block on next page.]*

*/s/ T. Matthew Leckman*
T. Matthew Leckman*
Michael Daly*
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
mleckman@pbmattorneys.com
mdaly@pbmattorneys.com
*Attorneys for Plaintiff*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2016, I electronically transmitted the foregoing Notice of Filing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ T. Matthew Leckman*