# EXHIBIT A

T. Matthew Leckman*
Michael Daly*
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428
mleckman@pbmattorneys.com
mdaly@pbmattorneys.com
*Attorneys for Plaintiff*
*Admitted pro hac vice*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

    David Pearson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

<u>North Carolina</u>

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>North Carolina</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>North Carolina</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court for the Eastern District of North Carolina, Southern Division</u>

8. Defendants (check Defendants against whom Complaint is made):

　☒　C.R. Bard Inc.

　☒　Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

　☒　Diversity of Citizenship

　☐　Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☒ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

<u>June 18, 2004</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*

3

☐X    Count X:        Breach of Express Warranty

☐X    Count XI:       Breach of Implied Warranty

☐X    Count XII:      Fraudulent Misrepresentation

☐X    Count XIII:     Fraudulent Concealment

☐X    Count XIV:      Violations of Applicable ~~Washington~~ <u>North Carolina</u> state Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:       Loss of Consortium

☐     Count XVI:      Wrongful Death

☐     Count XVII:     Survival

☐X    Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

<u>N/A</u>

RESPECTFULLY SUBMITTED this 25th day of April, 2016.

/s/ *T. Matthew Leckman*
T. Matthew Leckman*
Michael Daly*
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
mleckman@pbmattorneys.com
mdaly@pbmattorneys.com
*Attorneys for Plaintiff*

*Admitted pro hac vice*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ T. Matthew Leckman*