T. Matthew Leckman*
Michael Daly*
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
mleckman@pbmattorneys.com
mdaly@pbmattorneys.com
*Attorneys for Plaintiff*
*Admitted pro hac vice

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

    David Pearson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   North Carolina

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of North Carolina, Southern Division

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

-1-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☒X    Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☐     Other: _____

11. Date of Implantation as to each product:

<u>June 18, 2004</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☒X    Count I:       Strict Products Liability – Manufacturing Defect

☒X    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☒X    Count III:     Strict Products Liability – Design Defect

☒X    Count IV:      Negligence - Design

☒X    Count V:       Negligence - Manufacture

☒X    Count VI:      Negligence – Failure to Recall/Retrofit

☒X    Count VII:     Negligence – Failure to Warn

☒X    Count VIII:    Negligent Misrepresentation

☒X    Count IX:      Negligence *Per Se*

☐X   Count X:     Breach of Express Warranty

☐X   Count XI:    Breach of Implied Warranty

☐X   Count XII:   Fraudulent Misrepresentation

☐X   Count XIII:  Fraudulent Concealment

☐X   Count XIV:   Violations of Applicable North Carolina state Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:   Wrongful Death

☐    Count XVII:  Survival

☐X   Punitive Damages

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

N/A

RESPECTFULLY SUBMITTED this 25th day of April, 2016.

/s/ T. Matthew Leckman
T. Matthew Leckman*
Michael Daly*
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
mleckman@pbmattorneys.com
mdaly@pbmattorneys.com
*Attorneys for Plaintiff*

*Admitted pro hac vice

-3-

I hereby certify that on this 25th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                          */s/ T. Matthew Leckman*