**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Plaintiff(s)/Petitioner(s),<br>vs.<br>In Re: Bard IVC Filters Products Liability Litigation<br><br>Defendant(s)/Respondent(s) | CASE NO: MDL 2641<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |

FILED / RECEIVED APR 25 2016 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Mark C. Aubuchon**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **multiple plaintiffs to be filed subsequent to this Order Pasieib**.

**City and State of Principal Residence:** St. Peters, Missouri
**Firm Name:** Kell Lampin, LLC
**Address:** 5770 Mexico Road   **Suite:** A
**City:** St. Peters   **State:** MO   **Zip:** 63376
**Firm/Business Phone:** (636) 498-4878
**Firm Fax Phone:** (636) 441-0198   **E-mail Address:** Mark.Aubuchon@KellLampinLaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Missouri State Courts | 09/09/2009 | ☑ Yes | ☐ No* |
| Federal Court, Eastern District of MO | 03/10/2010 | ☑ Yes | ☐ No* |
| | | ☐ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/18/2016   [Signature]
**Date**   **Signature of Applicant**
**Fee Receipt #** PHXA71092

(Rev. 04/12)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I, __GREGORY J. LINHARES__, Clerk of this Court,

certify that __Mark C. Aubuchon__, Bar # __61981MO__,

was duly admitted to practice in this Court on

__March 10, 2010__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __St. Louis, Missouri__ on __April 18, 2016__.
LOCATION                                      DATE

/s/ Gregory J. Linhares
CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK