Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Joe DeJohn*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 26th day of April, 2016.

           GALLAGHER & KENNEDY, P.A.

           By: */s/Robert W. Boatman*
             Robert W. Boatman
             Paul L. Stoller
             Shannon L. Clark
             2575 East Camelback Road
             Phoenix, Arizona 85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1  LOPEZ McHUGH LLP
   Ramon Rossi Lopez (CA Bar No. 86361)
2  (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660

4  *Attorneys for Plaintiffs*

6  **Certificate of Service**

7  I hereby certify that on this 26th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

   /s/Deborah Yanazzo
   Deborah Yanazzo

5394125/26997-0001

2