Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 203
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Kim Hepler, an individual, | Civil Action No.: 2:16-cv-00630-PHX-DGC |
| Plaintiff, | |
| v. | **FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Kim M. Hepler

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

    consortium claim:

1

Michael A. Hepler

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

   X    C.R. Bard Inc.

   X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X    Diversity of Citizenship

   ☐    Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

        _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- **X** Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

06/20/2013

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |

3

| | | | |
|---|---|---|---|
| X | Count XI: | Breach of Implied Warranty | |
| X | Count XII: | Fraudulent Misrepresentation | |
| X | Count XIII: | Fraudulent Concealment | |
| X | Count XIV: | Violations of Applicable <u>Florida</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices | |
| X | Count XV: | Loss of Consortium | |
| ☐ | Count XVI: | Wrongful Death | |
| ☐ | Count XVII: | Survival | |
| X | Punitive Damages | | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) | |

_____

<u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

RESPECTFULLY SUBMITTED this 27th day of April, 2016.

**LOWE LAW GROUP**

By:*/s/ Nathan Buttars*
　　　Nathan Buttars (UT 13659)
　　　Jonathan Peck (UT 14747)
　　　6028 S. Ridgeline Drive, #200
　　　Ogden, UT 84405
　　　T: 801-917-8500
　　　F: 801-917-8484
　　　E: nate@lowelawgroup.com
　　　　jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                */s/ Nathan Buttars*