# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-md-02641-DGC |
| James Edward Pugh, | Civil Action No.: 2:16-cv-01016-DGC |
| Plaintiff, v. | NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i) |
| C. R. Bard Inc., and Bard Peripheral Vascular, Inc., | |
| Defendants. | |

Plaintiff James Edward Pugh hereby voluntarily dismisses the above-captioned lawsuit without prejudice to any claims stated herein, or in any other suit. Plaintiff Pugh had already filed a lawsuit in this Court regarding these claims, and he continues to pursue those claims in that lawsuit. *See* Case No. 2:16-cv-00255-DGC. This second action was filed in error. Plaintiff Pugh has served no documents on any opposing parties in this action, including the complaint.

RESPECTFULLY SUBMITTED this 2nd day of May 2016.

By: */s/ Wendy R. Fleishman*
Wendy R. Fleishman
Daniel E. Seltz
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St., 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Fax:    (212) 355-1008
wfleishman@lchb.com
dseltz@lchb.com

*Attorneys for Plaintiff*

1302538.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May 2016, I electronically transmitted the foregoing Notice of Dismissal Without Prejudice Pursuant to Federal Rule Of Civil Procedure 41(A)(1)(A)(i) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman

1302538.2                                   - 2 -