**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Bryan Lockett, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-16-01180-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:   March 24, 2016         /s/ Richard B. North, Jr.
                               *Attorney's signature*

                               Richard B. North, Jr. (Ga. Bar No. 545599)
                               *Printed name and bar number*

                               Nelson Mullins Riley & Scarborough, LLP
                               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                               *Address*

                               richard.north@nelsonmullins.com
                               *E-mail Address*

                               (404) 322-6000
                               *Telephone number*

                               (404 322-6050
                               *FAX number*