# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **SECOND** AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Dorothy Kay Alexander

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Jonathan Hankins

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

-2-

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Alabama

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

~~N/A~~Alabama

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

~~N/A~~ Alabama

7. District Court and Division in which venue would be proper absent direct filing:

Alabama Northern District Court

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☒ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

9/14/2009

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable ~~Georgia~~Alabama Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☒ Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following</u>: (please state the facts supporting this Count in the space immediately below)

<u>On September 14, 2009, Ms. Alexander had a Bard G2 Vena Cava filter installed into her inferior vena cava. As a result, Ms. Alexander</u> ~~has~~<u>and her husband, Mr. Hankins, have</u> <u>suffered damages in an amount to be proven at trial.</u>

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this ~~14th~~___ day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: *s/ Robert W. Boatman*
    Robert W. Boatman
    Mark S. O'Connor
    Paul L. Stoller
    Shannon L. Clark
    C. Lincoln Combs
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this ~~14th~~___ day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        *s/Deborah Yanazzo*

~~5311714/26997-0030~~

5398369/26997-0030

-5-