# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **SECOND** AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Gary L. Bussell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

-2-

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Maine

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Maine

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Washington

7. District Court and Division in which venue would be proper absent direct filing:

Washington Eastern District Court

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☒ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

January 13, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:     Strict Products Liability – Manufacturing Defect
- ☒ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III:   Strict Products Liability – Design Defect
- ☒ Count IV:    Negligence - Design
- ☒ Count V:     Negligence - Manufacture
- ☒ Count VI:    Negligence – Failure to Recall/Retrofit
- ☒ Count VII:   Negligence – Failure to Warn
- ☒ Count VIII:  Negligent Misrepresentation
- ☒ Count IX:    Negligence *Per Se*

-3-

| | | | |
|---|---|---|---|
| 1 | ☒ | Count X: | Breach of Express Warranty |
| 2 | ☒ | Count XI: | Breach of Implied Warranty |
| 3 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 4 | ☒ | Count XIII: | Fraudulent Concealment |
| 5 | ☒ | Count XIV: | Violations of Applicable ~~Georgia~~Washington Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 7 | ☐ | Count XV: | Loss of Consortium |
| 8 | ☐ | Count XVI: | Wrongful Death |
| 9 | ☐ | Count XVII: | Survival |
| 10 | ☒ | Punitive Damages | |
| 11 | ☒ | Other(s): | All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below) |

On January 13, 2009, Mr. Bussell had a Bard G2 filter installed into his inferior vena cava. As a result Mr. Bussell has suffered damages in an amount to be proven at trial.

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this ~~18th~~ __th day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
    Robert W. Boatman
    Mark S. O'Connor
    Paul L. Stoller
    Shannon L. Clark
    C. Lincoln Combs
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this ~~18th~~ __th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Deborah Yanazzo

~~5370517~~5398361/26997-0038

-5-