IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Margaret B. Buxbaum

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Bennett I. Buxbaum

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   Florida Middle District Court

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

August 23, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

-3-

☒ Count X:     Breach of Express Warranty

☒ Count XI:    Breach of Implied Warranty

☒ Count XII:   Fraudulent Misrepresentation

☒ Count XIII:  Fraudulent Concealment

☒ Count XIV:   Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☒ Punitive Damages

☒ Other(s):    All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below)

On August 23, 2010, Ms. Buxbaum had a Bard Eclipse filter installed into her inferior vena cava. As a result the Buxbaums have suffered damages in an amount to be proven at trial.

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
　　Robert W. Boatman
　　Mark S. O'Connor
　　Paul L. Stoller
　　Shannon L. Clark
　　C. Lincoln Combs
　　2575 East Camelback Road
　　Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*

5370590/26997-0040