# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND** AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Timothy Case

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

-2-

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

<u>Florida</u>

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Florida</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>Florida</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>Florida Middle District Court</u>

8. Defendants (check Defendants against whom Complaint is made):

- ☒ C.R. Bard Inc.
- ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☒ Diversity of Citizenship
- ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☒☐ Other:  ~~Eclipse Femoral~~

11. Date of Implantation as to each product:

March 15, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:    Strict Products Liability – Manufacturing Defect

☒ Count II:   Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:  Strict Products Liability – Design Defect

☒ Count IV:   Negligence - Design

☒ Count V:    Negligence - Manufacture

☒ Count VI:   Negligence – Failure to Recall/Retrofit

☒ Count VII:  Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX:   Negligence *Per Se*

1    ☒    Count X:    Breach of Express Warranty

2    ☒    Count XI:    Breach of Implied Warranty

3    ☒    Count XII:    Fraudulent Misrepresentation

4    ☒    Count XIII:    Fraudulent Concealment

5    ☒    Count XIV:    Violations of Applicable ~~Georgia~~Florida Law Prohibiting

6            Consumer Fraud and Unfair and Deceptive Trade Practices

7    ☐    Count XV:    Loss of Consortium

8    ☐    Count XVI:    Wrongful Death

9    ☐    Count XVII: Survival

10    ☒    Punitive Damages

11    ☒    Other(s): <u>All claims for Relief set forth in the Master Complaint for</u>

12            <u>an amount to be determined by the trier of fact including for the</u>

13            <u>following</u>: (please state the facts supporting this Count in the space

14            immediately below)

15            <u>On March 15, 2011, Mr. Case had a Bard Eclipse ~~Femoral~~ filter installed</u>

16            <u>into his inferior vena cava. As a result Mr. Case has suffered damages in</u>

17            <u>an amount to be proven at trial.</u>

18    13.    Jury Trial demanded for all issues so triable?

19    ☒    Yes

20    ☐    No

21

22

RESPECTFULLY SUBMITTED this ~~18th~~ day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
      Robert W. Boatman
      Mark S. O'Connor
      Paul L. Stoller
      Shannon L. Clark
      C. Lincoln Combs
      2575 East Camelback Road
      Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this ~~18th~~ day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*

5370609/26997-0039