# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Birdie Crathers

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Kansas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Kansas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Kansas

7. District Court and Division in which venue would be proper absent direct filing:

    Kansas District Court

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C.R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☒ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

August 7, 2013

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*

-3-

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable ~~Georgia~~Kansas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☒ Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following</u>:  (please state the facts supporting this Count in the space immediately below)

<u>On August 7, 2013, Ms. Crathers had a Bard Denali ~~Vena Cava Filter~~filter installed in her inferior vena cava.  As a result Ms. Crathers has suffered damages in an amount to be proven at trial.</u>

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this ~~18th~~___ day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
    Robert W. Boatman
    Mark S. O'Connor
    Paul L. Stoller
    Shannon L. Clark
    C. Lincoln Combs
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this ~~18th~~___ day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Deborah Yanazzo

~~5370756~~5398351/26997-0041

-5-