Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
Lincoln.combs@gknet.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Melissa Czarnecki, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation,<br><br>　　　　Defendants. | Civil Action No.: 2:16-cv-01086-DGC<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

　　　　Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Melissa Czarnecki respectfully submits this Notice of Filing Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint. The Defendants do not oppose Plaintiff's filing of this Notice or the Amended Complaint.

RESPECTFULLY SUBMITTED this 5th day of May 2016.

**GALLAGHER & KENNEDY, P.A.**

By */s/ Paul L. Stoller*
Robert W. Boatman
Mark S. O'Connor
Paul L. Stoller
Shannon L. Clark
C. Lincoln Combs
2575 East Camelback Road
Phoenix, Arizona 85016-9225

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo

5400993/26997-0042

2