1

2

3

4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE DISTRICT OF ARIZONA**

6

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|

7

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

8

9

10        Plaintiff(s) named below, for their Complaint against Defendants named below,

11    incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

12    Plaintiff(s) further show the Court as follows:

13        1.    Plaintiff/Deceased Party:

14            Melissa Czarnecki

15        2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

16            consortium claim:

17            N/A

18        3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

19            conservator):

20            N/A

21

22

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

New Jersey

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7.    District Court and Division in which venue would be proper absent direct filing:

New Jersey District Court

8.    Defendants (check Defendants against whom Complaint is made):

☒     C.R. Bard Inc.

☒     Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒     Diversity of Citizenship

☐     Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

-2-

1   10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

2         claim (Check applicable Inferior Vena Cava Filter(s)):

3         ☐   Recovery® Vena Cava Filter

4         ☐   G2® Vena Cava Filter

5         ☐   G2® Express (G2®X) Vena Cava Filter

6         ☐   Eclipse® Vena Cava Filter

7         ☐   Meridian® Vena Cava Filter

8         ☒   Denali® Vena Cava Filter

9         ☐   Other: _____

10  11.   Date of Implantation as to each product:

11        May 5, 2015

12  12.   Counts in the Master Complaint brought by Plaintiff(s):

13        ☒   Count I:      Strict Products Liability – Manufacturing Defect

14        ☒   Count II:     Strict Products Liability – Information Defect (Failure to

15                          Warn)

16        ☒   Count III:    Strict Products Liability – Design Defect

17        ☒   Count IV:     Negligence - Design

18        ☒   Count V:      Negligence - Manufacture

19        ☒   Count VI:     Negligence – Failure to Recall/Retrofit

20        ☒   Count VII:    Negligence – Failure to Warn

21        ☒   Count VIII:   Negligent Misrepresentation

22        ☒   Count IX:     Negligence *Per Se*

-3-

1    ☒    Count X:      Breach of Express Warranty

2    ☒    Count XI:      Breach of Implied Warranty

3    ☒    Count XII:      Fraudulent Misrepresentation

4    ☒    Count XIII:   Fraudulent Concealment

5    ☒    Count XIV:   Violations of Applicable New Jersey Law Prohibiting

6          Consumer Fraud and Unfair and Deceptive Trade Practices

7    ☐    Count XV:      Loss of Consortium

8    ☐    Count XVI:   Wrongful Death

9    ☐    Count XVII: Survival

10   ☒    Punitive Damages

11   ☒    Other(s):      All claims for Relief set forth in the Master Complaint for

12           an amount to be determined by the trier of fact including for the

13           following:  (please state the facts supporting this Count in the space

14           immediately below)

15           On May 5, 2015, Ms. Czarnecki had a Bard Denali filter installed into

16           her inferior vena cava.  As a result Ms. Czarnecki has suffered damages

17           in an amount to be proven at trial.

18    13.     Jury Trial demanded for all issues so triable?

19   ☒    Yes

20   ☐    No

21

22

RESPECTFULLY SUBMITTED this 5th day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
Robert W. Boatman
Mark S. O'Connor
Paul L. Stoller
Shannon L. Clark
C. Lincoln Combs
2575 East Camelback Road
Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*

5370790/26997-0042