# EXHIBIT A

1  Robert W. Boatman (009619)
   Mark S. O'Connor (011029)
2  Paul L. Stoller (016773)
   Shannon L. Clark (019708)
3  C. Lincoln Combs (025080)
   Gallagher & Kennedy, P.A.
4  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
5  602-530-8000
   602-530-8500 – fax
6  rwb@gknet.com
   mark.oconnor@gknet.com
7  paul.stoller@gknet.com
   slc@gknet.com
8  Lincoln.combs@gknet.com
   Attorneys for Plaintiffs
9

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

10              **IN THE UNITED STATES DISTRICT COURT**

11                 **FOR THE DISTRICT OF ARIZONA**

12  IN RE BARD IVC FILTERS          No. MD-15-02641-PHX-DGC
    PRODUCTS LIABILITY LITIGATION
13                                  **AMENDED SHORT FORM COMPLAINT
                                    FOR DAMAGES FOR INDIVIDUAL
14                                  CLAIMS**

15

16          Plaintiff(s) named below, for their Complaint against Defendants named below,

17  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

18  Plaintiff(s) further show the Court as follows:

19          1.      Plaintiff/Deceased Party:

20                  Sonia Kay Nunn

21          2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of

22                  consortium claim:

<span style="color:red">N/A</span>_____

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A_____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Kansas_____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kansas_____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kansas_____

7.    District Court and Division in which venue would be proper absent direct filing:

United States District Court of Kansas_____

8.    Defendants (check Defendants against whom Complaint is made):

☒    C.R. Bard Inc.

☒    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☒    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

8/21/2010_____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:       Strict Products Liability – Manufacturing Defect

☒    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☒    Count III:     Strict Products Liability – Design Defect

☒    Count IV:     Negligence - Design

☒    Count V:      Negligence - Manufacture

-3-

☒  Count VI:      Negligence – Failure to Recall/Retrofit

☒  Count VII:     Negligence – Failure to Warn

☒  Count VIII:    Negligent Misrepresentation

☒  Count IX:      Negligence *Per Se*

☒  Count X:       Breach of Express Warranty

☒  Count XI:      Breach of Implied Warranty

☒  Count XII:     Fraudulent Misrepresentation

☒  Count XIII:    Fraudulent Concealment

☒  Count XIV:     Violations of Applicable ~~Michigan~~Kansas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV:      Loss of Consortium

☐  Count XVI:     Wrongful Death

☐  Count XVII:    Survival

☒  Punitive Damages

☒  Other(s):      All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below)

On August 21, 2010, Ms. Nunn had a Bard Eclipse filter installed into ~~his Inferior Vena Cava.~~her inferior vena cava.  As a result, Ms. Nunn has suffered damages at a sum to be proven at trial.

13.     Jury Trial demanded for all issues so triable?

☒      Yes

☐      No

RESPECTFULLY SUBMITTED this ~~27th~~ ___ day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
      Robert W. Boatman
      Mark S. O'Connor
      Paul L. Stoller
      Shannon L. Clark
      C. Lincoln Combs
      2575 East Camelback Road
      Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this ~~27th day of January, 2016~~ ____ day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo

~~5307083v1/26997-0007~~

-5-