Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
Lincoln.combs@gknet.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Sonia Kay Nunn

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kansas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Kansas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Kansas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court of Kansas

8. Defendants (check Defendants against whom Complaint is made):

  ☒ C.R. Bard Inc.

  ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

  ☒ Diversity of Citizenship

  ☐ Other: _____

  a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

1  _____

2  _____

3  _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

8/21/2010 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:   Strict Products Liability – Manufacturing Defect

☒ Count II:  Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV:  Negligence - Design

☒ Count V:   Negligence - Manufacture

-3-

1    ☒    Count VI:    Negligence – Failure to Recall/Retrofit

2    ☒    Count VII:    Negligence – Failure to Warn

3    ☒    Count VIII:    Negligent Misrepresentation

4    ☒    Count IX:    Negligence *Per Se*

5    ☒    Count X:    Breach of Express Warranty

6    ☒    Count XI:    Breach of Implied Warranty

7    ☒    Count XII:    Fraudulent Misrepresentation

8    ☒    Count XIII:    Fraudulent Concealment

9    ☒    Count XIV:    Violations of Applicable Kansas Law Prohibiting

10         Consumer Fraud and Unfair and Deceptive Trade Practices

11    ☐    Count XV:    Loss of Consortium

12    ☐    Count XVI:    Wrongful Death

13    ☐    Count XVII: Survival

14    ☒    Punitive Damages

15    ☒    Other(s):    <u>All claims for Relief set forth in the Master Complaint for

16         an amount to be determined by the trier of fact including for the

17         following</u>: (please state the facts supporting this Count in the space

18         immediately below)

19         <u>On August 21, 2010, Ms. Nunn had a Bard Eclipse filter installed into

20         her inferior vena cava.  As a result, Ms. Nunn has suffered damages at a

21         sum to be proven at trial.</u>

22

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Robert W. Boatman*
    Robert W. Boatman
    Mark S. O'Connor
    Paul L. Stoller
    Shannon L. Clark
    C. Lincoln Combs
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                      */s/ Deborah Yanazzo*
                      Deborah Yanazzo

5401004v1/26997-0007