1   Robert W. Boatman (009619)
Mark S. O'Connor (011029)
2   Paul L. Stoller (016773)
Shannon L. Clark (019708)
3   C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
4   2575 East Camelback Road
Phoenix, Arizona 85016-9225
5   602-530-8000
602-530-8500 – fax
6   rwb@gknet.com
mark.oconnor@gknet.com
7   paul.stoller@gknet.com
slc@gknet.com
8   Lincoln.combs@gknet.com
Attorneys for Plaintiff
9

10   IN THE UNITED STATES DISTRICT COURT

11   FOR THE DISTRICT OF ARIZONA

12

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Christopher Svedise and Darlene Svedise, a married couple, | Civil Action No.: 2:16-cv-00844-DGC |
|        Plaintiff, | **NOTICE OF FILING THIRD AMENDED COMPLAINT** |
| v. | |
| C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, | |
|        Defendants. | |

21   Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiffs Christopher and

22   Darlene Svedise respectfully submit this Notice of Filing Third Amended Complaint.

23   Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it

24   differs from the original complaint. The Defendants do not oppose Plaintiffs' filing of

25   this Notice or the Third Amended Complaint.

26

27

28

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

RESPECTFULLY SUBMITTED this 5th day of May 2016.

**GALLAGHER & KENNEDY, P.A.**

By */s/ Robert W. Boatman*
        Robert W. Boatman
        Mark S. O'Connor
        Paul L. Stoller
        Shannon L. Clark
        C. Lincoln Combs
        2575 East Camelback Road
        Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
        Ramon Rossi Lopez (CA Bar No. 86361)
        (Admitted pro hac vice)
        100 Bayview Circle, Suite 5600
        Newport Beach, California 92660

HEAVISIDE REED ZAIC
        Julia Reed Zaic (FL Bar No. 0530336)
        (Admitted pro hac vice)
        312 Broadway, Ste. 203
        Laguna Beach, CA 92660

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo