| UNITED STATES DISTRICT COURT | DISTRICT OF ARIZONA |
|---|---|
| Kari Rae Wickstrom and David Wickstrom<br>                    Plaintiff(s), | Court File Number<br>16-cv-01038-DGC |
| v. | |
| C.R. Bard, Inc., et al.<br>                    Defendants, | AFFIDAVIT OF SERVICE |

State of Arizona    } SS
County of Maricopa  }

I, __Floyd R. Brown #8388__, state that on
    (Name of Server)

__4__/__15__/2016 at __9__:__45__ __A__ M
(Date of Service)     (Time of Service)

I served the: Summons, Complaint and Civil Cover Sheet

upon: Bard Peripheral Vascular, Inc.

therein named, personally at: __CT Corporation System__
__3800 N. Central Ave., Ste #460__
__Phoenix, AZ 85012__

by handling to and leaving with:

[X]  the Registered Agent of Bard Peripheral Vascular, Inc.
[ ]  an Officer of Bard Peripheral Vascular, Inc.
[ ]  a Managing Agent, someone within Bard Peripheral Vascular, Inc. whose management
     capacity is such that (s)he exercises independent judgment and discretion

__Gail Flock__                                __Senior Corporate Operations Specialist__
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                         Dated: __4__/__18__/2016    __Floyd R. Brown__
                                                    (Signature of Server)

                                                    __Floyd R. Brown #8388__
                                                    (Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # JOHBE 168040 3119

Re: Kari Wickstrom

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-