| UNITED STATES DISTRICT COURT | DISTRICT OF ARIZONA |
|---|---|
| Kari Rae Wickstrom and David Wickstrom<br>    Plaintiff(s), | Court File Number<br>16-cv-01038-DGC |
| v. | |
| C.R. Bard, Inc., et al.<br>    Defendants, | AFFIDAVIT OF SERVICE |

State of New Jersey } SS
County of Union

I, __Donna Marie Carlucci__, state that on
    (Name of Server)

__4__/__15__/2016 at __9__:__25__ __A__ M, I served the:
(Date of Service)    (Time of Service)

Summons, Complaint and Civil Cover Sheet

upon: C.R. Bard, Inc.

therein named, personally at:    730 Central Ave
                                 Murray Hill, NJ 07974

by handling to and leaving with:

[ ]  the Registered Agent of C.R. Bard, Inc.
[ ]  an Officer of C.R. Bard, Inc.
[X]  a Managing Agent, someone within C.R. Bard, Inc. whose management capacity is such
     that (s)he exercises independent judgment and discretion

__Myra McGinley__                                    __Sr Corporate Paralegal__
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

            Dated: __4__/__18__/2016    __Donna Carlucci__
                                        (Signature of Server)

                                        __Donna Marie Carlucci__
                                        (Printed Name of Server)


* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # JOHBE 168039 3118

Re: Kari Wickstrom



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com