# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This document applies to:      **C/A/F: 2:16-CV-01150-DGC**

**KRISTY WILLIAMS**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff, by and through her counsel of record on this specific action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and files this **NOTICE OF DISMISSAL WITHOUT PREJUDICE** of all claims asserted on her behalf under the above-styled Complaint with this Honorable Court. This **NOTICE OF DISMISSAL WITHOUT PREJUDICE** is being filed after service on C.R. Bard, Inc., et al, Defendants but prior to the entry of an appearance or service of an answer by any adverse party herein named. Nothing in this Notice shall apply or have any bearing on any other related action already pending or filed in the future.

Respectfully submitted this 9th day of May, 2016.

                                             **/s/: M. Brandon Smith**
                                             M. Brandon Smith
                                             Attorney for Plaintiff
                                             Georgia Bar No. 141418

CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Rd.
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 (phone)
(404) 419-9501 (facsimile)