Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by mail and by electronic means) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Chris Ganser*

*Plaintiffs' Amended Notice of Videotaped Deposition of Anne Bynon*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 10th day of May, 2016.

GALLAGHER & KENNEDY, P.A.

By: */s/Robert W. Boatman*
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

<pre>
 1                                    LOPEZ McHUGH LLP
                                      Ramon Rossi Lopez (CA Bar No. 86361)
 2                                    (admitted *pro hac vice*)
                                      100 Bayview Circle, Suite 5600
 3                                    Newport Beach, California 92660

 4                                    *Attorneys for Plaintiffs*

 5
                                **Certificate of Service**
 6

 7         I hereby certify that on this 10th day of May, 2016, I electronically transmitted the

 8  attached document to the Clerk's Office using the CM/ECF System for filing and

 9  transmittal of a Notice of Electronic Filing.

10

11                                    */s/Deborah Yanazzo*
                                      Deborah Yanazzo
12

13

...

28  5409652/26997-0001
</pre>

2