IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS    No. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

---

This document applies to:

Michael Jones, Case No. 16-cv-01397

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through his counsel of record on this specific action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and files this Notice of Dismissal Without Prejudice of all claims asserted on his behalf under the above-styled Complaint with this Honorable Court. This Notice is filed before service on Defendants C.R. Bard, Inc., et al and prior to any entry of appearance or answer by any adverse party named herein. Nothing in this Notice shall apply or have any bearing on any other related action already pending or filed in the future.

Respectfully submitted,

/s/ D. Todd Mathews
D. Todd Mathews, IL Bar #6276652
GORI JULIAN & ASSOCIATES, P.C.
156 North Main Street
Edwardsville, IL 62025
(618) 659-9833 – telephone
(618) 659-9834 – facsimile
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18 day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Todd Mathews