IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**THIRD AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Robert Eason

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Yes

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

          Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

          Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

          Georgia

8. Defendants (check Defendants against whom Complaint is made):

    **X**    C.R. Bard Inc.

    **X**    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    **X**    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

    1/27/13

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |

| | | |
|---|---|---|
| **X** | Count XIII: | Fraudulent Concealment |
| **X** | Count XIV: | Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| **X** | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

13. Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 24th day of May, 2016.

                                  BABBITT & JOHNSON, P.A.

                                  By: /s/ Joseph R. Johnson
                                        Joseph R. Johnson (Fla. Bar No. 372250)
                                        Suite 100
                                        1641 Worthington Road
                                        West Palm Beach, FL 33409