IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**REVISED THIRD AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robert Eason

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    _____Georgia_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____Pennsylvania_____

7. District Court and Division in which venue would be proper absent direct filing:

    _____Georgia_____

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

|   |   |
|---|---|
| ☐ | G2® Vena Cava Filter |
| ☐ | G2® Express Vena Cava Filter |
| ☐ | G2® X Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| X | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

    1/27/13

12. Counts in the Master Complaint brought by Plaintiff(s):

    | X | Count I:    | Strict Products Liability – Manufacturing Defect |
    | X | Count II:   | Strict Products Liability – Information Defect (Failure to Warn) |
    | X | Count III:  | Strict Products Liability – Design Defect |
    | X | Count IV:   | Negligence - Design |
    | X | Count V:    | Negligence - Manufacture |
    | X | Count VI:   | Negligence – Failure to Recall/Retrofit |
    | X | Count VII:  | Negligence – Failure to Warn |
    | X | Count VIII: | Negligent Misrepresentation |
    | X | Count IX:   | Negligence *Per Se* |
    | X | Count X:    | Breach of Express Warranty |

| | | |
|---|---|---|
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable Georgia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

   X   Yes

   ☐   No

RESPECTFULLY SUBMITTED this 24th day of May, 2016.

BABBITT & JOHNSON, P.A.

By:  /s/ Joseph R. Johnson

Joseph R. Johnson (Fla. Bar No. 372250)
Suite 100
1641 Worthington Road
West Palm Beach, FL 33409