Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by mail and by electronic means) upon Defendants the following discovery papers:

*Plaintiffs' Amended Notice of Videotaped Deposition of Robert DeLeon*

*Plaintiffs' Amended Notice of Videotaped Deposition of Jack Sullivan*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 26th day of May, 2016.

GALLAGHER & KENNEDY, P.A.

By:   */s/Robert W. Boatman*
    Robert W. Boatman
    Paul L. Stoller
    Shannon L. Clark
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

|   |   |
|---|---|
| 1 | LOPEZ McHUGH LLP |
| 2 | Ramon Rossi Lopez (CA Bar No. 86361)<br>(admitted *pro hac vice*) |
|   | 100 Bayview Circle, Suite 5600 |
| 3 | Newport Beach, California 92660 |

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 26th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

           */s/Deborah Yanazzo*
           Deborah Yanazzo

5440292/26997-0001

2