1  Robert W. Boatman (009619)
   Paul L. Stoller (016773)
2  Shannon L. Clark (019708)
   **GALLAGHER & KENNEDY, P.A.**
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000
   rwb@gknet.com
5  paul.stoller@gknet.com
   SLC@gknet.com
6
   Ramon Rossi Lopez (CA Bar No. 86361)
7  (admitted *pro hac vice*)
   **LOPEZ McHUGH LLP**
8  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
9  rlopez@lopezmchugh.com

   *Attorneys for Plaintiffs*
10
   James R. Condo (#005867)
11 Amanda C. Sheridan (#027360)
   SNELL & WILMER L.L.P.
12 One Arizona Center
   400 E. Van Buren, Suite 1900
13 Phoenix, Arizona  85004-2202
   Telephone:  602.382.6000
14 Facsimile:  602.382.6070
   jcondo@swlaw.com
15 asheridan@swlaw.com

16 Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
17 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
18 NELSON MULLINS RILEY & SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
19 Atlanta, GA  30363
   Telephone: (404) 322-6000
20 Telephone: (602) 382-6000
   richard.north@nelsonmullins.com
21 matthew.lerner@nelsonmullins.com

   *Attorneys for Defendants C. R. Bard, Inc. and*
22 *Bard Peripheral Vascular, Inc.*

23
                IN THE UNITED STATES DISTRICT COURT
24
                      FOR THE DISTRICT OF ARIZONA
25

26 | IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
27 | | **THE PARTIES' JOINT SUBMISSION REGARDING PRIVILEGE LOG ISSUES** |
28 | | |

**PURSUANT TO CASE MANAGEMENT ORDER NO. 10**

In accordance with Case Management Order no. 10 [Doc. 1319], the Parties are continuing the meet and confer process. Plaintiffs are in the process of categorizing the privilege log entries that they are challenging at this time. Bard is currently reviewing the challenges provided by Plaintiffs. The parties have agreed to a meet and confer process on a log by log basis, while at the same time addressing similar documents as a group to resolve as many of the challenges as expediently as possible.

Before the parties can fully answer the Court's inquiry in CMO No. 10 regarding the challenges that can be resolved and the number of documents that remain in dispute, the parties need guidance from the Court as to which law applies and the scope of that application. The parties have briefed this fully [Doc # 1214, Doc # 1476, and Doc #1590.] Direction from the Court through resolution of the parties' briefing on privilege issues will hopefully allow for substantial resolution of privilege log entry challenges. In the interim and pursuant to the Court's instruction in CMO No. 10, the parties are proceeding with categorizing Plaintiffs' challenges and meeting and conferring on those groupings to narrow the scope and number of Plaintiffs' challenges.

(*Signatures on Following Page*)

DATED this 27th day of May 2016.

| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Robert W. Boatman<br>Robert W. Boatman (009619)<br>Paul L. Stoller (016773)<br>Shannon L. Clark (019708)<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>Attorneys for Plaintiffs | By: /s/ Richard B. North, Jr.<br>James R. Condo<br>Amanda C. Sheridan<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br><br>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that May 27, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

 /s/ *Richard B. North, Jr.*
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363