James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF SERVICE TO PLAINTIFFS OF DEFENDANTS' FIRST REQUESTS FOR PRODUCTION AND FIRST SET OF INTERROGATORIES** |

Defendants C. R. Bard, Inc. ("C. R. Bard") and Bard Peripheral Vascular, Inc. ("BPV"), by and through counsel undersigned, hereby give notice that on May 27, 2016, they served on Plaintiffs, via U.S. Mail to members of the Plaintiffs' Steering Committee, Robert Boatman and Paul Stoller of Gallagher & Kennedy, P.A., and Ramon Lopez of Lopez McHugh LLP, Defendants' First Requests for Production and First Set of Interrogatories.

/ / /

/ / /

DATED this 27th day of May, 2016.

SNELL & WILMER L.L.P.

By: s/ *Amanda C. Sheridan*
    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2016, I electronically transmitted the attached document to the Clerk's Office and all counsel of record using the CM/ECF System for filing.

s/ *Amanda C. Sheridan*

24196118