IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re: BARD IVC FILTERSCase No. 2:15-md-02641-DGC
PRODUCTS LIABILITY LITIGATIONMDL No. 2641

_____

This Document Relates to:
cv-15-1655-PHX-DGC
Marcia Roeder vs. Bard, et al.

_____

## **ORDER**

IT IS ORDERED that the Motion to Substitute Party and Short Form Complaint filed by Steven A. Roeder be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2016.

_____
Honorable Judge David G. Campbell
United States District Court Judge

1