IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>cv-15-1655-PHX-DGC<br>Marcia Roeder vs. Bard, et al. | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Marcia Roeder, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Steven A. Roeder, Executor

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court - Northern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    X   Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

<u>February 24, 2013</u>

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| ☐ | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |

-3-

| | | |
|---|---|---|
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| X | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 3rd day of June, 2016.

**LAW OFFICES OF BEN C. MARTIN**


By: */s/ Ben C. Martin*
    Ben C. Martin
    3219 McKinney, Suite 100
    Dallas, Texas 75204
    214/761-6614 (Tel)
    214/744-7590 (Fax)
    *bmartin@bencmartin.com*

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ Ben C. Martin*
        Ben C. Martin