# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | |
| PATRICIA KILCRAN | MDL 15-02641-PHX DGC |
| Plaintiff, | Docket No. 2:16-cv-00289-DGC |
| v. | Judge David G. Campbell |
| C.R. BARD, INC., a New Jersey Corporation, and BARD PERIPHERAL VASCULAR INC.,(a subsidiary and/or Division of Defendant C.R. BARD, INC.) an Arizona corporation | |
| Defendants. | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE is hereby given by the plaintiff, by and through her counsel, that all claims against defendants C.R. BARD, Inc., and BARD PERIPHERAL VASCULAR INC., in the above-captioned matter, are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice to renew, and without costs to any party.

DATED: June 6, 2016         BY:    */s/ Matthew J. McCauley*
                                           Matthew J. McCauley, Esq.
                                           PARKER WAICHMAN LLP
                                           6 Harbor Park Drive
                                           Port Washington, NY 11050
                                           (516) 466-6500
                                           Email: mmccauley@yourlawyer.com

                                           Attorneys for Plaintiff