IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    CV15-1655-PHX-DGC
    Marcia Roeder vs. Bard, et al.

_____

No. MDL 15-2641 PHX DGC

**ORDER**

    **IT IS ORDERED** that Plaintiff Roeder's motion to substitute party (Doc. 2068) is **granted.** The Clerk is directed to separately file Exhibit 2 attached to the motion (Doc. 2068) as Plaintiff Roeder's amended short form complaint.

    Dated this 6th day of June, 2016.

_____
David G. Campbell
United States District Judge

1