IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | ) | No. 2:15-MD-02641-DGC |
| | ) | |
| STEVE D. YOUNG, | ) | No.  16-cv-01657 PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| C.R. BARD INC. and<br>BARD PERIPHERAL VASCULAR, INC. | ) | |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

I, M. MICHAEL WATERS, hereby provide this Notice of Change of Attorney Information

to the Court and request the Clerk's Office to:

Please update my firm information for the above-entitled action as follows:

Former firm name:  Vonachen, Lawless, Trager & Slevin

Former firm address:   456 Fulton St., Suite 425
                                  Peoria, IL  61602

New firm name:  Westervelt, Johnson, Nicoll & Keller, LLC

New firm address:       411 Hamilton Blvd., Suite 1400
                                   Peoria, IL  61602

| (309) 671-3550 | (309) 671-3588 | mwaters@wjnklaw.com |
|---|---|---|
| New telephone number | New facsimile number | New e-mail address |

_____

Date: June 6, 2016                 /s/  M. MICHAEL WATERS    (Pro Hac Vice)
                                             Attorney for Plaintiff, Steve D. Young
                                             IL Bar No. 3123709
                                             WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                                             411 Hamilton Blvd., Suite 1400
                                             Peoria, IL  61602
                                             P│309-671-3550  F│309-671-3588