# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
cv-15-1655-PHX-DGC
Marcia Roeder vs. Bard, et al.

No. MD-15-02641-PHX-DGC

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Marcia Roeder, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Steven A. Roeder, Executor

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Ohio

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court - Northern District of Ohio

8.  Defendants (check Defendants against whom Complaint is made):

    X   C.R. Bard Inc.

    X   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    X   Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

February 24, 2013

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| ☐ | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

X Count XVII: Survival

X Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X Yes

☐ No

RESPECTFULLY SUBMITTED this 3rd day of June, 2016.

**LAW OFFICES OF BEN C. MARTIN**

By: /s/ Ben C. Martin
    Ben C. Martin
    3219 McKinney, Suite 100
    Dallas, Texas 75204
    214/761-6614 (Tel)
    214/744-7590 (Fax)
    *bmartin@bencmartin.com*

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/ Ben C. Martin
    Ben C. Martin