IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 2:16-cv-01573-DGC | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Barbara Wilson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Virginia

| | | |
|---|---|---|
| 1 | 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: |
| | | _Virginia_ |
| | 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: |
| | | _Virginia_ |
| | 7. | District Court and Division in which venue would be proper absent direct filing: |
| | | Eastern District of Virginia |
| | 8. | Defendants (check Defendants against whom Complaint is made): |
| | | ☒ C. R. Bard Inc. |
| | | ☒ Bard Peripheral Vascular, Inc. |
| | 9. | Basis of Jurisdiction: |
| | | ☒ Diversity of Citizenship |
| | | ☐ Other: _____ |
| | | a.  Other allegations of jurisdiction and venue not expressed in Master Complaint: |
| | 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)): |
| | | ☐ Recovery® Vena Cava Filter |
| | | ☐ G2® Vena Cava Filter |
| | | ☐ G2® Express Vena Cava Filter   [G2®X] |
| | | ☐ G2® X Vena Cava Filter |
| | | ☐ Eclipse® Vena Cava Filter |
| | | ☒ Meridian® Vena Cava Filter |

|   |   |   |
|---|---|---|
| ☐ | Denali® Vena Cava Filter |   |
| ☐ | Other: _____ |   |

11. Date of Implantation as to each product:

April, 2012
_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☒ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable __Virginia__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages | |

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this _6th_ day of _June_____, 20_16_.

STUEVE SIEGEL HANSON LLP

By: __/s/ Todd E. Hilton__
Todd E. Hilton, MO #51388
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
(816) 714-7100
hilton@stuevesiegel.com

I hereby certify that on this _6th_ day of _June_____, 20_16_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Todd E. Hilton

- 4 -