Todd E. Hilton (MO Bar No. 51388)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
hilton@stuevesiegel.com
(816) 714-7100 – telephone
(816) 714-7101 – facsimile

*Attorneys for Plaintiff Edward St. John*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**Edward St. John,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.**<br><br>    **Defendants.** | No. 2:15-MD-02641-DGC<br><br>Civil Action No. 2:16-cv-01750-DGC<br><br>**NOTICE OF FILING OF SECOND AMENDED COMPLAINT** |

Plaintiff Edward St. John files this notice of filing of Plaintiff's Second Amended Master Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED this 6th day of June, 2016.

                            **STUEVE SIEGEL HANSON LLP**

                            By: /s/ Todd E. Hilton
                                Todd E. Hilton (MO Bar No. 51388)
                                STUEVE SIEGEL HANSON LLP
                                460 Nichols Road, Suite 200
                                Kansas City, MO 64112
                                hilton@stuevesiegel.com
                                (816) 714-7100 – telephone
                                (816) 714-7101 – facsimile

                                *Attorneys for Plaintiff Edward St. John*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2016, I electronically transmitted the foregoing Notice of Filing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

        /s/ Todd E. Hilton