IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 2:16-cv-01573-DGC | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Barbara Wilson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Virginia

8. Defendants (check Defendants against whom Complaint is made):

   ☒  C. R. Bard Inc.

   ☒  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒  Diversity of Citizenship

   ☐  Other: _____

   a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐  Recovery® Vena Cava Filter

    ☐  G2® Vena Cava Filter

    ☐  G2® Express Vena Cava Filter    [G2®X]

    ☐  G2® X Vena Cava Filter

    ☐  Eclipse® Vena Cava Filter

    ☒  Meridian® Vena Cava Filter

|   |   |   |
|---|---|---|
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:

    April, 2012 _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Manufacturing Defect
    ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
    ☒ Count III: Strict Products Liability – Design Defect
    ☒ Count IV: Negligence - Design
    ☒ Count V: Negligence - Manufacture
    ☒ Count VI: Negligence – Failure to Recall/Retrofit
    ☒ Count VII: Negligence – Failure to Warn
    ☒ Count VIII: Negligent Misrepresentation
    ☒ Count IX: Negligence *Per Se*
    ☒ Count X: Breach of Express Warranty
    ☒ Count XI: Breach of Implied Warranty
    ☒ Count XII: Fraudulent Misrepresentation
    ☒ Count XIII: Fraudulent Concealment
    ☒ Count XIV: Violations of Applicable  Virginia  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    ☐ Count XV: Loss of Consortium
    ☐ Count XVI: Wrongful Death
    ☐ Count XVII: Survival
    ☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this __6th__ day of __June_____, 20 _16_.

STUEVE SIEGEL HANSON LLP

By: ___/s/ Todd E. Hilton____
Todd E. Hilton, MO #51388
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
(816) 714-7100
hilton@stuevesiegel.com

I hereby certify that on this __6th__ day of __June_____, 20 _16_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Todd E. Hilton

- 4 -