IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 2:16-cv-01750-DGC | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Edward St. John

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Nebraska

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Nebraska

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Nebraska

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Nebraska

8. Defendants (check Defendants against whom Complaint is made):

   ☒   C. R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter   [G2®X]

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

- 2 -

|   |   |   |
|---|---|---|
| ☒ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:

February 5, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*
- ☒ Count X: Breach of Express Warranty
- ☒ Count XI: Breach of Implied Warranty
- ☒ Count XII: Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable __Nebraska__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☒ Punitive Damages

- 3 -

1  ☐   Other(s): _____ (please state the facts
2             supporting this Count in the space immediately below)
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____

9  13.   Jury Trial demanded for all issues so triable?
10     ☒   Yes
11     ☐   No

12  RESPECTFULLY SUBMITTED this __6th_ day of ___June_____, 20_16_.

14              STUEVE SIEGEL HANSON LLP

15              By:___/s/ Todd E. Hilton____
16              Todd E. Hilton, MO #51388
                460 Nichols Rd. Ste. 200
17              Kansas City, MO 64112
                (816) 714-7100 - telephone
18              hilton@stuevesiegel.com

19  I hereby certify that on this __6th__ day of __June_____, 20_16_, I electronically
20  transmitted the attached document to the Clerk's Office using the CM/ECF System for
21  filing and transmittal of a Notice of Electronic Filing.
22
                    /s/   Todd E. Hilton
23              _____

- 4 -