IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),

vs.

CASE NO: 2:15-md-02641-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

Defendant(s)/Respondent(s)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 9 2016

CLERK U S DISTRICT COURT
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Elizabeth C. Helm**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

City and State of Principal Residence: Atlanta, Georgia
Firm Name: Nelson Mullins Riley & Scarborough, LLP
Address: 201 17th Street NW    Suite: 1700
City: Atlanta    State: GA    Zip: 30363
Firm/Business Phone: (404) 322-6000
Firm Fax Phone: (404) 322-6050    E-mail Address: kate.helm@nelsonmullins.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Please see attached. | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

6/8/16                          Elizabeth C. Helm
Date                             Signature of Applicant

Fee Receipt # PHV072857                                        (Rev. 04/12)

Courts before which Applicant has been admitted to practice:

| Jurisdiction | Status | Date of Admission | Good Standing? |
|---|---|---|---|
| Georgia State Courts | Active | 6/15/1987 | YES |
| Georgia Supreme Court | Active | 11/1/1987 | YES |
| Georgia Court of Appeals | Active | 11/1/1987 | YES |
| USDC, Northern District of Georgia | Active | 6/1987 | YES |
| USDC, Middle District of Georgia | Active | 1/1995 | YES |
| USDC, Northern District of Alabama | Active | 3/2013 | YES |
| USDC, Southern District of Texas | Active | 7/1/2006 | YES |
| 11th Circuit Court of Appeals | Active | 1/9/1997 | YES |



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

  I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

  **DO HEREBY CERTIFY** that **ELIZABETH CATHERINE HELM, State Bar No. 289930,** was duly admitted to practice in said Court on August 10, 1987, and is in good standing as a member of the bar of said Court.

  Dated at Atlanta, Georgia, this 7th day of June, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: *Joyce White*
Joyce White
Deputy Clerk