James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard") file this Motion for Withdrawal of John A. LaBoon of the law firm SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. as counsel of record for Bard. There is good cause for the withdrawal of this attorney as counsel of record as Defendants have requested and approve the withdrawal, and have designated the following attorney as attorneys in charge for Defendants:

        Richard B. North, Jr.
        GA Bar #545599
        NELSON MULLINS RILEY & SCARBOROUGH LLP

201 17th Street NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

This withdrawal is not sought for delay only.

WHEREFORE, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. respectfully request the Court to enter an order granting this Motion for Withdrawal of Counsel.

DATED this 10th day of June, 2016.

    s/Richard B. North, Jr.
    Richard B. North, Jr.
    Georgia Bar No. 545599
    Matthew B. Lerner
    Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    Atlantic Station
    201 17th Street, NW / Suite 1700
    Atlanta, GA  30363
    PH: (404) 322-6000
    FX: (404) 322-6050
    richard.north@nelsonmullins.com
    matthew.lerner@nelsonmullins.com

    James R. Condo (#005867)
    Amanda Sheridan (#005867)
    SNELL & WILMER L.L.P.
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2204
    PH: (602) 382-6000
    JCondo@swlaw.com
    ASheridan@swlaw.com

    **Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

AGREED:

s/ John A. LaBoon
John A. LaBoon
Texas Bar No. 00787865
jlaboon@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave, Suite 800
Austin, Texas 78701

Telephone: (512) 476-7834
Facsimile: (512) 476-7832

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
