# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Defendants have filed a motion for withdrawal of John A. LaBoon of the law firm SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. as counsel of record for Defendants.

**IT IS ORDERED** that Defendants' motion to withdraw is **granted.**

Dated this ___th day of June, 2016.

_____
David G. Campbell
United States District Judge