IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | This Document Relates to:<br>**MDL Case No.** MDL-15-02641-PHX DGC<br>**Civil Action No.** CV16-1722-PHX DGC |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon the stipulation of the Parties. Doc. 2131.

**IT IS ORDERED** that the Parties' Stipulation of Dismissal without Prejudice (Doc. 2131) is **granted.** The case (CV16-1722 PHX DGC) is dismissed without Prejudice as to all Defendants, with each party to bear their own fees and costs.

Dated this 13th day of June, 2016.

_____
David G. Campbell
United States District Judge