AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Johnnesia Powell ) | MDL Case No. 2:15-md-02641-DGC | |
| *Plaintiff* ) | | |
| v. ) | Case No. 2:16-cv-01935-DGC | |
| Bard Peripheral Vascular, Inc., and C.R. Bard, Inc. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Johnnesia Powell                                                    .

Date:    06/16/2016

/s/ Eric Roslansky
*Attorney's signature*

Eric Roslansky, FL Bar #42067
*Printed name and bar number*

The Ruth Law Team
805 Executive Center Drive West, Ste 105
St. Petersburg, FL 33702

*Address*

eroslansky@getjustice.com
*E-mail address*

(888) 783-8378
*Telephone number*

(727) 323-7720
*FAX number*