IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC |

This Document Relates to Plaintiff
ROBIN LYNN HOP,
Civil Case 2:16-CV-01417-DGC

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through her counsel of record on this specific action, and pursuant to Federal Rule of Civil Procedure 41(a)(1), files this Notice of Dismissal Without Prejudice of all claims asserted on their behalf under the above-styled Complaint with this Honorable Court. This Notice is filed before service on Defendants and prior to any entry of appearance or answer by any adverse party named herein. Nothing in this Notice shall apply or have any bearing on any other related action already pending or filed in the future.

Respectfully submitted,

/s/   Brian Keith Jackson
Brian Keith Jackson, AL Bar No. 7519-J66B
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-5000
kj@rileyjacksonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/   Brian Keith Jackson