# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

Alana Darlene Adams,             )

                  )

        Plaintiff,     )      MDL Case No. 2:15-md-02641-DGC

                  )

        v.       )      Civil Action No.  CV-16-01892-PHX-DGC

                  )

C. R. Bard, Inc., et al.,       )

                  )

        Defendant.   )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  June 15, 2016           /s/ Richard B. North, Jr.
                                      *Attorney's signature*

                                Richard B. North, Jr. (Ga. Bar No. 545599)
                                      *Printed name and bar number*

                                Nelson Mullins Riley & Scarborough, LLP
                                201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                      *Address*

                                richard.north@nelsonmullins.com
                                      *E-mail Address*

                                (404) 322-6000
                                      *Telephone number*

                                (404 322-6050
                                      *FAX number*