**EXHIBIT B**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ARIZONA

 3

 4

     IN RE: BARD IVC FILTERS PRODUCTS     )
 5   LIABILITY LITIGATION,                ) MD No.:
     _____) MD-15-02641-PHX-DGC

 6

 7

 8

 9

10

11         DO NOT DISCLOSE - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
12

13

14

15

           DEPOSITION OF ROBERT MICHAEL CARR, JR.

16
                      Phoenix, Arizona
17                     March 18, 2016
                        9:00 a.m.
18

19

20

21

22

23   REPORTED BY:

24   Robin L. B. Osterode, RPR, CSR

25   AZ Certified Reporter No. 50695
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1    I'm just looking for the flow of command.

 2         A.    So it starts at the project team level,

 3    which is at the division.

 4         Q.    Okay.

 5         A.    So there's a team of individuals of

 6    multiple disciplines who develop products, filters in

 7    this case.

 8         Q.    Okay.

 9         A.    So it's their responsibility first; that

10    person has a supervisor; that person has a

11    supervisor.  There's a vice president of quality at

12    the division level.

13         Q.    Okay.

14         A.    And they report to a person at Bard

15    corporate, I call it.

16         Q.    Okay.  And so, in a sense, is the

17    person at Bard corporate the last pass before -- or

18    looking over this assurance that something's

19    been met, you know, the testing standards or

20    regulations, at the division level?

21         A.    No, it's the responsibility of the

22    division.

23         Q.    Okay.  I guess I'm confused as to what the

24    person at C. R. Bard or what you call Bard corporate

25    does for the division in that regard, in quality.
```

Do Not Disclose - Subject to Further Confidentiality Review

1      A.     They don't do much at the day-to-day level.

2   They ultimately oversee the divisions of Bard.

3      Q.     Okay.

4      A.     The day-to-day operations of a division are

5   at the division level.

6      Q.     Okay.  Right.  So I'm just trying to -- can

7   you give me an example of something that someone at

8   C. R. Bard would do for, you know, BPV?

9      A.     So they would set corporate quality

10  standards or guidances that the divisions would need

11  to follow at a global level; the divisions then have

12  a set of standard operating procedures, they're

13  called, that meet those corporate guidances.

14     Q.     I got it.  And is there any investigation

15  into whether they're actually following the corporate

16  standards set forth by C. R. Bard?

17     A.     Yes, we have internal audits often.

18     Q.     Okay.  And before, I guess we keep going

19  through the other departments, I'd like to just get a

20  good understanding of the divisions themselves.  Are

21  these separate entities, or are these subsidiaries of

22  C. R. Bard, or are they, like, departments, like we

23  described before?

24     A.     So they're -- they're structured as

25  divisions.  So there are four, today, four divisions

Do Not Disclose - Subject to Further Confidentiality Review

 1    of Bard, Bard Peripheral Vascular, Davol, Bard Access

 2    Systems, and Bard Medical Systems.  And so those

 3    divisions, we call them, operate very distinct from

 4    each other as -- as if they were their own entities,

 5    for the most part.

 6          All four of those businesses have a

 7    reporting structure to the overall corporate

 8    structure.

 9    Q.    Okay.  I think I understand.  So they're,

10    in a sense, their own business that reports back up

11    to Bard corporate or C. R. Bard?

12    A.    Ultimately.

13    Q.    Okay.  Okay.  And we'll get back to that.

14    So what is, I think regulatory, I think is what you

15    mentioned before, what does regulatory at C. R. Bard

16    do?

17    A.    So they interact with the different

18    regulatory organizations around the globe, and, you

19    know, so we can -- different countries have different

20    requirements for submissions to get your products on

21    the market, and we have global regulatory filings.

22    Each country, different regions are different.  So

23    they file and deal with the regulatory organizations.

24    Q.    Okay.  So for -- if it's -- let's talk

25    about the U.S., if these divisions are sort of

Do Not Disclose - Subject to Further Confidentiality Review

```
 1    handle their own and report up?

 2         A.    Correct.  It all rolls up.

 3         Q.    Legal, is that pretty straightforward as

 4    well?

 5         A.    It is.

 6         Q.    Now, I did have a look at that, it -- I

 7    guess -- are they -- is the legal department a

 8    department that just ensures that all the products

 9    are, I guess, not breaking law or meeting the

10    regulatory standards?

11         A.    No, I would consider them a full

12    functioning legal department, so be it financial

13    regulation, be it we have a general counsel.  All

14    matters of legal breadth.

15         Q.    And they don't, the divisions -- I guess

16    what I'm getting at is the divisions themselves don't

17    have their own legal department?

18         A.    We have an IP attorney, intellectual

19    property, attorney at the division level.

20         Q.    Okay.  But for the most part, C. R. Bard

21    handles all of the legal work for all the divisions

22    and subsidiaries; is that correct?

23         A.    I know for BPV, I believe it's true for

24    all.

25         Q.    What about science and technology, what do
```