AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Donald Marsh and Roberta Marsh | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Bard Peripheral, Inc., and C.R. Bard, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Donald Marsh and Roberta Marsh.

Date: 06/21/2016

/s/ Eric Roslansky
*Attorney's signature*

Eric Roslansky FL Bar # 42067
*Printed name and bar number*

The Ruth Law Team
805 Executive Center Dr West, Ste 105
St. Petersburg, FL 33702
*Address*

eroslansky@getjustice.com; ivc@getjustice.com
*E-mail address*

(888) 783-8378
*Telephone number*

(727) 323-7720
*FAX number*