IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS　　　　　　　　　　No. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

---

This document applies to:

Dolores Malanga, Case No. 16-cv-1406

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dolores Malanga and Defendant C.R. Bard, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Date this 22nd day of June, 2016.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ D. Todd Mathews
　　　　　　　　　　　　　　　　　D. Todd Mathews, IL Bar #6276652
　　　　　　　　　　　　　　　　　**GORI JULIAN & ASSOCIATES, P.C.**
　　　　　　　　　　　　　　　　　156 North Main Street
　　　　　　　　　　　　　　　　　Edwardsville, IL 62025
　　　　　　　　　　　　　　　　　(618) 659-9833 – telephone
　　　　　　　　　　　　　　　　　(618) 659-9834 – facsimile
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


　　　　　　　　　　　　　　　　　/s/Richard B. North
　　　　　　　　　　　　　　　　　Richard B. North
　　　　　　　　　　　　　　　　　Matthew Lerner
　　　　　　　　　　　　　　　　　**Nelson Mullins Riley & Scarborough, LLP**
　　　　　　　　　　　　　　　　　201 17th Street, NW, Suite 1700
　　　　　　　　　　　　　　　　　Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　　*Attorneys for Defendant C.R. Bard, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Todd Mathews