Troy A. Brenes (CA Bar No. 249776)
BRENES LAW GROUP P.C.
16A Journey, Suite 200
Aliso Viejo, CA 92656
Tel: (949)-397-9360
Fax: (949)-607-4192
tbrenes@breneslawgroup.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Product Liability Litigation | Case No.: 2:15-MD-02641-DGC <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that effective immediately, the firm of BRENES LAW GROUP has changed its name to BRENES LAW GROUP P.C. All contact information remains unchanged.

    BRENES LAW GROUP P.C.
    16A Journey, Ste. 200
    Aliso Viejo, CA 92656
    Tel: (949)-397-9360
    Fax: (949)-607-4192

Dated this 22nd of June, 2016

_____
Troy A. Brenes

NOTICE OF CHANGE OF FIRM NAME - 1