# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-2641 PHX DGC |
| Maria E. Bareraza, et al., | No. CV 16-1374 PHX DGC |
| Plaintiffs, | |
| v. | **ORDER** |
| C.R. Bard Incorporated, et al., | |
| Defendants. | |

At the Case Management Conference held on June 21, 2016 in MDL-15-2641 PHX DGC, the parties advised the Court that this class action litigation has been filed. The parties, including counsel for Plaintiffs and Defendants in this class action litigation, stipulated that this case should be consolidated with the MDL litigation for class action purposes.  Therefore, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure,

**IT IS ORDERED:**

1. The clerk shall consolidate this case (CV16-1374 PHX DGC) with In Re Bard IVC Filters Product Liability Litigation (MDL 15-2641 PHX DGC) for the purpose of this class action litigation.

2. Counsel in this class action litigation shall file documents related to the

class action litigation in case number CV16-1374 PHX DGC. If the document to be filed also relates to the MDL litigation, the MDL litigation case number shall also be included in the caption of the document to be filed and the document shall be filed in both matters.

3. The parties in this class action litigation shall be governed by all prior and future orders and Case Management Orders in the MDL litigation.

4. The Case Management Conference in the class action litigation currently set for August 3, 2016 at 3:30 p.m. is **vacated**. The Case Management Order entered by the Court in the MDL litigation on June 21, 2016 addresses scheduling matters in this class action litigation.

5. The Clerk is directed to file this order in both cases listed above.

Dated this 22nd day of June, 2016.

_____
David G. Campbell
United States District Judge