# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>This Order Relates to:<br><br>Dolores Malanga,<br>             Plaintiff,<br>v.<br>C.R. Bard, Inc., et al.,<br>             Defendants. | MDL No. 15-2641 PHX DGC<br><br><br>No. CV-16-01406 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation for dismissal without prejudice. (Doc. 2247)

**IT IS ORDERED** that this action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

Dated this 22nd day of June, 2016.

_____
David G. Campbell
United States District Judge