1  Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
3  2575 East Camelback Road
Phoenix, Arizona  85016-9225
4  602-530-8000

5  Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
6  Lopez McHugh LLP
100 Bayview Circle, Suite 5600
7  Newport Beach, California  92660
949-812-5771
8
*Attorneys for Plaintiffs*
9

10              IN THE UNITED STATES DISTRICT COURT

11                  FOR THE DISTRICT OF ARIZONA

12  In Re Bard IVC Filters Products Liability        No. MD-15-02641-PHX-DGC
Litigation
13                                                   **NOTICE OF SERVICE OF
DISCOVERY PAPERS**
14

15        PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by

16  mail and by electronic means) upon Defendants the following discovery papers:

17        *Plaintiffs' Amended Notice of Videotaped Deposition of Mary Edwards*

18        *Plaintiffs' Notice of Videotaped Deposition of Steve Williamson*

19        *Plaintiffs' Notice of Videotaped Deposition of Judy Ludwig*

20        *Plaintiffs' Notice of Videotaped Deposition of John Wheeler*

21        *Plaintiffs' Notice of Videotaped Deposition of Maureen Uebelocker*

22        *Plaintiffs' Notice of Videotaped Deposition of Kevin Shifrin*

23  *Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)*

24                            *(Marketing)*

25  *Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)*

26                        *(Bard REACH Program)*

27        Plaintiffs are filing this notice in lieu of filing the original discovery papers

28  pursuant to LRCiv 5.2.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

RESPECTFULLY SUBMITTED this 22nd day of June, 2016.

GALLAGHER & KENNEDY, P.A.

By: __*/s/Robert W. Boatman*__
      Robert W. Boatman
      Paul L. Stoller
      Shannon L. Clark
      2575 East Camelback Road
      Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
      Ramon Rossi Lopez (CA Bar No. 86361)
      (admitted *pro hac vice*)
      100 Bayview Circle, Suite 5600
      Newport Beach, California 92660

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 22nd day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5475627/26997-0001

2