**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Caldwell,          ) | |
| )| |
| Plaintiff,          ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v.          ) | Civil Action No.  CV-16-01780-PHX-DGC |
| ) | |
| C. R. Bard, Inc., et al.,          ) | |
| ) | |
| Defendant.          ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:   March 24, 2016                             /s/ Richard B. North, Jr.
                                                                      *Attorney's signature*

                                                                      Richard B. North, Jr. (Ga. Bar No. 545599)
                                                                      *Printed name and bar number*

                                                                      Nelson Mullins Riley & Scarborough, LLP
                                                                      201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                                      *Address*

                                                                      richard.north@nelsonmullins.com
                                                                      *E-mail Address*

                                                                      (404) 322-6000
                                                                      *Telephone number*

                                                                      (404 322-6050
                                                                      *FAX number*