**AO 435**
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

## TRANSCRIPT ORDER

| | | |
|---|---|---|
| 1. NAME: Amanda C. Sheridan | 2. PHONE NUMBER: 602-382-6304 | 3. DATE: 06/23/16 |

4. FIRM NAME: Snell & Wilmer L.L.P.

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS: 400 E. Van Buren Street | 6. CITY: Phoenix | 7. STATE: AZ | 8. ZIP CODE: 85004 |

| | | |
|---|---|---|
| 9. CASE NUMBER: 2:15-MD-02641-DGC | 10. JUDGE: Campbell | DATES OF PROCEEDINGS |
| | | 11. 06/21/2016 — 12. |

| | | |
|---|---|---|
| 13. CASE NAME: In Re Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS | |
| | 14. Phoenix | 15. STATE: Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 06/21/2016 - entire hearing |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [x] | |
| 7 DAYS | [ ] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [x] ASCII (e-mail)

ESTIMATED COSTS

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: asheridan@swlaw.com; pritchey@swlaw.com

19. SIGNATURE: s/Amanda C. Sheridan

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE: 06/23/2016

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY