James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | MDL NO. 15-02641-PHX-DGC |
| | CASE NO. CV-16-00140-PHX-DGC |
| | **NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF JOHN L. KUHN, JR.** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard"), pursuant to Fed. R. Civ. P. 25, hereby suggest upon the record the death of Plaintiff John L. Kuhn, Jr. Upon information and belief, Plaintiff John L. Kuhn, Jr. died on or about May 14, 2016. An obituary believed to be for Plaintiff John L. Kuhn, Jr. is attached hereto as Exhibit "A."

(*Signatures on Following Page*)

This 27th day of June, 2016.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                              s/Richard B. North, Jr.  
                              Richard B. North, Jr.  
                              Georgia Bar No. 545599  
                              NELSON MULLINS RILEY & SCARBOROUGH, LLP  
                              Atlantic Station  
                              201 17th Street, NW / Suite 1700  
                              Atlanta, GA  30363  
                              PH: (404) 322-6000  
                              FX: (404) 322-6050  
                              Richard.North@nelsonmullins.com