# Exhibit A

Obituaries

# JOHN L. KUHN JR.

1929 - 2016  •  Obituary  ›  Condolences



John L. Kuhn Jr. 87, of Chambersburg, passed away May 14, 2016 at his residence with his family by his side. He was born on April 14, 1929 in Mercersburg, PA, to the late John L. Kuhn, Sr. and Helen Wolfe Kuhn. He was married to Faye E. Kuhn on February 11, 1984, she preceded him in death on September 4, 2011. He was a member of the Freedom in Christ Church, he attended the Chambersburg Senior Center and the Salvation Army Golden Age Center.

**Read More**



Funeral Etiquette
Expert advice do and say w someone die:

🔊 **LISTEN TO OBITUARY**

## SERVICES

**Kelso-Cornelius Funeral Home, LTD**
725 Norland Avenue
Chambersburg, PA 17201
(717) 267-2454

🖥 Website
📍 View Map
💐 Send Flowers

+ See Services Detail

## RESOURCES

📄 Kuhn Pages (100+)
See More >
🍃 Kuhn Mentions
See More >

## REMEMBER

Share memories or express condolences below.                    **VIEW ALL**

Add a memory or condolence to the guest book

**ADD MESSAGE**

*"I grew up living beside John Kuhn, who everyone in our..."*
-Jody Lininger Koontz

*"I love you Pap!! Rest in Paradise. Until we meet again..."*
-Shaquandra Cheeseborough

View All Messages  3

 **ADD PHOTOS**           **ADD VIDEOS**

### RESOURCES
• **Send Funeral Flowers**
• **View Funeral Home Details**

### FIND ADVICE & SUPPORT
• **Funeral Etiquette**
• **How to Write a Sympathy Note**

< BACK TO TODAY'S OBITUARIES       

powered by Legacy.com®

© Copyright 1999-2016 Legacy.com All Rights Reserved  | Questions? Contact us | Search obituaries