**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Mary Larson, | ) | |
| | ) | |
|     Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
|     v. | ) | Civil Action No.  CV-16-01952-PHX-DGC |
| | ) | |
| C. R. Bard, Inc., et al., | ) | |
| | ) | |
|     Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:   June 22, 2016                 	/s/ Richard B. North, Jr.
	*Attorney's signature*

	Richard B. North, Jr. (Ga. Bar No. 545599)
	*Printed name and bar number*

	Nelson Mullins Riley & Scarborough, LLP
	201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
	*Address*

	richard.north@nelsonmullins.com
	*E-mail Address*

	(404) 322-6000
	*Telephone number*

	(404 322-6050
	*FAX number*