IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    David Dilbeck

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Tennessee

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: Tennessee

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Tennessee

7.   District Court and Division in which venue would be proper absent direct filing:

_____

8.   Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in
   Master Complaint:

_____

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
   claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery$^®$ Vena Cava Filter

☐   G2$^®$ Vena Cava Filter

☐   G2$^®$ Express Vena Cava Filter

☐   G2$^®$ X Vena Cava Filter

☑   Eclipse$^®$ Vena Cava Filter

☐   Meridian$^®$ Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11.  Date of Implantation as to each product:

07/05/2010

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:        Strict Products Liability – Manufacturing Defect

☑   Count II:       Strict Products Liability – Information Defect

(Failure to Warn)

☑   Count III:      Strict Products Liability – Design Defect

☑   Count IV:       Negligence - Design

☑   Count V:        Negligence - Manufacture

☑   Count VI:       Negligence – Failure to Recall/Retrofit

☑   Count VII:      Negligence – Failure to Warn

☑   Count VIII:     Negligent Misrepresentation

☑   Count IX:       Negligence *Per Se*

☑   Count X:        Breach of Express Warranty

☑   Count XI:       Breach of Implied Warranty

☑   Count XII:      Fraudulent Misrepresentation

☑   Count XIII:     Fraudulent Concealment

☑   Count XIV:      Violations of Applicable ___TN___ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:       Loss of Consortium

☐   Count XVI:      Wrongful Death

☐    Count XVII:  Survival

☑    Punitive Damages

☐    Other(s):  _____ (please state the facts

supporting this Count in the space immediately below)

_____

_____

_____

RESPECTFULLY SUBMITTED this _____29_____day of ____June_____, 2016.

/s/ MATTHEW R. MCCARLEY
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEY FOR THE PLAINTIFF

I hereby certify that on this___29___day of ____June_____, 2016, I

electronically transmitted the attached document to the Clerk's Office using the CM/ECF

System for filing and transmittal of a Notice of Electronic Filing.

/s/ MATTHEW R. MCCARLEY