AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Barbara Meinholdt | ) | MDL Case No. 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-02118-DGC |
| Bard Peripheral, Inc., and C.R. Bard, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Barbara Meinholdt                                                                                                           .

Date:   06/29/2016

/s/ Eric Roslansky
*Attorney's signature*

Eric Roslansky FL Bar # 42067
*Printed name and bar number*

The Ruth Law Team
805 Executive Center Dr West, Ste 105
St. Petersburg, FL 33702

*Address*

eroslansky@getjustice.com; ivc@getjustice.com
*E-mail address*

(888) 783-8378
*Telephone number*

(727) 323-7720
*FAX number*