**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**Docket No.: CV-15-01714-PHX-DGC**

| | |
|---|---|
| PAMELA NOTERMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| C.R. BARD, INC., a New Jersey ) | **NOTICE OF APPEAL** |
| Corporation, and BARD PERIPHERAL ) | |
| VASCULAR INC.,(a subsidiary and/or ) | |
| Division of Defendant C.R. BARD, INC.) ) | |
| an Arizona corporation ) | |
| ) | |
| Defendants. ) | |

    NOTICE IS HEREBY GIVEN that Plaintiff Pamela Noterman hereby appeals to the United States Court of Appeals for the Ninth Federal Circuit from the Order Granting Defendants' Motion to Dismiss (Doc. 1072), and Denying Plaintiffs' Motion to Amend (Doc. 1324) entered in this action on the 31st Day of May, 2016.

Dated: June 29, 2016        By: _____
                                        Matthew J. McCauley
                                        PARKER WAICHMAN LLP
                                        6 Harbor Park Drive South
                                        Port Washington, NY 11050
                                        Telephone (516) 466-6500
                                        Facsimile (516) 466-6665
                                        Email: mmccauley@yourlawyer.com