IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 15-2641 |
| JARROD ARMBRUSTER C.A. No. CV-16-2148-PHX-DGC | ) ) ) ) | |
| _____ | ) ) | |
| JARROD ARMBRUSTER, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Jarrod Armbruster.

Dated: <u>June 30, 2016</u>                              Respectfully submitted,


                              By: /s/Thomas P. Cartmell
                              Thomas P. Cartmell (MO Bar No. 45366 )
                                (admitted *pro hac vice*)
                              **Wagstaff & Cartmell, LLP**
                              4740 Grand Ave., Suite 300
                              Kansas City, MO 64112
                              (816) 701-1100
                              (816) 531-2372 (fax)
                              tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 30th day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff