# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>**2:16-cv-02078 DGC** | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, Incorporates the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Michael S. Zimmermann (Deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Carol Ann Zimmermann

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Carol Ann Zimmerman – Anticipated Personal Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Florida

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

|   |   |   |
|---|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| X | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

On or about March 8, 2014 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |

-3-

|   |   |   |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable <u>Florida</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count XV: | Loss of Consortium |
| X | Count XVI: | Wrongful Death |
| X | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    x Yes

    ☐ No

RESPECTFULLY SUBMITTED this 1st day of July, 2016.

By: /s/ Julie Ferraro
Julie Ferraro
Kreindler & Kreindler LLP
855 Boylston Street, 11th Floor
Boston, Massachusetts 02116
T: 617-924-9100
F: 617-924-9120
Jferraro@Kreindler.com
*Attorney for Plaintiff*

I hereby certify that on this 1st day July, 2016, I mailed via first class mail the enclosed documents to the Clerk's Office.

/s/ Julie Ferraro