Michael K. Johnson
Kenneth W. Pearson
Rolf T. Fiebiger
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>*Christine Ann Bisesi*<br><br>Plaintiff,<br><br>*v.*<br><br>*C.R. Bard, Inc., and Bard Peripheral Vascular Inc.,*<br><br>Defendants | MDL No. 2:15-MD-02641 -DGC<br><br>Case No. 2:16-cv-1391-DGC<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

   Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Christine Ann Bisesi respectfully submits this Notice of Filing Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates, through bracketing and underlining, in what respect it differs from the original complaint.

RESPECTFULLY SUBMITTED this 8th day of July, 2016.

JOHNSON BECKER, PLLC

By /s/ Michael K. Johnson
Michael K. Johnson, Esq.
MN Bar No. 0258696
Kenneth W. Pearson, Esq.
MN Bar No. 016088X
Rolf T. Fiebiger, Esq.
MN Bar No. 0391138
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Michael K. Johnson