# EXHIBIT A

Michael K. Johnson, Esq.
Kenneth W. Pearson, Esq.
Rolf T. Fiebiger, Esq.
JOHNSON BECKER, PLLC
~~33 South Sixth Street, Suite 4530~~
~~Minneapolis, Minnesota 55402~~
<u>444 Cedar Street, Suite 1800</u>
<u>St. Paul, MN 55101</u>
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>*Christine Ann Bisesi* ~~*and Michael Bisesi*~~<br><br>Plaintiff~~s~~,<br><br>*v.*<br><br>*C.R. Bard, Inc., and Bard Peripheral Vascular Inc.,*<br><br>Defendants | No. 2:15-MD-02641-DGC<br><br><u>Case No. 2:16-cv-1391-DGC</u><br><br>~~**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND**~~ **<u>FIRST AMENDED COMPLAINT – SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL</u>** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   <u>Christine Ann Bisesi</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

~~Michael Bisesi~~

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state~~(s) [if more than one Plaintiff]~~ of residence at the time of implant:

Ohio

5. Plaintiff's/Deceased Party's state~~(s) [if more than one Plaintiff]~~ of residence at the time of injury:

Ohio

6. Plaintiff's current state~~(s) [if more than one Plaintiff]~~ of residence:

Ohio

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

-2-

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☑ G2® Vena Cava Filter

☐ G2® Express ~~(G2®X)~~ Vena Cava Filter

☐ <u>G2® X Vena Cava Filter</u>

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

<u>November 23, 2006                                              </u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:    Strict Products Liability – Manufacturing Defect

☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:  Strict Products Liability – Design Defect

-3-

☑ Count IV: Negligence - Design

☑ Count V: Negligence - Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. <u>Jury Trial demanded for all issues so triable?</u>

-4-

☑ Yes

☐ No

~~Plaintiff requests trial by jury.~~

RESPECTFULLY SUBMITTED this ~~6th day of May~~, <u>8th day of July</u>, 2016.

JOHNSON BECKER, PLLC

By <u>/s/ Michael K. Johnson</u>
<u>Michael K. Johnson, Esq.</u>
<u>MN Bar No. 0258696</u>
<u>Kenneth W. Pearson, Esq.</u>
<u>MN Bar No. 016088X</u>
<u>Rolf T. Fiebiger, Esq.</u>
<u>MN Bar No. 0391138</u>
<u>444 Cedar Street, Suite 1800</u>
<u>St. Paul, MN 55101</u>
~~33 South Sixth Street, Suite 4530~~
~~Minneapolis, MN 55402~~
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

*Attorneys for Plaintiff*~~s~~

### CERTIFICATE OF SERVICE

I hereby certify that on this ~~6th day of May~~, <u>8th day of July</u>, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/Michael K. Johnson</u>