Michael K. Johnson
Kenneth W. Pearson
Rolf T. Fiebiger
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>*Christine Ann Bisesi*<br><br>Plaintiff,<br><br>*v.*<br><br>*C.R. Bard, Inc., and Bard Peripheral Vascular Inc.,*<br><br>Defendants | No. 2:15-MD-02641-DGC<br><br>**FIRST AMENDED COMPLAINT – SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff named below, for her Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff further shows the Court as follows:

1. Plaintiff/Deceased Party:

   Christine Ann Bisesi

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Ohio_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Ohio_____

6. Plaintiff's current state of residence:

    Ohio_____

7. District Court and Division in which venue would be proper absent direct filing:

    Southern District of Ohio_____

8. Defendants (check Defendants against whom Complaint is made):

    ☑   C.R. Bard Inc.

    ☑   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

-2-

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    November 23, 2006

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:    Strict Products Liability – Manufacturing Defect
- ☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III:  Strict Products Liability – Design Defect
- ☑ Count IV:   Negligence - Design
- ☑ Count V:    Negligence - Manufacture

-4-

☑ Count VI:   Negligence – Failure to Recall/Retrofit

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:   Negligent Misrepresentation

☑ Count IX:   Negligence *Per Se*

☑ Count X:   Breach of Express Warranty

☑ Count XI:   Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:   Fraudulent Concealment

☑ Count XIV:   Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:   Survival

☑ Punitive Damages

☐ Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 8th day of July, 2016.

JOHNSON BECKER, PLLC

By /s/ Michael K. Johnson
Michael K. Johnson, Esq.
MN Bar No. 0258696
Kenneth W. Pearson, Esq.
MN Bar No. 016088X
Rolf T. Fiebiger, Esq.
MN Bar No. 0391138
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Michael K. Johnson