# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>2:16-cv-01464-<br>Robert Eason v. Bard, et al. | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Robert Eason

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    ~~N/A~~    **Peggy Eason**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    _____Georgia_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____Pennsylvania_____

7. District Court and Division in which venue would be proper absent direct filing:

    _____~~Georgia~~_____**United States District Court for the Southern District of Georgia**_____

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐  Recovery® Vena Cava Filter

☐  G2® Vena Cava Filter

☐  G2® Express Vena Cava Filter

☐  G2® X Vena Cava Filter

☐  Eclipse® Vena Cava Filter

**X**  Meridian® Vena Cava Filter

☐  Denali® Vena Cava Filter

☐  Other: _____

11. Date of Implantation as to each product:

   1/27/13

12. Counts in the Master Complaint brought by Plaintiff(s):

   **X**  Count I:     Strict Products Liability – Manufacturing Defect

   **X**  Count II:    Strict Products Liability – Information Defect (Failure to Warn)

   **X**  Count III:   Strict Products Liability – Design Defect

   **X**  Count IV:    Negligence - Design

   **X**  Count V:     Negligence - Manufacture

   **X**  Count VI:    Negligence – Failure to Recall/Retrofit

   **X**  Count VII:   Negligence – Failure to Warn

   **X**  Count VIII:  Negligent Misrepresentation

   **X**  Count IX:    Negligence *Per Se*

| | | |
|---|---|---|
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable Georgia ~~and Pennsylvania~~ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 9th day of July, 2016.

    BABBITT & JOHNSON, P.A.

    By:   /s/ Joseph R. Johnson
           Joseph R. Johnson (Fla. Bar No. 372250)
           Suite 100

1641 Worthington Road
West Palm Beach, FL  33409