# EXHIBIT B

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

CASE NO: 2:15-MD-02641-DGC
MDL No. 2641

This Document Relates to:
   2:16-cv-01464
   Robert Eason vs. Bard, et al.

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Robert Eason be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2016.

_____
Honorable Judge David G. Campbell
United States District Court Judge