EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Helen Bernstein

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Florida

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    _____ Florida _____

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____ Florida _____

7.  District Court and Division in which venue would be proper absent direct filing:

    ___ United States District Court for the Middle District of Florida ___

8.  Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

    a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    X    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11.    Date of Implantation as to each product:

    _____12/20/2010_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:    Strict Products Liability – Manufacturing Defect

    **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:    Strict Products Liability – Design Defect

    **X**    Count IV:    Negligence - Design

    **X**    Count V:    Negligence - Manufacture

    **X**    Count VI:    Negligence – Failure to Recall/Retrofit

    **X**    Count VII:    Negligence – Failure to Warn

    **X**    Count VIII:    Negligent Misrepresentation

    **X**    Count IX:    Negligence *Per Se*

    **X**    Count X:    Breach of Express Warranty

    **X**    Count XI:    Breach of Implied Warranty

X Count XII: Fraudulent Misrepresentation

X Count XIII: Fraudulent Concealment

X Count XIV: Violations of Applicable <u>Florida</u> ~~Ohio~~ Law Prohibiting

  Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

X Punitive Damages

☐ Other(s): _____ (please state the facts

  supporting this Count in the space immediately below)

  _____

  _____

13. Jury Trial demanded for all issues so triable?

X Yes

☐ No

RESPECTFULLY SUBMITTED this 9th day of July, 2016.

     BABBITT & JOHNSON, P.A.

     By: /s/ Joseph R. Johnson_____
      Joseph R. Johnson (Fla. Bar No.  372250)
      Suite 100
      1641 Worthington Road
      West Palm Beach, FL  33409
      (561) 684-2500
      jjohnson@babbitt-johnson.com

     COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this ___9th___ day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson