# EXHIBIT B

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:  BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | CASE NO:  2:15-MD-02641-DGC<br>MDL No. 2641 |

This Document Relates to:
   2:16-cv-01775
   Helen Bernstein vs. Bard, et al.

## **ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Helen Bernstein be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2016.

_____
Honorable Judge David G. Campbell
United States District Court Judge