1 Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
2 Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
3 2575 East Camelback Road
Phoenix, Arizona 85016-9225
4 602-530-8000

5 Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
6 Lopez McHugh LLP
100 Bayview Circle, Suite 5600
7 Newport Beach, California 92660
949-812-5771
8
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by mail and by electronic means) upon Defendants the following discovery papers:

*Plaintiffs' Amended Notice of Videotaped Deposition of Chris Ganser*

*Plaintiffs' Amended Notice of Videotaped Deposition of Steve Williamson*

*Plaintiffs' Notice of Videotaped Deposition of Holly Glass*

*Plaintiffs' Amended Notice of Videotaped Deposition of Maureen Uebelocker*

*Plaintiffs' Amended Notice of Videotaped Deposition of Cindi Walcott*

*Plaintiffs' Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Bard REACH Program)*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 11th day of July, 2016.

GALLAGHER & KENNEDY, P.A.

By:   /s/Robert W. Boatman
     Robert W. Boatman
     Paul L. Stoller
     Shannon L. Clark
     2575 East Camelback Road
     Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
     Ramon Rossi Lopez (CA Bar No. 86361)
     (admitted *pro hac vice*)
     100 Bayview Circle, Suite 5600
     Newport Beach, California 92660

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 11th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

     */s/Deborah Yanazzo*
     Deborah Yanazzo

5502172v1/26997-0001

2