IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCT LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |

**NOTICE OF CHANGE OF ADDRESS FOR**
**<u>BEN C. MARTIN</u>**

Please take notice that on June 30, 2016, the Law Offices of Ben C. Martin relocated its office.  The telephone and fax numbers remain the same.  The new address is as follows:

**Law Offices of Ben C. Martin**
**3710 Rawlins Street, Suite 1230**
**Dallas, Texas 75219**

All future notices, pleadings and correspondence from the Court and opposing counsel should be directed to the above address.

Respectfully Submitted,

/s/ Ben C. Martin_____
Ben C. Martin
State Bar No.: 13052400
Thomas Wm. Arbon
State Bar No.: 01284275
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Ben C. Martin*
Ben C. Martin