IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **IN RE: BARD IVC FILTERS** <br> **PRODUCT LIABILITY LITIGATION** | : <br> : <br> : <br> : <br> : | **No. MDL-15-02641-PHX-DGC** |

## NOTICE OF CHANGE OF ADDRESS FOR
## <u>THOMAS WM. ARBON</u>

Please take notice that on June 30, 2016, the Law Offices of Ben C. Martin relocated its office. The telephone and fax numbers remain the same. The new address is as follows:

**Law Offices of Ben C. Martin**
**3710 Rawlins Street, Suite 1230**
**Dallas, Texas 75219**

All future notices, pleadings and correspondence from the Court and opposing counsel should be directed to the above address.

                Respectfully Submitted,

                /s/ Thomas Wm. Arbon_____
                Ben C. Martin
                State Bar No.: 13052400
                Thomas Wm. Arbon
                State Bar No.: 01284275
                The Law Offices of Ben C. Martin
                3710 Rawlins Street, Suite 1230
                Dallas, Texas 75219
                Telephone: (214) 761-6614
                Facsimile: (214) 744-7590
                bmartin@bencmartin.com
                tarbon@bencmartin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon