# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS** <br> **PRODUCTS LIABILITY LITIGATION** | **This Document Relates to:** <br> **MDL Case No.** MDL-15-02641-PHX DGC <br> **Civil Action No.** CV16-1078-PHX DGC |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon the stipulation of the Parties.  Doc. 2514.

**IT IS ORDERED** that the Parties' Stipulation of Dismissal without Prejudice (Doc. 2514) is **granted.**  All claims of Plaintiff Sarah Mangum against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular., Inc. in MDL15-2641 PHX DGC (Member Case CV16-1078 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs and attorneys' fees.

Dated this 12th day of July, 2016.

_____
David G. Campbell
United States District Judge