IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MDL No. 15- 2641 |
| **This Order Relates to:** | |
| **CV16-1775 PHX DGC**<br>**Helen Bernstein v. Bard, et al.** | **ORDER** |

Pursuant to the Plaintiff Eason's motion for leave to amend complaint (Doc. 2542),

**IT IS ORDERED** that Plaintiff Eason's motion for leave to amend complaint (Doc. 2542) is **granted.** The Clerk is directed to accept for separate filing Doc. 2542-1 on the Court's docket.

Dated this 12th day of July, 2016.

_____
David G. Campbell
United States District Judge