IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Helen Bernstein

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    _____Florida_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____Florida_____

7. District Court and Division in which venue would be proper absent direct filing:

    __United States District Court for the Middle District of Florida__

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    X    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

    _____12/20/2010_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:    Strict Products Liability – Manufacturing Defect

    X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    X    Count III:    Strict Products Liability – Design Defect

    X    Count IV:    Negligence - Design

    X    Count V:    Negligence - Manufacture

    X    Count VI:    Negligence – Failure to Recall/Retrofit

    X    Count VII:    Negligence – Failure to Warn

    X    Count VIII:    Negligent Misrepresentation

    X    Count IX:    Negligence *Per Se*

    X    Count X:    Breach of Express Warranty

    X    Count XI:    Breach of Implied Warranty

| | | |
|---|---|---|
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable <u>Florida</u> ~~Ohio~~ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

13. Jury Trial demanded for all issues so triable?

    X   Yes

    ☐   No

RESPECTFULLY SUBMITTED this 9th day of July, 2016.

                                          BABBITT & JOHNSON, P.A.

                                          By:   /s/ Joseph R. Johnson
                                                 Joseph R. Johnson (Fla. Bar No. 372250)
                                                 Suite 100
                                                 1641 Worthington Road
                                                 West Palm Beach, FL  33409
                                                 (561) 684-2500
                                                 jjohnson@babbitt-johnson.com

                                                 COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this ___9th___ day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson