# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**This Order Relates to:**<br><br>**CV16-1464 PHX DGC**<br>**Robert Eason v. Bard, et al.** | MDL No. 15-2641<br><br><br>**ORDER** |

Pursuant to the Plaintiff Eason's motion for leave to amend complaint (Doc. 2541),

**IT IS ORDERED** that Plaintiff Eason's motion for leave to amend complaint (Doc. 2541) is **granted.** Plaintiff shall file his amended complaint on or before **July 15, 2016**.

Dated this 12th day of July, 2016.

_____
David G. Campbell
United States District Judge