Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Bryan Campbell, an individual, | Civil Action No.: 2:16-cv-01637-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF FILING AMENDED COMPLAINT** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Bryan Campbell respectfully submits his Notice of Filing First Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the

1

original complaint.  The Defendants do not oppose Plaintiff's filing of this Notice or the First Amended Complaint.

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

LOWE LAW GROUP

By /s/ *Jonathan Peck*
 Nathan Buttars
 Jonathan Peck
 6028 S. Ridgeline Drive, Suite 200
 Ogden, UT 84405
 *Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jonathan Peck*
Jonathan Peck

# EXHIBIT A

Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Bryan Campbell

2. Spousal Plaintiff or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   <u>Pennsylvania</u>

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   <u>Pennsylvania</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   <u>Pennsylvania</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>Middle District of Pennsylvania</u>

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

X Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other:

_____

11. Date of Implantation as to each product:

June 6, 2013

12. Counts in the Master Complaint brought by Plaintiff(s):

X    Count I:     Strict Products Liability – Manufacturing Defect

X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X    Count III:   Strict Products Liability – Design Defect

X    Count IV:    Negligence - Design

X    Count V:     Negligence - Manufacture

X    Count VI:    Negligence – Failure to Recall/Retrofit

X    Count VII:   Negligence – Failure to Warn

6

| | | | |
|---|---|---|---|
| | X | Count VIII: | Negligent Misrepresentation |
| | X | Count IX: | Negligence *Per Se* |
| | X | Count X: | Breach of Express Warranty |
| | X | Count XI: | Breach of Implied Warranty |
| | X | Count XII: | Fraudulent Misrepresentation |
| | X | Count XIII: | Fraudulent Concealment |

    X    Count XIV:    Violations of Applicable ~~Louisiana~~ Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII: Survival

    X    Punitive Damages

    ☐    Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

    X    Yes

7

_ No

RESPECTFULLY SUBMITTED this 26<del>th</del> 13th day of <del>May</del> July, 2016.

**LOWE LAW GROUP**

By: ___/s/ Jonathan Peck___
Nathan Buttars (UT 13659)
Jonathan Peck (UT 14747)
*(Admitted Pro Hac Vice)*
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: nate@lowelawgroup.com
jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

___/s/ Jonathan Peck___

8