Karolina Kulesza
CO: 44921; UT: 15504
Driggs, Bills & Day, P.C.
331 South 600 East
Salt Lake City, UT 84102
Telephone: (801) 363-9982
Facsimile: (801) 931-2552
kkulesza@lawdbd.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates To: | **DEMAND FOR JURY TRIAL** |
| Keely and Brent Niemeyer | |
| Civil Case # 2:16-cv-02236-DGC | |

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: July 13, 2016              Respectfully submitted,
                                  /s/ *Karolina Kulesza*
                                  Karolina Kulesza
                                  CO: 44921; UT: 15504
                                  Driggs, Bills & Day, P.C.
                                  331 South 600 East
                                  Salt Lake City, UT 84102
                                  Telephone: (801) 363-9982
                                  Facsimile: (801) 931-2552
                                  Kkulesza@lawdbd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ *Karolina Kulesza*
Karolina Kulesza