1  James A. Morris, Esq. (CSBN 296852)
   jmorris@jamlawyers.com
2  Amy J. Anderson, Esq. (CSBN 301732)
   aanderson@jamlawyers.com
3  **MORRIS LAW FIRM**
   6310 San Vicente Blvd, Suite 360
4  Los Angeles, CA  90048
   Tel:   323-302-9488
5  Fax:   323-931-4990

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
9

10

11 IN RE BARD IVC FILTERS       )  No. 2:15-md-2641-PHX
   PRODUCTS LIABILITY           )
12 LITIGATION                   )
                                )  **NOTICE OF WITHDRAWAL OF**
13 **This Document Relates to:** )  **MOTION FOR EXTENSION OF**
                                )  **TIME TO COMPLETE PLAINTIFF**
14 *Jerry Jones v. C.R. Bard, Inc., et al.* )  **PROFILE FORM**
   No. 2:16-cv-01314-DGC        )
15

16
        Plaintiff Jerry Jones, through his counsel, hereby withdraws his motion for
17
   extension of time to complete Plaintiff Profile Form filed on July 13, 2016 [Doc
18
   2608].
19

20
   RESPECTFULLY SUBMITTED this 13th day of July, 2016.
21

22                              _____
23                              James A. Morris, Esq. (CSBN 296852)
                                Amy J. Anderson, Esq. (CSBN 301732)
24                              **MORRIS LAW FIRM**
                                6310 San Vicente Blvd, Suite 360
25                              Los Angeles, CA  90048
                                Tel:   323-302-9488
26                              Fax:   323-931-4990

27                              Attorneys for Plaintiff

28

-1-
**NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME TO COMPLETE PLAINTIFF PROFILE FORM**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2016, the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's ECF system. Parties may access this filing through the court's system.

                                      **MORRIS LAW FIRM,**

By: _____
                      Carlos Lozano
                      MORRIS LAW FIRM
                      6310 San Vicente Boulevard, Suite 360
                      Los Angeles, CA 90048
                      Phone: (323) 302-9488
                      clozano@jamlawyers.com