Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Karen Sapp, an individual, | Civil Action No.: 2:16-cv-01648-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF FILING AMENDED COMPLAINT** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Karen Sapp respectfully submits this Notice of Filing First Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the

1

original complaint. The Defendants do not oppose Plaintiff's filing of this Notice or the First Amended Complaint.

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

LOWE LAW GROUP

By /s/ *Jonathan Peck*
    Nathan Buttars
    Jonathan Peck
    6028 S. Ridgeline Drive, Suite 200
    Ogden, UT 84405
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jonathan Peck*
Jonathan Peck

# EXHIBIT A

Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Karen Sapp

2. Spousal Plaintiff or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

   X  C.R. Bard Inc.

   X  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X  Diversity of Citizenship

   ☐  Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- X  Recovery® Vena Cava Filter
- ☐  G2® Vena Cava Filter
- ☐  G2® Express Vena Cava Filter
- ☐  G2® X Vena Cava Filter
- ☐  Eclipse® Vena Cava Filter
- ☐  Meridian® Vena Cava Filter
- ☐  Denali® Vena Cava Filter
- ☐  Other:

_____

11. Date of Implantation as to each product:

December 22, 2004

12. Counts in the Master Complaint brought by Plaintiff(s):

- X  Count I:    Strict Products Liability – Manufacturing Defect
- X  Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- X  Count III:  Strict Products Liability – Design Defect
- X  Count IV:   Negligence - Design
- X  Count V:    Negligence - Manufacture
- X  Count VI:   Negligence – Failure to Recall/Retrofit
- X  Count VII:  Negligence – Failure to Warn

6

- X     Count VIII:    Negligent Misrepresentation
- X     Count IX:      Negligence *Per Se*
- X     Count X:       Breach of Express Warranty
- X     Count XI:      Breach of Implied Warranty
- X     Count XII:     Fraudulent Misrepresentation
- X     Count XIII:    Fraudulent Concealment
- X     Count XIV:    Violations of Applicable ~~Louisiana~~ Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐     Count XV:     Loss of Consortium
- ☐     Count XVI:    Wrongful Death
- ☐     Count XVII:   Survival
- X     Punitive Damages
- ☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

   X     Yes

_   No

RESPECTFULLY SUBMITTED this 26th 13th day of May July, 2016.

**LOWE LAW GROUP**

By: _/s/ Jonathan Peck_
Nathan Buttars (UT 13659)
Jonathan Peck (UT 14747)
*(Admitted Pro Hac Vice)*
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: nate@lowelawgroup.com
   jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_/s/_ Jonathan Peck