Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Edward Blair, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>       Defendants. | Civil Action No.: 2:16-cv-01677-PHX-DGC<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Edward Blair respectfully submits this Notice of Filing First Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the

1

original complaint.  The Defendants do not oppose Plaintiff's filing of this Notice or the First Amended Complaint.

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

LOWE LAW GROUP

By /s/ *Jonathan Peck*
Nathan Buttars
Jonathan Peck
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jonathan Peck*
Jonathan Peck

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Edward Blair

2. Spousal Plaintiff or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   Northern District of Texas, Dallas Division

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

5

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

X Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

August 4, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

X Count I: Strict Products Liability – Manufacturing Defect

X Count II: Strict Products Liability – Information Defect (Failure to Warn)

X Count III: Strict Products Liability – Design Defect

X Count IV: Negligence - Design

X Count V: Negligence - Manufacture

X Count VI: Negligence – Failure to Recall/Retrofit

X Count VII: Negligence – Failure to Warn

X Count VIII: Negligent Misrepresentation

6

    X     Count IX:     Negligence *Per Se*

    X     Count X:      Breach of Express Warranty

    X     Count XI:     Breach of Implied Warranty

    X     Count XII:    Fraudulent Misrepresentation

    X     Count XIII:   Fraudulent Concealment

    X     Count XIV:   Violations of Applicable ~~Louisiana~~ Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐     Count XV:    Loss of Consortium

    ☐     Count XVI:   Wrongful Death

    ☐     Count XVII:  Survival

    X     Punitive Damages

    ☐     Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

    X     Yes

    _     No

7

RESPECTFULLY SUBMITTED this ~~26th~~ 13th day of ~~May~~ July, 2016.

**LOWE LAW GROUP**

By: */s/ Jonathan Peck*
 Nathan Buttars (UT 13659)
 Jonathan Peck (UT 14747)
 *(Admitted Pro Hac Vice)*
 6028 S. Ridgeline Drive
 Suite 200
 Ogden, UT 84405
 T: 801-917-8500
 F: 801-917-8484
 E: nate@lowelawgroup.com
   jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.
 */s/* Jonathan Peck