Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Jeffrey Bunch, an individual, | Civil Action No.: 2:16-cv-01678-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF FILING AMENDED COMPLAINT** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Jeffrey Bunch

respectfully submits this Notice of Filing First Amended Complaint.  Attached as Exhibit

A is a copy of the amended complaint that indicates in what respect it differs from the

1    original complaint.  The Defendants do not oppose Plaintiff's filing of this Notice or the

2    First Amended Complaint.

3

4        RESPECTFULLY SUBMITTED this 13th day of July, 2016.

5                                                    LOWE LAW GROUP

6

7

8                                        By /s/ Jonathan Peck_____

9                                            Nathan Buttars
                                             Jonathan Peck
10                                           6028 S. Ridgeline Drive, Suite 200
                                             Ogden, UT 84405
11                                           *Attorneys for Plaintiff(s)*

12

13                            **CERTIFICATE OF SERVICE**

14        I hereby certify that on this 13th day of July, 2016, I electronically transmitted the

15   attached document to the Clerk's Office using the CM/ECF System for filing and

16   
17   transmittal of a Notice of Electronic Filing.

18

19                                            */s/ Jonathan Peck_____*

20                                            Jonathan Peck

21

22

23

24

25

26

27

28
                                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Jeffrey Bunch

2. Spousal Plaintiff or other party making loss of consortium claim:

   Penny Bunch

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4.      Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

Pennsylvania

5.      Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7.      District Court and Division in which venue would be proper absent direct filing:

Middle District of Pennsylvania

8.      Defendants (check Defendants against whom Complaint is made):

X      C.R. Bard Inc.

X      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

X      Diversity of Citizenship

□      Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

5

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    X    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

April 20, 2009 _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:    Strict Products Liability – Manufacturing Defect

    X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    X    Count III:    Strict Products Liability – Design Defect

    X    Count IV:    Negligence - Design

    X    Count V:    Negligence - Manufacture

    X    Count VI:    Negligence – Failure to Recall/Retrofit

    X    Count VII:    Negligence – Failure to Warn

    X    Count VIII:    Negligent Misrepresentation

X        Count IX:      Negligence *Per Se*

X        Count X:       Breach of Express Warranty

X        Count XI:      Breach of Implied Warranty

X        Count XII:     Fraudulent Misrepresentation

X        Count XIII:    Fraudulent Concealment

X        Count XIV:    Violations of Applicable ~~Louisiana~~ Pennsylvania Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

X        Count XV:     Loss of Consortium

☐        Count XVI:    Wrongful Death

☐        Count XVII:  Survival

X        Punitive Damages

☐        Other(s):_____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.      Jury Trial demanded for all issues so triable?

X        Yes

_        No

7

RESPECTFULLY SUBMITTED this ~~26th~~ 13th day of ~~May~~ July, 2016.

**LOWE LAW GROUP**

By: ___/s/ Jonathan Peck___

Nathan Buttars (UT 13659)
Jonathan Peck (UT 14747)
*(Admitted Pro Hac Vice)*
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: nate@lowelawgroup.com
    jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jonathan Peck_____

8