Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Elizabeth Leyva, an individual, | Civil Action No.: 2:16-cv-01758-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF FILING AMENDED COMPLAINT** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Elizabeth Leyva respectfully submits this Notice of Filing First Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the

1

original complaint.  The Defendants do not oppose Plaintiff's filing of this Notice or the First Amended Complaint.

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

LOWE LAW GROUP

By /s/ *Jonathan Peck*
    Nathan Buttars
    Jonathan Peck
    6028 S. Ridgeline Drive, Suite 200
    Ogden, UT 84405
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jonathan Peck*
Jonathan Peck

# EXHIBIT A

Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Elizabeth Leyva

2. Spousal Plaintiff or other party making loss of consortium claim:

   Juan Leyva

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   California

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   California

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Oregon and Mexico

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of California

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

5

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

X  G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

June 14, 2006

12. Counts in the Master Complaint brought by Plaintiff(s):

X  Count I:     Strict Products Liability – Manufacturing Defect

X  Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X  Count III:   Strict Products Liability – Design Defect

X  Count IV:    Negligence - Design

X  Count V:     Negligence - Manufacture

X  Count VI:    Negligence – Failure to Recall/Retrofit

X  Count VII:   Negligence – Failure to Warn

X  Count VIII:  Negligent Misrepresentation

6

|   |   |   |
|---|---|---|
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |

X      Count XIV:   Violations of Applicable ~~Louisiana~~ California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X      Count XV:    Loss of Consortium

☐      Count XVI:   Wrongful Death

☐      Count XVII:  Survival

X      Punitive Damages

☐      Other(s):_____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

X      Yes

_      No

7

RESPECTFULLY SUBMITTED this ~~26th~~ 13th day of ~~May~~ July, 2016.

**LOWE LAW GROUP**

By: /s/ Jonathan Peck
   Nathan Buttars (UT 13659)
   Jonathan Peck (UT 14747)
   *(Admitted Pro Hac Vice)*
   6028 S. Ridgeline Drive
   Suite 200
   Ogden, UT 84405
   T: 801-917-8500
   F: 801-917-8484
   E: nate@lowelawgroup.com
      jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jonathan Peck

8