Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Elizabeth Leyva, an individual, | Civil Action No.: 2:16-cv-01758-PHX-DGC |
| Plaintiff, | |
| v. | **FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

    1.    Plaintiff:

        <u>Elizabeth Leyva</u>

2. Spousal Plaintiff or other party making loss of consortium claim:

Juan Leyva

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

California

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

California

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Oregon and Mexico

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of California

8. Defendants (check Defendants against whom Complaint is made):

X   C.R. Bard Inc.

X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X   Diversity of Citizenship

☐   Other: _____

     a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- X    G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

June 14, 2006

12. Counts in the Master Complaint brought by Plaintiff(s):

- X    Count I:    Strict Products Liability – Manufacturing Defect
- X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- X    Count III:    Strict Products Liability – Design Defect

3

| | | |
|---|---|---|
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s):_____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

4

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    _    No

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

**LOWE LAW GROUP**

By: */s/ Jonathan Peck*
Nathan Buttars (UT 13659)
Jonathan Peck (UT 14747)
*(Admitted Pro Hac Vice)*
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: nate@lowelawgroup.com
   jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/* Jonathan Peck