Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Barry Phares, an individual, | Civil Action No.: 2:16-cv-02210-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF FILING AMENDED COMPLAINT** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Barry Phares respectfully submits this Notice of Filing First Amended Complaint.  Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the

1

original complaint. The Defendants do not oppose Plaintiff's filing of this Notice or the First Amended Complaint.

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

LOWE LAW GROUP

By /s/ *Jonathan Peck*
　　Nathan Buttars
　　Jonathan Peck
　　6028 S. Ridgeline Drive, Suite 200
　　Ogden, UT 84405
　　*Attorneys for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　*/s/ Jonathan Peck*
　　Jonathan Peck

# EXHIBIT A

Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Barry Phares

2. Spousal Plaintiff or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Washington

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Washington

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Washington

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of Washington

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☒ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

September 17, 2006

12. Counts in the Master Complaint brought by Plaintiff(s):

- X   Count I:     Strict Products Liability – Manufacturing Defect
- X   Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- X   Count III:   Strict Products Liability – Design Defect
- X   Count IV:    Negligence - Design
- X   Count V:     Negligence - Manufacture
- X   Count VI:    Negligence – Failure to Recall/Retrofit
- X   Count VII:   Negligence – Failure to Warn

6

X     Count VIII:    Negligent Misrepresentation

X     Count IX:      Negligence *Per Se*

X     Count X:       Breach of Express Warranty

X     Count XI:      Breach of Implied Warranty

X     Count XII:     Fraudulent Misrepresentation

X     Count XIII:    Fraudulent Concealment

X     Count XIV:    Violations of Applicable ~~Louisiana~~ Washington Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:      Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:    Survival

X     Punitive Damages

☐     Other(s):_____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

     X    Yes

7

– No

RESPECTFULLY SUBMITTED this ~~26th~~ 13th day of ~~May~~ July, 2016.

**LOWE LAW GROUP**

By: __/s/ Jonathan Peck__
    Nathan Buttars (UT 13659)
    Jonathan Peck (UT 14747)
    *(Admitted Pro Hac Vice)*
    6028 S. Ridgeline Drive
    Suite 200
    Ogden, UT 84405
    T: 801-917-8500
    F: 801-917-8484
    E: nate@lowelawgroup.com
       jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        /s/ Jonathan Peck