**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiff:<br>Prentiss E. Mangum and Sarah Mangum<br>**CV-16-01078-PHX-DGC** | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE OF SARAH**<br>**MANGUM** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF SARAH MANGUM**

Come now, Plaintiffs Prentiss E. Mangum and Sarah Mangum and Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Sarah Mangum in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice. This dismissal in no way affects Plaintiff Prentiss E. Mangum's claims against defendants herein.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax
ATTORNEYS FOR PLAINTIFFS

/s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17TH St, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6282 phone
(404) 322-6050 fax
ATTORNEYS FOR DEFENDANTS
C.R. BARD, INC. and BARD PERIPHERAL
VASCULAR, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ Howard L. Nations
                                        Howard L. Nations