**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This pleading relates to Plaintiffs: Prentiss E. Mangum and Sarah Mangum **CV-16-01078-PHX-DGC** | **ORDER DISMISSING CLAIMS OF SARAH MANGUM WITHOUT PREJUDICE** |

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Sarah Mangum,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Sarah Mangum against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01078-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated: _____, 2016

_____
HONORABLE DAVID G. CAMPBELL
Judge, United States District Court