# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This pleading relates to Plaintiffs: Chad Alan Cribb and Anne Cribb **CV-16-01402-PHX-DGC** | **ORDER DISMISSING CLAIMS OF ANNE CRIBB WITH PREJUDICE** |

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Anne Cribb,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Anne Cribb against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01402-PHX-DGC) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs.

Dated: _____, 2016