Nathan Buttars * (UT-13659)
Jonathan Peck * (UT-14747)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
nate@lowelawgroup.com
jonathan@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Jeffrey Bunch, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>    Defendants. | Civil Action No.: 2:16-cv-01678-PHX-DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

    1.    Plaintiff:

           Jeffrey Bunch

1

2. Spousal Plaintiff or other party making loss of consortium claim:

   Penny Bunch

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Pennsylvania

5. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

X G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

April 20, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

X Count I: Strict Products Liability – Manufacturing Defect

X Count II: Strict Products Liability – Information Defect (Failure to Warn)

X Count III: Strict Products Liability – Design Defect

3

  X  Count IV:  Negligence - Design

  X  Count V:  Negligence - Manufacture

  X  Count VI:  Negligence – Failure to Recall/Retrofit

  X  Count VII:  Negligence – Failure to Warn

  X  Count VIII:  Negligent Misrepresentation

  X  Count IX:  Negligence *Per Se*

  X  Count X:  Breach of Express Warranty

  X  Count XI:  Breach of Implied Warranty

  X  Count XII:  Fraudulent Misrepresentation

  X  Count XIII:  Fraudulent Concealment

  X  Count XIV:  Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  X  Count XV:  Loss of Consortium

  ☐  Count XVI:  Wrongful Death

  ☐  Count XVII:  Survival

  X  Punitive Damages

  ☐  Other(s):_____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

4

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    _    No

RESPECTFULLY SUBMITTED this 13th day of July, 2016.

                            **LOWE LAW GROUP**

By:   */s/ Jonathan Peck*
      Nathan Buttars (UT 13659)
      Jonathan Peck (UT 14747)
      *(Admitted Pro Hac Vice)*
      6028 S. Ridgeline Drive
      Suite 200
      Ogden, UT 84405
      T: 801-917-8500
      F: 801-917-8484
      E: nate@lowelawgroup.com
          jonathan@lowelawgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                            */s/* Jonathan Peck