## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

This pleading relates to Plaintiffs:
Suette Lynn Collins and Christopher
Wayne Collins
**CV-16-01369-PHX-DGC**

No.  MD-15-02641-PHX-DGC

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

### ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Suette Lynn Collins and Christopher Wayne Collins,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs Suette Lynn Collins and Christopher Wayne Collins against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01369-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated: _____, 2016

_____
HONORABLE DAVID G. CAMPBELL
Judge, United States District Court