UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Albert A. Noa, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. 2:16-cv-00470-DGC |
| ) | |
| C.R. Bard Incorporated, et al. ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Albert A. Noa

Date:  July 14, 2016                                            s/David P. Matthews
                                                                                *Attorney's signature*

                                                                                David P. Matthews (TX Bar no. 13206200)
                                                                                *Printed name and bar number*

                                                                                Matthews & Associates
                                                                                2905 Sackett St, Houston, TX 77098
                                                                                *Address*

                                                                                MatthewsIVC@thematthewslawfirm.com
                                                                                dmatthews@thematthewslawfirm.com
                                                                                *E-mail Address*

                                                                                (713) 522-5250
                                                                                *Telephone number*

                                                                                (713) 535-7133
                                                                                *FAX number*