# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiffs: Suette Lynn Collins and Christopher **Wayne Collins**<br>**CV-16-01369-PHX-DGC**<br>_____ | MD 15-2641 PHX DGC<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice of Suette Lynn Collins and Christopher Wayne Collins. Doc. 2627.

**IT IS ORDERED** that the stipulation (Doc. 2627) is **granted.** All claims of Plaintiffs Suette Lynn Collins and Christopher Wayne Collins against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01369-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 14th day of July, 2016.

_____
David G. Campbell
United States District Judge