## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MD 15-2641 PHX DGC |
| This pleading relates to Plaintiffs: Chad Alan Cribb and Anne Cribb **CV-16-01402-PHX-DGC** | **ORDER DISMISSING CLAIMS OF ANNE CRIBB WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal With Prejudice of Anne Cribb.  Doc. 2622.

**IT IS ORDERED** that the stipulation (Doc. 2622) is **granted.**  All claims of Plaintiff Anne Cribb against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01402-PHX-DGC) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 14th day of July, 2016.

_____
David G. Campbell
United States District Judge