David M. Langevin (MN 329563)
Rhett A. McSweeney (MN 269542)
MCSWEENEY/LANGEVIN, LLC
2116 Second Avenue South
Minneapolis, MN 55404
T: 612-746-4646
F: 612-454-2678
dave@westrikeback.com
ram@westrikeback.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION <br><br> Melvin Austin, et al <br><br>    Plaintiffs, <br><br> v. <br><br> C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, <br><br>    Defendants. | No. MD-15-02641-PHX-DGC <br><br> Civil Action No.: 2:16-cv-01514-DGC <br><br> **NOTICE OF FILING AMENDED COMPLAINT** |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Melvin Austin respectfully submits his Notice of Filing First Amended Complaint. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint. The Defendants do not oppose Plaintiffs' filing of this Notice or the First Amended Complaint.

RESPECTFULLY SUBMITTED this 15th day of July, 2016

By: /s/ David M. Langevin
David M. Langevin
Rhett A. McSweeney
McSweeney/Langevin, LLC
2116 2nd Avenue South
Minneapolis, MN 55404
Phone: (612) 746-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

By: */s/ David M. Langevin*
David M. Langevin
McSweeney/Langevin LLC
2116 2nd Avenue South
Minneapolis, MN 55404
dave@westrikeback.com
Phone: (612) 746-4646
Fax: (612) 454-2678

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Melvin Austin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Jennifer Austin

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Iowa

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   ___Iowa_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   ___Iowa_____

7. District Court and Division in which venue would be proper absent direct filing:

   ___United States District Court for the Southern District of Iowa_____

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

-2-

|   |   |   |
|---|---|---|
| € | G2® Express (G2®X) Vena Cava Filter | |
| € | Eclipse® Vena Cava Filter | |
| € | Meridian® Vena Cava Filter | |
| X | Denali® Vena Cava Filter | |
| X | Other: Nitinol Simon Filter | |

11. Date of Implantation as to each product:

March 16, 2005 (Nitinol)

07/30/2014 (Denali)

12. Counts in the Master Complaint brought by Plaintiff(s):

- X  Count I: Strict Products Liability – Manufacturing Defect
- X  Count II: Strict Products Liability – Information Defect (Failure to Warn)
- X  Count III: Strict Products Liability – Design Defect
- X  Count IV: Negligence - Design
- X  Count V: Negligence - Manufacture
- X  Count VI: Negligence – Failure to Recall/Retrofit
- X  Count VII: Negligence – Failure to Warn
- X  Count VIII: Negligent Misrepresentation
- X  Count IX: Negligence *Per Se*
- X  Count X: Breach of Express Warranty
- X  Count XI: Breach of Implied Warranty
- X  Count XII: Fraudulent Misrepresentation

-3-

| | | |
|---|---|---|
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☒ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this ~~17~~ 15 day of ~~May~~ July, 2016.

                            MCSWEENEY/LANGEVIN LLC

                            By: /s/ David M. Langevin

                              David M. Langevin
                              Rhett A. McSweeney
                              2116 2nd Avenue South
                              Minneapolis, MN 55404
                              Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this ~~17~~ 15 day of ~~may~~ July , 2016 , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By:  /s/ David M. Langevin
Rhett A. McSweeney
David M. Langevin
McSweeney/Langevin LLC
2116 2nd Avenue South
Minneapolis, MN 55404
Phone: (612) 746-4646
Fax: (612) 454-2678