**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Melvin Austin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Jennifer Austin

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Iowa

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   ___Iowa_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   ___Iowa_____

7. District Court and Division in which venue would be proper absent direct filing:

   ___United States District Court for the Southern District of Iowa_____

8. Defendants (check Defendants against whom Complaint is made):

   ☒   C.R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

-2-

|   |     |                                                              |
|---|-----|--------------------------------------------------------------|
| 1 | €   | G2® Express (G2®X) Vena Cava Filter                          |
| 2 | €   | Eclipse® Vena Cava Filter                                    |
| 3 | €   | Meridian® Vena Cava Filter                                   |
| 4 | X   | Denali® Vena Cava Filter                                     |
| 5 | X   | Other:  Nitinol Simon Filter_____ |

11. Date of Implantation as to each product:

  March 16, 2005  (Nitinol)_____

  07/30/2014 (Denali)_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:    Strict Products Liability – Manufacturing Defect
- ☒ Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III:  Strict Products Liability – Design Defect
- ☒ Count IV:   Negligence - Design
- ☒ Count V:    Negligence - Manufacture
- ☒ Count VI:   Negligence – Failure to Recall/Retrofit
- ☒ Count VII:  Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX:   Negligence *Per Se*
- ☒ Count X:    Breach of Express Warranty
- ☒ Count XI:   Breach of Implied Warranty
- ☒ Count XII:  Fraudulent Misrepresentation

☒   Count XIII:   Fraudulent Concealment

☒   Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒   Count XV:    Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

☒   Punitive Damages

☐   Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this  15  day of  July , 2016 .

MCSWEENEY/LANGEVIN LLC

By: /s/ David M. Langevin

    David M. Langevin
    Rhett A. McSweeney
    2116 2nd Avenue South
    Minneapolis, MN 55404
    Attorneys for Plaintiff(s)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this __15__ day of __July__, __2016__, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By:    _/s/_ David M. Langevin  
Rhett A. McSweeney  
David M. Langevin  
McSweeney/Langevin LLC  
2116 2nd Avenue South  
Minneapolis, MN 55404  
Phone: (612) 746-4646  
Fax: (612) 454-2678
