Les Weisbrod (TBN 21104900)
Alexandra Boone (TBN 00795259)
Max Freeman (#028784)
MILLERWEISBROD, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
lweisbrod@millerweisbrod.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: | |
| ALBERT A. NOA, | |
| Plaintiff, | Case No. CV-16-00470-PHX-DGC |
| v. | |
| C. R. BARD, INC., a New Jersey Corporation; | |
| Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL** |

Plaintiff requests the Court enter an order withdrawing Les Weisbrod, Alexandra Boone, Max Freeman and the law firm of Miller Weisbrod, LLP, 11551 Forest Central Drive, Suite 300, Dallas, Texas 75243 as attorneys of record and substitute the following counsel of record:

David P. Matthews
TX Bar No: 13206200
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
713 522-5250 (phone)
713 535-7133 (fax)
dmatthews@thematthewslawfirm.com

Counsel respectfully requests that all future correspondence, pleadings, and other documents or communications to Plaintiff be directed to David P. Matthews at the Law Offices of Matthews and Associates. David P. Matthews has made an appearance in this matter and has registered for electronic case filing and service with the District of Arizona and can also be reached by email at dmatthews@thematthewslawfirm.com.

This withdrawal and substitution is done with the approval of the Plaintiff whose signed letter agreement is attached as Exhibit A.

**WHEREFORE,** Plaintiff requests that Les Weisbrod, Alexandra Boone, Max Freeman and the law firm of Miller Weisbrod, LLP be relieved as counsel of record for the above-named Plaintiff, and that David P. Matthews of Matthews & Associates be substituted as attorney of record for Plaintiff.

DATED this 15th day of July, 2016.

**MILLER WEISBROD LLP**

*/s/Les Weisbrod*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod