# EXHIBIT A

# Miller Weisbrod LLP
## ATTORNEYS AT LAW

ABoone@MillerWeisbrod.com
Licensed in Texas and Oklahoma

July 8, 2016

<u>Via Email: aaa1119@aol.com</u>
Albert A. Noa
23 Winchester Ave.
Peekskill, NY 10566

Re: *Albert A. Noa v. C.R. Bard Inc., et al, Civil Action No. 2:16-cv-00170, in the United States District Court for the District of Arizona; MDL NO. 2592 – IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION*

Dear Mr. Noa:

Pursuant to our conversation, you have agreed that the firm of Matthews & Associates will substitute for Miller Weisbrod, LLP in the pursuit of your IVC Filter case. As we discussed, Miller Weisbrod has decided not to pursue any IVC Filter cases for reasons unrelated to the merits of your particular case. However, Matthews & Associates is heavily involved in this litigation and exceedingly qualified to provide you the best representation. Also, as I mentioned, the substitution will not affect the overall terms of your attorney retainer contract.

If you are in agreement, please sign below and return to me. Once we receive the signed letter, Miller Weisbrod and Matthews & Associates will file all necessary papers with the Court.

If you have any questions or concerns, please call me at 888-987-0005.

Sincerely,

*Alexandra V. Boone*
Alexandra V. Boone

*Albert A. Noa*
Albert A. Noa

AVB/mt
cc: David Matthews – *Via Email*
Sheila Bossier – *Via Email*
Lizy Santiago – *Via Email*