**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| This Document Relates to: ALBERT A. NOA, Plaintiff, v. C. R. BARD, INC., a New Jersey Corporation; Defendants. | Case No. CV-16-00470-PHX-DGC **PROPOSED ORDER REGARDING NOTICE OF WITHDRAWAL OF COUNSEL** |

The Court having reviewed the Plaintiff's Notice of Withdrawal of Les Weisbrod, Alexandra V. Boone, Max Freeman and the law firm of Miller Weisbrod, LLP, and good cause appearing,

**IT IS ORDERED** that Les Weisbrod, Alexandra V. Boone, Max Freeman and the law firm of Miller Weisbrod, LLP be withdrawn as attorney of record for Plaintiff Albert Noa in this matter.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that David P. Matthews with the Law Offices of Matthews and Associates is substituted as attorney of record for Plaintiff Albert Noa in this matter and that all future correspondence, pleadings, and other documents or communications to Plaintiff will be directed to him. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |