IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re:   BARD IVC FILTERS          CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION                    MDL No. 2641

This Document Relates to:
   2:16-cv-01464
   Robert Eason vs. Bard, et al.

## NOTICE OF FILING AMENDED COMPLAINT

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Robert Eason respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages For Individual Claims and Demand for Jury Trial pursuant to Court Order.  Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint.  The Defendants do not oppose Plaintiff's filing of this Notice or the Amended Second Amended Complaint.

RESPECTFULLY SUBMITTED this 15th day of July, 2016.

/s/ Joseph R. Johnson
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson