1   James R. Condo (#005867)
    Amanda Sheridan (#005867)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren
    Phoenix, AZ 85004-2204
4   Telephone: (602) 382-6000
    JCondo@swlaw.com
5   ASheridan@swlaw.com

6   Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
7   NELSON MULLINS RILEY & SCARBOROUGH, LLP
    Atlantic Station
8   201 17th Street, NW, Suite 1700
    Atlanta, GA  30363
9   Telephone: (404) 322-6000
    Richard.North@nelsonmullins.com
10
    *Attorneys for Defendants*
11  *C. R. Bard, Inc. and*
    *Bard Peripheral Vascular, Inc.*
12

13

14              **IN THE UNITED STATES DISTRICT COURT**

15                  **FOR THE DISTRICT OF ARIZONA**

16  IN RE: Bard IVC Filters Products Liability        MDL NO. 15-02641-PHX-DGC
    Litigation
17
                                                      **DEFENDANTS C. R. BARD, INC.'S**
18                                                    **AND BARD PERIPHERAL**
                                                      **VASCULAR, INC.'S ANSWER AND**
19                                                    **GENERAL DENIAL IN RESPONSE**
                                                      **TO PLAINTIFFS' SECOND**
20                                                    **AMENDED COMPLAINT IN CASE**
                                                      **NO. CV-16-01464-PHX-DGC; JURY**
21                                                    **TRIAL DEMAND**

22

23          Defendants C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV")

24  (Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial in

25  response to the Second Amended Complaint served on Defendants in *Robert Eason, et al. v.*

26  *C. R. Bard, Inc., et al.,* AZ Member Case No. CV-16-01464-PHX-DGC ("Answer and

27  General Denial").   Defendants further reserve the right to file any motion to dismiss for

28

1    failure to state a claim with respect to this case, as set forth in Amended Case Management

2    Order No. 4.

3        With respect to the allegations plaintiff(s) raise in *Robert Eason, et al. v. C. R. Bard,*

4    *Inc., et al.,* AZ Member Case No. CV-16-01464-PHX-DGC, Defendants deny, generally and

5    specifically, each and every allegation in plaintiff(s)' Complaint, the whole thereof, and each

6    and every cause of action therein.  Defendants further deny that the plaintiff(s) has sustained,

7    or is entitled to recover, damages in any amount alleged or in any sum whatsoever.

8    Defendants further deny that they are liable to the plaintiff in any amount, and further deny

9    that the plaintiff has sustained injury, damage, or loss by reason of any act or omission by

10    Defendants.

11        As for additional defenses, and without assuming any burden of pleading or proof that

12    would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and

13    Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in

14    MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise

15    such other affirmative defenses as may be available or apparent during discovery or as may

16    be raised or asserted by other defendants in this case.  Defendants have not knowingly or

17    intentionally waived any applicable affirmative defense.  If it appears that any affirmative

18    defense is or may be applicable after Defendants have had the opportunity to conduct

19    reasonable discovery in this matter, Defendants will assert such affirmative defense in

20    accordance with the Federal Rules of Civil Procedure.

21                    **REQUEST FOR JURY TRIAL**

22        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury

23    on all issues appropriate for jury determination.

24        **WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief

25    demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray

26    that this action against them be dismissed and that they be awarded their costs in defending

27

28

1   this action and that they be granted such other and further relief as the Court deems just and

2   appropriate.

3          This 18th day of July, 2016.

4

5                                              s/Richard B. North, Jr.
                                               Richard B. North, Jr.
                                               Georgia Bar No. 545599
6                                              NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                               Atlantic Station
7                                              201 17th Street, NW / Suite 1700
                                               Atlanta, GA  30363
8                                              PH:  (404) 322-6000
                                               FX:  (404) 322-6050
9                                              Richard.North@nelsonmullins.com

10                                             James R. Condo (#005867)
                                               Amanda Sheridan (#027360)
11                                             SNELL & WILMER L.L.P.
                                               One Arizona Center
12                                             400 E. Van Buren
                                               Phoenix, AZ 85004-2204
13                                             PH:  (602) 382-6000
                                               JCondo@swlaw.com
14                                             ASheridan@swlaw.com

15                                             **Attorney for Defendants C. R. Bard, Inc. and
                                               Bard Peripheral Vascular, Inc.**
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com