UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BARD IVC FILTERS PRODUCT LIABILITY LIGITATION, _____ PAMELA NOTERMAN, an individual,  Plaintiff - Appellant, v. C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., a subsidiary and/or Division of defendant C.R. Bard, Inc., an Arizona corporation,  Defendants - Appellees. | No. 16-16163 D.C. Nos. 2:15-md-02641-DGC, 2:15-cv-01714-DGC U.S. District Court for Arizona, Phoenix **ORDER** |

The motion filed by the appellant on July 11, 2016 for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk