

16-16163 Pamela Noterman v. C. R. Bard, Inc., et al "Dispositive Clerk Order Filed"
ca9_ecfnoticing
to:
07/15/2016 12:11 PM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/15/2016 at 12:10:14 PM PDT and filed on 07/15/2016

| | |
|---|---|
| Case Name: | Pamela Noterman v. C. R. Bard, Inc., et al |
| Case Number: | 16-16163 |
| Document(s): | Document(s) |

**Docket Text:**
Filed order (Deputy Clerk: TSP) Granting Motion (ECF Filing) motion to dismiss the case voluntarily pursuant to rule 42b filed by Appellant Pamela Noterman, This order served on the district court shall constitute the mandate of this court. [10051619] (Price, Tina)

**Notice will be electronically mailed to:**

Honorable David G. Campbell, District Judge
Mr. James R. Condo, Attorney
Amanda Christine Sheridan
USDC, Phoenix
Mr. Michael Werner

The following document(s) are associated with this transaction:
**Document Description:** Order Granting Voluntary Dismissal
**Original Filename:** /opt/ACECF/live/forms/TinaPrice_1616163_10051619_v2Order-GrantVoluntaryDismissal_212.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/15/2016] [FileNumber=10051619-0]
[40f0d9ee01e3ed412daecdfbdb018a5d7f7dc04ea3f3c68b013dd55d1cf3472b0e6aee3ae10b0d4d42cec54f1e17e8ce8ded5b56ef4b3d55b27b31572f981c25]]
**Recipients:**

- Honorable David G. Campbell, District Judge
- Mr. James R. Condo, Attorney
- Amanda Christine Sheridan
- USDC, Phoenix
- Mr. Michael Werner

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10051619
**RELIEF(S) DOCKETED:**
  motion to dismiss the case voluntarily pursuant to rule 42b
  to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 11620132, 11608772, 11606757, 11620133, 11620134