IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This document applies to:

Jose Lona, Case No. 16-cv-1399

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jose Lona and Defendant C.R. Bard, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Date this 20th day of July, 2016.

Respectfully submitted,

/s/ D. Todd Mathews
D. Todd Mathews, IL Bar #6276652
**GORI JULIAN & ASSOCIATES, P.C.**
156 North Main Street
Edwardsville, IL 62025
(618) 659-9833 – telephone
(618) 659-9834 – facsimile
*Attorneys for Plaintiffs*


 /s/Richard North
Richard B. North
Matthew Lerner
**Nelson Mullins Riley & Scarborough, LLP**
201 17th Street, NW, Suite 1700
Atlantic Station, Atlanta, GA 30363
*Attorneys for Defendant C.R. Bard, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Todd Mathews