# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiff:<br>Jose Lona<br>**CV-16-01399-PHX-DGC**<br>_____ | MD 15-2641 PHX DGC<br><br>**ORDER DISMISSING CLAIMS OF JOSE LONA WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice of Jose Lona. Doc. 2756.

**IT IS ORDERED** that the stipulation (Doc. 2756) is **granted.** All claims of Plaintiff Jose Lona against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01399-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 21st day of July, 2016.

_____
David G. Campbell
United States District Judge