Joshua D. Christian
Federal ID: 9732
P. O Box 332
Greenville, South Carolina 29602
(864) 232-7363
(864) 370-3731 (Facsimile)
jchristian@christiananddavis.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Gerry Brondou, | Civil Action No.:2:16-cv-01693-DGC |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, | |
| Defendants. | |

    Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

RESPECTFULLY SUBMITTED this 18th day of July, 2016.

**CHRISTIAN & DAVIS, LLC**

By */s/ Joshua D. Christian*
Joshua D. Christian
Federal ID: 9732
P. O Box 332
Greenville, South Carolina 29602
(864) 232-7363
(864) 370-3731 (Facsimile)
jchristian@christiananddavis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Melanie Maloney*
Melanie Maloney