**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiffs:<br>Robert William Heitzler and Lisa Marie Heitzler<br>**CV-16-01378-PHX-DGC** | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSAL

Come now, Plaintiffs Robert William Heitzler and Lisa Marie Heitzler and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiffs Robert William Heitzler and Lisa Marie Heitzler in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

 /s/   Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax
ATTORNEYS FOR PLAINTIFFS

 /s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17TH St, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6282 phone
(404) 322-6050 fax
ATTORNEYS FOR DEFENDANTS
C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                /s/ Howard L. Nations
                                Howard L. Nations