## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS  　　　　　　　　No. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

---

This document applies to:

Thomas Sanchez, Case No. 16-cv-01393

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Thomas Sanchez and Defendant C.R. Bard, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

　　Date this 27th day of July, 2016.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ D. Todd Mathews
　　　　　　　　　　　　　　　　　D. Todd Mathews, IL Bar #6276652
　　　　　　　　　　　　　　　　　**GORI JULIAN & ASSOCIATES, P.C.**
　　　　　　　　　　　　　　　　　156 North Main Street
　　　　　　　　　　　　　　　　　Edwardsville, IL 62025
　　　　　　　　　　　　　　　　　(618) 659-9833 – telephone
　　　　　　　　　　　　　　　　　(618) 659-9834 – facsimile
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


　　　　　　　　　　　　　　　　　/s/Richard North
　　　　　　　　　　　　　　　　　Richard B. North
　　　　　　　　　　　　　　　　　Matthew Lerner
　　　　　　　　　　　　　　　　　**Nelson Mullins Riley & Scarborough, LLP**
　　　　　　　　　　　　　　　　　201 17th Street, NW, Suite 1700
　　　　　　　　　　　　　　　　　Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　　*Attorneys for Defendant C.R. Bard, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Todd Mathews