AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Rachel Marie Ross ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:16-cv-02297-DGC |
| C.R. BARD, INC., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Marie Ross.

Date:   07/27/2016

/s/ Nathaniel K. Scearcy
*Attorney's signature*

Nathaniel K. Scearcy, MO Bar No. 68372
*Printed name and bar number*

1901 W. 47th Place, Suite 210
Westwood, KS 66205
*Address*

nscearcy@potts-law.com
*E-mail address*

(816) 931-2230
*Telephone number*

(816) 817-0478
*FAX number*