**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MDL No. 15- 2641 PHX DGC |
| **This Order Relates to:  All Actions** | |

Defendants have filed a motion or withdrawal of John A. LaBoon of the law firm of Segal McCambridge Singer & Mahoney, Ltd. as counsel of record for Defendants. Doc. 2130.

**IT IS ORDERED** that Defendants' motion (Doc. 2130) is **granted.**

Dated this 27th day of July, 2016.

_____
David G. Campbell
United States District Judge