# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MDL No. 15- 2641 PHX DGC |
| **This Order Relates to:** | |
| CV16-0470 PHX DGC | |

Pending before the Court is counsel's motion to withdraw. Doc. 2645.

**IT IS ORDERED** that the motion to withdraw as counsel (Doc. 2645) is **granted.** Les Weisbrod, Alexandra Boone, Max Freeman, and the law firm of Miller Weisbrod, LLP, are withdrawn as counsel of record. David P. Matthews and the law firm of Matthews & Associates is substituted as counsel of record in this case.

Dated this 27th day of July, 2016.

_____
David G. Campbell
United States District Judge