**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL 15-2641 PHX DGC |
| This pleading relates to Plaintiff: Thomas Sanchez **CV-16-01393-PHX-DGC** | **ORDER DISMISSING CLAIMS OF THOMAS SANCHEZ WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice of Thomas Sanchez. Doc. 2816.

**IT IS ORDERED** that the stipulation (Doc. 2816) is **granted.** All claims of Plaintiff Thomas Sanchez against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL-15-02641 (Member Case CV-16-01393-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 27th day of July, 2016.

_____
David G. Campbell
United States District Judge