Eric Terry, #6282169
**TorHoerman Law LLC**
11 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   William Terry

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Illinois

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Illinois

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Illinois

7. District Court and Division in which venue would be proper absent direct filing:

Illinois Northern District Court

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☑ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

April 15, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn

|   |   |   |
|---|---|---|
| 1 | ☑ | Count VIII:   Negligent Misrepresentation |
| 2 | ☑ | Count IX:     Negligence *Per Se* |
| 3 | ☑ | Count X:      Breach of Express Warranty |
| 4 | ☑ | Count XI:     Breach of Implied Warranty |
| 5 | ☑ | Count XII:    Fraudulent Misrepresentation |
| 6 | ☑ | Count XIII:   Fraudulent Concealment |
| 7 | ☑ | Count XIV:    Violations of Applicable <u>Illinois</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 10 | ☐ | Count XV:     Loss of Consortium |
| 11 | ☐ | Count XVI:    Wrongful Death |
| 12 | ☐ | Count XVII:   Survival |
| 13 | ☑ | Punitive Damages |
| 14 | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

13. Jury Trial demanded for all issues so triable?

☑ Yes

-4-

☐     No

RESPECTFULLY SUBMITTED this  28th  day of  July 2016  .

**TorHoerman Law LLC**

By:  /s/Eric M. Terry
Eric M. Terry
Tor A. Hoerman
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025

*Attorneys for Plaintiffs*

I hereby certify that on this  28th  day of  July 2016  , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Kristie Stephens

5220248v1/26997-0001