Eric Terry, #6282169
**TORHOERMAN LAW LLC**
11 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

### NOTICE OF FILING

PLEASE TAKE NOTICE that on this 28th day of July, 2016, we filed with the Clerk of the United States District Court, for the District of Arizona, the following:

- Plaintiff's Amended Short Form Complaint

A copy of which is attached hereto and served upon all parties listed on the Proof of Service.

RESPECTFULLY SUBMITTED this 28th day of July 2016.

                        **TORHOERMAN LAW LLC**

                        By: <u>/s/Eric M. Terry</u>
                              Eric M. Terry
                              Tor A. Hoerman
                              101 W. Vandalia Street, Suite 350
                              Edwardsville, IL 62025

                        *Attorneys for Plaintiffs*

I hereby certify that on this 28th day of July 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                        <u>/s/Kristie Stephens</u>