UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS                                  Case No. 15-md-02641-DGC
PRODUCTS LIABILITY LITIGATION                            MDL No. 2641

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO: CLERK OF COURT AND ALL OTHER PARTIES:

Pursuant to Local Rule 83.3, the undersigned counsel notifies the Clerk's office of the following changes:

Previous Information:   Sheila M. Bossier
                        Freese & Goss, PLLC
                        1520 North State Street
                        Jackson, Mississippi 39202
                        Telephone No.: (601) 961-4050
                        Facsimile No.: (601) 352-5452
                        Email: sbossier@freeseandgoss.com

Current/Updated
Information:            Sheila M. Bossier
                        Bossier & Associates, PLLC
                        1520 North State Street
                        Jackson, Mississippi 39202
                        Telephone No.: (601) 352-5450
                        Facsimile No.: (601) 352-5452
                        Email: sbossier@bossier-law.com

This this 29th day of July, 2016.

/s/ Sheila M. Bossier
Sheila M. Bossier
BOSSIER & ASSOCIATES, PLLC
1520 North State Street
P.O. Box 55567
Jackson, MS 39296
Telephone No.: (601) 352-5450
Facsimile No.: (601) 352-5452
sbossier@bossier-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

/s/ Sheila M. Bossier
Sheila M. Bossier
