**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS <br> PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> Civil Action No.: 2:16-cv-01357-DGC <br> _____ | No. MD-15-02641-PHX-DGC <br><br><br><br> **SUGGESTION OF DEATH** <br> **OF PLAINTIFF OLAN JONES** |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Olan Jones, which occurred on or about May 21, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Olan Jones's estate.

Dated: July 29, 2016               Respectfully submitted,

**BARON & BUDD, P.C.**

By:   /s/ Laura Baughman_____
      Laura J. Baughman
      Russell W. Budd
      1302 Oak Lawn Avenue, Suite 1100
      Dallas, TX 75219
      Phone: (214) 521-3605
      Facsimile: (214) 520-1181
      lbaughman@baronbudd.com
      rbudd@baronbudd.com

      *Attorneys for Plaintiff*

SUGGESTION OF DEATH                **Page 1**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2016, I electronically transmitted the foregoing Suggestion Death to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Laura Baughman
Laura J. Baughman