|   |   |
|---|---|
| 1 | Matthew D. Schultz |
| 2 | Levin, Papanontio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 3 | 316 S. Baylen Street, Suite 600 Pensacola, FL 32502 |
| 4 | FL Bar # 640328 mschultz@levinlaw.com |
| 5 | (850) 435-7140 |
| 6 | Attorney for Plaintiff Denine Callihan |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
|---|---|
| This Document Relates To: | **DEMAND FOR JURY TRIAL** |
| Denine Callihan | |
| Civil Case # 2:16-cv-01005-PHX-DGC | |

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: August 1, 2016.

Respectfully submitted,

 */s/ Matthew D. Schutlz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2016, a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/ECF system.

*/s/ Matthew D. Schultz*
Matthew D. Schultz