Matthew D. Schultz
Levin, Papanontio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
FL Bar # 640328
mschultz@levinlaw.com
(850) 435-7140

Attorney for Plaintiff Jolene Morris

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Jolene Morris<br><br>Civil Case # 2:16-cv-01008-PHX-DGC | No. MDL-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: August 1, 2016.

                                      Respectfully submitted,

                                      */s/ Matthew D. Schutlz*
                                      Matthew D. Schultz, Esq., FL Bar # 640328
                                      Levin, Papantonio, Thomas, Mitchell,
                                      Rafferty & Proctor, P.A.
                                      P.O. Box 12308 (32591-2308)
                                      316 S. Baylen St., Suite 600
                                      Pensacola, Florida 32502
                                      mschultz@levinlaw.com
                                      (850) 435-7140
                                      (850) 435-7020 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2016, a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/ECF system.

/s/ Matthew D. Schultz
Matthew D. Schultz

- 2 -