Annesley H. DeGaris
DEGARIS & ROGERS, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Tel: (205) 558-9000
Fax: (205) 588-5231
Email: adegaris@degarislaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that effective immediately, the firm of DeGaris Law Group, LLC has changed its name to DeGaris & Rogers, LLC. Below is the new mailing address:

>Two North Twentieth Street
>Suite 1030
>Birmingham, AL 35203
>Tel: (205) 558-9000
>Fax: (205) 588-5231

Dated this 3rd day of August, 2016

s/Annesley H. DeGaris

1