AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Betty Hare | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:16-cv-02589-DGC |
| C.R. Bard Inc. and Bard Peripheral Vascular, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Betty Hare.

Date: 08/05/2016

/s/ Jennifer Williams
*Attorney's signature*

Jennifer Williams; TX Bar No. 24007755
*Printed name and bar number*

3838 Oak Lawn Ave.,
Suite 1100
Dallas, TX 75219
*Address*

jwilliams@jacksonallenfirm.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*