Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by mail and by electronic means) upon Defendants the following discovery papers:

*Plaintiffs' Second Amended Notice of Videotaped Deposition of John Van Vleet*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 8th day of August, 2016.

                    GALLAGHER & KENNEDY, P.A.

                    By: */s/Robert W. Boatman*
                        Robert W. Boatman
                        Paul L. Stoller
                        Shannon L. Clark
                        2575 East Camelback Road
                        Phoenix, Arizona 85016-9225

1  LOPEZ McHUGH LLP
2  Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660

4  *Attorneys for Plaintiffs*

5

6  **Certificate of Service**

7      I hereby certify that on this 8th day of August, 2016, I electronically transmitted

8  the attached document to the Clerk's Office using the CM/ECF System for filing and

9  transmittal of a Notice of Electronic Filing.

10

11  */s/Deborah Yanazzo*
    Deborah Yanazzo
12

13  5561283v1/26997-0001