IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiff:<br><br>Timothy Geiger, Case No. 16-cv-02064 | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now, Plaintiff Timothy Geiger and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Timothy Geiger in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are voluntarily dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Mark C. Aubuchon
J. Mark Kell, #26413 MO
Mark C. Aubuchon, #61981 MO
Lucas J. Ude, #66288 MO
KELL LAMPIN
5770 Mexico Road, Suite A
St. Peters, MO 63376
(636) 498-4878 phone
(636) 441-0198 fax
ATTORNEYS FOR PLAINTIFFS


/s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY & SCARBOROUGH
201 17TH St, NW, Suite 1700
Atlanta, GA 3063
(404) 322-6282 phone
(404) 322-6050 fax
ATTORNEYS FOR DEFENDANTS C.R. BARD, INC and BARD PERIPHERAL VASCULAR, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of August, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      /s/ Mark C. Aubuchon
                                      Mark C. Aubuchon