## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

This pleading relates to Plaintiff:

Timothy Geiger,  **Case No. 16-cv-02064**

No. MD-15-02641-PHX-DGC

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

### ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of the claims of Timothy Geiger,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff Timothy Geiger filed under Case No. 2:16-cv-02064 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Dated:  August ___, 2016

_____
HONORABLE DAVID G. CAMPBELL
Judge, United States District Court