# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| This pleading relates to Plaintiff: | |
| Timothy Geiger, **Case No. 16-cv-02064** | |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of the claims of Timothy Geiger. Doc. 3014.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 3014) is **granted.** The claims of Plaintiff Timothy Geiger filed under Case No. 2:16-cv-02064 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Dated this 12th day of August, 2016.

_____
David G. Campbell
United States District Judge