**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Tenisha M. Riley, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-16-02531-PHX-DGC |
| | ) | |
| C. R. Bard, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>August 12, 2016</u>                    <u>/s/ Richard B. North, Jr.</u>
                                                                    *Attorney's signature*

                                                                    <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                                                    *Printed name and bar number*

                                                                    Nelson Mullins Riley & Scarborough, LLP
                                                                    <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                                                    *Address*

                                                                    <u>richard.north@nelsonmullins.com</u>
                                                                    *E-mail Address*

                                                                    <u>(404) 322-6000</u>
                                                                    *Telephone number*

                                                                    <u>(404 322-6050</u>
                                                                    *FAX number*