IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | §   No. MD-15-02641-PHX-DGC<br>§<br>§<br>§   NOTICE OF DISMISSAL WITHOUT<br>§   PREJUDICE UNDER RULE<br>§   41(a)(1)(A)(i) |

This document relates to:

George Borden and Melody Borden,
Civil Action No. 2:16-cv-00150-DGC

    COME NOW, George Borden and Melody Borden, Plaintiffs herein, giving notice of dismissal of this lawsuit without prejudice under Rule 41(a)(1)(A)(i).

                            Houssiere, Durant & Houssiere, LLP

                            By: /s/Randal A. Kauffman
                                Charles R. Houssiere, III
                                Attorney in Charge
                                State Bar No. 10050700
                                Randal A. Kauffman
                                State Bar No. 11111700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709

                                ATTORNEYS FOR PLAINTIFF

### Certificate of Service

    I hereby certify that on this 18th day of August, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Randal A. Kauffman
Charles R. Houssiere, III
Randal A. Kauffman