# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No.: 2:16-cv-01095-DGC | No. 2:15-MD-02641-DGC<br><br>**SUGGESTION OF DEATH OF PLAINTIFF ANTHONY C. DOCIMO** |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Anthony C. Docimo, which occurred on or about May 17, 2012.

Dated: August 18, 2016                    Respectfully submitted,

**LOPEZ McHUGH LLP**

By    */s/*Matthew R. Lopez
      Ramon Rossi Lopez (CA Bar No. 86361)
        (admitted pro hac vice)
      Matthew Ramon Lopez (CA Bar No. 263134)
        (admitted pro hac vice)
      100 Bayview Circle, Suite 5600
      Newport Beach, California 92660

*Attorneys for Plaintiffs*

SUGGESTION OF DEATH OF PLAINTIFF ANTHONY C. DOCIMO

-2-

1
2
3   I hereby certify that on this 18th day of August, 2016, I electronically transmitted the
4   attached document to the Clerk's Office using the CM/ECF System for filing and transmittal
5   of a Notice of Electronic Filing.
6                                                            /s/Matthew R. Lopez
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22