# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC <br><br>**[JOINT PROPOSED] CASE MANAGEMENT ORDER NO. ___** <br><br>**(Deadlines Related to *Barraza, et al. v. C. R. Bard, Inc., et al.*)** |
|---|---|

THIS DOCUMENT RELATES TO *Barraza, et al. v. C. R. Bard, Inc., et al.*, Case No. CV-16-1374-PHX-DGC.

The Court enters the following Case Management Order regarding certain deadlines in the case *Barraza, et al. v. C. R. Bard, Inc., et al.*, Case No. CV-16-1374-PHX-DGC:

A. <u>Class Certification Fact Discovery</u>

1. Fact discovery related to class certification shall be completed no later than **January 9, 2017.**

B. <u>Class Certification Expert Disclosures and Discovery</u>

1. With respect to experts relied upon to support class certification, Plaintiffs shall provide full and complete expert disclosures and reports as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **January 13, 2016**.

2. With respect to experts relied upon to oppose class certification, Defendants shall provide full and complete expert disclosures and reports as required by Rule

26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **March 10, 2017**.

        3.  With respect to rebuttal experts relied upon to support or oppose class certification, if any, the party so relying shall submit full and complete expert disclosures and reports as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **April 21, 2017**.

        4.  Depositions of class certification-related experts shall be completed no later than **May 31, 2017**.

    C.  Motion for Class Certification

        1.  A motion for class certification shall be filed no later than **June 19, 2017**.  A response shall be filed no later than **July 21, 2017**.  A reply shall be filed on **August 21, 2017**.  Such motion must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.