1   James R. Condo (#005867)
    Amanda Sheridan (#005867)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren
    Phoenix, AZ 85004-2204
4   Telephone:  (602) 382-6000
    JCondo@swlaw.com
5   ASheridan@swlaw.com

6   Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
7   NELSON MULLINS RILEY & SCARBOROUGH, LLP
    Atlantic Station
8   201 17th Street, NW, Suite 1700
    Atlanta, GA  30363
9   Telephone:  (404) 322-6000
    Richard.North@nelsonmullins.com
10
    *Attorneys for Defendants*
11  *C. R. Bard, Inc. and*
    *Bard Peripheral Vascular, Inc.*
12

13

14              **IN THE UNITED STATES DISTRICT COURT**

15                **FOR THE DISTRICT OF ARIZONA**

16  IN RE: Bard IVC Filters Products Liability      MDL NO. 15-02641-PHX-DGC
    Litigation
17
                                            **DEFENDANTS C. R. BARD, INC.'S**
18                                          **AND BARD PERIPHERAL**
                                            **VASCULAR, INC.'S ANSWER AND**
19                                          **GENERAL DENIAL WITH RESPECT**
                                            **TO CASE NO. CV-16-02751-PHX-DGC;**
20                                          **JURY TRIAL DEMAND**

21

22          Defendants C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV")

23  (Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial

24  with Respect to *Pamela Spencer v. C. R. Bard, Inc., et al.,* AZ Member Case No. CV-16-

25  02751-PHX-DGC ("Answer and General Denial"), served according to the provisions and

26  requirements of Amended Case Management Order No. 4 (Doc. 1108).  Defendants further

27

28

1   reserve the right to file any motion to dismiss for failure to state a claim with respect to this

2   case, as set forth in Amended Case Management Order No. 4.

3         With respect to the allegations plaintiff(s) raise in *Pamela Spencer v. C. R. Bard, Inc.,*

4   *et al.,* AZ Member Case No. CV-16-02751-PHX-DGC, Defendants deny, generally and

5   specifically, each and every allegation in plaintiff(s)' Complaint, the whole thereof, and each

6   and every cause of action therein.  Defendants further deny that the plaintiff(s) has sustained,

7   or is entitled to recover, damages in any amount alleged or in any sum whatsoever.

8   Defendants further deny that they are liable to the plaintiff in any amount, and further deny

9   that the plaintiff has sustained injury, damage, or loss by reason of any act or omission by

10   Defendants.

11         As for additional defenses, and without assuming any burden of pleading or proof that

12   would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and

13   Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in

14   MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise

15   such other affirmative defenses as may be available or apparent during discovery or as may

16   be raised or asserted by other defendants in this case.  Defendants have not knowingly or

17   intentionally waived any applicable affirmative defense.  If it appears that any affirmative

18   defense is or may be applicable after Defendants have had the opportunity to conduct

19   reasonable discovery in this matter, Defendants will assert such affirmative defense in

20   accordance with the Federal Rules of Civil Procedure.

21                                   **REQUEST FOR JURY TRIAL**

22         Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury

23   on all issues appropriate for jury determination.

24         **WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief

25   demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray

26   that this action against them be dismissed and that they be awarded their costs in defending

27   this action and that they be granted such other and further relief as the Court deems just and

28   appropriate.

1     This 19th day of August, 2016.

2                                          s/Richard B. North, Jr.
3                                          Richard B. North, Jr.
                                           Georgia Bar No. 545599
4                                          NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                           Atlantic Station
5                                          201 17th Street, NW / Suite 1700
                                           Atlanta, GA  30363
6                                          PH:  (404) 322-6000
                                           FX:  (404) 322-6050
7                                          Richard.North@nelsonmullins.com

8                                          James R. Condo (#005867)
                                           Amanda Sheridan (#027360)
9                                          SNELL & WILMER L.L.P.
                                           One Arizona Center
10                                         400 E. Van Buren
                                           Phoenix, AZ 85004-2204
11                                         PH:  (602) 382-6000
                                           JCondo@swlaw.com
12                                         ASheridan@swlaw.com

13                                         **Attorneys for Defendants C. R. Bard, Inc. and
                                           Bard Peripheral Vascular, Inc.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3      I HEREBY CERTIFY that on August 19, 2016, I electronically filed the foregoing

4   with the Clerk of the Court by using the CM/ECF system which will send notification of such

5   filing to all counsel of record.

6                                          s/Richard B. North, Jr.
                                           Richard B. North, Jr.
7                                          Georgia Bar No. 545599
                                           NELSON MULLINS RILEY & SCARBOROUGH, LLP
8                                          Atlantic Station
                                           201 17th Street, NW / Suite 1700
9                                          Atlanta, GA  30363
                                           PH:  (404) 322-6000
10                                         FX:  (404) 322-6050
                                           Richard.North@nelsonmullins.com
11
                                           **Attorney for Defendants C. R. Bard, Inc. and**
12                                         **Bard Peripheral Vascular, Inc.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28