UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS )
PRODUCTS LIABILITY LITIGATION ) No. MD-15-02641-PHX-DGC
)
)

This document applies to:

Oma Hardwick, Case No. 16-cv-2442

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Oma Hardwick and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed as to the claims of Plaintiff Oma Hardwick only, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Respectfully Submitted,

/s/ John J. Driscoll
John J. Driscoll #54729
Philip Sholtz #57375
**The Driscoll Firm, P.C.**
One Metropolitan Square
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
john@thedriscollfirm.com
phil@thedriscollfirm.com

*Attorneys for the Plaintiffs*

 /s/ Richard North
Richard B. North
**Matthew Lerner Nelson Mullins Riley & Scarborough, LLP**
201 17th Street, NW, Suite 1700
Atlantic Station, Atlanta, GA 30363
*Attorneys for Defendant C.R. Bard, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2016, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ John J. Driscoll
John J. Driscoll