## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION  This pleading relates to Plaintiff: Oma Hardwick **CV-16-02442-PHX-DGC** _____ | MD 15-2641 PHX DGC  **ORDER DISMISSING CLAIMS OF OMA HARDWICK WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice of Oma Hardwick.  Doc. 3108.

**IT IS ORDERED** that the stipulation (Doc. 3108) is **granted.**  All claims of Plaintiff Oma Hardwick against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-02442-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 24th day of August, 2016.

_____
David G. Campbell
United States District Judge