IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>THIS DOCUMENT RELATES TO<br>*Barraza, et al. v. C. R. Bard, Inc., et al.*,<br>Case No. CV-16-1374-PHX-DGC. | No. MDL 15-02641-PHX DGC<br><br>**CASE MANAGEMENT ORDER NO. 16**<br>___<br>**(Deadlines Related to** *Barraza, et al. v. C. R. Bard, Inc., et al.***)** |

The Court enters the following Case Management Order regarding certain deadlines in the case *Barraza, et al. v. C. R. Bard, Inc., et al.*, Case No. CV-16-1374-PHX-DGC:

A.   Class Certification Fact Discovery

1.   Fact discovery related to class certification shall be completed no later than **January 9, 2017.**

B.   Class Certification Expert Disclosures and Discovery

1.   With respect to experts relied upon to support class certification, Plaintiffs shall provide full and complete expert disclosures and reports as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **January 13, 2017**.

2.   With respect to experts relied upon to oppose class certification, Defendants shall provide full and complete expert disclosures and reports as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **February 24, 2017**.

3.   With respect to rebuttal experts relied upon to support or oppose class certification, if any, the party so relying shall submit full and complete expert disclosures

and reports as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **March 24, 2017**.

    4.    Depositions of class certification-related experts shall be completed no later than **April 28, 2017**.

C.    <u>Motion for Class Certification</u>

    1.    A motion for class certification shall be filed no later than **May 12, 2017**. A response shall be filed no later than **June 9, 2017**. A reply shall be filed on **June 30, 2017**. Such motion must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

A hearing on the motion for class certification shall be held on **July 14, 2017 at 2:30 p.m.** before the Honorable David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003.

Dated this 24th day of August, 2016.

_____
David G. Campbell
United States District Judge

- 2 -