UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Novy, et al. v. C.R. Bard, Inc., et al., | ) | |
| E.D. Missouri, C.A. No. 4:16-01233 | ) | MDL No. 2641 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Novy*) on August 2, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Novy* filed a notice of opposition to the proposed transfer. Plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-41" filed on August 2, 2016, is LIFTED. The action is transferred to the District of Arizona for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David G. Campbell.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel