IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>ALL PLAINTIFFS LISTED ON EXHIBIT A )<br>)<br>)<br>) | MDL DOCKET NO. 2641 |

## NOTICE OF DISASSOCIATION

**PLEASE TAKE NOTICE THAT** Attorney Sheila M. Bossier is no longer associated with the law firm of FREESE & GOSS, PLLC and is no longer appearing as counsel for the Plaintiffs listed in Exhibit A.

Ms. Bossier should, therefore, be removed from the distribution list of these cases as counsel of record. Plaintiffs continue to be represented by Attorneys David P. Matthews of the law firm of Matthews & Associates, and Richard Freese, and Calle Mendenhall of the law firm of Freese & Goss, PLLC.

Dated: August 25th, 2016          Respectfully Submitted,

/s/ *David P. Matthews*
David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Phone: (713) 522-5250
Fax: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

Richard Freese
**FREESE & GOSS, PLLC**
1901 6TH Avenue N., Ste. 3120
Birmingham, AL 35203
Phone: (205) 871-4144
Fax: (205) 871-4104
Email: rich@freeseandgoss.com

Calle Mendenhall
**FREESE & GOSS, PLLC**
1901 6TH Avenue N., Ste. 3120
Birmingham, AL 35203
Phone: (205) 871-4144
Fax: (205) 871-4104
Email: calle@freeseandgoss.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on August 25th, 2016, which will serve a copy on all counsel of record.


Date:  August 25th, 2016             */s/ David P. Matthews*
                                David P. Matthews