**EXHIBIT A**

| Last Name | Docket No. |
|---|---|
| Affonseca, Lavell | 2:16-cv-00819-DGC |
| Aldridge, Aron | 2:16-cv-02500-DGC |
| Ameel, Alexis | 2:16-cv-02766-DGC |
| Barnett, Timothy | 2:16-cv-00198-DGC |
| Breitschuh, Diana -(Breitschuh, Robert) | 2:16-cv-01607-DGC |
| Burns, Tiffany | 2:16-cv-00225-DGC |
| Carlyle, James | 2:16-cv-00202-DGC |
| Christoffer, Barbara | 2:16-cv-02501-DGC |
| Crowe, Lorene | 2:16-cv-00191-DGC |
| Crutchfield, Hank | 2:16-cv-02499-DGC |
| Currie, Daniel | 2:16-cv-00831-DGC |
| Custer, Susan | 2:16-cv-02517-DGC |
| Exley, Esther - (Exley, Oliver) | 2:16-cv-02516-DGC |
| Faulk, Mary | 2:16-cv-00188-DGC |
| Frain, Doris | 2:16-cv-00804-DGC |
| Frame, Kathleen | 2:16-cv-00227-DGC |
| Galan, Robert | 2:16-cv-02583-DGC |
| Gore, Jr., Lishus R. | 2:16-cv-00223-DGC |
| Roberts, Glenda - (Hamilton, Gary) | 2:16-cv-01581-DGC |
| Hardeman, Corrina | 2:16-cv-00154-DGC |
| Harless, Terry | 2:16-cv-00199-DGC |
| Harrington, Lena | 2:16-cv-00824-DGC |
| Harvey, Sheryl | 2:16-cv-00214-DGC |
| Henry, James | 2:16-cv-00228-DGC |
| Hodge, Daniel | 2:16-cv-00232-DGC |
| Hoffmann, Joan | 2:16-cv-00808-DGC |
| Hudson, Ivana | 2:16-cv-00196-DGC |
| Hutchens, Cassie | 2:16-cv-00810-DGC |
| Jones, William | 2:16-cv-00211-DGC |
| Jones, Devin | 2:16-cv-00817-DGC |
| Justice, Cedric | 2:16-cv-00818-DGC |
| Kaiser, Deborah | 2:16-cv-00190-DGC |
| Kaplysh, Barbara | 2:16-cv-00805-DGC |
| Kimbro, Janet | 2:16-cv-00224-DGC |
| Kouns, James | 2:16-cv-00205-DGC |
| Kowalczyk, Lucille | 2:16-cv-00231-DGC |
| Lieberman, Lenore | 2:16-cv-00200-DGC |
| Lopez, Tammy | 2:16-cv-00226-DGC |
| Lucas, Amanda | 2:16-cv-00802-DGC |
| Madson, Jay | 2:16-cv-00148-DGC |
| Madison, Charles | 2:16-cv-02496-DGC |

**EXHIBIT A**

| Last Name | Docket No. |
|---|---|
| McFalls, Lisa | 2:16-cv-00806-DGC |
| Merced, Yandelli | 2:16-cv-00809-DGC |
| Miller, Heather | 2:16-cv-00221-DGC |
| Morris, Cristal | 2:16-cv-00233-DGC |
| Noa, Albert | 2:16-cv-00470-DGC |
| Perkins, Jason | 2:16-cv-00204-DGC |
| Pikal, Bernard | 2:16-cv-00201-DGC |
| Presswood, Roger | 2:16-cv-00203-DGC |
| Pugh, James | 2:16-cv-00255-DGC |
| Revolinski, Rebecca | 2:16-cv-00826-DGC |
| Riley, Tenisha | 2:16-cv-02531-DGC |
| Rogers, Michael | 2:16-cv-02532-DGC |
| Salmon, Jered | 2:16-cv-00196-DGC |
| Seals, Evelyn | 2:16-cv-02566-DGC |
| Smith, Joyce | 2:16-cv-00218-DGC |
| Smith, Jessica | 2:16-cv-00812-DGC |
| Soliz, Ramiro | 2:16-cv-00229-DGC |
| Sowinski, Danielle | 2:16-cv-00825-DGC |
| Spencer, Douglas | 2:16-cv-00807-DGC |
| Stroman, Deloris | 2:16-cv-00823-DGC |
| Taylor, Arrek | 2:16-cv-00820-DGC |
| Terry, Cindy | 2:16-cv-00220-DGC |
| Thompson, James - (Thompson, Sharon) | 2:16-cv-02586-DGC |
| Thurman, Shirley | 2:16-cv-02565-DGC |
| Turner, John | 2:16-cv-00816-DGC |
| Viola, Michael | 2:16-cv-00153-DGC |
| Webster, Russell | 2:16-cv-00197-DGC |
| White, Rhonda | 2:16-cv-00194-DGC |
| Wood, Jon (Wood, John M) | 2:16-cv-00821-DGC |