# Ex. 1
# To Plaintiffs' Brief On Foreign Regulatory Materials



### Guidance for manufacturers on reporting device-specific adverse incidents under the European vigilance system

To be read in conjunction with the European Commission's guidelines on a medical devices vigilance system MEDDEV 2.12/1

## IVC filters

| Report as individual events (in line with MEDDEV timescales) | Can be included in periodic summary reports (PSR)* | | Report at the time the adverse trend is identified | Generally not reportable |
|---|---|---|---|---|
| • Death that is probably or possibly device-related<br>• Complications during deployment or placement eg:<br>  - premature release<br>  - partial or incomplete expansion<br>  - deformation (such as crossed or twisted legs or arms<br>  - asymmetric deployment (malapposition)<br>• Partial or multiple fractures<br>• Device migration/secondary movement with or without embolization<br>• Recurrent or fatal pulmonary embolism | | **Periodicity** | • IVC wall penetration <3mm<br>• Vascular access and device placement related problems eg:<br>  - device misplacement / improper placement<br>  - pneumothorax<br>  - air embolism<br>  - haematoma / bleeding / haemorrhage<br>  - intimal tear<br>• Inferior vena cava thrombosis / occlusion / restriction of blood flow through the filter or venous insufficiency<br>• Systemic infection<br>• Adverse reaction | • Death if there is evidence that it is **not** device-related<br>• Access site thrombosis or stenosis<br>• Infection at puncture site |
| | IVC wall perforation / erosion / penetration >3mm | 3 monthly | | |
| | Retrieval difficulties / failure to retrieve | 3 monthly | | |
| | Progressive tilting / angulation | 6 monthly | | |

* If you can't use PSR, then report these events individually.

# Ex. 2
# To Plaintiffs' Brief On Foreign Regulatory Materials

 

# Healthy Canadians

Home > Recalls & alerts

> Share  > Contrast  > Print

## BARD DENALI IVC FILTER, FEMORAL (2016-02-16)



| | |
|---|---|
| Starting date: | February 16, 2016 |
| Posting date: | February 22, 2016 |
| Type of communication: | Medical Device Recall |
| Subcategory: | Medical Device |
| Hazard classification: | Type III |
| Source of recall: | Health Canada |
| Issue: | Medical Devices |
| Audience: | General Public, Healthcare Professionals, Hospitals |
| Identification number: | RA-57212 |

- Reason
- Affected products

## Affected Products

BARD DENALI IVC FILTER, FEMORAL

## Reason

Bard Peripheral Vascular is initiating a recall of specific product code/lot number combinations of Denali IVC filters following notice from the supplier of the stopcock assembly that these lots are at risk of having cracks in the stopcock body. This issue is isolated to the stopcock itself which is a component of the delivery system and remains external to the body throughout the surgical procedure.

## Affected products

**BARD DENALI IVC FILTER, FEMORAL**

*Lot or serial number*

GFZJ0277
GFZJ0425

*Model or catalog number*

DL900F

*Companies*

| Manufacturer | Bard Peripheral Vascular Inc.<br>1625 West 3rd Street<br>Tempe<br>55441<br>UNITED STATES |
|---|---|

Date modified: 2016-02-22

# Ex. 3
# To Plaintiffs' Brief On Foreign Regulatory Materials

# (Filed Under Seal)

# Ex. 4
# To Plaintiffs' Brief On Foreign Regulatory Materials

# (Filed Under Seal)

# Ex. 5
# To Plaintiffs' Brief On Foreign Regulatory Materials

# (Filed Under Seal)