James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) (BARD REACH PROGRAM)** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on August 26, 2016 they served on Plaintiffs, via U.S. Mail and email, Defendants' Response to Plaintiffs' Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(B)(6) (Bard REACH Program).

1   DATED this 26th day of August, 2016.

2
                                  s/Matthew B. Lerner
3                                 Richard B. North, Jr.
                                  Georgia Bar No. 545599
4                                 Matthew B. Lerner
                                  Georgia Bar No. 446986
5                                 NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                  Atlantic Station
6                                 201 17th Street, NW / Suite 1700
                                  Atlanta, GA  30363
7                                 PH: (404) 322-6000
                                  FX: (404) 322-6050
8                                 richard.north@nelsonmullins.com
                                  matthew.lerner@nelsonmullins.com

9                                 James R. Condo (#005867)
                                  Amanda Sheridan (#005867)
10                                SNELL & WILMER L.L.P.
                                  One Arizona Center
11                                400 E. Van Buren
                                  Phoenix, AZ 85004-2204
12                                PH: (602) 382-6000
                                  JCondo@swlaw.com
13                                ASheridan@swlaw.com

14                                **Attorney for Defendants C. R. Bard, Inc. and**
                                  **Bard Peripheral Vascular, Inc.**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2016 I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/Matthew B. Lerner
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
matthew.lerner@nelsonmullins.com