Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| | **PLAINTIFFS' EXHIBIT INDEX TO UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF DISCOVERY BRIEFING** |

EXHIBIT A – List of Exhibits to be filed under seal

## EXHIBIT A TO PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

1. Excerpts of deposition of John A. DeFord, (June 2, 2016)          FILED UNDER SEAL

2. Excerpts of deposition of Daniel Orms  (August 16, 205)          FILED UNDER SEAL

3. Memorandum from Tim Ring (March 82, 2010)          FILED UNDER SEAL

5590411v1/26997-0001