IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court are the parties' motions to seal. Docs. 3265, 3270.

**IT IS ORDERED** that the motions to seal (Docs. 3265, 3270) are **granted.** The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 3266 and 3271.

Dated this 29th day of August, 2016.

_____
David G. Campbell
United States District Judge