IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | )   MDL Docket No. 15-2641 ) |
| ROSALIE PARSONS 2:16-CV-02944-DGC _____ | ) ) ) ) |
| ROSALIE PARSONS, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| C. R. BARD, INC., et al., | ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Rosalie Parsons.

Dated: September 1, 2016         Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)


By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

       (admitted *pro hac vice*)
       **Wagstaff & Cartmell, LLP**
       4740 Grand Ave., Suite 300
       Kansas City, MO 64112
       (816) 701-1100
       (816) 531-2372 (fax)
       ddegreeff@wcllp.com

       *Attorneys for Plaintiff*

  I hereby certify that on this 1st day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            */s/ David C. DeGreeff*