1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8 TOBIE RAYCHELLE WHIPPLE                    MDL Case No. 2:15-md-02641-DGC
CHRISTENSEN AND KURT

9 CHRISTENSEN, Husband and Wife,            Civil Action No.  CV-16-02901-PHX-DGC

10               Plaintiffs,

11

12       vs.

13 BARD PERIPHERAL VASCULAR, INC.,
and C.R. BARD, INC., et al.

14

15 _____/

16                         **APPEARANCE OF COUNSEL**

17 To:    The Clerk of Court and all parties of record.

18       I am admitted or otherwise authorized to practice in this court, and I appear in this case as

19 counsel for Plaintiffs TOBIE RAYCHELLE WHIPPLE CHRISTENSEN AND KURT

20 CHRISTENSEN, Husband and Wife.

21       Dated this ___2___ day of September 2016.

22                                           BRADLEY, DRENDEL & JEANNEY

23

24                                           Bill Bradley, Esq.
                                            Nevada State Bar No. 1365
25                                           P.O. Box 1987
                                            Reno, NV 89505
26                                           E-mail Address: bbradley@bdjlaw.com
                                            Telephone No. (775) 335-9999
27                                           Facsimile No. (775) 335-9993
                                            *Attorneys for Plaintiffs*

28

-1-

BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203143