# EXHBITS B - F

TO BE FILED UNDER SEAL