# EXHIBIT A

**List of Exhibits to be Filed Under Seal in Support of Defendants' Response to Plaintiffs' Brief on Foreign Regulatory Materials**

Exhibit B:   Excerpts of the Deposition of Rob Carr (March 18, 2016)

Exhibit C:   Bard Communications Approval Form for "Recovery G2® Brochure" for international audience

Exhibit D:   Bard Communications Approval Form for "Recovery G2® Filter Webpage" for international audience

Exhibit E:   Denali™ Vena Cava Filter Instructions for Use

Exhibit F:   Email chain between John Van Vleet and BPV regarding response to MHRA inquiry