1  Robert W. Boatman (009619)
   Paul L. Stoller (016773)
2  Shannon L. Clark (019708)
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone: (602) 530-8000
   rwb@gknet.com
5  paul.stoller@gknet.com
   SLC@gknet.com
6
   Ramon Rossi Lopez (CA Bar No. 86361)
7  (admitted *pro hac vice*)
   LOPEZ McHUGH LLP
8  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
9  rlopez@lopezmchugh.com
   *Co-Lead/Liaison Counsel for Plaintiffs*
10
   James R. Condo (#005867)
11 Amanda C. Sheridan (#027360)
   SNELL & WILMER L.L.P.
12 One Arizona Center
   400 E. Van Buren
13 Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
14 E-Mail: jcondo@swlaw.com
           asheridan@swlaw.com
15
   Richard B. North, Jr. (admitted *pro hac vice*)
16 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
17 Georgia Bar No. 446986
   Nelson Mullins Riley & Scarborough, LLP
18 201 17th St. NW, Suite 1700
   Atlanta, GA 30363
19 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
20 *Attorneys for Defendants C. R. Bard, Inc.*
   *and Bard Peripheral Vascular, Inc.*
21

22              IN THE UNITED STATES DISTRICT COURT

23                 FOR THE DISTRICT OF ARIZONA

24

25 | In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC |
   |---|---|
26 |  | **STIPULATION RE PROPOSED CASE MANAGEMENT ORDER FOR DEFENDANTS' EXPEDITED ESI PRODUCTION** |
27 |  |  |
28 |  |  |

1    In accordance with their discussion with the Court regarding ESI issues, the Parties

2    hereby submit, and stipulate to entry of, Proposed Case Management Order No. 17

3    regarding Defendant's expedited ESI production process.

4    A copy of the proposed case management order is attached as Exhibit "A".

5    DATED this 9th day of September 2016.

6    **ATTORNEYS FOR PLAINTIFFS**          **ATTORNEYS FOR DEFENDANTS**

7

8    /s/ *Paul L. Stoller*                  /s/ *Richard B. North, Jr.*
     Robert W. Boatman                      James R. Condo
     Paul L. Stoller                        Amanda C. Sheridan
9    Gallagher & Kennedy PA                 Snell & Wilmer
     2575 East Camelback Road, Suite 1100   One Arizona Center
10   Phoenix, AZ  85016-9225                400 East Van Buren
                                            Phoenix, AZ  85004-2202
11   Ramon R. Lopez (admitted pro hac vice)
     Lopez McHugh LLP                       Richard B. North, Jr. (admitted *pro hac vice*)
12   100 Bayview Circle, Suite 5600         Nelson Mullins Riley & Scarborough
     Newport Beach, CA  92660               LLP
13                                          201 17th St. NW, Suite 1700
                                            Atlanta, GA 30363
14   *Co-Lead/Liaison Counsel for Plaintiffs*
                                            *Attorneys for Defendants*
15                                          *C. R. Bard, Inc. and Bard Peripheral*
                                            *Vascular, Inc.*
16

17                       **CERTIFICATE OF SERVICE**

18   I hereby certify that on this 9th day of September, 2016, I electronically transmitted

19   the attached document to the Clerk's Office using the CM/ECF System for filing and

20   transmittal of a Notice of Electronic Filing.

21

22                                  /s/ *Deborah Yanazzo*

     5606701v1/26997-0001
23

24

25

26

27

28

2