**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Robert DeHart, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-16-02945-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. | ) | |
| Bard, Inc., et al., | ) | |
| | ) | |
| Defendant. | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: September 8, 2016_____     /s/ Richard B. North, Jr._____
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)_____
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com_____
*E-mail Address*

(404) 322-6000_____
*Telephone number*

(404 322-6050_____
*FAX number*