**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Larry Shields, | ) |
|       Plaintiff, | )  MDL Case No. 2:15-md-02641-DGC |
|       v. | )  Civil Action No.  CV-16-02865-PHX-DGC |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) |
|       Defendant. | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 8, 2016                    /s/ Richard B. North, Jr.
                                                    *Attorney's signature*

                                                    Richard B. North, Jr. (Ga. Bar No. 545599)
                                                    *Printed name and bar number*

                                                    Nelson Mullins Riley & Scarborough, LLP
                                                   201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                   *Address*

                                                   richard.north@nelsonmullins.com
                                                   *E-mail Address*

                                                   (404) 322-6000
                                                   *Telephone number*

                                                   (404 322-6050
                                                   *FAX number*