# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>This Order Relates to: All Actions | MDL No. 15-2641<br><br>**ORDER** |

Defendants have filed a motion to seal. Doc. 3310.

**IT IS ORDERED** that Defendants' motion to seal (Doc. 3310) is **granted.** The Clerk shall accept for filing under seal the document lodged on the Court's docket as Doc. 3311.

Dated this 13th day of September, 2016.

_____
David G. Campbell
United States District Judge