David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2:16-cv-02586 |
| **Sharon R. Thompson and James D. Thompson**<br><br>    Plaintiffs,<br><br>v.<br><br>**C.R. BARD, INC. & BARD PERIPHERAL VASCULAR, INC.**<br><br>    Defendants. | **NOTICE OF FILING SECOND AMENDED COMPLAINT** |

1   Plaintiffs Sharon R. Thompson and James D. Thompson file this Notice of Filing of
2   Plaintiffs' Second Amended Master Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED this 13th day of September, 2016.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews