David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Sharon R. Thompson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

~~N/A~~ **James D. Thompson**_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    ___**James D. Thompson – Power of Attorney**_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    [~~James D. Thompson - personal representative~~]__**TX**_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    TX_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    TX_____

7. District Court and Division in which venue would be proper absent direct filing:

    USDC for the Northern District of Texas – Fort Worth Division_____

8. Defendants (check Defendants against whom Complaint is made):

    ☒   C.R. Bard Inc.

    ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

-2-

      a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☒ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

01/08/2009

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:    Strict Products Liability – Manufacturing Defect
- ☒ Count II:   Strict Products Liability – Information Defect (Failure to Warn)

-3-

| | | | |
|---|---|---|---|
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable  TX  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☒ | **Count XV:   Loss of Consortium** |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

-4-

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 13th day of September, 2016.

                                       **MATTHEWS & ASSOCIATES**

                                       By: */s/ David P. Matthews*
                                           David P. Matthews
                                           2905 Sackett St.
                                           Houston, TX 77098

                                      **FREESE & GOSS, PLLC**
                                           Richard Freese
                                           Calle M. Mendenhall
                                           FREESE & GOSS, PLLC
                                           1901 6th Ave N. Ste. 3120

                                     *Attorneys for Plaintiffs*

-6-

1   I hereby certify that on this 13th day of September, 2016, I electronically transmitted
2   the attached document to the Clerk's Office using the CM/ECF System for filing and
3   transmittal of a Notice of Electronic Filing.

/s/ David P. Matthews
David P. Matthews