Amir M. Kahana, Esq. (SBN 218149)
KAHANA LAW, P.C.
3 Hutton Centre Drive, Suite 685
Santa Ana, CA 92707
Telephone (949) 812-4781
Facsimile (949) 281-2105
E-mail: amk@kahanalaw.com;

Attorney for Plaintiff
PATRICIA BANTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA BANTON,<br><br>  Plaintiff,<br><br>  v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>  Defendant. | Case No. 2:16-cv-02877-DGC<br><br>Consolidated into lead case:<br>MDL No. 2:15-MD-02641-DGC<br><br>**JOHN C. HATCH'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND CHANGE OF ADDRESS; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW; CERTIFICATE** |

John C. Hatch, herby moves to withdraw from *pro hac vice* representation of Plaintiff, PATRICIA BANTON. Accordingly, counsel respectfully requests permission to withdraw from further representation of Plaintiff, PATRICIA BANTON, as John C. Hatch is changing law firms. Plaintiff will not be prejudiced as Amir M. Kahana will continue to act as Plaintiff's counsel for representation in this litigation. The updated address for John C. Hatch is 350 Oak Street, Laguna Beach, CA 92651.

A form of order is submitted herewith for the Court's convenience.

RESPECTFULLY SUBMITTED this 13th day of September, 2016

By: _/s/ John C. Hatch_____
Attorney for Plaintiff

MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD;

I certify that on this 13th day of September, 2016, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing.

                        By: /s/ John C. Hatch
                              Attorney for Plaintiff

MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD;

Amir M. Kahana, Esq. (SBN 218149)
KAHANA LAW, P.C.
3 Hutton Centre Drive, Suite 685
Santa Ana, CA 92707
Telephone (949) 812-4781
Facsimile (949) 281-2105
E-mail: amk@kahanalaw.com;

Attorney for Plaintiff
PATRICIA BANTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA BANTON,<br><br>    Plaintiff,<br><br>    v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendant. | Case No. 2:16-cv-02877-DGC<br><br>Consolidated into lead case:<br>MDL No. 2:15-MD-02641-DGC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND CHANGE OF ADDRESS** |

John C. Hatch seeks to withdraw as counsel *pro hac vice* for Plaintiff in the above captioned litigation pursuant to Local R. 83.3(b)(2). As this Court finds that Mr. Hatch has submitted satisfactory reasoning for withdrawal, and that the granting of this motion will not cause substantial prejudice or delay to any party.

**IT IS HEREBY ORDERED** that John C. Hatch's Motion to Withdraw as Counsel for Plaintiff is GRANTED, and John C. Hatch is hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: _____          By: _____
                                    Hon. David G. Campbell
                                    United States District Judge

---

MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD;

Amir M. Kahana, Esq. (SBN 218149)
KAHANA LAW, P.C.
3 Hutton Centre Drive, Suite 685
Santa Ana, CA 92707
Telephone (949) 812-4781
Facsimile (949) 281-2105
E-mail: amk@kahanalaw.com;

Attorney for Plaintiff
PATRICIA BANTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA BANTON,<br><br>    Plaintiff,<br><br>    v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendant. | Case No. 2:16-cv-02877-DGC<br><br>Consolidated into lead case:<br>MDL No. 2:15-MD-02641-DGC<br><br>**CERTIFICATE OF JOHN C. HATCH ACCOMPANYING MOTION FOR WITHDRAW** |

I, John C. Hatch, hereby attest that Plaintiff, PATRICIA BANTON, consents to my withdrawal as her counsel. Plaintiff has been notified in writing of my withdrawal and the status of the case. She is aware that Amir M. Kahana will continue to represent her for this litigation.

By: _/s/ John C. Hatch_____
Attorney for Plaintiff

1
CERTIFICATE