Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by mail and by electronic means) upon Defendants the following discovery papers:

*Plaintiffs' First Set of Non-Uniform Interrogatories*

*Plaintiffs' Fifth Set of Requests for Production of Documents*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 13th day of September, 2016.

                                                GALLAGHER & KENNEDY, P.A.

                                                By: */s/Robert W. Boatman*
                                                    Robert W. Boatman
                                                    Paul L. Stoller
                                                    Shannon L. Clark
                                                    2575 East Camelback Road
                                                    Phoenix, Arizona 85016-9225

| | |
|---|---|
|1| LOPEZ McHUGH LLP |
|2| Ramon Rossi Lopez (CA Bar No. 86361) (admitted *pro hac vice*) |
|3| 100 Bayview Circle, Suite 5600 Newport Beach, California 92660 |
|4| *Attorneys for Plaintiffs* |

## Certificate of Service

I hereby certify that on this 13th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5610960/26997-0001

2