David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **No. MD-15-02641-PHX-DGC** |
| | **Civil Action No.: 2:16-cv-02499-DGC** |
| **Hank Crutchfield** | **NOTICE OF FILING SECOND AMENDED COMPLAINT** |
| **Plaintiff,** | |
| **v.** | |
| **C.R. BARD, INC. & BARD PERIPHERAL VASCULAR, INC.** | |
| **Defendants.** | |

Plaintiff Hank Crutchfield files this Notice of Filing of Plaintiff's Second Amended Master Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED this 14th day of September, 2016.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews