UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION             2:15-MD-02641-DGC

This Document Relates to:

    YOLANDA MEDINA

Civil Case # 2:16-CV-00520-DGC

## NOTICE OF APPEARANCE AS CO-COUNSEL

TO:   The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for:

    YOLANDA MEDINA

Dated: September 15, 2016

                      Respectfully submitted,

                      ___/s/ Joseph R. Johnson_____
                      Joseph R. Johnson, Fla Bar #372250
                      BABBITT & JOHNSON, P.A.
                      1641 Worthington Road, Suite 100
                      West Palm Beach, FL  33409
                      (561) 684-2500 – telephone
                      (561) 684-6308 – facsimile
                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    ___/s/ Joseph R. Johnson_____
                                                    JOSEPH R. JOHNSON