UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                2:15-MD-02641-DGC

This Document Relates to:

    TAMMY HASH

Civil Case # 2:16-CV-02265-DGC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff TAMMY HASH through her undersigned counsel, states that the above-captioned action is voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 15th day of September, 2016.

                Respectfully submitted,

                ___/s/ Joseph R. Johnson_____
                Joseph R. Johnson, Fla Bar #372250
                BABBITT & JOHNSON, P.A.
                1641 Worthington Road, Suite 100
                West Palm Beach, FL  33409
                (561) 684-2500 – telephone
                (561) 684-6308 – facsimile
                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        ___/s/ Joseph R. Johnson_____
                                        JOSEPH R. JOHNSON