UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    2:15-MD-02641-DGC

_____

This Document Relates to:

     LORENE CROWE

Civil Case # 2:16-CV-01776-DGC

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

     The Plaintiff  LORENE CROWE through her undersigned counsel, states that the above-captioned action is voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

     Dated this 15th day of September, 2016.


          Respectfully submitted,


          ___/s/ Joseph R. Johnson_____
          Joseph R. Johnson, Fla Bar #372250
          BABBITT & JOHNSON, P.A.
          1641 Worthington Road, Suite 100
          West Palm Beach, FL  33409
          (561) 684-2500 – telephone
          (561) 684-6308 – facsimile
          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_____/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON