UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No.  2:15-MD-02641-DGC

_____

This Document Relates to:

    LORENE M. CROWE

Civil Case # 2:16-cv-00191-DGC

_____

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    LORENE M. CROWE

Dated: September 15, 2016        __/s/ Joseph R. Johnson_____
                                                Joseph R. Johnson, #372250, FL
                                                BABBITT & JOHNSON, P.A.
                                                Suite 100
                                                1641 Worthington Road (33409)
                                                P. O. Box 4426
                                                West Palm Beach, FL  33402-4426
                                                Tel:  (561) 684-2500
                                                Tel:  (561) 684-6308
                                                jjohnson@babbitt-johnson.com

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON