I am admitted to practice, and I am in good standing, in the following courts:

Eastern District of Kentucky, admitted: 5/7/15

Western District of Kentucky, admitted: 4/28/15

Kentucky State Courts, admitted: 10/17/14

Southern District of Indiana, admitted: 9/2/16