## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANGELA NOVY, FREDERICK BECKER, LARRY COLLINS, WILSON PALMER, JUANITA WILLIAMS, SARAH BESTE, HEATHER POWERS, LAURA CROWLEY, TERRY ELWELL, ANGELA PETROUTSA, JOSEPH GROSSMAN, JAMES MAXFIELD, ABDUL-MUTAAL BILAL, LISA RADZIK, ALLAN KOTTER, DENISE GILL, FAITH HINCHMAN, MICHELLE BAGGETT, ANGELA GIBSON, DIANE REYNOLDSON, JOANN CARDONA, JASON SMITH, TAMMY DYKEMA, TONY WALKER, SHEILA MAY, BRIAN MORRISON, MELVIN HOLMES III, ERIC ROBINSON, CHRISTINE BAKER, SUSAN COLE, SANDRA GRAHAM, CYNTHIA HOUSTON, TINA KENNEDY, PETER MCGRATH, SABIR SAAD, RONELL SMITH, WILFRED VEGIARD, JEROME WEISS, ALANA ADAMS, HELEN ARTIST-ROGERS, WILLIAM BROWN SR., JESSICA L. CARROLL, SUETTE COLLINS, JAMES NICOL, VANESSA MARSHALL, WILLIAM SALTERS, JERRY SIMERLY, and ANNIE THOMAS, <br><br>   Plaintiffs, <br><br> v. <br><br> C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., <br><br>   Defendants. | Case No. 4:16-cv-1233 |

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard" or "Defendants"), by and through counsel, and pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ.

P. 21, move this Court to dismiss the claims of the Out-of-State Plaintiffs for lack of personal jurisdiction.

As more fully set forth in the accompanying Memorandum in Law Support, this Court should dismiss the claims of the Out-of-State Plaintiffs because this Court lacks personal jurisdiction over the Defendants with respect to those claims. Specifically, this Court lacks specific jurisdiction because the Out-of-State Plaintiffs have not alleged, and cannot allege, a single, specific (and non-conclusory) Missouri contact by the Defendants that gives rise to any of their individual claims. Second, as the United States Supreme Court recently made clear in *Daimler AG v. Bauman*, 134 S. Ct. 746 (2014), this Court does not have general jurisdiction over the Defendants because they are not "at home" in Missouri, given Missouri is not their state of incorporation or where their principal places of business are located.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in Support, Bard respectfully requests that this Court dismiss the Out-of-State Plaintiffs' claims for lack of personal jurisdiction.

Respectfully submitted,

 /s/ *Angela M. Higgins*
Angela M. Higgins          MO #52159
Kara T. Stubbs
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:     (816) 471-2121
Facsimile:     (816) 472-0288
higgins@bscr-law.com
stubbs@bscr-law.com

and

>James F. Rogers
>Michelle W. Johnson
>Mark R. Nash
>NELSON MULLINS RILEY &
>   SCARBOROUGH LLP
>Atlantic Station
>201 17th Street NW, Suite 1700
>Atlanta, GA 30363
>Telephone:    (404) 322-6463
>Facsimile:    (404) 322-6381
>
>**ATTORNEYS FOR DEFENDANTS**
>**C. R. BARD, INC., and BARD PERIPHERAL**
>**VASCULAR, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 28th day of July, 2016, which will send notification of the same to all counsel of record.  A copy has also been served on all counsel of record in this proceeding by U.S. Mail, postage prepaid, addressed to:

| | |
|---|---|
| Mark R. Niemeyer | Ramon Rossi Lopez |
| David L. Grebel | Matthew R. Lopez |
| Michael S. Kruse | Amorina P. Lopez |
| NIEMEYER, GREBEL, & KRUSE, LLC | LOPEZ McHUGH, LLP |
| 10 S. Broadway, Suite 1125 | 100 Bayview Circle, Suite 5600 |
| St. Louis, MO 63102 | Newport Beach, CA 82660 |
| (314) 241-1919 | 949-737-1501 |
| Niemeyer@ngklawfirm.com | rlopez@lopezmchugh.com |
| Grebel@ngklawfirm.com | mlopez@lopezmchugh.com |
| Kruse@ngklawfirm.com | alopez@lopezmchugh.com |
| **ATTORNEYS FOR PLAINTIFFS** | |

>  /s/  *Angela M. Higgins*