UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA NOVY, *et al.*, | |
| Plaintiffs, | |
| v. | No.: 4:16-cv-01233-CDP |
| C.R. BARD, INC., *et al.*, | |
| Defendants. | |

## MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c) and for the reasons set forth in Plaintiffs' Memorandum in Support of Motion to Remand, which Plaintiffs incorporate herein by reference, Plaintiffs move for an Order remanding this action to the Circuit Court for the Twenty-Second Judicial Circuit, City of St. Louis, State of Missouri for lack of subject matter jurisdiction.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:   /s/ Michael S. Kruse
Michael S. Kruse #57818MO
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 telephone
314/665-3017 facsimile
kruse@ngklawfirm.com
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 8th day of August, 2016, to all counsel of record.

      /s/ Michael S. Kruse