AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Betty Holland | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-03147-DGC |
| C.R. Bard Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Betty Holland                                                                                           .

Date:     09/23/2016

/s/ Jennifer Williams
*Attorney's signature*

Jennifer Williams: TX Bar No. 24007755
*Printed name and bar number*

3838 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219

*Address*

jwilliams@jacksonallenfirm.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*