AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Debra Bryant | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-03046-DGC |
| C.R. Bard Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Debra Bryant                       .

Date:  09/23/2016                 /s/ Jennifer Williams
                                   *Attorney's signature*

                                   Jennifer Williams; TX Bar No. 24007755
                                   *Printed name and bar number*

                                   3838 Oak Lawn Ave.,
                                   Suite 1100
                                   Dallas, TX 75219
                                   *Address*

                                   jwilliams@jacksonallenfirm.com
                                   *E-mail address*

                                   (214) 521-2300
                                   *Telephone number*

                                   (214) 452-5637
                                   *FAX number*