# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Action No.: 2:16-cv-01886<br>Reagan Jobe v. Bard, et al. | No. 2:15-MD-02641 -DGC<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

Pursuant to Local Rule of Civil Procedure 15.1 (b), Plaintiff Reagan Jobe respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial pursuant to Court Order. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint. The Defendants do not oppose Plaintiff's filing of this Notice or the Amended Complaint.

RESPECTFULLY SUBMITTED this 23rd day of September, 2016

**LOPEZ McHUGH LLP**

By  */s/*Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted pro hac vice)
Matthew Ramon Lopez (CA Bar No. 263134)
(admitted pro hac vice)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

**Attorneys for Plaintiffs**

NOTICE OF FILING AMENDED COMPLAINT

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Matthew R. Lopez