Exhibit A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Related to:<br>2:16-cv-01886<br>Reagan Jobe v. Bard, et al. | No. 2:15-MD-02641 -DGC<br><br>**AMENDED** SECOND AMENDED **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   REAGAN JOBE

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ~~JALEESA JOBE~~    LISA JOBE

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

TEXAS

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

TEXAS

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

TEXAS

7. District Court and Division in which venue would be proper absent direct filing:

Northern District of Texas, Fort Worth Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

On or about December 28, 2007

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit

| | | | |
|---|---|---|---|
| 1 | ☑ | Count VII: | Negligence – Failure to Warn |
| 2 | ☑ | Count VIII: | Negligent Misrepresentation |
| 3 | ☑ | Count IX: | Negligence *Per Se* |
| 4 | ☑ | Count X: | Breach of Express Warranty |
| 5 | ☑ | Count XI: | Breach of Implied Warranty |
| 6 | ☑ | Count XII: | Fraudulent Misrepresentation |
| 7 | ☑ | Count XIII: | Fraudulent Concealment |
| 8 | ☑ | Count XIV: | Violations of Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 10 | ☑ | Count XV: | Loss of Consortium |
| 11 | ☐ | Count XVI: | Wrongful Death |
| 12 | ☐ | Count XVII: | Survival |
| 13 | ☑ | Punitive Damages | |
| 14 | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this ~~13th~~ 23rd day of ~~June~~ September, 2016.

**LOPEZ McHUGH LLP**

By: /s/Matthew R. Lopez
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    Matthew Ramon Lopez (CA Bar No. 263134
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*