IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>2:16-cv-01886<br>Reagan Jobe v. Bard, et al. | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   REAGAN JOBE

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   LISA JOBE

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

TEXAS

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

TEXAS

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

TEXAS

7. District Court and Division in which venue would be proper absent direct filing:

Northern District of Texas, Fort Worth Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

On or about December 28, 2007

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII:	Negligence – Failure to Warn

☑ Count VIII:	Negligent Misrepresentation

☑ Count IX:	Negligence *Per Se*

☑ Count X:	Breach of Express Warranty

☑ Count XI:	Breach of Implied Warranty

☑ Count XII:	Fraudulent Misrepresentation

☑ Count XIII:	Fraudulent Concealment

☑ Count XIV:	Violations of Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count XV:	Loss of Consortium

☐ Count XVI:	Wrongful Death

☐ Count XVII:	Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.	Jury Trial demanded for all issues so triable?

☑ Yes

-4-

☐   No

RESPECTFULLY SUBMITTED this 23rd day of September, 2016.

**LOPEZ McHUGH LLP**

By: ___/s/Matthew R. Lopez_____
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    Matthew Ramon Lopez (CA Bar No. 263134
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*

I hereby certify that on this 23rd day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                        /s/Matthew R. Lopez