1  David P. Matthews
   TX SBN: 13206200
2  MATTHEWS & ASSOCIATES
   2905 Sackett St.
3  Houston, TX 77098
   Tel. (713) 522-5250
4  Fax (713) 535-7184
   matthewsivc@thematthewslawfirm.com
5  dmatthews@thematthewslawfirm.com

6  Richard Freese
   AL Bar No. 6879-E67R
7  Calle M. Mendenhall
   AL Bar No. 7985-W37E
8  FREESE & GOSS, PLLC
   1901 6th Ave N. Ste. 3120
9  Tel. (205) 871-4144
   Fax (205) 871-4104
10 rich@freeseandgoss.com
   calle@freeseandgoss.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>*Thompson v. C.R. Bard, Inc., et al.*<br>Case No. 2:16-cv-02586 | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF FILING AMENDED PLEADING, AND AMENDED COMPLAINT** |

Plaintiff Sharon R. Thompson, through her counsel, hereby withdraws her Notice of Filing Amended Pleading [Doc. 3363, 3363(1)] and Amended Complaint [Doc. 3364].

RESPECTFULLY SUBMITTED this 23rd day of September, 2016.

         **MATTHEWS & ASSOCIATES**

         By: */s/ David P. Matthews*
           David P. Matthews
           2905 Sackett St.
           Houston, TX 77098

         **FREESE & GOSS, PLLC**
           Richard Freese
           Calle M. Mendenhall
           FREESE & GOSS, PLLC
           1901 6th Ave N. Ste. 3120

         *Attorneys for Plaintiff*

I hereby certify that on this 23rd day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

         */s/ David P. Matthews*
         David P. Matthews