IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION     No.  2:15-MD-02641-DGC
_____

This Document Relates to:

   MARGARET E. HOUCK

Civil Case # 2:16-CV-02241-DGC
_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff  Margaret E. Houck through her undersigned counsel, states that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 26th day of September, 2016.

           Respectfully submitted,

           ___/s/ Joseph R. Johnson_____
           Joseph R. Johnson, Fla Bar #372250
           BABBITT & JOHNSON, P.A.
           1641 Worthington Road, Suite 100
           West Palm Beach, FL  33409
           (561) 684-2500 – telephone
           (561) 684-6308 – facsimile
           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        ___/s/ Joseph R. Johnson_____
                                        JOSEPH R. JOHNSON