IN THEUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION              No.  2;15-MD-02641-DGC

_____

This Document Relates to:

STANLEY FOREMAN
RONNICE FOREMAN

Civil Case # 2:16-cv-2256-DGC

_____

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL


The Plaintiffs   STANLEY  FOREMAN  and  RONNICE  FOREMAN  through  their

undersigned counsel, states that the above-captioned action is voluntarily dismissed, without

prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees

to any party.

Dated this 27th day of September, 2016.


Respectfully submitted,


___/s/ Joseph R. Johnson_____
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2016, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.


                    ___/s/ Joseph R. Johnson_____

                    JOSEPH R. JOHNSON