**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiff:<br>Dustin Scheib<br>**CV-16-01400-PHX-DGC** | No.  MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS OF DUSTIN SCHEIB** |

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Dustin Scheib herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Dustin Scheib against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01400-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____          _____
                                                                          Hon. David G. Campbell