Exhibit A

1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Action No.: 2:16-cv-02482<br>Ronald Cook  v. C.R. Bard, et al. | No. 2:15-MD-02641 -DGC<br><br>**AMENDED** SECOND AMENDED<br>**MASTER SHORT FORM COMPLAINT<br>FOR DAMAGES FOR INDIVIDUAL<br>CLAIMS AND DEMAND FOR JURY<br>TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   RONALD COOK_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

   consortium claim:

   ~~STEPHANIE COOK~~ N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian,

   conservator):

   N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

MISSOURI

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

MISSOURI

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

MISSOURI

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Missouri, Springfield Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

On or about May 5, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence – Design
- ☑ Count V: Negligence – Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn

| | | | |
|---|---|---|---|
| 1 | ☑ | Count VIII: | Negligent Misrepresentation |
| 2 | ☑ | Count IX: | Negligence *Per Se* |
| 3 | ☑ | Count X: | Breach of Express Warranty |
| 4 | ☑ | Count XI: | Breach of Implied Warranty |
| 5 | ☑ | Count XII: | Fraudulent Misrepresentation |
| 6 | ☑ | Count XIII: | Fraudulent Concealment |
| 7-8 | ☑ | Count XIV: | Violations of Missouri Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 9 | ☑ (struck through) | Count XV: | Loss of Consortium |
| 10 | ☐ | Count XVI: | Wrongful Death |
| 11 | ☐ | Count XVII: | Survival |
| 12 | ☑ | Punitive Damages | |
| 13-14 | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

15 _____

16 _____

17 _____

18 _____

19 _____

20  13.  Jury Trial demanded for all issues so triable?

21   ☑   Yes

22   ☐   No

-4-

-5-

1   RESPECTFULLY SUBMITTED this ~~22ⁿᵈ~~ <u>27th</u> day of ~~July~~ <u>September</u>, 2016.

2                                               **LOPEZ McHUGH LLP**

3                        By:   */s/*Matthew R. Lopez

                              Ramon Rossi Lopez (CA Bar No. 86361)
                                (admitted *pro hac vice*)
                              Matthew Ramon Lopez (CA Bar No. 263134
                                (admitted *pro hac vice*)
                              100 Bayview Circle, Suite 5600
                              Newport Beach, California 92660

                     *Attorneys for Plaintiffs*