Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on September 27, 2016, Plaintiffs served (by mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Threshold)*

*Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Opinion Leaders and Sales)*

*Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Meridian® and Denali®)*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 28th day of September, 2016.

GALLAGHER & KENNEDY, P.A.

By:  */s/Robert W. Boatman*
　　　Robert W. Boatman
　　　Paul L. Stoller
　　　Shannon L. Clark

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1

2575 East Camelback Road
Phoenix, Arizona  85016-9225

2

3

LOPEZ McHUGH LLP
   Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
   Newport Beach, California 92660

4

5

6

*Attorneys for Plaintiffs*

7

**<u>Certificate of Service</u>**

8

9

    I hereby certify that on this 28th day of September, 2016, I electronically

10

transmitted the attached document to the Clerk's Office using the CM/ECF System for

11

filing and transmittal of a Notice of Electronic Filing.

12

13

*/s/Deborah Yanazzo*
Deborah Yanazzo

14

15

16

17

18

19

20

21

22

23

24

5638725/26997-0001

25

26

27

28

2