IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No. 2:15-MD-02641-DGC

_____

This Document Relates to:

   MARILYN ROSE JACKSON

Civil Case #    2:16-cv-01754-DGC

_____

# **ORDER**

    Considering the parties' Stipulation of Dismissal Without Prejudice of Marilyn Rose Jackson,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Marilyn Rose Jackson against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-01754) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Signed this _____ day of _____, 2016.


                              _____
                              Honorable David G. Campbell
                              United States District Court Judge