IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No.  2:15-MD-02641-DGC

_____

This Document Relates to:

    GARY D. LOWMAN

Civil Case # 2:16-cv-02218-DGC

_____

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff  GARY D. LOWMAN and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 29th day of September, 2016.


Respectfully submitted,


    /s/ Joseph R. Johnson_____
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

_____/s/ Richard B. North, Jr._____
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street NW
Atlanta, GA  30363
Attorneys for Defendants


CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2016, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.


_____/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON