IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION            No.  2:15-MD-02641-DGC
_____

This Document Relates to:

    GARY D. LOWMAN

Civil Case #    2:16-cv-02218-DGC
_____

# ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Gary D. Lowman,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Gary D. Lowman against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-02218) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2016.


_____
Honorable David G. Campbell
United States District Court Judge