# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   __Steven Bushman_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____Donna Bushman_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

__Florida_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

__Florida_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

___Florida_____

7. District Court and Division in which venue would be proper absent direct filing:

__U.S. District Court for the Southern District of Florida_____

8. Defendants (check Defendants against whom Complaint is made):

X   C.R. Bard Inc.

X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X   Diversity of Citizenship

☐   Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- X   G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

_____July 9, 2006_____

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- X   Count I:    Strict Products Liability – Manufacturing Defect
- X   Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- X   Count III:  Strict Products Liability – Design Defect
- X   Count IV:   Negligence - Design
- X   Count V:    Negligence - Manufacture
- X   Count VI:   Negligence – Failure to Recall/Retrofit

-3-

| | | | |
|---|---|---|---|
| | X | Count VII: | Negligence – Failure to Warn |
| | X | Count VIII: | Negligent Misrepresentation |
| | X | Count IX: | Negligence *Per Se* |
| | X | Count X: | Breach of Express Warranty |
| | X | Count XI: | Breach of Implied Warranty |
| | X | Count XII: | Fraudulent Misrepresentation |
| | X | Count XIII: | Fraudulent Concealment |
| | X | Count XIV: | Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | ☐ X | Count XV: | Loss of Consortium |
| | ☐ | Count XVI: | Wrongful Death |
| | ☐ | Count XVII: | Survival |
| | X | Punitive Damages | |
| | ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

-4-

RESPECTFULLY SUBMITTED this 29th day of September, 2016.

BABBITT & JOHNSON, P.A.

By: /s/ Joseph R. Johnson
Joseph R. Johnson (Fla. Bar No. 372250)
Suite 100
1641 Worthington Road
West Palm Beach, FL 33409

HEAVISIDE REED ZAIC

By /s/ Julia Reed Zaic
Julia Reed Zaic
Suite 203
312 Broadway Street
Laguna Beach, CA 92651

*Attorneys for Plaintiffs*

I hereby certify that on this 29th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson

5220248
5220248v1/26997-0001