IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:   BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | CASE NO:  2:15-MD-02641-DGC<br>MDL No. 2641 |

This Document Relates to:
    2:16-cv-02198-DGC
    Janet Fay Layman vs. Bard, et al.

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 11 to show the correct date of implantation.  (see Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Janet Fay Layman requests that this Court grant this request to correct Paragraph 11 to show the correct date of implantation, and direct the Clerk to file the attached Amended Second Amended Master Short Form Complaint.

Dated:  September 29, 2016

/s/ Joseph R. Johnson_____
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500

>Facsimile:  (561) 684-6308
>jjohnson@babbitt-johnson.com

>**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>/s/ Joseph R. Johnson