# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _Janet Fay Layman_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _Michigan_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    ___Michigan_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    ___Michigan_____

7. District Court and Division in which venue would be proper absent direct filing:

    __United States District Court – Eastern Michigan District__

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

        **X**    G2® Vena Cava Filter

        ☐    G2® Express Vena Cava Filter

        ☐    G2® X Vena Cava Filter

        ☐    Eclipse® Vena Cava Filter

        ☐    Meridian® Vena Cava Filter

        ☐    Denali® Vena Cava Filter

        ☐    Other: _____

11. Date of Implantation as to each product:

   ~~5/17/2010~~     **7/23/2008**_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:    Strict Products Liability – Manufacturing Defect

    **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:    Strict Products Liability – Design Defect

    **X**    Count IV:    Negligence - Design

    **X**    Count V:    Negligence - Manufacture

    **X**    Count VI:    Negligence – Failure to Recall/Retrofit

    **X**    Count VII:    Negligence – Failure to Warn

    **X**    Count VIII:    Negligent Misrepresentation

    **X**    Count IX:    Negligence *Per Se*

    **X**    Count X:    Breach of Express Warranty

    **X**    Count XI:    Breach of Implied Warranty

    **X**    Count XII:    Fraudulent Misrepresentation

    **X**    Count XIII:    Fraudulent Concealment

    **X**    Count XIV:    Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII:    Survival

    **X**    Punitive Damages

    ☐    Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

13.    Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 29th day of September, 2016.

        BABBITT & JOHNSON, P.A.

        By:____*/s/ Joseph R. Johnson*_____
            Joseph R. Johnson (Fla. Bar No. 372250)
            Suite 100
            1641 Worthington Road
            West Palm Beach, FL 33409

(561) 684-2500
jjohnson@babbitt-johnson.com