IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re:   BARD IVC FILTERS            CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION                 MDL No. 2641

_____

This Document Relates to:
    2:16-cv-02198-DGC
    Janet Fay Layman vs. Bard, et al.

_____

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Janet Fay Layman be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2016.

_____
Honorable Judge David G. Campbell
United States District Court Judge