**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| Amanda Channell,  )<br>)<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>Bard Peripheral Vascular, Inc. and C. R.  )<br>Bard, Inc., et al.,  )<br>)<br>    Defendant.  ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-16-03204-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: September 29, 2016      /s/ Richard B. North, Jr.
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail Address*

(404) 322-6000
*Telephone number*

(404 322-6050
*FAX number*