1  Matthew D. Schultz
   Levin, Papanontio, Thomas, Mitchell,
2  Rafferty & Proctor, P.A.
   316 S. Baylen Street, Suite 600
3  Pensacola, FL 32502
   FL Bar # 640328
4  mschultz@levinlaw.com
   (850) 435-7140
5
   Attorney for Plaintiffs
6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

9  IN RE: BARD IVC FILTERS PRODUCTS          No. MDL-15-02641-PHX-DGC
   LIABILITY LITIGATION
10
11 This Document Relates To:                 **PLAINTIFFS' NOTICE OF SERVING
                                             RESPONSES TO DEFENDANTS'**
   Glen Watson                               **FIRST REQUESTS FOR PRODUCTION**
12 Civil Case # 2:16-cv-00793-PHX-DGC        **OF DOCUMENTS AND FIRST**
                                             **INTERROGATORIES TO ALL**
13 Denine Callihan                           **PLAINTIFFS**
   Civil Case # 2:16-cv-01005-PHX-DGC
14
   Cynthia Bradbury
15 Civil Case # 2:16-cv-01006-PHX-DGC

16 Denise Jolly
   Civil Case # 2:16-cv-01007-PHX-DGC
17
   Jolene Morris
18 Civil Case # 2:16-cv-01008-PHX-DGC

19 Wanda Rossmiller
   Civil Case # 2:16-cv-01010-PHX-DGC
20
   Janine Johnson
21 Civil Case # 2:16-cv-01543-PHX-DGC

22 Jeff Keel
   Civil Case # 2:16-cv-01726-PHX-DGC
23
   Frank Benanti
24 Civil Case # 2:16-cv-01940-PHX-DGC

25 Luz Licea
   Civil Case # 2:16-cv-02205-PHX-DGC
26
   Amparo Pastor
27 Civil Case # 2:16-cv-02443-PHX-DGC

28 Nancy James
   Civil Case # 2:16-cv-02506-PHX-DGC

Debra Martin
Civil Case # 2:16-cv-02731-PHX-DGC

Janice Wray
Civil Case # 2:16-cv-03070-PHX-DGC

William Davis through his parent
   Mona Davis
Civil Case # 2:16-cv-03180-PHX-DGC

Purusant to Fed. R. Civ. P. 33 and 34, Plaintiffs Glen Watson, Denise Jolly, Wanda Rossmiller, Denine Callihan, Cynthia Bradbury, Jolene Morris, Janine Johnson, Jeff Keel, Frank Benanti, Luz Licea, Amparo Pastor, Nancy James, Debra Martin, Janice Wray, and William Davis through his parent Mona Davis, by and through undersigned counsel, hereby file this notice of serving their responses to Defendants' First Requests for Production of Documents and First Interrogatories to All Plaintiffs.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2016, a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/ECF system.

*/s/ Matthew D. Schultz*
Matthew D. Schultz