IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:   BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | NO: MDL15-02641- PHX DGC |
| This Document Relates to: | **ORDER** |
| CV16-0890-PHX DGC Steven Bushman vs. Bard, et al. | |

Pending before the Court is Plaintiff's unopposed motion for leave to amend complaint.  Doc. 3509.

**IT IS ORDERED** that the unopposed motion for leave to amend complaint (Doc. 2509) is **granted.**  The Clerk of the Court is directed to accept for filing the short form complaint docketed as Doc. 3509-1 on the Court's docket in this matter.

Dated this 3rd day of October, 2016.

David G. Campbell
United States District Judge