IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION              No. MDL 15-2641-PHX DGC

This Document Relates to:

    GARY D. LOWMAN                                **ORDER**

Civil Case #   CV16-02218-PHX DGC

    Considering the parties' stipulation of dismissal without prejudice of Gary D. Lowman.  Doc. 3508.

    **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the stipulation of dismissal without prejudice (Doc. 3508) is **granted.**  All claims of Plaintiff Gary D. Lowman against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-02218 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 3rd day of October, 2016.

David G. Campbell
United States District Judge