IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No.  MDL15-02641-PHX DGC

This Document Relates to:

MARILYN ROSE JACKSON                   **ORDER**

Civil Case #   CV16-01754-PHX DGC

Considering the parties' stipulation of dismissal without prejudice of Marilyn Rose Jackson.  Doc. 3507.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the stipulation of dismissal without prejudice of Marilyn Rose Jackson (Doc. 3507) is **granted.**  All claims of Plaintiff Marilyn Rose Jackson against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-01754 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 3rd day of October, 2016.

_____
David G. Campbell
United States District Judge