IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:  BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | CASE NO:  MDL15-02641-PHX DGC |
| This Document Relates to:<br>     CV16-02198-PHX DGC<br>     Janet Fay Layman vs. Bard, et al. | **ORDER** |

Plaintiff has filed an unopposed motion for leave to amend complaint.  Doc. 3510.

**IT IS ORDERED** that the unopposed motion for leave to amend complaint (Doc. 3510) is **granted.**  The Clerk of the Court shall accept for filing the document filed as Doc. 3510-1 on the Court's docket.

Dated this 3rd day of October, 2016.

_____
David G. Campbell
United States District Judge