UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA E. BARRAZA, THOMAS FLOURNAY, JAMES HOLT, GREGORY LESTER, KEVIN MEEKS, MICHELLE MESSNER, EDDIE MIMS, DELMAR LEE PECK, LATASHA PROPHET, DENISE TOMLIN, AND DIANE WASHINGTON<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No. CV16-01374-PHX DGC<br><br>**ORDER** |

Having considered Plaintiffs' unopposed motion for substitution and to amend (Doc. 24) and the parties' stipulation of dismissal without prejudice (Doc. 23).

**IT IS ORDERED:**

1. The parties' stipulation of dismissal without prejudice (Doc. 23) is **granted.** The claims of Plaintiff Latasha Prophet are dismissed in their entirety without prejudice, each party to bear its own costs and attorneys' fees.

2. Plaintiff's unopposed motion for substitution and to amend (Doc. 24) is **granted.** Ms. Nancy Mosher is substituted as a proposed class representative in this case, in place of Ms. Latasha Prophet.

3. Plaintiffs may file an amended complaint to reflect the substitution of

1319277.1

1   Ms. Mosher for Ms. Prophet.  Defendants need not file an amended answer, and may
2   stand on their previously filed answer.
3        Dated this 3rd day of October, 2016.

*David G. Campbell*
United States District Judge