# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Michael A. Donigan v. C.R. Bard, Inc.*<br>*Civil Action No. 2:16-cv-03274-DGC* | MDL Case No. 2:15-md-02641-DGC<br><br>**ENTRY OF APPEARANCE OF JOSEPH J. ZONIES** |

**TO THE CLERK:**

Joseph J. Zonies, of the law firm ZONIES LAW LLC, hereby enters his appearance as attorney of record on behalf of the plaintiff, MICHAEL A. DONIGAN, in the above-captioned matter.

RESPECTFULLY SUBMITTED this 4th day of October, 2016.

**ZONIES LAW LLC**

/s/ *Joseph J. Zonies*
Joseph J. Zonies
1900 Wazee Street, Suite 203
Denver, CO 80202
Tel. (720) 464-5300
Fax (720) 961-9252
jzonies@zonieslaw.com

*Attorney for Plaintiff*

Zonies Law LLC
1900 Wazee St., #203
Denver, CO 80202
(720) 464-5300

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE OF JOSEPH J. ZONIES** with the Clerk of Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

                                                  */s/ Jenelle Cox*
                                                  Jenelle Cox