Exhibit A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Action No.: 2:16-cv-02582-DGC<br>Mary Parent-Komorowski v. Bard, et al. | No. 2:15-MD-02641-DGC<br><br>**AMENDED** SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    MARY PARENT-KOMOROWSKI_____ _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    ~~RICHARD KOMOROWSKI~~ N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

ONTARIO

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

ONTARIO

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

ONTARIO

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of Florida, Miami Division

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

   October 30, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:   Strict Products Liability – Manufacturing Defect
- ☑ Count II:  Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV:  Negligence - Design
- ☑ Count V:   Negligence - Manufacture
- ☑ Count VI:  Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn

|   |   |   |
|---|---|---|
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ~~☑~~ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☑ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

1  RESPECTFULLY SUBMITTED this 4~~29~~th day of ~~July~~ October, 2016.

**LOPEZ McHUGH LLP**

By: /s/Matthew R. Lopez
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    Matthew Ramon Lopez (CA Bar No. 263134
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*


I hereby certify that on this ~~29th~~ 4th day of ~~July~~ October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Matthew R. Lopez