Russell W. Budd (03312400)
Laura J. Baughman (00791846)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel:  (214) 521-3605
rbudd@baronbudd.com
lbaughman@baronbudd.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | **Case No: 15-md-02641-PHX-DGC** |
| THIS DOCUMENT RELATES TO: | **MDL DOCKET NO. 15-2641** |
| Olan Jones, C.A. No. 2:16-cv-01357-DGC | **JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

Date: October 3, 2016                    Respectfully Submitted:

/s/ Laura J. Baughman
Russell W. Budd
Laura J. Baughman
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
rbudd@baronbudd.com
lbaughman@baronbudd.com

*Attorneys for Plaintiff*

/s/ Richard B. North, Jr.
Richard B. North, Jr.
**Nelson Mullins Riley & Scarborough, LLC**
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
richard.north@nelsonmullins.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on October 3, 2016, which will serve a copy on all counsel of record.

Date: October 3, 2016               /s/ Laura J. Baughman
                                    Laura J. Baughman