# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiffs:<br>Alana Darlene Adams and Christopher Paul Adams<br>**CV-16-01892-PHX-DGC** | No. MD-15-02641-PHX-DGC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Alana Darlene Adams and Christopher Paul Adams,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs Alana Darlene Adams and Christopher Paul Adams against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01892-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated: _____, 2016

_____
HONORABLE DAVID G. CAMPBELL
Judge, United States District Court