Thomas P. Cartmell (MO Bar No. 45366 )
David C. DeGreeff (MO Bar No. 55019)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Telephone (816) 701-1100
Fax (816) 531-2372

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on October 4, 2016, Plaintiffs served (by mail) upon Defendants the following discovery papers:

*Wagstaff & Cartmell's Answers to Defendants' Interrogatories*

*and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

Respectfully submitted this 4th day of October, 2016.

By: */s/David C. DeGreeff*
Thomas P. Cartmell (MO Bar No. 45366 )
David C. DeGreeff (MO Bar No. 55019)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 4th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          */s/ David C. DeGreeff*
                                          David C. DeGreeff