**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Ahmed S. Diab (SBN 262319)
Kristen Barton (SBN 303228)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
adiab@gomeztrialattorneys.com

**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

1. Plaintiff/Deceased Party:

   Gladys Davis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   N/A

///

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   <u>Texas</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   <u>Texas</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>Northern District of Texas</u>

8. Defendants (check Defendants against whom Complaint is made):

   ✓ C.R. Bard Inc.

   ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ✓ G2® Vena Cava Filter

    ☐ G2® Express (G2®X) Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other:

11. Date of Implantation as to each product:

    <u>10/07/2006</u>

2

Gomez
Trial Attorneys

12. Counts in the Master Complaint brought by Plaintiff(s):

✓ Count I:        Strict Products Liability – Manufacturing Defect

✓ Count II:       Strict Products Liability – Information Defect (Failure to Warn)

✓ Count III:      Strict Products Liability – Design Defect

✓ Count IV:       Negligence – Design

✓ Count V:        Negligence – Manufacture

✓ Count VI:       Negligence – Failure to Recall/Retrofit

✓ Count VII:      Negligence – Failure to Warn

✓ Count VIII:     Negligent Misrepresentation

✓ Count IX:       Negligence Per Se

✓ Count X:        Breach of Express Warranty

✓ Count XI:       Breach of Implied Warranty

✓ Count XII:      Fraudulent Misrepresentation

✓ Count XIV:      Violations of Applicable <u>Texas</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:       Loss of Consortium

☐ Count XVI:      Wrongful Death

✓ Punitive Damages

☐ Other(s):       _____  (please state the facts supporting this count in the space immediately below)

_____

_____

/// 
/// 
/// 
/// 
/// 
/// 

Gomez
Trial Attorneys

13. Jury Trial demanded for all issues so triable?

   ✓  Yes

   ☐  No

RESPECTFULLY SUBMITTED this 4th day of October, 2016

                      GOMEZ TRIAL ATTORNEYS

                 By: /s/ Ahmed S. Diab

Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial