BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL DOCKET NO. 2641 |

**MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF CHERYL ROUSE**

Come now the attorney Alex C. Park as principal of the Law Offices of Alex C. Park, and for this Motion to Withdraw as Counsel to Plaintiff Cheryl Rouse, state:

1. Alex C. Park has actively carried out his duties in the best interest of the plaintiff, Cheryl Rouse.

2. Cheryl Rouse contacted the Law Offices of Alex C. Park stating that she seeks legal representation from a different attorney and requested to be represented by a new attorney in this matter.

3. To date, no substitution of counsel has been filed on behalf of Cheryl Rouse in this lawsuit.

4. The plaintiff, Cheryl Rouse, will not be prejudiced at this time by the withdrawal of Alex C. Park as counsel.

5. The plaintiff, Cheryl Rouse, will be served with this Motion to Withdraw and any notice of hearing, if one is so scheduled for this Motion to Withdraw as attorney of record.

**WHEREFORE,** Plaintiff's counsel prays this Court enter an Order granting Alex C. Park leave to withdraw as attorney of record in this matter.

Respectfully Submitted,

Dated: October 4, 2016                              LAW OFFICES OF ALEX C. PARK

/s/ *Alex C. Park*

By: Alex C. Park [SBN 197781]
alexcpark@hotmail.com
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Boulevard, Suite 100
Santa Clara, California 950501
Telephone: (408) 246-1515
Facsimile:  (408) 246-4105
Attorney for Plaintiff Cheryl Rouse

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of October, 2016, a true and correct copy of the foregoing Motion to Withdraw as Counsel to Plaintiff Cheryl Rouse has been served on this Court using the CM/ECF system.

A copy was also served upon Plaintiff Cheryl Rouse at her last known address, by depositing the same in the U.S. Mail, postage prepaid.

Dated: October 4, 2016                                        LAW OFFICES OF ALEX C. PARK

/s/ *Alex C. Park*

By: Alex C. Park