**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to Plaintiffs:<br><br>Alana Darlene Adams and Christopher<br>Paul Adams<br>**CV-16-01892-PHX-DGC**<br>_____ | No. MDL-15-02641-PHX-DGC<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Alana Darlene Adams and Christopher Paul Adams.   Doc. 3574,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** the stipulation of dismissal (Doc. 3574) is **granted.**   The claims of Plaintiffs Alana Darlene Adams and Christopher Paul Adams against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01892-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 4th day of October, 2016.

_____
David G. Campbell
United States District Judge