# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This pleading relates to Plaintiffs: | **ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |
| Olan Jones<br>**CV-16-01357-PHX-DGC** | |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Olan Jones.   Doc. 3572.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** the stipulation of dismissal (Doc. 3572) is **granted.**   The claims of Plaintiff Olan Jones against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-01357-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 4th day of October, 2016.

_____
David G. Campbell
United States District Judge