1   Tim K. Goss – tim@freeseandgoss.com
**FREESE & GOSS, PLLC**
2   3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
3   Telephone: (214) 761-6610
Facsimile: (214) 761-6688
4

Richard A. Freese – rich@freeseandgoss.com
5   **FREESE & GOSS, PLLC**
1901 6TH Avenue North, Suite 3120
6   Birmingham, AL 35203
Telephone: (205) 871-4144
7   Facsimile: (205-871-4104

8                        UNITED STATES DISTRICT COURT

9                           DISTRICT OF ARIZONA

10

11   IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION     No. MD-15-02641-PHX-DGC
12
                                 **NOTICE OF SERVICE OF
13                                 DISCOVERY PAPERS**

14

15         PLEASE TAKE NOTICE that on October 5, 2016, Plaintiffs served (by mail) upon
16   Defendants the following discovery papers:
17            *Freese & Goss' Answers to Defendants' Interrogatories and*
18                *Response to Request for Production*
19         Plaintiffs are filing this notice in lieu of filing the original discovery papers
20   pursuant to LRCiv 5.2.
21

22         Respectfully submitted this 5th day of October, 2016.
23

24

25                           **FREESE & GOSS, PLLC**

26

27                    By: _____
28                        Richard A. Freese
                              rich@freeseandgoss.com

1   1901 6th Avenue North, Suite 3120
2   Birmingham, Alabama 35203
    Tim K. Goss
3   tim@freeseandgoss.com
    3500 Maple Avenue, Suite 1100
4   Dallas, Texas 75219
5   Telephone: (214) 761-6610
    Facsimile: (214) 761-6688
6
7   *Attorneys for Plaintiffs*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Richard A. Freese