Tim K. Goss – tim@freeseandgoss.com
**FREESE & GOSS, PLLC**
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 761-6610
Facsimile: (214) 761-6688

Richard A. Freese – rich@freeseandgoss.com
**FREESE & GOSS, PLLC**
1901 6TH Avenue North, Suite 3120
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205-871-4104

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on October 5, 2016, Plaintiffs served (by mail) upon Defendants the following discovery papers:

*Freese & Goss' Answers to Defendants' Interrogatories and*

*Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

Respectfully submitted this 5th day of October, 2016.

**FREESE & GOSS, PLLC**

By: /s/ Richard A. Freese
Richard A. Freese
rich@freeseandgoss.com

1901 6th Avenue North, Suite 3120
Birmingham, Alabama 35203
Tim K. Goss
tim@freeseandgoss.com
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 761-6610
Facsimile: (214) 761-6688

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Richard A. Freese