MICHAEL A. KELLY (California State Bar #71460)
mkelly@walkuplawoffice.com
DOUGLAS S. SAELTZER (California State Bar # 173088)
dsaeltzer@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
415-981-7210

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on October 5, 2016, Plaintiffs served (by mail) upon Defendants the following discovery papers:

*Walkup, Melodia, Kelly & Schoenberger's Answers to Defendants'*

*Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2

RESPECTFULLY SUBMITTED this 5th day of October, 2016.

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: */s/ Douglas S. Saeltzer*
  Douglas S. Saeltzer
  650 California Street, 26th Floor
  San Francisco, CA 94108-2615
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF Syste,m for filing and transmittal of a Notice of Electronic filing.

*/s/ Heather M. Ehmke*
Heather M. Ehmke