Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Gallagher & Kennedy's Answers to Defendants' Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 5th day of October, 2016.

              GALLAGHER & KENNEDY, P.A.

              By: */s/Robert W. Boatman*
                Robert W. Boatman
                Paul L. Stoller
                Shannon L. Clark
                2575 East Camelback Road
                Phoenix, Arizona  85016-9225

              *Attorneys for Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that on this 5th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                            */s/Deborah Yanazzo*
                                            Deborah Yanazzo

5648185/26997-0001