IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS** <br> **PRODUCT LIABILITY LITIGATION** | No. MDL-15-02641-PHX-DGC <br><br> NOTICE OF SERVICE OF DISCOVERY PAPERS |

PLEASE TAKE NOTICE that on October 5, 2016, Plaintiffs served (by mail) upon Defendants the following discovery papers:

**Attorney Ben C. Martin's Answers to Defendants' Interrogatories and Responses to Defendants' Request for Production**

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

Respectfully Submitted,

/s/ Ben C. Martin_____
Ben C. Martin
State Bar No.: 13052400
Thomas Wm. Arbon
State Bar No.: 01284275
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                */s/ Ben C. Martin*
                                Ben C. Martin