Nathan C. VanDerVeer
*Admitted Pro Hac Vice*
**FARRIS, RILEY & PITT, L.L.P.**
505 20th Street North, Suite 1700
Birmingham, AL  35203
(205) 324-1212 phone
(205) 324-1255 fax
nate@frplegal.com email
*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

## FARRIS, RILEY & PITT'S ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION

PLEASE TAKE NOTICE that on the date below, Plaintiffs served via U.S. Mail and E-mail upon Defendants the following discovery papers:

*Farris, Riley & Pitt's Answers to Defendants' Interrogatories and Response to Request for Production.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv. 5.2

Respectfully submitted, this the 6th day of October, 2016.

**FARRIS, RILEY & PITT, LLP**

*/s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer
AL BAR: 7794-A63V
505 20th Street North, Suite 1700
Birmingham, AL  35203
(205) 324-1212 phone
(205) 324-1255 fax
nate@frplegal.com email
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer