Hadley L. Matarazzo (*pro hac vice*) – hmatarazzo@faraci.com
**FARACI LANGE, LLP**
28 E. Main Street, Suite 1100
Rochester, New York 14614
Telephone: (585) 325-5150

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGIATION | No. MD-15-02641-PHX-DGC |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Faraci Lange, LLP's Answers to Defendants'*
*Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 6th day of October, 2016.

                FARACI LANGE, LLP


        By: /s/ Hadley L. Matarazzo
            Hadley L. Matarazzo
            Faraci Lange, LLP
            28 E. Main Street, Suite 1100
            Rochester, New York 14614

            *Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Hadley L. Matarazzo
Hadley L. Matarazzo