**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Ahmed S. Diab (SBN 262319)
Kristen Barton (SBN 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
ADiab@GomezTrialAttorneys.com

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

1. Plaintiff/Deceased Party:

   Kent Hoeft

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   N/A

///

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   California

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Arizona

7. District Court and Division in which venue would be proper absent direct filing:

   Central District of California

8. Defendants (check Defendants against whom Complaint is made):

   ✓ C.R. Bard Inc.

   ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express (G2®X) Vena Cava Filter

    ✓ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other: _____

11. Date of Implantation as to each product:

    07/30/2010

12. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I:			Strict Products Liability – Manufacturing Defect
- ✓ Count II:			Strict Products Liability – Information Defect (Failure to Warn)
- ✓ Count III:			Strict Products Liability – Design Defect
- ✓ Count IV:			Negligence – Design
- ✓ Count V:			Negligence – Manufacture
- ✓ Count VI:			Negligence – Failure to Recall/Retrofit
- ✓ Count VII:			Negligence – Failure to Warn
- ✓ Count VIII:			Negligent Misrepresentation
- ✓ Count IX:			Negligence Per Se
- ✓ Count X:			Breach of Express Warranty
- ✓ Count XI:			Breach of Implied Warranty
- ✓ Count XII:			Fraudulent Misrepresentation
- ✓ Count XIV:			Violations of Applicable <u>California</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV:			Loss of Consortium
- ☐ Count XVI:			Wrongful Death
- ✓ Punitive Damages
- ☐ Other(s):		_____		(please state the facts supporting this count in the space immediately below)

_____

_____

///

///

///

///

///

///

13. Jury Trial demanded for all issues so triable?

    ✓ Yes

    ☐ No

RESPECTFULLY SUBMITTED this 6th day of October, 2016

                                  GOMEZ TRIAL ATTORNEYS

                                  By: /s/ Ahmed S. Diab_____