1  Marlene J. Goldenberg (*pro hac vice*) – mjgoldenberg@goldenberglaw.com
   Stuart L. Goldenberg *(pro hac vice)* – slgoldenberg@goldenberglaw.com
2  **GOLDENBERGLAW, PLLC**
   800 LaSalle Avenue, Suite 2150
3  Minneapolis, MN 55401
   Telephone: (612) 333-4662
4

5

6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8
   IN RE: BARD IVC FILTERS
9  PRODUCTS LIABILITY LITIGATION        No. 2:15-MD-02641-DGC

10

11

12

13              **NOTICE OF SERVICE OF DISCOVERY PAPERS**

14

15          PLEASE TAKE NOTICE that on October 6, 2016, Plaintiffs served (by mail) upon

16  Defendants the following discovery papers:

17          *GoldenbergLaw, PLLC's Answers to Defendants' Interrogatories and*

18          *Response to Request for Production*

19          Plaintiffs are filing this notice in lieu of filing the original discovery papers

20  pursuant to LRCiv 5.2.

21          RESPECTFULLY SUBMITTED this 6th day of October, 2016.

22                                  **GOLDENBERGLAW, PLLC.**

23                                  By: /s/ Marlene J. Goldenberg
24                                  Marlene J. Goldenberg
                                    Stuart L. Goldenberg
25                                  GoldenbergLaw, PLLC
                                    800 LaSalle Avenue, Suite 2150
26                                  Minneapolis, MN 55401

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


 */s/ Christina Sand*
Christina Sand