IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>JONATHAN DAVID MILLER<br>_____<br><br>JONATHAN DAVID MILLER<br><br>   Plaintiff,<br><br>   v.<br><br>C. R. BARD, INC., et al.,<br><br>   Defendants. | MDL Docket No. 15-2641<br><br><br><br><br><br>Case No. 2:16-cv-03394-PHX-DGC |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Jonathan David Miller.

Dated: October 6, 2016                    Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)


By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

                       (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***

      I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                          */s/ David C. DeGreeff*