IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) ) |
| MICHAEL LANCE | ) ) |
| MICHAEL LANCE, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| C. R. BARD, INC., et al., | ) ) |
| Defendants. | ) |

MDL Docket No. 15-2641

Case No. 2:16-cv-03395-PHX-DGC

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Michael Lance.

Dated: October 6, 2016                    Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)


By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

    (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

    I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                         */s/ David C. DeGreeff*