UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGIATION | No. MD-15-02641-PHX-DGC |

NOTICE OF SERVICE OF DISCOVERY

Please take notice that on October 6, 2015, Plaintiffs served (by mail) upon Defendants the following discovery papers:

**Attorney Matthew R. McCarley's Answers to Defendants' Interrogatories and Responses to Defendants' Request for Production**

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

Respectfully Submitted,

/s/ Matthew R. McCarley

Matthew R. McCarley
**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Matthew R. McCarley