Christopher T. Kirchmer
Texas Bar No. 00794099
**Provost★Umphrey Law Firm, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, TX 77701
(409) 835-6000 – Telephone
(409) 813-8614 – Facsimile
Ckirchmer@pulf.com - Email

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGIATION | RE:<br><br>All Plaintiffs: MDL No. 2:15-md-02641-PHX-DGC<br>Smith v. C.R. Bard, et al; 2:15-cv-01742-DCG<br>Fox v. C.R. Bard, et al; 2:15-cv-01707-DCG |

**PROVOST★UMPHREY LAW FIRM, L.L.P.'S ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION**

PLEASE TAKE NOTICE that on the date below, Plaintiffs served via U.S. Mail and/or E-mail upon Defendants the following discovery papers:

*Provost ★Umphrey Law Firm, L.L.P.'s Answers to Defendants' Interrogatories & Response to Request for Production.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv. 5.2.

Respectfully submitted on this 6th day of October, 2016.

**PROVOST★UMPHREY LAW FIRM, L.L.P.**

By: _____
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P.O. Box 4905
Beaumont, TX 77701
(409) 835-6000 – Telephone
(409) 813-8614 – Facsimile
Ckirchmer@pulf.com - Email
***Attorney for Plaintiffs***

**VERIFICATION**

I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_____
Christopher T. Kirchmer