Laura J. Baughman (TX 00791846; *Pro Hac Vice*)
Russell W. Budd  (TX 03312400; *Pro Hac Vice*)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel:  (214) 521-3605
Fax: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.: MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served via U.S. Mail and E-mail upon Defendants the following discovery papers:

*Baron & Budd, P.C.'s Answers to Defendants'*
*Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv. 5.2.

Respectfully submitted, this the 6th day of October, 2016.

**BARON & BUDD, P.C.**

/s/ Laura J. Baughman
Laura J. Baughman (TX 00791846; *Pro Hac Vice*)
Russell W. Budd  (TX 03312400; *Pro Hac Vice*)
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
Fax: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Laura J. Baughman<br>
Laura J. Baughman