David P. Matthews – dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, Texas 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGIATION | No. MD-15-02641-PHX-DGC **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on October 5, 2016, Plaintiffs served (by mail) upon Defendants the following discovery papers:

*Matthews and Associates' Answers to Defendants' Interrogatories and*

*Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

Respectfully submitted this 6th day of October, 2016.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
dmatthews@thematthewslawfirm.com
2905 Sackett Street
Houston, Texas 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                        */s/ David P. Matthews*
                        David P. Matthews