
1  Julia Reed Zaic – CA Bar No.224671; FL Bar No.530336
   (julia@hrzlaw.com)
2  Michael Heaviside – DC Bar No. 408817; VA Bar No. 19535
   (mheaviside@hrzlaw.com)
3  Laura Smith - LA Bar No. 33651
   (laura@hrzlaw.com)
4  **HEAVISIDE REED ZAIC, A LAW CORP.**
   312 Broadway Street, Suite 203
5  Laguna Beach, California 92651
   Telephone: (949) 715-5121
6
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |
|---|---|

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Heaviside Reed Zaic's Answers to Defendants'*
*Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 6th day of October, 2016.

          HEAVISIDE REED ZAIC, A LAW CORP.

          By: */s/Julia Reed Zaic*
              Julia Reed Zaic
              Michael Heaviside
              Laura Smith
              312 Broadway Street, Suite 203
              Laguna Beach, California 92651
              *Attorneys for Plaintiffs*

-1-

**HEAVISIDE REED ZAIC'S ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION**

## Certificate of Service

I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Stephanie Albers*
Stephanie Albers

**HEAVISIDE REED ZAIC'S ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION**