Julia Reed Zaic – CA Bar No.224671; FL Bar No.530336
(julia@hrzlaw.com)
Michael Heaviside – DC Bar No. 408817; VA Bar No. 19535
(mheaviside@hrzlaw.com)
Laura Smith - LA Bar No. 33651
(laura@hrzlaw.com)
**HEAVISIDE REED ZAIC, A LAW CORP.**
312 Broadway Street, Suite 203
Laguna Beach, California 92651
Telephone: (949) 715-5121

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Heaviside Reed Zaic's Answers to Defendants' Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 6th day of October, 2016.

                                      HEAVISIDE REED ZAIC, A LAW CORP.

                                      By:*/s/Julia Reed Zaic*
                                                Julia Reed Zaic
                                                Michael Heaviside
                                                Laura Smith
                                                312 Broadway Street, Suite 203
                                                Laguna Beach, California 92651
                                                *Attorneys for Plaintiffs*

-1-

**HEAVISIDE REED ZAIC'S ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION**

## Certificate of Service

I hereby certify that on this 6th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          */s/Stephanie Albers*
          Stephanie Albers

-2-

**HEAVISIDE REED ZAIC'S ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION**