John A. Dalimonte, Esquire
Dalimonte Rueb Law Group LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel: (617) 302-9900
Fax: (617) 742-9130
john@drlawllp.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

------------------------------------------------------)
IN RE: BARD IVC FILTER PRODUCTS  )      C.A. No. 2:15-MD-02641-DCG
      LIABILITY LITIGATION                    )      MDL No. 2641
------------------------------------------------------)

### NOTICE OF SERVICE OF DISCOVERY PAPERS

PLEASE TAKE NOTICE that on the date below, counsel for some of the plaintiffs served the following discovery papers:

ATTORNEY JOHN A. DALIMONTE ANSWERS TO DEFENDANTS' INTERROGATORIES AND RESPONSE TO PRODCUTION OF DOCUMENTS

This notice is filed in lieu of filing original discovery papers pursuant to LRCiv 5.2.

Respectfully submitted,

*/s/John A. Dalimonte*

John A. Dalimonte, Esquire
Dalimonte Rueb Law Group LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel: (617) 302-9900
Fax: (617) 742-9130
john@drlawllp.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016, a true and correct copy of the foregoing was sent electronically to all counsel of record:

*/s/John A. Dalimonte*
John A. Dalimonte

1