Wendy R. Fleishman
Daniel E. Seltz
Adam H. Weintraub
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: wfleishman@lchb.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Lieff Cabraser's Answers to Defendants'*
*Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 6th day of October, 2016.

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:   /s/Wendy R. Fleishman
Wendy R. Fleishman
Daniel E. Seltz
Adam H. Weintraub
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: wfleishman@lchb.com

*Attorneys for Plaintiffs*

1320989.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6th, 2016, I caused to be electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Adam H. Weintraub*
Adam H. Weintraub

1320989.1                                    - 2 -