# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**This Order Relates to:**<br><br>**Cheryl Rouse v. Bard, et al., CV15-2227 PHX DGC** | MDL No. 15- 2641 PHX DGC |

Pending before the Court is Plaintiff counsel's motion to withdraw in individual Case No. CV15-2227 PHX DGC.  Doc. 3578.

**IT IS ORDERED** that the Court will hold a telephonic hearing on Plaintiff's counsel's motion to withdraw as counsel on **October 26, 2016 at 3:30 p.m.**  Counsel for Plaintiff Rouse (Alex C. Park), Plaintiff Cheryl Rouse, and counsel for Defendants shall participate in the hearing.  Counsel for Plaintiff Rouse shall arrange for a conference call to include counsel for Defendants, Plaintiff Cheryl Rouse, and the Court.

Dated this 6th day of October, 2016.

_____
David G. Campbell
United States District Judge

cc:  Alex C. Park (alexcpark@hotmail.com)