# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

Wendy Proudlock-Smith,                    )
                                          )
                Plaintiff,          )          MDL Case No. 2:15-md-02641-DGC
                                          )
                v.                   )          Civil Action No.  CV-16-03307-PHX-DGC
                                          )
C. R. Bard Inc.,                          )
                                          )
                Defendant.          )
                                          )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

       Defendant C. R. Bard, Inc.


Date:  October 6, 2016          /s/ Richard B. North, Jr.
                                 *Attorney's signature*


C. R. Bard, Inc.              Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*     *Printed Name and bar number*
*service of summons*

                                   Nelson Mullins Riley & Scarborough, LLP
                                   201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                   *Address*

                                   richard.north@nelsonmullins.com
                                   *E-mail address*

                                   (404) 322-6155
                                   *Telephone number*

                                   (404) 322-6050
                                   *FAX number*