David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>Case No. 2:16-cv-02500-DGC | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF ARON C. ALDRIDGE** |

**PLEASE TAKE NOTICE THAT** Attorney David P. Matthews of the law firm of Matthews & Associates and pursuant to Fed. R. Civ. P. 25, hereby suggests upon the record, the death of Plaintiff Aron C. Aldridge. Upon information and belief, Plaintiff Aron C. Aldridge died on or about June 23, 2016. An obituary believed to be for Plaintiff Aron C. Aldridge is attached hereto as Exhibit "A".

RESPECTFULLY SUBMITTED this 7th day of October, 2016.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120

*Attorneys for Plaintiff*

-3-

I hereby certify that on this 7th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews