# EXHIBIT "A"

Aron Aldridge Obituary: Aron Aldridge's Obituary by the Citrus County Chronicle.          Page 1 of 1

**Aron Aldridge Jr.(1948 - 2016)**



Aron Charles Aldridge, Jr. 67, Leccanto passed away June 23, 2016 at home under the care of his family and HPH Hospice. Aron was born in Long Beach, CA on Dec 2, 1948 to the late Aron C. Aldridge, Sr and Nedra Hardee Aldridge. He served our country in the United States Marine Corps during the Viet Nam war and was an accomplished Firefighter and Paramedic, having been employed by the Hallendale, FL Fire & Rescue

He enjoyed spending time with his family, snorkeling, riding his Harley, and being a jokester, always trying to make people laugh.

Left to mourn his loss and cherish his memory are his wife, Denise and two children, Aron C. Aldridge, III, Ashley Engler, son in law, Dave Engler, and 3 grandchildren, Riley Aldridge and Maddy and Carsen Engler.

Military Honors will be rendered at Florida National Cemetery on Friday, July 1, 2016 at 2:00 PM with the U.S. Marine Corp Detachment in charge. Friends may meet at the Chas. E. Davis Funeral Home to visit with the family on Friday at 12:30 PM, where the procession will depart for the cemetetery at 1:45 PM.

Memorials in Aron's memory are being accepted by Hernando Pasco Hospice.

**Funeral Home**
**Chas E. Davis Funeral Home**
3075 S. Florida Ave. Inverness, FL 34450
(352) 726-8323

**Published in Citrus County Chronicle on June 28, 2016**