Howard L. Nations (14823000) – nations@howardnations.com
**THE NATIONS LAW FIRM**
3131 Briarpark Dr., Suite 208
Houston, TX 77042
Telephone: (713) 807-8400

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

**NOTICE OF SERVICE OF DISCOVERY PAPERS**

PLEASE TAKE NOTICE that on October 6, 2016, Plaintiffs served (by mail and/or email) upon Defendants the following discovery papers:

The Nations Law Firm's Answers to Defendants' Interrogatories
And Response to Request for Production

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

DATED this 7th day of October, 2016.

**THE NATIONS LAW FIRM**

By: /s/ Howard L. Nations
    Howard L. Nations
    3131 Briarpark Dr., Suite 208
    Houston, TX 77042

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2016, a true and correct copy of the foregoing was served on Defendants and Plaintiffs' counsel via the Court's ECF system.

/s/ Charles D. Bailey, III
Charles D. Bailey, III