**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS ) | |
| PRODUCTS LIABILITY LITIGATION ) | No. MD-15-02641-PHX-DGC |
| ) | |
| ) | |

This document applies to:

Oma Hardwick, Case No. 16-cv-2442

### NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Steven Brown, which occurred on September 11, 2016. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Steven Brown's estate.

Respectfully Submitted,

/s/ John J. Driscoll
John J. Driscoll #54729
**The Driscoll Firm, P.C.**
One Metropolitan Square
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
john@thedriscollfirm.com

*Attorneys for the Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 7, 2016, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ John J. Driscoll
John J. Driscoll