Ramon R. Lopez (Bar No. 86361)
rlopez@lopezmchugh.com
Matthew R. Lopez (Bar No. 263134)
mlopez@lopezmchugh.com
Amorina P. Lopez (Bar No. 278002)
alopez@lopezmchugh.com
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

## **NOTICE OF SERVICE OF DISCOVERY PAPERS**

PLEASE TAKE NOTICE that on October 10, 2016, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Lopez McHugh's Answers to Defendants' Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 10th day of October, 2016

**LOPEZ McHUGH LLP**

By: /s/ Matthew R. Lopez
Ramon R. Lopez
Matthew R. Lopez
Amorina P. Lopez
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 10th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                             /s/ Matthew R. Lopez
                                    Matthew R. Lopez

2