# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No. 2:15-md-2641-DGC

THIS DOCUMENT RELATES TO:

*Kristy Williams v C.R. Bard*
Case No.: 2:16-cv-03188-PHX-DGC

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Kristy Williams and or their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants. In the event that Plaintiff re-files her claims against the C.R. Bard, Inc. Defendants, those claims shall be asserted and prosecuted in MDL No. 2641 pending in this Court.

STIPULATED & AGREED:

*By: Attorney for Plaintiff:*

*/s/ Peyton P. Murphy*
Peyton P. Murphy
MURPHY LAW FIRM. LLC
7035 Jefferson Highway
Baton Rouge, LA 70806
peyton@murphylawfirm.com
Telephone: (225) 928-8800
Facsimile: (225) 928-8802