Eric M. Terry, 6282169 – eric@thlawyer.com
Tor A. Hoerman, 6229439 – tor@thlawyer.com
**TorHoerman Law LLC**
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

### NOTICE OF SERVICE OF DISCOVERY PAPERS

PLEASE TAKE NOTICE that on October 11, 2016, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

***TorHoerman Law LLC's Answers to Defendants' Interrogatories and Response to Request for Production***

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 11th day of October, 2016.

        **TorHoerman Law LLC**

        By: __/s/Eric M. Terry__
           Eric M. Terry
           Tor A. Hoerman
           101 W. Vandalia Street, Suite 350
           Edwardsville, IL 62025

        *Attorneys for Plaintiffs*

TorHoerman Law LLC
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
(618) 656-4400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Eric M. Terry
Eric M. Terry

2