IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **This Document Relates to:** <br> Doris Frain <br> **MDL Case No.** MD-15-02641-DGC <br> **Civil Action No.** 2:16-cv-00804-DGC |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DORIS FRAIN and Defendant C.R. Bard, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 13th day of October, 2016.

Respectfully submitted,

/s/*David P. Matthews*
David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120

*Attorneys for Plaintiff*

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Matthew Lerner

**Nelson Mullins Riley & Scarborough, LLP**
201 17th Street, NW, Suite 1700
Atlantic Station, Atlanta, GA 30363

*Attorneys for Defendant C.R. Bard, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that, this ____ day of September, 2016, I have electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

                                                     */s/ David P. Matthews*