## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| **This pleading relates to Plaintiff:**<br><br>**Doris Frain**<br>**2:16-cv-00804-DGC** | **ORDER DISMISSING CLAIMS OF DORIS FRAIN WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal without Prejudice of Doris Frain. Doc. 3641.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the stipulation (Doc. 3641) is **granted.** All claims of Plaintiff Doris Frain against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL-15-02641-PHX-DGC (Member Case 2:16-cv-00804-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 13th day of October, 2016.

_____
David G. Campbell
United States District Judge