Joseph R. Johnson – Fla. Bar No. 337540
(jjohnson@babbitt-johnson.com)
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: (561) 684-2500

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>_____ | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Babbitt & Johnson, P.A.'s Answers to Defendants' Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 13th day of October, 2016.

                        **BABBITT & JOHNSON, P.A.**

                        By: /s/ Joseph R. Johnson
                            Joseph R. Johnson
                            1641 Worthington Road, Suite 100
                            West Palm Beach, FL 33409
                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                   ___/s/ Joseph R. Johnson_____
                                                                           Joseph R. Johnson