# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641 PHX DGC<br><br>**ORDER** |

Counsel for potential Plaintiffs Gloria Lewis, Gladys Davis, Stephanie Murriell, and Kent Hoeft in this matter have filed Amended Master Short Form Complaints and Jury Demands for the above individuals directly in the MDL15-2641 PHX DGC docket. This is not the proper procedure for filing a new case to be included in the MDL. To properly file a new case to be included in MDL15-2641 PHX DGC, counsel must first open a new case with the Clerk of Court, pay the filing fee, file a civil cover sheet and short form complaint, and file any required pro hac applications. Once the new case is accepted and opened by the Clerk of Court, the Clerk of Court will transfer the new case to the MDL matter.

**IT IS ORDERED** that the Clerk of Court is directed to strike Docs. 3576, 3577, 3588, and 3594 from the docket in MDL15-2641 PHX DGC. If counsel wish to file new cases to be included in the MDL action, counsel shall follow the proper filing protocol as set forth above.

Dated this 13th day of October, 2016.

_____
David G. Campbell
United States District Judge