Joseph R. Johnson – Fla. Bar No.  337540
(jjohnson@babbitt-johnson.com)
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Telephone:  (561) 684-2500

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.  MD-15-02641-PHX-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

_____

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Babbitt & Johnson, P.A.'s Answers to Defendants'*
*Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this  13th day of October, 2016.

**BABBITT & JOHNSON, P.A.**

By:___ /s/ Joseph R. Johnson_____
      Joseph R. Johnson
      1641 Worthington Road, Suite 100
      West Palm Beach, FL  33409
      *Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


___/s/ Joseph R. Johnson_____
Joseph R. Johnson