Troy A. Brenes (CA Bar No. 249776)
THE BRENES LAW GROUP P.C.
16A Journey, Suite 200
Aliso Viejo, CA 92656
E-mail: tbrenes@breneslawgroup.com
Telephone: (949)-397-9360
Fax: (949)-607-4192
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.: MD-15-02641-PHX-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date below, Plaintiffs served (by mail and email) upon Defendants the following discovery papers:

*Brenes Law Group, P.C. Answers to Defendants' Interrogatories and Response to Request for Production*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 14th day of October, 2016.

**BRENES LAW GROUP, P.C.**

By: ___/s/ Troy A. Brenes_____
Troy A. Brenes
16A Journey, Suite 200
Aliso Viejo, CA 92656
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Troy A. Brenes
Troy A. Brenes