IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No.  2:15-MD-02641-DGC
_____

This Document Relates to:

    PATRICIA WORSLEY

Civil Case # 2:16-cv-02605-DGC
_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PATRICIA WORSLEY and Defendants C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 17th day of October, 2016.

                                        Respectfully submitted,

                                        _____/s/ Joseph R. Johnson_____
                                        Joseph R. Johnson, Fla Bar #372250
                                        BABBITT & JOHNSON, P.A.
                                        1641 Worthington Road, Suite 100
                                        West Palm Beach, FL  33409
                                        (561) 684-2500 – telephone
                                        (561) 684-6308 – facsimile
                                        *Attorneys for Plaintiff*

   /s/  Richard B. North, Jr.
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street NW
Atlanta, GA  30363
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

   /s/ Joseph R. Johnson
JOSEPH R. JOHNSON