IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No.  2:15-MD-02641-DGC
_____

This Document Relates to:

     PATRICIA WORSLEY

Civil Case #    2:16-cv-02605-DGC
_____

## <u>ORDER</u>

Considering the parties' Stipulation of Dismissal Without Prejudice of Marilyn Rose Jackson,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Patricia Worsley against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-02605) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of October, 2016.


_____
Honorable David G. Campbell
United States District Court Judge