**IN THE UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF ARIZONA

Case No. MD-15-02641-PHX-DGC

IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Civil Action No. 2:16-cv-03453-DGC

**PLAINTIFF'S FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their First Amended Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. _364_ ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Rosalynn Gatewood

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Milton Gatewood

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Spouse

Case 2:15-md-02641-DGC   Document 3701   Filed 10/17/16   Page 2 of 6

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   857 Boston St. Memphis, TN 38114

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   857 Boston St. Memphis, TN 38114

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, ED Tennessee

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

X G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

March 3, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

X Count I:     Strict Products Liability – Manufacturing Defect

X Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X Count III:   Strict Products Liability – Design Defect

X Count IV:    Negligence - Design

X Count V:     Negligence - Manufacture

X Count VI:    Negligence – Failure to Recall/Retrofit

X Count VII:   Negligence – Failure to Warn

X Count VIII:  Negligent Misrepresentation

X Count IX:    Negligence *Per Se*

X Count X:     Breach of Express Warranty

X Count XI:    Breach of Implied Warranty

    X     Count XII:    Fraudulent Misrepresentation

    X     Count XIII:   Fraudulent Concealment

    X     Count XIV:   Violations of Applicable <u>TN</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    X     Count XV:    Loss of Consortium

    ☐     Count XVI:   Wrongful Death

    ☐     Count XVII: Survival

    X     Punitive Damages

    ☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X  Yes    ☐ No

RESPECTFULLY SUBMITTED this __17th____ day of October, 2016.


Respectfully submitted,

SWMK Law, LLC


By:_____
Melanie K. Schmickle
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

ATTORNEY FOR PLAINTIFF

I hereby certify that on this 17th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                        _____
                                                                         Melanie K. Schmickle