# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This pleading relates to Plaintiffs: | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Patricia Worsley **CV-16-02605-PHX-DGC** | |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Patricia Worsley.  Doc. 3700,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** the stipulation of dismissal (Doc. 3700) is **granted.**  The claims of Plaintiff Patricia Worsley against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case CV-16-02605-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 18th day of October, 2016.

_____
David G. Campbell
United States District Judge