Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Amended Notice of Deposition of Robert Cortelezzi*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 18th day of October, 2016.

                              GALLAGHER & KENNEDY, P.A.

                              By:   */s/Robert W. Boatman*
                                  Robert W. Boatman
                                  Paul L. Stoller
                                  Shannon L. Clark
                                  2575 East Camelback Road
                                  Phoenix, Arizona 85016-9225

1  LOPEZ McHUGH LLP
2  Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660

4  *Attorneys for Plaintiffs*

6  **<u>Certificate of Service</u>**

7  I hereby certify that on this 18th day of October, 2016, I electronically transmitted

8  the attached document to the Clerk's Office using the CM/ECF System for filing and

9  transmittal of a Notice of Electronic Filing.

11  */s/Deborah Yanazzo*
    Deborah Yanazzo

28  5666273/26997-0001

2