Honorable David G. Campbell

CARNEY BADLEY SPELLMAN, P.S.
701 5th Avenue, Suite 3600
Seattle, WA 98104
Telephone: 206-622-8020
Fax: 206-467-8215
*Attorneys for Plaintiff Maria Dalbotten*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br><br>PLAINTIFF DALBOTTEN'S NOTICE OF SERVICE OF DISCOVERY PAPERS |
|---|---|

PLEASE TAKE NOTICE that on October 17, 2016, Plaintiff Maria Dalbotten served by U.S. Mail and by electronic mail upon Defendants the following discovery documents:

1.   Plaintiff Dalbotten's Answers to Defendants' First Interrogatories to All Plaintiffs; and

2.   Plaintiff Dalbotten's Answers to Defendants' First Requests for Production to All Plaintiffs.

Plaintiff is filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

PLAINTIFF DALBOTTEN'S NOTICE OF SERVICE OF DISCOVERY PAPERS – 1
(MD-15-02641-PHX-DGC)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DAL019-0001 4215288.docx

RESPECTFULLY SUBMITTED this 19th day of October, 2016

          *s/ Nicholas P. Scarpelli Jr.*
          Attorneys for Plaintiff Dalbotten
          CARNEY BADLEY SPELLMAN, P.S.
          701 Fifth Avenue, Suite 3600
          Seattle, WA 98104
          Phone:  (206) 622-8020
          Facsimile:  (206) 467-8215

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system which will send notification of such filing to the following:

          *s/ Ann Durkin*
          Legal Assistant

PLAINTIFF DALBOTTEN'S NOTICE OF SERVICE OF DISCOVERY PAPERS – 2
(MD-15-02641-PHX-DGC)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DAL019-0001 4215288.docx