# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>CV15-2227 PHX DGC | MDL No. 15- 2641 PHX DGC |

Pending before the Court is counsel, Alex C. Park's motion to withdraw. Doc. 3578.

**IT IS ORDERED:**

1. The motion to withdraw as counsel (Doc. 3578) is **granted.** Alex C. Park and the law offices of Alex C. Park are withdrawn as counsel of record for Plaintiff Cheryl Rouse. Carlyle Glenfield Varlack of the Law Office of Carlyle Varlack, 2069 University Avenue, San Jose, CA 95128 is substituted as counsel of record for Plaintiff Cheryl Rouse.

2. The telephonic hearing on Alex C. Park's motion to withdraw (Doc. 3578) set for October 26, 2016 at 3:30 p.m. is **vacated.**

Dated this 24th day of October, 2016.

_____
David G. Campbell
United States District Judge