IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**<br><br>Member Case No. CV-16-3655-PHX-DGC |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   CAROL BURNS-SMITH

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

1

5. Plaintiff's/Deceased Party's state [if more than one Plaintiff] of residence at the time of injury:

   Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Southern District of Florida

8. Defendants (Check Defendants against whom Complaint is made):

   __X__   C.R. Bard Inc.

   __X__   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   __X__   Diversity of Citizenship

   ____   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ____   Recovery® Vena Cava Filter

   ____   G2® Vena Cava Filter

   ____   G2® X Vena Cava Filter

   ____   Eclipse® Vena Cava Filter

2

   ___    Meridian® Vena Cava Filter

   _X_    Denali® Vena Cava Filter

   ___    Other: _____

11. Date of Implantation as to each product:

December 24, 2014 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

   _X_    Count I:    Strict Products Liability – Manufacturing Defect

   _X_    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

   _X_    Count III:    Strict Products Liability – Design Defect

   _X_    Count IV:    Negligence – Design

   _X_    Count V:    Negligence – Manufacture

   _X_    Count VI:    Negligence – Failure to Recall/Retrofit

   _X_    Count VII:    Negligence – Failure to Warn

   _X_    Count VIII:    Negligence Misrepresentation

   _X_    Count IX    Negligence *per se*

   _X_    Count X:    Breach of Express Warranty

   _X_    Count XI:    Breach of Implied Warranty

   _X_    Count XII:    Fraudulent Misrepresentation

   _X_    Count XIII:    Fraudulent Concealment

   _X_    Count XIV:    Violations of Applicable <u>FL</u> Law Prohibiting Fraud and Unfair and Deceptive Trade Practices.

___      Count XV:    Loss of Consortium

___      Count XVI:   Wrongful Death

_X_      Count XVII:  Survival

_X_      Punitive Damages

___      Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

_X_   Yes

___   No

RESPECTFULLY SUBMITTED this _24th day_ of _October, 2016._

Respectfully submitted,

**PAGLIALUNGA & HARRIS, PS**

*/s/ Charles Paglialunga*
Charles T. Paglialunga, Esq. (CA Bar No. 296106)
**PAGLIALUNGA & HARRIS, PS**
4660 La Jolla Village Drive, Ste. 500
San Diego, CA 92122
Telephone: (888) 604-3434
Facsimile: (888) 411-0826
chuck@phlawfirm.com

4

I hereby certify that this 24th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing.

/s/ _____