IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

      _____

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

      _____

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

      _____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

      _____

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7.     District Court and Division in which venue would be proper absent direct filing:

_____

8.     Defendants (check Defendants against whom Complaint is made):
   ☐     C. R. Bard Inc.
   ☐     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:
   ☐     Diversity of Citizenship
   ☐     Other: _____
   a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
   ☐     Recovery® Vena Cava Filter
   ☐     G2® Vena Cava Filter
   ☐     G2® Express Vena Cava Filter
   ☐     G2® X Vena Cava Filter
   ☐     Eclipse® Vena Cava Filter
   ☐     Meridian® Vena Cava Filter

1    □    Denali® Vena Cava Filter
2    □    Other: _____
3    11.    Date of Implantation as to each product:
4    _____
5    _____
6    12.    Counts in the Master Complaint brought by Plaintiff(s):
7    □    Count I:      Strict Products Liability – Manufacturing Defect
8    □    Count II:     Strict Products Liability – Information Defect (Failure
9                       to Warn)
10   □    Count III:    Strict Products Liability – Design Defect
11   □    Count IV:     Negligence - Design
12   □    Count V:      Negligence - Manufacture
13   □    Count VI:     Negligence – Failure to Recall/Retrofit
14   □    Count VII:    Negligence – Failure to Warn
15   □    Count VIII:   Negligent Misrepresentation
16   □    Count IX:     Negligence *Per Se*
17   □    Count X:      Breach of Express Warranty
18   □    Count XI:     Breach of Implied Warranty
19   □    Count XII:    Fraudulent Misrepresentation
20   □    Count XIII:   Fraudulent Concealment
21   □    Count XIV:    Violations of Applicable _____ (insert
22                      state) Law Prohibiting Consumer Fraud and Unfair and
23                      Deceptive Trade Practices
24   □    Count XV:     Loss of Consortium
25   □    Count XVI:    Wrongful Death
26   □    Count XVII: Survival
27   □    Punitive Damages
28

- 3 -

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☐    Yes

☐    No

RESPECTFULLY SUBMITTED this _____ day of _____, 20___.

**[SIGNATURE BLOCK]**

By:___*/s/*_____
[Attorney name/address]

I hereby certify that on this _____ day of _____, 20___, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/*_____

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Michael J. Walsh*