# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to: Case No.: CV-16-3655-PHX-DGC | NOTICE OF APPERANCE |
| **CAROL BURNS SMITH** **PLAINTIFF** VS. **C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.** **DEFENDANTS** | |

    The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Carol Burns-Smith, Plaintiff in this case.

Dated: October 26, 2016

                                       Respectfully submitted,

                                       Charles T. Paglialunga
                                       WA Bar No. 23028
                                       CA Bar No. 296106
                                       **PAGLIALUNGA & HARRIS, PS**
                                       1001 Fourth Avenue, Suite 3200
                                       Seattle, WA  98154
                                       Tel: (888) 604-3434
                                       Fax: (888) 411-0826
                                       chuck@phlawfirm.com

                                       *Attorney for Plaintiff(s)*