UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: CV-16-3666-PHX-DGC<br><br>**TIMOTHY HERNANDEZ**<br><br>**PLAINTIFF**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | NOTICE OF APPERANCE |

     The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Timothy Hernandez, Plaintiff in this case.

Dated: October 26, 2016

                                                Respectfully submitted,

                                                *[signature]*

                                                Charles T. Paglialunga
                                                WA Bar No. 23028
                                                CA Bar No. 296106
                                                **PAGLIALUNGA & HARRIS, PS**
                                                1001 Fourth Avenue, Suite 3200
                                                Seattle, WA  98154
                                                Tel: (888) 604-3434
                                                Fax: (888) 411-0826
                                                chuck@phlawfirm.com

                                                *Attorney for Plaintiff(s)*