# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marvin D. Pate, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-16-03669-PHX-DGC |
| | ) | |
| C. R. Bard Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　Defendant C. R. Bard, Inc.

Date:  October 27, 2016 　　　　　/s/ Richard B. North, Jr.
　　　　　　　　　　　　　　　　　*Attorney's signature*

C. R. Bard, Inc.　　　　　　　　　Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*　　　*Printed Name and bar number*
*service of summons*

　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　　201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　richard.north@nelsonmullins.com
　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　(404) 322-6155
　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　(404) 322-6050
　　　　　　　　　　　　　　　　　*FAX number*