**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Eddie J. Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-16-03591-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. | ) | |
| Bard, Inc., et al., | ) | |
| | ) | |
| Defendant. | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  October 27, 2016                            /s/ Richard B. North, Jr.
                                                                   *Attorney's signature*

                                                                   Richard B. North, Jr. (Ga. Bar No. 545599)
                                                                   *Printed name and bar number*

                                                                   Nelson Mullins Riley & Scarborough, LLP
                                                                   201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                                   *Address*

                                                                   richard.north@nelsonmullins.com
                                                                   *E-mail Address*

                                                                   (404) 322-6000
                                                                   *Telephone number*

                                                                   (404 322-6050
                                                                   *FAX number*