# **EXHIBIT B**



## Matt Schultz



- Shareholder
- Levin Papantonio
- (850) 435-7000
- (888) 435-7001
- mschultz@levinlaw.com

Matt earned dual undergraduate degrees, one with honors, from the University of Southern Mississippi in 1992 & 1993. After working several years as a litigation paralegal, he attended Florida State University College of Law, where he graduated with highest honors in 2002.

Matt earned 14 "book awards" during law school (for the highest grade in a given course), worked as Professor Charles Ehrhardt's sole research assistant during all three years of law school, and served as senior articles editor for the FSU Law Review, while also clerking in private practice. Matt has twice served as an adjunct professor to the FSU School of Criminology, teaching a graduate course on criminal law and individual rights. He has been elected to the Order of the Coif.

Upon graduation from law school, Matt served two years as a law clerk to the Hon. Robert L. Hinkle, U.S. District Judge, Northern District of Florida, in Tallahassee.

He resides in Pensacola with his wife and two daughters. He is a member of the Florida Bar, a former member of the Florida Bar's Federal Court Practice Committee, and a current member of the Code & Rules of Evidence Committee. For several

years, Matt chaired the legal review panel for the ACLU of Northwest Florida and he currently serves on the board of Emerald Coastkeeper, Inc.

Matt has been peer-nominated and selected as a Florida "Super Lawyer" every year since 2009.  He is rated "AV" by Martindale-Hubbell. In his spare time, he plays bass, enjoys gardening, and loses chess games.

Matt is a member in good standing of the Florida Bar and has been admitted to practice before numerous federal courts including the Northern District of Florida, the Southern District of Florida, the District of Colorado, and the U.S. Court of Appeals for the Fifth Circuit  and the U.S. Court of Appeals for the Eleventh Circuit.  He has been admitted pro hac vice in  many other state and federal courts around the United States.

Matt is AV rated by Martindale-Hubbell, having received 5/5 ratings in every category by all 22 peer reviewers, all of whom also endorsed him for ethical standing, including reviews by opposing trial counsel for the tobacco industry (available at: www.lawyers.com/pensacola/florida/matt-schultz-3191025-a/). Matt has been peer-nominated to Florida Trend's Legal Elite and Florida Super Lawyers for each of the last seven years.

Matt's practice has involved complex individual and class actions including consumer and commercial class actions, *qui tam* litigation, ATCA (ATS) litigation, and single-event personal injury trial work.  For the past 9 years Matt has focused on tobacco litigation and trial work in the U.S. and Canada.  Matt's tobacco experience has involved hundreds of direct- and cross-examinations, including expert and corporate representatives for the major domestic cigarette manufacturers on all aspects of cigarette design and production, smoke chemistry, historical and current advertising and marketing practices, corporate structure and finance, regulatory affairs, and the

*Matt Schutlz*

biological/medical and pharmacokinetic aspects of smoking and disease. Matt has tried jury cases against all four major domestic cigarette manufacturers, including the case of *Martin vs. R.J. Reynolds Tobacco Co* (Escambia County, Fla., Case No. 2007-CA-2520), which yielded a Top 100 trial verdict in 2009 ($30 million). He has since 2007 served as court-appointed Plaintiff's Liaison Counsel for the more than 150 *Engle* progeny tobacco cases filed in the First Circuit of Florida.

Among other tobacco trials, Matt has tried four month-long cases before the Hon. Terry Terrell, Circuit Court Judge for The First Circuit of Florida (now retired after 23 years on the bench). In November 2015, Judge Terrell entered a fee award in one of the cases commenting as follows: "The Court is familiar with the work of Mr. Gustafson and Mr. Schultz, and observed them in pretrial proceedings and during trial. They exemplify the highest standards of trial lawyers appearing before the Court. In addition, the evidence established that Mr. Gustafson and Mr. Schultz are both competent, qualified and accomplished trial lawyers with deserved excellent reputations. This evidence was uncontroverted." *Ward v. R.J. Reynolds Tobacco Co.*, Escambia County, Fla. Case No. 2008-CA-2135, Order on Final Judgment on Pltf. Mot. For Attorneys' Fees and Costs (Nov. 16, 2015).

From 2006-2012 Matt also worked extensively on the In Re Katrina Canal Breaches litigation as a court-appointed member of the MRGO PSLC overseeing hundreds of consolidated individual and class actions in the Eastern District of Louisiana. In that capacity, Matt served as plaintiffs' co-lead counsel in the 2012 bellwether trial of *Armstrong vs. Washington Group International* (E.D. La. Case No. 10-866) before Judge Stanwood Duval in the Eastern District of Louisiana. Matt is a member of the Plaintiffs' Steering Committee in *In re Cook Medical Inc.* (MDL No. 14-2570). Matt is a member of the Plaintiffs' Steering Committee and also serves as co-chair of the

*Matt Schutlz*

Expert Committee in the *In re Santa Fe Natural Tobacco Marketing & Sales Practices Litig.* (MDL No. 2695).

**Year Joined Law Firm**
- 2004

**Present Position with Law Firm**
- Shareholder

**Areas of Practice**
- Complex Individual & Class Actions
- Mass Torts Litigation
- Tobacco Litigation

**Bar Admissions**
- Florida
- U.S. District Court Northern District of Florida
- U.S. District Court Southern District of Florida
- U.S. District Court District of Colorado
- U.S. Court of Appeals 11th Circuit
- U.S. Court of Appeals 5th Circuit

**Education**
- Florida State University College of Law, Tallahassee, Florida, 2002
  *Honors:* Graduated With Highest Honors
  *Honors:* Board Member, FSU College of Law ACLU
  *Honors:* Meritorious Service Award for his service to the Law Review
  *Honors:* Order of the Coif
  *Honors:* 14 Book Awards
  *Honors:* Law Review: FSU Law Review, Senior Articles Editor
- B.S., University of Southern Mississippi, 1992
  Major: History
- B.S., University of Southern Mississippi, 1993
  *Honors:* With Honors
  Major: Paralegal

**Published Works**
- *Senior Writer, The American Trial Lawyer*
- *Equitable Repudiation: Toward a Doctrine of Fallible Perfection in Statutory Interpretation*, 29 Fla. St. U. L. Rev. 303, 2001

*Matt Schutlz*

- *Bad Faith or No Faith? Finding a Place for Wrongful Refusal to Defend In Florida's Bad Faith Jurisprudence*, 29 Fla. St. U. L. Rev. 1389, 2002
- *Public Hospitals Might Claim Total Immunity from Emergency Medicine Malpractice Claims*, 472 AFTL J. 17, March/April, 2002
- *Pulling Skeletons from the Closet: A Look Into the Work-Product Doctrine as Applied to Expert Witnesses*, 31 Fla. St. U. L. Rev. 67, 2003

**Representative Cases**
- Martin vs. RJR et al. ($30 million jury verdict)
- Gray vs. RJR et al. ($9.2 million jury verdict)
- Ward vs. RJR et al. ($2.7 million jury verdict)
- Guy vs. Roads Inc. of NW Florida ($4.25 million jury verdict)

**Prior Employment**
- Hon. Robert L. Hinkle, U.S. District Judge
- Northern District of Florida, Tallahassee, Law Clerk

*Matt Schutlz*

# LEVIN PAPANTONIO MDL APPOINTMENTS

*In re Fosamax Prods. Liab. Litig.*, MDL 1789 (chairman of Plaintiffs' Steering Committee).

*In re Gadolinium Based Contrast Agents Prods. Liab. Litig.*, MDL 1909 (co-lead counsel of Plaintiffs' Steering Committee).

*In Re Digitek Prod. Liab. Litig.*, MDL 1968 (Plaintiffs' Steering Committee).

*In re Vioxx Prods. Liab. Litig.*, MDL 1657 (Plaintiffs' Steering Committee; co-chair of Discovery Committee; Science Committee; lead and co-lead counsel on hundreds of individual cases).

*In re Bextra and Celebrex Marketing Sales Practices and Prods. Liab. Litig.*, MDL 1699 (Plaintiffs' Steering Committee; co-chair, Discovery Committee; Science Committee).

*In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Prods. Liab. Litig.*, MDL 1203 (Plaintiffs' Steering Committee; Science Committee; lead and co-lead counsel on thousands of individual cases).
*In re Zyprexa Prods. Liab. Litig.*, MDL 1596 (Plaintiffs' Steering Committee).

*In re Medtronic, Inc., Implantable Defibrillators Prods. Liab. Litig.*, MDL 1726 (Plaintiffs' Steering Committee; co-chair, Discovery Committee).

*In re Guidant Defibrillators Prods. Liab. Litig.*, MDL 1708 (Plaintiffs' Steering Committee; Discovery Committee; Trial Team Committee).

*In re Ortho Evra Prods. Liab. Litig.*, MDL 1742 (Plaintiffs' Steering Committee).

*In re Accutane Prods. Liab. Litig.*, MDL 1626 (Plaintiffs' Steering Committee; co-chair, Discovery Committee).

*In Re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, MDL 1407 (Plaintiffs' Steering Committee; Discovery Committee; lead and co-lead counsel on approximately 250 individual cases).

*In re Rezulin Prods. Liab. Litig.*, MDL 1348 (Plaintiffs' Steering Committee; chair, Discovery Committee; lead and co-lead counsel on thousands of individual cases).

*In re Baycol Prods. Liab. Litig.*, MDL 1431 (lead and co-lead counsel on hundreds of individual cases).

*In re Serzone Prods. Liab. Litig.*, MDL 1477 (lead and co-lead counsel on approximately 200 individual cases).

*In re Propulsid Prods. Liab. Litig.*, MDL 1355 (Plaintiffs' Steering Committee).

*In re Amtrak "Sunset Limited" Train Crash in Bayou Canot, Alabama on September 22, 1993*, MDL 1003 (Plaintiffs' Steering Committee; Electronic Document Repository; Research Committee).

*In re America Online, Inc., Version 6.0 Software Litig.*, MDL 1412 (co-lead counsel).

*In re Cisco Systems, Inc., Securities & Derivative Litig.*, MDL 1527 (co-lead counsel).

*In re Asbestos Prods. Liab. Litig.*, MDL 875 (lead and co-lead counsel on more than 5,000 individual cases).

*In re Breast Implant Prods. Liab. Litig.*, MDL 926 (Florida Liaison Counsel, lead and co-lead counsel on thousands of individual cases).

*In re Factor VIII or IX Concentrate Blood Products Prods. Liab. Litig.*, MDL 986 (Plaintiffs' Steering Committee; Settlement Committee).

*In re High Sulfur Content Gasoline Prods. Liab. Litig.*, MDL 1632 (Plaintiffs' Steering Committee; co-chair, Trial Committee).

*In re Welding Fume Prods. Liab. Litig.,* MDL 1535 (Plaintiffs' Executive Committee; co-chair, Discovery Committee)**.**

*In re Katrina Canal Breaches Consolidated Litig.*, No. 05-4182 (Plaintiffs' PLSC).

*In re Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179 (Appointed to Executive Committee, Steering Committee).

*In re Trasylol Prods. Liab. Litig.,* MDL 1928 (Plaintiffs' Steering Committee).

*In re Chinese Drywall Prods. Liab. Litig.,* MDL 2047 (Plaintiffs' Steering Committee; Science Committee).

*In re Depuy ASR Prods. Liab. Litig.*, MDL 2197 (Plaintiffs' Steering Committee).

*In re: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation*, MDL 2428 (Plaintiffs' Steering Committee; Discovery Committee (Co-Chair ), Bellwether Committee (Member), Science Committee (Member)).

*In re: E.I. Du Pont De Nemours & Co. C-8 Personal Injury Litigation*, MDL 2433 (Plaintiffs' Steering Committee)

*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406 (Plaintiffs' Steering Committee; Class Certification Committee (Co-Chair), State Liaison Committee)

*In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL 2385 (Plaintiffs' Executive Committee, Science Committee)

*In re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation*, MDL 2327) (Plaintiffs' Steering Committee).

*In re: Boston Scientific, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL 2326) (Plaintiffs' Steering Committee)

*In re: American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL 2325) Plaintiffs' Steering Committee)

*In re: Actos (Pioglitazone)Products Liability Litigation* (MDL 2299) (Plaintiffs' Steering Committee)

*In re: Heparin Products Liability Litigation* (MDL 1953) (Plaintiffs' Steering Committee, Discovery Committee (Co-Chair))

*In re: Fosamax (Alendronate Sodium) Products liability Litigation* (No. II, aka "Femur Fracture Litigation"), MDL 2243 (Plaintiffs' Steering Committee)

*In re: Yasmin & Yaz (Drospirenone) Marketing, Sales, and Products Liability Litigation*, MDL 2100 (Plaintiffs' Steering Committee, Discovery Committee (Co-Chair), Bellwether Trial Team)