IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC<br><br>Civil Action No. 2:16-cv-03453-DGC |
| ROSALYNN GATEWOOD and MILTON GATEWOOD,<br><br>**Plaintiffs.** | |

NOTICE OF ERRATA IN RELATION TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

*Counsel for Plaintiffs*
**TO THE HONORABLE DISTRICT COURT:**

Plaintiffs hereby give notice of errata to the Court and all parties regarding the electronic signature on the Plaintiff's First Amended Complaint, electronically filed on October 17, 2016. The correct electronic signature on the Plaintiff's First Amended Complaint should reflect the electronic signature below. Plaintiffs respectfully request this Court to assume the electronic signature as follows:

DATED: November 1, 2016         Respectfully submitted,

                                                                    **SMWK Law, LLC**

                                                                   By:      /s/  *Melanie K. Schmickle*
                                                                   Melanie K. Schmickle
                                                                   701 Market Street, Suite 1000
                                                                   St. Louis, MO 63101
                                                                   (314) 480-5180
                                                                   (314) 932-1566 – Facsimile

                                                                   ATTORNEY FOR PLAINTIFF