# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: 2:15-md-02641-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 31 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, D. Alex Onstott _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of _____.

City and State of Principal Residence: New Orleans, Louisiana
Firm Name: Murray Law Firm
Address: 650 Poydras St.                      Suite: 2150
City: New Orleans         State: LA    Zip: 70130
Firm/Business Phone: (504) 525-8100
Firm Fax Phone: (504) 584-5249       E-mail Address: aonstott@murray-lawfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Louisiana Supreme Court (all) | 10/26/2015 | ✓ Yes ☐ No* |
| LAED | 06/01/2016 | ✓ Yes ☐ No* |
|  |  | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ✓ No
Have you ever been disbarred from practice in any Court? ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/26/16
Date

Signature of Applicant

Fee Receipt # PHX178016

(Rev. 04/12)

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, __William W. Blevins__, Clerk of this Court,

certify that __David Alexander Onstott__, Bar # __36611__,

was duly admitted to practice in this Court on __06/01/2016__, and is in good standing as a member

of the Bar of this Court.

Dated at __New Orleans, LA__ on __10/20/2016__
       (Location)                                (Date)


William W. Blevins
*CLERK*

*Deputy Clerk*

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *DAVID ALEXANDER ONSTOTT ESQ., #36611*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 22nd Day of October, 2015 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 24th Day of October, 2016, A.D.

Clerk of Court
Supreme Court of Louisiana