Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com
*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
E-Mail: jcondo@swlaw.com
        asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC<br><br>**STIPULATION RE AMENDING CASE MANAGEMENT ORDER NO. 17 FOR DEFENDANTS' EXPEDITED ESI PRODUCTION** |

On September 14, 2016 this court entered Case Management Order No. 17 regarding Defendants' expedited production of ESI. Subsequently, the Parties have met and conferred and agreed to revise the procedures set forth therein with respect to the production and handling of Defendants' expedited ESI production. The Parties have agreed on the procedures set forth in the proposed Amended Case Management Order No. 17, attached as Exhibit "A" hereto. The Parties further stipulate to entry the proposed Amended Case Management Order No. 17 and jointly request that the Court enter the proposed form of order.

DATED this 3rd day of November 2016.

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| /s/ *Paul L. Stoller*<br>Robert W. Boatman<br>Paul L. Stoller<br>Gallagher & Kennedy PA<br>2575 East Camelback Road, Suite 1100<br>Phoenix, AZ  85016-9225<br><br>Ramon R. Lopez (admitted pro hac vice)<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA  92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | /s/ *Matthew Lerner*<br>James R. Condo<br>Amanda C. Sheridan<br>Snell & Wilmer<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ  85004-2202<br><br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Matthew Lerner (admitted pro hac vice)<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th St. NW, Suite 1700<br>Atlanta, GA 30363<br><br>*Attorneys for Defendants*<br>*C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Deborah Yanazzo*

5699809/26997-0001