# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard N. Bright, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-16-02245-PHX-DGC |
| | ) | |
| C. R. Bard Inc. and Bard Peripheral Vascular, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  November 4, 2016          /s/ Richard B. North, Jr.
                                  *Attorney's signature*

C. R. Bard, Inc. and              Richard B. North (Ga. Bar No. 545599)
Bard Peripheral Vascular, Inc.    *Printed Name and bar number*
*Printed name of party waiving*
*service of summons*              Nelson Mullins Riley & Scarborough, LLP
                                  201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                  *Address*

                                  richard.north@nelsonmullins.com
                                  *E-mail address*

                                  (404) 322-6155
                                  *Telephone number*

                                  (404) 322-6050
                                  *FAX number*