**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Deanna Cumberland, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-16-03705-PHX-DGC |
| | ) | |
| C. R. Bard Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendant C. R. Bard, Inc.


Date:   November 4, 2016              /s/ Richard B. North, Jr.
                                                *Attorney's signature*


C. R. Bard, Inc.                           Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*      *Printed Name and bar number*
*service of summons*

                                                Nelson Mullins Riley & Scarborough, LLP
                                                201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                                *Address*

                                                richard.north@nelsonmullins.com
                                                *E-mail address*

                                                (404) 322-6155
                                                *Telephone number*

                                                (404) 322-6050
                                                *FAX number*