IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION     No.  2:15-MD-02641-DGC

_____

This Document Relates to:

    FRANK BELL

Civil Case #    2:16-cv-02224-DGC

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Frank Bell,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Frank Bell against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-02224) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2016.

_____
Honorable David G. Campbell
United States District Court Judge