IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No.  2:15-MD-02641-DGC
_____

This Document Relates to:

   COUGAR M. BROWN

Civil Case # 2:16-cv-02702-DGC
_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff COUGAR M. BROWN and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

    Dated this 4th day of November, 2016.

                                                 Respectfully submitted,

                                                 ___/s/ Joseph R. Johnson_____
                                                 Joseph R. Johnson, Fla Bar #372250
                                                 BABBITT & JOHNSON, P.A.
                                                 1641 Worthington Road, Suite 100
                                                 West Palm Beach, FL  33409
                                                 (561) 684-2500 – telephone
                                                 (561) 684-6308 – facsimile
                                                 *Attorneys for Plaintiff*

                                                       /s/ Richard B. North, Jr.
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street NW
Atlanta, GA  30363
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                       /s/ Joseph R. Johnson
JOSEPH R. JOHNSON