IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION              No. 2:15-MD-02641-DGC

_____

This Document Relates to:

    COUGAR M. BROWN

Civil Case #   2:16-cv-02702-DGC

_____


## ORDER

    Considering the parties' Stipulation of Dismissal Without Prejudice of Cougar M. Brown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Cougar M. Brown against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-02702) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Signed this _____ day of _____, 2016.


_____
Honorable David G. Campbell
United States District Court Judge