IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No. 2:15-MD-02641-DGC

This Document Relates to:

BERNARD SMILEY SCOTT

Civil Case # 2:16-cv-02454-DGC

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BERNARD SMILEY SCOTT and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 4th day of November, 2016.

Respectfully submitted,

   /s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

          ____/s/ Richard B. North, Jr._____
          Richard B. North, Jr.
          Nelson Mullins Riley & Scarborough, LLP
          Suite 1700
          201 17th Street NW
          Atlanta, GA  30363
          Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          ____/s/ Joseph R. Johnson_____
          JOSEPH R. JOHNSON