IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No.  2:15-MD-02641-DGC

_____

This Document Relates to:

   BERNARD SMILEY SCOTT

Civil Case #    2:16-cv-02454-DGC

_____

## **ORDER**

     Considering the parties' Stipulation of Dismissal Without Prejudice of Bernard Smiley Scott,

     IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Bernard Smiley Scott against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-02454) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

     Signed this _____ day of _____, 2016.

                                                                    _____
                                                                    Honorable David G. Campbell
                                                                    United States District Court Judge