## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

MDL No. 2:15-md-02641-DGC

**THIS DOCUMENT RELATES TO:**

*Catherine Rowden, Individually and on behalf*
*Of the Estate of Johnny Rowden*

Civil Case No. 4:15-cv-1489

## EX PARTE MOTION FOR LEAVE TO
## WITHDRAW AS COUNSEL OF RECORD

COMES NOW Andrew D. Kinghorn and moves to withdraw as counsel for Plaintiff Rowden. In support of this motion, movant states as follows:

1. Mr. Kinghorn is leaving the employment of The Driscoll Firm, P.C. effective November 11, 2016.

2. The Plaintiffs will continue to be represented by The Driscoll Firm, P.C. and Lopez McHugh, LLP.

WHEREFORE, movant, Andrew D. Kinghorn, respectfully requests this Court grant his Ex Parte Motion for Leave to Withdraw.

Dated: November 7, 2016.

Respectfully submitted,

THE DRISCOLL FIRM, P.C.

BY:   /s/ Andrew D. Kinghorn
ANDREW D. KINGHORN (MO66006)
211 North Broadway, 40th Floor
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
Email: andrew@thedriscollfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

/s/Andrew D. Kinghorn