IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No. MDL 15-2641-PHX DGC

_____

This Document Relates to:                ORDER

    COUGAR M. BROWN

Civil Case #  CV16-2702-PHX DGC

_____

    Considering the parties' Stipulation of Dismissal Without Prejudice of Cougar M. Brown.  Doc. 3871.

    **IT IS ORDERED** that all claims of Plaintiff Cougar M. Brown against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-2702 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 7th day of November, 2016.

_____
David G. Campbell
United States District Judge