IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION       No.  MDL 15-2641-PHX DGC

_____

This Document Relates to:       **ORDER**

     DEBORA L. JANES

Civil Case #  CV16-2221-PHX DGC

_____

     Considering the parties' Stipulation of Dismissal Without Prejudice of Debora L. Janes.  Doc. 3872.

     **IT IS ORDERED** that all claims of Plaintiff Debora L. Janes against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-2221 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

     Dated this 7th day of November, 2016.

_____
David G. Campbell
United States District Judge