Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Denise Hengeli<br><br>Civil Case # 2:16-cv-03780-DGC | No. MDL-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: November 8, 2016          Respectfully submitted,

                                               /s/ Michael T. Gallagher
                                               Michael T. Gallagher
                                               Federal ID: 5395
                                               The Gallagher Law Firm
                                               2905 Sackett Street
                                               Houston, Texas 77098
                                               (713) 222-8080
                                               (713) 222-0066 - Facsimile
                                               donnaf@gld-law.com

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher