1  David P. Matthews
   TX SBN: 13206200
2  MATTHEWS & ASSOCIATES
   2905 Sackett St.
3  Houston, TX 77098
   Tel. (713) 522-5250
4  Fax (713) 535-7184
   matthewsivc@thematthewslawfirm.com
5  dmatthews@thematthewslawfirm.com

6  Richard Freese
   AL Bar No. 6879-E67R
7  Calle M. Mendenhall
   AL Bar No. 7985-W37E
8  FREESE & GOSS, PLLC
   1901 6th Ave N. Ste. 3120
9  Tel. (205) 871-4144
   Fax (205) 871-4104
10 rich@freeseandgoss.com
   calle@freeseandgoss.com

11

12                    **IN THE UNITED STATES DISTRICT COURT**

13                         **FOR THE DISTRICT OF ARIZONA**

14 | IN RE BARD IVC FILTERS | No. MD-15-02641-PHX-DGC |
   | PRODUCTS LIABILITY LITIGATION | |
15 | | **DEMAND FOR JURY TRIAL** |
   | This Document Relates To: | |
16 | | |
   | Madson, et al. | |
17 | | |
   | Civil Case # 2:16-cv-00148-DGC | |
18

19     Plaintiffs demand trial by jury pursuant to Rule 38 of the Federal Rules of Civil

20 Procedure and the Seventh Amendment of the U.S. Constitution.

21

22

Dated:  November 8, 2016          Respectfully submitted,

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120

*Attorneys for Plaintiffs*

    I hereby certify that on this 8th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ David P. Matthews*
    David P. Matthews