David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates To: | **DEMAND FOR JURY TRIAL** |
| Albert A. Noa | |
| Civil Case # 2:16-cv-00470-DGC | |

    Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

| | |
|---|---|
| Dated: November 8, 2016 | Respectfully submitted, |
| | **MATTHEWS & ASSOCIATES** |
| | By: */s/ David P. Matthews* |
| | David P. Matthews |
| | 2905 Sackett St. |
| | Houston, TX 77098 |
| | **FREESE & GOSS, PLLC** |
| | Richard Freese |
| | Calle M. Mendenhall |
| | FREESE & GOSS, PLLC |
| | 1901 6th Ave N. Ste. 3120 |
| | *Attorneys for Plaintiff* |

I hereby certify that on this 8th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　*/s/ David P. Matthews*
　　　　　　　　　　　　　　　　　　　　David P. Matthews