David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Kathleen Frame<br><br>Civil Case # 2:16-cv-00227-DGC | No. MD-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  November 8, 2016	Respectfully submitted,

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews