# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: 2:16-cv-03848-DGC<br><br>**BEATRICE DADISMAN AND JOSEPH DADISMAN**<br><br>**PLAINTIFFS**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | **NOTICE OF ERATA FOR CORRECTION OF SPELLING** |

   PLEASE TAKE NOTICE That Plaintiffs hereby provide notice of errata and correction as follows:

   On November 4, 2016, Plaintiffs filed their Short Form Complaint styled as *Beatrice Dadisman and Joseph Dadisman v. C.R. Bard, et al*. Plaintiff's legal name is BEATRIZ ARRIOLA DADISMAN. Plaintiffs respectfully request that the case style in the member case be changed to *Beatriz Arriola Dadisman and Joseph Dadisman v. C.R. Bard. et al* and all references to Ms. Dadisman in the Complaint be changed accordingly.

Dated: November 8, 2016

                                        Respectfully submitted,

                                        _____
                                        Charles T. Paglialunga
                                        WA Bar No. 23028; CA Bar No. 296106
                                        **PAGLIALUNGA & HARRIS, PS**
                                        1001 Fourth Avenue, Suite 3200
                                        Seattle, WA  98154
                                        Tel: (888) 604-3434
                                        chuck@phlawfirm.com

                                        *Attorney for Plaintiff(s)*

1