Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Shannon L. Clark (019708) - SLC@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SUBMISSION OF FORM OF PROPOSED AMENDED CASE MANAGEMENT ORDER NO. 1** |

Pursuant to the Court's November 2, 2016 Order (Doc. 3862), Plaintiffs' Co-Lead/Liaison Counsel hereby provides notice that they have submitted to the Court a proposed form of Amended Case Management Order No. 1 in accordance with the Court's Order.

RESPECTFULLY SUBMITTED this 9th day of November 2016.

                                                  GALLAGHER & KENNEDY, P.A.

                                                By:   */s/Robert W. Boatman*
                                                      Robert W. Boatman
                                                      Paul L. Stoller
                                                      Shannon L. Clark
                                                      2575 East Camelback Road
                                                      Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 9th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Deborah Yanazzo
Deborah Yanazzo

5708774/26997-0001