Robert Luke
TX State Bar No.: 001789463
THE LUKE LAW FIRM
1201 Shepherd Drive, Houston, TX 77007
Telephone (713) 457-6300
Facsimile (713) 621-5900
Email: Robert@lukefirm.com

Daniel P. Barton
TX State Bar No.: 0078977
BARTON LAW FIRM
1201 Shepherd Drive, Houston, TX 77007
Telephone (713) 227-4747
Facsimile (713) 621-5900
Email: Dbarton@bartonlawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates To: | **DEMAND FOR JURY TRIAL** |
| Pamela C. Webster | |
| Civil Case # 2:16-cv-03471-DGC | |

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  November 9, 2016

Respectfully submitted,

**THE LUKE LAW FIRM**

By: */s/ Robert Luke*
Robert Luke
TX State Bar No.: 001789463
1201 Shepherd Drive, Houston, TX 77007
Telephone (713) 457-6300
Facsimile (713) 621-5900
Email: Robert@lukefirm.com

**BARTON LAW FIRM**
Daniel P. Barton
TX State Bar No.: 0078977
1201 Shepherd Drive, Houston, TX 77007
Telephone (713) 227-4747
Facsimile (713) 621-5900
Email: Dbarton@bartonlawgroup.com

*Attorneys for Plaintiff*

I hereby certify that on this 9th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Robert Luke*
Robert Luke