**CARNEY BADLEY SPELLMAN, P.S.**  Honorable David G. Campbell
**Nicholas P. Scarpelli, Jr.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
Facsimile: (206)467-8215
scarpelli@carneylaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | NO. MD-15-02641-PHX-DGC |
| This document relates to Maria Dalbotten Civil Case No. 2:16-cv-02275-DGC | DEMAND FOR JURY |

Plaintiff Maria Dalbotten demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

DATED this 10th day of November, 2016.

_s/ Nicholas P. Scarpelli Jr._
Attorneys for Plaintiff Dalbotten
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

DEMAND FOR JURY – 1
(MD-15-02641-PHX-DGC)

DAL019-0001 4051667.docx

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2016, I electronically filed the foregoing **Demand for Jury** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                          *s/ Ann Durkin*
                          Legal Assistant