James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| ARON ALDRIDGE, an individual, | |
| Plaintiff, | |
| v. | Case No. CV-15-02500-PHX-DGC |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation, | **DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT** |
| Defendants. | |

1       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard")

2  hereby move to dismiss the plaintiff's Complaint (the "Complaint") pursuant to Federal Rule

3  of Civil Procedure 12(b). At the time the Complaint was filed on behalf of Aron Aldridge, in

4  his individual capacity, for his alleged personal injuries, he was already deceased. As the

5  Court has previously held,[1] a deceased party cannot be a party to a legal action and, as a

6  result, the Complaint is a legal nullity, and the Court has no jurisdiction over it. Defendants

7  therefore respectfully request that the Court dismiss the Complaint with prejudice.

8       The arguments in support of this motion to dismiss are set forth in the accompanying

9  memorandum of law, which is incorporated herein by reference.

10      This 14th day of November, 2016.

11

12                      s/Richard B. North, Jr.
                             Richard B. North, Jr.

13                      Georgia Bar No. 545599
                             Matthew B. Lerner

14                      Georgia Bar No. 446986
                           NELSON MULLINS RILEY & SCARBOROUGH LLP

15                      Atlantic Station
                           201 17th Street, NW / Suite 1700

16                      Atlanta, GA  30363
                           PH: (404) 322-6000

17                      FX: (404) 322-6050
                           richard.north@nelsonmullins.com

18                      matthew.lerner@nelsonmullins.com

19                      James R. Condo (#005867)
                           Amanda Sheridan (#005867)

20                      SNELL & WILMER L.L.P.
                           One Arizona Center

21                      400 E. Van Buren
                           Phoenix, AZ 85004-2204

22                      PH: (602) 382-6000
                           jcondo@swlaw.com

23                      asheridan@swlaw.com

24                      **Attorney for Defendants C. R. Bard, Inc. and**
                      **Bard Peripheral Vascular, Inc.**

25

26

27

---

28  [1] *In re: Bard IVC Filters Prod. Liab. Litig.*, No. 2641, 2016 WL 3055112, at *1 (D. Ariz. May 31, 2016), *appeal dismissed* (July 15, 2016).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com