# EXHIBIT A

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Sheila M. Bossier
MS Bar No. 10618
FREESE & GOSS, PLLC
1520 N. State Street
Jackson, MS 39202
Tel. (601) 352-5485
Fax (601) 352-5452
sbossier@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:

Aron C. Aldridge

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

IL _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

FL _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

FL _____

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Middle District of Florida _____

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master

Complaint:

N/A _____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter(s)):

☐      Recovery® Vena Cava Filter

☐      G2® Vena Cava Filter

☐      G2® Express Vena Cava Filter

☐      G2® X Vena Cava Filter

☒      Eclipse® Vena Cava Filter

☐      Meridian® Vena Cava Filter

☐      Denali® Vena Cava Filter

☐      Other: _____

11.     Date of Implantation as to each product:

06/26/2011 _____

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I:        Strict Products Liability – Manufacturing Defect

☒      Count II:       Strict Products Liability – Information Defect (Failure to

Warn)

-3-

|   |   |   |
|---|---|---|
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |

☒ Count XIV: Violations of Applicable  FL_____ (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 25th day of July, 2016.

**MATTHEWS & ASSOCIATES**

By: _/s/ David P. Matthews_
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Sheila M. Bossier
1520 N. State Street
Jackson, MS 39202

*Attorneys for Plaintiff*

I hereby certify that on this 25th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_/s/ David P. Matthews_
David P. Matthews

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# <u>Civil Cover Sheet</u>

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff (s):** **Aron C. Aldridge**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant (s):** **C.R. Bard Inc. & Bard Peripheral Vascular, Inc.**

County of Residence: Maricopa

Plaintiff's Atty(s):

**David P. Matthews**
**Matthews & Associates**
**2905 Sackett St.**
**Houston, Texas  77098**
**713-522-5250**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:     **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

          Plaintiff:- **2 Citizen of Another State**

        Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

<u>IV. Origin</u> :     **6. Multidistrict Litigation**

<u>V. Nature of Suit</u>:     **365 Personal Injury - Product Liability**

<u>VI.Cause of Action</u>:     **28 U.S.C. 1332-(a) Defective Medical Device**

<u>VII. Requested in Complaint</u>
        Class Action: **No**

Case 2:16-cv-02500-DGC Document 1-1 Filed 07/25/16 Page 2 of 2

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **2:15-md-02641-DGC** assigned to Judge **David G. Campbell.**

---

Signature: /s/ David P. Matthews

Date: 7/25/2016

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the _Back_ button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014