# EXHIBIT C

**From:** Sean Kirwin
**Sent:** Tuesday, September 27, 2016 4:14 PM
**To:** rwb@gknet.com; mark.oconnor@gknet.com; paul.stoller@gknet.com; rlopez@lopezmchugh.com; mwass@lopezmchugh.com; wespitia@lopezmchugh.com; dmatthews@thematthewslawfirm.com
**Cc:** Sanjay Ghosh; Richard North; Maria Turner
**Subject:** Filter MDL -- Aron Aldridge v. C. R. Bard, Inc., et al., Case No. MDL-15-02461-PHX-DGC
**Attachments:** 2016.9.27 Filter MDL - Correspondence re Alon Eldridge Complaint.pdf

Dear Counsel:

Please see the attached correspondence regarding the complaint filed in Aron Aldridge's name. Hardcopies are being sent to your respective offices via email.

If you have any questions, please do not hesitate to contact me or Sanjay.

Kind regards,
Sean

Nelson Mullins

**Sean M. Kirwin**
Attorney at Law
sean.kirwin@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**

Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel: 404.322.6233
Fax: 404.322.6405

www.nelsonmullins.com

(View Bio)

**Nelson Mullins**

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000 Fax: 404.322.6397
www.nelsonmullins.com

Sean M. Kirwin
Tel: 404.322.6233
Fax: 404.322.6050
sean.kirwin@nelsonmullins.com

September 27, 2016

**VIA EMAIL AND U.S. MAIL**

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
dmattews@dmlawfirm.com

Ramon Lopez
LOPEZ McHUGH, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

***Re:*** **Voluntary Dismissal of *Aron Aldridge v. C. R. Bard, Inc., et al.*, Civil Action No.: MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. You filed a complaint in the MDL on behalf of Aron Aldridge ("your client") on July 25, 2016, and served Bard with the complaint on August 2, 2016. We also received your client's Plaintiff Profile Form on September 23, 2016. These documents reveal that your client is deceased and that his wife is bringing this case in his name.

We note, however, that your client died before the complaint was filed. According to your client's obituary,[1] he passed away on June 23, 2016, but the complaint was filed in his name a month later, on July 25, 2016. As we are sure you are aware, the Court dismissed a very similar case on May 31, 2016, reasoning that a complaint filed in the name of a deceased party is a legal nullity. (ECF No. 1978).

Because the complaint filed in the name of your deceased client is a legal nullity, we ask that you dismiss it. If you will not voluntarily dismiss this case, we will file a motion to dismiss it and seek sanctions in connection with the motion. Please file the appropriate documents with the court at your earliest convenience, but no later than 30 days from the date of this letter.

Sincerely yours,

Sean M. Kirwin

***Attorney for C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.***

SMK/

[1] Available at http://www.legacy.com/obituaries/chronicleonline/obituary.aspx?pid=180474494, last visited September 27, 2016.

**From:** Lizy Santiago <lsantiago@thematthewslawfirm.com>
**Sent:** Friday, October 21, 2016 3:27 PM
**To:** Sean Kirwin
**Cc:** David Matthews; 'rwb@gknet.com'; 'paul.stoller@gknet.com'; 'mark.oconnor@gknet.com'; 'RLopez@lopezmchugh.com'; 'Matthew Lopez'; Monica Villarreal; Marisol Salazar
**Subject:** RE: Aron Aldridge v. C.R. Bard, Inc., et al

Sean,

Thank you for your patience. I will have an answer to you by Tuesday.

Thanks.

Lizy Santiago, Attorney
Director of Mass Torts
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
713 522-5250 (phone)
713 535-7133 (fax)
(888) 520-5202

---

**From:** Sean Kirwin [mailto:sean.kirwin@nelsonmullins.com]
**Sent:** Friday, October 21, 2016 2:25 PM
**To:** Lizy Santiago <lsantiago@thematthewslawfirm.com>
**Cc:** David Matthews <dmatthews@thematthewslawfirm.com>; 'rwb@gknet.com' <rwb@gknet.com>; 'paul.stoller@gknet.com' <paul.stoller@gknet.com>; 'mark.oconnor@gknet.com' <mark.oconnor@gknet.com>; 'RLopez@lopezmchugh.com' <RLopez@lopezmchugh.com>; 'Matthew Lopez' <mlopez@lopezmchugh.com>; Monica Villarreal <mvillarreal@thematthewslawfirm.com>; Marisol Salazar <msalazar@thematthewslawfirm.com>
**Subject:** RE: Aron Aldridge v. C.R. Bard, Inc., et al

Lizy:

I hope you are well. I'm writing to follow up on our correspondence dated October 12, 2016 regarding the dismissal of the complaint filed in Mr. Aldridge's name. We would prefer to avoid the time and expense of filing a motion to dismiss, as we had to with regard to the Noterman matter. Please let us know how you intend to proceed.

Kind regards,
Sean

---

**From:** Sean Kirwin
**Sent:** Wednesday, October 12, 2016 2:44 PM
**To:** 'Lizy Santiago'
**Cc:** David Matthews; 'rwb@gknet.com'; 'paul.stoller@gknet.com'; 'mark.oconnor@gknet.com'; 'RLopez@lopezmchugh.com'; 'Matthew Lopez'; Monica Villarreal; Marisol Salazar
**Subject:** RE: Aron Aldridge v. C.R. Bard, Inc., et al

Lizy:

Because Mr. Aldridge died before the complaint was filed in his name, the complaint is technically a nullity with no legal effect. Accordingly, and as the Court previously held with regard to the Noterman matter, any amendment to the complaint would also have no legal effect. We are certainly agreeable, however, to you dismissing the complaint and refiling it on behalf of Mr. Aldridge's estate or representative.

Kind regards,
Sean

---

**From:** Lizy Santiago [mailto:lsantiago@thematthewslawfirm.com]
**Sent:** Tuesday, October 11, 2016 6:57 PM
**To:** Sean Kirwin
**Cc:** David Matthews; 'rwb@gknet.com'; 'paul.stoller@gknet.com'; 'mark.oconnor@gknet.com'; 'RLopez@lopezmchugh.com'; 'Matthew Lopez'; Monica Villarreal; Marisol Salazar
**Subject:** Aron Aldridge v. C.R. Bard, Inc., et al

Dear Counsel

In response to your letter dated September 27, 2016 requesting that we voluntarily dismiss this complaint, be advised that at the time of the filing of the lawsuit we were unaware Mr. Aldridge had passed away. Since becoming aware of his passing, we have filed a suggestion of death and at this time respectfully request that you allow us time to amend the complaint to include his surviving spouse, Mrs. Denise Aldridge.

Please advise if you are agreeable.

Thank you for your time.

Lizy Santiago, Attorney
Director of Mass Torts
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
713 522-5250 (phone)
713 535-7133 (fax)
(888) 520-5202

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.