Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
lincoln.combs@gknet.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| John L. Kuhn, Jr., an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation,<br><br>Defendants. | Civil Action No.: 2:16-cv-00140-DGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff John L. Kuhn, Jr., and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the above-captioned action is voluntarily dismissed, without prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED this 14th day of November, 2016.

| | |
|---|---|
| **GALLAGHER & KENNEDY, P.A.** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |
| By */s/ Paul L. Stoller* <br> Robert W. Boatman <br> Mark S. O'Connor <br> Paul L. Stoller <br> Shannon L. Clark <br> C. Lincoln Combs <br> 2575 East Camelback Road <br> Phoenix, Arizona  85016-9225 <br> *Attorneys for Plaintiff* | By */s/ Richard B. North* <br> Richard B. North <br> Matthew Lerner <br> 201 17th Street, NW <br> Suite 1700 <br> Atlanta, GA 30363 <br> *Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*

5698117/26997-0025

2