IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| John L. Kuhn, Jr., an individual, | Civil Action No.: 2:16-cv-00140-DGC |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal Without Prejudice,

IT IS HEREBY ORDERED that all claims of Plaintiff John L. Kuhn, Jr., against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-captioned action are dismissed in their entirety without prejudice, each party to bear its own costs.

5698120/26997-0025