# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Lorella Hammond | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION TO DISMISS**<br><br>**Docket No.: 2:16-cv-03015-DGC** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs. It is further agreed that the dismissal will only apply to docket number 2:16-cv-03015-DGC and will not have any affect on any other cases filed in regards to Plaintiff Lorella Hammond with different docket numbers.

RESPECTFULLY SUBMITTED this 15th day of November, 2016.

**MCEWEN LAW FIRM LTD.**

By: ___/s/Gregory N. McEwen___
Gregory N. McEwen (#0273843)
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833 Phone
(651) 223-5790 Fax
gmcewen@mcewenlaw.com
*Attorney for Plaintiffs*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: <u>/s/Richard B. North, Jr.</u>
Richard B. North, Jr. (#545599)
Matthew B. Lerner (#446986)
201 17th Street NW/ Suite 1700
Atlanta, GA 30363
(404) 322-6000 Phone
(602) 382-6000 Phone
Richard.north@nelsonmullins.com
Matthew.lerner@nelsonmullins.com
*Attorney for Defendants*

I hereby certify that on this 15th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/Gregory N. McEwen</u>

5131774