WEINSTEIN COUTURE PLLC
Brian D. Weinstein, WSBA No. 24497
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: brian@weinsteincouture.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>     2:16-cv-3567-PHX-DCG | NO.  2:15-MD-02641-DGC<br><br>*AMENDED* SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Alexandra Elizabeth Rourke

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

- 1 -

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not Applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Washington

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Washington

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Washington

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Washington

8. Defendants (check Defendants against whom Complaint is made):

☒ C. R. Bard Inc.
☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

June 1, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:      Strict Products Liability – Manufacturing Defect

☒ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:    Strict Products Liability – Design Defect

- 3 -

☒ Count IV:     Negligence - Design

☒ Count V:      Negligence - Manufacture

☒ Count VI:     Negligence – Failure to Recall/Retrofit

☒ Count VII:    Negligence – Failure to Warn

☒ Count VIII:   Negligent Misrepresentation

☒ Count IX:     Negligence *Per Se*

☒ Count X:      Breach of Express Warranty

☒ Count XI:     Breach of Implied Warranty

☒ Count XII:    Fraudulent Misrepresentation

☒ Count XII:    Fraudulent Concealment

☒ Count XIV:    Violations of Applicable Washington State Law

              Prohibiting Consumer Fraud and Unfair and Deceptive

              Trade Practices

☐ Count XV:     Loss of Consortium

☐ Count XVI:    Wrongful Death

☐ Count XVII:   Survival

☐ Punitive Damages

☐ Other(s): _____ (please state the facts

              supporting this count in the space immediately below)

_____

_____

- 4 -

13. Jury Trial demanded for all issues to triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 15th day of November, 2016.

    WEINSTEIN COUTURE PLLC

By: s/ *Brian D. Weinstein*
    Brian D. Weinstein, WSBA No. 24497
    *Admitted Pro Hac Vice*
    818 Stewart Street, Suite 930
    Seattle, Washington 98101
    Phone: (206) 508-7070
    Email: brian@weinsteincouture.com
    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Alyssa Stout*
    Alyssa Stout
    Legal Assistant