IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Case No. 2:16-cv-03724-DGC<br><br>Marina Balbuena and Leonel Balbuena<br>Plaintiffs<br><br>v.<br><br>C.R. Bard Inc. And Bard Peripheral Vascular, Inc.,<br>Defendants | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY-IN-CHARGE** |

Counsel for Plaintiffs, John T. Kirtley, III, record co-counsel for Plaintiffs, hereby gives notice that he will be substituted as Attorney-In-Charge for Plaintiffs in lieu of Monte Bond. John T. Kirtley, III, has been admitted to this Court pro hac vice, and is a member of this court for all purposes for the pending MDL litigation. This matter is not set for litigation, and no harm or prejudice will occasion any party or attorney of record. Mr. Kirtley's address and e-mail address are stated below. Current lead counsel, Monte Bond, consents to this substitution.

RESPECTFULLY SUBMITTED this 16th day of November, 2016.

/s/ John T. Kirtley, III
JOHN T. KIRTLEY, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
 Asst. molvera@lawyerworks.com)
ivcfiling@lawerworks.com

ATTORNEY FOR THE PLAINTIFFS

/s/ MONTE BOND
Monte Bond
Texas Bar No. 02585625
mbond@tautfestbond.com
TAUTFEST BOND
5151 Beltline Road Suite 1000
Dallas, Texas 75254
Tel. (877) 220-8477

I hereby certify that on this 16th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ JOHN T. KIRTLEY, III