IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| John L. Kuhn, Jr., an individual, | |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal Without Prejudice (Doc. 4008),

**IT IS ORDERED** that all claims of Plaintiff John L. Kuhn, Jr., against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Case No. CV16-00140-PHX DGC are dismissed in their entirety without prejudice, each party to bear its own costs.

Dated this 15th day of November, 2016.

David G. Campbell
United States District Judge

5