IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Lorella Hammond (CV16-3015 PHX DGC),<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation,<br><br>    Defendants. | No. MDL-15-02641-PHX-DGC<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Having considered the parties' Stipulation for Dismissal With Prejudice (Doc. 4011),

    **IT IS ORDERED** that all claims of Plaintiff Lorella Hammond against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Case No. CV16-03015-PHX DGC are dismissed in their entirety with prejudice, each party to bear its own costs.

    Dated this 15th day of November, 2016.

_____
David G. Campbell
United States District Judge

5