**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX DGC |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Catherine Rowden, Individually and on behalf Of the Estate of Johnny Rowden* | **ORDER** |
| Civil Case No. CV15-1489 PHX DGC | |

This matter, having come before the Court on Andrew D. Kinghorn's Motion for Leave to Withdraw as Counsel of Record. Doc. 3921.

**IT IS ORDERED** that the motion for leave to withdraw (Doc. 3921) is **granted.** Andrew D. Kinghorn is withdrawn as attorney of record for Plaintiffs. The Plaintiffs will continue to be represented by John J. Driscoll and The Driscoll Firm, P.C.

Dated this 15th day of November, 2016.

_____
David G. Campbell
United States District Judge