**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-DGC |
| | SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |
| Nash Zehnder Civil Action No. 2:16-cv-03199-PHX-DGC | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: <u>Nash Zehnder</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): <u>N/A</u>

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: <u>Kentucky</u>

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: <u>Kentucky</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: <u>Utah</u>

7. District Court and Division in which venue would be proper absent direct filing: <u>US District Court of Kentucky Western District</u>

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C.R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

|   |   |
|---|---|
| 1 | ☒ Diversity of Citizenship |
| 2 | ☐ Other: _____ |
| 3 | a. Other allegations of jurisdiction and venue not expressed in Master |
| 4 | Complaint: |
| 5 | 10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim |
| 6 | (Check applicable Interior Vena Cava Filter(s)): |
| 7 | ☐ Recovery® Vena Cava Filter |
| 8 | ☒ G2® Vena Cava Filter |
| 9 | ☐ G2® Express Vena Cava Filter |
| 10 | ☐ G2® X Vena Cava Filter |
| 11 | ☐ Eclipse® Vena Cava Filter |
| 12 | ☐ Meridian® Vena Cava Filter |
| 13 | ☐ Denali® Vena Cava Filter |
| 14 | ☐ Other: _____ |
| 15 | 11. Date of Implantation as to each product: <u>March 9, 2013</u> |
| 16 | 12. Counts in the Master Complaint brought by Plaintiff(s): |
| 17 | ☒ Count I: Strict Products Liability – Manufacturing Defect |
| 18 | ☒ Count II: Strict Products Liability – Information Defect (Failure to |
| 19 | Warn) |
| 20 | ☒ Count III: Strict Products Liability – Design Defect |
| 21 | ☒ Count IV: Negligence – Design |
| 22 | ☒ Count V: Negligence – Manufacture |
| 23 | ☒ Count VI: Negligence – Failure to Recall/Retrofit |
| 24 | ☒ Count VII: Negligence – Failure to Warn |
| 25 | ☒ Count VIII: Negligence Misrepresentation |
| 26 | ☒ Count IX: Negligence *Per Se* |
| 27 | ☒ Count X: Breach of Express Warranty |

| | | | |
|---|---|---|---|
| ☒ | County XI: | Breach of Implied Warranty | |
| ☒ | Count XII: | Fraudulent Misrepresentation | |
| ☒ | County XIII: | Fraudulent Concealment | |
| ☒ | Count XIV: | Violations of Applicable Kentucky (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices | |
| ☐ | Count XV: | Loss of Consortium | |
| ☐ | Count XVI: | Wrongful Death | |
| ☐ | County XVII: | Survival | |
| ☒ | Punitive Damages | | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | | |

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

Respectfully Submitted,

*/s/ Don McKenna*

Donald P. McKenna
AL Bar No. ASB-6494-C66D
Hare, Wynn, Newell & Newton, LLP
2025 3rd Avenue North
Birmingham, AL 35203
Tel: (205) 328-5330
Fax: (205) 324-2165
Don@hwnn.com