WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 15- 2641 |
| This Order Relates to: | |
| CV16-3724 PHX DGC | ORDER |
| Marina Balbeuna and Leonel Balbuena, | |
| Plaintiffs, | |
| v. | |
| CR Bard Inc. and Bard Peripheral Vascular, Inc., | |
| Defendants. | |

Pending before the Court is Plaintiffs' counsel's motion to substitute counsel. Doc. 4014.

**IT IS ORDERED** that Plaintiffs' counsel's motion to substitute counsel (Doc. 4014) is **granted.** The Clerk shall note that John T. Kirtley, III, 2603 Oak Lawn Avenue, Suite 300, P.O. Box 199109, Dallas, TX 75219 is substituted as counsel of record for Plaintiffs in Case No. CV16-3724 PHX DGC in lieu of Monte Bond.

Dated this 17th day of November, 2016.

_____
David G. Campbell
United States District Judge