# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Gordon Eric Edelmann<br>Civil Action No. 2:16-cv-03163-DGC | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Gordon Eric Edelmann

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   N/A

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Middle District of Florida (Orlando Division)

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    X   G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

August 8, 2006 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:     Strict Products Liability – Manufacturing Defect

X   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X   Count III:   Strict Products Liability – Design Defect

X   Count IV:    Negligence - Design

X   Count V:     Negligence - Manufacture

☐   Count VI:    Negligence – Failure to Recall/Retrofit

X   Count VII:   Negligence – Failure to Warn

☐   Count VIII:  Negligent Misrepresentation

X   Count IX:    Negligence *Per Se*

X   Count X:     Breach of Express Warranty

X   Count XI:    Breach of Implied Warranty

X   Count XII:   Fraudulent Misrepresentation

- [X] Count XIII: Fraudulent Concealment
- [X] Count XIV: Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [ ] Count XV: Loss of Consortium
- [ ] Count XVI: Wrongful Death
- [ ] Count XVII: Survival
- [X] Punitive Damages
- [ ] Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

- [X] Yes
- [ ] No

RESPECTFULLY SUBMITTED this 18th day of November, 2016.

BLANKENSHIP LAW FIRM

/s/ William F. Blankenship III
William F. Blankenship III
Texas Bar No. 90001483
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214.361.7500
214.361.7505 Fax
bill@blankenshiplaw.com

David P. Matthews
Texas Bar No. 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
713.522.5250
713.535.7184

matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard A. Freese
Alabama Bar No. 6879-E67R
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave. N. Ste. 3120
Birmingham, Alabama 35203
205.871.4144
205.871.4104
rich@freeseandgoss.com
calle@freeseandgoss.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal.

/s/ William F. Blankenship III
William F. Blankenship III