UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No.: 2:16-cv-03848-DGC<br><br>**BEATRIZ ARRIOLA DADISMAN AND JOSEPH DADISMAN**<br><br> **PLAINTIFF**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | MDL No. 2:15-MD-02641-DGC<br><br>**NOTICE OF APPERANCE** |

     The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Beatriz Arriola Dadisman and Joseph Dadisman, Plaintiff in this case.

Dated: November 18, 2016

                                                     Respectfully submitted,

                                              Charles T. Paglialunga
                                              WA Bar No. 23028
                                              CA Bar No. 296106
                                              **PAGLIALUNGA & HARRIS, PS**
                                              1001 Fourth Avenue, Suite 3200
                                              Seattle, WA  98154
                                              Tel: (888) 604-3434
                                              Fax: (888) 411-0826
                                              chuck@phlawfirm.com

                                              *Attorney for Plaintiff(s)*