# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: CV-16-03918-PHX-DGC<br><br>**JAMES FERGUSON**<br><br>**PLAINTIFF**<br><br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | **NOTICE OF APPERANCE** |

The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for James Ferguson, Plaintiff in this case.

Dated: November 18, 2016

Respectfully submitted,

Charles T. Paglialunga
WA Bar No. 23028
CA Bar No. 296106
**PAGLIALUNGA & HARRIS, PS**
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154
Tel: (888) 604-3434
Fax: (888) 411-0826
chuck@phlawfirm.com

*Attorney for Plaintiff(s)*