# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br><br>Case No.: CV-16-03882-PHX-DGC<br><br>**RUTH HABERSTICH**<br><br>**PLAINTIFF**<br><br>VS.<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | **NOTICE OF APPERANCE** |

The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Ruth Haberstich, Plaintiff in this case.

Dated: November 18, 2016

                                        Respectfully submitted,

                                        Charles T. Paglialunga
                                        WA Bar No. 23028
                                        CA Bar No. 296106
                                        **PAGLIALUNGA & HARRIS, PS**
                                        1001 Fourth Avenue, Suite 3200
                                        Seattle, WA  98154
                                        Tel: (888) 604-3434
                                        Fax: (888) 411-0826
                                        chuck@phlawfirm.com

                                        *Attorney for Plaintiff(s)*