UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: Case No.: CV-16-03959-PHX-DGC<br><br>**BRENDA HORHN**<br><br> **PLAINTIFF**<br><br>VS.<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | MDL No. 2:15-MD-02641-DGC<br><br>**NOTICE OF APPERANCE** |

     The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Brenda Horhn, Plaintiff in this case.

Dated: November 18, 2016

                                                Respectfully submitted,

                                               Charles T. Paglialunga
                                               WA Bar No. 23028
                                               CA Bar No. 296106
                                               **PAGLIALUNGA & HARRIS, PS**
                                               1001 Fourth Avenue, Suite 3200
                                               Seattle, WA  98154
                                               Tel: (888) 604-3434
                                               Fax: (888) 411-0826
                                               chuck@phlawfirm.com

                                               *Attorney for Plaintiff(s)*