IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ROSARIO MONTES

  Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.

  Defendant(s)/Respondent(s)

CASE NO: CV-16-3895-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 18 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, BRIAN S. KATZ, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of ROSARIO MONTES.

City and State of Principal Residence: PADUCAH, KENTUCKY
Firm Name: FLINT LAW FIRM, LLC
Address: 2226 BROADWAY/P.O. BOX 2903   Suite: 1
City: PADUCAH   State: KY   Zip: 42002-2903
Firm/Business Phone: (270) 575-3939
Firm Fax Phone: (270) 575-3936   E-mail Address: bkatz@flintfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| KENTUCKY WESTERN DISTRICT | 02/13/1997 | ✓ Yes | ☐ No* |
| KENTUCKY EASTERN DISTRICT | 02/19/2008 | ✓ Yes | ☐ No* |
| TENNESSEE WESTERN DISTRICT | 08/21/1992 | ✓ Yes | ☐ No* |

* Explain: TENNESSEE EASTERN DISTRICT   02/2011

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

11/15/16
Date

Signature of Applicant

Fee Receipt # PHX 178881

(Rev. 04/12)

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

## CERTIFICATE OF GOOD STANDING

I, _____ Vanessa L. Armstrong _____ , Clerk of this Court,

certify that _____ Brian S. Katz _____ , Bar # _____ ,

was duly admitted to practice in this Court on _____ 02/13/1997 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Paducah _____ on _____ 11/14/2016 _____
                                              (Location)                                           (Date)

_____
Vanessa L. Armstrong
CLERK

_____
DEPUTY CLERK