1  Brian D. Weinstein, WSBA No. 24497
2  818 Stewart Street, Suite 930
   Seattle, Washington 98101
3  Phone: (206) 508-7070
   Fax: (206) 237-8650
4  Email: brian@weinsteincouture.com
   Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>2:16-cv-03567-PHX-DGC | NO.  2:15-MD-02641-DGC<br><br>STIPULATED NOTICE OF STRIKING AMENDED SHORT FORM COMPLAINT AND RE-FILING AMENDED SHORT FORM COMPLAINT |
|---|---|

Plaintiff Alexandra Rourke, by and through her counsel listed below, respectfully requests the Court to strike the previous Amended Short Form Complaint that was filed on November 15, 2016 (Doc. 4012). Plaintiff also seeks to file the Amended Short Form Complaint attached hereto as Exhibit A.

This striking of the previous Amended Short Form Complaint and filing of the First Amended Short Form Complaint is done with the consent of counsel for defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in accordance with L. R. Civ. 15.1(b). The Amended Short Form Complaint makes the following change:

1. Correction to the Date of Implantation in Paragraph 11.

RESPECTFULLY SUBMITTED this 22nd day of November, 2016.

WEINSTEIN COUTURE PLLC

By: s/ *Brian D. Weinstein*
Brian D. Weinstein, WSBA No. 24497
*Pro Hac Vice Admission Pending*
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Email: brian@weinsteincouture.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Alyssa Stout*
Alyssa Stout
Legal Assistant

- 2 -