IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JEFF M. EDWARDS<br>Plaintiff<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants<br><br>Case No. 2:15-cv-00963-DGC | No. MD-15-02641-PHX-DGC<br>MDL No. 2641 |

## NOTICE OF APPEARANCE OF RICHARD S. LEWIS

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for: Plaintiff Jeff M. Edwards.

Dated:  November 22, 2016          Respectfully submitted,

                                            By:  */s/ Richard S. Lewis*
                                                  Richard S. Lewis
                                                  Washington DC Bar No.: 414261
                                                  HAUSFELD LLP
                                                  1700 K Street NW, Suite 650
                                                  Washington, DC 20006
                                                  Telephone: (202) 540-7200
                                                  Facsimile: (202) 540-7201
                                                  Email: rlewis@hausfeld.com