AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Tammy Johnson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:16-cv-04046-PHX-DGC |
| C.R. Bard Inc. and Bard Peripheral Vascular, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tammy Johnson .

Date: 11/23/2016

/s/ Jennifer Williams
*Attorney's signature*

Jennifer Williams; TX Bar No. 24007755
*Printed name and bar number*

3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
*Address*

jwilliams@jacksonallenfirm.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*