# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jurl L. Craft, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-16-03937-PHX-DGC |
| | ) | |
| C. R. Bard Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.

Date:  November 23, 2016          /s/ Richard B. North, Jr.
                                  *Attorney's signature*

C. R. Bard, Inc.                  Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*   *Printed Name and bar number*
*service of summons*

                                  Nelson Mullins Riley & Scarborough, LLP
                                  201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                  *Address*

                                  richard.north@nelsonmullins.com
                                  *E-mail address*

                                  (404) 322-6155
                                  *Telephone number*

                                  (404) 322-6050
                                  *FAX number*