# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey S. Singer, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-16-04051-PHX-DGC |
| ) | |
| C. R. Bard Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.

Date:  November 23, 2016         /s/ Richard B. North, Jr.
                                 *Attorney's signature*

C. R. Bard, Inc.                 Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*  *Printed Name and bar number*
*service of summons*

                                 Nelson Mullins Riley & Scarborough, LLP
                                 201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                 *Address*

                                 richard.north@nelsonmullins.com
                                 *E-mail address*

                                 (404) 322-6155
                                 *Telephone number*

                                 (404) 322-6050
                                 *FAX number*