**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

Athena Fagan,                                    )
                                                 )
         Plaintiff,                      )          MDL Case No. 2:15-md-02641-DGC
                                                 )
         v.                              )          Civil Action No.  CV-16-03964-PHX-DGC
                                                 )
Bard Peripheral Vascular, Inc. and C. R.         )
Bard, Inc., et al.,                              )
                                                 )
         Defendant.                      

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>November 23, 2016</u>         <u>/s/ Richard B. North, Jr.</u>
                             *Attorney's signature*

                             <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                             *Printed name and bar number*

                             Nelson Mullins Riley & Scarborough, LLP
                             <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                             *Address*

                             <u>richard.north@nelsonmullins.com</u>
                             *E-mail Address*

                             <u>(404) 322-6000</u>
                             *Telephone number*

                             <u>(404 322-6050</u>
                             *FAX number*