UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No.:<br><br>**ATHENA FAGAN**<br><br>**PLAINTIFF**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | MDL No. 2:15-MD-02641-DGC<br>Civil Action No. CV-16-03964-PHX-DGC<br><br>**NOTICE OF APPERANCE** |

     The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Athena Fagan, Plaintiff in this case.

Dated: November 19, 2016

                                            Respectfully submitted,

                                            Charles T. Paglialunga
                                            WA Bar No. 23028
                                            CA Bar No. 296106
                                            **PAGLIALUNGA & HARRIS, PS**
                                            1001 Fourth Avenue, Suite 3200
                                            Seattle, WA  98154
                                            Tel: (888) 604-3434
                                            Fax: (888) 411-0826
                                            chuck@phlawfirm.com

                                            *Attorney for Plaintiff(s)*