IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: Cindy McKinzie | No. MD-15-02641-PHX-DGC<br><br>Civil Action No. 2:16-CV-00953-DGC<br><br>**PLAINTIFF'S AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Florence Edwards

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Cindy McKinzie

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Cindy McKinzie, administrator

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of the injury:

   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Texas – Austin Division

8. Defendants (check Defendants against whom Complaint is made):

X C.R. Bard Inc.

X Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X Diversity of Citizenship

□ Other: ______________________________

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

______________________________

______________________________

______________________________

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making claim (Check applicable Inferior Vena Cava Filter(s)):

X Recovery® Vena Cava Filter

□ G2® Vena Cava Filter

□ G2® Express (G2® X) Vena Cava Filter

□ Eclipse® Vena Cava Filter

□ Meridian® Vena Cava Filter

□ Denali® Vena Cava Filter

□ Other: ______________________________

11. Date of Implantation as to each product:

On or about April 12, 2005

______________________________

12. Counts in the Master Complaint brought by Plaintiff(s):

X Count I: Strict Products Liability – Manufacturing Defect

X Count II: Strict Products Liability – Information Defect (Failure to Warn)

X Count III: Strict Products Liability – Design Defect

X Count IV: Negligence – Design

X Count V: Negligence – Manufacture

X Count VI: Negligence – Failure to Recall/Retrofit

X Count VII: Negligence – Failure to Warn

X Count VIII: Negligent Misrepresentation

X Count IX: Negligence *Per Se*

X Count X: Breach of Express Warranty

X Count XI: Breach of Implied Warranty

X Count XII: Fraudulent Misrepresentation

X Count XIII: Fraudulent Concealment

X Count XIV: Violation of Applicable Texas ______________________ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X Count XV: Loss of Consortium

X Count XVI: Wrongful Death

X Count XVII: Survival

X Punitive Damages

□ Other(s): All claims for relief set forth in the Master Complaint for an amount to be determined by the trier of fact.

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

13. Jury Trial demanded for all issues so triable?

X Yes

□ No

RESPECTFULLY SUBMITTED November 29, 2016.

By: */s/ Richard S. Lewis*

Richard S. Lewis
Steve Rotman
Braden Beard
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: rslewis@hausfeld.com
srotman@hausfeld.com
bbeard@hausfeld.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Richard S. Lewis*

Richard S. Lewis