1

2

3                        IN THE UNITED STATES DISTRICT COURT

4                              FOR THE OF ARIZONA

5    IN RE BARD IVC FILTERS            )   No. MD-15-02641-PHX-DGC
     PRODUCTS LIABILITY LITIGATION     )
6                                      )
                                       )   Civil Action No. 2:16-CV-00953-DGC
7                                      )
     This Document Relates to: Cindy McKinzie )
8                                      )   **PLAINTIFF'S AMENDED MASTER**
                                       )   **SHORT FORM COMPLAINT FOR**
9                                      )   **DAMAGES FOR INDIVIDUAL CLAIMS**
     _____   )   **AND JURY TRIAL**
10

11           Plaintiff(s) named below, for their Complaint against Defendants named below,

12   incorporate the Master Complaint for Damages in MDL 2641 by reference (doc. 364).

13   Plaintiff(s) further show the Court as follows:

14           1. Plaintiff/Deceased Party:

15              Florence Edwards_____

16           2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

17              consortium claim:

18              ~~Jeff M Edwards~~Cindy McKinzie_____

19           3. Other Plaintiff and capacity (i.e., administrator, executor, guardian,

20              conservator):

21              ~~N/A~~Cindy McKinzie, administrator_____

22           4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

23              at the time of implant:

24              Texas_____

25           5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26              at the time of the injury:

27              Texas_____

28           6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas _____

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Texas – Austin Division _____

8. Defendants (check Defendants against whom Complaint is made):

X  C.R. Bard Inc.

X  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X  Diversity of Citizenship

☐  Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making claim (Check applicable Inferior Vena Cava Filter(s)):

X  Recovery® Vena Cava Filter

☐  G2® Vena Cava Filter

☐  G2® Express (G2® X) Vena Cava Filter

☐  Eclipse® Vena Cava Filter

☐  Meridian® Vena Cava Filter

☐  Denali® Vena Cava Filter

☐  Other: _____

11. Date of Implantation as to each product:

On or about April 12, 2005 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

X Count I:       Strict Products Liability – Manufacturing Defect

X Count II:      Strict Products Liability – Information Defect (Failure to Warn)

X Count III:     Strict Products Liability – Design Defect

X Count IV:      Negligence – Design

X Count V:       Negligence – Manufacture

X Count VI:      Negligence – Failure to Recall/Retrofit

X Count VII:     Negligence – Failure to Warn

X Count VIII:    Negligent Misrepresentation

X Count IX:      Negligence *Per Se*

X Count X:       Breach of Express Warranty

X Count XI:      Breach of Implied Warranty

X Count XII:     Fraudulent Misrepresentation

X Count XIII:    Fraudulent Concealment

X Count XIV:   Violation of Applicable <u>Texas</u> <u>                    </u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X Count XV:    Loss of Consortium

X☐ Count XVI:   Wrongful Death

X☐ Count XVII:  Survival

X Punitive Damages

☐ Other(s):      All claims for relief set forth in the Master Complaint for an amount to be determined by the trier of fact.

<u>                                                            </u>

<u>                                                            </u>

<u>                                                            </u>

<u>                                                            </u>

<u>                                                            </u>

13.  Jury Trial demanded for all issues so triable?

X  Yes

☐  No

~~Respectfully submitted this 5th day of April, 2016~~

~~**Jeff M Edwards, Plaintiff**~~

~~By:     /s/ Jeff M Edwards~~

~~Jeff M Edwards~~
~~13785 Research Blvd~~
~~Suite 125~~
~~Austin, TX 78750~~
~~Phone: (512)300-7555~~
~~Email: JeffEdwards777@Gmail.com~~

~~*Plaintiff filing Pro Se*~~

RESPECTFULLY SUBMITTED November 29, 2016.

By:     /s/ Richard S. Lewis

Richard S. Lewis

Steve Rotman

Braden Beard

HAUSFELD LLP

1700 K Street NW, Suite 650

Washington, DC 20006

Telephone:  (202) 540-7200

Facsimile: (202) 540-7201

Email: rslewis@hausfeld.com

srotman@hausfeld.com

bbeard@hausfeld.com

1

2
## CERTIFICATE OF SERVICE

3
I hereby certify that on November 29, 2016, I electronically transmitted the

4
attached document to the Clerk's Office using the CM/ECF System for filing and

5
transmittal of a Notice of Electronic Filing.

6

7
*/s/ Richard S. Lewis*

8
Richard S. Lewis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28