IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>  Case No. 2:16-cv-00963-DGC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. MD-15-02641-PHX-DGC<br>MDL No. 2641 |

**Order Granting Plaintiff's Motion for
Leave to File Amended Complaint**

Plaintiff's Motion for Leave to File Amended Complaint [doc. _____] is GRANTED.

Accordingly, the Clerk is directed to accept filing of the Amended Complaint and to amend the

name of the Plaintiff on the docket.

Dated this \_\_\_\_ day of _____, 2016.

_____
David G. Campbell,
United States District Judge

1