Don McKenna
AL Bar No. ASB-6494-C66D
HARE, WYNN, NEWELL AND NEWTON, LLP
2025 Third Avenue North Suite 800
Birmingham, AL 35203
Tel: 205-328-5330
Fax: 205-324-2165
don@hwnn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates To: | STIPULATED NOTICE OF STRIKING SECOND AMENDED SHORT FORM COMPLAINT |
| Nash Zehnder | |
| Civil Case No. 2:16-cv-03199-DGC | |

Plaintiff Nash Zehnder, by and through his counsel listed below, respectfully requests the Court to strike the previous Second Amended Short Form Complaint that was filed on November 16, 2016 (Doc 4020).

The Second Amended Short Form Complaint was previously filed without leave of Court or the consent of the Bard defendants.

Dated:  November 29, 2016            Respectfully submitted,

                                     HARE, WYNN, NEWELL AND NEWTON, LLP

                                     By:    /s/Don McKenna_____
                                            Don McKenna
                                            2025 Third Avenue North Suite 800
                                            Birmingham, AL 35203
                                            Tel: 205-328-5330
                                            Fax: 205-324-2165
                                            don@hwnn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2016 I electronically transmitted the attached document to the Clerk's Office of the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Don McKenna_____
Don McKenna