# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: Case No.: CV-16-03968-PHX-DGC<br><br>**GINGER HENLEY**<br><br> **PLAINTIFF**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | MDL No. 2:15-MD-02641-DGC |

## SUGGESTION OF DEATH

Plaintiffs, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of consortium Plaintiff Glen Henley which occurred on or about August 7, 2016.

Dated: November 30, 2016

Respectfully submitted,

_____

Charles T. Paglialunga
WA Bar No. 23028
CA Bar No. 296106
**PAGLIALUNGA & HARRIS, PS**
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154
Tel: (888) 604-3434
Fax: (888) 411-0826
chuck@phlawfirm.com

*Attorney for Plaintiff(s)*