# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**This Order Relates to:**<br><br>**Peter Johnston, et al. v. Bard, et al., CV16-4089 PHX DGC** | MDL No. 15- 2641 PHX DGC |

This case has recently been transferred to this Court from the District of Rhode Island for inclusion in MDL15-2641.

**IT IS ORDERED** that the Clerk of court shall remove the juvenile Plaintiffs' names from the Court docket and replace the names with initials for each juvenile Plaintiff. In the future, the juvenile Plaintiffs shall be referred to only by initials and not by proper names.

Dated this 1st day of December, 2016.

_____
David G. Campbell
United States District Judge