1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE DISTRICT OF ARIZONA

8

IN RE:  Bard IVC Filters Products Liability
9    Litigation,                                                    No. MDL 15-02641-PHX DGC

10                                                                   **AMENDED CASE MANAGEMENT
                                                                        ORDER NO. 16**
11   THIS DOCUMENT RELATES TO
     *Barraza, et al. v. C. R. Bard, Inc., et al.*,
     Case No. CV-16-1374-PHX-DGC.                  **(Deadlines Related to *Barraza, et al. v.
12                                                       C. R. Bard, Inc., et al.*)**

13

14          The Court enters the following Amended Case Management Order No. 16

15   regarding certain deadlines in the case *Barraza, et al. v. C. R. Bard, Inc., et al.*, Case No.

16   CV-16-1374-PHX-DGC:

17   A.     Class Certification Fact Discovery

18          1.     Fact discovery related to class certification shall be completed no later than

19   **February 3, 2017.**

20   B.     Class Certification Expert Disclosures and Discovery

21          1.     With respect to experts relied upon to support class certification, Plaintiffs

22   shall provide full and complete expert disclosures and reports as required by Rule

23   26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **February 10, 2017**.

24          2.     With respect to experts relied upon to oppose class certification, Defendants

25   shall provide full and complete expert disclosures and reports as required by Rule

26   26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **March 17, 2017**.

27          3.     With respect to rebuttal experts relied upon to support or oppose class

28   certification, if any, the party so relying shall submit full and complete expert disclosures

1   and reports as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure

2   no later than **April 21, 2017**.

3       4.      Depositions of class certification-related experts shall be completed no later

4   than **May 19, 2017**.

5   C.    <u>Motion for Class Certification</u>

6       1.      A motion for class certification shall be filed no later than **June 5, 2017**.  A

7   response shall be filed no later than **July 7, 2017**.  A reply shall be filed on **July 28, 2017**.

8   Such motion must comply in all respects with the Federal Rules of Civil Procedure and

9   the Local Rules.

10      A hearing on the motion for class certification shall be held on **August 11, 2017**

11  **at 2:30 p.m.** before the Honorable David G. Campbell, 401 West Washington Street,

12  Courtroom 603, Phoenix, Arizona 85003.

13      Dated this 1st day of December, 2016.

David G. Campbell
United States District Judge