UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. \_\_\_\_

Plaintiff

vs.

Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney _____ files this Notice of Change of Address in the above captioned case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm:

Address:

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

Dated:                                  Respectfully submitted,

_____  _____
*Attorney Name*                               *Bar Number*

_____
*Attorney E-mail Address*

_____
*Firm Name*

_____
*Street Address*

_____
*City, State, Zip Code*

_____  _____
*Telephone: (xxx)xxx–xxxx*         *Facsimile: (xxx)xxx–xxxx*

_____
*Attorneys for Plaintiff/Defendant [Party Name(s)]*