```
                JOSHUA HICKS                    UNITED STATES DISTRICT COURT
                 PLAINTIFF                      FOR THE DISTRICT OF ARIZONA
                   - vs -                       Docket No. 2:16-CV-03309-DGC
            C.R. BARD INC. ET-AL
                 DEFENDANT
```

**Person to be Served**
C.R. BARD INC.
730 CENTRAL AVE.
NEW PROVIDENCE, NJ 07974

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, JURY DEMAND, PROOF OF SERVICE, CCS
**Service Data:**
Served Successfully __ Not Served **X**    Date: 11/22/2016  Time: 9:56AM  Attempts: ___

___ Delivered a copy to him/her personally      Name of person served and relationship / title:

___ Left a copy with a competent household            SABINA DOWNING
    member of over 14 years of age residing
    therein.                                      SENIOR LITIGATION MANAGER

**X** Left a copy with a person authorized to
    accept service, e.g. managing agent,
    registered agent, etc.

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **50+**   APP. HT: **5'8**   APP. WT: **170**
OTHER:

**Comments Or Remarks:**

I, DARLEEN PERDON, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
28th day of Nov 2016

Signature of Process Server Date

*Kendra Wolsky*

Client File Number:

KENDRA M. WOLSKY
NOTARY PUBLIC OF NEW JERSEY
ID # 2453882
My Commission Expires 11/5/2020

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-03309-DGC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __C. R. Bard, Inc__
was received by me on *(date)* __11-21-2016__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Sabina Downing, Senior litigation manager__, who is designated by law to accept service of process on behalf of *(name of organization)* __C.R. Bard, Inc__
on *(date)* __11-22-2016__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

__Darleen Perdon, Process Service__
*Printed name and title*

__2333, US 22 W, Union, NJ 07083__
*Server's address*

Additional information regarding attempted service, etc: