1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) - SLC@gknet.com
   Gallagher & Kennedy, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
4  602-530-8000

5  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
6  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
7  Newport Beach, California  92660
   949-812-5771
8
   *Attorneys for Plaintiffs*
9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF ARIZONA
11

12  | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
13  | | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |
14

15         PLEASE TAKE NOTICE that on December 6, 2016, Plaintiffs served (by mail and

16  email) upon Defendants the following discovery papers:

17         *Plaintiffs' Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure
           30(b)(6) (Threshold)*
18
           Plaintiffs are filing this notice in lieu of filing the original discovery papers
19
    pursuant to LRCiv 5.2.
20
           RESPECTFULLY SUBMITTED this 6th day of December, 2016.
21
22                                    GALLAGHER & KENNEDY, P.A.
23
                                      By:   /s/Robert W. Boatman
24                                        Robert W. Boatman
                                          Paul L. Stoller
25                                        Shannon L. Clark
                                          2575 East Camelback Road
26                                        Phoenix, Arizona  85016-9225
27
28

*(left margin, vertical)* Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 6th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

57455901/26997-0001

2