Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff James Flora*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JAMES FLORA<br>Civil Action No.: 2-16-CV-00517-DGC | No. MD-15-02641-PHX-DGC<br><br>**SUGGESTION OF DEATH** |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff James Flora, which occurred on October 12, 2016. A copy of the death certificate is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 7th day of December, 2016.

**SHAW COWART, LLP**

By:   */s/ Ethan L. Shaw*
      Ethan L. Shaw (TX Bar No. 18140480)
      Matthew J. Riley (TX Bar No. 24070500)
      Justin W. Fishback (TX Bar No. 24056736)
      (*Admitted Pro Hac Vice*)
      1609 Shoal Creek Blvd., Ste. 100
      Austin, Texas 78701
      (512) 499-8900 telephone
      (512) 320-8906 facsimile
      elshaw@shawcowart.com
      mriley@shawcowart.com
      jfishback@shawcowart.com

*Attorneys for Plaintiff James Flora*

Certificate of Service

I hereby certify that on this 7th day of December, 2016, I electronically transmitted the foregoing Suggestion of Death to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Ethan L. Shaw*

# Registrar of Vital Statistics
## Certified Copy



**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND**

**4741427**

**KENTUCKY CERTIFICATE OF DEATH**

116  **201637837**
Case #: E201610250160

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME (First, Middle, Last) (Include AKA's if any) | JAMES THOMAS FLORA   AKA (TOM FLORA) |
| 1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE | N/A |
| 2. SEX | MALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | October 12, 2016 |
| 4. SOCIAL SECURITY NUMBER | [redacted] |
| 5a. AGE-LAST BIRTHDAY (Years) | 62 |
| 6. DATE OF BIRTH | [redacted] |
| 7. COUNTY OF DEATH | BOYD |
| 8. PLACE OF DEATH | HOSPITAL: [X] Inpatient |
| 9. FACILITY NAME | KINGS DAUGHTERS MEDICAL CENTER (HOSPITAL) |
| 10. CITY OR TOWN, STATE AND ZIP CODE | ASHLAND, KY 41101 |
| 11. BIRTHPLACE | MAYSVILLE, KENTUCKY |
| 12. MARITAL STATUS | [X] Never Married |
| 13. SURVIVING SPOUSE | N/A |
| 14. DECEDENT'S USUAL OCCUPATION | LABORER |
| 15. KIND OF BUSINESS/INDUSTRY | SELF EMPLOYED |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | [X] No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | BOYD |
| 17c. CITY OR TOWN | ASHLAND |
| 17d. STREET AND NUMBER | P.O. BOX 1232, 2275 WINCHESTER AVE. # |
| 17e. ZIP CODE | 41105 |
| 17f. INSIDE CITY LIMITS? | [X] Yes |
| 18. DECEDENT'S EDUCATION | [X] High School Graduate or GED Completed |
| 19. DECEDENT OF HISPANIC ORIGIN? | [X] No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | [X] White |
| 21. FATHER'S NAME | JAMES RUSSELL FLORA |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | PEARL ELLEN LITTLE |
| 23a. INFORMANT'S NAME | LARRY FREMION |
| 23b. RELATIONSHIP TO DECEDENT | BROTHER |
| 23c. MAILING ADDRESS | P.O. BOX 1232, ASHLAND, KY 41105 |
| 24. METHOD OF DISPOSITION | [X] Burial |
| 25. PLACE OF DISPOSITION | BALD POINT CEMETERY |
| 26. LOCATION | VANCEBURG, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | JOHN D. NORTHCUTT |
| DATE SIGNED | 10/25/2016 |
| 28. KY LICENSE NUMBER | 3547 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | NORTHCUTT & SON HOME FOR FUNERALS, PO BOX 388, MOREHEAD, KY 40351 |
| 30. DATE PRONOUNCED DEAD | 10/12/2016 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 0154 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | [X] No |

**CAUSE OF DEATH**

33. PART I.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE | a. CEREBRAL HERNIATION | 1-12 HOUR(S) |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | b. CEREBROVASCULAR ACCIDENT | 2-4 DAY(S) |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| UNDERLYING CAUSE | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | d. | |

PART II. Other significant conditions contributing to death: **CEREBROVASCULAR DISEASE**

34. MANNER OF DEATH: [X] Natural

35. WAS AN AUTOPSY PERFORMED? [X] No
36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? (blank)
37. DID TOBACCO USE CONTRIBUTE TO DEATH? [X] Unknown
38. IF FEMALE: Not pregnant within past year

46. TO BE COMPLETED BY CERTIFIER: To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated.
SIGNATURE: **MATTHEW J PIERZALA, DO**
47. DATE CERTIFIED: 11/06/2016
48. LICENSE NUMBER: 02941
49. TITLE OF CERTIFIER: PHYSICIAN

50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (ITEM 33): **MATTHEW PIERZALA**
KINGS DAUGHTERS MEDICAL CENTER, 2201 LEXINGTON AVENUE, ASHLAND, KY 41101

51. REGISTRAR'S SIGNATURE: *Paul F. Royce*
52. DATE FILED: 11/07/2016

**THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW**

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this _____ 7th _____ day of _____ November _____, 20 16.

FORM VS NO. 1-A

**EXHIBIT A**