IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This document relates to:

EDDIE J. JOHNSON

Civil Case No. 2:16-CV-03591-DGC

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:16-CV-03591 WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDDIE J. JOHNSON and Defendants C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is further agreed that the dismissal will only apply to docket number 2:16-CV-03591-DGC and will not have any affect on any other cases filed in regards to Plaintiff Eddie J. Johnson with different docket numbers.

RESPECTFULLY SUBMITTED this 6th day of December, 2016.

MURRAY LAW FIRM

s/D. Alex Onstott
Stephen B. Murray, Jr. (LA Bar. No. 23877)
D. Alex Onstott (LA Bar No. 36611)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
smurrayjr@murray-lawfirm.com
aonstott@murray-lawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/D. Alex Onstott<br>
D. Alex Onstott