1   Robert W. Boatman (009619) - rwb@gknet.com
    Paul L. Stoller (016773) - paul.stoller@gknet.com
2   Shannon L. Clark (019708) - SLC@gknet.com
    Gallagher & Kennedy, P.A.
3   2575 East Camelback Road
    Phoenix, Arizona  85016-9225
4   602-530-8000

5   Ramon Rossi Lopez - rlopez@lopezmchugh.com
    (California Bar Number 86361; admitted *pro hac vice*)
6   Lopez McHugh LLP
    100 Bayview Circle, Suite 5600
7   Newport Beach, California  92660
    949-812-5771
8
    *Attorneys for Plaintiffs*
9

10                    UNITED STATES DISTRICT COURT

11                          DISTRICT OF ARIZONA

12  In Re Bard IVC Filters Products Liability        No. MD-15-02641-PHX-DGC
    Litigation
13                                                   **NOTICE OF SERVICE OF**
                                                     **DISCOVERY PAPERS**
14

15          PLEASE TAKE NOTICE that on December 7, 2016, Plaintiffs served (by mail and

16  email) upon Defendants the following discovery papers:

17      *Plaintiffs' Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure*
                    *30(b)(6) (Opinion Leaders & Sales)*
18
19              *Plaintiffs' Notice of Deposition of John Kaufman*

20              *Plaintiffs' Notice of Deposition of Michael Randall*

        Plaintiffs are filing this notice in lieu of filing the original discovery papers
21
22  pursuant to LRCiv 5.2.

23          RESPECTFULLY SUBMITTED this 7th day of December, 2016.

24                                         GALLAGHER & KENNEDY, P.A.

25                                         By:   */s/Robert W. Boatman*
26                                               Robert W. Boatman
                                                 Paul L. Stoller
27                                               Shannon L. Clark
                                                 2575 East Camelback Road
28                                               Phoenix, Arizona  85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 7th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5747207/26997-0001

2