IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ROBERTA PEACH and WELLS PEACH,

    Plaintiff(s)/Petitioner(s),

vs.

C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendant(s)/Respondent(s)

CASE NO: 2:15-MD-02641-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY
DEC 0 7 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, JOSH B. WAGES, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Roberta Peach and Wells Peach.

**City and State of Principal Residence:** Athens, GA
**Firm Name:** Blasingame, Burch, Garrard & Ashley, P.C.
**Address:** 440 College Avenue    **Suite:**
**City:** Athens    **State:** GA    **Zip:** 30601
**Firm/Business Phone:** (706) 354-4000
**Firm Fax Phone:** (706) 549-3545    **E-mail Address:** jbw@bbgbalaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See Attached Sheet | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12/5/16
**Date**

**Signature of Applicant**

**Fee Receipt #** _PHP179558_

(Rev. 04/12)

## JOSH B. WAGES

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING YES/NO |
|---|---|---|
| State Bar of Georgia | 10/27/1998 | YES |
| Georgia Court of Appeals | 10/26/1999 | YES |
| Georgia Supreme Court | 10/26/1999 | YES |
| US District Court, Middle District - Georgia | 3/11/2003 | YES |
| US District Court, Northern District - Georgia | 8/27/2004 | YES |
| United States Court of Appeals, 11th Circuit | 2/28/2005 | YES |
| US District Court, Southern District - Georgia | 8/29/2005 | YES |
| United Sates Court of Appeals, 4th Circuit | May 2016 | YES |

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that JOSH B. WAGES, Bar No. 730098

was duly admitted to practice in this Court on

March 11, 2003, and is in good standing

as a member of the Bar of this Court.

Dated at Macon, Georgia on 11/28/2016.



David W. Bunt
CLERK

s/ Charlene A. Lunsford
DEPUTY CLERK