IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| Eddie J. Johnson (CV16-3591 PHX DGC),<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation,<br><br>    Defendants. | **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal With Prejudice. Doc. 4201.

**IT IS ORDERED** that all claims of Plaintiff Eddie J. Johnson against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Case No. CV16-03591-PHX DGC are dismissed in their entirety with prejudice, each party to bear its own costs.

Dated this 7th day of December, 2016.

_____
David G. Campbell
United States District Judge