# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ernestine Tavares, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-16-03971-PHX-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard Inc., et al. ) ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  December 9, 2016            /s/ Richard B. North, Jr.
                                   *Attorney's signature*

C. R. Bard, Inc. and Bard           Richard B. North (Ga. Bar No. 545599)
Peripheral Vascular, Inc.           *Printed Name and bar number*
*Printed name of party waiving*
*service of summons*                Nelson Mullins Riley & Scarborough, LLP
                                    201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                    *Address*

                                    richard.north@nelsonmullins.com
                                    *E-mail address*

                                    (404) 322-6155
                                    *Telephone number*

                                    (404) 322-6050
                                    *FAX number*