≈AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME Robert W. Boatman | 2. PHONE NUMBER 602-530-8340 | 3. DATE 12/9/2016 |
| 4. FIRM NAME Gallagher & Kennedy, PA | | |
| 5. MAILING ADDRESS 2575 E. Camelback Road | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
| 9. CASE NUMBER MD-15-02641-PHX-DGC | 10. JUDGE David Campbell | DATES OF PROCEEDINGS 11. 12/9/2016  12. |
| 13. CASE NAME In Re Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS 14. Phoenix  15. STATE Arizona |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 12/9/2016 - entire hearing |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | costs split between parties |
| 14 DAYS | ☐ | ☐ | | ☐ PDF (e-mail) | |
| 7 DAYS | ☑ | ☐ | | ☑ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
deborah.yanazzo@gknet.com

19. SIGNATURE  s/ Robert W. Boatman

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE  12/9/2016

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**  COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY