**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Jeanette Robins,                                    )
                                                    )
              Plaintiff,                            )        MDL Case No. 2:15-md-02641-DGC
                                                    )
              v.                                    )        Civil Action No.  CV-16-04184-PHX-DGC
                                                    )
Bard Peripheral Vascular, Inc. and C. R.           )
Bard, Inc., et al.,                                 )
                                                    )
              Defendant.                            )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

         Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>December 7, 2016</u>              <u>/s/ Richard B. North, Jr.</u>
                                          *Attorney's signature*

                                          <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                          *Printed name and bar number*

                                          Nelson Mullins Riley & Scarborough, LLP
                                          <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                          *Address*

                                          <u>richard.north@nelsonmullins.com</u>
                                          *E-mail Address*

                                          <u>(404) 322-6000</u>
                                          *Telephone number*

                                          <u>(404) 322-6050</u>
                                          *FAX number*