IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.  2:15-MD-02641-DGC |

This Document Relates to:

    PATRICK MARTIN

Civil Case #   2:16-cv-03676-DGC

# **ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Patrick Martin,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Patrick Martin against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-03676) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of December, 2016.

_____
Honorable David G. Campbell
United States District Court Judge