AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| Ronetta Juniel <br><br> *Plaintiff(s)* <br> v. <br> C.R. Bard, Inc., Bard Peripheral Vascular, Inc. <br><br> *Defendant(s)* | Civil Action No. 2:16-00474-DBH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bard Peripheral Vascular, Inc.
1625 W. Third Street
Tempe, AZ 85281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group
120 Exchange Street, Ste. 200
Portland, ME 04101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/19/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-00474-DBH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bard Peripheral Vascular, Inc.__
was received by me on *(date)* __10/19/2016__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Angela Ramirez__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation,__
__Statutory Agent__ on *(date)* __10/20/16 @ 2:31pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __26.00__ for travel and $ __24.00__ for services, for a total of $ __50.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/21/2016__

_____
Server's signature

__Keith Blanchard (#8694)__
Printed name and title

__P.O. Box 4552, Scottsdale, AZ 85261__
Server's address

Additional information regarding attempted service, etc: