P178297

|  |  |
|---|---|
| RONETTA JUNIEL<br>PLAINTIFF<br>- vs -<br>C.R. BARD, INC., ET-AL<br>DEFENDANT | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MAINE<br>Docket No. 2:16-CV-00474-DBH |

**Person to be Served**
C.R. BARD, INC.
730 CENTRAL AVE.
NEW PROVIDENCE, NJ 07974

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, JURY DEMAND, CCS
**Service Data:**
Served Successfully **X**   Not Served _____   Date: 10/21/2016   Time: 9:06AM   Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

MYRA MCGINLEY

SENIOR MANAGER

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLONDE**   APP.AGE: **50+**   APP. HT: **5'0**   APP. WT: **130**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
26th day of Oct, 2016

[signature]

**TINA GIORDANO**
**NOTARY PUBLIC OF NEW JERSEY**
**ID # 2428940**
**My Commission Expires 1/17/2018**

I, DARLEEN PERDON, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Process Server Date

Client File Number:

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-00474-DBH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* C. R. Bard, Inc.
was received by me on *(date)* 10-20-2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Myra Mcginley, Senior manager , who is
designated by law to accept service of process on behalf of *(name of organization)* C. R. Bard, Inc.
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Darleen Perdon, Process Server
*Printed name and title*

2333, U.S. 22 West, Union NJ 07083
*Server's address*

Additional information regarding attempted service, etc: