# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

                                                                                                              Case No. 2:15-md-2641-DGC

THIS DOCUMENT RELATES TO:

*Lorella Hammond v. C.R. Bard, et al*
Civil Action No..: 2:16-cv-03128-DGC

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lorella Hammond, by and through undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:16-cv-03128-DGC and will not have any affect on any other cases filed in regards to Plaintiff Lorella Hammond with different docket numbers.

RESPECTFULLY SUBMITTED this 12th day of December, 2016.

                                          *By: Attorney for Plaintiff:*

                                          */s/ William B. Curtis*
                                          William B. Curtis
                                          CURTIS LAW GROUP
                                          12225 Greenville Ave., Suite 750
                                          Dallas, TX 75243
                                          Telephone: (214) 890-1000
                                          Facsimile: (225) 890-1010
                                          bcurtis@curtis-lawgroup.com