IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.  MDL15-02641-PHX DGC

This Document Relates to:

**ORDER**

Patrick Martin,
Case No.  CV16-03676-PHX DGC

Considering the parties' Stipulation of Dismissal Without Prejudice of Patrick Martin. Doc. 4305.

**IT IS ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Patrick Martin against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL15-2641 (Member Case CV16-03676 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 13th day of December, 2016.

_____
David G. Campbell
United States District Judge