# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS              No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to Plaintiffs:

SUZETTE DIXON Civil Case No.:  2:16-cv-03164-PHX -DGC

JAMES MILLER – Civil Case No.:  2:16-cv-03165-PHX-DGC

RACHEL CARUTH – Civil Case No.:  2:16-cv-03167-PHX-DGC

DYLAINE ELIE – Civil Case No.:  2:16-cv-03171-PHX-DGC

DEBORAH J. HALLE – Civil Case No.:  2:16-cv-02989-PHX-DGC

ROBERT DOSTIE – Civil Case No.:  2:16-cv-03166-PHX-DGC

## NOTICE OF CHANGE OF ADDRESS

Attorney JAMES B. TUTTLE of THE TUTTLE LAW FIRM, attorney for the above Plaintiffs, hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that The Tuttle Law Firm's new address effective immediately is 1520 Crescent Road, Suite 300, Clifton Park, New York 12065.  All phone numbers and emails remain the same.

RESPECTFULLY SUBMITTED this 14th day of December, 2016.

                            THE TUTTLE LAW FIRM

                            By:     /s/James B. Tuttle
                                   James B. Tuttle (NY Bar No. 1124833)
                                   (admitted *pro hac vice*)
                                   1520 Crescent Road, Suite 300
                                   Clifton Park, New York 12065
                                   (518) 783-1002
                                   *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2016, a true and correct copy of the Notice of Change of Address was furnished via electronic filing, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

      /s/James B. Tuttle
James B. Tuttle