# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS  
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-PHX-DGC

This document relates to:

DYLAINE ELIE

Civil Case No.:  2:16-cv-03171-PHX-DGC

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Dylaine Elie,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Dylaine Elie against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-03171-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ day of December, 2016.

David G. Campbell  
United States District Judge