# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-PHX-DGC

This document relates to:

SUZETTE DIXON

Civil Case No.: 2:16-cv-03164-PHX-DGC

**STIPULATION FOR DISMISSAL OF CIVIL ACTION No. 2:16-cv-03171-PHX-DGC WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SUZETTE DIXON and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It is further agreed that the dismissal will only apply to docket number 2:16-cv-03164-PHX-DGC and will not have any affect on any other cases filed in regards to Plaintiff Suzette Dixon with different document numbers.

RESPECTFULLY SUBMITTED this 14th day of December, 2016.

    THE TUTTLE LAW FIRM

By:   /s/James B. Tuttle
    James B. Tuttle (NY Bar No. 1124833)
    (admitted *pro hac vice*)
    1520 Crescent Road, Suite 300
    Clifton Park, New York 12065
    (518) 783-1002
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/James B. Tuttle
James B. Tuttle