# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-PHX-DGC

This document relates to:

SUZETTE DIXON

Civil Case No.: 2:16-cv-03164-PHX-DGC

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Suzette Dixon,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Suzette Dixon against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-03164-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ day of December, 2016.

David G. Campbell
United States District Judge