AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| James C. Adolphson | ) | MDL Case No.: 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-04099-PHX-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James C. Adolphson                                                                                              .

Date:   12/15/2016                                          /s/ Daniel S. Gruber
                                                                       *Attorney's signature*

                                                                       Daniel S. Gruber, CA Bar No. 113351
                                                                       *Printed name and bar number*

                                                                       (admitted pro hac vice)
                                                                       Gruber & Gruber
                                                                       15165 Ventura Boulevard, Suite 450
                                                                       Sherman Oaks, CA  91403
                                                                       *Address*

                                                                       dgruber@gruberlawfirm.com
                                                                       *E-mail address*

                                                                       (818) 981-0066
                                                                       *Telephone number*

                                                                       (818) 981-2122
                                                                       *FAX number*

I hereby certify that on this 15th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Daniel S. Gruber