AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Brett Beady | ) | MDL Case No.: 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:16-cv-04130-PHX-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brett Beady                                                                                                             .

Date:     12/15/2016                                                    /s/ Daniel S. Gruber
                                                                           *Attorney's signature*

                                                              Daniel S. Gruber, CA Bar No. 113351
                                                                  *Printed name and bar number*

                                                                      (admitted pro hac vice)
                                                                         Gruber & Gruber
                                                               15165 Ventura Boulevard, Suite 450
                                                                     Sherman Oaks, CA  91403
                                                                              *Address*

                                                                   dgruber@gruberlawfirm.com
                                                                         *E-mail address*

                                                                          (818) 981-0066
                                                                      *Telephone number*

                                                                          (818) 981-2122
                                                                           *FAX number*

I hereby certify that on this 15th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Daniel S. Gruber*