# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# RENO, NEVADA

KEVIN PHILLIPS )
)
    Plaintiff(s), )    CASE NO: 3:12-cv-0344-RCJ-WGC
)
vs. )
)
C.R. BARD, INC. et al., )
)
    Defendant(s), )
_____ )

```
✓ FILED          ___ RECEIVED
___ ENTERED     ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

          JAN 28 2015

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# JURY NOTES

2:52pm 1-28-15      (4)

Shouldn't we be notifying (now) FDA, Doctors, patients who are related to these Filters implants to prevent a sudden, painfull deadh?

Are we, jurors, legally responsible for communicating these risks?

Don't you have enough witnesses statements to state that patients are in (some) risk to have the filter migrating (fracturing) to their heart?


3:12-CV-344-RCJ-WGC