Robert W. Boatman (009619)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
rwb@gknet.com
paul.stoller@gknet.com
SLC@gknet.com

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com
*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (005867)
Amanda C. Sheridan (027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (GA Bar No. 545599)
(admitted *pro hac vice*)
Matthew B. Lerner (GA Bar No. 446986)
(admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT SUBMISSION RE CASES FOR AUTOMATIC INCLUSION IN DISCOVERY GROUP 1** |

In accordance with Paragraph Case Management Order No. 11 [Doc. 1662], the Parties hereby submit to the Court the list of cases that were selected by the parties for automatic inclusion in Discovery Group 1:

Booker, Sherr-Una, case number 16-CV-00474

Dewitt, Brent, case number 16-CV-00355

Jones, Doris, case number 16-CV-00782

Kaiser, Deborah Ann, case number 16-CV-00190

King, Michael, case number 16-CV-00067

Mixson, Joseph, case number 16-CV-00268

Mulkey, Debra S, case number 16- CV-00853

Tinlin, Debra, case number 16-CV-00263

The parties will be separately submitting to the Court their proposed lists of additional cases for inclusion in Discovery Group 1.

Respectfully submitted this 16th day of December 2016.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ *Paul L. Stoller* | /s/ *Richard B. North, Jr.* |
| Robert W. Boatman | James R. Condo |
| Paul L. Stoller | Amanda C. Sheridan |
| Shannon L. Clark | Snell & Wilmer |
| Gallagher & Kennedy PA | One Arizona Center |
| 2575 East Camelback Road, Suite 1100 | 400 East Van Buren |
| Phoenix, AZ  85016-9225 | Phoenix, AZ  85004-2202 |
| | |
| Ramon R. Lopez | Richard B. North, Jr. |
| Lopez McHugh LLP | Matthew B. Lerner |
| 100 Bayview Circle, Suite 5600 | Nelson Mullins Riley & Scarborough LLP |
| Newport Beach, CA  92660 | 201 17th St. NW, Suite 1700 |
| | Atlanta, GA 30363 |
| *Co-Lead/Liaison Counsel for Plaintiffs* | *Attorneys for Defendants*<br>*C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Deborah Yanazzo

5762163/26997-0001