Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(CA Bar No. 86361; admitted *pro hac vice*)
Matthew R. Lopez – mlopez@lopezmchugh.com
(CA Bar No. 263134; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771
*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (005867)
Amanda C. Sheridan (027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (GA Bar No. 545599)
(admitted *pro hac vice*)
Matthew B. Lerner (GA Bar No. 446986)
(admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC<br><br>**STIPULATION RE PROPOSED CASE MANAGEMENT ORDER FOR DISCOVERY GROUP 1 AND BELLWETHER GROUP 1 CASES** |

In accordance with Case Management Orders Nos. 11 [Doc. 1662] and 19 [Doc. 4311], the Parties submit this stipulation for entry of a proposed Case Management Order regarding a proposed schedule for Discovery Group 1 and Bellwether Group 1. A copy of the proposed case management order is attached as Exhibit "A"

The parties note that CMO 19 requested a schedule through March 1, 2017, but that the Court changed the March 1, 2017 date for the selection process of Bellwether Group 1 cases to April 21, 2017 in Case Management Order No. 18 [Doc. 3865]. The Parties further note that they have stipulated to a discovery schedule in the proposed case management order to complete discovery in the Discovery Group 1 and Bellwether Group 1 cases by July 14, 2017 – the date of the close of common expert (and, thus, all common) discovery in the MDL. In order to do so, the Parties propose a slight adjustment to the timing of exchanges and submissions to the Court regarding Bellwether Group 1 cases. In order to complete all discovery in those cases by July 14, 2017, the Parties believe a slight adjustment (and primarily a shortening) of that process is necessary.

The Parties agree with the Court's statement in CMO 18 that "all discovery need not be completed in every case in Discovery Group 1 before the bellwether cases are selected, but enough discovery will be needed to ensure the parties have a reasonably informed basis for making selections." The Parties have met and conferred regarding the scope of discovery and type of witnesses who should be deposed prior to bellwether trial selection. The Parties have agreed that they will submit by December 21, 2016 either a stipulation that addresses those issues or submissions as to the Parties' competing positions.

Additionally, the parties will submit by December 21, 2016 a separate proposed Case Management Order with protocols for conduct of discovery in the Discovery Group 1 and Bellwether Group 1 cases; if the parties cannot agree on some or all of the protocols, they will separately submit on that date their positions on the issues in dispute.

Respectfully submitted this 16th day of December 2016.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ *Paul L. Stoller* <br> Robert W. Boatman <br> Paul L. Stoller <br> Gallagher & Kennedy PA <br> 2575 East Camelback Road, Suite 1100 <br> Phoenix, AZ 85016-9225 <br><br> Ramon R. Lopez (admitted *pro hac vice*) <br> Matthew R. Lopez (admitted *pro hac vice*) <br> Lopez McHugh LLP <br> 100 Bayview Circle, Suite 5600 <br> Newport Beach, CA 92660 <br><br> *Co-Lead/Liaison Counsel for Plaintiffs* | /s/ *Richard B. North, Jr.* <br> James R. Condo <br> Amanda C. Sheridan <br> Snell & Wilmer <br> One Arizona Center <br> 400 East Van Buren <br> Phoenix, AZ 85004-2202 <br><br> Richard B. North, Jr. (admitted *pro hac vice*) <br> Nelson Mullins Riley & Scarborough LLP <br> 201 17th St. NW, Suite 1700 <br> Atlanta, GA 30363 <br><br> *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Deborah Yanazzo*

5762250/26997-0001

3