WEINSTEIN COUTURE PLLC
Brian D. Weinstein, WSBA No. 24497
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: brian@weinsteincouture.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>2:16-cv-03567-PHX-DGC | NO.  2:15-MD-02641-DGC<br><br>NOTICE OF SERVICE OF DISCOVERY PAPERS |
|---|---|

PLEASE TAKE NOTICE that on December 16, 2016, Plaintiff served her Plaintiff Profile Form and Authorization Forms upon Defendants as required in Amended Case Management Order No. 5. Plaintiff is filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 16th day of December, 2016.

WEINSTEIN COUTURE PLLC

By: s/ *Brian D. Weinstein*
Brian D. Weinstein, WSBA No. 24497
*Admitted Pro Hac Vice*
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Email: brian@weinsteincouture.com
Counsel for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

     *s/ Alyssa Stout*
     Alyssa Stout
     Paralegal