# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| This document relates to: | **ORDER** |
| SUZETTE DIXON | |
| Civil Case No.: CV16-3164-PHX-DGC | |

Considering the parties' Stipulation of Dismissal With Prejudice of Suzette Dixon. Doc. 4316.

IT IS HEREBY ORDERED that the stipulation (Doc. 4316) is **granted.** All claims of Plaintiff Suzette Dixon against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-3164-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 16th day of December, 2016.

_____
David G. Campbell
United States District Judge