AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Angelia Trice | ) | This Document Relates to Case No. 2:16-cv-04426-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.   MDL Case No. 2:15-md-02641-DGC |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Angelia Trice.

Date:   12/19/2016

/s/ Todd E. Hilton
*Attorney's signature*

Todd E. Hilton, MO Bar #51388
*Printed name and bar number*

Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

*Address*

hilton@stuevesiegel.com
*E-mail address*

(816) 714-7100
*Telephone number*

(816) 714-7101
*FAX number*