**EXHIBIT B**

## John Dalimonte

**From:** MacFarland, William C [William.MacFarland@fda.hhs.gov]
**Sent:** Wednesday, May 14, 2014 4:49 PM
**To:** John A. Dalimonte
**Subject:** RE: C.R. Bard

Got it, so did you contact the New England District Office?


Sincerely,
Bill MacFarland

Tel: 301-796-5547
Fax: 301-847-8128
Email: william.macfarland@fda.hhs.gov

**From:** John A. Dalimonte [mailto:johndalimonte@kdlaw.net]
**Sent:** Wednesday, May 14, 2014 4:34 PM
**To:** MacFarland, William C
**Subject:** RE: C.R. Bard

I have reached out to several folks here in Massachusetts about a year or so ago, but they have not followed up. I was told that I needed to contact one of your regional offices since Bard was based in NJ. No others have been involved. I look forward to our conference call tomorrow.

John

**From:** MacFarland, William C [mailto:William.MacFarland@fda.hhs.gov]
**Sent:** Wednesday, May 14, 2014 3:57 PM
**To:** John A. Dalimonte
**Cc:** Simms, Joshua
**Subject:** RE: C.R. Bard

Hello Mr. Dalimonte, just a quick question for you that you can answer now or on our call tomorrow. I understand that you have contacted the New Jersey District Office and CDRH's Office of Surveillance and Biometrics. Is there anybody else that you have contacted at FDA? We would just want to operate with a central point of contact with you. If there are others at FDA that have been involved then I would like to know who they are so that we are all working together.

Thanks,
Bill



Tel: 301-796-5547
Fax: 301-847-8128
Email: william.macfarland@fda.hhs.gov

**From:** John A. Dalimonte [mailto:johndalimonte@kdlaw.net]
**Sent:** Tuesday, May 13, 2014 12:15 PM
**To:** MacFarland, William C
**Subject:** FW: C.R. Bard

Dear Mr. MacFarland,

1

It was a pleasure speaking with you this morning. As we discussed, I may have a couple of my colleagues join the call with Joshua Simms, Branch Chief of Cardiovascular Devices at the FDA's Office of Compliance this upcoming Thursday at 2:30 p.m. est. I would appreciate your confirming that the call in number is 866-657-1028 and the pass code 33324430. Once again, thank you for reaching out to me this morning and your assistance with this matter.

Very truly yours,

John A. Dalimonte

KARON & DALIMONTE LLP
85 Devonshire Street
Suite 1000
Boston, MA 02109
617-367-3311

www.kdlaw.net