**EXHIBIT C**

## United States Food and Drug Administration
## Consumer Complaint / Injury Report

This is an accurate reproduction of the original electronic record as of 06/07/2016

| COMPLAINT | # 131097 |
|---|---|

| Complaint Date | Receiving Organization | Accomplishing District | How Received | Complaint Source | Complaint Received By | Complaint Status |
|---|---|---|---|---|---|---|
| 03/07/2013 | NWE-DO | LOS-DO | Telephone | Industry | Vantwuyver, Sheila M | Closed |

### Complainant Identification

| Name | Address |
|---|---|
| anonymous | MA |

| Phone (W) | Phone (H) | Source POC Name | Source Phone |
|---|---|---|---|

### Complaint/Injury

| Complaint Description | Adverse Event Result | Adverse Event Date | Injury / Illness |
|---|---|---|---|
| Complainant reported a problem with Bard's vena cava filters, labeled as G2 filters, manufactured between 2004 - 2008. Complainant knows of 1000 adverse events not reported to FDA. Complaints involve breakages, migrations, and perforations that resulted in serious injuries. | None | | |

| Notify DEIO/EMOPS? | Notification Date | Attended Health Professional? | Required Hospitalization? | Emergency Room / Outpatient Visit? | Reported Complaint To? | Need addnl. FDA Contact? |
|---|---|---|---|---|---|---|
| No | | N/A | N/A | N/A | Unknown | Unknown |

### Remarks
The G2 was manufactured in Tempe, AZ and firm's corporate HQ is in Murray Hil, NJ. Details were provided in a memo of telecon written by NWE-DO's Compliance Officer. Memo of telecon is attached with the complaint record.

### Complaint Symptoms

| Sympton | System Affected | Onset Time | Duration | Remarks |
|---|---|---|---|---|

### Health Care Professional

| Provider Name | Address | Phone | Occupation |
|---|---|---|---|

### Hospital Information

| Hospital Name | Address | Phone | Dates of Stay |
|---|---|---|---|

### Emergency Room/Outpatient Visit

| Hospital Name | Address | Phone | ER Date |
|---|---|---|---|

### Product and Labeling

| Brand Name | Product Name | Product Code | Product Description | PAC | UPC Code |
|---|---|---|---|---|---|
| Bard | vena cava filters, G2 | 74 | Cardiovascular | 81R801 | |

Date: 06/07/2016                    Page: 1 of 3

Complaint # 131097

| Qty / Unit / Package | Lot/ Serial # | Exp/Use by Date | Purchase Date | Product Used | Amount Consumed/Used |
|---|---|---|---|---|---|
| | | | | No | |

| Date Used | Date Discontinued | Amount Remained | Imported Product? | Country of Origin | Label Remarks |
|---|---|---|---|---|---|
| | | | No | | |

### Retail

Problem Ingredient Group

**Name**  **Address**
n/a

### Manufacturer/Distributor

| FEI | Name & Address | Home District | Firm Type |
|---|---|---|---|
| 2020394 | Bard Peripheral Vascular Inc 1625 W 3rd St Tempe Arizona United States 85281-2438 | LOS-DO | Manufacturer |
| 1000208905 | C. R. Bard, Inc. 730 Central Ave New Providence New Jersey United States 07974-1139 | NWJ-DO | Corporate Headquarters |

### Initial Evaluation/Initial Disposition

| Problem Keyword | Problem Keyword Details |
|---|---|
| Other, identify in Details | Firm not reporting 1000 adverse events and serious injuries to FDA |

| Initial Evaluation | Initial Disposition | Disposition Made By | Disposition Date |
|---|---|---|---|
| FDA Action Indicated | Referred to Other FDA District | Vantwuyver,Sheila M | 03/07/2013 |

### Initial Disposition Remarks

NWJ-DO, LOS-DO, and CDRH were notified. CC was referred to NWJ-DO first.
NWJ CCC discussed complaint with Deputy DD who instructed her to forward complaint to LOS-DO, location of manufacturer.

### Referrals

| Org Name | HHS Mail Code |
|---|---|
| NWJ-DO | HFR-MA300 |
| LOS-IB-CCC | HFR-PA250T |

There are no Cosmetics details for this Complaint.
There are no Adverse Event details for this Complaint.

Date: 06/07/2016                                Page: 2 of 3

Complaint #131097

## COMPLAINTS FOLLOW - UP

### Grouped Follow - Up Operations

| Operation Id | Operation Code | Assignment Number | Accomplishing Organization | Performing Organization | Sample Number | PAF | Status | Status Date |
|---|---|---|---|---|---|---|---|---|

There are no Follow Up Operations related to this complaint.

### Disposition Summary

| Is Consumer Responsible? | Responsible FEI | Address | Name | Firm Type |
|---|---|---|---|---|

| Follow-Up Disposition | Disposition Made By | Disposition Date |
|---|---|---|
| Surveillance Information for Next EI | Lee, Franklin | 03/27/2013 |

**Disposition Remarks**

### Follow-Up Sent To

| Organization Name | HHS Mail Code |
|---|---|
| LOS-DO | HFR-PA200 |