# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Miranda Ann Yates, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-16-04328-PHX-DGC |
| | ) | |
| C. R. Bard Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.


Date:  December 27, 2016              /s/ Richard B. North, Jr.
                                      *Attorney's signature*


C. R. Bard, Inc.                      Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*       *Printed Name and bar number*
*service of summons*

                                      Nelson Mullins Riley & Scarborough, LLP
                                      201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                      *Address*

                                      richard.north@nelsonmullins.com
                                      *E-mail address*

                                      (404) 322-6155
                                      *Telephone number*

                                      (404) 322-6050
                                      *FAX number*