# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michele Richardson, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-16-04425-PHX-DGC |
| | ) | |
| C. R. Bard Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.

Date:  December 27, 2016      /s/ Richard B. North, Jr.
                             *Attorney's signature*

C. R. Bard, Inc.              Richard B. North (Ga. Bar No. 545599)
*Printed name of party waiving*    *Printed Name and bar number*
*service of summons*

                             Nelson Mullins Riley & Scarborough, LLP
                             201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                             *Address*

                             richard.north@nelsonmullins.com
                             *E-mail address*

                             (404) 322-6155
                             *Telephone number*

                             (404) 322-6050
                             *FAX number*