1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona 85016-9225
   602-530-8000
4
   Ramon Rossi Lopez - rlopez@lopezmchugh.com
5  (CA Bar No. 86361; admitted *pro hac vice*)
   Matthew R. Lopez – mlopez@lopezmchugh.com
6  (CA Bar No. 263134; admitted *pro hac vice*)
   Lopez McHugh LLP
7  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
8  949-812-5771

9  *Co-Lead/Liaison Counsel for Plaintiffs*

10                        UNITED STATES DISTRICT COURT

11                                DISTRICT OF ARIZONA

12  | In Re Bard IVC Filters Products | No. MD-15-02641-PHX-DGC |
    | Liability Litigation | |
13  | | **MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' RESPONSE TO BARD'S SUBMISSION RE SELECTION OF CASES FOR DISCOVERY GROUP 1** |
    | | and |
    | | **MOTION TO SEAL FILED DOCUMENTS** |

18         Plaintiffs move this Court for an Order pursuant to the Stipulated Protective Order

19  (Doc. 268), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, sealing

20  Plaintiffs' Response to Bard's Submission re Selection of Cases for Discovery Group 1.

21  Plaintiffs' Response contains personal healthcare information that is protected under

22  HIPAA and confidential under the Stipulated Protective Order, warranting protection

23  from public disclosure.

24         Plaintiffs also move this Court to seal Plaintiffs' Submission re Proposed List of

25  Additional Discovery Group 1 Cases (Doc. 4336), Defendants' Submission in Opposition

26  to Plaintiffs' Proposed List of Additional Discovery Group 1 Cases (Doc. 4342), and

27  Defendants' Submission re Discovery Group 1 (Doc. 4341) as these documents also

28

1. contain personal healthcare information regarding various plaintiffs that is protected under
2. HIPAA and confidential under the Stipulated Protective Order.
3. Bard does not oppose this Motion.
4. For the foregoing reasons, this Court should grant Plaintiffs' leave to file their
5. Response under seal and to seal Document numbers 4336, 4342, and 4341.
6. RESPECTFULLY SUBMITTED this 27th day of December 2016.

GALLAGHER & KENNEDY, P.A.

By: */s/ Paul L. Stoller*
  Robert W. Boatman
  Paul L. Stoller
  Shannon L. Clark
  2575 East Camelback Road
  Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
  Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
  Matthew R. Lopez (CA Bar No. 263134)
  (admitted *pro hac vice*)
  100 Bayview Circle, Suite 5600
  Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

  */s/ Deborah Yanazzo*

5774385/26997-1

2