UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' RESPONSE TO BARD'S SUBMISSION RE SELECTION OF CASES FOR DISCOVERY GROUP 1** and<br>**GRANTING MOTION TO SEAL FILED DOCUMENTS** |

Plaintiffs have filed a motion to file under seal their Response to Defendants' Submission Re Selection of Cases for Discovery Group 1 and to seal certain documents previously filed by the Parties. The Court has reviewed the motion and finds good cause to grant the motion.

ACCORDINGLY, IT IS ORDERED:

1. The Motion for Leave to File Under Seal Plaintiffs' Response to Bard's Submission Re Selection of Cases for Discovery Group 1 is **granted**.

2. The Court further **grants** Plaintiffs motion to seal Plaintiffs' Submission re Proposed List of Additional Discovery Group 1 Cases (Doc. 4336), Defendants' Submission in Opposition to Plaintiffs' Proposed List of Additional Discovery Group 1 Cases (Doc. 4342), and Defendants' Submission re Discovery Group 1 (Doc. 4341).

3. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

4. The Clerk is further directed to seal the filings at docket numbers 4336, 4341, and 4342.