IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | No. 2: 15-MD-02641- DGC<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PARTY |

**THIS DOCUMENT RELATES TO:**

*Zachary MacDonald, Geoffrey MacDonald as Temporary Guardian of Zachary MacDonald, and Geoffrey MacDonald and Lauren Rowntree as Proposed Conservators of Zachary MacDonald v. C.R. Bard, Inc., et al.*

**Case Number 2:16-cv-02634-DGC**

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiffs Geoffrey MacDonald and Lauren Rowntree, As Conservators for the Protected Person, Zachary MacDonald, are substituted for plaintiff Zachary MacDonald, in the above-captioned case.

Dated: _____      _____
                                Hon. David G. Campbell
                                United States District Judge

1