IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641- PHX DGC |
| THIS DOCUMENT RELATES TO: *Zachary MacDonald, Geoffrey MacDonald as Temporary Guardian of Zachary MacDonald, and Geoffrey MacDonald and Lauren Rowntree as Proposed Conservators of Zachary MacDonald v. C.R. Bard, Inc., et al.*: | ORDER |
| Case Number CV16-02634-PHX DGC | |

The Court has considered Plaintiff's motion for substitution of proper party. Doc. 4364.

**IT IS ORDERED** that Plaintiff's motion for substitution (Doc. 4364) is **granted.** Plaintiffs Geoffrey MacDonald and Lauren Rowntree, As Conservators for the Protected Person, Zachary MacDonald, are substituted for plaintiff Zachary MacDonald, in the above-captioned case.

Dated this 28th day of December, 2016.

_____
David G. Campbell
United States District Judge

1