# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MDL-15-02641-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed a motion to file under seal their Response to Defendants' Submission Re Selection of Cases for Discovery Group 1 and to seal certain documents previously filed by the Parties. The Court has reviewed the motion and finds good cause to grant the motion.

**IT IS ORDERED:**

1. The Motion for Leave to File Under Seal Plaintiffs' Response to Bard's Submission Re Selection of Cases for Discovery Group 1 is **granted**.

2. The Court further **grants** Plaintiffs motion to seal Plaintiffs' Submission re Proposed List of Additional Discovery Group 1 Cases (Doc. 4336), Defendants' Submission in Opposition to Plaintiffs' Proposed List of Additional Discovery Group 1 Cases (Doc. 4342), and Defendants' Submission re Discovery Group 1 (Doc. 4341).

3. The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 4336, 4341, 4342, and 4359.

Dated this 28th day of December, 2016.

_____
David G. Campbell
United States District Judge