1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Shannon L. Clark (019708) - SLC@gknet.com
   Gallagher & Kennedy, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
4  602-530-8000

5  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
6  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
7  Newport Beach, California  92660
   949-812-5771
8
   *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Second Amended Notice of Deposition Pursuant to Federal Rule 30(b)(6) and Related Requests for Production of Documents*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 30th day of December, 2016.

          GALLAGHER & KENNEDY, P.A.

          By:  */s/ Paul L. Stoller*
              Robert W. Boatman
              Paul L. Stoller
              Shannon L. Clark
              2575 East Camelback Road
              Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 30th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Deborah Yanazzo
Deborah Yanazzo

5779372/26997-0001