Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(CA Bar No. 86361; admitted *pro hac vice*)
Matthew R. Lopez – mlopez@lopezmchugh.com
(CA Bar No. 263134; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771
*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (005867)
Amanda C. Sheridan (027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (GA Bar No. 545599)
(admitted *pro hac vice*)
Matthew B. Lerner (GA Bar No. 446986)
(admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC<br><br>**STIPULATION RE PROPOSED CASE MANAGEMENT ORDER FOR DISCOVERY PROTOCOLS FOR DISCOVERY GROUP 1** |

In accordance with Case Management Orders Nos. 11 [Doc. 1662], 18 [Doc. 3685], and 19 [Doc. 4311], the Parties submit this stipulation for entry of a proposed Case Management Order regarding a discovery protocols for Discovery Group 1.  A copy of the proposed case management order is attached as Exhibit "A".

The parties are separately filing submissions regarding issues in dispute as identified in the attached proposed form of order.

Respectfully submitted this 3rd day of January 2017.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ *Paul L. Stoller* <br> Robert W. Boatman <br> Paul L. Stoller <br> Gallagher & Kennedy PA <br> 2575 East Camelback Road, Suite 1100 <br> Phoenix, AZ  85016-9225 <br><br> Ramon R. Lopez (admitted *pro hac vice*) <br> Matthew R. Lopez (admitted *pro hac vice*) <br> Lopez McHugh LLP <br> 100 Bayview Circle, Suite 5600 <br> Newport Beach, CA  92660 <br><br> *Co-Lead/Liaison Counsel for Plaintiffs* | /s/ *Richard B. North, Jr.* <br> James R. Condo <br> Amanda C. Sheridan <br> Snell & Wilmer <br> One Arizona Center <br> 400 East Van Buren <br> Phoenix, AZ  85004-2202 <br><br> Richard B. North, Jr. (admitted *pro hac vice*) <br> Nelson Mullins Riley & Scarborough LLP <br> 201 17th St. NW, Suite 1700 <br> Atlanta, GA 30363 <br><br> *Attorneys for Defendants* <br> *C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Deborah Yanazzo*

5781734/26997-0001