Ethan L. Shaw (TX Bar No. 18140480)
Matthew J. Riley (TX Bar No. 24070500)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
mriley@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff James Flora*

Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| JAMES FLORA<br>Civil Action No.: 2-16-CV-00517-DGC | **STIPULATION OF DISMISSAL** |

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.      Plaintiff is James Flora; Defendants are C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

2.      On February 23, 2016, Plaintiff sued Defendants.

3.      Plaintiff moves to dismiss the suit.

4.      Defendants agree to the dismissal.

5.      This case is not a class action under Federal Rule of Civil Procedure 23, a

derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.      A receiver has not been appointed in this case.

7.      This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.      Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

Respectfully submitted,

**SHAW COWART, LLP**

By:   */s/ Ethan L. Shaw*
          Ethan L. Shaw (TX Bar No. 18140480)
          Justin W. Fishback (TX Bar No. 24056736)
          1609 Shoal Creek Blvd., Ste. 100
          Austin, Texas 78701
          (512) 499-8900 telephone
          (512) 320-8906 facsimile
          elshaw@shawcowart.com
          jfishback@shawcowart.com

*Attorneys for Plaintiff*

**AGREED:**

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By:   */s/ Richard B. North, Jr.*
Richard B. North, Jr. (GA Bar No. 545599)
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 telephone
(404) 322-6050 facsimile
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

<u>Certificate of Service</u>

     I hereby certify that on this 4th day of January 2017, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

<i>/s/ Ethan L. Shaw</i>           