# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Juanita Jones, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-16-04527-PHX-DGC |
| ) | |
| C. R. Bard Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant C. R. Bard, Inc.


Date:  January 4, 2017              /s/ Richard B. North, Jr.
                                                          *Attorney's signature*

C. R. Bard, Inc.              Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed name of party waiving*   *Printed Name and bar number*
*service of summons*

                                      Nelson Mullins Riley & Scarborough, LLP
                                      201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                      *Address*

                                        richard.north@nelsonmullins.com
                                      *E-mail address*

                                        (404) 322-6155
                                      *Telephone number*

                                        (404) 322-6050
                                      *FAX number*