**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Caddell, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C. R. Bard Inc., )<br>)<br>Defendant. )<br>) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-17-00003-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant C. R. Bard, Inc.


Date:  January 4, 2017          /s/ Richard B. North, Jr.
                                          *Attorney's signature*

C. R. Bard, Inc.                 Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed name of party waiving*     *Printed Name and bar number*
*service of summons*

                                          Nelson Mullins Riley & Scarborough, LLP
                                          201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                          *Address*

                                          richard.north@nelsonmullins.com
                                          *E-mail address*

                                          (404) 322-6155
                                          *Telephone number*

                                          (404) 322-6050
                                          *FAX number*