IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | Civil Action No. 2:16-CV-00953-DGC |
| This Document Relates to: Cindy McKinzie, Jeff Edwards, John Edwards, and Sara Townley | **PLAINTIFF'S AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Florence Edwards

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Cindy McKinzie, Jeff M Edwards, John Edwards, Sara Townley

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   ~~N/A~~Cindy McKinzie, administrator

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of the injury:

   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

    Western District of Texas – Austin Division

8. Defendants (check Defendants against whom Complaint is made):

    X   C.R. Bard Inc.

    X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other:

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making claim (Check applicable Inferior Vena Cava Filter(s)):

    X   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express (G2® X) Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

    ☐   Denali® Vena Cava Filter

    ☐   Other:

11. Date of Implantation as to each product:

    On or about April 12, 2005

12. Counts in the Master Complaint brought by Plaintiff(s):

1   X  Count I:      Strict Products Liability – Manufacturing Defect
2   X  Count II:     Strict Products Liability – Information Defect (Failure to
3                    Warn)
4   X  Count III:    Strict Products Liability – Design Defect
5   X  Count IV:     Negligence – Design
6   X  Count V:      Negligence – Manufacture
7   X  Count VI:     Negligence – Failure to Recall/Retrofit
8   X  Count VII:    Negligence – Failure to Warn
9   X  Count VIII:   Negligent Misrepresentation
10  X  Count IX:     Negligence *Per Se*
11  X  Count X:      Breach of Express Warranty
12  X  Count XI:     Breach of Implied Warranty
13  X  Count XII:    Fraudulent Misrepresentation
14  X  Count XIII:   Fraudulent Concealment
15  X  Count XIV:    Violation of Applicable <u>Texas</u>
16                   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade
17                   Practices
18  X  Count XV:     Loss of Consortium
19  X  Count XVI:    Wrongful Death
20  X  Count XVII:   Survival
21  X  Punitive Damages
22  ☐  Other(s):     All claims for relief set forth in the Master Complaint for
23                   an amount to be determined by the trier of fact.

3

1
2   13. Jury Trial demanded for all issues so triable?
3       X   Yes
4       ☐   No

5   ~~Respectfully submitted this 5th day of April, 2016~~

6                                   **~~Jeff M Edwards, Plaintiff~~**

7                                   ~~By:   /s/ Jeff M Edwards~~

8                                   ~~Jeff M Edwards~~
                                    ~~13785 Research Blvd~~
9                                   ~~Suite 125~~
10                                  ~~Austin, TX 78750~~
                                    ~~Phone: (512)300-7555~~
11                                  ~~Email: JeffEdwards777@Gmail.com~~

12                                  *~~Plaintiff filing Pro Se~~*
13
14

15       RESPECTFULLY SUBMITTED January 5, 2017.

16

17                                  By:    /s/ Richard S. Lewis

18                                         Richard S. Lewis

19                                         Steve Rotman

20                                         Braden Beard

21                                         HAUSFELD LLP

22                                         1700 K Street NW, Suite 650

23                                         Washington, DC 20006

24                                         Telephone: (202) 540-7200

25                                         Facsimile: (202) 540-7201

26                                         Email: rslewis@hausfeld.com

27                                                srotman@hausfeld.com

28                                                bbeard@hausfeld.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                              */s/ Richard S. Lewis*
                                                              Richard S. Lewis