IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS )<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>Case No. 2:16-cv-00963-DGC )<br>) | No. MD-15-02641-PHX-DGC<br>MDL No. 2641 |

**Order Granting Plaintiff's Amended Motion
For Leave to File Amended Complaint**

Plaintiff's Amended Motion for Leave to File Amended Complaint [doc. _____] is GRANTED. Accordingly, the Clerk is directed to accept filing of the Amended Complaint and to amend the names of the Plaintiffs on the docket.

Dated this \_\_\_\_ day of _____, 2017.

_____
David G. Campbell,
United States District Judge

1