IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _RODERICK L. TUNSTALL_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New Jersey_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New Jersey_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New Jersey_____

7. District Court and Division in which venue would be proper absent direct filing:

    _United States District Court for the District of New Jersey_

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

      **X**     G2® Vena Cava Filter

      ☐     G2® Express Vena Cava Filter

      ☐     G2® X Vena Cava Filter

      ☐     Eclipse® Vena Cava Filter

      ☐     Meridian® Vena Cava Filter

      ☐     Denali® Vena Cava Filter

      ☐     Other: _____

11. Date of Implantation as to each product:

    ~~10/1/2010~~       **09/30/2010**

12. Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:     Strict Products Liability – Manufacturing Defect

    **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:   Strict Products Liability – Design Defect

    **X**    Count IV:   Negligence - Design

    **X**    Count V:    Negligence - Manufacture

    **X**    Count VI:   Negligence – Failure to Recall/Retrofit

    **X**    Count VII:  Negligence – Failure to Warn

    **X**    Count VIII: Negligent Misrepresentation

    **X**    Count IX:   Negligence *Per Se*

    **X**    Count X:    Breach of Express Warranty

    **X**    Count XI:   Breach of Implied Warranty

    **X**        Count XII:    Fraudulent Misrepresentation

    **X**        Count XIII:   Fraudulent Concealment

    **X**        Count XIV:   Violations of Applicable New Jersey Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐        Count XV:    Loss of Consortium

    ☐        Count XVI:   Wrongful Death

    ☐        Count XVII: Survival

    **X**        Punitive Damages

    ☐        Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

13. Jury Trial demanded for all issues so triable?

    **X**        Yes

    ☐        No

RESPECTFULLY SUBMITTED this 6th day of January, 2017.

                              BABBITT & JOHNSON, P.A.

                              By:\_\_\_\_*/s/ Joseph R. Johnson*_____
                                    Joseph R. Johnson (Fla. Bar No. 372250)
                                    Suite 100
                                    1641 Worthington Road
                                    West Palm Beach, FL  33409
                                    (561) 684-2500
                                    jjohnson@babbitt-johnson.com