IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re:  BARD IVC FILTERS            CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION                        MDL No. 2641

_____

This Document Relates to:
    2:16-cv-02382-DGC
    Roderick L. Tunstall vs. Bard, et al.

_____

# ORDER

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Roderick L. Tunstall be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

    Signed this _____ day of January, 2017.

                                              _____
                                              Honorable Judge David G. Campbell
                                              United States District Court Judge