**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

JAMES FLORA
No.:CV16-00517-PHX DGC

No. MDL-15-02641-PHX-DGC

**ORDER DISMISSING CLAIMS OF**
**JAMES FLORA WITHOUT PREJUDICE**

Considering the parties' Stipulation of Dismissal of James Flora.  Doc. 4506.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the stipulation (Doc. 4506) is **GRANTED.**  All claims of Plaintiff James Flora against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No. MDL-15-02641-PHX-DGC (Member Case 2:16-CV-00517-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 6th day of January, 2017.

David G. Campbell
United States District Judge