THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LR Civ P 5.4, 7.1(a)(1)
(Rule Number/Section)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN 06 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| THIS DOCUMENT RELATES TO: *Michael A. Donigan v. C.R. Bard, Inc.* Civil Action No. 2:16-cv-03274-DGC | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Daniel N. Gallucci moves to withdraw as counsel for Plaintiff Michael A. Donigan in the above captioned matter. Mr. Gallucci submits that the Plaintiff and counsel have been notified and have no objection to the withdrawal, there are no pending hearings in the case and able representation will be had through remaining counsel of record, Joseph J. Zonies.

Date: January 4, 2017

Respectfully submitted,

/s/: *Daniel N. Gallucci*

NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tele: (215) 923-9300
Fax: (215) 923-9302
dgallucci@nastlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, a copy of the foregoing Motion to Withdraw as Counsel of Record was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Daniel N. Gallucci*
Daniel N. Gallucci