IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re:   BARD IVC FILTERS   CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION   MDL No. 2641

This Document Relates to:
    2:16-cv-02382-DGC
    Roderick L. Tunstall vs. Bard, et al.

## PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT

Plaintiff's Counsel files a copy of the attached amended short form complaint which indicates the difference from the initial short form complaint [DE 1] by striking through the text that was deleted and underlining and highlighting the correction in the text.

Dated: January 6, 2017

/s/ Joseph R. Johnson
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson