IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>Case No. 2:16-cv-04472-DGC<br>Anna Marie Spain and Thomas Spain v. C.R. Bard Inc., et al. | No. 2:15-MD-02641-DGC<br><br>**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT** |
|---|---|

COMES NOW, Plaintiffs, by and through their undersigned counsel, and hereby file a copy of the attached amended short from complaint which indicates the difference from the initial short form complaint [DE 1] by striking through the text that was deleted and underlining the text that was added.

RESPECTFULLY SUBMITTED this _____ day of _____, _____.

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**

*/s/ Henry G. Garrard, III*
Henry G. Garrard, III, Georgia Bar No. 286300
440 College Avenue
Post Office Box 832
Athens, GA 30603
(706) 354-4000

*Attorney for Plaintiff*

1

2 **CERTIFICATE OF SERVICE**

3      I hereby certify that on this _____ day of _____, _____, I electronically

4 transmitted the attached document to the Clerk's Office using the CM/ECF System for

5 filing and transmittal of a Notice of Electronic Filing.

6                    */s/ Henry G. Garrard, III*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22