IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | AMENDED<br>No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7. District Court and Division in which venue would be proper absent direct filing:

_____

_____

8. Defendants (check Defendants against whom Complaint is made):

    ☐   C.R. Bard Inc.

    ☐   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☐   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
    Plaintiff is a citizen of the State of South Carolina, but she also maintains a residence in the Southern District of Georgia where she resides for half of the year. Plaintiff was implanted with Defendants' defective IVC filter in the Southern District of Georgia, and she received most of her medical treatment relating to the injuries caused by the Defendants' defective IVC filter in the Southern District of Georgia.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

2

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☐ Count I: Strict Products Liability – Manufacturing Defect

☐ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☐ Count III: Strict Products Liability – Design Defect

☐ Count IV: Negligence – Design

☐ Count V: Negligence – Manufacture

☐ Count VI: Negligence – Failure to Recall/Retrofit

☐ Count VII: Negligence – Failure to Warn

☐ Count VIII: Negligent Misrepresentation

☐ Count IX: Negligence *Per Se*

☐ Count X: Breach of Express Warranty

| | | | |
|---|---|---|---|
| 1 | | ☐ Count XI: | Breach of Implied Warranty |
| 2 | | ☐ Count XII: | Fraudulent Misrepresentation |
| 3 | | ☐ Count XIII: | Fraudulent Concealment |
| 4 | | ☐ Count XIV: | Violations of Applicable State Law Prohibiting |
| 5 | | | Consumer Fraud and Unfair and Deceptive Trade Practices |
| 6 | | ☐ Count XV: Loss of Consortium | |
| 7 | | ☐ Count XVI: Wrongful Death | |
| 8 | | ☐ Count XVII: Survival | |
| 9 | | ☐ Punitive Damages | |
| 10 | 13. | Jury Trial demanded for issues so triable? | |
| 11 | | ☐ Yes | |
| 12 | | ☐ No | |

RESPECTFULLY SUBMITTED this __5th__ day of __January__, __2017__.

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**

*/s/ Henry G. Garrard, III*
Henry G. Garrard, III, Georgia Bar No. 286300
440 College Avenue
Post Office Box 832
Athens, GA 30603
(706) 354-4000

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>5th</u> day of <u>January</u>, <u>2017</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Henry G. Garrard, III*