Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Matthew Lopez – mlopez@lopezmchugh.com
(CA Bar No. 263134; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |
|---|---|

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Scott Randall*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 6th day of January, 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/Robert W. Boatman*
Robert W. Boatman
Paul L. Stoller
Shannon L. Clark
2575 East Camelback Road
Phoenix, Arizona 85016-9225

1
2
3
4

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
Matthew Lopez (CA Bar No. 263134)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

5

*Attorneys for Plaintiffs*

6
7

**Certificate of Service**

8
9
10

I hereby certify that on this 6th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

11
12

/s/Deborah Yanazzo
Deborah Yanazzo

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5784647/26997-0001

2