1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona 85016-9225
   602-530-8000
4
   Ramon Rossi Lopez - rlopez@lopezmchugh.com
5  (California Bar Number 86361; admitted *pro hac vice*)
   Matthew Lopez – mlopez@lopezmchugh.com
6  (CA Bar No. 263134; admitted *pro hac vice*)
   Lopez McHugh LLP
7  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
8  949-812-5771

9  *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Third Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Related Request for Production of Documents*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 6th day of January, 2017.

              GALLAGHER & KENNEDY, P.A.

              By:   */s/Robert W. Boatman*
                Robert W. Boatman
                Paul L. Stoller
                Shannon L. Clark
                2575 East Camelback Road
                Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
Matthew Lopez (CA Bar No. 263134)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 6th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5787689/26997-0001

2