Thomas P. Cartmell (MO Bar No. 45366)
David C. DeGreeff (MO Bar No. 55019)
*(Admitted pro hac vice)*
4740 Grand Ave., Suite 300
Kansas City, MO 64112
816-701-1100
816-531-2372 – Fax
tcartmell@wcllp.com
ddegreeff@wcllp.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 15-2641 |
| JARROD ARMBRUSTER C.A. No. CV-16-2148-PHX-DGC | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff Jarrod Armbruster and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the above-caption action is voluntarily dismissed, without prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED this 9th day of January, 2017.

WAGSTAFF & CARTMELL LLP                NELSON MULLINS RILEY &
                                       SCARBOROUGH, LLP

By /s/ David C. DeGreeff               By /s/ Matthew Lerner
   Thomas P. Cartmell                     Richard B. North
   David C. DeGreeff                      Matthew Lerner
   4740 Grand Ave., Suite 300             201 17th Street, NW, Suite 1700
   Kansas City, MO 64112                  Atlanta, GA 30363
   Attorneys for Plaintiff                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*