IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 15-2641 |
| JARROD ARMBRUSTER C.A. No. CV-16-2148-PHX-DGC | ) ) ) ) | ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Having considered the parties' Stipulation for Dismissal Without Prejudice,

IT IS HEREBY ORDERED that all claims of Plaintiff, Jarrod Armbruster, against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-captioned action are dismissed in their entirety without prejudice, with each party to bear its own costs.

Dated this ___ day of _____, 2017.

_____
David G. Campbell
United States District Judge