# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| This document relates to: | **ORDER** |
| CV16-2382 PHX DGC Rodrick L. Tunstall v. Bard, et al., | |

Considering Plaintiff Roderick L. Tunstall's unopposed motion for leave to amend complaint. Doc. 4543.

**IT IS ORDERED** that the unopposed motion for leave to amend complaint (Doc. 4543) is **granted.** Plaintiff shall file his Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial on or before **January 13, 2017.**

Dated this 9th day of January, 2017.

_____
David G. Campbell
United States District Judge