# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX DGC |

**THIS DOCUMENT RELATES TO:**

Michael A. Donigan v. C.R. Bard, Inc.
No. CV16-3274 PHX DGC

     This matter has come before the Court on Daniel N. Gallucci's motion to withdraw as counsel for Michael A. Donigan.  Doc. 4546.

     **IT IS ORDERED** that the motion for leave to withdraw (Doc. 4546) is **granted.**  Daniel N. Gallucci is withdrawn as attorney of record for Plaintiff Michael A. Donigan.  Plaintiff will continue to be represented by Joseph J. Zonies.

     Dated this 9th day of January, 2017.

_____
David G. Campbell
United States District Judge