IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. MD-15-02641-PHX-DGC

This Document Relates to:
2:16-cv-4208-PHX-DGC Bursen-Meals, et al

## MOTION TO WITHDRAW SHORT FORM COMPLAINT

COME NOW Plaintiffs, Tanya Bursen-Meals and Michael Meals, by their undersigned counsel, and move to withdraw their Short Form Complaint, Docket #1 filed 12/5/16, for clerical errors contained, and file an Amended Short Form Complaint.

Respectfully submitted,

*/s/Jeff T. Seldomridge*
JEFF T. SELDOMRIDGE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

    */s/ Jeff T. Seldomridge*
JEFF T. SELDOMRIDGE
Virginia Bar No. 89552
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*