IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION        No. MD-15-02641-PHX-DGC

This Document Relates to:
2:16-cv-4208-PHX-DGC Bursen-Meals, et al

**[PROPOSED] ORDER WITHDRAWING SHORT FORM COMPLAINT**

   IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs, Tanya Bursen-Meals and Michael Meals', Short Form Complaint, is WITHDRAWN for clerical errors, and that Plaintiff be permitted to file an Amended Short Form Complaint.

   Dated this _____ day of January, 2017.

_____
David G. Campbell, District Court Judge

Distributed to all electronically registered counsel of record via CM/ECF