IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) MDL Docket No. 15-2641 PHX DGC ) |
| Jarrod Armbruster No. CV-16-2148-PHX-DGC _____ | ) ORDER RE STIPULATION OF ) DISMISSAL WITHOUT ) PREJUDICE ) ) |

Having considered the parties' Stipulation for Dismissal Without Prejudice. Doc 4552.

**IT IS ORDERED** that the stipulation of dismissal without prejudice (Doc. 4552) is **granted.** All claims of Plaintiff, Jarrod Armbruster, against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-captioned action are dismissed in their entirety without prejudice, with each party to bear its own costs.

Dated this 10th day of January, 2017.

_____
David G. Campbell
United States District Judge