# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

CASE NO:  2:15-cv-02382-DGC

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _RODERICK L. TUNSTALL_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New Jersey_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New Jersey_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New Jersey_____

7. District Court and Division in which venue would be proper absent direct filing:

    _United States District Court for the District of New Jersey_

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

- **X**     G2® Vena Cava Filter
- ☐     G2® Express Vena Cava Filter
- ☐     G2® X Vena Cava Filter
- ☐     Eclipse® Vena Cava Filter
- ☐     Meridian® Vena Cava Filter
- ☐     Denali® Vena Cava Filter
- ☐     Other: _____

11. Date of Implantation as to each product:

    ~~10/1/2010~~   **09/30/2010**_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    | | | |
    |---|---|---|
    | **X** | Count I: | Strict Products Liability – Manufacturing Defect |
    | **X** | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
    | **X** | Count III: | Strict Products Liability – Design Defect |
    | **X** | Count IV: | Negligence - Design |
    | **X** | Count V: | Negligence - Manufacture |
    | **X** | Count VI: | Negligence – Failure to Recall/Retrofit |
    | **X** | Count VII: | Negligence – Failure to Warn |
    | **X** | Count VIII: | Negligent Misrepresentation |
    | **X** | Count IX: | Negligence *Per Se* |
    | **X** | Count X: | Breach of Express Warranty |
    | **X** | Count XI: | Breach of Implied Warranty |

**X**    Count XII:    Fraudulent Misrepresentation

**X**    Count XIII:   Fraudulent Concealment

**X**    Count XIV:    Violations of Applicable New Jersey Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:   Wrongful Death

☐    Count XVII:  Survival

**X**    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13.   Jury Trial demanded for all issues so triable?

**X**    Yes

☐    No

RESPECTFULLY SUBMITTED this 11th day of January, 2017.

BABBITT & JOHNSON, P.A.

By:____/s/ Joseph R. Johnson_____
Joseph R. Johnson (Fla. Bar No. 372250)
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
(561) 684-2500
jjohnson@babbitt-johnson.com