James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on January 11, 2017, they served on Plaintiffs, via U.S. Mail and email, Defendants' Notice of Videotaped Deposition of Diane Bierre and Defendants' Notice of Videotaped Deposition Duces Tecum of Carol Kruse.

DATED this 11th day of January, 2017.

           s/Matthew B. Lerner
           Richard B. North, Jr.
           Georgia Bar No. 545599
           Matthew B. Lerner
           Georgia Bar No. 446986
           NELSON MULLINS RILEY & SCARBOROUGH, LLP

Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

                                              s/Matthew B. Lerner
                                              Matthew B. Lerner
                                              Georgia Bar No. 446986
                                              NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                              Atlantic Station
                                              201 17th Street, NW / Suite 1700
                                              Atlanta, GA  30363
                                              PH: (404) 322-6000
                                              FX: (404) 322-6050
                                              matthew.lerner@nelsonmullins.com

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000