IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re:   BARD IVC FILTERS　　　　　　CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION　　　　　　　　　MDL No. 2641

This Document Relates to:
 2:16-cv-02382-DGC
 Roderick L. Tunstall vs. Bard, et al.

## NOTICE OF FILING

 COMES NOW Plaintiff, Roderick L. Tunstall, by and through his undersigned counsel, and hereby gives Notice of Filing of the attached Amended Short Form Complaint.

             Respectfully submitted,

Dated: January 6, 2017      /s/ Joseph R. Johnson_____
               Joseph R. Johnson, Bar No:  372250
               Babbitt & Johnson, P.A.
               1641 Worthington Road
               Suite 100
               West Palm Beach, FL  33402-4426
               Telephone:  (561) 684-2500
               Facsimile:  (561) 684-6308
               jjohnson@babbitt-johnson.com

               **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of January, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                        /s/ Joseph R. Johnson_____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

CASE NO: 2:15-cv-02382-DGC

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _RODERICK L. TUNSTALL_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New Jersey_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New Jersey_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New Jersey_____

7. District Court and Division in which venue would be proper absent direct filing:

    _United States District Court for the District of New Jersey_

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

  **X**  G2® Vena Cava Filter

  ☐  G2® Express Vena Cava Filter

  ☐  G2® X Vena Cava Filter

  ☐  Eclipse® Vena Cava Filter

  ☐  Meridian® Vena Cava Filter

  ☐  Denali® Vena Cava Filter

  ☐  Other: _____

11. Date of Implantation as to each product:

  ~~10/1/2010~~  **09/30/2010**_____

12. Counts in the Master Complaint brought by Plaintiff(s):

  **X**  Count I:  Strict Products Liability – Manufacturing Defect

  **X**  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

  **X**  Count III:  Strict Products Liability – Design Defect

  **X**  Count IV:  Negligence - Design

  **X**  Count V:  Negligence - Manufacture

  **X**  Count VI:  Negligence – Failure to Recall/Retrofit

  **X**  Count VII:  Negligence – Failure to Warn

  **X**  Count VIII:  Negligent Misrepresentation

  **X**  Count IX:  Negligence *Per Se*

  **X**  Count X:  Breach of Express Warranty

  **X**  Count XI:  Breach of Implied Warranty

    **X**        Count XII:     Fraudulent Misrepresentation

    **X**        Count XIII:    Fraudulent Concealment

    **X**        Count XIV:    Violations of Applicable New Jersey Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐        Count XV:     Loss of Consortium

    ☐        Count XVI:    Wrongful Death

    ☐        Count XVII:   Survival

    **X**        Punitive Damages

    ☐        Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

13.    Jury Trial demanded for all issues so triable?

    **X**        Yes

    ☐        No

RESPECTFULLY SUBMITTED this 11th day of January, 2017.

                              BABBITT & JOHNSON, P.A.

                              By:\_\_\_\_*/s/ Joseph R. Johnson*_____
                                  Joseph R. Johnson (Fla. Bar No. 372250)
                                  Suite 100
                                  1641 Worthington Road
                                  West Palm Beach, FL  33409
                                  (561) 684-2500
                                  jjohnson@babbitt-johnson.com