```
                UNITED STATES DISTRICT COURT
                        FOR THE
                   DISTRICT OF ARIZONA
```

BARBARA MEINHOLDT,

    Plaintiff,

                        MDL Case No. 2:15-md-02641-DGC
                        Civil Case No. 2:16-cv-02118-DGC

v.

C.R. BARD, Inc., and BARD
PERIPHERAL VASCULAR, Inc.,

    Defendants.
_____/

**NOTICE OF SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Barbara Meinholdt.

Date: January 13, 2017          Respectfully Submitted,

                                  /s/ Eric Roslansky
                                  Eric Roslansky, Esq.
                                  FL Bar #42067
                                  The Ruth Law Team
                                  P.O. Box 16847
                                  St. Petersburg, FL 33733
                                  Telephone: 888-783-8378
                                  Fax: 727-323-7720
                                  ivc@getjustice.com
                                  *Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 13th day of January 2017, I electronically transmitted the foregoing Notice of Suggestion of Death to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Eric Roslansky
Eric Roslansky, Esq.
FL Bar #42067
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733
Telephone: 888-783-8378
Fax: 727-323-7720
ivc@getjustice.com
*Attorney for the Plaintiff*