IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>Case No. 2:16-cv-04470-DGC<br>Michael Gill v. C.R. Bard Inc., et al. | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW, Plaintiff Michael Gill, by and through his undersigned counsel, and hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Plaintiff's claims against the Defendants may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 13th day of January, 2017.

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**

*/s/ Henry G. Garrard, III*
Henry G. Garrard, III, Georgia Bar No. 286300
440 College Avenue
Post Office Box 832
Athens, GA 30603
(706) 354-4000

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Henry G. Garrard, III*