Ramon R. Lopez - rlopez@lopezmchugh.com
California Bar Number 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
949-812-5771

Wendy R. Fleishman
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: wfleishman@lchb.com

*Co-Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA E. BARRAZA, THOMAS FLOURNAY, JAMES HOLT, GREGORY LESTER, KEVIN MEEKS, EDDIE MIMS, NANCY MOSHER, DELMAR LEE PECK, DENISE TOMLIN, LINDA WALKER, AND DIANE WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., <br> Defendants. | MDL No. 15-2641-DGC <br><br> Case No. 2:16-CV-01374-DGC <br><br> **AMENDED MOTION FOR** <br> **SUBSTITUTION AND TO AMEND** |

Plaintiffs respectfully move for an order permitting the substitution of withdrawing plaintiff Kevin Meeks by Karen Black, and for leave to amend their complaint to reflect that substitution. Pursuant to Local Rule 7.2(b), a memorandum in support of this motion is being filed herewith, along with a proposed order granting this motion. Pursuant to Local Rule 15.1(a), a copy of the proposed amended pleading, showing changes to the pleading, is also attached hereto.

Dated: January 13, 2017     Respectfully submitted,

ON BEHALF OF PLAINTIFFS AND THE PROPOSED CLASS

By: __/s/ Daniel E. Seltz__
    Wendy R. Fleishman
    Daniel E. Seltz
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
    New York, NY 10013

*Co-Counsel for Plaintiffs*

Ramon R. Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

John A. Dalimonte
KARON & DALIMONTE, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109

Ben C. Martin
LAW OFFICES OF BEN C. MARTIN
3219 McKinney Avenue, Suite 100
Dallas, TX 75204

Joseph R. Johnson
BABBITT & JOHNSON, P.A.
1641 Worthington Road, #100
West Palm Beach, FL 33409

Julia Reed Zaic
HEAVISIDE REED ZAIC
312 Broadway Street, Suite 203
Laguna Beach, CA 92651

Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, #208
Houston, TX 77042

Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

| | |
|---|---|
| 1 | Thomas P. Cartmell |
| | WAGSTAFF & CARTMELL, LLP |
| 2 | 4740 Grand Avenue, #300 |
| | Kansas City, MO  64112 |
| 3 | |
| | Turner W. Branch |
| 4 | BRANCH LAW FIRM |
| | 2025 Rio Grande Blvd., NW |
| 5 | Albuquerque, NM  87104 |
| 6 | Donald A. Migliori |
| | MOTLEY RICE, LLC |
| 7 | 321 South Main Street, 2nd Floor |
| | Providence, RI  02903 |
| 8 | |
| | Sheila M. Bossier |
| 9 | FREESE & GOSS, PLLC |
| | 1520 North State Street |
| 10 | Jackson, MS  39202 |
| 11 | Stuart L. Goldenberg |
| | GOLDENBERG LAW, PLLC |
| 12 | 800 Lasalle Avenue, #2150 |
| | Minneapolis, MN  55402 |
| 13 | |
| | Christopher T. Kirchmer |
| 14 | PROVOST UMPHREY LAW FIRM, LLP |
| | 490 Park Street, P.O. Box 4905 |
| 15 | Beaumont, TX  77704 |
| 16 | Michael A. Kelly |
| | WALKUP, MELODIA, KELLY & SCHOENBERGER |
| 17 | 650 California Street |
| | San Francisco, CA  94108 |
| 18 | |
| | Matthew McCarley |
| 19 | FEARS NACHAWATI LAW FIRM |
| | 4925 Greenville Avenue, Suite 715 |
| 20 | Dallas, TX  75206 |
| 21 | Hadley L. Matarazzo |
| | FARACI LANGE, LLP |
| 22 | First Federal Plaza |
| | 28 East Main Street, Suite 1100 |
| 23 | Rochester, NY  14614 |
| 24 | Eric M. Terry |
| | TORHOERMAN LAW, LLC |
| 25 | 101 W. Vandalia |
| | Edwardsville, IL  62025 |
| 26 | |
| 27 | |
| 28 | |

Joseph A. Osborne
OSBORNE & ASSOCIATES LAW FIRM, P.A.
433 Plaza Real, Suite 271
Boca Raton, FL  33432

Michael T. Gallagher
THE GALLAGHER LAW FIRM, LLP
2905 Sackett Street
Houston, TX  77098

Nate Van Der Veer
FARRIS, RILEY & PITT LLP
The Financial Center
505 20th Street North
Birmingham, AL  35203

Matthew Schultz
Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.
316 S. Baylen Street, #600
Pensacola, FL  32502

Steve Rotman
Hausfeld, LLP
1700 K Street, NW, Suite 650
Washington, DC 20006

*Plaintiffs' Steering Committee in MDL No. 2641*

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th floor
San Francisco, CA  94111-3339
(415) 956-1000

Richard S. Lewis
(rlewis@hausfeld.com)
Hausfeld, LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
info@hausfeld.com
(202) 540-7200

*Additional Counsel*

1335318.1 — - 4 - — MOT. FOR SUBSTITUTION AND TO AMEND; 2:16-CV-01374-DGC