1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF ARIZONA

10

11   MARIA E. BARRAZA, THOMAS              Case No.  2:16-CV-01374-DGC
     FLOURNAY, JAMES HOLT,
12   GREGORY LESTER, KEVIN
     MEEKS, EDDIE MIMS, NANCY              **[PROPOSED] ORDER GRANTING**
13   MOSHER, DELMAR LEE PECK,              **MOTION FOR SUBSTITUTION AND**
     DENISE TOMLIN, LINDA WALKER,          **TO AMEND COMPLAINT**
14   AND DIANE WASHINGTON,

15                     Plaintiffs,

16   v.

17   C.R. BARD, INC., and BARD
     PERIPHERAL VASCULAR, INC.,
18
                       Defendants.
19

20          Having considered Plaintiffs' Motion for Substitution and to amend ("Motion"),

21   the Court finds that the Motion is well taken and should be granted.  Accordingly, it is

22   hereby ORDERED that Plaintiff's Motion is granted, and Ms. Karen Black is substituted

23   as a proposed class representative in this case, in place of former plaintiff Kevin Meeks.

24   It is further ORDERED that Plaintiffs may file a Third Amended Complaint to reflect the

25   substitution of Ms. Black for Mr. Meeks.  Defendants need not file an amended Answer,

26   and may stand on their previously filed Answer.

27

28

1    DATED this _____ day of _____, 20_____.

2

3                              _____
                               David G. Campbell
4                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28