IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF WAIVER OF ELECTRONIC SERVICE** |

Please accept this Notice of Waiver of Electronic Service as to any further e-filed documents in the above-referenced matter. I hereby waive electronic service on any future e-filed documents.

Dated: January 17, 2017.

                                    MITCHELL, WILLIAMS, SELIG, GATES
                                      & WOODYARD, P.L.L.C.

By:   /s/ Lyn P. Pruitt
          Lyn P. Pruitt
          425 W. Capitol Ave., Suite 1800
          Little Rock, AR 72201
          Tel: (501) 688-8869
          Fax: (501) 688-8807
          lpruitt@mwlaw.com

          ATTORNEY FOR BARD PERIPHERAL
          VASCULAR INCORPORATED
          AND C R BARD INCORPORATED

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                    /s/ Lyn P. Pruitt
                                    Lyn P. Pruitt