Robert W. Boatman (009619) - rwb@gknet.com
Paul L. Stoller (016773) - paul.stoller@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Matthew Lopez – mlopez@lopezmchugh.com
(CA Bar No. 263134; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Scott Trerotola, M.D.*

*Plaintiffs' Notice of Videotaped Deposition of S. William Stavrolpolis, M.D.*

*Plaintiffs' Notice of Videotaped Deposition of Gary Cohen, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 17th day of January, 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/Robert W. Boatman*
  Robert W. Boatman
  Paul L. Stoller
  Shannon L. Clark
  2575 East Camelback Road
  Phoenix, Arizona 85016-9225

1  LOPEZ McHUGH LLP
2  Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
   Matthew Lopez (CA Bar No. 263134)
3  (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
4  Newport Beach, California 92660

5  *Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 17th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5804493/26997-0001

2