# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Denise Crawford, et al.,

    Plaintiff(s)/Petitioner(s),

vs.

C.R. Bard, Incorporated,

    Defendant(s)/Respondent(s)

CASE NO: CV-16-3526-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**FILED / LODGED / RECEIVED / COPY**
**JAN 17 2017**
**CLERK U S DISTRICT COURT**
**DISTRICT OF ARIZONA**
**BY_____ DEPUTY**

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **Roger W. Orlando**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Denise Crawford, et al.**

- **City and State of Principal Residence:** Decatur, Georgia
- **Firm Name:** The ORLANDO Firm, P.C.
- **Address:** 315 West Ponce De Leon Avenue   **Suite:** 400
- **City:** Decatur   **State:** Georgia   **Zip:** 30030
- **Firm/Business Phone:** (404) 373-1800
- **Firm Fax Phone:** (404) 373-6999   **E-mail Address:** roger@orlandofirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Please see Supplemental Page | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

_____   _____
Date                                              Signature of Applicant

Fee Receipt # PHX180912

(Rev. 04/12)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| Superior Court of Georgia | June 1, 1989 | Yes |
| All State Court of Georgia | June 1, 1989 | Yes |
| Georgia Supreme Court | June 6, 1989 | Yes |
| US District Court of Northern Georgia | June 5, 1989 | Yes |
| US District Court Middle District of Georgia | November 21, 1991 | Yes |
| New Jersey Courts | June 2, 1988 | Yes |
| US District Court of New Jersey | June 2, 1988 | Yes |
| District of Columbia | June 2, 1989 | Yes |
| US District Court Northern District of Illinois | October 27, 2011 | Yes |

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,  WILLIAM T. WALSH,  Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Roger William Orlando

was duly admitted to practice in said Court as of June 2, 1988, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: January 5, 2017



WILLIAM T. WALSH, CLERK

By _____

Marina Lucic, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.