1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9

IN RE:  Bard IVC Filters Products Liability Litigation,

No. MDL 15-02641-PHX DGC

10

**ORDER**

This document relates to:

11

CV16-0953 PHX DGC

12
13
14

        Pending before the Court is Plaintiff's amended motion for leave to file amended

15

complaint.  Doc. 4513.

16

        **IT IS ORDERED** that Plaintiff's amended motion for leave to file amended

17

complaint (Doc. 4513) is **granted.**  Plaintiff shall file his amended complaint on or before

18

**January 23, 2017.**

19

        Dated this 18th day of January, 2017.

20
21
22

_____
                    David G. Campbell
                    United States District Judge

23
24
25
26
27
28