# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This document relates to: | **ORDER** |
| CV16-4208 PHX DGC | |

Pending before the Court is Plaintiffs' motion for leave to file amended complaint. Doc. 4555.

**IT IS ORDERED** that Plaintiffs' motion for leave to file amended complaint (Doc. 4555) is **granted.** Plaintiffs shall file their amended complaint on or before **January 23, 2017.**

Dated this 18th day of January, 2017.

_____
David G. Campbell
United States District Judge