IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No:  2:15-MD-02641-DGC

This Document Relates to Plaintiffs:

ASHWIN NARAYAN and ROOEFI NARAYAN

Civil Case # 2:16-cv-03044-DGC

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ASHWIN NARAYAN and ROOEFI NARAYAN, COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK Aps, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 18th day of January, 2017.

Respectfully submitted,

   /s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

   /s/ Richard B. North, Jr.
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street NW
Atlanta, GA  30363
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

   /s/ Joseph R. Johnson
JOSEPH R. JOHNSON