IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          Case No:  1:14-ml-2570-RLY-TAB
                                       MDL No:  2570

_____

This Document Relates to Plaintiffs:

ASHWIN NARAYAN and ROOFEI NARAYAN

Civil Case #   2:16-CV-03044-DGC

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Ahswin Narayan and Roofei Narayan,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiffs Ashwin Narayan and Roofei Narayan against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 2:16-cv-03044 are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Honorable David Campbell
United States District Court Judge