1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona 85016-9225
   602-530-8000
4
   Ramon Rossi Lopez - rlopez@lopezmchugh.com
5  (California Bar Number 86361; admitted *pro hac vice*)
   Matthew Lopez – mlopez@lopezmchugh.com
6  (CA Bar No. 263134; admitted *pro hac vice*)
   Lopez McHugh LLP
7  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
8  949-812-5771

9  *Attorneys for Plaintiffs*

10             IN THE UNITED STATES DISTRICT COURT

11             FOR THE DISTRICT OF ARIZONA

12 | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
   |---|---|
   | | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

15         PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by

16 email and mail) upon Defendants the following discovery papers:

17         *Plaintiffs' Notice of Videotaped Deposition of Frank Lynch, M.D.*

18         Plaintiffs are filing this notice in lieu of filing the original discovery papers

19 pursuant to LRCiv 5.2.

20         RESPECTFULLY SUBMITTED this 18th day of January, 2017.

21                                     GALLAGHER & KENNEDY, P.A.

22                                     By:   */s/Robert W. Boatman*
23                                           Robert W. Boatman
                                             Paul L. Stoller
24                                           Shannon L. Clark
                                             2575 East Camelback Road
25                                           Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
Matthew Lopez (CA Bar No. 263134)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

### Certificate of Service

I hereby certify that on this 18th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                              */s/Deborah Yanazzo*
                              Deborah Yanazzo

5807588/26997-0001

2