UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Debra J. Savage-Mykel, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C. R. Bard Inc., )<br>)<br>Defendant. )<br>) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-17-00084-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.


Date:  January 19, 2017          /s/ Richard B. North, Jr.
                                 *Attorney's signature*

                                 Richard B. North, Jr. (Ga. Bar No. 545599)
                                 *Printed Name and bar number*

                                 Nelson Mullins Riley & Scarborough, LLP
                                 201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                 *Address*

                                 richard.north@nelsonmullins.com
                                 *E-mail address*

                                 (404) 322-6155
                                 *Telephone number*

                                 (404) 322-6050
                                 *FAX number*