IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference (Document 364). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Tanya Bursen-Meals

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas

1

SHORT FORM COMPLAINT

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

Northern District of Texas – Fort Worth Division

8. Defendants (Check Defendants against whom Complaint is made):

        ✓ C.R. Bard Inc.

        ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

        ✓ Diversity of Citizenship

        □ Other: _____

     a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

      □ Recovery® Vena Cava Filter

      □ G2® Vena Cava Filter

      ✓ G2 Express® (G2® X) Vena Cava Filter

      □ Eclipse® Vena Cava Filter

      □ Meridian® Vena Cava Filter

      □ Denali® Vena Cava Filter

      □ Other: _____

11. Date of Implantation as to each product:

    11/20/09

2

SHORT FORM COMPLAINT

12. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Manufacturing Defect

- ✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)

- ✓ Count III: Strict Products Liability – Design Defect

- ✓ Count IV: Negligence – Design Defect

- ✓ Count V: Negligence – Manufacture

- ✓ Count VI: Negligence – Failure to Recall/Retrofit

- ✓ Count VII: Negligence – Failure to Warn

- ✓ Count VIII: Negligent Misrepresentation

- ✓ Count IX: Negligence *Per Se*

- ✓ Count X: Breach of Express Warranty

- ✓ Count XI: Breach of Implied Warranty

- ✓ Count XII: Fraudulent Misrepresentation

- ✓ Count XIII: Fraudulent Concealment

- ✓ Count XIV: Violations of Applicable <u>Texas</u>_____ (insert State) Law
  Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count XV: Loss of Consortium

- ☐ Count XVI: Wrongful Death

- ☐ Count XVII: Survival

- ✓ Punitive Damages

3

SHORT FORM COMPLAINT

☐ Other(s): _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

✓      Yes

☐      No

Respectfully submitted this 19th day of January, 2017

*/s/ Jeff Seldomridge*
JEFF SELDOMRIDGE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*

I hereby certify that on January 19, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jeff Seldomridge*
Jeff Seldomridge
Virginia Bar No. 89552

4

SHORT FORM COMPLAINT