IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Action No.: 2:16-cv-04115-DGC<br>Sharica Williamson v. C.R. Bard, et al. | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   MICHAEL WILLIAMSON _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   SHARICA WRIGHT _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

SHARICA WRIGHT, as Personal Representative of the Estate of MICHAEL WILLIAMSON

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Maryland

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

District of Columbia District Court

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

1  _____

2  _____

3  _____

4

5  10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

6  claim (Check applicable Inferior Vena Cava Filter(s)):

7  ☑  Recovery® Vena Cava Filter

8  ☐  G2® Vena Cava Filter

9  ☐  G2® Express Vena Cava Filter

10  ☐  G2® X Vena Cava Filter

11  ☐  Eclipse® Vena Cava Filter

12  ☐  Meridian® Vena Cava Filter

13  ☐  Denali® Vena Cava Filter

14  ☐  Other: _____

15  11.  Date of Implantation as to each product:

16  On or about April 20, 2004

17  12.  Counts in the Master Complaint brought by Plaintiff(s):

18  ☑  Count I:   Strict Products Liability – Manufacturing Defect

19  ☑  Count II:  Strict Products Liability – Information Defect (Failure to

20  Warn)

21  ☑  Count III: Strict Products Liability – Design Defect

22

☑ Count IV: Negligence – Design

☑ Count V: Negligence – Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of District of Columbia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☑ Count XVI: Wrongful Death

☑ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

-4-

_____

_____

13. Jury Trial demanded for all issues so triable?

    ☑    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 19th day of January, 2017.

                          **LOPEZ McHUGH LLP**

                          By: _/s/Matthew R. Lopez_
                               Ramon Rossi Lopez (CA Bar No. 86361)
                                 (admitted *pro hac vice*)
                               Matthew Ramon Lopez (CA Bar No. 263134)
                                 (admitted *pro hac vice*)
                               100 Bayview Circle, Suite 5600
                               Newport Beach, California 92660

                          *Attorneys for Plaintiffs*

I hereby certify that on this 19th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                         _/s/Matthew R. Lopez_