## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS                                   NO. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION                            MDL 2641
_____

This Document Relates to Plaintiff(s),

Nancy Mead and Karen Chapman
Case No. 2:16-cv-04458-DGC
_____

### ENTRY OF APPEARANCE

    COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s), NANCY MEAD and KAREN CHAPMAN, in the above referenced action.

    Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintfirm.com
*Attorney for Plaintiff*