# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS  
PRODUCTS LIABILITY LITIGATION

NO. MD-15-02641-PHX-DGC  
MDL 2641

_____

This Document Relates to Plaintiff(s),

Paige Forth and Steve Forth  
Case No. 2:16-cv-04250-DGC

_____

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s), PAIGE FORTH and STEVE FORTH, in the above referenced action.

Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz  
Brian S. Katz, KY Bar No. 86633  
FLINT LAW FIRM, LLC  
2226 Broadway, Suite 1  
Post Office Box 2903  
Paducah, Kentucky 42002-2903  
Phone: (270) 575-3939  
Fax: (270) 575-3936  
bkatz@flintfirm.com  
*Attorney for Plaintiff*