IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: Cindy McKinzie, Jeff Edwards, John Edwards, and Sara Townley | No. MD-15-02641-PHX-DGC<br><br>Civil Action No. 2:16-CV-00953-DGC<br><br>**PLAINTIFF'S AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Florence Edwards

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Cindy McKinzie, Jeff M Edwards, John Edwards, Sara Townley

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Cindy McKinzie, administrator

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of the injury:

   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

    Western District of Texas – Austin Division

8. Defendants (check Defendants against whom Complaint is made):

    X   C.R. Bard Inc.

    X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other:

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making claim (Check applicable Inferior Vena Cava Filter(s)):

    X   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express (G2® X) Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

    ☐   Denali® Vena Cava Filter

    ☐   Other:

11. Date of Implantation as to each product:

    On or about April 12, 2005

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | | |
|---|---|---|---|
| 1 | X | Count I: | Strict Products Liability – Manufacturing Defect |
| 2 | X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| 4 | X | Count III: | Strict Products Liability – Design Defect |
| 5 | X | Count IV: | Negligence – Design |
| 6 | X | Count V: | Negligence – Manufacture |
| 7 | X | Count VI: | Negligence – Failure to Recall/Retrofit |
| 8 | X | Count VII: | Negligence – Failure to Warn |
| 9 | X | Count VIII: | Negligent Misrepresentation |
| 10 | X | Count IX: | Negligence *Per Se* |
| 11 | X | Count X: | Breach of Express Warranty |
| 12 | X | Count XI: | Breach of Implied Warranty |
| 13 | X | Count XII: | Fraudulent Misrepresentation |
| 14 | X | Count XIII: | Fraudulent Concealment |
| 15 | X | Count XIV: | Violation of Applicable <u>Texas</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 18 | X | Count XV: | Loss of Consortium |
| 19 | X | Count XVI: | Wrongful Death |
| 20 | X | Count XVII: | Survival |
| 21 | X | Punitive Damages | |
| 22 | ☐ | Other(s): | All claims for relief set forth in the Master Complaint for an amount to be determined by the trier of fact. |

3

13. Jury Trial demanded for all issues so triable?

   X  Yes

   ☐  No

RESPECTFULLY SUBMITTED January 23, 2017.

By:    */s/ Richard S. Lewis*

       Richard S. Lewis
       Steve Rotman
       Braden Beard
       HAUSFELD LLP
       1700 K Street NW, Suite 650
       Washington, DC 20006
       Telephone: (202) 540-7200
       Facsimile: (202) 540-7201
       Email: rslewis@hausfeld.com
             srotman@hausfeld.com
             bbeard@hausfeld.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                              */s/ Richard S. Lewis*
                              Richard S. Lewis