IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No.  MDL 15-2641-PHX DGC
_____
This Document Relates to:                              **ORDER**

    RICHARD N. BRIGHT

Civil Case     CV16-2245 PHX-DGC
_____

    Considering the parties' Stipulation of Dismissal Without Prejudice of Richard N. Bright.  Doc. 4659,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the stipulation of dismissal (Doc. 4659) is **granted.**  All claims of Plaintiff Richard N. Bright against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-2245 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 20th day of January, 2017.

_____
David G. Campbell
United States District Judge