IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No.  MDL 15-2641-PHX DGC

_____

This Document Relates to:                        **ORDER**

    ASHWIN NARAYAN
    and ROOEFI NARAYAN

Civil Case    CV16-3044 PHX-DGC

_____

Considering the parties' Stipulation of Dismissal Without Prejudice of Ashwin

Narayan and Rooefi Narayan.  Doc. 4660,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the stipulation

of dismissal (Doc. 4660) is **granted.**  All claims of Plaintiffs Ashwin Narayan and Rooefi

Narayan against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil

Action No. MDL No. 2641 (Member Case CV16-3044 PHX DGC) are dismissed in their

entirety without prejudice as to the refiling of same, and each party shall bear its own

costs.

Dated this 20th day of January, 2017.

_____
David G. Campbell
United States District Judge