IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re:  BARD IVC FILTERS            CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION                    MDL No. 2641

_____

This Document Relates to:
    2:16-cv-02166-DGC
    Brenda Ledbetter Cox vs. Bard, et al.

## NOTICE OF FILING

    COMES NOW Plaintiff, Brenda Ledbetter Cox, by and through her undersigned counsel, and hereby gives Notice of Filing of the attached Amended Short Form Complaint.

    Respectfully submitted,

Dated: January 23, 2017        /s/ Joseph R. Johnson_____
        Joseph R. Johnson, Bar No:  372250
        Babbitt & Johnson, P.A.
        1641 Worthington Road
        Suite 100
        West Palm Beach, FL  33402-4426
        Telephone:  (561) 684-2500
        Facsimile:  (561) 684-6308
        jjohnson@babbitt-johnson.com

        **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of January, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


      /s/ Joseph R. Johnson_____