# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

     ___BRENDA LEDBETTER COX_____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

     ___N/A_____ _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     ___N/A_____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

     ____Texas_____ _____

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence
        at the time of injury:

        ____Texas_____

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

        ____Texas_____

7.      District Court and Division in which venue would be proper absent direct
        filing:

        United States District Court for the Eastern District of Texas

8.      Defendants (check Defendants against whom Complaint is made):

        **X**      C.R. Bard Inc.

        **X**      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

        **X**      Diversity of Citizenship

        □      Other: _____

        a.      Other allegations of jurisdiction and venue not expressed in Master
                Complaint:

        _____

        _____

        _____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making
        a claim (Check applicable Inferior Vena Cava Filter(s)):

        X      Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

    ~~04/19/2014~~    **04/19/2004**_____

    _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:    Strict Products Liability – Manufacturing Defect

    **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:    Strict Products Liability – Design Defect

    **X**    Count IV:    Negligence - Design

    **X**    Count V:    Negligence - Manufacture

    **X**    Count VI:    Negligence – Failure to Recall/Retrofit

    **X**    Count VII:    Negligence – Failure to Warn

    **X**    Count VIII:    Negligent Misrepresentation

    **X**    Count IX:    Negligence *Per Se*

    **X**    Count X:    Breach of Express Warranty

X    Count XI:    Breach of Implied Warranty

X    Count XII:    Fraudulent Misrepresentation

X    Count XIII:    Fraudulent Concealment

X    Count XIV:   Violations of Applicable Texas Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:   Wrongful Death

☐    Count XVII:  Survival

**X**    Punitive Damages

☐    Other(s):    _____ (please state the facts

supporting this Count in the space immediately below)

_____

_____

13.    Jury Trial demanded for all issues so triable?

**X**    Yes

☐    No

RESPECTFULLY SUBMITTED this 23rd day of January, 2017.

BABBITT & JOHNSON, P.A.

By:_____*/s/ Joseph R. Johnson*_____
    Joseph R. Johnson (Fla. Bar No. 372250)
    Suite 100
    1641 Worthington Road
    West Palm Beach, FL 33409
    (561) 684-2500
    jjohnson@babbitt-johnson.com