1  Robert W. Boatman (009619) - rwb@gknet.com
   Paul L. Stoller (016773) - paul.stoller@gknet.com
2  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona  85016-9225
   602-530-8000
4
   Ramon Rossi Lopez - rlopez@lopezmchugh.com
5  (California Bar Number 86361; admitted *pro hac vice*)
   Matthew Lopez – mlopez@lopezmchugh.com
6  (CA Bar No. 263134; admitted *pro hac vice*)
   Lopez McHugh LLP
7  100 Bayview Circle, Suite 5600
   Newport Beach, California  92660
8  949-812-5771

9  *Attorneys for Plaintiffs*

10             IN THE UNITED STATES DISTRICT COURT

11               FOR THE DISTRICT OF ARIZONA

12  | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
13  | | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |
14

15        PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by

16  email and mail) upon Defendants the following discovery papers:

17     *Plaintiffs' Amended Notice of Videotaped Deposition of S. William Stavropoulos, M.D.*

18        Plaintiffs are filing this notice in lieu of filing the original discovery papers

19  pursuant to LRCiv 5.2.

20        RESPECTFULLY SUBMITTED this 23rd day of January, 2017.

21
22                              GALLAGHER & KENNEDY, P.A.

23                              By:___/s/Robert W. Boatman_____
                                    Robert W. Boatman
24                                  Paul L. Stoller
                                    Shannon L. Clark
25                                  2575 East Camelback Road
                                    Phoenix, Arizona  85016-9225
26

27

28

*Gallagher & Kennedy, P.A.*
*2575 East Camelback Road*
*Phoenix, Arizona 85016-9225*
*(602) 530-8000*

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
Matthew Lopez (CA Bar No. 263134)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

### **Certificate of Service**

I hereby certify that on this 23rd day of January, 2017, I electronically transmitted

the attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5812619/26997-0001

2