1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| | **ORDER** |
| This document relates to: | |
| CV16-2166 PHX DGC | |

Pending before the Court is Plaintiffs' unopposed motion for leave to file amended complaint.  Doc. 4719.

**IT IS ORDERED** that Plaintiffs' unopposed motion for leave to file amended complaint (Doc. 4719) is **granted.**  Plaintiff shall file their amended complaint on or before **January 27, 2017.**

Dated this 23rd day of January, 2017.

_____
David G. Campbell
United States District Judge