UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION        No.  2:15-MD-02641-DGC

_____

This Document Relates to:

    PATRICK MARTIN

Civil Case # 2:16-cv-02135-RLY-TAB

_____

## NOTICE OF APPEARANCE AS CO-COUNSEL

TO:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for:

    PATRICK MARTIN

| | |
|---|---|
| Dated: January 24, 2017 | __/s/ Joseph R. Johnson_____<br>Joseph R. Johnson, #372250, FL<br>BABBITT & JOHNSON, P.A.<br>Suite 100<br>1641 Worthington Road (33409)<br>P. O. Box 4426<br>West Palm Beach, FL  33402-4426<br>Tel:  (561) 684-2500<br>Tel:  (561) 684-6308<br>jjohnson@babbitt-johnson.com |

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON