1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   IN RE:  Bard IVC Filters Products Liability       No. MDL 15-02641-PHX DGC
Litigation,

10                                                       **AMENDED ORDER**

11   This document relates to:

12   CV16-2417 PHX DGC

13

14         Pending before the Court is Plaintiffs' unopposed motion for leave to file amended

15   complaint.  Doc. 4719.

16         **IT IS ORDERED** that Plaintiffs' unopposed motion for leave to file amended

17   complaint (Doc. 4719) is **granted.**   Plaintiff shall file their amended complaint on or

18   before **January 27, 2017.**

19         Dated this 23rd day of January, 2017.

20

21

22

23   _____
                    David G. Campbell
24                 United States District Judge

25

26

27

28