IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

CASE NO:  2:15-MD-02641-DGC
MDL No. 2641

This Document Relates to:
   2:16-cv-02417-DGC
   Brenda Ledbetter Cox vs. Bard, et al.

## NOTICE OF FILING

COMES NOW Plaintiff, Brenda Ledbetter Cox, by and through her undersigned counsel, and hereby gives Notice of Filing of the attached Amended Short Form Complaint.

Respectfully submitted,

Dated: January 25, 2017

/s/ Joseph R. Johnson
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Joseph R. Johnson