IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    BRENDA LEDBETTER COX

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   <u>Texas</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   <u>Texas</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>United States District Court for the Eastern District of Texas</u>

8. Defendants (check Defendants against whom Complaint is made):

   **X**   C.R. Bard Inc.

   **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   **X**   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    X   Recovery® Vena Cava Filter

        ☐    G2® Vena Cava Filter

        ☐    G2® Express Vena Cava Filter

        ☐    G2® X Vena Cava Filter

        ☐    Eclipse® Vena Cava Filter

        ☐    Meridian® Vena Cava Filter

        ☐    Denali® Vena Cava Filter

        ☐    Other: _____

11. Date of Implantation as to each product:

~~04/19/2014~~   **04/19/2004**

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |

    X      Count XI:    Breach of Implied Warranty

    X      Count XII:    Fraudulent Misrepresentation

    X      Count XIII:    Fraudulent Concealment

    X      Count XIV:    Violations of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐      Count XV:    Loss of Consortium

    ☐      Count XVI:    Wrongful Death

    ☐      Count XVII:    Survival

    X      Punitive Damages

    ☐      Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13.    Jury Trial demanded for all issues so triable?

    X      Yes

    ☐      No

RESPECTFULLY SUBMITTED this 25rd day of January, 2017.

                          BABBITT & JOHNSON, P.A.

                          By:    */s/ Joseph R. Johnson*
                                  Joseph R. Johnson (Fla. Bar No. 372250)
                                  Suite 100
                                  1641 Worthington Road
                                  West Palm Beach, FL  33409
                                  (561) 684-2500
                                  jjohnson@babbitt-johnson.com