IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re:   BARD IVC FILTERS               CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION                           MDL No. 2641
_____

This Document Relates to:
    2:16-cv-04111-DGC
    Shashawna Jones vs. Bard, et al.
_____


# **ORDER**

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Shashawna Jones be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

    Signed this _____ day of January, 2017.


                                                  _____
                                                  Honorable Judge David G. Campbell
                                                  United States District Court Judge