# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC  **ORDER** |
| This document relates to:  CV16-4111 PHX DGC  Shashawna Jones v. Bard, et al. | |

Pending before the Court is Plaintiffs' unopposed motion for leave to file amended complaint.  Doc. 4730.

**IT IS ORDERED** that Plaintiffs' unopposed motion for leave to file amended complaint (Doc. 4730) is **granted.**  Plaintiff shall file her amended complaint on or before **January 31, 2017.**

Dated this 25th of January, 2017.

_____
David G. Campbell
United States District Judge