AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____<br>*Plaintiff*<br>v.<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                                                                   *Attorney's signature*

                                                       _____
                                                                                                   *Printed name and bar number*

                                                       _____
                                                                                                   *Address*

                                                       _____
                                                                                                   *E-mail address*

                                                       _____
                                                                                                   *Telephone number*

                                                       _____
                                                                                                   *FAX number*