# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   __SHASHAWNA JONES BENITEZ

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____Edwin Benitez

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   ____New York_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    \_\_\_\_\_New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    \_\_\_\_\_New York

7. District Court and Division in which venue would be proper absent direct filing:

    \_\_\_\_\_ District Court for the Eastern District of New York

8. Defendants (check Defendants against whom Complaint is made):

    **X**     C.R. Bard Inc.

    **X**     Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**     Diversity of Citizenship

    ☐     Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐     Recovery® Vena Cava Filter

- X    G2® Vena Cava Filter

- ☐    G2® Express Vena Cava Filter

- ☐    G2® X Vena Cava Filter

- ☐    Eclipse® Vena Cava Filter

- ☐    Meridian® Vena Cava Filter

- ☐    Denali® Vena Cava Filter

- ☐    Other: ___ _____

11. Date of Implantation as to each product:

    _____02/09/2007_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:       Strict Products Liability – Manufacturing Defect

    **X**    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:     Strict Products Liability – Design Defect

    **X**    Count IV:      Negligence - Design

    **X**    Count V:       Negligence - Manufacture

    **X**    Count VI:      Negligence – Failure to Recall/Retrofit

    **X**    Count VII:     Negligence – Failure to Warn

    **X**    Count VIII:    Negligent Misrepresentation

    **X**    Count IX:      Negligence *Per Se*

    **X**    Count X:       Breach of Express Warranty

    **X**    Count XI:      Breach of Implied Warranty

    **X**    Count XII:    Fraudulent Misrepresentation

    **X**    Count XIII:    Fraudulent Concealment

    **X**    Count XIV:    Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    **X**    Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII:    Survival

    **X**    Punitive Damages

    ☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13. Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 25th day of January, 2017.

                      BABBITT & JOHNSON, P.A.

                      By:\_\_\_\_/s/ Joseph R. Johnson_____
                          Joseph R. Johnson (Fla. Bar No. 372250)
                          Suite 100
                          1641 Worthington Road
                          West Palm Beach, FL  33409
                          (561) 684-2500
                          jjohnson@babbitt-johnson.com