**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Kenneth Matthews

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    April Matthews

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Illinois

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Multidistrict Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

-2-

1  ☐ G2® Express (G2®X) Vena Cava Filter

2  ☐ Eclipse® Vena Cava Filter

3  ☒ Meridian® Vena Cava Filter

4  ☒ Denali® Vena Cava Filter

5  ☐ Other: _____

6  11. Date of Implantation as to each product:

7  8/3/2013

8

9  12. Counts in the Master Complaint brought by Plaintiff(s):

10  ☒ Count I: Strict Products Liability – Manufacturing Defect

11  ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

13  ☒ Count III: Strict Products Liability – Design Defect

14  ☒ Count IV: Negligence - Design

15  ☒ Count V: Negligence - Manufacture

16  ☒ Count VI: Negligence – Failure to Recall/Retrofit

17  ☒ Count VII: Negligence – Failure to Warn

18  ☒ Count VIII: Negligent Misrepresentation

19  ☒ Count IX: Negligence *Per Se*

20  ☒ Count X: Breach of Express Warranty

21  ☒ Count XI: Breach of Implied Warranty

22  ☒ Count XII: Fraudulent Misrepresentation

-3-

| | | |
|---|---|---|
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable __North Carolina__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☒ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☐ | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

-4-

1    RESPECTFULLY SUBMITTED this <u>5th</u> day of August, 2016.

**BERN RIPKA LLP**

By: <u>/s/ Rick Barreca</u>
    Rick Barreca
    60 E. 42nd Street, Suite 950
    New York, NY 10165
    *Attorney for Plaintiff*

I hereby certify that on this <u>5th</u> day of August, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                       <u>/s/ Rick Barreca</u>

5131774