# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILTY LITIGTOIN

No. 2:15-MD-02641-DGC

THIS DOCUMENT RELATES TO:

KENNETH MATTHEWS
Case No. 2:16-CV-02657-DGC

**ORDER REGARDING MOTION FOR DISMISSAL WITHOUT PREJUDICE**

The Plaintiffs, Kenneth Matthews and April Matthews, have filed a Motion to Dismiss Without Prejudice.

**IT IS ORDERED**:

The Motion to Dismiss Without Prejudice (Doc. _____) is granted.