IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No.  MDL 15-2641-PHX DGC
_____
This Document Relates to:               **ORDER**

    KENNETH MATTHEWS
    and APRIL MATTHEWS

Civil Case     CV16-2657 PHX-DGC
_____

    Considering Plaintiffs' motion to dismiss without prejudice (Doc. 4746) and Defendants' response (Doc. 4748),

    **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that Plaintiffs' motion to dismiss without prejudice (Doc. 4746) is **granted.**  All claims of Plaintiffs Kenneth Matthews and April Matthews against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-2657 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 26th day of January, 2017.

_____
David G. Campbell
United States District Judge