# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-PHX-DGC

This Document Relates to:
2:16-cv-03167-PHX-DGC
Plaintiff: Rachel Caruth and Logan Scholl v
Bard, et al.

## NOTICE OF FILING

COMES NOW Plaintiffs, Rachel Caruth and Logan Scholl, by and through their undersigned counsel, and hereby gives Notice of Filing of the attached Amended Short Form Complaint. Plaintiffs amend the short form complaint to correct Paragraph 2 to read "Logan Scholl" instead of "N/A", and Paragraph 12 to read "☑ – Count XV: Loss of Consortium" instead of "☐ Count XV: Loss of Consortium" (see Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this amended short form complaint.

Respectfully submitted,

Dated: January 30, 2017

/s/James B. Tuttle
James B. Tuttle (NY Bar No. 1124833)
(admitted *pro hac vice*)
The Tuttle Law Firm
1520 Crescent Road, Suite 300
Clifton Park, New York 12065
Telephone: (518) 783-1001
Facsimile: (518) 783-1515
jbtesq@nycap.rr.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/James B. Tuttle