# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

This Document Relates to:
2:16-cv-03167-PHX-DGC
Plaintiff: Rachel Caruth

AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS AND DEMAND
FOR JURY TRIAL

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Rachel Caruth

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    **Logan Scholl**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Indiana

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Indiana

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Indiana

7. District Court and Division in which venue would be proper absent direct filing:

    USDC Northern District of Indiana

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C.R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other:_____

    ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☑ G2® Express (G2® X) Vena Cava Filter          Lot #GFTH3252
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other:_____

11. Date of Implantation as to each product:

    3/7/10

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:     Strict Products Liability – Manufacturing Defect
- ☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III:   Strict Products Liability – Design Defect
- ☑ Count IV:    Negligence - Design
- ☑ Count V:     Negligence - Manufacture
- ☑ Count VI:    Negligence – Failure to Recall/Retrofit
- ☑ Count VII:   Negligence – Failure to Warn
- ☑ Count VIII:  Negligent Misrepresentation
- ☑ Count IX:    Negligence *Per Se*

- ☑ Count X: Breach of Express Warranty

- ☑ Count XI: Breach of Implied Warranty

- ☑ Count XII: Fraudulent Misrepresentation

- ☑ Count XIII: Fraudulent Concealment

- ☑ Count XIV: Violations of Applicable ___Indiana___ (insert state) Law Prohibiting Consumer Fraud and Unfair Deceptive Trade Practices

- ☑ **Count XV: Loss of Consortium**

- ☐ Count XVI: Wrongful Death

- ☐ Count XVII: Survival

- ☑ Punitive Damages

- ☐ Other(s): _____ (please state the facts supporting) This Count in the space immediately below)

_____

13. Jury Trial demanded for all issues so triable?

- ☑ Yes

- ☐ No

RESPECTFULLY SUBMITTED this 30th day of January, 2017.

THE TUTTLE LAW FIRM

By: /s/James B. Tuttle
James B. Tuttle (NY Bar No. 1124833)
(admitted *pro hac vice*)
10 Century Hill Drive, Suite 4
Latham, New York 12110

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/James B. Tuttle