IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 3 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Christy Sessoms

    Plaintiff(s)/Petitioner(s),
vs.

C. R. Bard Incorporated

    Defendant(s)/Respondent(s)

CASE NO: 2:16-cv-00883-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Joseph J. Cappelli, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Christy Sessoms.

City and State of Principal Residence: Long Beach, MS
Firm Name: BERN CAPPELLI
Address: 101 West Elm Street   Suite: 630
City: Conshohocken   State: PA   Zip: 19428
Firm/Business Phone: (212) 702-5000
Firm Fax Phone: (212) 818-0164   E-mail Address: jcappelli@bernllp.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Commonwealth of Pennsylvania | 06/09/1989 | ✓ Yes   ☐ No* |
| Eastern District of Pennsylvania | 02/28/1990 | ✓ Yes   ☐ No* |
| Western District of Pennsylvania | 07/02/1997 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/26/17
Date
Fee Receipt # _____

(Signature of Applicant)

(Rev. 04/12)

PHX 181397



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**  }

I, Lucy V. Chin, Interim Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Joseph J. Cappelli, Bar #55166, was duly admitted to practice in said Court on February 28, 1990, and is in good standing as a member of the bar of said Court.

LUCY V. CHIN
**Interim Clerk of Court**

DATED at Philadelphia, Pennsylvania
on January 12, 2017

BY: *Gail R. Olson*
Gail R. Olson, Deputy Clerk

Rev. 10/18/16