AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Ralph Brown and Debora Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-02651-DGC |
| C R Bard Incorporated et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ralph Brown and Debora Brown                                                                                       .

Date:   02/02/2017

/s/ Joseph J. Cappelli
*Attorney's signature*

Joseph J. Cappelli PA Bar I.D. No. 55166
*Printed name and bar number*

BERN CAPPELLI
101 West Elm Street, Suite 630
Conshohocken, PA 19428
*Address*

JCappelli@bernllp.com
*E-mail address*

(610) 941-4444
*Telephone number*

(610) 941-9880
*FAX number*