UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara A. Spehar,  )<br>  )<br>       Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>Bard Peripheral Vascular, Inc. and C. R.  )<br>Bard, Inc., et al.,  )<br>  )<br>       Defendant.  ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-17-00260-PHX-DGC |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: February 2, 2017                    /s/ Richard B. North, Jr.
                                          *Attorney's signature*

                                          Richard B. North, Jr. (Ga. Bar No. 545599)
                                          *Printed name and bar number*

                                          Nelson Mullins Riley & Scarborough, LLP
                                          201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                          *Address*

                                          richard.north@nelsonmullins.com
                                          *E-mail Address*

                                          (404) 322-6000
                                          *Telephone number*

                                          (404 322-6050
                                          *FAX number*