IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 15-2641 |
| DIANE ELLSWORTH C.A. No. CV-17-361-PHX-DGC | ) ) ) | |
| _____ | ) | |
| DIANE ELLSWORTH, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this

case as counsel for plaintiff, Diane Ellsworth.

Dated: 2/3/2017

Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)


By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***

I hereby certify that on this 3rd day of February, 2017, I electronically transmitted

the attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*