James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendant*
*C. R. Bard, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This Document Relates to:<br><br>WILLIAM PETERSEN,<br><br>   Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.,<br><br>   Defendant. | MDL NO. 15-02641-PHX-DGC<br><br><br><br>Case No. CV-17-00245-PHX-DGC<br><br><br><br>**NOTICE OF CORRECTION RE FILING OF WAIVER OF SERVICE OF SUMMONS** |

The undersigned hereby gives notice that Bard Peripheral Vascular, Inc. was inadvertently selected as a filer of the Waiver of Service of Summons in the action *William Petersen v. C. R. Bard, Inc.*, Civil Action No. CV-17-00245-PHX-DGC. The actual document filed as

Docket No. 4835 is correct and C. R. Bard, Inc. is the only Defendant in this action and is the party for whom the Waiver was filed.

This 6th day of February, 2017.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

**Attorney for Defendant C. R. Bard, Inc.**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6th, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          s/Richard B. North, Jr.
                                          Richard B. North, Jr.
                                          Georgia Bar No. 545599
                                          NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                          Atlantic Station
                                          201 17th Street, NW / Suite 1700
                                          Atlanta, GA  30363
                                          PH: (404) 322-6000
                                          FX: (404) 322-6050
                                          Richard.North@nelsonmullins.com