| | |
|---|---|
| 1 | James R. Condo (#005867) |
|   | Amanda Sheridan (#005867) |
| 2 | SNELL & WILMER L.L.P. |
|   | One Arizona Center |
| 3 | 400 E. Van Buren |
|   | Phoenix, AZ 85004-2204 |
| 4 | Telephone: (602) 382-6000 |
|   | JCondo@swlaw.com |
| 5 | ASheridan@swlaw.com |

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendant*
*C. R. Bard, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| TAMMY LYNN GAMMON, | |
| Plaintiff, | Case No. CV-17-00267-PHX-DGC |
| v. | |
| C. R. BARD, INC., | **NOTICE OF CORRECTION RE FILING OF NOTICE OF APPEARANCE** |
| Defendant. | |

The undersigned hereby gives notice that Bard Peripheral Vascular, Inc. was inadvertently selected as a filer of the Notice of Appearance in the action *Tammy Lynn Gammon v. C. R. Bard, Inc.*, Civil Action No. CV-17-00267-PHX-DGC.  The actual document filed

as Docket No. 4834 is correct and C. R. Bard, Inc. is the only Defendant in this action and is the party for whom the Notice was filed.

This 6th day of February, 2017.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

**Attorney for Defendant C. R. Bard, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com
