**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Lindy Lenins, | ) |
| | ) |
| Plaintiff, | )  MDL Case No. 2:15-md-02641-DGC |
| | ) |
| v. | )  Civil Action No.  CV-16-04547-PHX-DGC |
| | ) |
| Bard Peripheral Vascular, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Defendant Bard Peripheral Vascular, Inc.


Date:  February 9, 2017    /s/ Richard B. North, Jr.
               *Attorney's signature*

               Richard B. North (Ga. Bar No. 545599)
               *Printed Name and bar number*

               Nelson Mullins Riley & Scarborough, LLP
               201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
               *Address*

               richard.north@nelsonmullins.com
               *E-mail address*

               (404) 322-6155
               *Telephone number*

               (404) 322-6050
               *FAX number*