IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 15-2641 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| MARY HUSTON C.A. No. 2:17-cv-00302-DGC | ) ) ) | |
| MARY HUSTON, | ) ) ) | |
| Plaintiff, vs. | ) ) ) | |
| C.R. BARD INC., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff, Mary Huston.

Dated:  2/9/2017

Respectfully Submitted,
**SILL LAW GROUP, PLLC**

By:   */s/ Tara Tabatabaie*
Tara Tabatabaie (OK Bar No. 21838)
(*admitted pro hac vice*)
14005 N. Eastern Ave.
Edmond, Oklahoma 73013
Email:  tara@sill-law.com
Tel: (405) 509-6300
Fax: (405) 509-6268
*Attorneys for Plaintiffs*

-2-

I hereby certify that on this 9th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Tara Tabatabaie*