IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 15-2641 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| KATELYN ROSE WILLS C.A. No. 2:17-cv-00301-DGC | ) ) ) | |
| KATELYN ROSE WILLS, | ) ) ) | |
| Plaintiff, vs. | ) ) ) | |
| C.R. BARD INC., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff, Katelyn Rose Wills.

Dated:  2/9/2017                    Respectfully Submitted,
                                    **SILL LAW GROUP, PLLC**

                                    By:   */s/ Tara Tabatabaie*
                                          Tara Tabatabaie (OK Bar No. 21838)
                                          (*admitted pro hac vice*)
                                          14005 N. Eastern Ave.
                                          Edmond, Oklahoma 73013
                                          Email:  tara@sill-law.com
                                          Tel: (405) 509-6300
                                          Fax: (405) 509-6268
                                          *Attorneys for Plaintiffs*

-2-

I hereby certify that on this 9th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Tara Tabatabaie