UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Quarmon, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No.  CV-17-00335-PHX-DGC |
| ) | |
| C. R. Bard Inc. and Bard Peripheral ) | |
| Vascular, Inc., ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard Inc. and Bard Peripheral Vascular, Inc.

Date:  February 13, 2017        /s/ Richard B. North, Jr.
                                *Attorney's signature*

                                Richard B. North (Ga. Bar No. 545599)
                                *Printed Name and bar number*

                                Nelson Mullins Riley & Scarborough, LLP
                                201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                *Address*

                                richard.north@nelsonmullins.com
                                *E-mail address*

                                (404) 322-6155
                                *Telephone number*

                                (404) 322-6050
                                *FAX number*