IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re:  BARD IVC FILTERS                    CASE NO:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION                             MDL No. 2641
_____

This Document Relates to:
    2:17-cv-00023-DGC
    Catherine Duda vs. Bard, et al.

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 11 to read "09/26/2007" instead of "09/26/2006" (see Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Catherine Duda requests that this Court grant this request to correct Paragraph 11 to "09/26/2007," and for leave to file the Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached Amended Second Amended Master Short Form Complaint.

Dated: February 13, 2017               /s/ Joseph R. Johnson_____
                                                          Joseph R. Johnson, Bar No:  372250
                                                          Babbitt & Johnson, P.A.
                                                          1641 Worthington Road
                                                          Suite 100

        West Palm Beach, FL  33402-4426
        Telephone:  (561) 684-2500
        Facsimile:  (561) 684-6308
        jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/ Joseph R. Johnson_____