**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

_____CATHERINE DUDA

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

__N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

__N/A___

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

___Georgia

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

      at the time of injury:

      _____Georgia

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

      _____Georgia

7.    District Court and Division in which venue would be proper absent direct

      filing:

      _____District Court of the Northern District of Georgia

8.    Defendants (check Defendants against whom Complaint is made):

      **X**      C.R. Bard Inc.

      **X**      Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

      **X**      Diversity of Citizenship

      □      Other: _____

      a.      Other allegations of jurisdiction and venue not expressed in Master

      Complaint:

      _____

      _____

      _____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making

      a claim (Check applicable Inferior Vena Cava Filter(s)):

      □      Recovery® Vena Cava Filter

X   G2® Vena Cava Filter

□   G2® Express Vena Cava Filter

□   G2® X Vena Cava Filter

□   Eclipse® Vena Cava Filter

□   Meridian® Vena Cava Filter

□   Denali® Vena Cava Filter

□   Other:  ___ _____

11.   Date of Implantation as to each product:

_____09/26/2006;_____09/26/2007

12.   Counts in the Master Complaint brought by Plaintiff(s):

**X**   Count I:   Strict Products Liability – Manufacturing Defect

**X**   Count II:   Strict Products Liability – Information Defect (Failure to Warn)

**X**   Count III:   Strict Products Liability – Design Defect

**X**   Count IV:   Negligence - Design

**X**   Count V:   Negligence - Manufacture

**X**   Count VI:   Negligence – Failure to Recall/Retrofit

**X**   Count VII:   Negligence – Failure to Warn

**X**   Count VIII:   Negligent Misrepresentation

**X**   Count IX:   Negligence *Per Se*

**X**   Count X:   Breach of Express Warranty

**X**   Count XI:   Breach of Implied Warranty

**X**  Count XII: Fraudulent Misrepresentation

**X**  Count XIII: Fraudulent Concealment

**X**  Count XIV: Violations of Applicable Georgia Law Prohibiting

    Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV: Loss of Consortium

☐  Count XVI: Wrongful Death

☐  Count XVII: Survival

**X**  Punitive Damages

☐  Other(s): _____ (please state the facts

    supporting this Count in the space immediately below)

    _____

    _____

13. Jury Trial demanded for all issues so triable?

**X**  Yes

☐  No

RESPECTFULLY SUBMITTED this 5th day of  January, 2017.

        BABBITT & JOHNSON, P.A.

        By:_____/s/ Joseph R. Johnson_____
          Joseph R. Johnson (Fla. Bar No.  372250)
          Suite 100
          1641 Worthington Road
          West Palm Beach, FL  33409
          (561) 684-2500
          jjohnson@babbitt-johnson.com