Robert W. Boatman (009619) - rwb@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Co-Lead/Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE PARTIES' JOINT STATUS REPORT FOR THE FEBRUARY 17, 2017 CASE MANAGEMENT CONFERENCE** |

Plaintiffs move this Court for an Order pursuant to the Stipulated Protective Order (Doc. 268), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, sealing certain documents accompanying The Parties' Joint Status Report for the February 17, 2017 Case Management Conference.  The information in the Appendices that is the subject of this Motion for Leave to File under Seal is deposition testimony alleged by Bard to constitute trade secrets or other confidential research, development, or commercial information and has been designated by Bard as such pursuant to the Stipulated Protective Order, thereby warranting protection from public disclosure.

Plaintiffs seek leave to file portions of Michael Randall's February 2, 2017 deposition testimony in Appendix A under seal based on Bard's designation of the testimony as confidential pursuant to the Stipulated Protective Order; Defendants wish to file under seal testimony of Mr. Randall in Appendix B; Plaintiffs explicitly reserve their

1  rights to challenge the confidentiality designations of the deposition at a later time,
2  pursuant to the terms in the Stipulated Protective Order.  Based on Bard's designation of
3  portions of the transcript as confidential, Plaintiffs may only submit them to this Court
4  under seal.  Bard supports this Motion, including the request to file both Parties'
5  appendices under seal.

6       For the foregoing reasons, and in order that Plaintiffs can fully support its issues
7  raised in the Parties' Joint Status Report while complying with the terms of various
8  protective orders, the Court should grant Plaintiffs' leave to file the Appendices under
9  seal.

10       RESPECTFULLY SUBMITTED this 13th day of February 2017.

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
    Robert W. Boatman
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Deborah Yanazzo*

5850542/26997-0001

2