IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF THE PARTIES' JOINT STATUS REPORT FOR THE FEBRUARY 17, 2017 CASE MANAGEMENT CONFERENCE** |

The parties have filed a motion for leave to file under seal in support of the Parties' Joint Status Report. Doc. _____.

**IT IS ORDERED**:

1. That the motion to seal (Doc. _____) is **granted**. The Appendices that is the subject of Plaintiff's Unopposed Motion to Seal constitutes "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion. Accordingly, the documents are hereby sealed.

2. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket at Doc. _____.