1  Michael T. Gallagher
   Federal ID: 5395
2  The Gallagher Law Firm
   2905 Sackett Street
3  Houston, Texas 77098
   (713) 222-8080
4  (713) 222-0066 - Facsimile
   donnaf@gld-law.com

5

6                 **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8  IN RE BARD IVC FILTERS PRODUCTS          No. MDL-15-02641-PHX-DGC
   LIABILITY LITIGATION
9                                           **DEMAND FOR JURY TRIAL**
   This Document Relates To:

10
   Horace Wetzell

11
   Civil Case # 2:17-cv-00444-PHX-DGC

12
          Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and

13
   the Seventh Amendment of the U.S. Constitution.

14

15  Dated:  February 14, 2017              Respectfully submitted,

16                                         /s/ Michael T. Gallagher
                                           Michael T. Gallagher
17                                         Federal ID: 5395
                                           The Gallagher Law Firm
18                                         2905 Sackett Street
                                           Houston, Texas 77098
19                                         (713) 222-8080
                                           (713) 222-0066 - Facsimile
                                           donnaf@gld-law.com
20

21

22

*The Gallagher Law Firm, LLP*
*2905 Sackett Street*
*Houston, TX  77098*
*(713) 222-8080*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher