Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Jimmy Carr<br><br>Civil Case # 2:17-cv-00446-PHX-DGC | No. MDL-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: February 14, 2017        Respectfully submitted,

                                              /s/ Michael T. Gallagher
                                              Michael T. Gallagher
                                              Federal ID: 5395
                                              The Gallagher Law Firm
                                              2905 Sackett Street
                                              Houston, Texas 77098
                                              (713) 222-8080
                                              (713) 222-0066 - Facsimile
                                              donnaf@gld-law.com

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098
(713) 222-8080

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher