IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Deborah Kaiser

    Plaintiff(s)/Petitioner(s),

vs.

IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGAION

    Defendant(s)/Respondent(s)

CASE NO: MDL-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / RECEIVED
FEB 13 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Kevin Edwards**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Deborah Kaiser /2:16-cv-00190-DGC**.

**City and State of Principal Residence:** Dallas, TX
**Firm Name:** Freese & Goss, PLLC
**Address:** 3500 Maple Avenue  **Suite:** 1100
**City:** Dallas  **State:** TX  **Zip:** 75219
**Firm/Business Phone:** (214) 550-5239
**Firm Fax Phone:** (214) 761-6688  **E-mail Address:** kevin@freeseandgoss.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Texas State Bar | 11/06/2003 | ✓ Yes ☐ No* |
| U.S. District Court for the Northern District of Texas | 12/20/2003 | ✓ Yes ☐ No* |
| U.S. District Court for the Eastern District of Texas | 05/26/2004 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing froma **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is trueand correct; that I am not a resident of, nor anI regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

2-7-17  /s/ Kevin Edwards

**Date**  **Signature of Applicant**

**Fee Receipt #** PNX182090

(Rev. 04/12)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### KEVIN L EDWARDS

Bar Number:                           Date of Admission:

24040853                              12/10/2003

Witness my official signature and the seal of this court.

Dated: 02/01/2017                     Karen Mitchell,
                                      Clerk of Court

                                      By: V. SHREWSBURY
                                          Deputy Clerk