# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS  
PRODUCTS LIABILITY LITIGATION

NO. MD-15-02641-PHX-DGC  
MDL 2641

_____

This Document Relates to Plaintiff(s),

Rosario Montes and Martin Marquez  
2:16-cv-03895-PHX-DGC

Latonya Smith  
2:16-cv-04031-PHX-DGC

Paige Forth and Steve Forth  
2:16-cv-04250-PHX-DGC

William Brown  
2:16-cv-04331-PHX-DGC

Carolyn Smith and Marion Smith  
2:16-cv-04324-PHX-DGC

Carolyn Wilson  
2:16-cv-04345-PHX-DGC

Nancy Mead and Karen Chapman  
2:16-cv-04458-PHX-DGC

Kevin Braden and Cynthia Braden  
2:17-cv-00047-PHX-DGC

Virginia Menken and Earl Menken  
2:17-cv-00050-PHX-DGC

Carolyn Henderson and Bob Henderson  
2:17-cv-00155-PHX-DGC

Aleacia Fisher  
2:17-cv-00171-PHX-DGC

Angela Layne  
2:17-cv-00208-PHX-DGC

Diana Lewis and Mannie Lewis  
2:17-cv-00283-PHX-DGC

Lori Thompson
2:17-cv-00290-PHX-DGC
_____

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 83.3(d), the undersigned counsel notifies the Clerk's Office and all other parties of the following change of address:

        Flint Law Firm, LLC
        222 East Park Street, Suite 500
        Post Office Box 189
        Edwardsville, Illinois 62025

        Respectfully submitted,

        **FLINT LAW FIRM, LLC**

        */s/ Andrew W. Callahan*_____
        Andrew W. Callahan, IL Bar No. 6298280
        FLINT LAW FIRM, LLC
        222 East Park Street, Suite 500
        P.O. Box 189
        Edwardsville, Illinois 62025
        Phone: (618) 288-4777
        Fax: (618) 288-2864
        acallahan@flintfirm.com
        ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Andrew W. Callahan*_____