# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

This Document Relates to Plaintiff(s),

Rosario Montes and Martin Marquez
2:16-cv-03895-PHX-DGC

Latonya Smith
2:16-cv-04031-PHX-DGC

Paige Forth and Steve Forth
2:16-cv-04250-PHX-DGC

William Brown
2:16-cv-04331-PHX-DGC

Carolyn Smith and Marion Smith
2:16-cv-04324-PHX-DGC

Carolyn Wilson
2:16-cv-04345-PHX-DGC

Nancy Mead and Karen Chapman
2:16-cv-04458-PHX-DGC

Kevin Braden and Cynthia Braden
2:17-cv-00047-PHX-DGC

Virginia Menken and Earl Menken
2:17-cv-00050-PHX-DGC

Carolyn Henderson and Bob Henderson
2:17-cv-00155-PHX-DGC

Aleacia Fisher
2:17-cv-00171-PHX-DGC

Angela Layne
2:17-cv-00208-PHX-DGC

Diana Lewis and Mannie Lewis
2:17-cv-00283-PHX-DGC

Lori Thompson
2:17-cv-00290-PHX-DGC
_____

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 83.3(d), the undersigned counsel notifies the Clerk's Office and all other parties of the following change of address:

>Flint Law Firm, LLC
>222 East Park Street, Suite 500
>Post Office Box 189
>Edwardsville, Illinois 62025

>Respectfully submitted,

>**FLINT LAW FIRM, LLC**


>*/s/ Andrew W. Callahan*_____
>Andrew W. Callahan, IL Bar No. 6298280
>FLINT LAW FIRM, LLC
>222 East Park Street, Suite 500
>P.O. Box 189
>Edwardsville, Illinois 62025
>Phone: (618) 288-4777
>Fax: (618) 288-2864
>acallahan@flintfirm.com
>***Attorney for Plaintiffs***


## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Andrew W. Callahan*_____