IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

   Nicole Costanzo

2. Spousal Plaintiff's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. Plaintiff's/ state(s) [if more than one Plaintiff] of residence at the time of injury:

   New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of New York

8. Defendants (check Defendants against whom Complaint is made):

   ☒   C.R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☒    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

May 12, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:    Strict Products Liability – Manufacturing Defect

    ☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    ☒    Count III:    Strict Products Liability – Design Defect

    ☒    Count IV:    Negligence - Design

    ☒    Count V:    Negligence - Manufacture

    ☒    Count VI:    Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    _    No

RESPECTFULLY SUBMITTED this 14th day of February, 2017.

**LOWE LAW GROUP**

By: */s/ T. Aaron Stringer*
Nathan Buttars (UT 13659)
T. Aaron Stringer (UT 12681)
*(Admitted Pro Hac Vice)*
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: nate@lowelawgroup.com
   aaron@lowelawgroup.com

*Attorneys for Plaintiffs*

I hereby certify that on this 14th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                */s/ T. Aaron Stringer*