T. Aaron Stringer * (UT-12681)
Nathan Buttars * (UT-13659)
*Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Nicole Costanzo, an individual, | Civil Action No.: 2:17-cv-00460-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF FILING AMENDED COMPLAINT** |
| C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Nicole Costanzo respectfully submits this Notice of Filing First Amended Complaint.  Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint.  The original complaint has not yet been served on the Defendants.

1

RESPECTFULLY SUBMITTED this 14th day of February, 2017.

LOWE LAW GROUP

By /s/ *T. Aaron Stringer*
T. Aaron Stringer
Nathan Buttars
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ T. Aaron Stringer*
T. Aaron Stringer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff:

    Nicole Costanzo

2. Spousal Plaintiff's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New York

5. Plaintiff's/ state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

4

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of New York

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

5

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

May 12, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable ~~Ohio~~ <u>New York</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X   Yes

_   No

7

RESPECTFULLY SUBMITTED this ~~13th~~ 14th day of February, 2017.

**LOWE LAW GROUP**

By: */s/ T. Aaron Stringer*
Nathan Buttars (UT 13659)
T. Aaron Stringer (UT 12681)
*(Admitted Pro Hac Vice)*
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: nate@lowelawgroup.com
   aaron@lowelawgroup.com

*Attorneys for Plaintiffs*

I hereby certify that on this ~~13th~~ 14th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ T. Aaron Stringer*
T. Aaron Stringer

8