# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This document relates to: | **ORDER** |
| CV17-0023 PHX DGC | |
| Catherine Duda v. Bard, et al. | |

Pending before the Court is Plaintiff's unopposed motion for leave to file amended master short form complaint. Doc. 4947.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to file amended master short form complaint (Doc. 4947) is **granted.** Plaintiff shall file her amended complaint on or before **February 21, 2017.**

Dated this 14th day of February, 2017.

_____
David G. Campbell
United States District Judge