IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MDL-15-02641-PHX-DGC<br><br>**ORDER** |

The parties have filed a motion for leave to file under seal in support of the Parties' Joint Status Report.  Doc. 4949.

**IT IS ORDERED**:

1.      The motion to seal (Doc. 4949) is **granted**.

2.      The Clerk is directed to accept for filing under seal the document lodged on the Court's docket at Doc. 4950.

Dated this 14th day of February, 2017.

_____
David G. Campbell
United States District Judge