# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED<br>MASTER SHORT FORM COMPLAINT<br>FOR DAMAGES FOR INDIVIDUAL<br>CLAIMS AND DEMAND FOR JURY<br>TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

     Michelle Boudreau

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

     ~~Not applicable~~ **Jimmy Kerlin**

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     __N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

     ~~Georgia~~ **Massachusetts**

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

        at the time of injury:

        _____ Massachusetts

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

        _____ Massachusetts

7.      District Court and Division in which venue would be proper absent direct

        filing:

        ____ District Court for the District of Massachusetts

8.      Defendants (check Defendants against whom Complaint is made):

        **X**      C.R. Bard Inc.

        **X**      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

        **X**      Diversity of Citizenship

        ☐      Other: _____

        a.      Other allegations of jurisdiction and venue not expressed in Master

                Complaint:

                _____

                _____

                _____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making

        a claim (Check applicable Inferior Vena Cava Filter(s)):

        ☐      Recovery® Vena Cava Filter

**X**      **G2<sup>®</sup> Vena Cava Filter**

~~X      G2<sup>®</sup> Express (G2®X) Vena Cava Filter~~

☐      G2<sup>®</sup> X Vena Cava Filter

☐      Eclipse<sup>®</sup> Vena Cava Filter

☐      Meridian<sup>®</sup> Vena Cava Filter

☐      Denali<sup>®</sup> Vena Cava Filter

☐      Other: ___ _____

11.    Date of Implantation as to each product:

       ___09/08/2008_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

       **X**      Count I:      Strict Products Liability – Manufacturing Defect

       **X**      Count II:     Strict Products Liability – Information Defect (Failure

                    to Warn)

       **X**      Count III:    Strict Products Liability – Design Defect

       **X**      Count IV:    Negligence - Design

       **X**      Count V:     Negligence - Manufacture

       **X**      Count VI:    Negligence – Failure to Recall/Retrofit

       **X**      Count VII:   Negligence – Failure to Warn

       **X**      Count VIII:  Negligent Misrepresentation

       **X**      Count IX:    Negligence *Per Se*

       **X**      Count X:     Breach of Express Warranty

       **X**      Count XI:    Breach of Implied Warranty

X   Count XII:   Fraudulent Misrepresentation

X   Count XIII:   Fraudulent Concealment

X   Count XIV:   Violations of Applicable Massachusetts Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐   ~~Count XV:   Loss of Consortium~~

X   **Count XV:   Loss of Consortium**

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

X   Punitive Damages

☐   Other(s): _____ (please state the facts

supporting this Count in the space immediately below)

_____

_____

13.   Jury Trial demanded for all issues so triable?

X   Yes

☐   No

RESPECTFULLY SUBMITTED this 15th day of February, 2017.

BABBITT & JOHNSON, P.A.

By:_____/s/ Joseph R. Johnson_____
          Joseph R. Johnson (Fla. Bar No.  372250)
          Suite 100
          1641 Worthington Road
          West Palm Beach, FL  33409

(561) 684-2500
jjohnson@babbitt-johnson.com