# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **AMENDED THIRD AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    __Steven Bushman_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    ____Donna Bushman_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    __**N/A**_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   __~~Florida~~    **Maryland**_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   __Florida_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   __Florida_____

7. District Court and Division in which venue would be proper absent direct filing:

   __U.S. District Court for the Southern District of Florida_____

8. Defendants (check Defendants against whom Complaint is made):

   X     C.R. Bard Inc.

   X     Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X     Diversity of Citizenship

   ☐     Other: _____

   a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- X  G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

_____July 9, 2006_____

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- X  Count I:    Strict Products Liability – Manufacturing Defect
- X  Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- X  Count III:  Strict Products Liability – Design Defect
- X  Count IV:   Negligence - Design
- X  Count V:    Negligence - Manufacture
- X  Count VI:   Negligence – Failure to Recall/Retrofit

-3-

|   |   |   |
|---|---|---|
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable Maryland and Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 20th day of February, 2017.

                BABBITT & JOHNSON, P.A.

                By:    /s/ Joseph R. Johnson
                      Joseph R. Johnson (Fla. Bar No.  372250)
                      Suite 100
                      1641 Worthington Road
                      West Palm Beach, FL  33409

                HEAVISIDE REED ZAIC

                By    /s/ Julia Reed Zaic
                      Julia Reed Zaic
                      Suite 203
                      312 Broadway Street
                      Laguna Beach, CA  92651

*Attorneys for Plaintiffs*

I hereby certify that on this 20th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                      /s/  Joseph R. Johnson

5220248
5220248v1/26997-0001