IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:   BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | CASE NO:  2:15-MD-02641-DGC<br>MDL No. 2641 |

This Document Relates to:
    2:16-cv-00890-DGC
    Steven Bushman and Donna Bushman vs. Bard, et al.

## **ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Steven Bushman and Donna Bushman be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of February, 2017.

_____
Honorable Judge David G. Campbell
United States District Court Judge