# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This document relates to: | **ORDER** |
| CV16-0393 PHX DGC | |
| Michelle Boudreau v. Bard, et al. | |

Pending before the Court is Plaintiff's unopposed motion for leave to file amended master short form complaint.  Doc. 4996.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to file amended master short form complaint (Doc. 4996) is **granted.**  Plaintiff shall file her amended complaint on or before **February 22, 2017.**

Dated this 15th day of February, 2017.

_____
David G. Campbell
United States District Judge