# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| | **ORDER** |
| This document relates to: | |
| CV16-0890 PHX DGC | |
| Steven Bushman and Donna Bushman v. Bard, et al. | |

Pending before the Court is Plaintiffs' unopposed motion for leave to file amended master short form complaint. Doc. 4997.

**IT IS ORDERED** that Plaintiffs' unopposed motion for leave to file amended master short form complaint (Doc. 4997) is **granted.** Plaintiffs shall file their amended complaint on or before **February 22, 2017.**

Dated this 15th day of February, 2017.

_____
David G. Campbell
United States District Judge