1
2
3
4

# IN THE UNITED STATES DISTRICT COURT

5

## FOR THE DISTRICT OF ARIZONA

6

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **AMENDED THIRD AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

7
8
9

10    Plaintiff(s) named below, for their Complaint against Defendants named below,

11  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

12  Plaintiff(s) further show the Court as follows:

13        1.    Plaintiff/Deceased Party:

14            __Steven Bushman_____

15        2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

16            consortium claim:

17            _____Donna Bushman_____

18        3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

19            conservator):

20            __**N/A**_____

21
22

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

~~**Maryland**~~   ~~Florida~~_____

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

__Florida_____

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

__Florida_____

7.  District Court and Division in which venue would be proper absent direct filing:

__U.S. District Court for the Southern District of Florida_____

8.  Defendants (check Defendants against whom Complaint is made):

    X   C.R. Bard Inc.

    X   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    X   Diversity of Citizenship

    □   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

X     G2® Vena Cava Filter

☐     G2® Express Vena Cava Filter

☐     G2® X Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☐     Other: _____

11.     Date of Implantation as to each product:

_____ July 9, 2006_____

_____

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

X     Count I:      Strict Products Liability – Manufacturing Defect

X     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

X     Count III:     Strict Products Liability – Design Defect

X     Count IV:     Negligence - Design

X     Count V:      Negligence - Manufacture

X     Count VI:     Negligence – Failure to Recall/Retrofit

X       Count VII:    Negligence – Failure to Warn

X       Count VIII:   Negligent Misrepresentation

X       Count IX:     Negligence *Per Se*

X       Count X:      Breach of Express Warranty

X       Count XI:     Breach of Implied Warranty

X       Count XII:    Fraudulent Misrepresentation

X       Count XIII:   Fraudulent Concealment

X       Count XIV:    Violations of Applicable Maryland and Florida Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X       Count XV:     Loss of Consortium

☐       Count XVI:    Wrongful Death

☐       Count XVII:   Survival

X       Punitive Damages

☐       Other(s):     _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

13.     Jury Trial demanded for all issues so triable?

X       Yes

☐       No

RESPECTFULLY SUBMITTED this 15th day of February, 2017.

BABBITT & JOHNSON, P.A.

By:_____/s/ Joseph R. Johnson_____
   Joseph R. Johnson (Fla. Bar No.  372250)
   Suite 100
   1641 Worthington Road
   West Palm Beach, FL  33409

HEAVISIDE REED ZAIC

By_____/s/ Julia Reed Zaic_____
   Julia Reed Zaic
   Suite 203
   312 Broadway Street
   Laguna Beach, CA  92651

*Attorneys for Plaintiffs*

I hereby certify that on this 15th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/* Joseph R. Johnson _____

5220248
5220248v1/26997-0001