# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____Michelle Boudreau_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    ~~Not applicable~~      **Jimmy Kerlin**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    __N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    ~~Georgia~~      **Massachusetts**

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    <u>     Massachusetts</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    <u>     Massachusetts</u>

7. District Court and Division in which venue would be proper absent direct filing:

    <u>    District Court for the District of Massachusetts</u>

8. Defendants (check Defendants against whom Complaint is made):

    **X**   C.R. Bard Inc.

    **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

      **X**      **G2® Vena Cava Filter**

      ~~X      G2® Express (G2®X) Vena Cava Filter~~

      ☐      G2® X Vena Cava Filter

      ☐      Eclipse® Vena Cava Filter

      ☐      Meridian® Vena Cava Filter

      ☐      Denali® Vena Cava Filter

      ☐      Other: ___ _____

11. Date of Implantation as to each product:

   ___09/08/2008_____

12. Counts in the Master Complaint brought by Plaintiff(s):

      **X**      Count I:      Strict Products Liability – Manufacturing Defect

      **X**      Count II:      Strict Products Liability – Information Defect (Failure to Warn)

      **X**      Count III:      Strict Products Liability – Design Defect

      **X**      Count IV:      Negligence - Design

      **X**      Count V:      Negligence - Manufacture

      **X**      Count VI:      Negligence – Failure to Recall/Retrofit

      **X**      Count VII:      Negligence – Failure to Warn

      **X**      Count VIII:      Negligent Misrepresentation

      **X**      Count IX:      Negligence *Per Se*

      **X**      Count X:      Breach of Express Warranty

      **X**      Count XI:      Breach of Implied Warranty

    **X**    Count XII:   Fraudulent Misrepresentation

    **X**    Count XIII:   Fraudulent Concealment

    **X**    Count XIV:   Violations of Applicable Massachusetts Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    ~~Count XV:   Loss of Consortium~~

    **X**    **Count XV:   Loss of Consortium**

    ☐    Count XVI:   Wrongful Death

    ☐    Count XVII:   Survival

    **X**    Punitive Damages

    ☐    Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

13.    Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 15th day of February, 2017.

    BABBITT & JOHNSON, P.A.

    By:   /s/ Joseph R. Johnson
        Joseph R. Johnson (Fla. Bar No. 372250)
        Suite 100
        1641 Worthington Road
        West Palm Beach, FL  33409

(561) 684-2500
jjohnson@babbitt-johnson.com