≈AO 435
AZ Form (Rev. 1/2015)

**TRANSCRIPT ORDER**

| | | |
|---|---|---|
| 1. NAME: Robert W. Boatman | 2. PHONE NUMBER: 602-530-8340 | 3. DATE: 2/17/2017 |

FOR COURT USE ONLY
DUE DATE:

4. FIRM NAME: Gallagher & Kennedy, PA

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS: 2575 E. Camelback Road | 6. CITY: Phoenix | 7. STATE: AZ | 8. ZIP CODE: 85016 |

| | | |
|---|---|---|
| 9. CASE NUMBER: MD-15-02641-PHX-DGC | 10. JUDGE: David Campbell | DATES OF PROCEEDINGS |
| | 11. 2/17/2017 | 12. |

| | | |
|---|---|---|
| 13. CASE NAME: In Re Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS | |
| | 14. Phoenix | 15. STATE: Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [✓] PRE-TRIAL PROCEEDING | 2/17/2017 - entire hearing |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | costs split between parties |
| 14 DAYS | [ ] | [ ] | | [ ] PDF (e-mail) | |
| 7 DAYS | [✓] | [ ] | | [✓] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: deborah.yanazzo@gknet.com

19. SIGNATURE: s/ Robert W. Boatman

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE: 2/21/2017

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY