IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>Steve D. Young<br>**Plaintiff(s)/Petitioner(s),**<br>vs.<br>C.R. Bard Inc. and<br>Bard Peripheral Vascular, Inc.,<br>**Defendant(s)/Respondent(s)** | No. 2:15-MD-02641-DGC<br><br>CASE NO: 16-cv-01657-PHX-DGC<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) |

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 17 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, __CHRISTOPHER J. SPANOS__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Plaintiff, Steve Young__.

City and State of Principal Residence: __Pekin, Illinois__

Firm Name: __Westervelt, Johnson, Nicoll & Keller, LLC__

Address: __411 Hamilton Blvd.,__ Suite: __1400__

City: __Peoria__  State: __IL__  Zip: __61602__

Firm/Business Phone: ( __309__ ) __671-3550__

Firm Fax Phone: ( __309__ ) __671-3588__   E-mail Address: __cspanos@wjnklaw.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| STATE OF ILLINOIS | 11/09/1995 | ☒ Yes ☐ No* |
| CENTRAL DISTRICT OF ILLINOIS | 3/27/1997 | ☒ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| None | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☒ Yes  ☐ No

Have you ever been disbarred from practice in any Court?  ☐ Yes  ☒ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

__2/16/17__                               __/s/ C.J. Spanos__
**Date**                                   **Signature of Applicant**

Fee Receipt # __PHX182226__                          (Rev. 04/12)

| | |
|---|---|
| **To:** | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA |
| **From:** | CHRISTOPHER J. SPANOS |
| **Re:** | PRO HAC VICE APPLICATION AND DISCLOSURE OF ILLINOIS ARDC COMPLAINT |
| **Date:** | FEBRUARY 16, 2017 |

---

In the spring and summer of 2008 I represented a group of landowners who were objecting to a wind energy development in a matter before the Tazewell County Zoning Board of Appeals. Several months after the hearings the developer offered to settle any past or future claims by the landowners by entering into a "Neighbor Agreement." The agreement was specifically directed toward then current landowners whose property neighbored the footprint of the proposed project.

Prior to the final settlement offer one of my clients sold his property without my knowledge, and he was therefore no longer included in the scope of the settlement offer. In January of 2017, over 8 years after the settlement was finalized, this landowner complained to the Illinois Attorney Rules and Disciplinary Commission. He admitted in his complaint that I met with him in November, 2008 (before the settlement was finalized) and told him that the settlement did not include him because he had sold his property.

This is a recent complaint and the time for me to respond has not expired. This is the first time in over 21 years of practice that I have had a complaint raised against me in any Bar or Court. I believe that this complaint is without any merit.



| | | |
|---|---|---|
| Kenneth A. Wells<br>Clerk of Court | **United States District Court**<br>Central District of Illinois<br>Office of the Clerk | Tel: 217.492.4020<br>Tel: 217.492-4028 |

February 16, 2017

Certificate of Good Standing

UNITED STATES OF AMERICA           )
                                   )           SS.
CENTRAL DISTRICT OF ILLINOIS       )


I, Kenneth A. Wells, Clerk of the United States District Court for the Central District of Illinois,

    DO HEREBY CERTIFY That Christopher J. Spanos was duly admitted to practice in said Court on March 27, 1997, and that said person is in good standing in said Court.

Dated at Peoria

On February 16, 2017.

                                                             Clerk

                                By:
                                                        Deputy Clerk