# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Antonio Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

|   |   |   |
|---|---|---|
| 1 |   | Georgia |
| 2 | 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at |
| 3 |   | the time of injury: |
| 4 |   | Georgia |
| 5 | 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: |
| 6 |   | Georgia |
| 7 | 7. | District Court and Division in which venue would be proper absent direct filing: |
| 8 |   | United States District Court Middle District of Georgia-Macon Division |
| 9 | 8. | Defendants (check Defendants against whom Complaint is made): |
| 10 |   | X    C.R. Bard Inc. |
| 11 |   | X    Bard Peripheral Vascular, Inc. |
| 12 | 9. | Basis of Jurisdiction: |
| 13 |   | X    Diversity of Citizenship |
| 14 |   | ☐    Other: _____ |
| 15 |   | a.    Other allegations of jurisdiction and venue not expressed in Master |
| 16 |   |       Complaint: |
| 17 |   | _____ |
| 18 |   | _____ |
| 19 |   | _____ |
| 20 | 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a |
| 21 |   | claim (Check applicable Inferior Vena Cava Filter(s)): |
| 22 |   | ☐    Recovery® Vena Cava Filter |

|   |   |   |
|---|---|---|
| ☒ | G2® Vena Cava Filter | |
| ☐ | G2® Express (G2®X) Vena Cava Filter | |
| ☐ | Eclipse® Vena Cava Filter | |
| ☐ | Meridian® Vena Cava Filter | |
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:

    May 14, 2008 _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☐   Count I:     Strict Products Liability – Manufacturing Defect

    ☐   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    ☐   Count III:   Strict Products Liability – Design Defect

    ☐   Count IV:    Negligence - Design

    ☐   Count V:     Negligence - Manufacture

    ☐   Count VI:    Negligence – Failure to Recall/Retrofit

    ☐   Count VII:   Negligence – Failure to Warn

    ☐   Count VIII:  Negligent Misrepresentation

    ☐   Count IX:    Negligence *Per Se*

    ☐   Count X:     Breach of Express Warranty

    ☐   Count XI:    Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable __Georgia__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 21st day of February, 2017.

**McGartland Law Firm, P.C.**

By: /s/ Michael P. McGartland
Michael P. McGartland
TX Bar No. 13610800
1300 S. University
Drive, Ste. 500
Fort Worth, TX 76107
Attorney for Plaintff

I hereby certify that on this 21st day of February, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Michael P. McGartland