Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. 2:15-MD-02641-DGC |
| Judy Richard,<br><br>　　　Plaintiff**,**<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br><br>　　　Defendants. | Civil Action No.: 2:16-CV-00716-DGC<br><br>**NOTICE OF FILING OF AMENDED COMPLAINT** |

　　　Plaintiff, Judy Richard files this notice of filing of Plaintiff's Amended Short Form Complaint. The amended complaint is attached hereto.

　　　RESPECTFULLY SUBMITTED this 21st day of February, 2017.

Date: February 21, 2017　　　　　　By:　/s/ Willard J. Moody, Jr.
　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr. Esq.
　　　　　　　　　　　　　　　　　　　Jonathan Hogins, Esq.
　　　　　　　　　　　　　　　　　　　THE MOODY LAW FIRM, INC.
　　　　　　　　　　　　　　　　　　　500 Crawford St. Ste. 200
　　　　　　　　　　　　　　　　　　　P.O. Box 1138
　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23705
　　　　　　　　　　　　　　　　　　　(757) 393-6020
　　　　　　　　　　　　　　　　　　　(757) 399-3019 facsimile
　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com

Revised: 12/17/2012

2

<u>Certificate of Service</u>

I hereby certify that on this 21st day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

<u>/s/ Willard J. Moody, Jr.</u>

2