Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. 2:15-MD-02641-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference (Doc. 364) Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Judy Richard

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. Plaintiff's state of residence at the time of implant:

Revised: 12/17/2012

<u>Arkansas</u>

5. Plaintiff's state of residence at the time of injury:

<u>Arkansas</u>

6. Plaintiff's current state of residence:

<u>Arkansas</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>In the United States District Court of the Eastern District of Arkansas</u>

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

<u>A substantial portion of the events leading to Plaintiff's injuries arose in Arkansas making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery ®Vena Cava Filter
- ☐ G2 ®Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☒ Denali® Vena Cava Filter
- ☐ S. Other:

11. Date of Implantation as to each Product

    <u>January 15, 2014</u>

12. Counts in the Master Complaint brought by Plaintiff(s)

    - ☒ Count I: Strict Products Liability-Manufacturing Defect
    - ☒ Count II: Strict Products Liability-Information Defect (Failure to Warn)
    - ☒ Count III: Strict Products Liability-Design Defect
    - ☒ Count IV: Negligence- Design
    - ☒ Count V: Negligence-Manufacture
    - ☒ Count VI: Negligence-Failure to Revall/Retrofit
    - ☒ Count VII: Negligent Misrepresentation
    - ☒ Count VIII: Negligent *Per Se*
    - ☐ Count X: Breach of Express Warranty
    - ☒ Count XI: Breach of Implied Warranty
    - ☒ Count XII: Fraudulent Misrepresentation
    - ☒ Count XIII: Fraudulent Concealment
    - ☒ Count XIV: Violations of Applicable Wisconsin (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count XV: Loss of Consortium
    - ☐ Count XVI: Wrongful Death
    - ☐ Count XVII: Survival
    - ☒ Punitive Damages

13. Jury Trial demanded for all issue so triable:

    - ☒ Yes
    - ☐ No

4

5

Date: <u>February 21, 2017</u>　　　　By:　　<u>/s/ Willard J. Moody, Jr.</u>
　　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr. Esq.
　　　　　　　　　　　　　　　　　　　　Jonathan Hogins, Esq.
　　　　　　　　　　　　　　　　　　　　THE MOODY LAW FIRM, INC.
　　　　　　　　　　　　　　　　　　　　500 Crawford St. Ste. 200
　　　　　　　　　　　　　　　　　　　　P.O. Box 1138
　　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23705
　　　　　　　　　　　　　　　　　　　　(757) 393-6020
　　　　　　　　　　　　　　　　　　　　(757) 399-3019 facsimile
　　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com

6

I hereby certify that on this 21st day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Willard J. Moody, Jr.