UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION
Michelle Valentine, et al. v. C.R. Bard, Inc., et al., )
    C.D. California, C.A. No. 2:17-00384 ) MDL No. 2641

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE MARCH 30, 2017, HEARING SESSION ORDER

    A conditional transfer order was filed in this action (*Valentine*) on January 23, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Valentine* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-52" filed on January 23, 2017, is LIFTED. The action is transferred to the District of Arizona for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David G. Campbell.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 14, 2017, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel