IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No. 2:15-MD-02641-DGC

Katelynne DiTomaso,

    Plaintiff,

v.                                      Civil Action No. 2:17-cv-00490-DGC

C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

    Defendants,

## NOTICE OF FILING OF AMENDED COMPLAINT

    Plaintiff, Katelynne DiTomaso files this notice of filing of Plaintiff's Amended Short Form Complaint. The amended complaint is attached hererto.

Dated: February 21, 2017        By:  **/s/ Peyton P. Murphy**
                                                      Peyton P. Murphy, LA 22125
                                                      MURPHY LAW FIRM, LLC
                                                      2354 South Acadian Thruway
                                                      Baton Rouge, LA 70808
                                                      Telephone: (225) 928-8800
                                                      Facsimile: (225) 246-8780
                                                      Email: Peyton@MurphyLawFirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                                                                */s/Peyton P. Murphy*