UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie Hall, | ) |
| | ) |
|        Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
| | ) |
|        v. | )   Civil Action No.  CV-17-00489-PHX-DGC |
| | ) |
| C. R. Bard Inc., | ) |
| | ) |
|        Defendant. | ) |
| | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant C. R. Bard, Inc.

Date:  February 22, 2017        /s/ Richard B. North, Jr.
                                          *Attorney's signature*

                                          Richard B. North, Jr. (Ga. Bar No. 545599)
                                          *Printed Name and bar number*

                                          Nelson Mullins Riley & Scarborough, LLP
                                          201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                          *Address*

                                          richard.north@nelsonmullins.com
                                          *E-mail address*

                                          (404) 322-6155
                                          *Telephone number*

                                          (404) 322-6050
                                          *FAX number*