IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | No. 2:15-MD-02641-DGC |
| | ) | |
| STEVE D. YOUNG, | ) | No. 16-cv-01657 PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| C.R. BARD INC. and | ) | |
| BARD PERIPHERAL VASCULAR, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:   Plaintiff, Steve D. Young.

Date:   February 23, 2017

/s/ Christopher J. Spanos
*Attorney's signature*

Christopher J. Spanos, IL Bar No. 6230317
*Printed name and bar number*

Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Blvd., 14th Floor
Peoria, IL  61602
*Address*

cspanos@wjnklaw.com
*E-mail address*

309-671-3550
*Telephone number*

309-671-3588
*FAX number*