Karolina Southard
CO: 44921; UT: 15504
Driggs, Bills & Day, P.C.
331 South 600 East
Salt Lake City, UT 84102
Telephone: (801) 363-9982
Facsimile: (801) 931-2552
ksouthard@lawbd.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates To: | **DEMAND FOR JURY TRIAL** |
| Harleigh Alverson | |
| Civil Case # 2:17-cv-00642-DGC | |

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: March 3, 2017

Respectfully submitted,
/s/ *Karolina Southard*
Karolina Southard
CO: 44921; UT: 15504
Driggs, Bills & Day, P.C.
331 South 600 East
Salt Lake City, UT 84102
Telephone: (801) 363-9982
Facsimile: (801) 931-2552
ksouthard@lawbd.com

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ *Karolina Southard*
Karolina Southard