Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Robert W. Boatman (009619) - rwb@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCLOSURE OF EXPERT TESTIMONY** |

Plaintiffs hereby provide notice that they have served on this date the expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) of the following expert witnesses:

*David Garcia, M.D. and Michael B. Streiff, M.D.*

*Robert M. McMeeking, Ph.D., NAE, FREng, FRSE, LFASME*

*Robert O. Ritchie, Ph.D.*

*Suzanne Parisian, M.D.*

*Rebecca Betensky, Ph.D.*

*David A. Kessler, M.D.*

*Robert L. Vogelzang, M.D.*

Plaintiffs further designate and incorporate the content, substance, and opinions of the following expert witnesses in this MDL previously served on Defendants on February 10, 2017 in the case of *Barraza, et al. v. C.R. Bard, Inc., et al.* (United States District Court, District of Arizona, class action Case No. 2:16-cv-01374-DGC):

1  *Rebecca Betensky, Ph.D.*
2  *David W. Bates, M.D., MSc*
3  *Steven M. Hertz, M.D.*
4  *Mark J. Eisenberg, M.D.*

Finally, Plaintiffs also designate and incorporate the content, substance, and opinions of Dr. David A. Kessler previously served on Defendants on September 27, 2016 in the Circuit Court of the case of *Austin v. C. R. Bard, Inc., et al.* (17th Judicial Circuit, in and for Broward County, Florida, Case No.: CACE-15-008373, Div: 07).

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to L.R. Civ. 5.2.

RESPECTFULLY SUBMITTED this 3rd day of March, 2017.

LOPEZ McHUGH LLP

By:  */s/Ramon R. Lopez*
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

GALLAGHER & KENNEDY, P.A.
Robert W. Boatman
2575 East Camelback Road
Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

2