# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:15-MD-02641** |
| **This Document Relates to:** <br><br> **MICHAEL BLEVINS** <br><br> Plaintiffs, <br><br> v. <br><br> **C.R. BARD and BARD PERIPHERAL VASCULAR, INC.** <br><br> Defendants. | **Civil Action No. 2:16-CV-04183** <br><br> <u>**NOTICE OF FILING OF AMENDED COMPLAINT**</u> |

  Plaintiff, Michael Blevins files this Notice of Filing of Plaintiff's Amended Short Form Complaint. The Amended Complaint is attached hereto.

                 Respectively submitted,

                 s/ Melissa E. Mielke
                 Melissa E. Mielke (Bar No. 269765)
                 SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
                 One Sansome Street, Suite 2830
                 San Francisco, CA 94104
                 (415) 546-7300 Telephone
                 (415) 546-7301 Facsimile
                 mmielke@skikoscrawford.com

                 **ATTORNEYS FOR PLAINTIFF MICHAEL BLEVINS**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: March 6, 2017

s/ Melissa Mielke
Melissa E. Mielke (Bar No. 269765)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mmielke@skikoscrawford.com

**ATTORNEYS FOR PLAINTFFS MICHAEL BLEVINS**