**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Michael Blevins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kentucky

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Kentucky, Pikeville Division

8. Defendants (check Defendants against whom Complaint is made):

   x   C.R. Bard Inc.

   x   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   x   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    {X}  G2® Vena Cava Filter

-2-

|   |   |
|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| X | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

November 25, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

- x  Count I:      Strict Products Liability – Manufacturing Defect
- x  Count II:     Strict Products Liability – Information Defect (Failure to Warn)
- x  Count III:    Strict Products Liability – Design Defect
- x  Count IV:    Negligence - Design
- x  Count V:     Negligence - Manufacture
- x  Count VI:    Negligence – Failure to Recall/Retrofit
- x  Count VII:   Negligence – Failure to Warn
- x  Count VIII:  Negligent Misrepresentation
- x  Count IX:    Negligence *Per Se*
- x  Count X:     Breach of Express Warranty
- x  Count XI:    Breach of Implied Warranty
- x  Count XII:   Fraudulent Misrepresentation

| | | |
|---|---|---|
| x | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable <u>Kentucky</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| x | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

1  RESPECTFULLY SUBMITTED this 6th day of March 2017.

2 **SKIKOS CRAWFORD SKIKOS & JOSEPH**

4  By: ___*/s/* Melissa Mielke___

5  Steven Skikos (CA SBN 148110)
   Melissa Mielke (CA SBN 284560)
6  Matthew Skikos (CA SBN 269765)
   mmielke@skikos.com
7  One Sansome St., Ste 2830
   San Francisco, CA 94109
8  Phone: (415) 546-7300; Fax: (415-546-7301

   *Attorneys for Plaintiffs*

-5-