**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Michael Blevins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kentucky

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Kentucky, Pikeville Division

8. Defendants (check Defendants against whom Complaint is made):

    x    C.R. Bard Inc.

    x    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    x    Diversity of Citizenship

    ☐    Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

         G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

Eclipse® Vena Cava Filter

X̲   Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

November 25, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

x   Count I:      Strict Products Liability – Manufacturing Defect

x   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

x   Count III:    Strict Products Liability – Design Defect

x   Count IV:     Negligence - Design

x   Count V:      Negligence - Manufacture

x   Count VI:     Negligence – Failure to Recall/Retrofit

x   Count VII:    Negligence – Failure to Warn

x   Count VIII:   Negligent Misrepresentation

x   Count IX:     Negligence *Per Se*

x   Count X:      Breach of Express Warranty

x   Count XI:     Breach of Implied Warranty

x   Count XII:    Fraudulent Misrepresentation

| | | |
|---|---|---|
| x | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable <u>Kentucky</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| x | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 6th day of March 2017.

**SKIKOS CRAWFORD SKIKOS & JOSEPH**

By:   */s/* Melissa Mielke

Steven Skikos (CA SBN 148110)
Melissa Mielke (CA SBN 284560)
Matthew Skikos (CA SBN 269765)
mmielke@skikos.com
One Sansome St., Ste 2830
San Francisco, CA 94109
Phone: (415) 546-7300; Fax: (415-546-7301

*Attorneys for Plaintiffs*

-5-