Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Robert W. Boatman (009619) - rwb@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' AMENDED NOTICE OF SERVICE OF DISCLOSURE OF EXPERT TESTIMONY** |

Plaintiffs hereby provide notice that they have served on this date the expert report of *THOMAS KINNEY, M.D., M.S.M.E., ANNE CHRISTINE ROBERTS, M.D., and SANJEEVA KALVA M.D.* in accordance with Federal Rule of Civil Procedure 26(a)(2).

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to L.R. Civ. 5.2.

RESPECTFULLY SUBMITTED this 6th day of March, 2017.

                LOPEZ McHUGH LLP

                By:   */s/Ramon R. Lopez*
                     Ramon Rossi Lopez (CA Bar No. 86361)
                     (admitted *pro hac vice*)
                     100 Bayview Circle, Suite 5600
                     Newport Beach, California 92660

                GALLAGHER & KENNEDY, P.A.
                Robert W. Boatman
                2575 East Camelback Road
                Phoenix, Arizona 85016-9225

                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                  */s/Wendy Espitia*
                                                  Wendy Espitia