WEINSTEIN COUTURE PLLC
Brian D. Weinstein, WSBA No. 24497
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: brian@weinsteincouture.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>2:16-cv-03642-PHX-DGC | NO.  2:15-MD-02641-DGC<br><br>NOTICE OF CHANGE OF ADDRESS |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that attorney Brian D. Weinstein files this Notice of Change of Address. The new address is as follows:

> Weinstein Couture PLLC
> 601 Union Street, Suite 2420
> Seattle, Washington 98101
> Phone: (206) 508-7070
> Fax: (206) 237-8650

///

- 1 -

RESPECTFULLY SUBMITTED this 7th day of March, 2017.

WEINSTEIN COUTURE PLLC

By: s/ *Brian D. Weinstein*
Brian D. Weinstein, WSBA No. 24497
*Admitted Pro Hac Vice*
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Email: brian@weinsteincouture.com
Counsel for Plaintiff Gene Braffith

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Alyssa Stout*
Alyssa Stout
Paralegal

- 2 -