1  WEINSTEIN COUTURE PLLC
   Brian D. Weinstein, WSBA No. 24497
2  818 Stewart Street, Suite 930
   Seattle, Washington 98101
3  Phone: (206) 508-7070
   Fax: (206) 237-8650
4  Email: brian@weinsteincouture.com
5  Counsel for Plaintiff

6                   UNITED STATES DISTRICT COURT
7                   FOR THE DISTRICT OF ARIZONA
8

9  IN RE BARD IVC FILTERS PRODUCTS        NO.  2:15-MD-02641-DGC
   LIABILITY LITIGATION
10                                         NOTICE OF CHANGE OF
   This document relates to:               ADDRESS
11
        2:17-cv-00271-PHX-DGC
12

13

14              **NOTICE OF CHANGE OF ADDRESS**

15      PLEASE TAKE NOTICE that attorney Brian D. Weinstein files this Notice of

16 Change of Address. The new address is as follows:

17          Weinstein Couture PLLC
            601 Union Street, Suite 2420
18          Seattle, Washington 98101
            Phone: (206) 508-7070
19          Fax: (206) 237-8650
20

21

22 ///

23

- 1 -

RESPECTFULLY SUBMITTED this 7th day of March, 2017.

WEINSTEIN COUTURE PLLC

By: s/ *Brian D. Weinstein*
Brian D. Weinstein, WSBA No. 24497
*Admitted Pro Hac Vice*
818 Stewart Street, Suite 930
Seattle, Washington 98101
Phone: (206) 508-7070
Email: brian@weinsteincouture.com
Counsel for Plaintiff Harvey Talbert

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Alyssa Stout*
Alyssa Stout
Paralegal