# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sherr-Una Booker

    Plaintiff(s)/Petitioner(s),

vs.

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

    Defendant(s)/Respondent(s)

CASE NO: MD-15-02641-PHX-DGC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

FILED ___ LODGED ✓
RECEIVED ___ COPY ✓

MAR 09 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE: APPLICATION FEE REQUIRED!

I, __Robert D. Roll__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Sherr-Una Booker__.

**City and State of Principal Residence:** Atlanta, Georgia
**Firm Name:** Watkins, Lourie, Roll & Chance, PC
**Address:** 3348 Peachtree Road, NE, Tower Place 200     **Suite:** 1050
**City:** Atlanta     **State:** GA     **Zip:** 30326
**Firm/Business Phone:** (404) 760-7400
**Firm Fax Phone:** (404) 760-7409     **E-mail Address:** rdr@wlr.net

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| USDC, Northern District of Georgia | 09/04/1984 | ✓ Yes | ☐ No* |
| Supreme Court of Georgia | 02/09/2009 | ✓ Yes | ☐ No* |
| | | ☐ Yes | ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| n/a | | |
| | | |

\* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

March 8, 2017

**Date**     **Signature of Applicant**

**Fee Receipt #** phv 183034

(Rev. 04/12)



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that ROBERT DALE ROLL, **State Bar No. 613560,** was duly admitted to practice in said Court on September 4, 1984, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8th day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Joyce White
Deputy Clerk