AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Robert Howie, and Amy Howie | ) | MDL Case No. 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Bard Peripheral Vascular, Inc., and C.R. Bard, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Howie and Amy Howie                                                              .

Date:   03/10/2017                                                /s/ Eric Roslansky
                                                                                *Attorney's signature*

                                                        Eric Roslansky FL Bar # 42067
                                                        *Printed name and bar number*

                                                        The Ruth Law Team
                                                        P.O. Box 16847
                                                        St. Petersburg, FL 33733
                                                        *Address*

                                                        eroslansky@getjustice.com; ivc@getjustice.com
                                                        *E-mail address*

                                                        (888) 783-8378
                                                        *Telephone number*

                                                        (727) 323-7720
                                                        *FAX number*