# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Gilliam Lyles, Jr., | ) |
| | ) |
|     Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
| | ) |
|     v. | )   Civil Action No.  CV-17-00613-PHX-DGC |
| | ) |
| C. R. Bard Inc., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant Bard Peripheral Vascular, Inc.

Date:  March 9, 2017        /s/ Richard B. North, Jr.
*Attorney's signature*

Richard B. North (Ga. Bar No. 545599)
*Printed Name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail address*

(404) 322-6155
*Telephone number*

(404) 322-6050
*FAX number*