AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Sherr-Una Booker <br> *Plaintiff* <br> v. <br> In Re Bard IVC Filters Products Liability Litigation <br> *Defendant* | ) ) ) ) ) | Case No.   MD-15-02641-PHX-DGC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sherr-Una Booker.

Date:   03/13/2017

/s/ Robert D. Roll
*Attorney's signature*

Robert D. Roll - 613560
*Printed name and bar number*

Watkins, Lourie, Roll & Chance, PC
3348 Peachtree Road, NE
Suite 1050
Atlanta, GA  30326
*Address*

rdr@wlr.net
*E-mail address*

(404) 760-7400
*Telephone number*

(404) 760-7409
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2017, I served upon the following attorneys of record via electronic mail:

        Richard B. North, Jr., Esq.
        Maria Turner, Esq.
        Matthew B. Lerner, Esq.
        Nelson Mullins
        Atlantic Station
        201 17th Street, Suite 1700
        Atlanta, Georgia  30363


        WATKINS, LOURIE, ROLL & CHANCE, PC


        BY   /s/ Robert D. Roll
                 ROBERT D. ROLL
                 Georgia Bar No. 613560

Tower Place 200, Suite 1050
3348 Peachtree Road NE
Atlanta, Georgia  30326
(404) 760-7400
(404) 760-7409 (fax)