# EXHIBIT B

**Legal Practice**

Ms. Bossier has spent over twenty-five years litigating hundreds of complex civil state court and federal court cases throughout the country, involving a broad range of legal issues.  She has served as lead counsel in defective drug, medical device, toxic tort, environmental contamination, professional liability and medical malpractice cases, which resulted in favorable jury verdicts and monetary recoveries for many individual clients.  Of note, Ms. Bossier was trial counsel in a case involving the representation of a client severely injured by a defective pelvic mesh product, which resulted in a multi-million dollar verdict for her client in Dallas County, Texas. This verdict was recognized as one of the top 10 products liability verdicts of 2014.

Ms. Bossier's experience in defective drug and medical device litigation has been recognized by her peers and the judiciary, and has resulted in her serving in leadership roles in multi-district litigation across the country involving thousands of plaintiffs.  Ms. Bossier's leadership roles have included appointment by Honorable Eldon Fallon, United States District Court Judge, Eastern District of Louisiana, to the Plaintiffs' Steering Committee in  *In Re: Vioxx Products Liability Litigation,* MDL 1657; appointment by Honorable Rebecca R. Pallmeyer, United States District Court Judge, Northern District of Illinois, to the Plaintiff's Steering Committee in *In Re: Zimmer NexGen Knee Implant Products Liability Litigation,* MDL 2272; and appointment by Honorable David G. Campbell to the Plaintiffs' Leadership Counsel in *In Re: Bard IVC Filters Products Liability Litigation,* MDL  2641. Ms. Bossier has also been selected to work with the Plaintiffs' Steering Committee in *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation,* MDL 2570.

In addition to representing injured individuals, Ms. Bossier was appointed a Special Assistant Attorney General by the Attorney General of the State of Mississippi, serving as lead counsel in consumer protection litigation involving a pharmaceutical drug that was removed from the market due to its dangerous propensities. After litigating with the manufacturer for a number of years, Ms. Bossier was able to negotiate a significant recovery for the State of Mississippi in 2014.

**Biography**

Sheila M. Bossier is a native of New Orleans, Louisiana.  She was admitted to practice in Louisiana in 1989, after receiving her law degree from Tulane University School of Law.  She practiced with a firm in New Orleans prior to relocating to Raleigh, North Carolina, where she was admitted to practice in 1990. In 1997, Ms. Bossier became a member of the Mississippi Bar, and for a number of years, she continued a litigation practice as a partner with a large Jackson, Mississippi law firm.  Ms. Bossier has served in the position of National Coordinating counsel and National Trial Team Counsel for Fortune 500 companies in connection with various toxic tort cases nationwide.

In 2003, Ms. Bossier formed her own law firm, where she expanded her litigation practice to include the representation of thousands of victims of environmental contamination in the State of Mississippi, involving constituents such as PCBs, chlorinated solvents, and petroleum by-products, including benzene and lead.

Ms. Bossier has organized and spoken at various continuing legal education seminars relating to toxic torts, products liability, and other mass tort matters, and has appeared as a speaker on behalf of the American Bar Association related to these topics.  For a number of years, Ms. Bossier served as a Vice-Chair of the ABA's Toxic Tort and Environmental Law Committee.

In 2015, Ms. Bossier was awarded membership in the Texas Lawyer's 10 Million Dollar Club related to her representation of the Plaintiffs in *Martha Salazar, et al. v. Boston Scientific Corporation*.  In 2016,

Ms. Bossier was selected as a member of the National Trial Lawyers Top 100 Trial Lawyers. Additionally, she was selected as a Super Lawyer of the Mid-South in 2016. Super Lawyers is a creation of Thomson Reuters, which explains at SuperLawyers.com: "Super Lawyers is a rating service of outstanding lawyers from more than 70 practice areas who have attained a high-degree of peer recognition and professional achievement. The selection process includes independent research, peer nominations and peer evaluations."

**Legal Associations**

Ms. Bossier is a member of the American Bar Association, the Mississippi Bar Association, the Louisiana State Bar Association, the Capitol Area Bar Association and the American Health Lawyers Association. In 2007, she became a certified Mediator in the State of Mississippi.

She is licensed to practice law in Louisiana, North Carolina and Mississippi.