IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | CASE NO.: 2:15-MD-02641-DGC<br>CASE NO.: 16-CV-04397-PHX-DGC |
| This filing applies to *Crisp v. C.R. Bard, Inc., et al.,* Case No. 16-CV-04397-PHX-DGC | **Suggestion of Death of Plaintiff Gary Wayne Crisp, and Motion to Substitute Plaintiff of *Crisp v. C.R. Bard, Inc., et al.,* Case No. 16-CV-04397-PHX-DGC[1]** |

NOW INTO COURT COMES FORMER COUNSEL OF RECORD FOR PLAINTIFF GARY WAYNE CRISP:

Undersigned Counsel hereby gives notice that the Plaintiff in the above-captioned matter, Mr. Gary Wayne Crisp, unfortunately passed away on December 28, 2016. See attached death certificate incorporated as Exhibit A. As this action is based on personal injury, and not on an injury to Mr. Crisp's character, it is not extinguished by Mr. Crisp's death.[2] Therefore, his successor, Sharon Crisp, through undersigned counsel, hereby moves to substitute herself as plaintiff of record on behalf of her deceased husband Gary Wayne Crisp in the civil action *Crisp v. C.R. Bard, Inc., et al.,* Case No. 16-CV-04397-PHX-DGC., under FRCP 25(a)(1).

---

[1] N.B.: The home forum for this action is the Middle District of Tennessee (See Second Amended Master Short Complaint, ¶7, Dkt. #197).
[2] T.C.A 20-5-102.

DATED: March 15, 2017                    Respectfully submitted,

                      By: /s/ Stephen B. Murray, Jr.
                      STEPHEN B. MURRAY, JR. (LA SBN:  )
                      smurrayjr@murray-lawfirm.com
                      **MURRAY LAW FIRM**
                      650 Poydras Street, Suite 2150
                      New Orleans, Louisiana 70130
                      Telephone:   (504) 525-8100
                      Facsimile:    (504) 584-5249

                      *Attorneys for Sharon Crisp*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                      By: /s/ Stephen B. Murray, Jr.
                      STEPHEN B. MURRAY, JR. (LA SBN:  )
                      smurrayjr@murray-lawfirm.com
                      **MURRAY LAW FIRM**
                      650 Poydras Street, Suite 2150
                      New Orleans, Louisiana 70130
                      Telephone:   (504) 525-8100
                      Facsimile:    (504) 584-5249

                      *Attorneys for Sharon Crisp and Decedent*
                      *Plaintiff Gary Wayne Crisp*