# STATE OF TENNESSEE
## Office of Vital Records

Amended by Affidavit on 3/7/2017 - pdh

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**
STATE FILE NUMBER: 2016 068466

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Gary Wayne Crisp |
| 2. Sex | Male |
| 3. Date of Death | December 28, 2016 |
| 4. Time of Death | (Approx.) |
| 5a. Age - Last Birthday (Years) | 68 |
| 6. Date of Birth | June 18, 1948 |
| 7. Birthplace | Morehead, KY |
| 8a. Place of Death | Decedent's Home |
| 8b. Facility Name | 124 Dave Drive |
| 8c. City or Town | Clarksville 078 |
| 8d. County of Death | Montgomery 63 |
| 9. Marital Status | Married |
| 10. Surviving Spouse | Sharon Johnson |
| 11a. Decedent's Usual Occupation | Soldier |
| 11b. Kind of Business/Industry | U.S. Army |
| 12. Social Security Number | 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 |
| 13a. Residence - State | Tennessee |
| 13b. County | Montgomery |
| 13c. City or Town | Clarksville |
| 13d. Street and Number | 124 Dave Drive |
| 13e. Inside City Limits | Yes |
| 13f. Zip Code | 37042 |
| 14. Armed Forces | Yes |
| 15. Decedent's Education | Associate degree (e.g., AA, AS) |
| 16. Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 17. Race | White |
| 18. Father's Name | Arnold Crisp |
| 19. Mother's Name Prior to First Marriage | Bessie Ison |
| 20a. Informant's Name | Sharon Crisp |
| 20b. Relationship to Decedent | Wife |
| 20c. Mailing Address | 124 Dave Drive Clarksville, TN 37042 |
| 21a. Method of Disposition | Cremation |
| 21b. Place of Disposition | Clarksville Cremation Center |
| 21c. Location | Clarksville, TN |
| 22a. Signature of Funeral Director | Larson |
| 22b. License Number | 3412 |
| 22c. Signature of Embalmer | Lance Derrick Powell |
| 22d. License Number | 6935 |
| 23a. Name and Address of Funeral Home | McReynolds-Nave & Larson Funeral Home, 1209 Madison Street, Clarksville, TN 37040 |
| 23b. License Number of Funeral Home | 430 |
| 24. Registrar's Signature | Jacqueline F. Hayes JK |
| 25. Date Filed | December 30, 2016 |
| 26. Certifier | Physician |
| 27b. License Number | TN 34497 |
| 27c. Date Signed | 12-30-16 |

**28. Part I.**
a. Immediate Cause: Respiratory arrest
b. Due to: Pneumonia
c. Due to: Multiple Myeloma
d. Due to: COPD, Degenerative joint disease

29a. Was an Autopsy Performed? No
30. Manner of Death: Natural
31. Did Tobacco Use Contribute to Death? Unknown

Crisp v. C.R. Bard, Inc., et al
Exhibit A
USDC Arizona Case No. 16-CV-04397-PHX-DGC

08977280

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Lori B. Ferranti, PhD, MSN, MBA, RN
State Registrar/Asst. Commissioner

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

08977280
Date Issued: MAR 0 8 2017

## CERTIFICATION OF VITAL RECORD

Jacqueline F Haynes, Deputy Registrar
Montgomery County

