IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to *Crisp v. C.R. Bard, Inc., et al.,* Case No. 16-CV-04397-PHX-DGC | ) CASE NO.: 2:15-MD-02641-DGC<br>) CASE NO.: 16-CV-04397-PHX-DGC<br>)<br>) **Suggestion of Death of Plaintiff Gary**<br>) **Wayne Crisp, and Motion to Substitute**<br>) **Plaintiff of** *Crisp v. C.R. Bard, Inc., et al.,*<br>) **Case No. 16-CV-04397-PHX-DGC**[1]<br>) |

## PROPOSED ORDER

CONSIDERING THE FOREGOING Suggestion of Death of Plaintiff Gary Wayne Crisp and Motion to Substitute Plaintiff of Crisp v. C.R.Bard, Inc., et al, Case No. 16-cv-04397-PHX-DGC:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Suggestion of Death of Plaintiff Gary Wayne Crisp and Motion to Substitute Plaintiff of Crisp v. C.R.Bard, Inc., et al, Case No. 16-cv-04397-PHX-DGC is GRANTED,

DATED: March 15, 2017                    Respectfully submitted,

By:  /s/  Stephen B. Murray, Jr.
STEPHEN B. MURRAY, JR. (LA SBN:  )
smurrayjr@murray-lawfirm.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:     (504) 525-8100
Facsimile:      (504) 584-5249

*Attorneys for Sharon Crisp*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28