IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of the Defendants' Motion for Extension of Time to File Defendants' Motion for Summary Judgment Regarding Preemption, the motion is hereby **granted.**

Bard shall have until March 24, 2017 to file its motion for summary judgment regarding preemption.