IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
|---|---|
| | **ORDER** |

Upon consideration of the Defendants' Motion for Leave to Exceed Page Limit for Briefing Related to Defendants' Motion for Summary Judgment Regarding Preemption, the motion is hereby **granted**.

The parties may exceed the page limits defined in Local Rule of Civil Procedure 7(e)(1) for their briefing related to Defendants' motion for summary judgment. Bard's supporting memorandum may not exceed thirty pages, exclusive of attachments, the Plaintiffs' response memorandum may not exceed thirty pages, exclusive of attachments, and Bard's reply memorandum may not exceed seventeen pages in length.