IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX DGC<br><br>**ORDER** |

Upon consideration of Defendants' Motion for Extension of Time to File Defendants' Motion for Summary Judgment Regarding Preemption. Doc. 5238.

**IT IS ORDERED** that Defendants' motion for extension (Doc. 5238) is **granted.** Defendants shall file their motion for summary judgment regarding preemption on or before **March 24, 2017.** Defendants' motion shall not exceed 30 pages. Plaintiffs' response to the motion for summary judgment regarding preemption shall not exceed 30 pages; Defendants' reply in support of their motion shall not exceed 17 pages.

Dated this 15th day of March, 2017.

_____
David G. Campbell
United States District Judge