1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Robert W. Boatman (009619) - rwb@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10

11  | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
    |---|---|
    | | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

14         PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by
15  email and mail) upon Defendants the following discovery papers:
16         *Plaintiffs' Notice of Videotaped Deposition of Anthony Avino, M.D.*
17         *Plaintiffs' Notice of Videotaped Deposition of James Burks, M.D.*
18         *Plaintiffs' Notice of Videotaped Deposition of Marcus D'Ayala, M.D.*
19         *Plaintiffs' Notice of Videotaped Deposition of Anthony Goei, M.D.*
20         *Plaintiffs' Notice of Videotaped Deposition of Jay D. Goodman, M.D.*
21         *Plaintiffs' Notice of Videotaped Deposition of David Henry, M.D.*
22         *Plaintiffs' Notice of Videotaped Deposition of Mark Hutchins, M.D.*
23         *Plaintiffs' Notice of Videotaped Deposition of William Kuo, M.D.*
24         *Plaintiffs' Notice of Videotaped Deposition of Chad Laurich, M.D.*
25         *Plaintiffs' Notice of Videotaped Deposition of Romeo Mateo, M.D.*
26         *Plaintiffs' Notice of Videotaped Deposition of Timothy McCowan, M.D.*
27         *Plaintiffs' Notice of Videotaped Deposition of Kirstin Nelson, M.D.*
28         *Plaintiffs' Notice of Videotaped Deposition of Salil Patel, M.D.*

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

*Plaintiffs' Notice of Videotaped Deposition of Robert Seidel, M.D.*

*Plaintiffs' Notice of Videotaped Deposition of Shanon Smith, M.D.*

*Plaintiffs' Notice of Videotaped Deposition of Marc Workman, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 15th day of March, 2017.

> GALLAGHER & KENNEDY, P.A.
>
> By: *s/ Paul L. Stoller*
> Robert W. Boatman
> Paul L. Stoller
> 2575 East Camelback Road
> Phoenix, Arizona  85016-9225
>
> LOPEZ McHUGH LLP
> Ramon Rossi Lopez (CA Bar No. 86361)
> (admitted *pro hac vice*)
> 100 Bayview Circle, Suite 5600
> Newport Beach, California 92660
>
> *Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 15th day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

> */s/Deborah Yanazzo*
> Deborah Yanazzo