# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **Chad R. Laurich, M.D., Sanford Vascular Associates, 1305 W. 18th Street, Sioux Falls, SD 57105**.

I, Richard Rober, do hereby affirm that on the **15th day of March, 2017** at **9:11 am, I:**

**Substitute Served** by leaving a true copy of this **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the within named person's usual place of business, to a person employed therein to wit: **Amanda Seager** as **Clinic Director**, at the address of **1305 W. 18th Street, Sioux Falls, SD 57105**.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

**Richard Rober**
Process Server

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000373