## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **Shanon Smith, M.D. c/o Mark Novotny, Lamson, Dugan & Murray LLP, 10306 Regency Parkway Drive, Omaha, NE 68114**.

I, Thomas Gorgen, do hereby affirm that on the **15th day of March, 2017** at **8:58 am**, I:

**Individually/Personally** served a true copy of the **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the address of **10306 Regency Parkway Drive, Omaha, NE 68114**, to **Mark Novotny** pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Thomas Gorgen
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000376

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i