IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 15-02641 |
| This Document Relates to: | Judge David Campbell |
| MICHAEL BLEVINS, | Case No. 2:16-cv-04183 |
| Plaintiff, v. C.R. BARD, INC., Defendant. | |

## PLAINTIFF'S MOTION TO WITHDRAW AMENDED SHORT FORM COMPLAINT, DOCUMENT NUMBERS 5133, 5133-1 and 5148

Plaintiff hereby requests withdrawal of the documents identified as Document Number 5133, 5133-1 and 5148 Plaintiff's Notice of Filing Amended Complaint and Amended Short Form Complaint (filed on March 6, 2017).

DATED: March 16, 2017                s/ Melissa E. Mielke

Steven Skikos (CA SBN 148110)
Melissa Mielke (CA SBN 284560)
Matthew Skikos (CA SBN 269765)
mmielke@skikos.com
One Sansome St., Ste 2830
San Francisco, CA 94109
Phone: (415) 546-7300
Fax: (415-546-7301)

**ATTORNEYS FOR PLAINTFF
MICHAEL BLEVINS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

| | |
|---|---|
| DATED: March 16, 2017 | s/ Melissa E. Mielke |
| | |
| | Steven Skikos (CA SBN 148110) |
| | Melissa Mielke (CA SBN 284560) |
| | Matthew Skikos (CA SBN 269765) |
| | mmielke@skikos.com |
| | One Sansome St., Ste 2830 |
| | San Francisco, CA 94109 |
| | Phone: (415) 546-7300; |
| | Fax: (415-546-7301 |

**ATTORNEYS FOR PLAINTFF
MICHAEL BLEVINS**