### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:15-MD-02641** |
| **This Document Relates to:** <br> **MICHAEL BLEVINS** <br><br> Plaintiffs, <br> v. <br><br> **C.R. BARD and BARD PERIPHERAL VASCULAR, INC.** <br><br> Defendants. | **Civil Action No. 2:16-CV-04183** <br><br> <u>**NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINT**</u> |

Plaintiff, Michael Blevins files this Notice of Filing of Plaintiff's Amended Short Form Complaint pursuant to Rule 15 and with Stipulation of Defense Counsel. The Amended Complaint is attached hereto.

                                                Respectively submitted,

                                                <u>s/ Melissa E. Mielke</u>
                                                Melissa E. Mielke (Bar No. 269765)
                                                SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
                                                One Sansome Street, Suite 2830
                                                San Francisco, CA 94104
                                                (415) 546-7300 Telephone
                                                (415) 546-7301 Facsimile
                                                mmielke@skikoscrawford.com

                                                **ATTORNEYS FOR PLAINTIFF MICHAEL BLEVINS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: March 16, 2017

s/ Melissa Mielke
Melissa E. Mielke (Bar No. 269765)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mmielke@skikoscrawford.com

**ATTORNEYS FOR PLAINTFFS MICHAEL BLEVINS**