# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Michael Blevins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kentucky

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Kentucky, Pikeville Division

8. Defendants (check Defendants against whom Complaint is made):

   x   C.R. Bard Inc.

   x   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   x   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    {X}  G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

X Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

November 25, 2011

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

x Count I: Strict Products Liability – Manufacturing Defect

x Count II: Strict Products Liability – Information Defect (Failure to Warn)

x Count III: Strict Products Liability – Design Defect

x Count IV: Negligence - Design

x Count V: Negligence - Manufacture

x Count VI: Negligence – Failure to Recall/Retrofit

x Count VII: Negligence – Failure to Warn

x Count VIII: Negligent Misrepresentation

x Count IX: Negligence *Per Se*

x Count X: Breach of Express Warranty

x Count XI: Breach of Implied Warranty

x Count XII: Fraudulent Misrepresentation

1    x    Count XIII:   Fraudulent Concealment

2    ☐    Count XIV:   Violations of Applicable <u>Kentucky</u>         (insert state)

3         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4         Practices

5    ☐    Count XV:    Loss of Consortium

6    ☐    Count XVI:   Wrongful Death

7    ☐    Count XVII:  Survival

8    x    Punitive Damages

9    ☐    Other(s):    _____ (please state the facts supporting

10        this Count in the space immediately below)

11   _____

12   _____

13   _____

14   _____

15   _____

RESPECTFULLY SUBMITTED this 16th day of March 2017.

**SKIKOS CRAWFORD SKIKOS & JOSEPH**

By: ___*/s/* Melissa Mielke___

Steven Skikos (CA SBN 148110)
Melissa Mielke (CA SBN 284560)
Matthew Skikos (CA SBN 269765)
mmielke@skikos.com
One Sansome St., Ste 2830
San Francisco, CA 94109
Phone: (415) 546-7300; Fax: (415-546-7301

*Attorneys for Plaintiffs*

-5-