**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Michael Blevins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Kentucky</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>Kentucky</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court for the Eastern District of Kentucky, Pikeville Division</u>

8. Defendants (check Defendants against whom Complaint is made):

    x   C.R. Bard Inc.

    x   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    x   Diversity of Citizenship

    ☐   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

|   |   |
|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| x | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

November 25, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| x | Count I: | Strict Products Liability – Manufacturing Defect |
| x | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| x | Count III: | Strict Products Liability – Design Defect |
| x | Count IV: | Negligence - Design |
| x | Count V: | Negligence - Manufacture |
| x | Count VI: | Negligence – Failure to Recall/Retrofit |
| x | Count VII: | Negligence – Failure to Warn |
| x | Count VIII: | Negligent Misrepresentation |
| x | Count IX: | Negligence *Per Se* |
| x | Count X: | Breach of Express Warranty |
| x | Count XI: | Breach of Implied Warranty |
| x | Count XII: | Fraudulent Misrepresentation |

-3-

1     x     Count XIII:    Fraudulent Concealment

2     ☐     Count XIV:    Violations of Applicable <u>Kentucky</u> (insert state)

3     Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4     Practices

5     ☐     Count XV:    Loss of Consortium

6     ☐     Count XVI:    Wrongful Death

7     ☐     Count XVII: Survival

8     x     Punitive Damages

9     ☐     Other(s): _____ (please state the facts supporting

10     this Count in the space immediately below)

-4-

RESPECTFULLY SUBMITTED this 16th day of March, 2017.

**SKIKOS CRAWFORD SKIKOS & JOSEPH**

By: ___/s/ Melissa Mielke___

Steven Skikos (CA SBN 148110)
Melissa Mielke (CA SBN 284560)
Matthew Skikos (CA SBN 269765)
mmielke@skikos.com
One Sansome St., Ste 2830
San Francisco, CA 94109
Phone: (415) 546-7300; Fax: (415-546-7301

*Attorneys for Plaintiffs*

-5-