# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **David Henry, M.D., Radiology Consultants of Iowa, PLC - Sioux City, 2720 Stone Park Blvd., Sioux City, IA 51104**.

I, Jon Hatfield, do hereby affirm that on the **15th day of March, 2017** at **11:38 am, I:**

**Individually/Personally** served a true copy of the **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the address of **Radiology Consultants of Iowa, PLC - Sioux City, 2720 Stone Park Blvd., Sioux City, IA 51104**, to **David Henry, M.D.** pursuant to State Statutes.

**Description** of Person Served: Age: 55+, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 190, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

/s/ Jon Hatfield

**Jon Hatfield**
Process Server

**Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757**

Our Job Serial Number: ENL-2017000371

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i