## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 16th day of March, 2017 at 9:00 am to be served on **Mark Hutchins, M.D., Nebraska Hematology Oncology PC, 4004 Pioneer Woods Drive, Lincoln, NE 68506.**

I, Barbara Steil, do hereby affirm that on the **16th day of March, 2017** at **3:28 pm, I:**

**Substitute Served** by leaving a true copy of this **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00** , at the within named person's usual place of business, to a person employed therein to wit: **Kelly Oligmeller** as **Nurse** , at the address of **4004 Pioneer Woods Drive, Lincoln, NE 68506.**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Barbara Steil
Process Server

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
**18375 Ventura Blvd., Suite 440**
**Tarzana, CA 91356**
**(818) 774-9757**

Our Job Serial Number: ENL-2017000381

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i