UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2641<br>15-02641-PHX-DGC |
| | Judge David G. Campbell |
| **This Document Relates to:**<br><br>*Michelle Valentine v. C.R. Bard, Inc., et al.*<br>Case No. 17-CV-0579-PHX-DGC | |

## PLAINTIFFS' NOTICE OF SUBSITUTION OF COUNSEL

PLEASE TAKE NOTICE, it is respectfully requested that Nicole K.H. Maldonado, Esq. be substituted as my counsel of record. I was not represented by counsel at the time my statute of limitations deadline for the wrongful death of my husband. I have recently retained Ms. Maldonado and her law firm Baum Hedlund Aristei & Goldman, P.C., 12100 Wilshire Blvd., Suite 950, Los Angeles, CA, 90025, Tel: (310) 207-3233, nmaldonado@baumhedlundlaw.com.

I filed a Substitution of Attorney when my case was in the USDC Central District of California, but my case was transferred to this MDL on February 27, 2017, before that Court could sign the Substitution of Attorney. I would like this Court to approve the substitution as quickly as possible, as I am not an attorney and only appeared In Pro Se to protect my case. Ms. Maldonado is not admitted to the Arizona Bar, so she will be filing a Pro Hac Vice Motion to take over my case, register for CM/ECF, and file a Notice of Appearance.

Date: March 16, 2017                                Respectfully submitted,

*/s/ Michelle Valentine*
Michelle Valentine, In Pro Se
25350 Malibu Road
Malibu, CA 90265
(818) 303-6819
stableshoppe@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 16, 2017, I served this document via U.S. Mail to counsel of record for Defendant C.R. Bard, Inc., et al. that have appeared in my case, as below:

**Amanda Christine Sheridan**
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
602-382-6304
Fax: 602-382-6070
Email: asheridan@swlaw.com

**Kevin George Lohman**
Reed Smith LLP - Los Angeles, CA
355 S Grand Ave., Ste. 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: klohman@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dated: March 16, 2017

*Michelle Valentine* (signature)
Michelle Valentine