**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL No. 2641<br>15-02641-PHX-DGC |
| This Document Relates to:<br><br>*Michelle Valentine v. C.R. Bard, Inc., et al.*<br>Case No. 17-CV-0579-PHX-DGC | Judge David G. Campbell |

FILED ☐  LODGED ☒
RECEIVED ☐  COPY ☐
MAR 17 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## (PROPOSED) ORDER APPROVING SUBSTITUTION OF COUNSEL

IT IS HEREBY ORDERED that Nicole K.H. Maldonado of the firm Baum Hedlund Aristei & Goldman, P.C. is substituted as counsel of record for Plaintiff Michelle Valentine who is currently appearing In Pro Se.  Ms. Maldonado shall file a Motion for Pro Hac Vice, register for CM/ECF Filing, and file a Notice of Appearance.

Dated: March ____, 2017

_____
USDC Arizona District Court Judge

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 16, 2017, I served this document via U.S. Mail to counsel of record for Defendant C.R. Bard, Inc., et al. that have appeared in my case, as below:

**Amanda Christine Sheridan**
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
602-382-6304
Fax: 602-382-6070
Email: asheridan@swlaw.com

**Kevin George Lohman**
Reed Smith LLP - Los Angeles, CA
355 S Grand Ave., Ste. 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: klohman@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dated: March 16, 2017

Michelle Valentine