1  James R. Condo (#005867)
2  Amanda C. Sheridan (#027360)
   SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
4  Telephone:  (602) 382-6000
   Facsimile:  (602) 382-6070
5  jcondo@swlaw.com
   asheridan@swlaw.com
6
   Richard B. North, Jr. (admitted *pro hac vice*)
7  Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
8  Georgia Bar No. 446986
   NELSON MULLINS RILEY & SCARBOROUGH LLP
9  201 17th Street, NW / Suite 1700
   Atlanta, GA  30363
10 Telephone: (404) 322-6000
   Facsimile: (404) 322-6050
11 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
12 Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.
13

14              IN THE UNITED STATES DISTRICT COURT

15                 FOR THE DISTRICT OF ARIZONA

16 IN RE:  Bard IVC Filters Products Liability    No. 2:15-MD-02641-DGC
   Litigation
17                                               **NOTICE OF SERVICE OF EXPERT
                                                 DISCLOSURES RELATED TO**
18 THIS DOCUMENT RELATES TO                      ***BARRAZA, et al. v C.R. BARD, INC*. et
                                                 al., Case No. CV-16-1374-PHX-DGC**
19 *Barraza, et al. v. C. R. Bard, Inc., et al.*,
   Case No. CV-16-1374-PHX-DGC.
20

21

22         Pursuant to Amended Case Management Order No. 16, filed December 2, 2016,

23 Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel,

24 hereby give notice that on March 17, 2017, they served on Plaintiffs, via U.S. Mail and

25 email, the following written expert reports related to *Barraza et al. v C.R. Bard, Inc., et*

26 *al.,* Case No. CV-16-1374-PHX-DGC:

27    • Expert disclosure of Paul Briant, Ph.D., P.E.

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- Expert disclosure of Audrey A. Fasching, Ph.D., P.E.

- Expert disclosure of David W. Feigal. Jr., M.D., M.P.H.

- Expert disclosure of Clement J. Grassi, M.D.

- Expert disclosure of Christopher S. Morris, M.D.

- Expert disclosure of Donna Bea Tillman, Ph.D., M.P.A.


DATED this 17th day of March, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

4827-1336-7877.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/James R. Condo
 James R. Condo (#005867)
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

4827-1336-7877.1