# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **James Burks, M.D., Valley Vascular Associates, 16917 Enadia Way, Van Nuys, CA 91406**.

I, Julio Ascorra, do hereby affirm that on the **15th day of March, 2017** at **1:30 pm, I:**

**Substitute Served** by leaving a true copy of this **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the within named person's usual place of business, to a person employed therein to wit: **Miriam "Doe"** as **Receptionist**, at the address of **16917 Enadia Way, Van Nuys, CA 91406**.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Julio Ascorra
6310

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000365

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i