# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 16th day of March, 2017 at 9:00 am to be served on **Jay D. Goodman, M.D., 1485 Fairmont Drive, Harrisburg, PA 17109.**

I, Richard Kreitzer, do hereby affirm that on the **17th day of March, 2017** at **1:30 pm**, I:

**Substitute Service** by leaving a true copy of the **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, to: **Alyson Goodman** as **Wife**, at the within named person's usual place of abode, at the address of **1485 Fairmont Drive, Harrisburg, PA 17109** who is 18 years of age or older, and informed the person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Richard Kreitzer
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000382

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i