# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the **14th day of March, 2017** at 2:54 pm to be served on **Marc A. Workman, M.D., Louisa Medical Clinic, 412 N. Lock Avenue, Louisa, KY 41230**.

I, Pam Hicks, do hereby affirm that on the **16th day of March, 2017** at **4:15 pm, I:**

**Substitute Served** by leaving a true copy of this **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the within named person's usual place of business, to a person employed therein to wit: **Kathy Maynard** as **Office Manager**, at the address of **Louisa Medical Clinic, 412 N. Lock Avenue, Louisa, Lawrence County, KY 41230.**

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 205, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

_(notary seal: Vicki M. Craycraft, Notary Public, State at Large, Kentucky, My Commission Expires 5/19/18)_

**Pam Hicks**
Process Server

**Nationwide Legal Support, Inc.**
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000377

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i