Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Robert W. Boatman (009619) - rwb@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Robert Ferrera*

*Plaintiffs' Notice of Videotaped Deposition of Erin Torres Coda*

*Plaintiffs' Notice of Videotaped Deposition of Roslyn Radee-Smith*

*Plaintiffs' Notice of Videotaped Deposition of Roderick Tompkins, M.D.*

*Plaintiffs' Notice of Videotaped Deposition of Joshua Riebe, M.D.*

*Plaintiffs' Notice of Videotaped Deposition of John Walter Weist, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 20th day of March, 2017.

                GALLAGHER & KENNEDY, P.A.

                By: *s/ Paul L. Stoller*
                    Robert W. Boatman
                    Paul L. Stoller
                    2575 East Camelback Road
                    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on this 20th day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

5812619/26997-0001