IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This Document Relates To:

    MELFORD MYRIE

Civil Case # 2:17-cv-00445-PHX-DGC

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MELFORD MYRIE and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without own costs and fees to any party.

Dated this 21st day of March, 2017.

                                                                   Respectfully submitted,

                                                                   /s/ Michael T. Gallagher
                                                                   Michael T. Gallagher
                                                                   Federal Bar No. 5395
                                                                   The Gallagher Law Firm, LLP
                                                                   2905 Sackett Street
                                                                   Houston, TX 77098
                                                                   (713) 222-8080 - telephone
                                                                   (713) 222-0066 - facsimile
                                                                   *Attorneys for Plaintiff*

/s/ Richard B. North, Jr.
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street NW
Atlanta, GA  30363
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

/s/ Michael T. Gallagher

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

_____

**This Document Relates To:**

   **MELFORD MYRIE**

**Civil Case # 2:17-cv-00445-PHX-DGC**

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Melford Myrie,

IT IS HEREBY ORDERED, ADJUDGED and DECLARED that all claims of Plaintiff Melford Myrie against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL 2641 (Member Case 2:17-cv-00445) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

SIGNED on this the ____ day of _____, 2017.

_____
Honorable David G. Campbell
United States District Court Judge