IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION       No. MDL 15-2641-PHX DGC

This Document Relates to:       **ORDER**

    MELFORD MYRIE

Civil Case     CV17-0445 PHX-DGC

    Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Melford Myrie. Doc. 5278.

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the stipulation of dismissal (Doc. 5278) is **granted.** All claims of Plaintiff Melford Myrie against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV17-0445 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 21st day of March, 2017.

*[Signature: David G. Campbell]*
David G. Campbell
United States District Judge