# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **Salil Patel, M.D., Gwinnett Consultants in Cardiology, 755 Walther Road, Lawrenceville, GA 30046**.

I, Bruce R. Smith, Jr., do hereby affirm that on the **17th day of March, 2017 at 11:00 am, I:**

**Substitute Served** by leaving a true copy of this **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the within named person's usual place of business, to a person employed therein to wit: **Kelly Cochran** as **Human Resources Manager**, at the address of **755 Walther Road, Lawrenceville, GA 30046.**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

*[signature]*
**Bruce R. Smith, Jr.**
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000369

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

Case 2:15-md-02641-DGC   Document 5297   Filed 03/21/17   Page 2 of 2

# Attorneys' Personal Services, Inc.

Post Office Box 7710 • Atlanta, GA 30357-0710
404-872-1200 • fax: 404-974-2504 •



EIN 58-1531733

March 17, 2017

## INVOICE FOR SERVICE

NATIONWIDE LEGAL SUPPORT, INC.
ATTN: KIM TEAGER, PROCESS SERVER
18375 VENTURA BLVD # 440
TARZANA CA 91356-4218

INVOICE NO: 374412 NLS9

| | |
|---|---|
| AGENCY | UNITED STATES DISTRICT COURT |
| PLAINTIFF | IN RE: BARD FILTERS PRODUCTS LIABILITY LIT |
| DEFENDANT | |
| CASE NO | MD-15-02641-PHX |
| Client Matter | |
| Documents | DEPOSITION SUBPOENA |
| Witness Fee | FIRM CHECK |
| Hearing Date | 3/22/17 |

| | |
|---|---|
| Attorney's Name | |
| Requested By | KIM TEAGER |
| Title | PROCESS SERVER |
| Telephone | (877) 944-0474 |
| DATE REQUESTED | 3/16/17 |
| TYPE SERVICE | Rush |

**Subject:** SALIL PATEL, MD
**Residence:** Apt# GA

**Business:**
GWINNETT CONSULTANTS IN CARDIOLOGY
755 WALTHER RD    Suite
LAWRENCEVILLE    GA    30046

**Report:** SERVED SALIL PATEL BY HANDING TO KELLY COCHRAN AT THE ABOVE ADDRESS ON MARCH 17, 2017 AT 11:00AM

BS

DATE SERVED 3/17/17    NUMBER OF ADDRESSES 1

Return of papers incurs postage + $2 handling

**PAYMENT IS DUE UPON RECEIPT**

| | |
|---|---|
| CHARGE FOR PROCESS | $75.00 |
| RUSH CHARGE | $25.00 |
| MILEAGE CHARGE | $0.00 |
| TIME CHARGES | $0.00 |
| FUEL SURCHARGE | $0.00 |
| AFFIDAVITS | $0.00 |
| POSTAGE | $0.00 |
| ADVANCES | $40.00 |
| SERVICE CHARGE | $4.00 |
| ADMINISTRATIVE | $0.00 |
| DISCOUNT | $10.00 |
| | $134.00 |
| CHECK NUMBER | |
| DEPOSIT | $0.00 |
| BALANCE DUE | $134.00 |