US DISTRICT COURT FOR THE DISTRICT OF ARIZONA
COUNTY OF

**AFFIDAVIT OF SERVICE**

**BRENT DEWITT,**

Plaintiff(s)/Petitioners(s)

- AGAINST -

**C. R. BARD, INC., A FOREIGN CORPORATION, ET AL.,**

Defendant(s) / Respondent(s)

CLIENT: **MLQ ATTORNEY SERVICES**
FF/INDEX #:
DATE FILED:
DOCKET #:

**CIVIL ACTION NO. MD-15-02641-PHX-DGC**

PRESIDING:
COURT D/T: **03/24/2017 2:00 P.M.**
AMOUNT:

**STATE OF NEW YORK, COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on    **3/13/17**    at    **6:40 PM**    at    **41 DOLSON AVE, SUITE B, MIDDLETOWN, NEW YORK 10940**

deponent served the within    **LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH EXHIBIT A, & DEFENDANTS' NOTICE OF VIDETAPED DEPOSITION DUCES TECUM OF QUASI AL-TARIQ, M.D. WITH EXHIBT A**

on   **QUASI AL-TARIQU, M.D.**                                                                              therein named

**INDIVIDUAL**   ☑    By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐    AND AT THE SAME TIME PAYING IN ADVANCE    **$0.00**    THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

**MALE, BROWN SKIN, BLACK/GREY HAIR, 64 YRS, 5'11" - 6'1", 165 - 180 LBS.**

Other identifying features:

**MUSTACHE**

**545511**

**MILITARY SERVICE**   ☑    I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Defendant / respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  **3/17/2017**

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO5013764

JOSEPH SHERLOCK

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794