AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| William J. Kramer, et al. | ) | LEAD CASE:  2:15-md-2641-PHX-DGC |
| *Plaintiff* | ) | This Matter Relates to: |
| v. | ) | Case No.  2:17-cv-00850-PHX-DGC |
| C.R. Bard Inc., et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs William J. Kramer and Christi L. Kramer                                          .

Date:     03/22/2017

/s/ Barry D. Levy
*Attorney's signature*

Barry D. J. Levy (OH Reg # 0018986
*Printed name and bar number*

O'Connor, Acciani & Levy LPA
600 Vine Street, Suite 1600
Cincinnati, OH 45202

*Address*

bdl@oal-law.com
*E-mail address*

(513) 241-7111
*Telephone number*

(513) 241-7197
*FAX number*