IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff(s),<br><br>Dulce Garcia and Manuel Garcia<br>Case No. 2:17-cv-00799-DGC<br>_____ | NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

### ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s), DULCE GARCIA and MANUEL GARCIA, in the above referenced action.

        Respectfully Submitted,

        **FLINT LAW FIRM LLC**

        /s/ Brian S. Katz
        Brian S. Katz, KY Bar No. 86633
        FLINT LAW FIRM, LLC
        2226 Broadway, Suite 1
        Post Office Box 2903
        Paducah, Kentucky 42002-2903
        Phone: (270) 575-3939
        Fax: (270) 575-3936
        bkatz@flintfirm.com
        *Attorney for Plaintiff*