# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS                                    NO. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION                                         MDL 2641

_____

This Document Relates to Plaintiff(s),

Camillia Spradling
Case No. 2:17-cv-00693-DGC

_____

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his

appearance on behalf of the Plaintiff(s), CAMILLIA SPRADLING, in the above referenced action.


Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintfirm.com
*Attorney for Plaintiff*