IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX DGC |
|---|---|
| This document relates to: Michael Blevins v. C.R. Bard, Inc., No. CV16-4183 PHX DGC | **ORDER** |

Plaintiff Michael Blevins has filed a motion to withdraw amended short form complaint and notice of filing amended complaint. Doc. 5245.

**IT IS ORDERED** that Plaintiff's motion to withdraw (Doc. 5245) is **granted.** The Clerk is directed to indicate that Docs. 5133 and 5148 on the Court's docket are withdrawn.

Dated this 22nd day of March, 2017.

_____
David G. Campbell
United States District Judge