# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br><br>Gary Wayne Crisp v. C.R. Bard, Inc.<br>No. CV16-4397 PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's suggestion of death of Plaintiff Gary Wayne Crisp. Doc. 5237. Plaintiff has requested that Sharon Crisp be substituted as Plaintiff of record on behalf of her deceased husband, Gary Wayne Crisp. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. 5237) is **granted.** The Clerk of Court is directed to substitute Sharon Crisp as Plaintiff of record in case No. CV16-4397 PHX DGC.

Dated this 22nd day of March, 2017.

_____
David G. Campbell
United States District Judge