IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In re Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),
vs.

Defendant(s)/Respondent(s)

CASE NO: 2:15-md-02641-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: APPLICATION FEE REQUIRED!

I, **Robert Scott Richman, Esq.**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Nancy Elizabeth Kunsak**.

City and State of Principal Residence: **Pittsburgh, Pennsylvania**
Firm Name: **Allied Legal Partners**
Address: **220 Grant Street** Suite: **3rd Floor**
City: **Pittsburgh** State: **PA** Zip: **15219**
Firm/Business Phone: (**412**) **533-3330**
Firm Fax Phone: (**412**) **533-3340** E-mail Address: robrichman@alliedlegalpartners
robrichman@alliedlegalpartners.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the Western District of Pennsylvania | 09/30/2005 | ✓ Yes  ☐ No* |
| U.S. District Court for the Middle District of Pennsylvania | 02/12/2014 | ✓ Yes  ☐ No* |
|  |  | ☐ Yes  ☐ No* |

* Explain:

(An Original Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ✓ No
Have you ever been disbarred from practice in any Court? ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**3/17/2017**
Date                    Signature of Applicant: *Robert Richman*

Fee Receipt #  PN0183562

(Rev. 04/12)

AO 136
(Rev 4/93)

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                ) ss.
WESTERN DISTRICT OF PENNSYLVANIA )

I, **ROBERT V. BARTH, JR.**, Clerk of the United States District Court for the Western District of Pennsylvania

DO HEREBY CERTIFY That **ROBERT SCOTT RICHMAN** was duly admitted to practice in said Court on September 30, 2005, and is in good standing as a member of the bar of said Court.

Dated at Pittsburgh, Pennsylvania     ROBERT V. BARTH, JR.
                                              Clerk

on March 10, 2017                     By _____
                                      Marissa Olean, Deputy Clerk