# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **Anthony Goei, M.D., Macon Vascular Care, 889 Second Street, Macon, GA 31201.**

I, J. Wayne Downs, do hereby affirm that on the **16th day of March, 2017 at 1:30 pm, I:**

**Individually/Personally** served a true copy of the **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the address of **Macon Vascular Care, 889 Second Street, Macon, GA 31201**, to **Anthony Goei, M.D.** pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

J. Wayne Downs
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000368