Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC <br><br> **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Patricia Calim

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Aman Calim

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

Revised: 12/17/2012

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   In the United States District Court for the Southern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Paragraphs 1 through 15 of the Master Complaint

<u>A substantial portion of the events leading to Plaintiff's injuries arose in Ohio making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery ®Vena Cava Filter
- ☐ G2 ®Vena Cava Filter
- ☐ G2® Express (G2X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☒ Denali® Vena Cava Filter
- ☐ S. Other:

3

11. Date of Implantation as to each Product

 <u>12/23/2013</u>

12. Counts in the Master Complaint brought by Plaintiff(s)

 ☒ Count I: Strict Products Liability-Manufacturing Defect

 ☒ Count II: Strict Products Liability-Information Defect (Failure to Warn)

 ☒ Count III: Strict Products Liability-Design Defect

 ☒ Count IV: Negligence- Design

 ☒ Count V: Negligence-Manufacture

 ☒ Count VI: Negligence-Failure to Revall/Retrofit

 ☒ Count VII: Negligent Misrepresentation

 ☒ Count VIII: Negligent *Per Se*

 ☒ Count X:     Breach of Express Warranty

 ☒ Count XI:    Breach of Implied Warranty

 ☒ Count XII:   Fraudulent Misrepresentation

 ☒ Count XIII:  Fraudulent Concealment

 ☒ Count XIV: Violations of Applicable Virginia Law

   Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

 ☒ Count XV: Loss of Consortium

Date: <u>March 24, 2017</u>                    By:     <u>/s/ Willard J. Moody, Jr.</u>
                                                                                                  Willard J. Moody, Jr. Esq.
                                                                                                  Jonathan Hogins, Esq.
                                                                                                  THE MOODY LAW FIRM, INC.
                                                                                                  500 Crawford St. Ste. 200
                                                                                                  P.O. Box 1138
                                                                                                  Portsmouth, VA 23705
                                                                                                  (757) 393-6020
                                                                                                  (757) 399-3019 facsimile
                                                                                                  will@moodyrrlaw.com