# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**Deborah Ann Kaiser**
vs.
Defendant:
**C.R. Bard., Inc., a foreign corporation; ET AL**

For: MLQ ATTORNEY SERVICES

Received by MYERS ATTORNEY'S SERVICE to be served on **Dr. Ronald Fewell, 1424 Braden Street, Jacksonville, AR 72076**. I, Ray Bryant, being duly sworn, depose and say that on the 16 day of March, 2017 at 7:20 .m., executed service by delivering a true copy of the LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, FEDERAL RULE OF CIVIL PROCEDURE, EXHIBIT A, DEFENDANT'S NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF RONALD FEWELL, M.D.; CERTIFICATE OF SERVICE, EXHIBIT A, in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.
( ) SUBSTITUTE SERVICE: By serving _____ as Co-Resident _____.
( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.
( ) I left the documents in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her.
( ) OTHER SERVICE: As described in the Comments below by serving _____
Service Completed at: (X) Address above   OTHER:_____
( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Ray Bryant

PROCESS SERVER # 117
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
300 Spring Building
300 Spring Street, Suite 715
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2017002434

Subscribed and Sworn to before me on 3/16/17 by the affiant who is personally known to me.

Marrissa Doan
NOTARY PUBLIC
COMM. EXP. 1-27-2025
No. 12402652
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1a



546090