IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
| | **ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Motion to Seal and material submitted in support, the motion is hereby granted. The Court finds that compelling reasons exist to seal the documents that are the subject of Bard's Motion to Seal, which are described in Exhibit A to Bard's Motion. The documents contain design, development, testing, clinical testing, manufacture, regulatory compliance activities concerning Bard IVC filters; 510(k) submissions, IDE submissions, and other materials sent to FDA that detail Bard's product development activities, proprietary testing, and implementation of various proprietary processes and procedures; contact reports and email communications, which likewise contain information Bard's product development activities, proprietary testing, and implementation of various proprietary processes and procedures; and communications from FDA, which frequently contain questions that detail and disclose Bard's product development activities, proprietary testing, and implementation of various proprietary processes and procedure. The Court finds that Bard would incur competitive harm if the documents were made public. Thus, compelling reasons exist to seal the documents. Accordingly, the documents are hereby sealed.