# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

Plaintiff(s)/Petitioner(s),

vs.

Defendant(s)/Respondent(s)

CASE NO: 2:15-md-02641-DGC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

FILED     LODGED
RECEIVED    COPY

MAR 2 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE:   $35.00 APPLICATION FEE REQUIRED!

I, Jane T. Davis , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

| | |
|---|---|
| City and State of Principal Residence: | Mt. Pleasant, South Carolina |
| Firm Name: | Nelson Mullins Riley & Scarborough, LLP |
| Address: | 151 Meeting Street        Suite: 600 |
| City: | Charleston      State: SC   Zip: 29401 |
| Firm/Business Phone: | ( 843 ) 853-5200 |
| Firm Fax Phone: | ( 843 ) 722-8700     E-mail Address: jane.davis@nelsonmullins.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| South Carolina Bar | 11/21/1985 | ✓ Yes | ☐ No* |
| US District of South Carolina | 12/21/1987 | ✓ Yes | ☐ No* |
| US Court of Appeals - 4th Circuit | 01/18/1990 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |
| | | |
| | | |

* Explain:

## ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No

Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

3/23/17
**Date**

Jane T. Davis
**Signature of Applicant**

Fee Receipt #  PHX83585

(Rev. 04/12)

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____ , Clerk of this Court,

certify that _____ Jane Thompson Davis _____ , Bar # _____ 1048 _____ ,

was duly admitted to practice in this Court on _____ 12/21/1987 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Columbia, South Carolina _____ on _____ 03/22/2017 _____
_____ (Location) _____ _____ (Date) _____

_____ Robin L. Blume _____
CLERK

_____ Margaret Nason _____
DEPUTY CLERK