**Documents At Issue for Motion to Seal[1]**

Bard requests that the following documents be sealed. Bard is not requesting that the documents shaded gray be sealed, however:

    A.    **Bard's Separate Statement of Facts in Support of Their Motion for Summary Judgment Regarding Preemption**

    B.    **Exhibits to Defendants' Separate Statement of Facts In Support of Their Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Description |
|---|---|---|
| A | 03/24/2017 | Declaration of Robert Carr In Support of Defendants' Motion for Summary Judgment Regarding Preemption |
| B | 03/24/2017 | Declaration of John D. Van Vleet In Support of Defendants' Motion for Summary Judgment Regarding Preemption |
| C | Aug. 2010 | FDA, *CDRH Preliminary Internal Evaluations – Volume I: 510(k) Working Group Preliminary Report and Recommendations* |
| D | 07/28/2014 | FDA Guidance, *The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)]* |
| E | Jan. 2017 | FDA Memorandum, *Public Health Interests and First Amendment Considerations Related to Manufacturer Communications Regarding Unapproved Uses of Approved or Cleared Medical Products* |
| F | 11/26/1999 | FDA's *Guidance for Cardiovascular Intravascular Filter 510(k) Submissions* |
| G | 01/10/1997 | FDA Guidance, *FDA Deciding When to Submit a 510(k) for a Change to an Existing Device* (K97-1) |

    C.    **Exhibits to Exhibit A Declaration of Robert Carr In Support of Defendants' Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 1. | 11/01/1999 | BPV-17-01-00069501 through 69604 | NMT's Recovery Filter System Special 510(k) (K993809) |

---

[1] Amended to include new Heading A.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 2. | 12/10/1999 | BPV-17-01-00069470 through 69471 | Letter FDA to NMT re Recovery (K993809) |
| 3. | 02/10/2000 | BPV-17-01-00058907 through 58930 | Conference FDA and NMT re Recovery (K993809) |
| 4. | 02/29/2000 | BPV-17-01-00058895 | Letter NMT to FDA re Recovery (K993809) |
| 5. | 2001 | BPV-17-01-00051623 through 51624 | Bard acquires filter line from NMT |
| 6. | 07/10/2002 | BPV-17-01-00057953 through 58037 | IMPRA Recovery Permanent Special 510(k) (K022236) |
| 7. | 08/05/2002 | BPV-17-01-00057926 through 57930 | Letter FDA to IMPRA re Recovery (K022236) |
| 8. | 08/12/2002 | BPV-17-01-00059159 through 59193 | Conference IMPRA and FDA re Recovery (K022236) |
| 9. | 08/30/2002 | BPV-17-01-00057755 through 57917 | Letter IMPRA to FDA re Recovery (K022236) |
| 10. | 10/04/2002 | BPV-17-01-00057740 through 57742 | Letter FDA to IMPRA re Recovery (K022236) |
| 11. | 10/25/2002 | BPV-17-01-00057722 through 57728 | Letter IMPRA to FDA re Recovery (K022236) |
| 12. | 11/27/2002 | BPV-17-01-00057709 through 57711 | FDA Clearance Letter re Recovery Permanent (K022236) (Substantial Equivalence) |
| 13. | 12/17/2002 | BPV-17-01-00062069 through 62070 | Letter BPV to FDA requesting conference re Recovery Retrievable |
| 14. | 04/25/2003 | BPV-17-01-00054947 through 55252 | Recovery Retrievable Abbreviated 510(k) (K031328) |
| 15. | 07/01/2003 | BPV-17-01-00054093 | Email FDA to BPV re Recovery Retrievable (K031328) |
| 16. | 07/02/2003 | FDA_PRODUCTION_00001288 through 1291 | Email chain FDA and BPV re Recovery Retrievable (K031328) |
| 17. | 07/08/2003 | BPV-17-01-00054002 through 54076 | Fax IMPRA to FDA re Recovery Retrievable (K031328) |
| 18. | 07/22/2004 | FDA_PRODUCTION_00001209 through 1215 | Internal FDA Memorandum re Recovery Retrievable (K031328) |
| 19. | 07/23/2003 | BPV-17-01-00054098 through 54101 | Email FDA to BPV re Recovery Retrievable (K031328) |
| 20. | 07/23/2003 | BPV-17-01-00054109 through 54110 | Letter BPV to FDA re Recovery Retrievable (K031328) |
| 21. | 07/24/2003 | BPV-17-01-00054127 through 54139 | Letter BPV to FDA re Recovery Retrievable (K031328) |
| 22. | 07/25/2003 | FDA_PRODUCTION_00001201 through | Internal FDA Memo re Recovery Retrievable (K031328) |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| | | 1208 | |
| 23. | 07/25/2003 | BPV-17-01-00058122 through 58124 | FDA Clearance Letter re Recovery Retrievable (K031328) (Substantial Equivalence) |
| 24. | 09/17/2004 | BPV-17-01-00097745 through 97746 | FDA Contact Report re Recovery IFU and DDL |
| 25. | 09/28/2004 | BPV-17-01-00097730 through 97733 | Conference FDA and BPV re Recovery IFU and DDL |
| 26. | 10/05/2004 | BPV-17-01-00058083 through 58120 | Letter BPV to FDA re Recovery IFU and DDL |
| 27. | 11/10/2004 | FDA_PRODUCTION_00001022 through 1027 | Internal FDA Email chain re Recovery IFU and DDL |
| 28. | 11/24/2004 | BPV-17-01-00029512 through 29516 | Email FDA to BPV re Recovery IFU and DDL |
| 29. | 11/28/2004 | BPV-17-01-00102072 through 102075 | Internal BPV Email chain re Recovery IFU and DDL |
| 30. | 11/30/2004 | BPV-17-01-00058079 through 58081 | Letter FDA to BPV re Recovery IFU and DDL |
| 31. | 12/2004 | BPV-17-01-00043383 through 43402 | BPV begins distributing DDL |
| 32. | 01/10/2005 | BPV-17-01-00043382 through 43402 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 33. | 01/21/2005 | BPV-17-01-00097135 through 97137 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 34. | 01/22/2005 | BPVE-01-00303306 through 303318 | Email from BPV to FDA re DCL and Recovery Retrievable (K031328) |
| 35. | 01/27/2005 | BPV-17-01-00098579 through 98582 | Conference BPV and FDA Phoenix Investigator re DCL and Recovery Retrievable (K031328) |
| 36. | 02/04/2005 | BPV-17-01-00000208 through 209 | Conference FDA and BPV re DCL and Recovery Retrievable (K031328) |
| 37. | 02/08/2005 | BPV-17-01-00058077 | Letter FDA to BPV re Recovery Retrievable (K031328) |
| 38. | 02/08/2005 | BPV-17-01-00000210 through 211 | Conference FDA and BPV re Recovery Retrievable (K031328) |
| 39. | 02/08/2005 | BPV-17-01-00043415 through 43416 | Fax BPV to FDA re DDL and Recovery Retrievable (K031328) |
| 40. | 02/14/2005 | BPV-17-01-00025340 through 25342 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 41. | 02/28/2005 | BPV-17-01-00058041 through 58074 | Letter BPV to FDA re FDA AI re Recovery Retrievable (K031328) |
| 42. | 02/28/2005 | BPV-17-01-00045869 through 45871 | Conference FDA and BPV re new submission |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 43. | 03/02/2005 | BPV-17-01-00125335 through 125415 | BPV's Modified Recovery Filter Special 510(k) (K050558) |
| 44. | 03/24/2005 | BPV-17-01-00097998 through 98003 | Conference FDA and BPV re DCL and Modified Recovery (K050558) |
| 45. | 03/29/2005 | FDA_PRODUCTION_00000206 through 22045 | Internal FDA memo re Modified Recovery (K050558) |
| 46. | 03/30/2005 | BPV-17-01-00125312 through 125314 | Letter FDA to BPV re Modified Recovery (K050558) |
| 47. | 04/19/2005 | FDA_PRODUCTION_00000193 through 201 | BPV's Informal Responses to FDA AI Letter re Modified Recovery (K050558) |
| 48. | 04/27/2005 | BPV-17-01-00125289 | Letter BPV to FDA request 30 day extension re FDA AI Letter re Modified Recovery (K050558) |
| 49. | 04/28/2005 | BPV-17-01-00125288 | Letter FDA to BPV granting 30 day extension re FDA AI Letter re Modified Recovery (K050558) |
| 50. | 05/02/2005 | FDA_PRODUCTION_00000185 through 191 | Internal FDA memo reviewing animal study re Modified Recovery (K050558) |
| 51. | 05/06/2005 | BPV-17-01-00125422 through 125424 | Conference FDA and BPV re Modified Recovery (K050558) |
| 52. | 05/11/2005 | BPV-17-01-00100782 through 100784 | BPV Dear Colleague Letter |
| 53. | 05/27/2005 | BPVE-01-00034167 through 34168 | Conference FDA and BPV re Modified Recovery (K050558) |
| 54. | 06/03/2005 | BPV-17-01-00125416 through 125615 | Letter BPV to FDA re Modified Recovery conversion Traditional 510(k) (K050558) |
| 55. | 07/26/2005 | FDA_PRODUCTION_00000179 through 183 | Internal FDA memo re BPV Responses to FDA AI Letter re Modified Recovery (K050558) |
| 56. | 07/26/2005 | BPVE-01-00034138 | Conference FDA and BPV re Modified Recovery (K050558) |
| 57. | 07/27/2005 | BPVE-01-00157774 through 157777 | Email chain BPV and FDA re Modified Recovery (K050558) |
| 58. | 07/28/2005 | BPV-17-01-00125220 through 125222 | Letter FDA to BPV re AI re Modified Recovery (K050558) |
| 59. | 07/28/2005 | BPVE-01-00155254 through 155255 | Conference FDA and BPV re AI re Modified Recovery (K050558) |
| 60. | 08/10/2005 | BPV-17-01-00125616 through 125633 | Letter BPV to FDA Responses to AI re G2 (K050558) |
| 61. | 08/19/2005 | BPVE-01-00155084 through 155088 | Email BPV to FDA re G2 (K050558) |
| 62. | 08/22/2005 | BPVE-01-00155392 through 155396 | Email BPV to FDA re G2 (K050558) |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 63. | 08/22/2005 | FDA_PRODUCTION_00000165 through 168 | Internal FDA memo reviewing BPV's Responses to FDA AI re G2 (K050558) |
| 64. | 08/26/2005 | FDA_PRODUCTION_00000158 through 164 | Fax FDA to BPV re G2 (K050558) |
| 65. | 08/29/2005 | FDA_PRODUCTION_00000150 through 157 | Fax BPV to FDA re G2 (K050558) |
| 66. | 08/29/2005 | BPVE-01-00154718 through 154723 | Email BPV to FDA re G2 (K050558) |
| 67. | 08/29/2005 | BPV-17-01-00125199 through 125201 | FDA Clearance Letter re G2 Permanent (K050558) (Substantial Equivalence) |
| 68. | 06/03/2005 | BPV-17-01-00125226 through 125285 | Email BPV to FDA re proposed IDE G2 Everest Study |
| 69. | 07/08/2005 | BPV-17-01-00122544 through 122829 | BPV's original IDE submission re G2 Everest Study (G050134) |
| 70. | 08/05/2005 | BPV-17-01-00098772 through 98774 | Conference FDA and BPV re G2 Everest Study (G050134) |
| 71. | 08/08/2005 | BPV-17-01-00122505 through 122508 | FDA Grants BPV Conditional Approval for G2 Everest Study (G050134) |
| 72. | 08/25/2005 | BPV-17-01-00122930 through 122932 | Conference FDA and BPV re G2 Everest Study (G050134) and Conditional Approval |
| 73. | 10/03/2005 | BPV-17-01-00122845 through 122932 | Letter BPV to FDA re G2 Everest Study (G051034) and Conditional Approval |
| 74. | 10/21/2005 | BPVE-01-00275704 | Conference FDA and BPV re G2 Everest Study (G051034) and future submission |
| 75. | 11/02/2005 | BPV-17-01-00122502 | FDA Grants Full Approval of G2 Everest Study (G051304) |
| 76. | 12/02/2005 | BPV-17-01-00123040 through 123067 | Letter BPV to FDA re G2 Everest Study (G051304) Notice of IDE Change |
| 77. | 06/21/2006 | BPV-17-01-00123153 through 123175 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 78. | 06/21/2006 | BPV-17-01-00123183 through 123210 | Letter BPV to FDA re G2 Everest Study (G051304) |
| 79. | 07/11/2006 | BPV-17-01-00123071 through 123152 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 80. | 12/06/2006 | BPV-17-01-00123217 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 81. | 12/08/2006 | BPV-17-01-00123233 through 123249 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 82. | 02/02/2007 | BPV-17-01-00123269 through 123351 | Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report |
| 83. | 08/23/2007 | BPV-17-01-00123427 through 123474 | Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 84. | 09/21/2007 | BPV-17-01-00123402 through 123405 | Letter FDA to BPV Questions re G2 Everest Study (G051304) |
| 85. | 10/25/2007 | BPV-17-01-00123498 through 123562 | Letter BPV to FDA re Responses to FDA re G2 Everest Study (G051304) |
| 86. | 12/11/2007 | BPV-17-01-00122495 | Conference FDA and BPV re G2 Everest Study (G051304) |
| 87. | 02/12/2008 | BPV-17-01-00123573 through 123588 | Letter BPV to FDA re G2 Everest Study (G051304) Final IDE Report |
| 88. | 03/12/2008 | BPV-17-01-00123564 through 123565 | Letter FDA to BPV re G2 Everest Study (G051304) Closing IDE |
| 89. | 09/19/2005 | BPV-17-01-00125658 through 125749 | BPV's G2 Filter - Jugular Subclavian Delivery Kit Special 510(k) (K052578) |
| 90. | 09/21/2005 | BPV-17-01-00125750 through 125772 | Letter BPV to FDA re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 91. | 10/13/2005 | BPV-17-01-00046358 through 46362 | Email FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 92. | 10/14/2005 | BPV-17-01-00125799 through 125801 | Conference FDA and BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 93. | 10/14/2005 | BPV-17-01-00125804 through 125805 | Email FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 94. | 10/14/2005 | BPV-17-01-00048142 through 48144 | Letter FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 95. | 10/25/2005 | BPV-17-01-00125782 through 125876 | Letter BPV to FDA Responses to FDA AI Demand re G2 Filter - Jugular (K052578) |
| 96. | 11/14/2005 | BPV-17-01-00125891 through 125892 | Conference FDA and BPV re Responses re G2 Filter - Jugular (K052578) |
| 97. | 11/16/2005 | BPV-17-01-00125893 through 125923 | Letter BPV to FDA Responses to FDA AI Demand re G2 Filter - Jugular (K052578) |
| 98. | 11/25/2005 | BPV-17-01-00125637 through 125639 | FDA Clearance Letter G2 Filter - Jugular (K052578) (Substantial Equivalence) |
| 99. | 09/25/2006 | BPV-17-01-00125963 through 126062 | BPV's G2 Filter - Femoral Delivery Kit Special 510(k) (K062887) |
| 100. | 10/26/2006 | BPV-17-01-00126184 through 126187 | FDA Clearance Letter G2 Filter - Femoral Delivery Kit (K062887) |
| 101. | 12/04/2006 | BPV-17-01-00122493 | Conference FDA and BPV re future G2 Filter Retrievable Traditional 510(k) |
| 102. | 10/31/2007 | BPV-17-01-00123629 through 125197 | BPV's G2 Filter Retrievable Traditional 510(k) (K073090) |
| 103. | 01/15/2008 | BPV-17-01-00123590 through 125592 | FDA Clearance Letter G2 Filter Retrievable (K073090) (Substantial Equivalence) |
| 104. | 03/07/2008 | BPV-17-01-00130498 through 130730 | BPV's G2 Express Filter Special 510(k) (K080668) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 105. | 04/08/2008 | BPV-17-01-00130470 through 130473 | Letter FDA to BPV re AI Demand re G2 Express (K080668) |
| 106. | 05/05/2008 | BPV-17-01-00131255 through 131261 | Letter BPV to FDA Request 30 day extension re G2 Express (K080668) |
| 107. | 05/06/2008 | BPV-17-01-00130468 | Letter FDA to BPV Granting extension re G2 Express (K080668) |
| 108. | 05/08/2008 | BPV-17-01-00130268 through 130441 | Letter BPV to FDA Responses to AI Demand re G2 Express (K080668) |
| 109. | 06/06/2008 | BPV-17-01-00130460 through 130463 | Letter BPV to FDA Responses to AI Demand re G2 Express (K080668) |
| 110. | 06/25/2008 | BPV-17-01-00117271 through 117272 | Conference FDA and BPV re AI Demand re G2 Express (K080668) |
| 111. | 06/26/2008 | BPV-17-01-00130442 through 130448 | Letter BPV to FDA Request 30 Day Extension re G2 Express (K080668) |
| 112. | 07/01/2008 | BPV-17-01-00130459 | Letter FDA to BPV Granting Extension re G2 Express (K080668) |
| 113. | 07/02/2008 | BPV-17-01-00117260 through 117783 | Letter BPV to FDA Responses re AI Demand re G2 Express (K080668) |
| 114. | 07/30/2008 | BPV-17-01-00130450 through 130452 | FDA Clearance Letter G2 Express Filter (K080668) (Substantial Equivalence) |
| 115. | 08/12/2008 | BPV-17-01-00131320 through 131596 | BPV's G2X Filter Special 510(k) (K082305) |
| 116. | 09/04/2008 | BPV-17-01-00131294 through 131295 | Email FDA to BPV re FDA AI Demand re G2X (K082305) |
| 117. | 09/08/2008 | BPV-17-01-00131298 through 131299 | Letter FDA to BPV re FDA AI Demand re G2X (K082305) |
| 118. | 09/29/2008 | BPV-17-01-00130734 through 130838 | Letter BPV to FDA re Responses to FDA AI Demand re G2X (K082305) |
| 119. | 10/31/2008 | BPV-17-01-00131282 through 131284 | FDA Clearance Letter G2X Filter (K082305) Substantial Equivalence |
| 120. | 08/14/2009 | BPV-17-01-00171823 through 171824 | Conference FDA and BPV re future Eclipse Filter 510(k) |
| 121. | 11/23/2009 | BPV-17-01-00116991 through 117153 | BPV's Eclipse Filter System Special 510(k) (K093659) |
| 122. | 12/15/2009 | BPV-17-01-00171797 through 171799 | Letter FDA to BPV re FDA AI Demand re Eclipse (K093659) |
| 123. | 12/17/2009 | BPV-17-01-00145607 through 145616 | Letter BPV to FDA re Responses to FDA AI Demand re Eclipse (K093659) |
| 124. | 01/14/2010 | BPV-17-01-00117156 through 117158 | FDA Clearance Letter Eclipse Filter (K093659) (Substantial Equivalence) |
| 125. | 05/20/2010 | BPV-17-01-00171679 through 171793 | BPV's Eclipse Filter Special 510(k) (K101431) |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 126. | 06/18/2010 | BPV-17-01-00171794 through 171796 | Letter FDA to BPV re FDA AI Demand re Eclipse (K101431) |
| 127. | 06/21/2010 | BPV-17-01-00145617 through 145633 | Letter BPV to FDA re Responses to FDA AI Demand re Eclipse (K101431) |
| 128. | 06/22/2010 | BPV-17-01-00171815 through 171817 | FDA Clearance Letter for Eclipse Filter (K101431) (Substantial Equivalence) |

D.   **Exhibits to Exhibit B Declaration of John D. Van Vleet In Support of Defendants' Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 1. | 08/14/2009 | BPV-17-01-00171823 through 171824 | FDA Contact Report (Eclipse and Platinum Pre IDE) |
| 2. | 11/17/2009 | BPV-17-01-00171823 through 171824 | (Filters and future submissions) |
| 3. | 12/03/2009 | BPVEFILTER-08-00026072 through 26125 | Meridian Pre-IDE Meeting Request |
| 4. | 01/08/2010 | BPV-17-01-00171850 through 171853 | (Meridian Pre IDE) |
| 5. | 08/31/2010 | BPV-17-01-00150192 through 151045 | Meridian Jugular Subclavian Delivery Kit Traditional 510(k) (K102511) |
| 6. | 10/26/2010 | BPVE-01-01977697 through 1977704 | Letter from FDA to BPV re Meridian Jugular (K102511) |
| 7. | 11/12/2010 | BPV-17-01-00171872 through 171873 | (Meridian) |
| 8. | 11/16/2010 | BPVE-01-01404251 through 1404291 | Email to FDA enclosing fatigue testing info re Meridian |
| 9. | 12/08/2010 | BPV-17-01-00171830 through 171832 | FDA Contact Report re Meridian |
| 10. | 12/27/2010 | BPVEFILTER-01-01201729 through 1201779 | Letter from BPV to FDA re Meridian Jugular (K102511) |
| 11. | 12/27/2010 | BPVEFILTER-11-00002394 through 2960 | Appendices to Letter to FDA |
| 12. | 02/01/2011 | BPVEFILTER-01-00016497 through 16501 | Letter from FDA to BPV re Meridian Jugular (K102511) |
| 13. | 02/10/2011 | BPV-17-01-00171836 through 171838 | FDA Contact Report (Meridian) |
| 14. | 02/17/2011 | BPV-17-01-00171841 through 171844 | (Meridian) |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 15. | 02/22/2011 | BPVEFILTER-01-01853704 through 1853705 | Email with FDA re chromosomal aberration testing (Question 3 from Feb. 1 letter) |
| 16. | 05/17/2011 | BPV-17-01-00171857 through 171864 | (Meridian) |
| 17. | 05/17/2011 | BPVEFILTER-01-00136505 | PPT to FDA re Meridian |
| 18. | 05/20-23/2011 | BPVEFILTER-08-00065051 through 65053 | Email chain re deficiencies 8 and 9 |
| 19. a. | 05/23/2011 | BPVEFILTER-08-00076994 through 77147 | Letter to FDA re Meridian FDA Questions Feb. 1, 2011 Nos 1-7, 10-13 |
| 19.b. | 05/23/2011 | BPVEFILTER-08-00077067 | Letter from BPV to FDA (Appendix 6) Produced in Native Format |
| 19.c. | 05/23/2011 | BPVEFILTER-08-00077146 | Letter from BPV to FDA (Appendix 8) Produced in Native Format |
| 19.d. | 05/23/2011 | BPVEFILTER-08-00077147 | Letter from BPV to FDA (Appendix 8) Produced in Native Format |
| 20. | 06/16/2011 | BPVEFILTER-01-01138842 through 1138951 | Email from custodial file of Joni Creal with Appendix 1-6 |
| 21. | 06/22/2011 | BPV-17-01-00171877 through 171879 | (Meridian) |
| 22. | 06/27/2011 | BPVEFILTER-08-00075953 through 76043 | Email from custodial file of Joni Creal with Appendix 1 & 2 |
| 23. | 06/27/2011 | BPVEFILTER-08-00074784 through 74827 | Email from custodial file of Joni Creal with Appendix 3-5 |
| 24. | 06/27/2011 | BPVEFILTER-08-00085241 through 85294 | Email from custodial file of Joni Creal with Appendix 6 & 7 |
| 25. | 06/27/2011 | BPVEFILTER-08-00083555 through 83592 | Email from custodial file of Joni Creal with Appendix 8 & 9 |
| 26. a. | 06/27/2011 | BPVEFILTER-08-00081986 through 82031 | Email from custodial file of Joni Creal with Appendix 10 & 11 |
| 26.b. | 02/10/2011 | BPVEFILTER-08-00082031 | Letter from BPV to FDA (Appendix 11) Produced in Native Format |
| 27. | 06/27/2011 | BPVEFILTER-08-00080312 through 80407 | Email from custodial file of Joni Creal with Appendix 12 & 13 |
| 28. | 06/27/2011 | BPVEFILTER-01-01156092 through 1156185 | Email from custodial file of Joni Creal with Appendix 14 Part A |
| 29. | 06/27/2011 | BPVEFILTER-35-00027113 through | Email from custodial file of Joni Creal with Appendix 14 Part B |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| | | 27173 | |
| 30. | 08/17/2011 | BPVEFILTER-08-00077841 through 77854 | Email with FDA re Meridian IFU changes |
| 31. | 08/24/2011 | BPV-17-01-00171818 through 171820 | Meridian Clearance (K102511) |
| 32. | 08/27/2011 | BPV-17-01-00147141 through 147592 | Femoral Delivery Kit Special 510(k) (K112497) (Vol. I & II) |
| 33. | 09/30/2011 | BPV-17-01-00147593 through 147597 | Letter from FDA to BPV re Meridian Filter System -- Femoral Special 510(k) (K112497) |
| 34. | 09/30/2011 | BPV-17-01-00147598 through 147607 | Letter from BPV to FDA re Meridian Filter System Response to FDA Questions |
| 35. | 9/30/2011 | BPVEFILTER-01-01138155 | Email to FDA enclosing responses to AI (K112497) |
| 36. | 10/24/2011 | BPVEFILTER-01-01138155 | FDA Clearance Letter Meridian Filter System (K112497) (Substantial Equivalence) |
| 37. | 08/14/2009 | BPV-17-01-00171823 through 171824 | FDA Contact Report (Eclipse and Platinum Pre IDE) |
| 38. | 03/19/2010 | BPVEFILTER-01-01138499 through 1138571 | Email to FDA enclosing Denali Pre-IDE |
| 39. | 05/05/2010 | BPVEFILTER-01-00703843 through 703877 | Email enclosing PPT slides for meeting |
| 40. | 05/05/2010 | BPV-17-01-00171868 through 171871 | (Denali Pre IDE) |
| 41. | 05/13/2010 | BPVEFILTER-01-01110191 through 1110196 | Email and meeting minutes re Denali Pre-IDE |
| 42. | 05/20/2010 | BPV-17-01-00171865 through 171867 | (Denali Pre IDE) |
| 43. | 06/07/2010 | BPVEFILTER-11-00254025 through 254027 | FDA Contact Report (Denali Pre-IDE Meeting) |
| 44. | 12/10/2010 | BPVEFILTER-01-01165336 | Email to FDA confirming Denali regulatory strategy |
| 45. | 12/30/2010 | BPV-17-01-00217546 through 219372 | IDE for Denali |
| 46. | 02/01/2011 | BPVEFILTER-01-00367553 through 367563 | FDA Conditional Approval of IDE with 31 questions |
| 47. | 02/10/2011 | BPV-17-01-00171833 through 171835 | FDA Contact Report (Denali Pre IDE) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 48. | 02/16/2011 | BPV-17-01-00230270 through 230281 | BPV IDE Supplement #1 |
| 49. | 02/16/2011 | BPV-17-01-00230123 through 230269 | BPV IDE Supplement #1 appendices |
| 50. | 02/22/2011 | BPVEFILTER-01-01166624 through 1166626 | Email to FDA re biocompatibility questions 27-31 |
| 51. | 03/11/2011 | BPVEFILTER-01-01205839 through 1205845 | Email to FDA with proposed response to Nos. 18 and 24 |
| 52. | 03/16/2011 | BPVEFILTER-01-01141999 through 1142002 | Email confirming FDA re biocompatibility |
| 53. | 03/17/2011 | BPV-17-01-00231740 through 231741 | FDA letter with conditional approval of IDE |
| 54. | 03/21/2011 | BPVEFILTER-01-00703650 through 703657 | Email from FDA re Questions 18 and 24 |
| 55. | 08/09/2011 | BPV-17-01-00219373 through 220196 | BPV 5th IDE Supplement |
| 56. | 09/09/2011 | BPV-17-01-00231734 through 231736 | FDA letter conditional approval of IDE |
| 57. | 10/03/2011 | BPV-17-01-00220197 through 220258 | BPV 7th IDE Supplement |
| 58. | 11/03/2011 | BPVEFILTER-01-01153526 through 1153528 | Letter from FDA requesting more info |
| 59. | 11/11/2011 | BPV-17-01-00220259 through 220290 | BPV 9th IDE Supplement |
| 60. | 01/31/2012 | BPV-17-01-00230629 through 230644 | IDE Annual Report |
| 61. | 11/13/2012 | BPV-17-01-00230655 through 230749 | BPV 13th IDE Supplement. |
| 62. | 12/04/2012 | BPVEFILTER-01-01170973 through 1170977 | Email and attachment to FDA responding to informal questions |
| 63. | 12/14/2012 | BPV-17-01-00231742 through 231746 | FDA Letter approving IDE change. |
| 64. | 01/10/2013 | BPV-17-01-00230832 through 230904 | BPV Annual IDE Report. |
| 65. | 02/07/2013 | BPV-17-01-00231737 through 231739 | FDA Letter with questions re IDE annual report |
| 66. a. | 02/08/2013 | BPV-17-01-00213103 through 217321 | Denali 510(k) submission (K130366) -- Narrative Submission |
| 66.b. | 02/08/2013 | BPV-17-01-00213189 | Denali 510(k) submission (K130366) -- Appendices Part 1 |

- 11 -

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 66.c. | 02/08/2013 | BPV-17-01-00213689 | Denali 510(k) submission (K130366) -- Appendices Part 2 |
| 66.d. | 02/08/2013 | BPV-17-01-00214188 | Denali 510(k) submission (K130366) -- Appendices Part 3 |
| 66.e. | 02/08/2013 | BPV-17-01-00214588 | Denali 510(k) submission (K130366) -- Appendices Part 4 |
| 66.f. | 02/08/2013 | BPV-17-01-00215018 | Denali 510(k) submission (K130366) -- Appendices Part 5 |
| 66.g. | 02/08/2013 | BPV-17-01-00215974 | Denali 510(k) submission (K130366) -- Appendices Part 6 |
| 66.h. | 02/08/2013 | BPV-17-01-00216074 | Denali 510(k) submission (K130366) -- Appendices Part 7 |
| 66.i. | 02/08/2013 | BPV-17-01-00216174 | Denali 510(k) submission (K130366) -- Appendices Part 8 |
| 66.j. | 02/08/2013 | BPV-17-01-00216474 | Denali 510(k) submission (K130366) -- Appendices Part 9 |
| 66.k. | 02/08/2013 | BPV-17-01-00216874 | Denali 510(k) submission (K130366) -- Appendices Part 10 Section 1 |
| 66.l. | 02/08/2013 | BPV-17-01-00217098 | Denali 510(k) submission (K130366) -- Appendices Part 10 Section 2 |
| 67. | 03/01/2013 | BPV-17-01-00230755 through 230831 | BPV response to FDA questions re annual IDE report |
| 68. | 03/14/2013 | BPV-17-01-00230014 through 230021 | Emails with FDA re Denali 510(k) |
| 69. | 04/06/2013 | BPV-17-01-00229495 through 229498 | Email from FDA requesting additional information |
| 70. | 04/15/2013 | BPV-17-01-00229652 through 229767 | Email to FDA responding to questions |
| 71. | 04/15/2013 | BPV-17-01-00229894 through 229998 | Email to FDA responding to questions |
| 72. | 04/24/2013 | BPV-17-01-00229624 through 229651 | Email to FDA responding to questions |
| 73. | 05/06/2013 | BPV-17-01-00229784 through 229799 | Email to FDA responding to questions |
| 74. | 05/06/2013 | BPV-17-01-00229537 through 229613 | Email to FDA responding to questions |
| 75. | 05/08/2013 | BPV-17-01-00229823 through 229838 | Email to FDA with redlined IFU |
| 76. | 05/10/2013 | BPV-17-01-00229493 through 229494 | FDA email to BPV re revised IFU |
| 77. | 05/10/2013 | BPV-17-01-00229854 through 229868 | Email to FDA with revised 510(k) summary |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 78. | 05/14/2013 | BPV-17-01-00229839 through 229853 | Emails with FDA re animal study description in 510(k) summary |
| 79. | 05/15/2013 | BPV-17-01-00217095 through 217097 | Denali 510(k) (K130366) Clearance Letter |
| 80. | 01/30/2014 | BPV-17-01-00230921 through 230999 | BPV IDE Annual Report |
| 81. | 11/07/2014 | BPV-17-01-00217322 through 217528 | Denali Special 510(k) (K143208) |
| 82. | 12/09/2014 | BPV-17-01-00217529 through 217530 | Denali Clearance Letter (K143208) |
| 83. | 01/30/2015 | BPV-17-01-00231017 through 231170 | BPV Annual IDE Report |
| 84. | 01/29/2016 | BPV-17-01-00231188 through 231623 | BPV IDE Final Annual Report |
| 85. | 02/16/2016 | BPV-17-01-00231748 through 231749 | FDA email re final IDE and annual report |
| 86. | 02/18/2016 | BPV-17-01-00231751 through 231756 | BPV email responding to questions of Feb. 16 |
| 87. | 02/26/2016 | BPV-17-01-00231750 | FDA letter closing Denali IDE |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000