James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**MOTION FOR LEAVE TO FILE EXHIBITS TO DEFENDANTS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION IN A DIFFERENT MEDIUM** |
|---|---|

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby move the Court to accept the exhibits to Defendants' Separate Statement of Facts In Support of Their Motion for Summary Judgment Regarding Preemption (Doc. No. 5398) in a different medium. Bard makes this request because the amount of data (3GB) exceeds what Bard understands to be the limits of the Court's electronic capabilities. Bard states that the following exhibits will be included on a USB thumb-

drive with this motion. Bard further states that these exhibits, unless otherwise noted,[1] are the subject of Bard's pending Amended Motion to Seal (Doc. No. 5401):

**A.    Exhibits to Defendants' Separate Statement of Facts In Support of Their Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Description |
|---|---|---|
| A | 03/24/2017 | Declaration of Robert Carr In Support of Defendants' Motion for Summary Judgment Regarding Preemption |
| B | 03/24/2017 | Declaration of John D. Van Vleet In Support of Defendants' Motion for Summary Judgment Regarding Preemption |
| C | Aug. 2010 | FDA, *CDRH Preliminary Internal Evaluations – Volume I: 510(k) Working Group Preliminary Report and Recommendations* |
| D | 07/28/2014 | FDA Guidance, *The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)]* |
| E | Jan. 2017 | FDA Memorandum, *Public Health Interests and First Amendment Considerations Related to Manufacturer Communications Regarding Unapproved Uses of Approved or Cleared Medical Products* |
| F | 11/26/1999 | FDA's *Guidance for Cardiovascular Intravascular Filter 510(k) Submissions* |
| G | 01/10/1997 | FDA Guidance, *FDA Deciding When to Submit a 510(k) for a Change to an Existing Device* (K97-1) |

**B.    Exhibits to Exhibit A Declaration of Robert Carr In Support of Defendants' Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 1. | 11/01/1999 | BPV-17-01-00069501 through 69604 | NMT's Recovery Filter System Special 510(k) (K993809) |
| 2. | 12/10/1999 | BPV-17-01-00069470 through 69471 | Letter FDA to NMT re Recovery (K993809) |
| 3. | 02/10/2000 | BPV-17-01-00058907 through 58930 | Conference FDA and NMT re Recovery (K993809) |

---

[1] Exhibits shaded in **gray** are not the subject of Bard's pending Amended Motion to Seal (Doc. No. 5401).

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 4. | 02/29/2000 | BPV-17-01-00058895 | Letter NMT to FDA re Recovery (K993809) |
| 5. | 2001 | BPV-17-01-00051623 through 51624 | Bard acquires filter line from NMT |
| 6. | 07/10/2002 | BPV-17-01-00057953 through 58037 | IMPRA Recovery Permanent Special 510(k) (K022236) |
| 7. | 08/05/2002 | BPV-17-01-00057926 through 57930 | Letter FDA to IMPRA re Recovery (K022236) |
| 8. | 08/12/2002 | BPV-17-01-00059159 through 59193 | Conference IMPRA and FDA re Recovery (K022236) |
| 9. | 08/30/2002 | BPV-17-01-00057755 through 57917 | Letter IMPRA to FDA re Recovery (K022236) |
| 10. | 10/04/2002 | BPV-17-01-00057740 through 57742 | Letter FDA to IMPRA re Recovery (K022236) |
| 11. | 10/25/2002 | BPV-17-01-00057722 through 57728 | Letter IMPRA to FDA re Recovery (K022236) |
| 12. | 11/27/2002 | BPV-17-01-00057709 through 57711 | FDA Clearance Letter re Recovery Permanent (K022236) (Substantial Equivalence) |
| 13. | 12/17/2002 | BPV-17-01-00062069 through 62070 | Letter BPV to FDA requesting conference re Recovery Retrievable |
| 14. | 04/25/2003 | BPV-17-01-00054947 through 55252 | Recovery Retrievable Abbreviated 510(k) (K031328) |
| 15. | 07/01/2003 | BPV-17-01-00054093 | Email FDA to BPV re Recovery Retrievable (K031328) |
| 16. | 07/02/2003 | FDA_PRODUCTION_ 00001288 through 1291 | Email chain FDA and BPV re Recovery Retrievable (K031328) |
| 17. | 07/08/2003 | BPV-17-01-00054002 through 54076 | Fax IMPRA to FDA re Recovery Retrievable (K031328) |
| 18. | 07/22/2004 | FDA_PRODUCTION_ 00001209 through 1215 | Internal FDA Memorandum re Recovery Retrievable (K031328) |
| 19. | 07/23/2003 | BPV-17-01-00054098 through 54101 | Email FDA to BPV re Recovery Retrievable (K031328) |
| 20. | 07/23/2003 | BPV-17-01-00054109 through 54110 | Letter BPV to FDA re Recovery Retrievable (K031328) |
| 21. | 07/24/2003 | BPV-17-01-00054127 through 54139 | Letter BPV to FDA re Recovery Retrievable (K031328) |
| 22. | 07/25/2003 | FDA_PRODUCTION_ 00001201 through 1208 | Internal FDA Memo re Recovery Retrievable (K031328) |
| 23. | 07/25/2003 | BPV-17-01-00058122 through 58124 | FDA Clearance Letter re Recovery Retrievable (K031328) (Substantial Equivalence) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 24. | 09/17/2004 | BPV-17-01-00097745 through 97746 | FDA Contact Report re Recovery IFU and DDL |
| 25. | 09/28/2004 | BPV-17-01-00097730 through 97733 | Conference FDA and BPV re Recovery IFU and DDL |
| 26. | 10/05/2004 | BPV-17-01-00058083 through 58120 | Letter BPV to FDA re Recovery IFU and DDL |
| 27. | 11/10/2004 | FDA_PRODUCTION_00001022 through 1027 | Internal FDA Email chain re Recovery IFU and DDL |
| 28. | 11/24/2004 | BPV-17-01-00029512 through 29516 | Email FDA to BPV re Recovery IFU and DDL |
| 29. | 11/28/2004 | BPV-17-01-00102072 through 102075 | Internal BPV Email chain re Recovery IFU and DDL |
| 30. | 11/30/2004 | BPV-17-01-00058079 through 58081 | Letter FDA to BPV re Recovery IFU and DDL |
| 31. | 12/2004 | BPV-17-01-00043383 through 43402 | BPV begins distributing DDL |
| 32. | 01/10/2005 | BPV-17-01-00043382 through 43402 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 33. | 01/21/2005 | BPV-17-01-00097135 through 97137 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 34. | 01/22/2005 | BPVE-01-00303306 through 303318 | Email from BPV to FDA re DCL and Recovery Retrievable (K031328) |
| 35. | 01/27/2005 | BPV-17-01-00098579 through 98582 | Conference BPV and FDA Phoenix Investigator re DCL and Recovery Retrievable (K031328) |
| 36. | 02/04/2005 | BPV-17-01-00000208 through 209 | Conference FDA and BPV re DCL and Recovery Retrievable (K031328) |
| 37. | 02/08/2005 | BPV-17-01-00058077 | Letter FDA to BPV re Recovery Retrievable (K031328) |
| 38. | 02/08/2005 | BPV-17-01-00000210 through 211 | Conference FDA and BPV re Recovery Retrievable (K031328) |
| 39. | 02/08/2005 | BPV-17-01-00043415 through 43416 | Fax BPV to FDA re DDL and Recovery Retrievable (K031328) |
| 40. | 02/14/2005 | BPV-17-01-00025340 through 25342 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 41. | 02/28/2005 | BPV-17-01-00058041 through 58074 | Letter BPV to FDA re FDA AI re Recovery Retrievable (K031328) |
| 42. | 02/28/2005 | BPV-17-01-00045869 through 45871 | Conference FDA and BPV re new submission |
| 43. | 03/02/2005 | BPV-17-01-00125335 through 125415 | BPV's Modified Recovery Filter Special 510(k) (K050558) |
| 44. | 03/24/2005 | BPV-17-01-00097998 through 98003 | Conference FDA and BPV re DCL and Modified Recovery (K050558) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 45. | 03/29/2005 | FDA_PRODUCTION_00000206 through 22045 | Internal FDA memo re Modified Recovery (K050558) |
| 46. | 03/30/2005 | BPV-17-01-00125312 through 125314 | Letter FDA to BPV re Modified Recovery (K050558) |
| 47. | 04/19/2005 | FDA_PRODUCTION_00000193 through 201 | BPV's Informal Responses to FDA AI Letter re Modified Recovery (K050558) |
| 48. | 04/27/2005 | BPV-17-01-00125289 | Letter BPV to FDA request 30 day extension re FDA AI Letter re Modified Recovery (K050558) |
| 49. | 04/28/2005 | BPV-17-01-00125288 | Letter FDA to BPV granting 30 day extension re FDA AI Letter re Modified Recovery (K050558) |
| 50. | 05/02/2005 | FDA_PRODUCTION_00000185 through 191 | Internal FDA memo reviewing animal study re Modified Recovery (K050558) |
| 51. | 05/06/2005 | BPV-17-01-00125422 through 125424 | Conference FDA and BPV re Modified Recovery (K050558) |
| 52. | 05/11/2005 | BPV-17-01-00100782 through 100784 | BPV Dear Colleague Letter |
| 53. | 05/27/2005 | BPVE-01-00034167 through 34168 | Conference FDA and BPV re Modified Recovery (K050558) |
| 54. | 06/03/2005 | BPV-17-01-00125416 through 125615 | Letter BPV to FDA re Modified Recovery conversion Traditional 510(k) (K050558 |
| 55. | 07/26/2005 | FDA_PRODUCTION_00000179 through 183 | Internal FDA memo re BPV Responses to FDA AI Letter re Modified Recovery (K050558) |
| 56. | 07/26/2005 | BPVE-01-00034138 | Conference FDA and BPV re Modified Recovery (K050558) |
| 57. | 07/27/2005 | BPVE-01-00157774 through 157777 | Email chain BPV and FDA re Modified Recovery (K050558) |
| 58. | 07/28/2005 | BPV-17-01-00125220 through 125222 | Letter FDA to BPV re AI re Modified Recovery (K050558) |
| 59. | 07/28/2005 | BPVE-01-00155254 through 155255 | Conference FDA and BPV re AI re Modified Recovery (K050558) |
| 60. | 08/10/2005 | BPV-17-01-00125616 through 125633 | Letter BPV to FDA Responses to AI re G2 (K050558) |
| 61. | 08/19/2005 | BPVE-01-00155084 through 155088 | Email BPV to FDA re G2 (K050558) |
| 62. | 08/22/2005 | BPVE-01-00155392 through 155396 | Email BPV to FDA re G2 (K050558) |
| 63. | 08/22/2005 | FDA_PRODUCTION_00000165 through 168 | Internal FDA memo reviewing BPV's Responses to FDA AI re G2 (K050558) |
| 64. | 08/26/2005 | FDA_PRODUCTION_00000158 through 164 | Fax FDA to BPV re G2 (K050558) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 65. | 08/29/2005 | FDA_PRODUCTION_00000150 through 157 | Fax BPV to FDA re G2 (K050558) |
| 66. | 08/29/2005 | BPVE-01-00154718 through 154723 | Email BPV to FDA re G2 (K050558) |
| 67. | 08/29/2005 | BPV-17-01-00125199 through 125201 | FDA Clearance Letter re G2 Permanent (K050558) (Substantial Equivalence) |
| 68. | 06/03/2005 | BPV-17-01-00125226 through 125285 | Email BPV to FDA re proposed IDE G2 Everest Study |
| 69. | 07/08/2005 | BPV-17-01-00122544 through 122829 | BPV's original IDE submission re G2 Everest Study (G050134) |
| 70. | 08/05/2005 | BPV-17-01-00098772 through 98774 | Conference FDA and BPV re G2 Everest Study (G050134) |
| 71. | 08/08/2005 | BPV-17-01-00122505 through 122508 | FDA Grants BPV Conditional Approval for G2 Everest Study (G050134) |
| 72. | 08/25/2005 | BPV-17-01-00122930 through 122932 | Conference FDA and BPV re G2 Everest Study (G050134) and Conditional Approval |
| 73. | 10/03/2005 | BPV-17-01-00122845 through 122932 | Letter BPV to FDA re G2 Everest Study (G051034) and Conditional Approval |
| 74. | 10/21/2005 | BPVE-01-00275704 | Conference FDA and BPV re G2 Everest Study (G051034) and future submission |
| 75. | 11/02/2005 | BPV-17-01-00122502 | FDA Grants Full Approval of G2 Everest Study (G051304) |
| 76. | 12/02/2005 | BPV-17-01-00123040 through 123067 | Letter BPV to FDA re G2 Everest Study (G051304) Notice of IDE Change |
| 77. | 06/21/2006 | BPV-17-01-00123153 through 123175 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 78. | 06/21/2006 | BPV-17-01-00123183 through 123210 | Letter BPV to FDA re G2 Everest Study (G051304) |
| 79. | 07/11/2006 | BPV-17-01-00123071 through 123152 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 80. | 12/06/2006 | BPV-17-01-00123217 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 81. | 12/08/2006 | BPV-17-01-00123233 through 123249 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 82. | 02/02/2007 | BPV-17-01-00123269 through 123351 | Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report |
| 83. | 08/23/2007 | BPV-17-01-00123427 through 123474 | Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report |
| 84. | 09/21/2007 | BPV-17-01-00123402 through 123405 | Letter FDA to BPV Questions re G2 Everest Study (G051304) |
| 85. | 10/25/2007 | BPV-17-01-00123498 through 123562 | Letter BPV to FDA re Responses to FDA re G2 Everest Study (G051304) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 86. | 12/11/2007 | BPV-17-01-00122495 | Conference FDA and BPV re G2 Everest Study (G051304) |
| 87. | 02/12/2008 | BPV-17-01-00123573 through 123588 | Letter BPV to FDA re G2 Everest Study (G051304) Final IDE Report |
| 88. | 03/12/2008 | BPV-17-01-00123564 through 123565 | Letter FDA to BPV re G2 Everest Study (G051304) Closing IDE |
| 89. | 09/19/2005 | BPV-17-01-00125658 through 125749 | BPV's G2 Filter - Jugular Subclavian Delivery Kit Special 510(k) (K052578) |
| 90. | 09/21/2005 | BPV-17-01-00125750 through 125772 | Letter BPV to FDA re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 91. | 10/13/2005 | BPV-17-01-00046358 through 46362 | Email FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 92. | 10/14/2005 | BPV-17-01-00125799 through 125801 | Conference FDA and BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 93. | 10/14/2005 | BPV-17-01-00125804 through 125805 | Email FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 94. | 10/14/2005 | BPV-17-01-00048142 through 48144 | Letter FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 95. | 10/25/2005 | BPV-17-01-00125782 through 125876 | Letter BPV to FDA Responses to FDA AI Demand re G2 Filter - Jugular (K052578) |
| 96. | 11/14/2005 | BPV-17-01-00125891 through 125892 | Conference FDA and BPV re Responses re G2 Filter - Jugular (K052578) |
| 97. | 11/16/2005 | BPV-17-01-00125893 through 125923 | Letter BPV to FDA Responses to FDA AI Demand re G2 Filter - Jugular (K052578) |
| 98. | 11/25/2005 | BPV-17-01-00125637 through 125639 | FDA Clearance Letter G2 Filter - Jugular (K052578) (Substantial Equivalence) |
| 99. | 09/25/2006 | BPV-17-01-00125963 through 126062 | BPV's G2 Filter - Femoral Delivery Kit Special 510(k) (K062887) |
| 100. | 10/26/2006 | BPV-17-01-00126184 through 126187 | FDA Clearance Letter G2 Filter - Femoral Delivery Kit (K062887) |
| 101. | 12/04/2006 | BPV-17-01-00122493 | Conference FDA and BPV re future G2 Filter Retrievable Traditional 510(k) |
| 102. | 10/31/2007 | BPV-17-01-00123629 through 125197 | BPV's G2 Filter Retrievable Traditional 510(k) (K073090) |
| 103. | 01/15/2008 | BPV-17-01-00123590 through 125592 | FDA Clearance Letter G2 Filter Retrievable (K073090) (Substantial Equivalence) |
| 104. | 03/07/2008 | BPV-17-01-00130498 through 130730 | BPV's G2 Express Filter Special 510(k) (K080668) |
| 105. | 04/08/2008 | BPV-17-01-00130470 through 130473 | Letter FDA to BPV re AI Demand re G2 Express (K080668) |
| 106. | 05/05/2008 | BPV-17-01-00131255 through 131261 | Letter BPV to FDA Request 30 day extension re G2 Express (K080668) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 107. | 05/06/2008 | BPV-17-01-00130468 | Letter FDA to BPV Granting extension re G2 Express (K080668) |
| 108. | 05/08/2008 | BPV-17-01-00130268 through 130441 | Letter BPV to FDA Responses to AI Demand re G2 Express (K080668) |
| 109. | 06/06/2008 | BPV-17-01-00130460 through 130463 | Letter BPV to FDA Responses to AI Demand re G2 Express (K080668) |
| 110. | 06/25/2008 | BPV-17-01-00117271 through 117272 | Conference FDA and BPV re AI Demand re G2 Express (K080668) |
| 111. | 06/26/2008 | BPV-17-01-00130442 through 130448 | Letter BPV to FDA Request 30 Day Extension re G2 Express (K080668) |
| 112. | 07/01/2008 | BPV-17-01-00130459 | Letter FDA to BPV Granting Extension re G2 Express (K080668) |
| 113. | 07/02/2008 | BPV-17-01-00117260 through 117783 | Letter BPV to FDA Responses re AI Demand re G2 Express (K080668) |
| 114. | 07/30/2008 | BPV-17-01-00130450 through 130452 | FDA Clearance Letter G2 Express Filter (K080668) (Substantial Equivalence) |
| 115. | 08/12/2008 | BPV-17-01-00131320 through 131596 | BPV's G2X Filter Special 510(k) (K082305) |
| 116. | 09/04/2008 | BPV-17-01-00131294 through 131295 | Email FDA to BPV re FDA AI Demand re G2X (K082305) |
| 117. | 09/08/2008 | BPV-17-01-00131298 through 131299 | Letter FDA to BPV re FDA AI Demand re G2X (K082305) |
| 118. | 09/29/2008 | BPV-17-01-00130734 through 130838 | Letter BPV to FDA re Responses to FDA AI Demand re G2X (K082305) |
| 119. | 10/31/2008 | BPV-17-01-00131282 through 131284 | FDA Clearance Letter G2X Filter (K082305) Substantial Equivalence |
| 120. | 08/14/2009 | BPV-17-01-00171823 through 171824 | Conference FDA and BPV re future Eclipse Filter 510(k) |
| 121. | 11/23/2009 | BPV-17-01-00116991 through 117153 | BPV's Eclipse Filter System Special 510(k) (K093659) |
| 122. | 12/15/2009 | BPV-17-01-00171797 through 171799 | Letter FDA to BPV re FDA AI Demand re Eclipse (K093659) |
| 123. | 12/17/2009 | BPV-17-01-00145607 through 145616 | Letter BPV to FDA re Responses to FDA AI Demand re Eclipse (K093659) |
| 124. | 01/14/2010 | BPV-17-01-00117156 through 117158 | FDA Clearance Letter Eclipse Filter (K093659) (Substantial Equivalence) |
| 125. | 05/20/2010 | BPV-17-01-00171679 through 171793 | BPV's Eclipse Filter Special 510(k) (K101431) |
| 126. | 06/18/2010 | BPV-17-01-00171794 through 171796 | Letter FDA to BPV re FDA AI Demand re Eclipse (K101431) |
| 127. | 06/21/2010 | BPV-17-01-00145617 through 145633 | Letter BPV to FDA re Responses to FDA AI Demand re Eclipse (K101431) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 128. | 06/22/2010 | BPV-17-01-00171815 through 171817 | FDA Clearance Letter for Eclipse Filter (K101431) (Substantial Equivalence) |

**C.   Exhibits to Exhibit B Declaration of John D. Van Vleet In Support of Defendants' Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 1. | 08/14/2009 | BPV-17-01-00171823 through 171824 | FDA Contact Report (Eclipse and Platinum Pre IDE) |
| 2. | 11/17/2009 | BPV-17-01-00171823 through 171824 | (Filters and future submissions) |
| 3. | 12/03/2009 | BPVEFILTER-08-00026072 through 26125 | Meridian Pre-IDE Meeting Request |
| 4. | 01/08/2010 | BPV-17-01-00171850 through 171853 | (Meridian Pre IDE) |
| 5. | 08/31/2010 | BPV-17-01-00150192 through 151045 | Meridian Jugular Subclavian Delivery Kit Traditional 510(k) (K102511) |
| 6. | 10/26/2010 | BPVE-01-01977697 through 1977704 | Letter from FDA to BPV re Meridian Jugular (K102511) |
| 7. | 11/12/2010 | BPV-17-01-00171872 through 171873 | (Meridian) |
| 8. | 11/16/2010 | BPVE-01-01404251 through 1404291 | Email to FDA enclosing fatigue testing info re Meridian |
| 9. | 12/08/2010 | BPV-17-01-00171830 through 171832 | FDA Contact Report re Meridian |
| 10. | 12/27/2010 | BPVEFILTER-01-01201729 through 1201779 | Letter from BPV to FDA re Meridian Jugular (K102511) |
| 11. | 12/27/2010 | BPVEFILTER-11-00002394 through 2960 | Appendices to Letter to FDA |
| 12. | 02/01/2011 | BPVEFILTER-01-00016497 through 16501 | Letter from FDA to BPV re Meridian Jugular (K102511) |
| 13. | 02/10/2011 | BPV-17-01-00171836 through 171838 | FDA Contact Report (Meridian) |
| 14. | 02/17/2011 | BPV-17-01-00171841 through 171844 | (Meridian) |
| 15. | 02/22/2011 | BPVEFILTER-01-01853704 through 1853705 | Email with FDA re chromosomal aberration testing (Question 3 from Feb. 1 letter) |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 16. | 05/17/2011 | BPV-17-01-00171857 through 171864 | (Meridian) |
| 17. | 05/17/2011 | BPVEFILTER-01-00136505 | PPT to FDA re Meridian |
| 18. | 05/20-23/2011 | BPVEFILTER-08-00065051 through 65053 | Email chain re deficiencies 8 and 9 |
| 19. a. | 05/23/2011 | BPVEFILTER-08-00076994 through 77147 | Letter to FDA re Meridian FDA Questions Feb. 1, 2011 Nos 1-7, 10-13 |
| 19.b. | 05/23/2011 | BPVEFILTER-08-00077067 | Letter from BPV to FDA (Appendix 6) Produced in Native Format |
| 19.c. | 05/23/2011 | BPVEFILTER-08-00077146 | Letter from BPV to FDA (Appendix 8) Produced in Native Format |
| 19.d. | 05/23/2011 | BPVEFILTER-08-00077147 | Letter from BPV to FDA (Appendix 8) Produced in Native Format |
| 20. | 06/16/2011 | BPVEFILTER-01-01138842 through 1138951 | Email from custodial file of Joni Creal with Appendix 1-6 |
| 21. | 06/22/2011 | BPV-17-01-00171877 through 171879 | (Meridian) |
| 22. | 06/27/2011 | BPVEFILTER-08-00075953 through 76043 | Email from custodial file of Joni Creal with Appendix 1 & 2 |
| 23. | 06/27/2011 | BPVEFILTER-08-00074784 through 74827 | Email from custodial file of Joni Creal with Appendix 3-5 |
| 24. | 06/27/2011 | BPVEFILTER-08-00085241 through 85294 | Email from custodial file of Joni Creal with Appendix 6 & 7 |
| 25. | 06/27/2011 | BPVEFILTER-08-00083555 through 83592 | Email from custodial file of Joni Creal with Appendix 8 & 9 |
| 26. a. | 06/27/2011 | BPVEFILTER-08-00081986 through 82031 | Email from custodial file of Joni Creal with Appendix 10 & 11 |
| 26.b. | 02/10/2011 | BPVEFILTER-08-00082031 | Letter from BPV to FDA (Appendix 11) Produced in Native Format |
| 27. | 06/27/2011 | BPVEFILTER-08-00080312 through 80407 | Email from custodial file of Joni Creal with Appendix 12 & 13 |
| 28. | 06/27/2011 | BPVEFILTER-01-01156092 through 1156185 | Email from custodial file of Joni Creal with Appendix 14 Part A |
| 29. | 06/27/2011 | BPVEFILTER-35-00027113 through 27173 | Email from custodial file of Joni Creal with Appendix 14 Part B |
| 30. | 08/17/2011 | BPVEFILTER-08-00077841 through | Email with FDA re Meridian IFU changes |

- 10 -

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| | | 77854 | |
| 31. | 08/24/2011 | BPV-17-01-00171818 through 171820 | Meridian Clearance (K102511) |
| 32. | 08/27/2011 | BPV-17-01-00147141 through 147592 | Femoral Delivery Kit Special 510(k) (K112497) (Vol. I & II) |
| 33. | 09/30/2011 | BPV-17-01-00147593 through 147597 | Letter from FDA to BPV re Meridian Filter System -- Femoral Special 510(k) (K112497) |
| 34. | 09/30/2011 | BPV-17-01-00147598 through 147607 | Letter from BPV to FDA re Meridian Filter System Response to FDA Questions |
| 35. | 9/30/2011 | BPVEFILTER-01-01138155 | Email to FDA enclosing responses to AI (K112497) |
| 36. | 10/24/2011 | BPVEFILTER-01-01138155 | FDA Clearance Letter Meridian Filter System (K112497) (Substantial Equivalence) |
| 37. | 08/14/2009 | BPV-17-01-00171823 through 171824 | FDA Contact Report (Eclipse and Platinum Pre IDE) |
| 38. | 03/19/2010 | BPVEFILTER-01-01138499 through 1138571 | Email to FDA enclosing Denali Pre-IDE |
| 39. | 05/05/2010 | BPVEFILTER-01-00703843 through 703877 | Email enclosing PPT slides for meeting |
| 40. | 05/05/2010 | BPV-17-01-00171868 through 171871 | (Denali Pre IDE) |
| 41. | 05/13/2010 | BPVEFILTER-01-01110191 through 1110196 | Email and meeting minutes re Denali Pre-IDE |
| 42. | 05/20/2010 | BPV-17-01-00171865 through 171867 | (Denali Pre IDE) |
| 43. | 06/07/2010 | BPVEFILTER-11-00254025 through 254027 | FDA Contact Report (Denali Pre-IDE Meeting) |
| 44. | 12/10/2010 | BPVEFILTER-01-01165336 | Email to FDA confirming Denali regulatory strategy |
| 45. | 12/30/2010 | BPV-17-01-00217546 through 219372 | IDE for Denali |
| 46. | 02/01/2011 | BPVEFILTER-01-00367553 through 367563 | FDA Conditional Approval of IDE with 31 questions |
| 47. | 02/10/2011 | BPV-17-01-00171833 through 171835 | FDA Contact Report (Denali Pre IDE) |
| 48. | 02/16/2011 | BPV-17-01-00230270 through 230281 | BPV IDE Supplement #1 |
| 49. | 02/16/2011 | BPV-17-01-00230123 through 230269 | BPV IDE Supplement #1 appendices |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 50. | 02/22/2011 | BPVEFILTER-01-01166624 through 1166626 | Email to FDA re biocompatibility questions 27-31 |
| 51. | 03/11/2011 | BPVEFILTER-01-01205839 through 1205845 | Email to FDA with proposed response to Nos. 18 and 24 |
| 52. | 03/16/2011 | BPVEFILTER-01-01141999 through 1142002 | Email confirming FDA re biocompatibility |
| 53. | 03/17/2011 | BPV-17-01-00231740 through 231741 | FDA letter with conditional approval of IDE |
| 54. | 03/21/2011 | BPVEFILTER-01-00703650 through 703657 | Email from FDA re Questions 18 and 24 |
| 55. | 08/09/2011 | BPV-17-01-00219373 through 220196 | BPV 5th IDE Supplement |
| 56. | 09/09/2011 | BPV-17-01-00231734 through 231736 | FDA letter conditional approval of IDE |
| 57. | 10/03/2011 | BPV-17-01-00220197 through 220258 | BPV 7th IDE Supplement |
| 58. | 11/03/2011 | BPVEFILTER-01-01153526 through 1153528 | Letter from FDA requesting more info |
| 59. | 11/11/2011 | BPV-17-01-00220259 through 220290 | BPV 9th IDE Supplement |
| 60. | 01/31/2012 | BPV-17-01-00230629 through 230644 | IDE Annual Report |
| 61. | 11/13/2012 | BPV-17-01-00230655 through 230749 | BPV 13th IDE Supplement. |
| 62. | 12/04/2012 | BPVEFILTER-01-01170973 through 1170977 | Email and attachment to FDA responding to informal questions |
| 63. | 12/14/2012 | BPV-17-01-00231742 through 231746 | FDA Letter approving IDE change. |
| 64. | 01/10/2013 | BPV-17-01-00230832 through 230904 | BPV Annual IDE Report. |
| 65. | 02/07/2013 | BPV-17-01-00231737 through 231739 | FDA Letter with questions re IDE annual report |
| 66. a. | 02/08/2013 | BPV-17-01-00213103 through 217321 | Denali 510(k) submission (K130366) -- Narrative Submission |
| 66.b. | 02/08/2013 | BPV-17-01-00213189 | Denali 510(k) submission (K130366) -- Appendices Part 1 |
| 66.c. | 02/08/2013 | BPV-17-01-00213689 | Denali 510(k) submission (K130366) -- Appendices Part 2 |
| 66.d. | 02/08/2013 | BPV-17-01-00214188 | Denali 510(k) submission (K130366) -- Appendices Part 3 |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 66.e. | 02/08/2013 | BPV-17-01-00214588 | Denali 510(k) submission (K130366) -- Appendices Part 4 |
| 66.f. | 02/08/2013 | BPV-17-01-00215018 | Denali 510(k) submission (K130366) -- Appendices Part 5 |
| 66.g. | 02/08/2013 | BPV-17-01-00215974 | Denali 510(k) submission (K130366) -- Appendices Part 6 |
| 66.h. | 02/08/2013 | BPV-17-01-00216074 | Denali 510(k) submission (K130366) -- Appendices Part 7 |
| 66.i. | 02/08/2013 | BPV-17-01-00216174 | Denali 510(k) submission (K130366) -- Appendices Part 8 |
| 66.j. | 02/08/2013 | BPV-17-01-00216474 | Denali 510(k) submission (K130366) -- Appendices Part 9 |
| 66.k. | 02/08/2013 | BPV-17-01-00216874 | Denali 510(k) submission (K130366) -- Appendices Part 10 Section 1 |
| 66.l. | 02/08/2013 | BPV-17-01-00217098 | Denali 510(k) submission (K130366) -- Appendices Part 10 Section 2 |
| 67. | 03/01/2013 | BPV-17-01-00230755 through 230831 | BPV response to FDA questions re annual IDE report |
| 68. | 03/14/2013 | BPV-17-01-00230014 through 230021 | Emails with FDA re Denali 510(k) |
| 69. | 04/06/2013 | BPV-17-01-00229495 through 229498 | Email from FDA requesting additional information |
| 70. | 04/15/2013 | BPV-17-01-00229652 through 229767 | Email to FDA responding to questions |
| 71. | 04/15/2013 | BPV-17-01-00229894 through 229998 | Email to FDA responding to questions |
| 72. | 04/24/2013 | BPV-17-01-00229624 through 229651 | Email to FDA responding to questions |
| 73. | 05/06/2013 | BPV-17-01-00229784 through 229799 | Email to FDA responding to questions |
| 74. | 05/06/2013 | BPV-17-01-00229537 through 229613 | Email to FDA responding to questions |
| 75. | 05/08/2013 | BPV-17-01-00229823 through 229838 | Email to FDA with redlined IFU |
| 76. | 05/10/2013 | BPV-17-01-00229493 through 229494 | FDA email to BPV re revised IFU |
| 77. | 05/10/2013 | BPV-17-01-00229854 through 229868 | Email to FDA with revised 510(k) summary |
| 78. | 05/14/2013 | BPV-17-01-00229839 through 229853 | Emails with FDA re animal study description in 510(k) summary |
| 79. | 05/15/2013 | BPV-17-01-00217095 through 217097 | Denali 510(k) (K130366) Clearance Letter |

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 80. | 01/30/2014 | BPV-17-01-00230921 through 230999 | BPV IDE Annual Report |
| 81. | 11/07/2014 | BPV-17-01-00217322 through 217528 | Denali Special 510(k) (K143208) |
| 82. | 12/09/2014 | BPV-17-01-00217529 through 217530 | Denali Clearance Letter (K143208) |
| 83. | 01/30/2015 | BPV-17-01-00231017 through 231170 | BPV Annual IDE Report |
| 84. | 01/29/2016 | BPV-17-01-00231188 through 231623 | BPV IDE Final Annual Report |
| 85. | 02/16/2016 | BPV-17-01-00231748 through 231749 | FDA email re final IDE and annual report |
| 86. | 02/18/2016 | BPV-17-01-00231751 through 231756 | BPV email responding to questions of Feb. 16 |
| 87. | 02/26/2016 | BPV-17-01-00231750 | FDA letter closing Denali IDE |

WHEREFORE, Bard respectfully requests the Court to accept Defendants' exhibits to their motion for summary judgment regarding preemption via USB thumb-drive included herewith.

RESPECTFULLY SUBMITTED this 24th day of March, 2017.

SNELL AND WILMER L.L.P.

By:  s/Amanda Sheridan
James R. Condo
Amanda Sheridan
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204

Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY &
  SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/Amanda Sheridan