IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of the Defendants' Motion for Leave to File Exhibits to Defendants' Separate Statement of Facts In Support of Their Motion for Summary Judgment Regarding Preemption in a Different Medium, the motion is hereby **granted.**

The Court accepts Bard's exhibits to the motion for summary judgment regarding preemption on the USB thumb-drive included with Bard's motion for leave.