1  James R. Condo (#005867)
   Amanda C. Sheridan (#027360)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2204
4  Telephone: (602) 382-6000
   jcondo@swlaw.com
5  asheridan@swlaw.com

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
8  NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
9  201 17th Street, NW, Suite 1700
   Atlanta, GA 30363
10 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
11 matthew.lerner@nelsonmullins.com

12 *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
13 *Bard Peripheral Vascular, Inc.*

14                IN THE UNITED STATES DISTRICT COURT

15                       FOR THE DISTRICT OF ARIZONA

16 | IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |

**NOTICE OF LODGING NON-ELECTRONIC EXHIBITS TO DEFENDANTS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION**

22  **NOTICE IS HEREBY GIVEN** that Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") have lodged with the Clerk of the Court, their exhibits to their Separate Statement of Facts In Support of Their Motion for Summary Judgment Regarding Preemption (Doc. No. 5398) in a different medium (also known as a USB flash drive). Bard states that because the amount of data (3GB) exceeds the limits of the Court's electronic capabilities, it was necessary to provide the Court with a USB flash drive containing the exhibits to their Statement of Facts, in support of their

Motion for Summary Judgment.

Further, Bard states that some of the exhibits on the USB flash drive are currently the subject of Bard's pending Amended Motion to Seal (Doc. No. 5401).

RESPECTFULLY SUBMITTED this 27th day of March, 2017.

SNELL AND WILMER L.L.P.

By: s/Amanda C. Sheridan
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204

Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY &
  SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/Amanda C. Sheridan

4829-8589-9333

- 3 -