## AFFIDAVIT OF SERVICE ON AARON BUBOLZ, M.D.

| Case: MD-15-02641-PHX-DGC | Court: US DISTRICT COURT for the DISTRICT OF ARIZONA | County: STATE OF ARIZONA | Job: 1326960 (546610) |
|---|---|---|---|
| Plaintiff / Petitioner: DEBRA ANN TINLIN, Plaintiff -v- | | Defendant / Respondent: C.R. BARD, INC., a foreign corporation, et al., Defendants. | |
| Received by: ATTORNEY'S LITIGATION SUPPORT SERVICES | | For: MLQ ATTORNEY SERVICES | |
| To be served upon: AARON BUBOLZ, M.D. | | | |

I, DEBORAH NELSON, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State of Wisconsin where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: AARON BUBOLZ, M.D., at 2219 GARFIELD STREET, TWO RIVERS, WISCONSIN 54241

Manner of Service: PERSONALLY SERVED on DR. AARON BUBOLZ on MARCH 21, 2017 at 11:38 A.M.

Documents: COVER LETTER TO DR. BUBOLZ, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, EXHIBIT A, DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF AARON BUBOLZ, M.D., CERTIFICATION OF SERVICE, EXHIBIT A, $67.00 WITNESS FEE CHECK

Additional Comments:

_____  March 22, 2017
DEBORAH NELSON           Date
LICENSE NO. 16497-62

ATTORNEY'S LITIGATION SUPPORT SERVICES
P.O. Box 12154
Green Bay, WI 54307
920.265.2466

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3-22-19        2-7-10
Date          Commission Expires

546610