Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Melanie Vilece*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 28th day of March, 2017.

           GALLAGHER & KENNEDY, P.A.

           By: *s/ Paul L. Stoller*
               Mark S. O'Connor
               Paul L. Stoller
               2575 East Camelback Road
               Phoenix, Arizona  85016-9225

           LOPEZ McHUGH LLP
               Ramon Rossi Lopez (CA Bar No. 86361)
               (admitted *pro hac vice*)
               100 Bayview Circle, Suite 5600
               Newport Beach, California 92660

           *Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 28th day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　　*/s/Deborah Yanazzo*
　　　　　　　　　　　　　　　　　　　　　　Deborah Yanazzo

59122851/26997-0001