AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Lezli Styndl, and Brandon Styndl | ) | MDL Case No. 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:17-cv-00920-DGC |
| Bard Peripheral Vascular, Inc., and C.R. Bard, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lezli Styndl and Brandon Styndl                                                                               .

Date:     03/29/2017

/s/ Eric Roslansky
*Attorney's signature*

Eric Roslansky FL Bar # 42067
*Printed name and bar number*

The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

*Address*

eroslansky@getjustice.com; ivc@getjustice.com
*E-mail address*

(888) 783-8378
*Telephone number*

(727) 323-7720
*FAX number*