IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    Case No:  2:15-md-2641-DGC
_____                    MDL No:  2641

This Document Relates to Plaintiffs:

    CRYSTAL SENGER

Civil Case # 2:16-cv-00888-DGC
_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CRYSTAL SENGER and Defendants, C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 30th day of March, 2017.

Respectfully submitted,

    /s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

__/s/ Richard B. North, Jr._____

Richard B. North, Jr.
Nelson  Mullins Riley & Scarborough LLP
Atlantic Station
Suite 1700
201 17th Street, NW
Atlanta, GA  30363
Tel:  404-322-6000
Fax:  404-322-6397
Richard.north@nelsonmullins.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

_____/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON