IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          Case No:  2:15-md-02641-DGC
                                       MDL No:  2641

_____

This Document Relates to Plaintiff:

    CRYSTAL SENGER

Civil Case #    2:16-CV-00888-DGC

_____

**ORDER**

    Considering the parties' Stipulation of Dismissal Without Prejudice of Crystal Senger,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Crystal Senger against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2570 (Member Case 2:16-cv-00888 are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Signed this _____ day of _____, 2017.


_____
Honorable David Campbell
United States District Court Judge