Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**JOINT MOTION TO INCLUDE PLAINTIFFS' RESPONSE TO BARD'S MOTION TO SEAL IN THE CMO 22 SCHEDULING PROCESS** |

In connection with its Motion and Memorandum In Support of Motion for Summary Judgment Regarding Preemption [Doc. 5396], Defendants Bard Peripheral

Vascular, Inc. and C. R. Bard, Inc. ("Bard") filed an Amended Motion and Incorporated Memorandum to Seal ("Motion to Seal") [Doc. 5401]. Counsel for Plaintiffs and Bard have conferred regarding the Motion to Seal and agree that the deadline for Plaintiffs' response to the Motion to Seal should be determined at the May 3, 2017 Case Management Conference when the Court determines the date for Plaintiffs' response to Bard's Motion for Summary Judgment. Proceeding in this manner will allow sufficient time for Plaintiffs to evaluate the documents Bard seeks to file under seal by the Motion to Seal and for the parties to meet and confer relating to disputes as to those documents. The parties hope that, through this meet and confer process, the areas of dispute can be eliminated or at least narrowed.

Respectfully submitted this 29th day of March 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
Mark S. O'Connor (011029)
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew B. Lerner*
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo
Snell & Wilmer, LLP
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Gay Mennuti

59231010/26997-1