Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF BILL EDWARDS** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs will take the videotaped deposition of Bill Edwards, upon oral examination before an officer authorized by law to administer oaths commencing at 9:00 a.m. on April 11 2017, at Pepper Hamilton LLP, 100 Market Street, Suite 200, Harrisburg, PA 17108, and continuing thereafter from time to time until concluded.

DATED this 30th day of March, 2017.

GALLAGHER & KENNEDY, P.A.

By: /s/ Paul L. Stoller
Mark S. O'Connor
Paul L. Stoller
2575 East Camelback Road
Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, a true and correct copy of the foregoing was sent via U.S. Mail and/or Electronic Mail to:

James R. Condo
Amanda Sheridan
Snell & Wilmer LLP
400 East Van Buren Street, Suite 1900
Phoenix, Arizona  85004
*Attorneys for Defendants*

Richard B. North, Jr.
Matthew Lerner
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
*Attorneys for Defendants*

*Counsel for Plaintiffs will be served in accordance with the Court's Case Management Order No. 1

/s/ Mercy Paz Hoffmon
Mercy Paz Hoffmon

5925800