IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION            No. MDL 15-2641-PHX DGC
_____

This Document Relates to:                **ORDER**

    CRYSTAL SENGER

Civil Case    CV16-0888 PHX-DGC
_____

The Court has considered the parties' stipulation for dismissal without prejudice. Doc. 5420.

**IT IS HEREBY STIPULATED AND AGREED** that parties' stipulation for dismissal without prejudice (Doc. 5420) is **granted.** All claims of Plaintiff Crystal Senger against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV16-0888 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 31st day of March, 2017.

_____
David G. Campbell
United States District Judge