**RETURN OF SERVICE**

# UNITED STATES DISTRICT COURT
## District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
In re Bard Filters Products Liability Litigation

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 14th day of March, 2017 at 2:54 pm to be served on **Timothy McGowan, M.D. c/o Michelle B. Jones, University of Mississippi Medical Center, 2500 North State Street, Jackson, MS 39216.**

I, Megan Patrick, do hereby affirm that on the **21st** day of **March, 2017** at **12:37 pm**, I:

**Substitute Service** by leaving a true copy of the **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, to: **Michelle Jones** as **Administrative Assistant**, at the within named person's usual place of abode, at the address of **2500 North State Street, Jackson, MS 39216** who is 18 years of age or older, and informed the person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Megan Patrick
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000375