IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY
LITIGATION

CASE NO: MD-15-02641-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / LODGED / RECEIVED / COPY
APR 03 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: APPLICATION FEE REQUIRED!

I, <u>DAVID B. OWEN JIMENEZ</u>, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of _____ Plaintiffs  Avenot _____.

**City and State of Principal Residence:** SAN JUAN, PUERTO RICO
**Firm Name:** JOHNSTON LAW GROUP
**Address:** 1510 Ave. FD Roosevelt   **Suite:** 6A1
**City:** Guaynabo   **State:** PR   **Zip:** 00968
**Firm/Business Phone:** ( - ) 415-500-4273
**Firm Fax Phone:** ( ) 844-644-1230   **E-mail Address:** david@masstortslaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| DISTRICT COURT OF PUERTO RICO | AUGUST 11, 2014 | ✓ Yes   ☐ No* |
|  |  | ☐ Yes   ☐ No* |
|  |  | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

3/29/2017                                David Owen
**Date**                                **Signature of Applicant**
**Fee Receipt #** phx183869

(Rev. 04/12)

AO 136  (Rev.9/98)Certificate of Good Standing

UNITED STATES DISTRICT COURT
For The District Of Puerto Rico

## CERTIFICATE OF GOOD STANDING

I, __**Frances Rios de Moran, Esq.**__, Clerk of this Court,

certify that __**David B. Owen-Jimenez**__ Bar number **301113**,

was duly admitted to practice in this Court on **August 11, 2014**

and is in good standing  as a member of the Bar of this Court.

Dated at _____San Juan_____, on___March 23,  2017___
                 City                                            Date

_Frances Rios de Moran_
 Clerk of The Court                             Antonio Rodriguez
                                                  Deputy Clerk