# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michelle Valentine

    Plaintiff(s)/Petitioner(s),

vs.

C.R. Bard, Inc., et al.

    Defendant(s)/Respondent(s)

CASE NO: 17-CV-0579-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY
APR 0 5 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

### NOTICE: APPLICATION FEE REQUIRED!

I, __Nicole K.H. Maldonado__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Plaintiff Michelle Valentine, currently In Pro Se__.

**City and State of Principal Residence:** Los Angeles, CA
**Firm Name:** Baum Hedlund Aristei & Goldman, P.C.
**Address:** 12100 Wilshire Blvd.    **Suite:** 950
**City:** Los Angeles    **State:** CA    **Zip:** 90025
**Firm/Business Phone:** (310) 207-3233
**Firm Fax Phone:** (310) 820-7444    **E-mail Address:** nmaldonado@bhlaw.us

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See Attachment "A" | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| n/a | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/1/17      Nicole K.H. Maldonado

**Date**      **Signature of Applicant**

**Fee Receipt #** phx183971

(Rev. 04/12)

Attachment "A"
To Application of Attorney for Admission to practice Pro Hac
Vice Pursuant to LRCiv 83.1(b)(2)

## Nicole K.H. Maldonado
(CA Bar No. 207715)

Admitted to practice before the following courts and in good standing:

| | |
|---|---|
| Supreme Court of California | 06/09/2000 |
| U.S. Dist. Court, Southern District of CA | 01/23/2002 |
| Supreme Court of Florida | 05/10/2004 |
| U.S. Dist. Court, Central District of CA | 11/21/2007 |
| U.S. Dist. Court, Eastern District of WI | 07/08/2008 |
| U.S. Dist. Court, Southern Indiana | 05/**/2016 |
| U.S. Dist. Court, Northern Indiana | 05/**/2016 |

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Nicole K. H. Maldonado_____ , Bar No. _____207715_____

was duly admitted to practice in this Court on __November 21st, 2007__
                                                         *DATE*

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _____April 4th, 2017_____
          *Date*

                                KIRY K. GRAY
                                Clerk of Court

                        By  /s/ A. Kannike
                            _____
                            Andrea Kannike , Deputy Clerk

G-52 (10/15)                CERTIFICATE OF GOOD STANDING