## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL No. 2641 <br> 15-02641-PHX-DGC |
| **This Document Relates to:** <br><br> *Michelle Valentine v. C.R. Bard, Inc., et al.* <br> Case No. 17-CV-0579-PHX-DGC | **Judge David G. Campbell** |

### NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Michelle Valentine

Date:  April 6, 2017                                  Respectfully submitted,

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq., CA Bar No. 207715
*Admitted Pro Hac Vice*
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233 Tel
(310) 820-7444 Fax
nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Michelle Valentine*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, April 6, 2017, a copy of the foregoing was served electronically the the attorneys below who have filed an appearance, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system:

**Amanda Christine Sheridan**
Snell & Wilmer LLP
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
602-382-6304
Fax: 602-382-6070
Email: asheridan@swlaw.com

**Kevin George Lohman**
Reed Smith LLP
355 S Grand Ave., Ste. 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: klohman@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dated:  April 6, 2017            _____/s/ Nicole K.H. Maldonado_____
                                                          Nicole K.H. Maldondo