Eric D. Roslansky (FL #42067)
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL 33733
Telephone: 1-888-783-8378
eroslansky@getjustice.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 15-02641-PHX-DGC |
| | Civil Case No. 2:16-cv-02118-PHX-DGC |
| This Document Relates to: Meinholdt v. C.R. Bard, Inc, et al. | **MOTION FOR SUBSTITUTION OF PARTY** |

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting BOBBY CHILTON, on behalf of the Estate of Barbara Meinholdt, and as grounds therefore would state as follows:

1. That Barbara Meinholdt filed a products liability lawsuit against Defendants on June 29, 2016.

2. That on or about August 18, 2016, Barbara Meinholdt passed away.

3. That Bobby Chilton has been appointed the Personal Representative of the Estate of Barbara Meinholdt (see Letters of Administration attached as Exhibit "A").

4. That pursuant to Fed. R. Civ. P. 25(a)(1), the Court may order substitution of the proper Parties upon a Motion by any

Party or by the successors or representatives of the deceased Party.

WHEREFORE, Bobby Chilton, as Personal Representative of the Estate of Barbara Meinholdt, deceased, requests this Court to GRANT his Motion for Substitution of Party.

_s/ Eric Roslansky_
Eric D. Roslansky, Esquire
Florida Attorney License: 42067
eroslansky@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL 33733
1-888-783-8378
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 13th day of April, 2017.

_s/ Eric Roslansky_
Eric D. Roslansky, Esquire
Florida Attorney License: 42067
eroslansky@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL 33733
1-888-783-8378
Attorneys for Plaintiff