CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

FILED
FEB 27 2017
11
Clerk of the Circuit Court

ESTATE OF )
)
BARBARA KAY MEINHOLDT, ) NO. 2017P00110
)
Deceased. )

LETTERS OF ADMINISTRATION - DECEDENT'S ESTATE

Bobby Glenn Chilton has been appointed Independent Administrator of the Estate of Barbara Kay Meinholdt, deceased, who died on August 18, 2016, and as such representative he is authorized to take possession of and collect the estate of the decedent, and to do all acts required of him by law.

Witness, ____FEB 27 2017____, 2017.

(Seal of Court)

_____
(Clerk of the Circuit Court)

CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

Dated ____FEB 27 2017____, 2017.

(Seal of Court)

_____
(Clerk of the Circuit Court)