**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION
                                MDL No. 2641

Civil Case No.
2:16-cv-02118-PHX-DGC
_____/

**ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

THIS MATTER, having come before this Court, upon the Plaintiff's Motion for Substitution of Party, and the Court being otherwise fully advised in the premises, it is thereupon:

ORDERED AND ADJUDGED that BOBBY CHILTON, as personal representative for Barbara Meinholdt, be and hereby is substituted as Party Plaintiff for BARBARA MEINHOLDT, deceased.

It is further ORDERED AND ADJUDGED that all future pleadings shall reflect the proper Party.

DONE AND ORDERED in Chambers this _____ day of _____, 2017.

                                                                          _____
                                                                         Honorable David G. Campbell
                                                                         United States District Judge