UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Lois Daley,<br><br>      Plaintiff,<br><br>      v.<br><br>Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al.,<br><br>      Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-17-01037-PHX-DGC |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  April 14, 2017                            /s/ Richard B. North, Jr.
                                                                                     *Attorney's signature*

                                                                                     Richard B. North, Jr. (Ga. Bar No. 545599)
                                                                                     *Printed name and bar number*

                                                                                     Nelson Mullins Riley & Scarborough, LLP
                                                                                     201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                                                     *Address*

                                                                                     richard.north@nelsonmullins.com
                                                                                     *E-mail Address*

                                                                                     (404) 322-6000
                                                                                     *Telephone number*

                                                                                     (404 322-6050
                                                                                     *FAX number*