AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Sherrie Lynn Butler, et al. | ) | LEAD CASE: 2:15-md-2641-PHX-DGC |
| *Plaintiff* | ) | This Matter Relates to: |
| v. | ) | Case No. CV-17-01142-PHX-DGC |
| C.R. Bard Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Sherrie Lynn Butler and Brenden Butler                                              .

Date:   04/18/2017                                           /s/ Barry D. Levy
                                                                                        *Attorney's signature*

                                                                   Barry D. J. Levy (OH Reg # 0018986)
                                                                        *Printed name and bar number*

                                                                       O'Connor, Acciani & Levy LPA
                                                                         600 Vine Street, Suite 1600
                                                                             Cincinnati, OH 45202

                                                                                        *Address*

                                                                              bdl@oal-law.com
                                                                                *E-mail address*

                                                                                (513) 241-7111
                                                                              *Telephone number*

                                                                                (513) 241-7197
                                                                                  *FAX number*