IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641 |
| This Document Relates to: WILLIAM JONES<br><br>Plaintiff,<br>v.<br><br>C.R. BARD and BARD PERIPHERAL VASCULAR, INC.<br><br>Defendants. | Civil Action No. 2:17-CV-00617<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Now come, Plaintiff, William Jones and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff William Jones in this action against C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Respectively submitted,

s/ Melissa E. Mielke
Melissa E. Mielke (Bar No. 284560)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mmielke@skikoscrawford.com

**ATTORNEYS FOR PLAINTIFF WILLIAM JONES**

/s/Richard B. North
Richard B. North
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th St. NW
Suite 1700
Atlanta, GA 30363
(404) 322-6282 Telephone
(404) 322-6050 Facsimile

**ATTORNEY FOR C.R BARD and BARD PERIPHERAL VASCULAR, INC.**

/s/Richard B. North
Richard B. North
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th St. NW
Suite 1700
Atlanta, GA 30363
(404) 322-6282 Telephone
(404) 322-6050 Facsimile

**ATTORNEY FOR C.R BARD and BARD PERIPHERAL VASCULAR, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: April 20, 2017

/s/ Melissa Mielke
Melissa E. Mielke (Bar No. 269765)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mmielke@skikoscrawford.com