IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641 |
| **This Document Relates to:**<br><br>**WILLIAM JONES**<br><br>Plaintiff,<br><br>v.<br><br>**C.R. BARD and BARD PERIPHERAL VASCULAR, INC.**<br><br>Defendants. | Civil Action No. 2:17-CV-00617<br><br><u>**ORDER OF DISMISSAL WITHOUT PREJUDICE**</u> |

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, William Jones

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action MD-15-02641 (Member Case 2:17-cv-00617) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

**Dated**_____, 2017      _____

**HONORABLE JUDGE DAVID G. CAMPBELL**

**Judge, United States District Court**