IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION<br>GRACE HILLARY KATHERINE COHAN,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>C R BARD INCORPORATED ET AL | No. MD-15-02641-PHX-DGC<br><br>Civil Case No.<br>2:17-cv-00796 |

**NOTICE TO AMEND COMPLAINT**

　　Plaintiff, Grace Hillary Katherine Cohan, hereby through her counsel, provides notice to provide the amended complaint in the above referenced matter.

　　RESPECTFULLY SUBMITTED this 21st day of April, 2017.

1

I hereby certify that on this 21st day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        **THE MONSOUR LAW FIRM**

        /s Katharine Gale Krottinger
        Katharine Gale Krottinger
        Law Firm: THE MONSOUR LAW FIRM
        Address: 404 North Green Street,
        Longview, Texas 75601

        Phone: 903-758-5757
        Fax: 903-230-5010
        Email: katy@monsourlawfirm.com

        TO BE MOVED PRO HAC VICE

        *Attorney for Plaintiff*

I hereby certify that on this 21st day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s Katharine Gale Krottinger