James R. Condo (005867)
Amanda C. Sheridan (027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (GA Bar No. 545599)
(admitted *pro hac vice*)
Matthew B. Lerner (GA Bar No. 446986)
(admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC <br><br> **DEFENDANTS' MOTION TO DIRECT THE CLERK OF COURT TO SEAL THEIR FILED SUBMISSION REGARDING SELECTION OF CASES FOR BELLWETHER GROUP 1 AND EXHIBITS** |

Pursuant to the Stipulated Protective Order (Doc. 268), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Defendants respectfully move the Court to direct the Clerk of Court to seal Defendants' Submission Regarding Selection of Cases for Bellwether Group 1 and Exhibits previously filed as Docs. 5652, 5652-1, 5652-2, 5652-3. Defendants' Response and Exhibits contain personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiffs do not oppose this Motion.

For the foregoing reasons, this Court should grant Defendants' Motion to Direct the Clerk to Seal Their Submission Regarding Selection of Cases for Bellwether Group 1 and Exhibits previously filed as Docs. 5652, 5652-1, 5652-2, and 5652-3.

RESPECTFULLY SUBMITTED this 26th day of April, 2017.

By: s/ Matthew B. Lerner
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo
Amanda C. Sheridan
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.