IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DIRECT THE CLERK OF COURT TO SEAL THEIR FILED SUBMISSION REGARDING SELECTION OF CASES FOR BELLWETHER GROUP 1 AND EXHIBITS** |

Defendants have filed a Motion to Direct the Clerk of Court to Seal Their Submission Regarding Selection of Cases for Bellwether Group 1 and Exhibits previously filed at docket numbers 5652, 5652-1, 5652-2, and 5652-3. The Court has reviewed the Motion and finds good cause to grant the Motion.

ACCORDINGLY, IT IS ORDERED:

1. The Defendants' Motion to Direct the Clerk of Court to Seal Their Submission Regarding Selection of Cases for Bellwether Group 1 and Exhibits previously filed is **granted**.

2. The Clerk of Court is directed to seal Defendants' previous filings at docket numbers 5652, 5652-1, 5652-2, and 5652-3.