| NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. | THE NATIONAL BANK OF S.C. | | 518716 |
| --- | --- | --- | --- |
| ATTORNEYS AND COUNSELLORS AT LAW | COLUMBIA, S.C. | | |
| P.O. BOX 11070 | 67-119 | Date: | July 17, 2006 |
| COLUMBIA, SOUTH CAROLINA | 539 | | |

Pay: Three thousand four hundred and 00/100************************************************************************   $  ***3,400.00***

PAY TO THE ORDER OF: Thomas B. Kinney, M.D.
220 Dickinson Street
San Diego, CA 92103

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ORIGINAL SIGNATURE REQUIRED IF OVER $500.00
VOID AFTER 180 DAYS

Memo:

**REDACTED**

| Payee: | Thomas B. Kinney, M.D. | | | | Check #: | 518716 |
| --- | --- | --- | --- | --- | --- | --- |
| Vendor ID: | 30840 | Vendor Assigned Customer #: | | | Check Date: | Jul 17/06 |

| Inv # | Inv Date | G/L Acct | Client | Matter | Narrative | Amount | Inv Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 071306 | Jul 17/06 | | 00389 | 01556 | | $3,400.00 | $3,400.00 |
| | | | | | VENDOR: Thomas B. Kinney, M.D.; INVOICE#: 071306; DATE: 7/17/2006 - Expert services rendered | | |
| | | | | | Invoice Totals: | $3,400.00 | $3,400.00 |

mailed 7/19/06