| | | | | |
|---|---|---|---|---|
| **NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.** | THE NATIONAL BANK OF S.C. COLUMBIA, S.C. | | | **537211** |
| ATTORNEYS AND COUNSELORS AT LAW | 67-119 | | Date: | February 14, 2007 |
| P.O. BOX 11070 | 539 | | | |
| COLUMBIA, SOUTH CAROLINA | | | | |

Pay: Four hundred and 00/100************************************************************************************  $  ***400.00***

PAY TO THE ORDER OF: Thomas B. Kinney, M.D.  
**REDACTED**

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ORIGINAL SIGNATURE REQUIRED IF OVER $500.00
VOID AFTER 180 DAYS

Memo:

**REDACTED**

| Payee: | Thomas B. Kinney, M.D. | | | Check #: | 537211 |
|---|---|---|---|---|---|
| Vendor ID: | 30840 | Vendor Assigned Customer #: | | Check Date: | Feb 14/07 |

| Inv # | Inv Date | G/L Acct | Client | Matter | Narrative | Amount | Inv Total |
|---|---|---|---|---|---|---|---|
| 021207 | Feb 14/07 | | 00389 | 01559 | | $400.00 | $400.00 |
| | | | | | VENDOR: Thomas B. Kinney, M.D.; INVOICE#: 021207; DATE: 2/14/2007 - Service rendered | | |
| | | | | | Invoice Totals: | $400.00 | $400.00 |