**EXHIBIT A**

The Documents at Issue in the present motion are Exhibits C through I and L to Bard's Motion to Disqualify Dr. Kinney.  Specifically, the Exhibits are:

C. April 27, 2005 Confidential Information Agreement between Bard and Dr. Kinney;

D. July 8, 2005 Consulting Agreement between Bard and Dr. Kinney;

E. October 31, 2006 Consulting Agreement between Bard and Dr. Kinney;

F. March 19, 2007 Consulting Agreement – Animal Lab between Bard and Dr. Kinney;

G. August 8, 2007 Research Agreement between Bard and Dr. Kinney;

H. Remedial Action Plan;

I. Expert Report of Thomas Kinney, M.D., M.S.M.E, Anne Christine Roberts, M.D., and Sanjeeva Kalva, M.D.; and

L. April 13, 2017 Letter from Defendants' counsel to Plaintiffs' counsel with enclosed agreements between Bard and Dr. Kinney.