IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Motion to Seal and material submitted in support, and for good cause shown, the motion is hereby granted.  The exhibits that are the subject of Bard's Motion to Seal (Exhibits C through I and L to Bard's Motion to Disqualify Dr. Kinney) constitute "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery related motion. Accordingly, the documents are hereby sealed.