Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' SUBMISSION OF CASES FOR BELLWETHER GROUP 1 AND PLAINTIFFS' RESPONSE TO DEFENDANTS' SUBMISSION OF CASES FOR BELLWETHER GROUP 1** |

Plaintiffs move this Court for an Order pursuant to the Stipulated Protective Order (Doc. 268), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, sealing (1) Plaintiffs' Submission of Cases for Bellwether Group 1 ("Submission") and (2) Plaintiffs' Response to Defendants' Submission of Cases for Bellwether Group 1 ("Response"). In accordance with CMOs 11 and 18, Plaintiffs submitted to the Court their Submission to the Court "outside the ECF system." The Court has requested that the parties file their submissions and responsive submissions. Plaintiffs' Submission and Response contain information that constitutes trade secrets or other confidential research, development, or commercial information and has been designated by Bard as such pursuant to the Stipulated Protective Order as well as confidential, personal health information of individuals, thereby warranting protection from public disclosure.

For the foregoing reasons, and so that Plaintiffs can file their Submission and Response as part of the record in this case while complying with the terms of various protective orders, Plaintiffs request that the Court grant Plaintiffs' leave to file their Submission and their Response under seal.

Plaintiffs have conferred with Defendants regarding this motion and Defendants do not oppose this motion.  Defendants reserve their right to challenge the confidentiality designations of the sealed documents at a later time pursuant to the terms in the Stipulated Protective Order

RESPECTFULLY SUBMITTED this 28th day of April 2017.

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Deborah Yanazzo*