UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

Plaintiffs have filed a motion for leave to file under seal (1) Plaintiffs' Submission of Cases for Bellwether Group 1 and (2) Plaintiffs' Response to Defendants' Submission of Cases for Bellwether Group 1.  Doc. ____.

**IT IS ORDERED**:

1. That the motion to seal (Doc. _____ and Doc. _____) is **granted**.  Plaintiffs' Submission of Cases for Bellwether Group 1 and Plaintiffs' Response to Defendants' Submission of Cases for Bellwether Group 1 that are the subject of Plaintiff's Unopposed Motion to Seal contain information that constitutes "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) as well as confidential, personal health information of individuals and therefore warrant protection from public disclosure for a discovery related motion.  Accordingly, the documents are hereby ordered sealed.

2. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket at Doc. _____ and _____.