James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW**<br><br>(Assigned to the Honorable David G. Campbell) |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby respectfully move this Court, pursuant to the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 for leave to file under seal Bard's Submission in Opposition to Plaintiffs' Proposed Bellwether Group 1 Selections and certain accompanying Exhibits. Defendants' Submission and Exhibits contain certain Plaintiffs' personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order,

1  warranting protection from public disclosure. In addition, the Submission and one of the
2  accompanying Exhibits contain pieces of highly competitive, confidential, proprietary
3  information, thereby, also warranting protection from public disclosure. Accordingly,
4  there is good cause to grant Bard's Motion for Leave to File Under Seal. Bard has
5  conferred with Plaintiffs' counsel and confirmed that they do not oppose this Motion.
6  However, Plaintiffs reserve the right to challenge any of the confidential designations
7  pursuant to the Stipulated Protective Order (Doc. 269, ¶ 2) at a later time.

## ARGUMENT AND CITATION OF AUTHORITY

Bard's Submission in Opposition to Plaintiffs' Proposed Bellwether Group 1 Selections and some of the accompanying Exhibits contain certain Plaintiffs' personal health care information. Portions of the Submission itself, as well as Exhibit A (Plaintiff Profile Form for Cory Behlke), Exhibit G (Excerpts from Deposition of David Henry, M.D., pertaining to Lisa Hyde), and Exhibit H (Excerpts from Deposition of William Kuo, M.D., pertaining to Lisa Hyde), discuss particular plaintiffs' respective medical histories and current medical conditions, are confidential under the terms of the Stipulated Protective Order (Doc. 269), and are also protected from public disclosure pursuant to HIPAA. Indeed, the Court has already sealed similar information in this litigation.

Similarly, portions of the Submission itself, as well as Exhibit E (Internal Chart of Bard IVC Filter Complication Rates through December, 2016) contain pieces of highly competitive, confidential, proprietary information that warrant protection under Federal Rule of Civil Procedure 26(c)(1)(G) because the documents are not made public by Bard and, if obtained by Bard's competitors, could give an unfair economic advantage to those competitors. *Blanchard & Co., Inc. v. Barrick Gold Corp.*, No. 02-3721, 2004 WL 737485, at *5 (E.D. La. Apr. 5, 2004) (citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 786 (3d Cir. 1994)). Indeed, Bard has already produced Exhibit E and designated it as "CONFIDENTIAL" pursuant to Stipulated Protective Order (Doc. 269), ¶ 6.

## CONCLUSION

For all of the foregoing reasons Bard requests that the Court grant its Motion for

- 2 -

1 | Leave to File Under Seal.

2 |     RESPECTFULLY SUBMITTED this 28th day of April, 2017

    By: s/ Richard B. North, Jr.
    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    Nelson Mullins Riley & Scarborough LLP
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363

    Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                     s/ Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000