IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Motion for Leave to File Under Seal and Incorporated Memorandum of Law, and for other good cause shown, the Motion is hereby granted, and the Defendants' Submission in Opposition to Plaintiffs' Proposed Bellwether Group 1 Selections and certain accompanying Exhibits referenced in the Motion are hereby sealed.