# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| | IN RE BARD IVC FILTERS PRODUCTS NO.  2:15-MD-02641-DGC |
| LIABILITY LITIGATION | |
| This document relates to: | NOTICE OF CHANGE OF FIRM NAME |
| 2:16-cv-03453-DGC | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, pursuant to Rule 83.3 (d) of the Local Rules of Civil

Procedure, attorney Melanie K. Schmickle files this Notice of Change of Firm

Name. The new name with address is as follows:

SWMW Law
Melanie K. Schmickle, MO Bar No. 52176
701 Market St., Suite 1000 St. Louis, MO 63101
Phone: 314-480-5180
Fax: 314-932-1566
Email: pharma@swmwlaw.com

Counsel for Plaintiff

5

6

7     RESPECTFULLY SUBMITTED this 1st

day of May, 2017.

SWMW Law

8     By: /s/ *Melanie K. Schmickle*
Melanie K. Schmickle, MO Bar No. 52176
701 Market St. Suite 1000
St. Louis, MO 63101
9     Phone: (314)-480-5180
Email: pharma@swmwlaw.com
10
11    Counsel for Plaintiffs

8

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically transmitted the

foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

SWMW Law

By: /s/ *Melanie K. Schmickle*
Melanie K. Schmickle, MO Bar No. 52176
701 Market St. Suite 1000
St. Louis, MO 63101
Phone: (314)-480-5180
Email: pharma@swmwlaw.com

Counsel for Plaintiffs