UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>2:16-cv-00857-DGC<br>2:16-cv-01096-DGC<br>2:16-cv-01275-DGC<br>2:16-cv-01276-DGC<br>2:16-cv-03830-DGC<br>2:16-cv-03898-DGC<br>2:16-cv-04275-DGC<br>2:17-cv-00912-DGC | NO. 2:15-MD-02641-DGC<br><br><br><br><br>**NOTICE OF ATTORNEY'S**<br>**CHANGE OF ADDRESS** |

**NOTICE OF ATTORNEY'S CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, pursuant to Rule 83.3(d) of the Local Rules of Civil Procedure, the undersigned counsel files this Notice of Change of Address. The new address is as follows:

Kell Lampin, LLC
J. Mark Kell, MO Bar No. 26413
14500 S. Outer Forty, Suite 407
Chesterfield, MO 63017
Phone: (636) 757-1700
Fax: (636) 489-3971
Email: mkell@kelllawfirm.com
Counsel for Plaintiffs

1  RESPECTFULLY SUBMITTED this 1st day of May, 2017.

**KELL LAMPIN, LLC**

By:     */s/ J. Mark Kell*
            J. Mark Kell, #26413 MO
            *Admitted Pro Hac Vice*
            14500 S. Outer Forty, Suite 407
            Chesterfield, MO 63017
             Phone: (636) 757-1700
            Fax: (636) 489-3971

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                             */s/ J. Mark Kell*