IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This document relates to<br><br>CV16-2118 PHX DGC<br>Meinholdt v. C.R. Bard, Inc., et al. | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

This matter, having come before the Court on Plaintiff's motion for substitution of party. Doc. 5541.

**IT IS ORDERED** that Plaintiff's motion for substitution of party (Doc. 5541) is **granted.** Bobby Chilton, as personal representative for Barbara Meinholdt, is substituted as Party Plaintiff for Barbara Meinholdt, deceased, in Case No. 16-2118 PHX DGC.

Dated this 2nd day of May, 2017.

_____
David G. Campbell
United States District Judge