Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **PARTIES' JOINT SUBMISSION OF DISCOVERY PROTOCOL FOR BELLWETHER GROUP 1** |

In accordance with the Parties' Joint Status Report for the May 3, 2017 Case Management Conference ("Joint Report"), the Parties have met and conferred regarding discovery protocols for Bellwether Group 1. The parties largely agree on the contents of the proposed case management order for the discovery protocols but have some discrete disagreements. As set forth in the Joint Report, the parties have submitted competing forms of the proposed protocol. The Parties have indicated the differences in their respective protocols by the use of underlining. Plaintiffs' proposed form of case management order is attached as Exhibit A; Defendants' proposed form of case management order is attached as Exhibit B.

RESPECTFULLY SUBMITTED this 3rd day of May, 2017

| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
|---|---|
| By: *s/ Paul L. Stoller* <br>    Mark S. O'Connor <br>    Paul L. Stoller <br>    2575 East Camelback Road <br>    Phoenix, Arizona 85016-9225 <br><br>    Ramon Rossi Lopez <br>    (admitted *pro hac vice*) <br>    CA Bar No. 86361 <br>    LOPEZ McHUGH LLP <br>    100 Bayview Circle, Suite 5600 <br>    Newport Beach, California 92660 <br><br> *Attorneys for Plaintiffs* | By: *s/ Richard B. North* <br>    James R. Condo <br>    Amanda C. Sheridan <br>    One Arizona Center <br>    400 E. Van Buren, Suite 1900 <br>    Phoenix, Arizona  85004-2202 <br><br>    Richard B. North, Jr. (admitted *pro hac vice*) <br>    Georgia Bar No. 545599 <br>    Matthew B. Lerner (admitted *pro hac vice*) <br>    Georgia Bar No. 446986 <br>    Nelson Mullins Riley & Scarborough LLP <br>    201 17th Street, NW / Suite 1700 <br>    Atlanta, GA  30363 <br><br> *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**Certificate of Service**

I hereby certify that on this 3rd day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                      */s/Deborah Yanazzo* <br>
                                                      Deborah Yanazzo