IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
|---|---|
| | **ORDER** |

Pending before the Court is Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion for Leave to File Under Seal and Incorporated Memorandum of Law. Doc. 5709.

**IT IS ORDERED** that the Motion for Leave (Doc. 5709) **granted**. The Clerk shall accept for filing under seal the document lodged on the Court's docket as Doc. 5710.

Dated this 3rd day of May, 2017.

_____
David G. Campbell
United States District Judge