# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiffs' motion for leave to file under seal.  Doc. 5705.

**IT IS ORDERED** that the Motion for Leave (Doc. 5705) **granted**.  The Clerk shall accept for filing under seal the documents lodged on the Court's docket as Docs. 5706 and 5707.

Dated this 3rd day of May, 2017.

_____
David G. Campbell
United States District Judge