| | |
|---|---|
| 1 | James R. Condo (#005867) |
| | Amanda Sheridan (#005867) |
| 2 | SNELL & WILMER L.L.P. |
| | One Arizona Center |
| 3 | 400 E. Van Buren |
| | Phoenix, AZ 85004-2204 |
| 4 | Telephone: (602) 382-6000 |
| | JCondo@swlaw.com |
| 5 | ASheridan@swlaw.com |

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendant C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **NOTICE OF FILING NONCONFIDENTIAL EXHIBITS TO DEFENDANTS' SUBMISSION IN OPPOSITION TO PLAINTIFFS' PROPOSED BELLWETHER GROUP 1 SELECTIONS** |

COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and file nonconfidential Exhibits B, C, D, F, and I to Sealed Defendants' Submission in Opposition to Plaintiffs' Proposed Bellwether Group 1 Selections filed on May 3, 2017, as Dkt. 5721.

/ / /

/ / /

/ / /

This 9th day of May, 2017.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

**Attorneys for Defendant C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com
