# EXHIBIT I

**Felicia James**

| | |
|---|---|
| **From:** | Ramon Lopez <RLopez@lopezmchugh.com> |
| **Sent:** | Monday, April 17, 2017 5:05 PM |
| **To:** | Richard North; Taylor Daly; Kate Helm; Jim Condo; Matthew Lerner |
| **Cc:** | Mark O'Connor (Mark.oconnor@gknet.com); Stoller, Paul L.; Howard Nations (Howard.Nations@howardnations.com); 'Joe Johnson'; 'Joe Johnson'; Greg Rueb (greg@rminjurylaw.com); Matthew Lopez |
| **Subject:** | RE: Bard MDL PLC Bellwether selection proposal |

We submit these cases be tried in the following order:

1. Booker
2. Mixson
3. Tinlin
4. Dewitt
5. Peterson
6. Mulkey