**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Pertains to Member Case C-17-0559-PHX-DGC Danus Bryson Chrisley | **PLAINTIFFS' NOTICE OF FILING AMENDED PLEADING BY WRITTEN CONSENT** |

COMES NOW Plaintiff Danus Bryson Chrisley and gives notice of filing an Amended Complaint by written consent of opposing counsel, to include the spousal/consortium claim of his wife, Patricia McLellan Chrisley. A copy of the amended pleading is filed concurrently with this Notice as Exhibit A, reflecting this change by a bold underline at numbered paragraphs 2 and 12. Other than the addition of Patricia McLellan Chrisley's spousal/consortium claim, no changes or amendments have been made to Plaintiff's Complaint.

Respectfully submitted,

THE NATIONS LAW FIRM

 /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr.
Suite 208
Houston, TX 77042

ATTORNEYS FOR PLAINTIFF(S)

**CERTIFICATE OF WRITTEN CONSENT OF OPPOSING COUNSEL**

I hereby certify, under the laws of perjury of the State of Texas, that Charles Bailey, a paralegal in my office, requested written consent of opposing counsel prior to filing Plaintiff Danus Bryson Chrisley and Patrica McLellan Chrisley's Amended Complaint, and received such written consent from Sanjay Ghosh of Nelson Mullins LLP, counsel for Defendants, via email on May 9, 2017.

                                          /s/ Howard L. Nations
                                          Howard L. Nations

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          /s/ Howard L. Nations
                                          Howard L. Nations