Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS**<br>**PRODUCTS LIABILITY LITIGATION**<br>**Individual Case#: 2:17-cv-00777-PHX-DGC**<br>Patricia Calim,<br><br>    Plaintiff**,**<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.<br><br>    Defendants. | No. MD-15-02641-PHX-DGC<br><br><br>**NOTICE OF FILING OF AMENDED**<br>**COMPLAINT** |

COMES NOW Plaintiff Patricia Calim and gives notice of filing an Amended Complaint

by written consent of opposing counsel. The product identification listed on the pleading was

incorrect. A copy of the amended complaint filed in error is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 10th day of May, 2017.

Date: May 10, 2017          By:          /s/ Willard J. Moody, Jr.
                                                  Willard J. Moody, Jr. Esq.
                                                  Jonathan Hogins, Esq.
                                                  THE MOODY LAW FIRM, INC.
                                                  500 Crawford St. Ste. 200
                                                  P.O. Box 1138
                                                  Portsmouth, VA 23705
                                                  (757) 393-6020
                                                  (757) 399-3019 facsimile
                                                  will@moodyrrlaw.com

Revised: 12/17/2012

2

Certificate of Service

I hereby certify that on this 10th day of May, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing

system.

/s/ Willard J. Moody, Jr.

2