Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. 2:15-MD-02641-PHX-DGC <br><br> **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Patricia Calim

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Aman Calim

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

Revised: 12/17/2012

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   In the United States District Court for the Southern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Paragraphs 1 through 15 of the Master Complaint

      <u>A substantial portion of the events leading to Plaintiff's injuries arose in Ohio making venue proper.</u>

10.    Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery ®Vena Cava Filter
- ☐ G2 ®Vena Cava Filter
- ☐ G2® Express (G2X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☒ ~~Meridian® Vena Cava Filter~~
- ☐ Denali® Vena Cava Filter
- ☐ S.  Other:

11. Date of Implantation as to each Product

<u>12/23/2013</u>

12. Counts in the Master Complaint brought by Plaintiff(s)

- ☒ Count I: Strict Products Liability-Manufacturing Defect
- ☒ Count II: Strict Products Liability-Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability-Design Defect
- ☒ Count IV: Negligence- Design
- ☒ Count V: Negligence-Manufacture
- ☒ Count VI: Negligence-Failure to Revall/Retrofit
- ☒ Count VII: Negligent Misrepresentation
- ☒ Count VIII: Negligent *Per Se*
- ☒ Count X:    Breach of Express Warranty
- ☒ Count XI:   Breach of Implied Warranty
- ☒ Count XII:  Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable Virginia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count XV: Loss of Consortium

Date: <u>May 10, 2017</u>　　　　　　　By:　　<u>/s/ Willard J. Moody, Jr.</u>
　　　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr. Esq.
　　　　　　　　　　　　　　　　　　　　　Jonathan Hogins, Esq.
　　　　　　　　　　　　　　　　　　　　　THE MOODY LAW FIRM, INC.
　　　　　　　　　　　　　　　　　　　　　500 Crawford St. Ste. 200
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1138
　　　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23705
　　　　　　　　　　　　　　　　　　　　　(757) 393-6020
　　　　　　　　　　　　　　　　　　　　　(757) 399-3019 facsimile
　　　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com