Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **PLAINTIFFS' EXHIBIT INDEX TO PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL** |
|---|---|

## EXHIBIT A
### Exhibits to be filed under seal

EXHIBIT 2

    Consulting Agreement between Thomas Kinney, M.D. and Bard Peripheral Vascular, Inc., dated February 4, 2005

EXHIBIT 5

    Remedial Action Plan, Recovery Filter: Detached Limbs, dated July 12, 2004 (BPV-17-01-00022335)