UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY THOMAS KINNEY, M.D. AS AN EXPERT FOR PLAINTIFFS** |

Plaintiffs have filed an unopposed motion to file documents under seal. Doc. ____.

**IT IS ORDERED:**

1. That the motion to seal (Doc. _____) is **granted**. The exhibits that are the subject of Plaintiffs' Opposition to Defendants' Motion to Disqualify Thomas Kinney, M.D. as an Expert for Plaintiffs (Exhibits B and E to Plaintiffs' Motion) constitute "Confidential Information" under the Stipulated Protective Order, and trade secrets or other confidential research, development or commercial information pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), and therefore warrant protection from public disclosure for a discovery-related motion. Accordingly, the documents are hereby sealed.

2. The Clerk is directed to accept for filing under seal the document lodged on the Court's docket at Doc. ___.