**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Carrie Whitmore, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-17-01353-PHX-DGC |
| | ) | |
| C. R. Bard Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Defendant C. R. Bard, Inc.


Date:  May 11, 2017       /s/ Richard B. North, Jr. _____
                                 *Attorney's signature*

                                 Richard B. North, Jr. (Ga. Bar No. 545599) _____
                                 *Printed Name and bar number*

                                 Nelson Mullins Riley & Scarborough, LLP
                                 201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                 *Address*

                                 richard.north@nelsonmullins.com _____
                                 *E-mail address*

                                 (404) 322-6155 _____
                                 *Telephone number*

                                 (404) 322-6050 _____
                                 *FAX number*