Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCLOSURE OF REBUTTAL EXPERT TESTIMONY** |

Pursuant to Case Management Order 18, Plaintiffs hereby provide notice that they have served on this date the rebuttal expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) of the following expert witnesses:

*Robert M. McMeeking, Ph.D., NAE, FREng, FRSE, LFASME*

*Robert O. Ritchie, Ph.D.*

*Steven M. Hertz, M.D.*

*Robert L. Vogelzang, M.D./Kush R. Desai, M.D.*

*Rebecca Betensky, Ph.D.*

Plaintiffs also further designate and incorporate the content, substance, and opinions of the following rebuttal expert witnesses in this MDL previously served on Defendants on April 21, 2017 in the case of *Barraza, et al. v. C.R. Bard, Inc., et al.* (United States District Court, District of Arizona, class action Case No. 2:16-cv-01374-DGC):

*Rebecca Betensky, Ph.D.*

*Steven M. Hertz, M.D.*

*Mark J. Eisenberg, M.D.*

*Robert O. Ritchie, Ph.D.*

*Robert M. McMeeking, Ph.D., NAE, FREng, FRSE, LFASME*

*Robert L. Vogelzang, M.D./Kush R. Desai, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 12th day of May, 2017.

LOPEZ McHUGH LLP

By: */s/ Mark S. O'Connor*
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

GALLAGHER & KENNEDY, P.A.
Mark S. O'Connor (011029)
2575 East Camelback Road
Phoenix, Arizona 85016-9225

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*