UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION
    Jackson, et al. v. C.R. Bard, Inc., et al.,      )
        E.D. Missouri, C.A. No. 4:17-00974     )      MDL No. 2641

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MAY 25, 2017, HEARING SESSION ORDER

    A conditional transfer order was filed in this action (*Jackson*) on March 17, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Jackson* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Jackson* was remanded to the Twenty-Second Judicial Circuit Court of Missouri (City of St. Louis), by the Honorable Carol E. Jackson in an order filed on May 12, 2017.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-54" filed on March 17, 2017, is VACATED.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 13, 2017, are VACATED insofar as they relate to this matter.

                                       FOR THE PANEL:

                                       Jeffery N. Lüthi
                                       Clerk of the Panel