IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY ACTION | MDL No. 2:15-md-02641-DGC |

THIS DOCUMENT RELATES TO THE FOLLOWING PLAINTIFFS AND CIVIL CASES:

Patsy Curry           2:16-cv-03830-DGC
Glenda Patrick       2:17-cv-00912-DGC

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Comes now Lucas J. Ude and moves to withdraw as counsel for the above mentioned Plaintiffs. In support of his Motion, movant states as follows:

1. Lucas J. Ude is no longer associated with the Kell Law Firm, LLC.

2. The above mentioned Plaintiffs will continue to be represented by the Kell Law Firm, LLC.

WHEREFORE, movant, Lucas J. Ude, respectfully requests this Court grant his Motion for Leave to Withdraw.

Dated: May 16, 2017                          Respectfully Submitted,

/s/ Lucas J. Ude_____
Lucas J. Ude (MO 66288)
14500 South Outer Forty, Suite 407
Chesterfield, MO 63017
(636) 757-1700
(636) 489-3971 (fax)
lucas@kelllampinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

/s/ Lucas J. Ude