## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**IN RE: BARD IVC FILTERS PRODUCTS LIABILITY ACTION**                    MDL No. 2:15-md-02641-DGC

**THIS DOCUMENT RELATES TO THE FOLLOWING PLAINTIFFS AND CIVIL CASES:**

| | |
|---|---|
| Patsy Curry | 2:16-cv-03830-DGC |
| Glenda Patrick | 2:17-cv-00912-DGC |

## ORDER

This matter, having come before the Court on Lucas J. Ude's Motion for Leave to Withdraw as Counsel of Record, and the Court being advised in the premises:

IT IS HEREBY ORDERED that Lucas J. Ude is withdrawn as attorney of record for Plaintiffs. The Plaintiffs will continue to be represented by The Kell Law Firm, LLC.

SO ORDERED

Dated:_____                    _____