**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**IN RE: BARD IVC FILTERS PRODUCTS**
**LIABILITY ACTION**                                         MDL No. 2:15-md-02641-DGC

**THIS DOCUMENT RELATES TO THE**
**FOLLOWING PLAINTIFFS AND CIVIL**
**CASES:**

| | |
|---|---|
| Daniel Hearns Jr. | 2:16-cv-01276-DGC |
| Karen Miller | 2:16-cv-01096-DGC |
| Thomas Moore, et al | 2:16-cv-03898-DGC |
| Jessica Norman | 2:16-cv-04275-DGC |
| Joseph Pasierb Jr. | 2:16-cv-00857-DGC |
| Clara Powell, et al. | 2:16-cv-01275-DGC |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Comes now Lucas J. Ude and moves to withdraw as counsel for the above mentioned Plaintiffs. In support of his Motion, movant states as follows:

1. Lucas J. Ude is no longer associated with the firm Kell Lampin, LLC.

2. The above mentioned Plaintiffs will continue to be represented by Kell Lampin, LLC.

WHEREFORE, movant, Lucas J. Ude, respectfully requests this Court grant his Motion for Leave to Withdraw.

Dated: May 16, 2017                                         Respectfully Submitted,

/s/ Lucas J. Ude_____
Lucas J. Ude (MO 66288)
5770 Mexico Road, Suite A
St. Peters, MO 63376
(636) 757-1700
(636) 489-3971 (fax)
lucas@kelllampinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

/s/ Lucas J. Ude_____