IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY ACTION                                    MDL No. 2:15-md-02641-DGC

THIS DOCUMENT RELATES TO THE
FOLLOWING PLAINTIFFS AND CIVIL
CASES:

| | |
|---|---|
| Daniel Hearns Jr. | 2:16-cv-01276-DGC |
| Karen Miller | 2:16-cv-01096-DGC |
| Thomas Moore, et al | 2:16-cv-03898-DGC |
| Jessica Norman | 2:16-cv-04275-DGC |
| Joseph Pasierb Jr. | 2:16-cv-00857-DGC |
| Clara Powell, et al. | 2:16-cv-01275-DGC |

## ORDER

This matter, having come before the Court on Lucas J. Ude's Motion for Leave to Withdraw as Counsel of Record, and the Court being advised in the premises:

IT IS HEREBY ORDERED that Lucas J. Ude is withdrawn as attorney of record for Plaintiffs. The Plaintiffs will continue to be represented by Kell Lampin, LLC.

SO ORDERED

Dated:_____                    _____