# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: MD-15-02641-PHX-DGC

Plaintiff:
**In re Bard Filters Products Liability Litigation**

vs.

Defendant:

For:
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Ste 1100
Phoenix, AZ 85016

Received by Nationwide Legal Support, Inc. on the 4th day of May, 2017 at 5:14 pm to be served on **Pho Nguyen, M.D., Ashland Radiology and Vascular Services, 2201 Lexingon Avenue, Ashland, KY 41121**.

I, Samantha Sorrell, do hereby affirm that on the **9th day of May, 2017** at **4:30 pm, I:**

**Substitute Served** by leaving a true copy of this **Subpoena to Testify At A Deposition In A Civil Action; Witness Fee of $40.00**, at the within named person's usual place of business, to a person employed therein to wit: **Rachelle "Doe"** as **Receptionist**, at the address of **2201 Lexington Avenue, Ashland, KY 41121**.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 265, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

_Samantha Sorrell_
Samantha Sorrell
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757

Our Job Serial Number: ENL-2017000636

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i