IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILIT LITIGATION<br><br>Paso Harrison, an individual,<br><br>   Plaintiff<br><br>v.<br><br>C.R. Bard, Inc., a corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation<br><br>   Defendants | No. 2:15-MD-02641-DGC<br><br>Civil Action No. 2:17-cv-01485-PHX-DGC<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

  Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Paso Harrison respectfully submits this Notice of Filing First Amended Complaint.  Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint.

  RESPECTFULLY SUBMITTED this 19th day of May 2017.

               */s/ Thomas T. Merrigan*
               Attorney for Plaintiff(s)

               Thomas T. Merrigan, BBO # 343480
               tom@sweeneymerrigan.com
               Peter M. Merrigan, BBO # 673272
               peter@sweeneymerrigan.com
               Jonathan Tucker Merrigan, BBO #681627
               tucker@sweeneymerrigan.com
               SWEENEY MERRIGAN LAW
               268 Summer Street, LL
               Boston, MA 02210
               617 391 9001 (telephone)
               617 357 9001 (facsimile)

I hereby certify that on this 19th day of May, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                      */s/* *Thomas T. Merrigan*

# EXHIBIT A

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILIT LITIGATION | No. 2:15-MD-02641-DGC<br><br>No. 2:17-cv-01485-PHX-DGC<br><br>**FIRST AMENDED MASTER<br>SHORT FORM COMPLAINT<br>FOR DAMAGES FOR INDIVIDUAL<br>CLAIMS AND DEMAND FOR JURY** |

Plaintiff(s) named below, for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2641by reference (Document 364). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Paso Harrison.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable.

4. Plaintiff/s/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   California.

4

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   California.

6. Plaintiff's current states [if more than one Plaintiff] of residence:

   California.

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Eastern District of California

8. Defendants (Check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

    a. Other allegations of jurisdiction and value not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(S) about which Plaintiff(s) is making a claim:

    (Check applicable Inferior Vena Cava Filters):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express (G2® X) Vena Cava Filter

5

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    X   Meridian® Vena Cava Filter

    ☐   Denali® Vena Cava Filter

    ☐   Other: _____

11. Date of Implantation as to each product:

    August 22, 2012~~October 10, 2013~~ _____

    _____

12. Counts in the Master complaint brought by Plaintiff(s):

    X   Count I:       Strict Products Liability – Manufacturing Defect

    X   Count II:      Strict Products Liability –Information Defect (Failure to Warn)

    X   Count III:     Strict Products Liability – Design Defect

    X   Count IV:     Negligence - Design

    X   Count V:      Negligence – Manufacture

    X   Count VI:     Negligence – Failure to Recall/Retrofit

    X   Count VII:    Negligence – Failure to Warn

    X   Count VIII:   Negligent Misrepresentation

    X   Count IX:     Negligence *Per Se*

    X   Count X:      Breach of Express Warranty

    X   Count XI:     Breach of Implied Warranty

    X   Count XII:    Fraudulent Misrepresentation

  X Count XIII:  Fraudulent Concealment

  X Count XIV:  Violations of Applicable <u>California</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐ Count XV:  Loss of Consortium

  ☐ Count XVI:  Wrongful Death

  ☐ Count XVII:  Survival

  X Punitive Damages

  ☐ Other(s):  ___N/A_____

  ☐ Other:  ___N/A_____

13. Jury Trial demanded for all issues so triable?

  X Yes

  ☐ No

RESPECTFULLY SUBMITTED this <u>19th</u><s>16th</s> day of May 2017.

                <u>/s/ Thomas T. Merrigan</u>
                Attorney for Plaintiff(s)

                Thomas T. Merrigan, BBO # 343480
                tom@sweeneymerrigan.com
                Peter M. Merrigan, BBO # 673272
                peter@sweeneymerrigan.com
                Jonathan Tucker Merrigan, BBO #681627
                tucker@sweeneymerrigan.com
                SWEENEY MERRIGAN LAW
                268 Summer Street, LL
                Boston, MA 02210
                617 391 9001 (telephone)
                617 357 9001 (facsimile)

I hereby certify that on this 19th~~16th~~ day of May, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ <u>Thomas T. Merrigan</u>