IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILIT LITIGATION | No. 2:15-MD-02641-DGC<br><br>No. 2:17-cv-01485-PHX-DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY** |

Plaintiff(s) named below, for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2641by reference (Document 364). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Paso Harrison.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable.

4. Plaintiff/s/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   California.

1

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   California.

6. Plaintiff's current states [if more than one Plaintiff] of residence:

   California.

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Eastern District of California

8. Defendants (Check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and value not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(S) about which Plaintiff(s) is making a claim:

    (Check applicable Inferior Vena Cava Filters):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express (G2® X) Vena Cava Filter

    ☐  G2® X Vena Cava Filter

    ☐  Eclipse® Vena Cava Filter

    X  Meridian® Vena Cava Filter

    ☐  Denali® Vena Cava Filter

    ☐  Other: _____

11. Date of Implantation as to each product:

    August 22, 2012

    _____

12. Counts in the Master complaint brought by Plaintiff(s):

    X  Count I:    Strict Products Liability – Manufacturing Defect

    X  Count II:    Strict Products Liability –Information Defect (Failure to Warn)

    X  Count III:    Strict Products Liability – Design Defect

    X  Count IV:    Negligence - Design

    X  Count V:    Negligence – Manufacture

    X  Count VI:    Negligence – Failure to Recall/Retrofit

    X  Count VII:    Negligence – Failure to Warn

    X  Count VIII:    Negligent Misrepresentation

    X  Count IX:    Negligence *Per Se*

    X  Count X:    Breach of Express Warranty

    X  Count XI:    Breach of Implied Warranty

    X  Count XII:    Fraudulent Misrepresentation

    X    Count XIII:    Fraudulent Concealment

    X    Count XIV:    Violations of Applicable <u>California</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII:    Survival

    X    Punitive Damages

    ☐    Other(s):    ___N/A_____

    ☐    Other:    ___N/A_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 19th day of May 2017.

    */s/ Thomas T. Merrigan*
Attorney for Plaintiff(s)

Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL
Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (facsimile)

I hereby certify that on this 19th day of May, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ <u>Thomas T. Merrigan</u>