Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION RE PROPOSED CASE MANAGEMENT ORDER RE AMENDED DISCOVERY SCHEDULE FOR BELLWETHER GROUP 1** |

The Parties submit this stipulation for an entry of a Case Management Order regarding an amended discovery schedule for Bellwether Group 1. A copy of the proposed case management order is filed herewith.

Based on the Court's prior orders (and its intention to conduct a trial or trials before the end of 2017), the Parties submitted a proposed schedule for discovery in Discovery Group 1 and Bellwether Group 1 that this Court adopted in Case Management Order No. 20 [Doc. 4335]. Therein, Parties proposed and the Court adopted a schedule that was designed to complete Bellwether Group 1 discovery by July 14, 2017 on an expedited schedule that included the following deadlines for case-specific discovery:

| | |
|---|---|
| Plaintiffs' case-specific expert disclosures for Bellwether Group 1 | May 15, 2017 (or two weeks after selection of Bellwether Group 1, whichever is later) |
| Defendants' case-specific expert disclosures for Bellwether Group 1 | June 12, 2017 (or two weeks after selection of Bellwether Group 1, whichever is later) |
| Rebuttal case-specific expert disclosures for Bellwether Group 1 | June 26, 2017 (or two weeks after selection of Bellwether Group 1, whichever is later) |
| Deadline for case-specific discovery | June 30, 2017 |
| Deadline for expert depositions for Bellwether Group 1 | July 14, 2017 |

These dates were set to complete Bellwether Group 1 case-specific discovery at the same time as the completion of common expert discovery: July 14, 2017.

In Case Management Order No. 23 [Doc. 5770], this Court made two significant rulings that impact the bellwether case-specific discovery. First, it extended common MDL expert discovery through July 31, 2017. Second, it indicated that bellwether trials will not commence until 2018.

In light of those changes, the parties have stipulated to the following amended schedule of dates and deadlines for fact and expert discovery in the Bellwether Group 1 cases:

| | |
|---|---|
| Plaintiffs' case-specific expert disclosures for Bellwether Group 1 | June 5, 2017 |
| Defendants' case-specific expert disclosures for Bellwether Group 1 | July 3, 2017 |

2

| Rebuttal case-specific expert disclosures for Bellwether Group 1 | July 17, 2017 |
| --- | --- |
| Deadline for case-specific medical witness depositions | August 7, 2017 |
| Deadline for expert depositions for Bellwether Group 1 | August 7, 2017 |
| Deadline for case-specific discovery other than medical witness depositions | August 15, 2017 |

The parties have agreed that the foregoing proposed schedule will not affect the schedule for filing summary judgment and *Daubert* motions as set by the Court in Case Management Order No. 23.

The parties have separately submitted a proposed form of Case Management Order for these deadlines and jointly request that the Court enter that order.

RESPECTFULLY SUBMITTED this 24th day of May 2017

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
    Mark S. O'Connor
    Paul L. Stoller
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

    Ramon Rossi Lopez
    (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ McHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*

SNELL & WILMER L.L.P.

By: *s/ Richard B. North*
    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    Nelson Mullins Riley & Scarborough LLP
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**<u>Certificate of Service</u>**

I hereby certify that on this 24th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                         */s/Deborah Yanazzo*
                                         Deborah Yanazzo

6017326/26997-0001