## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTER PRODUCTS
LIABILITY LITIGATION

MDL No. 2:15-MD-02641

This Document Relates to:

JIMMY CARR

Civil Action No. 2:17-cv-00446-PHX-DGC

    Plaintiff,

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

v.

C.R. BARD AND BARD PERIPHERAL
VASCULAR, INC.

    Defendants.

Comes now, Plaintiff, Jimmy Carr and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Jimmy Carr in this action against C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

    Respectfully submitted,

    /s/ Michael T. Gallagher
    Michael T. Gallagher
    Federal ID: 5395
    The Gallagher Law Firm
    2905 Sackett Street
    Houston, Texas 77098
    (713) 222-8080
    (713) 222-0066 - Facsimile
    donnaf@gld-law.com

    **ATTORNEYS FOR PLAINTIFF**
    **JIMMY CARR**

/s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6282
(404) 322-6050 - Facsimile

**ATTORNEY FOR C.R. BARD and
BARD PERIPHERAL VASCULAR, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: May 24, 2017

<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com