Matthew D. Schultz
Levin, Papanontio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
FL Bar # 640328
mschultz@levinlaw.com
(850) 435-7140
*Attorneys for Plaintiff Dustin Patchen*

Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW
Suite 1700, Atlantic Station
Atlanta, GA 30363
GA Bar # 545599
(404) 322-6000 (telephone)
(404) 322-6050 (facsimile)
richard.north@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:   Bard IVC Filters Products Liability Litigation<br><br>This Document Relates To:<br><br>Dustin Patchen<br>Civil Case # 2:17-cv-00417-PHX-DGC | No. 2:15-MD-02641-PHX-DGC<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: May 25, 2017.

By: /s/ Matthew D. Schultz
Matthew D. Schultz, FL Bar #640328
Levin, Papantonio, Thomas, Mitchell,
 Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140 (telephone)
(850) 436-7020 (facsimile)
mschultz@levinlaw.com

*Attorneys for Plaintiff Dustin Patchen*

By: /s/ Richard B. North, Jr.
Richard B. North, Jr., GA Bar # 545599
Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW
Suite 1700, Atlantic Station
Atlanta, GA 30363
(404) 322-6000 (telephone)
(404) 322-6050 (facsimile)
richard.north@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Matthew D. Schultz*
Matthew D. Schultz