**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Donald Wagner,                                          )
                                                        )
                    Plaintiff,                          )          MDL Case No. 2:15-md-02641-DGC
                                                        )
                    v.                                  )          Civil Action No.  CV-17-01371-PHX-DGC
                                                        )
Bard Peripheral Vascular, Inc. and C. R.                )
Bard, Inc., et al.,                                     )
                                                        )
                    Defendant.                          )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  May 26, 2017                          /s/ Richard B. North, Jr.
                                             *Attorney's signature*

                                             Richard B. North, Jr. (Ga. Bar No. 545599)
                                             *Printed name and bar number*

                                             Nelson Mullins Riley & Scarborough, LLP
                                             201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                             *Address*

                                             richard.north@nelsonmullins.com
                                             *E-mail Address*

                                             (404) 322-6000
                                             *Telephone number*

                                             (404) 322-6050
                                             *FAX number*