Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

     PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Audrey Fasching*

*Plaintiffs' Notice of Videotaped Deposition of Clement J. Grassi*

*Plaintiffs' Notice of Videotaped Deposition of Paul Briant*

*Plaintiffs' Notice of Videotaped Deposition of Mark Moritz, MD*

*Plaintiffs' Notice of Videotaped Deposition of David Feigal, Jr.*

*Plaintiffs' Notice of Videotaped Deposition of Ronald A. Thisted*

*Plaintiffs' Notice of Videotaped Deposition of Moni Stein*

*Plaintiffs' Notice of Videotaped Deposition of Christine Brauer*

*Plaintiffs' Notice of Videotaped Deposition of Donna-Bea Tillman*

     Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 26th day of May, 2017

                        GALLAGHER & KENNEDY, P.A.

                        By: *s/ Paul L. Stoller*
                            Mark S. O'Connor
                            Paul L. Stoller
                            2575 East Camelback Road
                            Phoenix, Arizona  85016-9225

                        LOPEZ McHUGH LLP
                            Ramon Rossi Lopez (CA Bar No. 86361)
                            (admitted *pro hac vice*)
                            100 Bayview Circle, Suite 5600
                            Newport Beach, California 92660

                      *Co-Lead/Liaison Counsel for Plaintiffs*

## **Certificate of Service**

I hereby certify that on this 26th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                              */s/Deborah Yanazzo*
                              Deborah Yanazzo