# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cally Lutz,

    Plaintiff(s)/Petitioner(s),

vs.

C. R. Bard, Inc., and Bard Peripheral Vascular Inc.

    Defendant(s)/Respondent(s)

CASE NO:

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

FILED ✓ / LODGED / RECEIVED / COPY

MAY 2 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE: APPLICATION FEE REQUIRED!

I, **Adam J. Blake**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Cally Lutz**.

City and State of Principal Residence: Houston, Texas
Firm Name: Perdue and Kidd
Address: 777 Post Oak Blvd.     Suite: 450
City: Houston     State: TX     Zip: 77056
Firm/Business Phone: (713) 520-2500
Firm Fax Phone: (713) 520-2525     E-mail Address: ablake@perdueandkidd.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Southern District of Texas | 05/11/2017 | ✓ Yes / ☐ No* |
| | | ☐ Yes / ☐ No* |
| | | ☐ Yes / ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

5/23/17
Date

_____
Signature of Applicant

Fee Receipt # PHX1851643

(Rev. 04/12)

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Adam J. Blake, Federal ID No 3061519

Admission date: May, 11, 2017

Dated May 23, 2017, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk