UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Vandell, | ) |
|       Plaintiff, | ) MDL Case No. 2:15-md-02641-DGC |
| v. | ) Civil Action No. CV-17-01549-PHX-DGC |
| C. R. Bard Inc., | ) |
|       Defendant. | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant C. R. Bard, Inc.


Date:  May 30, 2017            /s/ Richard B. North, Jr.
                               *Attorney's signature*

                               Richard B. North, Jr. (Ga. Bar No. 545599)
                               *Printed Name and bar number*

                               Nelson Mullins Riley & Scarborough, LLP
                               201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                               *Address*

                               richard.north@nelsonmullins.com
                               *E-mail address*

                               (404) 322-6155
                               *Telephone number*

                               (404) 322-6050
                               *FAX number*