Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Cameil Williams<br><br>Civil Case # 2:17-cv-01622-DGC | No. MDL-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  May 30, 2017               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Michael T. Gallagher
　　　　　　　　　　　　　　　　　　　Michael T. Gallagher
　　　　　　　　　　　　　　　　　　　Federal ID: 5395
　　　　　　　　　　　　　　　　　　　The Gallagher Law Firm
　　　　　　　　　　　　　　　　　　　2905 Sackett Street
　　　　　　　　　　　　　　　　　　　Houston, Texas 77098
　　　　　　　　　　　　　　　　　　　(713) 222-8080
　　　　　　　　　　　　　　　　　　　(713) 222-0066 - Facsimile
　　　　　　　　　　　　　　　　　　　donnaf@gld-law.com

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098
(713) 222-8080

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher