AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| John B. Mashburn, Guardian of Kathy Workman )<br>*Plaintiff* )<br>v. )<br>C.R. Bard Inc., et al. )<br>*Defendant* ) | Case No. 2:15-md-2641-DGC<br><br>This matter relates to: 2:17-cv-01673-DGC | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kathy Workman, by and through Guardian John Mashburn.

Date: 05/31/2017

/s/ Barry D. Levy
*Attorney's signature*

Barry D. J. Levy (OH Reg # 0018986)
*Printed name and bar number*

O'Connor, Acciani & Levy LPA
600 Vine Street, Suite 1600
Cincinnati, OH 45202
*Address*

BDL@OAL-LAW.COM
*E-mail address*

(513) 241-7111
*Telephone number*

(513) 241-7197
*FAX number*