Don K. Ledgard
Capretz & Associates
5000 Birch St, Suite 4600
Newport Beach, CA 92660
CA Bar # 208350
(949) 724-3000 (telephone)
(949) 757-2635 (facsimile)
dledgard@capretz.com
*Attorneys for Plaintiff April Dilworth*

Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW
Suite 1700, Atlantic Station
Atlanta, GA 30363
GA Bar # 545599
(404) 322-6000 (telephone)
(404) 322-6050 (facsimile)
richard.north@nelsonmullins.com
*Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-PHX-DGC |
| This Document Relates To:<br><br>April Dilworth<br>Civil Case # 2:16-cv-01114-PHX-DGC | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: May 31, 2017.

By: _/s/ Don K. Ledgard_____
    Don K. Ledgard, CA Bar #208350
    Capretz & Associates
    5000 Birch St, Suite 4600
    Newport Beach, CA 92660
    CA Bar # 208350
    (949) 724-3000 (telephone)
    (949) 757-2635 (facsimile)
    dledgard@capretz.com

*Attorneys for Plaintiff April Dilworth*

By: _/s/ Richard B. North, Jr._____
    Richard B. North, Jr., GA Bar # 545599
    Nelson Mullins Riley & Scarborough, LLP
    201 17th St., NW
    Suite 1700, Atlantic Station
    Atlanta, GA 30363
    (404) 322-6000 (telephone)
    (404) 322-6050 (facsimile)
    richard.north@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                                         _/s/ Don K. Ledgard_____
                                                         Don K. Ledgard