## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: Bard IVC Filters Products Liability Litigation** | **No. 2:15-MD-02641-PHX-DGC** |
| **This Document Relates To:** | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| **April Dilworth** <br> **Civil Case # 2:16-cv-01114-PHX-DGC** | |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, April Dilworth

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case 2:16-cv-01114) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____