Yvonne M. Flaherty
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
MN Bar # 267600
612-339-6900 (telephone)
612-339-0981 (facsimile)
ymflaherty@locklaw.com
*Attorney for Plaintiff Marie Braddock*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>MARIE BRADDOCK<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.<br><br>Defendants. | MDL No. 2:15-MD-02641-DGC<br><br><br><br>No. 2:17-cv-00583-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

MARIE BRADDOCK, Plaintiff in the above-captioned action, by and through her undersigned attorney, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendants C. R. Bard Inc. and Bard Peripheral Vascular, Inc. without prejudice.  Each party shall bear their own costs.

RESPECTFULLY SUBMITTED this 1st day of June, 2017

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty, MN #267600
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  612-339-6900
Facsimile: 612-339-0981
Email: ymflaherty@locklaw.com

*Counsel for Plaintiff Marie Braddock*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty