# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX-DGC |
| This Document Relates To: | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Dustin Patchen | |
| Civil Case No. CV17-0417-PHX-DGC | |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, Dustin Patchen. Doc. 6041.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the stipulation of dismissal without prejudice (Doc. 6041) is **granted.** All claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MDL-15-02641 (Member Case No. CV17-0417) are hereby dismissed without prejudice as to the refiling of same, each party shall bear its own costs.

Dated this 1st day of June, 2017.

_____
David G. Campbell
United States District Judge