1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   949-812-5771
4
5  Mark S. O'Connor (011029) - mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona 85016-9225
   602-530-8000
7  *Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Notice of Videotaped Deposition of Richard Harvey, MD*

*Plaintiffs' Notice of Videotaped Deposition of Brandon Kang, MD*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 1st day of June, 2017

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
    Mark S. O'Connor
    Paul L. Stoller
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 1st day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

2