# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This Document Relates To:<br><br>April Dilworth<br><br>Civil Case No. CV16-1114-PHX-DGC | No. MDL15-02641-PHX-DGC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, April Dilworth. Doc. 6093.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the stipulation of dismissal without prejudice (Doc. 6093) is **granted.** All claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MDL-15-02641 (Member Case No. CV16-1114) are hereby dismissed without prejudice as to the refiling of same, each party shall bear its own costs.

Dated this 1st day of June, 2017.

_____
David G. Campbell
United States District Judge