**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Amanda Rene Flynn,                                    )
                                                      )
            Plaintiff,                            )          MDL Case No. 2:15-md-02641-DGC
                                                      )
            v.                                    )          Civil Action No.  CV-17-01407-PHX-DGC
                                                      )
Bard Peripheral Vascular, Inc. and C. R.              )
Bard, Inc., et al.,                                   )
                                                      )
            Defendant.                            )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: June 2, 2017

                     /s/ Richard B. North, Jr.
                     *Attorney's signature*

                     Richard B. North, Jr. (Ga. Bar No. 545599)
                     *Printed name and bar number*

                     Nelson Mullins Riley & Scarborough, LLP
                     201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                     *Address*

                     richard.north@nelsonmullins.com
                     *E-mail Address*

                     (404) 322-6000
                     *Telephone number*

                     (404 322-6050
                     *FAX number*