AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Carolyn S. Cuyler | ) | LEAD CASE: 2:15-md-2641-PHX-DGC |
| *Plaintiff* | ) | This Matter Relates to: |
| v. | ) | Case No. CV-17-01704-PHX-DGC |
| C.R. Bard Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carolyn S. Cuyler                                                                                            .

Date:   06/02/2017                                         /s/ Barry D. Levy
                                                                         *Attorney's signature*

                                                           Barry D. J. Levy (OH Reg # 0018986)
                                                              *Printed name and bar number*

                                                              O'Connor, Acciani & Levy LPA
                                                              600 Vine Street, Suite 1600
                                                              Cincinnati, OH 45202
                                                                         *Address*

                                                                 bdl@oal-law.com
                                                                   *E-mail address*

                                                                  (513) 241-7111
                                                                  *Telephone number*

                                                                  (513) 241-7197
                                                                    *FAX number*