## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2641<br>Case No. 2:17-cv-00722-DGC |

This Document Relates to:

Robert Howie and Amy Howie

### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel pursuant to Rule 25910 (1) of Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint:

1. Plaintiffs seek to file attached amended short form complaint to correct Paragraph 4 to read "Arkansas" instead of "Mississippi".

2. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiffs request that this Court grant request to correct Paragraph 4 to read "Arkansas" instead of "Mississippi," and for leave to file Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached Amended Second Master Short Form Complaint.

Dated: June 2, 2017

/s/ Eric Roslansky
The Ruth Law Team
Florida Bar No.: 42067
P.O. Box 16847
St. Petersburg, FL 33733
Phone: (888)783-8378
Fax: (727)323-7720
Email: ivc@getjustice.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Eric Roslansky