Eric D. Roslansky, # 42067
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733
Phone: (888)783-8378
Fax: (727)323-7720
Email: ivc@getjustice.com
Attorneys on behalf of Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Pertains to Member Case:<br><br>2:17-cv-00722-DGC | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:

Robert Howie

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Amy Howie

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

~~Mississippi~~  **Arkansas**

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Mississippi

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Mississippi

7.   District Court and Division in which venue would be proper absent direct filing:

   United States District Court Northern District of Mississippi

8.   Defendants (check Defendants against whom Complaint is made):

   ☑   C. R. Bard Inc.

   ☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

   ☑   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   A substantial portion of events leading to Plaintiff's injuries arose in Mississippi

   making jurisdiction and venue proper.

   _____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☑   G2® Vena Cava Filter

   ☐   G2® Express Vena Cava Filter

   ☐   G2® X Vena Cava Filter

   ☐   Eclipse® Vena Cava Filter

   ☐   Meridian® Vena Cava Filter

- 2 -

1      □     Denali® Vena Cava Filter

2      □     Other: _____

3    11.    Date of Implantation as to each product:

4      On or about December 8, 2005. _____

5      _____

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7     ☑    Count I:     Strict Products Liability – Manufacturing Defect

8     ☑    Count II:     Strict Products Liability – Information Defect (Failure

9      to Warn)

10     ☑    Count III:     Strict Products Liability – Design Defect

11     ☑    Count IV:     Negligence - Design

12     ☑    Count V:     Negligence - Manufacture

13     ☑    Count VI:     Negligence – Failure to Recall/Retrofit

14     ☑    Count VII:     Negligence – Failure to Warn

15     ☑    Count VIII:    Negligent Misrepresentation

16     ☑    Count IX:     Negligence *Per Se*

17     ☑    Count X:     Breach of Express Warranty

18     ☑    Count XI:     Breach of Implied Warranty

19     ☑    Count XII:     Fraudulent Misrepresentation

20     ☑    Count XIII:     Fraudulent Concealment

21     ☑    Count XIV:     Violations of Applicable   Mississippi    (insert

22      state) Law Prohibiting Consumer Fraud and Unfair and

23      Deceptive Trade Practices

24     ☑    Count XV:     Loss of Consortium

25     □    Count XVI:   Wrongful Death

26     □    Count XVII: Survival

27     ☑    Punitive Damages

28

1    □    Other(s): _____ (please   state   the   facts

2    supporting this Count in the space immediately below)

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    13.    Jury Trial demanded for all issues so triable?

10    ☑    Yes

11    □    No

12    RESPECTFULLY SUBMITTED this 2nd day of June _____, 20 17 .

13

14

15    By: __/s/  Eric Roslansky___

16    The Ruth Law Team
     P.O. Box 16847

17    St. Petersburg, FL 33733

18

19    I hereby certify that on this 2nd day of June _____, 20 17 , I electronically

20    transmitted the attached document to the Clerk's Office using the CM/ECF System for

21    filing and transmittal of a Notice of Electronic Filing.

22    /s/ Eric Roslansky

23    _____

24

25

26

27

28

- 4 -