# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2641<br>Case No. 2:17-cv-00722-DGC |

This Document Relates to:

Robert Howie and Amy Howie

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Robert Howie and Amy Howie be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of June, 2017.

_____
Honorable Judge David G. Campbell
United States District Court Judge