**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2641<br>Case No. 2:17-cv-00722-DGC |

This Document Relates to:

Robert Howie and Amy Howie

## NOTICE OF FILING AMENDED COMPLAINT

Counsel pursuant to Rule 15(a)(2) of Federal Rules of Civil Procedure and LRCiv 15.1, files notice of filing amended complaint.

Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of the Amended Complaint.

Dated: June 2, 2017

/s/ Eric Roslansky
The Ruth Law Team
Florida Bar No.: 42067
P.O. Box 16847
St. Petersburg, FL 33733
Phone: (888)783-8378
Fax: (727)323-7720
Email: ivc@getjustice.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Eric Roslansky