1  Eric D. Roslansky, # 42067
   The Ruth Law Team
2  P.O. Box 16847
3  St. Petersburg, FL 33733
   Phone: (888)783-8378
4  Fax: (727)323-7720
   Email: ivc@getjustice.com
5  Attorneys on behalf of Plaintiff

6

7             IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9   IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| 10 | AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES |
| 11  This Document Pertains to Member Case: | FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |
| 12  2:17-cv-00722-DGC | |

13

14         Plaintiff(s) named below, for their Complaint against Defendants named below,

15  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16  Plaintiff(s) further show the Court as follows:

17      1.   Plaintiff/Deceased Party:

18           Robert Howie

19      2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of

20           consortium claim:

21           Amy Howie

22      3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian,

23           conservator):

24           N/A

25      4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26           at the time of implant:

27           ~~Mississippi~~ **Arkansas**

28

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Mississippi

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Northern District of Mississippi

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   A substantial portion of events leading to Plaintiff's injuries arose in Mississippi making jurisdiction and venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

| | | |
|---|---|---|
| ☐ | | Denali® Vena Cava Filter |
| ☐ | | Other: _____ |

11. Date of Implantation as to each product:

On or about December 8, 2005.

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*
- ☑ Count X: Breach of Express Warranty
- ☑ Count XI: Breach of Implied Warranty
- ☑ Count XII: Fraudulent Misrepresentation
- ☑ Count XIII: Fraudulent Concealment
- ☑ Count XIV: Violations of Applicable __Mississippi__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☑ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☑ Punitive Damages

☐   Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13.   Jury Trial demanded for all issues so triable?

☑   Yes

☐   No

RESPECTFULLY SUBMITTED this 2nd day of June, 20 17.

By: /s/ Eric Roslansky
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

I hereby certify that on this 2nd day of June, 20 17, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Eric Roslansky