**FOR THE**
**DISTRICT OF ARIZONA**

Jamie Lynn Kobert,                                      )
                                                       )
            Plaintiff,                                 )            MDL Case No. 2:15-md-02641-DGC
                                                       )
            v.                                         )            Civil Action No.  CV-17-01610-PHX-DGC
                                                       )
Bard Peripheral Vascular, Inc. and C. R.               )
Bard, Inc., et al.,                                    )
                                                       )
            Defendant.                                 )

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  June 2, 2017            /s/ Richard B. North, Jr.
                               *Attorney's signature*

                               Richard B. North, Jr. (Ga. Bar No. 545599)
                               *Printed name and bar number*

                               Nelson Mullins Riley & Scarborough, LLP
                               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                               *Address*

                               richard.north@nelsonmullins.com
                               *E-mail Address*

                               (404) 322-6000
                               *Telephone number*

                               (404 322-6050
                               *FAX number*