AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Wayne F. Melancon Sr. | ) | LEAD CASE: 2:15-md-2641-PHX-DGC |
|---|---|---|
| *Plaintiff* | ) | This Matter Relates to: |
| v. | ) | Case No.   CV-17-01733-PHX-DGC |
| C.R. Bard Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Wayne F. Melancon Sr.                                                     .

Date:   06/05/2017

/s/ Barry D. Levy
*Attorney's signature*

Barry D. J. Levy (OH Reg # 0018986)
*Printed name and bar number*

O'Connor, Acciani & Levy LPA
600 Vine Street, Suite 1600
Cincinnati, OH 45202
*Address*

bdl@oal-law.com
*E-mail address*

(513) 241-7111
*Telephone number*

(513) 241-7197
*FAX number*