# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | MDL No. 2:15-MD-02641 |
| **This Document Relates to:** | |
| JAVONTA LANE | Civil Action No. 2:16-cv-03783-DGC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.** | |
| Defendants. | |

Comes now, Plaintiff, Javonta Lane and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Javonta Lane in this action against C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF JAVONTA LANE**

/s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6282
(404) 322-6050 - Facsimile

**ATTORNEY FOR C.R. BARD and**
**BARD PERIPHERAL VASCULAR, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 5, 2017

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com