# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:15-MD-02641** |
| **This Document Relates to:** | |
| **JAVONTA LANE** | **Civil Action No. 2:16-cv-03783-DGC** |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.** | |
| Defendants. | |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, Javonta Lane.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case 2:17-cv-00446) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____    _____
Honorable Judge David G. Campbell
Judge, United States District Court