Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS BELLWETHER EXPERT REPORTS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served by email upon Defendants the following bellwether expert reports:

1. Reports of *Darren R. Hurst, M.D.* in the following cases:
   a. Booker,
   b. Hyde,
   c. Jones,
   d. Kruse, and
   e. Mulkey.

2. Reports of *Dereck David Muehrcke, M.D.* in the following cases:
   a. Booker,
   b. Hyde,
   c. Jones,
   d. Kruse, and
   e. Mulkey.

3. Report of *David Garcia, M.D.* in the Jones case.

Plaintiffs file this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 5th day of June, 2017

>GALLAGHER & KENNEDY, P.A.
>
>By: *s/ Paul L. Stoller*
>    Mark S. O'Connor
>    Paul L. Stoller
>    2575 East Camelback Road
>    Phoenix, Arizona  85016-9225
>
>LOPEZ McHUGH LLP
>    Ramon Rossi Lopez (CA Bar No. 86361)
>    (admitted *pro hac vice*)
>    100 Bayview Circle, Suite 5600
>    Newport Beach, California 92660
>
>*Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 5th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*/s/Deborah Yanazzo*
>Deborah Yanazzo

6042784/26997-0001

2