IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This document relates to:<br>Williams v. Bard, et al., Civil Action No.: 2:17-cv-01497<br><br>Parker et al. v. Bard, et al., Civil Action No.: 2:17-cv-01499<br><br>Mayes v. Bard, et al., Civil Action No.: 2:17-cv-01500<br><br>Cupit, et al. v. Bard, et al., Civil Action No. 2:17-cv-01498 | **NOTICE OF APPEARANCE** |

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff, Jeffrey Eugene Williams, Sr; Plaintiffs Ishtarai Parker and Tony Bradley; Plaintiffs Alan Cupit and Doris Cupit; and Plaintiff Sharon Mayes.

RESPECTFULLY SUBMITTED this 6th day of June, 2017.

**BURNETT LAW FIRM**

By: */s/ Riley L. Burnett, Jr.*
       Riley L. Burnett, Jr.
       3737 Buffalo Speedway, 18th Floor
       Houston, Texas 77098
       Tel: (832) 413-4410
       Fax: (832) 900-2120
       Email: RBurnett@RBurnettLaw.com
       *Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas  77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Email: Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*