IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**CASE MANAGEMENT ORDER NO. 25**<br><br>**(Bellwether Group 1 Amended Discovery Schedule)** |

Pursuant to the stipulation of the parties to amend the discovery schedule for the cases in Bellwether Group 1,

**IT IS ORDERED** amending the Bellwether Discovery Schedule, the new schedule is as follows:

| Action | Date/deadline |
|---|---|
| Plaintiffs' case-specific expert disclosures | June 5, 2017 |
| Defendants' case-specific expert | July 3, 2017 |
| Case-specific rebuttal expert disclosures for Bellwether Group 1 | July 17, 2017 |
| Deadline for completion of additional case-specific medical witness depositions for Bellwether Group 1 | August 7, 2017 |
| Deadline for case-specific expert | August 7, 2017 |
| Deadline for completion of additional case-specific discovery other than medical witness depositions for Bellwether Group 1 | August 15, 2017 |

This Order amends and replaces the dates set forth in Case Management Order No. 20 with respect to the same deadlines for Bellwether Group 1.

Dated this 6th day of June, 2017.

_David G. Campbell_
United States District Judge