AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Clarissa Alexander | ) | MDL Case No. 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-01387-DGC |
| C. R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Clarissa Alexander                                                                                .

Date:  06/06/2017                                                          s/Mark E. Berns
                                                                           *Attorney's signature*

                                                                 Mark E. Berns (#50895MO)
                                                                 *Printed name and bar number*

                                                                 Onder, Shelton, O'Leary & Peterson
                                                                 110 East Lockwood, St. Louis, MO 63119

                                                                            *Address*

                                                                    berns@onderlaw.com
                                                                      *E-mail address*

                                                                       (314) 963-9000
                                                                     *Telephone number*

                                                                       (314) 963-1700
                                                                        *FAX number*