1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
5  Mark S. O'Connor (011029) - mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10

11 | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
   |---|---|
12 |  | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

13

14     PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served (by

15 email and mail) upon Defendants the following discovery papers:

16     *Plaintiffs' Amended Notice of Videotaped Deposition of Audrey Fasching*

17     *Plaintiffs' Amended Notice of Videotaped Deposition of Clement J. Grassi*

18     *Plaintiffs' Amended Notice of Videotaped Deposition of Paul Briant*

19     *Plaintiffs' Amended Notice of Videotaped Deposition of Mark Moritz, MD*

20     *Plaintiffs' Amended Notice of Videotaped Deposition of David Feigal, Jr.*

21    *Plaintiffs' Second Amended Notice of Videotaped Deposition of Ronald A. Thisted*

22        *Plaintiffs' Amended Notice of Videotaped Deposition of Moni Stein*

23   *Plaintiffs' Second Amended Notice of Videotaped Deposition of Christine Brauer*

24   *Plaintiffs' Second Amended Notice of Videotaped Deposition of Donna-Bea Tillman*

25          *Plaintiffs' Notice of Videotaped Deposition of Brody Pluckett*

26     Plaintiffs are filing this notice in lieu of filing the original discovery papers

27 pursuant to LRCiv 5.2.

28

RESPECTFULLY SUBMITTED this 6th day of June, 2017

        GALLAGHER & KENNEDY, P.A.

        By: *s/ Paul L. Stoller*
           Mark S. O'Connor
           Paul L. Stoller
           2575 East Camelback Road
           Phoenix, Arizona  85016-9225

        LOPEZ McHUGH LLP
           Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
           100 Bayview Circle, Suite 5600
           Newport Beach, California 92660

        *Co-Lead/Liaison Counsel for Plaintiffs*

## **Certificate of Service**

I hereby certify that on this 6th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/Deborah Yanazzo*
        Deborah Yanazzo