UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Collins-Williams, as Personal Representative to the Estate of Melvin Collins,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>C. R. Bard Inc.,<br><br>　　　　　　Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-17-01678-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　　Defendant C. R. Bard, Inc.


Date:  June 6, 2017　　　　　　　/s/ Richard B. North, Jr.
　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　Richard B. North, Jr. (Ga. Bar No. 545599)
　　　　　　　　　　　　　　　　*Printed Name and bar number*

　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　richard.north@nelsonmullins.com
　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　(404) 322-6155
　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　(404) 322-6050
　　　　　　　　　　　　　　　　*FAX number*