Eric D. Roslansky, # 42067
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733
Phone: (888)783-8378
Fax: (727)323-7720
Email: ivc@getjustice.com
Attorneys on behalf of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Pertains to Member Case:<br><br>2:17-cv-00722-DGC | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Robert Howie

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Amy Howie

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Arkansas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Mississippi

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Northern District of Mississippi

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   A substantial portion of events leading to Plaintiff's injuries arose in Mississippi making jurisdiction and venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

1  ☐  Denali® Vena Cava Filter
2  ☐  Other: _____

3  11.  Date of Implantation as to each product:
4      On or about December 8, 2005.
5      _____

6  12.  Counts in the Master Complaint brought by Plaintiff(s):
7      ☑  Count I:     Strict Products Liability – Manufacturing Defect
8      ☑  Count II:    Strict Products Liability – Information Defect (Failure
9                      to Warn)
10     ☑  Count III:   Strict Products Liability – Design Defect
11     ☑  Count IV:    Negligence - Design
12     ☑  Count V:     Negligence - Manufacture
13     ☑  Count VI:    Negligence – Failure to Recall/Retrofit
14     ☑  Count VII:   Negligence – Failure to Warn
15     ☑  Count VIII:  Negligent Misrepresentation
16     ☑  Count IX:    Negligence *Per Se*
17     ☑  Count X:     Breach of Express Warranty
18     ☑  Count XI:    Breach of Implied Warranty
19     ☑  Count XII:   Fraudulent Misrepresentation
20     ☑  Count XIII:  Fraudulent Concealment
21     ☑  Count XIV:   Violations of Applicable __Mississippi__ (insert
22                     state) Law Prohibiting Consumer Fraud and Unfair and
23                     Deceptive Trade Practices
24     ☑  Count XV:    Loss of Consortium
25     ☐  Count XVI:   Wrongful Death
26     ☐  Count XVII:  Survival
27     ☑  Punitive Damages
28

- 3 -

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 7th day of June, 20 17.


By: /s/ Eric Roslansky
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

I hereby certify that on this 7th day of June, 20 17, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Eric Roslansky