# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____

In Re: BARD IVC FILTERS                    MDL No. 2641
PRODUCTS LIABILITY LITIGATION              Case No. CV17-0722-PHX DGC

_____        **ORDER**

This Document Relates to:

Robert Howie and Amy Howie

      The Court has received and reviewed Plaintiffs' unopposed motion for leave to amend complaint. Doc. 6136.

      **IT IS ORDERED** that the unopposed motion for leave to amend complaint filed by Robert Howie and Amy Howie (Doc. 6136) is **granted**.

      Dated this 7th day of June, 2017.

_____
David G. Campbell
United States District Judge