Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS BELLWETHER EXPERT REPORTS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served by email upon Defendants the following bellwether expert report:

1. Reports of *Robert M. McMeeking, Ph.D., NAE, FREng, FRSE, LFASME* in the following cases:

     a. Booker,

     b. Hyde,

     c. Jones,

     d. Kruse, and

     e. Mulkey.

Plaintiffs file this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 9th day of June, 2017

        GALLAGHER & KENNEDY, P.A.

        By: *s/ Mark S. O'Connor*
            Mark S. O'Connor
            Paul L. Stoller
            2575 East Camelback Road
            Phoenix, Arizona  85016-9225

        LOPEZ McHUGH LLP
            Ramon Rossi Lopez (CA Bar No. 86361)
            (admitted *pro hac vice*)
            100 Bayview Circle, Suite 5600
            Newport Beach, California 92660

        *Co-Lead/Liaison Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on this 9th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        *s/ Gay Mennuti*

6046597/26997-0001

2