1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
5  Mark S. O'Connor (011029) - mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
               UNITED STATES DISTRICT COURT
9
                    DISTRICT OF ARIZONA
10

11 | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC

**NOTICE OF SERVICE OF DISCOVERY PAPERS BELLWETHER EXPERT REPORTS**

14      PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served by

15 email upon Defendants the following bellwether expert reports:

16      1.      Reports of *Robert O. Ritchie, Ph.D.* in the following cases:

17              a.      Booker,

18              b.      Hyde,

19              c.      Jones,

20              d.      Kruse, and

21              e.      Mulkey.

22      2.      Reports of *J. Matthew Sims, MC, MS & Lora K. White, RN, BSN, CNLCP,*

23 *CCM, MSCC* in the following cases:

24              a.      Booker,

25              b.      Hyde,

26              c.      Jones,

27              d.      Kruse, and

28              e.      Mulkey.

Plaintiffs file this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 12th day of June, 2017

>GALLAGHER & KENNEDY, P.A.
>
>By: *s/ Paul L. Stoller*
>    Mark S. O'Connor
>    Paul L. Stoller
>    2575 East Camelback Road
>    Phoenix, Arizona 85016-9225
>
>LOPEZ McHUGH LLP
>    Ramon Rossi Lopez (CA Bar No. 86361)
>    (admitted *pro hac vice*)
>    100 Bayview Circle, Suite 5600
>    Newport Beach, California 92660
>
>*Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 12th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*s/ Deborah Yanazzo*

6049815/26997-0001

2