IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>Member Case Number: CV-17-00869-PHX-DGC<br><br>**NOTICE OF FILING AMENDED SHORT FORM COMPLAINT** |

      Now come Plaintiffs in Member case number CV-17-00869-PHX-DGC, Michael and Iris Newson, by and through the undersigned counsel, and hereby file this Notice of Filing Amended Short Form Complaint. Amended Short Form Complaint with strikethrough and changes is Attached hereto as "Exhibit A" in compliance with Local Rule 15.1(a).

      Respectfully submitted,

*/s/ John P. Colan*

_____
THOMAS D. ROBENALT (OH. #0055960)
JOHN P. COLAN (OH. #0081778)
**THE ROBENALT LAW FIRM, INC.**
23550 Center Ridge Road, Suite 103
Westlake, OH 44145
Phone: (216) 223-7535
Fax: (216) 860-4390
Email: trobenalt@robenaltlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the above document was served electronically, via the Court's electronic notification system to Counsel of Record on this 13th day of June 2017.

      Respectfully submitted,

      */s/ John P. Colan*

      _____
      THOMAS D. ROBENALT (#0055960)
      JOHN P. COLAN (#0081778)
      **THE ROBENALT LAW FIRM, INC.**