IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their **Amended** Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Michael Newson

    19450 Lorain Road

    Fairview Park, Ohio 44126

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Iris Newson

    19450 Lorain Road

    Fairview Park, Ohio 44126

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Ohio

| | | |
|---|---|---|
| 1 | 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence |
| 2 | | at the time of injury: |
| 3 | | Ohio |
| 4 | 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: |
| 5 | | Ohio |
| 6 | 7. | District Court and Division in which venue would be proper absent direct |
| 7 | | filing: |
| 8 | | United States District Court for the Northern District of Ohio Eastern |
| 9 | | Division |
| 10 | 8. | Defendants (check Defendants against whom Complaint is made): |
| 11 | | ☒    C.R. Bard Inc. |
| 12 | | ☒    Bard Peripheral Vascular, Inc. |
| 13 | 9. | Basis of Jurisdiction: |
| 14 | | ☒    Diversity of Citizenship |
| 15 | | ☐    Other: _____ |
| 16 | | a.   Other allegations of jurisdiction and venue not expressed in Master |
| 17 | | Complaint: |
| 18 | | _____ |
| 19 | | _____ |
| 20 | | _____ |
| 21 | 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making |
| 22 | | a claim (Check applicable Inferior Vena Cava Filter(s)): |
| 23 | | ☐    Recovery® Vena Cava Filter |
| 24 | | ☐    G2® Vena Cava Filter |
| 25 | | ~~X    G2® Express Vena Cava Filter~~ |
| 26 | | ☐    G2® X Vena Cava Filter |
| 27 | | ☐    Eclipse® Vena Cava Filter |
| 28 | | **X    Meridian® Vena Cava Filter** |

2

|   |     |                                                                                   |
|---|-----|-----------------------------------------------------------------------------------|
|   |     | ☐  Denali® Vena Cava Filter                                                       |
|   |     | ☐  Other: _____                                                        |
|   | 11. | Date of Implantation as to each product:                                          |
|   |     | ~~January 19, 2012~~   **January 18, 2012**                                       |
|   | 12. | Counts in the Master Complaint brought by Plaintiff(s):                           |
|   |     | ☒  Count I:     Strict Products Liability – Manufacturing Defect                  |
|   |     | ☒  Count II:    Strict Products Liability – Information Defect (Failure to Warn)  |
|   |     | ☒  Count III:   Strict Products Liability – Design Defect                         |
|   |     | ☒  Count IV:    Negligence – Design                                               |
|   |     | ☒  Count V:     Negligence – Manufacture                                          |
|   |     | ☒  Count VI:    Negligence – Failure to Recall/Retrofit                           |
|   |     | ☒  Count VII:   Negligence – Failure to Warn                                      |
|   |     | ☒  Count VIII:  Negligent Misrepresentation                                       |
|   |     | ☒  Count IX:    Negligence *Per Se*                                               |
|   |     | ☒  Count X:     Breach of Express Warranty                                        |
|   |     | ☒  Count XI:    Breach of Implied Warranty                                        |
|   |     | ☒  Count XII:   Fraudulent Misrepresentation                                      |
|   |     | ☒  Count XIII:  Fraudulent Concealment                                            |
|   |     | ☒  Count XIV:   Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
|   |     | X   Count XV:   Loss of Consortium                                                |
|   |     | ☐  Count XVI:   Wrongful Death                                                    |
|   |     | ☐  Count XVII:  Survival                                                          |
|   |     | ☒  Punitive Damages                                                               |
|   | 13. | Jury Trial demanded for all issues so triable?                                    |
|   |     | ☒  Yes                                                                            |

3

☐     No

RESPECTFULLY SUBMITTED this ___13th__ day of June, 2017.

                    Respectfully submitted,

                    /s/ John P. Colan_____

                    Thomas D. Robenalt ( Ohio Reg. 0055960)
                    John P. Colan (Ohio Reg. 0081778)
                    **THE ROBENALT LAW FIRM, INC.**
                    23550 Center Ridge Road, Suite 103
                    Westlake, Ohio 44145
                    Phone: 216-223-7535
                    Email: jcolan@robenaltlaw.com
                             trobenalt@robenaltlaw.com

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the above document was served electronically, via the Court's electronic notification system to Counsel of Record on this 13th day of June 2017.

                    Respectfully submitted,

                    */s/ John P. Colan*

                    _____
                    THOMAS D. ROBENALT (#0055960)
                    JOHN P. COLAN (#0081778)
                    **THE ROBENALT LAW FIRM, INC.**