IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | Member Case Number: CV-17-00869-PHX-DGC |
| | **MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT WITH CONSENT OF DEFENDANTS** |

Now come Plaintiffs in Member case number CV-17-00869-PHX-DGC, Michael and Iris Newson, by and through the undersigned counsel, and hereby file this Motion for Leave to File an Amended Short Form Complaint with Consent of Defendants.

Plaintiffs file this Motion pursuant to Federal Rule of Civil Procedure 15(a)(2) which states, in pertinent part, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Plaintiffs' have obtained Defendants written consent.

With an Amended Short Form Complaint Plaintiffs wish to only more accurately describe the type of Bard IVC filter involved now that the type of Bard IVC filter involved has been accurately described and revealed to them.  The amendment does not prejudice the Defendants, more accurately reflects the evidence, and is just.

WHEREFORE, Plaintiffs files this Motion for Leave to File an Amended Short Form Complaint and ask that this Court grant the Motion.

Respectfully submitted,

*/s/ John P. Colan*

_____
THOMAS D. ROBENALT (#0055960)
JOHN P. COLAN (#0081778)
**THE ROBENALT LAW FIRM, INC.**
23550 Center Ridge Road, Suite 103
Westlake, OH 44145
Phone:  (216) 223-7535
Fax: (216) 860-4390
Email:  trobenalt@robenaltlaw.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the above document was served electronically, via the Court's electronic notification system to Counsel of Record on this 12th day of June 2017.

Respectfully submitted,

*/s/ John P. Colan*

_____
THOMAS D. ROBENALT (#0055960)
JOHN P. COLAN (#0081778)
**THE ROBENALT LAW FIRM, INC.**