IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>Member Case Number: CV-17-00869-PHX-DGC<br><br>**PROPOSED ORDER** |

In consideration of Plaintiffs in Member case number CV-17-00869-PHX-DGC, Michael and Iris Newson Motion for Leave to File an Amended Short Form Complaint with Consent of Defendants. Said Motion is granted and Plaintiffs shall be given leave to file an Amended Short Form Complaint.

DATED this _____ day of _____, 20_____ .

_____

United States District Judge