IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their **Amended** Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Michael Newson

    19450 Lorain Road

    Fairview Park, Ohio 44126

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Iris Newson

    19450 Lorain Road

    Fairview Park, Ohio 44126

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Ohio

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court for the Northern District of Ohio Eastern Division

8. Defendants (check Defendants against whom Complaint is made):
   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   ☒ Diversity of Citizenship
   ☐ Other: _____
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ~~X    G2® Express Vena Cava Filter~~
    ☐ G2® X Vena Cava Filter
    ☐ Eclipse® Vena Cava Filter
    **X    Meridian® Vena Cava Filter**

2

|   |   | ☐ | Denali® Vena Cava Filter |
|---|---|---|---|
|   |   | ☐ | Other: _____ |

11. Date of Implantation as to each product:

~~January 19, 2012~~   **January 18, 2012**

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect
☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
☒ Count III: Strict Products Liability – Design Defect
☒ Count IV: Negligence – Design
☒ Count V: Negligence – Manufacture
☒ Count VI: Negligence – Failure to Recall/Retrofit
☒ Count VII: Negligence – Failure to Warn
☒ Count VIII: Negligent Misrepresentation
☒ Count IX: Negligence *Per Se*
☒ Count X: Breach of Express Warranty
☒ Count XI: Breach of Implied Warranty
☒ Count XII: Fraudulent Misrepresentation
☒ Count XIII: Fraudulent Concealment
☒ Count XIV: Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
X  Count XV: Loss of Consortium
☐ Count XVI: Wrongful Death
☐ Count XVII: Survival
☒ Punitive Damages

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐   No

RESPECTFULLY SUBMITTED this ___13th__ day of June, 2017.

                          Respectfully submitted,

                          /s/ John P. Colan_____

                          Thomas D. Robenalt ( Ohio Reg. 0055960)
                          John P. Colan (Ohio Reg. 0081778)
                          **THE ROBENALT LAW FIRM, INC.**
                          23550 Center Ridge Road, Suite 103
                          Westlake, Ohio 44145
                          Phone: 216-223-7535
                          Email: jcolan@robenaltlaw.com
                                  trobenalt@robenaltlaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the above document was served electronically, via the Court's electronic notification system to Counsel of Record on this 13th day of June 2017.

                        Respectfully submitted,

                        */s/ John P. Colan*

                        _____
                        THOMAS D. ROBENALT (#0055960)
                        JOHN P. COLAN (#0081778)
                        **THE ROBENALT LAW FIRM, INC.**