## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to:<br><br>*DARYL PORN*<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>*C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.*<br><br>　　　　*Defendants.* | MDL No. 2:15-MD-02641-PHX-DGC<br><br>Civil Action No. 2:17-cv-00973-DGC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daryl Porn, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:17-cv-00973-DGC. This dismissal does not affect case number 2:16-cv-02998-DGC, which shall remain in suit.

Dated this 14th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ William B. Curtis*
　　　　　　　　　　　　　　　　　　　　　　WILLIAM CURTIS, Esq.
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00783918
　　　　　　　　　　　　　　　　　　　　　　**CURTIS LAW GROUP**
　　　　　　　　　　　　　　　　　　　　　　12225 Greenville Ave., Suite 750
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX  75243
　　　　　　　　　　　　　　　　　　　　　　(214) 890-1000 Telephone

(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

    /s/ William Curtis
WILLIAM CURTIS