From: **Andrew Rosenzweig** Andrew.Rosenzweig@nelsonmullins.com
Subject: Newson v. C. R. Bard, Inc., Member Case of IN RE: Bard IVC Filters Products Liability Litigation, Amended Complaint in Violation of FRCP 15
Date: June 13, 2017 at 11:17 AM
To: trobenalt@robenaltlaw.com, jcolan@robenaltlaw.com
Cc: Richard North richard.north@nelsonmullins.com, Miche Boles Miche.Boles@nelsonmullins.com

Counsel:

On June 13, 2017 you filed an amended complaint for Michael and Iris Newson without leave of court or Bard's consent in violation of Federal Rule of Civil Procedure 15. Please withdraw plaintiffs' improperly filed amended complaint within 10 days from receipt of this email or Bard will move to strike it. If the only amendments to plaintiffs' complaint are changing the product from G2 to Meridian and changing the implant date from January 19, 2012 to January 18, 2012, then you may represent to the court that Bard consents to plaintiffs' filing of a new amended complaint.

Thank you and please let me know if you have any questions or concerns.

Andrew

# Nelson Mullins

Andrew J. Rosenzweig
Attorney at Law
andrew.rosenzweig@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel: 404.322.6476

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.