# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| | **ORDER** |
| This document relates to: | |
| CV17-0869 PHX DGC | |
| Michael and Iris Newson v. Bard, et al. | |

Pending before the Court is Plaintiff's motion for leave to file amended master short form complaint with consent.  Doc. 6350.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to file amended master short form complaint (Doc. 6350) is **granted.**

Dated this 15th day of June, 2017.

David G. Campbell
United States District Judge