# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PLEADING** |

After considering Plaintiff Gregory Cannon's motion for leave to file an amended pleading the Court:

GRANTS the motion and allows the amended pleading.

SIGNED on _____, 2017.

_____
U.S. DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

 /s/ Roxell Richards
Roxell Richards
TX Bar No. 24049753
Roxell Richards Law Firm
6420 Richmond Ave Ste. 135
Houston TX, 77057
*Attorney for Plaintiff*