# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 303-3).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Gregory Cannon

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Jane Cannon

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
Ohio

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court: Southern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

*C.R. Bard Inc.

*Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

*Diversity of Citizenship

☐   Other: 

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

*Recovery® Vena Cava Filter

*G2® Vena Cava Filter

| | | |
|---|---|---|
| 1 | * | G2® Express (G2®X) Vena Cava Filter |
| 2 | * | Eclipse® Vena Cava Filter |
| 3 | * | Meridian® Vena Cava Filter |
| 4 | * | Denali® Vena Cava Filter |
| 5 | ☐ | Other: _____ |

6   11.   Date of Implantation as to each product:

7   On or about July 3, 2015

8   _____

9   12.   Counts in the Master Complaint brought by Plaintiff(s):

10   *   Count I:   Strict Products Liability – Manufacturing Defect

11   *   Count II:   Strict Products Liability – Information Defect (Failure to

12   Warn)

13   *   Count III:   Strict Products Liability – Design Defect

14   *   Count IV:   Negligence - Design

15   *   Count V:   Negligence - Manufacture

16   *   Count VI:   Negligence – Failure to Recall/Retrofit

17   *   Count VII:   Negligence – Failure to Warn

18   *   Count VIII:   Negligent Misrepresentation

19   *   Count IX:   Negligence *Per Se*

20   *   Count X:   Breach of Express Warranty

21   *   Count XI:   Breach of Implied Warranty

22   *   Count XII:   Fraudulent Misrepresentation

|   |   |   |
|---|---|---|
| * | Count XIII: | Fraudulent Concealment |
| □ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| □ | Count XV: | Loss of Consortium |
| □ | Count XVI: | Wrongful Death |
| □ | Count XVII: | Survival |
| □ | Punitive Damages | |
| □ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

-4-

RESPECTFULLY SUBMITTED this <u>1st</u> day of June 2017.

**Roxell Richards Law Firm**

By: <u>  /s/                    </u>
Roxell Richards
TX Bar No. 24049753
Oluwaseun "Seun" Adeyemi
TX Bar No. 24094495
Roxell Richards Law Firm
6420 Richmond Ave Ste. 135
Houston TX, 77057

*Attorneys for Plaintiff*

I hereby certify that on this <u>1st</u> day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Roxell Richards                </u>

Roxell Richards

-5-