IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641 |
| This Document Relates to: | |
| ELWOOD DEIMLER | Civil Action No. 2:17-cv-00234-DGC |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| Defendants. | |

Comes now, Plaintiff, Elwood Deimler and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Elwood Deimler in this action against C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF ELWOOD DEIMLER**

/s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6282
(404) 322-6050 - Facsimile

**ATTORNEY FOR C.R. BARD and**
**BARD PERIPHERAL VASCULAR, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 19, 2017

                                          /s/ Michael T. Gallagher
                                        Michael T. Gallagher
                                        Federal ID: 5395
                                        The Gallagher Law Firm
                                        2905 Sackett Street
                                        Houston, Texas 77098
                                        (713) 222-8080
                                        (713) 222-0066 - Facsimile
                                        donnaf@gld-law.com