IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION _____ **This Document Relates to:** **ELWOOD DEIMLER**        Plaintiff, v. **C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.**        Defendants. | MDL No. 2:15-MD-02641 Civil Action No. 2:17-cv-00234-DGC **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, Elwood Deimler.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case 2:17-cv-00234-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____           _____
                                                                        Honorable Judge David G. Campbell
                                                                        Judge, United States District Court