1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| | **ORDER** |
| This document relates to: | |
| CV17-0221 PHX DGC | |
| Greg and Jane Cannon v. Bard, et al. | |

Pending before the Court is Plaintiff's motion for leave to file amended master short form complaint with consent.  Doc. 6387.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to file amended master short form complaint (Doc. 6387) is **granted.**

Dated this 19th day of June, 2017.

David G. Campbell
United States District Judge