# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX-DGC |
| This Document Relates To: | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Elwood Deimler, | |
| Civil Case No. CV17-0234-PHX-DGC | |

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, Elwood Deimler.  Doc. 6388.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the stipulation of dismissal without prejudice (Doc. 6388) is **granted.**  All claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MDL-15-02641 (Member Case No. CV17-0234) are hereby dismissed without prejudice as to the refiling of same, each party shall bear its own costs.

Dated this 19th day of June, 2017.

_____
David G. Campbell
United States District Judge