IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> CV-17-1917-PHX-DGC <br><br> NANCY WIGGINS, <br><br>        Plaintiff, <br><br>    v. <br><br> C. R. BARD, INC., et al., <br><br>        Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO: The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Nancy Wiggins.

Dated: 6/20/2017                                 Respectfully submitted,

                                                                By: /s/Thomas P. Cartmell
                                                               Thomas P. Cartmell (MO Bar No. 45366 )
                                                                 (admitted *pro hac vice*)
                                                               **Wagstaff & Cartmell, LLP**
                                                               4740 Grand Ave., Suite 300
                                                               Kansas City, MO 64112
                                                               (816) 701-1100
                                                               (816) 531-2372 (fax)


                                                               By: /s/David C. DeGreeff
                                                               David C. DeGreeff (MO Bar No. 55019)
                                                                (admitted *pro hac vice*)

        **Wagstaff & Cartmell, LLP**
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        ddegreeff@wcllp.com

        *Attorneys for Plaintiff*

I hereby certify that on this 20th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ David C. DeGreeff*