IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 15-2641 |
| CV-17-01916-PHX-DGC | ) ) | |
| _____ | ) | |
| MERCY A. SPAIN | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:     The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Mercy A. Spain

Dated: 6/20/2017                                  Respectfully submitted,

By: /s/Thomas P. Cartmell
_____
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)

By: /s/David C. DeGreeff
_____
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)

**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***


I hereby certify that on this 20th day of June, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*