IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641 |
| **This Document Relates to:** | |
| PATRICE HARPER | Civil Action No. 2:17-cv-00235-DGC |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| Defendants. | |

Comes now, Plaintiff, Patrice Harper, and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Patrice Harper in this action against C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

    Respectfully submitted,

    /s/ Michael T. Gallagher
    Michael T. Gallagher
    Federal ID: 5395
    The Gallagher Law Firm
    2905 Sackett Street
    Houston, Texas 77098
    (713) 222-8080
    (713) 222-0066 - Facsimile
    donnaf@gld-law.com

    **ATTORNEYS FOR PLAINTIFF PATRICE HARPER**

/s/ Richard B. North
Richard B. North
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6282
(404) 322-6050 - Facsimile

**ATTORNEY FOR C.R. BARD and
BARD PERIPHERAL VASCULAR, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 23, 2017

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
