# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** _____ **This Document Relates to:** **PATRICE HARPER**        **Plaintiff,** **v.** **C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.**        **Defendants.** | **MDL No. 2:15-MD-02641** **Civil Action No. 2:17-cv-00235-DGC** **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, Patrice Harper.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case 2:17-cv-00235-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____             _____
                                                                     Honorable Judge David G. Campbell
                                                                       Judge, United States District Court