James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| | **DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S ANSWER AND GENERAL DENIAL IN RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT IN CASE NO. CV-17-00869-PHX-DGC; JURY TRIAL DEMAND** |

Defendants C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV") (Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial in response to the Amended Complaint served on Defendants in *Michael Newson, et al. v. C. R. Bard, Inc., et al.,* AZ Member Case No. CV-17-00869-PHX-DGC ("Answer and General Denial").  Defendants further reserve the right to file any motion to dismiss for failure to state a claim with respect to this case, as set forth in Amended Case Management Order No. 4.

With respect to the allegations plaintiff(s) raise in *Michael Newson v. C. R. Bard, Inc., et al.,* AZ Member Case No. CV-17-00869-PHX-DGC, Defendants deny, generally and specifically, each and every allegation in plaintiff(s)' Complaint, the whole thereof, and each and every cause of action therein.  Defendants further deny that the plaintiff(s) has sustained, or is entitled to recover, damages in any amount alleged or in any sum whatsoever.  Defendants further deny that they are liable to the plaintiff in any amount, and further deny that the plaintiff has sustained injury, damage, or loss by reason of any act or omission by Defendants.

As for additional defenses, and without assuming any burden of pleading or proof that would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise such other affirmative defenses as may be available or apparent during discovery or as may be raised or asserted by other defendants in this case.  Defendants have not knowingly or intentionally waived any applicable affirmative defense.  If it appears that any affirmative defense is or may be applicable after Defendants have had the opportunity to conduct reasonable discovery in this matter, Defendants will assert such affirmative defense in accordance with the Federal Rules of Civil Procedure.

## **REQUEST FOR JURY TRIAL**

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury on all issues appropriate for jury determination.

**WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray that this action against them be dismissed and that they be awarded their costs in defending this action and that they be granted such other and further relief as the Court deems just and appropriate.

1   This 23rd day of June, 2017.

2                                          s/Richard B. North, Jr.
                                           Richard B. North, Jr.
3                                          Georgia Bar No. 545599
                                           NELSON MULLINS RILEY & SCARBOROUGH, LLP
4                                          Atlantic Station
                                           201 17th Street, NW / Suite 1700
5                                          Atlanta, GA  30363
                                           PH:  (404) 322-6000
6                                          FX:  (404) 322-6050
                                           Richard.North@nelsonmullins.com
7
                                           James R. Condo (#005867)
8                                          Amanda Sheridan (#027360)
                                           SNELL & WILMER L.L.P.
9                                          One Arizona Center
                                           400 E. Van Buren
10                                         Phoenix, AZ 85004-2204
                                           PH:  (602) 382-6000
11                                         JCondo@swlaw.com
                                           ASheridan@swlaw.com
12
                                           **Attorneys for Defendants C. R. Bard, Inc. and**
13                                         **Bard Peripheral Vascular, Inc.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3       I HEREBY CERTIFY that on June 23, 2017, I electronically filed the foregoing with

4   the Clerk of the Court by using the CM/ECF system which will send notification of such

5   filing to all counsel of record.

6                                          s/Richard B. North, Jr.
                                           Richard B. North, Jr.
7                                          Georgia Bar No. 545599
                                           NELSON MULLINS RILEY & SCARBOROUGH, LLP
8                                          Atlantic Station
                                           201 17th Street, NW / Suite 1700
9                                          Atlanta, GA  30363
                                           PH:  (404) 322-6000
10                                         FX:  (404) 322-6050
                                           Richard.North@nelsonmullins.com
11
                                           **Attorney for Defendants C. R. Bard, Inc. and**
12                                         **Bard Peripheral Vascular, Inc.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28