Ramon Rossi Lopez, CA SBN 86361
Matthew Ramon Lopez, CA SBN 263134
Amorina Patrice Lopez, CA SBN 278002
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com
alopez@lopezmchugh.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Allan Kotter<br>Civil Case # 2:16-cv-04011-DGC | No. 2:15-MD-02641-DGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Allan Kotter, and Defendants, C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated: June 23, 2017

By: /s/ *Matthew R. Lopez*
Matthew R. Lopez, CA Bar No. 263134
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504
Email: mlopez@lopezmchugh.com
*Attorney for Plaintiffs*

By: /s/ *Richard B. North, Jr.*
Richard B. North, Jr., GA Bar No. 545599
Nelson Mullins Riley & Scarborough LLP
Suite 1700, Atlantic Station
201 17th Street, NW
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6397
Email: Richard.north@nelsonmullins.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Melissa Jones