**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Allan Kotter<br>Civil Case # 2:16-cv-04011-DGC | No. 2:15-MD-02641 -DGC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Allan Kotter,

IT IS HEREBY ORDER, ADJUDGED AND DECLARED that all claims of Plaintiff Allan Kotter against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MD-15-02641 (Member Case 2:16-cv-04011-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this_____ day of_____, 2017

_____
Honorable David G. Campbell
United States District Court Judge