Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF SERVICE OF DISCOVERY PAPERS** |
|---|---|

PLEASE TAKE NOTICE that on June 23, 2017, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Second Amended Notice of Videotaped Deposition of Audrey Fasching*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 26th day of June, 2017

        GALLAGHER & KENNEDY, P.A.

        By: *s/ Paul L. Stoller*
            Mark S. O'Connor
            Paul L. Stoller
            2575 East Camelback Road
            Phoenix, Arizona 85016-9225

        LOPEZ McHUGH LLP
            Ramon Rossi Lopez (CA Bar No. 86361)
            (admitted *pro hac vice*)
            100 Bayview Circle, Suite 5600
            Newport Beach, California 92660

        *Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 26th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　/s/Deborah Yanazzo
　　　　　　　　　　　　　　　　　　　　Deborah Yanazzo

6069450/26997-0001

2