**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF ADDRESS CHANGE** |

TO THE CLERK AND ALL COUNSEL OF RECORD:

Please change the address for my appearance in all cases from:

> KARON & DALIMONTE, LLP
> 85 Devonshire Street, Suite 1000
> Boston, MA 02109
> Email:  johndalimonte@kdlaw.net
> Tel:  (617) 367-3311
> Fax:  (617) 742-9130

TO:

> DALIMONTE RUEB, LLP
> 85 Devonshire Street, Suite 1000
> Boston, MA 02109
> Email: john@drlawllp.com
> Tel:  (617) 302-9900
> Fax:  (617) 742-9130

RESPECTFULLY SUBMITTED this 26th day of June, 2017.

-2-

**On behalf of plaintiffs**

By: */s/ John A. Dalimonte*
    John A. Dalimonte (MA Bar No. 554554)
    (admitted *pro hac vice*)
    DALIMONTE RUEB, LLP
    85 Devonshire Street, Suite 1000
    Boston, MA 02109
    Email: john@drlawllp.com
    Tel: (617) 302-9900
    Tel: (617) 742-9130

I hereby certify that on this 26th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/John A. Dalimonte*