# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Allan Kotter<br>CV16-4011-PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

    Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Allan Kotter. Doc. 6401.

    **IT IS HEREBY ORDER, ADJUDGED AND DECLARED** that the parties' stipulation of dismissal without prejudice of Plaintiff Allan Kotter (Doc. 6401) is **granted.** All claims of Plaintiff Allan Kotter against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL15-02641 (Member Case CV16-4011-PHX DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 27th day of June, 2017.

_____
David G. Campbell
United States District Judge