# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Faith Hinchman and Francis Hinchman<br>CV16-4032-PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiffs Faith Hinchman and Francis Hinchman.  Doc. 6400.

**IT IS HEREBY ORDER, ADJUDGED AND DECLARED** that the parties' stipulation of dismissal without prejudice of Plaintiffs Faith Hinchman and  Francis Hinchman (Doc. 6400) is **granted.**  All claims of Plaintiffs Faith Hinchman and Francis Hinchman against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL15-02641 (Member Case CV16-4032-PHX DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 27th day of June, 2017.

_____
David G. Campbell
United States District Judge