**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Ahmed S. Diab (SBN 262319)
Kristen Barton (SBN 303228)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
adiab@thegomezfirm.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Pertains to:<br>Member Case 2:17-cv-01174-DGC<br>Cecil Evans | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF FILING AMENDED PLEADING BY WRITTEN CONSENT** |

    Plaintiff, Cecil Evans, hereby and through his counsel of record, gives notice of filing an Amended Complaint by written consent of opposing counsel, to correct the spelling of Plaintiff's name. A copy of the amended pleading is filed concurrently with this Notice. The change in spelling is reflected by a strike through the deleted letter at numbered paragraph 1. Other than the removal of letter 'e' from the end of Plaintiff's first name, no changes or amendments have been made to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 27th day of June, 2017

                                    GOMEZ TRIAL ATTORNEYS

                                    By: /s/ Ahmed S. Diab
                                        Ahmed S. Diab
                                        655 W. Broadway, Suite 1700
                                        San Diego, CA 92101
                                        *Attorney for Plaintiff*

**CERTIFICATE OF WRITTEN CONSENT OF OPPOSING COUNSEL**

I hereby certify, under the laws of perjury in the State of California, that Kristen Barton, an attorney in my office, requested written consent of opposing counsel prior to filing Plaintiff Cecil Evans' Amended Complaint, and received such written consent from Maria Turner of Nelson Mullins LLP, via email on June 23, 2017.

/s/ Ahmed S. Diab

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Ahmed S. Diab