**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Ahmed S. Diab (SBN 262319)
Kristen Barton (SBN 303228)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
adiab@thegomezfirm.com

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL (FIRST AMENDED)** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

1. Plaintiff/Deceased Party:

    **Cecile Evans**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    N/A

///

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   <u>Oklahoma</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   <u>Oklahoma</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>Northern District of Oklahoma</u>

8. Defendants (check Defendants against whom Complaint is made):

   - ✓ C.R. Bard Inc.
   - ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship
   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    - ☐ Recovery® Vena Cava Filter
    - ✓ G2® Vena Cava Filter
    - ☐ G2® Express (G2®X) Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter
    - ☐ Denali® Vena Cava Filter
    - ☐ Other:

11. Date of Implantation as to each product:

    <u>09/15/2009</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Manufacturing Defect
- ✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ✓ Count III: Strict Products Liability – Design Defect
- ✓ Count IV: Negligence – Design
- ✓ Count V: Negligence – Manufacture
- ✓ Count VI: Negligence – Failure to Recall/Retrofit
- ✓ Count VII: Negligence – Failure to Warn
- ✓ Count VIII: Negligent Misrepresentation
- ✓ Count IX: Negligence Per Se
- ✓ Count X: Breach of Express Warranty
- ✓ Count XI: Breach of Implied Warranty
- ✓ Count XII: Fraudulent Misrepresentation
- ✓ Count XIV: Violations of Applicable <u>Oklahoma</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ✓ Punitive Damages
- ☐ Other(s): _____ (please state the facts supporting this count in the space immediately below)

_____

_____

///
///
///
///
///
///

13. Jury Trial demanded for all issues so triable?

    ✓ Yes

    ☐ No

RESPECTFULLY SUBMITTED this 27th day of June, 2017

                                GOMEZ TRIAL ATTORNEYS

                                By: /s/ Ahmed S. Diab
                                       Ahmed S. Diab
                                       655 W. Broadway, Suite 1700
                                       San Diego, CA 92101

I hereby certify that on this 27th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                       /s/ Ahmed S. Diab

4

First Amended Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial