IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641 |
| This Document Relates to: | |
| FRANK J. OKOLISH | Civil Action No. 2:17-cv-00817-DGC |
| Plaintiff, | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| Defendants. | |

Comes now, Plaintiff, Frank J. Okolish in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), moves for all claims of Frank J. Okolish in this action against C.R. Bard and Bard Peripheral Vascular, Inc. to be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Zachary P. McFarlane
Zachary P. McFarlane
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
(713) 871-1670 Telephone
(713) 583-1492 Facsimile
zmcfarlane@fittslawfirm.com

**ATTORNEY FOR PLAINTIFF
FRANK J. OKOLISH**

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 29, 2017

/s/ Zachary P. McFarlane
Zachary P. McFarlane
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
(713) 871-1670 Telephone
(713) 583-1492 Facsimile
zmcfarlane@fittslawfirm.com