IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641 |
| This Document Relates to: | |
| FRANK J. OKOLISH | Civil Action No. 2:17-cv-00817-DGC |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| Defendants. | |

Considering Plaintiff Frank J. Okolish's Notice of Dismissal Without Prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims of Plaintiff Frank J. Okolish against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case 2:17-cv-00817-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____     _____
                                    Honorable Judge David G. Campbell
                                    Judge, United States District Court