Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
Paul Stoller (016773)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com
*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**JOINT SUBMISSION ON MEET AND CONFER AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO SEAL** |

After the status conference on May 3, 2017, the Court instructed the parties to propose a meet and confer and briefing schedule on Defendants' Motion to Seal

Confidential Exhibits filed with its Motion for Summary Judgment on Preemption (Dkt. 5770). On May 12, 2017, the parties submitted a proposed schedule (Dkt. 5872). Since that time, the parties have been diligently reviewing and conferring on the confidential documents filed by Defendants with its Motion for Summary Judgment, and have made and continue to make progress in addressing the documents and reaching agreements on many of them. However, because of the volume of the documents and some issues created by an erroneous production by FOIA Services of certain Bard documents, the parties need additional time to complete the process. The parties believe that they will be able to reach an agreement on the confidentiality (or confidential portions) of most of the exhibits.

Given the foregoing, the parties propose the following revised briefing schedule for the Motion to Seal:

**July 28** — Deadline for Defendants to file an amended Motion to Seal reflecting the exhibits that Defendants seek to seal and which Plaintiffs do not oppose and the remaining exhibits that Defendants seek to seal that Plaintiffs do oppose.

**August 28** — Deadline for Plaintiffs to respond to amended Motion to Seal.

**September 13** — Deadline for Defendant to file any reply brief supporting the Amended Motion to Seal

//
//
//
//
//
//
//
//

The parties note that under this schedule, the briefing on the Motion to Seal is completed before the briefing on the Motion for Summary Judgment under either of the proposals for that briefing schedule.

RESPECTFULLY SUBMITTED: June 30, 2017.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: s/ Mark S. O'Connor<br>　　Mark S. O'Connor (011029)<br>　　Paul L. Stoller (016773)<br>　　2575 East Camelback Road<br>　　Phoenix, Arizona 85016-9225<br><br>　　Ramon Rossi Lopez<br>　　(admitted *pro hac vice*)<br>　　CA Bar No. 86361<br>　　LOPEZ McHUGH LLP<br>　　100 Bayview Circle, Suite 5600<br>　　Newport Beach, California 92660<br><br>　　Attorneys for Plaintiffs | By: /s/ Richard B. North, Jr.<br>　　Richard B. North, Jr. (admitted *pro hac vice*)<br>　　Georgia Bar No. 545599<br>　　Matthew B. Lerner (admitted *pro hac vice*)<br>　　Georgia Bar No. 446986<br>　　Nelson Mullins Riley & Scarborough LLP<br>　　201 17th Street, NW / Suite 1700<br>　　Atlanta, GA  30363<br><br>　　James R. Condo (027360)<br>　　Amanda C. Sheridan (005867)<br>　　SNELL WILMER L.L.P.<br>　　One Arizona Center<br>　　400 E. Van Buren, Suite 1900<br>　　Phoenix, Arizona  85004-2202<br><br>　　Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

```
                            s/Richard B. North, Jr.
                            Richard B. North, Jr.
                            Georgia Bar No. 545599
                            NELSON MULLINS RILEY & SCARBOROUGH, LLP
                            Atlantic Station
                            201 17th Street, NW / Suite 1700
                            Atlanta, GA  30363
                            PH:  (404) 322-6000
                            FX:  (404) 322-6050
                            Richard.North@nelsonmullins.com
```

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**