IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

The parties have stipulated to a proposed schedule to meet and confer and file briefs regarding Defendants' Motion to Seal Confidential Exhibits (Doc ___) filed with its Motion for Summary Judgment on Preemption. The Court has reviewed the submission and finds good cause to accept the parties proposed schedule.

ACCORDINGLY, IT IS ORDERED:

1. On or before July 28, 2107, Defendants shall file an amended motion to seal reflecting the exhibits that Defendants seek to seal and which Plaintiffs do not oppose and the remaining exhibits that Defendants seek to seal that Plaintiffs oppose.

2. On or before August 28, 2017, Plaintiffs shall file their response to the Motion regarding the exhibits for which they oppose sealing.

3. On or before September 13, 2017, Defendants shall file any Reply in support of the Motion.