UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |

**This relates to:**

*Teague v. C R Bard Incorporated et al* Case No: 1:16-cv-00987
*McPeak v. C R Bard Incorporated et al* Case No: 2:16-cv-02242
*O'Brien v. C R Bard Incorporated et al* Case No: 2:17-cv-01768

**NOTICE OF APPEARANCE AND CHANGE OF FIRM NAME**

**TO THE CLERK AND ALL COUNSELS OF RECORD:**

The undersigned, Michael E. Pierce, has been admitted or otherwise authorized to practice in this Court, and appear as counsel for the Plaintiffs in the following cases:

*Teague v. C R Bard Incorporated et al* Case No: 1:16-cv-00987

*McPeak v. C R Bard Incorporated et al* Case No: 2:16-cv-02242

*O'Brien v. C R Bard Incorporated et al* Case No: 2:17-cv-01768

Please take notice that the firm name for Plaintiffs' counsel has changed from:

Pierce Skrabanek Bruera, PLLC
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: 832-690-7000
Facsimile: 832-616-5576

TO:

Pierce Skrabanek, PLLC
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: 832-690-7000
Facsimile: 832-616-5576

DATED: June 30, 2017

**PIERCE SKRABANEK, PLLC**

/s/ Michael E. Pierce
_____
MICHAEL E. PIERCE
Bar No. 24039117
M. PAUL SKRABANEK
Bar No. 24063005
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: michael@pstriallaw.com
         paul@pstriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Michael E. Pierce
_____
MICHAEL E. PIERCE