Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates To: | **DEMAND FOR JURY TRIAL** |
| Matthew Dow | |
| Civil Case # 2:17-cv-02150-DGC | |

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  July 6, 2017                     Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

       I hereby certify that on July 6, 2017 a true and accurate copy of the foregoing was filed

4

electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice

5

of appearance using the CM/EFC system.

6

7

8

                  <u>/s/ Michael T. Gallagher</u>
                  Michael T. Gallagher

9

10

11

12

13

14

15

16

17

18

19

20

21

22