# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleadings relates to Plaintiff:<br>Diane Monroe<br>8:16-cv-00731-PHX-DGC | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DIANE MONROE** |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Diane Monroe and Defendant C.R. Bard, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Date this 6th day of July, 2017.

Respectfully submitted,

/s/Joseph Angelo
Joseph Angelo, CA Bar No. 59086
ANGELO & WHITE, APC
610 Newport Center Drive, Suite 830
Newport Beach, CA  92660
(949) 640-0800 – telephone
(949) 640-0887 – facsimile
Attorneys for Plaintiff, Diane Monroe

/s/Richard B. North
Richard B. North
Matthew Lerner
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlantic Station, Atlanta, GA 30363
Attorneys for Defendant, C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify that on July 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/Joseph Angelo
                Joseph Angelo, Esq.