**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This pleadings relates to Plaintiff:<br>Diane Monroe<br>8:16-cv-00731-PHX-DGC | No. MD-15-02641-PHX-DGC<br><br>**ORDER DISMISSING CLAIMS OF DIANE MONROE WITHOUT PREJUDICE** |

## **ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Diane Monroe,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Diane Monroe against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MD-15-02641 (Member Case 8:16-cv-00731-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.


Dated:_____ 2017.        _____
                                          HONORABLE DAVID G. CAMPBELL
                                          Judge, United States District Court

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                  /s/Joseph Angelo
                  Joseph Angelo, Esq.