**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Jamie Reynolds, | ) | |
| | ) | |
|     Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
|     v. | ) | Civil Action No. CV-17-01995-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) ) ) | |
|     Defendant. | | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 5, 2017                      /s/ Richard B. North, Jr.
                                                 *Attorney's signature*

                                                 Richard B. North, Jr. (Ga. Bar No. 545599)
                                                 *Printed name and bar number*

                                                 Nelson Mullins Riley & Scarborough, LLP
                                                 201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                 *Address*

                                                 richard.north@nelsonmullins.com
                                                 *E-mail Address*

                                                 (404) 322-6000
                                                 *Telephone number*

                                                 (404 322-6050
                                                 *FAX number*