IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____CARRIE KELLEY_

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    __N/A_

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    __N/A_

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    ____Iowa_

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

       Iowa

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

       Iowa

7. District Court and Division in which venue would be proper absent direct filing:

       District Court for the Northern District of Iowa

8. Defendants (check Defendants against whom Complaint is made):

    **X**    C.R. Bard Inc.

    **X**    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**    Diversity of Citizenship

    ☐    Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

      **X**      **G2® Vena Cava Filter**

      ☐      G2® Express Vena Cava Filter

      ☐      G2® X Vena Cava Filter

      ☐      Eclipse® Vena Cava Filter

      ☐      Meridian® Vena Cava Filter

      ☐      Denali® Vena Cava Filter

      ☐      Other: ___ _____

11. Date of Implantation as to each product:

    _____08/12/2009_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:     Strict Products Liability – Manufacturing Defect

    **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:   Strict Products Liability – Design Defect

    **X**    Count IV:   Negligence - Design

    **X**    Count V:    Negligence - Manufacture

    **X**    Count VI:   Negligence – Failure to Recall/Retrofit

    **X**    Count VII:  Negligence – Failure to Warn

    **X**    Count VIII: Negligent Misrepresentation

    **X**    Count IX:   Negligence *Per Se*

    **X**    Count X:    Breach of Express Warranty

    **X**    Count XI:   Breach of Implied Warranty

    **X**    Count XII:    Fraudulent Misrepresentation

    **X**    Count XIII:    Fraudulent Concealment

    **X**    Count XIV:    Violations of Applicable Iowa Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII:  Survival

    **X**    Punitive Damages

    ☐    Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

13.    Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 10th day of July, 2017.

                      BABBITT & JOHNSON, P.A.

                      By:____/s/ Joseph R. Johnson_____
                          Joseph R. Johnson (Fla. Bar No. 372250)
                          Suite 100
                          1641 Worthington Road
                          West Palm Beach, FL  33409
                          (561) 684-2500
                          jjohnson@babbitt-johnson.com