IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

_____

This Document Relates to Plaintiff(s)

CARRIE KELLEY

Civil Case #  2:17-CV-01931-DGC

_____

## **ORDER**

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Carrie Kelley, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

    Signed this _____ day of July, 2017.

_____
Honorable Judge David G. Campbell
United States District Court Judge