# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Bard IVC Filters Products Liability Litigation | Case No.  2:16-CV-01374-DGC |

This Notice relates to:

1. Akers v. C.R. Bard, Inc., No. 2:17-cv-344-DGC
2. Barnes v. C.R. Bard, Inc., No. 2:16-cv-2971-DGC
3. Bazan v. C.R. Bard, Inc., No. 2:16-cv-2603-DGC
4. Diana v. C.R. Bard, Inc., No. 2:17-cv-347-DGC
5. Dyer v. C.R. Bard, Inc., No. 2:16-cv-2626-DGC
6. Faries v. C.R. Bard, Inc., No. 2:17-cv-1701-DGC
7. Goforth v. C.R. Bard, Inc., No. 2:16-cv-2680-DGC
8. Harrison v. C.R. Bard, Inc., No. 2:17-cv-1679-DGC
9. Hofbauer v. C.R. Bard, Inc., No. 2:17-cv-1888-DGC
10. Hunt v. C.R. Bard, Inc., No. 2:16-cv-3033-DGC
11. Jimenez v. C.R. Bard, Inc., No. 2:16-cv-2350-DGC
12. McElroy v. C.R. Bard, Inc., No. 2:16-cv-3440-DGC
13. McIntyre v. C.R. Bard, Inc., No. 2:16-cv-3236-DGC
14. Merenda v. C.R. Bard, Inc., No. 2:17-cv-376-DGC
15. Peterson v. C.R. Bard, Inc., No. 2:16-cv-2627-DGC
16. Posato v. C.R. Bard, Inc., No. 2:17-cv-345-DGC
17. Sheppard v. C.R. Bard, Inc., No. 2:16-cv-2628-DGC

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF
## MICHAEL F. DECKER AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 83.3(b)(4), the undersigned hereby respectfully gives notice that,

1. Whereas Michael F. Decker has accepted other employment and is no longer associated with

   Lieff Cabraser Heimann & Bernstein, LLP, effective today;

2. Whereas Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs,

   including other attorneys at Lieff Cabraser Heimann & Bernstein, LLP;

3. Whereas Mr. Decker's withdrawal will not delay the proceedings in this matter;

4. Mr. Decker is not asserting a retaining or charging lien;

5. Whereas Plaintiffs will not be prejudiced in any way by the granting of this motion:

Michael F. Decker is withdrawing as counsel for the plaintiffs in the matters listed above.

1355898.1

Dated:  July 10, 2017                Respectfully submitted,

                                        By:   */s/ Michael F. Decker*

Wendy R. Fleishman
wfleishman@lchb.com
Daniel E. Seltz
dseltz@lchb.com
Michael F. Decker
mdecker@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
Fax: 212-355-9592

- 2 -

1355898.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing were served July 10, 2017

upon all counsel of record by operation of the Court's electronic filing system.

/s/ *Michael F. Decker*
Michael F. Decker

1355898.1