UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Shows, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>)<br>Defendant. ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-17-02003-PHX-DGC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 5, 2017                                /s/ Richard B. North, Jr.
                                                  *Attorney's signature*

                                                  Richard B. North, Jr. (Ga. Bar No. 545599)
                                                  *Printed name and bar number*

                                                  Nelson Mullins Riley & Scarborough, LLP
                                                  201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                  *Address*

                                                  richard.north@nelsonmullins.com
                                                  *E-mail Address*

                                                  (404) 322-6000
                                                  *Telephone number*

                                                  (404 322-6050
                                                  *FAX number*