**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF MARTHA CHRISTENSEN** |
| This document Applies to: Martha Amy Christiansen, Plaintiff | |

Come now the attorney Richard E. Vollertsen, Esq., and Joshua D. Miller, Esq. and for this Motion to Withdraw as Counsel to Plaintiff Martha Amy Christiansen state:

1. Richard E. Vollertsen has actively carried out his duties in the best interest of the plaintiff, Martha Amy Christiansen.

2. Teresa C. Toriseva, Esq., and Joshua D. Miller, Esq. will continue as counsel for Martha Amy Christiansen.

3. The plaintiff, Martha Amy Christiansen will not be prejudiced at this time by the withdrawal of Richard E. Vollertsen as counsel.

4. The plaintiff, Martha Amy Christiansen will be served with this Motion to Withdraw and any notice of hearing, if one is so scheduled for this Motion to Withdraw as attorney of record.

**WHEREFORE,** Plaintiff's counsel prays this Court to enter an Order granting Richard E. Vollertsen leave to withdraw as attorney of record in this matter.

Respectfully Submitted,

Dated: July 11, 2017

**ATKINSON CONWAY & GAGNON**

By: */s/ Richard E. Vollertsen*
    Richard E. Vollertsen
    ABA No. 8111135
    420 L Street, Suite 500
    Anchorage, Alaska 99501
    Email: rev@acglaw.com
    Tel:   (907) 276-1700
    Fax:  (907) 272-2082

**TORISEVA LAW**

By: */s/ Joshua D. Miller*
    Joshua D. Miller
    WV No. 12439
    1446 National Road
    Wheeling, WV 26003
    Email: jdm@torisevalaw.com
    Tel:   (304) 238-0066
    Fax:  (304) 238-0149

I hereby certify that on this 11th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    */s/ Joshua D. Miller*
                                                  Joshua D. Miller