IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>2:17-cv-02256-DGC<br>_____<br><br>ELIZABETH ZUMMO,<br><br>          Plaintiff,<br><br>          v.<br><br>C. R. BARD, INC., et al.,<br><br>          Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Ernest Singleton.

Dated: 07/11/2017          Respectfully submitted,

                                          By: /s/Thomas P. Cartmell
                                          Thomas P. Cartmell (MO Bar No. 45366 )
                                            (admitted *pro hac vice*)
                                          **Wagstaff & Cartmell, LLP**
                                          4740 Grand Ave., Suite 300
                                          Kansas City, MO 64112
                                          (816) 701-1100
                                          (816) 531-2372 (fax)


                                          By: /s/David C. DeGreeff
                                          David C. DeGreeff (MO Bar No. 55019)
                                            (admitted *pro hac vice*)

**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 11th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff