IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS             No: 2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

STEPHEN NITZSCHE

Civil Case # 2:17-cv-01918-DGC

## NOTICE OF FILING OF AMENDED COMPLAINT AS A MATTER OF COURSE

Now come Plaintiff in Member case number 2:17-cv-01918-DGC, Stephen Nitzsche, by and through the undersigned counsel, and hereby files this Notice of Filing of Amended Complaint as a Matter of Course.

Plaintiff files this Notice pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) which states, in pertinent part, "[a] party may amend its pleading once as a matter of course within 21 days after serving it. . . ."

Plaintiff seeks to maned his Master Short Form Complaint for Damages for Individual Claims to add the following claim: Loss of Consortium.

Respectfully submitted this 11th day of July,

By: _____/s/ Clint Reed_____
Clint R. Reed, TX Bar No 24084674
JOHNSON LAW GROUP
2925 Richmond Ave., Ste. 1700
Houston, Texas 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
IVC@JohnsonLawGroup.com

*Attorney for Plaintiffs*