UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Connie Laverne Leon Waldron, | ) |
|             Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
|             v. | )   Civil Action No. CV-17-02127-PHX-DGC |
| C. R. Bard Inc., | ) |
|             Defendant. | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant C. R. Bard, Inc.

Date: July 12, 2017            /s/ Richard B. North, Jr.
                                            *Attorney's signature*

                                            Richard B. North, Jr. (Ga. Bar No. 545599)
                                            *Printed Name and bar number*

                                            Nelson Mullins Riley & Scarborough, LLP
                                            201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                            *Address*

                                            richard.north@nelsonmullins.com
                                            *E-mail address*

                                            (404) 322-6155
                                            *Telephone number*

                                            (404) 322-6050
                                            *FAX number*