Clint Reed
TX Bar No 24084674
JOHNSON LAW GROUP
2925 Richmond Ave., Ste. 1700
Houston, Texas 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
IVC@JohnsonLawGroup.com

*Attorney for Plaintiffs*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | CASE NO.  MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS (FIRST AMENDED)** |

   Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

1. Plaintiff/Deceased Party:

   Stephen Nitzsche

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ~~NA~~ **Cindy Nitzsche**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Texas

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of Texas

8. Defendants (check Defendants against whom Complaint is made):

    ✓ C.R. Bard Inc.

    ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ✓ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express (G2®X) Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

- ✓ Denali® Vena Cava Filter

☐ Other:

11. Date of Implantation as to each product:

04/17/2014

12. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Manufacturing Defect
- ✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ✓ Count III: Strict Products Liability – Design Defect
- ✓ Count IV: Negligence – Design
- ✓ Count V: Negligence – Manufacture
- ✓ Count VI: Negligence – Failure to Recall/Retrofit
- ✓ Count VII: Negligence – Failure to Warn
- ✓ Count VIII: Negligent Misrepresentation
- ✓ Count IX: Negligence Per Se
- ✓ Count X: Breach of Express Warranty
- ✓ Count XI: Breach of Implied Warranty
- ✓ Count XII: Fraudulent Misrepresentation
- ✓ Count XIV: Violations of Applicable <u>Texas</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ✓ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death

✓ Punitive Damages

Other(s): _____ (please state the facts Supporting this count in the space immediately below)

_____

_____

Respectfully submitted this 11th day of July,

By: ____/s/ Clint Reed_____
Clint R. Reed
TX Bar No 24084674
JOHNSON LAW GROUP
2925 Richmond Ave., Ste. 1700
Houston, Texas 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
IVC@JohnsonLawGroup.com

*Attorney for Plaintiffs*

I hereby certify that on this 11th day of July, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: ____/s/ Clint Reed_____

4

First Amended Short Form Complaint for Damages For Individual Claims