# Exhibit A

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, SC  29201
Tel: 803.799.2000  Fax: 803.256.7500
www.nelsonmullins.com

James F. Rogers
Tel: 803.255.9489
jim.rogers@nelsonmullins.com

October 6, 2015

Scott A. Resnick, M.D., FSIR
1520 West Nelson Street
Chicago, Illinois 60657

Re:  C. R. Bard Inc. IVC Filter Litigation

Dear Dr. Resnick:

Thank you for agreeing to consult with the law firm of Nelson Mullins Riley & Scarborough, LLP, national coordinating attorneys for C. R. Bard, Inc. in cases filed in various jurisdictions in the United States relating to Bard IVC filter products.  Your services will include providing us with your impartial professional opinion in connection with this litigation.  They may also include, if we so decide and request, you preparing a written report, testifying in a deposition, testifying at a trial, or some combination of those, and assisting with other litigation tasks in which your expertise would be useful.

We thought it would be helpful to set out basic terms of your engagement.  We will compensate you for your time spent on this engagement at your usual and customary rate of $500 per hour.  You will also be reimbursed for reasonable out-of-pocket expenses.  Please submit your statements for services rendered on a regular, periodic basis.  Bills should be sent to my attention at the above address.  We will pay these bills timely and in accordance with our normal procedures for paying bills of outside professionals.

For you to consult with us on cases involving Bard's IVC filters, it may be necessary for us to disclose to you legal theories, attorney work product or other privileged, confidential, or proprietary communications or information.  During and after the period of your engagement, you may not disclose communications or other information disclosed to you in connection with your engagement to any person or entity unless such disclosure is authorized by Nelson Mullins Riley & Scarborough LLP, or ordered by a court.  Likewise, all non-public documents and materials provided to you or generated by you during your engagement may not be disclosed to any person or entity unless such disclosure is authorized by Nelson Mullins Riley & Scarborough LLP, or ordered by a court.  Any materials that you generate in the course of this engagement are the property of Nelson Mullins Riley & Scarborough LLP and/or C. R. Bard, Inc.  Upon

*With offices in the District of Columbia, Florida, Georgia, Massachusetts, North Carolina, South Carolina, Tennessee and West Virginia*

Scott A. Resnick, M.D., FSIR
October 6, 2015
Page 2

completion of your work, we ask that, at our option, you deliver to Nelson Mullins Riley & Scarborough LLP or destroy all such documents and other materials.

This engagement may be terminated at any time by mutual agreement, or by you, or by Nelson Mullins Riley & Scarborough LLP. Whether or not the agreement is terminated, without the permission of C. R. Bard, Inc., you may not work or consult for any other person or entity bringing product liability (product defect/failure to warn) claims against any manufacturer of IVC filter products or for any other person or entity defending any other manufacturer of IVC filter products in a product liability matter which relates to IVC filters. The confidentiality obligations discussed above will also continue subsequent to termination of your engagement.

If the terms of the engagement are acceptable to you, we would appreciate your signing a copy of this letter and returning it to me, evidencing your agreement to these terms. We look forward to working with you.

Very truly yours,

*[signature]*

James F. Rogers

AGREED AND ACCEPTED

*[signature]*

Scott A. Resnick, M.D., FSIR