# Exhibit C

```
                                                        Page 1

 1          UNITED STATES DISTRICT COURT
 2              DISTRICT OF ARIZONA
 3
 4   MARIA E. BARRAZA, THOMAS
     FLOURNAY, ANA HERNANDEZ,
 5   JAMES HOLT, GREGORY LESTER,
     EDDIE MIMS, NANCY MOSHER,
 6   DELMAR LEE PECK, DENISE
     TOMLIN, LINDA WALKER, and
 7   DIANE WASHINGTON,
            Plaintiffs,          MDL No. 15-2641-DGC
 8     vs.                       No. 2:16-CV-01364-DGC
     C.R. BARD, INC., and BARD
 9   PERIPHERAL VASCULAR, INC.,
            Defendants.
10
11         The video deposition of KUSH R. DESAI,
12   M.D., called for examination pursuant to the
13   Rules of Civil Procedure for the United States
14   District Courts pertaining to the taking of
15   depositions, at 200 North LaSalle Street, Suite
16   2900, Chicago, Illinois, on the 6th day of June,
17   2017, at the hour of 9:05 a.m.
18
19
20
21
22
23
24   Reported by:  BRENDA K. DUFEK, CSR
25   License No.:  084-008969
```

Kush Desai, M.D.  June 6, 2017
In Re: Bard IVC Filters Products Liability

Page 2

```
 1    APPEARANCES:
 2         HAUSFELD
 3         BY:  MR. STEVEN B. ROTMAN
 4              MR. RICHARD LEWIS
 5         1700 K Street, NW, Suite 650
 6         Washington, D.C. 20006
 7         (202) 540-7200
 8         srotman@hausfeld.com
 9         rlewis@hausfeld.com
10              On behalf of the Plaintiffs;
11
12         NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
13         BY:  MR. JAMES ROGERS
14         201 17th Street, NW, Suite 1700
15         Atlanta, Georgia 30363
16         (404) 322-6000
17         jim.rogers@nelsonmullins.com
18              Representing the Defendants.
19
20    ALSO PRESENT:
21         Kevin Ingstrup - Videographer
22
23
24
25
```

Veritext Legal Solutions
800.808.4958                                       770.343.9696

EXHIBIT C, Page 2

Kush Desai , M.D.                                             June 6, 2017
In Re: Bard IVC Filters Products Liability

```
                                                          Page 29
 1       Q.   Oh, I'm sorry.  Forgive me, Dr. Desai.
 2   Old habits die hard.
 3       A.   Okay.
 4       Q.   Is what has been marked as Exhibit
 5   No. 1 a copy of all of the invoices that have
 6   been submitted on your behalf regarding your
 7   work in the IVC filter litigation?
 8       A.   Yes, this represents my work in the
 9   IVC filter litigation.
10       Q.   Taking a step back, Dr. Desai, back to
11   your meeting that you had with Mr. Vogelzang in
12   the summer of 2016, did you charge for your
13   time?
14       A.   I did not.
15       Q.   Did Mr. Vogelzang charge for his time?
16       A.   No, not that I'm aware of.
17       Q.   Okay.  Let me turn your attention back
18   to Exhibit 1, and at the top, it says SBBK
19   Consultants, LLC.  Can you tell me what that is,
20   please?
21       A.   SBBK is a consultancy that was set up
22   with Dr. Lewandowski, Dr. Resnick,
23   Dr. Vogelzang, and I.
24       Q.   And what does it do?
25       A.   This is a consultancy that was set up
```

                                                              Page 30

1    for the purpose of approaching the IVC filter
2    litigation or it was set up immediately prior to
3    being enlisted in the IVC filter litigation is
4    my understanding.  I was not -- I was not a main
5    player in actually setting up the consulting.
6         Q.   Who was?
7         A.   I'm not entirely sure.  Dr. Resnick and
8    Dr. Vogelzang may have taken the lead, but I'm
9    not sure.
10        Q.   And as I understand it, and feel free
11   to correct me if I'm wrong when I'm done, but as
12   I understand it, the four doctors,
13   Drs. Vogelzang, Desai, Resnick, and Lewandowski,
14   are all sharing any proceeds that are received
15   by SBBK Consultants evenly; is that correct?
16        A.   We are sharing proceeds as well as
17   expenses, yes.
18        Q.   And are all of you individually keeping
19   track of any time that you spend regarding the
20   IVC filter litigation?
21        A.   We do individually keep track of time
22   and then submit that to Dr. Resnick for keeping
23   a ledger.
24        Q.   And he sends out the invoices?
25        A.   Yes.

```
                                                  Page 31
 1      Q.   Am I correct that no matter how much
 2 time any one of you individuals spends, whatever
 3 income is earned from that time is all being
 4 split four ways between the four doctors; is
 5 that right?
 6      MR. ROTMAN:  Objection, asked and answered.
 7      THE WITNESS:  Whatever time is spent on this
 8 case, less expenses, is distributed equally
 9 amongst the four of us.
10 BY MR. ROGERS:
11      Q.   Is SBBK Consultants -- strike that
12 portion of the question.
13           Does SBBK Consultants have any other
14 work it is doing besides the IVC filter
15 litigation?
16      A.   Not at this current moment, no.
17      Q.   Are there plans for SBBK Consultants to
18 do some additional work?
19      A.   I can't speculate on what future plans
20 are.
21      Q.   Other than the work you are doing on
22 the IVC filter litigation, do you personally
23 have any other ongoing legal consulting that you
24 are doing?
25      A.   No, I do not.
```