# Exhibit D

SBBK CONSULTANTS, LLC
1520 West Nelson Street
Chicago, Illinois, 60657

March 15, 2017

c/o Richard lewis
**Hausfeld**
1700 K Street, NW
Suite 650
Washington, DC 20006

Dear Mr. Lewis,

**Re: Lewis** *Bard IVC Filter MDL*

Below note our invoice for work to date on this matter; it is a pleasure to work with you.

**Please make payment to 'SBBK Consultants, LLC' mailed to the address above.**

I have enclosed a signed W-9.

| Description | | Hours |
|---|---|---|
| -Group discussion w Mr Lewis | 0.75 (x4) | 3.0 |
|     -Resnick/Vogelzang/Desai/Lewandowski | | |
| - Group discussion w Mr Lewis | 1.0 (x4) | 4.0 |
|     -Resnick/Vogelzang/Desai/Lewandowski | | |
| -Review of Bates/Betensky/Eisenberg and creation of formal opinions document with revisions | | |
|     -Resnick | | 11.0 |
|     -Vogelzang | | 16.0 |
|     -Desai | | 15.0 |
|     -Lewandowski | | 9.0 |

Total: 58.0 hrs @ 500.00/hr          $29,000.00

Sincerely,

Scott Resnick, MD

EXHIBIT
Vogelzang
#7      i'd
6-5-17   RJ

EXHIBIT D, Page 1

**SBBK CONSULTANTS, LLC**
1520 West Nelson Street
Chicago, Illinois, 60657

April 24th, 2017

**c/o Richard lewis**
**Hausfeld**
1700 K Street, NW
Suite 650
Washington, DC 20006

Dear Mr. Lewis,

**Re:** *Bard IVC Filter MDL*

Below note our invoice for work to date on this matter; it is a pleasure to work with you.

**Please make payment to 'SBBK Consultants, LLC' mailed to the address above.**

| Description | Hours |
|---|---|
| -Rebuttal opinions report creation and edits | |
|     -Resnick | 8.5 |
|     -Vogelzang | 18.5 |
|     -Desai | 18.0 |
|     -Lewandowski | 4.5 |
| -Rebuttal discussion w Mr Rotman and Lewis (4/12/17)   (1.5 x 4) | 6.0 |
|     -Resnick | |
|     -Vogelzang | |
|     -Desai | |
|     -Lewandowski | |
| -Treretola paper review | |
|     -Resnick | 0.5 |
|     -Vogelzang | 0.5 |
|     -Desai | 1.0 |
|     -Lewandowski | 0.5 |
| -Phone discussion with Mr Rotman   (4/13/17) | 0.5 |
|     -Vogelzang | |
| -Bard internal document review | |
|     -Resnick | 4.0 |
|     -Vogelzang | 4.5 |
|     -Desai | 3.0 |
|     -Lewandowski | 3.0 |

```
-Hertz rebuttal review
        -Resnick                                                    2.0
        -Lewandowski                                                2.0
        -Vogelzang                                                  1.0
        -Desai                                                      2.0

-Medical monitoring discussion  (1.0 x 4)                           4.0
        -Resnick
        -Vogelzang
        -Desai
        -Lewandowski

-Conference call w Mr Lewis and Rotman      4/18/17    (2.0 x 4)    8.0
        -Resnick
        -Vogelzang
        -Desai
        -Lewandowski

-Bard IFUs review
        -Resnick                                                    0.5
        -Vogelzang                                                  0.5.
        -Desai                                                      1.0
        -Lewandowski                                                0.5


                        Total: 94.5hrs @ 500.00/hr          $47,250.00
```

Sincerely,

*[signature]*

Scott Resnick, MD

**SBBK CONSULTANTS, LLC**
1520 West Nelson Street
Chicago, Illinois, 60657

April 4th, 2017

c/o **Richard lewis**
**Hausfeld**
1700 K Street, NW
Suite 650
Washington, DC 20006

Dear Mr. Lewis,

Re: Lewis *Bard IVC Filter MDL*

Below note our invoice for work to date on this matter; it is a pleasure to work with you.

**Please make payment to 'SBBK Consultants, LLC' mailed to the address above.**

I have enclosed a signed W-9.

| Description | | Hours |
|---|---|---|
| -Filter MDL discussion w Mr Lewis and Rotman 3/20/17   (1.5 x 4) | | 6.0 |
|     -Resnick | | |
|     -Vogelzang | | |
|     -Desai | | |
|     -Lewandowski | | |
| | | |
| -Filter efficacy articles review | | |
|     -Resnick | | 1.0 |
|     -Desai | | 2.0 |
|     -Vogelzang | | 1.0 |
|     -Lewandowski | | 1.0 |
| | | |
| -Filter MDL discussion w Mr. Rotman 3/23/17 | (1.0 x 2) | 2.0 |
|     -Resnick | | |
|     -Vogelzang | | |
| | | |
| -Filter MDL discussion   3/24/17 | (1.0 x 3) | 3.0 |
|     -Resnick | | |
|     -Vogelzang | | |
|     -Desai | | |
| | | |
| -Filter MDL discussion   3/24/17 | (1.0 x 3) | 3.0 |
|     -Resnick | | |

```
-Desai
-Lewandowski

-Filter MDL discussion 3/25/17                    (1.5 x 4)              6.0
    -Resnick
    -Vogelzang
    -Desai
    -Lewandowski

-Filter MDL discussion w Mr. Lewis 3/29/17                               0.25
    -Resnick

-Review of Roberts/Kinney/Kalva report
    -Resnick                                                             5.0
    -Vogelzang                                                           4.0
    -Desai                                                               5.0
    -Lewandowski                                                         4.0

-Review of Grassi/Morris/Feigal/Hertz reports
    -Resnick                                                             7.0
    -Vogelzang                                                           7.0
    -Desai                                                               5.0
    -Lewandowski                                                         6.0

-Review of McKeeking report                                              1.0
    -Resnick

-Supplemental opinions report creation and edit
    -Resnick                                                             6.0
    -Vogelzang                                                           8.0
    -Desai                                                              17.0
    -Lewandowski                                                         7.0

-Filter MDL discussion w Mr Lewis and Rotman 4/5/17   (1.5 x 4)          6.0
    -Resnick
    -Vogelzang
    -Desai
    -Lewandowski


                   Total: 113.25 hrs @ 500.00/hr              $56,625.00
```

Sincerely,

Scott Resnick, MD