IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Motion to Disqualify Robert Vogelzang, M.D. and Kush Desai, M.D. as Testifying Experts; and Scott Resnick, M.D. and Robert Lewandowski M.D. as Consulting Experts for Plaintiffs, the motion is hereby granted in its entirety.  The aforementioned experts may not consult with or testify on behalf of any of the plaintiffs in the MDL.