IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br>FIRST AMENDEDED<br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. ____.

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Stephen Nitzsche

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Cindy Nitzsche

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas
_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas
_____

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Texas
_____

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☑ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:    Strict Products Liability – Manufacturing Defect
    - ☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)
    - ☑ Count III:  Strict Products Liability – Design Defect
    - ☑ Count IV:   Negligence - Design
    - ☑ Count V:    Negligence - Manufacture
    - ☑ Count VI:   Negligence – Failure to Recall/Retrofit
    - ☑ Count VII:  Negligence – Failure to Warn
    - ☑ Count VIII: Negligent Misrepresentation
    - ☑ Count IX:   Negligence *Per Se*
    - ☑ Count X:    Breach of Express Warranty
    - ☑ Count XI:   Breach of Implied Warranty
    - ☑ Count XII:  Fraudulent Misrepresentation

| | | |
|---|---|---|
| 1 | ☑ | Count XIII: Fraudulent Concealment |
| 2 | ☑ | Count XIV: Violations of Applicable __Texas__ (insert state) |
| 3 | | Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade |
| 4 | | Practices |
| 5 | ☑ | Count XV: Loss of Consortium |
| 6 | ☐ | Count XVI: Wrongful Death |
| 7 | ☐ | Count XVII: Survival |
| 8 | ☑ | Punitive Damages |
| 9 | ☐ | Other(s): _____ (please state the facts supporting |
| 10 | | this Count in the space immediately below) |

_____.

_____.

_____

_____

_____

-4-

RESPECTFULLY SUBMITTED this 11 day of July.

By: /s/ Clint Reed
Clint Reed
TX Bar No 24084674
Johnson Law Group
2925 Richmond Ave., Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394

*Attorneys for Plaintiffs*

I hereby certify that on this 11 day of July, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Clint Reed

5131774