Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISQUALIFY DR. KINNEY** |

 Plaintiffs respectfully request leave to file a brief surreply in support of their opposition to Bard's pending motion to strike Plaintiffs' expert, Dr. Kinney ("Motion").

 Good cause exists to file the surreply because it contains additional relevant facts that were not available to the Parties during the course of the briefing on Bard's Motion. All new facts are extracted from the recent deposition of Dr. Kinney, which was taken after briefing on the Motion was completed.

 The requested surreply briefly apprises the Court of those new, additional facts adduced during the course of Dr. Kinney's deposition which are relevant to Bard's Motion. Plaintiffs believe that consideration of this new evidence is important for the Court's determination whether Bard has met its heavy burden justifying the extraordinary remedy of striking an opposing party's expert.

RESPECTFULLY SUBMITTED this 12th day of July 2017.

         GALLAGHER & KENNEDY, P.A.

         By:*/s/* Paul L. Stoller
           Mark S. O'Connor
           Paul L. Stoller
           2575 East Camelback Road
           Phoenix, Arizona 85016-9225

         LOPEZ McHUGH LLP
           Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
           100 Bayview Circle, Suite 5600
           Newport Beach, California 92660

         *Co-Lead/Liaison Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

         */s/Deborah Yanazzo*

2