IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISQUALIFY DR. KINNEY** |

Plaintiffs have filed a Motion for Leave to File Surreply in Support Of Plaintiffs' Opposition to Disqualify Dr. Kinney. Doc. \_\_\_\_.

**IT IS ORDERED**:

1. That the motion for leave (Doc. \_\_\_\_\_) is **granted**.

2. The Clerk is directed to accept for filing the document on the Court's docket at Doc. \_\_\_\_\_.