# EXHIBIT B

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **DECLARATION OF RAMON ROSSI LOPEZ IN SUPPORT OF SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY THOMAS KINNEY, M.D. AS AN EXPERT FOR PLAINTIFFS** |

I, Ramon Rossi Lopez, declare under the penalty of perjury under the laws of the United States of America as follows:

1. I am an adult person over eighteen years over eighteen (18) years of age residing in Orange County, California.

2. I am an attorney duly licensed to practice law in the State of California. I am admitted pro hac vice in the above captioned matter and I am a partner of Lopez McHugh, LLP and Co-Lead Counsel for *In re Bard IVC Filter Products Liability Litigation*, MDL No. 2641.

3. In my role as Co-Lead Counsel in this MDL, I have worked with Thomas Kinney, M.D., who is an expert witness for Plaintiffs in this action.

4. I attended Dr. Kinney's deposition in this action on June 17, 2017, and I have received from Dr. Kinney a draft errata sheet for that deposition. The errata sheet is due on July 17, 2017 and is not yet final.

5. In his errata sheet, Dr. Kinney noted the following supplementation to his testimony at page 313, lines 2-1 should read: "Richard North did not contact me directly with the individual cases. It was a Bard Staff Member who would get me in contact by phone with a clinician with a specific clinical question."

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of July 2017.

