James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on July 13, 2017, they served on Plaintiffs, via U.S. Mail and email, the following:

- Defendant C. R. Bard Inc.'s Supplemental Set of Non-Uniform Interrogatories to Plaintiff Lisa Hyde

- Defendant C. R. Bard Inc.'s Supplemental Requests for Production of Documents to Plaintiff Lisa Hyde

- Defendant C. R. Bard Inc.'s Supplemental Set of Non-Uniform Interrogatories to Plaintiff Sherr-Una Booker

- Defendant C. R. Bard Inc.'s Supplemental Requests for Production of Documents to Plaintiff Sherr-Una Booker
- Defendant C. R. Bard Inc.'s Supplemental Set of Non-Uniform Interrogatories to Plaintiff Carol Kruse
- Defendant C. R. Bard Inc.'s Supplemental Requests for Production of Documents to Plaintiff Carol Kruse
- Defendant C. R. Bard Inc.'s Supplemental Set of Non-Uniform Interrogatories to Plaintiff Doris Jones
- Defendant C. R. Bard Inc.'s Supplemental Requests for Production of Documents to Plaintiff Doris Jones
- Defendant C. R. Bard Inc.'s Supplemental Set of Non-Uniform Interrogatories to Plaintiff Debra Mulkey
- Defendant C. R. Bard Inc.'s Supplemental Requests for Production of Documents to Plaintiff Debra Mulkey
- Defendant C. R. Bard, Inc.'s First Set of Non-Uniform Interrogatories to Plaintiff Alfred Jones
- Defendant C. R. Bard, Inc.'s First Requests for Production of Documents to Plaintiff Alfred Jones

DATED this 13th day of July, 2017.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

(*Continued on Following Page*)

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

        s/Richard B. North, Jr.
        Richard B. North, Jr.
        Georgia Bar No. 545599
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW / Suite 1700
        Atlanta, GA  30363
        PH: (404) 322-6000
        FX: (404) 322-6050
        matthew.lerner@nelsonmullins.com