1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   949-812-5771
4
5  Mark S. O'Connor (011029) - mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona 85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
                  UNITED STATES DISTRICT COURT
9
                        DISTRICT OF ARIZONA
10

11 | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
   |---|---|
12 | | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

13       PLEASE TAKE NOTICE that on July 13, 2017, Plaintiffs served (by email and

14  mail) upon Defendants the following discovery papers:

15       *Plaintiffs' Notice of Videotaped Deposition of Bryan Vogel*

16       Plaintiffs are filing this notice in lieu of filing the original discovery papers

17  pursuant to LRCiv 5.2.

18       RESPECTFULLY SUBMITTED this 13th day of July, 2017

19
                                    GALLAGHER & KENNEDY, P.A.
20
                                    By: *s/ Paul L. Stoller*
21                                      Mark S. O'Connor
                                        Paul L. Stoller
22                                      2575 East Camelback Road
                                        Phoenix, Arizona 85016-9225
23
24                                  LOPEZ McHUGH LLP
                                       Ramon Rossi Lopez (CA Bar No. 86361)
25                                     (admitted *pro hac vice*)
                                       100 Bayview Circle, Suite 5600
26                                     Newport Beach, California 92660

27                                  *Co-Lead/Liaison Counsel for Plaintiffs*

28

**<u>Certificate of Service</u>**

I hereby certify that on this 13th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>*/s/Deborah Yanazzo*</u>
Deborah Yanazzo

6100024/26997-0001

2