Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on June 30, 2017, Plaintiffs served (by mail to GA counsel and hand delivery to local counsel) upon Defendants the following discovery papers:

*Plaintiff Carol Kruse's Interrogatories to Bard Defendants*

*Plaintiff Lisa Hyde's Interrogatories to Bard Defendants*

*Plaintiff Debra Mulkey's Interrogatories to Bard Defendants*

*Plaintiff Sherr-Una Booker's Interrogatories to Bard Defendants*

*Plaintiffs Doris and Alfred Jones's Interrogatories to Bard Defendants*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 13th day of July, 2017

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
    Mark S. O'Connor
    Paul L. Stoller
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOPEZ McHUGH LLP
  Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
  100 Bayview Circle, Suite 5600
  Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## **Certificate of Service**

I hereby certify that on this 13th day of July, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

/s/Deborah Yanazzo
Deborah Yanazzo

6084903/26997-0001

2