# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| | **ORDER** |
| This document relates to: | |
| CV17-1931 PHX DGC | |
| Carrie Kelley v. Bard, et al. | |

Pending before the Court is Plaintiff's unopposed motion for leave to amend complaint. Doc. 6627.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to amend complaint (Doc. 6627) is **granted.**

Dated this 14th day of July, 2017.

David G. Campbell
United States District Judge