# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Martha Amy Christiansen<br>CV16-0645-PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER** |

Counsel for Plaintiff Martha Amy Christiansen in member case No. CV16-0645 PHX DGC, Richard E. Vollertsen, has filed a motion to withdraw as counsel. Doc. 6666.

**IT IS ORDER** that the motion to withdraw as counsel (Doc. 6666) is **granted.** Richard E. Vollertsen shall be removed as Plaintiff's counsel in the above action. Joshua D. Miller and Teresa C. Toriseva shall continue as counsel for Plaintiff in the above action.

Dated this 14th day of July, 2017.

_____
David G. Campbell
United States District Judge