IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    \_\_\_\_CARRIE KELLEY

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    \_\_N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    \_\_N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    \_\_\_Iowa

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   ___Iowa

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   ___Iowa

7. District Court and Division in which venue would be proper absent direct filing:

   ___District Court for the Northern District of Iowa

8. Defendants (check Defendants against whom Complaint is made):

   **X**   C.R. Bard Inc.

   **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   **X**   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    **X**    **G2® Vena Cava Filter**

    □    G2® Express Vena Cava Filter

    □    G2® X Vena Cava Filter

    □    Eclipse® Vena Cava Filter

    □    Meridian® Vena Cava Filter

    □    Denali® Vena Cava Filter

    □    Other: ___ _____

11. Date of Implantation as to each product:

_____08/12/2009_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:    Strict Products Liability – Manufacturing Defect

    **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    **X**    Count III:    Strict Products Liability – Design Defect

    **X**    Count IV:    Negligence - Design

    **X**    Count V:    Negligence - Manufacture

    **X**    Count VI:    Negligence – Failure to Recall/Retrofit

    **X**    Count VII:    Negligence – Failure to Warn

    **X**    Count VIII:    Negligent Misrepresentation

    **X**    Count IX:    Negligence *Per Se*

    **X**    Count X:    Breach of Express Warranty

    **X**    Count XI:    Breach of Implied Warranty

**X**      Count XII:     Fraudulent Misrepresentation

**X**      Count XIII:    Fraudulent Concealment

**X**      Count XIV:    Violations of Applicable Iowa Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐      Count XV:     Loss of Consortium

☐      Count XVI:    Wrongful Death

☐      Count XVII:   Survival

**X**      Punitive Damages

☐      Other(s):     _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13.    Jury Trial demanded for all issues so triable?

**X**      Yes

☐      No

RESPECTFULLY SUBMITTED this 17th day of July, 2017.

                                      BABBITT & JOHNSON, P.A.

                                      By:____/s/ Joseph R. Johnson_____
                                            Joseph R. Johnson (Fla. Bar No. 372250)
                                            Suite 100
                                            1641 Worthington Road
                                            West Palm Beach, FL  33409
                                            (561) 684-2500
                                            jjohnson@babbitt-johnson.com