# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br>Ishtarai Parker v. Bard, et al.,<br>Civil Action No. 2:17-cv-01499 | No. MD-15-02641-PHX-DGC<br><br>**RULE 41(a) DISMISSAL OF LOSS OF CONSORTIUM CLAIM ONLY** |

Plaintiffs have filed this matter in MDL 2641, In Re: Bard IVC Filters Products Liability Litigation, under cause number 2:17-cv-01499 on May 17, 2017. Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned counsel hereby agrees to dismiss the claim of loss of consortium plaintiff Tony Bradley only. The Plaintiff Ishtarai Parker's claims against all Defendants remain active.

The parties shall bear their own costs to date in this suit.

Dated: July 17, 2017

 /s/Karen Beyea-Schroeder
Karen Beyea-Schroeder
Texas Bar No. 24054324
BURNETT LAW FIRM
3737 Buffalo Speedway, Ste. 1850
Houston, TX  77098
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120
Email: Karen.Schroeder@RBurnettLaw.com
**Attorneys for Plaintiffs**

Dated: July 17, 2017

  /s/ Richard B. North, Jr.
Richard B. North, Jr., Esq.
Georgia Bar No.545599
Nelson Mullins Riley & Scarborough LLP
201 17th St. NW, Ste. 1700, Atlantic Station
Atlanta, GA 30363
Telephone:  (404) 322-6000
Facsimile (404) 322-6050
Email:Richard.North@NelsonMullins.com
**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway, Suite 1850
Houston, Texas  77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Email: Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*