James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on July 13, 2017, they served on Plaintiffs, via box.com and email, the following:

- Expert Report for Sherr-Una Booker of Daniel Cousin, MD
- Expert Report for Lisa Hyde of David Poll, MD
- Expert Report for Sherr-Una Booker of Piotr Sobieszczyk, MD

Defendants hereby give notice that on July 12, 2017, they served on Plaintiffs, via box.com and email, the following:

- Bellwether Group 1 Case Specific Report by Paul Briant, Ph.D., P.E.
- Analysis of Bard IVC Filters: Case Specific Report as to Hyde, Jones, Kruse, and Mulkey by Audrey Fasching, Ph.D., P.E.

Defendants hereby further give notice that on May 12, 2017, they served on Plaintiffs, via box.com and email, the following:

- Supplemental Expert Report of Christine L. Brauer, Ph.D
- Supplemental Report for Meridian and Denali Filters by Paul Briant, Ph.D., P.E.
- Analysis of Bard IVC Recovery, G2, G2X, Eclipse, Meridian, and Denali Filters by Audrey Fasching, Ph.D, P.E.
- Supplemental Expert Report of Donna-Bea Tillman, Ph.D., MPA, FRAPS

Defendants hereby further give notice that on July 3, 2017, they served on Plaintiffs, via box.com and email, the following:

- Expert Report of Kenneth Herbst, MD for Doris Jones
- Expert Report of Kenneth Herbst, MD for Carol Kruse
- Expert Report of Mark Moritz, MD for Doris Jones
- Expert Report of Christopher S Morris, MD for Carol Kruse
- Expert Report of Christopher S Morris, MD for Lisa Hyde
- Expert Report of Moni Stein, MD, FSIR for Debra Mulkey
- Expert Report of Moni Stein, MD, FSIR for Doris Jones

DATED this 17th day of July, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/Matthew B. Lerner
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
matthew.lerner@nelsonmullins.com