UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. CIV 2:15-md-02641-DGC<br><br>NOTICE OF WAIVER OF SERVICE OF FURTHER E-FILED DOCUMENTS |
|---|---|

Now comes David Zoll, Zoll & Kranz, LLC and hereby waives service.

Dated:  July 18, 2017.

Original of this document electronically Filed with the Court July 18, 2017.

ZOLL & KRANZ, LLC

By: /s/David Zoll
David Zoll
ZOLL & KRANZ, LLC
6620 West Central Avenue, Suite 100
Toledo, OH 43617
(419) 841-9623