Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on July 18, 2017, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Amended Notice of Videotaped Deposition of Christopher Morris, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 18th day of July, 2017

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
   Mark S. O'Connor
   Paul L. Stoller
   2575 East Camelback Road
   Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
   Ramon Rossi Lopez (CA Bar No. 86361)
   (admitted *pro hac vice*)
   100 Bayview Circle, Suite 5600
   Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 18th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/*Deborah Yanazzo*
Deborah Yanazzo

6100024/26997-0001