**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document Related to Plaintiff(s)
 Alan Alcott
Civil Case # 2:17-at-99907

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Plaintiff Alan Alcott.

Dated: July 19, 2017

Respectfully submitted,

**GOETZ LAW FIRM, INC.**

    /s/   Dean A. Goetz
Dean A. Goetz, Esq.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
Facsimile: (858) 481-2139
dgoetz12@gmail.com

*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on  July 19 , 2017, a copy of the foregoing was served  electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this  matter. Parties may access this filing through the Court's system.

                                                                   /s/   Dean A. Goetz
                                                            *Attorney for Plaintiff*