| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME: Amanda C. Sheridan | 2. PHONE NUMBER: 602-382-6304 | 3. DATE: July 19, 2017 |
|---|---|---|

**4. FIRM NAME:** Snell & Wilmer L.L.P.

| 5. MAILING ADDRESS: 400 E. Van Buren St., Ste. 1900 | 6. CITY: Phoenix | 7. STATE: AZ | 8. ZIP CODE: 85004 |
|---|---|---|---|

| 9. CASE NUMBER: 2:15-md-02641-PHXDGC | 10. JUDGE: David G. Campbell | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 7/13/2017 | 12. |

| 13. CASE NAME: In re Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS | |
|---|---|---|
|  | 14. Phoenix | 15. STATE: Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 7/13/2017 - entire hearing |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| 7 DAYS | [x] | [ ] | | [x] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**19. SIGNATURE:** Amanda C. Sheridan

**20. DATE:** July 19, 2017

E-MAIL ADDRESS:

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY