UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Deitra Davis,<br><br>  Plaintiff,<br><br>  v.<br><br>Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al.,<br><br>  Defendant. | )<br>)<br>)  MDL Case No. 2:15-md-02641-DGC<br>)<br>)  Civil Action No.  CV-17-02263-PHX-DGC<br>)<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 20, 2017      /s/ Richard B. North, Jr.
               *Attorney's signature*

               Richard B. North, Jr. (Ga. Bar No. 545599)
               *Printed name and bar number*

               Nelson Mullins Riley & Scarborough, LLP
               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
               *Address*

               richard.north@nelsonmullins.com
               *E-mail Address*

               (404) 322-6000
               *Telephone number*

               (404 322-6050
               *FAX number*