James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA E. BARRAZA, THOMAS FLOURNAY, JAMES HOLT, GREGORY LESTER, EDDIE MIMS, NANCY MOSHER, DELMAR LEE PECK, DENISE TOMLIN, LINDA WALKER, DIANE WASHINGTON, and ANA HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Case No. 2:16-cv-01374-DGC <br><br> **NOTICE OF SERVICE OF DISCOVERY** |
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on July 21, 2017, they served on Plaintiffs, via U.S. Mail and email, Defendants' Response and Objections to Plaintiffs' Amended Notice of Videotaped Deposition of Christopher Morris, M.D.

DATED this 21st day of July, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

<pre>
                          s/Matthew B. Lerner
                          Matthew B. Lerner
                          Georgia Bar No. 446986
                          NELSON MULLINS RILEY & SCARBOROUGH, LLP
                          Atlantic Station
                          201 17th Street, NW / Suite 1700
                          Atlanta, GA  30363
                          PH: (404) 322-6000
                          FX: (404) 322-6050
                          matthew.lerner@nelsonmullins.com
</pre>