Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on the date set forth below, Plaintiffs served by email upon Defendants the following expert report:

*Second Supplemental Report of David A. Kessler, M.D.*

RESPECTFULLY SUBMITTED this 21st day of July 2017

> GALLAGHER & KENNEDY, P.A.
>
> By: *s/ Paul L. Stoller*
>     Mark S. O'Connor
>     Paul L. Stoller
>     2575 East Camelback Road
>     Phoenix, Arizona 85016-9225
>
> LOPEZ McHUGH LLP
>     Ramon Rossi Lopez (CA Bar No. 86361)
>     (admitted *pro hac vice*)
>     100 Bayview Circle, Suite 5600
>     Newport Beach, California 92660
>
> *Co-Lead/Liaison Counsel for Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that on this 21st day of July 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<i>s/ Deborah Yanazzo</i>

2