# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Renee Williams, ) | |
| ) | |
|     Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
|     v. ) | Civil Action No. CV-17-02271-PHX-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al., ) | |
| ) | |
|     Defendant. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 20, 2017        /s/ Richard B. North, Jr.
                           *Attorney's signature*

                           Richard B. North, Jr. (Ga. Bar No. 545599)
                           *Printed name and bar number*

                           Nelson Mullins Riley & Scarborough, LLP
                           201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                           *Address*

                           richard.north@nelsonmullins.com
                           *E-mail Address*

                           (404) 322-6000
                           *Telephone number*

                           (404 322-6050
                           *FAX number*