Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on July 24, 2017, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Second Amended Notice of Videotaped Deposition of Christopher Morris, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 24th day of July, 2017

GALLAGHER & KENNEDY, P.A.

By: *s/ Paul L. Stoller*
      Mark S. O'Connor
      Paul L. Stoller
      2575 East Camelback Road
      Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
      Ramon Rossi Lopez (CA Bar No. 86361)
      (admitted *pro hac vice*)
      100 Bayview Circle, Suite 5600
      Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

**<u>Certificate of Service</u>**

I hereby certify that on this 24th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Deborah Yanazzo*
Deborah Yanazzo

6116868/26997-0001