**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This document relates to: Plaintiff Birda Jane Spratt  Member Case No.: CV-17-01170-PHX-DGC | **ORDER OF DISMISSAL** |

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Birda Jane Spratt herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Birda Jane Spratt against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. 1:17-cv-01117-DGC (Member Case No. CV-17-01170-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

_____
JUDGE, UNITED STATES DISTRICT COURT