**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Ishtarai Parker and Tony Bradley v. C.R. Bard, et al.,<br><br>CV17-1499-PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER GRANTING RULE 41(a) DISMISSAL OF LOSS OF CONSORTIUM CLAIM ONLY** |

Considering the parties' Rule 41(a) Stipulation of Dismissal of Loss of Consortium Claim of Tony Bradley, only.  Doc. 6823.

**IT IS HEREBY ORDER, ADJUDGED AND DECLARED** that the parties' stipulation of dismissal of loss of consortium claim of Tony Bradley, only (Doc. 6823) is **granted.**  The loss of consortium claim of Tony Bradley, only, against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL15-02641 (Member Case CV17-1499-PHX DGC) are hereby dismissed.  Plaintiff Ishtarai Parker's claims against all Defendants remain active.  The parties shall bear their own costs to date in this lawsuit.

Dated this 25th day of July, 2017.

_____
David G. Campbell
United States District Judge