# CIVIL MINUTES
## UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| | |
|---|---|
| United States District Judge David G. Campbell | **Date:** July 25, 2017 |
| IN RE: Bard IVC Filters Products Liability Litigation | **Case Number:** MD-15-02641-PHX-DGC |
| **APPEARANCES:** Laura Smith-Telephonic for plaintiffs<br>Kate Helm – Telephonic for defendant | Court Reporter – Patricia Lyons<br>Courtroom Deputy – Traci Abraham |

**PROCEEDINGS** ☒ Open Court   ☐ Chambers ☐ Other:

Telephonic hearing held.

Motions to seal and redactions discussed. Parties' agreements placed on the record.

Upon agreement, briefing schedule pursuant to case management order #26 extended as follows: Defendant's amended motion to seal extended from 7/28/2017 to 8/16/2017. Plaintiff's response extended from 8/28/2017 to 9/6/2017. The reply date remains the same 9/13/2017.