AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| Barbara Verge )<br>*Plaintiff* )<br>v. )<br>C.R. Bard, Inc., et al )<br>*Defendant* ) | Case No.  2:17-cv-02489-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barbara Verge

Date: 07/26/2017

/s/ Michael T. Gallagher
*Attorney's signature*

Michael T. Gallagher (Texas Bar No. 07586000)
*Printed name and bar number*

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX  77098

*Address*

donnaf@gld-law.com
*E-mail address*

(713) 222-8080
*Telephone number*

(713) 222-0066
*FAX number*