AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Diane Strawbridge <br> *Plaintiff* <br> v. <br> C.R. Bard, Inc., et al <br> *Defendant* | Case No. 2:17-cv-02490-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diane Strawbridge

Date: 07/26/2017

/s/ Michael T. Gallagher
*Attorney's signature*

Michael T. Gallagher (Texas Bar No. 07586000)
*Printed name and bar number*

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098

*Address*

donnaf@gld-law.com
*E-mail address*

(713) 222-8080
*Telephone number*

(713) 222-0066
*FAX number*