Ramon Rossi Lopez (admitted *pro hac vice*)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
Telephone:  (949) 737-1501

Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**PARTIES' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW**<br><br>(Assigned to the Honorable David G. Campbell) |

The parties hereby respectfully and jointly move this Court, pursuant to the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 for leave to file under seal their respective submissions regarding Plaintiffs' request to retake the deposition of David Henry, M.D. ("Dr. Henry"), as well as the transcript of Dr. Henry's prior deposition. The deposition transcript contains certain Plaintiffs' personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure. The parties' submissions also contain references to and quotations from the deposition transcript, which also implicate Plaintiffs' personal healthcare information. Accordingly, there is good cause to grant the Parties' Joint Motion for Leave to File Under Seal.

## ARGUMENT AND CITATION OF AUTHORITY

The Court has requested that the parties submit briefing regarding Plaintiffs' request to retake the deposition of David Henry, M.D. *See* Case Management Order No. 26 (Doc. 6799). In their respective memoranda to be submitted for the Court's consideration, the parties plan to quote, cite, and attach as an exhibit the transcript of Dr. Henry's prior deposition. Dr. Henry was the treating physician who implanted an IVC filter in Plaintiff Lisa Hyde. As a result, the transcript of his deposition contains Plaintiffs' personal health care information. Portions of the parties' submissions themselves as well the deposition transcript discuss particular Plaintiffs' respective medical histories and current medical conditions, are confidential under the terms of the Stipulated Protective Order (Doc. 269), and are also protected from public disclosure pursuant to HIPAA. Indeed, the Court has already sealed similar information in this litigation.

## CONCLUSION

For all of the foregoing reasons the parties request that the Court grant their Motion for Leave to File Under Seal.

RESPECTFULLY SUBMITTED this 28th day of July, 2017

By: s/ Ramon Rossi Lopez
    Ramon Rossi Lopez (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ MCHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, CA 92660

    Mark S. O'Connor (011029)
    GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
    Phoenix, AZ 85016-9225
    Telephone: (602) 530-8000
    mark.oconnor@gknet.com

    *Attorneys for Plaintiffs*

By: s/ Richard B. North, Jr.
    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    Nelson Mullins Riley & Scarborough LLP
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363

    James R. Condo
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, AZ 85004-2202

    *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                         s/ Richard B. North, Jr.