IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of the Parties' Joint Motion for Leave to File Under Seal and Incorporated Memorandum of Law, and for other good cause shown, the Motion is hereby granted, and the Parties' respective submissions regarding Plaintiffs' request to retake the deposition of David Henry, M.D., as well as the transcript of the prior Deposition of David Henry, M.D., referenced in the Motion are hereby sealed.