# EXHIBIT 1

Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**DECLARATION OF ROBERT VOGELZANG, M.D.** |

I, Robert Vogelzang, M.D. declare as follows:

1. I am a testifying expert for the Plaintiffs in this case.

2. I am a duly qualified physician practicing in the state of Illinois, United States. I am Board-certified in diagnostic radiology and subspecialty certified with a certificate of added qualification in vascular and interventional radiology, both granted by the American Board of Radiology.3. My subspecialty is in vascular and interventional radiology. I am an attending interventional radiologist at Northwestern Memorial Hospital in Chicago and I hold an academic appointment in the Northwestern University Feinberg School of Medicine as a Professor of Radiology. I have published over 180 articles in peer-reviewed journals principally on the subject of Interventional Radiology. I and my colleagues have removed well over 1000 IVCFs using a variety of techniques many of them developed by me and my colleagues. This includes removal of over 200 Bard inferior vena cava filters of varying types and models of the Bard retrievable line including Recovery, Eclipse, Meridian, G2 and Denali.

3. I have written three reports in this case dated March 2, 2017, April 9, 2017, and April 19, 2017. My reports concern medical monitoring and general causation. As to the three reports I have written in this case, and all the opinons I have developed in this case; they are based on my own clinical and academic experience including my review of peer- reviewed medical literature

4. Dr. Resnick has not provided to me any information related to the consulting he did for Bard or any mental impressions of Bard attorneys; therefore no information given to Dr. Resnick from Bard had any influence on my opinions and my reports developed in this case.

In accordance with 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 26 2017.

Executed this 26 day of July, 2017 in NY.

Signature: R Vogelzang
Printed name: ROBERT VOGELZANG, M.D.
Address: 251 E Huron Chicago IL
Phone Number: 312 926 5112

Notary:

City/County of New York

The foregoing declaration was acknowledged before me this 26 day of July 2017.

Linda Ricci
Notary Public
My Commission expires, _____.

LINDA RICCI
Notary Public, State of New York
No. 01RI6042190
Qualified in New York County
Commission Expires May 15, 2018

2