# EXHIBIT 2

1   Ramon Rossi Lopez – rlopez@lopezmchugh.com
    (California Bar Number 86361; admitted *pro hac vice*)
2   Lopez McHugh, LLP
    100 Bayview Circle, Suite 5600
3   Newport Beach, California 92660
    949-812-5771
4
    Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5   Gallagher & Kennedy, P.A.
    2575 East Camelback Road
6   Phoenix, Arizona 85016-9225
    602-530-8000
7
    *Co-Lead/Liaison Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10

| | |
|---|---|
| 11  In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| 12 | **DECLARATION OF KUSH R. DESAI, M.D.** |

13

14

15          I, Kush R. Desai, M.D. declare as follows:

16          1.   I am a testifying expert for the Plaintiffs.

17          2.   I am an Assistant Professor in the Department of Radiology at Northwestern
18   University; Northwestern Memorial Hospital is my primary site for clinical and academic
     work.  Along with others, I manage the inferior vena cava (IVC) filter clinic at
19   Northwestern, which specializes in IVC filter utilization, management, and retrieval, with
20   an emphasis on complex retrieval procedures.  IVC filter management, and specifically
     retrieval practices, are one of my primary research focuses; I also conduct research in
21   venous thromboembolic disease and its management.

22          3.   My April 19, 2017 Medical Monitoring Report in this case and all the
23   opinons I have developed in this case are based on my clinical experience and my review
     of medical literature, which I have independently developed through my research and my
24   review of published medical literature.

25          4.   At no time did Dr. Resnick provide information to me related to the
26   consulting he did for Bard or any mental impressions of Bard attorneys. As such, no
     information given to Dr. Resnick from Bard had any influence on my report in this case
27   and the opinons I have developed in this case.

28

In accordance with 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 26 2017.

Executed this 26th day of July, 2017 in Chicago, IL.

Signature: _____

Printed name: KUSH R. DESAI, M.D.

Address: 251 E. Huron St, Feinberg 4-710Y, Chicago, IL, 60611

Phone Number: 630-926-0093

Notary:

City/County of _____Cook_____

The foregoing declaration was acknowledged before me this 26 day of July, 2017.

_____
Notary Public

My Commission expires, _____09-09-2017_____.

"OFFICIAL SEAL"
MILLISA VASICH
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 9/9/2017

07.26.2017

2