1  Ramon Rossi Lopez – rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh, LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   949-812-5771
4
   Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona 85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
                  UNITED STATES DISTRICT COURT
9
                       DISTRICT OF ARIZONA
10

11  In Re Bard IVC Filters Products Liability     No. MD-15-02641-PHX-DGC
    Litigation
12                                                **PLAINTIFFS MOTION FOR LEAVE
                                                  TO FILE UNDER SEAL**
13

14

15         Plaintiffs respectfully move this Court for an Order pursuant to the Stipulated

16  Protective Order (MDL No. 2641, Doc. 268), Federal Rule of Civil Procedure

17  26(c)(1)(G), and Local Civil Rule 5.6, sealing Exhibit 3 to Plaintiffs' Opposition to

18  Defendants' Motion to Disqualify Robert Vogelzang, M.D. and Kush Desai, M.D. as

19  Testifying Experts; and Scott Resnick, M.D. and Robert Lewandowski, M.D. as

20  Consulting Experts for Plaintiffs.  The exhibit is the Declaration Dr. Resnick, which

21  addresses among other things his work pursuant to Consulting Agreements with Bard,

22  which Bard has designated as confidential documents.

23         By filing under seal, Plaintiffs are not agreeing and expressly reserve their right to

24  contest that the information is confidential.  Plaintiffs reached out to Defendants

25  requesting that they consent to this motion and have not heard back regarding this motion.

26         Accordingly, Plaintiffs request that the Court grant Plaintiffs' leave to file Exhibit

27  3 under seal.

28

RESPECTFULLY SUBMITTED this 28th day of July 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/Mark S. O'Connor*

Mark S. O'Connor
2575 East Camelback Road
Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

HAUSFELD LLP
Steven Rotman (admitted *pro hac vice*)
Richard S. Lewis (admitted *pro hac vice*)
1700 K Street N.W., Ste. 650
Washington, DC 20006

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

2