AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Carmela Garthwait | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-02519-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carmela Garthwait                                                                                                          .

Date:    07/31/2017                                              /s/ Jennifer Williams
                                                                            *Attorney's signature*

                                                   Jennifer Williams; Texas Bar No. 24007755
                                                                *Printed name and bar number*

                                                              Jackson Allen & Williams, LLP
                                                                  3838 Oak Lawn Avenue
                                                                        Suite 1100
                                                                    Dallas, Texas  75219
                                                                            *Address*

                                                         jwilliams@jacksonallenfirm.com
                                                                       *E-mail address*

                                                                    (214) 521-2300
                                                                   *Telephone number*

                                                                    (214) 452-5637
                                                                      *FAX number*