James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO PLAINTIFF LISA HYDE'S INTERROGATORIES TO BARD DEFENDANTS** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on July 31, 2017, they served on Plaintiffs, via U.S. Mail and email, Defendants' Responses to Plaintiff Lisa Hyde's Interrogatories to Bard Defendants.

DATED this 31st day of July, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.**

1

## CERTIFICATE OF SERVICE

2

3          I HEREBY CERTIFY that on July 31, 2017, I electronically filed the foregoing

document with the Clerk of the Court using the ECF System for filing and transmittal of a

4

Notice of Electronic Filing to all ECF registrants in this matter.

5

6                                                  s/Matthew B. Lerner
                                                   Matthew B. Lerner
7                                                  Georgia Bar No. 446986
                                                   NELSON MULLINS RILEY & SCARBOROUGH, LLP
8                                                  Atlantic Station
                                                   201 17th Street, NW / Suite 1700
9                                                  Atlanta, GA  30363
                                                   PH: (404) 322-6000
10                                                 FX: (404) 322-6050
                                                   matthew.lerner@nelsonmullins.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17TH Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000