# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Patrick Martin<br>CV16-2135-PHX DGC | No. MDL15-2641 PHX DGC<br><br>**ORDER** |

Counsel for Plaintiff Patrick Martin has filed a motion to withdraw as counsel of record. Doc. 6920.

**IT IS ORDERED** that the Court will hold a telephonic hearing regarding this motion on **August 9, 2017 at 2:00 p.m.** Counsel for Plaintiff, Patrick Martin, shall appear telephonically at the hearing, Plaintiff Patrick Martin shall appear telephonically at the hearing, Lead Plaintiff's counsel shall appear telephonically at the hearing, and counsel for Defendants shall appear telephonically at the hearing. Counsel for Plaintiff shall notify Plaintiff on or before August 4, 2017 that this hearing is scheduled and that Plaintiff is required to participate in the hearing. Counsel for Plaintiff, Patrick Martin, shall initiate a conference call to include counsel for Defendants and the Court. If a dial-in number is to be used, counsel for Plaintiff shall provide the dial-in information to counsel for Defendants and the Court no later than 4:00 p.m. on August 4, 2017.

Dated this 31st day of July, 2017.

_____
David G. Campbell
United States District Judge