IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS             MDL No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

LAMONA M. AMAN, an individual,       Civil Action No. 2:17-cv-01902-PHX-DGC
          Plaintiff
v.

C.R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.
          Defendants

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lamona Aman, by and through the undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:17-cv-01902-DGC. This dismissal does not affect case number 2:17-cv-01560-DGC, which shall remain in suit.

Dated this 1st day of August, 2017.

                                   Respectfully submitted,

                                   */s/ Ben C. Martin*
                                   Ben C. Martin, Bar No. 13052400
                                   Thomas Wm. Arbon, Bar No. 01284275
                                   **The Law Office of Ben C. Martin**
                                   3710 Rawlins Street, Suite 1230
                                   Dallas, TX 75219
                                   Telephone: (214) 761-6614
                                   Facsimile: (214) 744-7590
                                   bmartin@bencmartin.com
                                   tarbon@bencmartin.com
                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was also served via Email to the following:

Richard B. North, Jr.
richard.north@nelsonmullins.com
Matthew B. Lerner
matthew.lerner@nelsonmullins.com
Nelson Mullins Riley &
Scarborough, LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

James R. Condo
jcondo@swlaw.com
Amanda C. Sheridan
asheridan@swlaw.com
Snell & Wilmer, L.L.P
One Arizona Center
400 E. VanBuren, Suite 1900
Phoenix, AZ 85004

*/s/ Ben C. Martin*
Ben C. Martin