UNITED STATES DISTRICT COURT
FOR DISTRICT OF ARIZONA

IN RE:  BARD IVC PRODUCTS      MDL-15-02641-PHX-DGC
LIABILITY LITIGATION

    JUDGE DAVID G. CAMPBELL
_____

This document relates to:

Patrick Martin v C.R. Bard Incorporated et al.

Case No:  2:16-cv-02135-DGC
_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

    COMES NOW, Joseph R. Johnson, as counsel of record and moves on behalf of Babbitt & Johnson, P.A., to withdraw from the representation of Plaintiff, Patrick Martin.  In support of this motion, the undersigned states as follows:

    1.  Plaintiff's Counsel and Plaintiff have discussed the direction of the case and Plaintiff's Counsel and Plaintiff disagree on the direction of the case.

    2.  To date, Plaintiff's Counsel and Plaintiff have not been able to agree on the direction of the case and as such good causes exists for filing the present Motion.

    3.  Plaintiff's last known mailing address and last known telephone are listed below.

        Patrick Martin
        8300 S.W. 44th Court
        Davie, FL  33328
        (863) 589-8314

4. Written notice of the filing of this Motion and proposed Order will be sent to the Plaintiff at the address below via Certified Mail Return Receipt Requested 7002 2410 0006 6297 6624:

>Patrick Martin
>8300 S.W. 44th Court
>Davie, FL  33328

WHEREFORE, the undersigned respectfully requests on behalf of Babbitt & Johnson, P.A., the Court grant their motion to withdraw as counsel of record in this matter.

Dated:   August 2, 2017

Respectfully Submitted,

/s/ Joseph R. Johnson_____
Joseph R. Johnson

Babbitt & Johnson, P.A.
Joseph R. Johnson
Fla. Bar No:  372250
1641 Worthington Road
Suite 100
West Palm Beach, FL  33409
Telephone:  (561) 684-2500
Facsimile:   (561) 684-6308

Attorneys for Plaintiff
Patrick Martin