IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC PRODUCTS LIABILITY LITIGATION | MDL-15-02641-PHX-DGC |
| | JUDGE DAVID G. CAMPBELL |

This document relates to:

*Martin v. C R Bard Incorporated et al*
CV16-2135-PHX DGC

**NOTICE OF TELEPHONIC HEARING RE MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Please be advised that the Court has set a telephonic hearing regarding Plaintiff Counsel's Motion to Withdraw as Counsel of Record for **August 9, 2017 at 2:00 PM MST.** **This is 5:00 PM EST**. The dial-in information for all parties is set forth below:

Telephone:
Dial: +1 (773) 231 9226    Meeting ID: 149 207 1179

Dated: August 3, 2017

                                      Respectfully Submitted,

                                      /s/Matthew R. McCarley
Matthew R. McCarley
Fears | Nachawati Law Firm
Matthew R. McCarley
Texas State Bar Number 24041426
4925 Greenville Ave., Suite 715
Dallas, Texas 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
***ATTORNEYS FOR PLAINTIFF PATRICK MARTIN***

## CERTIFICATE OF SERVICE

This is to certify that on August 3, 2017 I transmitted the foregoing Certificate of Service to the Clerk of the Court using the ECF System for filing and transmittal Notice of Electronic Filing to all ECF registrants and a copy of same has been sent via email to paplanette@yahoo.com and Fedex Overnight to Plaintiff at the following address:

**FEDEX TRACKING NO: 7798 0752 0884**
Patrick Martin
8300 SW 44 Court
Davie, FL 33328


/s/ Mathew R. McCarley