AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| TRACY PIRL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:17-cv-00899-DGC |
| C. R. BARD, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tracy Pirl                                                                                                                              .

Date:      08/04/2017                                                    /s/ Nathaniel K. Scearcy
                                                                                    *Attorney's signature*

                                                                   Nathaniel K. Scearcy, MO Bar No. 68372
                                                                        *Printed name and bar number*

                                                                        The Potts Law Firm, LLP
                                                                    1901 West 47th Place, Suite 210
                                                                      Westwood, Kansas  66205

                                                                                    *Address*

                                                                   nscearcy@potts-law.com
                                                                                *E-mail address*

                                                                         (816) 931-2230
                                                                            *Telephone number*

                                                                         (816) 931-7030
                                                                                *FAX number*