**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

**IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION**          **MDL No. 2641**

This Document Relates to:

*Tracy Pirl. v. C. R. Bard, Inc., et al.*
    Case No.: 2:17-cv-00899
*Rachel Ross v. C. R. Bard, Inc., et al.*
    Case No.: 2:16-cv-02297
*Robert Secrest v. C. R. Bard, Inc., et al.*
    Case No.: 2:17-cv-02350

<u>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

      Patricia L. Campbell hereby moves to be withdrawn as counsel in MDL 2641 and all

member cases related to MDL 2641 in which she appears. Attorneys at The Potts Law Firm, LLP,

entered on these cases, including Nathaniel Scearcy, will continue to represent Plaintiffs in this

MDL.

Date: August 4, 2017                    Respectfully submitted,

                                /s/ Patricia L. Campbell
                                Patricia L. Campbell
                                The Potts Law Firm, LLP
                                1901 W. 47th Place, Suite 210
                                Westwood, Kansas 66205
                                Phone: (816) 931-2230
                                Fax: (816) 931-7030

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2017, a copy of the forgoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By: _s/ Patricia L. Campbell_____