AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| HEATHER BLACKETER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:15-cv-01717-DGC |
| C. R. BARD, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heather Blacketer.

Date: 08/04/2017

/s/ Nathaniel K. Scearcy
*Attorney's signature*

Nathaniel K. Scearcy, MO Bar No. 68372
*Printed name and bar number*

The Potts Law Firm, LLP
1901 West 47th Place, Suite 210
Westwood, Kansas 66205
*Address*

nscearcy@potts-law.com
*E-mail address*

(816) 931-2230
*Telephone number*

(816) 931-7030
*FAX number*