IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                MDL No. 2641

This Document Relates to:

*Heather Blacketer v. C. R. Bard, Inc., et al.*
    *Case No.: 2:15-cv-01717-DGC*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Patricia L. Campbell hereby moves to be withdrawn as counsel in MDL 2641 and all member cases related to MDL 2641 in which she appears. Attorneys at The Potts Law Firm, LLP, entered on these cases, including Nathaniel Scearcy, will continue to represent Plaintiffs in this MDL.

Date: August 4, 2017                             Respectfully submitted,

                                                 /s/ Patricia L. Campbell
                                                 Patricia L. Campbell
                                                 The Potts Law Firm, LLP
                                                 1901 W. 47th Place, Suite 210
                                                 Westwood, Kansas  66205
                                                 Phone:  (816) 931-2230
                                                 Fax:  (816) 931-7030

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2017, a copy of the forgoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By: *s/ Patricia L. Campbell*