IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                MDL No. 2641

This Document Relates to:

*Heather Blacketer v. C. R. Bard, Inc., et al.*
    *Case No.: 2:15-cv-01717-DGC*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Brandon L. Corl hereby moves to be withdrawn as counsel in MDL 2641 and all member cases related to MDL 2641 in which he appears.  Attorneys at The Potts Law Firm, LLP, entered on these cases, including Nathaniel Scearcy, will continue to represent Plaintiffs in this MDL.

Date: August 4, 2017                                    Respectfully submitted,

                                                                     /s/ Brandon L. Corl
                                                                     Brandon L. Corl
                                                                     The Potts Law Firm, LLP
                                                                     1901 W. 47th Place, Suite 210
                                                                     Westwood, Kansas  66205
                                                                     Phone:  (816) 931-2230
                                                                      Fax:  (816) 931-7030

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2017, a copy of the forgoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By: *s/ Brandon L. Corl*