IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX DGC |
|---|---|
| This document relates to:<br><br>Heather Blacketer v. C.R. Bard, Inc.,<br>No. CV15-1717 PHX DGC | **ORDER** |

Counsel for Plaintiff Heather Blacketer, Patricia L. Campbell, has filed a motion to withdraw as counsel.  Docs. 7056, 7057.

**IT IS ORDERED** that Plaintiff's counsel's motion to withdraw (Docs. 7056, 7057) are **granted.**  The Clerk is directed to remove Patricia L. Campbell as counsel of record in the case Heather Blacketer v. C.R. Bard, Inc., et al., Case No. CV15-1717.

Dated this 7th day of August, 2017.

_____
David G. Campbell
United States District Judge