**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Action No.: 2:17-cv-02479-DGC<br>TERRY EVANS | No. 2:15-MD-02641 -DGC<br><br>**NOTICE OF FILING AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Pursuant to Local Rule of Civil Procedure 15.1 (b), Plaintiff Terry Evans respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial. Attached as Exhibit A is a copy of the amended complaint that indicates in what respect it differs from the original complaint.

RESPECTFULLY SUBMITTED this 7th day of August, 2017

**LOPEZ McHUGH LLP**

By:  */s/*Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
 (admitted pro hac vice)
Matthew Ramon Lopez (CA Bar No. 263134)
(admitted pro hac vice)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
**Attorneys for Plaintiffs**

-1-
**NOTICE OF FILING AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Matthew R. Lopez

-2-
**NOTICE OF FILING AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**