# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY
LITIGATION

This document relates to:

      2:16-cv-00883-DGC
      2:16-cv-02651-DGC
      2:16-cv-02655-DGC
      2:16-cv-02656-DGC
      2:16-cv-02666-DGC
      2:16-cv-02667-DGC
      2:16-cv-02668-DGC
      2:17-cv-00641-DGC
      2:17-cv-00782-DGC
      2:17-cv-00868-DGC
      2:17-cv-00872-DGC
      2:17-cv-01105-DGC
      2:17-cv-01532-DGC
      2:17-cv-01531-DGC
      2:17-cv-01591-DGC
      2:17-cv-02097-DGC
      2:17-cv-02131-DGC
      2:17-cv-02175-DGC
      2:17-cv-02496-DGC
      2:17-cv-02554-DGC

NO. 2:15-MD-02641-DGC

**NOTICE OF CHANGE
OF ADDRESS**

## NOTICE OF CHANGE OF ADDRESS

     PLEASE TAKE NOTICE that, pursuant to Rule 83.3(d) of the Local Rules

of Civil Procedure, the undersigned counsel files this Notice of Change of Address.

The new address is as follows:

1

Bern Cappelli LLP
Joseph J. Cappelli, PA Bar No. 55166
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Phone: (610) 941-4444
Fax: (610) 941-9880
Email: jcappelli@bernllp.com
Counsel for Plaintiffs

RESPECTFULLY SUBMITTED this 7th day of August, 2017.

**BERN CAPELLI LLP**

By:    */s/ Joseph J. Cappelli*
Joseph J. Cappelli, PA Bar No. 55166
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Phone: (610) 941-4444
Fax: (610) 941-9880

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, I electronically transmitted the

foregoing document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

*/s/ Joseph J. Cappelli*

2