UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Rhonda S. Cole, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-17-02550-PHX-DGC |
| ) | |
| C. R. Bard Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant C. R. Bard, Inc.

Date:  August 8, 2017      /s/ Richard B. North, Jr.
    *Attorney's signature*

    Richard B. North, Jr. (Ga. Bar No. 545599)
    *Printed Name and bar number*

    Nelson Mullins Riley & Scarborough, LLP
    201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
    *Address*

    richard.north@nelsonmullins.com
    *E-mail address*

    (404) 322-6155
    *Telephone number*

    (404) 322-6050
    *FAX number*