IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br><br>Heather Blacketer v. C.R. Bard, Inc.,<br>No. CV15-1717 PHX DGC | No. MDL15-02641-PHX DGC<br><br>**AMENDED ORDER** |

Counsel for Plaintiff Heather Blacketer, Patricia L. Campbell and Brandon L. Corl, have filed motions to withdraw as counsel. Docs. 7056, 7057.

**IT IS ORDERED** that Plaintiff's counsels' motions to withdraw (Docs. 7056, 7057) are **granted.** The Clerk is directed to remove Patricia L. Campbell and Brandon L. Corl as counsel of record in the case Heather Blacketer v. C.R. Bard, Inc., et al., Case No. CV15-1717.

Dated this 8th day of August, 2017.

_____
David G. Campbell
United States District Judge