IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX DGC **ORDER** |
|---|---|

This document relates to:

Tracy Pirl v. C.R. Bard, Inc., et al.
No. CV17-0899 PHX DGC

Rachel Ross v. C.R. Bard, Inc., et al.
No. CV16-2297 PHX DGC

Robert Secrest v. C.R. Bard, Inc., et al.
No. CV17-2350 PHX DGC

Counsel for Plaintiffs Pirl, Ross., and Secrest, Patricia L. Campbell, has filed a motion to withdraw as counsel.  Doc. 7054.

**IT IS ORDERED** that Plaintiffs' counsel's motion to withdraw (Doc. 7054) is **granted.**  The Clerk is directed to remove Patricia L. Campbell as counsel of record in the following cases:  Tracy Pirl v. C.R. Bard, Inc., et al., No. CV17-0899 PHX DGC;' Rachel Ross v. C.R. Bard, Inc., et al., No. CV16-2297 PHX DGC; and Robert Secrest v. C.R. Bard, Inc., et al., No. CV17-2350 PHX DGC.

Dated this 9th day of August, 2017.

_____
David G. Campbell
United States District Judge