IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br><br>Patrick Martin v. C.R. Bard, Inc., et al.<br>No. CV16-2135 PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER** |

Counsel for Plaintiff Patrick Martin have filed motions to withdraw as counsel. Docs. 6920, 7046.

**IT IS ORDERED** that the motions to withdraw (Docs. 6920, 7046) are **granted.** The Clerk is directed to remove Matthew McCarley and Joseph R. Johnson as counsel of record in case No. CV16-2135 PHX DGC.  Plaintiff will appear pro se in this matter.  The last known address for Plaintiff is:

> Patrick Martin
> 8300 S.W. 44th Court
> Davie, FL   33328
> (863) 589-8314

Dated this 11th day of August, 2017.

_____
David G. Campbell
United States District Judge