Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**JOINT MOTION TO EXTEND DEADLINE TO FILE ANY MOTIONS FOR SUMMARY JUDGEMENT IN THE BOOKER BELLWETHER CASE AND EXTEND PAGE LIMITS FOR SUMMARY JUDGMENT IN THE HYDE BELLWETHER CASE** |

In connection with the Court's Case Management Order No. 23 [Doc. 5770], Counsel for Plaintiffs and Defendants have conferred and request an Order from the Court regarding the following:

1. That the August 21, 2017 deadline to file any motions for summary judgment in the Booker bellwether case be extended to September 7, 2017. Responses shall be filed by October 12, 2017. Replies shall be filed by November 2, 2017. Good cause exists to extend this deadline as the Booker defense expert depositions of Daniel Cousin, M.D. and Piotr Sobieszczyk, M.D. could not be scheduled until August 25, 2017 and August 31, 2017, respectfully.

2. That the page limit for initial briefs, response, and reply briefs for any motions for summary judgment in the Hyde bellwether case be extended an additional five pages to accommodate choice of law briefing.

Respectfully submitted this 15th day of August, 2017.

| | |
|---|---|
| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By:/s/ Mark S. O'Connor<br>    Mark S. O'Connor (011029)<br>    2575 East Camelback Road<br>    Phoenix, Arizona 85016-9225<br><br>    Ramon Rossi Lopez<br>    (admitted *pro hac vice*)<br>    CA Bar No. 86361<br>    LOPEZ McHUGH LLP<br>    100 Bayview Circle, Suite 5600<br>    Newport Beach, California 92660<br><br>    *Attorneys for Plaintiffs* | By: *Matthew B. Lerner*<br>    Richard B. North, Jr. (admitted *pro hac vice*)<br>    Georgia Bar No. 545599<br>    Matthew B. Lerner (admitted *pro hac vice*)<br>    Georgia Bar No. 446986<br>    201 17th Street, NW / Suite 1700<br>    Atlanta, GA 30363<br><br>    James R. Condo<br>    Snell & Wilmer, LLP<br>    Amanda C. Sheridan<br>    One Arizona Center<br>    400 E. Van Buren, Suite 1900<br>    Phoenix, Arizona 85004-2202<br><br>    *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*