UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER EXTENDING DEADLINE TO FILE ANY MOTIONS FOR SUMMARY JUDGEMENT IN THE BOOKER BELLWETHER CASE AND EXTEND PAGE LIMITS FOR ANY MOTIONS FOR SUMMARY JUDGMENT IN THE HYDE BELLWETHER CASE** |

The Court has reviewed the parties' Joint Motion to Extend Deadline to File any Motion for Summary Judgement in the Booker Bellwether Case and Extend Page Limits for Initial Briefs, Responses, and Reply Briefs for any Motions for Summary Judgment in the Hyde Bellwether Case ("Joint Motion") [Doc. ___]. Good cause appearing, it is ORDERED:

1.      By September 7, 2017, the parties shall file any motions for summary judgment in the Booker bellwether case.  Responses shall be filed by October 12, 2017.  Replies shall be filed by November 2, 2017.

2.      That the page limit for initial briefs, response, and reply briefs for any motions for summary judgment in the Hyde bellwether case be extended an additional five pages.