CIVIL MINUTES
# UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| | |
|---|---|
| United States District Judge David G. Campbell | **Date:** August 15, 2017 |
| IN RE: Bard IVC Filters Products Liability Litigation | **Case Number:** MD-15-02641-PHX-DGC |
| **APPEARANCES:** Ramon Lopez, Mark O'Connor, Paul Stoller-Telephonic for plaintiffs<br>Matthew Lerner, James Condo, Amanda Sheridan – Telephonic for defendant | Court Reporter – Patricia Lyons<br>Courtroom Deputy – Traci Abraham |

**PROCEEDINGS** ☒ Open Court   ☐ Chambers   ☐ Other:

Telephonic hearing held.

Defendant shall respond to plaintiff's discovery requests sent 31 days ago by 8/21/2017. Plaintiff upon receipt of responses shall respond to defendant on what affirmative defenses will be addressed in the motions for summary judgment.

Court will amend case management order #23 to reflect that the motions for summary judgment deadline extended to 8/28/2017. Responses to 9/29/2017. Replies to 10/20/2017.

Motions to seal and redactions discussed. Defendant's amended motion to seal extended from 8/16/2017 to 8/28/2017. Parties to confer on the remaining briefing schedule and file a stipulation with the Court.