AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Doug Whitlow | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:17-cv-02747-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Doug Whitlow                                                                                              .

Date:   08/16/2017

/s/ Jennifer Williams
*Attorney's signature*

Jennifer Williams; Texas Bar No. 24007755
*Printed name and bar number*

Jackson Allen & Williams, LLP
3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas  75219
*Address*

jwilliams@jacksonallenfirm.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*