IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION         No. MD-15-02641-PHX-DGC

This Document Relates to

Case No. 2:17-cv-1529-DGC – David Siri

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated:  August 16, 2017

| | |
|---|---|
| By: /s/ *Jeff T. Seldomridge* | By:/s/ *Richard North*_____ |
| Jeff Seldomridge | Richard North |
| THE MILLER FIRM LLC | NELSON MULLINS RILEY & |
| 108 Railroad Avenue | SCARBOROUGH LLP |
| Orange, VA 22960 | 201 17th Street, NW, Suite 1700 |
| Telephone: (540) 672-4224 | Atlanta, GA 30363 |
| Facsimile: (540) 672-3055 | Telephone: (404) 322 6000 |
| jseldomridge@millerfirmllc.com | Facsimile: (404) 332 6397 |
| *Attorney for Plaintiff* | richard.north@nelsonmullins.com |
| | *Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2017, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Jeff Seldomridge*