IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

The Court has reviewed the parties' joint motion to extend deadline to file any motion for summary judgment in the Booker bellwether case and extend page limits for initial briefs, responses, and reply briefs for any motion for summary in the Hyde bellwether case. Doc. 7215.

**IT IS ORDERED:**

1. The parties' joint motion to extend (Doc. 7215) is **granted.**

2. On or before September 7, 2017, the parties shall file any motions for summary judgment in the Booker bellwether case. Responses shall be filed on or before October 12, 2017; replies shall be filed on or before November 2, 2017.

3. The page limits for initial briefs, responses, and reply briefs for any motion for summary judgment in the Hyde bellwether case shall be extended by an additional five pages.

Dated this 16th day of August, 2017.

_____
David G. Campbell
United States District Judge