# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          MDL No. 2641

This Document Relates to:

*IN RE: Bard IVC Filters Products Liability Litigation*
        *Case No. 2:15-md-02641-DGV*


Jay J. Schuttert hereby requests to be removed from all electronic service lists for MDL 2641 and all member cases related to MDL 2641.


Dated:  August 17, 2017                           Respectfully submitted,


                                                  */s/ Jay J. Schuttert*
                                                  Jay J. Schuttert, Esq.
                                                  EVANS FEARS & SCHUTTERT LLP
                                                  2300 West Sahara Avenue, Suite 900
                                                  Las Vegas, NV  89102
                                                  Phone:  (702) 805-0290
                                                  Fax:  (702) 805-0291

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

By:   */s/ Faith B. Radford*