# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | MDL No. 2:15-MD-02641-DGC |
| *Lesia Collins as Personal Representative of the Estate of Mary Bell Friar, and Dennis Friar, Sr. and Lesia Collins Individually,* | Civil Action No. 2:17-cv-02773-DGC |
| *Plaintiffs,* | |
| v. | |
| C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Lesia Collins as Personal Representative of the Estate of Mary Bell Friar, Dennis Friar, Sr. and Lesia Collins Individually, by and through undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, C.R. Bard Inc. and Bard Peripheral Vascular, Inc.

Date: August 18, 2017

Respectfully submitted,

 */s/ Joseph J. Cappelli*
Joseph J. Cappelli
**BERN CAPPELLI LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
(610) 941-4444 Telephone
**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

                                              /s/ Joseph J. Cappelli
                                              Joseph J. Cappelli