IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of the Parties' Stipulation to Extend Time to File *Daubert* motions, and for other good cause shown, the proposed deadlines for *Daubert* motions and briefing set forth in Case Management Order No. 23 [Doc. 5770] for the five bellwether cases are extended. *Daubert* motions shall be filed by August 24, 2017, Responses by September 27, 2017, and Replies by October 18, 2017.