James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on August 21, 2017, they served on Plaintiffs, via U.S. Mail and email, the following:

- Supplemental Response to Plaintiff Carol Kruse's First Set of Requests for Admissions to C. R. Bard, Inc.;

- Supplemental Response to Plaintiff Carol Kruse's Set of Requests for Admissions to Bard Peripheral Vascular, Inc.;

- Supplemental Responses to Plaintiff Carol Kruse's Request for Production of Documents and Things to Bard Defendants;

- Supplemental Responses to Plaintiff Carol Kruse's Second Set of Interrogatories to Bard Peripheral Vascular;
- Supplemental Responses to Plaintiff Carol Kruse's Second Set of Interrogatories to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Debra Mulkey's First Set of Requests for Admissions to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Debra Mulkey's First Set of Requests for Admissions to Bard Peripheral Vascular, Inc.;
- Supplemental Responses to Plaintiff Debra Mulkey's Requests for Production of Documents and Things to Bard Defendants;
- Supplemental Responses to Plaintiff Debra Mulkey's Second Set of Interrogatories to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Debra Mulkey's Second Set of Interrogatories to Bard Peripheral Vascular;
- Supplemental Responses to Plaintiff Lisa Hyde's Requests for Production of Documents and Things to Bard Defendants;
- Supplemental Responses to Plaintiff Lisa Hyde's Second Set of Interrogatories to Bard Peripheral Vascular;
- Supplemental Responses to Plaintiff Lisa Hyde's Second Set of Interrogatories to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Sherr-Una Booker's First Request for Production of Documents to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Sherr-Una Booker's First Request for Production of Documents to Bard Peripheral Vascular Incorporated;
- Supplemental Responses to Plaintiff Sherr-Una Booker's First Set of Requests for Admissions to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Sherr-Una Booker's First Set of Requests for Admissions to Bard Peripheral Vascular, Inc.;

- Supplemental Responses to Plaintiff Sherr-Una Booker's Second Set of Interrogatories to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiff Sherr-Una Booker's Second Set of Interrogatories to Bard Peripheral Vascular;
- Supplemental Responses to Plaintiffs Doris and Alfred Jones' First Requests for Production of Documents and Things to Bard Defendants;
- Supplemental Responses to Plaintiffs Doris and Alfred Jones' Second Set of Interrogatories to Bard Peripheral Vascular;
- Supplemental Responses to Plaintiffs Doris and Alfred Jones' Second Set of Interrogatories to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiffs Doris and Alfred Jones's First Set of Requests for Admissions to C. R. Bard, Inc.;
- Supplemental Responses to Plaintiffs Doris and Alfred Jones's First Set of Requests for Admissions to Bard Peripheral Vascular, Inc.
- Supplemental Responses to Plaintiffs Lisa Hyde's and Mark Hyde's First Set of Requests for Admission to C. R. Bard, Inc.; and
- Supplemental Responses to Plaintiffs Lisa Hyde's and Mark Hyde's First Set of Requests for Admission to Bard Peripheral Vascular, Inc.

DATED this 21st day of August, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/Matthew B. Lerner
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
matthew.lerner@nelsonmullins.com