IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | )<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )  MDL Docket No. 15-2641 |
| 2:17-cv-02807-DGC | )<br>)<br>)<br>) |
| _____ | ) |
| PAMELA WILBURN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| C. R. BARD, INC., et al., | )<br>) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO:     The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Pamela Wilburn.

Dated: August 21, 2017                     Respectfully submitted,

                                                              By: /s/Thomas P. Cartmell
                                                              Thomas P. Cartmell (MO Bar No. 45366 )
                                                                (admitted *pro hac vice*)
                                                              **Wagstaff & Cartmell, LLP**
                                                              4740 Grand Ave., Suite 300
                                                              Kansas City, MO 64112
                                                              (816) 701-1100
                                                              (816) 531-2372 (fax)
                                                              tcartmell@wcllp.com


                                                              By: /s/David C. DeGreeff

        David C. DeGreeff (MO Bar No. 55019)
         (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        ddegreeff@wcllp.com

        ***Attorneys for Plaintiff***

I hereby certify that on this 21st day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/ David C. DeGreeff