IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:17-cv-02810-DGC<br>_____<br><br>SHERLEY SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>C. R. BARD, INC., et al.,<br><br>    Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO: The Clerk of the Court and all parties of record:

  We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Sherley Scott.

Dated: August 21, 2017    Respectfully submitted,

                By: /s/Thomas P. Cartmell
                Thomas P. Cartmell (MO Bar No. 45366 )
                 (admitted *pro hac vice*)
                **Wagstaff & Cartmell, LLP**
                4740 Grand Ave., Suite 300
                Kansas City, MO 64112
                (816) 701-1100
                (816) 531-2372 (fax)
                tcartmell@wcllp.com


                By: /s/David C. DeGreeff

          David C. DeGreeff (MO Bar No. 55019)
           (admitted *pro hac vice*)
          **Wagstaff & Cartmell, LLP**
          4740 Grand Ave., Suite 300
          Kansas City, MO 64112
          (816) 701-1100
          (816) 531-2372 (fax)
          ddegreeff@wcllp.com

          ***Attorneys for Plaintiff***

I hereby certify that on this 21st day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          */s/ David C. DeGreeff*