IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:17-cv-02809-DGC<br>_____<br><br>BRITT HERRING,<br><br>        Plaintiff,<br><br>        v.<br><br>C. R. BARD, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Britt Herring.

Dated: August 21, 2017          Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com


By: /s/David C. DeGreeff

       David C. DeGreeff (MO Bar No. 55019)
        (admitted *pro hac vice*)
       **Wagstaff & Cartmell, LLP**
       4740 Grand Ave., Suite 300
       Kansas City, MO 64112
       (816) 701-1100
       (816) 531-2372 (fax)
       ddegreeff@wcllp.com

       ***Attorneys for Plaintiff***

  I hereby certify that on this 21st day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

         */s/ David C. DeGreeff*