IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS  　　　　　　　　Case No. 15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　MDL No. 2641

This Document Relates to Plaintiff(s)
Tharanika Pierce on behalf of Thaddeus Pierce

Civil Case #   2:16-cv-02689-DGC

## NOTICE OF APPEARANCE

To:   The Clerk of court and all parties of record. I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Tharanika Pierce on behalf of Thaddeus Pierce.

Dated: 8/22/2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Jon C. Conlin
　　　　　　　　　　　　　　　　Jon C. Conlin
　　　　　　　　　　　　　　　　ASB-7024-J66C
　　　　　　　　　　　　　　　　CORY WATSON ATTORNEYS
　　　　　　　　　　　　　　　　2131 Magnolia Avenue
　　　　　　　　　　　　　　　　Birmingham, Alabama 35205
　　　　　　　　　　　　　　　　Phone: 205-328-2200
　　　　　　　　　　　　　　　　Fax: 205-324-7896
　　　　　　　　　　　　　　　　jconlin@corywatson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Jon C. Conlin
Jon C. Conlin