IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

_____

In Re: BARD IVC FILTERS                    Case No. 15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION                            MDL No. 2641

_____

This Document Relates to Plaintiff(s)
Tharanika Pierce on behalf of Thaddeus Pierce

Civil Case #   2:16-cv-02689-DGC

---

### NOTICE OF APPEARANCE

---

To:     The Clerk of court and all parties of record.  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Tharanika Pierce on behalf of Thaddeus Pierce.


Dated: 8/22/2017                     Respectfully submitted,


/s/ J. Curt Tanner
J. Curt Tanner
ASB-1041-T80W
CORY WATSON ATTORNEYS
2131 Magnolia Avenue
Birmingham, Alabama 35205
Phone: 205-328-2200
Fax: 205-324-7896
ctanner@corywatson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ J. Curt Tanner
J. Curt Tanner