# Exhibit D

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities > Manufacturer and User Facility Device Experience …

Case 2:15-md-02641-DGC Document 7288-4 Filed 08/24/17 Page 2 of 13

# Manufacturer and User Facility Device Experience Database - (MAUDE)

MAUDE data represents reports of adverse events involving medical devices. The download data files consist of voluntary reports since June 1993, user facility reports since 1991, distributor reports since 1993, and manufacturer reports since August 1996. The searchable database data contains the last 10 year's data. MAUDE may not include reports made according to exemptions, variances, or alternative reporting requirements granted under 21 CFR 803.19 (https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=803.19).

An on-line search (https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/search.CFM) is available which allows you to search the CDRH's database information on medical devices which may have malfunctioned or caused a death or serious injury. MAUDE data is current through the end of the previous month. FDA seeks to include all reports received prior to the update. However, the inclusion of some reports may be delayed by technical or clerical difficulties.

MAUDE data is not intended to be used either to evaluate rates of adverse events or to compare adverse event occurrence rates across devices.

Please be aware that reports regarding device trade names may have been submitted under different manufacturer names. Searches only retrieve records that contain the search term(s) provided by the requester.

The data is also available in zipped files for downloading. The data is updated on a weekly basis.

These files were then compressed ("zipped") in order to save space. For these files to be useful to you, you'll first have to download them, unzip them, and then import them into a database or word processor for your further processing.

> **DISCLAIMER:** Section 21 CFR 803.16 states that "A report or other information submitted by a reporting entity under this part, and any release by FDA of that report or information, does not necessarily reflect a conclusion by the party submitting the report or by FDA that the report or information constitutes an admission that the device, or the reporting entity or its employees, caused or contributed to the reportable event. The reporting entity need not admit and may deny that the report or information submitted under this part constitutes an admission that the device, the party submitting the report, or employees thereof, caused or contributed to a reportable event." In addition, some firms have submitted their own additional disclaimer statements. A file of those disclaimers will be placed on the web shortly.

The releasable MAUDE data is presented in four logical records types. For this data to be meaningful, you should download all four types of files. The four record formats contain all releasable information on MEDWATCH Form 3500 (/downloads/AboutFDA/ReportsManualsForms/Forms/UCM163919.pdf).

**Downloading Hint:** When downloading the MAUDE data files to a database such as Microsoft Access, it is recommended that you first open, then save the data file in Microsoft WORD. This will add an "end of record" marker to each MAUDE record that can be recognized by Microsoft ACCESS. For files such as the FOIDEV files, you may need to put in an extra character at the end of the first record prior to importing the file, otherwise the last column of data may be lost.

**Master Event Data:** A distinct master event data record will be present for each source reporting anevent. In other words, if a User Facility, Distributor, Manufacturer, and voluntary submitter all report an event, there will be four event records. These individual source records are related via the EVENT KEY. EVENT KEY is an internally-generated key which links multiple sources to a single event.

**Device Data:** Record Type 2 contains information related to the device(s) involved in the event.

**Patient Data:** Record Type 3 contains information related to the patient(s) involved in the event.

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities & Manufacturer and User Facility Device Experience …

Case 2:15-md-02641-DGC Document 7288-4 Filed 08/24/17 Page 3 of 13

**Text Data:** Record Type 4 contains textual information from MEDWATCH Form Sections B5, H3, and H10.

All record types are linked via the MDR REPORT KEY.

For distributor reports which have had subsequent manufacturer reports, a special data element, MANUFACTURER LINK FLAG, will be set to 'Y'. In this case, the DISTRIBUTOR information (Section F on the master event data record) will be present; otherwise, these data elements will be blank.

The following files are available: (File Sizes are approximate)

| File Name | Compressed Size in Bytes | Uncompressed Size in Bytes | Total Records | |
|---|---|---|---|---|
| mdrfoi.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/mdrfoi.zip) | 4935KB | 50081KB | 149646 | MAUDE Base records received to date for 2017 |
| mdrfoiadd.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/mdrfoiadd.zip) | 2429KB | 24998KB | 74890 | New MAUDE Base records for the current month. |
| mdrfoichange.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/mdrfoichange.zip) | 7546KB | 53867KB | 161708 | MAUDE Base data updates: changes to existing Base data. |
| mdrfoithru2016.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/mdrfoithru2016.zip) | 281344KB | 1834654KB | 5921741 | Master Record through 2016 |
| patient.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/patient.zip) | 336KB | 3974KB | 149651 | MAUDE Patient records received to date for 2017 |
| patientadd.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/patientadd.zip) | 170KB | 2002KB | 74895 | New MAUDE Patient records for the current month. |
| patientchange.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/patientchange.zip) | 403KB | 4316KB | 161722 | MAUDE Patient data updates: changes to existing Base data. |
| patientthru2016.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/patientthru2016.zip) | 26953KB | 193548KB | 5923973 | Patient Record through 2016 |

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities > Manufacturer And User Facility Device Experience …

Case 2:15-md-02641-DGC Document 7288-4 Filed 08/24/17 Page 4 of 13

| File Name | Compressed Size in Bytes | Uncompressed Size in Bytes | Total Records | |
|---|---|---|---|---|
| deviceproblemcodes.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/deviceproblemcodes.zip) | 9KB | 27KB | 988 | Device Data for problemcodes |
| foidev.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev.zip) | 6043KB | 29715KB | 149840 | Device Data for foidev |
| foidevadd.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidevadd.zip) | 2617KB | 14867KB | 74989 | New MAUDE Device data for the current month. |
| foidevchange.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidevchange.zip) | 6696KB | 31527KB | 161900 | Device data updates: changes to existing Device data and additional Device data for existing Base records. |
| foidev1998.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev1998.zip) | 3205KB | 17539KB | 63440 | Device Data for 1998 |
| foidev1999.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev1999.zip) | 2764KB | 14798KB | 52880 | Device Data for 1999 |
| foidev2000.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2000.zip) | 2815KB | 15159KB | 53293 | Device Data for 2000 |
| foidev2001.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2001.zip) | 3040KB | 16283KB | 58067 | Device Data for 2001 |
| foidev2002.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2002.zip) | 3219KB | 17264KB | 65808 | Device Data for 2002 |
| foidev2003.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2003.zip) | 3372KB | 17953KB | 67844 | Device Data for 2003 |
| foidev2004.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2004.zip) | 2897KB | 14884KB | 57045 | Device Data for 2004 |
| foidev2005.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2005.zip) | 4427KB | 24661KB | 93413 | Device Data for 2005 |
| foidev2006.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2006.zip) | 6109KB | 34443KB | 134516 | Device Data for 2006 |
| foidev2007.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2007.zip) | 5602KB | 31935KB | 149334 | Device Data for 2007 |

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities - Manufacturer and User Facility Device Experience …

Case 2:15-md-02641-DGC   Document 7288-4   Filed 08/24/17   Page 5 of 13

| File Name | Compressed Size in Bytes | Uncompressed Size in Bytes | Total Records | |
|---|---|---|---|---|
| foidev2008.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2008.zip) | 5207KB | 32883KB | 164611 | Device Data for 2008 |
| foidev2009.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2009.zip) | 8046KB | 39164KB | 221478 | Device Data for 2009 |
| foidev2010.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2010.zip) | 12114KB | 61217KB | 338830 | Device Data for 2010 |
| foidev2011.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2011.zip) | 17976KB | 75154KB | 416124 | Device Data for foidev2011 |
| foidev2012.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2012.zip) | 23001KB | 93368KB | 521974 | Device Data for foidev2012 |
| foidev2013.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2013.zip) | 27987KB | 116101KB | 639364 | Device Data for foidev2013 |
| foidev2014.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2014.zip) | 35724KB | 160270KB | 869471 | Device Data for foidev2014 |
| foidev2015.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2015.zip) | 39318KB | 185201KB | 968907 | Device Data for foidev2015 |
| foidev2016.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidev2016.zip) | 36910KB | 171520KB | 869900 | Device Data for foidev2016 |
| foidevproblem.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidevproblem.zip) | 12501KB | 37060KB | 2741349 | Device Data for foidevproblem |
| foidevthru1997.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foidevthru1997.zip) | 6001KB | 31217KB | 136917 | Device Data through 1997 |
| foitext.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext.zip) | 30133KB | 122857KB | 314212 | Narrative Data received to date for 2017 |
| foitextadd.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitextadd.zip) | 12528KB | 58474KB | 148655 | New MAUDE Narrative data for the current month. |

Case 2:15-md-02641-DGC   Document 7288-4   Filed 08/24/17   Page 6 of 13

| File Name | Compressed Size in Bytes | Uncompressed Size in Bytes | Total Records | |
|---|---|---|---|---|
| foitextchange.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitextchange.zip) | 42909KB | 170714KB | 380866 | Narrative data updates: changes to existing narrative data and additional narrative data for existing base records. |
| foitextthru1995.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitextthru1995.zip) | 3561KB | 16551KB | 27401 | Narrative data through 1995 |
| foitext1996.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext1996.zip) | 2782KB | 9318KB | 32059 | Narrative Data for 1996 |
| foitext1997.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext1997.zip) | 7557KB | 26382KB | 91009 | Narrative Data for 1997 |
| foitext1998.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext1998.zip) | 5924KB | 20773KB | 68316 | Narrative Data for 1998 |
| foitext1999.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext1999.zip) | 4501KB | 15788KB | 51119 | Narrative Data for 1999 |
| foitext2000.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2000.zip) | 4760KB | 16491KB | 52625 | Narrative Data for 2000 |
| foitext2001.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2001.zip) | 5090KB | 17763KB | 57986 | Narrative Data for 2001 |
| foitext2002.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2002.zip) | 6089KB | 22304KB | 64859 | Narrative Data for 2002 |
| foitext2003.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2003.zip) | 6221KB | 23332KB | 66241 | Narrative Data for 2003 |
| foitext2004.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2004.zip) | 6090KB | 21742KB | 56117 | Narrative Data for 2004 |
| foitext2005.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2005.zip) | 9649KB | 34692KB | 95044 | Narrative Data for 2005 |
| foitext2006.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2006.zip) | 20092KB | 69183KB | 177414 | Narrative Data for 2006 |
| foitext2007.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2007.zip) | 25177KB | 88484KB | 232627 | Narrative Data for 2007 |
| foitext2008.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2008.zip) | 28286KB | 101218KB | 264972 | Narrative Data for 2008 |

https://www.fda.gov/medicaldevices/deviceregulationandguidance/postmarketrequirements/reportingadverseevents/ucm127891.htm 5/12

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities | Manufacturer And User Facility Device Experience …

Case 2:15-md-02641-DGC Document 7268-4 Filed 08/24/17 Page 7 of 13

| File Name | Compressed Size in Bytes | Uncompressed Size in Bytes | Total Records | |
|---|---|---|---|---|
| foitext2009.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2009.zip) | 40869KB | 147687KB | 388042 | Narrative Data for 2009 |
| foitext2010.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2010.zip) | 69862KB | 261582KB | 697473 | Narrative Data for 2010 |
| foitext2011.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2011.zip) | 102138KB | 385823KB | 972481 | Narrative Data for 2011 |
| foitext2012.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2012.zip) | 137477KB | 515143KB | 1251694 | Narrative Data for 2012 |
| foitext2013.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2013.zip) | 159708KB | 593092KB | 1536650 | Narrative Data for 2013 |
| foitext2014.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2014.zip) | 199355KB | 768394KB | 1965254 | Narrative Data for 2014 |
| foitext2015.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2015.zip) | 236325KB | 940707KB | 2274844 | Narrative Data for 2015 |
| foitext2016.zip (https://www.accessdata.fda.gov/MAUDE/ftparea/foitext2016.zip) | 229848KB | 881110KB | 2112390 | Narrative Data for 2016 |

[Accessibility (http://www.hhs.gov/siteinfo/508web.html)]

**Note**: This documentation is intended to be used in conjunction with a copy of Medwatch Form **3500A (/downloads/AboutFDA/ReportsManualsForms/Forms/UCM048334.pdf)** and **3500 (/downloads/AboutFDA/ReportsManualsForms/Forms/UCM163919.pdf)**.

### Record/Data Characteristics:

- The data has one record per line, with the data fields in a pipe-delimited, (i.e., "|") format
- All data elements are alpha-numeric
- All text fields contain whatever data was provided/entered. If no information was provided/entered the field will be left empty. If an asterisk ("*") is present, it represents what was entered on the 3500/3500A.
- All "FLAG" data elements have the value of "Y" for Yes, "N" for No, or are blank if no data was available/entered.
- All fields identified as multiply-occurring represent data elements which may have multiple values. Each value will be present in the field, separated by a comma. The word "OTHER" may appear as one of the values if the "Other" box was checked off. If the whole field is blank, no data was reported/entered.
- Section G CONTACT address information may not necessarily be the address where the device is manufactured.

### Special Note for REPORT NUMBER data element:

The REPORT NUMBER data element represents Manufacturer Report Number, Distributor Report Number, or internally-generated voluntary report number, depending on the source of the record.

This REPORT NUMBER field will be blank when:

- User Facility submitted the report
- Distributor report has not been followed by a subsequent Manufacturer report.

Case 2:15-md-02641-DGC   Document 7288-4   Filed 08/24/17   Page 8 of 13

**Special Notes for Voluntary Reports and User Facility Malfunction Reports:**

The only data elements which will be present on the Master Event Record will be:

- NEW RECORD
- DEVICE EVENT KEY
- REPORT SOURCE CODE
- MDR REPORT KEY
- EVENT KEY
- Section B

All other data elements will be blank.

**MDRFOI** file contains following 75 fields, delimited by pipe (|), one record per line:

1. MDR Report Key
2. Event Key
3. Report Number
4. Report Source Code

    P = Voluntary report
    U = User Facility report
    D = Distributor report
    M = Manufacturer report

5. Manufacturer Link Flag (internal information flag)
6. Number Devices in Event (if source code is 'P', field will be null)
7. Number Patient in Event (if source code is 'P', field will be null)
8. Date Received

SECTION-B

9. Adverse Event Flag (B1)
10. Product Problem Flag (B1)
11. Date Report (B4)
12 Date of Event (B3) -- new added, 2006
13 Single Use Flag (Reprocessor Flag) (D8) -- new added, 2006
14 Reporter Occupation Code (E3) -- new added, 2006

* INVALID DATA
000 OTHER
001 PHYSICIAN
002 NURSE
0HP HEALTH PROFESSIONAL
0LP LAY USER/PATIENT
100 OTHER HEALTH CARE PROFESSIONAL
101 AUDIOLOGIST
102 DENTAL HYGIENIST
103 DIETICIAN
104 EMERGENCY MEDICAL TECHNICIAN
105 MEDICAL TECHNOLOGIST
106 NUCLEAR MEDICINE TECHNOLOGIST
107 OCCUPATIONAL THERAPIST
108 PARAMEDIC
109 PHARMACIST
110 PHLEBOTOMIST

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities > Manufacturer and User Facility Device Experience ...

Case 2:15-md-02641-DGC Document 7268-4 Filed 08/24/17 Page 9 of 13

```
111 PHYSICAL THERAPIST
112 PHYSICIAN ASSISTANT
113 RADIOLOGIC TECHNOLOGIST
114 RESPIRATORY THERAPIST
115 SPEECH THERAPIST
116 DENTIST
300 OTHER CAREGIVERS
301 DENTAL ASSISTANT
302 HOME HEALTH AIDE
303 MEDICAL ASSISTANT
304 NURSING ASSISTANT
305 PATIENT
306 PATIENT FAMILY MEMBER OR FRIEND
307 PERSONAL CARE ASSISTANT
400 SERVICE AND TESTING PERSONNEL
401 BIOMEDICAL ENGINEER
402 HOSPITAL SERVICE TECHNICIAN
403 MEDICAL EQUIPMENT COMPANY TECHNICIAN/REPRESENTATIVE
404 PHYSICIST
405 SERVICE PERSONNEL
499 DEVICE UNATTENDED
500 RISK MANAGER
600 ATTORNEY
999 UNKNOWN
NA NOT APPLICABLE
NI NO INFORMATION
UNK UNKNOWN
```

SECTION-E (if source code is 'P', Section E to H will contain no data)

15. Health Professional (E2)
16. Initial Report to FDA (E4)

   Y = Yes
   N = No
   U = Unknown
   * = No answer provided

SECTION-F

17. Distributor Name (F3) -- if report source code = 'M' and
Manufacturer link flag is 'Y', fields 14 - 20 will contain data;
otherwise they will be null
18. Distributor Address line 1 (F3)
19. Distributor Address line 2 (F3)
20. Distributor City (F3)
21. Distributor State Code (F3)
22. Distributor Zip Code (F3)
23. Distributor Zip Code Ext (F3)
24. Date Facility Aware (F6)
25. Type of Report (F7) !multiple submission type, separate by ','

   I = Initial submission
   F = Followup
   X = Extra copy received
   O = Other information submitted

8/16/2017    Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities-Manufacturer and User Facility Device Experience …

Case 2:15-md-02641-DGC   Document 7268-4   Filed 08/24/17   Page 10 of 13

26. Report Date (F8)
27. Report to FDA (F11)
28. Date Report to FDA (F11)
29. <u>Event Location</u> (F12)
30. Report to Manufacturer (F13)
31. Date Report to Manufacturer (F13)
32. Manufacturer Name (F14)
33. Manufacturer Address line 1 (F14)
34. Manufacturer Address line 2 (F14)
35. Manufacturer City (F14)
36. Manufacturer State Code (F14)
37. Manufacturer Zip Code (F14)
38. Manufacturer Zip Code Ext (F14)
39. Manufacturer Country Code (F14)
40. Manufacturer Postal Code (F14)

SECTION-G (only for report source 'M', others sources will be null)

41. Manufacturer Contact Title Name (G1)
42. Manufacturer Contact First Name (G1)
43. Manufacturer Contact Last Name (G1)
44. Manufacturer Contact Street 1 (G1)
45. Manufacturer Contact Street 2 (G1)
46. Manufacturer Contact City (G1)
47. Manufacturer Contact State Code (G1)
48. Manufacturer Contact Zip Code (G1)
49. Manufacturer Contact Zip Code Ext (G1)
50. Manufacturer Contact Country Code
51. Manufacturer Contact Postal Code
52. Manufacturer Contact Phone No Area Code (G1)
53. Manufacturer Contact Phone No Exchange (G2)
54. Manufacturer Contact Phone No (G2)
55. Manufacturer Contact Phone No Ext (G2)
56. Manufacturer Contact Phone No Country Code
57. Manufacturer Contact Phone No City Code
58. Manufacturer Contact Phone No Local
59. Manufacturer G1 Name (G1)
60. Manufacturer G1 Street 1 (G1)
61. Manufacturer G1 Street 2 (G1)
62. Manufacturer G1 City (G1)
63. Manufacturer G1 State Code (G1)
64. Manufacturer G1 Zip Code (G1)
65. Manufacturer G1 Zip Code Ext (G1)
66. Manufacturer G1 Country Code
67. Manufacturer G1 Postal Code
68. Source Type (G3) -- multiple source type, separate by ','

    00 Other
    01 Foreign
    02 Study
    03 Literature
    04 Consumer
    05 Health Professional
    06 User facility
    07 Company representation

8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities (OMB Manufacturer and User Facility Device Experience …

Case 2:15-md-02641-DGC Document 7288-4 Filed 08/24/17 Page 11 of 13

    08 Distributor
    99 Unknown
    * Invalid data

69. Date Manufacturer Received (G4)

SECTION-H
70. Device Date Of Manufacture (H4)
71. Single Use Flag (H5)
72. Remedial Action (H7) -- multiple source type, separate by ','

    RC = Recall
    RP = Repair
    RL = Replace
    RB = Relabeling
    OT = Other
    NO = Notification
    IN = Inspection
    PM = Patient Monitoring
    MA = Modification/Adjustment
    * = Invalid Data

73. Previous Use Code (H8)
74. Removal/Correction Number (H9)
75. Event type (H1) -- only relevant for report sourcetype 'M'

    D = Death
    IN = Injury
    IL = Injury
    IJ = Injury
    M = Malfunction
    O = Other
    * = No answer provided

**DEVICE** file contains following 45 fields, delimited by pipe (|), one record per line:

1. MDR Report Key
2. Device Event key
3. Implant Flag -- D6, new added; 2006
4. Date Removed Flag -- D7, new added; 2006; if flag in M or Y, print Date

    U = Unknown
    A = Not available
    I = No information at this time
    M = Month and year provided only, day defaults to 01
    Y = Year provided only, day defaulted to 01, month defaulted to January

5. Device Sequence No -- from device report table
6. Date Received (from mdr_document table)

SECTION-D

7. Brand Name (D1)
8. Generic Name (D2)
9. Manufacturer Name (D3)
10. Manufacturer Address 1 (D3)
11. Manufacturer Address 2 (D3)
12. Manufacturer City (D3)
13. Manufacturer State Code (D3)

8/16/2017　　Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities >Manufacturer and User Facility Device Experience …

Case 2:15-md-02641-DGC   Document 7268-4   Filed 08/24/17   Page 12 of 13

14. Manufacturer Zip Code (D3)
15. Manufacturer Zip Code ext (D3)
16. Manufacturer Country Code (D3)
17. Manufacturer Postal Code (D3)
18. Expiration Date of Device (D4)
19. Model Number (D4)
20. Catalog Number (D4)
21. Lot Number (D4)
22. Other ID Number (D4)
23. **Device Operator** (D5)
24. Device Availability (D10)

    Y = Yes
    N = No
    R = Device was returned to manufacturer
    * = No answer provided

25. Date Returned to Manufacturer (D10)
26. Device Report Product Code
27. Device Age (F9)
28. Device Evaluated by Manufacturer (H3)

    Y = Yes
    N = No
    R = Device not returned to manufacturer
    * = No answer provided

BASELINE SECTION (for records prior to 2009)

29. Baseline brand name
30. Baseline generic name
31. Baseline model no
32. Baseline catalog no
33. Baseline other id no
34. Baseline device family
35. Baseline shelf life contained in label

    Y = Yes
    N = No
    A = Not applicable
    * = No answer provided

36. Baseline shelf life in months
37. Baseline PMA flag
38. Baseline PMA no
39. Baseline 510(k) flag
40. Baseline 510(k) no
41. Baseline preamendment
42. Baseline transitional
43. Baseline 510(k exempt flag
44. Baseline date) first marketed
45. Baseline date ceased marketing

**PATIENT** file contains following 5 fields, delimited by pipe (|), one record per line:

1. MDR Report Key (from patient report table)
2. Patient Sequence Number (from patient report table)
3. Date Received (from mdr_document table)

...
8/16/2017 Mandatory Reporting Requirements: Manufacturers, Importers and Device User Facilities | Manufacturer and User Facility Device Experience ...

Case 2:15-md-02641-DGC Document 7288-4 Filed 08/24/17 Page 13 of 13

4. Sequence Number|','|| Treatment -- multiple source type, separate by ';'
5. Sequence Number|','|| Outcome -- multiple source type, separate by ';'

    L - Life Threatening
    H - Hospitalization
    S - Disability
    C - Congenital Anomaly
    R - Required Intervention
    O - Other
    * - Invalid Data
    U - Unknown
    I - No Information
    A - Not Applicable
    D - Death

**TEXT** file contains following 6 fields, delimited by pipe (|), one record per line:

1. MDR Report Key
2. MDR Text Key
3. Text Type Code (D=B5, E=H3, N=H10 from mdr_text table)
4. Patient Sequence Number (from mdr_text table)
5. Date Report (from mdr_text table)
6. Text (B5, or H3 or H10 from mdr_text table)

**FOIDEVPROBLEM** contains following 2 fields, delimited by pipe (|), one record per line:

1. MDR Report Key
2. Device Problem Code -- (F10) new added; 2006

**DEVICEPROBLEMCODES** contains following 2 fields, delimited by pipe (|),
one record per line:

1. Device Problem Code
2. Problem Description

## Device Operator Code Key

```
* INVALID DATA
0 OTHER
1 PHYSICIAN
2 NURSE
0HP HEALTH PROFESSIONAL
0LP LAY USER/PATIENT
100 OTHER HEALTH CARE PROFESSIONAL
101 AUDIOLOGIST
102 DENTAL HYGIENIST
103 DIETICIAN
104 EMERGENCY MEDICAL TECHNICIAN
105 MEDICAL TECHNOLOGIST
106 NUCLEAR MEDICINE TECHNOLOGIST
107 OCCUPATIONAL THERAPIST
108 PARAMEDIC
109 PHARMACIST
110 PHLEBOTOMIST
111 PHYSICAL THERAPIST
112 PHYSICIAN ASSISTANT
113 RADIOLOGIC TECHNOLOGIST
```