1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                          FOR THE DISTRICT OF ARIZONA

9   IN RE:  Bard IVC Filters Products Liability            No. 2:15-MD-02641-DGC
    Litigation
10                                                          **ORDER**

11

12          Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,

13  Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Certain Exhibits in Support

14  of Bard's Motion to Exclude the Opinions of Mark J. Eisenberg, M.D. and Memorandum of

15  Law in Support, and for other good cause shown, the Motion is hereby granted, and certain of

16  Bard's exhibits filed in support of their Motion to Exclude the Opinions of Mark J. Eisenberg,

17  M.D. and Memorandum of Law in Support are hereby sealed.

18

19

20

21

22

23

24

25

26

27

28