IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Exclude the Opinions of David Garcia, M.D., and Michael Streiff, M.D. and Memorandum of Law in Support, the Court hereby GRANTS the motion. The opinions of Drs. Garcia and Streiff based on their review of Dr. Kessler's expert report, including their opinions regarding physician expectations and corporate conduct, shall be excluded in their entirety. The opinions of Dr. Garcia that relate to Plaintiff Doris Jones shall be excluded in their entirety.