# Exhibit A

Streiff and Garcia
March 2, 2017

**EXPERT REPORT**

**MICHAEL STREIFF, M.D. and DAVID GARCIA, M.D.**

## GARCIA QUALIFICATION:

I am qualified to serve as an expert in this litigation because I have completed the doctor of medicine degree, internal medicine residency and hematology fellowship.  Hematology is the study of blood and the blood forming organs.  Blood (and its components) have several functions; I have been most interested the why the blood clots when it shouldn't.   For approximately 15 years, my clinical practice, research and teaching have been focused on hematologic diseases – mainly the treatment and prevention of venous thromboembolism (VTE).  VTE refers to variety of conditions, including deep vein thrombosis (DVT) and pulmonary embolism (PE), which involve the pathologic formation of clot in blood vessels that are part of the venous circulation.   A main focus of my non-clinical duties has been the design, conduct and appraisal of clinical research.  Over the past 20 years of practicing medicine, teaching students or trainees, and writing guidelines, I have had the occasion to review between 50 and 100 papers relevant to the safety and/or efficacy of IVC filters.

### Clinical (Patient Care) Experience:

In addition to personally treating many patients with VTE, I have cared for many patients for whom inferior vena cava (IVC) filter placement was either considered or performed.  Furthermore, I have treated patients who suffered from IVC filter complications, including duodenal penetration, device migration to the right atrium and acute IVC occlusion due to thrombus.  I have on many occasions been part of the decision-making process in which the risks and benefits of implantation or removal of IVC filter were weighed.

### Research and Scholarship Experience:

I have written book chapters and review articles on the diagnosis, treatment, and prevention of VTE.  I have led or collaborated on numerous research studies related to VTE or the anticoagulant medications used to treat and prevent VTE.   As referenced in the attached *curriculum vitae*, I have published peer reviewed manuscripts in numerous journals, including the New England Journal of Medicine, Blood, and was Internal Medicine, Archives of Internal Medicine, Thrombosis and Hemostasis, Journal Thrombosis and Hemostasis, Thrombosis Research, Thrombosis and Thrombolysis and numerous others.  I have both formally studied as well as taught the principles of evidence-based medicine and have applied these principles to the appraisal of evidence considered in the preparation of several practice guidelines that I have co-authored.  I have served as a peer-reviewer of submitted manuscripts detailing studies related to thrombosis and anticoagulation for many high-impact journals, including the Lancet, the New England Journal of Medicine, Circulation, and the Annals of Internal Medicine.  I am a member of the editorial board of the journal *Thrombosis Research* and I am a Special Section Editor for the journal *Blood*.

Streiff and Garcia
March 2, 2017

My fee schedule for legal consultation is $700 per hour for preparation of reports and depositions.  At the time of this writing, I have received a total of approximately $20,000 for work related to IVC filter litigation.

My current *curriculum vitae* is included in the attached Appendix A.

A list of all my legal consultations since 2005 is available in an attached as Appendix B.


**STREIFF QUALIFICATION:**

I am qualified to serve as an expert in this litigation because I have completed the doctor of medicine degree, an internal medicine residency and hematology/oncology fellowship.  My clinical and research focus over the last 15-20 years has been the management of venous thromboembolism and anticoagulation.

**Clinical Experience:**

The focus of my clinical practice is the management of venous thromboembolism. As the medical director of the Johns Hopkins Anticoagulation Service since 2003, I make clinical decisions regarding the treatment of patients with venous thromboembolism including the management of anticoagulation and vena cava filters. In my Hematology clinic, I see 5-10 patients each week with venous thromboembolism and make decisions on their therapy. I attend on the inpatient Hematology service 3 months each year and see hundreds of patients annually with thrombotic and hemostatic disorders. In addition, I teach residents and fellows as well as medical students on an ongoing basis about benign hematology including management of VTE.

**Clinical Research experience:**

My clinical research since 2000 has focused on the management of venous thromboembolism including the appropriate use of vena cava filters. As referenced in the attached CV, I have several widely cited review articles and book chapters on vena cava filters and participated in the writing of several guidelines on management of VTE and vena cava filters. I serve as an ad hoc reviewer for a large number of journals including the New England Journal of Medicine, Blood, Thrombosis and Hemostasis and the Journal of Thrombosis and Hemostasis.

My fee schedule for legal consultation is $600 per hour for preparation of reports and depositions. Since being retained in this class action, I have received $6750 for reviewing materials and preparing a written report.

My current *curriculum vitae* is included in the attached Appendix C.

Streiff and Garcia
March 2, 2017

A list of all my legal consultations since 2005 is available in an attached as Appendix D.

Undiagnosed venous thromboembolism (VTE) is a common cause of morbidity and mortality in the United States. The annual incidence of VTE has been estimated to be 104-183 per 100,000 among Caucasian of European ethnicity. [1] First line therapy for prevention and treatment of VTE is anticoagulation. This conclusion is supported by the results of numerous randomized controlled trials. [2] Vitamin K antagonists such as warfarin and direct oral anticoagulants such as apixaban, dabigatran, edoxaban and rivaroxaban have been associated with a small risk of recurrent VTE (2-3%) and major bleeding (1-2%) over the initial 6 months of therapy. [2, 3]

**Risk-benefit of IVC Filters in the TREATMENT of Venous Thromboembolism.**

A minority of patients have a contraindication that precludes anticoagulation. In these patients, vena caval filters represent an important therapeutic option. The only widely accepted indication for IVC filter placement is a contraindication to anticoagulation in a patient with acute (within 1 month) proximal deep venous thrombosis and or pulmonary embolism. Since the risk of recurrent VTE is substantially lower in patients with less acute DVT (10% during months 2-3), use of IVC filters in this patient population is likely to be associated with less attractive risk: benefit balance particularly if the contraindication to anticoagulation is temporary. [2, 4]

The efficacy of IVC filters is based primarily upon two randomized controlled trials, PREPIC and PREPIC2. [5-7] In the PREPIC study, 400 patients with proximal DVT with or without PE at high risk for PE were randomly assigned to receive a permanent only VCF plus anticoagulation or no filter in addition to with only anticoagulation therapy. Surveillance ventilation/perfusion scans were performed at baseline and after 8 to 12 days of anticoagulation. Ninety-four percent were treated with anticoagulation only for at least 3 months and thirty-eight percent were still on oral anticoagulation at 2 years, and 35% received anticoagulation over the entire 8-year follow-up. After 12 days of therapy, those with combination therapy consisting of filters plus anticoagulation were associated with a significant decrease in symptomatic and asymptomatic PE compared with anticoagulation alone (1.1% vs. 4.8%; $P$ = .03). When only symptomatic PE was considered, the difference between the filter and no filter groups was no longer significant (1.0% vs. 3.0%). At 2 years, symptomatic PE tended to be less frequent among filter plus anticoagulation recipients than those receiving anticoagulation alone (3.0% vs. 6.0%, $P$=0.16), a statistically non-significant difference. However, the VCF plus anticoagulation group were associated with significantly more recurrent DVT than was observed with anticoagulation alone (21.0% vs. 12.0%; $P$ = .02). No difference in bleeding or mortality was noted. [5] At 8 years, outcome data on 99% of patients were available, and 198 patients (50%) were still alive. The occurrence of symptomatic PE was less frequent in the filter plus anticoagulation group recipients than in those treated with anticoagulation alone (6.0% vs. 15.0%; $P$ = .008). DVT was more frequent among filter patients with a filter plus anticoagulation therapy. (36.0% vs. 28.0%; $P$ = .042). Fifty percent of PEs and 65% of DVT occurred during the first 2 years of follow-up.

4

Streiff and Garcia
March 2, 2017

Symptomatic filter thrombosis occurred in 13% after 8 years. Post-thrombotic syndrome (PTS) was observed in 70% of patients in both the filter and no filter groups. No difference in overall survival was reported. [6]

The lower rate of PE in the group assigned to receive a filter plus anticoagulation has been cited as evidence of the benefit of IVC filters.  However, as the authors acknowledge: "the diagnosis of pulmonary embolism may have been underestimated in patients in the filter group, because local clinicians tend to suspect pulmonary embolism less frequently in patients with a filter than in patients without a filter" (this is a key flaw of un-blinded clinical trials known as ascertainment bias).  Therefore, the conclusion that IVC filter insertion lowers the risk of PE has not been definitively established by this non-blinded study.  Any conclusion from PREPIC about the effect of IVC filters on the risk of PE is further limited by the fact that, at any given time, 30 – 50% [I thought both study groups received anticoagulation] of patients in both study groups were receiving anticoagulation, an intervention known to dramatically reduce the risk of pulmonary embolism.  The fact that this key variable was not controlled for (and may have impacted PE rates differently in the 2 groups) makes it impossible to conclude with certainty that any observed difference in PE rates is attributable to the IVC filter placement.

PREPIC2 randomized 399 hospitalized patients with acute PE and lower extremity DVT to receive a retrievable filter plus anticoagulation (filter group) or not in addition to anticoagulation only (anticoagulation group).[7] All patients received anticoagulation for at least 6 months. The primary efficacy outcome was symptomatic recurrent pulmonary embolism at 3 months. Secondary outcomes were recurrent pulmonary embolism at 6 months, symptomatic deep vein thrombosis, major bleeding, death at 3 and 6 months, and filter complications. By 3 months, pulmonary embolism had recurred in 6 patients in the filter group (3.0% [95%CI, 1.1 to 6.5%]) and 3 patients in the anticoagulation control group (1.5% [95%CI, 0.3 to 4.3%]) (relative risk with filter, 2.00 [95% CI, 0.51 to 7.89]; P = .50) (Table 3). The absolute difference in risk was +1.50 percentage points (95%CI, −1.4 to 4.4).All episodes of pulmonary embolism in the filter group and 2 of 3 in the anticoagulation control group were fatal. One additional pulmonary embolism recurrence was observed in each group between 3 and 6 months. No difference between the filter and anticoagulation control groups was seen in recurrent deep vein thrombosis, major bleeding or death. In patients with acute pulmonary embolism and proximal lower extremity DVT, these results indicate that anticoagulation therapy alone does reduce the risk of pulmonary embolism but retrievable filters do not reduce that the risk of recurrent PE when added to anticoagulation in patients with acute PE and proximal lower extremity DVT. [7]

**Risk-benefit of IVC Filters in the PREVENTION of (prophylaxis against) Venous Thromboembolism.**

No adequately powered, prospective, randomized trial of IVC filters as VTE prophylaxis (i.e. among patients who are at high risk for, but have not experienced, VTE) exists.  The relevant published data on prophylactic IVC filter placement have been recently reviewed by Davies et al.

The authors found no high-quality evidence to support prophylactic IVC filter placement in any patient group and we agree with their conclusion that "widespread use of prophylactic IVC [filters] is not supported by evidence and should be discouraged."[8]

The feasibility and ethical nature of a prospective randomized trial comparing IVC filter placement to no IVC filter placement as a primary prevention of PE in patients with major trauma has been demonstrated by Rajasekhar and colleagues.[9]  Although this feasibility study showed that a larger randomized trial of IVC filter vs. no filter (as primary PE prophylaxis in trauma patients) could be done, no such trial has been performed (and the benefit of filters as a primary prevention strategy remains unproven).

We recognize that a number of observational studies of IVC filters have been published, with inconsistent results.  In the end, no conclusions about the relative safety or efficacy of any treatment or prevention strategy can or should be drawn from observational comparative studies; the validity of observational  comparisons is limited by the potential for *selection bias* (the possibility that treating clinicians may consciously or unconsciously select different types of patients for a particular treatment) and by the possibility of *confounding variables* (differences in the comparison groups that may impact safety or efficacy outcomes, but are separate from the intervention being studied).  We have reviewed many observational studies relevant to IVC filters and we have the expertise to discuss and appraise the methodology of such studies.

The existing literature supports the use of vena cava filters in one setting: acute venous thromboembolism with a contraindication to anticoagulation. High-quality evidence suggests IVC filters should not be used in patients able to receive anticoagulation, even if they are considered to be at high risk for recurrent PE.  There are insufficient data to establish that IVC filters have more benefit than risk: (1) in patients who fail anticoagulation and (2) in patients with major trauma or undergoing bariatric surgery in need of thromboprophylaxis.

**Physician Expectations.**

The tolerance for risk related to IVC filters should be extremely low because:

(1) Questions remain as to whether they are effective in achieving their intended goal: reducing mortality due to pulmonary embolism.
(2) There is high-quality evidence that, in some instances, IVC filters increase the risk of venous thrombosis (especially vena caval thrombosis and lower extremity DVT).
(3) Well-designed, adequately powered clinical studies that demonstrating the long-term safety of IVC filters do not exist.

Thus, in order for physicians to make reasonable risk-benefit assessments regarding filters, it is critically important that manufacturers of IVC filters continuously appraise the clinicians who order and implant IVC filters about their safety profile, performance characteristics, design problems, and internal risk assessments.  In addition filter manufacturers have a key obligation to

Streiff and Garcia
March 2, 2017

report the experiences of other physicians who have reported serious complications, as well as any available relevant inter-device comparisons or emerging studies that compare IVC filter implantation to other management strategies.  In other words, in order for physicians (and ultimately patients) to properly assess the risks versus the benefits of IVC filters (along with other available therapies), it is our opinion that Bard's complete transparency about the safety profile of its IVC filters is paramount.  We share the sentiments of Bard's former director of regulatory affairs that: "Transparency in matters that affect patient safety should be embraced as a primary corporate obligation."  (Ganser deposition Oct 11, 2016 (89:7-9)).

Respectfully submitted,

March 2, 2017

_____

DAVID GARCIA, M.D.

March 2, 2017

_____

MICHAEL STREIFF, M.D.

Addendum:

Since preparing this literature summary, we have had the opportunity to read Dr. David Kessler's report based upon his review of documents relevant to the ongoing national litigation and medical monitoring class action suit against Bard. The data provided in his summary lead us to the following conclusions:

1. Bard mislead the FDA on the tendency of the Recovery filter to migrate when challenged by increased venous pressure. They represented to others and used an inappropriate minimum safety threshold and performance specification in their stability/migration in vitro studies that the maximal venous pressure was 35 mmHg from a literature review when their own animal experimental data suggested that pressure up to 69 mmHG could be generated. In addition their own experimental testing demonstrated that the Recovery Nitinol filter (RNF) migrated at significantly lower venous pressure than the selected predicate device, the Simon Nitinol filter (SNF), the device they claimed was being replaced by and inferior to RNF

2. These findings in "laboratory" tests of failed or significantly lower migrations resistance was borne out in a pilot study to test retrievability conducted by Dr. Murray Asch in Canada in 2000. In the first 11 patients who received the RNF, one experienced a significant (4 cm) migration toward the heart when challenged by a clot. Fortunately, the patient was in a clinical trial, being closely monitored, and scheduled for removal of the device when this migration was discovered.

3. In light of these test results and the experience in the Asch retrievability pilot study (which also experienced fractures in 2 different locations in the same patient) Bard should not have marketed the filter since its performance was significantly poorer than the comparator, was not performing as intended, expected and represented prior to marketing and failed safety thresholds for migration that were likely to be encountered when implanted in human beings.

4. The results of these pre-market investigations were predictive of the subsequent clinical experience with the RNF after-market release. The RNF was associated with statistically significant more complications and especially fatalities from the embolization of the device to patient's hearts when clot challenged. The rates of filter migration and migration-related death were significantly higher for the Recovery filter compared to the SNF, the predicate comparator device, and a number of other competitive devices. Bard knew this from an internal statistical analysis performed after both the first and second embolization deaths that occurred less than four months after their official marketing launch in January 2004.

5.  Dr. Kessler also noted that perforation, filter fracture and tilting were significantly more common with the RNF than the SNF. Internal documents quoted in Dr. Kessler's report confirm that Bard knew of these deficiencies with the RNF but continued to market the device. Similar defects were noted during testing of the replacement filter for the RNF, the G2 filter, as well as the G2 replacement, Eclipse. In experimental testing it failed to meet the pre-specified standard of resistance to migration of greater than or equal to the SNF, so Bard changed and lowered the performance standard in order to exceed the performance of the RNF from the SNF. Testing also revealed that the G2 (and thus the Eclipse which relied on G2 testing for migrations) and RNF had a greater propensity to caudal migration than the Gunther-Tulip filter (a commercially available retrievable filter) and the Greenfield filter.

6.  Similar to the experience with the RNF, the performance deficiencies of the G2 filter were replicated after its clinical market release. Dr. Betensky's analysis of adverse event reports found that the G2 filter was significantly more likely to experience migration, caval perforation, filter fracture and tilting than the SNF.

7.  The cumulative data in Dr. Kessler's report indicate that Bard knew that the RNF, G2 family and the Eclipse filters did not fulfill their own internal performance standards and would pose an increased risk for adverse events to patients. Despite this knowledge and accumulating clinical data regarding disproportionate adverse events and serious injuries Bard  continued to market the devices putting innocent patients at risk for harm.

Streiff and Garcia
March 2, 2017

References.

1. Heit JA. Epidemiology of venous thromboembolism. Nat Rev Cardiol. 2015;12(8):464-474.

2. Kearon C, Akl EA, Ornelas J, et al. Antithrombotic Therapy for VTE Disease: CHEST Guideline and Expert Panel Report. Chest. 2016;149(2):315-352.

3. Gomez-Outes A, Terleira-Fernandez AI, Lecumberri R, Suarez-Gea ML, Vargas-Castrillon E. Direct oral anticoagulants in the treatment of acute venous thromboembolism: a systematic review and meta-analysis. Thromb Res. 2014;134(4):774-782.

4. Rajasekhar A and Streiff MB. Vena cava filters for management of venous thromboembolism: a clinical review. Blood Rev. 2013;27(5):225-241.

5. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prevention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. N Engl J Med. 1998;338(7):409-415.

6. PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) randomized study. Circulation. 2005;112(3):416-422.

7. Mismetti P. PREPIC 2: Interruption of Inferior Vena Cava by a Retrievable Filter for the Prevention of Recurrent Pulmonary Embolism: a Randomized, Open Label Study. ;2012(7/7).

8. Davies MG et al. J Vasc Surg Venous Lymphat Disord 4 (1), 127-130.e1. 2015 Jul 16.

9. Rajasekhar A et al.  J Trauma. 2011 Aug;71(2):323-8.

# APPENDIX A

January 2017

**CURRICULUM VITAE**

**DAVID A. GARCIA, MD**

**PERSONAL DATA**

| | |
|---|---|
| *Place of Birth*: | St. Louis, Missouri |
| *Citizenship*: | United States |
| *Date of Birth*: | May 5, 1967 |

**EDUCATION**

| | |
|---|---|
| 1985 – 1989 | B.A., Physics, *magna cum* laude, Duke University, Durham, North Carolina |
| 1989 – 1993 | M.D., University of Alabama School of Medicine, Birmingham, Alabama |

**POSTGRADUATE TRAINING**

| | |
|---|---|
| 1993 – 1996 | Intern and Resident in Internal Medicine, John Hopkins Hospital, Baltimore, Maryland |
| 2012 – 2013 | Fellowship in Hematology, University of Washington, Seattle, Washington |

**FACULTY POSITIONS HELD**

| | |
|---|---|
| 1998 – 1999 | Acting Instructor of Medicine, Johns Hopkins Hospital, Baltimore, Maryland |
| 1999 – 2008 | Assistant/Associate Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 2008 – 2012 | Associate Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 2012 | Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 2013 – Present | Professor of Medicine, University of Washington, Seattle, Washington |

**HOSPITAL POSITIONS HELD**

| | |
|---|---|
| 1996 - 1998 | Hospitalist, Mid-Atlantic Permanente Medical Group at Holy Cross Hospital, Silver Spring, Maryland |

**CURRENT EMPLOYMENT**

(N/A)

**HONORS**

| | |
|---|---|
| 1988 | Phi Beta Kappa, Duke University, Durham, North Carolina |
| 1992 | Alpha Omega Alpha, University of Alabama School of Medicine, Birmingham, Alabama |
| 1996 | House-staff Teaching Award, Johns Hopkins Hospital, Baltimore, Maryland |
| 2005 | DoIM Faculty Teaching Award, University of New Mexico, Albuquerque, New Mexico |

**BOARD CERTIFICATION**

| | |
|---|---|
| Year Initially Certified | Internal Medicine (since 2006) |
| Year Initially Certified | Hematology (since 2014) |

**CURRENT LICENSE(S) TO PRACTICE**

| | |
|---|---|
| 2012 – Present | State of Washington; No. MD60303090; Expires April 5, 2017 |

**PROFESSIONAL ORGANIZATIONS**

| | |
|---|---|
| Year Started | Member, American Society of Hematology (since 2002) |
| Year Started | Member, International Society of Thrombosis and Hemostasis (since 2001) |

**TEACHING RESPONSIBILITIES**

a)  *Courses:*

| | |
|---|---|
| 2010 – 2012 | Tutorial Group Faculty Leader, Evidence-based Medicine Course, University of New Mexico |
| 2012 – 2014 | Faculty Member, ASH Clinical Research Training Institute |
| 2014 – Present | Assistant Course Director, Hematology Course (2nd Year Medical Students), University of Washington |

b)  *CME Lectures:*

| | |
|---|---|
| 2015 | "The New Oral Anticoagulants:  An Update," Grand Rounds, Mayo Clinic, Scottsdale, Arizona, January 24 – 25, 2015. |
| 2015 | "Thrombosis and Anticoagulation," 2015 Highlights of ASH in North America, Seattle, Washington, January 30 – 31, 2015. |
| 2015 | "Practical Considerations for the NOACS," ASH Review, University of Colorado, Loveland, Colorado, February 6, 2015. |
| 2015 | "Stroke Prevention in AF:  An Update," ACC Washington State Chapter Meeting, Seattle, Washington, February 7, 2015. |

January 2017

| | |
|---|---|
| 2015 | "Practical Considerations for the NOACs," University of Washington Internal Medicine Grand Rounds, Seattle, Washington, April 16, 2015. |
| 2015 | "An Update in Thrombosis and Anticoagulation," 2015 Highlights of ASH in Latin America, Cartagena, Colombia, April 20 – 25, 2015. |
| 2015 | "Duration of Anticoagulation for Patients with APLA:  A Debate,"20th Congress of the European Hematology Association, Vienna, Austria, June 8 – 15, 2015. |
| 2015 | "Practical Considerations for the NOACS," Harrison Hospital, Bremerton, Washington, August 1, 2015. |
| 2015 | "An Update in the Treatment of Venous Thromboembolism," What's New in Medicine 2015, Kennewick, Washington, September 11 – 12, 2015. |
| 2015 | "The Direct Oral Anticoagulants: Practical Considerations," Henry Ford Hospital Hematology-Oncology Grand Rounds, Detroit, Michigan, October 2015. |
| 2015 | "Peri-Procedural Anticoagulation:  Where Do We Stand in 2015?," 8th Annual International Syposium on Thrombosis and Anticoagulation (ISTA) Conference, Sao Paulo, Brazil, October 22 – 25, 2015. |
| 2015 | "An Update in the Treatment of Venous Thromboembolism," 2015 Primary Care Update, (Interstate Postgraduate Medical Association) Kissimmee, Florida, November 9 – 10, 2015. |
| 2016 | "Venous Thromboembolism & Anticoagulation: 2016 Update," Scripps' 36th Annual Conference: Clinical Hematology & Oncology, San Diego, California, February 13, 2016. |
| 2016 | "Antiphospholipid Antibodies," Scripps' 36th Annual Conference: Clinical Hematology & Oncology, San Diego, California, February 13, 2016. |
| 2016 | "Meet the Professor Breakout Session:  Confusing Cases in Coagulation," Scripps' 36th Annual Conference: Clinical Hematology & Oncology, San Diego, California, February 13, 2016. |
| 2016 | "Direct oral Anticoagulants in Special Populations," Antithrombotic Symposium at Hurley Medical Center, Dearborn, Michigan, April 7, 2016. |
| 2016 | "Common Indications for Anticoagulation: A Primer for the Advanced Practice Provider," Anticoagulation Forum Mini Boot Camp at the 2016 Thrombosis and Hemostasis Summit of North America (THSNA), Chicago, Illinois, April 13, 2016. |
| 2016 | "Bridging Between DOACs and other Anticoagulants," 2016 Thrombosis and Hemostasis Summit of North America (THSNA), Chicago, Illinois, April 14, 2016. |
| 2016 | "Cancer Associated Thrombosis – An Update for the Clinician," Winship Cancer Institute Grand Rounds, Atlanta, Georgia, August 17, 2016. |

| 2016 | "The Direct Oral Anticoagulants:  Practical Considerations," ASH Consultative Hematology Conference, Chicago, Illinois, September 15, 2016. |
| 2016 | "General Review of Direct Oral Anticoagulants (DOACs)," 15th International Congress on antiphospholipid Antibodies, Cyprus, Greece, September 21-24, 2016. |
| 2016 | "Can We Stop Anticoagulation in APS Patients with Previous Thrombosis?," 15th International Congress on antiphospholipid Antibodies, Cyprus, Greece, September 21-24, 2016. |
| 2016 | "DOACs:  Practical Considerations and Advances on Their Reversal," XII Argentine Congress on Haemostasis and Thrombosis, Buenos Aires, Brazil, September 28 – October 1, 2016. |
| 2016 | "HIT:  Institutional Optimization of Diagnosis and Management, DOACs Role in the Therapeutics," XII Argentine Congress on Haemostasis and Thrombosis, Buenos Aires, Brazil, September 28 – October 1, 2016. |
| 2016 | "Is Prolonged Anticoagulation Recommended After the First Thrombotic Event in Patients with Antiphospholipid Antibodies," XII Argentine Congress on Haemostasis and Thrombosis, Buenos Aires, Brazil, September 28 – October 1, 2016. |
| 2016 | "Direct Oral Anticoagulants for Treatment of Venous Thromboembolism:  Practical Issues," XII Argentine Congress on Haemostasis and Thrombosis, Buenos Aires, Brazil, September 28 – October 1, 2016. |
| 2016 | "Measuring the Effect of New Anticoagulants:  Do the Traditional Tests Work?" IX International Symposium of Thrombosis and Anticoagulation, Salvador, Brazil, October 13-17, 2016 |
| 2016 | "Anticoagulation in Patients with Cancer and/or Inherited Coagulopathies: An Update," IX International Symposium of Thrombosis and Anticoagulation, Salvador, Brazil, October 13-17, 2016 |
| 2016 | "The Direct Oral Anticoagulants:  Practical Considerations," ISTH Advanced Training Course in Thrombosis and Hemostasis, Atlanta, Georgia, November 1-4, 2016. |
| 2016 | "Antiphospholipid Syndrome," ISTH Advanced Training Course in Thrombosis and Hemostasis, Atlanta, Georgia, November 1-4, 2016. |
| 2016 | "The Direct oral Anticoagulants:  Practical Considerations," Washington Chapter – ACP Annual Meeting, Seattle, Washington, November 10-12, 2016. |
| 2016 | "Clinical Benign Hematology Careers," Careers Development Lunch, 59th ASH Annual Meeting & Exposition, San Diego, California, December 3, 2016. |
| 2016 | "Systems-Based Hematology:  A New Career path for Hematologists," 59th ASH Annual Meeting & Exposition, San Diego, California, December 4, 2016. |

| | |
|---|---|
| 2016 | "The Direct Oral Anticoagulants:  Practical Considerations," ASH Consultative Hematology Conference, San Diego, California, December 5, 2016. |

## EDITORIAL RESPONSIBILITIES

| | |
|---|---|
| 2003 – Present | Editorial Board Member, Thrombosis Research |
| 2009 – 2014 | Associate Editor, ACP Journal Club |
| 2013 – Present | Editorial Board Member, Journal of Thrombosis and Haemostasis |
| 2014 – 2016 | Contributing Editor, *The Hematologist* |
| 2014 – Present | Special Section Editor, *Blood* |

## SPECIAL NATIONAL RESPONSIBILITIES

| | |
|---|---|
| 2007 – 2013 | President, Anticoagulation Forum |
| 2007 – Present | *Ex officio* Member, Board of Directors of Anticoagulation Forum |
| 2012 | Chairman of the Inaugural Thrombosis and Hemostasis Summit of North America (Chicago) |
| 2012 – Present | Secretary, National Association for Thrombosis and Hemostasis |
| 2014 | Co-Chair, Thrombosis and Hemostasis Summit of North America (Chicago) |
| 2014 – Present | *Ex officio* Member, Board of Directors of Thrombosis and Hemostasis Societies of North America |
| 2014 – Present | Member, ASH CRTI Oversight Committee |
| 2016 | Vice-Chairman, ASH Scientific Program Sub-committee on Thrombosis and Vascular Biology |
| 2017 | Chair, ASH Scientific Committee on Thrombosis & Vascular Biology |

## SPECIAL LOCAL RESPONSIBILITIES

| | |
|---|---|
| 2000 – 2007 | Medical Director, Inpatient Internal Medicine University of New Mexico Hospital |
| 2006 – 2008 | Director, Undergraduate Medical Education Department of Internal Medicine University of New Mexico Health Sciences Center |
| 2013 – Present | Medical Director, Antithrombotic Therapy University of Washington Medical Center |
| 2013 – Present | Assistant Course Director, Hematology Course for 2nd-year students, University of Washington School of Medicine |
| 2015 – Present | Seattle Cancer Care Alliance Clinical Operations Disease Group Leader: Cellular Hematology + Thrombosis and Hemostasis |

**RESEARCH FUNDING**

a) *Current:*

Industry-sponsored clinical trials at the University of Washington and Seattle Cancer Care Alliance (amount unknown)

b) *Past:*

Principal Investigator for approximately 10 clinical trials (sponsored by industry, NHLBI, CIHR) between 2001 and 2012 (total funding paid to the University of New Mexico: approximately $500,000).

**BIBLIOGRAPHY**

a) *Manuscripts in Refereed Journals (\* - denotes the five most significant publication)*

1.  Libby E, **Garcia, D.**  A survey of Vitamin K use by anticoagulation clinics.  *Arch Int Med.* 162(16): 1893-189, 2002 [Original Work]

2.  **Garcia D,** Ageno W, Libby E, Bibb J, Douketis J, Crowther M.  Perioperative anticoagulation for patients with mechanical heart valves: a survey of current practice.  *J Thromb Thrombolysis.* 18(3): 199-203; 2004 [Original Work]

3.  Ageno W, **Garcia D,** Libby E, Crowther M.  Managing oral anticoagulant therapy in patients with mechanical heart valves undergoing elective surgery: results of a survey conducted among Italian physicians.  *Blood Coagul Fibrinolysis* 15:623-628; 2004 [Original Work]

4.  **Garcia D,** Libby E, Rich JS.  Perioperative anticoagulation for patients with mechanical heart valves: a model comparing unfractionated and low molecular weight heparin.  *J Clin Outcomes Management* 12:25-32; 2005 [Original Work]

5.  Oh D, Kim S, Lim CY, Lee JS, Park S, **Garcia D,** Crowther MA, Ageno W.  Perioperative anticoagulation in patients with mechanical heart valves undergoing elective surgery: results of a survey conducted among Korean physicians.  *Yonsei Med J.* 46(1):66-72; 2005 [Original Work]

6.  **Garcia D**, Regan S, Crowther M, Hughes R, Hylek E.  Warfarin maintenance dosing patterns in clinical practice: implications for safer anticoagulation in the elderly population.  *Chest.* 127:2049-2056; 2005 [Original Work]

7.  Crowther MA, Ageno W, Schnurr T, Manfredi E, Kinnon K, **Garcia D**, Douketis JD.  Oral vitamin K produces a normal INR within 24 hours of its administration in most patients discontinuing warfarin. *Haematologica.* 90(1):137-9, 2005 [Original Work]

8.  Ageno W, **Garcia D**, Silingardi M, Galli M, Crowther M.  A randomized trial comparing 1 mg oral vitamin K with no treatment in the management of warfarin-associated coagulopathy in patients with mechanical heart valves.  *J Am Coll Cardiol.* 46(4):732-3; 2005 [Original Work]

9.  Libby EN, Booker JK, Gulley ML, **Garcia D**, Moll S.  False negative factor V leiden genetic testing in a patient with recurrent deep venous thrombosis.  *Am J Hematol.* 81(4):284-9; 2006 [Case Report]

10. **Garcia D,** Ageno W, Libby E.  An update in the diagnosis and treatment of pulmonary embolism.  *Br J Hematol.* 131:301-312; 2005 [Review]

January 2017

11.  ***Garcia** D, Regan S, Crowther M, Hylek E.  The risk of hemorrhage among patients with warfarin-associated coagulopathy.  *J Am Coll Cardiol.* 47(4): 804-808; 2006 [Original Work]

12.  Imberti D, Ageno W, Dentali F, Pierfrancheschi M, Croci E, **Garcia D.**  Management of primary care patients with suspected deep vein trombosis: use of a therapeutic dose of LMWH to avoid urgent ultrasonographic evaluation.  *J Thrombosis Hemostasis.* 4: 1037-41; 2006 [Original Work]

13.  **Garcia D,** Khamashta MA, Crowther MA**.**  How we diagnose and treat thrombotic manifestations of the antiphospholipid syndrome: a case-based review.  *Blood.* 110:3122-3127; 2007 [Review]

14.  *****Garcia D,** Regan S, Henault LE, Upadhyay A, Baker J, Othman M, Hylek EM**.**  Risk of thromboembolism with short-term interruption of warfarin therapy.  *Arch Intern Med.* 168(1):63-9; 2008 [Original Work]

15.  **Garcia D,** Witt DM, Hylek E, Wittkowsky AK, Nutescu EA, Jacobson A, Moll S, Merli GJ, Crowther M, Earl L, Becker RC, Oertel L, Jaffer A, Ansell JE.  Delivery of optimized anticoagulant therapy: consensus statement from the anticoagulation forum.  *Ann Pharmacother.* 42(7):979-88, 2008 [Review]

16.  Clark NP, Witt DM, Delate T, Trapp M, **Garcia** D, Ageno W, Hylek EM, Crowther MA.  Thromboembolic consequences of subtherapeutic anticoagulation in patients stabilized on warfarin therapy: the low INR study.  *Pharmacotherapy.* 28(8):960-7, 2008 [Original Work]

17.  Neal M, Crowther M, Douketis J, Verhovsek M, Stidley C, **Garcia D.**  Reversal of vitamin K antagonist-associated coagulopathy: a survey of current practice.  *Thromb Res.* 122(6):864-6, 2008 [Original Work]

18.  *Crowther M, Ageno W, **Garcia D**, Wang L, Witt D, and others.  Oral vitamin K versus placebo to correct excessive anticoagulation in patients receiving warfarin: a randomized trial.  *Ann Intern Med*. 150:293-300, 2009 [Original Work]

19.  Witt DM, Delate T, Clark NP, Martell C, Tran T, Crowther MA, **Garcia D**, Ageno W, Hylek EM.  Outcomes and predictors of very stable INR control during chronic anticoagulation therapy.  *Blood*  114(5):952-6, 2009 [Original Work]

20.  Fekrazad MH, Lopes RD, Stashenko GJ, Alexander JH, **Garcia D**.  Treatment of venous thromboembolism: guidelines translated for the clinician.   *J Thromb Thrombolysis.* 28(3):270-5, 2009 [Review]

21.  Kangelaris K, Bent S, Nussbaum R, **Garcia D**, Tice J.  Genetic testing before anticoagulation?  A systematic review of pharmacogenetic dosing of warfarin.  *J Gen Intern Med.*  24(5):656-64, 2009 [Original Work]

22.  **Garcia DA**, Highfill J, Finnerty K, Varoz E, McConkey S, Hutchinson K, Libby E.  A prospective, controlled trial of a pharmacy-driven alert system to increase thromboprophylaxis rates in medical inpatients.  *Blood Coagul Fibrinolysis.* 20(7):541-5, 2009 [Original Work]

23.  Ageno W, **Garcia D**, Aguilar MI, Douketis J, Finazzi G, Imberti D, Iorio A, Key NS, Lim W, Marietta M, Prisco D, Sarode R, Testa S, Tosetto A, Crowther M.  Prevention and treatment of bleeding complications in patients receiving vitamin K antagonists, Part 2: Treatment.  *Am J Hematol*. 84(9):584-8, 2009 [Review]

24. **Garcia D**, Ageno W, Bussey H, Eikelboom J, Margaglione M, Marongiu F, Moia M, Palareti G, Pengo V, Poli D, Schulman S, Witt D, Wittkowksy A, Crowther M.  Prevention and treatment of bleeding complications in patients receiving vitamin K antagonists, Part 1: Prevention.  *Am J Hematol*. 84(9):579-83, 2009 [Review]

25. Dentali F, Ageno W, Witt D, Malato A, Clark N, **Garcia D**, McCool K, Siragusa S, Dyke S, Crowther M; for the WARPED consortium.  Natural history of mesenteric venous thrombosis in patients treated with vitamin K antagonists. A multi-centre, retrospective cohort study.  *Thromb Haemost*. 102(3):501-504, 2009 [Original Work]

26. Witt DM, Delate T, McCool KH, Dowd MB, Clark NP, Crowther MA, **Garcia DA**, Ageno W, Dentali F, Hylek EM, Rector WG; on behalf of the WARPED Consortium.  Incidence and predictors of bleeding or thrombosis following polypectomy in patients receiving and not receiving anticoagulation therapy. *J Thromb Haemost*. 7(12):1982-9, 2009 [Original Work]

27. *****Garcia D**, Libby E, Crowther MA.  The new oral anticoagulants.  *Blood*. 115(1):15-20, 2010 [Review]

28. Witt DM, Delate T, Clark NP, Martell C, Tran T, Crowther MA, **Garcia DA**, Ageno W, Hylek EM; Warped Consortium.  Twelve-month outcomes and predictors of very stable INR control in prevalent warfarin users.  *J Thromb Haemost*. 8(4):744-9, 2010 [Original Work]

29. **Garcia D**, Crowther MA, Ageno W.  Practical management of coagulopathy associated with warfarin. *BMJ*. 19;340:c1813, 2010 [Review]

30. Winters J. and **Garcia D.**  Cancer-associated thrombosis.  *Hematol Oncol Clin N Am*. 24:695–707, 2010 [Review]

31. **Garcia DA**, Lopes RD, Hylek EM.  New-onset atrial fibrillation and warfarin initiation: high risk periods and implications for new antithrombotic drugs.  *Thromb Haemost*. 104(6):1099-105, 2010 [Original Work]

32. **Garcia D**, Crowther MA, Ageno W. Practical treatment of warfarin associated coagulation disorder. *Praxis*  (Bern 1994). 99(25):1569-73, 2010 [Review]

33. Eagle KA, Cannom DS, **Garcia DA**.  Management of atrial fibrillation: translating clinical trial data into clinical practice.  *Am J Med.* 124(1):4-14, 2011 [Review]

34. Stashenko G, Lopes RD, **Garcia D**, Alexander JH, Tapson VF.  Prophylaxis for venous thromboembolism: guidelines translated for the clinician. *J Thromb Thrombolysis.* 31(1):122-32, 2011 [Review]

35. **Garcia DA**, Schwartz MJ.  Warfarin therapy: tips and tools for better control.  *J Fam Pract.* 60(2):70-5, 2011 [Review]

36. Burnett A, D'Angio R, Earl LE, **Garcia D**.  Challenges and benefits of an inpatient anticoagulation service: one hospital's experience.  *J Thromb Thrombolysis.* 31(3):344-52, 2011 [Review]

37. Dentali F, Donadini MP, Clark N, Crowther MA, **Garcia D**, Hylek E, Witt DM, Ageno W.  Brand name versus generic warfarin: a systematic review of the literature.  *Pharmacotherapy*. 31(4):386-93, 2011 [Original Work]

38. Moualla H, **Garcia D**.  Vitamin K antagonists - current concepts and challenges.  Thromb Res. 128(3):210-5, 2011 [Review]

39. Martinez L, Burnett A, Borrego M, Streeter JC, Townsend K, **Garcia D.** Effect of fondaparinux prophylaxis on anti-factor Xa concentrations in patients with morbid obesity. *Am J Health Syst Pharm.* 68(18):1716-22, 2011 [Original Work]

40. *Granger CB, Alexander JH, McMurray JJ, Lopes RD, Hylek EM, Hanna M, Al-Khalidi HR, Ansell J, Atar D, Avezum A, Bahit MC, Diaz R, Easton JD, Ezekowitz JA, Flaker G, **Garcia D**, Geraldes M, Gersh BJ, Golitsyn S, Goto S, Hermosillo AG, Hohnloser SH, Horowitz J, Mohan P, Jansky P, Lewis BS, Lopez-Sendon JL, Pais P, Parkhomenko A, Verheugt FW, Zhu J, Wallentin L; the ARISTOTLE Committees and Investigators. Apixaban versus warfarin in patients with atrial fibrillation. *N Engl J Med.* 365(11):981-92, 2011 [Original Work]

41. Lopes RD, Horowitz JD, **Garcia DA**, Crowther MA, Hylek E. Warfarin and acetaminophen interaction: a summary of the evidence and biological plausibility. *Blood.* 118(24):6269-73, 2011 [Original Work]

42. **Garcia D**, Quintana D. Thrombosis and malignancy: a case-based review. *Semin Hematol.* 48(4):259-63, 2011 [Review]

43. **Garcia DA**. Benefits and risks of oral anticoagulation for stroke prevention in nonvalvular atrial fibrillation. *Thromb Res.* 129(1):9-16 , 2012 [Review]

44. Alberts MJ, Bernstein RA, Naccarelli GV, **Garcia DA**. Using Dabigatran in patients with stroke: a practical guide for clinicians. *Stroke* 43(1):271-9, 2012 [Review]

45. Dentali F, Marchesi C, Pierfranceschi MG, Crowther M, **Garcia D**, Hylek E, Witt DM, Clark NP, Squizzato A, Imberti D, Ageno W. Safety of prothrombin complex concentrates for rapid anticoagulation reversal of vitamin K antagonists. A meta-analysis. *Thromb Haemost.* 106(3):429-38, 2011 [Original Work]

46. **Garcia DA**, Baglin TP, Weitz JI, Samama MM; American College of Chest Physicians. Parenteral anticoagulants: antithrombotic therapy and prevention of thrombosis, 9th ed: *American College of Chest Physicians Evidence-Based Clinical Practice Guidelines*. *Chest.* 2012 Feb;141(2 Suppl):e24S-43S. doi: 10.1378/chest.11-2291. PubMed PMID: 22315264. [Review]

47. *Gould MK, **Garcia DA**, Wren SM, Karanicolas PJ, Arcelus JI, Heit JA, Samama CM. Prevention of VTE in nonorthopedic surgical patients: antithrombotic therapy and prevention of thrombosis, 9th ed: *American College of Chest Physicians Evidence-Based Clinical Practice Guidelines*. *Chest.* 141(2 Suppl):e227S-77S, 2012 [Review]

48. Guyatt GH, Eikelboom JW, Gould MK, **Garcia DA**, Crowther M, Murad MH, Kahn SR, Falck-Ytter Y, Francis CW, Lansberg MG, Akl EA, Hirsh J. Approach to outcome measurement in the prevention of thrombosis in surgical and medical patients: antithrombotic therapy and prevention of thrombosis, 9th ed: *American College of Chest Physicians Evidence-Based Clinical Practice Guidelines*. *Chest.* 141(2 Suppl):e185S-94S, 2012 [Review]

49. Menzin J, Hoesche J, Friedman M, Nichols C, Bergman GE, Crowther M, **Garcia D**, Jones C. Failure to correct International Normalized Ratio and mortality among patients with warfarin-related major bleeding: an analysis of electronic health records. *J Thromb Haemost.* 10(4):596-605, 2012 [Original Work]

50. **Garcia DA**, Crowther MA. Reversal of warfarin: case-based practice recommendations. Circulation. 2012 Jun 12; 125(23):2944-7. doi: 10.1161/CIRCULATIONAHA.111.081489. No abstract available. PubMed PMID: 22689931. [Review]

51. Kaatz S, Kouides PA, **Garcia DA,** Spyropolous AC, Crowther M, Douketis JD, Chan AK, James A, Moll S, Ortel TL, Van Cott EM, Ansell J.  Guidance on the emergent reversal of oral thrombin and factor Xa inhibitors. *Am J Hematol.* 2012 May;87 Suppl 1:S141-5. Doi: 10.1002/ajh.23202. Epub 2012 Apr 4. Review. Erratum in: Am J. Hematol.2012 Jul:87(7):748. PubMed PMID: 22473649. [Review]

52. **Garcia DA**, Granger CB. Anticoagulation, novel agents, and procedures: can we pardon the interruption? *Circulation.* 2012 Jul 17;126(3):255-7. Doi: 10.1161/CIRCULATIONAHA.112.115188. Epub 2012 Jun 14. No abstract available. PubMed PMID: 22700855. [Editorial]

53. Lopes RD, Becker RC, Newby LK, Peterson ED, Hylek EM, Granger CB, Crowther M, Wang T, Carvalho AC, Berwanger O, Giraldez RR, Feitosa GS, Ribeiro JP, Darze E, Kalil RA, Andrande M, Boas FV, Andrade J, Rocha AT, Harrington RA, Lopes AC, **Garcia DA**. Highlights from the IV International Symposium of Thrombosis and Anticoagulation (ISTA), October 20-21, 2011, Salvador, Bahia, Brazil. *J Thromb Thrombolysis*. 2012 Jul;34(1):143-63. doi: 10.1007/s11239-012-0700-3. PubMed PMID: 22427055. [Review]

54. Witt DM, Delate T, **Garcia DA**, Clark NP, Hylek EM, Ageno W, Dentali F, Crowther MA.  Risk of thromboembolism, recurrent hemorrhage, and death after warfarin therapy interruption for gastrointestinal tract bleeding. *Arch Intern Med.* 2012 Oct 22;172(19):1484-1491. doi: 10.1001/archinternmed.2012.4261. PubMed PMID: 22987143.  [Original Work]

55. Siegal DM, **Garcia D.** Anticoagulants in cancer.  *J Thromb Haemost.* 10: 2230–41, 2012 [Review]

56. **Garcia D**, Barrett YC, Ramacciotti E, Weitz JI. Laboratory assessment of the anticoagulant effects of the next generation of oral anticoagulants.  *J Thromb Haemost.* 11: 245–52, 2013 [Review]

57. Al-Khatib SM, Thomas L, Wallentin L, Lopes RD, Gersh B, **Garcia D**, Ezekowitz J, Alings M, Yang H, Alexander JH, Flaker G, Hanna M, Granger CB.  Outcomes of apixaban vs. warfarin by type and duration of atrial fibrillation: results from the ARISTOTLE trial. *Eur Heart J.* 34(31):2464-71, 2013 [Original Work]

58. **Garcia D**, Akl EA, Carr R, Kearon C.  Antiphospholipid antibodies and the risk of recurrence after a first episode of venous thromboembolism: a systematic review.  *Blood.* 122(5):817-24, 2013 [Original Work]

59. **Garcia DA**, Lim W. Should the presence of an antiphospholipid antibody affect the duration of anticoagulant treatment in patients with venous thromboembolism? *Hematology Am Soc Hematol Educ Program*. 2013;2013:681-3. doi: 10.1182/asheducation-2013.1.681. PubMed PMID: 24319252. [Review].

60. Rojas-Hernandez CM, **Garcia DA**. The novel oral anticoagulants. *Semin Thromb Hemost*. 2013 Mar;39(2):117-26. doi: 10.1055/s-0032-1333536. Epub 2013 Feb 6. PubMed PMID: 23390028. [Review].

61. **Garcia DA**. Proceedings of the 12th National Conference on Anticoagulant Therapy. *J Thromb Thrombolysis*. 2013 Apr;35(3):303. doi: 10.1007/s11239-013-0894-z. No abstract available. PubMed PMID: 23440573. [Review]

62. **Garcia DA**. Patients with stable, therapeutic INR values should remain on warfarin. *J Thromb Thrombolysis*. 2013 Apr;35(3):336-8. Doi: 10.1007/s11239-013-0867-2. PubMed PMID: 23371818. [Review].

63.  Nutescu EA, Wittkowsky AK, Burnett A, Merli GJ, Ansell JE, **Garcia DA**. Delivery of optimized inpatient anticoagulation therapy: consensus statement from the anticoagulation forum. *Ann Pharmacother*. 2013 May;47(5):714-24. Doi: 10.1345/aph.1R634. Epub 2013 Apr 12. PubMed PMID: 23585642. [Review]

64.  Lopes RD1, Becker RC, Newby LK, Peterson ED, Hylek EM, Giugliano R, Granger CB, Mahaffey KW, Carvalho AC, Berwanger O, Giraldez RR, Feitosa-Filho GS, Barbosa MM, da Consolacao V Moreira M, Kalil RA, Freitas M, de Campos Guerra JC, Barros MV, da Rocha Rodrigues T, Lopes AC, **Garcia DA**. Highlights from the fifth international symposium of thrombosis and anticoagulation (ISTA V), October 18-19, 2012, Belo Horizonte, Minas Gerais, Brazil. *J Thromb Thrombolysis*. 2013 Jul;36(1):115-30. Doi: 10.1007/s11239-013-0906-z. PubMed PMID: 23494487. [Review]

65.  Witt DM, Delate T, Clark NP, **Garcia DA**, Hylek EM, Ageno W, Dentali F, Crowther MA. Nonadherence with INR Monitoring and Anticoagulant Complications. *Thromb Res.* 2013 Aug;132(2):e124-30. Doi: 10.1016/j.thromres.2013.06.006. Epub 2013 Jun 22. PubMed PMID: 23800635.  [Original Work]

66.  Hendrie PC, **Garcia DA**. Are new oral anticoagulants ready for use in patients with cancer? *J Natl Compr Canc Netw*. 2013 Nov;11(11):1446-9. PubMed PMID: 24225975. [Review].

67.  **Garcia D**, Wallentin L, Lopes RD, Thomas L, Alexander JH, Hylek EM, Ansell J, Hanna M, Lanas F, Flaker G, Commerford P, Xavier D, Vinereanu D, Yang H, Granger CB.  Apixaban versus warfarin in patients with atrial fibrillation according to prior warfarin use: Results from the Apixaban for Reduction in Stroke and Other Thromboembolic Events in Atrial Fibrillation trial. *Am Heart J*. 2013 Sep;166(3):549-58, doi: 10.1016/j.ahj.2013.05.016. Epub 2013 Jul 25. PubMed PMID: 24016506.  [Original Work]

68.  Flaker G, Lopes RD, Al-Khatib SM, Hermosillo AG, Hohnloser SH, Tinga B, Zhu J, Mohan P, **Garcia D**, Bartunek J, Vinereanu D, Husted S, Harjola VP, Rosenqvist M, Alexander JH, Granger CB.  Efficacy and Safety of Apixaban in Patients Following Cardioversion for Atrial Fibrillation: Insights from the ARISTOTLE trial.  *J Am Coll Cardiol*. Mar 25;63(11):1082-7. 2014  [Original Work]

69.  Clark NP, Delate T, Riggs CS, Witt DM, Hylek EM, **Garcia DA**, Ageno W, Dentali F, Crowther MA; Warfarin-Associated Research Projects and other Endeavors Consortium. Warfarin interactions with antibiotics in the ambulatory care setting.  JAMA Intern Med. 2014 Mar;174(3):409-16. Doi: 10.1001/jamainternmed.2013.13957. PubMed PMID: 24445404. [Original Work]

70.  Witt DM, Delate T, Hylek EM, Clark NP, Crowther MA, Dentali F, Ageno W, Martinez K, **Garcia D**. Effect of warfarin on intracranial hemorrhage incidence and fatal outcomes. *Thromb Res*. 2013;132(6):770-5, doi: 10.1016/j.thromres.2013.10.024. Epub 2013 Oct 17. PubMed PMID: 24521790.  [Original Work]

71.  Siegal D, **Garcia D**, Crowther MA.  How I Treat Target-Specific Oral Anticoagulant Associated Bleeding.  *Blood*. 2014 Feb 20;123(8):1152-8. Doi: 10.1182/blood-2013-09-529784. Epub 2014 Jan 2. PubMed PMID: 24385535.  [Review]

72.  Imberti D, Dentali F, Ageno W, Crowther M, **Garcia D**, Huisman M, Rodeghiero F, D'Angelo A, Palareti G. Evidence and clinical judgment: vena cava filters.  *Thromb Haemost*. Apr 1;111(4):618-24. 2014  [Review]

73. Halvorsen S, Atar D, Yang H, De Caterina R, Erol C, **Garcia D**, Granger CB, Hanna M, Held C, Husted S, Hylek EM, Jansky P, Lopes RD, Ruzyllo W, Thomas L, Wallentin L Efficacy and safety of apixaban compared with warfarin according to age for stroke prevention in atrial fibrillation: observations from the ARISTOTLE trial. *European Heat Journal.* Jul 21;35(28):1864-72. 2014  [Original Work]

74. Libby E, **Garcia D**, Quintana D, Fekrazad MH, Bauman J, Ebaid A, Hromas R, Rabinowitz I, Wiggins C.  Disease-specific survival for patients with multiple myeloma: significant improvements over time in all age groups. *Leuk Lymphoma*. Dec;55(12):2850-7. 2014  [Original Work]

75. Flaker G, Lopes RD, Hylek E, Wojdyla DM, Thomas L, Al-Khatib SM, Sullivan RM, Hohnloser SH, **Garcia D**, Hanna M, Amerena J, Harjola VP, Dorian P, Avezum A, Keltai M, Wallentin L, Granger CB; ARISTOTLE Committees and Investigators. Amiodarone, anticoagulation, and clinical events in patients with atrial fibrillation: insights from the ARISTOTLE trial. *J Am Coll Cardiol*. Oct 14;64(15):1541-50. 2014  [Original Work]

76. **Garcia DA**. VTE risk and family history: provocative findings. *Blood*. 2014 Sep 25;124(13):2011. doi: 10.1182/blood-2014-08-592535. No abstract available. PubMed PMID: 25258138. [Editorial]

77. Cuker A, Siegal DM, Crowther MA, **Garcia D**.  Laboratory measurement of the anticoagulant activity of the non-vitamin K oral anticoagulants.  *J Am Coll Cardiol*. 2014 Sep 16;64(11):1128-39. doi: 10.1016/j.jacc.2014.05.065. PubMed PMID: 25212648. [Original Work]

78. Kim B, **Garcia DA**. What is the role of hemodialysis for dabigatran-associated major bleeding? *Hematology Am Soc Hematol Educ Program*. 2014 Dec 5;2014(1):514-7. doi: 10.1182/asheducation-2014.1.514. Epub 2014 Nov 18. PubMed PMID: 25696903. [Review]

79. **Garcia DA**. The target-specific oral anticoagulants: practical considerations. *Hematology Am Soc Hematol Educ Program*. 2014 Dec 5;2014(1):510-3. doi: 10.1182/asheducation-2014.1.510. Epub 2014 Nov 18. PubMed PMID: 25696902 [Review].

80. **Garcia D**, Alexander JH, Wallentin L, Wojdyla DM, Thomas L, Hanna M, Al-Khatib SM, Dorian P, Ansell J, Commerford P, Flaker G, Lanas F, Vinereanu D, Xavier D, Hylek EM, Held C, Verheugt FW, Granger CB, Lopes RD. Management and clinical outcomes in patients treated with apixaban vs warfarin undergoing procedures. *Blood*. Dec 11;124(25):3692-8. 2014  [Original Work]

81. Nutescu EA, Wittkowsky AK, Witt DM, Kaatz S, Ansell J, Burnett A, **Garcia D**, Lopes RD, Oertel L, Schnurr T, Streiff M, Wirth D, Crowther M.  Integrating electronic health records in the delivery of optimized anticoagulation therapy.  *Ann Pharmacother.* 49(1):125-6. 2015 [Review]

82. Samuelson B, Chai-Adisaksopha C, **Garcia D**.  Anagrelide compared with hydroxyurea in essential thrombocythemia: a meta-analysis.  *J Thromb Thrombolysis*. 2015 Nov;40(4):474-9. [Original Work]

83. Douketis JD, Spyropoulos AC, Kaatz S, Becker RC, Caprini JA, Dunn AS, **Garcia D**, Jacobson A, Jaffer AK, Kong DF, Schulman S, Turpie AG, Hasselblad V, Ortel TL; BRIDGE Investigators. Perioperative Bridging Anticoagulation in Patients with Atrial Fibrillation. *N Engl J Med.* 2015 Aug 27;373(9):823-33. Doi: 10.1056/NEJMoa1501035. Epub 2015 Jun 22. PubMed PMID: 26095867.  [Original Work]

84.    Samuelson BT, Glynn E, Holmes M, White AA, Martin DB, **Garcia D.**  Use of a computer-based provider order entry (CPOE) intervention to optimize laboratory testing in patients with suspected heparin-induced thrombocytopenia. *Thromb Res.* 2015 Nov;136(5):928-31. [Original Work]

85.    Witt DM, Clark NP, Martinez K, Schroeder A, **Garcia D**, Crowther MA, Ageno W, Dentali F, Ye X, Hylek E, Delate T. Risk of thromboembolism, recurrent hemorrhage, and death after warfarin therapy interruption for intracranial hemorrhage. *Throm Res*. 2015 2015 Nov;136(5):1040-4. [Original Work]

86.    Burnett AE, Mahan CE, Vazquez SR, Oertel LB, **Garcia DA**, Ansell J. Guidance for the practical management of the direct oral anticoagulants (DOACs) in VTE treatment. *J Thromb Thrombolysis.* 2016 Jan;41(1):206-32. Doi: 10.1007/s11239-015-1310-7. PubMed PMID: 26780747.  [Review]

87.    Ageno W, Beyer-Westendorf J, **Garcia DA**, Lazo-Langner A, McBane RD, Paciaroni M. Guidance for the management of venous thrombosis in unusual sites. *J Thromb Thrombolysis.* 2016 Jan;41(1):129-43. Doi: 10.1007/s11239-015-1308-1. PubMed PMID: 26780742. [Review]

88.    Khorana AA, Carrier M, **Garcia DA**, Lee AY. Guidance for the prevention and treatment of cancer-associated venous thromboembolism. *J Thromb Thrombolysis.* 2016 Jan;41(1):81-91. Doi: 10.1007/s11239-015-1313-4. PubMed PMID: 26780740. [Review]

89.    Schünemann HJ, Ventresca M, Crowther M, Briel M, Zhou Q, **Garcia D**, Lyman G, Noble S, Macbeth F, Griffiths G, DiNisio M, Iorio A, Beyene J, Mbuagbaw L, Neumann I, Van Es N, Brouwers M, Brozek J, Guyatt G, Levine M, Moll S, Santesso N, Streiff M, Baldeh T, Florez I, Gurunlu Alma O, Solh Z, Ageno W, Marcucci M, Bozas G, Zulian G, Maraveyas A, Lebeau B, Buller H, Evans J, McBane R, Bleker S, Pelzer U, Akl EA; IPDMA heparin use in cancer patients research group. *BMJ Open*. 2016 Apr 29;6(4):e010569. doi: 10.1136/bmjopen-2015-010569. PubMed PMID: 27130164.  [Original Work]

90.    Ruff CT, Ansell JE, Becker RC, Benjamin EJ, Deicicchi DJ, Mark Estes NA, Ezekowitz MD, Fanikos J, Fareed J, Garcia D, Giugliano RP, Goldhaber SZ, Granger C, Healey JS, Hull R, Hylek EM, Libby P, Lopes RD, Mahaffey KW, Mega J, Piazza G, Sasahara AA, Sorond FA, Spyropoulos AC, Walenga JM, Weitz JI. North American Thrombosis Forum, AF Action Initiative Consensus Document. Am J Med. 2016 May;129(5 Suppl):S1-S29. doi: 10.1016/j.amjmed.2016.02.001. PubMed PMID: 27126598.  [Review]

91.    Samuelson BT, Gernsheimer T, Estey E, **Garcia DA**. Variability in management of hematologic malignancy patients with venous thromboembolism and chemotherapy-induced thrombocytopenia. *Thromb Res*. 2016 May;141:104-5. Doi: 10.1016/j.thromres.2016.03.011. PubMed PMID: 26994682. [Original Work]

92.    Whitlock RP, Fordyce CB, Midei MG, Ellis D, **Garcia D**, Weitz JI, Canafax DM, Albrecht D, Milner PG. A randomized double blind comparison of tecarfarin, a novel vitamin K antagonist, with warfarin. The EmbraceAC Trial. *Thromb Haemost*. 2016 Aug 1;116(2):241-50. Doi: 10.1160/TH15-11-0910. Epub 2016 May 12. PubMed PMID: 27173100.  [Original Work]

93.    Samuelson BT, Vesely SK, Chai-Adisaksopha C, Scott BL, Crowther M, **Garcia D**.  The impact of ruxolitinib on thrombosis in patients with polycythemia vera and myelofibrosis: a meta-analysis. *Blood Coagul Fibrinolysis*. 2016 Sep;27(6):648-52. Doi: 10.1097/0000000000000446. PubMed PMID: 26569516.  [Original Work]

94. Li W, **Garcia D**, Cornell RF, Gailani D, Laubach J, Maglio ME, Richardson PG, Moslehi J. Cardiovascular and Thrombotic Complications of Novel Multiple Therapies: A Review. *JAMA Oncol*. 2016 Sept 15. Doi: 10.1001/jamaoncol.2016.3350 [Epub ahead of print]. PubMed PMID: 27632640.  [Review]

95. Li A, Lopes RD, **Garcia DA**. Use of Direct Oral Anticoagulants in Special Populations. *Hematol Oncol Clin North Am*. 2016 Oct;30(5):1053-71. Doi: 10.1016/j.hoc.2016-05-003. Review. PMID: 27637307. [Review]

96. Burnett AE, Bowles H, Borrego ME, Montoya TN, **Garcia DA**, Mahan C. Heparin-induced thrombocytopenia:  reducing misdiagnosis via collaboration between an inpatient anticoagulation pharmacy service and hospital reference laboratory. *J Thromb Thrombolysis*. 2016 Nov;42(4):471-8. Doi 10.1007/s11239-016-1381-0. PubMed PMID: 27229333.  [Original Work]

97. Samuelson BT, Cuker A, Siegal DM, Crowther M, **Garcia DA**. Laboratory Assessment of the Anticoagulant Activity of Direct Oral Anticoagulants:  A Systematic Review. *Chest*. 2017 Jan;151(1):127-138. doi: 10.1016/j.chest.2016.08.1461. PubMed PMID: 27637548.  [Original Work]

*b) Book Chapters*

1. **Garcia D.**, Crowther M., "Deep Vein Thrombosis.: *Hospital Medicine* , 2nd Edition, Ed. Robert M. Wachter, Ed. Lee Goldman, Ed. Harry Hollander. Lippincott, Williams and Wilkins, 2005. Print.

2. **Garcia D**., Cohen J., Burnett A. "Hemorrhagic Complications of Anticoagulants in Hospitalized Patients." *Inpatient Anticoagulation*, 1st Edition, Ed. Margaret Fang. Hoboken: Wiley-Blackwell, 2011. Print.

3. **Garcia D.**, MacIndoe C. "Venous Thromboembolism in the Neurologic Intensive Care Unit." *Textbook of Neurointensive Care*, Ed. Joseph Layon, Ed. Andrea Gabrielli, Ed. William Friedman. London: Springer, 2013. 343-353. Print.

4. **Garcia, David A.** and Samuelson, Bethany T. "Managing acute vascular events in patients with myeloproliferative neoplasms." *Managing Myeloproliferative Neoplasms: A Case-Based Approach*, Ed. Ruben A. Mesa, Ed. Claire N. Harrison. Cambridge: Cambridge University Press, 2016. 160-171. Print.

5. **Garcia D.**, Crowther M., Ageno W., "The Direct Oral Anticoagulant." *Practical Hemostasis and Thrombosis*, 3rd Edition. Ed. Nigel S. Key, Ed. Michael Makris, Ed. David Lillicrap, Oxford: Wiley & Sons, Ltd. 2017. 253-268. Print.

6. **Garcia DA**. Hemorrhagic complications of anticoagulants in hospitalized patients.  Chapter in *Inpatient Anticoagulation*, First Edition Wiley-Blackwell – Editor, Fang; 2011

7. **Garcia D,** Middledorp S, Sharathkumar A.  Thrombosis and Thrombophilia.  *American Society of Hematology Self-assessment Program*.  2016 (Steensma and Cuker, Eds.)

8. Samuelson, B. **Garcia D.** Thromboembolism in Myeloproliferative Neoplasms – in press

*c) Published Books, Videos, Software, etc.*

1. Antiplatelet and Anticoagulation Therapy. Ferro A and **Garcia D**. Editors. 1st Edition.  2013. ISBN: 978-1-4471-4296-6 (Print).

d)  *Other publications*

1.  **Garcia D**.  Commentary on: Below-knee elastic compression stockings reduced development of the post-thrombotic syndrome in proximal deep venous thrombosis.  *ACP J Club.* 142(1):7, 2005 [Editorial]

2.  Ageno W, Squizzato A, **Garcia D**, Imberti D.  Epidemiology and risk factors of venous thromboembolism.  *Semin Thromb Hemost.* 32(7):651-8, 2006 [Review]

3.  **Garcia D**, Hylek E.  Antithrombotic Therapy in Atrial Fibrillation.  *Clin Geriatr Med.*  22(1):155-66; 2006 [Review]

4.  **Garcia D**, Hylek E.  Commentary on: Development of a contemporary bleeding risk model for elderly warfarin recipients.  *ACP J Club.* 146(2):52; 2007 [Editorial]

5.  **Garcia D**, Spyropoulos A.  Update in the treatment of venous thromboembolism.  *Semin Respir Crit Care Med.*  29:40-46, 2008 [Review]

6.  **Garcia D**, Hylek E.  Reducing the risk for stroke in patients who have atrial fibrillation.  *Cardiol Clin.*  26:267-275, 2008 [Review]

7.  **Garcia D**.  Duration of anticoagulant therapy for patients with venous thromboembolism.  *Thromb Res.* 123 Suppl 1:S62-4, 2008 [Review]

8.  **Garcia D**.  Warfarin and pharmacogenomic testing: the case for restraint.  *Clin Pharmacol Ther.* 84(3):303-5, 2008 [Editorial]

9.  **Garcia D**.  ACP Journal Club. Review: D-dimer levels predict risk for recurrent VTE after anticoagulant therapy is stopped.  *Ann Intern Med.* 150(4):JC2-14, 2009 [Editorial]

10. **Garcia D**, Hylek E.  Warfarin pharmacogenetics.  *N Engl J Med.* 360(23):2474, 2009 [Letter to the Editor]

11. **Garcia D**.  Novel anticoagulants and the future of anticoagulation.  *Thromb Res.* 123 Suppl 4:S50-5. Review, 2009 [Review]

12. **Garcia DA**. Rethinking warfarin reversal.  *Blood.* 116(5):675-6, 2010 [Editorial]

13. **Garcia DA**.  Current therapeutic strategies and future perspectives for the treatment of venous thromboembolism.  *Curr Pharm Des.* 16(31):3475, 2010 [Review]

14. **Garcia DA**, Granger CB.  Anticoagulation, novel agents, and procedures: can we pardon the interruption?  *Circulation.* 126(3):255-7, 2012 [Editorial]

15. **Garcia D.**  ACP Journal Club. After a first proximal DVT, compression stockings did not prevent the post-thrombotic syndrome.  *Ann Intern Med*. Apr 15; 160(8):JC7. 2014 [Editorial]

16. **Garcia D.**  VTE risk and family history: provocative findings.  *Blood*. Sep 25; 124(13):2011. 2014. [Editorial]

e)  *Abstracts*

1.  Li A, Davis C, Wu Q, Kesten MF, Gopal AK, **Garcia DA**. "Management of Anticoagulation in Patients with Hematologic Malignancy Undergoing Autologous Hematopoietic Cell Transplantation." ASH Annual Meeting Abstracts. December 2016.

**Other**

a)   *Other Invited Lectures (see also CME lectures under TEACHING RESPONSIBILITIES on page 2)*

1.   "The Vitamin K Antagonists in 2010 – an Update" October 2010; International Symposium on Thrombosis and Anticoagulation, São Paulo, Brazil.

2.   "Personalized Medicine: Pharmacogenomics of Clopidogrel and Warfarin".  December 2010; American Society of Hematology Annual Meeting, Orlando, FL

3.   "Thrombosis and Anticoagulation". January 2011; Highlights of ASH North America, San Diego, CA

4.   "Thrombosis and Anticoagulation". April 2011; Highlights of ASH Latin America, Punta Del Este, Uruguay.

5.   "Cancer-Associated Thrombosis".  September 2011; McMaster University: Symposium on Thromboembolism, Hamilton, ON, Canada

6.   "A Debate on Bleeding Risk Models". October 2011; International Symposium on Thrombosis and Anticoagulation, Salvador, Brazil

7.   "The New Oral Anticoagulants".  November 2011; Stanford University School of Medicine: Safe Management of Anticoagulation Therapy, Palo Alto, CA

8.   "The Future of Anticoagulation".  November 2011; Mayo Clinic Internal Medicine Grand Rounds, Scottsdale, AZ

9.   "The Future of Anticoagulation".  January 2012; University of Washington Hematology Grand Rounds, Seattle, WA.

10.   "The Future of Anticoagulation".  March 2012; Johns Hopkins University Internal Medicine Grand Rounds, Baltimore, MD.

11.   "Cancer and Venous Thromboembolism" April 2012; Curso Internacional de Avances en Trombosis y Hemostasia, Pontificia Universidad Católica de Chile, (Santiago).

12.   "The Pharmacology of the New Anticoagulants". April 2012; American College of Physicians Annual Meeting, New Orleans, LA.

13.   "Changes to the ACCP Guidelines on the Prevention of VTE after Non-Orthopedic Surgery" June 2012; Groupe Interdisciplinaire Trousseau sur les Antithrombotiques, Paris, France.

14.   What's New in Bleeding and Clotting Disorders" August 2012; Mayo Clinic Hematology/Oncology Review Course, Amelia Island, FL.

15.   "An Update in Cancer and Thrombosis" October 2013; Grupo Cooperativo Latino mericano de Hemostasia y Trombosis, Cancún, Mexico.

16.   "Urgent Surgery with the Novel Anticoagulants" November 2013; American Heart Association Annual Meeting, Dallas, Texas.

17.   "Evidence-based Practice Guidelines: Balancing Rigor with User-friendliness" December 2013; American Society of Hematology Annual Meeting, New Orleans, LA.

18.   "An Update on the Targeted Oral Anticoagulants" June 2014; Internal Medicine Grand Rounds Memorial Sloan Kettering Cancer Center, New York, New New York.

January 2017

19.  "Treatment of Bleeding and Thromboembolism: The Old and the New" October 2014; International Symposium on Thrombosis and Anticoagulation, São Paulo, Brazil.

20.  "The Target Specific Anticoagulants" November 2014, Brazilian Congress of Hematolgoy and Hemotherapy, November 2014, Florianopolis, Brazil.

21.  Skating on thin ice with Blood Thinners" December 2014, American Society of Hematology Annual Meeting, San Francisco, CA.

# APPENDIX B

| Case | State | Date | Activity (Location) | Retained By |
|------|-------|------|---------------------|-------------|
| Scheffer adv. Fisher and Roberts | KS | Jan. 2013 | Deposition (Albuquerque, NM) | Daniel Giroux |
| Steadman adv. Oropeza | FL | June 2014 | Deposition (Seattle, WA) | McMillen Law Firm |
| Steadman adv. Oropeza | FL | Sept. 2014 | Trial testimony | McMillen Law Firm |
| Josefson adv. Northwestern University Medical Center | IL | Apr. 2015 | Deposition (Seattle, WA) | Patrick Vezino (Baker & Enright) |
| Kuehn adv. Gaiha et al. | IL | July 2015 | Deposition (Seattle, WA) | Timothy Richardson |
| Scheffer adv. Fisher and Roberts | KS | Sept. 2015 | Trial Testimony | Daniel Giroux |
| Lurix adv. Goodell | NM | Dec. 2016 | Deposition (Seattle, WA) | William Winter |
| Miceli adv. State of Connecticut | CT | Feb. 2017 | Deposition (Seattle, WA) | Joshua Koskoff |

# APPENDIX C

*CURRICULUM VITAE FOR ACADEMIC PROMOTION*
The Johns Hopkins University School of Medicine

## DEMOGRAPHIC INFORMATION

### Current Appointments

University:

| | |
|---|---|
| 2008-present | Associate Professor, Department of Medicine, Johns Hopkins |
| 2012-present | Associate Professor, Department of Pathology, Johns Hopkins |
| 2012-present | Associate Faculty, Armstrong Institute for Patient Safety and Quality |

Hospital:

| | |
|---|---|
| 1997-present | Attending Physician, The Johns Hopkins Hospital |
| 2000-present | Medical Director, The Johns Hopkins Hospital Special Coagulation Laboratory |
| 2000-present | Attending Physician, The Johns Hopkins Hospital Comprehensive Hemophilia Treatment Center |

Other:

| | |
|---|---|
| 2009-present | Chairman, Venous Thromboembolism Guidelines Committee, National Comprehensive Cancer Network |
| 2013-present | Board Member, Anticoagulation Forum |
| 2014-present | President, Medical and Scientific Advisory Board, National Blood Clot Alliance |

### Personal Data:

Hematology
Medicine
1830 Building, Suite 7300
1830 E. Monument Street
Baltimore, MD 21205
410-502-8642
410-614-8601
mstreif@jhmi.edu

### Education and Training (in chronological order)

Undergraduate
| | |
|---|---|
| 1983 | B.S., Biology, Washington and Lee University, Lexington VA |

Graduate/Doctoral
| | |
|---|---|
| 1984 | Fulbright Scholar, Biochemistry, University of Ulm, Germany |
| 1988 | M.D., Medicine, Johns Hopkins University, Baltimore, MD |

Postdoctoral
| | |
|---|---|
| 1988-1989 | Intern, Medicine, University of Florida, Gainesville, FL |
| 1989-1991 | Resident, Medicine, University of Florida, Gainesville, FL |
| 1991-1997 | Fellow, Hematology/Oncology, Johns Hopkins University, Baltimore, MD |

### Professional Experience
| | |
|---|---|
| 1997-2000 | Instructor, Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2000-2008 | Assistant Professor, Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2003-present | Medical Director, The Johns Hopkins Anticoagulation Management Service and Outpatient Clinics |

2

2008-present      Associate Professor, Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

## PUBLICATIONS:

### Original Research [OR]

1.  Loveys DA, *Streiff MB, Kato GJ. Id-3 is a General negative regulator of basic-helix-loop-helix transcriptional activators. Nucleic Acids Res 1996; 24(14):2813-2820. *provided experimental data [OR]

2.  Loveys, DA, *Streiff MB, Schaefer, TS, Kato, GJ.  The mUBC9 murine conjugating enzyme interacts with the E2A transcription factors. Gene 1997; 201(1-2):169-177. *provided experimental data [OR]

3.  **Streiff MB,** Dundes L, Spivak JL. A mail survey of United States hematologists and oncologists: A comparison of business reply versus stamped return envelopes. J Clin Epidemiol. 2001; 54(4):430-432. [OR]

4.  Arai S. Allan C, *Streiff MB, Hutchins GM Vogelsang GB, Tsai H-M. Von Willebrand factor-cleaving protease  activity and proteolysis of von Willebrand factor in bone marrow transplant-associated thrombotic microangiopathy. Hematol J. 2001;2(5):292-299.*study design, manuscript writing [OR]

5.  **Streiff MB,** Ness PM. Acquired factor V inhibitors: a needless iatrogenic complication of bovine thrombin exposure. Transfusion. 2002; 42(1):18-26. [OR]

6.  **Streiff MB,** Spivak JL. The diagnosis and management of polycythemia vera in the post-polycythemia vera study group era: A survey of American Society of Hematology (ASH) members' practice patterns. Blood.  2002; 99(4):1144-1149. [OR]

7.  Ogawa R, *Streiff MB, Bugayenko A, Kato GJ. Inhibition of PDE4 phosphodiesterase activity induces growth suppression, apoptosis, glucocorticoid sensitivity, p53 and p21$^{WAF1/CIP1}$ proteins in human acute lymphoblastic leukemia cells. Blood. 2002; 99(9):3390-97. *provided experimental data [OR]

8.  **Streiff MB,** Mehta S, Thomas DL. Peripheral blood count abnormalities among persons with hepatitis C in the United States. Hepatology. 2002; 35(4):947-952. [OR]

9.  Segal JB, Eng J, Jenckes MW, Tamariz LJ, Bolger DT, Krishnan JA, *Streiff MB, Harris KA, Feuerstein CJ,  Bass EB. Diagnosis and treatment of deep venous thrombosis and pulmonary embolism. Evid Rep Technol  Assess (Summ). 2003;(68):1-6.*Data collection/analysis, manuscript writing [OR]

10. Segal JB, Bolger DT, Jenckes MW, Krishnan JA, *Streiff MB. Eng J, Tamariz LJ, Bass EB. Outpatient therapy  with low molecular weight heparin for treatment of venous thromboembolism: a systematic review of efficacy, safety and costs. Am J Med. 2003; 115(4):298-308. * Data collection/analysis, manuscript editing [OR]

11. Thomas PA, Diener-West M, Canto MI, Martin DR, Post WS, **Streiff MB.** Academic promotion and career path: Results of a faculty survey at the Johns Hopkins University School of Medicine. Acad Med. 2004;79(3):258-264. [OR]

12. **Streiff MB,** Segal J, Grossman SA, Kickler TS, Weir EG. ABO blood group is a potent risk factor for venous thromboembolism in patients with malignant gliomas. Cancer. 2004; 100(8):1717-1723. [OR]

13. Krishnan JA, Segal JB, *Streiff MB, Bolger DT, Eng J, Jenckes MW, Tamariz LJ, Bass EB. Treatment of  venous thromboembolism with low molecular weight heparin: A synthesis of the evidence published in  systematic literature reviews. Respir Med. 2004; 98(5):376-386. * Data collection/analysis, manuscript editing [OR]

14. Tamariz LJ, Eng J, Segal JB, Krishnan JA, Bolger DT, *Streiff MB, Jenckes MW, Bass EB. Usefulness of  clinical prediction rules for the diagnosis of venous thromboembolism: a systematic review. Am J Med.  2004; 117(9):767-784. * Data collection/analysis, manuscript editing [OR]

15. Eng J, Krishnan JA, Segal JB, Bolger DT, Tamariz LJ, *Streiff MB, Jenckes MW, Bass EB. Accuracy of  computed tomography in the diagnosis of pulmonary embolism: a systematic literature review. Am J  Roentgen. 2004; 183(6): 1819-1827. * Data collection/analysis, manuscript editing [OR]

16. de Alarcon P, Benjamin R, Dugdale M, Kessler C, Shopnick R, Smith P, Abshire T, Hambleton J, Matthew P, Ortiz I, Cohen A, Konkle B, *Streiff MB, Lee M, Corash L and Wages D. Fresh frozen plasma prepared with photochemical pathogen inactivation (PCT-FFP): Transfusion of patients with congenital coagulation factor deficiencies. Transfusion. 2005; 45(8):1362-1372. * Data collection, manuscript editing [OR]

17. Kim HS, Patra A, Khan J, Arepally A, **Streiff MB.** Transhepatic catheter-directed thrombectomy and thrombolysis of acute superior mesenteric venous thrombosis. J Vasc Intervent Radiol. 2005; 16(12):685-691. [OR]

18. Mintz PD, Bass NM, Steadman R, Petz LD, *Streiff MB, McCullough JJ, Burks S, Valentine ME, Corash L,  Wages D. S-59 photochemically treated fresh frozen plasma for treatment of patients with the acquired

3

coagulopathy of liver disease. Blood. 2006; 107(9):3753-3760. * Data collection/analysis, manuscript editing [OR]

19. **Streiff MB**, Segal JB, Tamariz LJ, Jenckes MW, Bolger DT, Eng J, Krishnan JA, Bass EB. Duration of oral anticoagulation for venous thromboembolism: A systematic review of the literature. Am J Hematol.  2006; 81(9):684-691. [OR]

20. Kim HS, Patra A, Paxton BE, Khan J, **Streiff MB**. Adjunctive percutaneous mechanical thrombectomy for lower extremity deep vein thrombosis: Clinical and economic outcomes. J Vasc Intervent Radiol. 2006; 17(7):1099-1104. [OR]

21. Kim HS, Patra A, Paxton BE, Khan J, **Streiff MB**. Catheter-directed thrombolysis with percutaneous rheolytic thrombectomy vs. thrombolysis alone in upper and lower extremity DVT. Cardiovasc Intervent Radiol. 2006; 29(6):1003-1007. [OR]

22. Gerber DE, Segal JB, Salhotra A, Olivi A, **Streiff MB**. Venous thromboembolism occurs rarely in post-operative meningioma patients receiving combined modality prophylaxis. Cancer. 2007; 109(2):300-305. [OR]

23. Segal JB, *****Streiff MB**, Hoffman LV, Thornton K, Bass EB. Management of venous thromboembolism with  low molecular weight heparin, catheter-directed thrombolysis, vena cava filters, compression stockings and  oral anticoagulants: a systematic review of the evidence. Ann Intern Med. 2007; 146(3):211-222. * Data collection/analysis, manuscript editing [OR]

24. Ahonkhai AA, Gebo KA, *****Streiff MB**, Moore RD, Segal JB. Venous thromboembolism in patients with  HIV/AIDS: A case-control study. J Acquir Immune Defic Syndr. 2008; 48(3):310-314. * Study design, manuscript editing [OR]

25. Kim HS, Preece SR, Black JH, Pham LD, **Streiff MB**. Safety of catheter-directed thrombolysis for deep venous thrombosis in cancer patients. J Vasc Surg. 2008; 47(2):388-394. [OR]

26. Kim HS, Young MJ, Narayan AK, Hong K, Liddell RP, **Streiff MB**. A comparison of clinical outcomes with retrievable and permanent inferior vena cava filters. J Vasc Interv Radiol. 2008; 19:393-399. [OR]

27. Gerber DE, Segal JB, Levy MY, Kane J, Jones RJ, **Streiff MB**. The incidence of and risk factors for venous thromboembolism (VTE) and bleeding among 1,514 patients undergoing hematopoietic stem cell transplantation: Implications for VTE prevention. Blood. 2008; 112(3):504-510. [OR]

28. Biscup-Horn P, *****Streiff MB**, Ulbrich T, Nesbit TW, Shermock KM. Impact of an anticoagulation management  service on inpatient clinical and economic outcomes. Ann Pharmacother. 2008; 42(6):777-782. * Study design, Data collection/analysis, manuscript editing [OR] [QI/SI]

29. Shermock KM, Connor JT, Lavallee DC and **Streiff MB**. Clinical decision-making as the basis for assessing agreement between measures of the International Normalized Ratio. J Thromb Haemost. 2009; 7(1):87-93. [OR] [QI/SI]

31. Zhan H, *****Streiff MB**, King KE, Segal JB. Thrombotic thrombocytopenic purpura at the Johns Hopkins Hospital from 1992 to 2008: Clinical outcomes and risk factors for relapse. Transfusion. 2010; 50(4):868-874. * Study design, data collection/analysis, manuscript editing [OR]

32. Shermock KM, Connor JT, Lavallee DC, **Streiff MB**. Assessment of agreement between INR measures must correspond to a clinical reality. Clin Chim Acta. 2010; 411(17-18):1384-1385. [OR] [QI/SI]

33. Shermock KM, Clarke W, **Streiff MB**. A superior method to report clinically relevant quality information about the point-of-care INR device performance compared with the International Organization for Standardization guidelines. Clin Chim Acta. 2010; 411(21-22):1756-1760. [OR] [QI/SI]

34. Dalrymple PW, Lehmann HP, Roderer NK, **Streiff MB**. Applying evidence in practice: a qualitative case study of the factors affecting residents' decisions. Health Informatics J. 2010; 16(3):177-188. [OR]

35. Raman R, Leming PD, Bhandari M, Long D, **Streiff MB**. Inferior vena cava filters in the management of cancer-associated venous thromboembolism: A systematic review. Oncol Rev 2010; 4(3):147-157. [OR]

36. Muellner SK, Haut ER, *****Streiff MB**, Holcomb JB, Cotton BA. ABO blood group as a potential risk factor for  venous thromboembolism in acutely injured patients. Thromb Haemost. 2011; 105(1):5-13. * Data analysis, manuscript editing [OR]

37. Haut ER, Schneider EB, Patel A, *****Streiff MB**, Haider AH, Stevens KA, Chang DC, Neal ML, Hoeft C,  Nathens AB, Cornwell EE 3rd, Pronovost PJ, Efron DT. Duplex Ultrasound Screening for Deep Vein  Thrombosis in Asymptomatic Trauma Patients: A Survey of Individual Trauma Surgeon Opinions and  Current Trauma Center Practices. J Trauma. 2011; 70(1):27-34. * Data analysis, manuscript editing [OR]

38. Wellman JC, Kraus PS, Burton BL, Ensor CR, Nesbit TW, Ross PA, Thomas ML, **Streiff MB**. Development

4

and implementation of a pharmacist-managed inpatient anticoagulation monitoring program. Am J Health Syst Pharm. 2011; 68(10):934-939. [OR] [QI/SI]

39.   Boelig MM, **Streiff MB**, Hobson DB, Kraus PS, Pronovost PJ, Haut ER. Are sequential compression devices  commonly associated with in-hospital falls? A myth-busters review using the patient safety net database. J  Patient Saf. 2011; 7(2):77-79. * Study design, data analysis, manuscript editing [OR]

40.   Shermock KM, **Streiff MB**, Pinto BL, Kraus P, Pronovost PJ. Novel analysis of clinically relevant diagnostic  errors in point-of-care devices. J Thromb Haemost. 2011; 9(9):1769-1775. * Data analysis, manuscript editing [OR] [QI/SI]

41.   Tabibian JH, **Streiff MB**. Inflammatory bowel disease-associated thromboembolism: A systematic review of outcomes with anticoagulation versus catheter-directed thrombolysis. Inflamm Bowel Dis. 2012; 18(1):161-171. [OR]

42.   Mayer RS, **Streiff MB**, Hobson DB, Halpert DE, Berenholtz SM. Evidence-based venous thromboembolism  prophylaxis is associated with a six-fold decrease in numbers of symptomatic venous thromboembolism in  rehabilitation inpatients. PM R. 2011; 3(12):1111-1115. * Study design, data collection/analysis, manuscript editing [OR] [QI/SI]

43.   Shermock KM, Tandon S, Sorgen PJ, Lavallee DC, Clarke W, **Streiff MB**. Comparative performance of two methods that assess the quality of international normalized ratio measures. Clin Biochem. 2012; 45(7-8):530-534. [OR] [QI/SI]

44.   **Streiff MB**, Carolan HT, Hobson DB, Kraus PS, Holzmueller CG, Demski R, Lau BD, Biscup-Horn P, Pronovost PJ, Haut ER. Lessons from the Johns Hopkins Multi-Disciplinary Venous Thromboembolism (VTE) Prevention Collaborative. BMJ. 2012; 344:e3935. [OR]  [QI/SI]

45.   Haut ER, Lau BD, Kraenzlin FS, Hobson DB, Kraus PS, Carolan HT, Haider AH, Holzmueller CG, Efron DT, Pronovost PJ, **Streiff MB**. Improved prophylaxis and decreased rates of preventable harm with the use of  a mandatory computerized clinical decision support tool for prophylaxis for venous thromboembolism in  trauma. Arch Surg. 2012; 147(10):901-907. [OR] [QI/SI]

46.   Carter KL, ***Streiff MB**, Ross PA, Wellman JC, Thomas ML, Kraus PS, Shermock KM. Analysis of the projected utility of dabigatran, rivaroxaban, and apixaban and their future impact on existing Hematology and Cardiology Anticoagulation Clinics at The Johns Hopkins Hospital. J Thromb Thrombolysis. 2012; 34(4):437-445. * Study design, data collection/analysis, manuscript editing [OR]

47.   Darbari DS, Desai D, Arnaldez F, Desai K, Kallen J, Strouse J, ***Streiff MB**, Hong K, Takemoto CM. Safety  and efficacy of catheter directed thrombolysis in children with deep venous thrombosis. Br J Haematol.  2012; 159(3):376-378. * Data analysis, manuscript editing [OR]

48.   Narayan A, Eng J, Carmi L, McGrane S, Ahmed M, Sharrett AR, ***Streiff MB**, Coresh J, Powe N, Hong K. Iliac  vein compression as risk factor for left-versus right-sided deep venous thrombosis: Case-control study. Radiology. 2012; 265(3):949-957. * Study design, data analysis, manuscript editing [OR]

49.   Likes K, Rochlin D, Nazarian SM, ***Streiff MB**, Freischlag JA. Females with subclavian vein thrombosis may  have an increased risk of hypercoagulability. JAMA Surg. 2013; 148(1):44-49. * Data collection/analysis, manuscript editing [OR]

50.   Monn MF, Haut ER, Lau BD, ***Streiff MB**, Wick EC, Efron JE, Gearhart SL. Is venous thromboembolism in  colorectal surgery patients preventable or inevitable? One institution's experience. J Am Coll Surg. 2013; 216(3):395-401. * Study design, data collection/analysis, manuscript editing [OR]

51.   Takemoto CM, ***Streiff MB**, Shermock KM, Kraus PS, Chen J, Jani J, Kickler T. Activated partial thromboplastin time and anti-Xa measurements in heparin monitoring: biochemical basis for discordance. Am J Clin Pathol. 2013; 139(4):450-456. * Study design, data collection/analysis, manuscript editing [OR]

52.   Aboagye JK, Lau BD, Schneider EB, ***Streiff MB**, Haut ER. Linking processes and outcomes: a key strategy to  prevent and report harm from venous thromboembolism in surgical patients. JAMA Surg. 2013; 148(3):299-300. * Data analysis, manuscript editing [OR] [QI/SI]

53.   Naik RP, ***Streiff MB,** Haywood C Jr, Nelson JA, Lanzkron S.  Venous Thromboembolism in adults with  sickle cell disease: A serious and under-recognized complication. Am J Med. 2013; 126(5):443-449. * Study design, data analysis, manuscript editing [OR]

54.   Shermock KM, Lau BD, Haut ER, Hobson DB, Ganetsky VS, Kraus PS, Efird LE, Lehmann CU, Pinto BL, Ross PA, **Streiff MB**. Patterns of non-administration of ordered doses of venous thromboembolism prophylaxis: Implications for novel intervention strategies. PLoS One. 2013; 8(6):e66311. [OR] [QI/SI]

55.   Zeidan AM*, **Streiff MB***, Lau BD, Ahmed SR, Kraus PS, Hobson DB, Carolan H, Lambrianidi C, Horn PB, Shermock KM, Tinoco G, Siddiqui S, Haut ER. Impact of a venous thromboembolism (VTE) prophylaxis

"smart order set": Improved compliance, fewer events. Am J Hematol. 2013; 88(7):545-549. * equal first author effort - * Study design, data collection/analysis, manuscript writing and editing [OR] [QI/SI]

56. Shinohara RT, <u>Narayan AK</u>, Hong K, Kim HS, Coresh J, **\*Streiff MB**, Frangakis CE. Estimating parsimonious models of longitudinal causal effects using regressions on propensity scores. Stat Med. 2013; 32(22):3829-3837. * Manuscript editing [OR]

57. Takemoto CM, Sohi S, Desai K, Bharaj R, Khanna A, McFarland S, Klaus S, Irshad A, Goldenberg NA, Strouse JJ, **Streiff MB.** Hospital-Associated Venous Thromboembolism in Children: Incidence and Clinical Characteristics. J Pediatr. 2014; 164(2):332-338. [OR]

58. Lonze BE, Zachary AA, Magro CM, Desai NM, Orandi BJ, Dagher NN, Singer AL, Carter-Monroe N, Nazarian SM, Segev DL, **\*Streiff MB**, Montgomery RA. Eculizumab prevents recurrent antiphospholipid antibody syndrome and enables successful renal transplantation. Am J Transplant. 2014; 14(2):459-465. * Data analysis, manuscript editing [OR]

59. <u>Bishop MA</u>, **\*Streiff MB**, Ensor CR, Tedford RJ, Russell SD, Ross PA. Pharmacist-managed international normalized ratio patient self-testing is associated with increased time in therapeutic range in patients with left ventricular assist devices at an academic medical center. ASAIO J. 2014; 60(2):193-198. * Study design, data analysis, manuscript editing [OR] [QI/SI]

60. <u>Newman MJ</u>, Kraus PS, Shermock KM, Lau BD, Haut ER, Hobson DB, **Streiff MB**. Non-administration of thromboprophylaxis in hospitalized patients with HIV: A missed opportunity for prevention? J Hosp Med. 2014; 9(4): 215-220. [OR] [QI/SI]

61. Johnbull EA, Lau BD, Schneider EB, **Streiff MB**, Haut ER. No association between hospital-reported perioperative venous thromboembolism prophylaxis and outcome rates in publicly reported data. JAMA Surg. 2014; 149(4):400-401. * Data analysis, manuscript editing [OR] [QI/SI]

62. Monn MF, Hui X, Lau BD, **Streiff M**, Haut ER, Wick EC, Efron JE, Gearhart SL. Infection and venous thromboembolism in patients undergoing colorectal surgery: What is the relationship? Dis Colon Rectum. 2014; 57(4): 497-505. * Manuscript editing [OR]

63. <u>Elder S</u>, Hobson DB, Rand CS, **\*Streiff MB**, Haut ER, Efird LE, Kraus PS, Lehmann CU, Shermock KM. Hidden barriers to delivery of pharmacological venous thromboembolism prophylaxis: The role of nursing beliefs and practices. J Patient Saf. 2016 Jun; 12(2):63-8. * Study design, data analysis, manuscript editing [OR] [QI/SI]

64. <u>Narayan A</u>, Hong K, **\*Streiff M**, Shinohara R, Frangakis C, Coresh J, Kim HS. The impact of cancer on the clinical outcome of patients after inferior vena cava filter placement: A retrospective cohort study. Am J Clin Oncol. 2016 Jun; 39(3):294-301. * Study design, data collection/analysis, manuscript editing [OR]

65. <u>Zeidan AM</u>, Wellman J, Forde PM, Bolaños-Meade J, **Streiff MB**. Venous thromboembolism prophylaxis in hematopoietic stem cell transplantation patients: an international web-based survey of healthcare providers. J Thromb Thrombolysis. 2014; 37(4):524-526. [OR]

66. Zwicker JI, Rojan A, Campigotto F, Rehman N, Funches R, Connolly G, <u>Webster J</u>, Aggarwal A, Mobarek D, Faselis C, Neuberg D, Rickles FR, Wun T, **\*Streiff MB**, Khorana AA. Pattern of frequent but nontargeted pharmacologic thromboprophylaxis for hospitalized patients with cancer at academic medical centers: A prospective, cross-sectional, multicenter study. J Clin Oncol. 2014; 32(17):1792-1796. * Data collection/analysis, manuscript editing [OR]

67. Amankwah EK, Atchison CM, Arlikar S, Ayala I, Barrett L, Branchford BR, **\*Streiff M**, Takemoto C, Goldenberg NA. Risk factors for hospital-associated venous thromboembolism in the neonatal intensive care unit. Thromb Res. 2014; 134(2):305-309. * Data analysis, manuscript editing [OR]

68. Atchison CM, Arlikar S, Amankwah E, Ayala I, Barrett L, Branchford BR, **\*Streiff M,** Takemoto C, Goldenberg NA. Development of a new risk score for hospital-associated venous thromboembolism in non-critically ill children: Findings from a large single-institutional case-control study. J Pediatr. 2014; 165(4):793-798. * Data analysis, manuscript editing [OR]

69. <u>Naik RP</u>, **\*Streiff MB**, Haywood C Jr, Segal JB, Lanzkron S. Venous thromboembolism incidence in the Cooperative Study of Sickle Cell Disease. J Thromb Haemost. 2014; 12(12):2010-2016. * Data analysis, manuscript editing [OR]

70. Lau BD, Haider AH, **\*Streiff MB**, Lehmann CU, Kraus PS, Hobson DB, Kraenzlin FS, <u>Zeidan AM</u>, Pronovost PJ, Haut ER. Eliminating health care disparities with mandatory clinical decision support: The venous thromboembolism (VTE) example. Med Care. 2015; 53(1):18-24. * Study design, data collection/analysis, manuscript editing [OR] [QI/SI]

71. <u>Wong A</u>, Kraus PS, Lau BD, **\*Streiff MB**, Haut ER, Hobson DB, Shermock KM. Patient preferences

regarding pharmacologic venous thromboembolism prophylaxis. J Hosp Med. 2015; 10(2):108-111. * Study design, data collection/analysis, manuscript editing [OR] [QI/SI]

72.   Hohner EM, Kruer RM, Gilmore VT, *Streiff M, Gibbs H. Unfractionated heparin dosing for therapeutic anticoagulation in critically ill obese adults. J Crit Care. 2015; 30(2):395-399. * Study design, data analysis, manuscript editing [OR]  [QI/SI]

73.   Michtalik HJ, Carolan HT, Haut ER, Lau BD, *Streiff MB, Finkelstein J, Pronovost PJ, Durkin N, Brotman DJ. Use of provider-level dashboards and pay-for-performance in venous thromboembolism prophylaxis. J Hosp Med. 2015; 10(3):172-178. * Study design, data collection/analysis, manuscript editing [OR] [QI/SI]

74.   Steele KE, Canner J, Prokopowicz G, Verde F, Beselman A, Wyse R, Chen J, *Streiff M, Magnuson T, Lidor A, Schweitzer M. The EFFORT trial: Preoperative enoxaparin versus postoperative fondaparinux for thromboprophylaxis in bariatric surgical patients: a randomized double-blind pilot trial. Surg Obes Relat Dis. 2015; 11(3):672-683. * Data analysis, manuscript editing [OR]

75.   Trucco M, Lehmann CU, Mollenkopf N, *Streiff MB, Takemoto CM. Retrospective cohort study comparing activated partial thromboplastin time versus anti-factor Xa activity nomograms for therapeutic unfractionated heparin monitoring in pediatrics. J Thromb Haemost. 2015; 13(5):788-794. * Study design, data analysis, manuscript editing [OR] [QI/SI]

76.   Gavriilaki E, Yuan X, Ye Z, Ambinder AJ, Shanbhag SP, *Streiff MB, Kickler TS, Moliterno AR, Sperati CJ, Brodsky RA. Modified Ham test for atypical hemolytic uremic syndrome. Blood. 2015; 125(23):3637-3646. * Data collection, manuscript editing [OR]

77.   Lau BD, Haut ER, Hobson DB, Kraus PS, Maritim C, Austin JM, Shermock KM, Maheshwari B, Allen PX, Almario A, **Streiff MB**. ICD-9 code-based venous thromboembolism performance targets fail to measure up. Am J Med Qual. 2016 Sep; 31(5):448-53. [OR] [QI/SI]

78.   Arlikar SJ, Atchison CM, Amankwah EK, Ayala IA, Barrett LA, Branchford BR, *Streiff MB, Takemoto CM, Goldenberg NA. Development of a new risk score for hospital-associated venous thromboembolism in critically-ill children not undergoing cardiothoracic surgery. Thromb Res. 2015 Oct; 136(4):717-22. * Data analysis, manuscript editing [OR] [QI/SI]

79.   Lau BD, *Streiff MB, Pronovost PJ, Haider AH, Efron DT, Haut ER. Attending Physician Performance Measure Scores and Resident Physicians' Ordering Practices. JAMA Surg. 2015 Aug; 150(8):813-4. * Data collection, manuscript editing [OR] [QI/SI]

80.   **Streiff MB**, Ye X, Kickler TS, Desideri S, Jani J, Fisher J, Grossman SA. A prospective multicenter study of venous thromboembolism in patients with newly-diagnosed high-grade glioma: hazard rate and risk factors. J Neurooncol. 2015 Sep; 124(2):299-305. [OR]

81.   Haut ER, Lau BD, Kraus PS, Hobson DB, Maheshwari B, Pronovost PJ, **Streiff MB**. Preventability of hospital-acquired venous thromboembolism. JAMA Surg. 2015; 150(9):912-915. [OR] [QI/SI]

82.   Lee EJ, Smith BD, Merrey JW, Lee AI, Podoltsev NA, Barbarotta L, Litzow MR, Prebet T, Luger SM, Gore S, *Streiff MB, Zeidan AM. Patterns of venous thromboembolism prophylaxis during treatment of acute leukemia: Results of a North American web-based survey. Clin Lymphoma Myeloma Leuk. 2015 Dec; 15(12):766-770. * Study design, data collection/analysis, manuscript editing [OR]

83.   Tamrazi A, Wadhwa V, Holly B, Bhagat N, Marx JK, *Streiff M, Lessne ML. Percutaneous retrieval of permanent inferior vena cava filters. Cardiovasc Intervent Radiol. 2016 Apr; 39(4):538-46. * Data analysis, manuscript editing [OR]

84.   Lau BD, Arnaoutakis GJ, *Streiff MB, Howley IW, Poruk KE, Beaulieu R, Ellison TA, Van Arendonk KJ, Kraus PS, Hobson DB, Holzmueller CG, Black JH 3rd, Pronovost PJ, Haut ER. Individualized Performance Feedback to Surgical Residents Improves Appropriate Venous Thromboembolism Prophylaxis Prescription and Reduces Potentially Preventable VTE: A Prospective Cohort Study.Ann Surg. 2016 Dec; 264(6):1181-1187. * Data collection/analysis, manuscript editing [OR] [QI/SI]

85.   Sankey EW, Lopez J, Zhong SS, Susarla H, Jusué-Torres I, Liauw J, Huang J, *Streiff M, Brem H, Gordon CR. Anticoagulation for Hypercoagulable Patients Associated with Complications after Large Cranioplasty Reconstruction. Plast Reconstr Surg. 2016 Feb; 137(2):595-607. * Data analysis, manuscript editing [OR]

86.   Yu TT, Nelson J, *Streiff MB, Lanzkron S, Naik RP. Risk factors for venous thromboembolism in adults with hemoglobin SC or Sβ (+) thalassemia genotypes. Thromb Res. 2016 May; 141:35-8. *Manuscript editing. [OR]

7

87. Yen J, Van Arendonk KJ, ***Streiff MB**, McNamara L, Stewart FD, Conner KG, Thompson RE, Haut ER, Takemoto CM. Risk Factors for Venous Thromboembolism in Pediatric Trauma Patients and Validation of a Novel Scoring System: The Risk of Clots in Kids With Trauma Score. Pediatr Crit Care Med. 2016 May; 17(5):391-9. * Data analysis, manuscript editing. [OR]

88. Popoola VO, Lau BD, Shihab HM, Farrow NE, Shaffer DL, Hobson DB, Kulik SV, Zaruba PD, Shermock KM, Kraus PS, Pronovost PJ, ***Streiff MB**, Haut ER. Patient Preferences for Receiving Education on Venous Thromboembolism Prevention - A Survey of Stakeholder Organizations. PLoS One. 2016 Mar 31; 11(3):e0152084. doi: 10.1371/journal.pone.0152084. eCollection 2016. * Data analysis, manuscript editing. [OR]

89. Bishop MA, **Streiff MB.** Effects of anticoagulation provider continuity on time in therapeutic range for warfarin patients. J Thromb Thrombolysis. 2016 Aug; 42(2):283-7. [OR] [QI/SI]

90. Schünemann HJ, Ventresca M, Crowther M, Briel M, Zhou Q, Garcia D, Lyman G, Noble S, Macbeth F, Griffiths G, DiNisio M, Iorio A, Beyene J, Mbuagbaw L, Neumann I, Van Es N, Brouwers M, Brozek J, Guyatt G, Levine M, Moll S, Santesso N, ***Streiff M**, Baldeh T, Florez I, Gurunlu Alma O, Solh Z, Ageno W, Marcucci M, Bozas G, Zulian G, Maraveyas A, Lebeau B, Buller H, Evans J, McBane R, Bleker S, Pelzer U, Akl EA; IPDMA heparin use in cancer patients research group. Use of heparins in patients with cancer: individual participant data meta-analysis of randomized trials study protocol. BMJ Open. 2016 Apr 29; 6(4):e010569. doi: 10.1136/bmjopen-2015-010569. PMID: 27130164 *Manuscript editing. [OR]

91. Piechowski KL, Elder S, Efird LE, Haut ER, ***Streiff MB**, Lau BD, Kraus PS, Rand CS, Popoola VO, Hobson DB, Farrow NE, Shaffer D, Shermock KM. Prescriber knowledge and attitudes regarding non-administration of prescribed pharmacologic venous thromboembolism prophylaxis. J Thromb Thrombolysis. 2016 Nov; 42(4):463-70. * Study design, data analysis, manuscript editing [OR] [QI/SI]

92. Farrow NE, Lau BD, JohnBull EA, Hobson DB, Kraus PS, Taffe ER, Shaffer DL, Popoola VO, ***Streiff MB**, Pronovost PJ, Haut ER. Is the Meaningful Use Venous Thromboembolism VTE-6 Measure Meaningful? A Retrospective Analysis of One Hospital's VTE-6 Cases.Jt Comm J Qual Patient Saf. 2016 Sep; 42(9):410-6.PMID: 27535458 *Study design, data analysis, manuscript editing. [OR] [QI/SI]

93. Lau BD, ***Streiff MB**, Hobson DB, Kraus PS, Shaffer DL, Popoola VO, Farrow NE, Efron DT, Haut ER. Beneficial "halo effects" of surgical resident performance feedback. J Surg Res. 2016 Sep; 205(1):179-85. *Study design, data analysis, manuscript editing. [OR] [QI/SI]

94. Kander EM, Moliterno AR, Rademaker A, ***Streiff MB**, Spivak JL, Stein BL. Practice Patterns in the Diagnosis and Treatment of Polycythemia Vera in the Post-JAK2 V617F Discovery Era. J Natl Compr Canc Netw. 2016 Oct; 14(10):1238-1245. *Study design, data analysis, manuscript editing. [OR]

95. Finkelman BS, French B, Bershaw L, Brensinger CM, ***Streiff MB**, Epstein AE, Kimmel SE. Predicting prolonged dose titration in patients starting warfarin. Pharmacoepidemiol Drug Saf. 2016 Nov; 25(11):1228-1235.*Data collection, manuscript editing. [OR]

## Review Articles [RA]

1. **Streiff M.B.** and Bell W.R. Thrombotic thrombocytopenic purpura-hemolytic uremic syndrome. Curr Opin Hematol. 1993; 274-283. [RA]

2. **Streiff M.B.** and Bell W.R. Exercise and hemostasis in man. Semin Hematol. 1994; 31(2):155-165. [RA]

3. **Streiff M.B.** Vena Caval Filters: A comprehensive review. Blood. 2000; 95(12):3669-3677. [RA]

4. **Streiff, MB.** Vena caval filters: A review for intensive care specialists. J Intensive Care Med 2003; 18(2):59- 79. [RA]

5. MacFarland EG, Gill HS, Laporte D, **Streiff MB.** Miscellaneous conditions about the elbow in athletes. Clin in Sports Med. 2004; 23(4):743-763. [RA]

6. Hann CL, **Streiff MB.** The role vena caval filters in the management of venous thromboembolism. Blood Rev. 2005; 19(4):179-202. [RA]

7. Gerber DE, Grossman SA, **Streiff MB.** Management of venous thromboembolism in patients with primary and metastatic brain tumors. J Clin Oncol. 2006; 24(8):1310-1318. [RA]

8. **Streiff, M.B.** Long-term therapy of venous thromboembolism in cancer patients. J Natl Compr Canc Netw 2006; 4(9):903-910. [RA]

9. El-Shami K, Griffiths E, **Streiff, MB.** Nonbacterial thrombotic endocarditis in cancer patients:

8

pathogenesis, diagnosis and treatment. Oncologist 2007; 12(5):518-523. [RA]

10. Tschoe M, Kim HS, Brotman D, **Streiff MB**. Retrievable vena cava filters: A clinical review. J Hosp Med 2009; 4(7):441-448. [RA]

11. **Streiff MB**. Diagnosis and Initial Treatment of Venous Thromboembolism in Patients with Cancer. J Clin Oncol. 2009; 27(29):4889-4894. [RA]

12. **Streiff MB**. Anticoagulation in the management of venous thromboembolism in the cancer patient. J Thromb Thrombolysis. 2011; 31(3):282-294. [RA]

13. Emadi A, **Streiff M**. Diagnosis and management of venous thromboembolism: An update a decade into the new millennium. Arch Iran Med. 2011; 14(5):341-351. [RA]

14. Emadi A, **Streiff M**. Management of acquired thrombophilic disorders in 2011: Focus on heparin-induced thrombocytopenia, antiphospholipid syndrome, myeloproliferative neoplasms and paroxysmal nocturnal hemoglobinuria. Arch Iran Med. 2011; 14(6):401-411. [RA]

15. Zeidan A, Faltas B, **Streiff M**. Dabigatran etexilate: What do hospitalists need to know? J Hosp Med. 2012; 7(3):262-269. [RA]

16. Takemoto CM, **Streiff MB**. Heparin-induced thrombocytopenia screening and management in pediatric patients. Hematology Am Soc Hematol Educ Program. 2011; 2011:162-169. [RA]

17. Gupta AD, **Streiff M**, Resar J, Schoenberg M. Coronary stent management in elective genitourinary surgery. BJU Int. 2012; 110(4):480-484. [RA]

18. **Streiff MB**, Lau BD. Thromboprophylaxis in nonsurgical patients. Hematology Am Soc Hematol Educ Program. 2012:631-637. [RA]

19. Naik RP, **Streiff MB**, Lanzkron S. Sickle cell disease and venous thromboembolism: what the anticoagulation expert needs to know. J Thromb Thrombolysis. 2013; 35(3):352-358. [RA]

20. **Streiff MB**. Association between cancer types, cancer treatments, and venous thromboembolism in medical oncology patients. Clin Adv Hematol Oncol. 2013; 11(6):349-357. [RA]

21. Rajasekhar A, **Streiff MB**. Vena cava filters for management of venous thromboembolism: A clinical review. Blood Rev. 2013; 27(5):225-241. [RA]

22. Rachidi S, Aldin ES, Greenberg C, Sachs B, **Streiff M**, Zeidan AM. The use of novel oral anticoagulants for thromboprophylaxis after elective major orthopedic surgery. Expert Rev Hematol. 2013; 6(6):677-695. [RA]

23. Mikhail S, Aldin ES, **Streiff M**, Zeidan A. An update on type 2B von Willebrand disease. Expert Rev Hematol. 2014; 7(2): 217-231. [RA]

24. **Streiff MB**, Brady JP, Grant AM, Grosse SD, Wong B, Popovic T; CDC grand rounds: Preventing hospital-associated venous thromboembolism. MMWR Morb Mortal Wkly Rep. 2014; 63(9):190-193. [RA]

25. Farge-Bancel D, Bounameaux H, Brenner B, Büller HR, Kakkar A, Pabinger I, **Streiff M**, Debourdeau P. Implementing thrombosis guidelines in cancer patients: a review. Rambam Maimonides Med J. 2014; 5(4):e0041. [RA]

26. Jasti N, **Streiff MB**. Prevention and treatment of thrombosis associated with central venous catheters in cancer patients. Expert Rev Hematol. 2014; 7(5):599-616. [RA]

27. **Streiff MB**. Predicting the risk of recurrent venous thromboembolism (VTE). J Thromb Thrombolysis. 2015; 39(3):353-366. [RA]

28. **Streiff MB**. Thrombosis in the setting of cancer. Hematology Am Soc Hematol Educ Program. 2016 Dec 2; 2016 (1):196-205. [RA]

29. Kreuziger LB, **Streiff M**. Anti-Xa monitoring of low-molecular-weight heparin in adult patients with cancer. Hematology Am Soc Hematol Educ Program. 2016 Dec 2; 2016(1):206-207. [RA]

30. **Streiff MB**, Lau BD, Hobson DB, Kraus PS, Shermock KM, Shaffer DL, Popoola VO, Aboagye JK, Farrow NA, Horn PJ, Shihab HM, Pronovost PJ, Haut ER. The Johns Hopkins Venous Thromboembolism Collaborative: Multidisciplinary team approach to achieve perfect prophylaxis. J Hosp Med. 2016 Dec; 11 Suppl 2:S8-S14. [RA]

## Case Reports [CR]

1. **Streiff, MB**, Mehta, JL. Atypical creatine kinase MB isozyme in an elderly patient without evidence of myocardial infarction or underlying malignancy. Am Heart J. 1990; 119(3 Pt 1):693-694. [CR]

2. Buchowski JM, Cascio BM, **Streiff MB**, Frassica FJ. Resection and reconstruction of a massive femoral hemophilic pseudotumor. Clin Orthop Relat Res. 2005; 430:237-242. [CR]

3. Keyurapan E, Hu SJ, **Streiff MB**, Fayad LM, McFarland EG. Iatrogenic symptomatic chest wall

hematoma after shoulder arthroplasty. J Bone Joint Surg Am. 2006; 88(7):1603-1608. [CR]

4.  Khan J, Takemoto C, Casella J, **Streiff M**, Nwankwo I, Kim, H. Catheter-directed thrombolysis of inferior vena cava thrombosis in a 13-day old neonate and review of literature. Cardiovasc Intervent Radiol. 2008; 31 Suppl 2:S153-160. [CR]

5.  Emadi A, Burns KH, Confer B, Borowitz MJ, **Streiff MB**. Hematological Manifestations of Nephropathic Cystinosis. Acta Haematol 2008; 119(3): 169-172. [CR]

6.  Brastianos PK, Yehia B, Fischer W, Moliterno A, **Streiff M.** Wiped Out. Am J Med. 2009; 122(11):1004-  1006. [CR]

7.  Thakkar SC, Streiff MB, Bruley DF, Mears SC: Perioperative use of protein C concentrate for protein C deficiency in THA. Clin Orthop Relat Res. 2010; 468(7):1986-1990. [CR]

8.  Zhan H, Zheng H, Moliterno AR, **Streiff MB**. Acute cardiomyopathy in a patient with thrombotic thrombocytopenic purpura. Am J Med. 2010; 123(2):e3-4. [CR]

9.  Sperati CJ, **Streiff MB**. Acute renal failure in a patient with antiphospholipid syndrome and immune thrombocytopenic purpura treated with eltrombopag. Am J Hematol. 2010; 85(9):724-726. [CR]

11. Abt NB, **Streiff MB**, Gocke CB, Kickler TS, Lanzkron SM. Idiopathic acquired hemophilia A with undetectable factor VIII inhibitor. Case Rep Hematol. 2014; 2014:484563. [CR]

12. Offoha RU, Garzon-Muvdi J, **Streiff MB**, McFarland EG. Upper-extremity thrombosis in a patient after biceps tenodesis. Orthopedics. 2014; 37(12):e1133-1136. [CR]

13. Dittus C, **Streiff M,** Ansell J. Bleeding and clotting in hereditary hemorrhagic telangiectasia. World J Clin Cases. 2015; 3(4):330-337. [CR]

14. Ambinder D, Moliterno A, **Streiff M**, Clark BW. Pernicious emboli: An uncommon cause of a common problem. Am J Med. 2016 Feb; 129(2):e9-e11. [CR]


Book Chapters, Monographs [BC]

1.  **Streiff MB**, Bell WR. Basic pharmacology and physiology of the fibrinolytic system. Eds. Strandness Jr. DE, Van Breda A. Vascular diseases: Surgical and interventional therapy. New York: Churchill Livingstone Inc., 1994; 311-340. [BC]

2.  **Streiff MB,** Bell, W.R. Thrombotic Thrombocytopenic Purpura-Hemolytic Uremic Syndrome. Conn's Current Therapy, ed. Rakel R. Philadelphia: WB Saunders Co., 1994; 378-380. [BC]

3.  **Streiff MB,** Dang CV. Myelodysplastic syndromes and sideroblastic anemias. Eds. Conn RB, Borer WZ, Snyder JW. Current Diagnosis 9. Philadelphia: WB Saunders Co. 1997; 495-499. [BC]

4.  **Streiff MB**. Vena caval filters: A hematologist's perspective. In: Kitchens CS, Alving BM, Kessler CM (Eds) Consultative hemostasis and thrombosis, 2002; 569-588. [BC]

5.  **Streiff MB** and Spivak, JL. The liver and hematopoiesis. In: Zakim D and Boyer T (Eds) Hepatology, Philadelphia: WB Saunders Co., 2002; 537-548. [BC]

6.  **Streiff MB**. Management of abnormal operative and postoperative bleeding. In Cameron JL. (ed) Current Surgical Therapy Philadelphia: Elsevier Science, 2004; 1122-1128. [BC]

7.  **Streiff MB.** Coagulation disorders. In Miller RG, Ashar BH, Sisson SD (Eds). The Johns Hopkins Internal  Medicine Board Review. Philadelphia: Mosby, 2004; 388-397. [BC]

8.  **Streiff MB.** Thromboembolic Disease. In Barker LR, Zieve PD, Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC (eds). Principles of ambulatory medicine, 7th edition. Baltimore: Lippincott Williams & Wilkins, 2006; 845-860. [BC]

9.  **Streiff MB.** Remember that bleeding associated with direct thrombin inhibitors is not correctable with protamine, fresh frozen plasma or platelets. In Marcucci L, Martinez EA, Haut ER, Slonim AD, Suarez JI (Eds). Avoiding common ICU errors. Philadelphia: Wolters Kluwer/Lippincott Williams and Wilkins, 2006; 657-659. [BC]

10. Hann C, **Streiff MB**. Vena caval filters: A hematologist's perspective. In: Kitchens CS, Alving BM, Kessler CM (Eds). Consultative hemostasis and thrombosis, 2007; 531-552. [BC]

11. **Streiff MB**. Principles of fibrinolytic agents. In Mauro M, Murphy K, Thomson K, Venbrux A, Zollikofer C, (eds). Image-Guided Interventions. Philadelphia: Saunders Elsevier, 2008; 219-227. [BC]

12. **Streiff MB**. Pathogenesis and Management of Venous Thromboembolism in Cancer Patients. In Ettinger D. (ed.) Supportive Care in Cancer Therapy, Humana Press, Inc. Totowa, NJ 2009, 109-138. [BC]

13. **Streiff MB**. Coagulation Disorders. In Miller RG, Ashar BH, Sisson SD. (eds.) The Johns Hopkins Internal  Medicine Board Review Philadelphia: Mosby Elsevier, 2007; 451-58. [BC]

14. **Streiff MB.** Coagulopathy in the critically ill patient. In Cameron JL. (Ed). Current Surgical Therapy 9th

edition. Philadelphia: Elsevier Science, 2008; 1245-1257. [BC]

15. **Streiff MB**, Hann CL. Inferior Vena Cava interruption. In Crowther M, Ginsberg J, Lottenberg R, Meyer R, Schünemann H. Evidence-based hematology, Blackwell Publishing, 2008;99-109. [BC]

16. Falanga A, Lee AYY, **Streiff MB**, Lyman GH. Cancer and thrombosis III: The role of anticoagulation in the  treatment of cancer patients. American Society of Oncology education book, 2008; 258-269. [BC]

17. Emadi A, **Streiff MB**. Thrombotic disorders in the ICU. In Irwin RS, Rippe JM (Eds). Manual of intensive  care medicine, 5th edition, Baltimore: Lippincott Williams & Wilkins, 2009, 610-626. [BC]

18. **Streiff MB**, Haut ER. The coagulopathy of trauma: Pathogenesis, diagnosis and treatment. In Cameron A, Cameron JL. (eds.) Current Surgical Therapy 10th edition, Philadelphia: Elsevier Science, 2011, 1014-1018. [BC]

19. Emadi A, **Streiff MB**. Diagnosis and management of prothrombotic disorders in the intensive care unit. In Irwin RS and Rippe JM (Eds). Irwin and Rippe's Intensive Care Medicine, 7th edition, Baltimore: Lippincott Williams & Wilkins, 2012; 1243-1252. [BC]

20. **Streiff MB**. Thrombotic disorders. In Alguire P, Eisenstaedt RS (Eds) MKSAP16 American College of  Physicians, Philadelphia, 2013; 53-61. [BC]

21. **Streiff MB**. Thrombophilia and venous thromboembolism in pregnancy. In Alguire P, Eisenstaedt RS. (eds.)  MKSAP16 American College of Physicians, Philadelphia PA, 2013, 65-66. [BC]

22. Rajasehkar A, **Streiff MB**. Use of vena cava filters and venous access devices. In: Kitchens CS, Kessler CM, Konkle BA (Eds). Consultative hemostasis and thrombosis, Philadelphia: Saunders Elsevier, 2013; 531-552. [BC]

23. **Streiff MB**, Jhavar R. Principles of thrombolytic agents. In Mauro M, Murphy K, Thomson K, Venbrux A, Morgan RA, (eds). Image-guided interventions, Philadelphia: Saunders Elsevier, 2014; 80-85. [BC]

24. Zeidan AM, Forde PM, **Streiff MB**. Diagnosis, Treatment and Prevention of Cancer-Associated Venous Thromboembolism. In: Niederhuber JE, Armitage JO, Doroshow JH, Kastan MB, Tepper JE. (eds.) Abeloff's Clinical Oncology. Philadelphia: Churchill Livingston Elsevier, 2014; 542-561. [BC]

25. Streiff, MB. Coagulopathy in the critically ill patient. In Cameron JL, Cameron AM. (eds.) Current Surgical Therapy, 11th edition. Philadelphia: Elsevier Science 2014; 1290-1304. [BC]

## Books, Textbooks [BK]

1. **Streiff MB**, Bray PF, Kickler TS. Johns Hopkins Hospital Coagulation Laboratory Handbook. 2nd edition, 2002. [BK]

2. Kickler TS, **Streiff MB**. Johns Hopkins Hospital Coagulation Laboratory Handbook. 3rd edition, 2007. [BK]

3. Kickler TS, **Streiff MB**. Johns Hopkins Hospital Coagulation Laboratory Handbook. 4th edition, 2013. [BK]

## Other Publications:

### Guidelines/Protocols, Consensus Statement, Expert Opinion, Consortium Articles [GL]

1. Baglin TP, Bush J, **Streiff MB**. Guidelines on use of vena cava filters. British Committee for Standards in Haematology. Brit J Haematol 2006; 134(6):590-595. [GL]

2. Kaufman JA, Kinney TB, **Streiff MB**, Sing RF, Proctor MC, Becker D, Cipolle M, Comerota AJ, Millward SF, Rogers FB, Sacks D, Venbrux AC. Guidelines for the use of retrievable and convertible vena cava filters: Report of the society of interventional radiology consensus conference. J Vasc Interv Radiol 2006; 17(3):449-459. [GL]

3. Wagman LD, Baird MF, Bennett CL, Bockenstedt PL, Cataland SR, Fanikos J, Fogarty P, Goldhaber SZ, Grover TS, Haire W, Hassoun H, Jahanzeb M, Leung LL, Linenberger M, Millenson M, Ortel TL, Salem R, Smith JL, **Streiff MB**. Venous thromboembolic disease: Clinical practice guideline in oncology. J Natl Compr Canc Netw 2006; 4(9): 838-869. [GL]

4. Kaufman JA, Kinney TB, **Streiff MB**, Sing RF, Proctor MC, Becker D, Cipolle M, Comerota AJ, Millward SF, Rogers FB, Sacks D, VenBrux AC. Guidelines for the use of retrievable and convertible vena cava filters: report of the society of interventional radiology consensus conference. Surg Obes Rel Dis 2006; 2(2):200-212. [GL]

5. Kaufman JA, Kinney TB, **Streiff MB**, Sing RF, Proctor MC, Becker D, Cipolle M, Comerota AJ, Millward SF, Rogers FB, Sacks D, VenBrux AC. Guidelines for the use of retrievable and convertible vena cava filters:

11

Report of the society of interventional radiology consensus conference. World J Surg 2007; 31(2):251-264. [GL]

6.   **Streiff MB.** The NCCN guidelines on venous thromboembolism. Clin Adv in Hematol Oncol. 2007; 5(2):117-119. [GL]

7.   Wagman LD*, Baird MF, Bennett CL, Bockenstedt PL, Cataland SR, Fanikos J*, Fogarty P*, Goldhaber SZ, Grover TS, Haire W, Hassoun H, Hutchinson S, Jahanzeb M, Lee J, Linenberger M, Millenson M, Ortel TL, Salem R, Smith JL, **Streiff MB***. Vedantham S. Venous thromboembolic disease: Clinical practice guideline in oncology. J Natl Compr Canc Netw 2008; 6(8): 716-753. * Writing committee [GL]

8.   Kaufman JA, Rundback JH, Kee ST, Geerts W, Gillespie D, Kahn SR, Kearon C, Rectenwald J, Rogers FR, Stavropoulos SW, **Streiff M,** Vedantham S, Venbrux A. Development of a research agenda for inferior vena  cava filters: Proceedings from a multidisciplinary research consensus panel. J Vasc Interv Radiol 2009; 20:697–707. [GL]

9.   Khorana AA, **Streiff MB**, Farge D, Mandala M, Debourdeau P, Cajfinger F, Marty M, Falanga A, Lyman GH.  Venous thromboembolism prophylaxis and treatment in cancer: A consensus statement of major guidelines  panels and call to action. J Clin Oncol 2009; 27(29):4919-4926. [GL]

10.  **Streiff MB**. An overview of the NCCN and ASCO guidelines on cancer-associated venous thromboembolism.  Cancer Investigation. 2009; 27(Suppl 1), 41-52. [GL]

11.  **Streiff MB**. The National Comprehensive Cancer Center Network guidelines on the management of venous  thromboembolism in cancer patients. Thromb Res 2010; 125(suppl 2):S128-133. [GL]

12.  **Streiff MB**, Bockenstedt PL, Cataland SR, Chesney C, Eby C, Fanikos J, Fogarty PF, Gao S, Garcia-Aguilar J, Goldhaber SZ, Hassoun H, Hendrie P, Holmstrom B, Jones KA, Kuderer N, Lee JT, Millenson MM, Neff AT, Ortel TL, Smith JL, Yee GC, Zakarija A. Venous thromboembolic disease. J Natl Compr Canc Netw. 2011; 9(7):714-777. [GL]

13.  Debourdeau P, Farge D, Beckers M, Baglin C, Bauersachs RM, Brenner B, Brilhante D, Falanga A, Gerotzafias GT, Haim N, Kakkar AK, Khorana AK, Lecumberri R, Mandala M, Marty M, Monreal M, Mousa SA, Noble S, Pabinger I, Prandoni P, Prins MH, Qari MH, *Streiff MB**, Syrigos K, Büller HR, Bounameaux H. International clinical practice guidelines for the treatment and prophylaxis of thrombosis associated with central venous catheters in patients with cancer. J Thromb Haemost 2013; 11(1):71-80. [GL] *Data analysis, manuscript writing and editing

14.  Farge D, Debourdeau P, Beckers M, Baglin C, Bauersachs RM, Brenner B, Brilhante D, Falanga A, Gerotzafias GT, Haim N, Kakkar AK, Khorana AK, Lecumberri R, Mandala M, Marty M, Monreal M, Mousa SA, Noble S, Pabinger I, Prandoni P, Prins MH, Qari MH, *Streiff MB**, Syrigos K, Bounameaux H,  Büller HR. International clinical practice guidelines for the treatment and prophylaxis of venous thromboembolism in patients with cancer. J Thromb Haemost. 2013; 11(1):56-70. [GL] *Data analysis, manuscript writing and editing

15.  **Streiff MB**, Bockenstedt PL, Cataland SR, Chesney C, Eby C, Fanikos J, Fogerty AE, Gao S, Goldhaber SZ, Hassoun H, Hendrie P, Holmstrom B, Kuderer N, Lee JT, Millenson MM, Neff AT, Ortel TL, Siddiqi T, Smith JL, Yee GC, Zakarija A, McMillian N, Naganuma M. Venous thromboembolic disease. J Natl Compr Canc Netw. 2013; 11(11):1402-1429. [GL]

16.  **Streiff MB**, Holmstrom B, Ashrani A, Bockenstedt PL, Chesney C, Eby C, Fanikos J, Fenninger RB, Fogerty AE, Gao S, Goldhaber SZ, Hendrie P, Kuderer N, Lee A, Lee JT, Lovrincevic M, Millenson MM, Neff AT, Ortel TL, Paschal R, Shattil S, Siddiqi T, Smock KJ, Soff G, Wang TF, Yee GC, Zakarija A, McMillian N, Engh AM. Cancer-associated venous thromboembolic disease, Version 1. 2015. J Natl Compr Canc Netw. 2015; 13(9):1079-1095. [GL]

17.  **Streiff MB**, Agnelli G, Connors JM, Crowther M, Eichinger S, Lopes R, McBane RD, Moll S, Ansell J. Guidance for the treatment of deep vein thrombosis and pulmonary embolism. J Thromb Thrombolysis. 2016 Jan; 41(1):32-67. [GL]

18.  Stevens SM, Woller SC, Bauer KA, Kasthuri R, Cushman M, *Streiff M**, Lim W, Douketis JD. Guidance for the evaluation and treatment of hereditary and acquired thrombophilia. J Thromb Thrombolysis. 2016 Jan; 41(1):154-64. * Manuscript editing. [GL]

**Editorials [ED]**

1.   Fareed J, **Streiff MB**, Hoppensteadt D. eds. Cancer-associated thrombosis: Role of low molecular weight heparins. Semin Oncol 2006; 33(Suppl. 4):S1-S42. [ED]

2.   Brotman DJ, **Streiff MB**. Invited commentary on "Ibrahim SA, Stone RA, Obrosky DS, Geng M, Fine MJ,

12

and Aujesky D. Thrombolytic Therapy and Mortality in Patients With Acute Pulmonary Embolism Arch Intern Med. 2008;168(20):2183-2190." Arch Intern Med 2008; 168:2191-2192. [ED]

3.  **Streiff MB**, Haut ER. The CMS ruling on venous thromboembolism after total knee or hip arthroplasty: weighing risks and benefits. JAMA. 2009; 301(10):1063-1065. [ED]

4.  **Streiff MB**, Kraus PS, Pronovost P. Penny-Wise, Pound-Foolish? Highmark Medicare Services' Proposal for Anticoagulation Clinic Reimbursement (April). Ann Pharmacother. 2010; 44(4):733-736. [ED]

5.  **Streiff MB**. Prothrombin complex concentrates for reversal of vitamin K antagonists: Assessing the risks. Thromb Haemost. 2011; 106(3):389-390. [ED]

6.  Haut ER, Lau BD, **Streiff MB**. New oral anticoagulants for preventing venous thromboembolism. BMJ. 2012; 344:e3820. [ED]

7.  **Streiff MB**. An update on venous thromboembolism in cancer. J Natl Compr Canc Netw. 2013; 11(11):1303-1304. [ED]

8.  Nutescu EA, Wittkowsky AK, Witt DM, Kaatz S, Ansell J, Burnett A, Garcia D, Lopes RD, Oertel L, Schnurr T, **Streiff M**, Wirth D, Crowther M. Integrating electronic health records in the delivery of optimized anticoagulation therapy. Ann Pharmacother. 2015; 49(1):125-126. [ED]

9.  Brotman DJ, **Streiff MB**. Overuse of Bridging Anticoagulation for Patients With Venous Thromboembolism: First, Do No Harm. JAMA Intern Med. 2015 Jul; 175(7):1169-70. [ED]

## Letters [LT]

1.  Krishnan JA, **Streiff MB**. Low-intensity warfarin therapy for prevention of recurrent venous thromboembolism. N Engl J Med 2003; 349(4):398-400. [LT]

2.  Segal JB, **Streiff, MB** and Bass EB. Weight-based low molecular weight heparin versus weight-based unfractionated heparin. Ann Intern Med 2007; 147:434. [LT]

3.  Shermock KM, Connor JT, Lavallee DC, **Streiff MB**. Assessment of agreement between INR measures must correspond to a clinical reality. Clin Chim Acta. 2010; 411(17-18):1384-1385. [LT]

4.  Tabibian JH, **Streiff MB**. Venous thromboembolism in hospitalized patients with cirrhosis. Clin Gastroenterol Hepatol. 2011; 9(4):365. [LT]

5.  Shermock KM, Kraus P, **Streiff MB**. Novel analysis of clinically relevant diagnostic errors in point-of-care devices: a reply to a rebuttal. J Thromb Haemost. 2012; 10(6):1192-1194. [LT]

6.  Naik RP, **Streiff MB**, Lanzkron S. The reply. Am J Med. 2013; 126(10):e15.

7.  Ansell J, Crowther M, Burnett A, Garcia D, Kaatz S, Lopes RD, Nutescu E, Oertel L, Schnurr T, **Streiff M**, Wirth D, Witt D, Wittkowsky A. Anticoagulation forum. Comment on: Editorial by Husted et al. "Non-vitamin K antagonist oral anticoagulants (NOACs): No longer new or novel". (Thromb Haemost 2014; 111: 781-782).Thromb Haemost. 2014; 112(4):841. [LT]

8.  Lau BD, **Streiff MB**, Kraus PS, Hobson DB, Shaffer DL, Shihab HM, Haut ER. No evidence to support ambulation for reducing postoperative venous thromboembolism. J Am Coll Surg. 2014; 219(5):1101-1103. [LT]

## Other media (films, videos, CD-ROMS, slide sets, etc.) [OM]

1.  **Streiff MB**, Linkinhoker M, Dang CV. Instructional computer animation of the coagulation cascade, 2000. (Used for teaching medical students the coagulation cascade during the Pathophysiology Course). Available at http://www.hopkinsmedicine.org/hematology/Coagulation.swf [OM]

2.  **Streiff MB**, Aboumatar H in conjunction with the Center for Innovations in Quality Patient Care. E-learning module on venous thromboembolism prevention in the hospitalized patient, 2006 (Used for teaching  house staff and faculty about an evidence based approach to VTE Prophylaxis). Available through Johns  Hopkins Interactive at http://learn.jhminteractive.com/ihtml/application/student/interface.jhu/index.htm?login [OM]

3.  Delong M, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists' E-learning website  teaching module on perioperative management of anticoagulation, 2007. Available at http://www.jhcme.com/site/index.cfm [OM]

4.  Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists' E-learning website  teaching module on venous thromboembolism, 2007. Available at http://www.jhcme.com/site/index.cfm [OM]

5.  **Streiff MB**, Delong M, Thomas M. Johns Hopkins consultative medicine essentials for hospitalists E-learning  website teaching module on perioperative management of anticoagulation, 2009. Available at

13

6. Locke C, Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalist's E-learning  website teaching module on venous thromboembolism, 2009. Available at http://www.jhcme.com/site/index.cfm

7. **Streiff MB**. Management of anticoagulation in the perioperative period in the patient with atrial fibrillation.  QuantiaMD website module, 2010. [OM]

8. **Streiff MB**. Management of anticoagulation in the perioperative period for patients with mechanical cardiac valve prostheses. Quantia MD website module, 2010. [OM]

9. Locke C, Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists E -learning website teaching module on venous thromboembolism, 2011. Available at http://www.jhcme.com/site/index.cfm [OM]

10. **Streiff MB**, Delong M, Thomas M. Johns Hopkins consultative medicine essentials for hospitalists E -learning website teaching module on perioperative management of anticoagulation, 2011. Available at http://www.jhcme.com/site/index.cfm [OM]

11. Locke C, Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists E -learning website teaching module on venous thromboembolism, 2013. Available at http://www.jhcme.com/site/index.cfm [OM]

12. Locke C, Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists E -learning website teaching module on atrial fibrillation, 2013. Available at http://www.jhcme.com/site/index.cfm [OM]

13. **Streiff MB**. Venous Thromboembolism. Decision Support module on VTE management. Available on Decision Support in Medicine[TM] https://www.decisionsupportinmedicine.com/DSM/p/contactus 2013

14. **Streiff MB**. Hypercoagulable States. Decision Support module on VTE management. Available on Decision Support in Medicine[TM] https://www.decisionsupportinmedicine.com/DSM/p/contactus 2013

15. Locke C, Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists E -learning website teaching module on surgical VTE prophylaxis, 2014. Available at http://www.jhcme.com/site/index.cfm [OM]

16. Locke C, Feldman L, **Streiff MB**. Johns Hopkins consultative medicine essentials for hospitalists E -learning website teaching module on new oral anticoagulants for stroke prophylaxis in atrial fibrillation, 2015. Available at http://www.jhcme.com/site/index.cfm [OM]

17. Medscape Controversies in Management of VTE Video shoot- Washington DC, 2015 [OM]

18. Medscape module, Current controversies in Orthopedic VTE Prevention video, Baltimore, MD, 2015 [OM]

19. Medscape "Current Approach to Outpatient Management of VTE" video Baltimore, MD, 2015 [OM]

20. Medscape "Current Approach to Management of Cancer-Associated VTE" video Baltimore, MD, 2015 [OM]

21. Anticoagulation Forum Webinar, Management of Venous Thromboembolism, 2015 [OM]

22. Johns Hopkins Armstrong Institute webinar, Prevention of Venous Thromboembolism, 2015 [OM]

23. Medscape Video on "Improving the Quality of Anticoagulation Management", Chicago, IL, 2016 [OM]

24. **Streiff MB**. Venous Thromboembolism. Update of Decision Support module on VTE management. Available on  Decision Support in Medicine[TM] https://www.decisionsupportinmedicine.com/DSM/p/contactus 2016 [OM]

25. **Streiff MB**. Hypercoagulable States. Update of Decision Support module on VTE management. Available on  Decision Support in Medicine[TM] https://www.decisionsupportinmedicine.com/DSM/p/contactus 2016 [OM]

**FUNDING:**

**Extramural Funding (current, pending, previous)**
Current Grants:
<u>Active</u>
05/14/15-12/31/20      Efficacy and Safety of Rivaroxaban Prophylaxis compared with Placebo in Ambulatory Cancer Patients initiating Systemic Cancer Therapy and at high risk for Venous Thromboembolism

ICD 811404
Janssen Research & Development
$148,000
Alok Khorana MD
Site PI 4%
Randomized controlled trial of targeted VTE prophylaxis with rivaroxaban in high-risk ambulatory cancer patients

05/01/16-02/28/21        Individualized Performance Feedback on Venous Thromboembolism Prevention Practice
RO1HS024547
AHRQ
$1,247,190
Elliott R. Haut, MD PhD
Co-investigator 2%
Prospective cohort study of the impact of individualized feedback on VTE prophylaxis performance

Pending
02/01/17-12/31/17 RE-COVERY CVT/PE- Characterization of patients following Acute Venous Thromboembolism (VTE) and assessment of safety and effectiveness of Dabigatran Etexilate (DE) in the Treatment and Secondary prevention of Acute Deep Vein Thrombosis (DVT) and Pulmonary Embolism (PE) in comparison to Vitamin K Antagonist (VKA) in routine clinical practice
Boehringer Ingelheim
Samuel Goldhaber MD
Site PI
Phase 4 post-marketing observational study of dabigatran and other oral anticoagulants in the treatment of VTE

Previous
12/15/07-6-30-11        ADOPT: Apixaban Dosing to Optimize Protection from Thrombosis in medically ill patients
                        CV185036
                        Bristol-Myers Squibb Company
                        $404,529
                        PI: Samuel Goldhaber MD
                        Site PI, 5%

7/7/09- 8/30/13         Predictors of Anticoagulation Control on Warfarin
                        5-R01-HL-066176-03
                        NIH-NHLBI
                        $319,994
                        PI: Stephen Kimmel MD, MSCE, Univ of Penn
                        Site PI, 5%

2/13/14 – 9/1/15        APEX- Multicenter, Randomized, Active-Controlled Efficacy and Safety Study Comparing Extended Duration Betrixaban With Standard of Care Enoxaparin for the Prevention of Venous Thromboembolism in Acute Medically Ill Patients
                        11-019
                        Portola Pharmaceuticals Inc.
                        PI: Alexander Cohen, MD
                        $94,174
                        Site PI, 5%

7/1/2013-6/30/16        Preventing Venous Thromboembolism: Empowering Patients and Enabling Patient-Centered Care via Health Information Technology
                        CE-12-11-4489
                        Patient Centered Outcomes Research Institute (PCORI)

15

$1,499,194
PI: Elliott R. Haut
MD Co-investigator,
5%

## CLINICAL ACTIVITIES:

Clinical Focus: My clinical focus is the management of venous thromboembolism (VTE) and disorders of hemostasis. This focus prompted me to launch the Johns Hopkins Anticoagulation Management Service in 2003 in collaboration with the Department of Pharmacy. Our multidisciplinary service operates clinics in the Departments of Medicine and Oncology and provides inpatient consultative services for anticoagulation management at the Johns Hopkins Hospital. In addition, I co-founded the Johns Hopkins VTE Collaborative in 2005 which has made numerous contributions to improve VTE prevention at the Johns Hopkins Hospital. I am the adult Medical Director for the Johns Hopkins Comprehensive Hemophilia Treatment Center.

### Certification

Medical, other state/government licensure:
1991 – Present          Maryland, D42486

Boards, other specialty certification:
1991          American Board of Internal Medicine
1994          American Board of Internal Medicine,   Hematology
1995          American Board of Internal Medicine, Medical Oncology

Clinical (Service) Responsibilities:
1997-present   Johns Hopkins Hematology Inpatient/Consultation Service, attending physician, 10-14 weeks per year
1997-present   Johns Hopkins Hematology Outpatient Clinic, attending physician-two-three days per week
1997-present   Bone Marrow/Peripheral Blood Smear Interpretation-every six-to eight weeks
2000-present   Johns Hopkins Hematology Postdoctoral Fellows Outpatient Clinic-supervising attending physician-every six to eight weeks
2000-present   Johns Hopkins Comprehensive Hemophilia Treatment Center Outpatient Clinic, attending physician, monthly clinic
2000-present   Department of Medicine Thayer firm faculty-attending teaching physician- one month a year
2004-present   Johns Hopkins Anticoagulation Management Service and Outpatient Clinic, Medical Director,12 months per year

Clinical Productivity: My clinical duties include 2- 3 half-days each week in my Hematology outpatient clinic and 1 half day in Hemophilia clinic each month. I supervise fellows in the Hematology Fellows clinic 7-8 times each year. I am the inpatient Hematology service attending 11 weeks a year. I interpret peripheral blood smear and bone marrows eight weeks each year. As the Medical Director of the Anticoagulation Management Service, I oversee the clinical operations of the anticoagulation clinics in the Department of Medicine and Oncology which see more than 3500 patients annually. Total RVUs for fiscal year 2016 through May 2016 were 2667.

Clinical Draw from outside local/regional area: Although most of my patients live in the Baltimore-Washington region, I see US patients from as far away as Florida, Oregon, Kansas and Missouri. I see a number of international patients primarily from the Middle East including United Arab Emirates, Saudi Arabia, Qatar, Bahrain and Kuwait. I have also seen patients from South and Central American countries and Southeast Asia.

Membership in or examiner for specialty board: N/A

Clinical Program Building / Leadership:

16

2003-Present    Johns Hopkins Anticoagulation Management Service/Anticoagulation Outpatient Clinic, Medical Director 20% Effort

In 2003, Todd Nesbit and I, under the leadership of Dan Ashby and Chi Dang, collaborated to establish the multidisciplinary Johns Hopkins Anticoagulation Management Service with the purpose of developing and implementing an evidence-based anticoagulation management service for inpatients and outpatients. In October of 2003, we opened the Hematology Anticoagulation Outpatient clinic with 3 half-day clinic sessions and one full-time pharmacist and one full-time physician assistant. In our first year, there were 1200 patient visits. Currently the Hematology AC clinic has 10 half-day sessions per week and 4500 patient visits annually. The Hematology AC clinic is now staffed with 10 pharmacists and trains one pharmacy resident per month. The Oncology AC clinic is staffed with 4 pharmacists and 2 pharmacy residents. Our Hematology outpatient AC clinic that originally had 3 half-day sessions weekly has grown to 10 half-day sessions per week (Clinical Co-Director: Peggy Kraus PharmD). In addition, we have opened an Oncology AC clinic that provides AC management services 5 days a week in the Weinberg Oncology outpatient clinic (Oncology clinic directors: Vicky Brown PharmD and Brad Burton PharmD).

In 2008, our service developed an inpatient training program for pharmacists and started an inpatient anticoagulation management program which now provides anticoagulation consulting services to all the inpatient services, a program initiated by Jessica Wellman PharmD and Patricia Ross PharmD. Our outpatient clinics provide comprehensive anticoagulation services including perioperative anticoagulation management and prevention of post-thrombotic syndrome via our graduated compression stockings clinic at The Johns Hopkins Outpatient Center Pharmacy locations in the Outpatient Center and Monument street. To improve venous health, we have collaborated with the Department of Interventional Radiology to refer appropriate patients for vena cava filter retrieval and catheter-directed pharmacomechanical thrombolysis/thrombectomy. The Anticoagulation Management Service played a key leadership role in the Johns Hopkins Hospital's initiative to fulfill the 2008 National Patient Safety Goals in Anticoagulation. Our team staffs all the subcommittees and leads the steering committee of the Anticoagulation Practice Group in collaboration with Catherine Edwards RN of Quality Improvement. Our warfarin patient education video, "Living with Warfarin" which was supported by the Johns Hopkins Women's Board and filmed by the Johns Hopkins Multimedia was nominated for a patient education video award and has been featured on the Anticoagulation Forum website, an international organization of healthcare professionals dedicated to quality anticoagulation management that has over 3000 members. Our team has also played an important role in the harmonization of anticoagulation management across all 5 Johns Hopkins Medicine entities. We have worked closely with the EPIC team to develop anticoagulation order sets that will be used at all 5 Johns Hopkins Medicine healthcare facilities.

Our service plays a key role in the education of pharmacy residents about anticoagulation management. Each year the ambulatory care and oncology pharmacy resident rotate through the Hematology and Oncology AC clinics to gain experience in the management of anticoagulants. In addition to this hands-on experience, we hold twice monthly AC Clinic conferences via web link with our colleagues at the anticoagulation clinics at the Johns Hopkins Bayview Medical Center and Howard County General Hospital at which residents present recent cases for discussion. We also have had invited speakers lecture at this conference on topics including thrombophilia, venous thromboembolism pathogenesis and management, management of vena cava filters, antiphospholipid syndrome, post-thrombotic syndrome and thromboprophylaxis of mechanical heart valves, etc. The Anticoagulation Management Service has supervised a number of pharmacy resident research projects, many of which have been presented at national meetings such as the Anticoagulation Forum and the Thrombosis Hemostasis Summit of North America. A number of these projects have been subsequently published. (Original Research references 28, 29, 32-34, 40, 43, 46, and 89; Other media references 3, 4, 5, 7, 8, 10, 12, 16, 23). National and international recognition of our program has resulted in my election to the Board of the Anticoagulation Forum in 2013 and the President of the Medical and Scientific Advisory Board in 2014 for the National Blood Clot Alliance, the largest patient advocacy organization for patients with blood clots. I have also been asked to present numerous topics involving anticoagulation management at national/international meetings including the American Society of Hematology annual meeting, the Society of Hospital Medicine Annual meeting, Anticoagulation Forum, Thrombosis and Hemostasis Summit of North American and at the Food and Drug Administration.

Clinical Demonstration Activities to external audience, on or off campus: N/A

Development of nationally/internationally recognized clinical standard of care: N/A

17

**EDUCATIONAL ACTIVITIES**

**Educational Focus:** My educational focus is teaching medical students, resident and fellows and colleagues about hemostasis and thrombosis, VTE and anticoagulation management. I teach the hemostasis and thrombosis lectures to the medical students each year in the Genes to Society course. In addition I teach medical and surgical house staff and the hematology and oncology fellows about hemostasis, thrombosis and anticoagulation management in their lecture series annually. I have also given lectures on these topics to residents in other training programs inside and outside Johns Hopkins.

**Teaching**

Classroom instruction

*JHMI/Regional*

| | |
|---|---|
| 1997-2000 | Lecturer, medical students, Medicine clerkship lecture series. The Johns Hopkins University School of Medicine,  Baltimore, MD |
| 1997-1998 | Lecturer, medical students and residents, Good Samaritan Hematology Lecture Series. Good Samaritan Hospital, Baltimore |
| 1998-present | Lecturer, medical students and residents, Medicine House staff noon conference lecture series, The Johns Hopkins University School of  Medicine, Baltimore, MD |
| 1999-present | Lecturer, medical students, Hemostasis and Thrombosis lectures in Pathophysiology/Genes to society Hematology course,  The Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999-present | Small group leader, medical students, Pathophysiology/Genes to Society Hematology course, The Johns Hopkins  University School of Medicine, Baltimore, MD |
| 2000-2001 | Lecturer, graduate students, Pathobiology course, Hemostasis lecture and journal club, The Johns Hopkins University  School of Medicine, Baltimore, MD |
| 2000 | Lecturer, nursing students, Johns Hopkins School of Nursing seminar on abnormalities in coagulation |
| 2000 | Lecturer, pathology residents, Johns Hopkins Department of Pathology Clinical Pathology Unknown Case Conference |
| 2000-present | Lecturer, Oncology fellows, Oncology fellows conference, The Johns Hopkins University School of Medicine,  Baltimore, MD |
| 2001-present | Co-Organizer, Lecturer, medical students, medicine, pediatric and pathology residents and fellows as well as faculty, Coagulation rounds, weekly, The Johns Hopkins University School of  Medicine, Baltimore, MD |
| 2001-2005 | Lecturer, Pathology residents, Johns Hopkins Clinical Pathology Noon Conference |
| 2001 | Lecturer, Radiology residents, Johns Hopkins Department of Radiology In service on Anticoagulants and Invasive Procedures |
| 2001 | Lecturer, medical students, medicine residents, Hematology and Oncology fellows, Johns Hopkins Oncology Center Myeloid Disorders Conference |
| 2003 | Lecturer, medical residents, Johns Hopkins Bayview House staff Noon Conference |
| 2003 | Lecturer, pathology residents, Johns Hopkins Hospital Department of Pharmacy Noon Lecture Series, |
| 2004-2012 | Lecturer, radiology residents and interventional radiology fellows, Johns Hopkins Department of Radiology, Interventional Radiology Fellows lecture series, The Johns Hopkins University School of  Medicine, Baltimore, MD |
| 2004, 2013 | Lecturer, neurology residents and faculty, Department of Neurology Noon Conference, Johns Hopkins Hospital Baltimore MD |
| 2004 | Lecturer, nurse and social workers, Johns Hopkins Homecare Noon Conference, Baltimore MD |
| 2004-present | Lecturer, surgery residents, Department of Surgery House staff morning conference, The Johns Hopkins University School of Medicine,  Baltimore, MD |
| 2004-2008 | Lecturer, 4th year medical students, A Rational Approach to anticoagulants, Rational Therapeutics course, The Johns Hopkins  University School of Medicine, Baltimore, MD |
| 2004-present | Lecturer, Nurses and nurse practitioners, Hematology Service In service lectures for |

18

|                  | hematology nursing staff |
|------------------|--------------------------|
| 2005 | Lecturer, Medical students, residents and post-doctoral fellows, Johns Hopkins Oncology Center Solid Tumor Conference, Johns Hopkins Hospital Baltimore MD |
| 2005 | Lecturer, Pathology residents and Transfusion Medicine fellows and faculty, Johns Hopkins Department of Pathology Transfusion Medicine Rounds, Baltimore, MD |
| 2006, 2008, 2009 | Lecturer, Physicians, Nurses and Nurse practitioners and staff, Cardiothoracic ICU Rounds Lecture, Johns Hopkins Hospital, Baltimore, MD |
| 2006 | Lecturer, Medical residents, MICU Resident Rounds, Johns Hopkins Hospital, Baltimore, MD |
| 2006, 2007, 2012 | Lecturer, Orthopedic residents and faculty, Department of Orthopedics Residents Clinical Conference, Johns Hopkins Hospital, Baltimore, MD |
| 2006 | Lecturer, Residents and faculty, St. Agnes Cancer Center Rounds, St Agnes Hospital, Baltimore, MD |
| 2006 | Lecturer, Medical residents, St. Agnes Medical House staff Noon Conference, St Agnes Hospital, Baltimore, MD |
| 2008 | Lecturer, Local hematologists and oncologists, American Society of Hematology Annual Meeting Highlights sponsored by the Leukemia and Lymphoma Society of America at the Center Club, Baltimore MD |
| 2008-2015 | Lecturer, NP and PA Students, Surgical Nurse Practitioner/Physician Assistant Lecture Series |
| 2008-present | Co-Organizer, lecturer, Pharmacists, nurses and pharmacy residents, AC clinic conference, every 2 weeks, The Johns Hopkins University School  of Medicine, Baltimore, MD |
| 2009 | Lecturer, OB/GYN residents and faculty, Department of OB/GYN Resident Conference, Johns Hopkins Hospital, Baltimore, MD |
| 2009 | Lecturer, Medicine residents, Department of Medicine House staff Noon Conference, Good Samaritan Hospital, Baltimore, MD |
| 2011-present | Lecturer, Hematology fellows, Hematology fellows educational lecture series- 2-3 lectures annually, The Johns Hopkins  University School of Medicine, Baltimore, MD |
| 2012 | Lecturer, Cardiology fellows and faculty, Division of Cardiology Friday Noon Conference, Johns Hopkins, Baltimore, MD |
| 2013 | Lecturer, General Internal Medicine fellows and faculty, Johns Hopkins General Internal Medicine Fellows Noon Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2014 | Lecturer, Faculty and staff from Johns Hopkins Medicine, Johns Hopkins Clinical Communities, Howard County General Hospital |
| 2014 | Lecturer, Providers in the Moore Clinic, HIV Providers Noon Conference, Johns Hopkins Medical Institutions, Baltimore, MD |
| 2014, 2016 | Lecturer, Vascular surgery residents, fellows, faculty and staff, Department of Vascular Surgery Residents lecture Series- Johns Hopkins Medical Institutions, Baltimore, MD |
| 2015 | Lecturer, Cardiology fellows and faculty, Cardiology Division Noon Conference, Johns Hopkins University School of Medicine, Baltimore, MD |

*National*:   N/A
*International:*   N/A

Clinical Instruction:

*JHMI/Regional:* N/A
*National*:   N/A
*International:*   N/A

CME instruction**:**

19

*JHMI/Regional:*

1999-2008        Lecturer, Post-graduate physicians, The Johns Hopkins Internal Medicine Board Review Course, The Johns Hopkins University School of Medicine, Baltimore, MD

2000-2015        Lecturer, Community physicians and faculty, Topics in Internal Medicine, The Johns Hopkins University School of Medicine, Baltimore, MD

2000        Lecturer, Community physicians and faculty, Critical Issues in Laboratory Medicine/Surgical Pathology, Johns Hopkins University School of Medicine Department of Pathology, Baltimore, MD

2003, 2007        Lecturer, Residents and staff physicians, Upper Chesapeake Health Care System Hematology/Oncology Symposium, Upper Chesapeake Medical Center, Baltimore, MD

2004, 2005        Lecturer, Residents and staff physicians, St. Agnes Hospital Symposium on Coagulation Disorders, St. Agnes  HealthCare, Baltimore, MD

2005, 2011        Lecturer, Community cardiologists and faculty, Johns Hopkins Topics in Cardiology, The Johns Hopkins University School of Medicine, Baltimore, MD

2006, 2009, 2013
             Lecturer, Physician members of the American College of Physicians-Maryland Chapter, Maryland American College of Physicians Annual Scientific Meeting, Turf Valley Resort,  Ellicott City, MD

2007        Lecturer, Residents and staff physicians, 9th Annual Hematology/Oncology Symposium Upper Chesapeake Medical Center- Belair, MD

2010        Lecturer, Physician members of the Mid-Atlantic Chapter of the American Urological Association, American Urological Association Mid-Atlantic Annual Meeting, Nemacolin Resort, PA

2014         Lecturer, Maryland physician members of the Maryland Society of Hospital Medicine, Maryland Society of Hospital Medicine, Hospital Medicine Day Lecture , Columbia MD

*National:*

1998        Lecturer, Physician Assistants, Hematology Disorders, National Commission on the Certification of Physician Assistants, Baltimore MD 2/27/1998

2007        Lecturer, Attendees of the American Society of Clinical Oncology Annual Meeting, ASCO Symposium: Symptom Clusters in Supportive Care, Chicago IL

2007        Lecturer, Moderator, Attendees at the American Society of Hematology Annual Meeting, Severing the Deadly Tie between Thromboembolism and Cancer: A Case-Based Guide to Thromboprophylaxis in Malignancy, American Society of Hematology Annual Meeting Industry Satellite Symposium sponsored by Sanofi-Aventis, Atlanta, GA

2010        Lecturer and Moderator, Attendees at the American Society of Clinical Oncology Annual Meeting, "Clinical Coagulation Cases in Cancer" Satellite Symposium at the American Society of Oncology Meeting, Chicago, IL

2011        Lecturer, Residents, post-doctoral fellows and faculty, American Society of Hematology Annual Meeting Review course- Ochsner Clinic- New Orleans, LA

2011        Lecturer, Members of the Oncology Nursing Society, Venous Thromboembolism Prophylaxis- Current and Investigational Drugs Satellite Symposium, Oncology Nursing  Society-Boston MA

2013        Lecturer, Physicians and allied health professionals, Quest Diagnostics Lab-Bedside Conference Tyson's Corner VA

2013        Lecturer, Attendees at the American Society of Hematology Highlights meeting, American Society of Hematology Annual Meeting Highlights- Miami, FL

2014        Lecturer, Attendees, Highlights of the Anticoagulation Forum, Miami FL

*International*

2011        Lecturer, Session Chair, Conference attendees, VTE Experts Meeting 2011 sponsored by Sanofi-Aventis- London England UK (2 lectures)

2011        Lecturer, Conference attendees, 3rd Annual Obstetrics Update- Corniche Hospital- Abu Dhabi (Three

Lectures)

| | |
|---|---|
| 2016 | Lecturer, Physician staff, Medical Grand Rounds, Saudi-Aramco-Dammam Hospital, Dammam Saudi Arabia |
| 2016 | Lecturer, Hematology/Oncology staff, Hematology Rounds, King Fahad Specialist Hospital, Dammam, Saudi Arabia |

## Workshops /seminars:

### JHMI/Regional:

| | |
|---|---|
| 2005 | Speaker, organizer, Faculty and staff, Johns Hopkins Hospital Deep Venous Thrombosis Prevention Collaborative  Meetings sponsored by The Center For Innovations in Quality Patient Care, Johns Hopkins Hospital,  Baltimore, MD |
| 2008 | Speaker, Organizer, General Public, National Blood Clot Alliance-"Stop the Clot" community awareness event held at The Al Owens Lecture Hall CRB2 JHMI |
| 2008 | Speaker, Hemophilia patients and their family members, Hemophilia Foundation of Maryland Conference for patients with bleeding disorders, Baltimore, MD |
| 2009-Present | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 1st Annual VTE Awareness Day symposium at Hurd Hall, Keynote speakers,  Acting Surgeon General, Admiral Steven Galson, John Heit MD, Mayo Clinic, Susan Kahn MD, Johns Hopkins Hospital, Baltimore, MD |
| 2009 | Speaker, Pharmacist members of MHSP VTE prophylaxis- Maryland Health Systems Pharmacy Association Annual Meeting-  Maritime Institute, Linthicum Heights MD 3-28-09 |
| 2010 | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 2nd Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker,  William Geerts, MD |
| 2011 | Speaker, organizer, Faculty, residents, fellows, students and allied health professionals, 3rd Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker, Sam Z. Goldhaber, MD, President and Founder North American Thrombosis Forum, Professor of Medicine Harvard University |
| 2012 | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 4th Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker,  David in Garcia, MD, President of Anticoagulation Forum, Professor of Medicine, University of  Washington |
| 2013 | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 5th Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker,  Joseph Caprini, MD, Professor of Surgery, Northwestern University |
| 2013 | Speaker, General Public, Stop-The-Clot Forum, National Blood Clot Alliance, Sykesville MD |
| 2014 | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 6th Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker, Lisa  Richardson MD, MPH, Director of Blood Diseases Branch CDC |
| 2015 | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 7th Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker,  Mark Crowther, MD, Professor of Medicine and Pathology, McMaster University |
| 2016 | Speaker, Organizer, Faculty, residents, fellows, students and allied health professionals, 8th Annual VTE Awareness Day symposium at Hurd Hall, Keynote speaker, Richard H. White, MD, Professor of Medicine, University of California at Davis |

### National:

| | |
|---|---|
| 2006 | Lecturer, Attendees, Sanofi-Aventis National Investigators Meeting, Las Vegas, Nevada |
| 2006 | Lecturer, Attendees, Sanofi-Aventis National Investigators Meeting, Williamsburg, VA |
| 2006 | Speaker, Attendees, Eisai Pharmaceutical, Inc. National Investigators Meeting, Orlando, FL |
| 2007 | Speaker, Attendees, Sanofi-Aventis National Speakers Training Meeting, invited speaker, San Francisco, CA |

| | |
|---|---|
| 2009 | Speaker, Members of Society of Hospital Medicine, Society of Hospital Medicine Annual Meeting, Chicago, IL |
| 2009 | Speaker and Consultant, Attendees and staff, Centers for Disease Control and Prevention Conference on U.S. Medical Eligibility Criteria for Contraceptive Use, Atlanta, GA |
| 2014 | Lecturer, Attendees and staff, Joint Commission Meeting for VTE Prevention Collaborative, Joint Commission, Forest Park IL |
| 2015 | Lecturer, Attendees and staff, Johns Hopkins Progress report for the Joint Commission VTE Prevention Collaborative, Los Angelos, CA |
| 2015 | Discussant, Attendees and staff, Strategies to Improve VTE Prevention, Joint Commission Leadership Advisory Committee telephone conference |
| 2015 | Lecturer, Attendees and staff, Johns Hopkins Progress report for the Joint Commission VTE Prevention Collaborative, Dallas TX |
| 2016 | Lecturer, Attendees and staff, Johns Hopkins Progress report for the Joint Commission VTE Prevention Collaborative, Boston, MA |

*International:* N/A

## Mentoring

### Predoctoral Advisees / Mentees:

2007-2014     Anand Narayan MD PhD, medical student, currently radiology fellow at the Johns Hopkins University School of Medicine (Original research publications 26, 48, 56, 64)

2014-2017     Anthony Serritella, medical student, currently a 4th year medical student at the Johns Hopkins University School of Medicine

### Postdoctoral Advisees / Mentees:

| | |
|---|---|
| 2004-2007 | David E. Gerber MD, Hematology/Oncology fellow, currently associate professor, Medicine, University of Texas Southwestern, Dallas TX, co-directs the experimental therapeutics program (Original research publications 22 and 27; review article 7) |
| 2004-2007 | Christine Hann MD, PhD, Hematology/Oncology Fellow, currently assistant professor of Oncology, Johns Hopkins Kimmel Comprehensive Cancer Center (Review article 6, Book chapters 10 and 15) |
| 2007-2010 | Huichun Zhan MD, Hematology/Oncology fellow, currently hematologist/oncologist, James J Peters VA in New York (Original research publication 31 and case report 8) |
| 2007-2010 | Ashkan Emadi MD PhD, Hematology/Oncology fellow, currently associate professor, Medicine, University of Maryland (Review articles 13, 14; Case Report 5, Book Chapter 19) |
| 2009-2012 | Rakhi Naik MD MHS, Hematology/Oncology fellow, currently assistant professor, Medicine, Johns Hopkins University School of Medicine (Original research 53, 69, 86; Review article 19) |
| 2009-2011 | Kimberly L Carter, PharmD, ambulatory care pharmacy resident, Johns Hopkins Hospital, currently Assistant Professor of Pharmacy Practice, Thomas Jefferson University, Philadelphia, PA (Original research 46) |
| 2011-2013 | Matthew J. Newman, PharmD, pharmacy resident, Johns Hopkins Hospital, Oncology Clinical Pharmacist, Johns Hopkins Hospital (Original research 60) |
| 2011-2013 | Adrian Wong, PharmD, pharmacy resident, Johns Hopkins Hospital, currently Fellow, Outcomes Research and Pharmacy Informatics, Division of General Internal Medicine and Primary Care Brigham and Women's Hospital, Boston, Massachusetts (Original research 71) |
| 2011-2013 | Martin J. Bishop, PharmD, ambulatory care pharmacy resident, Johns Hopkins Hospital, currently Clinical Pharmacy Specialist, Ambulatory Care, Johns Hopkins Hospital (Original research 59, 89) |
| 2010-2013 | Amer Zeidan MBBS, MHS, Hematology/Oncology fellow, currently assistant professor, Medicine, Yale New Haven Conn (Original research 55, 65, 70, and 82; Review article 15, 22 and 23) |
| 2013-2014 | Jonathan Webster MD, medical resident, currently medical oncology fellow, Johns Hopkins University School of Medicine (Original research 66). |

22

2009          Anand Narayan, MD PhD, dissertation committee member
2010          Adam Cuker, MD, MSTR, U Penn, thesis committee member
2011          Elliott Haut, MD, PhD, dissertation committee member
2014          Kimberly Steele, MD, PhD dissertation committee member

Educational Program Building/Leadership  N/A

Educational Demonstration Activities to external audiences  N/A

## RESEARCH ACTIVITIES

**Research Focus:** My clinical research focus is prevention and treatment of venous thromboembolism. Within this area I have focused on identifying defects in VTE prevention and developing strategies to address these clinical care deficits. My work is described in more detail below in the System Innovation and Quality Improvement section.

**Research Program Building/Leadership:**  None

**Research Demonstration Activities: None**

**I**nventions, Patents, Copyrights None

Technology Transfer Activities: None

## SYSTEM INNOVATION AND QUALITY IMPROVEMENT ACTIVITIES

**System Innovation Focus:**

System Innovation and Quality Improvement efforts within JHM:

2003-Present    Johns Hopkins Anticoagulation Management Service's contributions to improved anticoagulation management at the Johns Hopkins Hospital and Johns Hopkins Medicine

Since the Anticoagulation Management service was founded in 2003, we have promoted evidence-  based anticoagulation management for Johns Hopkins inpatients and outpatients. We developed  evidence-based guidelines for outpatient management of warfarin and low molecular weight heparin  as well as the perioperative management of anticoagulation based upon the American College of  Chest Physician Guidelines that we have used for our clinic. In 2008 our service played an important  role in reviewing and updating Johns Hopkins Hospital Anticoagulation policies for unfractionated  heparin, low molecular weight heparin and warfarin in response to Joint Commission's 2008 National  Patient Safety Goals for Anticoagulation Management. I chair the Anticoagulation Task Force steering committee that meets quarterly. In addition, AC service team members Jessica Wellman  PharmD and Patricia Ross PharmD organized a pharmacist-driven inpatient anticoagulation consult  service that resulted in improved patient care and provider satisfaction. (See reference 37 in Research  Publications).  Working with Dr. Petty, Dr. Karen King and critical care pharmacy providers, we have  also spearheaded the development of emergent warfarin and new oral anticoagulant reversal pathways  for life-threatening bleeding. In collaboration with Ken Shermock PharmD, PhD we participated in a  quality improvement project focusing on different measures of the INR in our clinic. Ken's analysis identified important deficiencies in the point-of-care INR monitor we were using in the clinic,  prompting a change in the INR monitor we used for patients. In addition, he developed a unique  clinical decision-based analysis of comparative INR measures that we believe is superior to the  conventional analytic approach to comparative measures. These anticoagulation management quality  improvement projects led to a number of publications from members of the AC service. (Original Research references 28, 29, 32-34, 40, 43, 46, and 89)

2005-present      Johns Hopkins Venous Thromboembolism (VTE) Collaborative, Co-Director

In 2005, Paula Biscup, PharmD and I joined Sean Berenholtz MD, PhD and Deb Hobson RN to form the Johns Hopkins Venous Thromboembolism Collaborative to improve Johns Hopkins Hospital's performance in VTE prevention. After holding a series of VTE workshops with providers in different departments, we developed paper risk stratification tool to help clinicians prescribe risk-appropriate VTE prophylaxis. With the advent of electronic order entry, we realized that our paper risk stratification tools were out of the clinical workflow and that we would have to integrate these tools into the electronic order entry system. With Dr. Elliott Haut, Paula (and later Peg Kraus PharmD), Deb and I developed 16 different computer decision support "smart order sets" in conjunction with providers in each of these specialties. These order sets have facilitated significant improvements in VTE prevention at the Johns Hopkins Hospital. Since implementation of the order sets, VTE risk stratification in the Department of Medicine has been consistently above 96% since 2008 and risk appropriate prophylaxis ordering has been consistently above 90% since October of 2010. In conjunction with Murali Padmanaban and Kunal Dukle we developed VTE prophylaxis performance reports that allowed for data-driven improvements that have contributed to Johns Hopkins' consistent and excellent performance on VTE Core Measures and Meaningful Use measures. We have built a multidisciplinary team (including trauma surgeon Elliott Haut, ICU nurses Deb Hobson and Dauryne Shaffer, pharmacist Peg Kraus, medical informatics expert Brandyn Lau as well as statistician Victor Popoola) that has resulted in significant improvements in VTE management at The Johns Hopkins Hospital and 34 publications. (Original Research publications 42, 44, 52, 54, 55, 60, 61, 63, 70, 73, 77, 79, 81, 84, 88, 91, 92, 93; Review articles 18, 24, 30; Guidelines 3, 6, 7, 9-18; and other media 2, 6, 9, 11, 13-15, 17-22, 24, 25). At Johns Hopkins, we demonstrated that one third of all hospital-acquired deep venous thromboses were related to upper extremity central venous catheters and were not preventable with conventional pharmacologic VTE prophylaxis. Our clinical expertise on VTE management resulted in 3M and the Maryland HealthCare Cost Review Commission removing thrombosed aneurysms and upper extremity venous thrombosis from the list of Maryland Hospital Acquired Conditions (MHACs) which has resulted in substantial savings to Johns Hopkins Hospital and other institutions in the state. Our Johns Hopkins VTE Collaborative has been awarded the DVTeam Award by the North American Thrombosis Forum in 2010 and the Healthcare-Associated VTE Challenge Champion by the Centers for Disease Control and Prevention in 2015 (Review Article 30). I have given Grand Rounds locally as well as nationally and internationally on the topic of VTE prevention and management including lectures at the CDC, the American Society of Hematology annual meeting, the National Comprehensive Cancer Network annual meeting and in Saudi Arabia and United Arab Emirates.

### System Innovation and Quality Improvement Efforts outside JHMI:

2014-2016     Joint Commission VTE Prevention Improvement Project, team member
Laura Winner, Rich Hill and I are participating as Johns Hopkins Medicine's representatives in a Joint Commission sponsored VTE Prevention Improvement project that includes 4 other institutions including Massachusetts General Hospital, The Cleveland Clinic, Texas Health Resources and Kaiser Permanente. The goal of the project is to share innovations and develop new approaches to improve VTE prevention at the participating institutions. This project is ongoing.

### Production of guidelines and/or protocols:

2006          British Committee for Standards in Haematology Guideline on the Use of Vena Cava Filters, co-author, no funding support, adopted by the British Committee for Standards in Haematology, has yet to be updated

2006          Society for Interventional Radiology Guidelines for the Use of Retrievable and Convertible Vena Cava Filters, co-author, no funding support, adopted by the Society for Interventional Radiology, has not been updated

2006-present  National Comprehensive Cancer Network Venous Thromboembolism Guideline, member of writing committee since 2006, chairman of guideline committee since 2009, adopted by the NCCN members institutions, updated annually

2011-13       International Clinical Practice Guidelines for Management of Venous Thromboembolism in Cancer Patients, co-author, funded and adopted by French National Institute on Cancer, active

### System Innovation and Quality Improvement Program Building/Leadership

2003-present  Johns Hopkins Anticoagulation Management service and Outpatient Clinics, Medical Director (additional description of innovations above)

24

2005-present    Johns Hopkins VTE Collaborative, Co-Director (additional description of innovations above)


**ORGANIZATIONAL ACTIVITIES**

Institutional Administrative Appointments:
1999-2001       Member, Clinician Educator Subcommittee
2004-present    Member, DOM Clinical Operations Committee
2004-present    Member, DOM Patient Safety Committee
2008-present    Member and Chairman, Anticoagulation Task Force Steering Committee
2009-present    Member, DOM Ongoing Professional Performance Evaluation Committee
2010            Member, DOM Divisional Salary Review Committee


Editorial Activities:

Editorial Board Appointments - None

Journal Peer Review Activities:
2006-present    Urology
2007-present    Acta Haematologica
2007-present    Annals of Internal Medicine
2007-present    Blood
2007-present    Medicine
2007-present    Ophthalmology
2007-present    Transfusion
2008-present    Journal of National Comprehensive Cancer network
2008-present    New England Journal of Medicine
2009-present    Blood Coagulation and Fibrinolysis
2009-present    Cleveland Clinic Journal of Medicine
2009-present    Haematologica
2010-present    American Journal of Medicine
2010-present    Journal of General Internal Medicine
2010-present    Journal of Thrombosis and Haemostasis
2010-present    Journal of Vascular and Interventional Radiology
2011-present    British Journal of Urology
2011-present    British Medical Journal (BMJ)
2011-present    Expert Reviews in Cardiovascular Therapy
2011-present    Journal of Thrombosis and Thrombolysis
2011-present    Thrombosis and Haemostasis,
2012-present    Journal of Hospital Medicine
2012-present    Thrombosis Research
2013-present    Chest
2013-present    Journal of Clinical Oncology
2014-present    Haemophilia
2014-present    Lancet
2015-present    JAMA Internal Medicine

Other peer review activities:

Advisory Committees, Review Groups/Study Sections:

2005-present    Member, Venous Thromboembolism Guidelines Committee, National Comprehensive Cancer
                Network
2005            Teleconference Review Group Member of PIOPED III Program Project grant, NIH
2010            Consultant, U.S. Medical Eligibility Criteria for Contraceptive Use, Centers for Disease

|  | Control and  Prevention |
| 2010 | Member, International Practice Guideline Committee on Management of Cancer-associated Venous Thromboembolism Chairmen- Harry Buller and Dominique Farge |
| 2013-present | Member, Medical and Scientific Advisory Board, National Blood Clot Alliance |
| 2013-present | Board Member, Anticoagulation Forum |

## Professional Societies

| 1992-present | Member, American College of Physicians |
| 1995-present | Member, American Society of Hematology |
| 1995-present | Member, International Society of Thrombosis and Haemostasis |
| 2005-present | Member, Anticoagulation Forum |
| 2010-present | Fellow, American College of Physicians |

## Conference Organizer

| *JHMI/Regional:* | 2009-present | Johns Hopkins DVT Awareness Month Symposium |
| *National:* | None | |
| *International:* | None | |

## Session Chair

| *JHMI/Regional:* | None |

*National:*

| 06/09 | Outcomes Research II Session Co-Chair with Clive Kearon, ISTH, Boston MA |

| *International:* | None |

## Consultantships

| 2006-2007 | Sanofi-Aventis |
| 2006-2007 | Eisai |
| 2011 | Sanofi-Aventis |
| 2011-2013 | Eisai DalteCan Data Safety Monitor Board |
| 2013-present | Bio2Medical Angel Filter Data safety Monitoring Board |
| 2014- | Janssen Calisto Cancer VTE Clinical Trials Portfolio, consultant |
| 2014-present | American Society of Hematology Consult-a-Colleague program |
| 2015- | Janssen Atrial Fibrillation Patient Care Improvement Project |
| 2015- | CSL Behring, Data safety monitoring board |

# RECOGNITION

## Awards, Honors:

| 1983 | Valedictorian, Summa Cum Laude, Washington and Lee University, Lexington VA |
| 1983-1984 | Fulbright Scholar at University of Ulm, West Germany, United States Department of State, Bureau of  Educational and Cultural Affairs |
| 1991 | Leighton R. Cluff Award for the Most Exemplary Physician, University of Florida |
| 1994 | William R. Bell Prize in Hematology, Johns Hopkins University School of Medicine, Department of Medicine, Division of Hematology |
| 1995 | ASCO Young Investigator Award, American Society of Oncology |
| 1996 | C. Lockard Conley Award in Hematology, Johns Hopkins University School of Medicine |
| 2006 | Osler Medical House staff Award for Outstanding Teaching by a Full-time Faculty Member |
| 2010 | Osler Medical House staff Award for Outstanding Teaching by a Full-time Faculty Member |
| 2010 | North American Thrombosis Forum Award Winner for best VTE Prophylaxis system (Hospitals > 200 beds) |

| | |
|---|---|
| 2015 | Centers for Disease Control and Prevention Healthcare-associated Venous Thromboembolism Prevention Challenge Champion- Awardee- Johns Hopkins VTE Collaborative |
| 2016 | Mary Betty Stevens Award for Clinical Research, Maryland Chapter of the American College of Physicians |

Invited Talks, Panels

*JHMI/Regional:*

| | |
|---|---|
| 1997-present | Lecturer, Post-doctoral fellows and faculty, Hematology Grand Rounds, The Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999-present | Lecturer, Medical students, residents, post-doctoral fellows and faculty, Department of Medicine Grand Rounds, The Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999, 2000, 2002, 2006, 2009, 2011 | Lecturer, Medical students, residents, attending staff, Harbor Hospital Center Medical Grand Rounds, Harbor Hospital Medical Center, Baltimore, MD |
| 1999-2001 | Lecturer, community physicians and faculty, Saturday Medicine Rounds at The Johns Hopkins Hospital, The Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999 | Lecturer, Residents and staff physicians, Montgomery General Hospital Medical Grand Rounds, Olney MD |
| 2000, 2011, 2013 | Lecturer, Residents and staff physicians, St, Agnes Hospital Medical Grand Rounds, St. Agnes Hospital, Baltimore MD |
| 2001, 2006, 2011, 2016 | Lecturer, Residents and staff physicians, Union Memorial Hospital Medical Grand Rounds, Union Memorial Hospital, Baltimore, MD |
| 2003, 2005 | Lecturer, Residents and faculty, Johns Hopkins OB/Gyn Department Grand Rounds |
| 2004-2006 | Lecturer, Attendees, New Approaches to Brain Tumor Therapy Consortium Spring Meeting, Baltimore MD |
| 2004, 2009, 2015 | Lecturer, Residents post-doctoral fellows and faculty, Department of Urology Grand Rounds, Johns Hopkins Hospital, Baltimore, MD |
| 2005 | Lecturer, Residents and staff physicians, Princes George's Hospital Center Medical Grand Rounds, Cheverly MD |
| 2005 | Lecturer, Community genetic medicine physicians and allied health professionals, Baltimore Genetics Society Annual Conference, Greater Baltimore Medical Center, Baltimore, MD |
| 2005, 2009, 2013 | Lecturer, Residents, post-doctoral fellows and faculty, Department of Neurosurgery Grand Rounds, Johns Hopkins Hospital, Baltimore, MD |
| 2005, 2006, 2013, 2016 | Lecturer, Residents and staff physicians, Mercy Medical Center Medical Grand Rounds, Baltimore, MD |
| 2005 | Lecturer, Residents and staff physicians and allied health professionals, Department of Emergency Medicine Grand Rounds, St Agnes Hospital, Baltimore, MD |
| 2006 | Lecturer, Residents and staff physicians, Sibley Hospital Department of Anesthesia Rounds, Sibley Hospital, Washington, DC |
| 2006 | Lecturer, Members of the National Medical Association-Maryland Chapter, National Medical Association Annual Meeting, Baltimore, MD |
| 2006, 2014 | Lecturer, Residents and staff physicians, Good Samaritan Hospital Medical Grand Rounds, Baltimore, MD |
| 2006 | Lecturer, Residents, post-doctoral fellows and faculty, Georgetown University Hospital Hematology/Oncology Grand Rounds, Georgetown University, Lombardi Cancer Center, Washington DC |
| 2007 | Lecturer, Residents, post-doctoral fellows and faculty, West Virginia University Hematology |

27

|      | Oncology Grand Rounds, Robert C. Byrd Health Sciences Center, Martinsburg, WV |
|------|---|
| 2007 | Lecturer, Residents and staff physicians, Union Medical Center Grand Rounds, Clarksburg, WV |
| 2008 | Lecturer, Residents and staff physicians, Mt Nittany Medical Center Medical Grand Rounds, Mt Nittany Medical Center, Pennsylvania State University, State College, PA |
| 2008 | Lecturer, Residents, post-doctoral fellows and faculty, Johns Hopkins Division of Nephrology Renal Grand Rounds, Johns Hopkins Hospital, Baltimore, MD |
| 2008 | Lecturer, Residents and staff physicians, Frederick Memorial Hospital Medical Grand Rounds, Frederick Memorial Hospital, Frederick, MD |
| 2008 | Lecturer, Pharmacy students, residents and staff pharmacists, Department of Pharmacy Grand Rounds, Johns Hopkins Hospital, Baltimore, MD |
| 2008 | Lecturer, Residents and staff physicians and allied health professionals, VTE Symposium, Lankenau Hospital, Philadelphia PA |
| 2009 | Discussant/Moderator, Physician and allied health professional staff of the Region III MidAtlantic Comprehensive Hemophilia Centers, Region III Hemophilia Meeting, Alexandria, VA |
| 2009 | Lecturer, Pharmacist members of the Maryland Health Systems Pharmacy Association, Maryland Health Systems Pharmacy Association Annual Meeting, Maritime  Institute, Linthicum Heights MD |
| 2010 | Lecturer, Residents and staff physicians and allied health professionals, Lankenau Hospital Medical Grand Rounds- Lankenau Hospital, Philadelphia PA |
| 2010 | Lecturer, Residents, post-doctoral fellows and faculty, Johns Hopkins Department of Pathology Grand Rounds- Johns Hopkins Hospital, Baltimore, MD |
| 2010 | Lecturer, Physicians, nurses and pharmacists in Quality Improvement, Delmarva Foundation Webinar |
| 2011 | Lecturer, Residents, post-doctoral fellows and faculty, Johns Hopkins Bayview Department of Medicine Grand Rounds, Baltimore, MD |
| 2011 | Moderator, Physician, nurse and pharmacist members of the North American Thrombosis Forum, North American Thrombosis Forum Awards Ceremony, Boston MA |
| 2011 | Lecturer, Residents and staff physicians and allied health professionals Medical Grand Rounds- Suburban Hospital, Bethesda, MD |
| 2011 | Lecturer, Residents, post-doctoral fellows and faculty, Maternal-Fetal Medicine Grand Rounds, John Hopkins Hospital, Baltimore, MD |
| 2011 | Lecturer, Residents, post-doctoral fellows and faculty, Department of Anesthesia and Critical Care Medicine Grand Rounds, Johns Hopkins Hospital Baltimore, MD |
| 2012 | Lecturer, Residents and staff physicians and allied health professionals, Greater Baltimore Medical Center Joint Medical Surgical Grand Rounds, Baltimore, MD |
| 2012 | Lecturer, Residents and staff physicians and allied health professionals, Venous Thromboembolism: the difficult questions 2012- Lankenau Medical Center, Philadelphia PA |
| 2013 | Lecturer, Maryland physician members of the Maryland Society of Hospital Medicine, Maryland Society of Hospital Medicine, Hospital Medicine Day Howard County General Hospital Columbia MD |
| 2013 | Lecturer, Post-doctoral fellows and faculty, Johns Hopkins Hematologic Malignancies Course, Johns Hopkins Hospital, Baltimore, MD |
| 2013 | Lecturer, Physicians, Nurses and pharmacists involved in Quality Improvement, Johns Hopkins Patient Safety Summit, Johns Hopkins Medical Institutions, Baltimore, MD |
| 2013 | Lecturer, Post-doctoral fellows and faculty, Johns Hopkins Oncology Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2014 | Lecturer, Residents, post-doctoral fellows and faculty University of MD Hematology Oncology Grand Rounds, University of MD, Baltimore, MD |
| 2014 | Lecturer, Residents and staff physicians and allied health professionals Anne Arundel Medical Center Grand Rounds, Annapolis MD |
| 2014 | Lecturer, Residents and staff physicians, Washington Hospital Center Medical Grand Rounds, Washington DC |
| 2015 | Lecturer, Residents and staff physicians, Greater Baltimore Medical Center Oral and Maxillofacial Surgery Conference, Greater Baltimore Medical Center Baltimore. MD |
| 2016 | Lecturer, Residents and staff physicians, Atkins Memorial Lecture, York Hospital, York PA |

28

| | |
|---|---|
| 2016 | Lecturer, Conference Attendees, "Perioperative Management of Anticoagulation"- 2nd Topics in Craniomaxillofacial Surgery- Johns Hopkins Hospital, Baltimore, MD 11-5-16 |
| 2016 | Lecturer, Faculty and House staff, Johns Hopkins Bayview Medical Grand Rounds, "Prevention of Venous Thromboembolism, Johns Hopkins Bayview Medical Center, Baltimore, MD |

*National:*

| | |
|---|---|
| 2003 | Invited Lecturer, Residents, staff and community physicians, 20th Annual Allan Zieger Symposium, Issues in Hematology/Oncology, sponsored by Botsford General Hospital at Detroit Novi Sheraton, Detroit, Michigan2005  Invited Lecturer and panel discussant, Members of the Society of Interventional Radiology, Society of Interventional Radiology Annual Meeting Consensus Conference on Vena Cava Filters, Miami, FL |
| 2005 | Keynote Lecturer, Physician Members of the Western New York Vascular Society, 7th Annual Meeting of the Western New York Vascular Society, Buffalo, NY |
| 2006 | Lecturer, Residents, post-doctoral fellows and faculty, University of Florida Hematology Grand Rounds, Lecturer, Shands Hospital at The University of  Florida, Gainesville, FL |
| 2006, 2010, 2016 | Lecturer, Post-doctoral fellows and faculty members of the National Comprehensive Cancer Network, National Comprehensive Cancer Network Annual Meeting, Ft. Lauderdale, FL |
| 2006 | Lecturer, Post-doctoral fellows and faculty members of the National Comprehensive Cancer Network NCCN Annual Quality Improvement Meeting, New York City, New York |
| 2006 | Lecturer, Physician members of the Cardiothoracic Surgical Critical Care Society, Cardiothoracic Surgical Critical Care Annual Meeting, Washington DC |
| 2007 | Lecturer, Members of the Society of Interventional Radiology, Society of Interventional Radiology Research Conference, Washington, DC |
| 2007 | Lecturer, Residents, post-doctoral fellows and faculty, Hematology/Oncology Grand Rounds, Yale New Haven Hospital, Yale University School  of Medicine, New Haven, Conn |
| 2007 | Lecturer, Members of the Society of Interventional Radiology Society of Interventional Radiology Research Conference, Miami, FL |
| 2008 | Lecturer, Attendees at the Medbiquitous meeting, Improvements in VTE prophylaxis with an electronic order set- Medbiquitous Convention 2008, Baltimore, MD |
| 2008 | Lecturer, Members of the NCCN VTE Guideline Committee, NCCN VTE Guideline Consensus Conference, Philadelphia PA |
| 2008 | Lecturer, Physician attendees at the American Society of Clinical Oncology Meeting, Diagnosis and Initial Treatment of Venous Thromboembolism, American Society of Oncology Categorical Course, Chicago, IL |
| 2009 | Lecturer, Staff and invited faculty, CDC meeting on US Medical Eligibility Criteria for Contraceptive Use, Centers for Disease Control and Prevention, Atlanta, GA |
| 2010 | Lecturer, Members of the Society of Hospital Medicine, Society of Hospital Medicine Annual Meeting, Chicago, IL |
| 2010 | Lecturer/Awardee, Members of the North American Thrombosis Forum, VTE Prevention using an electronic "Smart Order set" – Award Ceremony for the DVTeam Award  for the best innovation in DVT Prevention from a large hospital (> 200 Beds) North American  Thrombosis Forum Meeting, Boston, Massachusetts |
| 2010 | Lecturer, Online attendees, Webinar series by American Association of Blood Banks, |
| 2010 | Lecturer, On-line attendees, University Healthsystem Consortium webinar |
| 2010 | Lecturer, Residents and faculty of the University of Rochester and invited faculty, Cancer and Thrombosis Symposium- University of Rochester, Rochester, NY |
| 2010 | Lecturer, Attendees at the UHC Annual Meeting, University Health System Consortium National Meeting, San Diego CA |
| 2010 | Lecturer, Post-doctoral fellows and faculty members of the National Comprehensive Cancer Network, NCCN Hematologic Malignancies Annual Congress, NYC, NY |
| 2010 | Lecturer, Attendees, Pri-Med Conference, Baltimore, MD |
| 2010 | Lecturer, Attendees, National Managed Care Forum- Las Vegas, NV |

| | |
|---|---|
| 2010 | Lecturer, Members of the Miami OB/GYN society, Miami OB/Gyn Society, Miami, FL |
| 2011 | Lecturer, Physician, nurse and pharmacist members of the Anticoagulation Forum 11th Annual Anticoagulation Forum, Boston MA |
| 2011 | Lecturer, Residents, faculty and allied health professionals, Carolinas Med Center and Mecklenburg Medical Group 4th Annual VTE Conference- Charlotte, NC (2 lectures) |
| 2011 | Lecturer, Residents, post-doctoral fellows and faculty, University of Miami Hematology Grand Rounds, University of Miami, Miami, FL |
| 2011 | Lecturer, Attendees at the American Society of Hematology Annual Meeting, Consultative Hematology Course at the American Society of Hematology Annual meeting, San Diego CA |
| 2012 | Lecturer, Physician, Nurse and Pharmacist attendees, "Blood-in-Motion® Conference University of Pittsburgh, Pittsburgh, PA |
| 2012 | Lecturer, Members attending the MASCC/ISOO Annual meeting, Multinational Association of Supportive Care in Cancer MASCC/International Society of Oral Oncology Annual Meeting, New York NY |
| 2012 | Lecturer, residents, and staff physicians, St Luke's Hospital Update in Hematology Conference-St Louis MO |
| 2012 | Lecturer, Post-doctoral fellows and faculty members of the National Comprehensive Cancer Network, National Comprehensive Cancer Network 7th Annual Congress on Hematologic Malignancies-NYC,NY |
| 2012 | Lecturer, Members attending the American College of Chest Physicians Annual Meeting, Chest Conference, American College of Chest Physicians Annual Meeting, Atlanta GA |
| 2012 | Lecturer, Attendees at the American Society of Hematology meeting, American Society of Hematology Annual Meeting Education Program, Atlanta GA |
| 2012 | Lecturer, Attendees at the American Society of Hematology meeting, American Society of Hematology Annual Meeting Special Symposium on Patient Safety Initiatives Atlanta GA |
| 2013 | Lecturer, Members of the Society of Hospital Medicine, Society of Hospital Medicine Annual Meeting, National Harbor, MD (2 lectures) |
| 2013 | Lecturer, Residents, post-doctoral fellows and staff, St Luke's Hospital Hemostasis Conference, St Lukes Hospital St. Louis MO |
| 2013 | Lecturer, Staff at the Centers for Disease Control and Prevention, Centers for Disease Control and Prevention Public Health Grand Rounds, Centers for Disease Control- Atlanta GA |
| 2013 | Lecturer, Residents, faculty and allied health professionals, 6th Annual Venous Thromboembolism Conference at Carolinas Levine Medical Center- Charlotte NC (2 lectures) |
| 2013 | Lecturer, Pharmacist members of the American Society of Health System Pharmacists, American Society of Health System Pharmacists National Meeting- Orlando FL |
| 2013 | Lecturer, Members of the Duke Clinical Research Institute and invited guests, Duke Clinical Research Institute, Ritz  Carlton Tyson's Corner VA |
| 2013 | Lecturer, Staff at VHA facilities, VHA, Inc. "Partnership for Patients education series television program on "Venous  Thromboembolism prophylaxis" VHA Inc., Headquarters Irving TX |
| 2013 | Lecturer, Physician members, Rocky Mountain Oncology Society Meeting- Denver CO |
| 2014 | Lecturer, Residents, post-doctoral fellows and faculty, University of Iowa DeGowin Memorial Lecture, Iowa City Iowa |
| 2014 | Lecturer, Residents, physician staff, allied health professionals, AC Forum sponsored education program at Mount Carmel East Hospital Columbus, Ohio |
| 2014 | Lecturer, Residents, post-doctoral fellows and faculty, Memorial Sloan Kettering Hematology Oncology Grand Rounds, NYC NY |
| 2014 | Lecturer, Post-doctoral fellows at NCCN institutions, Post-doctoral Fellows Educational Meeting at the NCCN Annual Conference. Hollywood FL |
| 2014 | Lecturer, Attendees at the American Society of Clinical Oncology Annual Meeting, Hematology for the Oncologist- American Society of Clinical Oncology Special Session, American Society of Oncology Annual Meeting, Chicago, IL |

| | |
|---|---|
| 2014 | Lecturer, Attendees, Premier Healthcare Alliance webinar |
| 2014 | Lecturer, Attendees of meeting as well as staff, residents, fellows, MD Anderson Conference on Cancer and the Heart, MD Anderson Cancer Center- Houston TX |
| 2015 | Lecturer, Attendees at annual meeting, Society of Hospital Medicine Annual meeting, National Harbor, MD |
| 2015 | Lecturer, Attendees, Centers for Disease Control Clinical Immunization Safety Assessment Annual Meeting, Atlanta GA-  via webinar |
| 2015 | Lecturer, Attendees at annual meeting, Society for Cardiovascular Anesthesiologists Annual Meeting, Washington DC |
| 2015 | Lecturer, Attendees to Annual Meeting including physicians, nurses, pharmacists, 20th Annual Anticoagulation Forum Annual meeting, Washington DC (2 lectures) |
| 2015 | Lecturer, Attendees of ACC meeting, American College of Cardiology Anticoagulation Consortium, Heart House, Washington DC |
| 2015 | Lecturer, 30th Annual Pharmacy Invitational Conference on Antithrombotic Therapy (PICAT), Astor Crowne Plaza Hotel in New Orleans, LA. (2 lectures) |
| 2016 | Lecturer, Attendees of meeting, Food and Drug Administration Conference on Point-of-Care INR devices: Clinician Perspective Silver Spring MD |
| 2016 | Lecturer, Conference attendees, Massachusetts General Hospital Symposium on Hematology and Oncology, "Management of Difficult Problems in Hemostasis and Thrombosis" Boston MA |
| 2016 | Lecturer, ACP Annual meeting attendees, American College of Physicians Annual Meeting, Washington DC |
| 2016 | Lecturer, Conference attendees, "DOACs should not be used in Cancer Patients", American Heart Association Meeting, New Orleans, LA |
| 2016 | Lecturer, Attendees at the American Society of Hematology meeting, Cancer and Thrombosis, American Society of Hematology Annual Meeting Education Program, San Diego CA (2 lectures) |
| 2016 | Lecturer, Attendees at the American Society of Hematology meeting, "Safety of different anticoagulants for the treatment of venous thromboembolism in patients with cancer", American Society of Hematology Annual Meeting, San Diego CA |

*International:*

| | |
|---|---|
| 2006 | Lecturer, Conference attendees, Swiss Society of Hematology Hemostasis Annual Meeting, Invited Speaker, University of Zurich, Zurich, Switzerland |
| 2007 | Lecturer, Conference attendees 4th International Conference on Thrombosis and Hemostasis Issues in Cancer, Bergamo, Italy |
| 2010 | Lecturer, Conference attendees, 9th Annual Brazil Conference on HIV/AIDS, Rio De Janiero, Brazil |
| 2010 | Lecturer, Conference attendees, International Summit on Thrombosis and Hemostasis in Cancer, Stresa on Lake Maggiore Italy |

**Other Professional Accomplishments**

| | |
|---|---|
| 2009, 2011-2016 | Baltimore Magazine Top Doctors |
| 2012-2016 | America's Top Doctors, Castle Connolly |