1 James R. Condo (#005867)
Amanda C. Sheridan (#027360)
2 SNELL & WILMER L.L.P.
One Arizona Center
3 400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
4 Telephone: (602) 382-6000
jcondo@swlaw.com
5 asheridan@swlaw.com

6 Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
7 Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
8 NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
9 201 17th Street, NW, Suite 1700
Atlanta, GA 30363
10 Telephone: (404) 322-6000
richard.north@nelsonmullins.com
11 matthew.lerner@nelsonmullins.com

12 *Attorneys for Defendants*
*C. R. Bard, Inc. and*
13 *Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF LODGING CERTAIN REDACTED EXHIBITS IN SUPPORT OF BARD'S MOTION TO EXCLUDE THE OPINIONS OF DRS. KINNEY, ROBERTS AND KALVA** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to Local Civil Rule 5.6 file this notice of lodging redacted certain exhibits attached in support of Bard's Motion to Exclude the Opinions of Thomas Kinney, M.D., Anne Christin Roberts. M.D. and Sanjeeva Kalva, M.D. and Memorandum of Law in Support. The two redacted exhibit are the Cirrculum Vitae of Drs, Kinney and Kalva. The redacted is person information (date of birth, address, telephone number, etc.). While Bard lodges them in a redacted form to protect the doctor's personal information. The two

exhibited that are lodged redacted are identified on Exhibit A.

RESPECTFULLY SUBMITTED this 24th day of August, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/Matthew B. Lerner
Matthew B. Lerner

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## **EXHIBIT A**

## **DOCUMENTS PROPOSED TO BE LODGED REDACTED**

Exhibit A:     Curriculum Vitae of Dr. Kinney

Exhibit C:     Curriculum Vitae of Dr. Kalva