# Exhibit A

DOCUMENT SUBMITTED UNDER SEAL

# Curriculum Vitae of

# **THOMAS B. KINNEY, MD, MSME**

# CURRICULUM VITAE

## 1. PERSONAL DATA:

A.    NAME:   **THOMAS B. KINNEY, MD, MSME**

B.    ████████████    ████████████

C.    ████████████████████████

D.    ████████        ████

E.    ████████    ████████████████

        ████        ████████████

                ████████████

        ████    ████████████████████

                ████████████████

F,    ████████████████████████

## II.        EDUCATION:

| | |
|---|---|
| Clarkson University | BS Physics 1974-1978 |
| Potsdam, NY. 13676 | Mathematics Minor |
| Stanford University | MS Mech. Eng. 1978-1979 |
| Stanford, CA. 94305 | |
| University of California | MD 1983-1987 |
| School of Medicine | |
| San Diego, CA. 92037 | |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| University of California | Internship 1987-1988 |
| School of Medicine<br>San Diego, CA. 92037 | Internal Medicine |
| Massachusetts General Hospital | Residency 1988-1992 |
| Department of Radiology | Diagnostic Radiology |
| Boston, MA. 02114 | |

**SPECIALTY TRAINING:**

| | |
|---|---|
| Massachusetts General Hospital | GI/GU 3/1991-3/1992 |
| Department of Radiology | Imaging & Interventional |
| Boston, MA. 02114 | Sub-Fellowship |
| Massachusetts General Hospital | Angiography 7/1992-6/1993 |
| Department of Radiology<br>Boston, MA. 02114 | Fellowship |

**III.    PROFESSIONAL EXPERIENCE:**

**Academic Appointments**

| | |
|---|---|
| 7/1/2006 – Present | Professor of Clinical Radiology<br>Vascular & Interventional Radiology<br>Department of Radiology<br>UCSD Medical Center<br>San Diego, CA 92103 |
| 7/1/2000 – 7/1/2006 | Associate Professor Radiology<br>Vascular & Interventional Radiology<br>Department of Radiology<br>UCSD Medical Center<br>San Diego, CA. 92103 |
| 7/1/1994 – 7/1/2000 | Assistant Professor Radiology<br>Vascular & Interventional Radiology<br>UCSD Medical Center |

San Diego, CA. 92103

**Private Practice**

7/1993 – 6/1994            Medical Arts Radiological Group
                           Diagnostic and Interventional Radiology
                           Bayshore, NY 11706

## IV.    LICENSURE AND CERTIFICATION:

12/2016 -   Re-certified MOC Interventional Radiology

1/2006   -   Re-certified MOC Interventional Radiology

2/1996   -   Board Certified CAQ Interventional Radiology

6/1992   -   Board Certified in Diagnostic Radiology

1987      -   Medical License State of California.

## V.      MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

Fellow Society for Vascular and Interventional Radiology

Corresponding Fellow Cardiovascular and Interventional Society of Europe

Radiologic Society of North America

A. Baird Hastings Society, University of California, San Diego, CA. 1985

Director, San Diego Angiography and Interventional Club, since 2002-2014

Course Director, UCSD Interventional Fall and Spring Courses (2002-2007)

## VI.    PRIOR WORK EXPERIENCE:

7/1984 to 6/1987  -  Design Engineer, Pat O. Daily, MD

7/1979 to 9/1983  -  Design Engineer, Thomas J. Fogarty, MD

## VII.  JOURNAL REVIEWER:

American Journal of Roentgenology (AJR)-Since 1/17/1995

Journal Vascular Interventional Radiology (JVIR)-Since 9/11/1996

Cardiovascular and Interventional Radiology-Since 12/2001

Journal of Vascular Surgery-Since 2002

## VIII. Honors and Awards:

Distinguished JVIR-1998 2006, 2007, 2008, 2012 (Top Reviewers), 2013, 2014, 2015 (Top Reviewer), 2016

AJR Distinguished Reviewer Award 2016

Cardiovascular and Interventional Radiology Journal Reviewer Award 2016

Academy of Clinical Scholars, UCSD (2004-2017)

Named as "Top Doctors" in San Diego by the San Diego County Medical Society and San Diego Magazine for Vascular and Interventional Radiology – 2005

Selected one of Best Doctors in America 2007-2008 and 2010 (Consumers Research Council of America)

Selected in "Guide to America's Top Radiologist" 2008

Radiologic Society of North America. International Visiting Professor Program, Myanmar 2011

RSNA Certificate of Appreciation Goodman ET, Karimi A., Yen AC, Herrera A, Tavri S, Ramaswami R, Welch CS, Kinney TB. In recognition of the excellence of your educational exhibit LL-EDE1003. Chest Case of the Day. Presented at the 98th Scientific Assembly and Annual Meeting of the Radiologic Society of North America - November 25-30, 2012, Vascular and Interventional Radiology

Top Doctors San Diego, Castle and Connolly Medical Ltd. 2013, 2016, 2017

Top Doctor, 2016 San Diego Metro

Excellence in Mentorship Award in Vascular and Interventional Radiology, UCSD Department of Radiology 2013

## IX. Editorial Boards:

Editorial Board Journal of Vascular and Interventional Radiology, 2000-2008

Editorial Board Seminars Interventional Radiology (Venous Interventions)

Editorial Board American Journal of Roentgenology (Assistant Editor, Vascular and Interventional Radiology)

## BIBLIOGRAPHY

**1. Peer Reviewed Articles**

1. Fogarty TJ, **Kinney TB**. A new approach to transluminal angioplasty. Vascular Diag Therapy Jan/Feb 1984

2. Fogarty TJ, **Kinney TB**, Finn JC: Current status of dilatation catheters and guiding systems. Am J Cardiol 53:97C-100C, 1984

3. Giesy JD, Finn JC, Hermann GD, **Kinney TB**, Fogarty TJ: Coaxial balloon dilatation and calibration of urethral strictures. Am J Surg 146:611-614, 1984

4. Fogarty TJ, **Kinney TB**: Intraoperative coronary artery balloon-catheter dilatation. Am Heart J 107:845-851, 1984

5. Chin AK, **Kinney TB**, Rurik GE, Shoor PM, Fogarty TJ: A physical measurement of the mechanism of transluminal angioplasty. Surgery 95:196-200, 1984

6. **Kinney TB**, Chin A, Rurik G, et al: Transluminal angioplasty: a mechanical-pathophysiological correlation of its physical mechanisms. Radiology 153:85-89, 1984

7. Fogarty TJ, **Kinney TB**: A new vascular clamp. Surg Gynecol Obstet 160:264-265, 1985

8.  **Kinney TB**, Fan M, Chin A, et al: Shear force in angioplasty: its relation to angioplasty catheter design and function. Am J Roentgen 144:115-122, 1985

9.  Daily PO, Pfeffer TA, Wisniewski BS, Steinke TA, **Kinney TB**, Moores WY, Dembitsky WP: Clinical comparisons of methods of myocardial protection. J Thorac Cardiovasc Surg 93:324-326, 1987

10. Daily PO, **Kinney TB**, Steinke TA: Pulmonary vein clamping during cardiopulmonary bypass: Enhancement of operative field visualization and myocardial hypothermia. Ann Thorac Surg 43:338-340, 1987

11. **Kinney TB**, Daily PO, Pfeffer TA: Optimizing myocardial hypothermia: I. Temperature probe design and clinical inferences. Ann Thorac Surg 51:278-283, 1991

12. Daily PO, **Kinney TB**: Optimizing myocardial hypothermia: II. Cooling jacket modifications and clinical results. Ann Thorac Surg 51:284-289, 1991

13. **Kinney TB**, Deluca SA: Parathyroid hyperplasia as a cause of recurrent hyperparathyroidism. Am Fam Physician 44(4):1253-1259, 1991

14. **Kinney TB**, Deluca SA: Idiopathic hemochromatosis. Am Fam Physician 44(3):873-875, 1991

15. **Kinney TB**, Deluca SA: Kartagener's Syndrome. Am Fam Physician 44(1):133-4, 1991

16. Lee MJ, Mueller PR, Dawson SL, Mc Laughlin D, **Kinney TB**, et al. Measurement of Tissue CEA from Fine needle biopsy specimens: Technique and Clinical Usefulness. Radiology 184:717-720, 1992

17. **Kinney TB**, Lee MJ, Mueller PM, et al. Fine-Needle biopsy: Prospective comparison of aspiration versus nonaspiration techniques in the abdomen. Radiology 186:549-552, 1993

18. **Kinney TB**, Lee MJ, Mueller PR, Waltman AC: A theoretical model using mechanical principles to quantify the physical principles of balloon dilatation. Acad Radiol 2:385-391, 1995

19. **Kinney, TB**. Charles T. Dotter. A pioneering interventional radiologist. Radiographics 16:697-707, 1996

20. Sawhney R, D' Agostino HB, Zinck S, Rose SC, **Kinney TB**, et al. Treatment of postoperative lymphoceles with percutaneous drainage and alcohol sclerotherapy. J Vasc Interv Radiol 7:241-245, 1996

21. **Kinney TB**, Rose SC. Intra-arterial pressure measurement during angiographic evaluation of peripheral vascular disease: techniques, interpretation, applications, and limitations. AJR Am J Roentgen 166:277-284, 1996

22. **Kinney TB**, Rose SC, Valji K, Oglevie SB, Roberts AC. Does cervical spinal cord injury induce a higher incidence of complications after prophylactic Greenfield inferior vena cava filter usage? J Vasc Interv Radiol 7:907-915, 1996

23. Cho KJ, Greenfield LJ, Proctor MC, Hausmann LA, Bonn J, Dolmatch B, Eschelman DJ, Flick P, **Kinney TB**, et al. Evaluation of a new percutaneous stainless steel Greenfield filter. J Vasc Interv Radiol 8:181-187, 1997

24. **Kinney, TB**. A case of nonfatal portal venous gas associated with nonhemorrhagic pancreatitis. Appl Radiology 26:43-45, 1997

25. Huynh TV, **Kinney TB**, Behling CA. A case of pseudomembranous colitis complicated by toxic megacolon. Appl Radiology 26:43-45, 1997

26. Rose SC, **Kinney TB**, Valji K, Winchell RJ. Placement of inferior vena cava filters in the intensive care unit. J Vasc Interv Radiol 8:61-64, 1997

27. **Kinney TB**, Rose SC, Weingarten KE, Valji K, Oglevie SB, Roberts AC. IVC filter tilt and asymmetry: comparison of the over-the-wire stainless steel and titanium Greenfield IVC filters. J Vascular Interv Radiol 8:1029-1037, 1997

28. Baysal T, D'Agostino HB, Serra EE, Valji K, Rose SC, **Kinney TB**. Supraumbilical dermal sclerosis and fat necrosis from chemoembolization of a hepatocellular carcinoma. J Vasc Interv Radiol 9:645-647, 1998

29. Rose SC, **Kinney TB**, Bundens WP, Valji K, Roberts AC. Importance of Doppler analysis of transmitted atrial waveforms prior to placement of central venous access catheters. J Vasc Interv Radiol 9:927-935, 199.

30. Gooding JM, **Kinney TB**, Oglevie SB, Wang-Rodriquez J. Pyoderma gangrenosum twice complicating percutaneous interventions in a single patient. AJR Am J Roentgen 172:1352-1354, 1999

31. Bain ES, **Kinney TB**, Gooding JM, Casola G, Ysrael MZ. Sinus histiocytosis with massive lymphadenopathy (Rosai-Dorfman disease): a rare cause of bilateral renal masses. AJR Am J Roentgen 172:995-996, 1999

32. Rose SC, Pretorius DH, **Kinney TB**, Nelson TR, Valji K, D'Agostino HD, Forsythe NM, Roberts AC, Manco-Johnson ML. Three-dimensional sonographic guidance for transvenous intrahepatic invasive procedures: feasibility of a new technique. J Vasc Interv Radiol 10:189-198, 1999

33. Bain ES, **Kinney TB**, Gooding JM, Casola G, Ysrael M. Sinus histiocytosis with massive lymphadenopathy. AJR Am J Roentgen 172:e(5), 1999 (Case of Week)

34. Huynh TV, **Kinney TB**. Leiomyosarcoma arising from the inferior vena cava. A case report and literature review. Appl Radiology; 29:340-42, 2000

35. Patel S, **Kinney TB**, Roberts AC, Dreilinger A. A Primary Splenic Hemangiopericytoma. Appl Radiology 29; 4:35-38, 2000

36. **Kinney TB**, Valji K, Rose SC, Yeung DO, Oglevie SB, Roberts AC, Ward DM. Pulmonary embolism from pulse-spray pharmacomechanical thrombolysis of clotted hemodialysis grafts: urokinase versus heparinized saline. J Vasc Interv Radiol 11:1143-1152, 2000

37. Murray SP, **Kinney TB**, Oglevie SB, Valji K. Early Rethrombosis of clotted hemodialysis grafts: graft salvage achieved with an aggressive approach. AJR Am J Roentgen 175; 529-532, 2000

38. Rose SC, Pretorius DH, Nelson TR, **Kinney TB**, Huynh TV, Roberts AC, Valji K, D'Agostino H, Oglevie SB, James GM, Hassanein T, Hart M, Orloff MJ. Adjunctive 3D US for achieving portal vein access during transjugular intrahepatic portosystemic shunt procedures. J Vasc Interv Radiol 11:611-621, 2000

39. **Kinney TB**, Rose SC, Lim GW, Auger WR. Fatal paradoxical embolism occurring during IVC filter insertion in a patient with chronic thromboembolic disease. J Vasc Interv Radiol 12:770-72, 2001

40. Rose SC, Hassanein TI, Easter DW, Gamagami RA, Bouvet M, Pretorius DH, Nelson TR, **Kinney TB**, James GM. Value of three dimensional ultrasound for optimizing guidance for ablating focal liver tumors. J Vasc Interv Radiol 12:507-515, 2001

41. Lau TN, **Kinney TB**. Direct ultrasound guided puncture of the innominate vein for central venous access. J Vasc Interv Radiol 12: 641-645, 2001

42. Rose SC, Andre MP, Roberts AC, **Kinney TB**, Valji K, Ronaghi AH, Hassanein TI, Lavine JE, Hart ME, Khanna A. Integral Role of Interventional Radiology in the Development of a Pediatric Liver Transplantation Program. Pediatr Transplant 5:331-338, 2001

43. Rose SC, Behling C, Roberts AC, Pretorius DH, Nelson TR, **Kinney TB**, Masliah E, Hassanein TI.  Main Portal Vein Access in Transjugular Intrahepatic Portosystemic Shunt (TIPS) Procedures: Use of Three-Dimensional Ultrasound to Ensure Safety. J Vasc Interv Radiol 13:267-273, 2002

44. Rose SC, Roberts AC, **Kinney TB**, Pretorius DH, Nelson TR. Three-dimensional Ultrasonography for Planning Percutaneous Drainage of Complex Abdominal Fluid Collections. J Vasc Interv Radiol 14; 451-459, 2003

45. **Kinney TB**. Translumbar High IVC Access Placement in Patients with Thrombosed IVC Filters.  J Vasc Interv Radiol 14:1563-1567, 2003

46. **Kinney TB**, Ferrara SL, Miller FJ, Roberts AC, Hassanein TI.  Transjugular Intrahepatic Portosystemic Shunt as Treatment for Refractory Chylous Ascites and Chylothorax in a Cirrhotic Patient.  J Vasc Interv Radiol 15:85-89, 2004

47. Rivera-Sanfeliz G, **Kinney TB**, Rose SC, Agha A, Valji K, Miller F, Roberts AC. Single pass percutaneous liver biopsy for diffuse liver disease: Experience in 154 procedures. Cardiovascular and Interventional Radiology 28:1-5, 2005

48. Millward SF, Grassi CJ, **Kinney TB**, et al. Reporting standards for inferior vena caval filter placement and patient follow-up: supplement for temporary and retrievable/optional filters. J Vasc Interv Radiol 16:441-443, 2005

49. Wong JJ. **Kinney TB**, Miller FJ, Rivera-Sanfeliz G. Hepatic actinomycotic abscesses: diagnosis and management. AJR Am J Roentgenol 186:174-6, 2005

50. **Kinney TB**, Rivera-Sanfeliz GR, Ferrara S. Stent grafts for abdominal and thoracic aortic disease. Appl Radiology 34(3): 9-19, 2005

51. Rose SC, **Kinney TB**, Roberts AC, Valji K, Sanfeliz GR, Miller FJ, Pretorius DH, Nelson TR. Endocavitary three-dimensional ultrasonographic assistance for transvaginal or transrectal drainage of pelvic fluid collections. J Vasc Interv Radiol 16:1333-40, 2005

52. Kottler NE, Stark P, Kinney TB. Pulmonic stenosis- an unexpected finding in adult patients. Contemporary Diagnostic Radiology 29(6): 1-5, 2006

53. Wong JJ, **Kinney TB**. Azgos tip placement for hemodialysis catheters in patients with superior vena cava occlusion. Cardiovasc Intervent Radiol 29:143-6, 2006

54. Kaufman JA, **Kinney TB**, Streiff MB, Sing RF, Proctor MC, Becker D, Cipolle M, Comerota AJ, Millward SF, Rogers FB, Sacks D, Venbrux. Guidelines for the use of retrievable and convertible vena cava filters: report from the Society of Interventional Radiology multidisciplinary consensus conference. J Vasc Interv Radiol 17:449-59, 2006

Kaufman JA, **Kinney TB**, Streiff MB, Sing RF, Proctor MC,  Becker D, Cipolle M, Comerota AJ,  Millward SF, Rogers FB, Sacks D, Venbrux. Guidelines for the use of retrievable and convertible vena cava filters; Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference.  Surg Obes Relat Dis 2(2):200-12, 2006.  (same publication as above but this appears in a different journal).

Kaufman JA, **Kinney TB**, Streiff MB, Sing RF, Proctor MC,  Becker D, Cipolle M, Comerota AJ,  Millward SF, Rogers FB, Sacks D, Venbrux. Guidelines for the use of retrievable and convertible vena cava filters; Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference.  World J Surg

31:251-264, 2007. (same publication as above but this appears in a different journal).

55. Vedantham S. Millward SF, Cardella JF, Hofman VL, Razavi MK, Grassi CJ, Sacks D, **Kinney TB**. Society of Interventional Radiology Position Statement: treatment of acute iliofemoral deep venous thrombosis with use of adjunctive catheter-directed intrathrombus thrombolysis. J Vasc Interv Radiol 17: 613-6 2006

56. Clark TWJ, Millward SF, Gervais DA, Goldberg SN, Grassi CJ, **Kinney TB**, Phillips DA, Sacks D, Cardella JF. Reporting standards for percutaneous thermal ablation of renal cell carcinoma. J Vasc Interv Radiol 17: 1563-70, 2006

57. Keeling AN, **Kinney TB**, Lee MJ. Optional inferior vena caval filters: where are we now? Eur Radiol 18(8):1556-68, 2008

58. Owens CA, Funaki BS, Ray CE Jr, Brown DB, Gemery JM, Greene FL, Kinney TB, Kostelic JK, Lorenz JM, Millward SF, Nemcek AA Jr, Reinhart RD, Rockey DC, Silberzweig JE, Vatakencherry G for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management of Benign and Malignant Biliary Obstruction. 2008. Available at http://www.acr.org.

59. **Kinney TB**. Diagnosis of abdominal malignancy by radiologic fine-needle aspiration biopsy-a commentary. AJR Am J Roentgenol 191: 1649-51, 2008

60. Radvany MG, Murphy KJ, Millward SF, Barr JD, Clark TW, Halin NJ, **Kinney TB**, Kundu S, Sacks D, Wallace MJ, Cardella JF; Technology Assessment Committee of the Society of Interventional Radiology. Research reporting standards for percutaneous vertebral augmentation. J Vasc Interv Radiol 20 (7 Suppl): S409-16, 2009

61. Kostelic JK, Funaki BS, Ray CE Jr, Brown DB, Burke CT, Gemery JM, **Kinney TB**, Lorenz JM, Mansour MA, Millward SF, Nemcek AA Jr, Owens CA, Reinhart RD, Silberzweig JE, Vatakencherry C for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria:

Radiologic Management of Iliac Artery Occlusive Disease. 2009. Available at http://www.acr.org

62. Burke CT, Funaki BS, Ray CE Jr, **Kinney TB**, Kostelic JK, Loesberg A, Lorenz JM, Millward SF, Nemcek AA Jr, Owens CA, Shaw H, Silberzweig JE, Vatakencherry G for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management  of Uterine Leiomyomas. 2009. Available at http://www.acr.org.

Burke CT, Funaki BS, Ray CE Jr, **Kinney TB**, Kostelic JK, Loesberg A, Lorenz JM, Millward SF, Nemcek AA Jr, Owens CA, Shaw H, Silberzweig JE, Vatakencherry G for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria on Treatment of Uterine Leiomyomas.  J Am Coll Radiol 8:228-234, 2011.  (Same publication as above but this appears in a different journal.)

63. **Kinney TB**, Panko JE, Funaki BS, Ray CE Jr, Brown DB, Gemery JM, Kostelic JK, Lorenz JM, Mansour MA, Millward SF, Nemcek AA Jr, Owens CA, Reinhart RD, Silberzweig JE, Vatakencherry G for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiological Management of Inferior Vena Cava Filters. 2009. Available at http://www.acr.org

64. Clark TW, Millward SF, Gervais DA, Goldberg SN, Grassi CJ, **Kinney TB**, Phillips DA, Sacks D, Cardella JF; Technology Assessment Committee of the Society of Interventional Radiology. Reporting standards for percutaneous thermal ablation of renal cell carcinoma. J Vasc Interv Radiol 20 (7 Suppl): S391-408, 2009

65. Millward SF, Grassi CJ, **Kinney TB**, Kundu S, Becker GJ, Cardella JF, Martin LF, Silberzweig JE, Sacks D. Technology Assessment Committee of the Society of Interventional Radiology. Reporting standards for inferior vena caval filter placement and patient follow-up: supplement for temporary and retrievable/optional filters.   J Vasc Interv Radiol 20 (7 Suppl): S374-6, 2009

66. Vendantham S, Millward SF, Cardella JF, Hofmann LV, Razavi MK, Grassi CJ, Sacks D, **Kinney TB**. Society of Interventional Radiology Position Statement: treatment of acute iliofemoral deep vein thrombosis with use of adjunctive catheter-directed intrathrombus thrombolysis. J Vasc Interv Radiol 20:S332-S335, 2009

67. Lorentz JM, Funaki BS, Ray CE, Brown DB, Gemery JM, Greene FL, **Kinney TB**, Kostelic JK, Millward SF, Nemcek AA, Owens CA, Reinhart RD, Rockey DC, Silberzweig JE, Vatakencherry G. ACR appropriateness criteria on percutaneous catheter drainage of infected fluid collections. J Am Coll Radiol 6(12): 837-43, 2009

68. Silberzweig JE, Funaki BS, Ray CE Jr, Burke CT, **Kinney TB**, Kostelic JK, Loesberg A, Lorenz JM, Mansour MA, Millward SF, Nemcek AA Jr, Owens CA, Reinhart RD, Vatakencherry G for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management of lower-extremity venous insufficiency. 2009. Available at http://www.acr.org.

69. Saad WEA, Funaki BS, Ray CE Jr, Angevine PD, Burke CT, Fidelman N, Fries IB, Hartl R, Holly L, **Kinney TB**, Kostelic JK, Kouri BE, Lorenz JM, Nair AV, Nemcek AA Jr, Owens CA, Vatakencherry G, Daffner RH, Wippold FJ II for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management of Vertebral Compression Fractures. 2010. Available at http://www.acr.org.

70. Aryafar H, **Kinney TB**. Optional inferior vena cava filters in the trauma patient. Semin Intervent Radiol 27: 68-80, 2010

71. Aryafar H, **Kinney TB**. Image-guided biopsies- diagnosis of abdominal malignancy by radiologically guided Fine-Needle aspiration biopsy. US Radiology 2(1): 36-41, 2010

72. Vatakencherry G, Funaki BS, Ray CE Jr, Burke CT, **Kinney TB**, Kostelic JK, Loesberg A, Lorenz JM, Millward SF, Mohler JL, Nemcek AA Jr, Owens CA, Saad WAG, Silberzweig JE for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management of urinary tract obstruction. 2010. Available at hht://www.acr.org

73. Fidelman N, Funaki BS, Ray CE Jr, Burke CT, Darcy MD, **Kinney TB**, Kostelic JK, Kouri BE, Lorenz JM, Mansour MA, Nair AV, Nemcek AA Jr, Owens CA, Rockey DC, Saad WEA, Vatakencherry G for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management of Mesenteric ischemia. 2011.  Available at http://www.acr.org

74. Ray CE Jr, English B, Funaki BS, Burke CT, Fidelman N, Ginsburg ME, **Kinney TB**, Kostelic JK, Kouri BE, Lorenz JM, Nair AV, Nemcek AA Jr, Owens CA, Saleh AG, Vatakencherry G, Mohammed TLH for Expert Panel on Interventional Radiology. American College of Radiology ACR Appropriateness Criteria: Radiologic Management of Thoracic Nodules and Masses. 2011.  Available at http://www.acr.org.

75. Goei AD, Josephs SC, **Kinney TB**, Ray CE Jr, Sacks D. Improving the tracking and removal of retrievable inferior vena cava filters. Semin Intervent Radiol. Mar;28(1):118-27, 2011

76. Burke CT, Funaki BS, Ray CE Jr, **Kinney TB**, Kostelic JK, Loesberg A, Lorenz JM, Millward SF, Nemcek AA Jr, Owens CA, Shaw H, Silberzweig JE, Vatakencherry G. ACR Appropriateness Criteria® on Treatment of Uterine Leiomyomas. J Am Coll Radiol. Apr;8(4):228-34, 2011

77. Ray CE Jr, English B, Funaki BS, Burke CT, Fidelman N, Ginsburg ME, **Kinney TB**, Kostelic JK, Kouri BE, Lorenz JM, Nair AV, Nemcek AA Jr, Owens CA, Saleh AG, Vatakencherry G, Mohammed TL. ACR appropriateness criteria® radiologic management of thoracic nodules and masses. J Am Coll Radiol. Jan;9(1):13-9, 2012

78. Ferrara SL, **Kinney TB**, Hall LD. Endovascular treatment of a congenital thoracic aortic aneurysm in a premature newborn. Ferrara SL, Kinney TB, Hall LD. J Vasc Interv Radiol. Oct;23(10):1330-4, 2012

79. Kouri BE, Funaki BS, Ray CE Jr, Abou-Alfa GK, Burke CT, Darcy MD, Fidelman N, Greene FL, Harrison SA, **Kinney TB**, Kostelic JK, Lorenz JM, Nair AV, Nemcek AA Jr, Owens CA, Saad WE, Vatakencherry G. ACR Appropriateness Criteria radiologic management of hepatic malignancy. J Am Coll Radiol. Dec;9(12):919-25, 2012

80. **Kinney TB**. Primum non nocere. J Vasc Interv Radiol. Dec;23(12):1564-5, 2012

81. Tan JH, Chao C, Zawaideh M, Roberts AC, **Kinney TB**. Informatics in Radiology: developing a touchless user interface for intraoperative image control during interventional radiology procedures. Radiographics. Mar-Apr;33(2):E61-70, 2013

82. Baerlocher MO, Nikolic B, Silberzweig JE, **Kinney TB**, Kuo MD, Rose SC. Society of Interventional Radiology position statement on recent change to the ASA's moderate sedation standards: capnography. Society of Interventional Radiology. J Vasc Interv Radiol. Jul;24(7):939-40, 2013

83. Ray CE Jr, Lorenz JM, Burke CT, Darcy MD, Fidelman N, Greene FL, Hohenwalter EJ, **Kinney TB**, Kolbeck KJ, Kostelic JK, Kouri BE, Nair AV, Owens CA, Rochon PJ, Rockey DC, Vatakencherry G. ACR Appropriateness Criteria radiologic management of benign and malignant biliary obstruction. J Am Coll Radiol. Aug;10(8):567-74, 2013

84. Kikolski SG, Aryafar H, Rose SC, Roberts AC, **Kinney TB**. Transjugular intrahepatic portosystemic shunt for treatment of cirrhosis-related chylothorax and chylous ascites: single-institution retrospective experience. Cardiovasc Intervent Radiol. Aug;36(4):992-7, 2013

85. Narsinh KH, Ramaswamy R, **Kinney TB**. Management of Pulmonary Arteriovenous Malformations in Hereditary Hemorrhagic Telangiectasia Patients. Semin Intervent Radiol. Dec;30(4):408-412, 2013

86. Chao C, Tan J, Castillo EM, Zawaideh M, Roberts AC, **Kinney TB**. Comparative Efficacy of New Interfaces for Intra-procedural Imaging Review: the Microsoft Kinect, Hillcrest Labs Loop Pointer, and the Apple iPad. J Digit Imaging. Apr 5 2014

87. Ramaswamy RS, Choi HW, Mouser HC, Narsinh KH, McCammack KC, Treesit **T, Kinney TB**. Role of interventional radiology in the management of acute gastrointestinal bleeding. World J Radiol. Apr 28;6(4):82-92, 2014

88. Morshedi MM, **Kinney TB**. Nickel Hypersensitivity in Patients with Inferior Vena Cava Filters: Case Report and Literature and MAUDE Database Review. J Vasc Interv Radiol 25(8): 1187-91, 2014. Available at http://www.jvir.org/

89. Ramaswamy R, Narsinh KH, Tuan A, **Kinney TB**. Systemic air embolism following percutaneous lung biopsy. Semin Intervent Radiol 31(4):375-7. 2014

90. Kao SD, Morshedi MM, Narsinh KH, **Kinney TB**, Minocha J, Picel AC, Newton I, Rose SC, Roberts AC, Kuo A, Aryafar H. Intravascular ultrasound in the creation of transhepatic portosystemic shunts reduces needle passes, radiation dose, and procedure time. A retrospective study of a single-institution experience. J Vasc Interv Radiol 27(8):1148-53, 2016

91. Meisinger QC, Stahl CM, Andre MP, **Kinney TB**, Newton IG. Radiation protection for the fluoroscopic operator and staff. AJR Am J Roentgenol 19:1-10, 2016

92. Dam HQ, **Kinney TB**. Arteriography for lower gastrointestinal hemorrhage: clarity needed in defining evidence supporting algorithm and preceding tests. JAMA Surg Feb 1:152(2):209-10, 2017

## 2.   Invited articles and chapters

1. **Kinney TB**. *Radiology: MGH Clinical Review.*  Chew FS, Palmer WE, Barboriak DP. Philadelphia: WB Saunders, 1994 (Cases 16, 30, and 79)

2. Huynh TV, **Kinney TB**. Pulmonary artery sarcoma. *Noninvasive vascular imaging with ultrasound, computed tomography, and magnetic resonance.* SCVIR Syllabus volume VIII, Fairfax, 1997: 431-434 (Book Chapter)

3.  **Kinney TB**, Huynh TV. Takayasu's of the pulmonary arteries. *Noninvasive vascular imaging with ultrasound, computed tomography, and magnetic resonance.* SCVIR Syllabus volume VIII, Fairfax, 1997: 443-446 (Book Chapter)

4.  **Kinney TB**. Percutaneous Biopsy. *Vascular and interventional radiology.* K Valji, ed. Saunders,    Orlando, 1999 (Book Chapter)

5.  **Kinney TB**. Imaging guidance for central venous access. *Central venous access.* Ray CE, ed.  Lippincott Williams and Wilkins, Philadelphia. p19-48, 2001 (Book Chapter)

6.  Roberts AC, **Kinney TB**. Inferior vena cava filters. *In: Minimal Access Therapy for Vascular Disease.* AL Leahy, PRF Bell, Katzen BT. Martin Dunitz Ltd., United Kingdom. Chapter 22, p 249-273, 2002 (Book Chapter)

7.  **Kinney TB**. Percutaneous Biopsy. *Vascular and interventional radiology.* K Valji, ed. Saunders, Orlando, 2005 (Book Chapter)


8.  **Kinney TB**. Inferior vena cava filters. Semin Intervent Radiol 23:230-239, 2006. (Invited Article)
9.  Aryafar H, **Kinney TB**. Pulmonary hemorrhage- pulmonary artery and vein. In: Transcatheter Embolization and Therapy. Kessel D, Ray C. Springer, London, 2010  (Book Chapter)
10. **Kinney TB**. Arterial pressure measurements. In: Handbook of Angioplasty and Stenting Procedures. Morgan R, Walser E. Springer, London, 2010 (Book Chapter)
11. Woo K, **Kinney TB**, Hye RJ. Complications of Percutaneous Vascular Access Procedures and Their Management. In:Vascular Access. Wilson SE, ed. Lippincott/Williams & Wilkins, Philadelphia, 2010 (Book Chapter)
12. Aryafar H, **Kinney TB**. Chapter 4 - Percutaneous Biopsy. The practice of interventional radiology with online cases and videos.K Valji, ed.  Elsevier Saunders, Philadelphia, 2012, Cases 30, 40, 45, 69


3.  **Review Articles**


1.  D' Agostino HB, Fotoohi M, Aspron MM, Oglevie S**, Kinney TB**, Rose S. Percutaneous drainage of pancreatic fluid collections. Semin Intervent Radiol 13:101-136, 1996.

2. **Kinney TB**.  Update on Inferior Vena Cava Filters.  J Vasc Inter Radiol 14:425-440, 2003

## 4. Abstracts

1. Chin AK, Fogarty TJ, **Kinney TB**, et al: Pathophysiologic bases for transluminal dilatation. Surgical Forum 32:323-325, 1981

2. Drucker EA, Kaufman JA, Faitelson BB, Kim EH, **Kinney TB**, Smith P: Current utilization of lower extremity venous ultrasound for diagnosis of deep vein thrombosis. J Vasc Interv Radiol 5(1): 38-39, 1994

3. **Kinney TB**, Rose SC, Valji K, Oglevie SB, Roberts AC. Incidence of titanium Greenfield IVC filter tilt and asymmetry: Influence of insertion site. Radiology 197(P):213, 1995

4. **Kinney TB**, Rose SC, Roberts AC, Valji K. Bedside placement of IVC filters: an alternative for high risk critically injured patients. Cardiovascular and Interventional Radiology Society of Europe. London, England. September 1997. Cardiovasc Intervent Radiol 20(Suppl 1):S80, 1997

5. **Kinney TB**, Rose SC, Roberts AC, Valji K. Complications following prophylactic Greenfield IVC filter placements in patients with cranial spinal cord injury. Cardiovascular and Interventional Radiology Society of Europe. London, England. September 1997. Cardiovasc Intervent Radiol 20(Suppl 1):S80, 1997

6. D'Agostino HB, Wollman B, Johnson D, **Kinney TB**, Rose SC, Roberts AC, Valji K. Interventional radiology outpatient clinic. Society for Cardiovascular and Interventional Radiology 22nd Annual Scientific Meeting, Washington, DC. March 8-13, 1997. J Vasc Interv Radiol 8(1)(Suppl):Part 2:40-42, 1997

7. **Kinney TB**, Weingarten K, Valji K, Rose SC, Oglevie SB, Roberts AC. Inferior vena cava filter tilting and asymmetry: Comparison of the Stainless Steel and Titanium Greenfield inferior vena cava filters. Society for Cardiovascular and Interventional Radiology 22nd Annual Scientific Meeting, Washington, DC. March 8-13, 1997. J Vasc Interv Radiol 8(1)(Suppl):Part 2:195, 1997

8. **Kinney TB**, Rose SC, Valji K, Oglevie SB, Roberts AC. The influence of strut asymmetry filter tilt, and cava size on recurrent pulmonary emboli with the titanium Greenfield vena cava filter. Society for Cardiovascular and Interventional Radiology 22nd Annual Scientific Meeting, Washington, DC. March 8-13, 1997. J Vasc Interv Radiol 8(1)(Suppl): Part 2:195, 1997

9. Rose SC, **Kinney TB**, Bundens WB, Valji K. Doppler evaluation of internal jugular and axillary veins to detect asymptomatic central conduit vein occlusion. Society for Cardiovascular and Interventional Radiology 22nd Annual Scientific Meeting. Washington, DC. March 1997. J Vasc Interv Radiol 8(1)(Suppl): Part 2:232, 1997

10. Rose SC, **Kinney TB**, Bundens WB, Valji K, Roberts AC. Doppler analysis of transmitted atrial waveforms, respiratory variations, and flow asymmetry for detection of thoracic central veno-occlusive disease missed by sonographic imaging. Radiologic Society of North America, 83rd Annual Scientific Meeting, Chicago, IL. December 1997. Radiology 205(p)(Suppl):499, 1997

11. Rose SC, Pretorius D, **Kinney TB**, D'Agostino H, Nelson T, Valji K. 3D sonography for guidance of intrahepatic transvenous invasive procedures. Cardiovascular and Interventional Radiology Society of Europe, Venice, Italy. September 1998. Cardiovasc Intervent Radiol 21(Suppl 1):S120, 1998

12. **Kinney TB**, Valji K, Rose SC, Yeung D, Roberts A, Oglevie S, D'Agostino H, Gogan G. Pulmonary Emboli (PE) occurring with pulse spray pharmacomechanical thrombolysis (PSPMT) of clotted hemodialysis grafts with urokinase (UK) or heparinized saline (HS). Cardiovascular and Interventional Radiology Society of Europe, Venice, Italy. September 1998. Cardiovasc Interv Radiol 21(Suppl 1): S78, 1998

13. Rose SC, Pretorius DL Aderholdt KG, **Kinney TB**, Valji K, D'Agostino HB. Three-dimensional ultrasound (3-DUS) for guidance of portal vein access during transjugular intrahepatic portosystemic (TIPS) procedures: Work in progress. Radiologic Society of North America, Chicago, IL. November 1998. Radiology 209(P)(Suppl):387, 1998

14. Murray SP, **Kinney TB**, Oglevie SB, Valji K. Pulsed spray thrombolysis of clotted hemodialysis grafts and efficacy of repeat thrombolysis. Scientific Session, American Roentgen Ray, April 26-May 1, 1998. AJR (Suppl) 170(4):20, 1998

15. **Kinney TB**, Valji K, Rose SC, Yeung DW, Oglevie SB, Roberts AC. Pulmonary emboli occurring with pulse spray pharmacomechanical thrombolysis of clotted hemodialysis grafts with urokinase or heparinized saline. Society for Cardiovascular and Interventional Radiology, 24th annual scientific Session, Orlando, FL. March, 1999. J Vasc Interv Radiol (Suppl) 10(2): Part 2:272-3, 1999

16. Rose SC, Pretorius DH, Nelson TR, **Kinney TB**, D'Agostino HB, Valji K, Roberts AC. Three-dimensional ultrasound guidance of interventional radiology procedures. American Institute of Ultrasound in Medicine Proceedings. J Ultrasound Med 18:S1-S200, 1999

17. **Kinney TB**, Valji K, Rose SC, Yeung DW, Roberts AC, Oglevie SB. Pulmonary emboli (PE) occurring with pulse spray pharmacomechanical thrombolysis (PSPMT) with urokinase (UK) or heparinized saline(HS). Scientific Session, American Roentgen Ray, New Orleans, LA. May 9-14, 1999. AJR (Suppl) 172(3):106-7, 1999

18. **Kinney TB**, Rose SC, Murray SP. Radial artery thrombosis within the anatomic snuff box as a complication of IV drug abuse. Cardiovascular and Interventional Radiology Society Europe, Praque, Czech Republic. Sept. 1999. Cardiovasc Intervent Radiol 22 (Supple 2):S135, 1999

19. **Kinney TB**, Rose SC, Oglevie SB, Roberts AC, Auger W. Fatal paradoxical embolism during IVC filter insertion in a patient with chronic thromboembolic disease. Accepted Cardiovascular and Interventional Radiology Society Europe, Praque, Czech Republic. Sept. 1999. Cardiovasc Interv Radiol 22 (Supple 2): S146, 1999

20. Valji K, Rose SC, **Kinney TB**, Roberts AC. Is percutaneous treatment of early failures of dialysis graft placement or revision worthwhile? Accepted Cardiovascular and Interventional Radiology Society Europe, Praque, Czech Republic. Sept. 1999. Cardiovasc Interv Radiol 22 (Supple 2): S96, 1999

21. Rose SC, Pretorius D, Nelson T, **Kinney T**, Huynh T, Roberts A, Valji K, D'Agostino H, James G. Three-dimensional US assistance for obtaining portal vein access during TIPS procedures: one-year experience. Cardiovasc Intervent Radiol 22 (Supple 2): S96, 1999

22. Rose SC, **Kinney T**, D'Agostino H, Nelson T, Pretorius D, James G. Feasibility of 3 D ultrasound assistance for nonvascular interventional procedures. J Vasc Interv Radiol 22 (Supple 2); S125, 1999

23. Rose SC, **Kinney TB**, Valji K, et al. 3 D ultrasound as an aid to safe and diagnostic transjugular liver biopsy. J Vasc Interv Radiol 11:2(2):259, 2000

24. Rose SC, Roberts AC, **Kinney TB**, Valji K, Hassanein TL, Lavine J, Hart ME, Khanna A. Integral role of interventional radiology in the development of a pediatric liver transplantation program. Pediatric Transplantation 4(5):154-155, 2000

25. Rose SC, **Kinney TB**, Hassanein TL, et al. 3 D ultrasound for focal ablative therapy of the liver. Where is the added value? J Ultrasound Med 19 (Supple 4): S9, 2000

26. Rose SC, **Kinney TB**, Valji K, et al. 3 D ultrasound as an aid to safe and diagnostic transjugular liver biopsy. J Ultrasound Med 19 (Supple 4); S52, 2000

27. Rose SC, **Kinney TB**, Valji K, et al. 3 D ultrasound for drainage of complex fluid collections: a useful tool. J Ultrasound Med 19 (Supple 4): S31, 2000

28. Valji K, Rose SC, **Kinney TB**, Roberts AC, Oglevie SB. The value of percutaneous treatment of early failures of hemodialysis graft placement or revision. J Vasc Interv Radiol 11:2:Part 2:251-252, 2000

29. Rose SC, **Kinney TB**, Stella DL, Hassanein TI, James GM, Pretorius DH, Nelson TR, Lavine JE, Hart ME, Khanna A. Three-Dimensional Ultrasound (3D US) for estimation of Left Lateral Segment Liver Volume for Split Liver Donation. J Pediatric Transplant 4, (Supple 2):67:2000

30. Rose SC, Roberts AC, **Kinney TB**, Valji K, Ronaghi A, Hassanein TI, Lavine JE, Hart ME, Khanna A. Integral Role of Interventional Radiology in the Development of a Pediatric Liver Transplantation Program.  J Pediatric Transplant 4 (Supple 2):154 – 155, 2000

31. Roberts AC, **Kinney T**, Oglevie S, Rose S, Valji K, Orloff M.  Early Report of a Randomized Study on TIPS versus Portacaval Shunt Surgery for Acute Variceal Bleeding. Cardiovasc Intervent Radiol 13 (Supple 1):50, 2000

32. Roberts AC, **Kinney TB**, Oglevie S, Rose S, Valji K, Orloff M. Early report of a randomized study of TIPS versus portacaval shunt surgery for acute variceal bleeding. Cardiovasc Intervent Radiol  (Supple 1): S100; 2000

33. Rose SC, **Kinney TB**, Stella DL, Hassanein TL, Pretorius DH, Nelson TR, Lavine J, Hart ME, Khanna A. 3 D ultrasound for estimation of left lateral segment liver volume for split liver donation. J Ultrasound Med 20 (Supple 3): S35, 2001

34. **Kinney TB**, Lau TN. Direct ultrasonography-guided puncture of innominate veins for hemodialysis access in patients with limited access sites. Cardiovasc Intervent Radiol 24 (Supple 1): S126, 2001

35. Rose SC, Roberts AC, **Kinney TB**, Fotoohi M, Pretorius DH, Nelson TR. Percutaneous drainage of complex abdominal fluid collections: use of 3-D US to optimize planning. Cardiovasc Intervent Radiol 25 (Supple 2): S202: 2002.

36. Rose SC, Roberts AC, **Kinney TB**, Fotoohi M, Pretorius DL, Nelson TR. Percutaneous Drainage of Complex Abdominal Fluid Collections; Use of 3D US to Optimize Planning. Cardiovasc Intervent Radiol  (Suppl); 25: S202, 2002

37. Iussich G, Roberts AC, Rose SC, **Kinney TB**, Rivera GF, Valji K.  Complicated Fluid Collections: Role of tPA (Tissue Plasminogen Activator).  J Vasc Intervent Radiol (Supple) 14: S20, 2003

38. Agha AMK, Rivera-Sanfeliz G, **Kinney TB**, Roberts AC, Valji K, Rose SC. Percutaneous Liver Biopsy: Our Experience in 145 Patients.  J Vasc Intervent Radiol  (Supple) 14:S18, 2003

39. **Kinney TB,** Chen HT, Rose SC, Valji K, Valji K. Life-threatening bleeding complications from transjugular liver biopsies. J Vasc Intervent Radiol (supple) 14: S19, 2003

40. Rose SC. **Kinney TB**, Roberts AC, Valji K, Miller FJ, Sanfeliz GR, Nelson TR, Pretorius DH. Five-Years Experience Using Three-Dimensional Ultrasound to Assist Interventional Procedures. When it Helps and When It Does Not. Ultrasound in Med and Biol. 29 (Supple) 29:5S, 2003

41. **Kinney TB**, Owens E, Kumins NH, Rivera GM, Rose SC, Valji K, Roberts AC. Balloon occlusion techniques enhance detection of endoleaks in patients who have an endovascular repair of abdominal aortic aneurysms. Accepted Cardiovascular and Interventional Radiology Annual Meeting, Antalya, Turkey, September 2003

42. **Kinney TB**, Chen HT, Rose SC, Valji K, Roberts AC. Life-threatening complication from transjugular liver biopsies. J Vasc Interv Radiol 2003: 14(2, part 2, suppl): S19. Society of Interventional Radiology Annual Meeting, Salt Lake City, Utah, 2003

43. **Kinney TB**, Chen HT, Rose SC, Valji K, Roberts AC. Life threatening bleeding complications from transjugular liver biopsies in patients with hematologic malignancy. Cardiovascular and Interventional Radiology of Europe Annual Meeting. Barcelona, Spain, September, 2004

44. Rose SC, **Kinney TB**, Roberts AC, Valji K, Rivera-Sanfeliz G, Miller FJ, Pretorius DH, Nelson TR. Endocavitary three-dimensional ultrasonography assistance for transvaginal or transrectal drainage of pelvic fluid collections. Cardiovascular and Interventional Radiology of Europe Annual Meeting. Barcelona, Spain, September 2004

45. **Kinney TB**, Chen H, Rose S, Valji K, Rivera G, Miller F, Roberts A. Life-threatening bleeding complications from transjugular liver biopsies in patients with hematologic malignancy. Cardiovascular Interventional Radiology Society Europe Annual Meeting, Barcelona, Spain, 2004

46. Miller FJ, Yoon HC, Burdette A, **Kinney TB**, Rose SC. Treatment of abdominal-cutaneous fistula with collagen plugs. The thirty-fourth Annual Western Angiographic and Interventional Society Meeting. Poipu Bay, Kauai, HI, November 2004

47. Rivera-Sanfeliz G, **Kinney TB**, Rose SC, Masliah E, Valji K, Roberts AC. The posterior portocaval anatomy and its implication for transvenous portosystemic shunts: a necropsy study. J Vasc Intervent Radiol (Supple) 16: S42-43, 2005

48. Panko JE, Kinney TB, Wilson MP. Retrograde flow on the inferior vena cavogram: Can it be used to identify right heart pathology? J Vasc Intervent Radiol (Supple) 19(2):S27, 2008

49. K J Whitehead, M M Chakinala, M E Faughnan, F J Miller, R I White Jr., D Vethanayagam, **T Kinney**, J E McDonald, K J Henderson, L Miller. Use of Bevacizumab in Complicated HHT: North American HHT Center Experience. 9th

International Hereditary Hemorrhagic Telangiectasia Scientific Conference. Kemer, Antalya Turkey. May 20-24, 2011

50. **Kinney TB**. Inferior vena cava (IVC) filters. 9th Myanmar Radiological Society Annual Meeting. Yangon, November 10-12, 2011

51. **Kinney TB**. Dialysis Access Interventions. 9th Myanmar Radiological Society Annual Meeting. Yangon, November 10-12, 2011

52. **Kinney TB**. Gastrointestinal Interventions. 9th Myanmar Radiological Society Annual Meeting. Yangon, November 10-12, 2011

53. **Kinney TB**, Kikolski S. 1305.1.Transjugular intrahepatic portosystemic shunt (TIPS) creation as treatment for refractory chylous ascites and chylothorax in patients with cirrhosis.  Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Munich. September 10-14, 2011

54. **Kinney TB**. HHT Screening, diagnosis and therapy. Western angiographic and interventional radiology annual meeting. Maui September, 2012

55. **Kinney TB**. Interventional Radiology in Myanmar RSNA IVP Program Myanmar. Western Angiographic and Interventional Radiology Annual Meeting. Maui, September, 2012

**5. Scientific Posters and Exhibits**

1. **Kinney TB**, Valji K, Rose SC, Yeung D, Oglevie S, Roberts A, et al. Detection of pulmonary emboli follow pulse spray pharmacomechanical thrombolysis with urokinase or heparinized saline: preliminary report. Society of Cardiovascular and Interventional Radiology Annual Meeting. San Francisco, CA. February 28-March 5, 1998. J Vasc Intervent Radiol 9 (Supple 1) 225, 1998

2. Rose SC, **Kinney TB**, Stella DL, Hassanein TI, James GM, Pretorius DH, Nelson TR, Lavine JE, Hart ME, Khanna A. Three-Dimensional ultrasound (SD US) for estimation of left lateral segment liver volume for split liver donation. International Pediatric Transplant Association First Congress, Venice, Italy. August 2000

3. Rose SC, Roberts AC, **Kinney TB**, Valji K, Ronaghi A, Hassanein TI, Lavine JE, Hart ME, Khanna A. Integral role of interventional radiology in the development

of a pediatric liver transplant program. International Pediatric Transplant Association First Congress, Venice, Italy. August 2000

4. **Kinney, TB**. Transcatheter embolization of a mycotic pulmonary artery pseudoaneurysm in a patient with Staphylococcus aureus tricuspid valve infective endocarditis. Cardiovascular and Interventional Radiologic Society of Europe Annual Meeting, Lucerne, Switzerland. October 5-9, 2002. Cardiovasc Intervent Radiol  25 (Supple 2) P 56, 2002

5. **Kinney, TB**, Valji K, Rose A, Roberts AC, Parr C, Harris J. The thrombosed inferior vena cava (IVC) with an IVC filter in situ as an alternative venous access route in patients with limited venous access. Cardiovascular and Interventional Radiologic Society of Europe Annual Meeting, Lucerne, Switzerland. October 5-9, 2002. Cardiovasc Intervent Radiol  25 (Supple 2) P 150, 2002

6. **Kinney TB,** Chen HT, Rose SR, Valji K, Roberts SC.  Life Threatening Bleeding Complications from Transjugular Liver Biopsies. Society of Cardiovascular and Interventional Radiology Annual Meeting. Salt Lake City, Utah. March 27-April 1, 2003. J Vasc Intervent Radiol  14(Supple 2) :S19, 2003

7. **Kinney TB**, Chen HT, Rose SC. Valji K, Roberts AC. Complications of thoracic interventions. Cardiovascular and Interventional Radiologic Society of Europe Annual Meeting. Barcelona, Spain. September, 2004

8. Rivera-Sanfeliz G, **Kinney TB**, Rose SC, Masliah FJ, Miller K, Valji K, et al. The posterior portocaval anatomy and its implication for transvenous portosystemic shunts: a necropsy study. Society of Interventional Radiology Annual Meeting. Phoenix, AZ. March 25-30, 2004. J Vasc Intervent Radiol (Supple) 15: S234, 2004

9. Kottler NE, Stark P, **Kinney TB**, Goodman ET. Pulmonic stenosis- an unexpected finding in adult patients. Radiologic Society of North America Annual Meeting. Chicago, IL. November 2004

10. Farid H, Aryafar H, Stark P, **Kinney T**. Chronic thromboembolic pulmonary hypertension (CTEPH): Imaging findings and multimodality approach. American Roentgen Ray Society Annual Meeting 2008, Washington DC

11. Chao, C, **Kinney TB**. Detection and interventional management of potentially life-threatening vascular access complications. Radiologic Society of North America Annual Meeting. Chicago, IL. November 2010

12. Morshedi MM, Gudmundsson MT, Aryafar A, **Kinney TB**. P-390. A pictorial review of usual and unusual complications of IVC filters. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Lisbon. September 15-19, 2012

13. Ramaswamy R, Jani AR, Roberts AC, **Kinney TB**. P-114. The bronchial and intercostal arteries: how to stay out of trouble. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Lisbon. September 15-19, 2012

14.  Gudmundsson MT, Morshedi MM, Aryafar H, **Kinney TB**.P-93.  Interventional radiology at a Hereditary Hemorrhagic Telangiectasia Center. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Lisbon. September 15-19, 2012

15. Ramaswamy R, Jani AR, Roberts AC, **Kinney TB**. P-74. Alternative venous access: options in challenging catheter dependent patients. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Lisbon. September 15-19, 2012

16. Morshedi MM, **Kinney, TB**. P-472. Placement of a nitinol IVC filter in a patient with nickel hypersensitivity: case study and review of the literature and MAUDE database. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Barcelona. September 14-18, 2013

17. Morshedi MM, Travis T, **Kinney TB**, Aryafar H. P-341. Chronic pulmonary thromboembolic disease and its mimickers. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Barcelona. September 14-18, 2013

18. Morshedi MM, Gudmundsson MT, **Kinney TB**, Aryafar H. Trauma and interventional radiology. Society of Interventional Radiology Annual Meeting, San Diego, March 22-27, 2014

19. Chao C, Roberts AC, **Kinney TB**. Survey of SIR members on the certification/CAQ process for vascular and interventional radiology (VIR). Society of Interventional Radiology Annual Meeting, San Diego, March 22-27, 2014

20. Shaw G, DeYoung E, Wolford B, Narsinh K, Meisinger Q, **Kinney TB**, Aryafar H. Incidence of venous anomalies altering inferior vena cava (IVC) filter placement: utility of caval and renal venography. Society of Interventional Radiology Annual Meeting, San Diego, March 22-27, 2014

21. Wolford B, DeYoung E, Shaw G, Meisinger Q, Narsinh K, **Kinney TB**, Aryafar H. Outcomes of inferior vena cava filter placement in patients with chronic pulmonary thromboembolic disease undergoing thromboendarterectomy. Society of Interventional Radiology Annual Meeting, San Diego, March 22-27, 2014

22. Wolford B, **Kinney TB**.  P-313 Hereditary hemorrhagic telangiectasia (HHT): screening for significant complications. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Lisbon, Portugal. Sept 26-30, 2015

23. **Kinney TB**, Aryafar A, Minocha J, Picel A, P-636 Pictorial essay of inferior vena cava filter complications. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Barcelona, Spain. Sept 10-14, 2016

24. Duncan DP, Kinney TB, Heister D. What the Interventionalist needs to know about the new ACCP guidelines regarding Thrombolysis in Pulmonary Embolism. 29th International Symposium on Endovascular Therapy. Hollywood, FL. Feb 4-8, 2017

## 6.   Invited Lectures

1. Percutaneous management of thrombosed dialysis grafts. Montana Nephrology Society. Missoula, MT. June 1995

2. Update on Caval Filters. Venous Disease and Intervention Symposium. Scripps Memorial Hospital. La Jolla, CA. May 1998

3. Update on IVC filters. Society of Cardiovascular and Interventional Radiology Annual Meeting, Inferior Vena Cava Workshop Lecture. San Diego, CA. March 2000

4. Inferior vena cava anomalies and inferior vena cava filters. Naval/Balboa Hospital Resident Lecture. San Diego, CA. June 2000

5. Diverticular Disease and Associated Complications. Naval/Balboa Hospital Resident Lecture. San Diego, CA. September 2000

6. Central Venous Access. B. Braun Medical Incorporated Annual Meeting. Phoenix, AZ. November 2000

7. IVC Filter Update. Society of Cardiovascular and Interventional Radiology Annual Meeting. Inferior Vena Cava Workshop Lecture. San Antonio, TX. March 2001

8. Inferior Vena Cava Filters. The Los Angeles Angiography Club. Los Angeles, CA. June 2001

9. Thromboembolic Disease and Pulmonary Vascular Pathology. University of Southern California Resident Lecture. Los Angeles, CA.  June 2001

10. Pancreatic Interventions. Radiologic Society of North America Annual Meeting. Pancreatic imaging and intervention workshop. Chicago, IL. November, 2001

11. IVC filter update. Society of Cardiovascular and Interventional Radiology Annual Meeting. Inferior Vena Cava Workshop Lecture. Baltimore, MD. March 2002

12. UCSD approach to the thrombosed hemodialysis access. Mid-America Interventional Radiologic Society Meeting and Seminar. Big Cedar Lodge, Springfield, MO. September 2002

13. Creation of alternative venous accesses. Mid-America Interventional Radiologic Society Meeting and Seminar. Big Cedar Lodge, Springfield, MO. September 2002

14. Update on IVC filters. The Western Angiographic and Interventional Society. Maui, HI. September 2002

15. The UCSD approach to the failed or failing hemodialysis access. The Western Angiographic and Interventional Society. Maui, HI. September 2002

16. Pancreatic Interventions. UCSD Medical Center, Department of Radiology Grand Rounds. San Diego, CA.  November 2002

17. Pancreatic interventions. Radiologic Society of North America Annual Meeting. Pancreatic imaging and intervention workshop. Chicago, IL. November, 2002

18. Venous access: Tips and techniques. American Roentgen Ray Society Annual Meeting. San Diego, California. May 2003

19. Diagnostic Angiography. Radiology Resident Lecture. Beaumont Hospital, Department of Radiology. Dublin, Ireland. May 2003

20. Pancreatic interventions. Radiologic Society of North America Annual Meeting. Pancreatic imaging and intervention workshop. Chicago, IL. November, 2003

21. Update on Transjugular Intrahepatic Portocaval Shunts. San Diego Chapter of American Radiologic Nurses Association Meeting. February, 2004

22. Film Panel Session: Presentation of two unknown cases. 13th Annual Scientific Meeting of the Singapore Radiological Society. Singapore. February, 2004

23. Controversy in care: Pulmonary thromboembolic disease Plenary Session. Society of Interventional Radiology Annual Meeting. Phoenix, AZ. March 2004

24. Radiologic evaluation of a failing dialysis fistula. Categorical course on dialysis. Society of Interventional Radiology Annual Meeting. Salt Lake City, UT. March 2003

25. Update on IVC filters including Temporary IVC filters. Sacramento Angiography Club at University of California, Davis. Sacramento, CA. April 2004

26. Pulmonary Thromboembolic Disease. Society of Interventional Radiology Annual Meeting. Presented to Association of Vascular And Interventional Radiographers. Phoenix, AZ. April 2004

27. Potpourri of venous access problems. American Roentgen Ray Society Annual Meeting. Miami Beach, FL. May 2004

28. Update on Retrievable IVC filters with special emphasis on Trauma prophylaxis. Grand Rounds Saint John's Hospital, Springfield, MO. Oct 2004

29. Published results with retrievable filters. Inter-Disciplinary Removable Vena Cava Filter Consensus Conference. Society of Interventional Radiology. Miami, FL. January, 2005

30. Temporary Inferior Vena cava Filter: Is it the way to go? Bard Incorporated Training Session for the Recovery Nitinol Filter. Phoenix, AZ. March, 2005

31. Diagnostic Angiography: RRRC – 26th Annual Residents' Radiology Review Course. San Diego, CA. April 18, 2006.

32. IVC filters. UCSD Radiology Department of Radiology Grand Rounds. San Diego, CA. March 27, 2006

33. Complications of IVC filters. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Rome, Italy. Sept 6, 2006

34. Fistulography, Angioplasty, and thrombectomy for hemodialysis access. National Kidney Foundation Los Angeles Chapter. Los Angeles, California. Sept 30, 2006

35. The IVC filter of the future. 2006 SIR Multimodality Symposium. Washington, DC. Oct. 19, 2006

36. Conscious Sedation, SIR Annual Meeting, Toronto, Canada March 2006

37. Filter complications. Cirse Annual Meeting. Rome, Italy September 2006

38. Techniques for IVC filter insertion and management of complications. Cirse Annual Meeting, Rome, Italy September 2006

38.     IVC Filters of the Future, SIR Symposium on Innovation and Intervention in lower extremity Venous Disease, Washington, DC October 2006

39.     Updates in Interventional Radiology: The History of Inteventional Radiology, Tripler Army Hospital, Honolulu, Hawaii, May 7, 2007

40.     Updates in Interventional Radiology: Pre-procedural work-up for IR procedures, Tripler Army Hospital, Honolulu, Hawaii, May 7, 2007

41.     Updates in Interventional Radiology: Percutaneous biopsy of the abdomen and chest, Tripler Army Hospital, Honolulu, Hawaii, May 8, 2007

42.     Updates in Interventional Radiology: Thoracic and Abdominal Drainage, Tripler Army Hospital, Honolulu, Hawaii, May 8, 2007

43.     Updates in Interventional Radiology: Percutaneous non-vascular renal interventions, Tripler Army Hospital, Honolulu, Hawaii, May 9, 2007

44.     Updates in Interventional Radiology: The IVC filter of the future, Tripler Army Hospital, Honolulu, Hawaii, May 9, 2007

45.     Updates in Interventional Radiology: Embolotherapy. Tripler Army Hospital, Honolulu, Hawaii, May 10, 2007

46.     Updates in Interventional Radiology: Dialysis Access Interventions, Tripler Army Hospital, Honolulu, Hawaii, May 10, 2007

47.     Updates in Interventional Radiology: GI Tract Interventions, Tripler Army Hospital, Honolulu, Hawaii, May 11, 2007

48.     Updates in Interventional Radiology:, Mock Oral Boards, Tripler Army Hospital, Honolulu, Hawaii, May 10, 2007

49.     Available Optional Filters Cirse Annual Meeting, Athens, Greece, September 2007,

50.     State of the Art: Genito-Urinary Interventional Radiology. James C. Kinbrough Urological Seminar. Society of Government Service Urologists 55th annual meeting. San Diego, CA January 24th, 2008

52.  Inferior Vena Cava Filters: Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, Louisiana April 24, 2008

53. Vascular Diagnosis; Louisiana State University Health Sciences Center, Shreveport, Louisiana April 24, 2008

54. Diagnostic Angiography, Louisiana State University Health Sciences Center, Shreveport, Louisiana April 25, 2008

55. Mock Oral Boards, Louisiana State University Health Sciences Center, Shreveport, Louisiana April 25, 2008

56. Angioplasty and Stents for iliac arteries: choice of devices. Eight annual Asia Pacific Congress of Cardiovascular and Interventional Radiology, Kuala Lumpur, Malaysia, June 10, 2008

57. Inferior vena cava filters: choice of devices and long-term results. Eight annual Asia Pacific Congress of Cardiovascular and Interventional Radiology, Kuala Lumpur, Malaysia, June 11, 2008

43.     Updates in Interventional Radiology: Percutaneous non-vascular renal interventions, Tripler Army Hospital, Honolulu, Hawaii, May 9, 2007

44.     Updates in Interventional Radiology: The IVC filter of the future, Tripler Army Hospital, Honolulu, Hawaii, May 9, 2007

45.     Updates in Interventional Radiology: Embolotherapy. Tripler Army Hospital, Honolulu, Hawaii, May 10, 2007

46.     Updates in Interventional Radiology: Dialysis Access Interventions, Tripler Army Hospital, Honolulu, Hawaii, May 10, 2007

47.     Updates in Interventional Radiology: GI Tract Interventions, Tripler Army Hospital, Honolulu, Hawaii, May 11, 2007

48.     Updates in Interventional Radiology:, Mock Oral Boards, Tripler Army Hospital, Honolulu, Hawaii, May 10, 2007

49.     Available Optional Filters Cirse Annual Meeting, Athens, Greece, September 2007,

50.     State of the Art: Genito-Urinary Interventional Radiology. James C. Kinbrough Urological Seminar. Society of Government Service Urologists 55th annual meeting. San Diego, CA January 24th, 2008

52.  Inferior Vena Cava Filters: Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, Louisiana April 24, 2008

53. Vascular Diagnosis; Louisiana State University Health Sciences Center, Shreveport, Louisiana April 24, 2008

54. Diagnostic Angiography, Louisiana State University Health Sciences Center, Shreveport, Louisiana April 25, 2008

55. Mock Oral Boards, Louisiana State University Health Sciences Center, Shreveport, Louisiana April 25, 2008

56. Angioplasty and Stents for iliac arteries: choice of devices. Eight annual Asia Pacific Congress of Cardiovascular and Interventional Radiology, Kuala Lumpur, Malaysia, June 10, 2008

57. Inferior vena cava filters: choice of devices and long-term results. Eight annual Asia Pacific Congress of Cardiovascular and Interventional Radiology, Kuala Lumpur, Malaysia, June 11, 2008

58. Update on IVC Filters. Radiologic Society of North America Annual Meeting. Chicago, Illinois. December 4, 2008

59. Inferior Vena Cava Filters. UCSD Radiology Resident Core Lectures. San Diego, California. February 18, 2009

60. Hepatic, visceral, and renal arteriography. UCSD Radiology Resident Core Lecture. San Diego, California. March 6, 2009

61. Potpourri of Pearls. Society of Interventional Radiology Annual Meeting. San Diego, California. March 11, 2009

62. Hemodialysis access interventions. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, March 25, 2009

63. Angioplasty and Stents for peripheral vascular disease. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, March 25, 2009

64. Thrombolysis. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, March 25, 2009

65. Vascular Diagnosis. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, March 25, 2009

66. Mock Oral Boards-Interventional Radiology. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, March 26, 2009

67. Percutaneous Biopsy. UCSD Radiology Resident Core Lecture. San Diego, California. April 1, 2009.

68. Medical Management of Interventional Radiology Patients. 22nd UCSD Annual Spring Review of Vascular and Interventional Radiology. Coronado, California, April 9, 2009

69. Gastrointestinal Interventions. 22nd UCSD Annual Spring Review of Vascular and Interventional Radiology. Coronado, California, April 9, 2009

70. Diagnostic Angiography. UCSD Radiology Resident Review of Radiology Annual Course. Coronado, California. April 13, 2009

71. Mock Oral Boards. Interventional Radiology. UCSD Medical Center, Department of Radiology. San Diego, CA. May 18. 2009

72. Imaging in renal insufficiency: Contrast nephrotoxicity: the real data and strategies to avoid it. UCSD Limb salvage and functional reconstruction course. Del Mar, California. June 27, 2009

73. Screening for Hereditary Hemorrhagic Telangiectasia (HHT). Regional Network Alliance (RNA) of Southern California, HHT International. Ventura, California. August 22, 2009.

74. Permanent and retrievable IVC filters. 2nd annual Vascular and Interventional Radiology Lecture and Case-based Review. University of Washington. Seattle, Washington. October 9, 2009

75. Implanted vascular access devices. 2nd annual Vascular and Interventional Radiology Lecture and Case-based Review. University of Washington. Seattle, Washington. October 9, 2009

76. Percutaneous biopsy and drainage. 2nd Annual Vascular and Interventional Radiology Lecture and Case-based Review. University of Washington. Seattle, Washington. October 9, 2009

77. Hemodialysis Access Interventions. UCSD IR Conference. October 17, 2009

78. Interventional Radiology Procedural Workup. UCSD IR Conference. November 7, 2009

79. Update on Inferior Vena Cava Filters. UCSD IR Conference. February 9, 2010

80. Medical Management of the Interventional Radiology Patient. 23rd Annual Review of Vascular and Interventional Radiology Course. Coronado, California. April 3, 2010

81. SVC/IVC Interventions and IVC Filters. 23rd Annual Review of Vascular and Interventional Radiology Course. Coronado, California. April 3, 2010

82. Gastrointestinal interventions. 23rd Annual Review of Vascular and Interventional Radiology Course. Coronado, California. April 3, 2010

83. Diagnostic Angiography. 30th Annual Residents' Radiology Review Course. Coronado, California. April 5, 2010

84. Percutaneous Biopsy. UCSD IR Conference. April 20, 2010

85. Hemodialysis access interventional radiology Perspective. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, April 28, 2010

86. Diagnostic Imaging of the aorta and the extremities. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, April 28, 2010

87. Vascular Diagnosis. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, April 28, 2010

88. Mock Oral Boards. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana, April 28, 2010

89. Percutaneous biopsy of the abdomen and pelvis. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 28, 2010

90. Screening for HHT. Grand Rounds. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 29, 2010

91. Update on IVC Filters. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 29, 2010

92. Vascular interventions case review. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 29, 2010.

93. Screening and Treatment of Pulmonary Arteriovenous Malformations. West Coast Regional Hereditary Hemorrhagic Telangiectasia Patient and Family Conference. Los Angeles. May 15, 2010

94. Inferior vena cava filter update. Western Angiographic and Interventional Society Annual Meeting. Lanai, Hawaii. September 13, 2010

95. Adrenal Vein Sampling. UCSD Medical Center/SD VAMC Endocrine Grand Rounds. October 27, 2010

96. Interventional Radiology Series: Nonvascular Intervention. Thoracic Interventions. Radiologic Society of North America Annual Meeting. Chicago, Illinois. December 3, 2010

97. Inferior Vena Cava Filters. UCSD Medical Center, Department of Radiology Core Lecture. March 2, 2011

98. Diagnostic Angiography. 31st Annual Residents' Radiology Review Course. Coronado, California. March 15, 2011

99. The Latest in Interventional Gizmos and Gadgets. 3rd Annual Imaging and Intervention. Future trends in Healthcare. April 2, 2011

100.   Hepatic, Visceral, and Renal Arteriography. UCSD Medical Center, Department of Radiology Core Lecture. April 6, 2011.

101.   Hemodialysis Access IR Perspective. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 16, 2011

102.   Diagnostic Imaging of the Aorta and the Extremities. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 16, 2011

103.   Vascular Diagnosis. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 16, 2011

104.   Vascular Interventions Case Review. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 16, 2011

105.   Mock Oral Boards. Louisiana State University Health Sciences Center, Department of Radiology. Shreveport, Louisiana. April 16, 2011

106.   Percutaneous Biopsy. UCSD Medical Center, Department of Radiology Core Lecture. April 20, 2011

107.   Update on Inferior Vena Cava Filters. The American Roentgen Ray Society Annual Meeting. Chicago, Illinois. May 4, 2011

108.   Interventional Radiology in Myanmar RSNA IVP Program Myanmar (November 1-12, 2011).  UCSD Department of Radiology Grand Rounds, Dec 20, 2011

109.   Diagnostic Angiography. 32nd Annual Residents' Radiology Review Course. UCSD. Coronado, April 10, 2012

110.   Interventional Radiology in Myanmar RSNA IVP Program Myanmar (November 1-12, 2011). San Diego Interventional Radiology Club Meeting, May 8, 2012

111.   Update on Inferior Vena Cava Filters. Annual Meeting American Roentgen Ray Society, Vancouver, Apr 29-May 4, 2012

112.    Hereditary Hemorrhagic Telangiectasia: screening, diagnosis, and therapy. Western Angiographic and Interventional Radiology Annual Meeting. Maui, Hawaii, Sept 22-26, 2012

113.    Interventional Radiology in Myanmar. Western Angiographic and Interventional Radiology Annual Meeting. Maui, Hawaii, Sept 22-26, 2012

114.    Thoracic Interventions-Genetic typing-what it is and how does it impact Percutaneous biopsy? Radiologic Society of North America Annual Meeting. Chicago, Illinois. December 1-6, 2012

115.    Hepatic, Visceral and Renal Arteriography. UCSD Radiology Resident Core Lecture Series. Jan 9. 2013

116.    Percutaneous Biopsy of the Abdomen and Thorax. UCSD Medical Center, Department of Radiology Core Lecture, Feb 27, 2013

117.    Diagnostic Angiography. 33rd Annual Residents' Radiology Review Course. UCSD. Coronado, April 2, 2013

118.    Catastrophic Complications: Non-vascular Interventions. Radiologic Society of North America Annual Meeting. Chicago, Illinois. December 1-6, 2013

119.    My approach to filter removal-patient evaluation, anticoagulation. VuMedi Webinar Inferior Vena Cava filters, Feb 18, 2013

120.    Diagnostic Angiography. 33rd Annual Residents' Radiology Review Course. Coronado, California. April 2, 2013

121.    IC 509 Case Based Complications in Interventional Radiology (Non-Vascular). American Roentgen Ray Society Annual Meeting, Washington, DC. Apr 19, 2013

122.    Nonvascular Interventional Complications. American Roentgen Ray Society Annual Meeting. San Diego, CA. May 5. 2014

123.    Screening and Therapy for Pulmonary Arteriovenous Malformations. American Roentgen Ray Society Annual Meeting. San Diego, CA. May 6, 2014

124.    Interventional Cross-sectional Imaging Pitfalls. American Roentgen Ray Society Annual Meeting. San Diego, CA. May 8, 2014

125.    Adrenal Vein Sampling. Asia Pacific Congress of Cardiovascular and Interventional Radiology Meeting, Singapore. May 15, 2014

126.    Update on Inferior Vena Cava Filters. Asia Pacific Congress of Cardiovascular and Interventional Radiology Meeting, Singapore. May 16, 2014

127.    Complications of IVC filter placement in the Special Session SS 3301 - IVC filters session. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Sept 17, 2014

128.    Inferior Vena Cava Filters. UCSD Core Lectures. Jan 27, 2015

129.    Thoracic, Abdominal, and Extremity Angiography.  UCSD Core Lectures. Mar 11, 2015

130.    UCSD Endocrine Grand Rounds: Interventional Radiology Adrenal Venous Sampling. March 25, 2015

131.    Diagnostic Angiography. 34th Annual Residents' Radiology Review Course. Coronado, California. April 7, 2015

132.    Percutaneous Biopsy. UCSD Core Lectures. April 15, 2015

133.    Hereditary Hemorrhagic Telangiectasia. UCSD Core Lectures. April 28, 2015

134.    WS 2301. The difficult IVC filter: case based discussion. Cardiovascular and Interventional Radiology Society of Europe Annual Meeting. Glasgow, Scotland. Sept 28, 2015

135.    Percutaneous Biopsy lecture for IR fellows. UCSD Medical Center. February 16, 2016

136.    Hemodialysis Access for UCSD Nephrology Fellows. April 12, 2016

137.    CE10: Gastrointestinal Bleeding Scintigraphy: Changing the Paradigm. Angiography for GI bleeding. Society for Nuclear Medicine and Molecular Imaging 2016 Annual Meeting. San Diego, CA. Jun 16, 2016

138.    Diagnostic Arteriography; Thorax, Abdomen, Extremities. UCSD Radiology Core Lectures. Feb 21, 2017