# Exhibit C

DOCUMENT SUBMITTED UNDER SEAL

# Curriculum Vitae of

# **SANJEEVA PRSAD KALVA, MD, FSIR**

CURRICULUM VITAE
# Sanjeeva Prasad Kalva, MD, FSIR



## EDUCATION

| Year | Degree | Field of Study | Institution |
|---|---|---|---|
| 1993 | MB, BS | Medicine | Kurnool Medical College, Vijayawada University of Health Sciences, Kurnool, India |

## POSTDOCTORAL TRAINING

| Year(s) | Training | Specialty/Discipline | Institution |
|---|---|---|---|
| 1994-1995 | Internship | | Government General Hospital, Kurnool, India |
| 1996-1998 | Residency | Radiology | Nizam's Institute of Medical Sciences, Hyderabad, India |
| 1999-2000 | Fellowship | Vascular & Interventional Radiology | Kovai Medical Center & Hospital, Coimbatore, India |
| 2003-2004 | Fellowship | Abdominal Imaging & Intervention | Massachusetts General Hospital, Boston, MA |
| 2004-2006 | Fellowship | Vascular & Interventional Radiology | Massachusetts General Hospital, Boston, MA |

## FACULTY ACADEMIC APPOINTMENTS

| Year(s) | Academic Title | Academic Department | Academic Institution |
|---|---|---|---|
| 1999-1999 | Other | Radiology | Nizam's Institute of Medical Sciences, Hyderabad, India |
| 1999-2000 | Clinical Fellow | Vascular & Interventional Radiology | Other Academic Institution |
| 2000-2003 | Other | Radiology | Other Academic Institution |
| 2003-2004 | Research Fellow | Radiology | Harvard Medical School, Boston MA |
| 2004-2006 | Clinical Fellow | Radilology | Harvard Medical School, Boston MA |
| 2006-2008 | Instructor | Radiology | Harvard Medical School, Boston MA |
| 2008-2012 | Assistant Professor | Radiology | Harvard Medical School, Boston MA |
| 2012-2013 | Associate Professor | Radiology | Harvard Medical School, Boston MA |
| 2013-now | Associate Professor | Radiology | University of Texas Southwestern Medical School, Dallas, TX |

## HONORS AND AWARDS

| Year | Name of Award | Awarding Organization |
|---|---|---|
| 1990 | Gold Medal in Pre-clinical Sciences | Kurnool Medical College, India - Highest honor for best score in the evaluations and examination. |
| 1990 | Gold Medal in Biochemistry | Kurnool Medical College, India - Highest honor for best score in the evaluations and examination. |
| 1992 | Gold Medal in Optholmology | Kurnool Medical College, India - Highest honor for best score in the evaluations and examination. |

| 1993 | Gold Medal in Medicine | Kurnool Medical College, India - Highest honor for best score in the evaluations and examination. |
| 1998 | REF Scholar Award | Radiology Education Foundation, India - Highest honor for best score at REF conducted quiz |
| 1999 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Cerebral and Craniofacial Aspergillosis: Computed Tomography and Pathological Correlation |
| 2003 | Certificate of Merit with Excellence in Design | Radiological Society of North America - Educational Exhibit: Imaging of Rectal Cancer: Helping to Select Among Therapeutic Options |
| 2004 | Gold Medal in Radiology | National Board of Examinations, India - Highest honor for best score in the evaluations and examination |
| 2005 | Cum Laude Award | Society of Computed Body Tomography and Magnetic Resonance For an outstanding Scientific Paper on Anti-angiogenic Therapy of Rectal Cancer: Monitoring Treatment Responses w/ Perfusion CT in Comparison to Tumor Interstitial Pressure & Micro-vessel Density |
| 2005 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: CT and MR Imaging of the Thoracic Aorta |
| 2005 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Indirect CT Venography |
| 2005 | Cum Laude Award | Radiological Society of North America - Educational Exhibit: Inferior Pacreatico-duodenal Artery Aneurysms Associated with Celiac Axis Stenosis or Occlusion: Spectrum of Imaging Findings |
| 2007 | Cum Laude Award | Society of Computed Body Tomography and Magnetic Resonance - For an outstanding Scientific Paper on CT Venography During CT Pulmonary Angiography: Should the Pelvis be Imaged? |
| 2007 | Housefield Award | Society of Computed Body Tomography and Magnetic Resonance - For an outstanding Scientific Paper on Perfusion CT for Monitoring Treatment Response of Rectal Carcinoma: Can Change in Perfusion Parameters Predict Clinical Response? |
| 2008 | Cum Laude Award | Cardiovascular and Interventional Radiological Society of Europe - Educational Exhibit |
| 2008 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Techniques and Pearls for Crossing Challenging Atherosclerotic Chronic Total Occlusions (CTOs) |
| 2008 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: The Pathophysiology, Natural History and Endovascular Treatment of Popliteal Artery Aneurysms |
| 2009 | Cum Laude Award | Cardiovascular and Interventional Radiological Society of Europe - Educational Exhibit |
| 2010 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Spectrum of Portal Venous Interventions |
| 2011 | Best Educational Exhibit | Society of Interventional Radiology - Educational Exhibit: Mgmt of high-output steal syndrome assoc w/ hemodialysis arteriovenous fistulas or grafts using  minimally invasive limited ligation endoluminal assisted revision (MILLER) procedure |
| 2011 | Cum Laude Award | Radiological Society of North America - Educational Exhibit: Venous hypertension and the role of proteomics in the evaluation of varicose veins. |
| 2012 | Fellow | Society of Interventional Radiology - Fellowship of Society of Interventional Radiology is awarded to individuals who have contributed significantly to the development of interventional radiology in terms of research, education and society activities |

| 2012 | Dr. Athanasoulis Award for Excellence in Teaching | Massachusetts General Hospital - Teacher of the year award by the fellows of Vascular Interventional Radiology Division |
|------|------|------|
| 2013 | Certificate of Merit | Radiological Society of North America - Diagnosis and endovascular management of high flow peripheral arteriovenous malformations |
| 2013 | Outstanding Performance Award | Massachusetts General Hospital - Given by the Department of Radiology for an outstanding performance as a leader, high quaity of patient care and excellence in teaching and education |
| 2014 | Best Educational Exhibit | Society of Interventional Radiology - Educational Exhibit: Lessons learned from a Quality improvement project to enhance retrieval rates of IVC filters |
| 2014 | Certificate of Merit | GEST: Global Embolization Symposium and Technologies - Scientific Exhibit: Retrospective analysis of traditional chemoembolization compared to drug-eluting beads chemoembolization for hepatocellular carcinoma |
| 2014 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Chronic Mesenteric Ischemia |
| 2014 | Certificate of Merit | Society of Interventional Radiology - Educational Exhibit: Ureteral arterial fistula: Diagnosis and Management |
| 2014 | Magna Cum Laude | Radiological Society of North America - Educational Exhibit: Vascular Complications of Pancreaticoduodenectomy |
| 2015 | Outstanding Service Award | Cardiovascular and Interventional Radiological Society of Europe - Most cited publication of CVIR in 2014 |
| 2015 | SIR Poster Award | Society of Interventional Radiology - Scientific Research Presentation: Interventional radiologist billing practices to Medicare: Procedures performed an geographic variation |
| 2015 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Variceal embolization: A resident's guide to the many options for treating varices secondary to portal hypertension |
| 2015 | Certificate of Merit | Radiological Society of North America - Educational Exhibit: Vascular complications following liver transplantation: Diagnosis and Intervention |

## APPOINTMENTS AT HOSPITALS AND AFFILIATED INSTITUTIONS

| Year(s) | Hospital Position | Hospital Dept/Division | Hospital Institution |
|---------|-------------------|------------------------|----------------------|
| 1999-1999 | Registrar (Senior Resident) | Radiology | Nizam's Institute of Medical Science, Hyderabad, India |
| 2000-2003 | Consultant | Radiology | Kovai Medical Center & Hospital, Coimbaore, India |
| 2006-2013 | Assistant Radiologist | Radiology | Massachusetts General Hospital, Boston, MA |
| 2013-2014 | Attending Physician | Radiology | St. Paul University Hospital, Dallas, TX |
| 2013-now | Attending Physician | Radiology | Zale Lipshy Hospital, Dallas, TX |
| 2013-now | Attending Physician | Radiology | Parkland Memorial Hospital, Dallas, TX |
| 2013-now | Chief | Interventional Radiology | UT Southwestern Medical Cener, Dallas, TX |
| 2014-now | Attending Physician | Radiology | UT Southwestern William P. Clements Jr. University Hospital |

## MAJOR ADMINISTRATIVE AND LEADERSHIP POSITIONS

| Year(s) | Position Title | Institution | Scope |
|---------|----------------|-------------|-------|
| 2006-2009 | Assistant Program Director, Vascular & Interventional Radiology | Massachusetts General Hospital, Boston, MA | Hospital |
| 2007-2011 | Course Director, Vascular & Interventional Radiology Mini-Course for Residents | Massachusetts General Hospital, Boston, MA | Hospital |

| 2009-2013 | Associate Clinical Director, Division of Vascular Imaging & Intervention, Department of Imaging | Massachusetts General Hospital, Boston, MA | Hospital |
| 2011-2013 | Director, Center for Image-Guided Cancer Therapy | Massachusetts General Hospital, Boston, MA | Hospital |
| 2011-2013 | Associate Division Head, Division of Vascular Imaging & Intervention, Department of Imaging | Massachusetts General Hospital, Boston, MA | Hospital |
| 2013-now | Chief, Vascular Interventional Radiology | UT Southwestern Medical Center, Dallas, TX | Departmental |

## COMMITTEE SERVICE

### Departmental

| Year(s) | Position Title | Name of Committee | Institution/Organization |
|---|---|---|---|
| 2013-2015 | Member | IVC Filter Working Group | University of Texas Southwestern Medical Center |

### Institution

| Year(s) | Position Title | Name of Committee | Institution/Organization |
|---|---|---|---|
| 2006-2009 | Member: Support department endeavors on education and evaluation of residents | Resident Education & Evaluation Committee | Massachusetts General Hospital, Boston, MA 02114 |
| 2013-2014 | Member | Committee for drafting Time-Off policy for Radiology Faculty | University of Texas Southwestern Medical Center |
| 2013-2014 | Member | Vascular Credentialing Committee | University of Texas Southwestern Medical Center |
| 2013-2014 | Member | Committee for implementation of changes to Xcelera Software for Radiology and Cardiology | University of Texas Southwestern Medical Center |
| 2014-2015 | Member | CTA Protocols Review | University of Texas Southwestern Medical Center |
| 2014-2015 | Member | Radiology Residency Program Evaluation Committee | University of Texas Southwestern Medical Center |
| 2014-2015 | Member | Clinical Advisory Board Member HIFU Research Program | University of Texas Southwestern Medical Center |
| 2014-2015 | Member | Medical Student Recruitment Committee for UT Southwestern Medical School | University of Texas Southwestern Medical Center |
| 2014-2015 | Member | Radiology Recruitment Committee for Radiology Residency | University of Texas Southwestern Medical Center |
| 2014-2016 | Member | Vascular Interventional Radiology Fellowship Curriculum Core Committee | University of Texas Southwestern Medical Center |
| 2014-now | Member | Vascular Interventional Radiology Fellowship Evaluation Committee | University of Texas Southwestern Medical Center |
| 2015-now | Member | Image Guided Procedures Workgroup | University of Texas Southwestern Medical Center |
| 2016-now | Member | EVU Project Workgroup | University of Texas Southwestern Medical Center |
| -now | Member | Clinical Advisory Board Member HIFU Research Program | University of Texas Southwestern Medical Center |
| -now | Member | Radiology Residency Program | University of Texas Southwestern Medical Center |

### National

| Year(s) | Position Title | Name of Committee | Institution/Organization |
|---|---|---|---|

| Year(s) | Position Title | Name of Committee | Institution/Organization |
|---|---|---|---|
| 2008-2009 | President | Planning and conduct of CME-accredited courses for New England Society of Interventional Radiology | New England Society of Interventional Radiology |
| 2008-2012 | Board Member | Scientific Program Committee: Review and grade scientific abstracts on Vascular Interventional Radiology every year for RSNA | Radiological Society of North America |
| 2008-2013 | Member | Scientific Program Committee | Radiological Society of North America |
| 2008-2013 | Member | Planning and conduct of CME accredited courses for New England Society of Interventional Radiology | Society of Interventional Radiology |
| 2008-2013 | Board Member | Organize monthly regional meetings of New England Society of Interventional Radiology | New England Society of Interventional Radiology |
| 2009-2012 | Secretary | Planning and conduct of CME-accredited courses for New England Society of Interventional Radiology | New England Society of Interventional Radiology |
| 2010-now | Member | Appropriateness Committee on Vascular Imaging; Review and critiacally appraise revisions and new documents on Appropriatness criteria for vascular imaging.  Author new document on Aortic Trauma | American College of Radiology |
| 2011-now | Member | Scientific Program Committee | American College of Cardiology |
| 2012-2016 | Member | Standards of Practice Committee | Society of Interventional Radiology |
| 2014-2017 | Member | International Affairs Committee | Society of Interventional Radiology |
| 2014-2017 | Member | IR Registries Committee | Society of Interventional Radiology |
| 2014-now | Member | Radiographic Review Committee | Radiological Society of North America |
| 2014-now | Chair | Vascular Imaging Panel | American College of Radiology |
| 2014-now | Chair | Practice Guidelines on Transjugular Intrahepatic Portosystemic Shunts | American College of Radiology |
| 2014-now | Member | ACR Interventional Committee | American College of Radiology |
| 2014-now | Chair | Practice guidelines on Transjugular Intrahepatic Portosystemic Shunts | American College of Radiology |
| 2014-now | Chair | Vascular Imaging Panel | American College of Radiology |
| 2015-now | Member | IR-DR Residency Exam Committee | American Board of Radiology |
| 2015-now | Member | Executive Council | Society of Interventional Radiology |
| 2015-now | Member | Outcomes Registries Committee | Society of Interventional Radiology |
| 2015-now | Member | IR-DR Residency Exam Committee | American Board of Radiology |
| 2015-now | Member | Executive Council | Society of Interventional Radiology |
| 2015-now | Member | Outcomes Registries Committee Member | Society of Interventional Radiology |
| 2016-2018 | Member | Performance and Quality Outcomes Division | Society of Interventional Radiology |
| 2016-2019 | Member | Executive Council and Foundation Board | Society of Interventional Radiology |
| 2016-2019 | Member | Finance Committee | Society of Interventional Radiology |
| 2016-now | Member | Membership Development Committee | Society of Interventional Radiology |

**International**

| Year(s) | Position Title | Name of Committee | Institution/Organization |
|---|---|---|---|
| 2007-now | Member | Standards of Practice Committee: Revised SOP documents on Inferior vena cava filters, informed consent, and Endovenous laser ablation.  Review, critically appraise and comment on 75% of the SOP documents within a calendar year. | Society of Interventional Radiology |

| 2013-now | Member | International Meetings Committee | World Congress of Interventional Radiology |
| 2017-2020 | Member | International Affairs Committee | Society of Interventional Radiology |

## PROFESSIONAL SOCIETIES

| Year(s) | Society Name |
|---|---|
| 2006-2014 | American College of Radiology |
| 2006-now | American Medical Association |
| 2006-now | Radiological Society of North America |
| 2006-now | American Roentgen Ray Society |
| 2006-now | Society of Interventional Radiology |
| 2006-now | American College of Radiology |
| 2007-now | New England Society of Interventional Radiology, Member |
| 2008-2009 | New England Society of Interventional Radiology, President |
| 2009-2012 | New England Society of Interventional Radiology, Secretary |
| 2011-now | American College of Cardiology |
| 2014-now | Texas Radiological Society |
| 2015-now | Cardiovascular and Interventional Radiological Society of Europe |
| 2015-now | American College of Phlebology |

## GRANT REVIEW ACTIVITIES

| Year(s) | Name of Committee | Organization |
|---|---|---|
| 2016 | The Netherlands Organization for Health Research and Development | The Netherlands Organization for Health Research and Development |

## EDITORIAL ACTIVITY

### Reviewer (All Types)

| Year(s) | Journal Name | Editorial Role |
|---|---|---|
| | American Journal of Roentgenology | Reviewer |
| | Journal of Rheumatology | Reviewer |
| | BMC Radiation Oncology | Reviewer |
| | Vascular Endovascular Surgery | Reviewer |
| | Frontiers in Oncology | Reviewer |
| | Indian Heart Journal | Reviewer |
| | Indian Journal of Radiology and Imaging | Reviewer |
| | British Journal of Radiology | Reviewer |
| | Circulation | Reviewer |
| | Journal of Endovascular Therapy | Reviewer |
| | Seminars in Interventional Radiology, Guest Editor | Other |
| | Radiographics | Reviewer |
| | Journal of Vascular Interventional Radiology | Reviewer |
| | Scandinavian Journal of Gastroenterology | Reviewer |
| | European Radiology | Reviewer |
| | Journal of Clinical Gastroenterology | Reviewer |
| | Digestive and Liver Disease | Reviewer |
| | Journal of Cardiovascular Computed Tomography | Reviewer |
| | Journal of Computed Assisted Tomography | Reviewer |
| | Journal of American College of Cardiology | Reviewer |
| | Catheterization & Cardiovascular Interventions | Reviewer |
| | Academic Radiology | Reviewer |
| | Cardiovascular Interventional Radiology | Reviewer |
| | Thorax | Reviewer |

**INVITED LECTURES, TEACHING AND PRESENTATIONS**

**International**

| Year(s) | Presentation Title or Course Name |
|---------|-----------------------------------|
| 2006 | Case reviews in Vascular Interventional Radiology / Grand rounds |
| 2006 | Transarterial therapy of liver tumors / Grand rounds |
| 2007 | Inferior Vena Cava Filters: Current Status and Future Trends / Lecture |
| 2007 | Role of inferior vena cava filters in the management of pulmonary embolism: overview and personal experience / Lecture |
| 2009 | Recent advances in trans-arterial therapy of liver malignancies / Lecture |
| 2009 | Recent advances in the management of liver tumors / Lecture |
| 2009 | Portal Hypertension: Role of interventional radiology in the diagnosis and management / Lecture |
| 2009 | Portal Hypertension: Diagnosis & Management / Lecture |
| 2011 | Management of Portal Hypertension / Lecture Dept of Transplant Surgery |
| 2011 | Transarterial therapy of liver tumors / Grand rounds |
| 2012 | Endovenous thermal ablation for varicose veins |
| 2012 | Management of Portal Hypertension / Lecture Dept of Transplant Surgery |
| 2013 | Portal vein revascularization |
| 2013 | Case: Portal vein embolization |
| 2013 | Portal vein embolization: How do I do it? |
| 2013 | Transarterial brachytherapy (Y-90): Technique and Results |
| 2013 | Workshop on Embolization |
| 2013 | Case: Y-90 Embolization |
| 2013 | Case: Portal vein revascularization |
| 2013 | Portal Vein Embolization |
| 2014 | Grand Rounds in Internal Medicine: Management of Varicose Veins |
| 2014 | Extreme IR: Case Presentation |
| 2014 | Portal Vein Embolizaiton |
| 2014 | Portal Vein Embolizaiton |
| 2014 | Ablation vs. Embolization for hepatocellular carcinoma |
| 2014 | Selective Internal Radiation Therapy |
| 2015 | Do I use an IVC Filter? |
| 2015 | Case Symposium |
| 2015 | Interventional Management of Liver Transplant Complications |
| 2016 | Expanding BCLC criteria in the management of HCC |
| 2016 | Inferior Vena Cava Filter Retrievals: How Do I Do and Challenges. |
| 2016 | Radioembolization for HCC |
| 2016 | Radioembolization/SIRT in the management of colorectal liver metastases: When is it indicated? |
| 2016 | Rationale for Intra-arterial Chemoembolization of Colorectal Liver Metastases |

**National**

| Year(s) | Presentation Title or Course Name |
|---------|-----------------------------------|
| 2003 | Detection of liver metastases from GI cancer: Comparison of high resolution Mn-DPDP enhanced MRI and FDG-PET (abstract) |

| | |
|---|---|
| 2003 | Perfusion CT of rectal cancer: Assessing Tumor Vascularity (angiogenesis) and Response to Radiotherapy - Initial Observations (abstract) |
| 2005 | Clinical significance of indirect CT venography in the detection of venous thromboembolic disease: Experience in 1012 patients (abstract) |
| 2005 | Safety and Efficacy of Retrievable Vena Cava Filters: Experience with 138 Patients. (abstract) |
| 2005 | Effect of Tube Current and Potential on the Attenuation Values of Iodinated and Gadolinium Contrast Media. A Phantom and Human Study. (abstract) |
| 2005 | Repeat CT Pulmonary Angiography (CTPA) Following a Negative CTPA during a Single Hospital Admission. (abstract) |
| 2005 | Perfusion CT as an Imaging Marker for Assessing Response of Rectal Cancer to Chemoradiation: Comparison with FDG-PET. (abstract) |
| 2005 | 16-slice multi-detector renal artery CT angiography at varying tube potential in living kidney donors: Impact on image quality and radiation dose (abstract) |
| 2005 | Safety and Efficacy of Trapease Vena Cava Filters: Experience with 751 Patients. (abstract) |
| 2006 | Overview of Vena Cava Filters / Lecture |
| 2006 | CT Venography during CT pulmonary angiography: Should pelvis be imaged? (abstract) |
| 2006 | Repeated embolization for type II endoleak after endovascular or open repair of abdominal aortic aneurysms (abstract) |
| 2006 | Vena Cava Filters: Current Status / Lecture |
| 2006 | Vena Cava Filters / Lecture |
| 2006 | Vena Cava Filters: MGH Experience from 1973 to 2006 / Lecture |
| 2006 | Observations pertaining to IVC filters on Abdominal CT. (abstract) |
| 2007 | Vena Cava Filters / Lecture; Fort Lauderdale, FL (Cordis Endovascular Peer to Peer Lectures) |
| 2007 | Vena Cava Filters Workshop / Lecture & Workshop |
| 2007 | Vena Cava Filters / Lecture; Washington, DC (Cordis Endovascular Peer to Peer Lectures) |
| 2007 | Suprarenal Inferior Vena Cava Filters: Safety and Efficacy—A 20 Year Single Center Experience. (abstract) |
| 2007 | Vena Cava Filters / Lecture |
| 2008 | Case Reviews in Interventional Radiology / Lecture |
| 2008 | Chemoembolization with Doxorubicin-eluting microspheres for inoperable hepatocellular cancer: Initial results. (abstract) |
| 2008 | Vena Cava Filters: MGH Experience / Lecture |
| 2008 | Transarterial therapy for liver tumors: Recent Advances / Grand rounds |
| 2008 | Renal Artery Disease<br>HMS: Vascular Summit 2008 |
| 2009 | Vascular Imaging<br>HMS: MGH-BWH Radiology Review |
| 2010 | Portal hypertension: Role of interventional Radiology / Visiting Professorship |
| 2010 | Vascular Interventions<br>HMS: MGH-BWH Radiology Review |
| 2011 | Management of Portal hypertension / Visiting Professorship |
| 2014 | Pelvic venous congestion. |
| 2014 | Venous Diagnosis: Other imaging modalities: CT Venography, MR Venography, Lymphangiography, Lymphoscintigraphy, Transillumination |
| 2014 | Management of iliofemoral and subclavian venous thrombosis |
| 2014 | Nonthrombotic venous obstruction: May Thurner, Nut Cracker, Thoracic outlet syndromes |
| 2015 | Venous Diagnosis: Other imaging modalities: CT Venography, MR Venography, Lymphangiography, Lymphoscintigraphy, Transillumination |
| 2015 | Venous Tumors |
| 2015 | Venous Physiology & Lymphatic System |

2015    Venous Embryology, Macroscopic Anatomy & Histology

**Local**

| Year(s) | Presentation Title or Course Name |
|---|---|
| 2007 | Selective Internal Radiation Therapy for Hepatic Malignancies / Lecture<br>Grand Rounds for Division of Hepatology, Dept of Medicine |
| 2008 | Transcatheter embolization of pseudoaneurysms associated with pancreatitis / Lecture<br>Grand Rounds, Dept of Surgery |
| 2008 | Inferior Vena Cava Filters / Lecture<br>Dept of Vascular & Interventional Radiology |
| 2009 | Management of Portal Hypertension / Grand Rounds |
| 2010 | Interventional in the management of pulmonary embolism / Lecture<br>Dept of Critical Care Medicine |
| 2010 | Management of Portal Hypertension / Lecture<br>Dept of Transplant Surgery |
| 2011 | Vascular Interventions in Pulmonary Critical Care / Lecture<br>Dept of Critical Care Medicine |
| 2013 | Management of Portal Hypertension / Lecture<br>Dept of Transplant Surgery |
| 2014 | Grand Rounds in Dermatology: Management of Varicose Veins |
| 2014 | Grand Rounds in Radiation Oncology: Selective internal radiation therapy for liver cancer |
| 2015 | Grand Rounds in Gastroenterology & Hepatology: Role of interventional radiology in the management of portal hypertension |
| 2016 | Interventional Radiology Management of Liver Patient; Second Annual Update on Liver Diseases; University of Texas Southwestern Medical Center |
| 2016 | Lecture: Biospecimen Procurement<br>Experimental Therapeutics Program Retreat: Personalized Medicine |
| 2016 | UT Southwestern Multidisciplinary Gastrointestinal Symposium |

**REPORT OF TECHNOLOGICAL AND OTHER SCIENTIFIC INNOVATIONS**

| Year(s) | Innovation/Patent Title | Role | Status |
|---|---|---|---|
| 2003 | A Phase II/III Multicenter, Randomized Study for the Characterization of Focal Liver Lesions Using Sonovue-Enhanced Ultrasonography<br>7/30/2002 - 12/31/2005<br>Industry-sponsored<br>Salary Support: $33,000 (Approx)<br><br>Total Budget $163,675 | Co-Investigator | Past Funded Projects |
| 2003 | Reduced indeterminate results with the use of Dual Energy for CT Venography with improvement in confidence in diagnosis of DVT of lower extremities | | Dual Energy CT for CT Venography |
| 2006 | Implemented these therapies for management of heptaocellular cancer and liver metastases.  These therapies have significant impact on management of these conditions.  The results were presented at Annual meeting of Society of Interventional Radiology and Radiological Society of North America | | Innovative therapies to liver cancer: Drug eluting microspheres and Y-90 microspheres / MGH |
| 2006 | Reduced radiation dose during CT pulmonary angiography studies.  MGH adopted the new protocols.  Subsequently, NEJM and Radiology supported this approach. | | Limiting CT Venography to legs during CT pulmonary angiography MGH |

| Year | Description | Role | Category |
|---|---|---|---|
| 2006 | Innovative therapies to liver cancer: Drug eluting microspheres and Y-90 microspheres / MGH 2006 Impact: Implemented these therapies for management of hepatocellular cancer and liver metastases. These therapies have significant impact on management of these conditions. The results were presented at Annual meeting of Society of Interventional Radiology and Radiological Society of North America. | | |
| 2006 | Limiting CT Venography to legs during CT pulmonary angiography / MGH 2006 Impact: Reduced radiation dose during CT pulmonary angiography studies. MGH adopted the new protocols. Subsequently, NEJM and Radiology supported this approach. | | |
| 2007 | Transcatheter Chemoembolization with Drug-Eluting Microparticles for Liver Malignancies: Clinical Safety, Effectiveness and Long-Term Follow-Up 11/29/2007 - 11/28/2008 Salary Support $15,000 Industry-sponsored | Principal Investigator | Past Funded Projects |
| 2009 | Intravacular ultrasound (IVUS) guided vena cava filter placement #2009P002011 | Co-Investigator | Past Funded Projects |
| 2009 | Clinical utility of inferior vena cava filters in patients with stroke #2009P002179 | Principal Investigator | Past Funded Projects |
| 2009 | Safety and Efficacy of "Option" retrievable vena cava filter #2009P002033 | Principal Investigator | Past Funded Projects |
| 2009 | Acute Venous Thrombosis: Thrombus Removal with Adjunctive Catheter-directed Thrombolysis: The ATTRACT Trial NIH Recruit, Randomize, Perform Thrombolysis, Follow the patients clinically and on imaging Goals: To understand the effect of thrombolysis on post-thrombotic syndrome | Co-Investigaor | Past Funded Projects |
| 2010 | Efficacy of lower extremity venous thrombolysis in the setting of congenital absence/atresia of the inferior vena cava. #2010P001177 | Co-Investigator | Past Funded Projects |
| 2010 | Safety of Power Injections in patients with Patent Foramen Ovale (PFO) #2010P000301 | Principal Investigator | Past Funded Projects |
| 2010 | May Thurner Syndrome: Does it really increase the risk of DVT? #2010P001635 | Principal Investigator | Past Funded Projects |
| 2010 | Segmental arterial mediolysis: Single center experience in symptoms, diagnosis, treatment and follow-up. #2010P002307 | Principal Investigator | Past Funded Projects |
| 2010 | Phase 1 Clinical Trial of Viral Oncolysis of Liver Tumors NIH/R21 CA119600-02 9/25/2007 - 8/31/2012 Co-Investigaor Salary Support: $10000 (Approx) Perform injection of the virus in to the hepatic artery by selective cathterization and hepatic venous sampling during and after the virus injection; Goals: To assess safety of viral oncolysis of liver tumors, assess turmo response | | Past Funded Projects |
| 2010 | Efficacy of adrenal venous sampling in localizing primary aldosteronism #2010P001651 | Principal Investigator | Past Funded Projects |
| 2010 | Endovascular recanalization of the thrombosed filter bearing inferior vena cava #2010P001291 | Co-Investigator | Past Funded Projects |
| 2010 | Elevated intestinal fluid pressure in hepatocellular carcinoma is a barrier to transport of doxorubicin from drug eluting embolization beads #2010P001917 | Co-Investigator | Past Funded Projects |
| 2010 | Chemoembolization of primary hepatocellular carcinoma: A single center experience #2010P001263 | Principal Investigator | Past Funded Projects |
| 2011 | Incidence of rebleeding and ischemic complications following superselective angioembolization for gatrointestinal hemorrhage #2011P001254 | Co-Investigator | Past Funded Projects |
| 2011 | Factors affecting a positive angiogram, technical success of embolization, rebleeding rates and mortality rates in patients with gastrointestinal hemorrhage #2011P001714 | Principal Investigator | Past Funded Projects |
| 2012 | Retrospective review of chemoembolizaiton for liver cancer #2012P000148 | Principal Investigator | Past Funded Projects |

| 2012 | Phase 3 prospective, randomized, blinded and controlled investigation of HepaSphere/QuadraSphere microspheres for delivery of Doxorubicin for the treatment of hepatocellular cancer<br>Recruit, Randomize, Perform chemoembolization and follow-up Impact: Goal: To assess the safety and efficacy of HepaSphere/QuadraSpheres in the treatment of hepatocellular cancer and compare it to conventional chemoembolization with lipiodol and doxorubicin. | Company Co-Investigator | Past Funded Projects |
|---|---|---|---|
| 2013 | Acute venous thrombosis: Thrombus removal with adjunctive catheter-directed thrombolysis (the ATTRACT trial)<br>ID: STU 023013-007<br>NIH | Co-Investigaor | Past Funded Projects |
| 2013 | Outcomes in patients with hepatocellular carcinoma<br>ID: STU 102012-084 | | Current Unfunded Project |
| 2014 | A Phase III Clinical Trial Evaluating TheraSphere® in Patients with Metastatic Colorectal Carcinoma of the Liver who have Failed First Line Chemotherapy | Co-Investigator | Current Funded Project |
| 2014 | Retrospective study to assess the historical practice patterns of IVC filter placement and retrieval before and after implementation of a quality improvement process | | Current Unfunded Project |
| 2014 | Transjugular Intrahepatic Portosystemic shunts (TIPS): technical variations influencing outcomes | | Current Unfunded Project |
| 2014 | Complications of Indwelling Percutaneous Nephrostomy (PCN) Catheters: An analysis of current practice | | Current Unfunded Project |
| 2014 | A Humanitarian Device Exemption Treatment Protocol of TheraSphere For Treatment of Unresectable Hepatocellular Carcinoma | | Current Unfunded Project |
| 2014 | Analysis of Patients with Urolithiasis and/or Conditions that Predispose to Urolithiasis | Co-Investigator | Current Unfunded Project |
| 2014 | A Pilot Study of "OncozeneTM" Microspheres for intra-arterial delivery of doxorubicin for the treatment of patients with unresectable hepatocellular cancer | Principal Investigator | Current Funded Project |
| 2014 | The SENTRY Clinical Study. A Prospective, Multi-Center Study of the Novate Sentry Bioconvertible Inferior Vena Cava Filter | Principal Investigator | Current Funded Project |
| 2014 | A Multi-center, Early Feasibility Study of the Angel™ Catheter in Critically Ill Subjects at HighRisk of Pulmonary Embolism | Co-Investigator | Current Funded Project |
| 2014 | Observational Study of Tissue Plasminogen Activator Used for Catheter Directed Thrombolysis in Patients with Acute Lower Extremity Native Artery or Bypass Graft Occlusion | Co-Investigator | Past Funded Projects |

## SERVICE TO THE COMMUNITY AND PATIENT EDUCATION

| Years | Role/Description | Organization or Institution |
|---|---|---|
| 2008 | Information on Catheter Angiography | RSNA-ACR Public web site medical advisor |

## BIBLIOGRAPHY OF SCHOLARLY PUBLICATIONS

### Original Research Articles

1   Rammurti S, Kalva SP, Murthy V. Imaging features of cerebral and craniofacial aspergillosis in the immunocompetent. Rivista di Neuroradiologia. 1999;12:687-691.

2   Reddy JJM, Chandra E, Kalva SP, Murthy V. MR imaging in spontaneous spinal subdural hematoma. Rivista di Neuroradiologia. 1999;12:525-528.

3   Kalva SP, Rammurti S, Ravishankar. Chrondroblastoma of Sphenoid and Basiocciput: A case report. Asian Oceanian Journal of Radiology. 1999.

4   Reddy JJM, Kalva SP, Murthy VS. Sphenoid Mucocele presenting as Primary optic atrophy: MR features - A case report. Asian Oceanian Journal of Radiology. 1999

5   Willett CG, Boucher Y, di Tomaso E, Duda DG, Munn LL, Tong RT, Chung DC, Sahani DV, Kalva SP, Kozin SV, Mino M, Cohen KS, Scadden DT, Hartford AC, Fischman AJ, Clark JW, Ryan DP, Zhu AX, Blaszkowsky LS, Chen HX, Shellito PC, Lauwers GY, Jain RK. Direct evidence that the VEGF-specific antibody bevacizumab has antivascular effects in human rectal cancer. Nat Med. 2004;10(2):145-7.

6   Sahani DV, Krishnamurthy SK, Kalva SP, Cusack J, Hahn PF, Santilli J, Saini S, Mueller PR. Multidetector-row computed tomography angiography for planning intra-arterial chemotherapy pump placement in patients with colorectal metastases to the liver. J Comput Assist Tomogr. 2004;28(4):478-84.

7   Sahani DV, Kalva SP, Tanabe KK, Hayat SM, O'Neill MJ, Halpern EF, Saini S, Mueller PR. Intraoperative US in patients undergoing surgery for liver neoplasms: comparison with MR imaging. Radiology. 2004;232(3):810-4.

8   Sahani DV, Kalva SP, Farrell J, Maher MM, Saini S, Mueller PR, Lauwers GY, Fernandez CD, Warshaw AL, Simeone JF. Autoimmune pancreatitis: imaging features. Radiology. 2004;233(2):345-52.

9   Sahani DV, Kalva SP, Hamberg LM, Hahn PF, Willett CG, Saini S, Mueller PR, Lee TY. Assessing tumor perfusion and treatment response in rectal cancer with multisection CT: initial observations. Radiology. 2005;234(3):785-92.

10  Kalva SP, Sahani DV, Ryan D, Fischman AJ, Hahn PF, Mueller P, Saini S. Detection of liver metastases from gastrointestinal cancer: comparision of high resolution MnDPDP enhanced MRI and FDG-PET. Acad Radiol. 2005;12 Suppl 1:S17-20.

11  Sahani DV, Rastogi N, Greenfield AC, Kalva SP, Ko D, Saini S, Harris G, Mueller PR. Multi-detector row CT in evaluation of 94 living renal donors by readers with varied experience. Radiology. 2005;235(3):905-10.

12  Sahani DV, Kalva SP, Fischman AJ, Kadavigere R, Blake M, Hahn PF, Saini S. Detection of liver metastases from adenocarcinoma of the colon and pancreas: comparison of mangafodipir trisodium-enhanced liver MRI and whole-body FDG PET. AJR Am J Roentgenol. 2005;185(1):239-46.

13  Willett CG, Boucher Y, Duda DG, di Tomaso E, Munn LL, Tong RT, Kozin SV, Petit L, Jain RK, Chung DC, Sahani DV, Kalva SP, Cohen KS, Scadden DT, Fischman AJ, Clark JW, Ryan DP, Zhu AX, Blaszkowsky LS, Shellito PC, Mino-Kenudson M, Lauwers GY. Surrogate markers for antiangiogenic therapy and dose-limiting toxicities for bevacizumab with radiation and chemotherapy: continued experience of a phase I trial in rectal cancer patients. J Clin Oncol. 2005;23(31):8136-9.

14  Rosow DE, Sahani D, Strobel O, Kalva SP, Mino-Kenudson M, Holalkere NS, Alsfasser G, Saini S, Lee SI, Mueller PR, Fern_ndez-del Castillo C, Warshaw AL, Thayer SP. Imaging of acute mesenteric ischemia using multidetector CT and CT angiography in a porcine model. J Gastrointest Surg. 2005;9(9):1262-74; discussion 1274-5.

15  Kalva SP, Wicky S, Waltman AC, Athanasoulis CA. TrapEase vena cava filter: experience in 751 patients. J Endovasc Ther. 2006;13(3):365-72.

16  14.Kalva SP, Sahani DV, Hahn PF, Saini S. Using the K-edge to improve contrast conspicuity and to lower radiation dose with a 16-MDCT: a phantom and human study. J Comput Assist Tomogr. 2006;30(3):391-7.

17  Kalva SP, Athanasoulis CA, Fan CM, Curvelo M, Geller SC, Greenfield AJ, Waltman AC, Wicky S. "Recovery" vena cava filter: experience in 96 patients. Cardiovasc Intervent Radiol. 2006;29(4):559-64.

18  Kalva SP, Wicky S. Mediastinal bronchial artery aneurysms: Endovascular therapy in two patients. Catheterization and Cardiovascular Interventions. 2006;68(6):858-861.

19  Donald D, Kalva SP, Vyasilyev A, Fan CM. Leiomyosarcoma of the uterus with intravascular tumor extension and pulmonary tumor embolism. Cardiovascular Interventional Radiology. 2007;30(1):140-142.

20  Walker TG, Kalva SP, Ganguli S, Oklü R, Salazar GM, Waltman AC, Wicky S. Image optimization during endovascular aneurysm repair. AJR Am J Roentgenol. 2012 Jan;198(1):200-6. PubMed PMID: 22194498.

21  Sahani DV, Kalva SP, Hahn PF, Saini S. 16-MDCT angiography in living kidney donors at various tube potentials: impact on image quality and radiation dose. AJR Am J Roentgenol. 2007;188(1):115-120.

22  Sahani DV, Kalva SP, Hahn PF, Saini S. 16-MDCT angiography in living kidney donors at various tube potentials: impact on image quality and radiation dose. AJR Am J Roentgenol. 2007;188(1):115-120.

23  Singh AH, Sahani DV, Kagay CR, Kalva SP, Elias N, Kawai T. Semiautomated MIP Images Created Directly on 16-Section Multidetector CT Console for Evaluation of Living Renal Donors. Radiology. 2007;244(2):583-590.

24  3Abbara S, Kalva SP, Cury RC, Isselbacher EM. Thoracic aortic disease: Spectrum of multidetector computed tomography imaging findings. Journal of Cardiovascular Computed Tomography. 2007;1(1):40-54.

25  Kalva SP, Athanasoulis C, Greenfield A, Fan CM, Curvelo M, Waltman A, Geller S, Wicky S. Inferior pancreatico-duodenal artery aneurysms in association with celiac axis stenosis or occlusion. Eur J Vasc Endovasc Surg. 2007;33(6):670-675.

26  Kalva SP, Jagannathan J, Hahn PF, Wicky S. Venous thromboembolism: Indirect CT Venography during CT Pulmonary Angiography -- Should the pelvis be imaged? Radiology. 2008;246(2):605-611.

27  Kalva SP, Chlapoutaki C, Wicky S, Greenfield AJ, Waltman AC, Athanasoulis CA . Suprarenal inferior vena cava filters: A 20-year single-center experience. Journal of Vascular Interventional Radiology. 2008;19(7):1041-1047.

28  Dodd JD, Kalva SP, Pena A, Moselewski F, Shapiro MD, Abbara S, Cury RC, Brady TJ, Hoffmann U. Emergency cardiac CT for suspected acute coronary syndrome: qualitative and quantitative assessment of coronary, pulmonary, and aortic image quality. AJR Am J Roentgenol. 2008;191(3):870-877.

29  Catalano OA, Sahani DV, Kalva SP, Cushing MS, Hahn PF, Brown JJ, Edelman RR. MRI of the Gallbladder: a Pictorial Essay. Radiographics. 2008;28(1):135-155.

30  Kalva SP, Thabet A, Wicky S. Recent Advances in Trans-arterial Therapy of Liver Malignancies. Radiographics. 2008;28(1):101-117.

31  Jung HS, Kalva SP, Greenfield AJ, Waltman AC, Walker TG, Athanasoulis CA, Wicky ST. Transjugular intrahepatic portosystemic shunts: Comparison of shunt patency and clinical outcomes between bare stents and the expanded polytetrafluoroethylene stent-grafts. Journal of Vascular Interventional Radiology. 2009;20(2):180-5.

32  Zawacki WJ, Walker TG, Devasher E, Halpern EF, Waltman AC, Wicky ST, Ryan DP, Kalva SP. Wound dehiscence or failure to heal following venous access port placement in patients receiving Bevacizumab therapy. J Vasc Interv Radiol. 2009 May;20(5):624-7; quiz 571. doi: 10.1016/j.jvir.2009.01.022. Epub 2009 Mar 27.

33  Shapiro MD, Dodd JD, Kalva SP, Wittram C, Hsu J, Nasir K, Liu B, Nagurney JT, Kalra MK, Nichols JH, Cury RC, Abbara S, Tawakol A, Brady TJ, Hoffmann U. A comprehensive electrocardiogram-gated 64-slice multidetector computed tomography imaging protocol to visualize the coronary arteries, thoracic aorta, and pulmonary vasculature in a single breath hold. J Comput Assist Tomogr. 2009;33(2):225-232.

34  Sangwaiya MJ, Marentis TC, Walker TG, Stecker M, Wicky ST, Kalva SP. Safety and efficacy of the "Celect" inferior vena cava filter: Preliminary results. J Vasc Interv Radiol. 2009;20(9):1188-1192.

35  Chao C, Walker TG, Kalva SP. Natural history and CT appearances of aortic intramural hematoma. Radiographics. 2009;(3):791-804.

36  Gervais DA, Kalva SP, Thabet A. Percutaneous image-guided therapy of intra-abdominal malignancy: imaging evaluation of treatment response. Abdom Imaging. 2009;34(5):593-609.

37  Ahamd I, Yeddula K, Wicky ST, Kalva SP. Clinical sequel of thrombus in an inferior vena cava filter. Cardiovascular Interv Radiol. 2010;33(2):285-289

38  Dave B, Sharma A, Kwolek C, Demoya M, Wicky S, Kalva SP. Percutaneous transcatheter arterial embolization of inferior pancreatico-duodenal artery aneurysms associated with celiac artery stenosis or occlusion. Catheter Cardiovasc Interv. 2010;75(5):663-72.

39  Janne d'Ote B, Walker TG, Kalva SP, Ganguli S, Davison B. Endovenous Laser Ablation of the Small Saphenous Vein Sparing the Saphenopopliteal Junction. Cardiovasc Intervent Radiol. 2010;33(4):766-71.

40  Somarouthu B, Abbara S, Kalva SP. Diagnosing deep vein thrombosis. Postgrad Med. 2010;122(2):66-73

41  Kalva SP, Marentis TC, Yeddula K, Somarouthu B, Wicky S, Stecker MS. Long-term safety and effectiveness of the "OptEase" vena cava filter. Cardiovasc Interventional Radiol. 2011; 34:331-337 PMID: 20820780.

42  Holalkere NS, Matthes K, Kalva SP, Brugge WR, Sahani DV. 64-Slice multidetector row CT angiography of the abdomen: comparison of low versus high concentration iodinated contrast media in a porcine model. Br J Radiol. 2011; 84:221-228. PubMed PMID: 21081582.

43  Kalva SP, Iqbal SI, Yeddula K, Blaszkowsky LS, Akbar A, Wicky S, Zhu A. Transarterial Chemoembolization with Doxorubicin Eluting Microspheres for Inoperable Hepatocellular Carcinoma. Gastrointestinal Cancer Research. 2011;4(1):2-8.

44  Somarouthu B, Yeddula K, Wicky S, Hirsch J, Kalva SP. Long-term safety and effectiveness of inferior vena cava filters in patients with stroke. Journal of Neurointerventional Surgery 2011; 3:141-146. doi:10.1136/jnis.2010.004564.

45  Liaw JP, Yun CH, Walker TG, Kalva SP, Janne d'Othee B. Comparison of clinical and MR imaging outcomes after uterine fibroid embolization with bead block and embosphere. Eur J Radiol. 2012 Jun;81(6):1371-5. doi: 10.1016/j.ejrad.2011.03.017. Epub 2011 Mar 25.

46  Dave BR, Sharma A, Kalva SP, Wicky S. Nine-year single center experience with transcatheter arterial embolization for hemoptysis: Medium term outcomes. Vascular and Endovascular Surgery 2011; 45:258-268. PubMed PMID: 21444351.

47  Wu S, Ahmad I, Qayyum S, Wicky S, Kalva SP. Paradoxical embolism after declotting of hemodialysis fistulae/grafts in patients with patent foramen ovale. Clinical Journal of the American Society of Nephrology 2011; 6:1333-1336. PMID: 21551024.

48  Kalva SP, Yeddula K, Wicky S, Fernandez Del Castillo C, Warshaw AL. Angiographic Intervention in Patients With a Suspected Visceral Artery Pseudoaneurysm Complicating Pancreatitis and Pancreatic Surgery. Arch Surg 2011;146(6):647-652. PubMed PMID: 21339414.

49  Kalva SP, Somarouthu B, Jaff M, Wicky S. Segmental arterial mediolysis: Clinical and imaging features at presentation and during follow-up. JVIR 2011; 22:1380-1387. PMID: 21840227.

50  Ganguli S, Kalva SP, Oklu R, Walker TG, Datta N, Grabowski EF, Wicky S. Efficacy of lower extremity venous thrombolysis in the setting of congenital absence or atresia of the inferior vena cava. Cardiovasc Intervent Radiol. 2012 Oct;35(5):1053-8. Epub 2011 Aug 17.

51  Bande D, Abbara S, Kalva SP. Acute Renal Infarction Secondary to Calcific Embolus from Mitral Annular Calcification. Cardiovasc Intervent Radiol 2011; 34:647-649. PMID: 20661568.

52  11.Pectasides M, Kalva SP. Diabetes revealed: multisystem danger. AJR Am J Roentgenol. 2011;196(2):274-286.

53    Somarouthu B, Rabinov J, Wang W, Kalva SP. Stent-Assisted Coil Embolization of an Intraparenchymal Renal Artery Aneurysm in a Patient With Neurofibromatosis. Vascular Endovascular Surgery 2011; 45:368-371.

54    Habito CM, Kalva SP. Inferior vena cava filter thrombosis: A review of current concepts, evidence and approach to management. Hospital Practice 2011; 39:79-86. DOI: 10.3810/hp.2011.08.583.

55    Yeddula K, Ahmad I, Mohammad SHS, Hedgire S, Venkatesh V, Abbara S, Kalva SP. Paradoxical air embolism following contrast material injection through power injectors in patients with a patent foramen ovale. International Journal of Cardiovascular Imaging 2012 PMID 22302647.

56    Kulkarni NM, Sahani DV, Desai GS, Kalva SP. Indirect CT venography of the lower extremities using single source dual energy CT: Advantage of low keV monochromatic images. J Vasc Interv Radiol. 2012 Jul;23(7):879-86. doi: 10.1016/j.jvir.2012.04.012. Epub 2012 May 24.

57    Wu S, Joe J, Kalva SP. Hemodynamically significant arterial inflow stenosis in dysfunctional hemodialysis arteriovenous fistulae and grafts. Journal of Vascular Access 2012 PMID: 22729525.

58    Pinho D, Kulkarni N, Kambadakone A, Kalva SP, Sahani DV. Initial experience with single-source dual energy CT abdominal angiography and comparison with single energy CT angiography: Considerations on image quality, enhancement, diagnosis and radiation dose. European Radiology 2012 PMID: 22918562

59    Iqbal SI, Elmi A, Hedgire S, Yeddula K, Ganguli S, Walker TG, Salazar GM, Wicky S, Kalva SP.  Preliminary experience with "OptionTM" inferior vena cava filter.  Vasc Endovasc Surg 2012.  PMID: 23143226.

60    Thabet A, Kalva SP, Liu B, Mueller PR, Lee SI. The role of interventional radiology in pregnancy complications. Radiographics. 2012 Jan-Feb;32(1):255-74. doi: 10.1148/rg.321115064.

61    Hedgire S, Kalva SP. Catheter Angiography. Problem Solving in Cardiovascular Imaging. Ed. Abbara and Kalva. Mosby/Elsevier; 2012.

62    Gunn AJ, Iqbal SI, Kalva SP, Walker TG, Ganguli S, Salazar GM, Oklu R, Wicky S.  Intravascular ultrasound guided inferior vena cava filter placement using a single puncture technique in 99 patients.  Vasc Endovascular Surg. 2013 Feb;47(2):97-101. doi: 10.1177/1538574412473186. Epub 2013 Jan 10.

63    Kalva SP, Pectasides M, Yeddula K, Ganguli S, Blaszkowsky LS, Zhu AX. Factors affecting survival following chemoembolization with doxorubicin eluting microspheres for inoperable hepatocellular carcinoma. Doi:10.1016/j.jvir.2012.10.021. J Vasc Interv Radiol 2013

64    Tan CS, Jie C, Joe J, Irani ZD, Ganguli S, Kalva SP, Wicky S, Wu S. The impact of transvenous cardiac devices on vascular access patency in hemodialysis patients. Semin Dial. 2013 Nov-Dec;26(6):728-32. doi: 10.1111/sdi.12073. Epub 2013 Mar 5.

65    Kassis C, Kalva SP. Inferior vena cava filter penetration resulting in renal pelvis rupture with urinoma formation. Vasc Endovascular Surg.Jan 2013;47(1):70-2.

66    Desjardins B, Dill KE, Flamm SD, Francois CJ, Gerhard-Herman MD, Kalva SP, Mansour MA, Mohler ER, 3rd, Oliva IB, Schenker MP, Weiss C, Rybicki FJ. ACR Appropriateness Criteria(R) pulsatile abdominal mass, suspected abdominal aortic aneurysm. Int J Cardiovasc Imaging.Jan 2013;29(1):177-83. 3550697.

67    Kalva SP, Athanasoulis CA. Device therapy: variation in the use of inferior vena cava filters for VTE. Nat Rev Cardiol.Jul 2013;10(7):368-70.

68    Kalva SP, Pectasides M, Yeddula K, Ganguli S, Blaszkowsky LS, Zhu AX. Factors affecting survival following chemoembolization with doxorubicin-eluting microspheres for inoperable hepatocellular carcinoma. J Vasc Interv Radiol.Feb 2013;24(2):257-65.

69    Gunn AJ, Iqbal SI, Kalva SP, Walker TG, Ganguli S, Salazar GM, Oklu R, Wicky S. Intravascular ultrasound-guided inferior vena cava filter placement using a single-puncture technique in 99 patients. Vasc Endovascular Surg.Feb 2013;47(2):97-101.

70    Pinho DF, Kulkarni NM, Krishnaraj A, Kalva SP, Sahani DV. Initial experience with single-source dual-energy CT abdominal angiography and comparison with single-energy CT angiography: image quality, enhancement, diagnosis and radiation dose. Eur Radiol.Feb 2013;23(2):351-9.

71    Oliva IB, Davarpanah AH, Rybicki FJ, Desjardins B, Flamm SD, Francois CJ, Gerhard-Herman MD, Kalva SP, Ashraf Mansour M, Mohler ER, 3rd, Schenker MP, Weiss C, Dill KE. ACR appropriateness criteria (R) imaging of mesenteric ischemia. Abdom Imaging.Aug 2013;38(4):714-9.

72    Mejaddam AY, Cropano CM, Kalva S, Walker TG, Imam AM, Velmahos GC, de Moya MA, King DR. Outcomes following "rescue" superselective angioembolization for gastrointestinal hemorrhage in hemodynamically unstable patients. J Trauma Acute Care Surg.Sep 2013;75(3):398-403.

73    Salazar GM, Gregory Walker T, Conway RF, Yeddula K, Wicky S, Waltman AC, Kalva SP. Embolization of Angiographically Visible Type I and II Utero-ovarian Anastomoses during Uterine Artery Embolization for Fibroid Tumors: Impact on Symptom Recurrence and Permanent Amenorrhea. J Vasc Interv Radiol.Sep 2013;24(9):1347-52.

74  Hyder O, Marsh JW, Salem R, Petre EN, Kalva S, Liapi E, Cosgrove D, Neal D, Kamel I, Zhu AX, Sofocleous CT, Geschwind JF, Pawlik TM. Intra-arterial therapy for advanced intrahepatic cholangiocarcinoma: a multi-institutional analysis. Ann Surg Oncol.Nov 2013;20(12):3779-86.

75  Tan CS, Jie C, Joe J, Irani ZD, Ganguli S, Kalva SP, Wicky S, Wu S. The impact of transvenous cardiac devices on vascular access patency in hemodialysis patients. Semin Dial.Nov 2013;26(6):728-32.

76  Yallampalli S, Irani Z, Kalva SP. Endovascular removal of a permanent "TrapEase" inferior vena cava filter. Vasc Endovascular Surg.Jul 2013;47(5):379-82.

77  Dill KE, George E, Abbara S, Cummings K, Francois CJ, Gerhard-Herman MD, Gornik HL, Hanley M, Kalva SP, Kirsch J, Kramer CM, Majdalany BS, Moriarty JM, Oliva IB, Schenker MP, Strax R, Rybicki FJ. ACR appropriateness criteria imaging for transcatheter aortic valve replacement. J Am Coll Radiol. 2013 Dec;10(12):957-65. doi: 10.1016/j.jacr.2013.09.002. Epub 2013 Nov 1. PubMed PMID:24183748.

78  Butros SR, Liu R, Oliveira GR, Ganguli S, Kalva S. Venous compression syndromes: clinical features, imaging findings and management. Br J Radiol. 2013 Oct;86(1030):20130284. doi: 10.1259/bjr.20130284. Epub 2013 Aug 1. Review. PubMed PMID: 23908347; PubMed Central PMCID: PMC3798333.

79  Salazar G, Yeddula K, Wicky S, Oklu R, Ganguli S, Waltman AC, Walker TG, Kalva SP. Image-guided placement of port catheters: is there an increased risk of infection if the port is immediately accessed and used? J Vasc Access. 2013 Apr-Jun;14(2):170-4. doi: 10.5301/jva.5000110. Epub 2012 Oct 15. PubMed PMID:23080333.

80  Iqbal SI, Elmi A, Hedgire S, Yeddula K, Ganguli S, Walker TG, Salazar GM, Wicky S, Kalva SP. Preliminary experience with Option inferior vena cava filter. Vascular and endovascular surgery. Jan 2013;47(1):24-9.

81  Oliva IV, Davarpanah AH, Rybicki FJ, Desjardins B, Flamm SC, Francois CJ, Garhard-Herman MD, Kalva SP, Ashraf Mansour M, Mohler ER 3rd, Schenker MP, Weiss C, Dill KE. ACR appropriateness criteria (®) imaging of mesenteric ischemia. Abdom Imaging. 2013 Jan 9. PMID: 23296712.

82  Raval M, Bande D, Dill AK, Blaszkowsky LS, Ganguli S, Beg MS, Kalva SP. Yttrium-90 radioembolization of hepatic metastases from colorectal cancer. Frontiers in oncology 2014;4:120. PMID: 25120951 / Pmc4110696.  Impact Factor: 0.

83  Sheth RA, Walker TG, Saad WE, Dariushnia SR, Ganguli S, Hogan MJ, Hohenwalter EJ, Kalva SP, Rajan DK, Stokes LS, Zuckerman DA, Nikolic B, Society of Interventional Radiology Standards of Practice C. Quality improvement guidelines for vascular access and closure device use. Journal of vascular and interventional radiology : JVIR. Jan 2014;25(1):73-84. PMID: 24209907

84  Pillai AK, Iqbal SI, Liu RW, Rachamreddy N, Kalva SP. Segmental Arterial Mediolysis. Cardiovasc Intervent Radiol. 2014 Feb 20. [Epub ahead of print] PubMed PMID: 24554198.

85  Butros SR, Walker TG, Salazar GM, Kalva SP, Oklu R, Wicky S, Ganguli S. Direct Translumbar Inferior Vena Cava Ports for Long-Term Central Venous Access in Patients with Cancer. J Vasc Interv Radiol. 2014 Feb 6. pii:S1051-0443(13)01761-2. doi: 10.1016/j.jvir.2013.12.016. [Epub ahead of print] PubMed PMID: 24507994.

86  Meehan T, Stecker MS, Kalva SP, Oklu R, Walker TG, Ganguli S. Outcomes of Transcatheter Arterial Embolization for Acute Hemorrhage Originating from Gastric Adenocarcinoma. Journal of vascular and interventional radiology : JVIR. Mar 19 2014. PMID: 24657087.

87  Kalva SP, Pectasides M, Liu R, Rachamreddy N, Surakanti S, Yeddula K, Ganguli S, Wicky S, Blaszkowsky LS, Zhu AX. Safety and effectiveness of chemoembolization with drug-eluting beads for advanced-stage hepatocellular carcinoma. Cardiovascular and interventional radiology. Apr 2014;37(2):381-7. PMID: 2375419.

88  Andring B, Kalva SP, Sutphin P, Srinivasa R, Anene A, Burrell M, Xi Y, Pillai AK. Effect of technical parameters on transjugular intrahepatic portosystemic shunts utilizing stent grafts. World J Gastroenterol 2015; 21:8110-81107. PMID: 26185383

89  American College of Radiology; Society of Interventional Radiology; Society of Neurointerventional Surgery; Society of Pediatric Radiology. Practice Parameter for Interventional Clinical Practice and Management. J Vasc Interv Radiol. 2015 Aug;26(8):1197-204. doi: 10.1016/j.jvir.2015.05.017. Epub 2015 Jul 2. PubMed PMID: 26142141

90  Faramarzalian A, Armitage KB, Kapoor B, Kalva SP. Medical management of tumor lysis syndrome, postprocedural pain, and venous thromboembolism following interventional radiology procedures. Semin Intervent Radiol. 2015 Jun;32(2):209-16. doi: 10.1055/s-0035-1549379. Review. PubMed PMID: 26038627; PubMed Central PMCID: PMC4447877

91  Kalva SP, Sutphin PD. Invited Commentary: (90)Y Radioembolization. Radiographics. 2015 Sep-Oct;35(5):1618-20. doi: 10.1148/rg.2015140333. Epub 2015 Jul 31. PubMed PMID: 26230756

92  Reis SP, White B, Sutphin PD, Pillai AK, Kalva SP, Toomay SM. Approaching the Practice Quality Improvement Project in Interventional Radiology. J Am Coll Radiol. 2015 Sep 1. pii: S1546-1440(15)00439-1. doi: 10.1016/j.jacr.2015.05.019. [Epub ahead of print] PubMed PMID: 26337461

93  Grewal S, Chamarthy M, Kalva S. Complications of Inferior Vena Cava Filters.  Cardiovascular Diagnosis and Therapy. 2016.

94   Murthy R. Chamarthy, MD; Sanjeeva P. Kalva, MD. Liver-Directed Therapy for Hepatic Malignancies. American Journal of Hematology / Oncology. Jan 2016;12. PMID

95   Dariushnia SR, Haskal ZJ, Midia M, Martin LG, Walker TG, Kalva SP, Clark TW, Ganguli S, Krishnamurthy V, Saiter CK, Nikolic B. Quality Improvement Guidelines for Transjugular Intrahepatic Portosystemic Shunts. J Vasc Interv Radiol. Jan 2016;27(1):1-7. PMID: 26614596

96   Pabon-Ramos WM, Dariushnia SR, Walker TG, d'Othee BJ, Ganguli S, Midia M, Siddiqi N, Kalva SP, Nikolic B. Quality Improvement Guidelines for Percutaneous Nephrostomy. J Vasc Interv Radiol. Mar 2016;27(3):410-4. PMID: 26803576

97   Chamarthy MR, Anderson ME, Pillai AK, Kalva SP. Thrombolysis and transjugular intrahepatic portosystemic shunt creation for acute and subacute portal vein thrombosis. Tech Vasc Interv Radiol. 2016; 19:42-51. PMID: 26997088.

98   Nag pal P, Maller V, Garg G, Hedgire S, Khandelwal A, Kalva SP, Steigner ML, Saboo SS. Upper extremity runoff: Pearls and pitfalls in computed tomography angiography and magnetic resonance angiography. Curt Probl Diagn Radiol 2016 Jan 27. pii: S0363-0188(15)30037-2. PMID:26949062.

99   Atchie B, Kalva S, Josephs S. Pediatric Biliary Interventions. Tech Vasc Interv Radiol. 2015 Dec;18(4):276-84. doi: 10.1053/j.tvir.2015.07.011. Epub 2015 Jul 16. PubMed PMID: 26615168.

100  Pillai AK, Andring B, Faulconer N, Reis SP, Xi Y, Iyamu I, Suthpin PD, Kalva SP. Utility of Intravascular US Guided Portal Vein Access during Transjugular Intrahepatic Portosystemic Shunt Creation: Retrospective Comparison with Conventional Technique in 109 Patients. J Vasc Interv Radiol. 2016 Aug;27(8):1154-9. doi: 10.1016/j.jvir.2016.05.010. PubMed PMID: 27363298.

101  Jaster A, Choudhery S, Ahn R, Sutphin P, Kalva S, Anderson M, Pillai AK. Anatomic and radiologic review of chronic mesenteric ischemia and its treatment. Clin Imaging. 2016 Apr 16;40(5):961-969. doi: 10.1016/ j.clinimag.2016.04.003. Review. PubMed PMID: 27232932.

## Reviews, Chapters, Monographs and Editorials

1   Sahani D., Lev M, Kubaska, Kalva SP, Saini S. Magnetic Resonance Imaging in Oncology (ed. Bettman M et al ). In: Cancer Hand Book: Diagnostic imaging and image-guided intervention. Macmillan Press; 2000.

2   Sahani DV, Kalva SP, Hahn PF. Imaging of rectal cancer. Semin Radiat Oncol. 2003;13(4):389-402.

3   Sahani DV, Kalva SP. Imaging the liver. Oncologist. 2004;9(4):385-97.

4   Sahani D., Kalva SP. MRI of Gallbladder. In: Text book of MRI of abdomen and Pelvis (editors: Edelman RR, Hesselink JR, Zlatkin MB). Philadelphia: WB Saunders; 2005.

5   Kalva SP, Sahani D. Hepatic Angiography. In: Textbook of Hepatology: from Basic Science to Clinical Practice (editors: Rodes J, Benhamou JP, Blie A et al.). Blackwell Scientific; 2006.

6   Kalva SP. Abdominal aortic aneurysm with rupture. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys; 2007.

7   Kalva SP. Aortic Graft Infection. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

8   Kalva SP. Aortoenteric Fistula. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

9   Kalva SP, Fan CM. Diagnosis of Pulmonary Embolism. In: Image guided interventions Ed. Matt Mauro, Kieran Murphy. Elsiever  2007.

10  Kalva SP. Endoleak following Endovascular aneurysm repair. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

11  Kalva SP. IVC Anomalies. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

12  Kalva SP. IVC Occlusion. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

13  Kalva SP. Mycotic aneurysm. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

14  Kalva SP, Fan CM. Non-invasive Vascular Diagnosis (including Ultrasound, CT and MR angiography). In: Image guided interventions, Ed. Matt Mauro, Kieran Murphy. Elsiever 2007.

15  Kalva SP. Persistent Sciatic Artery. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

16  Kalva SP. Takayasu's Arteritis. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

17  Kalva SP. Traumatic Aortic Injury. In: Diagnostic Imaging Series: Cardiovascular system Ed, Abbara S, et al. Amirsys 2007.

18  Kalva SP, Namasivayam S, Sahani D. Chapter 13: Imaging Angiogenesis. In: Cancer Drug Discovery and Development: Antiangiogenic Agents in Cancer Therapy Edited by Teicher B, and Ellis LM. Totowa, NJ: Humana Press Inc., 2007.

19  JC Miller, L Blaszkowsky, SP Kalva. Selective Internal Radiation Therapy. US Oncology 2008.

20  Kalva SP, Mueller PR. Vascular Imaging in the Elderly. Radiol Clin North Am. . 2008;46(4):663-83.

21  Iqbal S, Kalva SP. Chapter 15: Imaging: Venography. In: Venous and Lymphatic Diseases Ed. Robert Dieter. McGraw-Hill 2009.

22  Kalva SP. Bronchial artery embolization. Tech Vasc Interv Radiol. 2009;12(2):130-138.

23    Kalva SP, Salazar GM, Walker TG. Transjugular intrahepatic portosystemic shunt for acute variceal hemorrhage. Tech Vasc Interv Radiol. 2009;12(2):92-101.

24    Kallamadi R, De Moya M, Kalva SP. Inferior pancreaticoduodenal artery aneurysms in association with celiac stenosis: Review. Seminars in Interventional Radiology. 2009.

25    Kalva SP, Somarouthu B, Hirsch J. Inferior vena cava filters for the cerebrovascular patient. J NeuroIntervent Surg (2010) doi:10.1136/jnis.2010.003798. 2010.

26    Walker TG, Kalva SP, Kaufmann JA. Lower Extremity Operations and Interventions. In: Imaging of the Cardiovascular System. Ed: Ho and Reddy. WB Saunders Co.;2010.

27    Liaw JP, Pomerantz BJ, Kalva SP. Percutaneous vascular interventions. In: Imaging of the Cardiovascular System. Ed: Ho and Reddy. WB Saunders Co.;2010.

28    Liu R, Kalva SP. Multidector CT for GI Bleeding: First-line Diagnostic Study? J Clin Gastroenterol. 2012 Jan;46(1):6-7. doi: 10.1097/MCG.0b013e31823a4b2f.

29    Kalva SP. Deep venous thrombosis and Venous Compression Syndromes. Problem Solving in Cardiovascular Imaging. Ed. Abbara and Kalva. Mosby/Elsevier; 2012.

30    Chada M, Chitnya A, Kalva SP. Lower extremity arterial disease. In: Problem Solving in Cardiovascular Imaging. Ed. Abbara and Kalva. Mosby/Elsevier; 2012.

31    Farsad K, Kalva SP. Bronchial arteries. In: Problem Solving in Cardiovascular Imaging. Ed. Abbara and Kalva. Mosby/Elsevier; 2012.

32    Pillai AK, Quiroz Casian AO, Kalva SP. Vascular Devices. In: Problem Solving in Cardiovascular Imaging. Ed. Abbara and Kalva. Mosby/Elsevier; 2012.

33    Kalva SP, Hedgire S, Waltman C. Upper extremity arteries. In: Problem Solving in Cardiovascular Imaging. Ed. Abbara and Kalva. Mosby/Elsevier; 2012.

34    Ghoshhajra B, Kalva SP. Non-invasive vascular diagnosis. In: Image guided Interventions. 2nd Edition. Ed. Mauro et al Elsevier 2012.

35    Hsu SL, Kalva SP, Santilli JG, Miller SW. Thoracic Aortic Disease. In: Requisites in Cardiac Imaging. Elsevier 2013.

36    Kalva SP. Polyarteritis Nodoso. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

37    Kalva SP. Renal vein thrombosis. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

38    Kalva SP. Abdominal aortic aneurysm rupture. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

39    Kalva SP. Inferior vena cava occlusion. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

40    Kalva SP. Inferior vena cava anomalies. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

41    Kalva SP. Persistent sciatic artery. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

42    Kalva SP. May Thurner Syndrome. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

43    Kalva SP. Renal artery atherosclerosis. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

44    Kalva SP. Mycotic aneurysm. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

45    Kalva SP. Deep venous thrombosis. In: Cardiovascular Imaging. Ed. Abbara S. Amirsys 2013.

46    Tan CS, Kalva SP, Wu S. Declotting of Hemodialysis Arteriovenous Access. In: Dialysis Access Management Ed. Wu S and Kalva SP. Springer 2014

47    Tan CS, Ganguli S, Kalva SP, Wu S. Basic Skills and Techniques. In: Dialysis Access Management Ed. Wu S and Kalva SP. Springer 2014

48    Hsu SL, Sutphin PD, Kalva SP . Radiation Safety. In: Dialysis Access Management Ed. Wu S and Kalva SP. Springer 2014

49    Reddick M, Kalva SP . Hemodialysis Access: Imaging Diagnosis.In: Dialysis Access Management Ed. Wu S and Kalva SP. Springer 2014

50    Singh K, Anderson ME, Pillai AK, Kalva SP. Peripheral arterial disease influencing hemodialysis access. In: Dialysis Access Management Ed. Wu S and Kalva SP. Springer 2014

51    Anderson ME, Kalva SP. Drug-eluting beads. In: Embolization therapy: Principles and clinical applications. Ed: Guimaraes M, Lencioni R, Siskin G. Lippincott 2015.

52    Hsu SL, Kalva SP. Portal Vein Embolization. In Interventional Oncology. Ed. S Ganguli and R Gandhi, Thieme Publications

53    Kalva SP, Sutphin PD. Y90 Radioembolization. Invited Commentary. Radiographics 2015. PMID 26230756.

54    Hsu SL, Kalva SP, Santilli JG, Miller SW. Thoracic aortic disease. In. Cardiac Imaging Ed: Boxt and Abbara, Elsevier 2015.

## Book or Textbook

1    Abbara S, Kalva SP. Problem Solving in Cardiovascular Imaging. Problem Solving in Cardiovascular Imaging

Mosby/Elsevier; 2012.

2    WuS, Kalva SP Dialysis Access Management, Springer Oct 2014.

## Case Report

1    Cherian M, Kalva SP. Acute internal carotid artery rupture - Emergency treatment with microcoil embolization: Case report. Rivista di Neuroradiologia. 2000;13:599

2    Kalva SP, Rammurti S, Subbarao D. Small Ureterocele like Gartner's duct cyst associated with ipsilateral renal aplasia: A case report. Australasian Journal of Radiology. 2001;45:62-63

3    Kalva SP, Cherian M, Ramasamy K. Spinal hydatid cyst with dissection into posterior paravertebral muscles: A case report. Rivista di Neuroradiologia. 2001;14:103.

4    Kalva SP, Cherian M, Gopikrishnan. Spinal Metastasis from Eccrine carcinoma of the nape of the neck: A case report. Rivista di Neuroradiologia. 2001;14:465.

5    de Moya MA, Reisner AT, LaMuraglia GM, Kalva SP. Case records of the Massachusetts General Hospital. Case 1-2008. A 45-year-old man with sudden onset of abdominal pain and hypotension. N Engl J Med. 2008;358(2):178-186.

6    Forcione DG, Alam HB, Kalva SP, Misdraji J. Case records of the Massachusetts General Hospital. Case 9-2009. An 81-year-old man with massive rectal bleeding. N Engl J Med. 2009 Mar  2009;360(12):1239-48.

7    Cahill DP, Barker FG 2nd, Davis KR, Kalva SP, Sahai I, Frosch MP. Case records of the Massachusetts General Hospital. Case 10-2010. A 37-year-old woman with weakness and a mass in the brain. N Engl J Med. 2010 Apr 8;362(14):1326-33.

8    Kassis C, Kalva SP. IVC filter penetration resulting in renal pelvis rupture with urinoma formation. J Vasc Endovasc Surg 2012. PMID: 23129578

9    Habito CMR, Kalva SP. Images in IR: Garland vein: Sequela of left innominate occlusion. J Vasc Interv Radiol 2012. PMID: 22841899

10   Habito CMR, Kalva SP. Images in IR: Partial anamalous pulmonary venous return detected incidentally during port placement. J Vasc Interv Radiol 2012 PMID: 22277274

11   Kalva SP, Reddy JJM, Jyostna, Sreedevi I. Atypical MR appearances of Wernicke encephalopathy: A case report. Asian Oceanian Journal of Radiology 1999.

12   Yllampalli S, Irani Z, Kalva SP. Endovascular removal of a permanent "TrapEase" Inferior vena cava filter. J Fasc Endovasc Surg 2013; 47:379-382. PMID: 23645394

## Letter to the Editor

1    Golowa YS, Kalva SP, D'Othee BJ. Use of a Yashiro Catheter to Facilitate Complex Visceral Catheterization J. Vasc Interv Radiol. 2009. PMID: 19243973

2    Pillai AK, Joseph AM, Reddick M, Toomay S, Kalva S. Intravascular US-guided transjugular intrahepatic portosystemic shunt creation in a second-trimester pregnancy to prophylactically decompress abdominal wall varices before cesearean section. J Vasc Interv Radiol. 2014 Mar; 25(3):481-3. doi: 10.1016/j.jvir.2013.11.032. PubMed PMID: 24581471.

3    Reddick M, Pillai AK, Bollineni S, Kalva S. Catheter-directed pharmacologic thrombolysis for acute pulmonary embolism immediately following lung transplantation. J Vasc Interv Radiol. 2015 Jan; 26(1):142-4. doi:10.1016/j.jvir.2014.09.021. PubMed PMID: 25541455.

## Proceedings of a Meeting

1    Ankaj Khosla, David Fetzer, Stephen Reis, Patrick Sutphin, Clayton Trimmer, Sanjeeva Kalva; Vascular Complications Following Liver Transplant: Diagnosis and Intervention.  101 Scientific Assembly and Annual Meeting of the Radiological Society of North America Nov 29-Dec 4, 2015.

## Clinical Guidelines or Report

1    Malloy PC, Grassi CJ, Kundu S, Gervais DA, Miller DL, Osnis RB, Postoak DW, Rajan DK, Sacks D, Schwartzberg MS, Zuckerman DA, Cardella JF; Standards of Practice Committee with Cardiovascular and Interventional Radiological Society of Europe (CIRSE) Endorsement. Consensus guidelines for periprocedural management of coagulation status and hemostasis risk in percutaneous image-guided interventions. J Vasc Interv Radiol. 2009 Jul;20(7 Suppl):S240-9. Epub 2009 Apr PMID: 19394868.

2    Walker TG, Kalva SP, Yeddula K, Wicky S, Kundu S, Drescher P, d'Othee BJ, Rose SC, Cardella JF; Society of Interventional Radiology Standards of Practice Committee; Interventional Radiological Society of Europe; Canadian Interventional Radiology Association. Clinical practice guidelines for endovascular abdominal aortic aneurysm repair: written by the Standards of Practice Committee for the Society of Interventional Radiology and endorsed by the Cardiovascular and Interventional Radiological Society of Europe and the Canadian Interventional Radiology Association. J Vasc Interv Radiol. 2010 Nov;21(11):1632-55. Epub 2010 Sep 29. Review. PMID: 20884242

3    Dariushnia SR, Wallace MJ, Siddiqi NH, Towbin RB, Wojak JC, Kundu S, Cardella JF; Society of Interventional Radiology Standards of Practice Committee. Quality improvement guidelines for central venous access. J Vasc Interv Radiol. 2010 Jul;21(7):976-81. PMID: 20610180.

4    Golzarian J, Sapoval MR, Kundu S, Hunter DW, Brountzos EN, Geschwind JF, Murphy TP, Spies JB, Wallace MJ, de Baere T, Cardella JF; Society of Interventional Radiology (SIR); Cardiovascular and Interventional Radiological Society of Europe (CIRSE); Canadian Interventional Radiology Association (CIRA).  Guidelines for Peripheral and Visceral Vascular Embolization Training: joint writing groups of the Standards of Practice Committees for the Society of Interventional Radiology (SIR), Cardiovascular and Interventional Radiological Society of Europe (CIRSE), and Canadian Interventional Radiology Association (CIRA). J Vasc Interv Radiol. 2010 Apr;21(4):436-41. PMID: 20346881.

5    Gupta S, Wallace MJ, Cardella JF, Kundu S, Miller DL, Rose SC; Society of Interventional Radiology Standards of Practice Committee. Quality improvement guidelines for percutaneous needle biopsy. J Vasc Interv Radiol. 2010 Jul;21(7):969-75. Epub 2010 Mar 20. PMID: 20304676.

6    Martin LG, Rundback JH, Wallace MJ, Cardella JF, Angle JF, Kundu S, Miller DL, Wojak JC; Society of Interventional Radiology (SIR). Quality improvement guidelines for angiography, angioplasty, and stent placement for the diagnosis and treatment of renal artery stenosis in adults. J Vasc Interv Radiol. 2010 Apr;21(4):421-30; quiz 230. Epub 2010 Feb 25. PMID: 20188590

7    Khilnani NM, Grassi CJ, Kundu S, D'Agostino HR, Khan AA, McGraw JK, Miller DL, Millward SF, Osnis RB, Postoak D, Saiter CK, Schwartzberg MS, Swan TL, Vedantham  S, Wiechmann BN, Crocetti L, Cardella JF, Min RJ; Cardiovascular Interventional Radiological Society of Europe, American College of Phlebology, and Society of Interventional Radiology Standards of Practice Committees. Multi-society consensus quality improvement guidelines for the treatment of lower-extremity superficial venous insufficiency with endovenous thermal ablation from the Society of Interventional Radiology, Cardiovascular Interventional Radiological Society of Europe, American College of Phlebology and Canadian Interventional Radiology Association. J Vasc Interv Radiol. 2010 Jan;21(1):14-31. PMID: 20123189.

8    Kundu S, Grassi CJ, Khilnani NM, Fanelli F, Kalva SP, Khan AA, McGraw JK,Maynar M, Millward SF, Owens CA, Stokes LS, Wallace MJ, Zuckerman DA, Cardella JF, Min RJ; Cardiovascular Interventional Radiological Society of Europe, American College of Phlebology, and Society of Interventional Radiology Standards of Practice Committees. Multi-disciplinary quality improvement guidelines for the treatment of lower extremity superficial venous insufficiency with ambulatory phlebectomy from the Society of Interventional Radiology, Cardiovascular Interventional Radiological Society of Europe, American College of Phlebology and Canadian Interventional Radiology Association. J Vasc Interv Radiol. 2010 Jan;21(1):1-13. Epub 2009 Dec 2. PMID: 19959374.

9    Caplin DM, Nikolic B, Kalva SP, Ganguli S, Saad WE, Zuckerman DA; Society of Interventional Radiology Standards of Practice Committee. Quality improvement guidelines for the performance of inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol. 2011 Nov;22(11):1499-506. PMID: 21890380

10   Chan D, Downing D, Keough CE, Saad WA, Annamalai G, d'Othee BJ, Ganguli S, Itkin M, Kalva SP, Khan AA, Krishnamurthy V, Nikolic B, Owens CA, Postoak D, Roberts AC, Rose SC, Sacks D, Siddiqi NH, Swan TL, Thornton RH, Towbin R, Wallace MJ, Walker TG, Wojak JC, Wardrope RR, Cardella JF.  Joint Practice Guideline for Sterile Technique during Vascular and Interventional Radiology Procedures: From the Society of Interventional Radiology, Association of PeriOperative Registered Nurses, and Association for Radiologic and Imaging Nursing, for the Society of Interventional Radiology (Wael Saad, MD Chair), Standards of Practice Committee, and Endorsed by the Cardiovascular Interventional Radiological Society of Europe and the Canadian Interventional Radiology Association.  J Vasc Interv Radiol. 2o12 Dec;23(12):1603-12. doi: 10.1016/j.jvir.2012.07.017. PMID: 23177106

11   Desjardins B, Rybicki FJ, Kim HS, Fan CM, Flamm SD, Gerhard-Herman MD, Kalva SP, Koss SA, Mansour A, Mohler ER, Narra VR, Schenker MP, Tulchinsky M, Weiss C. ACR Appropriateness Criteria® Suspected Upper Extremity Deep Vein Thrombosis. J Am Coll Radiol 2012.

12   Desjardins B, Dill KE, Fan CM, Flamm SD, Fancois CJ, Gerhars-Herman MD, Kalva SP, Kim HS, Mansour MA, Mohler ER, Oliva IB, Schenker MP, Weiss C, Rybicki FJ. ACR Appropriateness Criteria® Pulsatile abdominal mass—Suspected abdominal aortic aneurysm. International Journal of Cardiovascular Imaging 2012.

13   Demehri S, Rybicki FJ, Desjardins B, Fan CM, Flamm SD, Fancois CJ, Gerhars-Herman MD, Kalva SP, Kim HS, Mansour MA, Mohler ER, Oliva IB, Schenker MP, Weiss C, Dill KE. ACR Appropriateness Criteria® Blunt Chest Trauma—Suspected Aortic Injury. Emergency Radiology 2012 PMID 22426823.

14   Oliva IB, Davarpanah AH, Rybicki FJ, Desjardins B, Flamm SD, Francois CJ, Gerhard-Herman MD, Kalva SP, Ashraf Mansour M, Mohler ER 3rd, Schenker MP, Weiss C, Dill KE. ACR appropriateness criteria® imaging of mesenteric ischemia. Abdom Imaging. 2013 Jan 9. PubMed PMID: 23296712.

15   Dill KE, George E, Abbara S, Cummings K, Francois CJ, Gerhard-Herman MD, Gornik HL, Hanley M, Kalva SP, Kirsch J, Kramer CM, Majdalany BS, Moriarty JM, Oliva IB, Schenker MP, Strax R, Rybicki FJ. ACR appropriateness criteria imaging for transcatheter aortic valve replacement. JACR 2013. http://dx.doi.org/ 10.1016/j.jacr.2013.09.002.

16    Sheth RA, Walker TG, Saad WE, Dariushnia SR, Ganguli S, Hogan MJ, Hohenwalter EJ, Kalva SP, Rajan DK, Stokes LS, Zuckerman DA, Nikolic B; for the Society of Interventional Radiology Standards of Practice Committee. Quality Improvement Guidelines for Vascular Access and Closure Device Use. J Vasc Interv Radiol. 2013 Oct 24. doi:pii: S1051-0443(13)01331-6. 10.1016/j.jvir.2013.08.011. [Epub ahead of print] PubMed PMID: 24209907.

17    Patel NH, Krishnamurthy VN, Kim S, Saad WE, Ganguli S, Walker TG, Nikolic B; CIRSE and SIR Standards of Practice Committees. Quality improvement guidelines for percutaneous management of acute lower-extremity ischemia. J Vasc Interv Radiol. 2013 Jan;24(1):2-15

18    Crowley JJ, Hogan MJ, Towbin RB, Saad WE, Baskin KM, Marie Cahill A, Caplin DM, Connolly BL, Kalva SP, Krishnamurthy V, Marshalleck FE, Roebuck DJ, Saad NE, Salazar GM, Stokes LS, Temple MJ, Gregory Walker T, Nikolic B; Society of Interventional Radiology Standards of Practice Committee; Society for Pediatric Radiology Interventional Radiology Committee. Quality improvement guidelines for pediatric gastrostomy and gastrojejunostomy tube placement. J Vasc Interv Radiol. 2014 Dec;25(12):1983-91. doi: 10.1016/j.jvir. 2014.08.002. Epub 2014 Oct 13. PubMed PMID: 25439676.

19    Dariushnia SR, Gill AE, Martin LG, Saad WE, Baskin KM, Caplin DM, Kalva SP, Hogan MJ, Midia M, Siddiqi NH, Walker TG, Nikolic B; Society of Interventional Radiology Standards of Practice Committee. Quality Improvement Guidelines for Diagnostic Arteriography. J Vasc Interv Radiol. 2014 Sep 17. pii: S1051-0443(14)00705-2. doi: 10.1016/j.jvir.2014.07.020. [Epub ahead of print] PubMed PMID: 25241301.

20    Kalva SP, Dill KE, Bandyk DF, Francois CJ, Gerhard-Herman MD, Hanley M, Mohler ER 3rd, Moriarty JM, Oliva IB, Schenker MP, Weiss C, Rybicki FJ; Expert Panel on Vascular Imaging:. ACR Appropriateness Criteria Reviews ACR Appropriateness Criteria® Nontraumatic Aortic Disease. J Thorac Imaging. 2014 Aug 5. [Epub ahead of print] PubMed PMID: 25100141.

21    Vedantham S, Sista AK, Klein SJ, Nayak L, Razavi MK, Kalva SP, Saad WE, Dariushnia SR, Caplin DM, Chao CP, Ganguli S, Walker TG, Nikolic B; for Society of Interventional Radiology and Cardiovascular and Interventional Radiological Society of Europe Standards of Practice Committees. J Vasc Interv Radiol. 2014; pii: S1051-0443(14)00454-0. doi: 10.1016/j.jvir.2014.04.019. PMID: 25000825.

22    American College of Radiology; Society of Interventional Radiology; Society of Neurointerventional Surgery; Society of Pediatric Radiology. Practice Parameter for Interventional Clinical Practice and Management. J Vasc Interv Radiol. 2015 Aug;26(8):1197-204. doi: 10.1016/j.jvir.2015.05.017. Epub 2015 Jul 2. PubMed PMID: 26142141

23    Pabon-Ramos WM, Dariushnia SR, Walker TG, Janne d'Othée B, Ganguli S, Midia M, Siddiqi N, Kalva SP, Nikolic B; Society of Interventional Radiology Standards of Practice Committee. Quality Improvement Guidelines for Percutaneous Nephrostomy. J Vasc Interv Radiol. 2016 Jan 20. pii: S1051-0443(15)01140-9. doi: 10.1016/j.jvir.2015.11.045. [Epub ahead of print] PubMed PMID: 26803576.

24    Moriarty JM, Bandyk DF, Broderick DF, Cornelius RS, Dill KE, Francois CJ, Gerhard-Herman MD, Ginsburg ME, Hanley M, Kalva SP, Kanne JP, Ketai LH, Majdalany BS, Ravenel JG, Roth CJ, Saleh AG, Schenker MP, Mohammed TL, Rybicki FJ. ACR Appropriateness Criteria Imaging in the Diagnosis of Thoracic Outlet Syndrome. J Am Coll Radiol. 2015 May;12(5):438-43. doi: 10.1016/j.jacr.2015.01.016. Epub 2015 Mar 29. PubMed PMID: 25824254

25    Dariushnia SR, Haskal ZJ, Midia M, Martin LG, Walker TG, Kalva SP, Clark TW, Ganguli S, Krishnamurthy V, Saiter CK, Nikolic B. Quality Improvement Guidelines for Transjugular Intrahepatic Portosystemic Shunts. J Vasc Interv Radiol. 2015 Nov 21. pii: S1051-0443(15)00960-4. doi: 10.1016/j.jvir.2015.09.018. PubMed PMID: 26614596.

26    Faramarzalian A, Armitage KB, Kapoor B, Kalva SP. Medical management of tumor lysis syndrome, postprocedural pain, and venous thromboembolism following interventional radiology procedures. Semin Intervent Radiol. 2015 Jun;32(2):209-16. doi: 10.1055/s-0035-1549379. Review. PubMed PMID: 26038627

27    Sutphin PD, Reis SP, McKune A, Ravanzo M, Kalva SP, Pillai AK. Improving inferior vena cava filter retrieval rates with the define, measure, analyze, improve, control methodology. J Vasc Interv Radiol. 2015 Apr;26(4):491-8.e1. doi: 10.1016/j.jvir.2014.11.030. Epub 2015 Jan 28. PubMed PMID: 25636673.

28    Srinivasa RN, Sutphin PD, Anderson ME, Kalva SP. Spontaneous portosystemic shunts in noncirrhotic patients presenting with encephalopathy. Indian J Gastroenterol. 2015 Jun 2. [Epub ahead of print] PubMed PMID: 26027840.

**NON-PEER REVIEWED PUBLICATIONS**


**EDUCATIONAL MATERIALS AND MEDIA**

**Material Type**                                          **Intended Audience Usage**   **Development Role**

Oncocytoma; Kalva SP, Sahani D.                            http://www.emedicine.com  http://www.emedicine.com/r

| | | /radio/TOPIC484.HTM. Emedicine | adio/TOPIC484.HTM. Emedicine |
|---|---|---|---|
| Non-cardiac chest findings in cardiac CT; Abbara S, Kalva SP | | American College of Cardiology - CT SAP | CT SAP |
| Case-in-Point: Segmental arterial mediolysis; Sue H, Kalva SP. | | American College of Radiology | http://caseinpoint.acr.org/ October 26, 2007 |
| Information on Catheter angiography | | RSNA-ACR Public web site | RSNA-ACR Public web site medical advisor, Coauthor |

## THESIS AND THESIS-RELATED PRESENTATIONS OR ABSTRACT

| Year(s) | Presentation Title | Presentation Type |
|---|---|---|
| 1998 | Kalva SP. Magnetic Resonance Imaging of Primary Malignant Bone Tumors of the Extremities. Hyderabad, India: Nizam's Institute of Medical Sciences;1998 | |

## FORMAL TEACHING OF RESIDENTS, CLINICAL FELLOWS AND RESEARCH (POST DOCTORAL) FELLOWS

| Year(s): | 2005 |
|---|---|
| Talk Title: | Inferior vena filters: Curent Status |
| Institution: | Massachusetts General Hospital |
| Audience: | Radiology residents, clinical fellows, and research fellows |
| Effort: | 1 hour lecture |

| Year(s): | 2006 |
|---|---|
| Talk Title: | Case based review in Vascular Interventional Radiology |
| Institution: | Massachusetts General Hospital |
| Audience: | Radiology residents |
| Effort: | 1 hour lecture |

| Year(s): | 2006 |
|---|---|
| Talk Title: | Vascular Radiology Quiz |
| Institution: | Massachusetts General Hospital |
| Audience: | Radiology residents |
| Effort: | 1 hour lecture |

| Year(s): | 2006 |
|---|---|
| Talk Title: | Transarterial therapy of liver tumors |
| Institution: | Massachusetts General Hospital |
| Audience: | Radiology residents, clinical fellows, and research fellows |
| Effort: | 1 hour lecture |

| Year(s): | 2006 |
|---|---|
| Talk Title: | Inferior vena filters |
| Institution: | Massachusetts General Hospital |
| Audience: | Radiology residents, clinical fellows, and research fellows |
| Effort: | 1 hour lecture |

| Year(s): | 2007 |
|---|---|
| Talk Title: | Selective Internal Radiation Therapy (SIRT) for hepatic Malignancies |
| Institution: | Massachusetts General Hospital |
| Audience: | Radiology residents, clinical fellows, and research fellows |
| Effort: | 1 hour lecture |

**Year(s):**   2007
**Talk Title:**   Inferior Vena Filters: Current Status and Future Directions
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents, clinical fellows, and research fellows
**Effort:**   1 hour lecture

**Year(s):**   2007
**Talk Title:**   Case Based Review in Vascular Interventional Radiology
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents
**Effort:**   1 hour lecture

**Year(s):**   2007
**Talk Title:**   Chemoembolization of Liver Tumors
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents, clinical fellows, and research fellows
**Effort:**   1 hour lecture

**Year(s):**   2008
**Talk Title:**   Diagnosis and Management of Portal Hypertension Radiology Residents, Clinical Fellows and Research Fellows
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents
**Effort:**   1 hour lecture

**Year(s):**   2008
**Talk Title:**   Portal Hypertension: Role of Interventional Radiology in the Diagnosis and Management of Portal Hypertension
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents, clinical fellows, and research fellows
**Effort:**   1 hour lecture

**Year(s):**   2008
**Talk Title:**   Case Based Review in Vascular Interventional Radiology
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents
**Effort:**   1 hour lecture

**Year(s):**   2009
**Talk Title:**   HMS Core Clerkship in Medicine Case Conference
**Institution:**   Massachusetts General Hospital
**Audience:**   3rd year Medical Students
**Effort:**   1 hr session per year

**Year(s):**   2009
**Talk Title:**   Thromboembolic Disease: Role of Inferior Vena Cava Filters
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents, clinical fellows, and research fellows
**Effort:**   1 hour lecture

**Year(s):**   2009
**Talk Title:**   Varicose veins: Endovenous Therapy
**Institution:**   Massachusetts General Hospital
**Audience:**   Radiology residents, clinical fellows, and research fellows
**Effort:**   1 hour lecture

**Year(s):** 2009
**Talk Title:** Case Based Review in Vascular Interventional Radiology
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents
**Effort:** 1 hour lecture

---

**Year(s):** 2009
**Talk Title:** Inferior Vena Filters
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, clinical fellows, and research fellows
**Effort:** 1 hour lecture

---

**Year(s):** 2009
**Talk Title:** Management of Portal Hypertension
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, clinical fellows, and research fellows
**Effort:** 1 hour lecture

---

**Year(s):** 2009
**Talk Title:** Selective Internal Radiation Therapy (SIRT) for Hepatic Malignancies
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, clinical fellows, and research fellows
**Effort:** 1 hour lecture

---

**Year(s):** 2009-2013
**Talk Title:** HMS Core Clerkship in Radiology (RD500.M3) on Vascular Interventional Radiology
**Institution:** Massachusetts General Hospital
**Audience:** 3rd year Medical Students
**Effort:** 2 hrs per year

---

**Year(s):** 2009-2013
**Talk Title:** HMS Core Clerkship in Radiology (RD500.M3) on Vascular Imaging
**Institution:** Massachusetts General Hospital
**Audience:** 3rd year Medical Students
**Effort:** 1 hr session every month (10 sessions per year)

---

**Year(s):** 2009-2013
**Talk Title:** Board Review in Vascular Radiology
**Institution:** Massachusetts General Hospital
**Audience:** 4th year radiology residents
**Effort:** 3 hourlecture, 2 times per year

---

**Year(s):** 2010
**Talk Title:** Case Based Review in Vascular Interventional Radiology
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents
**Effort:** 1 hour lecture

---

**Year(s):** 2011
**Talk Title:** Inferior vena filters: Current Status
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, Clinical fellows and Research fellows
**Effort:** 1 hour lecture

---

**Year(s):** 2011
**Talk Title:** Endovenous thermal ablation of varicose veins
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2011
**Talk Title:** Case based review in Vascular Interventional Radiology
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2011
**Talk Title:** Case Based Review in Vascular Interventional Radiology
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2011
**Talk Title:** Role of Interventional Radiology in the Diagnosis and Management of Portal Hypertension
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, clinical fellows, and research fellows
**Effort:** 1 hour lecture

**Year(s):** 2012
**Talk Title:** Chemoembolization of liver tumors
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, Clinical Fellows and Research fellows
**Effort:** 1 hour lecture

**Year(s):** 2012
**Talk Title:** Selective Internal Radiation Therapy (SIRT) for hepatic malignancies
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents, Clinical Fellows and Research fellows
**Effort:** 1 hour lecture

**Year(s):** 2012-2013
**Talk Title:** Board Review in Vascular Radioogy
**Institution:** Massachusetts General Hospital
**Audience:** 4th year Radiology residents of Boston Medical Center, Boston
**Effort:** 1 hour lecture

**Year(s):** 2013
**Talk Title:** Lecture: Portal Venous Interventions: Part 1
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2013
**Talk Title:** Lecture: Portal Venous Interventions: Part 2
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2013
**Talk Title:** Board Review in Vascular Radioogy
**Institution:** Massachusetts General Hospital
**Audience:** 4th year Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2013
**Talk Title:** Portal vein embolization
**Institution:** Massachusetts General Hospital
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2013
**Talk Title:** Case based review in Vascular Interventional Radiology
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2013
**Talk Title:** Southwestern Medical School Core Clerkship in Radiology: Vascular Interventional Radiology
**Institution:** University of Texas Southwestern Medical Center
**Audience:** 4th year Medical Students
**Effort:** 1 hr session every month (10 sessions per year)

**Year(s):** 2014
**Talk Title:** Case based review in Vascular Interventional Radiology
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2014
**Talk Title:** Chemoembolization of liver tumors
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Radiology residents
**Effort:** 1 hour lecture

**Year(s):** 2015
**Talk Title:** MR Angiography
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Vascular Interventional Radiology Fellows
**Effort:** 30 minute lecture

**Year(s):** 2015
**Talk Title:** Case based review in Vascular Interventional Radiology
**Institution:** University of Texas Southwestern Medical Center
**Audience:** Radiology residents
**Effort:** 1 hour lecture

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Radioembolization for HCC |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Vascular Interventional Radiology Fellows |
| **Effort:** | 30 minute lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | BRTO |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Vascular Interventional Radiology Fellows |
| **Effort:** | 30 minute lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Case based review in Vascular Interventional Radiology |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Vascular Interventional Radiology Fellows |
| **Effort:** | 30 minute lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Board Review in Vascular Interventional Radiology |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents |
| **Effort:** | 1 hour lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Case based review in Vascular Interventional Radiology |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Vascular Interventional Radiology Residents & Fellows |
| **Effort:** | 30 minute lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Nonthrombotic Venous obstruction: May Thurner, Nut Cracker, Paget Schroedder syndromes |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents |
| **Effort:** | 1 hour lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Management of Varicose Veins |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Varicose Veins Radiology residents |
| **Effort:** | 1 hour lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Venous insufficiency |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents |
| **Effort:** | 1 hour lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Y90 Brachytherapy: Technical aspects and results Radiology Residents |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents |
| **Effort:** | 1 hour lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Case based review in Vascular Interventional Radiology |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Vascular Interventional Radiology Fellows |
| **Effort:** | 30 minute lecture |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Talk Title:** | Board Review in Vascular Interventional Radiology |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents |
| **Effort:** | 1 hour lecture |

| | |
|---|---|
| **Year(s):** | 2016 |
| **Talk Title:** | Case based review in Vascular Interventional Radiology |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents/fellows |
| **Effort:** | 30 minute lecture |

| | |
|---|---|
| **Year(s):** | 2016 |
| **Talk Title:** | Role of interventional radiology in the diagnosis and management of liver patients |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Audience:** | Radiology residents, Clinical Fellows |
| **Effort:** | 30 minute lecture |

**CLINICAL SUPERVISORY AND TRAINING RESPONSIBILITIES**

| | |
|---|---|
| **Year(s):** | 2006-2013 |
| **Institution:** | Massachusetts General Hospital |
| **Responsibilities:** | Vascular Interventional Radiology Clinic Preceptor |
| **Effort:** | 8 hr session per week |

| | |
|---|---|
| **Year(s):** | 2006-2013 |
| **Institution:** | Massachusetts General Hospital |
| **Responsibilities:** | Supervision and Training of residents and fellows in vascular interventions |
| **Effort:** | 8 hr session three days a week |

| | |
|---|---|
| **Year(s):** | 2006-2013 |
| **Institution:** | Massachusetts General Hospital |
| **Responsibilities:** | Training of fellows in Vascular Imaging |
| **Effort:** | 8 hr session every two weeks |

| | |
|---|---|
| **Year(s):** | 2013- |
| **Institution:** | University of Texas Southwestern Medical Center |
| **Responsibilities:** | Supervision and Training of residents and fellows in vascular imaging and interventional radiology |
| **Effort:** | |

## LABORATORY AND OTHER RESEARCH SUPERVISORY AND TRAINING RESPONSIBILITIES

| | |
|---|---|
| **Year(s):** | 2009-2010 |
| **Institution:** | Harvard Medical School, Boston, MA |
| **Responsibilities:** | Supervision of medical student on creation of laboratory model of inferior vena cava filter flow dynamics and emboli trapping |
| **Effort:** | Daily mentorship for 3 months |

## FORMALLY SUPERVISED TRAINEES WHO CO-PUBLISHED OR CO-PRESENTED RESULTS OF EFFORT

| | |
|---|---|
| **Year(s):** | 2005-2006 |
| **Trainee Name / Degree:** | Doug McDonald |
| **Trainee Current Position:** | Faculty at Scott and White Hospital |
| **Accomplishments:** | Published a manuscript in Cardiovascular & Interventional Radiology |

| | |
|---|---|
| **Year(s):** | 2006 |
| **Trainee Name / Degree:** | Jagannathan J |
| **Trainee Current Position:** | Faculty at Dana Farber Cancer Institute |
| **Accomplishments:** | Published a manuscript in Radiology; Cum Laude Award at Society of Computed Body Tomography and Magnetic Resonance |

| | |
|---|---|
| **Year(s):** | 2006-2007 |
| **Trainee Name / Degree:** | Juan Narvaez |
| **Trainee Current Position:** | Faculty in Baltimore |
| **Accomplishments:** | Published a book chapter in Image-guided interventions |

| | |
|---|---|
| **Year(s):** | 2007-2008 |
| **Trainee Name / Degree:** | Chistine Chao |
| **Trainee Current Position:** | Faculty in Kaiser Permanente, CA |
| **Accomplishments:** | Published a manuscript in Radiographics, Presented an abstract and two educational exhibits at RSNA |

| | |
|---|---|
| **Year(s):** | 2007-2008 |
| **Trainee Name / Degree:** | Joe Golowa |
| **Trainee Current Position:** | Faculty at Montefiore Medical Center, NY |
| **Accomplishments:** | Published a manuscript in Journal of Vascular Interventional Radiology |

| | |
|---|---|
| **Year(s):** | 2007-2009 |
| **Trainee Name / Degree:** | Bhavika Dave |
| **Trainee Current Position:** | Assistant Professor at University of Mississippi |
| **Accomplishments:** | Published two manuscripts, one in Cardiovascular Catheterizations and the other in Vascular Endovascular Surgery; Presented three abstracts at RSNA |

| | |
|---|---|
| **Year(s):** | 2008 |
| **Trainee Name / Degree:** | Sangwaiya MJ |
| **Trainee Current Position:** | Resident in Radiology in United Kingdom |
| **Accomplishments:** | Published a manuscript in Journal of Vascular Interventional Radiology |

| | |
|---|---|
| **Year(s):** | 2008-2010 |
| **Trainee Name / Degree:** | Ashraf Thabet |
| **Trainee Current Position:** | Faculty in Abdominal Imaging & Intervention, MGH |
| **Accomplishments:** | Published two book chapters, two reviews in Radiographics |

| | |
|---|---|
| **Year(s):** | 2008-2010 |
| **Trainee Name / Degree:** | Ahmad I |
| **Trainee Current Position:** | Clinical Fellow in University of Indiana |
| **Accomplishments:** | Published two manuscript in Cardiovascular Interventional Radiology |

| | |
|---|---|
| **Year(s):** | 2008-2010 |
| **Trainee Name / Degree:** | Kalpan Yeddula |
| **Trainee Current Position:** | Resident at St Joseph Hospital, Chicago |
| **Accomplishments:** | Published five manuscripts, presented five abstracts at SIR/RSNA |

| | |
|---|---|
| **Year(s):** | 2008-2010 |
| **Trainee Name / Degree:** | Shams Iqbal |
| **Trainee Current Position:** | Faculty at Lahey Clinic, Burlington, MA |
| **Accomplishments:** | Published one book chapter, seven abstracts at the RSNA/SIR, Two manuscripts in Vascular Endovascular Surgery |

| | |
|---|---|
| **Year(s):** | 2008-2012 |
| **Trainee Name / Degree:** | Bhanusupriya Somarouthu |
| **Trainee Current Position:** | Research fellow in Radiology, MGH |
| **Accomplishments:** | Published two manuscripts, presented four abstracts at SIR/RSNA; Certificate of merit award at RSNA |

| | |
|---|---|
| **Year(s):** | 2009 |
| **Trainee Name / Degree:** | Walter Zawacki NP |
| **Trainee Current Position:** | Clinical NP at University Massachusetts Memorial Hospital. |
| **Accomplishments:** | Published a manuscript in Journal of Vascular Interventional Radiology |

| | |
|---|---|
| **Year(s):** | 2009-2010 |
| **Trainee Name / Degree:** | Rahmi Oklu |
| **Trainee Current Position:** | Faculty in Vascular Interventional Radiology, MGH |
| **Accomplishments:** | Published a book chapter on Embolization of Renal Tumors |

| | |
|---|---|
| **Year(s):** | 2009-2012 |
| **Trainee Name / Degree:** | Melina Pectasides |
| **Trainee Current Position:** | Clinical Fellow in Vascular Interventional Radiology MGH |
| **Accomplishments:** | Published a manuscript in AJR, Three abstracts at SIR, One abstract at GEST |

| | |
|---|---|
| **Year(s):** | 2010-2011 |
| **Trainee Name / Degree:** | Roy Habito |
| **Trainee Current Position:** | Clinical Fellow in Nuclear Medicine at MGH |
| **Accomplishments:** | Published a manuscript in Hospital Practice, two in JVIR |

| | |
|---|---|
| **Year(s):** | 2010-2011 |
| **Trainee Name / Degree:** | Khashayar Farsad |
| **Trainee Current Position:** | Faculty at University of Oregon, Portland |
| **Accomplishments:** | Published a book chapter and an abstract at the SIR |

| | |
|---|---|
| **Year(s):** | 2011-2012 |
| **Trainee Name / Degree:** | Christine Kassis |
| **Trainee Current Position:** | Resident in Radiology, MGH |
| **Accomplishments:** | Published a manuscript in Vascular Endovascular Surgery |

| | |
|---|---|
| **Year(s):** | 2011-2012 |
| **Trainee Name / Degree:** | Sandeep Hedgire |
| **Trainee Current Position:** | Research Fellow in Abdominal Imaging & Intervention, MGH |
| **Accomplishments:** | Published two book chapters and a manuscript in Vascular Endovascular Surgery |

| | |
|---|---|
| **Year(s):** | 2011-2013 |
| **Trainee Name / Degree:** | Azadeh Elmi |
| **Trainee Current Position:** | Research Fellow in Radiology, MGH |
| **Accomplishments:** | Published a manuscript in Vascular Endovascular Surgery. Another manuscript in preparation |

| | |
|---|---|
| **Year(s):** | 2012-2013 |
| **Trainee Name / Degree:** | Sabir Taj |
| **Trainee Current Position:** | Clinical Fellow in Vascular Interventional Radiology, MGH |
| **Accomplishments:** | Manuscript in preparation |

| | |
|---|---|
| **Year(s):** | 2012-2013 |
| **Trainee Name / Degree:** | Sashidhar Yallampalli |
| **Trainee Current Position:** | Clinical Fellow in Vascular Interventional Radiology, MGH |
| **Accomplishments:** | Published one manuscript in J Vascular Endovascular Surgery. Another manuscript in preparation |

| | |
|---|---|
| **Year(s):** | 2012-2013 |
| **Trainee Name / Degree:** | Anand Prabhakar |
| **Trainee Current Position:** | Clinical fellow in Abdominal Imaging & Intervention, MGH |
| **Accomplishments:** | Manuscript in preparation |

| | |
|---|---|
| **Year(s):** | 2013-2014 |
| **Trainee Name / Degree:** | Brice Andring, Rajiv Srivastava, Jed Hummel |
| **Trainee Current Position:** | Residents Mentored on various research projects UT Southwestern Medical Center |
| **Accomplishments:** | Brice Andring: TIPS; Rajiv Srivastava: Portosystemic shunt embolization; Jed Hummel: Toxic Vasculopathies |

| | |
|---|---|
| **Year(s):** | 2014 |
| **Trainee Name / Degree:** | Mark Reddick |
| **Trainee Current Position:** | Faculty in VIR UT Southwestern Medical Center |
| **Accomplishments:** | Manuscript on Catheter directed thrombolysis for acute pulmonary embolism in lung transplants |

| | |
|---|---|
| **Year(s):** | 2014-2015 |
| **Trainee Name / Degree:** | Mathew E Anderson |
| **Trainee Current Position:** | Faculty in VIR UT Southwestern Medical Center |
| **Accomplishments:** | Book chapter |

| | |
|---|---|
| **Year(s):** | 2014-2015 |
| **Trainee Name / Degree:** | Anil Pillai |
| **Trainee Current Position:** | Faculty in VIR UT Southwestern Medical Center |
| **Accomplishments:** | Various projects |

| | |
|---|---|
| **Year(s):** | 2014-2015 |
| **Trainee Name / Degree:** | Katherine Reif |
| **Trainee Current Position:** | Medical Student UT Southwestern Medical Center |
| **Accomplishments:** | Scientific abstract |

| | |
|---|---|
| **Year(s):** | 2014-2015 |
| **Trainee Name / Degree:** | Jarrod McFarlane |
| **Trainee Current Position:** | Clinical Fellow in Vascular Interventional Radiology UT Southwestern Medical Center |
| **Accomplishments:** | Various projects |

| | |
|---|---|
| **Year(s):** | 2014-2015 |
| **Trainee Name / Degree:** | Stephen Reis |
| **Trainee Current Position:** | Faculty in VIR UT Southwestern Medical Center |
| **Accomplishments:** | Fractal analysis of CT data on patients undergoing TACE |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Trainee Name / Degree:** | Simmer Grewal |
| **Trainee Current Position:** | Medical Student UT Southwestern Medical Center |
| **Accomplishments:** | Medical Student at UT Manuscript |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Trainee Name / Degree:** | Ankaj Khosla |
| **Trainee Current Position:** | Resident in Radiology UT Southwestern Medical Center |
| **Accomplishments:** | Multiple abstracts, exhibits, book chapters, manuscripts |

| | |
|---|---|
| **Year(s):** | 2015 |
| **Trainee Name / Degree:** | Srinivasa R |
| **Trainee Current Position:** | Resident in Radiology UT Southwestern Medical Center |
| **Accomplishments:** | Abstract and Manuscript on Treatment of spontaneous portosystemic shunts |

| | |
|---|---|
| **Year(s):** | 2015-2016 |
| **Trainee Name / Degree:** | Murthy Chamarthy |
| **Trainee Current Position:** | Faculty in VIR UT Southwestern Medical Center |
| **Accomplishments:** | Two review articles, one book chapter |

## FORMAL TEACHING OF PEERS (CME ONLY)

| | |
|---|---|
| **Year(s):** | 2007 |
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Embolization for Angiomyolipoma |
| **Location:** | Boston, MA (New England Society of Pediatric Nephrology) |

| | |
|---|---|
| **Year(s):** | 2007 |
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Vena Cava Filters Workshop / Lecture & Workshop |
| **Location:** | Seattle, WA (Society of Interventional Radiology) |

| | |
|---|---|
| **Year(s):** | 2012 |
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Anatomy of Gonadal Veins |
| **Location:** | New York, NY (Global Embolization Symposium and Therapeutics GEST) |

| | |
|---|---|
| **Year(s):** | 2012 |
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Room set-up for Y-90 therapy |
| **Location:** | San Francisco, CA (Association of Vascular Interventional Radiology Technologists) |

| | |
|---|---|
| **Year(s):** | 2012 |
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Drug-eluting beads for HCC: State of Evidence |
| **Location:** | New York, NY (Global Embolization Symposium and Therapeutics GEST) |

| | |
|---|---|
| **Year(s):** | 2013 |
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Workshop on Arterial Access - Tricks and Tips for difficult access |
| **Location:** | Chicago, IL. Society of Interventional Radiology |

| **Year(s):** | 2014 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Workshop on Arterial Access - Tricks and Tips for difficult access |
| **Location:** | San Diego, CA. Society of Interventional Radiology |

| **Year(s):** | 2014 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Diagnosis of Pulmonary Embolism |
| **Location:** | Phoenix, AZ, American College of Phlebology Annual Meeting |

| **Year(s):** | 2015 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Vascular Interventions Related to Liver Transplantation |
| **Location:** | Atlanta, Georgia. Society of Interventional Radiology Annual Meeting |

| **Year(s):** | 2015 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Improving Inferior Vena Cava Filter Retrieval Rates with the DMAIC Methodology |
| **Location:** | Atlanta, Georgia. Society of Interventional Radiology Annual Meeting |

| **Year(s):** | 2015 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Management of Portal Hypertension: BRTO/PARTO/CARTO |
| **Location:** | Boston, MA. Digestive Disease Interventions Conference |

| **Year(s):** | 2016 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Nonvascular complications of liver transplant: Workshop on Interventions in Organ Transplants |
| **Location:** | Vancouver, CA. Society of Interventional Radiology |

| **Year(s):** | 2016 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Panelist: Evolving filter indications in accountable care |
| **Location:** | Vancouver, CA. Society of Interventional Radiology |

| **Year(s):** | 2016 |
|---|---|
| **Course Name:** | |
| **Title(s)/Topic(s) of Talks:** | Interventional Radiology in the management of Pregnancy Complications |
| **Location:** | Texas Radiological Society Annual Meeting, San Antonio TX |

## CLINICAL SERVICE ACTIVITIES AND RECOGNITIONS

### Practice Activities

| **Specialty** | **Practice Setting** | **Location of Practice** | **Activity Level** |
|---|---|---|---|
| Assistant Radiologist | | Vascular Interventional Radiology MGH, Boston, MA | 2006-2013 |
| Clinical Fellow | | Vascular Interventional Radiology MGH, Boston, MA | 2004 -2006 |
| Clinical Radiology | | General & Vascular Interventional Radiology Kovai Medical Center & Hospital, Coimbatore, India | 2000-2003 |
| Clinical Radiology | | General Radiology Nizam's Institute of Medical Sciences, Hyderabad, India | 1999 |
| Interventional Radiologist | | Interventional Radiology UT Southwestern Medical Center, Dallas, TX | 2013- |

## GRANT SUPPORT FUNDED AND UNFUNDED PROJECTS

## Existing/Continued/Extended Grants

**Grantor:**
**Title of Project:** The SENTRY Clinical Study - A Prospective, Multi-Center Study of the Novate Sentry Bioconvertible Inferior Vena Cava Filter
**Investigator Role:** PI
**Annual Amount:** **Year(s):** 2014
**Total Award Amount:**

**Grantor:**
**Title of Project:** A Phase III Clinical Trial Evaluating TheraSphere in Patients with Metastatic Colorectal Carcinoma of the Liver who have Failed First Line Chemotherapy
**Investigator Role:** Co-Invest
**Annual Amount:** **Year(s):** 2014
**Total Award Amount:**

**Grantor:**
**Title of Project:** A Pilot Study of "OncozeneTM" Microspheres for intra-arterial delivery of doxorubicin for the treatment of patients with unresectable hepatocellular cancer
**Investigator Role:** PI
**Annual Amount:** **Year(s):** 2014
**Total Award Amount:**

## Expired Grant Awards

**Grantor:**
**Title of Project:** Liver Lesion Characterization with Extravellular Gadolinium Chelates in Patients Studies with Hepatobiliary Contrast Agent Mangagodipir Trisodium #2003P000601
**Investigator Role:** Co-Invest
**Annual Amount:** **Year(s):** 2003
**Total Award Amount:**

**Grantor:**
**Title of Project:** Comparison of 4 Slice and 16 Slice Helical CT in terms of Quality of CT Angiography #2003P000599
**Investigator Role:** Co-Invest
**Annual Amount:** **Year(s):** 2003
**Total Award Amount:**

**Grantor:** Industry-Sponsored
**Title of Project:** A Phase II/III Multicenter, Randomized Study for the Characterization of Focal Liver Lesions Using Sonovue-Enhanced Ultrasonography - 07/30/2002 - 12/31/2005
**Investigator Role:** Co-Invest
**Annual Amount:** $163,675 **Year(s):** 2003
**Total Award Amount:**

**Grantor:**
**Title of Project:** Utility of Intraoperative Ultrasound in Patients Undergoing Surgery for Liver Metastases#2003P000597
**Investigator Role:** Co-Invest
**Annual Amount:** **Year(s):** 2003
**Total Award Amount:**

**Grantor:**
**Title of Project:** Evaluation of Intraductal Pappilary Mucinous Tumors of Pancreas: Comparison of Curved Reformations on Contrast Enhanced CT and MRCP #2003P000600
**Investigator Role:** Co-Invest
**Annual Amount:** **Year(s):** 2003
**Total Award Amount:**

**Grantor:**

**Title of Project:** Comparison of CT and MRI in the Preoperative Evaluation of Liver Donors #2003P001811

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2003

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Comparison of Axial CT and Reformatted Coronal CT in the Evaluation of Abdomen #2003P001812

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2003

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** A Phase 3, Open-Label, Multicentre Study to Determine Efficacy and Safety of VISIPAQUE (TM) (Iodixanol) Injection for Use in Intravenous Contrast-Enhanced CT Angiography of Abdominal Visceral Vessels

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2003

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** Randomized, Multicenter, Open-Label Study of the Safety (Open-Label) and Efficacy (Open-Label & Blinded Reader) of MagnevistÒ Injection-Enhanced Magnetic Resonance Arteriography (MRA) at Two Dose Levels and 2-Dimensional-Time-of-Flight (2D-TOF) MRA in Patients Undergoing MRA of the Infrarenal Aorta and Peripheral Arteries with Intra-arterial Digital Subtraction Arteriography i.a.DSA as Standard of Reference

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2003

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** A Phase 3, Open-Label, Multicentre Study of Efficacy and Safety of VISIPAQUE (TM) (Iodixanol) in Subjects with Suspected Peripheral Arterial Occlusive Disease Undergoing Intravenous Contrast-Enhanced Computer Tomographic Angiography

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2003

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Liver Lesion Detection on Mangafodipir Enhanced Liver: Routine Thick Slice Imaging Versus High Resolution Thin Slice Imaging #2003P000612

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2003

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** Isovue®/Iopamiro®-370 and VisipaqueÔ 320 in Patients Undergoing Computer Tomographic Angiography of the Lower Extremities (Invicta) Isovue

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2004

**Total Award Amount:**

---

**Grantor:** Industry-sponsored
**Title of Project:** CT Angiography of Renal Donors #2004P001393
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2004
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Value of Liver MRI After Recently Performed Abdominal CT #2004P000564
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2004
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Feasibility of 64-Slice MDCT to Rule Out Coronary Artery Disease, Pulmonary Embolism, and Aortic Dissection with a Single-Contrast Bolus and 20 sec Scan Duration #2005P002068
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Retrospective Study of Safety and Efficacy of Inferior Vena Cava Filters #2005P000040
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Clinical Utility of MR Venography and Ultrasound for Lower Extremity Venous System in Detecting Source of Paradoxical Embolism in Patients Presenting with Stroke and Having Patent Foramen Ovale #2005P001787
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** CT Angiography of Aorta of Various CT Technical Parameters #2005P000202
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Clinical Utility of Magnetic Resonance Angiography or Renal Arteries #2005P000201
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Retrospective Study of Safety and Efficacy of Inferior
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:** Industry-sponsored
**Title of Project:** A Non-randomized Prospective Study of IVC Filter Retrieval Out to 12 Weeks Without Interim Filter Manipulation Utilizing the Gunther Tulip Vena Cava Filter
**Investigator Role:** Co-Invest
**Annual Amount:**                                         **Year(s):** 2005
**Total Award Amount:**

---

**Grantor:**

**Title of Project:** A Comparative, Study to Assess the Utility of Simplified Multiplanar CT Reconsructions Created at Scanner Console and Advanced 3D Images for Preoperative Evaluation of Living Kidney Donors Prior to Laproscopic Donor Nephrectomy #2005P002636

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2005

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Effectiveness of Portal Vein Embolization Prior to Liver Surgery #2004P001723

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2005

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** A Comparative Study to Assess the Utility of Simplified Multiplanar CT Reconstructions Created at Scanner Console and Advanced 3D Images for Preoperative Staging of Liver Malignancies and Evaluation of Liver Transplants #2005P002617

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2005

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Effectiveness of Secondary Interventions Following Endograft Placement in Patients with Abdominal Aortic Aneurysms #205P000791

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2005

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** Phase 3, Multicenter, Multinational, Open-Label study to Evaluate the Safety and Efficacy of Alfimeprase in Subjects with Occluded Central Venous Access Devices (SONOMA-3)

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2006

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Long Term Clinical Outcome Following TIPS #2006P000689

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2006

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Complications of IVC Filters Detected Incidentally on Abdominal CT Scans #2006P000329

**Investigator Role:** Co-Invest

**Annual Amount:**                                                        **Year(s):** 2006

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** CT Venography During CT Pulmonary Angiography #2007P000007

**Investigator Role:** PI

**Annual Amount:**                                                        **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:** Industry-Sponsored

**Title of Project:** Trancatheter Chemoembolization with Drug-Eluting Microparticles for Liver Malignancies: Clinical Safety, Effictiveness and Long-Term Follow-Up - 11/29/2007 - 11/28/2008

**Investigator Role:** PI

**Annual Amount:** $30,000          **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Safety and Efficacy of Supra-Renal Vena Cava Filters #2007P000267

**Investigator Role:** PI

**Annual Amount:**          **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Outcomes after Endovenous Laser Aglation Therapy (EVLT) of the Lesser Saphenous Vein (LSV) #2007P001561

**Investigator Role:** Co-Invest

**Annual Amount:**          **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Retrospective Analysis of Inferior Vena Cava Filter Retrievals #2007P001156

**Investigator Role:** PI

**Annual Amount:**          **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** A Retrospective Analysis of Wound Dehiscence or Failure to Heal in Patients Who Receive an Implanted Port While Under Treatment with Bevacizumab (Avastin) #2007P002296

**Investigator Role:** Co-Invest

**Annual Amount:**          **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** Study of the OmniWave TM Endovascular (OES) in Subjects with Lower and Upper Extremity Deep Vein Thrombosis - SONIC Study

**Investigator Role:** Co-Invest

**Annual Amount:**          **Year(s):** 2007

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** The Efficacy of Bead Block vs Embosphere on Uterine Artery Embolization for Uterine Fibroid-Clinical and Imaging Outcomes #2008P001626

**Investigator Role:** Co-Invest

**Annual Amount:**          **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Retrospective Study of Bronchial Artery Embolization in Hemoptysis Patients #2008P000305

**Investigator Role:** Co-Invest

**Annual Amount:**          **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Angiographic Embolization After Severe Splenic Injury #2008P001521

**Investigator Role:** Co-Invest

**Annual Amount:**          **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:** Industry-sponsored

**Title of Project:** A Multinational, Multicenter, Randomized, Double Blind Study Comparing the Efficacy and Safety of AVE5026 with Enoxaparin for the Prevention of Venous Thromboembolism in Patients Undergoing Major Abdominal Surgery

**Investigator Role:** Co-Invest

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Comparison between flat-panel Volumetric Computed Tomography (fp VCT), Computed Tomography Angiography (CTA) and Conventional Catheter angiogram for evaluation of cervical and intracranial vascular pathologies #2008P002384

**Investigator Role:** Co-Invest

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Outcomes of Patients with Thrombus in the IVC Filter #2008P002431

**Investigator Role:** PI

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Early Dysfunction of Transjugular Intrahepatic Portosystemic Shunt (TIPS): Etiology and Therapeutic Options #2008P000311

**Investigator Role:** PI

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Safety and Effectiveness of Selective Internal Radiation Therapy in the Treatment of Liver Metastases #2008P000358

**Investigator Role:** PI

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Non-Invasive Angiography and Perfusion Study of Limb-threatening Peripheral Ischemia using Ultra-high Resolution Flat-panel Volume CT #2008P000704

**Investigator Role:** Co-Invest

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Retrospective Study of Embolization of Inferior Pancreaticoduodenal Artery Aneurysms in Association with Celia Artery Stenosis #2008P000712

**Investigator Role:** PI

**Annual Amount:** **Year(s):** 2008

**Total Award Amount:**

---

**Grantor:** NIH

**Title of Project:** Acute Venous Thrombosis: Thrombus Removal with Adjunctive Catheter-directed Thrombolysis: The ATTRACT Trial.  Recruit, randomize, perform thrombolysis, follow the patients clinically and on imaging.  Goals: To understand the effect of thrombolysis on post-thrombotic syndrome

**Investigator Role:** Co-Invest

**Annual Amount:** **Year(s):** 2009

**Total Award Amount:**

---

**Grantor:** Industry-Sponsored
**Title of Project:** Evaluation of Dotarem-Enhanced MRA Compared to Time-Of-Flight MRA in the Diagnosis of Renal Arterial Disease
**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2009
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Clinical utility of inferior vena cava filters in patients with stroke #2009P002179
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2009
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Intravascular ultrasound (IVUS) guided vena cava filter placement #2009P002011
**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2009
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Portal vein embolization prior to hepatic resection for lobar hypertrophy #2009P000818
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2009
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Retrospective Analysis of Visceral Artery Anurysms Associated with Pancreatitis and Pancreatic Surgery #2009P000180
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2009
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Safety and Efficacy of "Option" retrievable vena cava filter #2009P002033
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2009
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Chemoembolization of primary hepatocellular carcinoma: A single center experience #2010P001263
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:** NIH/R21 CA 119600-02
**Title of Project:** Phase 1 Clinical Trial of Viral Oncolysis of Liver Tumors; Perform injection of the virus in to the hepatic artery by selective catheterization and hepatic venous sampling during and after the virus injection; Goals: To assess safety of viral oncolysis of liver tumors, assess tumor response
**Investigator Role:** Co-Invest
**Annual Amount:** $10,000                                            **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Safety of Power Injections in patients with Patent Formen Ovale (PFO) #2010P000301
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Efficacy of lower extremity venous thrombolysis in the setting of congenital absence/atresia of the inferior vena cava #2010P001177

**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** May-Thurner Syndrome: Does it really increase the risk of DVT? #2010P001635
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Efficacy of adrenal venous sampling in localizing primary aldosteronism #2010P001651
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Elevated intestinal fluid pressure in hepatocellular carcinoma is a barrier to transport of doxorubicin from drug eluting embolization beads #2010P001917
**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Segmental arterial mediolysis: Single center experience in symptoms, diagnosis, treatment and follow-up #2010P002307
**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Endovascular recanalization of the thrombosed filter bearing inferior vena cava #2010P001291
**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2010
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Incidence of rebleeding and ischemic comlications following superselective angioembolization for gastrointestinal hemorrhage #2011P1254
**Investigator Role:** Co-Invest
**Annual Amount:**                                                    **Year(s):** 2011
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Factors affecting a positive angiogram, technical success of embolization, rebleeding rates and mortality rates in patients with gastrointestinal hemorrhage #2011P001714
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2011
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Retrospective review of chemoembolization for liver cancer #2012P00148
**Investigator Role:** PI
**Annual Amount:**                                                    **Year(s):** 2012
**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Phase 3 prospective, randomized, blinded and controlled investigation of HepaSphere/QuadraSphere microspheres for delivery of Doxorubicin for the treatment of hepatocellular cancer. Recruit, randomize, perform chemoembolization and follow-up. Goal: Assess the safety and efficacy of HepaShpere/QuadraSpheres in the treatment of hepatocellular cancer and compare it to conventional chemoembolization with lipiodol and doxorubicin.

**Investigator Role:** Co-Invest

**Annual Amount:**                                                    **Year(s):** 2012

**Total Award Amount:**

---

**Grantor:** NIH

**Title of Project:** Acute Venous Thrombosis: Thrombus Removal with adjunctive catheter-directed thrombolysis (the ATTRACT trial) - ID: STU 023013-007  09/25/2007 - 08/31/2012

**Investigator Role:** Co-Invest

**Annual Amount:**                                                    **Year(s):** 2013

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Observational Study of Tissue Plasminogen Activator used for Catheter Directed Thrombolysis in Patients with Acute Lower Extremity Native Artery or Bypass Graft Occlusion

**Investigator Role:** Co-Invest

**Annual Amount:**                                                    **Year(s):** 2014

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** A Multi-center, Early Feasibility Study of the Angel Catheter in Critically Ill Subjects at High Risk of Pulmonary Embolism

**Investigator Role:** Co-Invest

**Annual Amount:**                                                    **Year(s):** 2014

**Total Award Amount:**

## Unfunded Research Projects

**Grantor:**

**Title of Project:** Outcomes in patients with hepatocellular carcinoma - ID: STU 102012-084

**Investigator Role:**

**Annual Amount:**                                                    **Year(s):** 2013

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** A Humanitarian Device Exemption Treatment Protocol of TheraSphere For Treatment of Unresectable Hepatocellular Carcinoma

**Investigator Role:**

**Annual Amount:**                                                    **Year(s):** 2014

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Retrospective study to assess the historical practice patterns of IVC filter placement and retrieval before and after implementation of a quality improvement process

**Investigator Role:**

**Annual Amount:**                                                    **Year(s):** 2014

**Total Award Amount:**

---

**Grantor:**

**Title of Project:** Analysis of Patients with Urolithiasis and/or Conditions that Predispose to Urolithiasis

**Investigator Role:** Co-Invest

**Annual Amount:**                                                    **Year(s):** 2014

**Total Award Amount:**

**Grantor:**
**Title of Project:** Complications of Indwelling Percutaneous Nephrostomy (PCN) Catheters: An analysis of current practice

**Investigator Role:**
**Annual Amount:**                                                        **Year(s):** 2014
**Total Award Amount:**

---

**Grantor:**
**Title of Project:** Transjugular Intrahepatic Portosystemic shunts (TIPS): technical variations influencing outcomes

**Investigator Role:**
**Annual Amount:**                                                        **Year(s):** 2014
**Total Award Amount:**

---

## NARRATIVE REPORT

---

I currently serve in the capacity of Chief of the Division of Vascular Interventional Radiology, Department of Radiology at University of Texas Southwestern Medical Center, Dallas. I have been in this position since May 2013. In this capacity, I lead a group of 12 faculty members, 4 advanced practice providers and 3 fellows to provide specialty clinical care at University Hospitals and Parkland Hospital, teach trainees in the field of Radiology and Interventional Radiology, and conduct both clinical and basic science research at these institutions. In addition, I work closely with hospital management in advancing a collaborative atmosphere in providing adequate pre-procedure, intra-procedure and post-procedure care, in-patient care and outpatient services at both hospitals.

My clinical areas of interest focus on pulmonary vascular disease, venous thromboembolism, management of portal hypertension and trans-arterial therapies for hepatic malignancies. I am considered one of the leading clinicians and researchers in these fields. I have published more than 100 original papers, edited two text books and authored more than 50 book chapters. During these endeavors, I have collaborated with distinguished clinicians, researchers and scientists of various specialties to advance the science and clinical care. As an educator, I have held positions to lead training programs, teaching conferences for trainees in Radiology and Interventional Radiology. I take pride in educating future generations of clinicians with utmost focus on vascular diseases, vascular imaging and vascular interventions. My lectures and bedside teachings are well appreciated and I am honored with one of the prestigious awards for teaching – Dr. Athanasoulis Award for Excellence in Teaching at Massachusetts General Hospital. In addition to regular didactic and case review sessions, I have given lectures at various national and international conferences and symposia.

Being in the forefront of Interventional Radiology, I have transformed the way this specialty is practiced at UT Southwestern. Given my strong back ground in imaging and clinical medicine, I have improved Interventional Radiology presence to provide outpatient and inpatient services for longitudinal patient care. I was instrumental in bringing varicose vein therapy program to UTSW. In addition, I have introduced intranodal lymphangiography, thoracic duct embolization, balloon occluded retrograde venous obliteration for gastric varices, thrombolysis for portomesenteric venous thrombosis, advanced techniques for removal of inferior vena cava filers and use of newly designed vascular plugs for pulmonary arteriovenous malformations. These additions have resulted in increased recognition of the specialty and more choices for patient care. I have fostered more collaboration with UTSW transplant team, hepatology team, and cancer center for better utilization of interventional radiology services. In addition, my active involvement and collaboration with pulmonary service resulted in well recognized service for Hereditary Hemorrhagic Telangiectasia patients. Currently, we are one of the largest HHT centers in the US. I have supported and improved clinical services in treating liver tumors through state of the art drug delivery methods and trans-arterially delivered radiation particles. My clinical services are well appreciated both in this institution and at my prior institution where I received "Outstanding Service Award" for my tenure at Massachusetts General Hospital.

Research is an integral part of our service. We are actively involved in both industry-sponsored and investigator-initiated clinical trials. I have received funding both from the industry and NIH for clinical research. As a division, we have supported young faculty members and residents in pursuing research in interventional radiology. We fostered more growth with Cancer Center and have at least four clinical trials that involve cancer patients. We are part of an NIH trial for mutation analysis of tumors.

I have worked closely with our department leadership team in bringing the Interventional Radiology residency program to the department. This provides a direct pathway for medical students in pursuing career in IR that focuses on training in both imaging and advanced clinical care. During this process I have worked closely with the Vascular Surgery division for identifying avenues for additional training for residents in their specialty.

As a leader in the field of interventional radiology, I serve on the editorial board of many journals both as a reviewer and editor. I work closely with leadership in the Society of Interventional Radiology and American College of Radiology in advancing clinical care through guidelines and setting trends in training future radiologists. I serve as Division Councilor for Membership Services within the Society of Interventional Radiology. Within the ACR, I chair the committee on Appropriateness Criteria for Vascular Imaging and work with a team of experts in authoring documents that will be part of clinical decision support at ACR in the future.