1

2

3

4

5

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

9  IN RE:  Bard IVC Filters Products Liability          No. 2:15-MD-02641-DGC
   Litigation
10                                                           **ORDER**

11

12          Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,

13  Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal A Certain Exhibit in

14  Support of Bard's Motion to Exclude the Opinions of Drs. Kinney, Roberts, and Kalva and

15  Memorandum of Law in Support, and for other good cause shown, the Motion is hereby

16  granted, and Exhibit G filed in support of their Motion to Exclude the Opinions of Drs.

17  Kinney, Roberts, and Kalva and Memorandum of Law in Support is hereby sealed.

18

19

20

21

22

23

24

25

26

27

28