IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Exclude the Opinions of Derek D. Muehrcke, M.D. and Memorandum of Law in Support, the Court hereby GRANTS the motion. Dr. Muehrcke may not testify regarding the opinions identified in Bard's Motion to Exclude the Opinions of Derek D. Muehrcke, M.D.