James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BARD'S MOTION TO EXCLUDE THE OPINIONS OF DEREK D. MUEHRCKE, M.D.** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to the Stipulated Protective Order (Doc. 269) and Local Civil Rule 5.6 file this notice of lodging under seal certain exhibits attached in support of Bard's Motion to Exclude the Opinions of Derek D. Muehrcke, M.D., and Memorandum of Law in Support. These exhibits, as well as the portions of Bard's Memorandum of Law that quote, reference, or characterize them, contain certain Plaintiffs' personal healthcare information that is protected under HIPAA and confidential under the Stipulated

Protective Order. Defendants have notified Plaintiffs of their intent to file this Notice of Lodging. Because the documents lodged under seal only relate to Plaintiffs' personal healthcare information, Defendants note that it is Plaintiffs' burden to file a motion to seal. A list of the Exhibits sought to be sealed are attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 24th day of August, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
taylor.daly@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ Matthew B. Lerner
Matthew B. Lerner

# **EXHIBIT A**

## **DOCUMENTS LODGED UNDER SEAL**

Defendants lodge under seal the following documents in support of their Motion to Exclude the Opinions of Derek D. Muehrcke, M.D.:

| | |
|---|---|
| Exhibit A: | Muehrcke 6/6/17 Rule 26 Report as to Sherri Booker |
| Exhibit B: | Muehrcke 6/6/17 Rule 26 Report as to Lisa Hyde |
| Exhibit C: | Muehrcke 6/6/17 Rule 26 Report as to Doris Jones |
| Exhibit D: | Muehrcke 6/5/17 Rule 26 Report as to Carol Kruse |
| Exhibit E: | Muehrcke 6/5/17 Rule 26 Report as to Debra Mulkey |
| Exhibit F: | Muehrcke 7/24/17 Deposition Transcript |