IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
|---|---|
| | **ORDER** |

    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Exclude the Opinions of Suzanne Parisian, M.D. and Memorandum of Law in Support, the Court hereby GRANTS the motion. The opinions of Dr. Parisian shall be excluded in their entirety.