# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RACHEL M. ROBLES, )
)
        Plaintiff, )
)
v. )
)
C.R. BARD, INC., et al., )
)
        Defendants. ) Civil Action No. 5:13-CV-250-C

## ORDER

On this day the Court considered Defendants' Motion to Exclude the expert testimony and report of Dr. Suzanne Parisian and Plaintiff's Response. Having considered the foregoing, the Court is of the opinion that Defendant's motion should be **GRANTED**.

SO ORDERED.

Dated this 26th day of March, 2015.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE