# Exhibit G

**INVOICE**

August 8, 2017

Via email

Ramon Rossi Lopez
Lopez McHugh LLP
100 Bayview Pl # 5600
Newport Beach, CA 92660

Donald C. Arbitblit
Lieff Cabraser Heimann & Bernstein
275 Battery Street
29th Floor
San Francisco, CA  94111

rlopez@lopezmchugh.com
darbitblit@lchb.com

Re: Bard/IVC

Please pay to the order of:

David A. Kessler, MD
2715 Steiner Street
San Francisco, CA  94123

The amount of………………………………………………….**$159,783.73**

159 hours at $1,000.00 per hour, per agreement: $159,000.00
Expenses: $783.73

Wire instructions available upon request.

Please remit within 15 days.

Thank you.