James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Taylor Tapley Daly (admitted *pro hac vice*)
Georgia Bar No. 697887
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BARD'S MOTION TO EXCLUDE THE OPINIONS OF SUZANNE PARISIAN, M.D. AND MEMORANDUM OF LAW IN SUPPORT** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby respectfully move this Court, pursuant to the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 for leave to file under seal certain exhibits attached in support of Bard's Motion to Exclude the Opinions of Suzanne Parisian, M.D. and Memorandum of Law in Support. These

1  exhibits, contain certain trade secrets and confidential information that are protected under
2  the Stipulated Protective Order, warranting protection from public disclosure.
3  Accordingly, there is good cause to grant Defendants' Motion for Leave to File Under
4  Seal Certain Exhibits in Support of Bard's Motion to Exclude the Opinions of Suzanne
5  Parisian, M.D. and Memorandum of Law in Support.  Defendants have notified Plaintiffs
6  of their intent to file this Motion. Plaintiffs have agreed to the filing of such motions in the
7  past; however, to date, Plaintiffs' have not yet responded to Defendants' attempts to meet
8  and confer on whether Plaintiffs oppose the Motion once Plaintiffs have had an
9  opportunity to review the documents in issue. A list of the Exhibits sought to be sealed are
10 attached hereto as Exhibit A.

## ARGUMENT AND CITATION OF AUTHORITY

"When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). *See also, Medicis Pharm. Corp. v. Acella Pharm., LLC*, CV 10-1780-PHX-JAT, 2012 WL 2260928 at *2 (D. Ariz. June 15, 2012) (sealing exhibits related to "Medicis' marketing strategy, Acella's product formulation,…various emails and deposition transcripts, viscosity test data, sales and marketing information, and various other documents" because "[m]uch of this information has been previously sealed by the Court, has been designated as confidential by the parties pursuant to the protective order in this case, or could otherwise potentially harm the parties if released publicly because of its confidential and sensitive nature.").

Certain exhibits to Bard's Motion to Exclude the Opinions of Suzanne Parisian, M.D., specifically Exhibit A (Dr. Parisian's Expert Report), and Exhibit B (Dr. Parisian's Supplemental Expert Report) (collectively "Reports"), contain pieces of highly competitive, confidential, proprietary information that warrant protection under Federal Rule of Civil Procedure 26(c)(1)(G) because the documents are not made public by Bard

1    and, if obtained by Bard's competitors, could give an unfair economic advantage to those
2    competitors. *Blanchard & Co., Inc. v. Barrick Gold Corp.*, No. 02-3721, 2004 WL
3    737485, at *5 (E.D. La. Apr. 5, 2004) (citing *Pansy v. Borough of Stroudsburg*, 23 F.3d
4    772, 786 (3d Cir. 1994)). Dr. Parisian's Reports cite and extensively quote dozens of
5    confidential Bard documents, including technical and design files, testing documents,
6    internal documents regarding Bard's purchase of a predecessor company, adverse event
7    documents including specific references to patients by age and complication, design and
8    risk management documents, and numerous internal emails between high-level Bard
9    employees. The Reports quote so extensively from confidential documents that filing the
10   Reports is akin to filing the documents themselves. Except for a small number of patent
11   and other public documents, all of the Bard documents cited in the Reports were produced
12   to Plaintiffs as "Confidential – Subject to Protective Order" on each page pursuant to
13   Stipulated Protective Order (Doc. 269) ¶ 6.

14       The public disclosure of these exhibits would reveal confidential, proprietary and
15   trade secret information and would create a heightened risk of irreparable harm to Bard's
16   competitive business concerns. Further, its inclusion in the public record would not only
17   harm Bard because of the trade secrets and confidential information it contains, but it
18   would also eviscerate the significant time and resources Bard has expended in protecting
19   its business information. The potential for abuse and for competitive loss are real.
20   Accordingly, Defendants request that the exhibits identified in Exhibit A be sealed.

21   //
22   //
23   //
24   //
25   //
26   //
27   //
28

RESPECTFULLY SUBMITTED this 24th day of August, 2017.

s/Taylor Tapley Daly
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
Taylor Tapley Daly
Georgia Bar No. 697887
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
taylor.daly@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that August 24, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Taylor Tapley Daly
Taylor Tapley Daly

## EXHIBIT A

## DOCUMENTS PROPOSED TO BE FILED UNDER SEAL

Defendants request they be permitted to file under seal the following documents in support of their Motion to Exclude the Opinions of Suzanne Parisian, M.D. and Memorandum of Law in Support.

Exhibit A.     Expert Report of Suzanne Parisian, M.D.

Exhibit B.     Supplemental Expert Report of Suzanne Parisian, M.D.