IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Certain Exhibits in Support of Bard's Motion to Exclude the Opinions of Suzanne Parisian, M.D. and Memorandum of Law in Support, and for other good cause shown, the Motion is hereby granted, and certain of Bard's exhibits filed in support of their Motion to Exclude the Opinions of Suzanne Parisian, M.D. and Memorandum of Law in Support are hereby sealed.