IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D., and Memorandum of Law in Support, the Court hereby GRANTS the motion. The opinions of Dr. McMeeking raised in Bard's motion shall be excluded.