James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BARD'S MOTION TO EXCLUDE THE OPINIONS OF ROBERT M. MCMEEKING, PH.D, AND MEMORANDUM OF LAW IN SUPPORT** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby respectfully move this Court, pursuant to the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 for leave to file under seal certain exhibits attached in support of Bard's Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D., and Memorandum of Law in Support. These exhibits, contain certain trade secrets and confidential information that are

1  protected under the Stipulated Protective Order, warranting protection from public
2  disclosure. In addition, these exhibits, as well as the portions of Bard's Memorandum of
3  Law that quote, reference, or characterize them, contain certain Plaintiffs' personal
4  healthcare information that is protected under HIPAA and confidential under the
5  Stipulated Protective Order, warranting protection from public disclosure. Accordingly,
6  there is good cause to grant Defendants' Motion for Leave to File Under Seal Certain
7  Exhibits in Support of Bard's Motion to Exclude the Opinions of Robert M. McMeeking,
8  Ph.D., and Memorandum of Law in Support. Defendants have notified Plaintiffs of their
9  intent to file this Motion. Plaintiffs have agreed to the filing of such motions in the past;
10 however, to date, Plaintiffs' have not yet responded to Defendants' attempts to meet and
11 confer on whether Plaintiffs oppose the Motion once Plaintiffs have had an opportunity to
12 review the documents in issue. A list of the Exhibits sought to be sealed are attached
13 hereto as Exhibit A.

## ARGUMENT AND CITATION OF AUTHORITY

15  Bard's Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D., and some
16 of the accompanying Exhibits contain certain Plaintiffs' personal health care information.
17 Portions of the Submission itself, as well as Exhibit B (Excerpts from Dr. McMeeking's
18 7/6/17 MDL Deposition Transcript), Exhibit C (Excepts from Dr. McMeeking's 5/24/11
19 *Newton/Kolenda* Deposition Transcript), and Exhibit F (Excerpts from Dr. Smith's 4/4/17
20 MDL Deposition Transcript) discuss particular plaintiffs' respective medical histories and
21 current medical conditions, are confidential under the terms of the Stipulated Protective
22 Order (Doc. 269), and are also protected from public disclosure pursuant to HIPAA.
23 Indeed, the Court has already sealed similar information in this litigation.
24  Similarly, portions of the Submission itself, as well as Exhibit A (Portions of
25 Dr. McMeeking's 3/3/17 Rule 26 Report), Exhibit B (Excerpts from Dr. McMeeking's
26 7/6/17 MDL Deposition Transcript), Exhibit C (Excepts from Dr. McMeeking's 5/24/11
27 *Newton/Kolenda* Deposition Transcript), Exhibit D (Portions ofs Dr. Betensky's 1/27/17
28 Rule 26 Report), and Exhibit E (Portions of Dr. McMeeking's 5/11/17 Rebuttal Rule 26

1  Report) contain pieces of highly competitive, confidential, proprietary information that
2  warrant protection under Federal Rule of Civil Procedure 26(c)(1)(G) because the
3  documents are not made public by Bard and, if obtained by Bard's competitors, could give
4  an unfair economic advantage to those competitors.

   "When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). *See also, Medicis Pharm. Corp. v. Acella Pharm., LLC*, CV 10-1780-PHX-JAT, 2012 WL 2260928 at *2 (D. Ariz. June 15, 2012) (sealing exhibits related to "Medicis' marketing strategy, Acella's product formulation,…various e-mails and deposition transcripts, viscosity test data, sales and marketing information, and various other documents" because "[m]uch of this information has been previously sealed by the Court, has been designated as confidential by the parties pursuant to the protective order in this case, or could otherwise potentially harm the parties if released publicly because of its confidential and sensitive nature.").

   See also, *Blanchard & Co., Inc. v. Barrick Gold Corp.*, No. 02-3721, 2004 WL 737485, at *5 (E.D. La. Apr. 5, 2004) (citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 786 (3d Cir. 1994)). Indeed, Bard has already produced Exhibit E and designated it as "CONFIDENTIAL" pursuant to Stipulated Protective Order (Doc. 269), ¶ 6.

## CONCLUSION

For all of the foregoing reasons Bard requests that the Court grant its Motion for Leave to File Under Seal.

RESPECTFULLY SUBMITTED this 24th day of August, 2017.

s/Matthew B. Lerner
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
taylor.daly@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                      s/ Matthew B. Lerner

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

# EXHIBIT A

# DOCUMENTS PROPOSED TO BE FILED UNDER SEAL

Defendants request they be permitted to file under seal the following documents in support of their Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D., and Memorandum of Law in Support.

| | |
|---|---|
| Exhibit A: | Dr. McMeeking's 3/3/17 Rule 26 Report |
| Exhibit B: | Dr. McMeeking's 7/6/17 MDL Deposition Transcript |
| Exhibit C: | Dr. McMeeking's 5/24/11 *Newton/Kolenda* Deposition Transcript |
| Exhibit D: | Dr. Betensky's 1/27/17 Rule 26 Report |
| Exhibit E: | Dr. McMeeking's 5/11/17 Rebuttal Rule 26 Report |
| Exhibit F: | Dr. Smith's 4/4/17 MDL Deposition Transcript |