UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **ORDER GRANTING MOTION TO EXCLUDE DEFENSE EXPERT OPINIONS UNDER FED. R. EVID. 702 BASED ON THEIR USE OF THE CRIMINAL LAW STANDARD OF CERTAINTY** |
|---|---|

Plaintiffs have filed a motion to exclude the defense expert opinions under Fed. R. Evid. 702 based on their use of the criminal law standard of certainty. Upon review of that motion [Doc. ____], analysis of Federal Rule of Evidence 702's requirements and all related filings and arguments presented to the Court, and for good cause being shown,

IT IS HEREBY ORDERED:

1. That Plaintiffs' motion to exclude the defense expert opinions under Fed. R. Evid. 702 based on their use of the criminal law standard of certain is GRANTED in its entirety;

2. That defense experts Clement J. Grassi, M.D. and Christopher S. Morris, M.D. are PROHIBITED from providing any testimony at trial concerning his use of the criminal law standard of certain; and

4. That defense experts Clement J. Grassi, M.D. and Christopher S. Morris, M.D. are PROBHIBITED from providing any testimony at trial based on speculation and anecdotal personal experience.