UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF CLEMENT J. GRASSI, M.D.** |

Plaintiffs have filed a motion to exclude the opinions and testimony of Bard expert Clement J. Grassi, M.D. Upon review of that motion [Doc. \_\_\_\_], analysis of Federal Rule of Evidence 702's requirements and all related filings and arguments presented to the Court, and for good cause being shown,

IT IS HEREBY ORDERED:

That Plaintiffs' motion to exclude the opinions and testimony of Clement J. Grassi, M.D. is GRANTED in its entirety;

That Dr. Grassi is PROHIBITED from providing any testimony at trial concerning the standards, practices, procedures, testing, processes, and/or the responsibilities of the Food and Drug Administration.