# EXHIBIT A

Do Not Disclose - Subject to Further Confidentiality Review

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

No. MD-15-02641-PHX-DGC

**********************************

IN RE BARD IVC FILTERS PRODUCTS

LIABILITY LITIGATION

**********************************


DO NOT DISCLOSE

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW



VIDEOTAPED DEPOSITION OF CLEMENT J. GRASSI, MD


Thursday, June 15, 2017

9:24 a.m.


Held At:

Nelson Mullins Riley & Scarborough LLP

One Post Office Square

Boston, Massachusetts


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

Do Not Disclose - Subject to Further Confidentiality Review

Page 96

1          Q.   And you have not asked that question
2     either?  You have not asked Bard "what have you
3     done to figure this out"?
4          A.   I have not personally asked.  I have
5     an interest in the subject of vena cava filters,
6     and so in answer to your question, I'm aware of
7     what some of its more recent physician
8     investigators have done in regard to the newer
9     filter version, such as Dr. William
10    Stavroupoulos with the Denali filter.
11              But in specific answer to your
12    question, no, I have not personally asked Bard
13    workers what they've done.
14         Q.   And with respect to the first
15    mechanism that you described, which is the
16    fatigue from high cycle stress -- did I
17    accurately identify that mechanism?
18         A.   That's fair.
19         Q.   -- what evidence are you aware of in
20    the medical literature that supports that
21    mechanism as explaining fractures?
22         A.   Well, I'm aware of what's been
23    commented on in the published literature, not
24    only for Bard devices, but all filters.  I'm

Do Not Disclose - Subject to Further Confidentiality Review

Page 156

1    number of breaths and the number of cycles per

2    day that they quoted as their estimation of

3    standards.

4         Q.   And you believe it's reasonable, the

5    discussion in that section, about the need for

6    an IVC filter to have the durability to last ten

7    years if it has an indication to be a permanent

8    filter?

9         A.   In general, I agree that durability of

10   vena cava filter devices and longevity is

11   important.

12        Q.   And you have not been provided with

13   anything from the lawyers or from Bard that

14   would show you how Bard and whether Bard did any

15   kind of testing to determine whether any of its

16   retrievable filters could meet that durability

17   standard?

18             MR. BROWN:  Object to the form.

19        A.   Well, in answer to that question, I am

20   aware of the processes and the standards that

21   the company C.R. Bard is required to undergo as

22   part of its FDA pre-acceptance testing under

23   what would be a 510(k) application.  That

24   includes, and I believe I'm correct on this,

Do Not Disclose - Subject to Further Confidentiality Review

Page 157

1    benchtop testing and stress testing of the

2    device over many hundreds of thousands of

3    cycles.  However, I have not been provided the

4    specific documents on that topic.

5    BY MR. ROTMAN:

6        Q.   Nor have you been provided with the

7    results of those tests?

8        A.   That's correct.

9        Q.   So you don't know how those tests --

10   what those tests show about the durability of

11   the Bard retrievable filters as compared to

12   their predicate devices?

13       A.   Well, I may not have received the

14   multiple individual reports, but I would, of

15   course, rely on the FDA since it is the body

16   which approves the device.  And since the device

17   was approved by the US FDA for clinical use,

18   then I would only have to assume that they met

19   or exceeded those benchmarks.

20       Q.   Were you ever retained by Bard to

21   consult when it was dealing with a crisis that

22   involved a safety or a design issue with its

23   retrievable filters?

24            MR. BROWN:  Object to the form.

# EXHIBIT B

ATTACHMENT A

# CLEMENT J. GRASSI, MD, FSIR

## EDUCATION

*Tufts University School of Medicine, Boston, MA*
M.D., 1980

*Harvard College, Cambridge, MA*
B.A., Biology, cum laude, 1976

## FELLOWSHIPS

- Fellow in Magnetic Resonance Imaging and Computed Tomography (sabbatical),
  Beth Israel/ Deaconess Hospital, Boston, MA, 1995
- Fellow in Cardiovascular and Interventional Radiology (two-year program)
  Brigham and Women's Hospital, Boston, MA, 1985-87
- Research Fellow in Basic Science, SV-40 tumor virus,
  Tufts New England Medical Center, Boston, MA, 1980

## INTERNSHIPS AND RESIDENCIES

- Resident in Diagnostic Radiology, Beth Israel/ Deaconess Hospital, Boston, MA, 1982-85
- Resident in Internal Medicine, Beth Israel/ Deaconess Hospital, Boston, MA, 1981-82
- Intern in Pathology (Surgical, Autopsy), Massachusetts General Hospital, Boston, MA, 1980-81

## LICENSURE AND CERTIFICATION

- American Board of Radiology Certification, 1986
- CAQ (Certificate of Added Qualifications) in Vascular & Interventional Radiology,
  American Board of Radiology, 1996 & 2006
- Massachusetts Medical License
- National Board of Medical Examiners Diplomate

1

**PRACTICE ACTIVITY**

Interventional and Vascular Radiology (examples are listed, not meant to be all inclusive)
 - Angiography and endovascular interventions including angioplasty/stenting
 - Dialysis access and interventions
 - Vena cava filter placements and retrievals
 - Venography, vein care, venous access, catheter and port placements
 - Biopsies
 - Abscess drainages, aspirations
 - Nephrostomy and tube placements; ureteral stent and genitourinary procedures
 - Biliary drainages and procedures including stenting
 - Embolization (e.g. UFE, bleeding indications or tumor)
 - Chemoembolization
 - Radiofrequency and other ablations

General Radiology
 - Plain film imaging (e.g. chest, abdomen, extremity/bone, emergency department imaging)
 - Ultrasound including vascular and Doppler studies
 - CT
 - MRI/MRA

## HOSPITAL OR AFFILIATED INSTITUTION APPOINTMENTS

| | |
|---|---|
| Staff Radiologist, Brigham and Women's Hospital | 1986-2001 |
| Staff Radiologist, Lahey Clinic Medical Center | 2001-2006 |
| and Affiliate Staff Radiologist, Boston VA Medical Center | 2003-2010 |
| Staff Radiologist, UMass Memorial Medical Center | 2009-2010 |
| Staff Radiologist, N.E. Baptist Hospital | 2003-present |

## Research Areas of Interest:

1. New devices and techniques in percutaneous intervention:
   - double lumen 'Grassi' gastrojejunostomy tube, U.S. patent # 5,078,701
   - angioplasty, stenting, thrombectomy and cryoplasty in peripheral vascular disease
2. Prevention of venous thromboembolism by inferior vena cava filters
   - Magnetic resonance imaging
   - Nitinol filter, multicenter trials: Principal Investigator at Brigham and Women's Hospital
3. Contrast agents of magnetic resonance imaging
4. Computerized methods of quality assurance in Radiology Departments

## Research Funding Information:

| | |
|---|---|
| Study Sponsor: Nitinol Medical Technologies, Inc. | 1989-92 |
| Principal Investigator for the Simon Nitinol Filter Multicenter Study, funded | |
| | |
| Study Sponsor: B. Braun Medical Inc. | |
| Principal Investigator for the "Tempo filter" - Temporary Vena Cava Filter/ | 1998-01 |
| VenaTech  Permanent Filter Multicenter Study, funded | |
| | |
| Study Sponsor: Guerbet Corporation | 2002-05 |
| Principal Investigator for Dotarem contrast agent | |
| Comparison of cardiovascular MR and catheter angiography, funded | |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| Clinical Fellow in Radiology, Harvard Medical School | 1985-1987 |
| Instructor in Radiology, Harvard Medical School | 1986-1988 |
| Assistant Professor of Radiology, Harvard Medical School | 1988-2001 |
| Associate Professor of Radiology, University of Massachusetts Medical School | 2009-2011 |

3

**Leadership Positions:**

| | |
|---|---|
| Educational Coordinator of curriculum/ lectures for Radiology Residents and Harvard Medical students in Cardiovascular and Interventional Radiology, Brigham & Women's Hospital (BWH) | 1997-2001 |
| Educational Coordinator for Grand Rounds Radiology speakers in CVIR, Brigham and Women's Hospital | 1999-2000 |
| Director, Interventional/Vascular Radiology, Boston Healthcare System VA Medical Center | 2005-2009 |
| Director, Interventional/Vascular Radiology, UMass Memorial Medical Center | 2009-2010 |

**Society Office Positions:**

| | |
|---|---|
| Chair, Standards of Practice Committee, Society of Interventional Radiology (SIR) | 2005-2008 |
| Standards of Practice Committee member, Society of Interventional Radiology | 1998- present |
| PAD Task Force member, Society of Interventional Radiology (SIR) | 2007-2008 |
| American College of Radiology Guidelines and Standards Committee member, Interventional and Cardiovascular Radiology Commission | 2003-2008 |
| Chair, Technology Assessment Committee, Society of Interventional Radiology (SIR) | 2003-2005 |
| Scientific Program Committee member, Radiological Society of North America, Cardiovascular Radiology | 1999-2003 |
| Executive Council, American Heart Association, CVIR division | 1996-2002 |
| President, New England Society for Cardiovascular and Interventional Radiology | 1994-1995 |

**Committee Responsibilities:**

| | |
|---|---|
| Quality Assurance Committee, Department of Radiology, UMass Memorial Medical Center | 2009-2010 |
| Hospital Venous Access Committee, UMass Memorial Medical Center | 2009-2010 |
| Research IRB (Investigational Review Board) Member, Lahey Clinic Medical Center | 2002-2006 |
| Contrast Safety Committee, Brigham & Women's Hospital | 1999-2000 |
| Education Committee, Department of Radiology, BWH | 1997-2001 |
| Operational Safety and Health Committee, Physician Coordinator, BWH | 1992-2001 |
| X-Ray User's Group, Brigham and Women's Hospital | 1991-1992 |
| Quality Assurance Computer Screening Committee, CVIR, BWH | 1988-1991 |

4

**Professional Societies:**

| | |
|---|---|
| Society of Interventional Radiology, Senior Fellow (FSIR) | 1993- |
| Society of Interventional Radiology | 1988- |
| New England Society of Interventional Radiology | 1985- |
| Radiological Society of North America | 1984- |
| New England Roentgen Ray Society, Inc. | 1981- |

**Awards and Honors:**

| | |
|---|---|
| Editor's Recognition Award for reviewing with Distinction, from editor of Radiology, Anthony V. Proto, M.D. | 1999, 2000 |
| Distinguished Reviewer Award from the editor of JVIR (Journal of Vascular and Interventional Radiology) | 1993, 1994, 1996 1997, 1998, 1999 |
| RadioGraphics Editor's Certificate of Recognition for outstanding service to the RSNA and RadioGraphics in the review of scientific exhibits | 1996, 1997, 1998 |
| RSNA cum laude award for scientific exhibit. Chopra PS, Kandarpa K, Grassi CJ, Singer S, Harrington DP.  Computerized database for quality assurance in Cardiovascular and Interventional Radiology | 1989 |
| Senior Fellow, Society of Interventional Radiology (FSIR) | 1988 - present |

**Other Professional Positions and Visiting Appointments:**

| | |
|---|---|
| Invited medical consultant to the Royal Family in Saudi Arabia. Armed Forces Hospital and National Guard Hospital, Riyadh, Saudi Arabia. By invitation of the Royal Family and U.S. Embassy, Washington, D.C. | 1990 |

**Healthcare/Community Service Related to Professional Work:**

| | |
|---|---|
| Clinical Laboratory Chemist, Brookline Hospital, Brookline, MA - work in clinical chemistry, hematology and blood banking. | 1973-79 |
| President of Trustees, Arsenal Park Unit Trust, Watertown, MA | 1987-91 |

**Editorial Boards:**

| | |
|---|---|
| Editor, American Heart Association Council Newsletter *Cardiovascular Radiology* | 1996-98 |
| Co-Chair, Communications Committee and Co-Editor, American Heart Association Council Newsletter for Cardiovascular Radiology | 1998-2002 |
| Reviewer, Journal of Vascular & Interventional Radiology | 1992- |
| Reviewer, Radiology | 1996-2001 |
| Reviewer, scientific exhibits at Radiological Society of North America (RSNA) and for RadioGraphics journal | 1996, 97, 98, 99 |
| Reviewer, scientific paper selection prior to session presentation, RSNA Scientific Program Committee | 1999-2003 |

**Teaching/ Educational Activity, including Post-Graduate Teaching:**
**(listed chronologically by date)**

| | |
|---|---|
| 1986-88 fall semester | Radiology Instructor & Faculty Harvard Medical School Cardiovascular Physiology Laboratory |
| 1986-2002 | Radiology Faculty Member for Radiology Clerkship (3rd, 4th year medical students), Brigham and Women's Hospital, Boston, MA. |
| October 1986 | Invited speaker and faculty, "Catheters, guidewires and new advances" at Angiography & Interventional Radiology: 1986, Harvard Medical Continuing Education Course, Hyatt Regency, Cambridge, MA. |
| October 1987 | Invited speaker and faculty, "Upper extremity venous thrombosis" and "Percutaneous transfemoral IVC filters" at Angiography & Interventional Radiology: 1987, Harvard Medical Continuing Education Course, Hyatt Regency, Cambridge, MA. |
| June 1988 | Invited speaker and faculty, Workshop "Coronary arteriography: cases and complications" at Coronary Arteriography: 1988, Harvard Medical Continuing Education Course, Hyatt Regency, Cambridge, MA. |
| October 1988 | Invited speaker and faculty, "Interruption of the IVC: filter update 1988", and Workshop "IVC filter placement" at Angiography & Interventional Radiology: 1988, Harvard Medical Continuing Education Course, Hyatt Regency, Cambridge, MA. |
| Feb-March 1989 | Invited speaker, "Coronary Arteriography for CAD" at Course in Cardiac Radiology sponsored by the New England Roentgen Ray Society, Beth Israel Hospital, Boston, MA. |

| | |
|---|---|
| September 1989 | Invited speaker and faculty, "Vena caval filters, 1989", Workshops "IVC filters" and "Noninvasive vascular studies" at Cardiovascular Imaging & Interventional Radiology: 1989,  Harvard Medical Continuing Education Course, Hyatt Regency, Cambridge, MA. |
| January 1990 | Grand rounds speaker, Department of Radiology, Brigham & Women's Hospital and Harvard Medical School, "Transvenous vena caval filters for prevention of pulmonary embolism", Boston, MA. |
| October 1990 | Invited speaker and faculty, "IVC filters update" and Workshops "Percutaneous filter insertion" at Cardiovascular Imaging & Interventional Radiology: 1990, Harvard Medical Continuing Education Course, Hyatt Regency, Cambridge, MA. |
| March 1991 | Grand rounds speaker, Department of Radiology, New England Deaconess Hospital, "IVC filters-choices and controversies", Boston, MA. |
| September 1991 | Invited speaker, "IVC filters-types and placement", at the New England Society of Vascular and Interventional Radiology, Boston, MA. |
| April 1992 | Invited speaker and faculty, *Controversies and Consensus Panel*, "Choosing an IVC filter" at the 17th Annual Meeting, Society of Cardiovascular and Interventional Radiology, Washington, D.C. |
| October 1992 | Invited speaker and faculty, First International Symposium on Cardiovascular and Interventional Radiology: "IVC Filters: Update, Interventions", Harvard Medical School, Boston, MA. |
| December 1992 | Invited speaker and faculty, Refresher Course 450 and "How-to" workshop, "Percutaneous placement of inferior vena cava filters", Radiological Society of North America 78th Annual Meeting, Chicago, IL. |
| Mar.-Apr. 1993 | Course Co-Director and speaker, Biannual Course in Cardiac Radiology, "Technique and tools of cardiac angiography", sponsored by the New England Roentgen Ray Society, Boston, MA. |
| December 1993 | Invited speaker and faculty, Refresher Course 151 and "How-to" Workshop, "Percutaneous placement of inferior vena cava filters", Radiological Society of North America 79th Annual Meeting, Chicago, IL. |
| March 1994 | Invited speaker and faculty, Vena Caval Filters Workshop, Society of Cardiovascular & Interventional Radiology 18th Annual Meeting, San Diego, CA. |
| September 1994 | Invited speaker, "IVC filters: When, where and why?", New England Conference of Radiology Technologists Annual Meeting, Hyannis, MA |
| October 1994 | Invited speaker and faculty, 2nd International Symposium on Cardiovascular & Interventional Radiology, Harvard Medical Continuing Education Course, "IVC filters: current choices" and Workshops "IVC filters", Cambridge, MA. |

| | |
|---|---|
| December 1994 | Grand rounds speaker, "IVC Filter Update". Mount Auburn Hospital, Cambridge, MA. |
| December 1994 | Invited speaker and faculty, Refresher Course 751 and "How-to" Workshop, "Percutaneous placement of inferior vena cava filters", Radiological Society of North America 80th Annual Meeting, Chicago, IL. |
| March 1995 | Invited speaker and faculty, Vena Cava Filter Course 307, Society of Cardiovascular and Interventional Radiology 20th Annual Meeting, Ft. Lauderdale, FL. |
| March 1995 | Invited speaker and faculty, Course in Cardiac Radiology, sponsored by the New England Roentgen Ray Society, Boston, MA. |
| December 1995 | Invited speaker and faculty, Refresher Course 851 and "How-to" Workshop, Percutaneous placement of inferior vena cava filters", Radiological Society of North America 81st Annual Meeting, Chicago, IL. |
| March 1996 | Invited speaker and faculty, IVC Filters Workshop 122, Society of Cardiovascular and Interventional Radiology 21st Annual Meeting, Seattle, WA. |
| April-May 1996 | Invited faculty member for Deaconess Hospital radiology resident teaching in CVIR, Boston, MA. |
| September 1996 | Invited speaker, "IVC filters: New Uses", Falmouth, MA. |
| October 1996 | Invited speaker and faculty, "Pulmonary thromboembolic disease and IVC filter current status", and Workshops "IVC Filters", Third International Symposium on Cardiovascular and Interventional Radiology, Harvard Medical School and Brigham & Women's Hospital Department of Radiology, Cambridge, MA. |
| March 1997 | Coordinator for the IVC Filter Workshops (four), and faculty speaker at the Society of Cardiovascular and Interventional Radiology 22nd Annual Meeting, Washington, D.C. |
| December 1997 | Invited speaker and faculty, Course 651 "Managing complications of central venous access" (How-to Session), Radiological Society of North America 83rd Annual Meeting, Chicago, IL. |
| March 1998 | Invited speaker and faculty, Vena Cava Filters W740, Society of Cardiovascular and Interventional Radiology 23rd Annual Meeting, San Francisco, CA. |
| April 1998 | Invited participant and committee member, Vena Caval Filter Consensus Conference, Creation of International Reporting Standards in association with the University of Michigan Department of Surgery, April 13-14, 1998, Hotel Sofitel, Chicago, IL. |

| | |
|---|---|
| November 1998 | Invited speaker and faculty, Course 151, "Managing complications of central venous access" (How-to Session), Radiological Society of North America 84th Annual Meeting, Chicago, IL. |
| February 1999 | Invited speaker, "Anticoagulation, Temporary or Permanent IVC Filters?", Maine Medical Center, Portland, ME. |
| March 1999 | Invited speaker and faculty, Vena Cava Filters W740, Society of Cardiovascular and Interventional Radiology 24th Annual Meeting, Orlando, FL. |
| September 1999 | Invited speaker, Department of Surgery, Brigham & Women's Hospital, "Aspects of Peripheral Angiography and Intervention Important for the Surgeon", Wednesday lecture series, Boston, MA. |
| October 1999 | Invited panelist, 'VIP Roundtable', "New Thrombolytic Strategies", Centocor/Johnson & Johnson, Malvern, PA. |
| November 1999 | Invited speaker and faculty, Course 151, "Managing Complications of Central Venous Access" (How-to Session), Radiological Society of North America 85th Annual Meeting, Chicago, IL. |
| February 2000 | Invited roundtable member, "Peripheral Vascular Disease, Advanced Generation Therapies", Centocor /Johnson & Johnson, Inc., Coral Gables, FL. |
| March 2000 | Invited speaker, Grand Rounds, "Reperfusion by Design", Department of Radiology, Concord Hospital, Concord, NH. |
| March 2000 | Faculty and course speaker, "Inferior Vena Cava Filters" (17), Society of Cardiovascular and Interventional Radiology 25th Annual Meeting, San Diego, CA. |
| December 2000 | Invited speaker and faculty for Refresher Course No. 151, "Managing Complications of Central Venous Access", Radiological Society of North America 86th Annual Meeting, Chicago, IL. |
| April 2001 | Invited speaker, "New Pharmacologic Approaches to the Treatment of Vascular Disease", Centocor /Johnson & Johnson, Centerville, PA. |
| September 2001 | Invited speaker, "New Strategies in Thrombolysis", Department of Radiology, Emerson Hospital, Concord, MA. |
| November 2001 | Invited speaker and faculty for Refresher Course "Managing Complications of Central Venous Access", No. 151, Radiological Society of North America 87th Annual Meeting, Chicago, IL. |
| November 2001 | Presiding moderator, scientific session Cardiovascular (Interventional: stents, restenosis) 11/26/01, Radiological Society of North America 87th Annual Meeting, Chicago, IL. |

| | |
|---|---|
| April 2002 | Invited speaker, workshop "Thrombolytic Therapy", Society of Interventional Radiology 27th Annual Meeting, Baltimore, MD. |
| December 2002 | Invited speaker and faculty for Refresher Course "Managing Complications of Central Venous Access", No. 151, Radiological Society of North America 88th Annual Meeting, Chicago, IL. |
| December 2002 | Presiding moderator, scientific session Cardiac (Cardiac CT/MR Imaging: Coronary Angiography) 12/2/02, Radiological Society of North America 88th Annual Meeting, Chicago, IL. |
| March 2003 | Invited speaker, workshop "Inferior Vena Cava Filtration (Hands On)", Society of Interventional Radiology 28th Annual Meeting, Salt Lake City, Utah. |
| December 2003 | Invited speaker and faculty for Refresher Course "Managing Complications of Central Venous Access", No. 251, Radiological Society of North America 89th Annual Meeting, Chicago, IL. |
| December 2003 | Presiding moderator, scientific session Cardiac (Cardiac CT, MR imaging: Pulmonary Veins) 12/2/03, Radiological Society of North America 89th Annual Meeting, Chicago, IL. |
| March 2004 | Invited speaker, workshop "Inferior Vena Cava Filtration (Hands On)", Society of Interventional Radiology 29th Annual Meeting, Phoenix, AZ. |
| December 2004 | Invited speaker and faculty for Refresher Course "Central Venous Access: Managing Complications and Access Challenges", No. 450, Radiological Society of North America 90th Annual Meeting, Chicago, IL. |
| April 2005 | Invited speaker, workshop "Comprehensive Management of Infrainguinal Occlusive Disease", Society of Interventional Radiology 30th Annual Meeting, New Orleans, LA. |
| December 2005 | Invited speaker and faculty for Refresher Course "Problematic Central Venous Access (Dos and Don'ts)", No. 450, Radiological Society of N. America 91st Annual Meeting, Chicago, IL. |
| April 2006 | Invited speaker, workshop "Comprehensive Management of Infrainguinal Occlusive Disease", Society of Interventional Radiology 31st Annual Meeting, Toronto, Ontario, Canada. |
| December 2006 | Invited speaker and faculty for Refresher Course "Problematic Central Venous Access (Dos and Don'ts)", No. 450, Radiological Society of North America 92nd Annual Meeting, Chicago, IL. |
| March 2007 | Invited speaker, workshop "Endovascular Treatment of Infrainguinal Disease", Society of Interventional Radiology, 32nd Annual Meeting, Seattle, WA. |

| | |
|---|---|
| December 2007 | Invited speaker and faculty for Refresher Course "Problematic Central Venous Access (Dos and Don'ts)", No. 450, Radiological Society of North America 93rd Annual Meeting, Chicago, IL. |
| March 2008 | Invited speaker and faculty, Categorical Course "Case Based Review: Peripheral Arterial Interventions", Society of Interventional Radiology 33rd Annual Meeting, Washington, D.C.. |
| March 2008 | Presiding moderator, Scientific Session #19, Peripheral Arterial Imaging and Intervention, Society of Interventional Radiology 33rd Annual Meeting, Washington, D.C. |
| March 2010 | Coordinator of workshops (two), and faculty speaker, "Inferior Vena Cava Filtration (Hands-On)", Society of Interventional Radiology 35th Annual Meeting, Tampa, FL. |
| March 2011 | Coordinator of workshops (two), and faculty speaker. "Venous Thromboembolic Disease III: Vena Cava Filters (Hands-On), Society of Interventional Radiology 36th Annual Meeting, Chicago, IL. |
| November 2011 | Presiding moderator, Scientific Formal (Paper) Sessions, Vascular/Interventional (Male and Female Pelvis) 11/27/11, E352 Radiological Society of North America 97th Annual Meeting, Chicago, IL. |
| March 2012 | Coordinator of workshops (two), and faculty speaker, "Venous Thromboembolic Disease III: Vena Cava Filters (Hands-On), Society of Interventional Radiology 37th Annual Meeting, San Francisco, CA. |
| April 2013 | Invited speaker and faculty, workshop "Venous Thromboembolic Disease III: IVC Filters (Hands-On)", Society of Interventional Radiology, 38th Annual Meeting, New Orleans, LA. |

## BIBLIOGRAPHY

Original Reports

1.   Casola G, Grassi CJ.  Radiologic-pathologic correlation: Right upper quadrant mass in a 39-year-old woman.  Applied Radiology 1983;12:71-77.

2.   Grassi CJ, Lee RGL, Pezzuti RT, Hill TC, Clouse ME. Accumulation of Ga-67 citrate in an inguinal hernia simulating scrotal pathology.  Clin Nucl Med 1984; 9:111.

3.   Grassi CJ, Alday MR, Costello P, Clouse ME.  Computed tomography appearance of subcutaneous endometrioma.  J Computed Tomog 1985; 9:157-159.

4.   Clouse ME, Harrison DA, Grassi CJ, Costello P, Edwards SA, Wheeler HG.  Lymphangiography, ultrasonography, and computed tomography in Hodgkin's disease and non-Hodgkin's lymphoma. J Computed Tomog 1985; 9:1-8.

5.   Grassi CJ, Lee RG, Hill TC, Clouse ME.  $^{99m}$Tc-sulfur colloid scintigraphy of vascular thrombosis in pancreaticosplenic transplant. Clin Nucl Med 1986; 11:558-559.

6.   Grassi CJ, Boxt LM, Bettmann MA.  Partial splenic embolization for painful splenomegaly. Cardiovasc and Intervent Radiol 1987; 10:291-294.

7.   Reagan K, Bettmann MA, Finkelstein J, Ganz P, Grassi CJ. Double-blind study of a new nonionic contrast agent for cardiac angiography.  Radiology 1988; 167:409-413.

8.   Grassi CJ, Bettmann MA, Rogoff P, Reagan K, Harrington DP. Arteriovenous fistula after Kimray-Greenfield filter placement: Complication and means of prevention.  AJR, 1988; 151:681-682.

9.   Stoll JF, Polak JF, Grassi CJ.  Crohn's disease with massive lower gastrointestinal hemorrhage from multiple bleeding sites: Case report.  Intervent Radiol 1988; 3 (3).

10.   Wilkinson DL, Polak JF, Grassi CJ, Whittemore AD, O'Leary DH.  Pseudoaneurysm of the vertebral artery: Color flow Doppler appearance.  AJR 1988; 151:1051-1052.

11.   Grassi CJ, Bettmann MA, Finkelstein J, Reagan K.  Ioversol: Double-blind study of a new low osmolar agent for peripheral and visceral arteriography.  Invest Radiol 1989; 24:133-137.

12.   Grassi CJ, Goldhaber SZ.  Interruption of the inferior vena cava for prevention of pulmonary embolism: transvenous filter devices.  Herz 1989; 14:182-191.

13.   Grassi CJ. Modified gastrojejunostomy tube:  percutaneous placement for gastric decompression and jejunal feeding. Radiology 1989; 173:875-876.

14.   Belkin M, Donaldson MC, Whittemore AD, Polak JF, Grassi CJ, Harrington DP.  Observations on the use of thrombolytic agents for thrombotic occlusion of infrainguinal vein grafts.  J Vasc Surg 1990; 11:289-294.

15.   Meyerovitz MF, Goldhaber SZ, Reagan K, Polak JF, Grassi CJ, Donovan BC, Bettmann MA, Harrington DP.  Recombinant tissue-type plasminogen activator versus urokinase in peripheral arterial and graft occlusions: a randomized trial. Radiology 1990; 175:75-78.

16.   Janicek M, Grassi CJ, Meyerovitz M, et al.  Atherosclerosis, peripheral arterial disease and the vascular response to Ketanserin.  Invest Radiol 1990; 25:495-503.

17.   Grassi CJ, Bettmann MA.  Effort thrombosis:  role of interventional therapy.  Cardiovasc and Intervent Radiol 1990; 13:317-322.

18.   Grassi CJ, Polak JF.  Axillary and subclavian venous thrombosis: follow-up evaluation with color Doppler flow US and venography.  Radiology 1990; 175:651-654.

19.   Grassi CJ.  Inferior vena caval filters: analysis of five currently available devices. AJR 1991; 156:813-821.

20.   Grassi  CJ, Matsumoto AH, Teitelbaum GP.  Vena caval occlusion after Simon Nitinol filter placement:  MRI demonstration in patients with malignancy.  J Vasc Interv Radiol 1992; 3:535-539.

21.   Chopra PS, Grassi CJ.  Superior mesenteric artery angioplasty with the TEG wire:  usefulness and technical difficulties.  J Vasc Interv Radiol 1992; 3:523-526.

22.   Hunink MG, Donaldson MC, Meyerovitz MF, Polak JF, Whittemore AD, Kandarpa K, Grassi CJ, Aruny J, Harrington DP, Mannick JA.  Risks and benefits of femoropopliteal percutaneous balloon angioplasty.  J Vasc Surg 1993; 17:183-194.

23.   Hagspiel KD, Polak JF, Grassi CJ, Faitelson BB, Kandarpa K, Meyerovitz MF.  Pulmonary embolism:  comparison of cut film and digital angiography. Radiology 1998; 207:139-145.

24.   Saouaf R, Grassi CJ, Hartnell GG, Wheeler H, Suojanen JN.  Complete MR angiography and Doppler ultrasound as the sole imaging modalities prior to carotid endarterectomy.  Clin Radiol 1998; 53; 579-586.

25.   Lee MC, Grassi CJ, Belkin M, Mannick JA, Whittemore AD, Donaldson MC. Early operative intervention after thrombolytic therapy for primary subclavian vein thrombosis: an effective treatment approach.  J Vasc Surg 1998; 27: 1101-8.

26.   Aruny JE, Lewis CA, Cardella JF, Cole PE, Davis A, Drooz, Grassi CJ, et al. Quality improvement guidelines for percutaneous management of the thrombosed or dysfunctional dialysis access.  J Vasc Interv Radiol 1999; 10: 491-498.

27.   Participants in the Vena Caval Filter Consensus Conference (listed alphabetically, Grassi CJ listed 6th).  Recommended Reporting Standards for Vena Caval Filter Placement and Patient Follow-Up. J Vasc Interv Radiol 1999: 10: 1013-1019.

28.   Participants in the Vena Caval Filter Consensus Conference (listed alphabetically, Grassi CJ listed 6th).  Recommended Reporting Standards for Vena Caval Filter Placement and Patient Follow-up. J Vasc Surg 1999: Vol 30, No. 3, *September*.

29.     Grassi CJ, principal author, and members of the CSC Subcommittee.  ACR Standard for the Performance of Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism.  American College of Radiology publication, 2001.

30.     Haskal ZJ, Martin L, Cardella JF, Cole PE, Drooz A, Grassi CJ et al.  Quality Improvement Guidelines for Transjugular Intrahepatic Portosystemic Shunts. J Vasc Interv Radiol 2001: 12, 131-136.

31.     Grassi CJ, Swan TL, Lewis CA and members of the SCVIR Standards of Practice Committee. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism.  J Vasc Interv Radiol 2001; 12(2) 137-41.

32.     Ramchandani P, Cardella JF, Grassi CJ, Roberts AC, Sacks D, Schwartzberg MS et al. Quality Improvement Guidelines for Percutaneous Nephrostomy. J Vasc Interv Radiol 2001; 14(11): 1247-51.

33.     Singh H, Cardella JF, Cole PE, Grassi CJ, McCowan TC, Swan TL et al. Quality improvement guidelines for diagnostic arteriography.  J Vasc Interv Radiol 2002: 13(1): 1-6.

34.     Davison BD, Grassi CJ.  TrapEase inferior vena cava filter placed via the basilic arm vein: a new antecubital access. J Vasc Interv Radiol 2002: 13(1):107-109.

35.     Aruny JE, Lewis CA, Cardella JF, Cole PE, Davis A, Drooz AT, Grassi CJ et al.  Quality Improvement Guidelines for Percutaneous Management of the Thrombosed or Dysfunctional Dialysis Access. J Vasc Interv Radiol 2003: 14(9), Part 2, S247-253.

36.     Haskal ZJ, Martin L, Cardella JF, Cole PE, Drooz AT, Grassi CJ et al.  Quality Improvement Guidelines for Transjugular Intrahepatic Portosystemic Shunts. J Vasc Interv Radiol 2003: 14(9), Part 2, S265-270.

37.     Participants in the Vena Caval Filter Consensus Conference (listed alphabetically, including Grassi, CJ). Recommended Reporting Standards for Vena Caval Filter Placement and Patient Follow-Up.  J Vasc Interv Radiol 2003: 14(9), Part 2, S427-432.

38.     Grassi CJ, Swan TL, Cardella JF, Meranze SG, Oglevie SG, Omary RA et al. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism.  J Vasc Interv Radiol 2003: 14(9), Part 2, S271-275.

39.     Millward SF, Grassi CJ, Kinney TB, Kundu S, Becker GJ, Cardella JF et al.  Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrieval/Optional Filters. J Vasc Interv Radiol 2005: 16, 441-443.

40.     Rajan DK, Patel NH, Valji K, Cardella JF, Bakal C, Brown D, Brountzos E, Clark TWI, Grassi CJ et al. Quality Improvement Guidelines for Percutaneous Management of Acute Limb Ischemia.  J Vasc Interv Radiol 2005: 16, 585-595.

41.     Goldberg SN, Grassi CJ, Cardella JF, Charboneau JW,  Dodd GD III, Dupuy DE et al. Image-guided Tumor Ablation: Standardization of Terminology and Reporting Criteria.  J Vasc Interv Radiol 2005: 16, 765-768.

14

42.   Goldberg SN, Grassi CJ, Cardella JF, Charboneau JW,  Dodd GD III, Dupuy DE et al. Image-guided Tumor Ablation:Standardization of Terminology and Reporting Criteria.  Radiology 2005: 235, 728-739.

43.   Brown DB, Cardella JF, Sacks DS, Goldberg N, Gervais DA, Rajab D, Vedantham S, Miller DL, Brountzos EN, Grassi CJ, and Towbin RB. Quality Improvement Guidelines for Transhepatic Arterial Chemoembolization, Embolization, and Chemotherapeutic Infusion for Hepatic Malignancy.  J Vasc Interv Radiol 2006: 17, 225-232.

44.   Vedantham S, Thorpe PE, Cardella JF, Grassi CJ, Patel NH, Ferral H et al. Quality Improvement Guidelines for the Treatment of Lower Extremity Deep Vein Thrombosis with Use of Endovascular Thrombus Removal. J Vasc Interv Radiol 2006: 17, 435-438.

45.   Vedantham S, Grassi CJ, Ferral H, Patel NH, Thorpe PE, Antonacci VP, et al. Reporting Standards for Endovascular Treatment of Lower Extremity Deep Vein Thrombosis. J Vasc Interv Radiol 2006: 17, 417-434.

46.   Vedantham S, Millward SF, Cardella JF, Hofmann LV, Razavi MK, Grassi CJ, et al. Society of Interventional Radiology Position Statement: Treatment of Acute Iliofemoral Deep vein thrombosis with Use of Adjunctive Catheter-directed Intrathrombus Thrombolysis. J Vasc Interv Radiol 2006: 17, 613-616.

47.   Grassi CJ, principal author, and members of the Standards Committee of the Interventional and Cardiovascular Commission.  ACR Practice Guidelines for Informed Consent for Image-Guided Procedures.  American College of Radiology publication, 2006.

48.   Clark T, Millward S, Gervais DA, Goldberg SN, Grassi CJ, Kinney TB, et al.  Reporting Standards for Percutaneous Thermal Ablation of Renal Cell Carcinoma. J Vasc Interv Radiol 2006: 17, 1563-1570.

49.   Bertino RE, Grassi CJ, Bluth EI, Cardella JF, Frates M, Gooding G et al.  Practice Guidelines for the Performance of Physiologic Evaluation of Extremity Arteries.  J Vasc Interv Radiol 2007:18, 1203-1206.

50.   Angle JF, Nemcek AA, Cohen AM, Miller DL, Grassi CJ, D'Agostino HR, et al.  Quality Improvement Guidelines for Preventing Wrong Site, Wrong Procedure, and Wrong Person Errors: Application of the Joint Commission "Universal Protocol for Preventing Wrong Site, Wrong Procedure, Wrong Person Surgery" to the Practice of Interventional Radiology.  J Vasc Interv Radiol 2008: 19, 1145-1151.

51.   Stalter JD, Towbin RB, Ronsivalle JA, Oteham A, Miller DL, Grassi CJ, et al.  Recommendations for the Implementation of Joint Commission Guidelines for Labeling Medications.  J Vasc Interv Radiol 2008: 19, 1531-1535.

52.   Malloy PC, Grassi CJ, Kundu S, Gervais DA, Miller DL, Osnis RB, et al.  Consensus Guidelines for Periprocedural Management of Coagulation Status and Homeostasis Risk in Percutaneous Image-guided Interventions. J Vasc Interv Radiol 2009: 20, S240-S249.

53.     Goldberg SN, Grassi CJ, Cardella JF, Charboneau JW,  Dodd GD III, Dupuy DE et al. Image-guided
        Tumor Ablation: Standardization of Terminology and Reporting Criteria. J Vasc Interv Radiol 2009:
        20, S377-S390. [Update and revision article]

54.     Brown DB, Cardella JF, Sacks D, Goldberg SN, Gervais DA, Rajan DK, Vedantham S, Miller DL,
        Brountzos EN, Grassi CJ, Towbin RB; SIR Standards of Practice Committee, Angle JF, Balter S,
        Clark TW, Cole PE, Drescher P, Freeman NJ, Georgia JD, Haskal Z, Hovsepian DM, Kilnani NM,
        Kundu S, Malloy PC, Martin LG, McGraw JK, Meranze SG, Meyers PM, Millward SF, Murphy K,
        Neithamer CD Jr, Omary RA, Patel NH, Roberts AC, Schwartzberg MS, Siskin GP, Smouse HR,
        Swan TL, Thorpe PE, Vesely TM, Wagner LK, Wiechmann BN, Bakal CW, Lewis CA, Nemcek AA
        Jr, Rholl KS.  Quality improvement guidelines for transhepatic arterial chemoembolization,
        embolization, and chemotherapeutic infusion for hepatic malignancy. J Vasc Interv Radiol. 2009
        Jul;20 (7 Suppl):S219-S226.

55.     Vedantham S, Thorpe PE, Cardella JF, Grassi CJ, Patel NH, Ferral H, Hofmann LV, Janne d'Othée
        BM, Antonaci VP, Brountzos EN, Brown DB, Martin LG, Matsumoto AH, Meranze SG, Miller DL,
        Millward SF, Min RJ, Neithamer CD Jr, Rajan DK, Rholl KS, Schwartzberg MS, Swan TL, Towbin
        RB, Wiechmann BN, Sacks D; CIRSE and SIR Standards of Practice Committees.  Quality
        improvement guidelines for the treatment of lower extremity deep vein thrombosis with use of
        endovascular thrombus removal.  J Vasc Interv Radiol. 2009 Jul;20 (7 Suppl):S227-39.

56.     Kundu S, Grassi CJ, Khilnani NM, Fanelli F, Kalva SP, Khan AA, McGraw JK, Maynar M,
        Millward SF, Owens CA, Stokes LS,  Wallace MJ, Zuckerman DA, Cardella JF, Min RJ;
        Cardiovascular Interventional Radiological Society of Europe, American College of
        Phlebology, and Society of Interventional Radiology Standards of Practice Committees.
        Multidisciplinary quality improvement guidelines for the treatment of lower extremity
        superficial venous insufficiency with ambulatory phlebectomy from the Society of
        Interventional Radiology, Cardiovascular Interventional Radiological Society of Europe,
        American College of Phlebology and Canadian Interventional Radiology Association. J Vasc
        Interv Radiol. 2010 Jan; 21(1); 1-13.

57.     Khilnani NM, Grassi CJ, Kundu S, D'Agostino HR, Khan AA, McGraw JK, Miller DL,
        Millward SF, Osnis RB, Postoak D, Saiter CK, Schwartzberg MS, Swan TL, Vedantham S,
        Wiechmann BN, Crocetti L, Cardella JF, Min RJ; Cardiovascular Interventional Radiological
        Society of Europe, American College of Phlebology, and Society of Interventional Radiology
        Standards of Practice Committees.  Multi-society consensus quality improvement guidelines for
        the treatment of lower-extremity superficial venous insufficiency with endovenous thermal
        ablation from the Society of Interventional Radiology, Cardiovascular Interventional
        Radiological Society of Europe, American College of Phlebology and Canadian Interventional
        Radiology Association.  J Vasc Interv Radiol. 2010 Jan; 21(1):14-31.

58.     Heran MK, Marshalleck F, Temple M, Grassi CJ, Connolly B, Towbin RB, Baskin KM, Dubois
        J, Hogan MJ, Kundu S, Miller DL, Roebuck DJ, Rose SC, Sacks D, Sidhu M, Wallace MJ,
        Zuckerman DA, Cardella JF; Society of Interventional Radiology Standards of Practice
        Committee; Society of Pediatric Radiology Interventional Radiology Committee. Joint quality
        improvement guidelines for pediatric arterial access and arteriography; from the Societies of
        Interventional Radiology and Pediatric Radiology. Pediatr Radiol. 2010 Feb; 40(2):237-50.

59.     Wallace MJ, Chin KW, Fletcher TB, Bakal CW, Cardella JF, Grassi CJ, Grizzard JD, Kaye AD, Kushner DC, Larson PA, Liebscher LA, Luers PR, Mauro MA, Kundu S; Society of Interventional Radiology (SIR).  Quality Improvement guidelines for percutaneous drainage/aspiration of abscess and fluid collections.  J Vasc Interv Radiol. 2010 Apr; 21(4) : 431-5.

Reviews / Book Chapters / Editorials

1.      Grassi CJ.  Transcatheter embolization.  In: Kandarpa et al. Handbook of Cardiovascular and Interventional Radiologic Procedures.  Boston: Little, Brown and Co. 1989.

2.      Goldhaber SZ, Grassi CJ.  Management of pulmonary embolism. In:  Sabiston et al.  Supplement to Textbook of Surgery. Philadelphia:  W.B. Saunder Co., 1990.

3.      Grassi CJ.  Book review of Interventional Cardiology:  Future Directions, edited by Vogel J and King S.  NEJM 1990; 322 (13):938-939.

4.      Grassi CJ.  Book review of Interventional Radiology,  edited by Dondelinger et al. .  NEJM 1991; 324 (21):1520.

5.      Harrington DP, Grassi CJ:  Principles of Angioplasty and Laser Therapy.  In:  Loscalzo et al. Vascular Medicine.  Boston:  Little, Brown and Company, 1992.

6.      Grassi CJ.  Inferior vena caval interruption.  In:  Goldhaber SZ, Prevention of Venous Thromboembolism.  New York:  Marcel Dekker, Inc., 1993.

7.      Grassi CJ.  Inferior Vena Caval Filters: Percutaneous Use and Types. In: Taveras et al.  Radiology: Diagnosis-Imaging-Intervention.  Philadelphia: J.B. Lippincott Company, 1994.

8.      Grassi CJ.  Percutaneous Placement of Inferior Vena Cava Filters.  In: Kandarpa K and Aruny JE, ed. Handbook of Interventional Radiologic Procedures.  2nd ed. Boston: Little, Brown & Co., 1996.

9.      Grassi CJ, Aruny JE. Transcatheter arterial embolization.  In: Kandarpa K and Aruny JE, ed. Handbook of Interventional Radiologic Procedures.  2nd ed. Boston: Little, Brown & Co., 1996.

10.     Abrams HL, Grassi CJ.  Renal arteriography in hypertension.  In: Baum S, Pentecost M, eds. Abrams' Angiography.  4th ed. Boston:  Little, Brown and Company, 1997.

11.     Abrams HL, Grassi CJ.  Renal tumor vs. renal cyst.  In: Baum S, Pentecost M, eds.  Abrams' Angiography.  4th ed. Boston:  Little, Brown and Company, 1997.

12.     Grassi CJ.  Is the future of magnetic resonance angiography "covered"?  In American Heart Council Newsletter for Cardiovascular Radiology, Spring 1996, page 5.

13.     Grassi CJ.  MR angiography, scanner, and physician accreditation by insurers: Will MRA be performed by cardiovascular radiologists?  In American Heart Council Newsletter for Cardiovascular Radiology, Fall 1996, pgs. 4-5.

14.     Grassi CJ. Urokinase for thrombolysis: when, or will it again be available? In American Heart Association Newsletter for Cardiovascular Radiology, Fall 1999, pgs. 8-9.

## Book Chapters, Monographs

1.     Grassi CJ. Aortoiliac bifurcation stenosis. In Kaufman et al., eds. SCVIR syllabus on Noninvasive Vascular Imaging with ultrasound, computed tomography and magnetic resonance. Published by the Society of Cardiovascular & Interventional Radiology, 1997.

2.     Grassi CJ, Gates J. Thrombosis of inferior vena cava filters. In Kaufman et al., eds. SCVIR syllabus on Noninvasive Vascular Imaging with ultrasound, computed tomography and magnetic resonance. Published by the SCVIR, 1997.

3.     Grassi, CJ. Cold foot following trauma. In Brown et al, eds. SIR 2008 Case-Based Review Monograph for Categorical Courses presented at the 2008 Annual Scientific Meeting. Published by the Society of Interventional Radiology, 2008.

## Audiovisual Computer-based Presentation

1.     Chopra PS, Kandarpa K, Singer SJ, Grassi CJ, Siemens S, Harrington DP. Computerized database for quality assurance in Cardiovascular and Interventional Radiology. Scientific exhibit, RSNA 1989 Cum laude award.

## Patents

Percutaneous DL gastrojejunostomy tube, U.S. Patent #5,078,701