AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Linda Ritts | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-02853 |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Linda Ritts                                                                                                                      .

Date:   08/25/2017                                         /s/ Peter E. Goss
                                                    *Attorney's signature*

                                         Peter E. Goss (Missouri Bar No. 57933)
                                             *Printed name and bar number*

                                                The Goss Law Firm, P.C.
                                              4510 Belleview, Suite 201
                                                Kansas City, MO 64111

                                                         *Address*

                                              pgoss@goss-lawfirm.com
                                                    *E-mail address*

                                                    (816) 336-1300
                                                  *Telephone number*

                                                    (816) 336-1310
                                                    *FAX number*