# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION            No. 2:15-md-15-02641-DGC
_____

**This Document Relates to Plaintiff(s)**

Civil Action No. 2:17-cv-01950-DGC
Elizabeth Pelis

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 25th day of August, 2017.


By: /s/*David P. Matthews*            By: /s/ *Richard North*
David P. Matthews                     Richard North
MATTHEWS & ASSOCIATES                 NELSON MULLINS RILEY &
2905 Sackett Street                   SCARBOROUGH LLP
Houston, TX 77098                     201 17TH Street, NW, Suite 1700
Telephone: (713) 522-5250             Atlanta, GA 30363
Facsimile (713) 535-7184              Telephone: (404) 322-6000
dmatthews@thematthewslawfirm.com      Facsimile: (404) 332-6397
matthewsivc@thematthewslawfirm.com    richard.north@nelsonmullins.com
                                      *Attorneys for Defendants C.R. Bard, Inc., and*
                                      *Bard Peripheral Vascular, Inc.*


FREESE & GOSS, PLLC
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Avenue N., Suite 3120
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this 25th day of August, 2017, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                */s/ David P. Matthews*
                                                David P. Matthews