IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-md-15-02641-DGC |
| This Document Relates to Plaintiff(s)<br><br>Civil Action No. 2:17-cv-01950-DGC<br>Elizabeth Pelis | ORDER DISMISSING CLAIMS<br>OF ELIZABETH PELIS<br>WITHOUT PREJUDICE |

**ORDER**

Considering the parties' Stipulation of Dismissal without Prejudice of Doris Frain,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Elizabeth Pelis against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-01950-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this ____ day of August, 2017.

                                                                          HONORABLE DAVID G. CAMPBELL
                                                                          Judge, United States District Court