# EXHIBIT I

MEANSNO, CLOSED

# U.S. Bankruptcy Court
## District of Nebraska (Lincoln Office)
## Bankruptcy Petition #: 13-40196-TLS

|  |  |
|---|---|
| | *Date filed:* 02/05/2013 |
| *Assigned to:* Chief Judge Thomas L. Saladino | *Date terminated:* 06/10/2013 |
| Chapter 7 | *Debtor discharged:* 06/03/2013 |
| Voluntary | *341 meeting:* 03/28/2013 |
| No asset | *Deadline for objecting to discharge:* 05/27/2013 |

*Debtor disposition:* Standard Discharge

| **Debtor** | represented by **David P. Thompson** |
|---|---|
| **Carol D. Kruse** | Thompson Law |
| 1046 New Hampshire | Windsor Place |
| Lincoln, NE 68508 | 330 South 10th Street, Suite 220 |
| LANCASTER-NE | Lincoln, NE 68508 |
| SSN / ITIN: xxx-xx-8956 | (402) 474-0374 |
| | Fax : (402) 474-0375 |
| | Email: thompsonlaw@windstream.net |

**Trustee**
**Joseph H. Badami**
Chapter 7 Trustee
301 South 13th Street
Suite 500
Lincoln, NE 68508
(402) 437-8500

**U.S. Trustee**
**Patricia Fahey**
U.S. Trustee's Office
111 So 18th Plz
Suite 1148
Omaha, NE 68102

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 02/05/2013 | 1 (38 pgs) | Chapter 7 Voluntary Petition, Schedules A-J & Statement of Financial Affairs. $ 0.00 (Fee Collected) filed by David P. Thompson of Thompson Law on behalf of Carol D. Kruse. (Thompson, David) (Entered: 02/05/2013) |
| 02/05/2013 | 2 | |

|  |  |  |
|---|---|---|
|  |  | Attorney's Internet Payment of Bankruptcy Case Filing . Fee Amount $ 306 Filed by David P. Thompson on behalf of Carol D. Kruse. (Thompson, David) (Entered: 02/05/2013) |
| 02/05/2013 | 3 | Receipt of Attorney Payment through Internet(13-40196) [misc,payment] ( 306.00) filing fee. Receipt number 5350968, amount $ 306.00. (U.S. Treasury) (Entered: 02/05/2013) |
| 02/05/2013 | 4 (1 pg) | Certificate of Credit Counseling (Caseupload) Filed by David P. Thompson on behalf of Carol D. Kruse. (Thompson, David) (Entered: 02/05/2013) |
| 02/06/2013 | 5 (3 pgs) | Meeting of Creditors & Notice of Appointment of Interim Trustee Joseph H. Badami, with 341(a) meeting to be held on 03/28/2013 at 10:30 AM at Lincoln's 341 Meeting Room. Objections to Discharge due by 05/27/2013. (Entered: 02/06/2013) |
| 02/08/2013 | 6 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)5 Meeting of Creditors (Chapter 7)). Notice Date 02/08/2013. (Admin.) (Entered: 02/08/2013) |
| 04/01/2013 | 7 | Chapter 7 Trustee's Report of No Distribution: I, Joseph H. Badami, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. THE 341 MEETING OF CREDITORS HAS BEEN HELD. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 1437.03, Assets Exempt: $ 3090.00, Claims Scheduled: $ 36067.44, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 36067.44. (Badami, Joseph) (Entered: 04/01/2013) |
| 04/08/2013 | 8 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (ADIclerk) (Entered: 04/08/2013) |

| 04/09/2013 | 9 (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management Filed by David P. Thompson on behalf of Carol D. Kruse. (Thompson, David) (Entered: 04/09/2013) |
| 04/10/2013 | 10 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s)8 Notice of Requirement for Financial Management Course). Notice Date 04/10/2013. (Admin.) (Entered: 04/10/2013) |
| 06/03/2013 | 11 (2 pgs) | Discharge of Debtor (Admin.) (Entered: 06/03/2013) |
| 06/06/2013 | 12 (4 pgs) | BNC Certificate of Mailing - Order of Discharge. (RE: related document(s)11 Discharge of Debtor). Notice Date 06/06/2013. (Admin.) (Entered: 06/06/2013) |
| 06/10/2013 | 13 | Bankruptcy Case Closed. The estate of the above named debtor has been fully administered. IT IS ORDERED that the report/accounts of the trustee are hereby approved; the trustee is discharged as trustee of this estate; and that the trustee's bond is canceled. (TEXT ONLY) (Admin.) (Entered: 06/10/2013) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/28/2017 08:16:19 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 00389/08373-mb13 |
| **Description:** | Docket Report | **Search Criteria:** | 13-40196-TLS Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |