James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Elizabeth C. Helm (admitted *pro hac vice*)
Georgia Bar No. 289930
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com
Kate.Helm@nelsonmullins.com

*Attorneys for Defendant C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING REDACTED SEPARATE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PREEMPTION** |

COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and file the following redacted Defendants' Separate Statement of Facts in Support of Their Motion for Summary Judgment Regarding (Dkt. 5396).  This document was previously filed under seal (Dkt. 5398) and is the subject of Bard's Amended Motion to Seal (Dkt. 5401). Defendants are no longer seeking that this document be sealed and files it with the Court.


This 28th day of August, 2017.

                              s/Elizabeth C. Helm
                              Richard B. North, Jr.
                              Georgia Bar No. 545599
                              Matthew B. Lerner
                              Georgia Bar No. 446986
                              Elizabeth C. Helm
                              Georgia Bar No. 289930
                              NELSON MULLINS RILEY & SCARBOROUGH, LLP
                              Atlantic Station
                              201 17th Street, NW / Suite 1700
                              Atlanta, GA  30363
                              PH: (404) 322-6000
                              FX: (404) 322-6050
                              Kate.Helm@nelsonmullins.com

**Attorneys for Defendant C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                               s/Elizabeth C. Helm
                                                               Elizabeth C. Helm
                                                               Georgia Bar No. 289930
                                                               NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                                               Atlantic Station
                                                               201 17th Street, NW / Suite 1700
                                                               Atlanta, GA  30363
                                                               PH: (404) 322-6000
                                                               FX: (404) 322-6050
                                                               Kate.Helm@nelsonmullins.com