IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

The parties have filed and are briefing a number of motions in limine and motions for summary judgment. In an effort to assist in the Court in reviewing this briefing, the Court provides the following instructions for copies of briefing to be provided to chambers.

1. The party filing a motion shall provide the Court a copy of the motion showing the CM/ECF header on each page (with the case number, docket number, etc.). The party shall include the most pertinent exhibits to the motion, unredacted. The motions and exhibits shall each be placed in **black** three-ring notebook(s) with the exhibits tabbed. Each notebook shall be clearly labeled on the spine of the notebook with the name and ECF document number of the motion. The label shall also identify the exhibits contained in the notebook.

2. The party responding to the motion shall provide the Court a copy of the response showing the CM/ECF header on each page (with the case number, docket number, etc.). The party shall include the most pertinent exhibits to the response, unredacted. The responses and exhibits shall each be placed in **white** three-ring notebook(s) with exhibits tabbed. Each notebook shall be clearly labeled on the spine of the notebook with the name and ECF document number *of the motion* to which the

response is responding, as well as the ECF number of the response. The label shall also identify the exhibits contained in the notebook.

3. If there are replies to the motions, the party filing the reply shall follow the same instructions as contained in No. 1 above. The spine of the binder containing the reply and any pertinent exhibits shall clearly identify the ECF document number of the motion the reply supports, as well as the ECF number of the reply.

4. If any party files supplemental documents of any kind (they are not encouraged), the supplemental documents shall be contained in three-ring notebooks in the corresponding color to the motion, response, or reply it is supplementing, and shall be clearly labeled and identified as indicated above.

Notebooks for already-filed motions, responses, and replies shall be delivered to the Court by **September 8, 2015**. Further binders shall be delivered no later than 5 days after the filing of the motion, response, or reply.

Dated this 28th day of August, 2017.

_____
David G. Campbell
United States District Judge