James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BARD'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF CAROL KRUSE'S CLAIMS** |
| CAROL KRUSE, an individual,<br><br>Plaintiff,<br>v.<br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br>Defendants. | (Assigned to the Honorable David G. Campbell) |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to the Stipulated Protective Order (Doc. 269) and Local Civil Rule 5.6, file this Notice of Lodging Under Seal certain exhibits attached in support of Bard's Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims. These exhibits—as well as portions of Bard's Separate Statement of Facts that quote, reference, or characterize them (which Bard is lodging in redacted form)—contain Plaintiff's personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order. Defendants have notified Plaintiff of their intent to file this Notice of Lodging. Because the documents lodged under seal and materials lodged redacted only relate to Plaintiff's personal healthcare information, Defendants note that it is Plaintiff's burden to file a motion to seal. A list of the exhibits lodged under seal, and a list of materials lodged redacted, are attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 28th day of August, 2017.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on this 28th day of August 2017, the foregoing was

4    electronically filed with the Clerk of Court using the CM/ECF system which will

5    automatically send email notification of such filing to all attorneys of record.

6

7                                          s/Richard B. North, Jr.
                                           Richard B. North, Jr.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**DOCUMENTS LODGED UNDER SEAL**

Defendants request they be permitted to lodge under seal the following documents in support of their Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims:

| | |
|---|---|
| Exhibit A: | Excerpts of Plaintiff Carol Kruse's Fourth Supplemental Plaintiff Fact Sheet |
| Exhibit C: | Selected Medical Records of Plaintiff Carol Kruse |
| Exhibit D: | Excerpts from April 4, 2017 Deposition of Dr. Shanon Smith |
| Exhibit E: | Excerpts from February 20, 2017 Deposition of Plaintiff Carol Kruse |
| Exhibit F: | Excerpts from July 21, 2017 Deposition of Dr. Darren Hurst |

**DOCUMENTS PROPOSED TO BE LODGED REDACTED**

Defendants request they be permitted to lodge redacted portions of the following documents:

Defendant's Separate Statement of Facts in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims

Nelson Mullins Riley & Scarborough
LLP
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- 4 -