# Exhibit F

 

Deposition of:
# Robert McMeeking, Ph.D.

*July 19, 2016*

In the Matter of:

# Clare Austin vs. C.R. Bard

Tiffany Alley, A Veritext Company
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-ga@veritext.com | 770.343.9696

Page 133

1  fracture.
2     Q   So there's a lot of different combinations --
3     A   Yes.
4     Q   -- that could happen -- that could come
5  together in a perfect storm to either cause a           12:27:19
6  complication, yes?
7     A   I wouldn't call it a perfect storm.  I would
8  say that there are circumstances that can come
9  together and --
10        MR. O'CONNOR:  Belated objection to the form     12:27:26
11 of the question.
12        THE WITNESS:  -- and that a design of a
13 filter should be such that it minimizes the -- the
14 impact of those combinations to a very significant
15 extent so that the fracture is almost -- is almost      12:27:42
16 eliminated completely from the performance of the
17 filter.
18 BY MS. DALY:
19    Q   Okay.  And it has never been your opinion,
20 has it, that an IVC filter can be designed that is      12:27:52
21 absolutely complication free?
22        MR. O'CONNOR:  Object to the form of the
23 question.
24        THE WITNESS:  I've not -- if I did -- if I
25 expressed that opinion in the past, I have changed      12:28:10

Case 2:15-md-02641-DGC   Document 7352-2   Filed 08/28/17   Page 4 of 4

Robert McMeeking, Ph.D.                           July 19, 2016
Clare Austin vs. C.R. Bard

Page 134

1   my opinion.
2   BY MS. DALY:
3       Q   Okay.  What is your opinion?
4       A   Because my thinking is that you can design a
5   vena cava filter that eliminates the kind of                12:28:19
6   complications we are talking about, such as tilt,
7   such as fracture, such as migration.
8       Q   And as far as you know, nobody has developed
9   that filter yet; true?
10      A   Well, certainly the one I've --                      12:28:35
11          MR. O'CONNOR:  Form and foundation.
12          THE WITNESS:  -- the one I've thought up, no,
13  I haven't seen it.
14  BY MS. DALY:
15      Q   And nobody has created an IVC filter that is        12:28:41
16  complication free, have they?  No company?
17          MR. O'CONNOR:  Form and foundation.
18          THE WITNESS:  I'm not sure.  I don't -- I
19  don't have the data.
20  BY MS. DALY:                                                 12:28:52
21      Q   Have --
22      A   But -- but there are filters which have less
23  complications in regard to fracture, tilt and
24  migration, such as the Simon Nitinol filter.
25      Q   And what is that based on, that you say that       12:29:04