# Exhibit G

In The Matter Of:

## *Ebert vs. C.R. Bard*

---

## *Robert McMeeking, Ph.D.*

April 22, 2014

---

## Tiffany Alley Global Reporting & Video

730 Peachtree Street NE

Suite 470

Atlanta, GA 30308

770.343.9696

www.tiffanyalley.com



```
 1              MR. BUTTON:  Objection.  Form.

 2              MS. DALY:  Q.  Meaning medical condition, a

 3   medical event, that may have occurred to a patient

 4   from having an implantable device.

 5              MR. BUTTON:  Objection.  Form.

 6              THE WITNESS:  The device usually -- let me talk

 7   about heart valves.  They have -- I'm not answering your

 8   question.  Sorry.

 9              MS. DALY:  Q.  The question is, are you

10   aware of any implantable medical device that is a

11   hundred percent complication free?

12              MR. BUTTON:  Objection.  Form.

13              THE WITNESS:  No, I'm not.

14              MS. DALY:  Q.  Okay.  And --

15         A.  But may I qualify that answer?

16         Q.  Yes.

17         A.  That the complications, in some cases, are

18   relatively small.

19         Q.  Sure.

20         A.  In other words, there is a minor effect on the

21   physiological functioning of the patient, which has

22   little impact on the individual's health or well-being.

23         Q.  For example, do you know from the medical

24   literature that the vast majority of fractures have no

25   clinical significance to the patient?
```