James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DECLARATION OF ELIZABETH C. HELM IN SUPPORT OF DEFENDANTS' MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION**<br><br>(Assigned to the Honorable David G. Campbell) |

I, Elizabeth C. ("Kate") Helm, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 21 and am a resident of the state of Georgia. I have personal knowledge of the facts and circumstances set forth in this Declaration and, if

called upon to do so, I could and would competently testify thereto.

2. I am a lawyer licensed to practice in the State of Georgia. I am a partner at Nelson Mullins Riley & Scarborough, LLP, and I am one of the lawyers representing C.R. Bard, Inc. and Bard Peripheral Vascular (collectively "Bard") in the Bard IVC Filters Products Liability Litigation.

3. I am the lawyer for Bard who has participated in the meet and confer process with plaintiffs' counsel regarding plaintiffs' challenges to the Bard privilege logs and in the redactions of the documents now filed redacted.

4. During the numerous meet-and-confer sessions regarding Bard's Motion to Seal documents filed in support of Bard's Motion for Summary regarding Preemption, the parties agreed to the redaction of email addresses, phone numbers and shipping account numbers and informed the Court of that agreement on July 25, 2017. The redactions on the documents identified on Exhibit "A" are the reflecting those agreed redactions. No substantive information was redacted.

5. During the numerous meet-and-confer sessions regarding Bard's Motion to Seal documents filed in support of Bard's Motion for Summary regarding Preemption, the parties agreed to the redactions on Exhibit "A" to the Declaration of Robert Carr. Those redactions are information that was redacted when the same documents were produced by FDA in response to a FOIA request. I was responsible for supervising the redaction process. Bard did not make any further redactions to those documents other than the ones made by FDA.

6. The redacted information in the documents identified on Exhibit "B" contains patient and medical information on patients involved in a clinical study. Plaintiffs have taken the position in this litigation that this type of information is protected.

7. Bard has now filed the documents filed in support of its Motion for Summary Judgment Regarding Preemption. The only exception is the documents identified on Exhibit "C." During the meet and confer process, Bard learned that those documents were produced by FDA pursuant to a FOIA request, but were not properly

redacted when produced by FDA. Our office contacted both FDA and FOIA, and the redaction error was confirmed. Bard has made a new FOIA request for the documents. I informed Plaintiffs' counsel of this, and we jointly informed the Court on July 25, 2017 that the parties agree that those documents will remain under seal until Bard receives the response to the FOIA request and can redact the documents as they are redacted by FDA.

Executed on this 28th day of August, 2017.

*Elizabeth C. Helm*
Elizabeth C. Helm

# Exhibit A

**Documents containing agreed redactions only**

A.  Exhibits to Exhibit A Declaration of Robert Carr In Support of Defendants' Motion for Summary Judgment Regarding Preemption.

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 20. | 07/23/2003 | BPV-17-01-00054109 through 54110 | Letter BPV to FDA re Recovery Retrievable (K031328) |
| 24. | 09/17/2004 | BPV-17-01-00097745 through 97746 | FDA Contact Report re Recovery IFU and DDL |
| 32. | 01/10/2005 | BPV-17-01-00043382 through 43402 | Conference FDA and BPV re DDL and Recovery Retrievable (K031328) |
| 53. | 05/27/2005 | BPVE-01-00034167 through 34168 | Conference FDA and BPV re Modified Recovery (K050558) |
| 73. | 10/03/2005 | BPV-17-01-00122845 through 122932 | Letter BPV to FDA re G2 Everest Study (G051034) and Conditional Approval |
| 76. | 12/02/2005 | BPV-17-01-00123040 through 123067 | Letter BPV to FDA re G2 Everest Study (G051304) Notice of IDE Change |
| 77. | 06/21/2006 | BPV-17-01-00123153 through 123175 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 81. | 12/08/2006 | BPV-17-01-00123233 through 123249 | Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement |
| 93. | 10/14/2005 | BPV-17-01-00125804 through 125805 | Email FDA to BPV re G2 Filter - Jugular Subclavian Delivery Kit (K052578) |
| 116. | 09/04/2008 | BPV-17-01-00131294 through 131295 | Email FDA to BPV re FDA AI Demand re G2X (K082305) |

B.  Exhibits to Exhibit B Declaration of John D. Van Vleet In Support of Defendants' Motion for Summary Judgment Regarding Preemption.

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 28. | 06/27/2011 | BPVEFILTER-01-01156092 through 1156185 | Email from custodial file of Joni Creal with Appendix 14 Part A |
| 29. | 06/27/2011 | BPVEFILTER-35-00027113 through 27173 | Email from custodial file of Joni Creal with Appendix 14 Part B |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

# Exhibit B

## Documents Containing Patient Information

A. Exhibits to Exhibit A Declaration of Robert Carr In Support of Defendants' Motion for Summary Judgment Regarding Preemption.

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 78. | 06/21/2006 | BPV-17-01-00123183 through 123210 | Letter BPV to FDA re G2 Everest Study (G051304) |
| 82. | 02/02/2007 | BPV-17-01-00123269 through 123351 | Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report |
| 83. | 08/23/2007 | BPV-17-01-00123427 through 123474 | Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report |

# Exhibit C

## Documents to Remain Under Seal

A. **Exhibits to Exhibit B Declaration of John D. Van Vleet In Support of Defendants' Motion for Summary Judgment Regarding Preemption.**

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 37. | 08/14/2009 | BPV-17-01-00171823 through 171824 | FDA Contact Report (Eclipse and Platinum Pre IDE) |
| 38. | 03/19/2010 | BPVEFILTER-01-01138499 through 1138571 | Email to FDA enclosing Denali Pre-IDE |
| 40. | 05/05/2010 | BPV-17-01-00171868 through 171871 | (Denali Pre IDE) |
| 41. | 05/13/2010 | BPVEFILTER-01-01110191 through 1110196 | Email and meeting minutes re Denali Pre-IDE |
| 42. | 05/20/2010 | BPV-17-01-00171865 through 171867 | (Denali Pre IDE) |
| 46. | 02/01/2011 | BPVEFILTER-01-00367553 through 367563 | FDA Conditional Approval of IDE with 31 questions |
| 48. | 02/16/2011 | BPV-17-01-00230270 through 230281 | BPV IDE Supplement #1 |
| 49. | 02/16/2011 | BPV-17-01-00230123 through 230269 | BPV IDE Supplement #1 appendices |
| 52. | 03/16/2011 | BPVEFILTER-01-01141999 through 1142002 | Email confirming FDA re biocompatibility |
| 53. | 03/17/2011 | BPV-17-01-00231740 through 231741 | FDA letter with conditional approval of IDE |
| 56. | 09/09/2011 | BPV-17-01-00231734 through 231736 | FDA letter conditional approval of IDE |
| 58. | 11/03/2011 | BPVEFILTER-01-01153526 through 1153528 | Letter from FDA requesting more info |
| 60. | 01/31/2012 | BPV-17-01-00230629 through 230644 | IDE Annual Report |
| 61. | 11/13/2012 | BPV-17-01-00230655 through 230749 | BPV 13th IDE Supplement. |
| 62. | 12/04/2012 | BPVEFILTER-01-01170973 through 1170977 | Email and attachment to FDA responding to informal questions |
| 63. | 12/14/2012 | BPV-17-01-00231742 through 231746 | FDA Letter approving IDE change. |

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

| Ex. No. | Date | Bates No. | Description |
|---|---|---|---|
| 64. | 01/10/2013 | BPV-17-01-00230832 through 230904 | BPV Annual IDE Report. |
| 65. | 02/07/2013 | BPV-17-01-00231737 through 231739 | FDA Letter with questions re IDE annual report |
| 67. | 03/01/2013 | BPV-17-01-00230755 through 230831 | BPV response to FDA questions re annual IDE report |
| 68. | 03/14/2013 | BPV-17-01-00230014 through 230021 | Emails with FDA re Denali 510(k) |
| 69. | 04/06/2013 | BPV-17-01-00229495 through 229498 | Email from FDA requesting additional information |
| 70. | 04/15/2013 | BPV-17-01-00229652 through 229767 | Email to FDA responding to questions |
| 71. | 04/15/2013 | BPV-17-01-00229894 through 229998 | Email to FDA responding to questions |
| 72. | 04/24/2013 | BPV-17-01-00229624 through 229651 | Email to FDA responding to questions |
| 73. | 05/06/2013 | BPV-17-01-00229784 through 229799 | Email to FDA responding to questions |
| 74. | 05/06/2013 | BPV-17-01-00229537 through 229613 | Email to FDA responding to questions |
| 75. | 05/08/2013 | BPV-17-01-00229823 through 229838 | Email to FDA with redlined IFU |
| 76. | 05/10/2013 | BPV-17-01-00229493 through 229494 | FDA email to BPV re revised IFU |
| 77. | 05/10/2013 | BPV-17-01-00229854 through 229868 | Email to FDA with revised 510(k) summary |
| 80. | 01/30/2014 | BPV-17-01-00230921 through 230999 | BPV IDE Annual Report |
| 81. | 11/07/2014 | BPV-17-01-00217322 through 217528 | Denali Special 510(k) (K143208) |
| 83. | 01/30/2015 | BPV-17-01-00231017 through 231170 | BPV Annual IDE Report |
| 84. | 01/29/2016 | BPV-17-01-00231188 through 231623 | BPV IDE Final Annual Report |
| 85. | 02/16/2016 | BPV-17-01-00231748 through 231749 | FDA email re final IDE and annual report |
| 86. | 02/18/2016 | BPV-17-01-00231751 through 231756 | BPV email responding to questions of Feb. 16 |
| 87. | 02/26/2016 | BPV-17-01-00231750 | FDA letter closing Denali IDE |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000