IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Second Amended Motion and Incorporated Memorandum to Seal, and for other good cause shown, the Motion is hereby granted, and the documents filed redacted by Bard in support of its Motion for Summary Judgment Regarding Preemption are hereby sealed.