IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No. MDL15-2641-PHX DGC

_____

This Document Relates to Plaintiff(s)           ORDER

No. **CV**17-1950-PHX DGC
Elizabeth Pelis

_____

Considering the parties' Stipulation of Dismissal without Prejudice of Elizabeth Pelis.  Doc. 7328.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the stipulation of dismissal without prejudice of Elizabeth Pelis (Doc. 7328) is **granted.**  All claims of Plaintiff Elizabeth Pelis against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-01950-PHX DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 28th day of August, 2017.

_____
David G. Campbell
United States District Judge