# Exhibit D

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF ARIZONA
 3    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4
      In Re Bard IVC Filters Products
 5    Liability Litigation
 6                        No. MD-15-02641-PHX-DGC
 7
 8
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 9
10       DO NOT DISCLOSE - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
11
        VIDEOTAPED DEPOSITION OF MATTHEW P. FERMANICH
12
               TAKEN AT: Quarles & Brady
13       LOCATED AT: 411 East Wisconsin Avenue
                       Milwaukee, WI
14
                     March 27, 2017
15               9:10 a.m. to 4:13 p.m.
16           REPORTED BY ANITA K. FOSS
           REGISTERED PROFESSIONAL REPORTER
17
18
19
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
20
21
22
23
24
25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1        Q.    Was Wheaton Franciscan one of your
 2   customers?
 3        A.    It was.
 4        Q.    And is it still within your district?
 5        A.    It is.
 6        Q.    And Wheaton Franciscan-Franklin is
 7   located where?
 8        A.    In Franklin, Wisconsin, which is a south
 9   suburb of Milwaukee.
10        Q.    And at that facility did you have doctors
11   there that you met with?
12        A.    Yes.
13        Q.    Who were the doctors?
14        A.    Oh, it's changed.  Do you have a
15   timeframe that you're --
16        Q.    Well --
17        A.    -- asking about?
18        Q.    Yeah, I'm interested in probably a
19   timeframe the whole time you were there, but if we
20   could narrow around --
21        A.    Sure.
22        Q.    -- the 2009 through 2012 period.
23        A.    Okay.  So let's see here.  That would
24   have been --
25        Q.    And that's only three years.
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1      A.    You're right.  And they've actually had a
 2   fair amount of changes.
 3      Q.    I understand.
 4      A.    Yeah.  So the current group now is MRL
 5   Group, the Milwaukee Radiology Group.  So that
 6   would be -- probably host about ten or twelve
 7   different radiologists.  Would you like me to list
 8   their names?
 9      Q.    Well, did you know Dr. David Henry?
10      A.    I did.
11      Q.    And was he among your customers?
12      A.    He was.
13      Q.    Is he somebody that you've met with?
14      A.    He is.
15      Q.    And somebody you developed a relationship
16   with?
17      A.    I don't know if I would go that far, that
18   I developed a relationship with him, 'cause I only
19   met him a handful of times.
20      Q.    Who was your contact at Wheaton?
21      A.    From a physician standpoint?
22      Q.    Yes.
23      A.    I guess the -- they did very little in
24   terms of the procedural volume that would use
25   devices that we sold.  So I just -- I didn't spend
```