# Exhibit P



Deposition of:
# Robert McMeeking , Ph.D.

*July 6, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 221

1    that?
2         A    No.
3              MR. O'CONNOR:  Form.
4    BY MS. DALY:
5         Q    Nor did you do it with the Denali
6    laser cut from a nitinol tube that also has
7    anchors?
8              MR. O'CONNOR:  Form.
9              THE WITNESS:  I didn't do any of those
10   analyses because it's my assessment that those
11   changes did not make a significant difference
12   to the -- to the filters in terms of reducing
13   the danger that they present because of their
14   failures.
15   BY MS. DALY:
16        Q    Are you giving the opinion that the Simon
17   nitinol is an alternative safer product than the
18   Bard retrievable products?
19             MR. O'CONNOR:  Form.
20             THE WITNESS:  I'm offering the opinion
21   that in the setting of permanent use of a filter,
22   which the Recovery and the G2 and its successors
23   can -- can be used as, that the Simon nitinol is a
24   safer alternative.
25   BY MS. DALY:

Case 2:15-md-02641-DGC   Document 7360-10   Filed 08/28/17   Page 4 of 5
Robert McMeeking , Ph.D.                                          July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 222

1      Q    But you would agree that the Simon nitinol
2    will not serve populations of people whose doctors
3    believe they need a retrievable filter, true?
4           MR. O'CONNOR:  Form.
5           THE WITNESS:  I'm -- I'm not offering that
6    opinion.  Was that -- could you ask the question
7    again?
8           MS. DALY:  Can you read that question.
9           (Record read Lines 1-3.)
10          MR. O'CONNOR:  Form.
11          THE WITNESS:  Well, since I'm not a
12   medical doctor and I can't really answer that
13   question properly, but since it's -- since it's
14   represented as a permanent filter, that would
15   suggest that it's not meant to be used in
16   situations where retrievability is -- is advised by
17   the doctor.
18   BY MS. DALY:
19     Q    The Simon nitinol isn't?
20     A    The Simon nitinol.
21     Q    Okay.  Did you make any effort to look at
22   modifications that would have had to be made to the
23   Simon nitinol filter to allow it to maintain what
24   you conclude is low complications rate but make it
25   percutaneously retrievable?

Case 2:15-md-02641-DGC   Document 7360-10   Filed 08/28/17   Page 5 of 5
Robert McMeeking , Ph.D.                                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 223

```
 1        A    No --
 2             MR. O'CONNOR:  Form.
 3             THE WITNESS:  -- I didn't look at that.
 4             MR. O'CONNOR:  Okay.  When you get to a
 5     place where we can take a quick break?
 6             MS. DALY:  Yeah.  Almost.
 7             MR. O'CONNOR:  Okay.
 8             MS. DALY:  This is a good break point.
 9             MR. O'CONNOR:  Oh, great.
10             MS. DALY:  Can you tell us what our time
11     is.
12             THE VIDEOGRAPHER:  This is the end of
13     Media No. 3.  We are going off record at 1454.
14             (Recess taken.)
15             THE VIDEOGRAPHER:  This is the beginning
16     of Media No. 4.  We are back on the record at 1508.
17     BY MS. DALY:
18        Q    Dr. McMeeking, have you performed any
19     actual tests on Bard retrievable filters to
20     determine if an interrelatedness of complications
21     actually exists?
22        A    Do you mean a bench test or --
23        Q    Yes.
24        A    -- an experiment of some kind?
25             I have not carried out any experiments on
```