# EXHIBIT E

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Paul L. Stoller (016773) – paul.stoller@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Counsel for Plaintiffs Doris and Alfred Jones*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **DECLARATION OF PAUL L. STOLLER** |

I, Paul L. Stoller, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I am an attorney with Gallagher & Kennedy, P.A., and counsel for Plaintiffs Doris and Alfred Jones in this matter.

2. I have reviewed the evidence available to both Plaintiffs and Defendants in this matter, including the medical records of Plaintiff Doris Jones, the depositions of her treating physicians, and the documents produced and disclosures made by Defendants relating to Plaintiff Doris Jones, including the Defense Profile Form and Defense Fact Sheet for Plaintiff Doris Jones.

3. None of the evidence in Plaintiffs' possession, including Plaintiffs' medical records and the testimony of her treating physicians, indicates that there was any change

in the condition the Bard Eclipse IVC filter prior to implantation in Plaintiff Doris Jones and after it left the custody and/or control of Defendants.

4. None of the evidence produced by Defendants in this matter indicates that there was any change in the condition the Bard Eclipse IVC filter prior to implantation in Plaintiff Doris Jones and after it left the custody and/or control of Defendants.

5. Counsel for Plaintiffs is not aware of any additional information regarding whether there was any change in the condition the Bard Eclipse IVC filter prior to implantation in Plaintiff Doris Jones and after it left the custody and/or control of Defendants.

6. Based on the foregoing and upon information and belief, there is no evidence available to any party to this action of a change to condition of the subject Bard Eclipse IVC filter from the time it left the custody and/or control of Bard Peripheral Vascular and the time it was implanted in Plaintiff Doris Jones.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 28th day of August, 2017, in Phoenix, Arizona.

_____
Paul L. Stoller