AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Eva Lorfing | ) | MDL Case No. 2:15-md-02641-DGC |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:16-cv-01388-DGC |
| C. R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Eva Lorfing   .

Date:   08/29/2017

s/Mark E. Berns
*Attorney's signature*

Mark E. Berns (#50895MO)
*Printed name and bar number*

Onder, Shelton, O'Leary & Peterson
110 East Lockwood, St. Louis, MO 63119

*Address*

berns@onderlaw.com
*E-mail address*

(314) 963-9000
*Telephone number*

(314) 963-1700
*FAX number*