**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE:  Bard IVC Filters Products Liability Litigation** _____ **This Document Relates to Plaintiffs:** *Danny M. Salmon, Individually; Spouse, Mildred "Kay" Salmon, Individually; and Adult Son, Rodney D. Salmon, Individually.* Case No. 2:17-cv-02866-DGC | **MDL No. 2641 15-02641-PHX-DGC** **Judge David G. Campbell** |

**NOTICE OF APPEARANCE OF COUNSEL**

To:      The Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiffs *Danny M. Salmon, Individually; Spouse, Mildred "Kay" Salmon, Individually; and Adult Son, Rodney D. Salmon, Individually.* Case No. 2:17-cv-02866-DGC, filed and in the MDL on August 24, 2017.

Date:  August 29, 2017                              Respectfully submitted,

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq., CA Bar No. 207715
*Admitted Pro Hac Vice*
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233 Tel // (310) 820-7444 Fax
nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Michelle Valentine*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 29, 2017, a copy of the foregoing was served electronically  by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system

Dated:  August 29, 2017                          /s/ Nicole K.H. Maldonado_____
                                                 Nicole K.H. Maldondo