# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-02641-PHX DGC **ORDER** |
|---|---|

Upon consideration of the Parties' Stipulation to Extend Time to File *Daubert* motions. Doc. 7260.

**IT IS ORDERED** that the parties' stipulation (Doc. 7260) is **granted.** The proposed deadlines for *Daubert* motions and briefing set forth in Case Management Order No. 23 (Doc. 5770) for the five bellwether cases are extended. *Daubert* motions shall be filed on or before August 24, 2017, responses shall be filed on or before September 27, 2017, and replies shall be filed on or before by October 18, 2017.

Dated this 30th day of August, 2017.

_____
David G. Campbell
United States District Judge