Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Julia Reed Zaic, Esq. – julia@hrzlaw.com
(California Bar Number 224671; admitted *pro hac vice*)
Laura Smith, Esq.
(California Bar Number 313879; admitted *pro hac vice*)
Heaviside Reed Zaic
312 Broadway, Suite 203
Laguna Beach, California  92660
949-715-5120

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **PLAINTIFFS' NOTICE OF LODGING DOCUMENTS UNDER SEAL FOR PLAINTIFFS' CONTROVERTING STATEMENT OF FACTS IN OPPOSITION TO BARD'S MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION** |

Pursuant to LRCiv 5.6(d), Plaintiffs submit this Notice of Lodging Documents Under Seal for Plaintiffs' Controverting Statement of Facts In Opposition to Bard's Motion for Summary Judgment Regarding Preemption.

Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court the documents listed on Exhibit A to this Notice.

Defendants contend that the documents listed in Exhibit A are confidential and should be filed under seal.  As required under LRCiv 5.6(d), Plaintiffs certify that on August 31, 2017, the parties met and conferred in good faith and were unable to agree

1  about whether the documents are confidential under the Protective Order and should be
2  filed under seal.  Plaintiffs do not believe that the disputed documents warrant continued
3  confidential treatment as proprietary or sensitive trade secret information.

4  Since Bard's filing of its Motion to Seal in support of their Motion for Summary
5  regarding Preemption (Dkt. 5396 & Dkt. 5401) in May, the parties have met and
6  conferred on multiple occasions regarding the numerous documents at issue.  As a result,
7  on August 28, 2017, Bard filed unsealed a large number of the documents previously
8  lodged conditionally under seal. (See, Dkt. 7329).

9  This dispute notwithstanding, the parties have agreed to continue to meet and
10 confer on the documents at issue; Defendants agreed to suggest proposed redactions and
11 the potential withdrawal of confidential status of the lodged exhibits before filing their
12 Motion to Seal Exhibits Related to Plaintiffs' Controverting Statement of Facts In
13 Opposition to Bard's Motion for Summary Judgment Regarding Preemption.

14 RESPECTFULLY SUBMITTED this 1st day of September, 2017.

GALLAGHER & KENNEDY, P.A.

By:*/s/* Mark S. O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

HEAVISIDE REED ZAIC
    Julia Reed Zaic, Esq. (CA Bar No. 224671)
    (admitted *pro hac vice*)
    Laura Smith, Esq. (CA Bar No. 313879)
    (admitted *pro hac vice*)
    312 Broadway, Suite 203
    Laguna Beach, California  92660

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Gay Mennuti

6185870v1

**EXHIBIT A**

| | |
|---|---|
| Exhibit 2 | BPV-DEP-00014537 (G2 FAQS) |
| Exhibit 3 | Kessler 2nd Supplemental Report |
| Exhibit 5 | Robert Carr 06-16-17 (P. 51 Redacted) |
| Exhibit 6 | Murray Asch 05-02-16 (19:1 Redacted) |