Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on September 5, 2017, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Second Amended Notice of Videotaped Deposition of Piotr Sobieszczyk, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 5th day of September 2017.

         GALLAGHER & KENNEDY, P.A.

         By: *s/ Paul L. Stoller*
           Mark S. O'Connor
           Paul L. Stoller
           2575 East Camelback Road
           Phoenix, Arizona 85016-9225

         LOPEZ McHUGH LLP
           Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
           100 Bayview Circle, Suite 5600
           Newport Beach, California 92660

         *Co-Lead/Liaison Counsel for Plaintiffs*

| | |
|---|---|
| 1 | **Certificate of Service** |

2    I hereby certify that on this 5th day of September 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                            */s/Deborah Yanazzo*
                                                            Deborah Yanazzo

2