AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Ronald Likes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:17-cv-02991-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Likes                                                                                                        .

Date:   09/06/2017                                             /s/ Jennifer Williams
                                                                            *Attorney's signature*

                                                              Jennifer Williams; Texas Bar No. 24007755
                                                                       *Printed name and bar number*

                                                                       Jackson Allen & Williams, LLP
                                                                           3838 Oak Lawn Avenue
                                                                                   Suite 1100
                                                                             Dallas, Texas  75219
                                                                                     *Address*

                                                                  jwilliams@jacksonallenfirm.com
                                                                               *E-mail address*

                                                                               (214) 521-2300
                                                                              *Telephone number*

                                                                               (214) 452-5637
                                                                                  *FAX number*