# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anna Main, | ) | |
| | ) | |
|     Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
|     v. | ) | Civil Action No.  CV-17-02953-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) ) ) | |
|     Defendant. | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 6, 2017　　　　　　　　/s/ Richard B. North, Jr.　　　　　　　　
　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　Richard B. North, Jr. (Ga. Bar No. 545599)　
　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　　　　　201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　richard.north@nelsonmullins.com　　　　　
　　　　　　　　　　　　　　　　　　　　*E-mail Address*

　　　　　　　　　　　　　　　　　　　　(404) 322-6000　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　(404 322-6050　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　*FAX number*