# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-md-02641-DGC |

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Patsy Curry v. C.R. Bard Inc., et al.*
No. 2:16-cv-03830-DGC

*Michele L. Dorsey v. C.R. Bard Inc., et al.*
No. 2:17-cv-01366-DGC

*Daniel J. Hearns Jr. v. C.R. Bard Inc., et al.*
No. 2:16-cv-01276-DGC

*Randell S. Heling v. C.R. Bard Inc., et al.*
No. 2:17-cv-01316-DGC

*Emma Howe v. C.R. Bard Inc., et al.*
No. 2:17-cv-012153-DGC

*Debra and Richard Jean v. C.R. Bard Inc., et al.*
No. 2:17-cv-01334-DGC

*Gloria J. Johnson v. C.R. Bard Inc., et al.*
No. 2:17-cv-01365-DGC

*Jessica MaGee v. C.R. Bard Inc., et al.*
No. 2:17-cv-01313-DGC

*Karen Miller v. C.R. Bard Inc., et al.*
No. 2:16-cv-01096-DGC

*Thomas E. Moore and Gayle Moore v. C.R. Bard Inc., et al.*
No. 2:16-cv-03898-DGC

*Jessica L. Norman v. C.R. Bard Inc., et al.*
No. 2:15-md-02641-DGC

*Joseph Pasierb Jr. v. C.R Bard Inc., et al.*
No. 2:16-cv-00857-DGC

*Glenda Patrick v. C.R. Bard Inc., et al.*
No. 2:17-cv-00912-DGC

*Clara Powell and Jeffrey Powell v. C.R. Bard Inc., et al.*
No. 2:16-cv-01275-DGC

*Lynwood Wilson and Joyce Wilson v. C.R. Bard Inc., et al.*
No. 2:17-cv-01332-DGC

## **NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record

    Michael S. Kruse and the firm of Niemeyer, Grebel & Kruse, LLC are admitted or otherwise authorized to practice in this Court and appear in this case as counsel for each of the Plaintiffs in the above referenced actions.

Respectfully submitted,

NIEMEYER, GREBEL & KRUSE, LLC

By: /s/ Michael S. Kruse
Michael S. Kruse
10 S. Broadway
Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 6th day of September, 2017.

/s/ Michael S. Kruse