IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-md-02641-DGC |

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Patsy Curry v. C.R. Bard Inc., et al.*
No. 2:16-cv-03830-DGC

*Michele L. Dorsey v. C.R. Bard Inc., et al.*
No. 2:17-cv-01366-DGC

*Daniel J. Hearns Jr. v. C.R. Bard Inc., et al.*
No. 2:16-cv-01276-DGC

*Randell S. Heling v. C.R. Bard Inc., et al.*
No. 2:17-cv-01316-DGC

*Emma Howe v. C.R. Bard Inc., et al.*
No. 2:17-cv-012153-DGC

*Debra Jean and Richard Jean v. C.R. Bard Inc., et al.*
No. 2:17-cv-01334-DGC

*Gloria J. Johnson v. C.R. Bard Inc., et al.*
No. 2:17-cv-01365-DGC

*Jessica MaGee v. C.R. Bard Inc., et al.*
No. 2:17-cv-01313-DGC

*Karen Miller v. C.R. Bard Inc., et al.*
No. 2:16-cv-01096-DGC

*Thomas E. Moore and Gayle Moore v. C.R. Bard Inc., et al.*
No. 2:16-cv-03898-DGC

*Jessica L.Norman v. C.R. Bard Inc., et al.*
No. 2:15-md-02641-DGC

*Joseph Pasierb Jr. v. C.R Bard Inc., et al.*
No. 2:16-cv-00857-DGC

*Glenda Patrick v. C.R. Bard Inc., et al.*
No. 2:17-cv-00912-DGC

*Clara Powell and Jeffrey Powell v. C.R. Bard Inc., et al.*
No. 2:16-cv-01275-DGC

*Lynwood Wilson and Joyce Wilson v. C.R. Bard Inc., et al.*
No. 2:17-cv-01332-DGC

## **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

COME NOW the Plaintiffs in the above referenced actions and move that Michael S. Kruse and the firm of NIEMEYER, GREBEL & KRUSE, LLC, be substituted as their counsel of record; and, in conjunction therewith, that J. Mark Kell, Mark C. Aubuchon, and the firm of KELL LAMPIN LLC be withdrawn as counsel of record in these actions. The above referenced Plaintiffs as well as the attorneys of NIEMEYER, GREBEL & KRUSE, LLC and KELL LAMPIN LLC consent to the proposed substitution and withdraw.

| | |
|---|---|
| **NIEMEYER, GREBEL & KRUSE, LLC** | **KELL LAMPIN, LLC** |
| /s/ Michael S. Kruse | /s/ Mark C. Aubuchon |
| Michael S. Kruse | J. Mark Kell |
| 10 S. Broadway | Mark C. Aubuchon |
| Suite 1125 | 14500 South Outer Forty, Suite 407 |
| St. Louis, MO 63102 | Chesterfield, MO 63107 |
| 314/241-1919 (T) | 636/757-1700 (T) |
| 314/665-3017 (F) | 636/489-3971 (F) |
| kruse@ngklawfirm.com | mkell@kelllawfirm.com |
| | maubuchon@kelllawfirm.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 6th day of September, 2017.

/s/ Michael S. Kruse