# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-md-02641-DGC |

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

*Patsy Curry v. C.R. Bard Inc., et al.*
No. 2:16-cv-03830-DGC

*Michele L. Dorsey v. C.R. Bard Inc., et al.*
No. 2:17-cv-01366-DGC

*Daniel J. Hearns Jr. v. C.R. Bard Inc., et al.*
No. 2:16-cv-01276-DGC

*Randell S. Heling v. C.R. Bard Inc., et al.*
No. 2:17-cv-01316-DGC

*Emma Howe v. C.R. Bard Inc., et al.*
No. 2:17-cv-012153-DGC

*Debra Jean and Richard Jean v. C.R. Bard Inc., et al.*
No. 2:17-cv-01334-DGC

*Gloria J. Johnson v. C.R. Bard Inc., et al.*
No. 2:17-cv-01365-DGC

*Jessica MaGee v. C.R. Bard Inc., et al.*
No. 2:17-cv-01313-DGC

*Karen Miller v. C.R. Bard Inc., et al.*
No. 2:16-cv-01096-DGC

*Thomas E. Moore and Gayle Moore v. C.R. Bard Inc., et al.*
No. 2:16-cv-03898-DGC

*Jessica L.Norman v. C.R. Bard Inc., et al.*
No. 2:15-md-02641-DGC

*Joseph Pasierb Jr. v. C.R Bard Inc., et al.*
No. 2:16-cv-00857-DGC

*Glenda Patrick v. C.R. Bard Inc., et al.*
No. 2:17-cv-00912-DGC

*Clara Powell and Jeffrey Powell v. C.R. Bard Inc., et al.*
No. 2:16-cv-01275-DGC

*Lynwood Wilson and Joyce Wilson v. C.R. Bard Inc., et al.*
No. 2:17-cv-01332-DGC

## ORDER

Plaintiffs' Motion to Withdraw and Substitute Counsel is granted.

**IT IS HEREBY ORDERED** that J. Mark Kell, Mark C. Aubuchon, and the firm of KELL LAMPIN LLC are hereby withdrawn as counsel of record in these actions and Michael S. Kruse and the firm of NIEMEYER, GREBEL & KRUSE, LLC, hereby substituted as the above captioned Plaintiffs' counsel of record.

DATED this _____ day of _____, 20_____.

David G. Campbell
United States District Judge