Amanda L. Washington, *admitted pro hac vice* (LA SBN: 34811)
**MCGLYNN, GLISSON AND MOUTON**
340 Florida Street
Baton Rouge, LA 70801
T: (225) 344-3555
F: (225) 344-3666
Email: amanda@mcglynnglisson.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **THIS FILING RELATES TO:  2:17-cv-02949** <br><br> **AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Jimmy Sullivan_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

USDC Northern District of Texas, USDC Eastern District of Tennessee, USDC for the District of New Jersey

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

1  _____

2  _____

3  _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☑   G2® Vena Cava Filter

☐   G2® Express Vena Cava Filter

☐   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☑   Other: 2nd Implant: Eclipse Vena Cava Filter_____

11. Date of Implantation as to each product:

6/5/2007 (1st implant); 10/10/2011 (2nd implant)_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:  Strict Products Liability – Manufacturing Defect

☑   Count II:  Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III: Strict Products Liability – Design Defect

☑   Count IV: Negligence - Design

☑   Count V:  Negligence - Manufacture

☑   Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable _Texas and Tennessee_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED on this 7th day of September, 2017.

**MCLGYNN, GLISSON AND MOUTON**

By: s/Amanda L. Washington
Amanda L. Washington, *admitted pro hac vice*
(LA SBN: 34811)
340 Florida Street
Baton Rouge, LA 70801
T: (225) 344-3555
F: (225) 344-3666
Email: amanda@mcglynnglisson.com
*Attorney for Plaintiff*

I hereby certify that on this 7th day of September, 2017, I physically transmitted the attached document to the Clerk's Office using the Electronic Filing System for filing and transmittal of a Notice of Electronic Filing.

/s/ Amanda L. Washington
Amanda L. Washington