**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Evelyn Eichschlag,                                      )
                                                                  )
          Plaintiff,                              )          MDL Case No. 2:15-md-02641-DGC
                                                                  )
              v.                                  )          Civil Action No.  CV-17-02917-PHX-DGC
                                                                  )
Bard Peripheral Vascular, Inc. and C. R.        )
Bard, Inc., et al.,                                         )
                                                                  )
          Defendant.

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: September 6, 2017           /s/ Richard B. North, Jr.
                                          *Attorney's signature*

                                          Richard B. North, Jr. (Ga. Bar No. 545599)
                                          *Printed name and bar number*

                                          Nelson Mullins Riley & Scarborough, LLP
                                          201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                          *Address*

                                          richard.north@nelsonmullins.com
                                          *E-mail Address*

                                          (404) 322-6000
                                          *Telephone number*

                                          (404 322-6050
                                          *FAX number*