# Exhibit I

In The Matter Of:

# Ebert vs. C.R. Bard

_____

# Robert McMeeking, Ph.D.

April 22, 2014

_____

**Tiffany Alley Global Reporting & Video**

730 Peachtree Street NE

Suite 470

Atlanta, GA 30308

770.343.9696

www.tiffanyalley.com



Ebert vs. C.R. Bard           Robert McMeeking, Ph.D.                04/22/2014

```
 1    crack doesn't get created that ultimately leads to the
 2    fatigue failure of the device.
 3         Q.   Let's break that down a little bit.
 4              Other than the -- what you've testified to
 5    before about the -- the observed difference of 5 microns
 6    to 20 microns on the radius of the sheath curve?
 7         A.   Yes.
 8         Q.   Right?
 9              Other than observing that, by the micrographs
10    from Dr. Ritchie or Dr. Fasching, correct?
11         A.   Yes.
12         Q.   You had not, yourself, looked at what the
13    differences are in the weld?
14         A.   We have not cut open a filter to look at that.
15         Q.   Okay.  You have never been on the end of the
16    manufacturing line at Bard to see what those filters
17    looked like when they came off?
18         A.   No, I have not.
19         Q.   You do not know what the manufacturing controls
20    are?
21         A.   I've read some of the documents that describe
22    those, but I would not claim to know in detail what
23    those controls are.
24         Q.   Okay.  So really, you don't know how
25    uncontrolled or how variable the filters coming off the
```

Case 2:15-md-02641-DGC   Document 7457-2   Filed 09/07/17   Page 4 of 6

Ebert vs. C.R. Bard          Robert McMeeking, Ph.D.          04/22/2014

```
 1   line were for the Recovery and G2?
 2        A.   I do not know --
 3             MR. BUTTON:  Objection.  Form.
 4             THE WITNESS:  -- in detail, or in specifics;
 5   however, I do know that the calculations that Bard and
 6   its associates did, the finite element calculations,
 7   they made a variety of assumptions about the boundary
 8   conditions that are -- that connected the wires to the
 9   cap.  And that suggests to me that they realized that
10   there was a variability in the constraint of the weld
11   imposed on the wires, and that that was something they
12   were accounting for in their calculations.
13             MS. DALY:  Q.  But with respect to that,
14   you've done no modeling or calculations to look at
15   those different variabilities and see how it comes
16   out for stresses and strains, have you?
17        A.   We did calculations, but didn't report them.
18   So for example, we've -- well, in the preliminary
19   scoping calculation that is in the report, there is a
20   parameter that you can choose different values for that
21   would represent how far up into the cap that the
22   constraint of the weld applies.
23             And although I didn't do the calculation, and
24   report the results in the report, that formula can be
25   used in the way I described to investigate the effect of
```

Case 2:15-md-02641-DGC   Document 7457-2   Filed 09/07/17   Page 5 of 6

Ebert vs. C.R. Bard                Robert McMeeking, Ph.D.                04/22/2014

1  nitinol parts are very precise and controllable.  And
2  yet, as I said earlier today, when I inspected one of
3  her micrographs, I could see that the positioning of the
4  arms and the legs was not regular.  In that the spacing
5  between some of the wires is different from the spacing
6  between other ones.  And that seems to confirm that the
7  location of the arms and the legs where they exit the
8  sheath is not a well-controlled aspect of the shape and
9  size of the device.
10     Q.  Except that with that exemplar that you are
11  talking about, you don't know where it had been -- where
12  it had been through, who had inspected it?  You don't
13  know anything of that?
14     A.  I don't know that.  But whatever happened to it
15  either caused the arms and legs to move, or they were in
16  that position already.  Whatever was the case, that's
17  not a good situation.  Because it's not -- it's not --
18  it's not something that conforms exactly to the design
19  specifications of the filter, and therefore it's
20  something that could cause variability in the way that
21  the strains and stresses arise in the filter, and
22  therefore the way that the filter experiences fatigue
23  behavior when it's cycled in some way when it's in the
24  vena cava.
25     Q.  And I'm just saying, you don't know if that

Case 2:15-md-02641-DGC   Document 7457-2   Filed 09/07/17   Page 6 of 6

Ebert vs. C.R. Bard                Robert McMeeking, Ph.D.                04/22/2014

```
 1   exemplar is an example of how any filter would have
 2   looked directly off the line?
 3        A.   No, I don't know that.
 4        Q.   Okay.
 5        A.   That's the -- that's it for --
 6        Q.   All right.
 7        A.   -- for --
 8        Q.   For Fasching.
 9        A.   -- for Fasching.
10        Q.   Let's do this:  I want to do -- Rackliff, you
11   have a couple paragraphs of Rackliff.
12        A.   Okay.
13        Q.   And then I want to ask you to go through your
14   criticisms of Briant and Kaar.
15        A.   Okay.
16        Q.   And I want to finish Rackliff and take a
17   two-minute break and come back and do that.
18        A.   Okay.
19        Q.   So let's go to Rackliff.  This will be a
20   separate thing for Rackliff.
21        A.   Okay.
22        Q.   In your Rackliff report -- do you have it with
23   you?
24        A.   Yes, I do.
25        Q.   The first place that I see a new paragraph is
```