AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Clinton Rowell | ) | |
| *Plaintiff* | ) | MDL Case No. 2:15-md-02641-DGC |
| v. | ) | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | Civil Action No. 2:17-cv-02963 |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clinton Rowell

Date:   09/07/2017

/s/ Shawn G. Foster
*Attorney's signature*

Shawn G. Foster; MO Bar No. 47663
*Printed name and bar number*

Davis, Bethune & Jones, LLC
1100 Maint Street, Suite 2930
Kansas City, MO 64105

*Address*

sfoster@dbjlaw.net
*E-mail address*

(816) 421-1600
*Telephone number*

(816) 472-5972
*FAX number*