AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Gary Wilson<br>*Plaintiff*<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br>*Defendant* | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. 2:17-cv-02964 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gary Wilson

Date:     09/07/2017

/s/ Shawn G. Foster
*Attorney's signature*

Shawn G. Foster; MO Bar No. 47663
*Printed name and bar number*

Davis, Bethune & Jones, LLC
1100 Maint Street, Suite 2930
Kansas City, MO 64105

*Address*

sfoster@dbjlaw.net
*E-mail address*

(816) 421-1600
*Telephone number*

(816) 472-5972
*FAX number*