AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Charlotte Christenson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-03052-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charlotte Christenson                                                                                                               .

Date:   09/11/2017                                         /s/ Jennifer Williams
                                                                        *Attorney's signature*

                                                Jennifer Williams; Texas Bar No. 24007755
                                                        *Printed name and bar number*

                                                        Jackson Allen & Williams, LLP
                                                            3838 Oak Lawn Avenue
                                                                    Suite 1100
                                                              Dallas, Texas  75219
                                                                        *Address*

                                                    jwilliams@jacksonallenfirm.com
                                                                *E-mail address*

                                                                (214) 521-2300
                                                              *Telephone number*

                                                                (214) 452-5637
                                                                    *FAX number*