## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rebecca Sample, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-17-02976-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) ) ) | |
| Defendant. | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 6, 2017                    /s/ Richard B. North, Jr.
                                            *Attorney's signature*

                                            Richard B. North, Jr. (Ga. Bar No. 545599)
                                            *Printed name and bar number*

                                            Nelson Mullins Riley & Scarborough, LLP
                                            201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                            *Address*

                                            richard.north@nelsonmullins.com
                                            *E-mail Address*

                                            (404) 322-6000
                                            *Telephone number*

                                            (404 322-6050
                                            *FAX number*