Carlos M. Hernández-Burgos, PR Bar No. 226814
Christopher Kyle Johnston, CA Bar No. 261474
Law Office of Christopher K. Johnston, LLC
1510 Ave F.D. Roosevelt, Ste. 6A1
Guaynabo, PR 00968
Office: (844) 345-3478
Fax: (844) 644-1230
carlos.h@masstortslaw.com
kyle@masstortslaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING AMENDED PLEADING BY CONSENT** |

    Now comes Plaintiff in Member Case number 2:17-cv-02171-PHX-DGC, Robert M. Brown, by and through the undersigned counsel, and hereby files this Notice of Filing Amended Pleading by Consent, consisting of an Amended Short Form Complaint.

    In compliance with L. Cv. R. 15.1(b), the Amended Short Form Complaint with strikethrough and changes is attached hereto. Plaintiff is amending Paragraph 6 of the Short Form Complaint so that it reads "Washington" instead of "Ohio".

    Plaintiff's counsel has obtained the opposing party's written consent to file the aforementioned amended pleading, and so certifies through this notice.

RESPECTFULLY SUBMITTED this 12th day of September, 2017.

**LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC**

By: /s/  Carlos M. Hernández-Burgos
Carlos M. Hernández-Burgos
1510 Ave Fd Roosevelt
Ste 6A1
Guaynabo, PR 00968
Office: (844) 345-3784
carlos.h@masstortslaw.com

I hereby certify that on this 12th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/  Carlos M. Hernández-Burgos