Christopher Kyle Johnston, CA Bar No. 261474
Carlos M. Hernández-Burgos, PR Bar No. 224814
Law Office of Christopher K. Johnston, LLC
1510 Ave F.D. Roosevelt, Ste. 6A1
Guaynabo, PR 00968
Office: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com
carlos.h@masstortslaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their **Amended** Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Robert M. Brown

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not applicable

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian conservator):

 Not applicable

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

 Washington

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Washington

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

~~Ohio~~   **Washington**

7.   District Court and Division in which venue would be proper absent direct filing:

Western District of Washington, Tacoma Division

8.   Defendants (check Defendants against whom Complaint is made):

☑   C. R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

Amended Master Short Form Complaint

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cave Filter

☑ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11.   Date of Implantation as to each product:

July 23, 2009

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability – Manufacturing Defect

☑ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:    Strict Products Liability – Design Defect

☑ Count IV:    Negligence – Design

☑ Count V:     Negligence – Manufacture

☑ Count VI:    Negligence – Failure to Recall/Retrofit

Amended Master Short Form Complaint

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:  Negligent Misrepresentation

☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:   Violations of Applicable  _Washington_____  (insert

state) Law Prohibiting Consumer Fraud and Unfair and

Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☐ Other(s):  _____  (please state the facts supporting this Count

in the space immediately below)

_____

_____

_____

_____

_____

4

Amended Master Short Form Complaint

13.   Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 12th day of September, 2017.

**LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC**

By: /s/ Carlos M. Hernández-Burgos

Carlos M. Hernández-Burgos
1510 Ave F.D. Roosevelt
Ste 6A1
Guaynabo, PR 00968
Office: (844) 345-3784
carlos.h@masstortslaw.com

I hereby certify that on this 12th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Carlos M. Hernández-Burgos