Christopher Kyle Johnston, CA Bar No. 261474
Carlos M. Hernández-Burgos, PR Bar No. 224814
Law Office of Christopher K. Johnston, LLC
1510 Ave F.D. Roosevelt, Ste. 6A1
Guaynabo, PR 00968
Office: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com
carlos.h@masstortslaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their **Amended** Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robert M. Brown

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian conservator):

Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Washington

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Washington

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Washington

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Washington, Tacoma Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C. R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

Amended Master Short Form Complaint

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cave Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

 July 23, 2009 

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:    Strict Products Liability – Manufacturing Defect
- ☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III:  Strict Products Liability – Design Defect
- ☑ Count IV:   Negligence – Design
- ☑ Count V:    Negligence – Manufacture
- ☑ Count VI:   Negligence – Failure to Recall/Retrofit

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:  Negligent Misrepresentation

☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV: Violations of Applicable  Washington  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:  Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

4
Amended Master Short Form Complaint

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 12th day of September, 2017.

**LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC**

By: /s/ Carlos M. Hernández-Burgos
Carlos M. Hernández-Burgos
1510 Ave F.D. Roosevelt
Ste 6A1
Guaynabo, PR 00968
Office: (844) 345-3784
carlos.h@masstortslaw.com

I hereby certify that on this 12th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Carlos M. Hernández-Burgos