UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| LISA HYDE and MARK HYDE, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER RE MOTION TO SEAL DOCUMENTS LODGED BY DEFENDANTS** |

Plaintiffs Lisa and Mark Hyde have filed a motion to file under seal Defendants' lodged documents described in Bard's Notice at docket number 7361.

Based on Plaintiffs' motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket number 7361.