UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER RE MOTION TO SEAL DOCUMENTS LODGED BY DEFENDANTS** |

Plaintiffs Doris and Alfred Jones have filed a motion to file under seal Defendants' lodged documents described in Bard's Notice at docket number 7536.

Based on Plaintiffs' motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket number 7536.