Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| CAROL KRUSE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER RE MOTION TO SEAL DOCUMENTS LODGED BY DEFENDANTS** |

Plaintiff Carol Kruse has filed a motion to file under seal Defendants' lodged documents described in Bard's Notice at docket number 7349.

Based on Plaintiff's motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket numbers 7346 and 7349.