1   Ramon Rossi Lopez - rlopez@lopezmchugh.com
    (California Bar Number 86361; admitted *pro hac vice*)
2   Lopez McHugh LLP
    100 Bayview Circle, Suite 5600
3   Newport Beach, California 92660
    949-812-5771
4
    Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5   Gallagher & Kennedy, P.A.
    2575 East Camelback Road
6   Phoenix, Arizona 85016-9225
    602-530-8000
7
    *Co-Lead/Liaison Counsel for Plaintiffs*
8

9                   UNITED STATES DISTRICT COURT

10                      DISTRICT OF ARIZONA

11   In Re Bard IVC Filters Products         No. MD-15-02641-PHX-DGC
12   Liability Litigation
                                             **MOTION TO SEAL DOCUMENTS**
13                                           **LODGED BY DEFENDANTS**

14

15   DEBRA MULKEY, an individual,

16                   Plaintiff,

17   v.

18   C.R. BARD, INC., a New Jersey
     corporation and BARD PERIPHERAL
19   VASCULAR, an Arizona corporation,

20                   Defendants.

21

22          In accordance with Section 25 of the Stipulated Protective Order [Doc. 269],

23   Plaintiff Debra Mulkey moves this Court to seal the documents that Defendants C.R.

24   Bard, Inc. and Bard Peripheral Vascular (collectively "Bard") lodged pursuant to the

25   Notice of Lodging Under Seal Bard's Motion for Summary Judgment as to Plaintiff Debra

26   Mulkey's Claims [Doc. 7336] and Notice of Lodging Under Seal Certain Exhibits in

27   Support of Bard's Motion for Summary Judgment as to Plaintiff Debra Mulkey's Claims

28   [Doc. 7338] and (collectively "Notices").  As Bard admits in its Notices, the information

and materials it has lodged "contain Plaintiff's personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order."  Notice at 1.  Indeed, there is no dispute regarding the need to file the lodged documents under seal.

The information that Bard has lodged with its Notices all relates to Plaintiff's personal healthcare, treatment, and medical records.  Such information is clearly protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160, 164(A) & (E).  And, the knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6.  Again, there is no dispute as to the protected nature of the information – Bard admits that in its Notices.  And, this Court has already granted the filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions.  [*See* Doc. 4366.]

Accordingly, Plaintiff requests that the Court order the information and documents lodged with Bard's Notices at docket numbers 7336 and 7338 be filed under seal.

RESPECTFULLY SUBMITTED this 12th day of September 2017.

GALLAGHER & KENNEDY, P.A.

By:/s/ Paul L. Stoller
    Mark S. O'Connor
    Paul L. Stoller
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this 12th day of September, 2017, I electronically

3   transmitted the attached document to the Clerk's Office using the CM/ECF System for

4   filing and transmittal of a Notice of Electronic Filing.

5                                          */s/ Deborah Yanazzo*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28