UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DEBRA MULKEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER RE MOTION TO SEAL DOCUMENTS LODGED BY DEFENDANTS** |

Plaintiff Debra Mulkey has filed a motion to file under seal Defendants' lodged documents described in Bard's Notices at docket number 7336 and 7338.

Based on Plaintiff's motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket number 7336 and 7338.