| | | |
|---|---|---|
| 1 | Name | Richard B. North, Jr. |
| 2 | Bar # | Bar No. 545599 (admitted pro hac vice) |
| | Firm | Nelson Mullins Riley & Scarborough, LLP |
| 3 | Address | Atlantic Station |
| 4 | | 201 17th Street, NW, Ste 1700 |
| 5 | | Atlanta, GA 30363 |
| 6 | Telephone | (404) 322-6000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KEVIN GROSS,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., a New Jersey Corp. and BARD PERIPHERAL VASCULAR, INC., an Arizona Corp.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.** MDL No. 15-02641-PHX-DGC
Case No. CV-15-2096-PHX-DGC
Supplemental
**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of C.R. Bard, Inc.

in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☑ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

Vanguard Group, Inc._____Relationship Publicly held corporation that owns 10% or more of its stock

☐ Other(please explain)

_____

_____

   **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __14TH__ day of __September_____, __2017____.

s/Richard B. North, Jr.
_____
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on September 14, 2017, I electronically filed the foregoing Supplemental Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Counsel of Record