AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | | |
|---|---|---|
| Sandra Buckley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:17-cv-03162-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sandra Buckley                                                                                                                .

Date:      09/14/2017

/s/ Jennifer Williams
*Attorney's signature*

Jennifer Williams; Texas Bar No. 24007755
*Printed name and bar number*

Jackson Allen & Williams, LLP
3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas  75219
*Address*

jwilliams@jacksonallenfirm.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*