IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**THIRD AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

    Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364), and, pursuant to Rule 15, F.R.C.P., with written consent of Defendants (attached as Exhibit A), Plaintiff(s) hereby file their Third Amended Master Short Form Complaint, and further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (check Defendants against whom Complaint is made):

   ✓ C.R. Bard Inc.

   ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

  ☐ Denali® Vena Cava Filter

  ☐ Other: _____

11. Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Manufacturing Defect
- ✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ✓ Count III: Strict Products Liability – Design Defect
- ✓ Count IV: Negligence - Design
- ✓ Count V: Negligence - Manufacture
- ✓ Count VI: Negligence – Failure to Recall/Retrofit
- ✓ Count VII: Negligence – Failure to Warn
- ✓ Count VIII: Negligent Misrepresentation
- ✓ Count IX: Negligence *Per Se*
- ✓ Count X: Breach of Express Warranty
- ✓ Count XI: Breach of Implied Warranty
- ✓ Count XII: Fraudulent Misrepresentation
- ✓ Count XIII: Fraudulent Concealment
- ☐ Count XIV: Violations of Applicable ____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ✓ Count XV: Loss of Consortium

☐      Count XVI:    Wrongful Death

☐      Count XVII: Survival

✓      Punitive Damages

☐      Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

RESPECTFULLY SUBMITTED this _____ day of _____, 2017.

                                                                                   s/ **John T. Kirtley, III**
**JOHN T. KIRTLEY, III**
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com)
ivcfiling@lawerworks.com
ATTORNEY FOR THE PLAINTIFF

I hereby certify that on this \_\_\_\_\_ day of _____, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                          **/S/ JOHN KIRTLEY**

**EXHIBIT A**

**From:** Sheridan, Amanda [mailto:asheridan@swlaw.com]
**Sent:** Wednesday, September 13, 2017 4:21 PM
**To:** James Hearon <JHearon@lawyerworks.com>; Condo, Jim <jcondo@swlaw.com>; 'Richard.North@nelsonmullins.com' <Richard.North@nelsonmullins.com>
**Subject:** RE: Bard MDL - Amending a complaint

James,

Bard does not oppose the amendment.  Thanks.

Amanda Sheridan
Office: 602.382.6304
Fax: 602.382.6070

**From:** James Hearon [mailto:JHearon@lawyerworks.com]
**Sent:** Wednesday, September 13, 2017 11:26 AM
**To:** Condo, Jim; Sheridan, Amanda; 'Richard.North@nelsonmullins.com'
**Subject:** Bard MDL - Amending a complaint

Dear lead counsel,

I have a case filed for a client in the Bard MDL. We have learned since we filed that the spelling of the spousal plaintiff's first name on the complaint and civil cover sheet is incorrect. The filing number is 2:15-md-2641-DGC, and we would like to update the spelling of the spousal plaintiff from Diane Tubbs to Diana Tubbs.

Do you oppose this amendment?

Thank you

<image001.jpg>

**JAMES HEARON**
**Attorney**
**EMAIL:** jhearon@lawyerworks.com
**OFFICE:** 214-521-4412   **TOLL FREE:** 800-521-4492   **FAX:** 866-513-0115
**ADDRESS:** 2603 Oak Lawn Avenue, Suite 300, Dallas, TX 75219

**LAWYERWORKS.COM**
**OFFICES IN DALLAS & ATLANTA**

<image003.jpg>   <image004.jpg>   <image005.jpg>   <image006.jpg>

The information contained in and transmitted with this e-mail is subject to the attorney-client privilege, attorney work product and/or, confidential.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use of, or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Any e-mail erroneously transmitted to you should be immediately deleted from your inbox and delete folder.