# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

_____
IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION              No. 2:15-md-15-02641-DGC
_____

**This Document Relates to Plaintiff(s)**

Civil Action No. 2:17-cv-00953-PHX-DGC
Robert A. Parkins
_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 15th day of September, 2017.

| | |
|---|---|
| By: /s/*David P. Matthews* | By: /s/ *Richard North* |
| David P. Matthews | Richard North |
| MATTHEWS & ASSOCIATES | NELSON MULLINS RILEY & |
| 2905 Sackett Street | SCARBOROUGH LLP |
| Houston, TX 77098 | 201 17TH Street, NW, Suite 1700 |
| Telephone: (713) 522-5250 | Atlanta, GA 30363 |
| Facsimile (713) 535-7184 | Telephone: (404) 322-6000 |
| dmatthews@thematthewslawfirm.com | Facsimile: (404) 332-6397 |
| matthewsivc@thematthewslawfirm.com | richard.north@nelsonmullins.com |
| | *Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

FREESE & GOSS, PLLC
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Avenue N., Suite 3120
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this <u>15th</u> day of September, 2017, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                           */s/ David P. Matthews*
                                           David P. Matthews