IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No. 2:15-md-15-02641-DGC
_____

This Document Relates to Plaintiff(s)             ORDER DISMISSING CLAIMS
                                                  OF ROBERT A. PARKINS
Civil Action No. 2:17-cv-00953-PHX-DGC            WITHOUT PREJUDICE
Robert A. Parkins
_____

**ORDER**

Considering the parties' Stipulation of Dismissal without Prejudice of Robert A. Parkins,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Robert A. Parkins against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-00953-PHX-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 15th day of September, 2017.

                                                                      HONORABLE DAVID G. CAMPBELL
                                                                      Judge, United States District Court