UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick A. Arnold,<br>    Plaintiff, | MDL Case No. 2:15-md-02641-DGC |
| v. | Civil Action No. 2:17-CV-00957-DGC |
| C. R. Bard Inc. and<br>Bard Peripheral Vascular Inc.,<br>Defendants. | |

**STIPULATION OF DISMISSAL**

Plaintiff, Patrick A. Arnold, and Defendants, C. R. Bard, Inc., and Bard Peripheral Vascular Inc., file this Stipulation of Dismissal because:

A similar case was subsequently filed, for this same Plaintiff, by another attorney, in Case No. 2:17-CV-02658-DGC.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Patrick A. Arnold, and all Defendants, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party. Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. 2:17-CV-02658-DGC.

Dated this 15th day of September, 2017.

Respectfully submitted,

| | |
|---|---|
| /s/ John T. Kirtley, III | /s/Richard B. North |
| John T. Kirtley, III | Richard B. North |
| Ferrer, Poirot & Wansbrough | Nelson Mullins Riley & Scarborough, LLP |
| Texas Bar No. 11534050 | 201 17th St., NW, Suite 1700 |
| 2603 Oak Lawn Avenue, Suite 300 | Atlantic Station, Atlanta, GA 30363 |
| Dallas, Texas 75219 | Tel: (404) 322-6155 |
| (214) 521-4412 | Fax: (404) 322-6050 |
| (214) 526-6026 Fax | richard.north@nelsonmullins.com |
| jkirtley@lawyerworks.com | Attorneys for Defendants |
| Asst. molvera@lawyerworks.com | |
| ivcfiling@lawyerworks.com | |
| Attorneys for Plaintiff | |

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                            /s/John T. Kirtley, III
                                            John T. Kirtley, III