UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick A. Arnold,<br>    Plaintiff, | MDL Case No. 2:15-md-02641-DGC |
| v. | Civil Action No. 2:17-CV-00957-DGC |
| C. R. Bard Inc. and<br>Bard Peripheral Vascular Inc.,<br>Defendants. | |

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Patrick A. Arnold,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Patrick A. Arnold, against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. 2:15-md-02641-DGC (Civil Action No. 2:17-CV-00957-DGC) are dismissed in their entirety without prejudice. Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. 2:17-CV-02658-DGC. Each party shall bear its own costs.

Signed this_____ day of_____, 2017.

_____
Hon. David G. Campbell
United States District Court Judge

1