IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

No. 2:15-MD-02641-DGC

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that we have moved and that we now have a new mailing address.  Our telephone and fax numbers did not change.

Please update your records.

Our old address is:
Nemeroff Law Firm
2626 Cole Avenue, Suite 450
Dallas, TX 75204

Our NEW ADDRESS IS:
Nemeroff Law Firm
Hillcrest Tower
12720 Hillcrest Road, Suite 700
Dallas, TX 75230

RESPECTFULLY SUBMITTED this 15<u>th</u> day of <u>September</u>, 2017

Nemeroff Law Firm PC

By: /s/  Ellen Presby
Ellen A. Presby (AZ Bar No. 028924)
Hillcrest Road, Suite 700
Dallas, Texas 75230
ellenpresby@nemerofflaw.com
Tel: 214-774-2258

I hereby certify that on this 15<u>th</u> day of <u>September</u>, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/  Ellen A. Presby</u>