Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO SEAL DOCUMENTS LODGED BY DEFENDANTS** |

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Plaintiffs move this Court to seal the documents that Defendants C.R. Bard, Inc. and Bard Peripheral Vascular (collectively "Bard") lodged pursuant to its Notice of Lodging Under Seal Certain Exhibits in Support of Bard's Motion to Exclude the Opinions of David Garcia, M.D. and Michael Streiff, M.D. [Doc. 7295] and Notice of Lodging Under Seal Certain Exhibits in Support of Bard's Motion to Exclude the Opinions of Darren M. Hurst, M.D. [Doc. 7307] (collectively "Notices").  As Bard admits in its Notices, the information and materials it has lodged "contain Plaintiff's personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order."  Notices at 1.  Indeed, there is no dispute regarding the need to file the lodged documents under seal.

The information that Bard has lodged with its Notices all relates to Plaintiffs' personal healthcare, treatment, and medical records.  Such information is clearly protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996

("HIPAA"), 45 C.F.R. § 160, 164(A) & (E). And, the knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6. Again, there is no dispute as to the protected nature of the information – Bard admits that in its Notices. And, this Court has already granted the filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions. [*See* Doc. 4366.]

Accordingly, Plaintiffs request that the Court order the information and documents lodged with Bard's Notices at docket numbers 7295 and 7303 be filed under seal.

RESPECTFULLY SUBMITTED this 15th day of September 2017.

        GALLAGHER & KENNEDY, P.A.

        By:/s/ Mark S. O'Connor
           Mark S. O'Connor
           2575 East Camelback Road
           Phoenix, Arizona  85016-9225

        LOPEZ McHUGH LLP
           Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
           100 Bayview Circle, Suite 5600
           Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ Deborah Yanazzo*