1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **ORDER RE MOTION TO SEAL DOCUMENTS LODGED BY DEFENDANTS** |

Plaintiffs have filed a motion to file under seal Defendants' lodged documents described in Bard's Notices at docket number 7295 and 7303.

Based on Plaintiffs' motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket numbers 7295 and 7303.