1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   Julia Reed Zaic, Esq. – julia@hrzlaw.com
8  (California Bar Number 224671; admitted *pro hac vice*)
   Laura Smith, Esq.
9  (California Bar Number 313879; admitted *pro hac vice*)
   Heaviside Reed Zaic
10 312 Broadway, Suite 203
   Laguna Beach, California  92660
11 949-715-5120

12 *Counsel for Plaintiffs*

13                  UNITED STATES DISTRICT COURT

14                        DISTRICT OF ARIZONA

15 In Re Bard IVC Filters Products          No. MD-15-02641-PHX-DGC
16 Liability Litigation
                                            **JOINT MOTION TO EXTEND**
17                                          **ALLOTTED TIME FOR SEALING**
                                            **DOCUMENTS RELATED TO**
18                                          **PLAINTIFFS' NOTICE OF LODGING**
                                            **DOCUMENTS UNDER SEAL FOR**
19                                          **PLAINTIFFS' CONTROVERTING**
                                            **STATEMENT OF FACTS IN**
20                                          **OPPOSITION TO BARD'S MOTION**
                                            **FOR SUMMARY JUDGMENT**
21                                          **REGARDING PREEMPTION**

22

23        Parties submit this Joint Motion to Extend Time Allotted for Sealing Documents

24 Related to Plaintiffs' Notice of Lodging Documents Under Seal for Plaintiffs'

25 Controverting Statement of Facts In Opposition to Bard's Motion for Summary Judgment

26 Regarding Preemption [Doc. 7374].

27        Plaintiffs failed to lodge with the Court the exhibits associated with Dr. Kessler's

28 Second Supplemental Report (Exhibit 3).  Plaintiffs file concurrently with this Motion a

1   Verified Notice of Errata to Plaintiffs' Controverting Statement of Facts in Opposition to

2   Bard's Motion for Summary Judgment Regarding Preemption and will lodge the

3   substituted Exhibit 3 to Plaintiffs' Controverting Statement of Facts In Opposition to

4   Bard's Motion for Summary Judgment Regarding Preemption [Doc. 7374] in accordance

5   with Protective Order and LRCiv 5.6(d).

6        The parties stipulate to extend the allotted fifteen (15) day requirement, as defined

7   in the Protective Order [Doc. 260-1] and consistent with LRCiv 5.6(d), to allow

8   Defendants to review the additional exhibits to be lodged under seal. Parties have agreed

9   to an extension of one (1) week with a due date of Friday, September 22nd.

10       RESPECTFULLY SUBMITTED this 15th day of September 2017.

11                          GALLAGHER & KENNEDY, P.A.

12                          By:*/s/ Mark S. O'Connor*
                               Mark S. O'Connor
13                             2575 East Camelback Road
                               Phoenix, Arizona  85016-9225
14
                            LOPEZ McHUGH LLP
15                             Ramon Rossi Lopez (CA Bar No. 86361)
                               (admitted *pro hac vice*)
16                             100 Bayview Circle, Suite 5600
                               Newport Beach, California 92660
17
                            HEAVISIDE REED ZAIC
18                             Julia Reed Zaic, Esq. (CA Bar No. 224671)
                               (admitted *pro hac vice*)
19                             Laura Smith, Esq. (CA Bar No. 313879)
                               (admitted *pro hac vice*)
20                             312 Broadway, Suite 203
                               Laguna Beach, California  92660
21
                               *Counsel for Plaintiffs*
22
                            NELSON MULLINS, LLP
23

24                          By: */s/  Richard B. North, Jr.*
                               Richard B. North, Jr. (admitted *pro hac vice*)
25                             Georgia Bar No. 545599
                               Matthew B. Lerner (admitted *pro hac vice*)
26                             Georgia Bar No. 446986
                               201 17th Street, NW / Suite 1700
27                             Atlanta, GA  30363

28

SNELL WILMER, LLP
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

*Counsel for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*