# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND ALLOTTED TIME FOR SEALING DOCUMENTS RELATED TO PLAINTIFFS' NOTICE OF LODGING DOCUMENTS UNDER SEAL FOR PLAINTIFFS' CONTROVERTING STATEMENT OF FACTS IN OPPOSITION TO BARD'S MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION** |

This matter has come before the Court on Parties' Joint Motion to Extend Time Allotted For Sealing Documents Related to Plaintiffs' Notice of Lodging Documents Under Seal for Plaintiffs' Controverting Statement of Facts In Opposition to Bard's Motion for Summary Judgment Regarding Preemption.

The Court, having reviewed the Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Parties should be GRANTED.

IT IS THEREFORE ORDERED that the Bard Defendants' Motion and Incorporated Memorandum to Seal Documents Lodged under Seal by Plaintiffs In Opposition to Defendants' Motion for Summary Judgment Regarding Preemption is due on September 22, 2017.