Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Julia Reed Zaic, Esq. – julia@hrzlaw.com
(California Bar Number 224671; admitted *pro hac vice*)
Laura Smith, Esq.
(California Bar Number 313879; admitted *pro hac vice*)
Heaviside Reed Zaic
312 Broadway, Suite 203
Laguna Beach, California  92660
949-715-5120

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**VERIFIED NOTICE OF ERRATA AND PLAINTIFFS' NOTICE OF LODGING DOCUMENT UNDER SEAL TO PLAINTIFFS' CONTROVERTING STATEMENT OF FACTS IN OPPOSITION TO BARD'S MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION** |

Plaintiffs, through Mark S. O'Connor, co-lead counsel for Plaintiffs, hereby notifies the Court and parties that Exhibit 3 to Plaintiffs' Controverting Statement of Facts In Opposition to Bard's Motion for Summary Judgment Regarding Preemption [Doc. 7374] ("CSOF"), David A. Kessler Second Supplemental Report, was inadvertently filed without the full complement of exhibits attached to his underlying report. The revised attached CSOF Exhibit 3 contains the report exhibits, and should be substituted for the previously-lodged CSOF Exhibit 3. Mr. O'Connor declares under penalty of perjury that the additional

documents appended to Dr. Kessler's Second Supplemental Report are true and correct copies of documents produced by Bard in this litigation produced by Bard or other parties in this litigation and are what they purport to be, as further stated in the report of Dr. Kessler.

Exhibits A, B, C, D, G, H, I, J, K and L are attached and filed herewith with this Notice of Errata. Exhibit E and F will be lodged under seal.

Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court under seal Exhibit 3 to Plaintiffs' Controverting Statement of Facts In Opposition to Bard's Motion for Summary Judgment Regarding Preemption [Doc. 7374], David A. Kessler Second Supplemental Report including exhibits as referenced above.

RESPECTFULLY SUBMITTED this 15th day of September, 2017.

GALLAGHER & KENNEDY, P.A.

By:*/s/ Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

HEAVISIDE REED ZAIC
    Julia Reed Zaic, Esq. (CA Bar No. 224671)
    (admitted *pro hac vice*)
    Laura Smith, Esq. (CA Bar No. 313879)
    (admitted *pro hac vice*)
    312 Broadway, Suite 203
    Laguna Beach, California 92660

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*