IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | MDL No. 2:15-MD-02641-PHX-DGC |
| *DARLA BROWN* | **Civil Action No.** 2:17-cv-01506-DGC |
| *Plaintiff,* | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| *Defendants.* | |

## WITHDRAW OF DOCUMENT

Plaintiff filed a Stipulation of Dismissal Without Prejudice (Doc no. 7706) in MDL 02641 on September 18, 2017. The document reflects the wrong caption and therefore Plaintiff requests the Court to withdraw the document (no. 7706) from the Court's docket.

Dated this 18th day of September, 2017.

Respectfully submitted,

 /s/ William B. Curtis
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

          */s/ William Curtis*
          WILLIAM CURTIS