## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No. MDL15-02641-PHX DGC
_____

This Document Relates to Plaintiff(s)       ORDER DISMISSING CLAIMS
                                            OF ROBERT A. PARKINS
No. **CV**17-0953-PHX-DGC                   WITHOUT PREJUDICE
Robert A. Parkins
_____

     Considering the parties' Stipulation of Dismissal without Prejudice of Robert A. Parkins.  Doc. 7639.

     **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the parties' stipulation of dismissal (Doc. 7639) is **granted.**  All claims of Plaintiff Robert A. Parkins against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-0953-PHX-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

     Dated this 18th day of September, 2017.

                                                      _____
                                                             David G. Campbell
                                                          United States District Judge