# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX DGC<br><br>**ORDER** |
|---|---|

This matter has come before the Court on the parties' joint motion to extend time allotted for sealing documents related to Plaintiffs' notice of lodging documents under seal for Plaintiffs' controverting statement of facts in opposition to Bard's motion for summary judgment regarding preemption. Doc. 7665.

**IT IS ORDERED** that the parties' joint motion (Doc. 7665) is **granted.** The Bard Defendants' motion and incorporated memorandum to seal documents lodged under seal by Plaintiffs in opposition to Defendants' motion for summary judgment regarding preemption is due on or before **September 22, 2017.**

Dated this 18th day of September, 2017.

_David G. Campbell_
United States District Judge