# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No. MDL15-02641-PHX DGC

This Document Relates to Plaintiff(s)         ORDER DISMISSING CLAIMS
                                              OF PATRICK A. ARNOLD
No. **CV**17-0957-PHX-DGC                     WITHOUT PREJUDICE
Patrick A. Arnold

    Considering the parties' Stipulation of Dismissal without Prejudice of Patrick A. Arnold.  Doc. 7654.

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the parties' stipulation of dismissal (Doc. 7654) is **granted.**  All claims of Plaintiff Patrick A. Arnold against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-0957-PHX-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 18th day of September, 2017.

_____
David G. Campbell
United States District Judge