Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

Julia Reed Zaic, Esq. – julia@hrzlaw.com
(California Bar Number 224671; admitted *pro hac vice*)
Laura Smith, Esq.
(California Bar Number 313879; admitted *pro hac vice*)
Heaviside Reed Zaic
312 Broadway, Suite 203
Laguna Beach, California 92660
949-715-5120

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND AMENDED MOTION AND INCORPORATED MEMORANDUM TO SEAL** |

Pursuant to LRCiv 5.6(d), Plaintiffs respectfully submit this Motion to Seal Plaintiffs' Opposition to Defendants' Second Amended Motion and Incorporated Memorandum to Seal.

Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court the Plaintiff's Opposition and accompanying Exhibits 1 and 2.

Defendants contend that the documents discussed in Plaintiffs' Opposition and documents attached as Exhibits are confidential and should be filed under seal. Plaintiffs do not believe that their Opposition and the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

This dispute notwithstanding, Plaintiffs submit this Motion to Seal Plaintiffs' Opposition to Defendants' Second Amended Motion and Incorporated Memorandum to Seal.

RESPECTFULLY SUBMITTED this 18th day of September 2017.

      GALLAGHER & KENNEDY, P.A.

      By: */s/* Mark S. O'Connor
        Mark S. O'Connor
        2575 East Camelback Road
        Phoenix, Arizona  85016-9225

      LOPEZ McHUGH LLP
        Ramon Rossi Lopez (CA Bar No. 86361)
        (admitted *pro hac vice*)
        100 Bayview Circle, Suite 5600
        Newport Beach, California 92660

      HEAVISIDE REED ZAIC
        Julia Reed Zaic, Esq. (CA Bar No. 224671)
        (admitted *pro hac vice*)
        Laura Smith, Esq. (CA Bar No. 313879)
        (admitted *pro hac vice*)
        312 Broadway, Suite 203
        Laguna Beach, California  92660

      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

      /s/ Deborah Yanazzo