UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER RE MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND AMENDED MOTION AND INCORPORATED MEMORANDUM TO SEAL** |

Plaintiffs' have filed a Motion to Seal Plaintiffs' Opposition to Defendants' Second Amended Motion and Incorporated Memorandum to Seal (the "Motion") at docket number ____.

Based on Plaintiffs' Motion and good cause appearing, it is Ordered that the Clerk shall file under seal the documents lodged by Plaintiffs at docket number _____.