William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone:   (214) 890-1000
Facsimile:    (214) 890-1010
*Counsel for Plaintiff Darla Brown*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *DARLA BROWN* | **Civil Action No.** 2:17-cv-01506-DGC |
| *Plaintiff,* | **PROPOSED ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *v.* | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Darla Brown.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Darla Brown in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Honorable David G. Campbell
United States District Court Judge