IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>2:17-cv-03227<br><br>_____<br><br>STACIA WILLIAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., et al.,<br><br>          Defendants. | MDL Docket No. 15-2641 |

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Stacia Williams.

Dated: 9/19/2017                        Respectfully submitted,

                                                  By: /s/Thomas P. Cartmell
                                                  Thomas P. Cartmell (MO Bar No. 45366 )
                                                   (admitted *pro hac vice*)
                                                  **Wagstaff & Cartmell, LLP**
                                                  4740 Grand Ave., Suite 300
                                                  Kansas City, MO 64112
                                                  (816) 701-1100
                                                  (816) 531-2372 (fax)
                                                  tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 19th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff
