1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Attorneys for Plaintiffs*
8
   James R. Condo (#005867)
9  Amanda C. Sheridan (#027360)
   SNELL & WILMER L.L.P.
10 One Arizona Center
   400 E. Van Buren, Suite 1900
11 Phoenix, Arizona  85004-2202
   Telephone:  602.382.6000
12 Facsimile:  602.382.6070
   jcondo@swlaw.com
13 asheridan@swlaw.com

14 Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
15 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
16 NELSON MULLINS RILEY & SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
17 Atlanta, GA  30363
   Telephone: (404) 322-6000
18 Telephone: (602) 382-6000
   richard.north@nelsonmullins.com
19 matthew.lerner@nelsonmullins.com

   *Attorneys for Defendants C. R. Bard, Inc. and*
20 *Bard Peripheral Vascular, Inc.*

21                     UNITED STATES DISTRICT COURT
22                          DISTRICT OF ARIZONA

23 | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
   |---|---|
   | | **JOINT MOTION TO EXTEND DAUBERT RESPONSE AND REPLY BRIEF PAGE LIMITS AND EXTEND DEADLINE TO FILE REPLY BRIEF TO MOTION FOR SUMMARY JUDGMENT AND PREEMPTION, REPLY BRIEF AND MOTIONS TO SEAL** |

1  The parties, through their attorneys undersigned, respectfully request that the Court extend *Daubert* response and reply brief page limits and extend Defendants' deadline to file their reply brief to their Motion for Summary Judgment and Preemption. The parties certify that they have conferred about the matters set forth below and hereby jointly agree to the following:

1. *Daubert* Responses and Replies. The parties agree that Plaintiffs' responses to *Daubert* motions may include five additional pages for a total of 22 pages and Defendants may have an additional three pages for a total of 16 pages for their replies in support of *Daubert* motions.

2. Motion for Summary Judgment on Preemption. The parties agree that Defendants shall have four additional business days up to and including **September 28, 2017** to file a reply brief in support of their Motion for Summary Judgment and Preemption.

3. Motions to Seal relating to Motion for Summary Judgment on Preemption. The parties agree that Bard's reply in support of its Motion to Seal filed on August 28, and Bard's Motion to Seal relating to Plaintiffs' Notice of Lodging Documents under seal filed on September 1, 2017 and amended on September 15 shall also be extended four additional business days up to and including **September 28, 2017.**

The parties believe that good cause exists for the requested extension of the *Daubert* response and reply brief page limits and extension of Defendants' deadline to file their reply brief to their Motion for Summary Judgment and Preemption and Reply the pending Motion to Seal and Motion regarding documents lodged under seal.

Respectfully submitted this 19th day of September, 2017.

GALLAGHER & KENNEDY, P.A.            NELSON MULLINS RILEY & SCARBOROUGH

By:*/s/ Mark S. O'Connor*                        By: */s/ Richard B. North*
   Mark S. O'Connor (011029)                   Richard B. North, Jr. (admitted *pro hac vice*)
   2575 East Camelback Road                     Georgia Bar No. 545599
   Phoenix, Arizona 85016-9225                  Matthew B. Lerner (admitted *pro hac vice*)
                                                 Georgia Bar No. 446986
                                                 201 17th Street, NW / Suite 1700
                                                 Atlanta, GA  30363

2

| | |
|---|---|
| Ramon Rossi Lopez | James R. Condo |
| (admitted *pro hac vice*) | Snell & Wilmer, LLP |
| CA Bar No. 86361 | Amanda C. Sheridan |
| LOPEZ McHUGH LLP | One Arizona Center |
| 100 Bayview Circle, Suite 5600 | 400 E. Van Buren, Suite 1900 |
| Newport Beach, California 92660 | Phoenix, Arizona  85004-2202 |
| | *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*