UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER EXTENDING PAGE LIMITS FOR DAUBERT RESPONSE AND REPLY BRIEFS AND EXTENDING TIME TO REPLY TO MOTION FOR SUMMARY JUDGMENT AND PREEMPTION AND MOTIONS TO SEAL** |

The Court has reviewed the parties' joint motion to extend *Daubert* motions' response and reply brief page limits and extend deadline to file reply brief to Motion for Summary Judgment and Preemption [Doc. \_\_\_\_.]

**IT IS ORDERED:**

1. The parties' joint motion to extend [Doc. \_\_\_\_] is granted.

2. The page limits for responses and reply briefs for any *Daubert* motions shall be extended by an additional five (5) pages.

3. On or before September 28, 2017, Defendant shall file a reply brief in support of their Motion for Summary Judgment on Preemption.

4. On or before September 28, 2017, Defendant shall file a reply to its Motion to Seal documents relating to its Motion for Summary Judgment on Preemption and a Motion to Seal relating to documents lodged under seal by Plaintiffs on September 1 and September. 15 with their response to Defendant's Motion for Summary Judgment on Preemption.