IN RE BARD IVC FILTERS PRODUCTS LIABILITY
LITIGATION MDL DOCKET #15-2641

EVAN HULICK,

                Plaintiff,

v.                                              AFFIDAVIT OF SERVICE
C.R. BARD INCORPORATED, et al.,        C.A.No: CV-17-3178-PHX-DGC

                Defendants.

STATE OF NEW YORK
                        ss.:
COUNTY OF ULSTER

        MARIA M. ROCK, being duly sworn, deposes and says:

        I am over 18 years of age, I am not a party to the action, and I reside in Ulster County in the State of New York.

        I served a true copy of the annexed SUBPOENA and SUBPOENA DUCAS TECUM IN A CIVIL CASE on September 20, 2017, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

| | |
|---|---|
| Alfred P. Vigorito, Esq.<br>Vigoritto, Barker, Porter & Patterson, LLP<br>115 E. Stevens Avenue, Ste. 206<br>Valhalla, NY 10595 | Daniel K. Winters, Esq.<br>Reed Smith, LLP (NYC)<br>599 Lexington Avenue<br>New York, NY 10022 |
| Richard B. North, Jr., Esq.<br>Nelson, Mullins, Riley & Scarborough, LLP<br>201 17th Street, Suite 1700<br>Atlanta, GA 30363 | William J. O'Kane, Jr., Esq.<br>Archer & Greiner, PC<br>One Centennial Square<br>33 E. Euclid Avenue<br>Haddonfield, NJ 08033 |

                                                                MARIA M. ROCK

Sworn to before me on
September 20, 2017

_____
    Notary Public

JOSEPHINE C. VALENTE-WILKINS
Notary Public, State of New York
Registration #01VA4846976
Qualified in Dutchess County
Commission Expires Jan. 31, 20__