UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

---

Michael W. Messer

                Plaintiff,

V.

C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

                Defendants.

MDL No. 2:15-md-02641- DGC

This Document Relates to Case No:  2:16-cv-03691-DGC

---

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Michael W. Messer, which occurred on or about May 24, 2017.  Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Michael W. Messer's estate within the appropriate time period.

Dated:  September 20, 2017

                                      **BY PLAINTIFFS' ATTORNEYS,**

                              By:  /S/ Julie Ferraro
                              Julie Ferraro, BBO No. 665364
                              KREINDLER & KREINDLER LLP
                              855 Boylston Street
                              Boston, MA 02116
                              T: (617) 424-9100
                              F: (617) 424-9120

jferraro@kreindler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2017, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

       /S/   Julie Ferraro