IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) CV-17-03246-PHX-DGC ) _____ ) ) BETTY WILL, ) )          Plaintiff, ) )        v. ) ) C. R. BARD, INC., et al., ) )        Defendants. ) | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:    The Clerk of the Court and all parties of record:

      We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Ernest Singleton.

Dated: 09/20/2017               Respectfully submitted,

                                By: /s/Thomas P. Cartmell        
                                Thomas P. Cartmell (MO Bar No. 45366 )
                                 (admitted *pro hac vice*)
                                **Wagstaff & Cartmell, LLP**
                                 4740 Grand Ave., Suite 300
                                 Kansas City, MO 64112
                                 (816) 701-1100
                                 (816) 531-2372 (fax)

                                By: /s/David C. DeGreeff        
                                David C. DeGreeff (MO Bar No. 55019)
                                 (admitted *pro hac vice*)

**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***

I hereby certify that on this 20th day of September, 2017, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for

filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*