**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | **No. MDL15-02641-PHX-DGC** |
| | **Civil Action No.** CV17-1506-PHX DGC |
| This document relates to: | |
| *DARLA BROWN* | **ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| Defendants. | |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Darla Brown. Doc. 7721.

**IT IS HEREBY ORDERED, ADJUDGE AND DECLARED** that all claims of Plaintiff Darla Brown in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Dated this 20th day of September, 2017.

_____
David G. Campbell
United States District Judge