IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff(s) Sherfran Ritchie, Civil Case # 2:17-cv-3113 | **NOTICE OF APPEARANCE** |
| Corrine Brown, Civil Case # 2:17-cv-03111 | |
| Douglas Owen, Civil Case # 2:17-cv-3112 | |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Sherfran Ritchie, Corrine Brown and Douglas Owen.

RESPECTFULLY SUBMITTED this 20th day of September, 2017.

**BURNETT LAW FIRM**

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Email:
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas  77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Email: Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*