**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | ) ) ) | CASE NO. 2:15-MD-02641-PHX-DGC |
| *This filing applies to Watts v. C.R. Bard, Inc., et al., Case No. CV-17-2770-PHX-DGC*[1] | ) ) ) | **Suggestion of Death of Plaintiff George Watts and Motion to Substitute Plaintiff** |

NOW COMES INTO COURT FORMER COUNSEL OF RECORD FOR PLAINTIFF GEORGE WATTS:

Undersigned counsel hereby gives notice that the Plaintiff in the above-captioned matter, George Watts, unfortunately passed away on December 15, 2016.  See attached Death Certificate incorporated as Exhibit A.  As this action is based on personal injury, his wife and successor, Nancy Watts, through undersigned counsel, hereby moves to substitute herself as plaintiff of record on behalf of her deceased husband in this Civil Action pursuant to FRCP 25(a)(1).

Respectfully submitted this 20th day of September, 2017.

                                          <u>William F. Blankenship III</u>
                                          William F. Blankenship III
                                          Texas Bar No. 90001483
                                          BLANKENSHIP LAW FIRM
                                          3710 Rawlins St., Ste 1230
                                          Dallas, Texas 75219
                                          214.361.7500
                                          214.361.7505 Fax
                                          bill@blankenshiplaw.com

                                          David P. Matthews
                                          Texas Bar No. 13206200
                                          MATTHEWS & ASSOCIATES

---

[1] This case was originally filed in the District Court of Clark County, Nevada (Case No. A-16-739730-C), removed to the United States District Court for the District of Nevada (Case No. 2:17-CV-02113-JAD-GWF) and then transferred to this Court.

2905 Sackett St.
Houston, Texas 77098
713.522.5250
713.535.7184 Fax
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard A. Freese
Alabama Bar No. 6879-E67R
FREESE & GOSS, PLLC
1901 6th Ave. N. Ste. 3120
Birmingham, Alabama 35203
205.871.4144
205.871.4104 Fax
rich@freeseandgoss.com

Peter C. Wetherall
Nevada Bar No.
WETHERALL GROUP, LTD.
9345 West Sunset Rd., Ste 100
Las Vegas, Nevada 89148
702.838.8500
702.837.5081 Fax
pwetherall@wetherallgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal.

William F. Blankenship III
William F. Blankenship III