# EXHIBIT A

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS

## CERTIFICATE OF DEATH

CASE FILE NO. 3930514　　　　　　　　　　　　STATE FILE NUMBER: 2016022831

**DECEDENT**
- 1a. DECEASED-NAME: George Wayne WATTS
- 2. DATE OF DEATH: December 15, 2016
- 3a. COUNTY OF DEATH: Clark
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Las Vegas
- 3c. HOSPITAL OR OTHER INSTITUTION: 9413 White Ridge Avenue
- 3e. If Hosp. or Inst. indicate DOA, OP/Emer. Rm. Inpatient: Home
- 4. SEX: Male
- 5. RACE: White
- 6. Hispanic Origin?: No - Non-Hispanic
- 7a. AGE-Last birthday (Years): 79
- 8. DATE OF BIRTH: [redacted]
- 9a. STATE OF BIRTH: Arkansas
- 9b. CITIZEN OF WHAT COUNTRY: United States
- 10. EDUCATION: 12
- 11. MARITAL STATUS: Married
- 12. SURVIVING SPOUSE'S NAME: Nancy Louise WATTS
- 13. SOCIAL SECURITY NUMBER: [redacted]
- 14a. USUAL OCCUPATION: Fire Captain
- 14b. KIND OF BUSINESS OR INDUSTRY: Fire & Rescue
- Ever in US Armed Forces?: No
- 15a. RESIDENCE - STATE: Nevada
- 15b. COUNTY: Clark
- 15c. CITY, TOWN OR LOCATION: Las Vegas
- 15d. STREET AND NUMBER: 9413 White Ridge Avenue
- 15e. INSIDE CITY LIMITS: Yes

**PARENTS**
- 16. FATHER/PARENT - NAME: Byron WATTS
- 17. MOTHER/PARENT - NAME: Gertrude HENLEY

- 18a. INFORMANT - NAME: Nancy Louise WATTS
- 18b. MAILING ADDRESS: 9413 White Ridge Avenue Las Vegas, Nevada 89149

**DISPOSITION**
- 19a. BURIAL, CREMATION, REMOVAL, OTHER: Cremation
- 19b. CEMETERY OR CREMATORY - NAME: Palm Crematory
- 19c. LOCATION: Las Vegas Nevada 89101
- 20a. FUNERAL DIRECTOR - SIGNATURE: JAYE D MACPHERSON (SIGNATURE AUTHENTICATED)
- 20b. FUNERAL DIRECTOR LICENSE NUMBER: FD202
- 20c. NAME AND ADDRESS OF FACILITY: Neptune Society, 8570 Del Webb Blvd Las Vegas NV 89134

**TRADE CALL**

**CERTIFIER**
- 21a. SIGNATURE AUTHENTICATED - CRAIG M JORGENSON M.D.
- 21b. DATE SIGNED: December 17, 2016
- 21c. HOUR OF DEATH: 07:17
- 23a. NAME AND ADDRESS OF CERTIFIER: Craig M Jorgenson M.D. 6330 S Jones Blvd Las Vegas, NV 89118
- 23b. LICENSE NUMBER: 9529

**REGISTRAR**
- 24a. REGISTRAR: NANCY BARRY (SIGNATURE AUTHENTICATED)
- 24b. DATE RECEIVED BY REGISTRAR: December 19, 2016
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: NO [X]

**CAUSE OF DEATH**
- 25. IMMEDIATE CAUSE - PART I (a): Dementia — Interval: Months
- 26. AUTOPSY: No
- 27. WAS CASE REFERRED TO CORONER: Yes

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by state Board of Health pursuant to NRS 440.175.

VRS-Rev-20120523a

348702



DATE ISSUED: DEC 20 2016

Registrar of Vital Statistics



This copy not valid unless prepared on watermarked security paper displaying date, seal and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT • P.O. Box 3902 • Las Vegas, NV 89127 • 702-759-1010 • Tax ID # 88-0151573