# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> *This filing applies to Watts v. C.R. Bard, Inc.,* ) <br> *et al., Case No. CV-17-2770-PHX-DGC* ) <br> _____ ) | CASE NO. 2:15-MD-02641-PHX-DGC <br><br> **ORDER** |

      Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff George Watts and Motion to Substitute Plaintiff (Doc. _____).  Plaintiff has requested that Nancy Watts be substituted as Plaintiff of record on behalf of her deceased husband, George Watts.  Defendants have no objection.

      **IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED**.  The Clerk of Court is directed to substitute Nancy Watts as Plaintiff of record in Case No. CV-17-2770-PHX-DGC.

      Dated this ____ day of September, 2017.