# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-md-15-02641-DGC |

This Document Relates to Plaintiff(s)

Civil Action No. CV-17-03178-PHX-DGC

Evan Hulick

## STIPULATION TO WITHDRAW SUBPOENA AND SUBPOENA *DUCES TECUM* SERVED UPON WESTCHESTER MEDICAL CENTER AND ROMEO MATEO, M.D.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, that the Subpoena *Duces Tecum* served upon Westchester Medical Center and Romeo Mateo, M.D. [Dkt. 7734] in the above-captioned case be hereby withdrawn without prejudice as to the plaintiff's right to re-serve same once the MDL is completed and the case is remanded to its transferor district.

Dated this 21 day of September, 2017.

By: /s/Howard Shafran
Howard Shafran
SHAFRAN & ROCK, PLLC
44 Church Street
White Plains, New York 10601
NEGOTIATOR519@GMAIL.COM

*Attorneys for Plaintiff*

By: /s/ Richard North
Richard North
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17TH Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 332-6397
richard.north@nelsonmullins.com

*Attorneys for Defendants C.R. Bard, Inc.,*

*and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this $\partial$ day of September, 2017, a copy of the foregoing Stipulation to Withdraw Subpoena and Subpoena *Duces Tecum* served upon Westchester Medical Center and Romeo Mateo, M.D. was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Howard Shafran*

Howard Shafran