UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX-DGC  **ORDER** |
|---|---|

The Court has reviewed the parties' joint motion to extend *Daubert* motions' response and reply brief page limits and extend deadline to file reply brief to Motion for Summary Judgment and Preemption. Doc. 7732.

**IT IS ORDERED:**

1. The parties' joint motion to extend (Doc. 7732) is **granted**.

2. The page limits for responses and reply briefs for any *Daubert* motions shall be extended by an additional five (5) pages.

3. On or before September 28, 2017, Defendant shall file a reply brief in support of their Motion for Summary Judgment on Preemption.

4. On or before September 28, 2017, Defendant shall file a reply to its Motion to Seal documents relating to its Motion for Summary Judgment on Preemption and a Motion to Seal relating to documents lodged under seal by Plaintiffs on September 1 and September 15 with their response to Defendant's Motion for Summary Judgment on Preemption.

Dated this 21st day of September, 2017.

_____
David G. Campbell
United States District Judge