1
2
3
4
5

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8
In Re Bard IVC Filters Products Liability     No. MD-15-02641-PHX-DGC
9  Litigation

10 SHERR-UNA BOOKER, an individual,        **ORDER RE MOTION TO SEAL**
                                           **DOCUMENTS LODGED BY**
11             Plaintiff,                   **DEFENDANTS**

12 v.

13 C.R. BARD, INC., a New Jersey
   corporation and BARD PERIPHERAL
14 VASCULAR, an Arizona corporation,

15             Defendants.

16

17        Plaintiff Sherr-Una Booker has filed a motion to file under seal Defendants' lodged

18 documents described in Bard's Notices at docket number 7458 and 7459.

19        Based on Plaintiff's motion and good cause appearing, it is ordered that the Clerk

20 shall file under seal the documents lodged by Defendants at docket numbers 7458 and

21 7459.

22
23
24
25
26
27
28