John C. Duane (Fed.ID 8047)
Donald A. Migliori (Fed. ID 4936)
Fred Thompson, III (Fed. ID 4081)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9000
843-216-9450 (fax)
jduane@motleyrice.com
dmigliori@motleyrice.com
fthompson@motleyrice.com

*Attorneys for Plaintiff Drema June Ashley*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| *This Document Relates to:*<br>Drema June Ashley<br>v. Bard Peripheral Vascular, Inc.<br><br>Case No: 2:17-cv-01619-DGC | **Suggestion of Death** |

Joseph Tucker, personal representative of Drema June Ashley, hereby gives notice of the death of Drema June Ashley on July 8, 2017. The time, date and circumstances of Ms. Ashley's death are set forth in the Death Certification attached as Exhibit "1".

Respectfully submitted,

By: /s/ John C. Duane
    John C. Duane (Fed.ID 8047)
    jduane@motleyrice.com
    Donald A. Migliori (Fed. ID 4936)
    dmigliori@motleyrice.com
    Fred Thompson, III (Fed. ID 4081)
    fthompson@motleyrice.com

1

        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        843-216-9000,
        843-216-9450 (fax)

*Attorneys for Plaintiff Drema June Ashley*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on September 25, 2017, by operation of the Court's Electronic Case Filing System, on counsel of record in case number 2:17-cv-01619-DGC.

>Respectfully submitted,
>
>/s/ John C. Duane
>Signature