# EXHIBIT 1

**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION**
**PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

AMENDED
8-21-2017

STATE FILE NUMBER: 011835

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Drema June Ashley
2. SEX: F
3. DATE OF DEATH (Month, Day, Year): 7/8/2017
4. SOCIAL SECURITY NUMBER: 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
5a. AGE-Last Birthday (Years): 74
5b. UNDER 1 YEAR — Months / Days:
5c. UNDER 1 DAY — Hours / Minutes:
6. DATE OF BIRTH (Month, Day, Year): 4/8/1993
7. BIRTHPLACE (City and State or Foreign Country): Vanetta, WV
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No): NO
9a. PLACE OF DEATH (Check only one; see instructions on other side): Nursing Home
9b. FACILITY NAME (If not institution, give street and number): 190 Oakland Ave
9c. CITY, TOWN, OR LOCATION OF DEATH: Smithers
9d. COUNTY OF DEATH: Fayette
10. MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify): Widowed
11. SURVIVING SPOUSE (If wife, give maiden name):
12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired): Homemaker
12b. KIND OF BUSINESS/INDUSTRY: 901 Own Residence  989
13a. RESIDENCE—STATE: WV
13b. COUNTY: Fayette
13c. CITY, TOWN, OR LOCATION: Smithers
13d. STREET AND NUMBER: 190 Oakland Ave.
13e. INSIDE CITY LIMITS: Yes
13f. ZIP CODE: 25186
14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes—If yes, specify Cuban, Mexican, Puerto Rican, etc.) Specify: NO
15. RACE—American Indian, Black, White, etc. (Specify): White
16. DECEDENT'S EDUCATION: Elementary School (0-12): 12   College (1-4 or 5+)

**PARENTS**

17. FATHER'S NAME (First, Middle, Last): Henry Prather
18. MOTHER'S NAME (First, Middle, Maiden Surname): Ethel Gray

**INFORMANT**

19a. INFORMANT'S NAME (Type/Print): Lorraine Prather Sr
19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): P.O. Box 68 Gawley Bridge WV 25085

**DISPOSITION**

20a. METHOD OF DISPOSITION: ☒ Burial   ☐ Cremation   ☐ Removed from State   ☐ Donation   ☐ Other (Specify)
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Bethel Cemetery
20c. LOCATION—City or Town, State: Poe, WV
21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: Melissa Sanders
22. NAME AND ADDRESS OF FACILITY: Pennington Funeral Home P.O. Box 689 Gawley Bridge WV 25085
23. DATE SIGNED (Month, Day, Year):

**PRONOUNCING PHYSICIAN ONLY**

ITEMS 24-26 MUST BE COMPLETED BY PERSON WHO PRONOUNCES DEATH

Complete Items 23a-b only when certifying physician is not available at time of death to certify cause of death.
23a. To the best of my knowledge, death occurred at the time, date, and place as stated.
23b. Signature and Title
24. DATE PRONOUNCED DEAD (Month, Day, Year): Med. P M 7/8/17
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or No): Yes 17-3299

**CAUSE OF DEATH**

27. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Arteriosclerotic cardiovascular disease
   DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST
b. 
   DUE TO (OR AS A CONSEQUENCE OF):
c. 
   DUE TO (OR AS A CONSEQUENCE OF):

Approximate Interval Between Onset and Death: years

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.: Hypothyroidism

28a. WAS AN AUTOPSY PERFORMED? (Yes or No): NO
28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes/No): NO

29. MANNER OF DEATH: ☒ Natural   ☐ Pending Investigation   ☐ Accident   ☐ Suicide   ☐ Homicide   ☐ Could not be Determined
30a. DATE OF INJURY (Month, Day, Year):
30b. TIME OF INJURY: M
30c. INJURY AT WORK? (Yes or No):
30d. DESCRIBE HOW INJURY OCCURRED:
30e. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify):
30f. LOCATION (Street and Number or Rural Route Number, City or Town, State):

**CERTIFIER**

31a. CERTIFIER (Check only one)
☐ CERTIFYING PHYSICIAN OR QUALIFIED APRN (Physician or qualified Advanced Practice Registered Nurse certifying cause of death when another physician has pronounced death and completed Item 23) To the best of my knowledge, death occurred due to the cause(s) and manner as stated.
☐ PRONOUNCING AND CERTIFYING PHYSICIAN OR QUALIFIED APRN (Physician or qualified Advanced Practice Registered Nurse both pronouncing death and certifying cause of death) To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.
☒ MEDICAL EXAMINER/CORONER On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

31b. SIGNATURE AND TITLE OF CERTIFIER: [signature] MD   Deputy Chief Medical Examiner
31c. DATE SIGNED (Month, Day, Year): 7/12/17
32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 27) (Type/Print): Piotr Kubiczek, M.D., 619 Virginia St. W., Charleston, WV 25302
34. DATE FILED (Month, Day, Year): JUL 18 2017

**REGISTRAR**

33. REGISTRAR'S SIGNATURE: Ramona J Fox

FORM VS-002 (Rev. 9/2016)                    STATE COPY