IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION   No. MD-15-02641-PHX-DGC

This Document Relates to

Cause No. 2:16-cv-04496-DGC – William Elston

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: September 25, 2017

By: /s/ Jeff T. Seldomridge
Jeff Seldomridge
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorney for Plaintiff*

By: /s/ Richard North _____
Richard North
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322 6000
Facsimile: (404) 332 6397
richard.north@nelsonmullins.com
*Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Richard North