James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This Document Relates to:<br><br>EVAN HULICK,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation,<br><br>            Defendants. | MDL NO. 15-02641-PHX-DGC<br><br><br><br><br><br>Case No. CV-17-03178-PHX-DGC<br><br>**DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW DANIEL K. WINTERS AS COUNSEL OF RECORD** |

COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and, pursuant to Local Civil Rule 83.3(b)(4), move for leave to withdraw Daniel K. Winters as counsel of record. In support of this motion, movants state as follows:

1. Daniel K. Winters of Reed Smith LLP represented Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in *Evan Hulick v. C. R. Bard, Inc., et al.*, United States District Court, Southern District of New York, Case No. 7:17-cv-06404.

2. Mr. Winters will not be involved in the representation of Defendants during the action's membership period in the MDL.

3. Defendants' other attorneys of record will continue to serve as counsel for Defendants, including other attorneys at Nelson Mullins Riley & Scarborough, LLP.

4. Mr. Winters' withdrawal will not delay the proceedings in this matter.

5. Defendants will not be prejudiced in any way by the granting of this motion:

Defendants hereby request that their motion for leave to withdraw Daniel K. Winters as counsel for Defendants be GRANTED in the matter listed above.

This 26th day of September, 2017.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH:  (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**
