# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| EVAN HULICK, | |
| Plaintiff, | |
| v. | Case No. CV-17-03178-PHX-DGC |
| C. R. BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, | **ORDER** |
| Defendants. | |

This matter, having come before the Court on Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion for Leave to Withdraw Daniel K. Winters as Counsel of Record, and the Court being advised in the premises:

IT IS HEREBY ORDERED that Daniel K. Winters is withdrawn as attorney of record for Defendants. The Defendants will continue to be represented by Nelson Mullins Riley & Scarborough LLP.

_____