# Maria Turner

| | |
|---|---|
| **From:** | Pam Myers <Pam_Myers@fleming-law.com> |
| **Sent:** | Wednesday, October 12, 2016 3:14 PM |
| **To:** | Richard North; Maria Turner; Matthew Lerner |
| **Cc:** | Rand Nolen |
| **Subject:** | RE: Case No. 2:16-cv-03466-DGC; Johnisha T. Wright v. C.R. Bard, Inc., et al |
| **Attachments:** | 43887-312887-001 Wri 16-10-12 2nd Am Master SF Complaint rpn FS.pdf; 43887-312887-001 Wri 16-10-12 CCS FS.pdf; 43887-312887-001 Wri 16-10-12 Waiver CRB.pdf; 43887-312887-001 Wri 16-10-12 Waiver BPV.pdf |

Case No. 2:15-md-02641-DGC; IN RE:  Bard IVC Filters Products Liability Litigation
Case No. 2:16-cv- 03466-DGC; Johnisha T. Wright v. C.R. Bard, Inc., et al

Pursuant to CMO #4, attached please find the following:

1. Plaintiff Johnisha T. Wright's Second Amended Master Short Form Complaint for Damages for Individual Claims;
2. Civil Cover Sheet;
3. Waiver of the Service of Summons to Defendant C.R. Bard, Inc.; and,
4. Waiver of the Service of Summons to Defendant Bard Peripheral Vascular, Inc.

If you have any questions or need any additional information, please let me know.

Thank you,

*Pam Myers*
**LEGAL ASSISTANT**
FLEMING, NOLEN & JEZ, L.L.P.
*2800 Post Oak Blvd., Suite 4000*
*Houston, Texas 77056*
*(713) 621-7944 (Office)*
*(713) 621-9638 (Fax)*
www.fleming-law.com



*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*