**From:** Elaine Maskevich
**Sent:** Wednesday, December 21, 2016 3:24 PM
**To:** 'rwb@gknet.com' <rwb@gknet.com>; 'mark.oconnor@gknet.com' <mark.oconnor@gknet.com>; 'paul.stoller@gknet.com' <paul.stoller@gknet.com>; 'rlopez@lopezmchugh.com' <rlopez@lopezmchugh.com>; 'Marilyn Wass' <mwass@lopezmchugh.com>; 'wespitia@lopezmchugh.com' <wespitia@lopezmchugh.com>; rand_nolen@fleming-law.com
**Cc:** FILTER PPF PFS <FilterPPF-PFS@nelsonmullins.com>; Richard North <richard.north@nelsonmullins.com>
**Subject:** Johnisha Wright v. C.R. Bard, et al., Case No. MDL-15-02641PHX-DGC - Plaintiff Profile Form Overdue Letter

Dear Counsel:

Please see the attached Plaintiff Profile Form Overdue Letter in the above-referenced case.  Hardcopies are being sent to your respective offices via U.S. Mail.

Elaine Maskevich
Paralegal
*Nelson Mullins Riley & Scarborough LLP*
3600 Maclay Boulevard South, Suite 202   Tallahassee, FL  32312
elaine.maskevich@nelsonmullins.com     Off: 850.907.2506  Fax: 850.907.2556

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

December 21, 2016

### VIA EMAIL AND U.S. MAIL

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Rand P. Nolen, Esq.
Fleming Nolen & Jez LLP
2800 Post Oak Blvd., Ste 4000
Houston TX 77056-6109
rand_nolen@fleming-law.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

> *Re:* *Johnisha Wright v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)
> *Plaintiff's Profile Form for Johnisha Wright*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than December 11, 2016; however, we still have not received a PPF for your client.

Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fleming Nolen & Jez LLP
December 21, 2016
Page 2

Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                      Sincerely yours,

                                      Sanjay Ghosh

                                      *Attorney for C.R. Bard, Inc. and*
                                      *Bard Peripheral Vascular, Inc.*

SG/

**From:** Elaine Maskevich
**Sent:** Friday, February 3, 2017 3:29 PM
**To:** 'rwb@gknet.com' <rwb@gknet.com>; 'mark.oconnor@gknet.com' <mark.oconnor@gknet.com>; 'paul.stoller@gknet.com' <paul.stoller@gknet.com>; 'rlopez@lopezmchugh.com' <rlopez@lopezmchugh.com>; 'Marilyn Wass' <mwass@lopezmchugh.com>; 'wespitia@lopezmchugh.com' <wespitia@lopezmchugh.com>; rand_nolen@fleming-law.com
**Cc:** FILTER PPF PFS <FilterPPF-PFS@nelsonmullins.com>; Richard North <richard.north@nelsonmullins.com>
**Subject:** Johnesha Wright v. C.R. Bard, et al., Case No. MDL-15-02641PHX-DGC - Plaintiff Profile Form Overdue Letter

Dear Counsel:

Please see the attached Plaintiff Profile Form Overdue Letter in the above-referenced case.  Hardcopies are being sent to your respective offices via U.S. Mail.

# Nelson Mullins

**Elaine Maskevich**
Paralegal
elaine.maskevich@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**

3600 Maclay Blvd. South, Suite 202
Tallahassee, Florida 32312
Tel: 850.907.2506
Fax: 850.907.2556

www.nelsonmullins.com

1

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

February 3, 2017

**VIA EMAIL AND U.S. MAIL**

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Rand P. Nolen, Esq.
Fleming, Nolen & Jez LLP
2800 Post Oak Blvd., Ste 4000
Houston TX 77056-6109
rand_nolen@fleming-law.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

   *Re:* *Johnesha Wright v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

     *Plaintiff's Profile Form for Johnesha Wright*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than December 11, 2016; however, we still have not received a PPF for your client.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fleming, Nolen & Jez LLP
February 3, 2017
Page 2

      This is the second overdue letter we are sending since we have not received a response to the first one. Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/

**From:** Elaine Maskevich
**Sent:** Tuesday, May 23, 2017 1:57 PM
**To:** 'rwb@gknet.com' <rwb@gknet.com>; 'mark.oconnor@gknet.com' <mark.oconnor@gknet.com>; 'paul.stoller@gknet.com' <paul.stoller@gknet.com>; 'rlopez@lopezmchugh.com' <rlopez@lopezmchugh.com>; 'Marilyn Wass' <mwass@lopezmchugh.com>; 'wespitia@lopezmchugh.com' <wespitia@lopezmchugh.com>; rand_nolen@fleming-law.com
**Cc:** FILTER PPF PFS <FilterPPF-PFS@nelsonmullins.com>; Richard North <richard.north@nelsonmullins.com>
**Subject:** Johnisha Wright v. C.R. Bard, et al., Case No. MDL-15-02641PHX-DGC - Plaintiff Profile Form Overdue Letter

Dear Counsel:

Please see the attached Plaintiff Profile Form Overdue Letter in the above-referenced case. Hardcopies are being sent to your respective offices via U.S. Mail.

# Nelson Mullins

**Elaine Maskevich**
Paralegal
elaine.maskevich@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**

3600 Maclay Blvd. South, Suite 202
Tallahassee, Florida 32312
Tel: 850.907.2506
Fax: 850.907.2556

www.nelsonmullins.com

1

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

May 23, 2017

**VIA EMAIL AND U.S. MAIL**

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Rand P. Nolen, Esq.
Fleming Nolen & Jez LLP
2800 Post Oak Blvd., Ste 4000
Houston TX 77056-6109
Rand_nolen@fleming-law.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

  Re: *Johnisha Wright v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

    *Plaintiff's Profile Form for Johnisha Wright*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than December 11, 2016; however, we still have not received a PPF for your client.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fleming Nolen & Jez LLP
May 23, 2017
Page 2

      This is the third overdue letter we are sending since we have not received a response to the others. The defendants will move to dismiss the Complaint if a PPF is not received within 10 days from the date of this letter.  See Case Management Order, No. 5 [Doc. 365], p. 2.

                                                Sincerely yours,

                                                Sanjay Ghosh

                                                *Attorney for C.R. Bard, Inc. and*
                                                *Bard Peripheral Vascular, Inc.*

SG/

**From:** Elaine Maskevich
**Sent:** Monday, September 18, 2017 12:02 PM
**To:** 'rwb@gknet.com' <rwb@gknet.com>; 'mark.oconnor@gknet.com' <mark.oconnor@gknet.com>; 'paul.stoller@gknet.com' <paul.stoller@gknet.com>; 'rlopez@lopezmchugh.com' <rlopez@lopezmchugh.com>; 'Marilyn Wass' <mwass@lopezmchugh.com>; 'wespitia@lopezmchugh.com' <wespitia@lopezmchugh.com>; gay.mennuti@gknet.com; rand_nolen@fleming-law.com
**Cc:** FILTER PPF PFS <FilterPPF-PFS@nelsonmullins.com>; Richard North <richard.north@nelsonmullins.com>
**Subject:** Johnisha Wright v. C.R. Bard, et al., Case No. MDL-15-02641PHX-DGC - Plaintiff Profile Form Overdue Letter

Dear Counsel:

Please see the attached Plaintiff Profile Form Overdue Letter in the above-referenced case.  Hardcopies are being sent to your respective offices via U.S. Mail.

# Nelson Mullins

**Elaine Maskevich**
Paralegal
elaine.maskevich@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**

3600 Maclay Blvd. South, Suite 202
Tallahassee, Florida 32312
Tel: 850.907.2506
Fax: 850.907.2556

www.nelsonmullins.com

1

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

September 18, 2017

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Rand P. Nolen
Fleming Nolen & Jez LLP
2800 Post Oak Blvd., Ste 4000
Houston TX  77056-6109
Rand_nolen@fleming-law.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

> Re:  *Johnisha Wright v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)
> *Plaintiff's Profile Form for Johnisha Wright*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than December 11, 2016, however, we still have not received a PPF for your client.

This is the fourth overdue letter we are sending since we have not received a response to any of the others which were sent to you on December 21, 2016, February 3, 2017, and again on May 23, 2017. Please send a PPF with the missing information as soon as possible, but no later than 7 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fleming Nolen & Jez LLP
September 18, 2017
Page 2

Complaint if a PPF is not received within 7 days from the date of this letter. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                Sincerely yours,

                                *Sanjay Ghosh* (signature)
                                Sanjay Ghosh

                                *Attorney for C.R. Bard, Inc. and*
                                *Bard Peripheral Vascular, Inc.*

SG/