**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| JOHNISHA WRIGHT, | |
| Plaintiff, | Case No. CV-15-03466-PHX-DGC |
| v. | |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, | **ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH AMENDED CASE MANAGEMENT ORDER NO. 5** |
| Defendants. | |

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Amended Case Management Order No. 5, and accompanying Memorandum of Points and Authorities, and for good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and that Plaintiff's Complaint is dismissed with prejudice.