**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This document relates to:<br>Plaintiff Barbara Joann Kaplysh | STIPULATION OF DISMISSAL |
| Member Case No.:<br>CV-17-02200-PHX-DGC | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF**
**ALL CLAIMS OF BARBARA JOANN KAPLYSH**

Come now, Plaintiff Barbara Joann Kaplysh and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Barbara Joann Kaplysh in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

 /s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax
ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | /s/ Richard B. North |
|   | Richard B. North |
| 4 | NELSON MULLINS |
| 5 | Atlantic Station |
|   | 201 17th St. NW, Suite 1700 |
| 6 | Atlanta, GA 30363 |
| 7 | (404) 322-6155 |
|   | (404) |
| 8 | ATTORNEYS FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Howard L. Nations
Howard L. Nations