**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>William Elston<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard and Bard Peripheral Vascular, Inc.,<br><br>        Defendants. | **No. MDL15-02641-PHX-DGC**<br><br>**Civil Action No.** CV16-4496-PHX DGC<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff William Elston. Doc. 7776.

**IT IS HEREBY ORDERED, ADJUDGE AND DECLARED** that all claims of Plaintiff William Elston in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Dated this 26th day of September, 2017.

_____
David G. Campbell
United States District Judge