IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court are numerous motions to seal and notices of lodging sealed documents in this case.

**IT IS ORDERED:**

1. The parties' motions to seal (Docs. 5801, 6679, 7011, 7030, 7289, 7292, 7300, 7310, 7311, 7315, 7317, 7606, 7607, 7608, 7609, 7664, 7711, 7751) are **granted.** The Clerk of Court shall accept for filing under seal the documents lodged on the Court's docket as Docs. 5398, 5802, 6681, 7012, 7031, 7290, 7293, 7299, 7301, 7306, 7307, 7312, 7313, 7318, 7319, 7322, 7323, 7325, 7337, 7339, 7348, 7350, 7354, 7357, 7362, 7372, 7373, 7376, 7560, 7462, 7667, 7712.

2. The Clerk is directed to file the document lodged as Doc. 7298 on the public docket. The document appears to be identical to Doc. 7296-1 and 7296-3. If counsel wish to file these documents under seal, they shall file the appropriate motion to seal and appropriately lodge the unredacted documents on the Court's docket.

3. If the parties have not already filed redacted versions of the sealed documents above, they shall do so no later than **September 29, 2017**. **The parties are reminded that a redacted version of any document requested to be sealed must be**

1  **filed on the public court docket.**  Counsel shall properly link the redacted version of the
2  sealed filings to the motion to which they pertain.
3       Dated this 26th day of September, 2017.

_____
David G. Campbell
United States District Judge