IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | ) ) ) | No. 2:15-MD-02641-DGC |
| JO ANN SCOTT, | ) ) | No. 17-cv-03114-PHX-DGC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| C.R. BARD INC. and<br>BARD PERIPHERAL VASCULAR, INC., | ) ) ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:   Plaintiff, Jo Ann Scott

Date:   September 27, 2017

/s/ Kerrianne L. Waters   (Pro Hac Vice)
*Attorney's signature*

Kerrianne L. Waters, IL Bar No. 6317967
*Printed name and bar number*

Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Blvd., 14th Floor
Peoria, IL  61602
*Address*

kwaters@wjnklaw.com
*E-mail address*

309-671-3550
*Telephone number*

309-671-3588
*FAX number*