Do Not Disclose - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

No. MD-15-02641-PHX-DGC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE BARD IVC FILTERS PRODUCTS

LIABILITY LITIGATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


DO NOT DISCLOSE

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW



VIDEOTAPED DEPOSITION OF CLEMENT J. GRASSI, MD


Thursday, June 15, 2017

9:24 a.m.


Held At:

Nelson Mullins Riley & Scarborough LLP

One Post Office Square

Boston, Massachusetts


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

Do Not Disclose - Subject to Further Confidentiality Review

```
                                                        Page 2
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFFS:
 4        STEVEN B. ROTMAN, ESQ.
 5             HAUSFELD
 6             1700 K Street, NW
 7             Washington, DC 20006
 8             202-540-7371
 9             srotman@hausfeld.com
10
11
12   FOR THE DEFENDANTS:
13        MATTHEW E. BROWN, ESQ.
14             NELSON MULLINS RILEY & SCARBOROUGH LLP
15             One Post Office Square
16             Boston, Massachusetts 02109
17             617-573-4619
18             matt.brown@nelsonmullins.com
19
20
21   Videographer:  Christopher Coughlin
22
23
24
```

Do Not Disclose - Subject to Further Confidentiality Review

Page 95

1    the Recovery filter has experienced fractures,
2    why the G2 has experienced fractures, why the
3    Denali has experienced fractures.
4         A.   I see.  So if I understand correct,
5    you're asking me do I know of what Bard is doing
6    on this subject.
7         Q.   Right.  I asked you, for example, what
8    is -- what are the mechanisms to explain why the
9    filters fracture.  You gave me an answer of
10   several mechanisms that have been described in
11   the literature, and you said one of them was
12   metal fatigue from stress, from the repetitive
13   changes, cycling of the vena cava.  That was
14   one, right?
15        A.   Yes.
16        Q.   And then there were several others
17   that you gave in your answer.
18             My question is, do you know what
19   steps, if any, Bard has taken to determine the
20   answer to that question, what is causing the
21   filters to fracture?
22        A.   No, I do not know what steps within
23   the company internally or via its consultants
24   Bard has worked on in that regard.

Do Not Disclose - Subject to Further Confidentiality Review

Page 96

1  Q. And you have not asked that question
2  either? You have not asked Bard "what have you
3  done to figure this out"?
4  A. I have not personally asked. I have
5  an interest in the subject of vena cava filters,
6  and so in answer to your question, I'm aware of
7  what some of its more recent physician
8  investigators have done in regard to the newer
9  filter version, such as Dr. William
10 Stavroupoulos with the Denali filter.
11       But in specific answer to your
12 question, no, I have not personally asked Bard
13 workers what they've done.
14 Q. And with respect to the first
15 mechanism that you described, which is the
16 fatigue from high cycle stress -- did I
17 accurately identify that mechanism?
18 A. That's fair.
19 Q. -- what evidence are you aware of in
20 the medical literature that supports that
21 mechanism as explaining fractures?
22 A. Well, I'm aware of what's been
23 commented on in the published literature, not
24 only for Bard devices, but all filters. I'm

Do Not Disclose - Subject to Further Confidentiality Review

Page 97

1    aware of the testing that goes on by different
2    manufacturers on the benchtop and through
3    repetitive stress testing.  I know from personal
4    experience when I participated in the Simon
5    nitinol FDA pre-approval testing what was done
6    in terms of testing with that filter device.
7           And so in specific answer to your
8    question, I'm aware in general of what's
9    reported publicly and data that's publicly
10   available.
11        Q.   What is that evidence?  What is the
12   evidence that the fractures -- the mechanism to
13   explain the fractures is high cycle fatigue of
14   the metal?
15        A.   Well, the engineer designers or
16   metallurgists, and I'm neither of those, tell me
17   that in terms of the metal itself, that when the
18   number of repetitions goes up into the hundreds
19   of thousands of times, that there is the
20   potential for the metal not staying the same as
21   a new pristine filter.  That's one body of
22   evidence.
23        Q.   Stop there for a second.
24             Do you agree that there are hundreds

Do Not Disclose - Subject to Further Confidentiality Review

Page 156

1   number of breaths and the number of cycles per
2   day that they quoted as their estimation of
3   standards.
4       Q.   And you believe it's reasonable, the
5   discussion in that section, about the need for
6   an IVC filter to have the durability to last ten
7   years if it has an indication to be a permanent
8   filter?
9       A.   In general, I agree that durability of
10  vena cava filter devices and longevity is
11  important.
12      Q.   And you have not been provided with
13  anything from the lawyers or from Bard that
14  would show you how Bard and whether Bard did any
15  kind of testing to determine whether any of its
16  retrievable filters could meet that durability
17  standard?
18           MR. BROWN:   Object to the form.
19      A.   Well, in answer to that question, I am
20  aware of the processes and the standards that
21  the company C.R. Bard is required to undergo as
22  part of its FDA pre-acceptance testing under
23  what would be a 510(k) application.  That
24  includes, and I believe I'm correct on this,

Do Not Disclose - Subject to Further Confidentiality Review

Page 157

1    benchtop testing and stress testing of the
2    device over many hundreds of thousands of
3    cycles.  However, I have not been provided the
4    specific documents on that topic.
5    BY MR. ROTMAN:
6        Q.   Nor have you been provided with the
7    results of those tests?
8        A.   That's correct.
9        Q.   So you don't know how those tests --
10   what those tests show about the durability of
11   the Bard retrievable filters as compared to
12   their predicate devices?
13       A.   Well, I may not have received the
14   multiple individual reports, but I would, of
15   course, rely on the FDA since it is the body
16   which approves the device.  And since the device
17   was approved by the US FDA for clinical use,
18   then I would only have to assume that they met
19   or exceeded those benchmarks.
20       Q.   Were you ever retained by Bard to
21   consult when it was dealing with a crisis that
22   involved a safety or a design issue with its
23   retrievable filters?
24            MR. BROWN:  Object to the form.