Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**JOINT MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT RESPONSE AND REPLY PAGE LIMITS AND DEADLINES** |
|---|---|

The parties, through their attorneys undersigned, respectfully request that the Court extend various deadlines and page numbers relating to Motion for Summary Judgment

response and reply brief page limits.  The parties certify that they have conferred about the matters set forth below and hereby jointly agree to the following:

      1.    Motion for Summary Judgment Responses and Replies.  The parties agree that Plaintiffs' responses to Motions for Summary Judgment may be filed on Monday, October 2, 2017 (extended from Friday, September 29, 2017) and include seven additional pages for a total of 24 pages (the *Hyde* response shall be permitted up to 28 pages given the required choice of law analysis and the *Hyde*).  The parties may have an additional seven pages for a total of 20 pages for their replies in support of Motions for Summary Judgment (Defendants' reply regarding the *Hyde* motion shall be increased to 22 pages) and said replies shall be due on Wednesday, October 25, 2017 (extended from Friday, October 20, 2017).   These modifications affect the page limits but not the due dates for the previously-extended *Booker* motion for summary judgment response and reply briefs.

      The parties believe that good cause exists for the requested extension of page limits and filing deadlines given the need to coordinate multiple filings amongst various offices, among other logistical issues that arose beyond the parties' control and respectfully request that the Court approve the requested extensions.

      Respectfully submitted this 27th day of September 2017.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: /s/ Mark S. O'Connor<br>Mark S. O'Connor (011029)<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*Attorneys for Plaintiffs* | By: /s/ Matthew B. Lerner<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br><br>James R. Condo<br>Snell & Wilmer, LLP<br>Amanda C. Sheridan<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 27th day of September 2017, I electronically transmitted |
| 3 | the attached document to the Clerk's Office using the CM/ECF System for filing and |
| 4 | transmittal of a Notice of Electronic Filing. |
| 5 | */s/ Deborah Yanazzo* |