# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| Evan Hulick,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., a New Jersey Corporation; and Bard Peripheral Vascular Inc., an Arizona Corporation,<br><br>　　　　　　　　Defendants. | Case No. CV-17-03178-PHX-DGC<br><br>**ORDER** |

　　　Pending before the Court is Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion for Leave to Withdraw Daniel K. Winters as Counsel of Record. Doc. 7779.

　　　**IT IS ORDERED** that Defendants' motion for leave to withdraw (Doc. 7779) is **granted.** Daniel K. Winters is withdrawn as attorney of record for Defendants. The Defendants will continue to be represented by Nelson Mullins Riley & Scarborough LLP.

　　　Dated this 27th day of September, 2017.

_____
David G. Campbell
United States District Judge