# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| | Civil Action No. CV17-3178 PHX DGC |
| This document relates to: | |
| Evan Hulick, | ORDER |
|        Plaintiff, | |
| v. | |
| C.R. Bard and Bard Peripheral Vascular, Inc., | |
|        Defendants. | |

Pending before the Court is the parties' stipulation to withdraw subpoena and subpoena duces tecum served upon Westchester Medical Center and Romeo Mateo, M.D. Doc. 7742.

**IT IS ORDERED** that the stipulation to withdraw (Doc. 7742) is **granted.** Doc. 7734 on the Court's docket shall be deemed withdrawn, without prejudice, pursuant to the parties' stipulation.

Dated this 27th day of September, 2017.

_____
David G. Campbell
United States District Judge