IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Barbara Joann Kaplysh,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard and Bard Peripheral Vascular, Inc.,<br><br>Defendants. | No. MDL15-02641-PHX-DGC<br><br>Civil Action No. CV17-2200-PHX DGC<br><br>ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Barbara Joann Kaplysh.  Doc. 7784.

**IT IS HEREBY ORDERED, ADJUDGE AND DECLARED** that all claims of Plaintiff Barbara Joann Kaplysh in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Dated this 27th day of September, 2017.

David G. Campbell
United States District Judge