1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
5  Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
6  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Counsel for Plaintiffs*
8
                 UNITED STATES DISTRICT COURT

9                   DISTRICT OF ARIZONA

10

11 | In Re Bard IVC Filters Products | No. MD-15-02641-PHX-DGC |
   | Liability Litigation | |

12 **PLAINTIFFS' OMNIBUS NOTICE OF
   LODGING DOCUMENTS UNDER SEAL
13 RELATED TO PLAINTIFFS'
   RESPONSES TO DEFENDANTS'
14 MOTIONS TO EXCLUDE PLAINTIFFS'
   EXPERTS**

15

16        Pursuant to LRCiv 5.6(d) and the Protective Order [Doc. 268], Plaintiffs provide

17 notice that they have lodged with the Court the documents listed on Exhibit A to this

18 Notice.

19        Pursuant to CMO No. 26 [Doc. 6799], Plaintiffs file this as an Omnibus notice

20 containing all of the confidential documents used in Plaintiffs' various responses to

21 Defendants' *Daubert* motions.  For convenience of the Court and parties, Exhibit A is

22 subdivided by applicable response brief.

23        Defendants contend that the documents listed in Exhibit A are confidential and

24 should be filed under seal.  As required under LRCiv 5.6(d), Plaintiffs certify that on

25 September 27, 2017, the parties met and conferred in good faith and were unable to agree

26 about whether the documents are confidential under the Protective Order and should be

27

28

filed under seal.[1] Plaintiffs do not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information given the advanced posture of the case now reaching the dispositive motion stage.

RESPECTFULLY SUBMITTED this 27th day of September, 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

---

[1] Given the press of time and other filings due for both parties, the parties agreed to further revisit the documents in dispute and, if agreement can be reached as to certain documents or redactions of certain documents, amend this Notice accordingly.

**EXHIBIT A**

1. Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Rebecca Betensky, Ph.D. **[Doc. 7809]**

   <u>Sealed Response and Exhibits</u>:

   Plaintiffs' Response To Defendants' Motion To Exclude The Opinions Of Rebecca Betensky, Ph.D.

   | Exhibit 1 | Betensky Report 1-27-2017 |
   |---|---|
   | Exhibit 2 | Betensky DFMEA Supplement 3-3-2017 |
   | Exhibit 4 | BPVEFILTER-01-01824432 |
   | Exhibit 5 | BPV-DEP-00004804 |
   | Exhibit 6 | BPV-TRIAL-EXHIBIT-0293 |
   | Exhibit 13 | Kessler Report 9-26-2016 |
   | Exhibit 14 | Eisenberg Report (Barazza 2-10-2017) |
   | Exhibit 15 | Hertz Report 2-3-2017 |
   | Exhibit 16 | Kessler Schedule 28 |
   | Exhibit 17 | BPVE-01-00511127 |
   | Exhibit 19 | BPVE-01-00509492 |
   | Exhibit 21 | BPV-17-01-00101588 |
   | Exhibit 28 | Shifrin Deposition 9-8-16 Excerpts |
   | Exhibit 31 | Betensky Rebuttal to Thisted |
   | Exhibit 44 | BPV-17-01-00006797 |
   | Exhibit 45 | BPV-17-01-00034448 |
   | Exhibit 48 | McMeeking Bard IVC Filter Design Evolution Assessment 2-3-2017 |
   | Exhibit 49 | Ritchie March 2, 2017 Report |
   | Exhibit 50 | McMeeking Rebuttal Report 5-11-17 |
   | Exhibit 53 | BPV-17-01-00188520 |
   | Exhibit 54 | BPVE-01-00002092 |
   | Exhibit 55 | BPVE-01-00408669 |

Exhibit 57    BPVE-01-01054793

Exhibit 58    BPVE-01-01054793

Exhibit 59    BPVE-01-01054793

2.    Plaintiffs' Response to Defendants' Motion to Exclude the Expert Testimony of Mark J. Eisenberg M.D. **[Doc. 7810]**

Sealed Exhibit:

Exhibit 4    DeFord Deposition Excerpts 6-2-16

3    Plaintiffs' Response to Defendants Motion to Exclude the Opinions of David Garcia, M.D. and Michael Streiff, M.D. **[Doc. 7808]**

Sealed Exhibit:

Exhibit 4    DeCant Deposition Excerpts 5-24-16

4.    Plaintiffs' Response in Opposition to Defendants' Motion to Exclude the Opinions of Darren R. Hurst, M.D. **[Doc. 7811]**

Sealed Exhibits:

Exhibit 5    DeFord Deposition Excerpts 6-2-16

Exhibit 6    Ganser Deposition Excerpts 10-11-16

5.    Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Thomas Kinney, M.D., Anne Christine Roberts, M.D., and Sanjeeva Kalva, M.D. **[Doc. 7812]**

Sealed Exhibits:

Exhibit 4    Tillman Dep. 8-4-16

Exhibit 6    Ganser Deposition Excerpts 10-11-16

Exhibit 8    Brauer Deposition Excerpts 8-2-17

6.    Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D. **[Doc. 7806]**

Sealed Response and Exhibits:

Plaintiffs' Response to Bard's Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D.

Exhibit 6    McMeeking Report 4-7-17

Exhibit 22    BPVE-01-01081046

4

1    7.    Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Derek
           Muehrcke, M.D. **[Doc. 7813]**
2
3          Sealed Exhibits:

4          Exhibit 1      ACR SIR SPR Practice Parameter

5          Exhibit 5      BPVE-01-00720835

6          Exhibit 6      Wong Deposition Excerpts 10-18-16

7          Exhibit 7      G2 and G2 X Fracture Analysis Ex. 546 Wong Deposition

8    8.    Plaintiff's Response in Opposition to Defendants' Motion to Exclude the Opinions
           of Suzanne Parisian, M.D. **[Doc. 7814]**
9
           Sealed Exhibit:
10
           Exhibit 4      BPVEFILTER-01-01780607
11