1

2

3 **IN THE UNITED STATES DISTRICT COURT**

4 **FOR THE DISTRICT OF ARIZONA**

5 IN RE BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

6 **SECOND AMENDED MASTER
SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL
CLAIMS AND DEMAND FOR JURY
TRIAL**

7

8

9 Plaintiff(s) named below, for their Complaint against Defendants named below,

10 incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 213).

11 Plaintiff(s) further show the Court as follows:

12     1.     Plaintiff/Deceased Party:

13         Dovie Small

14     2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

15         consortium claim:

16         Not applicable

17     3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian,

18         conservator):

19         Joanne Roberts, daughter/next of kin

20     4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

21         the time of implant:

22         Tennessee

McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____Tennessee_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____Tennessee_____

7. District Court and Division in which venue would be proper absent direct filing:

_____Henderson County District Court, District of Tennessee_____

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☒     Denali® Vena Cava Filter

☐     Other: _____

11.    Date of Implantation as to each product:

   _October 31, 2015_____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:    Strict Products Liability – Manufacturing Defect

☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒    Count III:    Strict Products Liability – Design Defect

☒    Count IV:    Negligence - Design

☒    Count V:    Negligence - Manufacture

☒    Count VI:    Negligence – Failure to Recall/Retrofit

☒    Count VII:    Negligence – Failure to Warn

☒    Count VIII:    Negligent Misrepresentation

☒    Count IX:    Negligence *Per Se*

☒    Count X:    Breach of Express Warranty

☒    Count XI:    Breach of Implied Warranty

☒    Count XII:    Fraudulent Misrepresentation

☒    Count XIII:   Fraudulent Concealment

☒    Count XIV:   Violations of Applicable  _Tennessee_____ (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count XV:   Loss of Consortium

☒    Count XVI:  Wrongful Death

☐    Count XVII: Survival

☒    Punitive Damages

☐    Other(s):   _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 27 day of September, 2017.

**MCEWEN LAW FIRM LTD.**

By: /s/Gregory N. McEwen
Gregory N. McEwen (#0273843)
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833 Phone
(651) 223-5790 Fax
gmcewen@mcewenlaw.com
*Attorney for Plaintiffs*

I hereby certify that on this 27th day of Sept., 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Gregory N. McEwen

5131774