James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DECLARATION OF CHRISTOPHER SHAUN POLSTON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION**<br><br>(Assigned to the Honorable David G. Campbell) |

I, Christopher Shaun Polston, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

1. I am over 18 years of age and am competent to testify about the matters

contained herein. The statements contained herein are based on my personal knowledge and upon the basis of the documents cited herein.

2. I am an attorney with Nelson Mullins Riley & Scarborough, LLP representing Defendants in this matter.

3. On August 12, 2017, I downloaded certain publicly available documents (the "Documents") from the PACER public docket for the Cook IVC Filter Litigation, 1:14-ml-2570-RLY-TAB (Doc. 5728-1).

4. Upon information and belief, as evidenced by the description of the Documents on the public docket entry, "Exhibit B – FOIA Documents," as well as the bates-stamp on these public Documents, "COOKFOIA," these Documents appear to have been obtained by the Cook Defendants pursuant to a FOIA request.

5. On August 18, 2017, Defendants produced these Documents to Plaintiffs in this matter. A true and correct copy of portions of these Documents is attached hereto as **Exhibit H**.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on this 27th day of September, 2017.

_____
Christopher Shaun Polston

- 2 -