

## Post-Market Registry

- Plan to initiate post-market registry in second half of 2005
- The purpose of the registry is to collect data on clinical practice and clinical outcomes related to placement and retrieval of the Recovery Filter System
- Study Design:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00098075

PLAINTIFFS' EXHIBIT 2-L1 TO DOCKET 7371



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00098076

PLAINTIFFS' EXHIBIT 2-L1 TO DOCKET 7371