# NITINOL MEDICAL TECHNOLOGIES, INC.

# MEETING NOTES

| | |
|---|---|
| Meeting Date: | Friday, June 12, 1998; Morning into early afternoon |
| Participants: | Dr. John Kaufman, Massachusetts General Hospital (MGH) |
| | From NMT: Adrian Ravenscroft, Steve Kleshinski, Jason Harry, Rob Carr, Sherrie Coval-Goldsmith, Tom Tully, Morris Simon |
| Purpose: | Review of ciné films and tissue explants from RNF sheep study (BIH animals #133, #136, #137, #966) |

Notes written by Jason D. Harry

    As part of our preparation to restart our pivotal animal study at Johns Hopkins, we completed a small animal study intended to investigate the inherent thrombogenicity of the device. We placed a single RNF device in each of 4 animals, and performed the following steps:



27 WORMWOOD STREET   BOSTON, MA 02210-1625
617.737.0930    FAX 617.737.0933    EMAIL: jdh@nitinolmed.com

BPV-17-01-00072614

PLAINTIFFS' EXHIBIT 2-M TO DOCKET 7371



Page 2 of 3

BPV-17-01-00072615

PLAINTIFFS' EXHIBIT 2-M TO DOCKET 7371



Page 3 of 3

BPV-17-01-00072616

PLAINTIFFS' EXHIBIT 2-M TO DOCKET 7371