| | |
|---|---|
| 1 | James R. Condo (#005867) |
| | Amanda Sheridan (#005867) |
| 2 | SNELL & WILMER L.L.P. |
| | One Arizona Center |
| 3 | 400 E. Van Buren |
| | Phoenix, AZ 85004-2204 |
| 4 | Telephone: (602) 382-6000 |
| | JCondo@swlaw.com |
| 5 | ASheridan@swlaw.com |
| 6 | Richard B. North, Jr. (admitted *pro hac vice*) |
| | Georgia Bar No. 545599 |
| 7 | Matthew B. Lerner (admitted *pro hac vice*) |
| | Georgia Bar No. 446986 |
| 8 | Elizabeth C. Helm (admitted *pro hac vice*) |
| | Georgia Bar No. 289930 |
| 9 | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| | Atlantic Station |
| 10 | 201 17th Street, NW, Suite 1700 |
| | Atlanta, GA  30363 |
| 11 | Telephone: (404) 322-6000 |
| | Richard.North@nelsonmullins.com |
| 12 | Matthew.Lerner@nelsonmullins.com |
| | Kate.Helm@nelsonmullins.com |

*Attorneys for Defendant C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **NOTICE OF FILING REDACTED PLAINTIFFS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION TO SEAL DOCUMENTS FILED BY PLAINTIFFS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION** |

COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and file in redacted form Plaintiffs' Separate Statement of Facts in Support of Their Opposition to

Defendants' Motion for Summary Judgment Regarding Preemption, which was previously filed under seal (Dkt. 7370).

    This 28th day of September, 2017.

                      s/Elizabeth C. Helm
                      Richard B. North, Jr.
                      Georgia Bar No. 545599
                      Matthew B. Lerner
                      Georgia Bar No. 446986
                      Elizabeth C. Helm
                      Georgia Bar No. 289930
                      NELSON MULLINS RILEY & SCARBOROUGH, LLP
                      Atlantic Station
                      201 17th Street, NW / Suite 1700
                      Atlanta, GA  30363
                      PH: (404) 322-6000
                      FX: (404) 322-6050
                      Kate.Helm@nelsonmullins.com

                      **Attorneys for Defendant C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           s/Elizabeth C. Helm
                                           Elizabeth C. Helm
                                           Georgia Bar No. 289930
                                           NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                           Atlantic Station
                                           201 17th Street, NW / Suite 1700
                                           Atlanta, GA  30363
                                           PH: (404) 322-6000
                                           FX: (404) 322-6050
                                           Kate.Helm@nelsonmullins.com