UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX-DGC<br><br>**ORDER EXTENDING PAGE LIMITS AND DEADLINES FOR MOTION FOR SUMMARY JUDGMENT RESPONSES AND REPLIES** |

The Court has reviewed the parties' Joint Motion to Extend Motion for Summary Judgment Response and Reply Page Limits and Deadlines. Doc. 7801.

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend (Doc. 7801) is **granted**.

2. The page limits for responses and reply briefs for any motions shall be extended by an additional seven (7) pages, except that the *Hyde* response and reply shall be extended by eleven pages given the choice of law analysis.

3. Responses to Motions for Summary Judgment (excluding *Booker v. Bard*) shall be filed on or before Monday, **October 2, 2017**. Replies in support of Motions for Summary Judgment (excluding *Booker v. Bard*) shall be filed on or before **October 25, 2017**.

Dated this 28th day of September, 2017.

_____
David G. Campbell
United States District Judge