Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
Paul Stoller (016773)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com
*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **JOINT NOTICE TO COURT REPORTER IN PREPARATION FOR SCIENCE DAY HEARING** |
| | (Assigned to the Honorable David G. Campbell) |

1    The parties hereby jointly file the following list of information that may be used at

2   the "Science Day" hearing scheduled for October 5, 2017.

3    RESPECTFULLY SUBMITTED this 28th day of September 2017.

4

5   By: s/ Ramon Rossi Lopez          By: s/ Richard B. North, Jr.
       Ramon Rossi Lopez                 Richard B. North, Jr.
6      (admitted *pro hac vice*)         (admitted *pro hac vice*)
       CA Bar No. 86361                  Georgia Bar No. 545599
7      LOPEZ MCHUGH LLP                  Matthew B. Lerner
       100 Bayview Circle, Suite 5600    (admitted *pro hac vice*)
8      Newport Beach, CA 92660           Georgia Bar No. 446986
                                         Nelson Mullins Riley &
9      Mark S. O'Connor (011029)           Scarborough LLP
       GALLAGHER & KENNEDY, P.A.         201 17th Street, NW / Suite 1700
10     2575 East Camelback Road          Atlanta, GA 30363
       Phoenix, AZ 85016-9225
11     Telephone: (602) 530-8000         James R. Condo
       mark.oconnor@gknet.com            Amanda C. Sheridan
12                                       One Arizona Center
       *Attorneys for Plaintiffs*        400 E. Van Buren, Suite 1900
13                                       Phoenix, AZ 85004-2202

14                                       *Attorneys for C. R. Bard, Inc. and Bard*
                                         *Peripheral Vascular, Inc.*
15

16                      **CERTIFICATE OF SERVICE**

17    I hereby certify that on this 28th day of September 2017, the foregoing was

18   electronically filed with the Clerk of Court using the CM/ECF system which will

19   automatically send email notification of such filing to all attorneys of record.

20                                       */s/ Deborah Yanazzo*

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**

**<u>SCIENCE DAY HEARING INFORMATION</u>**

483 Letter

510(k)

Abdominal

ACR (short for American College of Radiology)

Adverse Event

Agarwal (pronounced "ae-ger-waal")

Alkouli

Allen, Shari

Altonaga, Bill

An (pronounced "Ahn", usually referred to as the "An article")

Andreoli

Angel

Annals of Surgery

Anticoagulants

Anticoagulation

Aorta

Archives of Internal Medicine

Asch, Murray

Asymptomatic

Athanasoulis (pronounced "athan-a-sou-lis")

Atrium

Bariatric

Barry, Brian

Bench Testing

Betensky, Rebecca

1

| | |
|---|---|
| 1 | Bifurcation |
| 2 | Bikdeli |
| 3 | Binkert |
| 4 | Biocompatibility |
| 5 | Bird's Nest Filter |
| 6 | Birkmeyer |
| 7 | Blinding |
| 8 | Bottomley |
| 9 | Bowel |
| 10 | BPV (short for Bard Peripheral Vascular) |
| 11 | Brauer, Christine |
| 12 | Briant, Paul |
| 13 | Cantwell |
| 14 | CAPA (short for Corrective And Preventive Action) |
| 15 | Caplin |
| 16 | Cardiac tamponade |
| 17 | Cardiovascular |
| 18 | Carr, Rob |
| 19 | Case report |
| 20 | Catheter |
| 21 | Caudal migration |
| 22 | Caval |
| 23 | CDRH (short for Center for Devices and Radiological Health) |
| 24 | Celect Filter |
| 25 | Cephalid migration |
| 26 | Chanduszko, Andrzej |
| 27 | Charles |
| 28 | Ciavarella, David |

| | |
|---|---|
| 1 | Circulation |
| 2 | Class I Devices |
| 3 | Class II Devices |
| 4 | Class III Devices |
| 5 | Clinical Trial/Study |
| 6 | Clot |
| 7 | Clot catching |
| 8 | Cohen |
| 9 | Cohort |
| 10 | Comparative Clinical Research Trial |
| 11 | Compassionate Use |
| 12 | Complication |
| 13 | Complication Rates |
| 14 | Conscious sedation |
| 15 | Contraindicated |
| 16 | Contraindicated |
| 17 | Contraindication |
| 18 | Contraindication |
| 19 | Control Group |
| 20 | Controlled Study |
| 21 | Corriere |
| 22 | Coumadin |
| 23 | Cranial migration |
| 24 | Crossover Study |
| 25 | CT Scan |
| 26 | Cura |
| 27 | Daisy wheel |
| 28 | Damascelli |

| | |
|---|---|
| 1 | Davies |
| 2 | DeCant, Len |
| 3 | Decousus (pronounced "de-ku-sis") |
| 4 | Deep Vein Thrombosis |
| 5 | DeFord, John |
| 6 | Delio-Cox |
| 7 | Denali Filter |
| 8 | Desai |
| 9 | Deso |
| 10 | DFMEA (short for Design Failure Modes Effects Analysis) |
| 11 | Diameter |
| 12 | Dinglasan |
| 13 | Dossett |
| 14 | Double-Blind |
| 15 | Duffett |
| 16 | Duodenum |
| 17 | Durack |
| 18 | DVT (short for deep vein thrombosis) |
| 19 | Dwell time |
| 20 | Eclipse Filter |
| 21 | Edwards, Mary |
| 22 | Efficacy |
| 23 | Eisenberg, Mark |
| 24 | Electropolish |
| 25 | Electropolished |
| 26 | Embedded |
| 27 | Embolization |
| 28 | Embolize |

| | |
|---|---|
| 1 | Endobronchial forceps |
| 2 | Endotheliolization |
| 3 | Endotheliolize |
| 4 | Environment of Use |
| 5 | Epidemiologist |
| 6 | Epidemiology |
| 7 | EVEREST study |
| 8 | Expanded Access |
| 9 | Failure strength |
| 10 | Farkas |
| 11 | Fasching, Audrey |
| 12 | Fatigue |
| 13 | FDCA (short for Federal Food, Drug and Cosmetic Act) |
| 14 | FEA (short for finite element analysis) |
| 15 | Feigal, David |
| 16 | Femoral |
| 17 | Ferris |
| 18 | Finite element analysis |
| 19 | FIR (short for Failure Investigation Report) |
| 20 | Fluoroscopy |
| 21 | FMEA (short for Failure Modes Effects Analysis) |
| 22 | Fracture |
| 23 | Fragment |
| 24 | Fullen |
| 25 | Fuller, Kay |
| 26 | G2 Express Filter |
| 27 | G2 Filter |
| 28 | G2X Filter |

1       Ganser, Chris

2       Garcia, David

3       Gastric Bypass Surgery

4       Good Clinical Practices

5       Grande

6       Grassi, Clement

7       Greenfield

8       Greer, Jason

9       Grinding

10      Guidewire

11      Gunther Tulip Filter

12      Heart

13      Hemmila

14      Hemorrhage

15      Hemodynamics

16      Heparin

17      HHE (short for Health Hazard Evaluation)

18      Hudnall, Janet

19      Hull

20      Hurst, Darren

21      Hyun

22      IDE (short for Investigational Device Exemptions)

23      IFU (short for Instructions for Use)

24      Iliac veins

25      IMS (usually referred to as "IMS data" or "IMS Health")

26      In vitro

27      In Vitro Diagnostic Device Studies

28      In vivo

| 1 | Indwell |
| 2 | Infrarenal |
| 3 | INR (usually referring to "INR levels") |
| 4 | Instructions for Use |
| 5 | Intended Use |
| 6 | Interventional Radiologist |
| 7 | Intra-thoracic pressure |
| 8 | Intravascular |
| 9 | IR (short for interventional radiologist) |
| 10 | IRB (short for Institutional Review Board) |
| 11 | Irretrievable |
| 12 | IVC (short for inferior vena cava) |
| 13 | Jaff |
| 14 | Johnson |
| 15 | Journal of American Medical Association |
| 16 | Journal of the American College of Cardiology |
| 17 | Jugular |
| 18 | JVIR (short for Journal of Vascular and Interventional Radiology) |
| 19 | Kalva, Sanjeeva |
| 20 | Kaplan-Meier |
| 21 | Karmy-Jones |
| 22 | Kaufman |
| 23 | Kaw |
| 24 | Kessler, David |
| 25 | Kidney |
| 26 | Kiefer |
| 27 | Kim |
| 28 | Kinney, Thomas |

1    KOL (short for Key Opinion Leader)

2    Kuo

3    LaPlante

4    Laser cut

5    Laser sheath

6    Lehmann, John

7    Lewandowski

8    Liver

9    Ludwig, Judy

10   Lungs

11   Lyman

12   Lynch

13   Malfunction Injury

14   Mandatory Medical Device Reporting

15   MAUDE Database (short for Manufacturer And User Facility Device Experience)

16   McDermott, John

17   McLoney

18   McMeeking, Robert

19   MDR (short for Medical Device Report)

20   MedWatch Program

21   Meridian Filter

22   Metallurgist

23   Metallurgy

24   Migration

25   Migration Resistance Test

26   Millimeters Mercury (mmHg)

27   Mismetti

28   Mitsunaga

| | |
|---|---|
| 1 | Mobin-Uddin |
| 2 | Modra, Chad |
| 3 | Monitoring |
| 4 | Morales |
| 5 | Morbidity |
| 6 | Moritz, Mark |
| 7 | Morris, Christopher |
| 8 | Mortality |
| 9 | MRI - Magnetic Resonance Imaging |
| 10 | Muehrcke, Derek (pronounced "murky") |
| 11 | Multicenter Study |
| 12 | Murray Hill, New Jersey |
| 13 | Nazzal |
| 14 | New England Journal of Medicine |
| 15 | Nicholson |
| 16 | Nitinol |
| 17 | NMT (short for Nitinol Medical Technologies) |
| 18 | Nonretrievability |
| 19 | Nonsignificant Risk Device |
| 20 | Occlude |
| 21 | Occlusion |
| 22 | Off Label |
| 23 | Oh (usually referred to as the "Oh article") |
| 24 | Oliva |
| 25 | Open Label |
| 26 | Open Label Clinical Research Trials |
| 27 | Open Procedure |
| 28 | OptEase |

1    Optional filter

2    OUS Clinical Study

3    Owens

4    Pancreas

5    Parallel Group Study (Trial)

6    Parisian, Suzanne

7    PAT (short for Product Assessment Team)

8    PE (short for pulmonary embolism)

9    Penetration

10    Percutaneous

11    Perforation

12    Performance Data

13    Pericardial effusion

14    Pericarditis

15    Pericardium

16    Permanent filter

17    Phase I Clinical Trials

18    Phase II Clinical Trials

19    Phase III Clinical Trials

20    Phase IV Clinical Trials

21    Phelan

22    Pilot Study

23    Pivotal Study

24    PMA (short for Premarket Approval)

25    Poletti

26    Post thrombotic syndrome

27    Prasad

28    Pre-Amendment Devices

| 1 | Predicate device |
| 2 | Premarket Notification |
| 3 | PREPIC |
| 4 | PRESERVE |
| 5 | Prophylactic |
| 6 | Prothrombotic |
| 7 | Pulmonary artery |
| 8 | Pulmonary Artery |
| 9 | Pulmonary Embolism |
| 10 | Pulsation |
| 11 | Randomization |
| 12 | RAP (short for Remedial Action Plan) |
| 13 | Ray |
| 14 | Recovery Cone |
| 15 | Recovery Filter |
| 16 | Recurrent PE (short for recurrent pulmonary embolism) |
| 17 | Regulatory Affairs |
| 18 | Renal veins |
| 19 | Renno |
| 20 | Resnick, Scott |
| 21 | Retrievability |
| 22 | Retrievable filter |
| 23 | Retroperitoneal hemorrhage |
| 24 | Retroperitoneum |
| 25 | Ring, Tim |
| 26 | Ritchie, Robert |
| 27 | RNF (short for Recovery Filter) |
| 28 | Rogers, Fredrick |

| 1 | Rowland |
| 2 | Run-in Period of Study |
| 3 | Saadeh |
| 4 | Safety Reports |
| 5 | Sano |
| 6 | Sarosiek |
| 7 | Schultz, Gin |
| 8 | SEM (short for scanning electron microscope) |
| 9 | Serious Adverse Events |
| 10 | Serious Injury |
| 11 | Sheath |
| 12 | Shifrin, Kevin |
| 13 | Significant Risk Device |
| 14 | Simon |
| 15 | Simon Nitinol Filter |
| 16 | Singer |
| 17 | Single Blind Study |
| 18 | SIR (short for Society of Interventional Radiology) |
| 19 | SIR Guidelines |
| 20 | Snare Hook |
| 21 | SNF (short for Simon Nitinol Filter) |
| 22 | Society for Vascular Surgery |
| 23 | Standard of Care |
| 24 | Standard of Treatment |
| 25 | Stavropoulos |
| 26 | Stein, Moni |
| 27 | Strain |
| 28 | Strain amplitude |

| | |
|---|---|
| 1 | Streiff, Michael |
| 2 | Stress |
| 3 | Strut |
| 4 | Study End Points |
| 5 | Substantial equivalence |
| 6 | Substantially equivalent |
| 7 | Super-elastic |
| 8 | Suprarenal |
| 9 | Swami |
| 10 | Tam |
| 11 | Tempe, Arizona |
| 12 | The Safe Medical Devices Act of 1990 |
| 13 | Thisted, Ronald |
| 14 | Thrombogenic |
| 15 | Thrombosis |
| 16 | Thrombus |
| 17 | Tillman, Donna-Bea |
| 18 | Tilt |
| 19 | Trackwise |
| 20 | TrapEase |
| 21 | Trerotola |
| 22 | Tricuspid Valve |
| 23 | Uelmen, Doug |
| 24 | Valid Scientific Evidence |
| 25 | Valsalva |
| 26 | Vena Cavogram |
| 27 | Vena Tech Filter |
| 28 | Venous Thromboembolism |

| | |
|---|---|
| 1 | Vertebral body |
| 2 | Vessel pressure |
| 3 | Vijay |
| 4 | Vogelzang, Robert |
| 5 | VTE (short for Venous Thromboembolism) |
| 6 | Walcott, Cindi |
| 7 | Walsh |
| 8 | Weiland, John |
| 9 | Weld |
| 10 | Wong, Natalie |
| 11 | Wood |
| 12 | Xarelto |
| 13 | York Hospital |
| 14 | Zhou |
| 15 | Zhu |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |