IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Incorporated Memorandum to Seal Documents Lodged Under Seal by Plaintiffs in Opposition to Defendants' Motion for Summary Judgment Regarding Preemption, and for other good cause shown, Bard's Motion to Seal is GRANTED.  The documents filed redacted in Dkt. 7845, and the redactions to Plaintiffs Separate Statement of Facts in Dkt. 7848 are hereby sealed and the five documents identified on the Declaration of Robert Carr (Exhibit 2-N, Exhibit 2-O, Exhibit 2-P, Exhibit 2-V, and Exhibit 2) are hereby sealed in their entirety.