## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS**
**PRODUCTS LIABILITY LITIGATION**          MDL Case No. 2:15-md-02641-DGC

_____

**This Document Relates to Plaintiff(s)**
Civil Action No. 2:17-cv-02987-DGC
Michael Taylor

_____

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Michael Taylor, and Defendants, C. R. Bard, Inc., and Bard Peripheral Vascular Inc., file this Stipulation of Dismissal because:

A similar case was subsequently filed, for this same Plaintiff, by another attorney, in Case No. 2:16-cv-01777-DGC.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michael Taylor, and all Defendants, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party. Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. 2:16-cv-01777-DGC.

Dated this 28th day of September, 2017.

Respectfully submitted,

/s/ Jennifer Williams                              /s/ Richard B. North, Jr.
John H. Allen, III- Trial/Lead Counsel             Richard B. North, Jr.
Jennifer Williams                                  Nelson Mullins Riley & Scarborough, LLP
Jackson Allen & Williams, LLP                      201 17th Street NW, Suite 1700
3838 Oak Lawn Ave., Suite 1100                     Atlantic Station, Atlanta, GA 30363
Dallas, Texas 75219                                (404) 322-6000
(214) 521-2300                                     (404) 322-6050 (Facsimile)
(214) 452-5637 (Facsimile)                         richard.north@nelsonmullins.com
tallen@jacksonallenfirm.com                        *Attorneys for Defendants*
jwilliams@jacksonallenfirm.com
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2017, a true and correct copy of the foregoing was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jennifer Williams
Jennifer Williams