# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____

**IN RE: BARD IVC FILTERS**
**PRODUCTS LIABILITY LITIGATION**        MDL Case No. 2:15-md-02641-DGC

_____

**This Document Relates to Plaintiff(s)**
Civil Action No. 2:17-cv-02987-DGC
Michael Taylor

_____

## ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff, Michael Taylor,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff, Michael Taylor, against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. 2:15-md-02641-DGC (Civil Action No. 2:17-cv-02987-DGC) are dismissed in their entirety without prejudice. Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. 2:16-cv-01777-DGC. Each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Hon. David G. Campbell
United States District Court Judge

1