IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, Incorporates the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Michael W. Messer

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Anthony Messer, as Personal Representative of the Estate of Michael W. Messer

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kentucky

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Kentucky

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

Case 2:15-md-02641-DGC   Document 7865-1   Filed 09/29/17   Page 3 of 5

|   |   |   |   |
|---|---|---|---|
| 1 |   | ☐ | G2® Express (G2®X) Vena Cava Filter |
| 2 |   | ☐ | Eclipse® Vena Cava Filter |
| 3 |   | X | Meridian® Vena Cava Filter |
| 4 |   | ☐ | Denali® Vena Cava Filter |
| 5 |   | ☐ | Other: _____ |

11. Date of Implantation as to each product:

On or about May 13, 2013

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |

| | | |
|---|---|---|
| 1 | X | Count XIII: Fraudulent Concealment |
| 2 | X | Count XIV: Violations of Applicable <u>Kentucky</u> |
| 3 | | Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade |
| 4 | | Practices |
| 5 | ☐ | Count XV: Loss of Consortium |
| 6 | X | Count XVI: Wrongful Death |
| 7 | X | Count XVII: Survival |
| 8 | X | Punitive Damages |
| 9 | ☐ | Other(s): _____ (please state the facts supporting |
| 10 | | this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

　　x Yes

　　☐ No

-4-

RESPECTFULLY SUBMITTED this 29th day of September, 2017.

By: /s/ Julie Ferraro
Julie Ferraro
Kreindler & Kreindler LLP
855 Boylston Street, 11th Floor
Boston, Massachusetts 02116
T: 617-924-9100
F: 617-924-9120
Jferraro@Kreindler.com
*Attorney for Plaintiff*