UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

---

Michael W. Messer

                Plaintiff,

V.

C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

                Defendants.

MDL No. 2:15-md-02641- DGC

This Document Relates to Case No: 2:16-cv-03691-DGC

---

## ORDER

This matter has come before the Court upon Motion to Substitute Party Plaintiff and for Leave to Amend Short Form Complaint. The Court being duly advised, is of the opinion that it should be GRANTED.

Signed this _____ day of _____, 2017.

_____

Judge Presiding

1