UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Boyd, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>)<br>    Defendant. ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-17-03183-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 20, 2017            /s/ Richard B. North, Jr.
                                     *Attorney's signature*

                                     Richard B. North, Jr. (Ga. Bar No. 545599)
                                     *Printed name and bar number*

                                     Nelson Mullins Riley & Scarborough, LLP
                                     201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                     *Address*

                                     richard.north@nelsonmullins.com
                                     *E-mail Address*

                                     (404) 322-6000
                                     *Telephone number*

                                     (404 322-6050
                                     *FAX number*