# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| Document Relates to Plaintiffs:<br>　Cecchine, Patsy J.　　　　2:16-cv-02549-PHX-DGC<br>　Hahn, Mr. George M.　　　2:16-cv-00274-PHX-DGC<br>　Hesser-Schluter, Ms. Tammy　2:16-cv-00129-PHX-DGC<br>　Kerbel, Mr. Paul　　　　　2:16-cv-00275-PHX-DGC<br>　Light, Mr. David　　　　　2:16-cv-00282-PHX-DGC<br>　Lopez, Mr. Concepcion　　2:16-cv-00276-PHX-DGC<br>　Mondragon, Ms. Violet　　2:17-cv-00700-PHX-DGC<br>　Nelson, Mr. Randy　　　　2:16-cv-00322-PHX-DGC<br>　Ruck, Mr. David Allen　　2:16-cv-00277-PHX-DGC<br>　Schneider, Mrs. Tara　　　2:16-cv-00955-PHX-DGC<br>　Schutz, Mr. Joseph　　　　2:17-cv-01206-PHX-DGC<br>　Terry, Mr. William　　　　2:16-cv-02075-PHX-DGC<br>　Trevino, Ms. Diana　　　　2:17-cv-00700-PHX-DGC | **NOTICE OF CHANGE OF ADDRESS** |

## **NOTICE OF CHANGE OF ADDRESS**

Attorneys ERIC M. TERRY and TOR A. HOERMAN of TORHOERMAN LAW LLC, attorneys for the above Plaintiffs, hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that TORHOERMAN LAW LLC's new address effective immediately is 210 S. Main Street, Edwardsville, IL 62025. All phone numbers and emails remain the same.

Dated: September 29, 2017　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**TORHOERMAN LAW LLC**

　　　　　　　　　　　　　　　　　　　　By:*/s/Eric M. Terry*
　　　　　　　　　　　　　　　　　　　　　Eric M. Terry
　　　　　　　　　　　　　　　　　　　　　Tor A. Hoerman
　　　　　　　　　　　　　　　　　　　　　TORHOERMAN LAW LLC
　　　　　　　　　　　　　　　　　　　　　210 S. Main Street
　　　　　　　　　　　　　　　　　　　　　Edwardsville, IL 62025
　　　　　　　　　　　　　　　　　　　　　Phone: (618) 656-4400
　　　　　　　　　　　　　　　　　　　　　Fax: (618) 656-4401
　　　　　　　　　　　　　　　　　　　　　Email:　eric@thlawyer.com
　　　　　　　　　　　　　　　　　　　　　　　　　tor@thlawyer.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/Eric M. Terry
Eric M. Terry