# IN THE UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS**<br>**PRODUCTS LIABILITY LITIGATION** | No. MDL15-02641-PHX DGC |
| **This Document Relates to Plaintiff(s)**<br>Civil Action No. CV17-02987-PHX DGC<br>Michael Taylor | **ORDER** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff, Michael Taylor. Doc. 7852.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Michael Taylor, against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. MDL15-2641-PHX DGC (Civil Action No. CV17-02987-PHX DGC) are dismissed in their entirety without prejudice. Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. CV16-1777-PHX DGC. Each party shall bear its own costs.

Dated this 29th day of September, 2017.

_____
David G. Campbell
United States District Judge