Gregory N. McEwen - gmcewen@mcewenlaw.com
(Minnesota Bar Number 0273843; admitted *pro hac vice*)
McEwen Law Firm
5850 Blackshire Path
Inver Grove Heights, MN 55076
651-224-3833

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF FILING AMENDED PLEADING** |

Now comes Plaintiff in Member Case number 2:17-cv-02946-PHX-DGC, Dovie Small, by and through the undersigned counsel, and herby files this Notice of Filing Amended Pleading, consisting of an Amended Short Form Complaint.

In compliance with L. Cv. R. 15.1(b), the Amended Short Form Complaint with strickthrough and changes is attached hereto. Plaintiff is amending Paragraph 3 of the Short Form Complaint so that it reads "Joanne Roberts, daughter/next of kin" instead of "Not Applicable" and Paragraph 12 to include Count XVI: Wrongful Death.

RESPECTFULLY SUBMITTED this 29th day of September 2017.

**MCEWEN LAW FIRM, LTD.**

By: /s/ Gregory N. McEwen
Gregory N. McEwen
5850 Blackshire Path
Inver Grove Heights, MN 55076
Office: (651) 224-3833
gmcewen@mcewenlaw.com

I hereby certify that on this 29th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Gregory N. McEwen