Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
Richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**JOINT MOTION TO EXTEND DEADLINE TO REDACT DOCUMENTS PURSUANT TO THE COURT'S ORDER DATED SEPTEMBER, 27, 2017** |

1  The parties respectfully request and jointly move that the Court extend the deadline, as set in its Order dated September 27, 2017 [Doc. 7787], for the parties to file redacted versions of documents that the Court has granted motions to file under seal. The deadline in that Order is September 28, 2017. The parties have not yet prepared the redacted versions of those documents. Given the number of documents at issue and the upcoming Case Management Conference and Science Day with the Court on October 5, 2017, the parties need additional time to redact and file the documents.

The parties agree additional time is necessary to redact and file the documents due to the nature and quantity of the documents at issue. The parties believe that good cause exists for the requested extension of the Court's filing deadline and respectfully request that the Court approve the requested extension.

The parties respectfully request the Court extend the deadline to October 9, 2017, to file redacted versions of the sealed documents.

RESPECTFULLY SUBMITTED this 29th day of September 2017.

| GALLAGHER & KENNEDY, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: /s/ *Mark S. O'Connor*<br>Mark S. O'Connor (011029)<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*Attorneys for Plaintiffs* | By: /s/ *Matthew B. Lerner*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>James R. Condo<br>Snell & Wilmer, LLP<br>Amanda C. Sheridan<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

3