UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER EXTENDING DEADLINE TO REDACT DOCUMENTS PURSUANT TO COURT ORDER DATED SEPTEMBER, 27, 2017** |

The Court has reviewed the parties' Joint Motion to Extend Deadline to Redact Documents Pursuant to the Court's Order Dated September, 27, 2017 ("Joint Motion to Extend") [Doc. ____.]

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend [Doc. ____] is granted.

2. Redacted documents in accordance with the Court's Order dated September 27, 2017 [Doc. 7787] shall be filed on or before October 9, 2017.