Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO SEAL**<br>**And**<br>**NOTICE OF LODGING DOCUMENTS RELATED TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

**Motion to Seal**

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move this Court for an Order sealing Plaintiffs' unredacted Responses to Defendants' Motions for Summary Judgment in the bellwether cases ("Responses"), their controverting statements of facts ("CSOFs"), and their Omnibus Statement of Facts ("OSOF") in support thereof.  Plaintiffs' Responses, CSOFs, and OSOF contain personal healthcare information regarding the bellwether plaintiffs that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiffs' personal healthcare information is protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. §

160, 164(A) & (E), as well as several state-law privileges.  The knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6.  This Court has already granted the filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions.  [*See* Doc. 4366.]

Each of the following documents contains such information (Plaintiffs have separately filed redacted versions of these documents except as noted below):

Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims;

Plaintiffs' Controverting Statement of Facts in Opposition to Bard's Motion for Partial Summary Judgement as to Plaintiffs Lisa and Mark Hyde's Claims;

Jones Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment on Plaintiffs Doris and Alfred Jones's Claims;

Plaintiffs' Controverting Statement of Facts to Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment as to Plaintiffs Doris And Alfred Jones's Claims;

Plaintiff Carol Kruse's Memorandum in Opposition to Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims;

Plaintiff Carol Kruse's Controverting Statement of Facts in Support of Her Memorandum in Opposition to Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims;

Plaintiff Debra Mulkey's Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support;

Plaintiff's Controverting Statement of Facts in Opposition to Bard's Motion for Summary Judgment as to Plaintiff Debra Mulkey's Claims; and

Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases.[1]

Many of the exhibits in support of the above documents also contain plaintiffs' private healthcare information.  Plaintiffs and Defendants shall meet and confer regarding the various exhibits to attempt to resolve confidentiality disputes.

Accordingly, Plaintiff requests that the Court order the information and documents lodged with Plaintiffs' Responses, CSOFs, and OSOF be sealed pending final determination of confidentiality.

## **Notice of Lodging**

Pursuant to LRCiv 5.6(d), Plaintiffs submit this Notice of Lodging Certain Documents under Seal re Their Oppositions to Defendants' Motions for Summary Judgment.

Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court under seal (with combined Motion to Seal and Notice of Lodging) their OSOF, which contains factual statements based on the contents of many of the documents that Defendants have claimed to be confidential and that are lodged with this Notice. Resolution of those confidentiality issues will determine which parts of the OSOF are appropriate for sealing and which statements may be filed without redaction.

Defendants contend that many of the documents are confidential and should be filed under seal.  As required under LRCiv 5.6(d), Plaintiffs certify that on October 2, 2017, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be filed under seal.

---

[1] Plaintiffs note that they seek to have sealed the portions of the OSOF that contain plaintiffs' personal healthcare information.  Such information is primarily set forth in the facts beginning at paragraphs 150 of the document.  The prior paragraphs contains facts from documents, many of which Bard has designated as confidential.  Because the resolution of those confidentiality claims will determine what redactions will be made to the OSOF, Plaintiffs have not filed a redacted OSOF and will file a properly redacted version of the document once the confidentiality issues are resolved.

1  Plaintiffs do not believe that the disputed documents warrant continued confidential
2  treatment as proprietary or sensitive trade secret information.

3         This dispute notwithstanding, the parties have agreed to continue to meet and
4  confer on the documents at issue.

5         RESPECTFULLY SUBMITTED this 2nd day of October 2017.

6                                              GALLAGHER & KENNEDY, P.A.
7
8                                              By:/s/ Mark S. O'Connor
                                                   Mark S. O'Connor
9                                                  Paul L. Stoller
                                                   2575 East Camelback Road
10                                                 Phoenix, Arizona  85016-9225

11                                             LOPEZ McHUGH LLP
                                                   Ramon Rossi Lopez (CA Bar No. 86361)
12                                                 (admitted *pro hac vice*)
                                                   100 Bayview Circle, Suite 5600
13                                                 Newport Beach, California 92660

14                                             *Co-Lead/Liaison Counsel for Plaintiffs*

15                                **CERTIFICATE OF SERVICE**

16         I hereby certify that on this 2nd day of October, 2017, I electronically transmitted
17  the attached document to the Clerk's Office using the CM/ECF System for filing and
18  transmittal of a Notice of Electronic Filing.

19                                             */s/ Gay Mennuti*
20  6224015

21
22
23
24
25
26
27
28

4