1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   949-812-5771
4
   Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona 85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10
11 In Re Bard IVC Filters Products        No. MD-15-02641-PHX-DGC
   Liability Litigation
12                                         **MOTION TO SEAL**
                                           **and**
13                                         **NOTICE OF LODGING**
                                           **PLAINTIFFS' DOCUMENTS IN**
14                                         **RESPONSE TO DEFENDANTS'**
                                           **MOTION FOR SUMMARY**
15                                         **JUDGMENT AS TO LISA AND MARK**
                                           **HYDE'S CLAIMS**
16
17                            **Motion to Seal**

18         In accordance with Section 25 of the Stipulated Protective Order [Doc. 269],

19 Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move

20 this Court for an Order sealing Plaintiffs' Response to Defendants' Motion for Summary

21 Judgment as to Plaintiffs Lisa and Mark Hyde's Claims ("Response") and their

22 corresponding Controverting Statement of Facts ("CSOF").  Plaintiffs' Response and

23 CSOF contain personal healthcare information regarding Plaintiff Lisa Hyde that is

24 protected under HIPAA and confidential under the Stipulated Protective Order,

25 warranting protection from public disclosure.

26         Plaintiff's personal healthcare information is protected under the Privacy Rule of

27 the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. §

28 160, 164(A) & (E), as well as several state-law privileges.  The knowing disclosure of

1    such information is prohibited by 42 U.S.C. § 1320d-6.  This Court has already granted

2    the filing under seal of the same (or similar) information when the parties submitted their

3    respective bellwether submissions.  [*See* Doc. 4366.]

4         Plaintiffs intend to meet and confer with Defendants to resolve confidentiality

5    disputes.

6         Accordingly, Plaintiff requests that the Court order the information and documents

7    lodged with Plaintiffs' Response and CSOFs be sealed pending final determination of

8    confidentiality.

9                          **Notice of Lodging**

10        Pursuant to LRCiv 5.6(d), Plaintiffs submit this Notice of Lodging Certain

11   Documents under Seal Their Response and CSOF.

12        Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the

13   Court the Response and CSOF, which contain factual statements based on the contents of

14   documents that Defendants have claimed to be confidential.  Resolution of those

15   confidentiality issues will determine which parts of the Response are appropriate for

16   sealing and which statements may be filed without redaction.

17        Defendants contend that information confidential and should be filed under seal.

18   Plaintiffs do not believe that the disputed documents warrant continued confidential

19   treatment as proprietary or sensitive trade secret information.

20        RESPECTFULLY SUBMITTED this 2nd day of October 2017.

21

22                              GALLAGHER & KENNEDY, P.A.

23                              By:*/s/* Mark S. O'Connor
                                    Mark S. O'Connor
                                    Paul L. Stoller

24                                  2575 East Camelback Road
                                    Phoenix, Arizona  85016-9225

25                              LOPEZ McHUGH LLP
                                    Ramon Rossi Lopez (CA Bar No. 86361)

26                                  (admitted *pro hac vice*)
                                    100 Bayview Circle, Suite 5600

27                                  Newport Beach, California 92660
                                    *Co-Lead/Liaison Counsel for Plaintiffs*

28

2

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this 2nd day of October, 2017, I electronically transmitted

3   the attached document to the Clerk's Office using the CM/ECF System for filing and

4   transmittal of a Notice of Electronic Filing.

5

6                                              */s/ Deborah Yanazzo*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28