Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| LISA HYDE and MARK HYDE, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER RE MOTION TO SEAL and NOTICE OF LODGING PLAINTIFFS' DOCUMENT IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LISA AND MARK HYDE'S CLAIMS** |

    Plaintiffs Lisa and Mark Hyde have filed a Motion to Seal and Notice of Lodging Plaintiffs' Documents in Response to Defendants' Motion for Summary Judgment as to Lisa and Mark Hyde's Claims at docket number _____.

    Based on Plaintiffs' motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket number _____.