Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**SUPPLEMENTAL CITATION OF AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Oral Argument Requested)** |

Plaintiffs file this Supplemental Citation of Authority in support of their Response in Opposition to Defendants' Motion for Summary Judgment Regarding Preemption ("Preemption Opposition") [Doc. 7369] to Defendant C.R. Bard, Inc. and Bard Peripheral Vascular Inc.'s ("Bard's") Motion for Summary Judgment Regarding Federal Preemption ("Motion") [Doc. 5396]. Plaintiff offers the following supplemental authority:

> *In re: Cook Medical Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation MDL 2570*, No. 1:14-ml-02570-RLY-TAB MDL No. 2570 Docket Entry (S.D. Ind. September 25, 2017)(denying Defendant IVC filter manufacturer's motion related to federal preemption, granting Plaintiff's "*Cisson*" motion *in limine* re: excluding all evidence of FDA 510(k) clearance, granting in part/denying in part various motions, and taking several motions under advisement)(Exhibit A).

1.     On September 25, 2017, after Plaintiffs submitted their Preemption Opposition in this case,, Judge Young heard oral argument on various dispositive and evidentiary motions while presiding over a pre-trial conference in the matter captioned: *In re: Cook Medical Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation MDL 2570*, No. 1:14-ml-02570-RLY-TAB, the Cook IVC filter litigation centralized in Southern District of Indiana, MDL 2570.

2.     On September 26, 2017 the *In re Cook* court issued an Order denying (among other things) Cook Medical Inc.'s Motion for Summary Judgment Based on Federal Preemption.

3.     Plaintiffs hereby submit Exhibit A as supplemental authority to its response in opposition to Bard's similarly-based Motion for Summary Judgment Related to Federal Preemption regarding its IVC filters in the above captioned matter.  The authority is relevant generally to Bard's Motion arguments and specifically argument to Bard's claim on page 1 of its Reply in Support of Its Motion for Summary Judgment Regarding Preemption [Doc. 7828] that "[n]o court has addressed preemption where a 510(k)-cleared device has the kind of developed factual record, special controls, device-specific guidances, history of down classification, and extensive regulatory review associated with Bard's IVC filters."

RESPECTFULLY SUBMITTED this 3rd day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By:*/s/* Mark S. O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*

3