IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS                          No:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

JOHN JORDAN DAVIS

Civil Case #  2:17-CV-02775-DGC

### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT


Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1.   Plaintiff seeks leave to file the attached Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial to correct Paragraph 11 to read "10/29/2009" instead of "10/16/2009"  (see Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

2.   Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, John Jordan Davis requests that this Court grant this request to correct Paragraph 11 to read "10/29/2009," and for leave to file the Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached  Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial.

Dated: October 4, 2017

/s/ Joseph R. Johnson_____
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**


## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 4, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson_____