# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____JOHN JORDAN DAVIS_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____California_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

        _____California_____

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

        _____California_____

7.     District Court and Division in which venue would be proper absent direct filing:

        _____ District Court for the Central District of California _____

8.     Defendants (check Defendants against whom Complaint is made):

        **X**     C.R. Bard Inc.

        **X**     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

        **X**     Diversity of Citizenship

        ☐     Other: _____

        a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

        _____

        _____

        _____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

        ☐     Recovery® Vena Cava Filter

        X     G2® Vena Cava Filter

        ☐     G2® Express Vena Cava Filter

        ☐      G2® X Vena Cava Filter

        ☐      Eclipse® Vena Cava Filter

        ☐      Meridian® Vena Cava Filter

        ☐      Denali® Vena Cava Filter

        ☐      Other: _____

11. Date of Implantation as to each product:

   _____~~10/16/2009~~_____10/29/2009_____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   **X**    Count I:    Strict Products Liability – Manufacturing Defect

   **X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

   **X**    Count III:    Strict Products Liability – Design Defect

   **X**    Count IV:    Negligence - Design

   **X**    Count V:    Negligence - Manufacture

   **X**    Count VI:    Negligence – Failure to Recall/Retrofit

   **X**    Count VII:    Negligence – Failure to Warn

   **X**    Count VIII:    Negligent Misrepresentation

   **X**    Count IX:    Negligence *Per Se*

   **X**    Count X:    Breach of Express Warranty

   **X**    Count XI:    Breach of Implied Warranty

   **X**    Count XII:    Fraudulent Misrepresentation

  **X**  Count XIII:  Fraudulent Concealment

  **X**  Count XIV:  Violations of Applicable California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count XV:  Loss of Consortium

  ☐  Count XVI:  Wrongful Death

  ☐  Count XVII:  Survival

  **X**  Punitive Damages

  ☐  Other(s): _____ (please state the facts supporting this Count in the space immediately below)

  _____

  _____

13. Jury Trial demanded for all issues so triable?

  **X**  Yes

  ☐  No

RESPECTFULLY SUBMITTED this 4th day of October, 2017.

          BABBITT & JOHNSON, P.A.

         By:\_\_\_\_/s/ Joseph R. Johnson_____
           Joseph R. Johnson (Fla. Bar No. 372250)
           Suite 100
           1641 Worthington Road
           West Palm Beach, FL  33409
           (561) 684-2500
           jjohnson@babbitt-johnson.com