IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS                                No.  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff(s)

JOHN JORDAN DAVIS

Civil Case #  2:17-CV-02775-DGC

_____

## **ORDER**

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by John Jordan Davis, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

    Signed this _____ day of October, 2017.

_____
Honorable Judge David G. Campbell
United States District Court Judge