IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION
_____

No.  MDL 15-2641-PHX DGC

This Document Relates to Plaintiff(s)

**ORDER**

JOHN JORDAN DAVIS

Civil Case #  CV17-2775-PHX DGC
_____

Pending before the Court is Plaintiff John Jordan Davis's unopposed motion for leave to amend complaint.  Doc. 8041.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to amend complaint (Doc. 8041) is **granted.**  Plaintiff shall file his amended short form complaint on or before **October 12, 2017.**

Dated this 5th day of October, 2017.

_____
David G. Campbell
United States District Judge