Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No: 372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, William S. Gonzalez, Sr.
and Jeanette Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No:  2:15-MD-02641-DGC |
| This Document Relates to Plaintiffs:<br><br>WILLIAM S. GONZALEZ, SR., and JEANETTE GONZALEZ | Civil Case No:  2:16-cv-02254-DGC<br><br>**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT** |

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiffs seek leave to file the attached Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial to correct Paragraph 10 to read "X  G2® X Vena Cava Filter" instead of "X G2® Vena Cava Filter" (see Second Amended Master Short Form Complaint for Damages for Individual

Claims and Demand for Jury Trial).

2. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, William S. Gonzalez, Sr., and Jeanette Gonzalez request that this Court grant this request to correct Paragraph 10 to read "X G2® X Vena Cava Filter," and for leave to file the Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial.

DATED:     October 5th, 2017

/s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
Attorneys for Plaintiffs, William S. Gonzalez, Sr., and Jeanette Gonzalez

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON