Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No:  372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, William S. Gonzalez, Sr.
and Jeanette Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No:  2:15-MD-02651-DGC |
| This Document Relates to Plaintiffs: <br><br> WILLIAM S. GONZALEZ, SR., JEANETTE GONZALEZ | Civil Case No:  2:16-cv-02254-DGC <br><br> **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

WILLIAM S. GONZALEZ, SR.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

JEANETTE GONZALEZ

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

NEW YORK

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

NEW YORK

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

NEW YORK

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of New York

8. Defendants (check Defendants against whom Complaint is made):

　　X　　C.R. Bard Inc.

　　X　　Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

2

X    Diversity of Citizenship

☐    Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

~~X    G2® Vena Cava Filter~~

☐    G2® Express Vena Cava Filter

X    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11. Date of Implantation as to each product:

<u>10/26/2009</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

X    Count I:    Strict Products Liability – Manufacturing Defect

X    Count II:   Strict Products Liability – Information Defect (Failure

3

to Warn)

X     Count III:     Strict Products Liability – Design Defect

X     Count IV:     Negligence - Design

X     Count V:     Negligence - Manufacture

X     Count VI:     Negligence – Failure to Recall/Retrofit

X     Count VII:     Negligence – Failure to Warn

X     Count VIII:     Negligent Misrepresentation

X     Count IX:     Negligence *Per Se*

X     Count X:     Breach of Express Warranty

X     Count XI:     Breach of Implied Warranty

X     Count XII:     Fraudulent Misrepresentation

X     Count XIII:     Fraudulent Concealment

X     Count XIV:     Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X     Count XV:     Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:     Survival

X     Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 5th day of October, 2017.

                    BABBITT & JOHNSON, P.A.

                    By:   */s/ Joseph R. Johnson*
                          Joseph R. Johnson
                          (Fla. Bar No. 372250)
                          Suite 100
                          1641 Worthington Road
                          West Palm Beach, FL  33409
                          (561) 684-2500
                          jjohnson@babbitt-johnson.com