IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This Document Relates to Plaintiff(s)

WILLIAM S. GONZALEZ, SR., and JEANETTE GONZALEZ,

Civil Case # 2:16-CV-02254-DGC

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by William S. Gonzalez, Sr., and Jeanette Gonzalez, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of October, 2017.

                                              Honorable Judge David G. Campbell
                                              United States District Court Judge