# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____JOHN JORDAN DAVIS_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____California_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____California_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   _____California _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____ District Court for the Central District of California _____

8. Defendants (check Defendants against whom Complaint is made):

   **X**   C.R. Bard Inc.

   **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   **X**   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    X   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

       ☐     G2® X Vena Cava Filter

       ☐     Eclipse® Vena Cava Filter

       ☐     Meridian® Vena Cava Filter

       ☐     Denali® Vena Cava Filter

       ☐     Other: _____

11. Date of Implantation as to each product:

    _____~~10/16/2009~~_____10/29/2009_____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| **X** | Count I: | Strict Products Liability – Manufacturing Defect |
| **X** | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| **X** | Count III: | Strict Products Liability – Design Defect |
| **X** | Count IV: | Negligence - Design |
| **X** | Count V: | Negligence - Manufacture |
| **X** | Count VI: | Negligence – Failure to Recall/Retrofit |
| **X** | Count VII: | Negligence – Failure to Warn |
| **X** | Count VIII: | Negligent Misrepresentation |
| **X** | Count IX: | Negligence *Per Se* |
| **X** | Count X: | Breach of Express Warranty |
| **X** | Count XI: | Breach of Implied Warranty |
| **X** | Count XII: | Fraudulent Misrepresentation |

    **X**    Count XIII:   Fraudulent Concealment

    **X**    Count XIV:   Violations of Applicable California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count XV:   Loss of Consortium

    ☐    Count XVI:   Wrongful Death

    ☐    Count XVII:  Survival

    **X**    Punitive Damages

    ☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

13.    Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 5th day of October, 2017.

                BABBITT & JOHNSON, P.A.

                By:____/s/ Joseph R. Johnson_____
                      Joseph R. Johnson (Fla. Bar No. 372250)
                      Suite 100
                      1641 Worthington Road
                      West Palm Beach, FL 33409
                      (561) 684-2500
                      jjohnson@babbitt-johnson.com