Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No:  372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, Clifford Falls, Jr.,
 and Nancy June Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No:  2:15-MD-02641-DGC |
| This Document Relates to Plaintiffs:<br><br>CLIFFORD FALLS, JR. and<br>NANCY JUNE FALLS | Civil Case No:  2:16-cv-02345-DGC |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CLIFFORD FALLS, JR. and NANCY JUNE FALLS and Defendants, C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 5th day of October, 2017.

/s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
Attorneys for Plaintiffs, Clifford Falls, Jr., and Nancy June Falls

/s/ Richard B. North, Jr.
Richard B. North, Jr.
Attorneys for Defendants, C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON