N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No: 2:15-MD-02641-DGC

This Document Relates to Plaintiff:

CLIFFORD FALLS, JR. and
NANCY JUNE FALLS

Civil Case #   2:16-CV-02345-DGC

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Clifford Falls, Jr., and Nancy June Falls,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiffs Clifford Falls, Jr., and Nancy June Falls against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2570 (Member Case 2:16-cv-02345) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

Honorable David G. Campbell
United States District Court Judge