Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL 33409
Fla. Bar No: 372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, Christian Leigh
Gates

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-MD-02641-DGC |
| This Document Related to Plaintiffs: CHRISTIAN LEIGH GATES | Civil Case No: 2:16-cv-02220-DGC **UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial to correct Paragraph 10 to read "x G2® Vena Cava Filter" instead of "X Eclipse® Vena Cava

Filter" (see Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

2.   Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

3.   Based on the foregoing, Christian Leigh Gates requests that this Court grant this request to correct Paragraph 10 to read "X  G2® Vena Cava Filter," and for leave to file the Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached  Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial.

Dated: October 5th, 2017

/s/ Joseph R. Johnson
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson