1   Joseph R. Johnson, Esq.
    Babbitt & Johnson, P.A.
2   Suite 100
3   1641 Worthington Road
    West Palm Beach, FL  33409
4   Fla. Bar No:  372250
5   (561) 684-2500 (fax)
    jjohnson@babbitt-johnson.com
6   (561) 684-2500

7
    Attorney for Plaintiff, Christian Leigh
8   Gates

9                   IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF ARIZONA

11

12  ┌─────────────────────────────────────────┐
    │ IN RE:  BARD IVC FILTERS                  │
13  │                                           │
    │ PRODUCTS LIABILITY LITIGATION             │   Case No:  2:15-MD-02641-DGC
14  │                                           │
15  ├───────────────────────────────────────────┤
16  │ This Document Related to Plaintiffs:      │
    │                                           │
17  │     CHRISTIAN LEIGH GATES                 │   Civil Case No:  2:16-cv-02220-DGC
18  │                                           │   **SECOND AMENDED MASTER
    │                                           │   SHORT FORM COMPLAINT FORM
19  │                                           │   COMPLAINT FOR DAMAGES FOR
    │                                           │   INDIVIDUAL CLAIMS AND
20  │                                           │   DEMAND FOR JURY TRIAL**
21  └───────────────────────────────────────────┘

22        Plaintiff(s) named below, for their Complaint against Defendants named below,

23  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

24
25  Plaintiff(s) further show the Court as follows:

26        1.      Plaintiff/Deceased Party:

27              CHRISTIAN LEIGH GATES

28

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

_____N/A_____

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____N/A_____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

_____Florida_____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____Florida_____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____Florida_____

7.    District Court and Division in which venue would be proper absent direct filing:

_____United States District Court for the Southern District of Florida___

8.    Defendants (check Defendants against whom Complaint is made):

X    C.R. Bard Inc.

X    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

X    Diversity of Citizenship

☐        Other: _____

a.        Other allegations of jurisdiction and venue not expressed in Master

Complaint:

_____

_____

_____

10.        Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making

a claim (Check applicable Inferior Vena Cava Filter(s)):

☐        Recovery® Vena Cava Filter

**X        G2® Vena Cava Filter**

☐        G2® Express Vena Cava Filter

☐        G2® X Vena Cava Filter

X̶        E̶c̶l̶i̶p̶s̶e̶®̶ ̶V̶e̶n̶a̶ ̶C̶a̶v̶a̶ ̶F̶i̶l̶t̶e̶r̶

☐        Meridian® Vena Cava Filter

☐        Denali® Vena Cava Filter

☐        Other: _____

11.        Date of Implantation as to each product:

_____06/07/2010_____

_____

12.        Counts in the Master Complaint brought by Plaintiff(s):

X        Count I:        Strict Products Liability – Manufacturing Defect

X        Count II:        Strict Products Liability – Information Defect (Failure

3

to Warn)

X   Count III:    Strict Products Liability – Design Defect

X   Count IV:    Negligence - Design

X   Count V:    Negligence - Manufacture

X   Count VI:    Negligence – Failure to Recall/Retrofit

X   Count VII:    Negligence – Failure to Warn

X   Count VIII:   Negligent Misrepresentation

X   Count IX:    Negligence *Per Se*

X   Count X:    Breach of Express Warranty

X   Count XI:    Breach of Implied Warranty

X   Count XII:    Fraudulent Misrepresentation

X   Count XIII:   Fraudulent Concealment

X   Count XIV:   Violations of Applicable Florida Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:    Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

X   Punitive Damages

☐   Other(s):   _____ (please   state   the   facts

supporting this Count in the space immediately below)

_____

_____

4

13.     Jury Trial demanded for all issues so triable?

    X      Yes

    ☐      No

RESPECTFULLY SUBMITTED this 5th day of October, 2017.

                       BABBITT & JOHNSON, P.A.

                       By:      /s/ Joseph R. Johnson
                            Joseph R. Johnson
                            (Fla. Bar No.  372250)
                            Suite 100
                            1641 Worthington Road
                            West Palm Beach, FL  33409
                            (561) 684-2500
                            jjohnson@babbitt-johnson.com