IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This Document Relates to Plaintiff(s)

CHRISTIAN LEIGH GATES

Civil Case # 2:16-CV-02220-DGC

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Christian Leigh Gates, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of October, 2017.

> Honorable Judge David G. Campbell
> United States District Court Judge