IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS                          No.  MDL15-2641-PHX DGC
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)           **ORDER**

WILLIAM S. GONZALEZ, SR., and
JEANETTE GONZALEZ,

Civil Case CV16-2254-PHX DGC

_____

Pending before the Court is Plaintiff William S. Gonzalez, Sr. and Jeanette Gonzalez's unopposed motion for leave to amend complaint.  Doc. 8098.

**IT IS ORDERED** that the unopposed motion for leave to amend complaint (Doc. 8098) is **granted**.  Plaintiffs shall file their second amended short form complaint with the clerk of court on or before **October 13, 2017.**

Dated this 5th day of October, 2017.

_____
David G. Campbell
United States District Judge