CIVIL MINUTES
## UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| United States District Judge David G. Campbell | **Date:** October 5, 2017 |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | **Case Number:** MD-15-02641-PHX-DGC |

| **APPEARANCES:** | Ramon Lopez, Mark O'Connor, Paul Stoller, Howard Nations, Amorina Lopez, Julie Reed-Zaic, John Dalimonte, Stuart Goldenbert, Hadley Matarazzo, Joe Johnson, Steve Rotman- for plaintiffs | |
|---|---|---|
| | Richar North, Matthew Lerner, James Condo, Brandee Kowalyzk – for defendant | Court Reporter – Patricia Lyons<br>Courtroom Deputy – Traci Abraham |

**PROCEEDINGS** ☒ Open Court   ☐ Chambers   ☐ Other:

Science Day and Scheduling Conference held.

Parties agree that a court reporter is not needed for the presentation of science day. Science day proceeds before scheduling conference. Length of science day 3 hours and 45 minutes.

3:03 – Scheduling conference held. Joint status report (doc. 7854) discussed. Setting motions hearing and the first 2 Bellwether trials discussed. Parties by 10/13/2017 submit a joint report to the Court on how to proceed and address the pending motions.

A motion hearing, status hearing with a report submitted one week prior and a final pretrial conference on the 1st Bellwether trial will be held 11/17/2017 at 1:00 p.m.

A second motion hearing will be held on 12/15/2017 at 1:00 p.m.

A third motion hearing will be held on 1/19/2018 at 1:00 p.m.

The 1st Bellwether trial on the Booker case will be held 3/13/2018-3/16/2018, 3/20/2018-3/23/2018, 3/27/2018-3/30/2018.

The 2nd Bellwether trial on the Jones case will be held on 5/15/2018-5/18/2018, 5/22/2019-5/25/2018, 5/29/2018-6/1/2018. The final pretrial conference to be set at later date.

| | |
|---|---:|
| IN RE: Bard IVC Filters Products Liability Litigation | February 17, 2017 |
| MD-15-02641-PHX-DGC | Page 2 of 2 |

Court will wait to set the additional Bellwether trials.

Court will issue an order.

cc: Counsel

Time in Court: 4 hours and 45 minutes