IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

_____
This Document Relates to Plaintiff(s)

CHRISTIAN LEIGH GATES

Civil Case CV16-2220-PHX DGC
_____

No.  MDL15-2641-PHX DGC

**ORDER**

Pending before the Court is Plaintiff Christian Leigh Gates' unopposed motion for leave to amend complaint.  Doc. 8101.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to amend complaint (Doc. 8101) is **granted.**  Plaintiff shall file a second amended short form complaint on or before **October 13, 2017.**

Dated this 6th day of October, 2017.

_____
David G. Campbell
United States District Judge