IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX DGC |
| This Document Relates to Plaintiff | **ORDER** |
| MICHAEL W. MESSER | |
| Civil Case CV16-3691-PHX DGC | |

Pending before the Court is Plaintiff Michael W. Messer's motion to substitute party Plaintiff and for leave to amend short form complaint. Doc. 7865.

**IT IS ORDERED** that Plaintiff's motion to substitute party Plaintiff and for leave to amend short form complaint (Doc. 7865) is **granted.** Plaintiff shall file an amended short form complaint on or before **October 13, 2017.**

Dated this 6th day of October, 2017.

_____
David G. Campbell
United States District Judge