IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX DGC |
| This Document Relates to Plaintiff | **ORDER** |
| George Watts, | |
| Civil Case CV17-2770-PHX DGC | |

Pending before the Court is Plaintiff George Watts' motion to substitute Plaintiff. Doc. 7740.

**IT IS ORDERED** that Plaintiff's motion to substitute Plaintiff (Doc. 7740) is **granted.** Plaintiff shall file an amended short form complaint on or before **October 13, 2017.**

Dated this 6th day of October, 2017.

_____
David G. Campbell
United States District Judge