IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX DGC |
| This Document Relates to Plaintiff | **ORDER** |
| Joshua Tubbs and Diane Tubbs, | |
| Civil Case CV17-2926-PHX DGC | |

    Pending before the Court is Plaintiffs' unopposed motion for leave to amend complaint.  Doc. 7618.

    **IT IS ORDERED** that Plaintiffs' unopposed motion for leave to amend complaint (Doc. 7618) is **granted.**  Plaintiff shall file an amended short form complaint on or before **October 13, 2017.**

    Dated this 6th day of October, 2017.

_____
David G. Campbell
United States District Judge