IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No: MDL15-2641-PHX DGC
_____
This Document Relates to Plaintiff:          **ORDER**

CLIFFORD FALLS, JR. and
NANCY JUNE FALLS

Civil Case CV16-02345-PHX DGC
_____

Considering the parties' Stipulation of Dismissal Without Prejudice of Clifford Falls, Jr., and Nancy June Falls.  Doc. 8100.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs Clifford Falls, Jr., and Nancy June Falls against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in MDL15-2641 PHX DGC (Member Case CV16-2345 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 6th day of October, 2017.

_____
David G. Campbell
United States District Judge