# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, Incorporates the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Michael W. Messer

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Anthony Messer, as Personal Representative of the Estate of Michael W. Messer

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Kentucky

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Kentucky

8. Defendants (check Defendants against whom Complaint is made):

   X  C.R. Bard Inc.

   X  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X  Diversity of Citizenship

   ☐  Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐  Recovery® Vena Cava Filter

    ☐  G2® Vena Cava Filter

|   |   |   |
|---|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter | |
| ☐ | Eclipse® Vena Cava Filter | |
| X | Meridian® Vena Cava Filter | |
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:

On or about May 13, 2013

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- X  Count I:     Strict Products Liability – Manufacturing Defect
- X  Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- X  Count III:   Strict Products Liability – Design Defect
- X  Count IV:    Negligence - Design
- X  Count V:     Negligence - Manufacture
- X  Count VI:    Negligence – Failure to Recall/Retrofit
- X  Count VII:   Negligence – Failure to Warn
- X  Count VIII:  Negligent Misrepresentation
- X  Count IX:    Negligence *Per Se*
- X  Count X:     Breach of Express Warranty
- X  Count XI:    Breach of Implied Warranty
- X  Count XII:   Fraudulent Misrepresentation

-3-

| | | |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable Kentucky Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| X | Count XVI: | Wrongful Death |
| X | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

x Yes

☐ No

RESPECTFULLY SUBMITTED this 6th day of October, 2017.

By: /s/ Julie Ferraro
Julie Ferraro
Kreindler & Kreindler LLP
855 Boylston Street, 11th Floor
Boston, Massachusetts 02116
T: 617-924-9100
F: 617-924-9120
Jferraro@Kreindler.com
*Attorney for Plaintiff*

-5-