1
2
3
4
5
6
7

Matthew Haynie
Laura J. Baughman
Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
mhaynie@baronbudd.com
lbaughman@baronbudd.com
rbudd@baronbudd.com

8

*Attorneys for Plaintiffs*

9

10

11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

12

13

14

15

16

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

)
)
)
)
)
)
)
)

No. MD-15-02641-DGC

**AMENDED      SHORT      FORM
COMPLAINT  FOR  DAMAGES  FOR
INDIVIDUAL      CLAIMS      AND
DEMAND FOR JURY TRIAL**

17

Plaintiff(s) named below, for their Complaint against Defendants named below,

18

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

19

Plaintiff(s) further show the Court as follows:

20

1.      Plaintiff/Deceased Party:

21

Kristen Stokely_____

22

2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of

23

consortium claim:

24

25

N/A_____

26

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian,

27

conservator):

28

N/A_____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant:

Michigan_____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of injury:

Michigan_____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Michigan _____

7.    District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the Eastern District of Michigan_____

8.    Defendants (check Defendants against whom Complaint is made):

☒      C.R. Bard Inc.

☒      Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒      Diversity of Citizenship

☐      Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master

Complaint:

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter(s)):

☐      Recovery$^{®}$ Vena Cava Filter

☒      G2$^{®}$ Vena Cava Filter

☐   G2® Express Vena Cava Filter

☐   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11.   Date of Implementation as to each product:

8/1/2004_____

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:        Strict Products Liability – Manufacturing Defect

☒   Count II:       Strict Products Liability – Information Defect (Failure to

Warn)

☒   Count III:      Strict Products Liability – Design Defect

☒   Count IV:       Negligence – Design

☒   Count V:        Negligence – Manufacture

☒   Count VI:       Negligence – Failure to Recall/Retrofit

☒   Count VII:      Negligence – Failure to Warn

☒   Count VIII:     Negligent Misrepresentation

☒   Count IX:       Negligence *Per Se*

☒   Count X:        Breach of Express Warranty

☒   Count XI:       Breach of Implied Warranty

☒   Count XII:      Fraudulent Misrepresentation

☒   Count XIII:     Fraudulent Concealment

☒    Count XIV:    Violations of Applicable <u>Michigan</u> Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

☐    Punitive Damages

☐    Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 10th day of October, 2017.

**BARON & BUDD, P.C.**

By:    /s/ Matthew Haynie_____
Matthew Haynie
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
mhaynie@baronbudd.com

*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on this 10th day of October, 2017, I electronically transmitted the

3

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing.

5

                                    /s/ Matthew Haynie_____

6

                                    Matthew Haynie

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28