# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**CASE MANAGEMENT ORDER NO. 27** |

The Court held an eleventh case management conference on October 5, 2017. The conference addressed ongoing matters identified in the parties' joint report. Doc. 7854.

**A.   Privilege Issues.**

Defendants asked the Court to require Plaintiffs to include in their privilege log any communications withheld from production that occurred between experts, even if they included a lawyer. After discussion, the Court declined to require a privilege log. Instead, Plaintiffs shall provide the Court all such communications that they have withheld, for *in camera* review. The Court will randomly select ten communications and review them for privilege. Plaintiffs shall provide these documents on or before **October 13, 2017**.

Defendants also expressed concern about the method used for collecting email communications among Plaintiffs' experts at Northwestern University. The Court directed Plaintiffs' counsel to communicate with these experts, particularly in light of one email that was provided by Defendants at the hearing, to ensure that all communications have been produced. Plaintiffs shall do so no later than **October 13, 2017**.

B. **Motion Hearings.**

The Court will hold motion hearings on **November 17, 2017 at 1:00 p.m.**, **December 15, 2017 at 1:00 p.m.**, and **January 19, 2018 at 1:00 p.m.** These hearings will concern pending *Daubert* motions, motions to disqualify experts, and motions for summary judgment. The motion for summary judgment on preemption will be heard on **November 17, 2017 at 1:00 p.m.** The parties shall meet and confer regarding the motions to be heard on these dates and shall submit their joint proposal to the Court by **October 13, 2017.**

C. **Scheduling of Bellwether Trials.**

The Booker bellwether trial will be held on **March 13-16, 20-23, and 27-30, 2018**. The Jones bellwether trial will be held on **May 15-18, 22-25, and 29-30, and June 1, 2018.** The Court will schedule other bellwether trials, and will set dates for final pretrial conference in Booker and Jones, at coming status conferences.

D. **Science Day.**

The Court held a "science day" on October 5, 2017. The parties agreed at the beginning of the discussion that it need not be on the record. Each side presented relevant information in support of their position on various science issues in the case. Each side also presented some information supporting their liability arguments in the case. The Court listened for the purpose of understanding issues it will need to address in upcoming motions hearings. The Court formed no view on the question of liability or the merits of any motion as a result of the hearing, and returned all exhibits to the parties at the end of the discussion.

E. **Plaintiffs' Motion for Partial Summary Judgment.**

Plaintiffs have filed a for summary judgment motion in the Jones case. Doc. 7363. Defendants stated at the conference that they have no opposition to the granting of the motion. The Jones Plaintiffs' motion for partial summary judgment on Defendants' thirteenth affirmative defense (Doc. 7363) is therefore **granted**.

**F.     Additional Matter.**

The Court informed the parties of a matter it was exploring to ensure that recusal was not necessary. The Court has completed that inquiry and concludes that recusal is not necessary.

**G.     Next Status Conference.**

The Court will hold a status conference after the motions arguments on November 17, 2017 at 1:00 p.m. The parties shall file a joint status report on or before **November 14, 2017.**

Dated this 10th day of October, 2017.

David G. Campbell
United States District Judge