AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Vanessa Alexandre ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:17-cv-03616-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vanessa Alexandre                             .

Date:   10/11/2017                             /s/ Jennifer Williams
                                              *Attorney's signature*

                                              Jennifer Williams; Texas Bar No. 24007755
                                              *Printed name and bar number*

                                              Jackson Allen & Williams, LLP
                                              3838 Oak Lawn Avenue
                                              Suite 1100
                                              Dallas, Texas  75219
                                              *Address*

                                              jwilliams@jacksonallenfirm.com
                                              *E-mail address*

                                              (214) 521-2300
                                              *Telephone number*

                                              (214) 452-5637
                                              *FAX number*