Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No:  372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, William S. Gonzalez, Sr.
 and Jeanette Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| IN RE:  BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____ | Case No:  2:15-MD-02641-DGC |
| This Document Relates to Plaintiff(s)<br><br>CHRISTIAN LEIGH GATES<br><br>_____ | Civil Case No:  2:16-cv-02220-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

___CHRISTIAN LEIGH GATES_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

_____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____N/A__ _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

_____Florida_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____Florida_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____Florida _____

7. District Court and Division in which venue would be proper absent direct filing:

_____United States District Court for the Southern District of Florida_____

8. Defendants (check Defendants against whom Complaint is made):

**X**   C.R. Bard Inc.

**X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

**X**   Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

**X   G2® Vena Cava Filter**

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

~~X   Eclipse® Vena Cava Filter~~

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

_____06/07/2010_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

**X**   Count I:   Strict Products Liability – Manufacturing Defect

**X**   Count II:  Strict Products Liability – Information Defect (Failure

to Warn)

X    Count III:    Strict Products Liability – Design Defect

X    Count IV:    Negligence - Design

X    Count V:    Negligence - Manufacture

X    Count VI:    Negligence – Failure to Recall/Retrofit

X    Count VII:    Negligence – Failure to Warn

X    Count VIII:    Negligent Misrepresentation

X    Count IX:    Negligence *Per Se*

X    Count X:    Breach of Express Warranty

X    Count XI:    Breach of Implied Warranty

X    Count XII:    Fraudulent Misrepresentation

X    Count XIII:    Fraudulent Concealment

X    Count XIV:    Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

X    Punitive Damages

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

4

13. Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 11th day of October, 2017.

    BABBITT & JOHNSON, P.A.


By:_____/s/ Joseph R. Johnson_____
    Joseph R. Johnson
    (Fla. Bar No. 372250)
    Suite 100
    1641 Worthington Road
    West Palm Beach, FL 33409
    (561) 684-2500
    jjohnson@babbitt-johnson.com