Exhibit 15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-01824432

**From:** Hudson, Brian [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=BHUDSON]
**Date:** 6/28/2011 3:27:38 PM
**To:** Bovee, Kevin [kevin.bovee@crbard.com], Modra, Chad [Chad.Modra@crbard.com]
**Subject:** RE: Fx - Talking Points
**Attachments:** Filter Data 6-27-11.doc

Kevin,

Here are answers that I have now.

· G2 Express was the new filter with snare tip loaded in the G2 delivery system. G2X was a new delivery system.

· There is a 510(k) number for Meridian, will need to get from Filter team

· Denali is under clinical study, will need to get from Filter team

· We do have the FDA presentation and associated meeting minutes available

· We have charts available – most relevant attached.

Thanks,
Brian

From: Bovee, Kevin
Sent: Tuesday, June 28, 2011 5:41 AM
To: Hudson, Brian; Modra, Chad
Subject: RE: Fx - Talking Points

Thanks Brian.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     BPVEFILTER-01-00037661

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     BPVEFILTER-01-01824433

- What is the difference between G2 Express (launched 8/08) and G2X (launched 1/09)?
- Is there a 510k reference # for Meridian?
- Denali (under clinical study) – what is the clinical study #?

Also,

- You mentioned a presentation which BPV conducted with FDA. Can I get a summary and/or results of the meeting / presentation?
- Are there existing trend charts, by product line? By rate, occurrence, or both?

Thanks,

Kevin

From: Hudson, Brian
Sent: Monday, June 27, 2011 8:27 PM
To: Bovee, Kevin; Modra, Chad
Subject: ███

Kevin and Chad,

Here are the talking points for ███

Brian

Confidentiality Notice: This e-mail and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments.[v1.0]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    BPVEFILTER-01-00037663

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    BPVEFILTER-01-01824435

Data from Launch through May 2011:



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00037664

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-01824436