From: Ciavarella, David
Date: 12/27/2005 2:33:22 PM
To: Barry, Brian [Brian.Barry@crbard.com], Ganser, Christopher [Christopher.Ganser@crbard.com]
Subject: FW: ▮

My comments to Cindi and Gin.

From: Ciavarella, David
Sent: Friday, December 23, 2005 2:32 PM
To: Walcott, Cindi
Cc: Allen, Shari; Schulz, Gin
Subject: RE: ▮

Exhibit No. 7
CHARLENE FRIEDMAN



CONFIDENTIAL.
This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil Action No. CV2009-019232

BPVE-01-00245186
BPV-DEP-00004804

I'll be in the office next Tues and Wed; maybe we can talk one of those days.

David

From: Walcott, Cindi
Sent: Tue 12/20/2005 6:14 PM
To: Ciavarella, David
Cc: Allen, Shari; Schulz, Gin
Subject:

David,



Please see the attachment, which has a description of the events to date.



Thanks for your assistance,

Cindi

CONFIDENTIAL.
This document is subject to the Protective Order entered by the Superior Court
of Maricopa County, State of Arizona, in Civil Action No. CV2009-019232

BPVE-01-00245188

BPV-DEP-00004806