James R. Condo (#005867)
Amanda C. Sheridan (#027360)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Elizabeth C. Helm (admitted pro hac vice)
Georgia Bar No. 289930
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING REDACTED EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION SEAL DOCUMENTS FILED BY PLAINTIFFS IN OPPOSITION TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS**<br><br>(Assigned to the Honorable David G. Campbell) |

1  COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and
2  file the following exhibits to Plaintiffs' Opposition to Defendants' Motions to Exclude
3  Plaintiffs' Experts. Plaintiffs lodged the Exhibits under seal in Omnibus Motion (Dkt.
4  7815) these exhibits are now being filed in redacted form in support in connection with
5  Defendants' Motion to Seal:

6  Plaintiffs' Response To Defendants' Motion To Exclude The Opinions Of Rebecca
7  Betensky, Ph.D.

8  Exhibit 1    Betensky Report 1-27-2017
9  Exhibit 2    Betensky DFMEA Supplement 3-3-2017
10 Exhibit 4    BPVEFILTER-01-01824432
11 Exhibit 5    BPV-DEP-00004804
12 Exhibit 13 Kessler Report 9-26-2016
13 Exhibit 14 Eisenberg Report (Barazza 2-10-2017)
14 Exhibit 15 Hertz Report 2-3-2017
15 Exhibit 16 Kessler Schedule 28
16 Exhibit 17 BPVE-01-00511127
17 Exhibit 19 BPVE-01-00509492
18 Exhibit 21 BPV-17-01-00101588
19 Exhibit 28 Shifrin Deposition 9-8-16 Excerpts
20 Exhibit 44 BPV-17-01-000067972
21 Exhibit 45 BPV-17-01-00034448
22 Exhibit 48 McMeeking Bard IVC Filter Design Evolution Assessment 2-3-2017
23 Exhibit 49 Ritchie March 2, 2017 Report
24 Exhibit 50 McMeeking Rebuttal Report 5-11-17
25 Exhibit 53 BPV-17-01-00188520
26 Exhibit 54 BPVE-01-00002092
27 Exhibit 55 BPVE-01-00408669
28 Exhibit 57 BPVE-01-01054793

| | |
|---|---|
| 1 | Exhibit 58   BPVE-01-01054793 |
| 2 | Exhibit 59   BPVE-01-01054793 |

3. Plaintiffs' Response to Defendants Motion to Exclude the Opinions of David Garcia, M.D. and Michael Streiff, M.D. **[Doc. 7808]**

Sealed Exhibit:

Exhibit 4   DeCant Deposition Excerpts 5-24-16

4. Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D. **[Doc. 7806]**

Sealed Response and Exhibits:

Exhibit 6   McMeeking Report 4-7-17

5. Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Derek Muehrcke, M.D. **[Doc. 7813]**

Sealed Exhibits:

Exhibit 5   BPVE-01-00720835

Exhibit 6   Wong Deposition Excerpts 10-18-16

Exhibit 7   G2 and G2 X Fracture Analysis Ex. 546 Wong Deposition.

6. Plaintiff's Response in Opposition to Defendants' Motion to Exclude the Opinions of Suzanne Parisian, M.D. **[Doc. 7814]** F

Sealed Exhibit:

Exhibit 4   BPVEFILTER-01-01780607

This 11th day of October, 2017.

s/Elizabeth C. Helm
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
Elizabeth C. Helm
Georgia Bar No. 289930
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700

Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Elizabeth C. Helm
Elizabeth C. Helm
Georgia Bar No. 289930
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com