James R. Condo (#005867)
Amanda C. Sheridan (#027360)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Elizabeth C. Helm (admitted pro hac vice)
Georgia Bar No. 289930
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING REDACTED EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION SEAL DOCUMENTS FILED BY PLAINTIFFS IN OPPOSITION TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS**<br><br>(Assigned to the Honorable David G. Campbell) |

COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and file the following exhibits to Plaintiffs' Opposition to Defendants' Motions to Exclude Plaintiffs' Experts. Plaintiffs lodged the Exhibits under seal in Omnibus Motion (Dkt. 7815) these exhibits are now being filed in redacted form in support in connection with Defendants' Motion to Seal:

Plaintiffs' Response To Defendants' Motion To Exclude The Opinions Of Rebecca Betensky, Ph.D.

Exhibit 1     Betensky Report 1-27-2017

Exhibit 2     Betensky DFMEA Supplement 3-3-2017

Exhibit 4     BPVEFILTER-01-01824432

Exhibit 5     BPV-DEP-00004804

Exhibit 13 Kessler Report 9-26-2016

Exhibit 14 Eisenberg Report (Barazza 2-10-2017)

Exhibit 15 Hertz Report 2-3-2017

Exhibit 16 Kessler Schedule 28

Exhibit 17 BPVE-01-00511127

Exhibit 19 BPVE-01-00509492

Exhibit 21 BPV-17-01-00101588

Exhibit 28 Shifrin Deposition 9-8-16 Excerpts

Exhibit 44 BPV-17-01-000067972

Exhibit 45 BPV-17-01-00034448

Exhibit 48 McMeeking Bard IVC Filter Design Evolution Assessment 2-3-2017

Exhibit 49 Ritchie March 2, 2017 Report

Exhibit 50 McMeeking Rebuttal Report 5-11-17

Exhibit 53 BPV-17-01-00188520

Exhibit 54 BPVE-01-00002092

Exhibit 55 BPVE-01-00408669

Exhibit 57 BPVE-01-01054793

1  Exhibit 58 BPVE-01-01054793

2  Exhibit 59 BPVE-01-01054793

3. Plaintiffs' Response to Defendants Motion to Exclude the Opinions of David Garcia, M.D. and Michael Streiff, M.D. **[Doc. 7808]**

Sealed Exhibit:

Exhibit 4    DeCant Deposition Excerpts 5-24-16

4. Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D. **[Doc. 7806]**

Sealed Response and Exhibits:

Exhibit 6    McMeeking Report 4-7-17

5. Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Derek Muehrcke, M.D. **[Doc. 7813]**

Sealed Exhibits:

Exhibit 5    BPVE-01-00720835

Exhibit 6    Wong Deposition Excerpts 10-18-16

Exhibit 7    G2 and G2 X Fracture Analysis Ex. 546 Wong Deposition.

6. Plaintiff's Response in Opposition to Defendants' Motion to Exclude the Opinions of Suzanne Parisian, M.D. **[Doc. 7814]** F

Sealed Exhibit:

Exhibit 4    BPVEFILTER-01-01780607


This 11th day of October, 2017.

            s/Elizabeth C. Helm
            Richard B. North, Jr.
            Georgia Bar No. 545599
            Matthew B. Lerner
            Georgia Bar No. 446986
            Elizabeth C. Helm
            Georgia Bar No. 289930
            NELSON MULLINS RILEY & SCARBOROUGH, LLP
            Atlantic Station
            201 17th Street, NW / Suite 1700

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000

Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

```
                                s/Elizabeth C. Helm
                                Elizabeth C. Helm
                                Georgia Bar No. 289930
                                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                Atlantic Station
                                201 17th Street, NW / Suite 1700
                                Atlanta, GA  30363
                                PH: (404) 322-6000
                                FX: (404) 322-6050
                                Richard.North@nelsonmullins.com
```