Schedule 28 – Bard's Use of Comparative MAUDE Data Among Filters

Schedule 28 – Bard's Use of Comparative MAUDE Data Among Filters

| Date | Starting Bates | Author | Statement |
|---|---|---|---|
| 2/13/2004 | BPV-17-01-00164703 | Mary Edwards | |
| 4/15/2004 | Lehmann Deposition, 282:16 – 283:2) | Natalie Wong and Dr. Lehmann | |
| 4/21/2004 | BPV-17-01-0000153578 | Bard | |

| | | | sales rates across devices and time periods." |
|---|---|---|---|
| 4/23/2004 | BPVE-01-00435196 | Dr. John Lehmann | ■ |
| 4/27/2004 | BPVEFILTER-01-00043728 | Dr. John Lehmann | |
| 4/21/2004 | BPV-17-01-00153578 | Bard | |

Schedules of David A. Kessler, M.D. - Page 418

Schedules of David A. Kessler, M.D. - Page 419

| | | |
|---|---|---|
| 4/21/2004 | BPV-17-01-00153578 | Bard |
| 6/10/2004 | BPV-DEP-00004807- | Dr. Ciavarella |

Schedules of David A. Kessler, M.D. - Page 420

| Date | Bates |
|---|---|
| 7/15/2004 | BPVE-01-00268921 |
| 11/17/2004 | BPV-17-01-001103875- |
| 12/2004 | BPVE-01-01019773 |
| 12/9/2004 | BPVE-01-00435296- |

Schedules of David A. Kessler, M.D. - Page 422

| | | 303 | | 12/9/2004 | BPVE-01-00435296- |

| | | |
|---|---|---|
| 12/17/2004 | BPVE-01-01019773 | Dr. Ciavarella |
| 12/17/2004 | BPVE-01-01019773- | Dr. Ciavarella |
| 12/2004 | BPVE-01- | Dr. |

Schedules of David A. Kessler, M.D. - Page 423

| 01019773 | Ciavarella | |
| --- | --- | --- |
| BPVE-01-01019773-825 | Bard | 1/4/2005 |

| | | |
|---|---|---|
| 1/4/2005 | BPVE-01-01019773-825 | Bard |
| 1/4/2005 | BPVE-01-01019773-825 | Bard |

Schedules of David A. Kessler, M.D. - Page 425

| | | |
|---|---|---|
| 1/4/2005 | BPVE-01-01019773-825 | Bard |

Schedules of David A. Kessler, M.D. - Page 427

| | | | |
|---|---|---|---|
| 2/16/2005 | BPV-DEP-00002231 | Mary Procotor | ■ |
| 4/19/2005 | BPVE-01-00434275 | Chris Ganser | |

| | | |
|---|---|---|
| 7/16/2005 | BPV-DEP-00005665 | Jason Greer |
| 7/18/2005 | BPVE-01-00179747 | Janet Hudnall |

Schedules of David A. Kessler, M.D. - Page 429

| 8/3/2005 | BPV-17-01-00170083 | Chris Ganser | [redacted] |
|---|---|---|---|

Schedules of David A. Kessler, M.D. - Page 430

| 11/7/2005 | BPV-17-01-00096991 | Brian Hudson |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 11/30/2005 | BPVE-01-01511164 | Kellee Jones |
| 8/1/2007 | BPVE-01-00617777 | Bard |
| 12/31/2007 | BPV-17-01-00188522 | Bard |

Schedules of David A. Kessler, M.D. - Page 432

Schedules of David A. Kessler, M.D. - Page 433

BPVE-01-

Bard

2010

Schedules of David A. Kessler, M.D. - Page 434

00559941