Case 2:15-md-02641-DGC   Document 8120-3   Filed 10/11/17   Page 1 of 4



Page 13
Confidential

B. Brown

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00509492



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00509493



Page 15
Confidential

B. Brown

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00509494



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00509495