

# MEMORANDUM

TO: Shari Allen, Rob Carr, Dr. David Ciavarella, Len DeCant, Micky Graves, Janet Hudnall, Brian Hudson, John McDermott, Gin Schulz, Kevin Shifrin, Charlie Simpson, Mark Walaska

FROM: Micky Graves and Natalie Wong

DATE: February 17, 2006

SUBJECT: Recovery Filter (Generation 1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**In attendance:** Shari Allen, Rob Carr, Dr. David Ciavarella, Len DeCant, Micky Graves, Janet Hudnall, Brian Hudson, Gin Schulz, Kevin Shifrin, Charlie Simpson, Mark Walaska, Natalie Wong

**Meeting Held on:** February 15, 2006

**Discussion:**



**Action Items:**

[redacted]

Page 1 of 1
1415 W. 3rd St., Suite 109 • P. O. Box 1740 • Tempe, AZ 85280-1740
Tel: 1-800-321-4254 • 1-480-894-9515 • Fax: 1-480-966-7062 • www.bardpv.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00101588
LMD1



**BARD PERIPHERAL VASCULAR**



- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Conclusion:**



1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]

Page 2 of 2
1415 W. 3rd St., Suite 109 • P. O. Box 1740 • Tempe, AZ  85280-1740
Tel: 1-800-321-4254 • 1-480-894-9515 • Fax: 1-480-966-7062 • www.bardpv.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00101589
LMD1



5
6



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00101590
LMD1