David W. Feigal, M.D., MPH



Do Not Disclose - Subject to Further Confidentiality Review

```
 1           IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF ARIZONA

 3

 4      * * * * * * * * * * * * * *

 5   IN RE:  BARD IVC FILTERS   * MDL NO.:

 6   PRODUCTS LIABILITY          * MD-15-02641-PHX-DGC

 7   LITIGATION                  *

 8      * * * * * * * * * * * * * *

 9         DO NOT DISCLOSE - SUBJECT TO FURTHER

10              CONFIDENTIALITY REVIEW

11

12      VIDEOTAPED DEPOSITION OF KEVIN T. SHIFRIN

13       NELSON MULLINS RILEY & SCARBOROUGH LLP

14              One Post Office Square

15              Boston, Massachusetts

16          September 8, 2016      9:21 a.m.

17

18

19

20           Maryellen Coughlin, RPR/CRR

21

22

23

24

25
```

Do Not Disclose - Subject to Further Confidentiality Review

1    Q.      But some of the things that we've

2  looked at today during the course of this

3  deposition in asking you to look back, as

4  Mr. Orent certainly pointed out, the number of

5  deaths that at least were reported associated

6  with the Recovery, correct?

7    A.      We did speak about patient deaths

8  associated with the filter.

9    Q.      You and I have now looked at the

10  fact that as of the summer of 2004 your company

11  had to get together and prepare these answers to

12  frequently asked questions because of

13  complications that were being seen with the

14  Recovery, correct?

15    A.      As I mentioned, frequently asked

16  questions were a routine thing that we've done

17  with lots of products either prelaunch or post

18  launch.  Specifically as it relates to the IVC

19  filter, the Recovery filter, yes, there was a

20  document that was prepared that we reviewed

21  today.

Do Not Disclose - Subject to Further Confidentiality Review



10       Q.       Deaths, complications, customers

11    not using the product anymore.  That's not good,

12    right?  That's not good for you as a company --

13               MR. ROGERS:  Object to the form.

14       Q.       -- right?

15       A.       Patient deaths are never good for

16    anyone.  We all know that.  We take them very

17    seriously.  Adverse events, the same thing, not a

18    good thing to happen.  In a perfect world, they

19    would never happen, but in a perfect world people

20    wouldn't need medical devices 'cause they

21    wouldn't have the underlying conditions that

22    necessitate --

23       Q.       And despite all those bad things

24    going on, what your company was doing at that

25    point in time was not necessarily worried about