4/17/00

NMT Medical, Inc.

# R&D Technical Report

Document Number:     RD-RPT-122

Technical Report Title:     ███████████████

Issue Date:     April 7, 2000

Author:

Andrzej Chanduszko
R&D Engineer

Approved By:

Rob Carr
Sr. R&D Engineer

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00067972
LMD1

# RNF Migration Study

## Abstract

The RNF filter is an IVC (Inferior Vena Cava) filter. IVC filters are intended to trap emboli from the lower limbs and pelvis en route to the lungs. Trapped emboli can cause an occlusion of the vein and a significant increase in pressure acting on the filter. This pressure may cause filter failure due to a migration of the device into the heart.

## Materials and Methods

| | |
|---|---|
| Document Number: RD-RPT-122 | NMT Medical, Inc. |
| Issue Date: 07 April 2000 | Page 2 of 4 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00067973

LMD1

*Discussion of Results*



| Document Number: | RD-RPT-122 | NMT Medical, Inc. |
|---|---|---|
| Issue Date: | 07 April 2000 | Page 3 of 4 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00067974
LMD1

*Conclusions*

█████████████████████████████████████████

| Document Number: | RD-RPT-122 | NMT Medical, Inc. |
|---|---|---|
| Issue Date: | 07 April 2000 | Page 4 of 4 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00067975
LMD1