*NMT Medical, Inc.*

# RNF Design Review II Minutes

| | |
|---|---|
| Meeting Date: | Friday, April 14, 2000 |
| Meeting Time: | 1:30 p.m. |
| Participants: | Thomas Kinst (TFK), Rob Carr (RMC), Tim Connor (TJC), Alex Chaharom (EAC), Dennis Goodine (DMG), Michael Goodine (MPG), Michael Schwartz (MMS) |
| Purpose: | Complete Design Review II. |

Notes written by Thom Kinst

## *Introductory Remarks*

TFK opened the meeting with introductory remarks including the purpose of the meeting, what the intended outcome will be, and how this Design Review fits into the Design Control SOP (SOP-RD-006).

## *Review of Design History File*

TFK presented a binder (RD-BND-062) that contains the summary of Phase II activities and the locations of where those activities are documented.



## *Review of Summary of Design Verification Studies*

### *Review*

### *Action Items*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00034448

LMD1



## *Review of Biocompatibility Studies*

### *Review*

The biocompatibility studies performed on the Recovery Filter and Recovery Cone systems were summarized presented. The biocompatibility data for the Simon Nitinol Filter implant was used to support biocompatibility of the Recovery Filter implant due to equivalent materials and manufacturing processes. The biocompatibility data for the SNF/SL introducer sheath was used to support biocompatibility of the Recovery Filter introducer sheath because the same materials and procedures were used, only the location of the proximal band was different. The biocompatibility test results for the Recovery Cone, Recovery Filter pusherwire, and Recovery Cone introducer sheath with PtIr bands were presented.

### *Action Items*

## *Review of Design and Process FMEA's*

### *Review*

### *Action Items*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## *Review of the Design Output Document*

*Review*

[redacted]

*Action Items*

[redacted]

## *Review of the Product Performance Specifications*

*Review*

[redacted]

*Action Items*

[redacted]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# *ACTION ITEMS: Design Review II*
## *14 April 2000*





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER