# EXHIBIT A

1. Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Rebecca Betensky, Ph.D. **[Doc. 7809]**

   <u>Sealed Response and Exhibits</u>: **BARD IS SEEKING TO SEAL AS FILED REDACTED ALL THE EXHIBITS LODGED EXCEPT AS INDICATED BELOW**

   Plaintiffs' Response To Defendants' Motion To Exclude The Opinions of Rebecca Betensky, Ph.D. **BARD SEEKING TO SEAL AS FILED REDACTED BY PLAINTIFFS**

   Exhibit 1    Betensky Report 1-27-2017

   Exhibit 2    Betensky DFMEA Supplement 3-3-2017

   Exhibit 4    BPVEFILTER-01-01824432

   Exhibit 5    BPV-DEP-00004804

   Exhibit 6    BPV-TRIAL-EXHIBIT-0293  **BARD IS NOT SEEKING TO SEAL**

   Exhibit 13   Kessler Report 9-26-2016

   Exhibit 14   Eisenberg Report (Barazza 2-10-2017)

   Exhibit 15   Hertz Report 2-3-2017

   Exhibit 16   Kessler Schedule 28

   Exhibit 17   BPVE-01-00511127

   Exhibit 19   BPVE-01-00509492

   Exhibit 21   BPV-17-01-00101588

   Exhibit 28   Shifrin Deposition 9-8-16 Excerpts

   Exhibit 31   Betensky Rebuttal to Thisted  **BARD IS NOT SEEKING TO SEAL**

   Exhibit 44   BPV-17-01-000067972

   Exhibit 45   BPV-17-01-00034448

   Exhibit 48   McMeeking Bard IVC Filter Design Evolution Assessment 2-3-2017

    Exhibit 49   Ritchie March 2, 2017 Report

    Exhibit 50   McMeeking Rebuttal Report 5-11-17

    Exhibit 53   BPV-17-01-00188520

    Exhibit 54   BPVE-01-00002092

    Exhibit 55   BPVE-01-00408669

    Exhibit 57   BPVE-01-01054793

    Exhibit 58   BPVE-01-01054793

    Exhibit 59   BPVE-01-01054793

2. Plaintiffs' Response to Defendants' Motion to Exclude the Expert Testimony of Mark J. Eisenberg M.D. **[Doc. 7810]**

   Sealed Exhibit:

   Exhibit 4   DeFord Deposition Excerpts 6-2-16 ] **BARD IS NOT SEEKING TO SEAL**

3. Plaintiffs' Response to Defendants Motion to Exclude the Opinions of David Garcia, M.D. and Michael Streiff, M.D. **[Doc. 7808]**

   Sealed Exhibit:

   Exhibit 4   DeCant Deposition Excerpts 5-24-16 **BARD IS SEEKING TO SEAL AS FILED REDACTED**

4. Plaintiffs' Response in Opposition to Defendants' Motion to Exclude the Opinions of Darren R. Hurst, M.D. **[Doc. 7811]**

   Sealed Exhibits:

   Exhibit 5   DeFord Deposition Excerpts 6-2-16 **BARD IS NOT SEEKING TO SEAL**

   Exhibit 6   Ganser Deposition Excerpts 10-11-16 **BARD IS NOT SEEKING TO SEAL**

**5.** Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Thomas Kinney, M.D., Anne Christine Roberts, M.D., and Sanjeeva Kalva, M.D. **[Doc. 7812]**

Sealed Exhibits:

Exhibit 4   Tillman Dep. 8-4-16 **BARD IS NOT SEEKING TO SEAL**

Exhibit 6   Ganser Deposition Excerpts 10-11-16 **BARD IS NOT SEEKING TO SEAL**

Exhibit 8   Brauer Deposition Excerpts 8-2-17 **BARD IS NOT SEEKING TO SEAL**

**6.** Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D. **[Doc. 7806]**

Sealed Response and Exhibits:

Plaintiffs' Response to Bard's Motion to Exclude the Opinions of Robert M. McMeeking, Ph.D. **BARD IS SEEKING TO SEAL THE RESPONSE AS FILED REDACTED BY PLAINTIFFS**

Exhibit 6   McMeeking Report 4-7-17 **BARD IS SEEKING TO SEAL AS FILED REDACTED**

Exhibit 22   BPVE-01-01081046  **BARD IS NOT SEEKING TO SEAL**

**7.** Plaintiffs' Response to Defendants' Motion to Exclude the Opinions of Derek Muehrcke, M.D. **[Doc. 7813]**

Sealed Exhibits:

Exhibit 1   ACR SIR SPR Practice Parameter  **BARD IS NOT SEEKING TO SEAL**

Exhibit 5   BPVE-01-00720835 **BARD IS SEEKING TO SEAL AS FILED REDACTED**

Exhibit 6   Wong Deposition Excerpts 10-18-16 **BARD IS SEEKING TO SEAL AS FILED REDACTED**

Exhibit 7   G2 and G2 X Fracture Analysis Ex. 546 Wong Deposition **BARD IS SEEKING TO SEAL AS FILED REDACTED**

**8.** Plaintiff's Response in Opposition to Defendants' Motion to Exclude the Opinions of Suzanne Parisian, M.D. **[Doc. 7814] BARD IS SEEKING TO SEAL THE RESPONSE AS REDACTED**

<u>Sealed Exhibit</u>:

Exhibit 4   BPVEFILTER-01-01780607 **BARD IS SEEKING TO SEAL AS FILED REDACTED**