Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No:  372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiffs, William S. Gonzalez, Sr., and Jeanette Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS

PRODUCTS LIABILITY LITIGATION          Case No:  2:15-MD-02641-DGC

_____

This Document Relates to Plaintiff(s)          Civil Case No:  2:16-cv-02254-DGC

WILLIAM S. GONZALEZ, SR.,               **NOTICE OF FILING AMENDED**
and JEANETTE GONZALEZ                   **SECOND AMENDED MASTER**
                                        **SHORT FORM COMPLAINT FOR**
                                        **INDIVIDUAL CLAIMS AND**
                                        **DEMAND FOR JURY TRIAL**

_____

Pursuant to Local Rule of Civil Procedure 15.1 (b), Plaintiffs William S. Gonzalez, Sr., and Jeanette Gonzalez respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial. Attached as Exhibit A is a copy of the amended complaint that indicates in which respect it differs from the original complaint.

RESPECTFULLY SUBMITTED this 12th day of October, 2017.

**BABBITT & JOHNSON, P.A.**

By: /s/ Joseph R. Johnson
Joseph R. Johnson (Fla. Bar No. 091146)
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the Notice of Electronic Filing.

/s/ Joseph R. Johnson