Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No:  372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, William S. Gonzalez, Sr.
 and Jeanette Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS

PRODUCTS LIABILITY LITIGATION    Case No:  2:15-MD-02641-DGC

_____

This Document Relates to Plaintiffs:    Civil Case No:  2:16-cv-02254-DGC

WILLIAM S. GONZALEZ, SR.,    **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**
JEANETTE GONZALEZ

_____

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).  Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:

WILLIAM S. GONZALEZ, SR.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

JEANETTE GONZALEZ

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

NEW YORK

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

NEW YORK

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

NEW YORK

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of New York

8. Defendants (check Defendants against whom Complaint is made):

   **X**   C.R. Bard Inc.

   **X**   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

<5>            </5>**X**     Diversity of Citizenship

<5>            </5>☐     Other: _____

<5>    </5>a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

<5>            </5>☐     Recovery® Vena Cava Filter

<5>            </5>~~X     G2® Vena Cava Filter~~

<5>            </5>☐     G2® Express Vena Cava Filter

<5>            </5><u>X     G2® X Vena Cava Filter</u>

<5>            </5>☐     Eclipse® Vena Cava Filter

<5>            </5>☐      Meridian® Vena Cava Filter

<5>            </5>☐     Denali® Vena Cava Filter

<5>            </5>☐     Other: _____

11.    Date of Implantation as to each product:

<u>10/26/2009</u>

12.    Counts in the Master Complaint brought by Plaintiff(s):

<5>            </5>**X**     Count I:     Strict Products Liability – Manufacturing Defect

<5>            </5>**X**     Count II:    Strict Products Liability – Information Defect (Failure

3

to Warn)

**X**    Count III:    Strict Products Liability – Design Defect

**X**    Count IV:    Negligence - Design

**X**    Count V:    Negligence - Manufacture

**X**    Count VI:    Negligence – Failure to Recall/Retrofit

**X**    Count VII:    Negligence – Failure to Warn

**X**    Count VIII:    Negligent Misrepresentation

**X**    Count IX:    Negligence *Per Se*

**X**    Count X:    Breach of Express Warranty

**X**    Count XI:    Breach of Implied Warranty

**X**    Count XII:    Fraudulent Misrepresentation

**X**    Count XIII:    Fraudulent Concealment

**X**    Count XIV:    Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

**X**    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

**X**    Punitive Damages

☐    Other(s):    _____    (please state the facts supporting this Count in the space immediately below)

_____

_____

4

13. Jury Trial demanded for all issues so triable?

    **X**    Yes

    ☐    No

RESPECTFULLY SUBMITTED this <u>5th</u> 8th day of <u>October</u> ~~July~~, <u>2017</u> ~~2016~~.

                                BABBITT & JOHNSON, P.A.

                         By: */s/ Joseph R. Johnson*
                              Joseph R. Johnson
                              (Fla. Bar No. 372250)
                              Suite 100
                              1641 Worthington Road
                              West Palm Beach, FL  33409
                              (561) 684-2500
                              jjohnson@babbitt-johnson.com