Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Fla. Bar No:  372250
(561) 684-2500 (fax)
jjohnson@babbitt-johnson.com
(561) 684-2500

Attorney for Plaintiff, William S. Gonzalez, Sr.
 and Jeanette Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION _____ | Case No:  1:14-ml-2570-RLY-TAB<br><br>MDL No:  2570 |
| This Document Relates to Plaintiffs:<br><br>   WILLIAM S. GONZALEZ, SR.,<br>   JEANETTE GONZALEZ<br><br>_____ | Civil Case No:  2:16-cv-02254-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).  Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

WILLIAM S. GONZALEZ, SR.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

JEANETTE GONZALEZ

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

NEW YORK

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

NEW YORK

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

NEW YORK

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of New York

8. Defendants (check Defendants against whom Complaint is made):

    **X**    C.R. Bard Inc.

    **X**    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☒    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11. Date of Implantation as to each product:

<u>10/26/2009</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:    Strict Products Liability – Manufacturing Defect

☒    Count II:   Strict Products Liability – Information Defect (Failure

3

to Warn)

**X**     Count III:     Strict Products Liability – Design Defect

**X**     Count IV:     Negligence - Design

**X**     Count V:     Negligence - Manufacture

**X**     Count VI:     Negligence – Failure to Recall/Retrofit

**X**     Count VII:     Negligence – Failure to Warn

**X**     Count VIII:     Negligent Misrepresentation

**X**     Count IX:     Negligence *Per Se*

**X**     Count X:     Breach of Express Warranty

**X**     Count XI:     Breach of Implied Warranty

**X**     Count XII:     Fraudulent Misrepresentation

**X**     Count XIII:     Fraudulent Concealment

**X**     Count XIV:     Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

**X**     Count XV:     Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:     Survival

**X**     Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13. Jury Trial demanded for all issues so triable?

**X** Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of October, 2017.

                          BABBITT & JOHNSON, P.A.

                By: */s/ Joseph R. Johnson*
                     Joseph R. Johnson
                     (Fla. Bar No. 372250)
                     Suite 100
                     1641 Worthington Road
                     West Palm Beach, FL 33409
                     (561) 684-2500
                     jjohnson@babbitt-johnson.com