Matthew Haynie
Laura J. Baughman
Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
mhaynie@baronbudd.com
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | )  No. MD-15-02641-DGC )  )  **AMENDED** SECOND AMENDED )  MASTER SHORT FORM )  COMPLAINT FOR DAMAGES FOR )  INDIVIDUAL CLAIMS AND )  DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Kristen Stokely_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Michigan

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Michigan

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Michigan

7. District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the Eastern District of Michigan

8. Defendants (check Defendants against whom Complaint is made):

- [x] C.R. Bard Inc.
- [x] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- [x] Diversity of Citizenship
- [ ] Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☒ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implementation as to each product:

8/1/2004_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence – Design

☒ Count V: Negligence – Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable <u>Michigan</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ ☒ Count XV: Loss of Consortium

☐ ☒ Count XVI: Wrongful Death

☐ ☒ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this ~~2nd~~ <u>12th</u> day of October, 2017.

**BARON & BUDD, P.C.**

By:   /s/ Matthew Haynie_____
Matthew Haynie
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
mhaynie@baronbudd.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this ~~2nd~~ 12th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Matthew Haynie
Matthew Haynie