Matthew Haynie
Laura J. Baughman
Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
mhaynie@baronbudd.com
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | ) No. MD-15-02641-DGC<br>)<br>) **AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Kristen Stokely_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Michigan

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Michigan

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Michigan

7. District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the Eastern District of Michigan

8. Defendants (check Defendants against whom Complaint is made):

- ☒ C.R. Bard Inc.
- ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☒ Diversity of Citizenship
- ☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☒ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implementation as to each product:

8/1/2004_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:     Strict Products Liability – Manufacturing Defect

☒ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:   Strict Products Liability – Design Defect

☒ Count IV:    Negligence – Design

☒ Count V:     Negligence – Manufacture

☒ Count VI:    Negligence – Failure to Recall/Retrofit

☒ Count VII:   Negligence – Failure to Warn

☒ Count VIII:  Negligent Misrepresentation

☒ Count IX:    Negligence *Per Se*

☒ Count X:     Breach of Express Warranty

☒ Count XI:    Breach of Implied Warranty

|   |   |   |
|---|---|---|
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable <u>Michigan</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 12th day of October, 2017.

**BARON & BUDD, P.C.**

By:  /s/ Matthew Haynie
Matthew Haynie
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
mhaynie@baronbudd.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Matthew Haynie_____
Matthew Haynie