Howard E. Shafran, Esq. (#3423)
Shafran & Rock, PLLC
Attorneys for Plaintiff
Evan Hulick
730 Broadway
Kingston, New York 12401
Telephone: (845) 383-1170
Hshafran@HVC.RR.Com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO.: 15-02641-PHX-DGC |
| This Document Relates to: EVAN HULICK, Plaintiff, v. C.R.BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, and NEOMETRICS, INC., Defendants. | Case No.: CV17-3178 PHX DGC **NOTICE OF FILING AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

**C O U N S E L:**

Pursuant to Local Rule of Civil Procedure 15.1 (b). Plaintiff Evan Hulick respectfully submits this Notice of Filing of the Amended Master Short Form Complaint for Damages for Individual Cases and Demand for Jury Trial. Attached as Exhibit A is a copy of the amended complaint that indicates in which respects it differs from the original complaint and as amending the original complaint Plaintiff Evan Hulick now files his Amended Master Short Form Complaint for Damages for Individual Claims in MDL 2642 by reference (Doc. 364).

RESPECTFULLY SUBMITTED this 12th day of October 2017.

                             SHAFRAN & ROCK, PLLC

BY:_____
      Howard E. Shafran

Howard E. Shafran, Esq.
Shafran & Rock, PLLC
(NYS Bar No.:#3423)
730 Broadway
Kingston, NY 12401
(845) 383-1170
Negotiator519@gmail.com

To:
James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren
Pheonix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No.: 545599
NELSONS MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com

Attorney for Defendants
C.R.Bard, Inc. and
Bard Peripheral Vascular, Inc.

Howard E. Shafran, Esq. (#3423)
Shafran & Rock, PLLC
Attorneys for Plaintiff
Evan Hulick
730 Broadway
Kingston, New York 12401
Telephone: (845) 383-1170
Hshafran@HVC.RR.Com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO.: 15-02641-PHX-DGC |
| This Document Relates to: | |
| EVAN HULICK, | |
| Plaintiff, | Case No.: CV17-3178 PHX DGC |
| v. | |
| C.R.BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, and NEOMETRICS, INC., | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| Defendants. | |

Plaintiff named below, for his Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff further shows the Court as follows:

1. Plaintiff: Evan Casey Hulick

2. Spousal Plaintiff – not applicable.

3. Other Plaintiff – not applicable.

4. Plaintiff's State of residence at time of implant: NEW YORK.

Howard E. Shafran, Esq. (#3423)
Shafran & Rock, PLLC
Attorneys for Plaintiff
Evan Hulick
730 Broadway
Kingston, New York 12401
Telephone: (845) 383-1170
Hshafran@HVC.RR.Com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO.: 15-02641-PHX-DGC |
| This Document Relates to: | |
| EVAN HULICK,<br><br>Plaintiff,<br><br>v.<br><br>C.R.BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, and NEOMETRICS, INC.,<br><br>Defendants. | Case No.: CV17-3178 PHX DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff named below, for his Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff further shows the Court as follows:

1. Plaintiff: Evan Casey Hulick

2. Spousal Plaintiff – not applicable.

3. Other Plaintiff – not applicable.

4. Plaintiff's State of residence at time of implant:    NEW YORK.

5. Plaintiff's State of residence at time of injury:     NEW YORK.

6. Plaintiff's current State of residence:     NEW YORK.

7. District Court and Division in which venue would be proper absent direct filing:
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

8. Defendants:
X  C.R. Bard, Inc.
X  Bard Peripheral Vascular, Inc.
X  Neometrics, Inc.

9. Basis of Jurisdiction:

X Diversity of Citizenship

   Other:

10. Defendants' Inferior Vena Cava Filter about which Plaintiff is making a claim:
Denali IVC implanted January 2, 2016.  Explant on 9/22/16 with Bard recovery cone.
Migration issues – detachment of opaque marker ring of retrieval device.

11. Date of Implantation of each product: January 2nd, 2016 – Denali IVC filter
    9/22/16 – Recovery Cone Retrieval System.

12. Counts in Master Complaint brought by Plaintiff:

    Count I:        Strict Products Liability – Manufacturing Defect

    Count II:       Strict Products Liability – Information Defect (Failure to Warn)

    Count III:      Strict Products Liability – Design Defect

    Count IV:       Negligence – Design

    Count V:        Negligence – Manufacture;

    Count VI:       Negligence – Failure to Recall/Retrofit

    Count VII:      Negligent – Failure to Warn

    Count VIII:     Negligent Misrepresentation;

Count IX:     Negligence Per Se

Count X:      Breach of Express Warranty;

Count XI:     Breach of Implied Warranty;

Count XII:    Fraudulent Misrepresentation

Count XIII:   Fraudulent Concealment;

Count: XIV:   Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

Count XV:     Loss of Consortium

Count: XVI:   Wrongful Death

Count XVII:   Survival

Punitive Damages

Other(s)

13. Jury Trial demanded for all issues so triable?

_X_ Yes

___ No

RESPECTFULLY SUBMITTED this 12th day of October 2017

SHAFRAN & ROCK, PLLC

BY:_____
Howard E. Shafran
(NYS Bar No.:#3423)
730 Broadway
Kingston, NY 12401
(845) 383-1170
Negotiator519@gmail.com

To:
James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren
Pheonix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No.: 545599
NELSONS MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com

Attorney for Defendants
C.R.Bard, Inc. and
Bard Peripheral Vascular, Inc.