Howard E. Shafran, Esq. (#3423)
Shafran & Rock, PLLC
Attorneys for Plaintiff
Evan Hulick
730 Broadway
Kingston, New York 12401
Telephone: (845) 383-1170
Hshafran@HVC.RR.Com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO.: 15-02641-PHX-DGC |
| This Document Relates to: | |
| EVAN HULICK, | |
| Plaintiff, | Case No.: CV17-3178 PHX DGC |
| v. | |
| C.R.BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, and NEOMETRICS, INC., | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| Defendants. | |

Plaintiff named below, for his Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff further shows the Court as follows:

1. Plaintiff: Evan Casey Hulick

2. Spousal Plaintiff – not applicable.

3. Other Plaintiff – not applicable.

4. Plaintiff's State of residence at time of implant:     NEW YORK.

5.  Plaintiff's State of residence at time of injury:     NEW YORK.

6.  Plaintiff's current State of residence:     NEW YORK.

7.  District Court and Division in which venue would be proper absent direct filing:
    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

8.  Defendants:
    X  C.R. Bard, Inc.
    X  Bard Peripheral Vascular, Inc.
    X  Neometrics, Inc.

9.  Basis of Jurisdiction:

    X Diversity of Citizenship

       Other:

10. Defendants' Inferior Vena Cava Filter about which Plaintiff is making a claim: Denali IVC implanted January 2, 2016. Explant on 9/22/16 with Bard recovery cone. Migration issues – detachment of opaque marker ring of retrieval device.

11. Date of Implantation of each product: January 2nd, 2016 – Denali IVC filter
    9/22/16 – Recovery Cone Retrieval System.

12. Counts in Master Complaint brought by Plaintiff:

    Count I:        Strict Products Liability – Manufacturing Defect

    Count II:       Strict Products Liability – Information Defect (Failure to Warn)

    Count III:      Strict Products Liability – Design Defect

    Count IV:       Negligence – Design

    Count V:        Negligence – Manufacture;

    Count VI:       Negligence – Failure to Recall/Retrofit

    Count VII:      Negligent – Failure to Warn

    Count VIII:     Negligent Misrepresentation;

Count IX:      Negligence Per Se

Count X:       Breach of Express Warranty;

Count XI:      Breach of Implied Warranty;

Count XII:     Fraudulent Misrepresentation

Count XIII:    Fraudulent Concealment;

Count: XIV:    Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

Count XV:      Loss of Consortium

Count: XVI:    Wrongful Death

Count XVII:    Survival

Punitive Damages

Other(s)

13. Jury Trial demanded for all issues so triable?

_X_ Yes

___ No

RESPECTFULLY SUBMITTED this  12th   day of October 2017

SHAFRAN & ROCK, PLLC

BY:_____
        Howard E. Shafran
        (NYS Bar No.: #3423)
        730 Broadway
        Kingston, NY 12401
        (845) 383-1170
        Negotiator519@gmail.com

To:
James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren
Pheonix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No.: 545599
NELSONS MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com

Attorney for Defendants
C.R.Bard, Inc. and
Bard Peripheral Vascular, Inc.