1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10
11 In Re Bard IVC Filters Products          No. MD-15-02641-PHX-DGC
   Liability Litigation
12                                          **PLAINTIFF'S NOTICE OF FILING**
13 SHERR-UNA BOOKER, an individual,         ***PUBLIC* EXHIBITS TO PLAINTIFF,**
                                            **SHERR-UNA BOOKER'S SUPPLEMENT**
14              Plaintiff,                   **TO "PLAINTIFFS' OMNIBUS**
                                            **SEPARATE STATEMENT OF FACTS IN**
15 v.                                        **SUPPORT OF THEIR RESPONSES TO**
                                            **DEFENDANTS' MOTIONS FOR**
16 C.R. BARD, INC., a New Jersey            **SUMMARY JUDGMENT**
   corporation and BARD PERIPHERAL
17 VASCULAR, an Arizona corporation,
18              Defendants.

19        Plaintiff hereby files, attached to this Notice, the public/non-confidential exhibits in

20 support of Plaintiff Sherr-Una Booker's Supplement to "Plaintiffs' Omnibus Separate

21 Statement of Facts in Support of Their Responses to Defendants' Motions for Summary

22 Judgment in the Bellwether Cases."

23        RESPECTFULLY SUBMITTED this 12th day of October, 2017.

24                                    GALLAGHER & KENNEDY, P.A.
25
26                                    By:*/s/ Mark S. O'Connor*
                                         Mark S. O'Connor
27                                       2575 East Camelback Road
                                         Phoenix, Arizona  85016-9225
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*