Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **MOTION TO SEAL DOCUMENTS RELATED TO PLAINTIFF SHERR-UNA BOOKER'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiff Booker moves this Court for an Order sealing Plaintiff's Response and Opposition to Defendants' Motion for Summary Judgment ("Response"), her controverting statements of facts ("CSOF"), her Supplement to Plaintiffs' Omnibus Separate Statement of Facts in Support of their Responses to Defendants' Motions for Summary Judgement ("OSOF") and the corresponding exhibits in support thereof.  Plaintiff Booker's Response, CSOF, Supplemental OSOF and the corresponding exhibits contain personal healthcare information regarding this bellwether plaintiff that is protected under HIPAA and

confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiff's personal healthcare information is protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160, 164(A) & (E), as well as several state-law privileges. The knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6. This Court has already granted the filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions. [See Doc. 4366.]

As such, Plaintiff Booker contends that the documents listed in Exhibit A are confidential and should be filed under seal.[1] Plaintiff has separately filed redacted versions of these documents. Plaintiff and Defendants shall meet and confer regarding the various exhibits to attempt to resolve confidentiality disputes.

Accordingly, Plaintiff requests that the Court order the information and documents lodged with Plaintiff Booker's Response, CSOF, Supplemental OSOF and corresponding exhibits be sealed pending final determination of confidentiality.

---

[1] Plaintiff has also lodged under seal (in her Notice of Lodging Certain Documents Under Seal Related to Plaintiff Sherr-una Booker's Responses to Bard's Motion for Summary Judgement) her "Supplemental OSOF" because it contains factual statements based on the contents of documents that Defendants have claimed to be confidential. Because the resolution of those confidentiality claims will determine what redactions will be made to the Supplemental OSOF, Plaintiff has not filed a redacted Supplemental OSOF and will file a properly redacted version of the document once the confidentiality issues are determined by the Court.

2

RESPECTFULLY SUBMITTED this 12th day of October, 2017.

> GALLAGHER & KENNEDY, P.A.
>
> By:/s/ *Mark S. O'Connor*
>     Mark S. O'Connor
>     2575 East Camelback Road
>     Phoenix, Arizona  85016-9225
>
> LOPEZ McHUGH LLP
>     Ramon Rossi Lopez (CA Bar No. 86361)
>     (admitted *pro hac vice*)
>     100 Bayview Circle, Suite 5600
>     Newport Beach, California 92660
>
> *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

> */s/ Gay Mennuti*

3

# EXHIBIT A

**Documents:**

| |
|---|
| Plaintiff Sherr-una Booker's Response in Opposition to Defendants' Motion for Summary Judgment ("Response") |
| Plaintiff's Controverting Statements of Facts in Opposition to Bard's Motion for Summary Judgment as to Plaintiff Sheer-una Booker's Claims ("CSOF") |
| Supplement to the Plaintiffs' Omnibus Separate Statement of Facts in Support of their Responses to Defendants' Motions for Summary Judgement as to Plaintiff Sheer-una Booker's Claims ("Supplemental OSOF") |

**Exhibits to "CSOF":**

| | |
|---|---|
| **Exhibit A** | Dr. Muehrcke's Deposition Transcript  (July 24, 2017) |
| **Exhibit B** | Dr. D'Ayala's Deposition Transcript  (March 21, 2017) |
| **Exhibit D** | Dr. Kang's Deposition Transcript  (June 15, 2017) |
| **Exhibit E** | Plaintiff Sherr-una Booker's Medical Records |
| **Exhibit F** | Dr. Hurst's Deposition Transcript  (July 21, 2017) |
| **Exhibit G** | Plaintiff Sherr-una Booker's Deposition Transcript  (Feb. 20, 2017) |

**Exhibits to "Supplemental OSOF":**

| | |
|---|---|
| **Exhibit B-A** | Plaintiff Sherr-una Booker's Medical Records |
| **Exhibit B-B** | Dr. D'Ayala's Deposition Transcript  (March 21, 2017) |
| **Exhibit B-C** | Dr. Kang's Deposition Transcript  (June 15, 2017) |
| **Exhibit B-D** | Dr. Harvey's Deposition Transcript  (June 20, 2017) |
| **Exhibit B-E** | Plaintiff Sherr-una Booker's Deposition Transcript  (Feb. 20, 2017) |