UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER RE MOTION TO SEAL DOCUMENTS RELATED TO PLAINTIFF SHERR-UNA BOOKER'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a Motion to Seal Documents Related to Plaintiff Sherr-Una Booker's Response to Defendants' Motions for Summary Judgement at docket number ____.

Based on Plaintiff's motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket number ____.