Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **NOTICE OF LODGING DOCUMENTS RELATED TO PLAINTIFF SHERR-UNA BOOKER'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LRCiv 5.6(d), Plaintiff Sherr-una Booker submits this Notice of Lodging Certain Documents Under Seal Related to Plaintiff's Response to Defendants' Motion for Summary Judgment.

Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she has lodged with the Court under seal her Supplemental Omnibus Statement of Facts in Opposition to Bard's Motion for Summary Judgment as to Plaintiff Sheer-una Booker's Claims ("Supplemental OSOF") and corresponding exhibits, which contains factual statements based on the

contents of documents that Defendants have claimed to be confidential and that are lodged with this Notice.[1]

Resolution of those confidentiality issues will determine which parts of the Supplemental OSOF are appropriate for sealing and which statements may be filed without redaction.

Defendants contend that many of the documents are confidential and should be filed under seal. As required under LRCiv 5.6(d), Plaintiffs certify that on October 12, 2017, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be filed under seal.

Plaintiff does not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

This dispute notwithstanding, the parties have agreed to continue to meet and confer on the documents at issue.

RESPECTFULLY SUBMITTED this 12th day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/* Mark S. O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiffs*

---

[1] Plaintiff notes that she seeks to have sealed the portions of the Supplemental OSOF that contain Plaintiff's personal healthcare information. Because the resolution of those confidentiality claims will determine what redactions will be made to the Supplemental OSOF, Plaintiff has not filed a redacted Supplemental OSOF and will file a properly redacted version of the document once the confidentiality issues are determined by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

3

## **EXHIBIT A**

**Document:**

> Supplemental Omnibus Statement of Facts in Opposition to Bard's Motion for Summary Judgment as to Plaintiff Sheer-una Booker's Claims ("Supplemental OSOF")

**Exhibits to "Supplemental OSOF":**

| | |
|---|---|
| **Exhibit B-G** | BPVE-01-00719569 |
| **Exhibit B-I** | BPVEFILTER-45-00019568 |
| **Exhibit B-J** | BPVEFILTER-45-00012404 |
| **Exhibit B-L** | BPVEFILTER-45-00012404 |
| **Exhibit B-M** | BPV-17-01-00148749 |