AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Noah Guidry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:17-cv-03711-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Noah Guidry                                                                                                     .

Date:      10/13/2017                                          /s/ Jennifer Williams
                                                                        *Attorney's signature*


                                                            Jennifer Williams; Texas Bar No. 24007755
                                                                      *Printed name and bar number*

                                                                  Jackson Allen & Williams, LLP
                                                                      3838 Oak Lawn Avenue
                                                                            Suite 1100
                                                                      Dallas, Texas  75219
                                                                              *Address*


                                                               jwilliams@jacksonallenfirm.com
                                                                         *E-mail address*


                                                                        (214) 521-2300
                                                                     *Telephone number*


                                                                        (214) 452-5637
                                                                         *FAX number*