James R. Condo (#005867)
Amanda C. Sheridan (#027360)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Elizabeth C. Helm (admitted pro hac vice)
Georgia Bar No. 289930
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING REDACTED DOCUMENTS PURSUANT TO ORDER (DKT 7787)**<br><br>(Assigned to the Honorable David G. Campbell) |

Pursuant to Paragraph 3 of the Court's Order of September 26, 2017 (DKT 7787) and the Order extending the filing deadline (DKT 8085) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") file the following documents redacted:

Documents Related to Docket 5801:

- Exhibit 2
- Exhibit 5

Documents Related to Docket 6679:

- Exhibit B

Documents Related to Docket 7030:

- Exhibit 3

Documents Related to Docket 7289:

- Exhibit A was previously filed in DKT 8118 and is therefore not being refiled.
- Exhibit E
- Exhibit F
- Exhibit I

Documents Related to Docket 7292:

- Exhibit A was previously filed in DKT 8118 and is therefore not being refiled.
- Exhibit B

Documents Related to Docket 7300:

- Exhibit G

Documents Related to Docket 7310:

- Exhibit A
- Exhibit B

Documents Related to Docket 7311:

- Exhibit A was previously filed redacted in DKT 7845 and DKT 8118 and is therefore not being refiled.
- Exhibit B was previously filed redacted in DKT 7845 and is therefore not being refiled.
- Exhibit C
- Exhibit D

1   <u>Documents Related to Docket 7315:</u>

2      •   Exhibit A was previously filed redacted in DKT 8118 and is therefore not being refiled.

4      •   Exhibit B

5      •   Exhibit C

6      •   Exhibit D was previously filed redacted in DKT 8118 and is therefore not being refiled.

8      •   Exhibit E was previously filed redacted in DKT 8118 and is therefore not being refiled.

10   <u>Documents Related to Docket 7317:</u>

11      •   Exhibit A

12      •   Exhibit B was previously filed redacted in DKT 8118 and is therefore not being refiled.

14      •   Exhibit D

15      •   Exhibit E was previously filed redacted in DKT 8118 and is therefore not being refiled.

17      •   Exhibit F

18   DATED this 13th day of October, 2017.

                            s/Elizabeth C. Helm
                            Richard B. North, Jr.
                            Georgia Bar No. 545599
                            Matthew B. Lerner
                            Georgia Bar No. 446986
                            Elizabeth C. Helm
                            Georgia Bar No. 289930
                            NELSON MULLINS RILEY & SCARBOROUGH, LLP
                            Atlantic Station
                            201 17th Street, NW / Suite 1700
                            Atlanta, GA  30363
                            PH: (404) 322-6000
                            FX: (404) 322-6050
                            Richard.North@nelsonmullins.com
                            Matthew.Lerner@nelsonmullins.com
                            Kate.Helm@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Elizabeth C. Helm
Elizabeth C. Helm
Georgia Bar No. 289930
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Kate.Helm@nelsonmullins.com