# REDACTED DOCUMENT RELATING TO DOCKET 7030

# EXHIBIT 3

1  Ramon Rossi Lopez – rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh, LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   949-812-5771
4
   Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona 85016-9225
   602-530-8000
7
8  *Co-Lead/Liaison Counsel for Plaintiffs*

              UNITED STATES DISTRICT COURT
9
                 DISTRICT OF ARIZONA
10
11 In Re Bard IVC Filters Products Liability      No. MD-15-02641-PHX-DGC
   Litigation                                      **DECLARATION OF SCOTT**
12                                                  **RESNICK, M.D.**
13                                                  UNDER SEAL
14
15       I, Scott Resnick, M.D. declare as follows:

16       1.      I am a board-certified Diagnostic Radiologist, with a subspecialty in
   Interventional Radiology.  As such, I have received a certificate of additional qualification
17 in Interventional Radiology, granted by the American Board of Radiology.  I am an
   attending interventional radiologist at Northwestern Memorial Hospital and have actively
18 working in the field for 19 years.  I currently hold the title of Associate Professor of
   Radiology and Surgery at the Northwestern University Feinberg School of Medicine.  I
19 completed medical school, radiology residency, and interventional radiology fellowship,
   all at Northwestern University.  I served as the Director of Interventional Radiology
20 Fellowship training program for 15 years and have been Director of the Northwestern
   Vein Center for 13 years.  My clinical interests have included vein and vascular therapies
21 for the entirety of my career.
22
23       2.      In connection with the 2015 Bard consulting agreement, I received ███████
24 ███████████████████████████████████████████████████████████████████████████████
25 ███████████████████████████████████████████████████████████████████████████████
         3.      I did not share any of this information with my colleagues Drs. Desai or
26 Vogelzang in connection with their reports or otherwise.
27       4.      The Vogelzang and Desai reports were based on their clinical experience
28 and their review of medical literature, which they independently developed in their own

1   careers and through their own research and their review of medical literature provided by
2   counsel for plaintiffs.

3       5.      I had one meeting with counsel for Bard, attorney Jim Rogers, in connection
    with the 2015 consulting agreement. ███████████████████████████████████
4   ████████████████████████████████████████████████████████████████████████
5   ████████████████████████████████████████████████████████████████████████
6
7       6.      At this meeting (or at any time prior to this meeting or after this meeting)
    ████████████████████████████████████████████████████████████████████████
8   ████████████████████████████████████████████████████████████████████████
9
10      7.      I told Mr. Rogers ███████████████████████████████████████████
11  ████████████████████████████████████████████████████████████████████████
12  ████████████████████████████████████████████████████████████████████████
13  ████████████████████████████████████████████████████████████████████████
14  ████████████████████████████████████████████████████████████████████████
15  ████████████████████████████████████████████████████████████████████████

16      8.      In connection with expert reports on behalf of plaintiffs done by Drs.
    Vogelzang and Desai in the Bard MDL, my role in creation of these reports was modest
17  and supportive relative to the signees.  In this capacity I reviewed a number of IVCF
    related journal articles, as well as Bard internal documents provided to me by plaintiff's
18  counsel, reviewed and discussed defense expert reports with the plaintiff expert report
19  signees and plaintiff counsel, and made  comments on draft reports following review. ██
20  ████████████████████████████████████████████████████████████████████████
21  ████████████████████████████████████████████████████████████████████████
22  ████████████████████████████████████████████████████████████████████████
23  ████████████████████████████████████████████████████████████████████████
24  ████████████████████████████████████████████████████████████████████████
25  ████████████████████████████████████████████████████████████████████████

26      9.      ██████████████████████████████████████  I have consulted for
27  Bard, both Bard Access Systems, Inc. as well as Bard Peripheral Vascular for many years,
    dating back to 2003.  During this time, my typical consulting interaction was ██████████
28  ████████████████████████████████████████████████████████████████████████

2



10.

11.

12.    I did not at any time share with Drs. Vogelzang or Desai any information

Accordingly, the reports of Drs. Vogelzang and Desai and their expert witness work for plaintiffs in the Bard MDL  was not affected or advantaged  by my relationship with Bard.

In accordance with 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July ___ 2017.

3

1   Executed this 27th day of July , 2017 in Chicago, IL

2                                       Signature: _____

3                                       Printed Name: Scott Resnick, M.D.
                                        Address: 251 E. Huron St. Chicago, IL 60611
4                                       Phone Number: 712-926-8433

5   Notary:

6   City/County of _Cook_

7   The foregoing declaration was acknowledged before me this 27th day of July,
    2017.
8

9

10  Notary Public
    My Commission expires 09/09/2017
11

12

13         "OFFICIAL SEAL"
           MILLISA VASICH
14   NOTARY PUBLIC, STATE OF ILLINOIS
      My Commission Expires 9/9/2017
15
                                     07.27.2017
16

17

18

19

20

21

22

23

24

25

26

27

28
                            4