# ADDITIONAL REDACTED DOCUMENTS FILED PURSUANT TO ORDER (DKT 7787)

Notice filed as DKT 8175