Ramon Rossi Lopez (*admitted pro hac vice*)
California Bar No. 86361
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
Telephone: 949-812-5771
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
**Gallagher & Kennedy, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: 602-530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**JOINT MOTION TO EXTEND TIME TO FILE MOTION TO SEAL DOCUMENTS FILED BY PLAINTIFFS IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The parties submit this joint motion to extend time for Bard to file a motion to seal documents lodged under seal by Plaintiffs in response to Bard's Motion for Summary Judgment in the Hyde, Jones, and Mulkey cases (*See*, Dkt 7951).  On October 10, 2017, Plaintiffs notified Bard of their intent to amend their Motion to Seal and Notice of Lodgment and file an errata as to the documents lodged under seal in response to those motions.  Plaintiffs intend to file the Amendment and errata on October 13, 2017.

RESPECTFULLY SUBMITTED this 13th day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By: s/ Ramon Rossi Lopez
  Ramon Rossi Lopez (admitted *pro hac vice*)
  CA Bar No. 86361
  LOPEZ MCHUGH LLP
  100 Bayview Circle, Suite 5600
  Newport Beach, CA 92660

  Mark S. O'Connor (011029)
  GALLAGHER & KENNEDY, P.A.
  2575 East Camelback Road
  Phoenix, AZ 85016-9225
  Telephone: (602) 530-8000
  mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Richard B. North, Jr.
  Richard B. North, Jr. (admitted *pro hac vice*)
  Georgia Bar No. 545599
  Matthew B. Lerner (admitted *pro hac vice*)
  Georgia Bar No. 446986
  Nelson Mullins Riley & Scarborough LLP
  201 17th Street, NW / Suite 1700
  Atlanta, GA 30363

  James R. Condo
  Amanda C. Sheridan
  One Arizona Center
  400 E. Van Buren, Suite 1900
  Phoenix, AZ 85004-2202

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

The parties stipulate to extend the time for Defendants to file a motion to seal the documents lodged by Plaintiffs until October 27, 2017, or fourteen (14) days after Plaintiffs file the Amendment and Errata.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing:

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com