IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE MOTION TO SEAL DOCUMENTS FILED BY PLAINTIFF IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court has reviewed the parties' Joint Motion to Extend Time to File Motion to Seal("Joint Motion to Extend") [Doc. ____.]

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend [Doc. ___] is granted.

2. Defendants' Motion to Seal documents lodged under seal by Plaintiffs in response to Defendants' Motions for Summary Judgment in the Hyde, Jones and Mulkey cases shall be filed on October 27, 2017, or 14 days after Plaintiffs file their Amendment to the Notice of Lodging.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000