William F. Blankenship III
Texas Bar No. 90001483
BLANKENSHIP LAW FIRM
3710 Rawlins St., Ste 1230
Dallas, Texas 75219
214.361.7500
214.361.7505 Fax
bill@blankenshiplaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> *This filing applies to Watts v. C.R. Bard, Inc.,* ) <br> *et al., Case No. CV-17-2770-PHX-DGC* ) <br> _____ ) | CASE NO. 2:15-MD-02641-PHX-DGC <br><br> **NOTICE OF FILING AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to this Court's Order substituting Plaintiff (Doc. 8107), Plaintiff Nancy Watts as Special Administrator for the Claims of George Watts, deceased, respectfully submits this Notice of Filing Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial. Attached as Exhibit A is a copy of the amended complaint.  As this case was removed from the District Court of Clark County, Nevada and then transferred to this Court, it is impractical to point out how the amended complaint differs from the original Complaint filed in state court.

Respectfully submitted this 13th day of October, 2017.

<u>William F. Blankenship III</u>
William F. Blankenship III
Texas Bar No. 90001483
BLANKENSHIP LAW FIRM
3710 Rawlins St., Ste 1230
Dallas, Texas 75219
214.361.7500
214.361.7505 Fax
bill@blankenshiplaw.com

David P. Matthews
Texas Bar No. 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
713.522.5250
713.535.7184 Fax
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard A. Freese
Alabama Bar No. 6879-E67R
FREESE & GOSS, PLLC
1901 6th Ave. N. Ste. 3120
Birmingham, Alabama 35203
205.871.4144
205.871.4104 Fax
rich@freeseandgoss.com

Peter C. Wetherall
Nevada Bar No.
WETHERALL GROUP, LTD.
9345 West Sunset Rd., Ste 100
Las Vegas, Nevada 89148
702.838.8500
702.837.5081 Fax
pwetherall@wetherallgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal.

<u>William F. Blankenship III</u>