# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>*This filing applies to Watts v. C.R. Bard, Inc., et al., Case No. CV-17-2770-PHX-DGC* | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   George Watts, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Nancy Watts, Special Administrator for the Claims of George Watts, Deceased

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Nevada

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Nevada

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Nevada

7. District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the District of Nevada – Las Vegas Division

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

-2-

1      ☐      G2® Express (G2®X) Vena Cava Filter

2      ☐      Eclipse® Vena Cava Filter

3      X      Meridian® Vena Cava Filter

4      ☐      Denali® Vena Cava Filter

5      ☐      Other: _____

11. Date of Implantation as to each product:

December 7, 2013

12. Counts in the Master Complaint brought by Plaintiff(s):

     X      Count I:      Strict Products Liability – Manufacturing Defect

     X      Count II:      Strict Products Liability – Information Defect (Failure to Warn)

     X      Count III:      Strict Products Liability – Design Defect

     X      Count IV:      Negligence - Design

     X      Count V:      Negligence - Manufacture

     X      Count VI:      Negligence – Failure to Recall/Retrofit

     X      Count VII:      Negligence – Failure to Warn

     X      Count VIII:      Negligent Misrepresentation

     X      Count IX:      Negligence *Per Se*

     X      Count X:      Breach of Express Warranty

     X      Count XI:      Breach of Implied Warranty

     X      Count XII:      Fraudulent Misrepresentation

|     |     |     |     |
| --- | --- | --- | --- |
| 1   | X   | Count XIII: | Fraudulent Concealment |
| 2   | X   | Count XIV:  | Violations of Applicable _____ (insert state) |
| 3   |     |             | Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade |
| 4   |     |             | Practices |
| 5   | ☐   | Count XV:   | Loss of Consortium |
| 6   | ☐   | Count XVI:  | Wrongful Death |
| 7   | ☐   | Count XVII: | Survival |
| 8   | X   | Punitive Damages | |
| 9   | ☐   | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

-4-

1   RESPECTFULLY SUBMITTED this 13th day of October, 2017.

**BLANKENSHIP LAW FIRM**

<u>William F. Blankenship III</u>
William F. Blankenship III
Texas Bar No. 90001483
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214.361.7500
214.361.7505 Fax
bill@blankenshiplaw.com

David P. Matthews
Texas Bar No. 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
713.522.5250
713.535.7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard A. Freese
Alabama Bar No. 6879-E67R
FREESE & GOSS, PLLC
1901 6th Ave. N. Ste. 3120
Birmingham, Alabama 35203
205.871.4144
205.871.4104
rich@freeseandgoss.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal.

<u>William F. Blankenship III</u>
William F. Blankenship III