1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
5  Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10

11 | In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
   |---|---|
   | | **PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENTS PURSUANT TO COURT'S ORDER DATED 9/26/2017 (DOC 7787)** |

15

16      Pursuant to Paragraph 3 of the Court's Order of September 26, 2017 (Doc. 7787)

17 and the Order extending the filing deadline (Doc. 8085), Plaintiffs file the following

18 redacted documents:

19      1.   Documents Related to Docket 7011:

20      Defendants' Memorandum of Law in Opposition to Plaintiffs' Request to Retake
   the Deposition of David Henry, M.D. Deposition of Henry David, M.D. (Doc. 7027);
21
22      Plaintiffs' Memorandum of Issues Regarding the Deposition of David Henry, M.D. (Doc. 7028); and

23      David Henry, M.D. Deposition Transcript dated April 6, 2017 lodged and reference
   in Doc. 7011.
24
25      2.   Documents Related to Docket 7294:

26      Defendants' Motion and Incorporated Memorandum to Exclude the Opinions of
   David Garcia, M.D. and Michael Streiff, M.D. and Memorandum of Law in Support (Doc.
27 7294);

28          Exhibit B: 6/5/17 Rule 26 Report as to Doris Jones; and

<u>Exhibit D</u>: David Garcia, M.D. Deposition Transcript dated June 21, 2017.

3. <u>Documents Related to Docket 7302</u>:

Defendants' Motion to Exclude the Opinions of Darren R. Hurst, M.D. and Supporting Memorandum of Law (Doc. 7302);

<u>Exhibit A</u>: Hurst 6/5/17 Rule 26 Report as to Debra Mulkey;

<u>Exhibit D</u>: Hurst 7/21/17 MDL Deposition Transcript;

<u>Exhibit F</u>: Hurst 6/5/17 Rule 26 Report as to Doris Jones; and

<u>Exhibit G</u>: Hurst 6/5/17 Rule 26 Report as to Lisa Hyde.

4. <u>Documents Related to Docket 7456</u>:

Defendants' Motion and Memorandum in Support of Motion for Partial Summary Judgment of Plaintiff Sherr-Una Booker's Claims (Doc. 7456);

Defendants' Separate Statement of Facts in Support of Their Motion for Partial Summary Judgment as to Plaintiff Sherr-Una Booker's Claims (Doc. 7457);

<u>Exhibit A</u>: Excerpts of Plaintiff Sherr-Una Booker's Plaintiff Fact Sheet;

<u>Exhibit C</u>: Excerpts from March 21, 2017 Deposition of Dr. Marcus D'Ayala;

<u>Exhibit D</u>: Excerpts from July 24, 2017 Deposition of Dr. Derek Muehrcke;

<u>Exhibit E</u>: Excerpts from February 20, 2017 Deposition of Plaintiff Sherr-Una Booker;

<u>Exhibit F</u>: Selected Medical Records of Plaintiff Sherr-Una Booker;

<u>Exhibit G</u>: Excerpts from March 22, 2017 Deposition of Dr. Salil Patel; and

<u>Exhibit H</u>: Excerpts from June 20, 2017 Deposition of Dr. Richard Harvey.

5. <u>Documents Related to Docket 7359</u>:

Defendants' Motion and Memorandum in Support of Motion for Partial Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims (Doc. 7359);

Defendants' Separate Statement of Facts in Support of Their Motion for Partial Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims (Doc. 7360);

<u>Exhibit A</u>: Excerpts of Plaintiffs' Fact Sheet;

<u>Exhibit B</u>: Selected Medical Records of Lisa Hyde;

<u>Exhibit C</u>: Excerpts from April 6, 2017 Deposition of Dr. David Henry;

<u>Exhibit K</u>: Excerpts from July 24, 2017 Deposition of Dr. Derek Muehrcke;

1    Exhibit N: Excerpts from January 25, 2017 Deposition of Lisa Hyde; and

2    Exhibit O: Excerpts from January 25, 2017 Deposition of Mark Hyde.

6.   Documents Related to Docket 7351:

Defendants' Motion and Memorandum in Support of Motion for Partial Summary Judgment of Plaintiffs Doris and Alfred Jones's Claims (Doc. 7351);

Defendants' Separate Statement of Facts in Support of Motion for Partial Summary Judgment of Plaintiffs Doris and Alfred Jones's Claims (Doc. 7352);

Exhibit A: Excerpts of Plaintiff Doris Jones's Plaintiff Fact Sheet;

Exhibit B: Selected Medical Records of Plaintiff Doris Jones;

Exhibit D: Excerpts from March 23, 2017 Deposition of Dr. Anthony Avino; and

Exhibit E: Excerpts from July 24, 2017 Deposition of Dr. Derek Muehrcke.

7.   Documents Related to Docket 7341:

Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims (Doc. 7341);

Defendants' Separate Statement of Facts in Support of Motion for Partial Summary Judgment as to Plaintiff Carol Kruse's Claims (Doc. 7344);

Exhibit A: Excerpts of Plaintiff Carol Kruse's Fourth Supplemental Plaintiff Fact Sheet;

Exhibit C: Selected Medical Records of Plaintiff Carol Kruse;

Exhibit D: Excerpts from April 4, 2017 Deposition of Dr. Shanon Smith;

Exhibit E: Excerpts from February 20, 2017 Deposition of Plaintiff Carol Kruse; and

Exhibit F: Excerpts from July 21, 2017 Deposition of Dr. Darren Hurst.

8.   Documents Related to Docket 7334:

Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Debra Mulkey's Claims (Doc. 7334);

Defendants' Separate Statement of Facts in Support of Motion for Partial Summary Judgment as to Plaintiff Debra Mulkey's Claims (Doc. 7335);

Exhibit A: Excerpts of Plaintiff Debra Mulkey's Plaintiff Fact Sheet;

Exhibit C: Excerpts from April 11, 2017 Deposition of Dr. Roderick Tompkins;

Exhibit D: Selected Medical Records of Plaintiff Debra Mulkey;

Exhibit E: Excerpts from February 8, 2017 Deposition of Plaintiff Debra Mulkey;

Exhibit F: Excerpts from July 21, 2017 Deposition of Dr. Darren Hurst; and

Exhibit G: Excerpts from July 24, 2017 Deposition of Dr. Derek Muehrcke.

DATEE this 13th day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*