Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MOTION TO SEAL AND NOTICE OF LODGING DOCUMENTS RELATED TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

**Amended Motion to Seal**

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move this Court for an Order sealing Plaintiffs' Responses to Defendants' Motions for Summary Judgment in the bellwether cases ("Responses"), their controverting statements of facts ("CSOFs"), and their Omnibus Statement of Facts ("OSOF") in support thereof. Plaintiffs' Responses, CSOFs, and OSOF contain personal healthcare information regarding the bellwether plaintiffs that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiffs' personal healthcare information is protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160, 164(A) & (E), as well as several state-law privileges. The knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6. This Court has already granted the

filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions. [See Doc. 4366.]

Each of the following documents contains such information (Plaintiffs have separately filed redacted versions of these documents except as noted below):

Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims;

Plaintiffs' Controverting Statement of Facts in Opposition to Bard's Motion for Partial Summary Judgement as to Plaintiffs Lisa and Mark Hyde's Claims;

Jones Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment on Plaintiffs Doris and Alfred Jones's Claims;

Plaintiffs' Controverting Statement of Facts to Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment as to Plaintiffs Doris And Alfred Jones's Claims;

Plaintiff Carol Kruse's Memorandum in Opposition to Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims;

Plaintiff Carol Kruse's Controverting Statement of Facts in Support of Her Memorandum in Opposition to Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims;

Plaintiff Debra Mulkey's Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support;

Plaintiff's Controverting Statement of Facts in Opposition to Bard's Motion for Summary Judgment as to Plaintiff Debra Mulkey's Claims; and

Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases.[1]

---

[1] Plaintiffs note that they seek to have sealed the portions of the OSOF that contain plaintiffs' personal healthcare information. Such information is primarily set forth in the facts beginning at paragraphs 150 of the document. The prior paragraphs contains facts from documents, many of which Bard has designated as confidential. Because the

1  Many of the exhibits in support of the above documents also contain plaintiffs'
2  private healthcare information.  Plaintiffs submit that the Exhibits identified in Exhibit A
3  are confidential and should be sealed by the Court.  Plaintiffs and Defendants shall meet
4  and confer regarding the various exhibits to attempt to resolve confidentiality disputes.

5  Accordingly, Plaintiffs request that the Court order the information and documents
6  in Exhibit A lodged with Plaintiffs' Responses, CSOFs, OSOF and the corresponding
7  exhibits be sealed pending final determination of confidentiality.

**Amended Notice of Lodging**

9  Pursuant to LRCiv 5.6(d), Plaintiffs submit this Notice of Lodging Certain
10 Documents Under Seal Related to Plaintiffs' Oppositions to Defendants' Motions for
11 Summary Judgment.

12 Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the
13 Court under seal (with combined Motion to Seal and Notice of Lodging) their OSOF,
14 which contains factual statements based on the contents of many of the documents that
15 Defendants have claimed to be confidential and that are lodged with this Notice.

16 Resolution of those confidentiality issues will determine which parts of the OSOF
17 are appropriate for sealing and which statements may be filed without redaction.

18 Defendants contend the documents in Exhibit B are confidential and should be
19 filed under seal. As required under LRCiv 5.6(d), Plaintiffs certify that on October 2,
20 2017, the parties met and conferred in good faith and were unable to agree about whether
21 the documents are confidential under the Protective Order and should be filed under seal.

22 Plaintiffs do not believe that the disputed documents warrant continued
23 confidential treatment as proprietary or sensitive trade secret information.

24 This dispute notwithstanding, the parties have agreed to continue to meet and
25 confer on the documents at issue.

---

27 resolution of those confidentiality claims will determine what redactions will be made to
the OSOF, Plaintiffs have not filed a redacted OSOF and will file a properly redacted
28 version of the document once the confidentiality issues are resolved.

RESPECTFULLY SUBMITTED this 13th day of October, 2017.

                          GALLAGHER & KENNEDY, P.A.

                          By:*/s/ Mark S. O'Connor*
                               Mark S. O'Connor
                               2575 East Camelback Road
                               Phoenix, Arizona  85016-9225

                        LOPEZ McHUGH LLP
                               Ramon Rossi Lopez (CA Bar No. 86361)
                               (admitted *pro hac vice*)
                               100 Bayview Circle, Suite 5600
                               Newport Beach, California 92660

                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                               */s/ Gay Mennuti*

4

# EXHIBIT A

**Documents:**

Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims

Plaintiffs' Controverting Statement of Facts in Opposition to Bard's Motion for Partial Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims

Jones Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment on Plaintiffs Doris and Alfred Jones's Claims

Plaintiffs' Controverting Statement of Facts to Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment as to Plaintiffs Doris And Alfred Jones's Claims

Plaintiff Carol Kruse's Memorandum in Opposition to Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims

Plaintiff Carol Kruse's Controverting Statement of Facts in Support of Her Memorandum in Opposition to Defendants' Motion and Memorandum in Support of Motion for Summary Judgment as to Plaintiff Carol Kruse's Claims

Plaintiff Debra Mulkey's Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support

Plaintiff's Controverting Statement of Facts in Opposition to Bard's Motion for Summary Judgment as to Plaintiff Debra Mulkey's Claims

Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases

**Exhibits to Case-Specific OSOF – Plaintiff Lisa Hyde**

| | |
|---|---|
| **Exhibit H-A** | Hyde Medical Records |
| **Exhibit H-B** | Dr. Henry Deposition Transcript (April 6, 2007) |
| **Exhibit H-C** | Lisa Hyde Deposition Transcript (Jan. 25, 2017) |
| **Exhibit H-D** | Lisa Hyde Fact Sheet |
| **Exhibit H-E** | Dr. Kuo Deposition Transcript (March 23, 2017) |
| **Exhibit H-F** | Dr. McMeeking Deposition Transcript (July 6, 2017) |

**Exhibits to Case-Specific OSOF – Plaintiff Doris Jones**

| | |
|---|---|
| **Exhibit J-A** | Jones Medical Records |
| **Exhibit J-B** | Dr. Avino Deposition Transcript (March 23, 2017) |

5

| | |
|---|---|
| **Exhibit J-C** | Jones Consent Form |
| **Exhibit J-I** | Dr. Chodos Deposition Transcript (Aug. 5, 2017) |
| **Exhibit J-J** | Dr. Nelson Deposition Transcript (March 23, 2017) |
| **Exhibit J-Q** | Dr. Moritz Deposition Transcript (July 18, 2017) |

**Exhibits to Case-Specific OSOF – Plaintiff Debra Mulkey**

| | |
|---|---|
| **Exhibit M-A** | Mulkey medical expenses detailed bill |
| **Exhibit M-C** | Dr. Tompkins Deposition Transcript (April 11, 2017) |
| **Exhibit M-D** | Mulkey Deposition Transcript (Feb. 8, 2017) |
| **Exhibit M-E** | Mulkey Fact Sheet |
| **Exhibit M-I** | Dr. Moritz Deposition Transcript (July 18, 2017) |

# EXHIBIT B

**Exhibits to OSOF:**

| Para. No. / Exhibit No. | Description |
|---|---|
| 5 | Chart of Filter Fracture Complaints, BPVEFILTER-01-00037664 |
| 7 | Deposition of Christine Brauer dated Aug. 2, 2017 |
| 8 | Simon Nitinol Filter/Straight Line Technical File BPVE-01-00066044-109 |
| 9 | Product Opportunity Appraisal for Recovery Filter System dated Mar. 28, 2003, BPV-17-01-00030247 |
| 10 | NMT presentation dated June 14, 2000, BPVE-01-00001342 |
| 13 | Email from George Cavagnaro to Doug Uelmen and Carol Vierling, April 18, 2002, BPV-17-01-00052621 |
| 14 | Letter from K. Fuller and C. Vierling to Food and Drug Administration, dated July 10, 2002, BPV-17-01-00057953 |
| 15 | Recovery Filter System Special 510(k) Submission, July 10, 2002, BPV-TRIAL-EXHIBIT-0293 |
| 16 | Department of Health & Human Services letter, date Nov. 27, 2002, BPV-17-01-00057709 |
| 17 | Letter from M. Edwards to Food and Drug Administration dated Apr. 25, 2003, BPV-17-01-00054947 |
| 18 | Recovery Filter System Special 510(k) Submission (K022236), Nov. 27, 2002, BPV-17-01-00057953 |
| 19 | R&D Technical Report dated Aug. 5, 1999, BPV-17-01-00002650 |
| 21 | Deposition of Len DeCant dated May 24, 2016 |
| 24 | Deposition of David A. Kessler, M.D. dated Oct. 5, 2016 |
| 25 | Department of Health & Human Services letter dated July 25, 2003, BPV-17-01-00058122 |
| 26 | Failure Investigations/R002 History Review, BPVEFILTER-01-00003802 |
| 29 | Email from Mary Edwards to misc. Bard employees dated February 13, 2004, BPV-17-00164702 |
| 34 | Deposition of Natalie Wong dated Oct. 18, 2016 |
| 36 | Email from Uemen to Palermo dated June 11, 2004, BPV-17-01-00153581-88 |
| 44 | Email from John McDermott to Len DeCant dated May 13, 2004, BPVE-01-00036095 |

| | | |
|---|---|---|
| 45 | Email from Natalie Wong to Doug Uelemen dated May 20, 2004, BPV-01-00511127 | |
| 48 | Email from John McDermott to Len DeCant dated July 26, 2004, BPV-DEP-00014246 | |
| 52 | Remedial Action Plan dated Sept. 2, 2004, BPVE-01-00034860887 | |
| 53 | Remedial Action Plan dated January 4, 2005, BPVE-01-01019773-825 | |
| 58 | Recovery Filter PowerPoint presentation, August 26, 2004, BPVE-01-00009466-85 | |
| 60 | Failure Investigations/R002 History Review, BPVEFILTER-01-00003802- | |
| 61 | Traditional 510(k) G2 Filter with Femoral Delivery, FDA_PRODUCTION_00000048-49 | |
| 62 | GIA Recovery Filter Femoral System Design Verification and Validation Report, BPV-17-01-00001134-153, 146 | |
| 63 | G2 Filter System Instructions for Use, BPV-17-01-00137389-92 | |
| 64 | G2 Filter System, Patient & Answers, BPV-17-01-00137624-32 | |
| 65 | Marketing brochure for G2 Filter System for Permanent Placement, BPV-17-01-00142912 | |
| 67 | 2005 G2 Filter-FAQs, BPV-17-01-00062020 | |
| 69 | Letter from FDA to Bard Peripheral Vascular, August 29, 2005, FDA_PRODUCTION_00000055 | |
| 71 | 2004 Recovery Filter System Dear Doctor Letter, BPVE-01-00303515 | |
| 72 | Email chain between Micky Graves and Charlie Simpson, March 23, 2006, BPVE-01-01225832 | |
| 75 | Meridian Vena Cava Filter and Jugular Delivery System Product Performance, BPV-17-01-00148748 | |
| 77 | Health Hazard Evaluation, Feb. 15, 2006, BPVEFILTER-01-00008355-57, at 55, 57 | |
| 78 | Caudal Migration Test Method Development and G2 Filter Resistance Test Report, BPVE-01-007895432 | |
| 79 | G2 and G2 X Fracture Analysis, November 30, 2008, BPVE-01-01239757 | |
| 80 | Memo from Natalie Wong re G2 Pre-Product Assessment Team Minutes-Caudal Migration, April 28, 2006, BPVE-01-00717924-25 | |
| 81 | G2 Caudal Migration report, March 2, 2006, BPVE-01-00720835 | |
| 84 | Deposition of Jack Sullivan (Vol. II) dated Nov. 3, 2016 | |

| | | |
|---|---|---|
| | 86 | Medical Monitoring Adjudication Meeting Minutes, August 28, 2006, BBA-00012802 |
| | 87 | Medical Monitoring Adjudication Meeting Minutes, October 26, 2006, BBA-00013699-715 |
| | 89 | Ex. 534 to Chris Ganser Deposition, Bard PowerPoint presentation regarding EVEREST and MAUDE data dated Oct. 11, 2016 |
| | 90 | G2 Platinum Presentation, dated June 2008, BPVE-01-00624026 |
| | 95 | Bard Idea POA Eclipse Anchor Filter, BPVE-01-02077858 |
| | 96 | Deposition of Daniel Orms dated Aug. 16, 2016 |
| | 98 | Deposition of Michael Randall dated Feb. 2, 201 |
| | 99 | Email from Filter Marketing to Bill Little, Apr. 27, 2010, BPVE-01-00580608 |
| | 100 | Ex. 2087 to Mike Randall Deposition, dated Oct. 11, 2016, at BPV-17-01-00145695 |
| | 100 | Filter Fracture Analysis, August 2010, BPV-17-01-00170378 |
| | 101 | Vail Vena Cava Filter Concept POA, Oct. 14, 2009, BPV-17-01-00145692 |
| | 104 | Eclipse Vena Cava Filter Performance Specifications, BPV-17-01-00108342 |
| | 105 | First Supplemental Expert Report of David A. Kessler, M.D. (Mar. 3, 2017) |
| | 106 | Design History File Index for the Eclipse, BPV-17-01-00108342 - See Ex. 104 |
| | 107 | Ex. 4070 at BPVEFILTER-01-00001631-32 (Patient Questions & Answers Brochure for the Eclipse) |
| | 108 | SNF Postmarket Surveillance Study Amendment: 522 Response, 2015, BPVEFILTER-01-00356101 |
| | 109 | Deposition of Christopher Ganser, dated Oct. 11, 2016 |
| | 112 | Filter Fracture Analysis, May 2016, BPVEFILTER-01-00303182-89 |
| | 114 | Deposition of Robert Cortelezzi dated Nov. 11, 2016 |
| | 115 | Health Hazard Evaluation, dated Nov. 7, 2004, BPV-17-01-00103875 |
| | 120 | Letter from FDA to Bard re marketing of G2 Filter, K050558 |
| | 121 | Email from J. Greer to J. Hudnall dated 7/22/2005, BPVE-01-001797300 |
| | H-K | Deposition of Kay Fuller dated January 11, 2016 |

| | | |
|---|---|---|
| 1 | J-E | Eclipse Vena Cava Filter, Femoral Vein Approach, Instructions for Use, BPV-17-01-00142881 |
| 2 | | |
| 3 | J-K | Expert Report of Robert McMeeking dated June 9, 2017 |
| 4 | J-L | Expert Report of Darren R. Hurst, M.D. dated June 5, 2017 |
| | J-M | Expert Report of Derek D. Muehrcke, M.D. dated June 5, 2017 |
| 5 | M-B | Expert Report of Darren R. Hurst, M.D. dated June 5, 2017 |
| 6 | M-C | Deposition of Roderick Tompkins, M.D. dated April 11, 2017 |
| 7 | M-H | Expert Report of Derek D. Muehrcke, M.D. dated June 5, 2017 |