UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER RE AMENDED MOTION TO SEAL AND NOTICE OF LODGING DOCUMENTS RELATED TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN THE BELLWETHER CASES** |

Plaintiffs have filed an Amended Motion to Seal and Notice of Lodging Documents Related to Plaintiffs' Responses to Defendants' Motions for Summary Judgment in the Bellwether Cases at Docket _____.

Based on Plaintiffs' motion and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Defendants at docket number _____.