Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF ERRATA** <br><br> (Assigned to the Honorable David G. Campbell) |

Plaintiffs submit this Notice of Errata regarding their Omnibus Separate Statement of Facts In Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases ("OSOF") and exhibits thereto [Doc. 7950], lodged for sealing on October 2, 2017.  After lodging the OSOF, Plaintiffs discovered that several citations to exhibits in the OSOF were inaccurate and that there were several incomplete and inaccurate exhibits attached to the OSOF; the latter included some incomplete exhibits, exhibits missing pages, or an incorrect exhibit attached.  Plaintiffs are lodging this date a

1

corrected form of OSOF and exhibits with their Amended Notice to Seal and Notice of Lodging Documents Related to Plaintiffs' Responses to Defendants' Motions for Summary Judgment [Doc. 8184]. Plaintiffs are also providing the Court and Defendants with true and accurate copies of the corrected and lodged OSOF and exhibits.

RESPECTFULLY SUBMITTED this 13th day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

**EXHIBIT A**

| No. | Exhibit | Description |
|---|---|---|
| 2 | Deposition of John McDermott, dated Feb. 5, 2014 | Missing Pages |
| 6 | Deposition of Donna-Bea Tillman, dated June 12, 2014 | Missing Pages |
| **7** | Deposition of Christine Brauer, dated Aug. 2, 2017 | Incorrect transcript |
| 11 | Deposition of Murray R. Asch, dated May 2, 2016 | Missing Pages |
| 17 | Letter from Mary Edwards to Food and Drug Administration, dated Apr. 25, 2003, BPV-17-01-00054947 | Incorrect exhibit |
| 18 | Recovery Filter System Special 510(k) Submission (K022236), dated Nov. 27, 2002, BPV-17-01-00057953 | Incorrect exhibit |
| 22 | Deposition of Andrzej Chanduszko, dated Oct. 10, 2013 | Incorrect transcript |
| 27 | Special Design Review for Recovery (Project #s 7081 and 8008) – Meeting Minutes, dated Dec. 9, 2003, BPVE-01-00407525 | Corrected # of pages |
| 34 | Deposition of Natalie Wong dated Oct. 18, 2016 | Missing Pages |
| 36 | Memo from Uemen to Palermo dated June 11, 2004, BPV-17-01-00153581-88 | Missing Pages |
| 43 | Health Hazard Evaluation, July 9, 2004, BPV-17-01-00002145 | Incorrect exhibit |
| 51 | Deposition of Jack Sullivan (Vol. I) dated Sept. 16, 2016 | Missing Pages |
| 52 | Remedial Action Plan dated Sept. 2, 2004, BPV-17-01-00034860-887 | Incorrect referenced exhibit |
| 80 | Memo from Natalie Wong re G2 Pre-Product Assessment Team Minutes-Caudal Migration, April 28, 2006, BPVE-01-00717922-23 | Incorrect exhibit |
| 84 | Deposition of Jack Sullivan (Vol. II) dated November 3, 2016 | Missing Pages |
| 97 | Deposition of Christopher Smith dated Aug. 3, 2017 | Missing Pages |
| 98 | Deposition of Michael Randall, dated Feb. 2, 2017 | Incorrect exhibit |
| 104 | Eclipse Vena Cava Filter Performance Specifications, BPV-17-01-00108342-4 | Corrected # of pages |
| 110 | Deposition of Clement Grassi, M.D, dated July 30, 2014 | Missing Pages |

| No. | Exhibit | Description |
|---|---|---|
| 113 | Deposition of David Ciavarella, dated Nov. 12, 201 | Missing Pages |
| 114 | Deposition of Robert Cortelezzi, dated Nov. 11, 2016 | Missing Pages |
| 120 | Letter from FDA to Bard re marketing of G2 Filter, K050558 | Corrected # of pages |
| 121 | Email from J. Greer to J. Hudnall dated 7/22/2005, BPVE-01-001797300 | Incorrect exhibit |
| H-B | Deposition of David Henry, M.D., dated April 6, 2017 | Missing Pages |
| H-C | Deposition of Lisa Hyde, dated January 25, 2017 | Missing Pages |
| H-E | Deposition of William T. Kuo, M.D., dated March 23, 2017 | Missing Pages |
| H-F | Deposition of Robert McMeeking, Ph.D., dated July 6, 2017 | Missing Pages |
| H-G | Deposition of Chris Ganser, dated October 11, 2016 - 301 | Missing Pages |
| H-H | Deposition of Robert Carr, dated Dec. 19, 2014 | Missing Pages |
| H-J | Deposition of Donna B. Tillman, dated June 12, 2014 – 193-194 | Missing Pages |
| H-K | Deposition of Kay Fuller, dated January 11, 2016 | Missing Pages |
| M-C | Deposition of Roderick Tompkins, M.D., dated April 11, 2017 | Missing Pages |
| M-D | Deposition of Debra Mulkey, dated February 8, 2017 | Missing Pages |
| M-F | Deposition of Darren Hurst, M.D., dated August 19, 2016 | Removed Exhibit |
| M-G | Deposition of Derek D. Muehrcke, M.D., dated July 24, 2017 | Removed Exhibit |