Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF ERRATA** <br><br> (Assigned to the Honorable David G. Campbell) |

Plaintiffs give notice of errata regarding a citation to the Omnibus Statement of Facts [Doc. 7952].  On Page 25, Line 27 of their Response in Opposition to Defendants' Motion for Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims, Plaintiffs inadvertently cited to the wrong Omnibus Statement of Fact paragraph; "[SOF ¶ 35]" should read "[SOF ¶ 184]."

1

RESPECTFULLY SUBMITTED this 13th day of October, 2017.

          GALLAGHER & KENNEDY, P.A.

          By:*/s/* Mark S. O'Connor
             Mark S. O'Connor
             2575 East Camelback Road
             Phoenix, Arizona  85016-9225

          LOPEZ McHUGH LLP
             Ramon Rossi Lopez (CA Bar No. 86361)
             (admitted *pro hac vice*)
             100 Bayview Circle, Suite 5600
             Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                    */s/ Gay Mennuti*