# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | **No. MD-15-02641-PHX-DGC** |
| *This filing applies to Watts v. C.R. Bard, Inc., et al., Case No. CV-17-2770-PHX-DGC* | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

George Watts, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Nancy Watts, Special Administrator for the Claims of George Watts, Deceased

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Nevada

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Nevada

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Nevada

7. District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the District of Nevada – Las Vegas Division

8. Defendants (check Defendants against whom Complaint is made):

   X    C.R. Bard Inc.

   X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X    Diversity of Citizenship

   ☐    Other: _____

   a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐    Recovery® Vena Cava Filter

   ☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

X    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

December 7, 2013 _____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

X    Count I:    Strict Products Liability – Manufacturing Defect

X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X    Count III:    Strict Products Liability – Design Defect

X    Count IV:    Negligence - Design

X    Count V:    Negligence - Manufacture

X    Count VI:    Negligence – Failure to Recall/Retrofit

X    Count VII:    Negligence – Failure to Warn

X    Count VIII:    Negligent Misrepresentation

X    Count IX:    Negligence *Per Se*

X    Count X:    Breach of Express Warranty

X    Count XI:    Breach of Implied Warranty

X    Count XII:    Fraudulent Misrepresentation

X Count XIII: Fraudulent Concealment

X Count XIV: Violations of Applicable_____(insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

X Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X Yes

☐ No

RESPECTFULLY SUBMITTED this 13th day of October, 2017.

**BLANKENSHIP LAW FIRM**

William F. Blankenship III
William F. Blankenship III
Texas Bar No. 90001483
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214.361.7500
214.361.7505 Fax
bill@blankenshiplaw.com

David P. Matthews
Texas Bar No. 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
713.522.5250
713.535.7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard A. Freese
Alabama Bar No. 6879-E67R
FREESE & GOSS, PLLC
1901 6th Ave. N. Ste. 3120
Birmingham, Alabama 35203
205.871.4144
205.871.4104
rich@freeseandgoss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal.

William F. Blankenship III
William F. Blankenship III