# EXHIBIT A

United States of America

State of West Virginia



County of Fayette, ss:

# Letter of Administration

Estate of DREMA JUNE ASHLEY

I, KELVIN E. HOLLIDAY, Clerk of the Fayette County Commission, in the State of West Virginia, do hereby certify that LARRY JOE PRATHER SR was on the 28th day of August, 2017, appointed by the Fayette County Commission as executor(s) of the Estate of DREMA JUNE ASHLEY, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $2,600.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said LARRY JOE PRATHER SR as such executor(s) of the Estate of DREMA JUNE ASHLEY, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Fayette County Commission at my office in said County on the 28th day of August, 2017.

*Kelvin C. Holliday*
_____
KELVIN E. HOLLIDAY
Clerk of the Fayette County Commission

By *Stephanie J. Harrah*
_____

Stephanie J Harrah
Deputy Clerk