# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS   No. MD-15-02641-PHX-DGC
PRODUCT LIABILITY LITIGATION

This Document Relates to:

Michael Person v. C.R. Bard, Inc., et al.
2:17-cv-02679-DGC

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Michael Person hereby dismisses all claims in this matter against all Defendants in this action, Civil Action No. 2:17-cv-02679-DGC.  Plaintiff Michael Person has filed another lawsuit, Civil Action No. 2:16-cv-02559-DGC. This Stipulation of Dismissal without Prejudice will not have any effect on Mr. Person's other pending lawsuit, 2:16-cv-02559-DGC.  All parties shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| By: /s/David M. Langevin | By: /s/Richard B. North, Jr. (with permission) |
| Rhett A. McSweeney (269542) | Richard B. North, Jr. |
| David M. Langevin (329563) | Atlantic Station |
| 2116 2nd Avenue South | 201 17th Street NW, Suite 1700 |
| Minneapolis, MN 55404 | Atlanta, Georgia 30363 |
| Phone: (612) 746-4646 | Phone: (404) 322-6155 |
| Facsimile: (612) 454-2678 | Facsimile:  (404) 332-6050 |
| RAM@westrikeback.com | richard.north@nelsonmullins.com |
| Dave@westrikeback.com | |
| **MCSWEENEY / LANGEVIN LLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| *Attorneys for the Plaintiff Michael Person* | *Attorneys for Defendants* |
| Dated:  10/17/2017 | Dated:  10/17/2017 |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on _____10/17/2017_____, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel.

    ___s/David M. Langevin_____