**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Michael Person v. C.R. Bard, Inc., et al.<br>2:17-cv-02679-DGC<br>_____ | No. MD-15-02641-PHX-DGC<br><br><br><br><br>**ORDER** |

     Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff, Michael Person, 2:17-cv-02679-DGC.

     **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Michael Person, against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX DGC (Civil Action No. 2:17-cv-02679-PHX DGC) are dismissed in their entirety without prejudice.  Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Civil Action No. 2:16-cv-02559-DGC.  Each party shall bear its own costs.

     Dated this _____ day of _____, 2017.

                                              _____

                                                David G. Campbell

                                                United States District Judge