# Exhibit J

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6050
www.nelsonmullins.com

Matthew B. Lerner
(Admitted in GA & FL)
Tel: 404.322.6158
matthew.lerner@nelsonmullins.com

April 8, 2013

| **Via Federal Express**<br>Troy A. Brenes, Esq.<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 | **Via Federal Express**<br>John A. Dalimonte, Esq.<br>Karon & Dalimonte LLP<br>85 Devonshire Street, Suite 1000<br>Boston, MA 02109 |
|---|---|

Re: Bard IVC Filter Litigation
    Native File Production

Dear Counsel:

Enclosed, please find a disc that contains 575 documents that are being produced:

- BPVE-01-00002182 - BPVEFILTER-01-00014813

These documents are being produced as the first overlay production of Native files for spreadsheets and powerpoints that had previously been produced.

Sincerely,

Matthew B. Lerner

MBL:eew
Enclosure

cc: Richard B. North, Jr., Esq. (*via electronic mail and w/o enclosure*)
    Taylor T. Daly, Esq. (*via electronic mail and w/o enclosure*)
    James F. Rogers, Esq. (*via electronic mail and w/o enclosure*)
    Julia Reed Zaic, Esq. (*via electronic mail and w/o enclosure*)

*With offices in the District of Columbia, Florida, Georgia, Massachusetts, North Carolina, South Carolina, Tennessee and West Virginia*

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6050
www.nelsonmullins.com



Matthew B. Lerner
(Admitted in GA & FL)
Tel: 404.322.6158
matthew.lerner@nelsonmullins.com

April 16, 2013

| **Via Federal Express**<br>Troy A. Brenes, Esq.<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 | **Via Federal Express**<br>John A. Dalimonte, Esq.<br>Karon & Dalimonte LLP<br>85 Devonshire Street, Suite 1000<br>Boston, MA 02109 |
|---|---|

   Re:  **Bard IVC Filter Litigation**
        **Native File Production**

Dear Counsel:

   Enclosed, please find a hard drive that contains 29,148 native file documents that are being produced as an additional overlay production of native files for spreadsheets and PowerPoints that had previously been produced. These documents are being produced in your Bard IVC filter cases where protective orders have been entered.

                                    Sincerely,

                                    *Matthew B Lerner*

                                    Matthew B. Lerner

MBL:mn5
Enclosure

cc:   Richard B. North, Jr., Esq. (*via electronic mail and w/o enclosure*)
      Taylor T. Daly, Esq. (*via electronic mail and w/o enclosure*)
      James F. Rogers, Esq. (*via electronic mail and w/o enclosure*)
      Julia Reed Zaic, Esq. (*via electronic mail and w/o enclosure*)

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000  Fax: 404.322.6050
www.nelsonmullins.com

Matthew B. Lerner
(Admitted in GA & FL)
Tel: 404.322.6158
matthew.lerner@nelsonmullins.com

October 14, 2016

**VIA FEDERAL EXPRESS**

Ramon Rossi Lopez, Esq.
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Robert W. Boatman, Esq.
Paul Stoller, Esq.
Gallagher & Kennedy, PA
2575 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016

Re: MDL No. 2641, *In re: Bard IVC Filters Products Liability Litigation*
Supplemental Production

Dear Counsel,

Enclosed, please find a hard drive with documents Bard is producing in the above-referenced matter, which have been bates labeled as follows:

- BPVEFILTER-28-00000001 through BPVEFILTER-28-00615443
- BPVEFILTER-30-00000001 through BPVEFILTER-30-00385078
- BPVEFILTER-32-00000001 through BPVEFILTER-32-00008924
- BPVEFILTER-34-00000001 through BPVEFILTER-34-00022290

These documents are being produced subject to Case Management Order 17.

Sincerely,

*Matthew B. Lerner* (signature)

Matthew B. Lerner

MBL:me
Enclosure
cc:   Richard B. North, Jr., Esq.

*With offices in the District of Columbia, Florida, Georgia, Massachusetts, New York, North Carolina, South Carolina, Tennessee and West Virginia*

# Niki Patel

| | |
|---|---|
| **From:** | Matthew Lerner |
| **Sent:** | Saturday, October 22, 2016 9:51 PM |
| **To:** | 'Scheehle, Karin M.'; 'Boatman, Robert W.'; 'rlopez@lopezmchugh.com'; 'Stoller, Paul L.'; ''Wendy Espitia' (wespitia@lopezmchugh.com)'; 'Marilyn Wass (mwass@lopezmchugh.com)'; 'mjones@lopezmchugh.com'; 'agarrett@lopezmchugh.com'; 'mlopez@lopezmchugh.com'; ''alopez@lopezmchugh.com' (alopez@lopezmchugh.com)' |
| **Cc:** | Richard North; Mark Nash; Carrie Brown; Dennis Hom; Matthew Lerner; Mandy Evangelista |
| **Subject:** | RE: In Re: Bard IVC Filters Products Liability Litigation - Bard Production (BPVEFILTER-35-00000001- BPVEFILTER-35-00116876; BPV-17-01-00261495) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All,


Below please find a link to additional documents Bard is producing today.  These documents are being produced subject to Case Management Order 17.


FTP Link: : https://biaprotect.box.com/s/fkq3ny83q2322rc3u3yfbhqm19gg3swq <https://urldefense.proofpoint.com/v2/url?u=https-3A__biaprotect.box.com_s_fkq3ny83q2322rc3u3yfbhqm19gg3swq&d=DQMFAg&c=qmi9WrYRGQEDDOxOwKrAjW7mWovpzN_EKyRbeK_zbP0&r=vPTMTz6QD2cY15xod5K5YCZswNl-jKYq5_T2Wv-pRMc&m=6MUSdu41_5ZRqa2vKkqpNSZ3NzyEYh71-bAESmun-mI&s=tiCVtyGFOVlPsw3xT2Gp-F-RQlGw_9lqdI64KQKN3Fw&e=>

Password: %C;Av5MHx2

The files are in the "20161022" folder




Beg Bates

End Bates


BPVEFILTER-35-00000001

BPVEFILTER-35-00116876

BPV-17-01-00261495

BPV-17-01-00261495


Matthew B. Lerner

Partner, Nelson Mullins Riley & Scarborough LLP Atlantic Station

201 17th Street NW, Suite 1700

Atlanta, Georgia  30363
Direct: 404.322.6158

Main: 404.322.6000

Fax: 404.322.6050

Bio <http://www.nelsonmullins.com/_attorneys/matthew-lerner>  vCard <http://www.nelsonmullins.com/utilities/newBIO-vCARD.cfm?id=352>

2