# Exhibit A



Deposition of:
# Darren Robert Hurst , M.D.

*July 21, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

1    across the board, 39 percent, 100 percent, and 10
2    percent migration.  So, you know, it's that it had
3    all of them, it had all of those issues, not just
4    one, but all of them.
5    BY MR. NORTH:
6           Q.   Any other study that you can
7    reference that supports your opinion that Bard
8    filters had a much higher complication rate than
9    other filters, besides the Deso or Deso study?
10          A.   Deso study.  Well, I mean, there's --
11   well, first of all, the Deso study is a meta
12   analysis, so that is multiple, multiple studies.
13   So to say any other study, we can basically just
14   go to the references for the Deso study, if you
15   would like, and just go through them.  It's, you
16   know, a comprehensive list of studies that, you
17   know, describe the data that I just gave.  So when
18   you say any other studies, yes, there are
19   multiple, multiple studies of which we can -- you
20   know, we can go through each one, if you would
21   like.
22          Q.   Without resorting to looking at the
23   references in Deso, as you sit here today, can you
24   recall any other published study that suggests
25   that Bard filters have a much higher complication

Case 2:15-md-02641-DGC   Document 8223-1   Filed 10/18/17   Page 4 of 7
Darren Robert Hurst , M.D.                                  July 21, 2017
In Re: Bard IVC Filters Products Liability

Page 69

1             Q.    Who were your --
2             A.    Mike Kirksey.
3             Q.    When is the last time you saw him?
4             A.    I haven't seen him in years.  He
5    doesn't work for Bard anymore.  He works for
6    Endologix, and Endologix makes stent grafts and we
7    don't do stent grafts at our institution.
8             Q.    Have you reviewed any of Bard's bench
9    testing of its filters?
10            A.    I have seen some of that data, yes.
11            Q.    Have you reviewed Bard's 510(k)
12   submissions to the FDA?
13            A.    I have not reviewed their 510(k)
14   submissions.
15            Q.    Did you review actual test reports of
16   bench data?
17            A.    I have seen the tables.  So I don't
18   know if it's the actual -- do you mean the whole
19   report?
20            Q.    Right.
21            A.    No.  All I've seen are the data
22   tables.
23            Q.    Have you seen any of the FDA
24   correspondence to Bard regarding its IVC filters?
25            A.    Yes.

Case 2:15-md-02641-DGC   Document 8223-1   Filed 10/18/17   Page 5 of 7
Darren Robert Hurst , M.D.                                July 21, 2017
In Re: Bard IVC Filters Products Liability

Page 70

```
 1          Q.    What sorts of correspondence?
 2          A.    I've seen the -- give me a moment.
 3          Q.    Are you referencing the warning
 4   letter?
 5          A.    Yes.
 6          Q.    Other than the warning letter, have
 7   you seen any of the Bard --
 8          A.    No, I have not.
 9          Q.    -- FDA correspondence?
10          A.    I have not.
11          Q.    And you haven't seen any of the
12   various submissions that Bard has made to the FDA
13   providing them with various test data and
14   answering questions of the agency?
15          A.    I have not.
16          Q.    And because you're not a regulatory
17   expert, you're not familiar with what materials of
18   Bard that the FDA may have reviewed?
19          A.    Correct.
20          Q.    Now, my understanding is you do
21   believe -- given the fact that you implant them
22   still, you do believe that filters are appropriate
23   in certain patients, correct?
24          A.    Yes.
25          Q.    And you would consider pulmonary
```

Case 2:15-md-02641-DGC   Document 8223-1   Filed 10/18/17   Page 6 of 7
Darren Robert Hurst , M.D.                              July 21, 2017
In Re: Bard IVC Filters Products Liability

Page 102

1          Q.   Do you know whether she has seen
2    anyone other than the first physician who
3    attempted to retrieve it, regarding retrieval?
4          A.   I do not.
5          Q.   You also seem to fault Bard in
6    Ms. Mulkey's case for the fact that her physician
7    implanted an Eclipse in her after the time that
8    the Meridian had already been launched as an
9    available filter, correct?
10         A.   Yes.
11         Q.   Do you know what her doctor -- the
12   doctor that implanted the filter in her, whether
13   he had ever implanted a Meridian filter?
14         A.   I do not know.
15         Q.   Do you know whether he was even aware
16   that the Meridian filter existed?
17         A.   I don't know that either.
18         Q.   Did you ever implant Meridian
19   filters?
20         A.   No.  We had stopped using Bard
21   filters at that time.
22         Q.   Do you know the rates of tilt and
23   caudal migration of the Meridian filter?
24         A.   I do not know.  I don't know if we
25   know that.

Page 103

1  Q. Do you know how they compare with the
2  rate of tilt and migration for the G2 -- I mean,
3  for the Eclipse?
4  A. I don't know.
5  Q. So you have not tried to do a study
6  comparing the complication rates between the
7  Eclipse and the Meridian, have you?
8  A. No, I haven't.
9  Q. You would agree that you are not an
10 expert in device design, development, or
11 manufacture, correct?
12 A. I am not an expert in device design,
13 development, or manufacture; but I do work with
14 medical devices every day and have seen hundreds
15 and hundreds of devices.
16 Q. You indicated that you had not done
17 any analysis of the comparative complication rate
18 between the Eclipse and the Meridian. Have you
19 done a comparative analysis of the complication
20 rates between the G2 and the Eclipse?
21         MR. O'CONNOR: Form.
22         THE WITNESS: There's not much
23 difference between the G2 and the Eclipse except
24 for electropolishing, and I don't know if
25 electropolishing has even been shown to have any