# Exhibit C



Deposition of:

# Darren Hurst , M.D., Vol. II

*August 7, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions

1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 231

1          Q.   On the issue of caudal migration,

2    you were asked questions about whether caudal

3    migration itself is symptomatic or

4    asymptomatic.  Do you recall those questions?

5          A.   Yes.

6          Q.   Is caudal migration problematic in

7    a filter?

8               MR. NORTH:  Objection to the form.

9          A.   With the Bard filters, caudal

10   migration in the --

11   BY MR. O'CONNOR:

12         Q.   Well, let me rephrase that.

13         A.   Yeah.

14         Q.   What do you mean by caudal

15   migration when you talk about filters?

16         A.   When I talk about the Bard filters

17   and caudal migration, what I mean is basically

18   a settling that occurs with the filters, a

19   splaying out of the legs.

20              The Bard filters tended to behave

21   differently in that when they were in the

22   inferior vena cava, the legs had a tendency to

23   penetrate through the wall, and because they

24   were of a smaller diameter of Nitinol and the

25   filter is not quite as stiff or rigid as the