IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 2:15-md-2641-DGC |
| CV-17-2245-PHX-DGC | Civil Action No. CV-17-02245-PHX-DGC |
| LILLIAN VERDE, Plaintiff, v. C. R. BARD, INC., et al., Defendants. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

COMES NOW Plaintiff, Lillian Verde, and Defendants, C.R. Bard and Bard Peripheral Vascular, Inc. in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Lillian Verde in this action against C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Dated: 10/18/17                         Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

        By: /s/David C. DeGreeff
        David C. DeGreeff (MO Bar No. 55019)
         (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        ddegreeff@wcllp.com

        ***Attorneys for Plaintiff***

I hereby certify that on this 18th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ David C. DeGreeff*