# Exhibit B



Deposition of:

# Suzanne Parisian , M.D.

*June 21, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 80

1    in regard to labeling; is that right?
2        A.   Yes, sir.
3        Q.   And if you look over at page 81, about
4    midway through, there's a sentence that begins,
5    "When Bard had the RNF...."
6             Do you see that?
7        A.   Yes, sir.
8        Q.   Okay.
9        A.   "...cleared for the option..."?
10       Q.   Yeah, that's right.
11       A.   Uh-huh (affirmative).
12       Q.   And -- and, specifically, it says, "When
13   Bard had the RNF cleared for the 'option' to be used
14   as a temporary I- -- IVC device, Bard continued to
15   fail to adequately and voluntarily update its
16   labeling, IFU, and warnings to include
17   recommendations for indwell time range and warnings
18   describing updated post-market risks."
19            Do you see that?
20       A.   Yes, sir.
21       Q.   And tell me what you meant there when you
22   said "indwell time ranges."
23       A.   The length of time you would leave the
24   filter in place, which is the issue that's really
25   kind of developed with the Morales article in 2013,

```
 1   how long do you leave a temporary filter in place in
 2   a patient.
 3        Q.   And is it your opinion that there should
 4   have been something in the IFU for the recovery
 5   filter regarding a indwell time range?
 6        A.   Yes, based on the design of the device and
 7   what they were seeing in terms of the -- the
 8   fracture of metal, the perforation, the risks that
 9   they were seeing internally, the difference between
10   the Simon Nitinol filter and the recovery filter,
11   that a reasonable manufacturer would have tried to
12   have provided some guidance as to removal.  And
13   that's -- that's what I'm talking about there.
14             So based on their internal documents,
15   because we know FDA cleared it.  FDA cleared it as a
16   temporary option with no indwell time.
17        Q.   And are you familiar with the clinical
18   data that was in the IFU for the Recovery filter
19   based on the Asch study?
20        A.   Yes, sir.
21        Q.   And did it contain ranges as far as when
22   those particular Recovery filters were removed?
23        A.   Yes, sir.
24        Q.   And was that true for the IFUs for the G2
25   device when it reported on the clinical data for the
```