# Exhibit C

In The Matter Of:

## *Rackliff vs. C.R. Bard*

_____

## *Suzanne Parisian, M.D.*

June 13, 2014

_____

**Tiffany Alley Global Reporting & Video**

730 Peachtree Street NE

Suite 470

Atlanta, GA 30308

770.343.9696

www.tiffanyalley.com



1  exempt snare, which is a different device.  It's not
2  specific for any type of unit, but it can injure, too.
3  That's why not all filters can be recovered.  They have
4  to have -- some of our clients have had to have it
5  surgically removed because you cannot recover with the
6  filter.
7      Q    In any of the cases that you've been
8  specifically retained in, have you seen any indication
9  that the Recovery Cone was implicated in a particular
10 patient's injuries?
11     A    No, not in the cases I have.
12     Q    Have you read any medical literature where the
13 Recovery Cone was implicated with a patient's injuries?
14     A    I haven't looked for that.  I haven't focused
15 on that.  I know that -- I haven't focused on that.
16     Q    Okay.  It's your opinion that the Recovery
17 filter was adulterated and misbranded?
18     A    Yeah.  It didn't perform as cleared.  It was
19 cleared as a -- as a permanent filter, and it did not
20 perform as a -- it didn't perform like the SNF or any
21 other permanent filter.
22     Q    Now --
23     A    So that makes it adulterated right there.
24 It's not the device that's cleared.
25     Q    Prior --

1  report, I think they had signals that there was an
2  issue with the Recovery filter early on in terms of it
3  not performing like the cleared product, and they
4  didn't respond in a -- in a timely manner to ensure the
5  safety of the public. So that would be a criticism.
6           In terms of their complaint handling,
7  failure investigation, letting products stay out on the
8  market, which was -- were out of spec, not conducting a
9  recall, removing product from the market that was not
10 performing the way it was designed, not notifying
11 physicians about the potential risks, not ensuring that
12 patients were handed these filters that explanted in a
13 timely manner, those are criticisms. I would look at
14 that as criticisms of quality assurance post-market
15 marketing.
16          And then also in terms of quality
17 assurance, some of the -- the labeling in terms of
18 marketing because that would be some of the claims that
19 they are making about the product. Again, that would
20 feed into physician.
21    Q   Have you seen any evidence that there -- Bard
22 did not appropriately follow federal regulations in how
23 it -- in its complaint handling process?
24    A   Well, now when you say follow federal
25 regulations, that sounds like a legal conclusion. I

1  think the courts usually determine that; the judge,
2  jury, people about that.
3              In terms of what the regulations require
4  as far as if I was a consultant explaining what the
5  regulations, yes, I would -- I would have said that
6  they should have recalled the product.  And I think I
7  said it in my report in 2004, because to me, it's a
8  prohibited act to sell a product that's adulterated and
9  misbranded.  It's not behaving as cleared in a 510(k).
10     Q    I'm not talking about what kind of moves as
11  far as the commercial sale of the product.  I'm talking
12  about complaint handling.  The FDA has requirements
13  that when a manufacturer receives notice of an adverse
14  event or a potential adverse event, they are required
15  to investigate it.  Isn't that correct?
16     A    Yes, they are, and that's just part of quality
17  systems 21 CFR 820.
18     Q    And they then have to submit a MDR, a medical
19  device report, to the FDA regarding that investigation,
20  correct?
21     A    No, not necessarily.  21 CFR 803 allows the
22  company to make a determination of whether something is
23  reportable or not reportable.  Oftentimes companies
24  will say if something is in a label, then it's not
25  reportable.

1    Q    BY MR. NORTH:  And so it's your opinion that
2  its off-labeled use of the Recovery filter in 2004 to
3  implant it in a patient contraindicated for
4  anticoagulation and with a history of recurrent
5  pulmonary embolus if they are likewise a bariatric
6  surgery patient?
7              MR. LOPEZ:  Objection to the form.
8              **THE WITNESS:  Well, that's a different**
9  **question, because now you are going through the**
10 **indicated use.  It could be because the company knows**
11 **they have done no research on anything about a**
12 **bariatric patient.  And a bariatric patient is**
13 **anatomically totally different than a patient of normal**
14 **weight.  And so there are new risks in terms of the --**
15 **and the company knows there is risks in terms of the**
16 **inferior vena cava, and they've done no research.**
17             So let the doctor know they've done no
18 research to make sure it's safe.  He may want to put in
19 something else.  He may want to consider whether she
20 should be on heparin, or the patient.  So let the
21 doctor know that this has never been looked at for this
22 patient population.  Don't just give him something and
23 tell him or her that it's safe to give for a bariatric
24 patient, and then when the bariatric patient dies, they
25 go, well, they were bariatric patients.  They were

```
 1   morbidly obese.  They had clots.
 2              You can't do that.  That's not -- that's
 3   not allowed in terms of the requirements.  It's a
 4   prohibited act to sell a device that's not safe and
 5   effective and adequately labeled.  You are not
 6   adequately informing the physician about this device
 7   before he implants it in a patient.
 8       Q   BY MR. NORTH:  Is it your opinion that the
 9   Recovery filter should have been contraindicated in all
10   morbidly obese patients?
11       A   Theoretically that would have been one option
12   for Bard, particularly since they knew in 2004 the
13   complications in bariatric populations were common and
14   that they had somehow been involved in promotion of it
15   for bariatric use, and now it wasn't safe and
16   attracting deaths.
17              So to contraindicate it would have
18   been -- made perfect sense.  It would have been an
19   option for Bard, and they could go into the FDA and
20   say, you know, we are aware of off-labeled use.  We
21   have never tested it for this.  These patients are
22   dying.  To protect public health, we are going to make
23   a change in our label and contraindicate it for our
24   patients using our filter.  So that would have been one
25   option for Bard to protect safety.
```