# Exhibit A



Deposition of:
## Robert McMeeking , Ph.D.

*July 6, 2017*

In the Matter of:

## In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 23

1      market.

2      BY MS. DALY:

3          Q    Is it your opinion that Bard failed to

4      reduce as far as reasonably practicable the

5      remaining risks by taking adequate protection

6      measures?

7          A    Can you repeat the question, please.

8          Q    Yes.

9              Is it your opinion that Bard failed to

10     reduce as far as reasonably practicable the

11     remaining risks by taking adequate protection

12     measures?

13             MR. O'CONNOR:  Form and foundation.

14             THE WITNESS:  In certain of the designs of

15     the filters those risks, in my opinion, were not

16     reduced to the extent practicable, and I would say

17     that that applies to all of the models that we are

18     discussing in the -- in the present case.

19     BY MS. DALY:

20         Q    And which risks do you identify -- that

21     you have an opinion that Bard failed to reduce?

22         A    The risks of tilting, perforation,

23     migration and fracture by fatigue.

24         Q    Have you determined by any research or any

25     other method that any other manufacturer of

Robert McMeeking , Ph.D.                              July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 24

1      percutaneously retrievable IVC filters have been

2      able to reduce as far as reasonably practical --

3      practicable by taking adequate protection measures

4      any of those risks you just identified?

5                   MR. O'CONNOR:  Form and foundation.

6      BY MS. DALY:

7          Q    In filters.

8          A    I have not investigated that in many

9      cases, and in other cases I'm under restrictions in

10     terms of what I can say when I have been involved

11     in investigating that.

12         Q    Do you rely on any of the work that you

13     have done that you cannot talk to me about for your

14     opinions in this case?

15         A    No.

16                  MR. O'CONNOR:  Form.

17     BY MS. DALY:

18         Q    So anything that you have learned either

19     as a consulting expert or a retained expert with

20     respect to other IVC filters you do not rely on for

21     your opinions in the Bard litigation?

22         A    Yeah, I do not rely on that other

23     information.

24         Q    Okay.  And I'm aware that you've been

25     retained in the Cook litigation.

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 25

1        A     That's correct, yes.

2        Q     Because that's been public.  Okay.

3              I think you just said a moment ago that

4        with respect to all of Bard's retrievable filters,

5        that is from the Recovery to the Denali, that it is

6        your opinion that Bard has not done what is

7        reasonably practicable to take adequate protection

8        measures against tilt, perforation, migration and

9        fracture?

10       A     That's correct.

11       Q     Okay.  Is it your opinion that the various

12       modifications that Bard has made along the way to

13       its retrievable IVC filters did nothing to reduce

14       the risks associated with either tilt, perforation,

15       migration or fracture?

16             MR. O'CONNOR:  Form.

17             THE WITNESS:  The -- some of the changes

18       that were made would have some effects on one or

19       more of those phenomena that can take place in

20       filters, and in some cases it's unclear whether the

21       measure taken had the effect intended, but -- but

22       there would have been some benefits from some of

23       the changes which were made.

24       BY MS. DALY:

25       Q     Have you specifically modeled any filter

Robert McMeeking , Ph.D.                                July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 26

1      from the G2X, Eclipse, Meridian or Denali models?

2           A    I've modeled the G2X.  I have modeled all

3      of the filters in the sense that I've made the

4      assessment that they all have similar

5      characteristics and, therefore, in certain of the

6      aspects of the behavior, the response will be the

7      same -- will be very similar in each of the

8      filters.

9           Q    When you say "model," with respect to the

10     G2X on to the Denali, you've looked at design

11     drawings, correct?

12          A    Correct.

13          Q    And you've taken -- you've looked at the

14     measurements of the, you know, length of legs or

15     width of legs, those sorts of things, correct?

16          A    Well, I've relied on the engineering

17     drawing to give me the values of those lengths.

18          Q    So in that sense you've -- you've modeled

19     from the design drawings, correct?

20          A    Well, I should -- I should clarify my

21     response.

22               I have looked at those drawings and I've

23     compared all the filters with each other in terms

24     of their size and shape and so on, and then that

25     has allowed me to make a deduction that my modeling

Page 27

1        of the G2 and the G2X is representative of the

2        behavior that one would expect to see in the models

3        namely the Eclipse, the Meridian and the Denali.

4        Although not exactly the same, there would be

5        similar behavior in each of these other three

6        filters.

7            Q    Have you done any FEAs specific to the

8        Eclipse, the Meridian or the Denali?

9            A    I have not done FEA analysis specific to

10       the Eclipse, Meridian and Denali.

11           Q    And you have not done work that would tell

12       you what the specific modifications of filters that

13       Bard has -- has included would do with respect to,

14       for example, loads on the filter, strains that the

15       filter is --

16           A    I have not --

17                MR. O'CONNOR:  Form and foundation.

18       BY MS. DALY:

19           Q    Let me finish.

20                MR. O'CONNOR:  Let her finish the

21       question.

22       BY MS. DALY:

23           Q    Let me finish.

24                -- strains that the filter sees or loads

25       that are put on those filters?

Page 28

1            MR. O'CONNOR:  Form and foundation.

2            THE WITNESS:  I have not done any

3    calculations that specifically identify the

4    detailed differences that would occur because of

5    the design changes going from the G2X through to

6    the Denali.

7    BY MS. DALY:

8        Q    So going back to the language of the

9    standard, on what do you base your opinion that

10   Bard has not done what is reasonably practicable to

11   take appropriate protection measures in any of its

12   retrievable filters against the complications that

13   you identified?

14       A    Well, part of the issue is that they

15   should have taken certain measures sooner than they

16   ultimately did and that the measures that they

17   eventually took were not necessarily effective at

18   reducing the risk to the extent practicable and

19   they didn't investigate the consequences -- they

20   didn't investigate thoroughly the consequences of

21   the trade-offs that were involved in the design

22   changes to modify the filters from the G2

23   through -- G2X through to the Denali.

24       Q    How would they have done that differently?

25       A     Well, they would have done more

Robert McMeeking , Ph.D.                         July 6, 2017
In Re: Bard IVC Filters Products Liability

                                          Page 34

1      efforts that Bard made to add these anchors and

2      limiters that were unsuccessful initially and more

3      changes had to be made?

4                MR. O'CONNOR:   Form.

5                THE WITNESS:   I do know that some of the

6      designs of the caudal anchors that they

7      investigated did not work as well as others.

8      BY MS. DALY:

9          Q    The other thing you talked about was that

10     Bard could have redesigned the configuration of its

11     filters.  It was a little vague to me.  What do you

12     mean by that?

13         A    Well, I mean the -- the shape of the

14     limbs, the dimension of the limbs, in other words

15     their -- their diameter, they could have considered

16     different numbers of limbs, they could even have

17     considered moving to a different material.  So

18     there's a fairly large number of design choices

19     that could have been considered, and they could

20     well have come up with a combination of features in

21     the design that gave them a better combination

22     of -- of phenomena in terms of how the filter

23     behaved.

24         Q    Do you know -- are you aware of any steps

25     that Bard took along the way from Recovery to

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 45

1      didn't have them at that time.  So you don't know?

2           A     I don't know.

3                 MR. O'CONNOR:  Form.

4      BY MS. DALY:

5           Q     Having looked at the Denali filter, you do

6      see that there are some differences in that filter

7      than the previous ones, true?

8           A     Yes, that's correct.

9           Q     Okay.  Is it your opinion that Bard has

10     failed to reduce as far as reasonably practicable

11     by taking adequate protection measures risks of

12     tilt, perforation, fracture and migration in the

13     Denali?

14          A     Yes.

15          Q     And what's the basis for that?

16          A     Because you still see incidences of all of

17     those phenomena in Denali filters.

18          Q     We'll -- we'll talk about that further

19     later.

20                You have not undertaken to compare

21     reported rates or reported incidents, let's put it

22     that way, reported numbers of incidents of any of

23     the complications you've identified in the various

24     ones of the Bard filter models, have you?

25          A     No, I have not done that.

Robert McMeeking , Ph.D.                                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 51

1          fracture known and foreseeable risks of IVC

2          filters?

3              A     Of many IVC filters, yes.

4              Q     And are you aware that some of those

5          events have undesirable effects on the patient and

6          some don't?

7                    MR. O'CONNOR:   Form.

8                    THE WITNESS:   Well, I'm not a medical

9          expert so I can't really answer that question.

10         BY MS. DALY:

11             Q     Fair enough.

12                   And similarly, as an -- as an engineer,

13         you're not qualified to give an opinion as to what

14         the benefits are of any -- to any given patient of

15         the use of an IVC filter, true?

16                   MR. O'CONNOR:   Form.

17                   THE WITNESS:   No, I would not do that.   I

18         would not offer such opinions on the benefits.

19         BY MS. DALY:

20             Q     Okay.  Are you giving any opinions in this

21         litigation that Bard complied with or failed to

22         comply with any specific FDA regulations?

23             A     No, I'm not offering such opinions.

24             Q     If you look at page 10 of the report

25         you're looking at now, you say that "Bard was not

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

                                              Page 52

1        frank and honest with the FDA and did not fully

2        inform the FDA of deficiencies in the G2 filter."

3              Do you see that?  It's at the very last

4        long sentence at the bottom of 10.

5        A    Yes.  I see that.

6        Q    What's the basis for your opinion?

7        A    The basis, I'm relying on Dr. Parisian for

8        that opinion.

9        Q    Okay.  You have not reviewed the materials

10       that she has reviewed, for example, true?

11       A    I've not reviewed --

12             MR. O'CONNOR:  Form.

13             THE WITNESS:  -- all of that material.  I

14       probably have seen some of it.

15       BY MS. DALY:

16       Q    And to your point a moment ago that you

17       are not giving opinions about FDA regulations, is

18       it also fair to say that you are not giving

19       opinions about what Bard's corporate behavior was

20       vis-a-vis what was expected by the FDA?

21       A    I'm --

22             MR. O'CONNOR:  Form.

23             THE WITNESS:  I'm not offering such

24       opinion.  Although may I go back and add to my

25       answer to your previous question --

Robert McMeeking , Ph.D.                                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 129

1     severe stiffness constraint on whether the relative

2     motion of the arms and the legs can be accommodated

3     as the filter, if you like, tries to stretch.  So

4     that -- that's a possibility.

5          Q    Do you have any case that you can point to

6     that you have worked on where there was imaging

7     evidence of perforation, tilt or migration that

8     occurred before a leg fracture?

9          A    I haven't looked into that.

10              MR. O'CONNOR:  Belated objection to the

11     form of the question.

12     BY MS. DALY:

13          Q    Have you done any work to determine what

14     modifications Bard could have made to the legs

15     themselves to improve on those legs' contribution,

16     if any, to tilt, perforation, fracture or

17     migration?

18          A    No, I haven't looked into that.

19          Q    We've talked a little bit about the

20     anchors and limiters present on the Meridian.  Is

21     it your opinion that those are reasonable

22     modifications by Bard to -- to improve resistance

23     to migration, tilt and perforation?

24          A    It's a reasonable concept for how the tilt

25     and migration behavior can become -- can be

Robert McMeeking , Ph.D.                      July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 130

1    limited.

2        Q    Would -- do you have an opinion whether

3    those anchors or limiters on the Meridian would add

4    fracture resistance to that filter?

5        A    I have no opinion on that.

6        Q    Same questions with Denali, do you think

7    that the limiters that the Denali has will act to

8    improve resistance to migration, tilt, perforation

9    and fracture?

10            MR. O'CONNOR:  Form.

11            THE WITNESS:  It's -- it is reasonable to

12   expect that there will be some effect on -- on tilt

13   and migration and that those would have possible

14   knock-on consequences to perforation and fracture.

15   And so I'd like to revise my answer about the

16   Meridian in the same way, that the caudal anchors,

17   to the extent they limit tilt and migration, they

18   could have beneficial effects on perforation and

19   fracture.

20   BY MS. DALY:

21       Q    Okay.  What modifications to the G2 filter

22   assisted in resistance to cephalic migration?  Do

23   you have an opinion on that?

24            MR. O'CONNOR:  Form.

25            THE WITNESS:  I'm not aware of any changes

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 131

1     that would have had an impact on cephalic

2     migration.

3     BY MS. DALY:

4          Q    Are you aware that the incidents of

5     cephalic migration of G2 and later Bard filters

6     has -- has improved greatly?

7          A    I'm not aware of that.

8          Q    What about the change to the G2 filter

9     contributed to caudal migration, if you have an

10    opinion?

11               MR. O'CONNOR:  Form.

12               THE WITNESS:  Sorry, can you repeat the

13    question.

14    BY MS. DALY:

15         Q    Yeah.

16               Do you have an opinion about whether any

17    design modification that Bard made to the G2 filter

18    resulted in caudal migration?

19         A    You mean going from the Recovery to the G2

20    filter --

21         Q    Yeah.

22         A    -- whether that improved caudal migration?

23         Q    No, whether it caused it.

24         A    Whether it contributed to it.

25         Q    Yes.

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 132

1        A     I have no opinion on that because I have

2     not studied it.

3        Q     Okay.  Have you studied what the mechanism

4     is anatomically to create caudal migration in any

5     Bard filter?

6        A     I've not studied that independently.

7        Q     Okay.

8        A     I've only --

9        Q     What does that mean?

10        A     What does it mean.  I've looked at the

11     Bard report of their bench test --

12        Q     Okay.

13        A     -- and -- which is suggestive of a

14     mechanism that can drive caudal migration.

15        Q     Okay.

16        A     Because it's -- because it's associated

17     with tilt.

18        Q     Okay.  And have you done any work to

19     determine how Bard might have modified its filters

20     to reduce tilt that you associate with caudal

21     migration, with contributing to caudal migration?

22                MR. O'CONNOR:  Form.

23                THE WITNESS:  Well, the only observation I

24     have is that the effective caudal anchors would

25     have had a beneficial effect, but otherwise I've

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

                                            Page 133

1      done no thinking or studying of that.

2      BY MS. DALY:

3           Q    All right.  If you look at your report,

4      page 13, it's the G2 Express filter.

5           A    Yes.

6           Q    We've talked about the cap change I think

7      exhaustively.

8           A    Yes.

9           Q    And did you have any other observation of

10     the G2 Express as -- as having characteristics that

11     that particular filter had that contributed to any

12     of these complications different from Recovery and

13     G2?

14          A    Well, the cap -- sorry, the hook on the

15     cap, because it would have touched -- during tilt

16     it would have been touched, under certain

17     assumptions about how the filth occurs, it would

18     have touched the wall of the vena cava first as

19     opposed to other points on the cap, and that would

20     have had some effect on what happens in terms of

21     perforation and tilting of the -- of the filter.

22               And it's my assumption that the big hook

23     would have taken -- would have been -- would have

24     taken longer to perforate through the wall of the

25     vena cava than the cap itself, although that's just

Robert McMeeking , Ph.D.                         July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 149

1        A    I don't have any information on that.

2        Q    What about its ability to migrate either

3    cephalad or caudal, do you have any information on

4    that?

5        A    I have no direct information on that.

6        Q    So your criticism is that there are

7    aspects of the Denali that in your opinion will

8    allow it -- make it that it can tilt, perforate,

9    fracture or migrate?

10       A    Yes.  And I -- I -- I should comment that

11   there is some description of -- of events for the

12   Denali in the supplementary report.

13       Q    Right.  Right.  And I'm going to --

14       A    I don't mean to ignore --

15       Q    -- get to those.

16       A    -- that.

17       Q    Yeah, I'm going to get to those.

18            Okay.  Do you know of modifications to the

19   Bard filters, any of them, that would have made

20   them unable to fracture, tilt, perforate or

21   migrate?

22            MR. O'CONNOR:  Object to the form of the

23   question.

24            May I hear the question back again.

25            THE WITNESS:  Could you repeat the

Robert McMeeking , Ph.D.                                    July 6, 2017
In Re: Bard IVC Filters Products Liability

                                                        Page 150

1      question.

2                    MS. DALY:  Can you read that one.

3                    (Record read as follows:

4                    "Do you know of modifications to

5                     the Bard filters, any of them,

6                     that would have made them unable

7                     to fracture, tilt, perforate or

8                     migrate?")

9                    THE WITNESS:  I haven't studied that.

10     BY MS. DALY:

11         Q    So you -- you do not have an opinion that

12     there was a method by which Bard could eliminate

13     tilt, fracture, perforation or migration in any one

14     of its iterations from Recovery to Denali?

15                   MR. O'CONNOR:  Form and foundation.

16                   THE WITNESS:  You mean simultaneously

17     eliminate all of those negatives?

18                   MR. O'CONNOR:  Form.

19     BY MS. DALY:

20         Q    Or one by -- or any of them, either all of

21     them or, yes, you could -- you could have

22     eliminated completely this, this or this.

23         A    Well, I -- I think it's possible to

24     eliminate one of the phenomena by itself but --

25         Q    What's that?

Page 175

1      either with your analysis?

2          A    No, I have not.

3               MR. O'CONNOR:  Form.

4      BY MS. DALY:

5          Q    Okay.  Are you aware of any FDA

6      regulations relating to testing that Bard failed to

7      meet?

8               MR. O'CONNOR:  Form.

9               THE WITNESS:  I'm -- I'm not giving any

10     opinion on what they did relative to requirements

11     of the FDA.

12     BY MS. DALY:

13         Q    All right.  Thank you.

14              Are you going to provide an opinion that

15     Bard had a higher rate of any particular type of

16     complication relative to other filters?

17              MR. O'CONNOR:  Form.

18              THE WITNESS:  I'm not going to offer any

19     opinion on the relative rates of complications of

20     one filter versus another.

21     BY MS. DALY:

22         Q    What about one Bard filter versus another

23     Bard filter?

24         A    I'm not going to give an opinion on that

25     because I don't have enough data to truly assess

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 176

1    the situation.

2         Q    Okay.  You're not going to give opinions

3    on your interpretation of medical literature that

4    reports on various incidents of complications then;

5    is that correct?

6         A    I'm not going to give opinions on what's

7    in the medical literature, other than to say that

8    they're consistent with my assessment of the

9    engineering considerations of the filter and that

10   they tend to confirm that the filters are --

11   have -- are dangerous.

12        Q    Well, let's talk about that a minute.

13   What you -- what you would take from medical

14   literature is that there are reports of, for

15   example, fracture, perforation, tilt and migration

16   in Bard filters, true?

17        A    Yes, that's correct.

18        Q    And you also see medical literature that

19   says that there are perforations, tilts, migration

20   and fractures in other IVC filters on the market,

21   true?

22        A    I'm aware of those reports.

23        Q    Okay.  And so what did you -- how are you

24   using medical literature to support a conclusion of

25   dangerousness?  That's where I'm --

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 186

1       Q      Did you read her report?

2       A      I read it at the time that I wrote this

3  report.

4       Q      Okay.  Did you review any of the actual

5  data that she analyzed?

6       A      I looked at tables and other information

7  in her reports.  So in that sense I -- I reviewed

8  it.

9       Q      Her Excel sheets, did you --

10      A      No, I didn't --

11      Q      -- review her --

12      A      No, I did not look at her Excel sheets.

13      Q      Okay.  Do you know what information her

14  spreadsheets contain or don't contain with respect

15  to information about the Simon nitinol filter

16  versus other Bard filters?

17      A      Well, I understand that the -- her Excel

18  sheets contain information about failures that were

19  identified in Bard and -- well, Bard filters and

20  that the source of some of that information was

21  more data, and so on.

22      Q      Do you know what time frames she had data

23  for -- data from?

24      A      I would need to look at her report to give

25  you a specific answer to that.

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 187

1        Q    Okay.  If I tell you that she had data on

2     the Simon nitinol from 2004, do you know that one

3     way or another?

4        A    I --

5             MR. O'CONNOR:   Form.

6             THE WITNESS:   I don't know that

7     information, but I could establish it by reviewing

8     her report.

9     BY MS. DALY:

10       Q    Well, it -- that's fine.

11            You did not perform any of the biostat- --

12    biostatistical calculations that went into her

13    report, true?

14       A    No, I -- yes, that's true, I did not carry

15    out any of those calculations.

16       Q    And you did not independently verify her

17    work?

18       A    No.

19       Q    Did you provide her with any information

20    that she used in her report or that she

21    considered --

22       A    No --

23       Q    -- as far as you know?

24       A    -- I provided her no information.

25       Q    Have you talked to her about the report?

Robert McMeeking , Ph.D.                              July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 193

1          Q     You received it from an attorney?

2          A     I received it from an attorney.

3          Q     Okay.  And you had not had that before?

4          A     No, I had not had an exemplar in my

5     possession before.

6          Q     Did your examination of the exemplar

7     change anything that you've written in the rebuttal

8     report about the SNF --

9          A     No.

10          Q     -- or how it compares --

11          A     No.

12          Q     -- to the Bard filters?

13          A     No.

14          Q     All right.  You -- to do your rebuttal

15     report, you looked at the engineering drawings for

16     the SNF --

17          A     Correct.

18          Q     -- is that true?

19          A     That's correct.

20          Q     What else did you look at?

21          A     I looked at -- well, I was looking at the

22     510(k) for the Recovery --

23          Q     Okay.

24          A     -- and it told me various things to do

25     with changes that were made, such as the diameter

Robert McMeeking , Ph.D.                         July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 194

1      of the -- of the limbs and the material of which
2      the filters were made, and so that enabled me to
3      draw conclusions about how to compare the Simon
4      nitinol with the other filters.
5          Q    Okay.  And the Simon nitinol filter is
6      basically -- got a round -- a rounded dome with
7      petals.  You've got a good diagram of that at the
8      back of the report.  And then legs on the bottom,
9      six legs?
10         A    That's correct, yes.
11         Q    Okay.  What design characteristics of the
12     Simon nitinol filter make that filt- -- made that
13     filter not retrievable percutaneously?
14             MR. O'CONNOR:  Form and foundation.
15             THE WITNESS:  Well, I'm not entirely sure
16     because I've not investigated that situation, but
17     it's my surmise that it is the extent of -- of
18     connection among the wire -- wires of the petals
19     and the vena cava wall which presents more material
20     that can bond from the vena cava wall to the petals
21     of the -- of the filter, and so that will generate
22     a robust connection between the filter and the vena
23     cava wall.
24     BY MS. DALY:
25         Q    Did --

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 195

1          A     And also the -- the legs do seem to

2     perforate to some extent through the wall of the

3     vena cava, and I -- I'm assuming that that would

4     present complications upon retrieval.

5          Q     Did you investigate whether once deployed

6     that petal formation was at all difficult to slim

7     back down, if you will, to crimp it into a sheath

8     for retrieval?

9          A     Well, I made an estimate of the stiffness

10    of those petals, and so although I didn't make a

11    comparison with what is required to put it into the

12    delivery sheaths, I -- I did have the analysis at

13    hand from which that could be undertaken.

14         Q     And you determined they were pretty stiff?

15         A     They're -- they're

16         Q     Not to use a good engineering term.

17         A     Yeah, they're -- they're stiff compared to

18    the Bard arms -- sorry, the arms on the Recovery,

19    the G2, and other subsequent filters.

20         Q     And the legs are stiffer than the Recovery

21    and other retrievable --

22         A     Yes.

23         Q     -- Bard filters as well?

24         A     That's correct.

25         Q     Okay.  You understand that the -- that

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 205

1          filter overall, anything like that, that

2          contributes to migration resistance?

3               A    Well, the diameter of the wire controls

4          the stiffness of the wire -- of the components that

5          are made from the wire, so that has a -- that has

6          an effect, which I've already alluded to in the --

7          in the answers I just gave.

8               Q    Okay.

9               A    The length of the petals and the lengths

10         of the legs also contribute to controlling the

11         stiffness, so those would contribute as well.  And

12         I'm not sure if I can identify anything else, but

13         those were -- those would be the things that I

14         would identify.

15              Q    Did you do any analysis of how one would

16         make changes to either the petal dome or the legs

17         of the SNF to allow it to be retrievable?

18              A    Can I augment my answer of just a second

19         ago?  The -- the diameter or the span of the petals

20         and the span of the arms -- the legs relative to

21         the diameter of the vena cava would contribute to

22         the forces which are involved and, therefore,

23         contribute to the question of whether migration is

24         or is not likely in the Simon nitinol filter.

25                   But to move on to your subsequent

Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 206

1     question, I didn't make -- do any analysis to look

2     at what changes might -- what changes -- what

3     impact they would have on the behavior of the -- of

4     the filter.

5          Q     Including the last thing that you just

6     mentioned to me, the difference in span?

7          A     Yes.

8          Q     How that might have to be re-engineered to

9     allow for retrieval?

10         A     I did not look at that.

11         Q     Okay.  The next thing that I saw from your

12    report was that the design of the SNF legs make

13    them more prone to perforation than the struts of

14    the Recovery and the G2?

15              MR. O'CONNOR:  Where are you looking at in

16    the report?

17    BY MS. DALY:

18         Q     The different ones start on page 11.  Your

19    first one was migration, and then the little B on

20    page 11 is where I'm reading from right now.

21              I'm sorry, that's not where I got it from.

22    Go to page 13.  I apologize.  B on page 13.

23         A     Yes.

24         Q     So I think what you concluded there was

25    that the legs of the Simon nitinol were more prone