**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **NO. 2:15-MD-02641-PHX-DGC** |
| **This document relates to:** *Rosemarie Marengo* 2:16-cv-02991-DGC<br>*Jillian Nava* 2:16-cv-03099-DGC | **NOTICE OF ATTORNEY'S CHANGE OF ADDRESS** |

**NOTICE OF ATTORNEY'S CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, pursuant to Rule 83.3(d) of the Local Rules of Civil Procedure, the undersigned counsel files this Notice of Attorney's Change of Address, effective October 30, 2017. All phone numbers and emails remain the same; the new address is as follows:

**Bailey Peavy Bailey Cowan Heckaman PLLC
Marathon Oil Tower
5555 San Felipe St., Suite 900
Houston, TX 77056**

RESPECTFULLY SUBMITTED this 18th day of October, 2017.

> By:  */s/ K. Camp Bailey*
> K. Camp Bailey
> Texas Bar No. 24006782
> Bailey Peavy Bailey Cowan Heckaman PLLC
> The Lyric Centre
> 440 Louisiana Street, Suite 2100
> Houston, Texas 77002
> 713-425-7100 Telephone
> 713-425-7101 Facsimile
> bailey-svc@bpblaw.com
> *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2017, a true and correct copy of this Notice of Change of Address was furnished via electronic filing, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing.

/s/ K. Camp Bailey
K. Camp Bailey