# Exhibit B



Deposition of:

# David Garcia , M.D.

*June 21, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions

1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

David Garcia , M.D.                                    June 21, 2017
In Re: Bard IVC Filters Products Liability

Page 44

1    mean, sometimes we end up lumping things like that

2    together.  But we maybe shouldn't always do so.

3           Q.   Explain that a little bit further.  I'm not

4    sure I'm following what you're saying.  You're saying

5    that you should look at those individually?

6           A.   Well, I'm saying that in clinical practice,

7    sometimes all we have is evidence about a product that

8    is two or three steps removed from what we're

9    contemplating using.  And we may choose to apply that

10   evidence or consider that evidence, but we've got to

11   realize that it's got limitations.

12            And, I mean, to the extent possible in both of

13   these litigations, I'm trying to make my opinions as

14   pertinent to the specific products that are being

15   considered as I can.

16          Q.   Okay.  'Cause as I read your report, you're

17   not offering opinions specific about, you know, one

18   manufacturer's filter versus another manufacturer's

19   filter.  You're offering general opinions about IVC

20   filters vers -- their use generally versus using them

21   with anticoagulants?

22            MR. JOHNSON:  Form.

23          A.   So, what I would say is that I -- I do have

24   some opinions that I think are relevant to both

25   litigations, that apply to filters broadly.  But I would

David Garcia , M.D.                              June 21, 2017
In Re: Bard IVC Filters Products Liability

                                                    Page 45

1     say that there are other material facts and opinions

2     that are specific to --

3              Q.   (By Mr. Lerner)  Okay.

4              A.   -- to products.  And I would say that the

5     section of the report that deals with Kessler --

6     Kessler's report is an example of, you know, Bard

7     specific --

8              Q.   Okay.

9              A.   -- information.

10             Q.   That helps me out.  So, did you do a similar

11    addendum in -- for that report in Cook litigation, that

12    involved reviewing some materials that are specific to

13    Cook -- any internal documents and regulatory history?

14             A.   Yes, there are references in my Cook report to

15    internal documents as -- as well as some specific

16    clinical studies of Cook products --

17             Q.   Okay.

18             A.   -- that were done, you know, for the purpose

19    of registering Cook products or getting their -- getting

20    their clearance.

21             Q.   Understood.  But for purposes of the Bard

22    litigation, the entirety of your opinions are included

23    in your report, the addendum -- the Kessler addendum to

24    your report, and then the case specific to Jones?

25             A.   Yes.

David Garcia , M.D.                           June 21, 2017
In Re: Bard IVC Filters Products Liability

Page 46

1        Q.   Okay.  And the general points you make in

2     your -- in this report, I assume there's large portions

3     that's copied and pasted in the Cook report?

4        A.   Yeah.

5             MR. JOHNSON:  Form.

6        A.   I -- I would say that there's a lot of overlap

7     in between the two --

8        Q.   (By Mr. Lerner)  Okay.

9        A.   -- regarding the general opinions about --

10    about risk and benefit, yes.

11       Q.   Okay.  And do you currently have any plan to

12    do any further work on your reports?

13       A.   No.

14            MR. LERNER:  Okay.  All right.  Let's turn to

15    your CV.  We'll mark that -- your CV is being marked as

16    Exhibit-5.

17            (Exhibit-5 marked for identification.)

18            MR. JOHNSON:  Thanks.

19       Q.   (By Mr. Lerner)  And just going back to your

20    Cook opinions, are you offering any opinions in that

21    case that Cook filters are safer or less safe than other

22    filters?

23       A.   I don't -- I don't think I am, no.

24       Q.   Okay.  All right.  So, this is a CV that you

25    prepared and submitted as part of your report.  It's