# Exhibit C



Deposition of:
# Derek Muehrcke , M.D.

*July 24, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Derek Muehrcke, M.D.  July 24, 2017
In Re: Bard IVC Filters Products Liability

Page 136

```
 1   apologize for being a little slow here.
 2       Q   The sixth line down on the second paragraph.
 3   The first complete paragraph on that page.
 4       A   Yes.  She's also at risk of her Eclipse filter
 5   fragment to perforate her pulmonary artery.
 6       Q   She now remains at high risk for PE.  Are you
 7   on page 8?
 8       A   Yeah.
 9       Q   The paragraph that begins:  Mrs. Jones suffered
10   pain...
11       A   Suffered pain, yes.
12       Q   Go down six lines.
13       A   She is also at risk for her Eclipse filter
14   fragmentation to perforate her pulmonary artery.
15       Q   The sentence before that.
16       A   Okay.
17       Q   She now remains at high risk for PE.
18           That is what you said; correct?
19       A   Yes, yes.
20       Q   What's your basis for saying that?
21       A   Well, her history of DVT's and PE's and her
22   contraindication of anticoagulation, and the loss of a
23   -- her filter's not in place.
24       Q   Do you know whether any physician has
25   recommended her to have another filter implanted?
```