IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Certain Exhibits in Support of Bard's Reply in Support of Motion to Exclude the Opinions of David Kessler, M.D., and for other good cause shown, the Motion is hereby granted, and Exhibit A filed as redacted in support of their Reply in Support of Motion to Exclude the Opinions of David Kessler, M.D. is hereby sealed.