UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| James Bratcher,      ) | |
|                              ) | |
|       Plaintiff,         ) | MDL Case No. 2:15-md-02641-DGC |
|                              ) | |
|       v.                   ) | Civil Action No.  CV-17-03585-PHX-DGC |
|                              ) | |
| Bard Peripheral Vascular, Inc. and C. R.      ) | |
| Bard, Inc., et al.,         ) | |
|                              ) | |
|       Defendant. | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

         Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>October 18, 2017</u>                       <u>/s/ Richard B. North, Jr.                                        </u>
                                                                        *Attorney's signature*

                                                                        <u>Richard B. North, Jr. (Ga. Bar No. 545599)        </u>
                                                                        *Printed name and bar number*

                                                                        Nelson Mullins Riley & Scarborough, LLP
                                                                        <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                                                        *Address*

                                                                        <u>richard.north@nelsonmullins.com                     </u>
                                                                        *E-mail Address*

                                                                        <u>(404) 322-6000                                                  </u>
                                                                        *Telephone number*

                                                                        <u>(404 322-6050                                                    </u>
                                                                        *FAX number*