IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>Case No. 2:17-cv-3837-DGC <br>_____ <br><br>BART STAFFORD, <br><br>            Plaintiff, <br><br>        v. <br><br>C. R. BARD, INC., et al., <br><br>            Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:    The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Bart Stafford.

Dated: 10/20/2017                    Respectfully submitted,

                                            By: /s/Thomas P. Cartmell
                                            Thomas P. Cartmell (MO Bar No. 45366 )
                                              (admitted *pro hac vice*)
                                            **Wagstaff & Cartmell, LLP**
                                            4740 Grand Ave., Suite 300
                                            Kansas City, MO 64112
                                            (816) 701-1100
                                            (816) 531-2372 (fax)
                                            tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 20th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff