AO 435
AZ Form (Rev. 1/2015)

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Amanda Sheridan | 2. PHONE NUMBER 602.382-6304 | 3. DATE 10/19/2017 |

4. FIRM NAME: Snell & Wilmer

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS 400 E. Van Buren | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |

| 9. CASE NUMBER 2:15-MD-02641-DGC | 10. JUDGE DGC | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| | | 11. 10/05/17 | 12. |
| 13. CASE NAME Bard IVC Filters Products Liability Litigation | | LOCATION OF PROCEEDINGS | |
| | | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Case Mngmt Conference | 10/05/17 |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [ ] PDF (e-mail) | |
| 7 DAYS | [ ] | [✓] | | [✓] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
asheridan@swlaw.com

19. SIGNATURE  s/ Amanda C. Sheridan

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE  October 20, 2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY