# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

At the tenth case management conference on July 13, 2017, the Court and parties discussed the discoverability of communications between Plaintiffs' experts, with the Court attempting to provide some guidance on its interpretation of Rule 26(b)(4). *See* Doc. 6765. The Court thereafter directed Plaintiffs to produce to Defendants all discoverable communications among their experts and to provide a privilege log that identifies the specific basis on which Plaintiffs conclude that any communications are protected under Rule 26(b). Doc. 6799 at 2.

In their recent status report, the parties raised a dispute regarding Plaintiffs' production of the expert communications and privilege log. Doc. 7854 at 11-17. Plaintiffs state that they have produced all communications between attorneys and experts excepted from Rule 26(b)(4)'s protection and, with one exception, have produced every communication between experts even if attorneys were copied on the communications. *Id.* at 12. Defendants take the position that every communication from an expert either needs to be produced or listed on a privilege log. *Id.* at 13-14.

The dispute was addressed at the eleventh case management conference on October 5, 2017. *See* Doc. 8144. The Court declined to require a privilege log but, with the parties' consent, directed Plaintiffs to submit the expert communications withheld for *in camera* review of ten randomly selected communications. Doc. 8113 at 1. Plaintiffs provided the communications to the Court on October 13, 2017. *See* Doc. 8182.

The Court has completed its review and finds that the communications are protected by Rule 26(b)(4) and were properly withheld. *See Izzo v. Wal-Mart Stores, Inc.*, No. 2:15-cv-01142-JAD-NJK, 2016 WL 593532, at *4 (D. Nev. Feb. 11, 2016) (finding that the withholding party met its burden of showing that expert-attorney communications did not fall within one of the exceptions to Rule 26(b)(4)(C)).

**IT IS ORDERED** that Plaintiffs need not produce the withheld expert communications or provide a privilege log on these communications to Defendants.

Dated this 20th day of October, 2017.

_____
David G. Campbell
United States District Judge