# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Simpson, | ) |
| | ) |
|       Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
| | ) |
|       v. | )   Civil Action No.  CV-17-03802-PHX-DGC |
| | ) |
| C. R. Bard Inc., | ) |
| | ) |
|       Defendant. | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.


Date:  October 23, 2017      /s/ Richard B. North, Jr.
                                       *Attorney's signature*

                                       Richard B. North, Jr. (Ga. Bar No. 545599)
                                       *Printed Name and bar number*

                                       Nelson Mullins Riley & Scarborough, LLP
                                       201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                       *Address*

                                       richard.north@nelsonmullins.com
                                       *E-mail address*

                                       (404) 322-6155
                                       *Telephone number*

                                       (404) 322-6050
                                       *FAX number*