# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

_____

This Document Relates to Plaintiff,

Tamesha Brooks
Case No. 2:17-cv-003170-DGC

_____

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

          Respectfully Submitted,

          **FLINT LAW FIRM LLC**

          /s/ Brian S. Katz
          Brian S. Katz, KY Bar No. 86633
          FLINT LAW FIRM, LLC
          2226 Broadway, Suite 1
          Post Office Box 2903
          Paducah, Kentucky 42002-2903
          Phone: (270) 575-3939
          Fax: (270) 575-3936
          bkatz@flintfirm.com
          *Attorney for Plaintiff*