# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

_____

This Document Relates to Plaintiff,

Vevie Jennine Graham
Case No. 2:17-cv-003158-DGC

_____

## ENTRY OF APPEARANCE

    COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

    Respectfully Submitted,

    **FLINT LAW FIRM LLC**

    /s/ Brian S. Katz
    Brian S. Katz, KY Bar No. 86633
    FLINT LAW FIRM, LLC
    2226 Broadway, Suite 1
    Post Office Box 2903
    Paducah, Kentucky 42002-2903
    Phone: (270) 575-3939
    Fax: (270) 575-3936
    bkatz@flintfirm.com
    *Attorney for Plaintiff*