# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff,<br><br>Shelly Sowers<br>Case No. 2:17-cv-003157-DGC<br>_____ | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

                                         Respectfully Submitted,

                                         **FLINT LAW FIRM LLC**

                                         /s/ Brian S. Katz
                                         Brian S. Katz, KY Bar No. 86633
                                         FLINT LAW FIRM, LLC
                                         2226 Broadway, Suite 1
                                         Post Office Box 2903
                                         Paducah, Kentucky 42002-2903
                                         Phone: (270) 575-3939
                                         Fax: (270) 575-3936
                                         bkatz@flintfirm.com
                                         *Attorney for Plaintiff*