# EXHIBIT 1

# US FDA Clinical Data Summary of the
# Simon Nitinol Filter®

The following is a non-published summary of a non-randomized, prospective clinical study sponsored by NMT Medical, Inc. (Nitinol Medical Technologies, Inc.) of the Simon Nitinol Filter® for the prevention of recurrent pulmonary embolism. The purpose of the investigation was to confirm filter design and to develop safety and effectiveness data to support a 510(k) submission for approval by the United States Food & Drug Administration (FDA). This clinical investigation was conducted according to a written protocol and in compliance with US Good Clinical Practices regulations. The Simon Nitinol Filter received FDA 510(k) approval in July 1989. All data referenced are on file at NMT Medical.

## Abstract

From February 1988 through November 1990, 258 patients underwent percutaneous placement of the Simon Nitinol Filter in 23 clinical sites in the United States. Follow-up studies mandated clinical evaluation and abdominal radiography; US, MR, and CT were optional. The final clinical results in 180 patients (70%) who completed the 6-month follow-up are analyzed, and significant adverse events during and beyond the 6 month trial period are reported. The data obtained from the trial were analyzed to determine if they adequately demonstrated the safety and effectiveness of the device. The Simon Nitinol Filter demonstrated excellent safety and effectiveness characteristics in protecting at-risk patients from the potentially serious consequences of recurrent pulmonary embolism. The filter was successfully inserted percutaneously via the femoral, jugular or antecubital route in all patients. Symptomatic recurrent pulmonary embolism was demonstrated in 1.2% of patients, and additional asymptomatic emboli were documented in 0.8% of patients. Symptomatic vena caval occlusions occurred in 8.1% and asymptomatic caval occlusions in an additional 1.6% by MR imaging. Filter migration (0.8%) was low and all cases were asymptomatic. The SNF is efficacious and has low morbidity. Its small introducer, two-level filtering, multiple access sites and MRI compatibility are advantageous.

## Introduction

A clinical study was performed to assess the safety and effectiveness of the Simon Nitinol Filter® (SNF). The study enrolled 258 patients at risk of pulmonary embolism. Patients were enrolled at 23 clinical sites and the available data from these centers were compiled for purposes of evaluating the filter's safety and effectiveness.

Each patient enrolled in the study was followed up immediately after filter insertion and at 3 and 6 months post implantation. The data that were collected for each patient included the following: preexisting conditions, previous treatment, primary and secondary indications, procedural difficulties, and complications (major misplacement, migration, occlusion, pulmonary embolism and death). In addition, major complications were reported to the sponsor as they occurred. The sponsor also contacted investigators by telephone to assure that all significant problems and complications were reported.

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

The data obtained from the trial were analyzed to determine if they adequately demonstrated the safety and effectiveness of the device.

## Device Description

The Simon Nitinol Filter represents a new generation of venous interruption devices designed to prevent recurrent pulmonary embolism. It is primarily indicated for patients who cannot, for a variety of reasons, be treated with anticoagulants. The unique design and material of the Simon Nitinol Filter provide excellent filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer with minimal entry site difficulties. The filter may be placed in the right or left femoral, jugular, subclavian or antecubital vein. The placement procedure is quick and simple to perform.

Compared to other filters, the SNF has the thermal shape-memory properties of nitinol, an alloy of nickel and titanium, that allow it to exist as a straightened set of wires when cooled within the storage tube or delivery catheter, and to transform into its predetermined filter shape when warmed to body temperature within the vena cava. The Simon Nitinol Filter has the advantages of a small (7 French I.D.) introducer size, two-level filtering, and MR imaging compatibility.



## Clinical Investigation

This report of the clinical investigation includes the entire 258 patient study population. The parameters that were evaluated included occlusion characteristics, ease and success of insertion, prevention of recurrent pulmonary embolism, and incidence of migration and perforation as well as other adverse events.

### Study Objectives

The objectives of the study included:

a. To assess the ease of filter insertion and placement.

b. To assess the security of filter anchorage as measured by lack of filter migration.

c. To assess the clinical complications of the filter both during the insertion procedure and in the postinsertion period. Complications evaluated included such events as minor complications related to the insertion procedure and occlusion of the filter. Major events such as filter migration, perforation and recurrent pulmonary embolism were likewise evaluated.

d. To assess clot-filtering effectiveness of the filter as measured by lack of recurrent pulmonary embolism.

The Simon Nitinol Filter is intended for use in the prevention of life-threatening pulmonary emboli in those patients at risk for pulmonary embolism or with a history of recurrent

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

pulmonary embolism. The filter was placed percutaneously in all cases. While concurrent anticoagulant therapy was utilized where indicated, this amounted to relatively few cases because of the study selection criteria.

## Patient Selection and Exclusion Criteria

Patients were selected for this study if they presented with pulmonary embolism, or were at risk for pulmonary embolism from deep venous thrombosis, and anticoagulation was contraindicated, had proven ineffective in the past, or had produced complications. In some patients, the SNF was inserted prophylactically prior to major surgery. It was anticipated that many of the patients enrolled in the study would be in poor general health due to the underlying disorders necessitating insertion of the Simon Nitinol Filter. Male and female patients 18 years old and over were selected for inclusion in the study if they:

1. Had experienced a pulmonary embolism and had a clear contraindication to standard anticoagulation treatment,

2. Continued to have recurrent pulmonary embolism despite anticoagulation treatment,

3. Had massive pulmonary embolism requiring treatment with thrombolytic drugs or pulmonary embolectomy,

4. Were undergoing major surgery with high risk of pulmonary embolism (e.g., hip surgery, major neurological surgery),

5. Had deep venous thrombosis involving the pelvic veins or inferior vena cava and were considered at high risk of pulmonary embolism, or

6. Had experienced pulmonary embolism and were likely to have recurrences because of chronic predisposing diseases such as congestive heart failure, pulmonary emphysema, paraplegia, chronic or recurrent deep venous thrombosis.

Individuals not suffering from any of the above were excluded from this study, along with:

1. Patients with a vena cava shown by venography to be greater than 28 mm in diameter (changed to 24mm after 2 migrations were reported),

2. Patients with acute submassive pulmonary embolism secondary to a transient problem (i.e., sports, injury), or

3. Patients prone to leg edema and skin ulcerations.

## Study Population

This report includes all 258 patients who received the Simon Nitinol Filter from February 1988 to November 1990. The data were derived from 23 clinical centers, and the number of patients reported from each center ranges from 1 to 33, with 11 centers contributing 10 or more patients each. Clinical trials were begun at the institutions after approval by their institutional review boards, and appropriate informed consent was obtained from all patients in which the SNF was placed.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

## Evaluation of Safety and Effectiveness Criteria for Filter Placements over Time

This section will discuss the various complications that have been noted with vena cava filters, in general, and analyze the significance of each. In doing so, complications that affect the safety or effectiveness of any type of vena cava filter are divided into two broad categories. The first category consists of operative complications that occur during the placement procedure. These usually are apparent at the time of the procedure or within 24 hours. The second category consists of postoperative complications. Clinically significant postoperative complications generally occur within one month of placement and almost always within three months (Epstein 1989).

### Methods

*Insertion procedure.* The specific filter placement procedure including cooled saline infusion during the delivery, pre- and post-delivery vena cavography, and post-procedure radiography of the Simon nitinol filter have been described previously (1). Protocol requirements included clinical history and physical examination, recording of the filter insertion and peri-procedural details, and plain radiography of the filter post-procedure and again at 3 and 6 months. The 3 and 6 month clinical examination included history, physical examination of the lower extremities and puncture site, and plain radiography of the filter region. Chest radiography and ventilation perfusion lung scans were optional studies. US imaging of the puncture site and filter region, CT, MR, or digital-subtraction angiography were optional studies performed at the discretion of the principal investigators, generally in symptomatic patients. Laboratory tests of blood and urine for kidney and liver function, and blood clotting were performed. For patients who died during the course of the 6-month study or later, autopsy examination of the vena cava and filter was encouraged, but was not a protocol requirement.

*Follow-up studies.* Initial and delayed routine follow-up examinations were performed in order to screen for complications at the venipuncture site, such as hemorrhage and venous thrombosis; and at the filter delivery site, including migration, penetration of the vena cava, filter misplacement, tilting or crossing of the filter legs. Recurrent pulmonary embolism was identified by history and physical examination supplemented by nuclear ventilation/perfusion lung scans in suspected cases, according to standard clinical practice. Vena caval occlusion was diagnosed clinically; follow-up imaging by US, contrast-enhanced CT, MRI, or vena cavography was additionally performed in a number of these cases at the discretion of principal investigators. Laboratory tests were obtained to check for any untoward systemic effects of the nitinol material.

Minor complications such as misplacement or tilting were documented in the study records. Major complications were required to be reported to the study monitor within 3 days by telephone and within 10 days in writing. These included filter migrations, recurrent pulmonary embolism, IVC occlusions, and filter-related death. Such major complications were reported during and beyond the 6-month trial period.

## Discussion of Safety and Effectiveness Data from the Simon Nitinol Filter Study

### Summary

Preexisting conditions for the patients enrolled in the study included many forms of malignancies and cancer, vascular disease, major surgery, and other underlying conditions.

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280775

The overwhelming majority of patients (174 patients or 67%) were either in poor or fair health at the time of entry into the study with 16% of the patients having an advanced malignancy. The indications for filter insertion were reported for 245 of 258 and included: contraindication to anticoagulation—158 patients (65%), failure of anticoagulation—33 patients (14%), severe pulmonary hypertension—1 patient (0.4%), surgery—5 patients (2%), trauma—0 patients (0%) and combinations of these 5 categories—48 (19%)

The insertion procedure for the filter was via the femoral approach for 234 (91%) patients, the jugular approach for 15 (6%) patients, and the antecubital approach for 1 (.3%) patient. There were 8 patients (3%) in whom the approach was not noted. Of the 77 patients who died, only one death was related to the filter.

## Success of Insertion and Placement

### Perforation of the IVC Wall

During the course of caudal migration the diverging legs of the Greenfield filter tend to spread further apart and perforate the vena cava wall (Cimochoski 1980). They may also penetrate adjacent structures such as the aorta, the ureter, or a vertebral body. This process appears to be slowly progressive over a period of months. A protective fibrous tissue sheath develops over the tips of the legs and hooks as a filter extends through the caval wall. Remarkably, perforation of the IVC usually is not associated with symptoms and consequently requires no treatment. The Gunther filter also has shown a high incidence of caudal migration but without further leg spread, since the legs are directed cranially. The Simon Nitinol Filter has shown no perforation of the IVC and minimal caudal migration, probably due to the dual anchoring points of the dome and the filter legs. Filters other than the SNF that have migrated appear to have done so early, prior to three months.

The rate of successful insertion for the Simon Nitinol Filter is 100%. This rate compares quite favorably with the rate of successful insertions for other similar devices, which range from 89 to 99%. There were 10 reports (4%) of difficulties with venipuncture, 18 procedures with reported difficulty advancing the device into the IVC (7%), and 37 reports of difficulty releasing the device into the IVC (14%). As stated, however, none of these difficulties was significant enough to cause a failure of insertion.

With respect to perforation of the vena cava wall and adjacent structures, there have been no reports of such an occurrence with the SNF. There were three (1%) reports of penetration, which is defined as encroachment of the filter legs or dome into the vena cava wall far enough to be visualized via venacavogram. As noted earlier, one of these reports was described as "tenting" and another was indicated as being uncertain. Yet a third report was noted by an investigator but was not substantiated through imaging studies. Penetration itself is not expected to have adverse affects; indeed, for most filters, hooks or barbs in the filter legs must engage the vena cava wall in order to secure the filter attachment.

There was one reported instance of major filter misplacement with the SNF.[1] This problem did not result in any patient safety concerns or in lessening of filter efficacy.

---

[1]  Major misplacement is defined as unintentional placement of the SNF somewhere other than in the intended location, which is in the IVC below the renal vein. Unintended placement in the iliac, hepatic,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280776

Tilting of the filter within the vena cava was included in the investigators' report form simply because it reflects an efficacy criterion for certain other filters. Tilting does not, however, affect the efficiency of the Simon Nitinol Filter as long as the dome remains in contact with the vena cava wall throughout its circumference. There were 54 reports of filter tilting (21%).

## Migration of the Device After Insertion

### Filter Embolization

The Simon Nitinol Filter is initially secured in the IVC by the outward pressure of its expanding elements and by engagement of the terminal leg hooks with the vena cava wall. Within two weeks the SNF becomes further secured by the formation of a thin neoendothelium which grows over the wires wherever they contact the vein wall. Theoretically, embolization of a filter to the heart or lungs may occur at the time of delivery if its normal expansion is prevented by thrombus forming around it while still in its introducer sheath or if the caval diameter is excessively large. Delayed embolization also may occur within the first two weeks if a filter captures clot, the vena cava pressure rises, and the vena cava consequently becomes overdistended[2] (Greenfield 1977). After two weeks, the points of contact between the device and the vein wall become tightly bound by collagen, muscle fibers, and neoendothelium, and embolization of the filter becomes virtually impossible (Epstein 1989).

Embolization of the filter is a serious complication with variable clinical consequences, comparable to pulmonary thromboembolism. These range from being totally asymptomatic to sudden death. Therapy also ranges from nil to open chest surgery and removal of the device.

### Local Filter Migration

It has been noted that vena cava filters may migrate a few centimeters toward the head or toward the feet during the weeks or months following their placement (Sidaway 1986; Miller 1986). This complication is largely dependent upon the specific filter design and reflects the susceptibility of the particular filter to hydrodynamic forces acting upon it. The direction of blood flow and elevated pressure in the vena cava below the filter after clot capture tend to push the filter craniad. Most filters are designed to resist this. A waterhammer effect in the upright position after clot capture, particularly during ambulation, tends to force the filter downward. This may be due principally to the design of those filters. The design of the SNF provides for a second anchor point at the mushroom cap which helps to resist any downward movement. These small migrations usually are clinically insignificant.

The Simon Nitinol Filter is designed to expand to the size of the vena cava and firmly attach to the wall in spite of blood flow or pressure. The ability of the device to remain in position can be assessed by the rate of migration of the filter. During the course of the study, only two instances of migration were noted (0.8%). In one of these cases, the filter was inserted less than two weeks prior to surgery in a patient with a large vena cava. It is believed that as a result of surgery, the vena cava expanded slightly and the device migrated through the heart to the pulmonary artery. The patient was asymptomatic and experienced no adverse effects as a

---

renal vein, or right heart is major misplacement. Placement in the IVC below the renal vein but 1 cm or less too high or 2 cm or less too low is not major misplacement.

[2] The vena cava also may overdistend without clot as a result of right heart failure or during surgical anesthesia involving positive pressure ventilation or abdominal manipulations.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280777

result of the device's migration. Following this incident, labeling for the Simon Nitinol Filter was modified to state that, for filter placement less than two weeks prior to surgery, the maximum vena cava diameter is 24 mm rather than 28 mm as provided in all other situations.

*Prevention of Recurrent Pulmonary Embolism*

It is clinically recognized that the greatest risk of recurrent pulmonary embolism exists during the first few days or weeks after the development of deep venous thrombosis (DVT) or following the initial pulmonary embolic event. The fresh thrombus may still be undergoing active propagation, is relatively fragile, and is poorly attached to the vein wall. It is during this period that pieces break off most easily and migrate to the lungs. For this reason, anticoagulant therapy is instituted immediately or, if this therapy is contraindicated, a vena cava filter device is inserted on an emergency basis. Within the first few weeks the thrombi become more organized, less fragile, and more adherent so that the recurrence rate falls dramatically (Huisman 1989; Sabiston 1977). Thus, anticoagulant therapy may be discontinued after six weeks, though more commonly it is given for three to six months when the risk of recurrent pulmonary embolism (PE) is minimal. Only if there is an underlying disease that continues to predispose to new episodes of DVT or PE is prophylactic anticoagulant therapy continued for more than six months, possibly for life. Once a filter has been inserted it remains in place and offers protection permanently.

The declining rate of recurrent embolization also is reflected in the incidence of postoperative events. The reported incidence of recurrent pulmonary embolism following placement of a filter is very low, i.e., 1-5% (Epstein 1989; Ricco 1988; Greenfield 1984). Where indicated in the literature, and as shown in the clinical studies for the Simon Nitinol Filter and similar filters, such recurrences almost always occur within the first three months, usually within one month (Epstein 1989). While recurrent emboli may have traversed the filter, they also may originate above the filter or even come from the upper limbs, neck, or right heart (McAuley 1984; Gelsinger 1984). Thus a small PE recurrence rate should be expected even with a theoretical perfect filter.

The intended use of the Simon Nitinol Filter is to prevent large clots from entering the lung and posing a serious threat to the life of a patient. Only emboli that pass through the inferior vena cava are trapped by the filter; it is not intended/designed to filter emboli from other parts of the body. Thus, a certain baseline rate of pulmonary embolism is expected despite filter placement, especially with the treatment of patients with recurrent PE.

There were five reported cases of recurrent pulmonary embolism during the study of the Simon Nitinol Filter, for a rate of 1.9%. Two cases were asymptomatic and three cases were symptomatic; all occurred within approximately one month of filter placement. The first patient, who had a history of pulmonary embolism, had a filter placed on May 2, 1988 prior to neurosurgery. On June 3, 1988, the first symptoms of recurrent pulmonary embolism were noted, along with symptomatic occlusion. One month later, the patient's symptoms were resolving. The second patient, who had a primary CNS malignancy, had fatal symptomatic pulmonary embolism one week after filter placement. Upon autopsy, it was found that the filter was completely occluded. The third patient had a filter placed due to a recent PE. The patient had a brain tumor and had had a brain biopsy two weeks prior to filter placement. During filter placement, it was noted that a partial clot was present above the filter in the right ventricle. Within 36 hours of filter placement the patient had expired from a PE. The fourth patient had a filter placed due to deep vein thrombosis. Although the patient was

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280778

asymptomatic, pulmonary emboli were discovered during a routine lung scan two weeks after filter placement. When this patient was followed up two and four months later, no new emboli were found. The fifth patient had a history of pulmonary embolism. The filter was placed on 1/30/89. A routine V/Q scan performed on 3/13/89 demonstrated evidence of a new pulmonary embolus. No symptoms were reported. Of interest was a note on the operative report stating that the filter was placed too low.

Thus, the death rate related to recurrent pulmonary embolism was 0.8%, which compares very favorably with predicate devices. Overall, the Simon Nitinol Filter was shown to be very effective in trapping emboli and preventing embolization to the lungs.

*Filter Occlusion*

Any vena cava filter is designed to trap emboli in the IVC and thus prevent them from reaching the lung where they could prove fatal. Small or moderate sized emboli trapped in a filter are usually asymptomatic since the residual patency of the vena cava and the normal paravertebral collateral veins permit adequate venous return. A large trapped embolus or a cluster of small emboli may occlude a filter completely and thus block the vena cava. Even this may be asymptomatic if there is a generous network of collateral paravertebral veins. More typically, after a period of days or weeks following filter placement, the occlusion occurs and causes a sudden swelling of both lower limbs. The severity may range from mild swelling at the end of the day to severe swelling even at rest, probably depending upon the state of the collateral veins. In rare extreme cases, the collateral vessels also may be occluded, causing severe painful swelling of both lower limbs. In almost all cases the symptoms of IVC occlusion are transient and resolve almost completely within a few weeks or, possibly, a few months. Treatment is primarily leg elevation, the use of elastic stockings, and, if not contraindicated, use of anticoagulant or thrombolytic drugs. On rare occasions surgical thrombectomy may be required.

In these patients it often is clinically difficult or impossible to distinguish IVC occlusion from extension of the preexisting DVT, since the symptoms may be similar. Any preexisting DVT may be a particular problem because the patients often are unable to receive anticoagulant therapy. In the case of the Simon Nitinol Filter, which is nonferromagnetic, the cause can usually be distinguished by magnetic resonance imaging. In the literature reporting the incidence of occlusion with other filters, and in the results of the present clinical study, occlusions have virtually all occurred within three months of insertion of the filter, generally within two months (Epstein 1989; Greenfield 1984; Kanter 1988; Sfeir 1982). This is in accord with general understanding of the declining frequency of recurrence of pulmonary embolism.

It is probable that occlusions of the SNF are almost always the result of captured emboli, rather than thrombosis in situ, for a number of reasons:

1. The majority of SNF's do not develop thrombi or occlusions.

2. There is usually a delay of days or weeks before occlusions occur.

3. The location of thrombi in the SNF corresponds to sites of trapping rather than regions of maximal wire concentration.

4. Animal and in vitro experiments have shown low thrombogenicity of the nitinol material.

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280779

Thus, one can conclude that, for any vena cava filter, occlusion is an expected outcome in a small but significant fraction of patients who experience a major embolic event after filter placement (Simon 1989). It is not a complication in the usual sense of the word, but simply the filter fulfilling its intended purpose (Epstein 1989). In addition, the incidence of filter occlusion likely reflects, primarily, the rate of recurrent embolism in the particular patient population and, secondarily, the mechanical efficiency of the filter. Thus, an inefficient filter might have too low an occlusion rate and too high a pulmonary embolism rate. At the opposite extreme, a filter could have too high an occlusion rate if it could be too easily obstructed by small embolic particles that could be readily managed by the lungs (*e.g.*, the Mobin-Uddin umbrella filter). Optimally, the filter should capture all clinically threatening pulmonary emboli above a critical size. If it is successful, an appropriate rate of IVC occlusion and lower limb venous obstruction is unavoidable.

Studies of vena cava filters typically report on filter occlusion as a complication of filter placement. It is clear, however, that filter occlusion also is indicative of a filter's ability to trap clots effectively and to prevent them from migrating to the lungs (Epstein 1989). Filter occlusion is self-limiting and often resolves spontaneously as the clot is broken down. In other cases, medication may be administered to help dissolve clots.

Of the twenty-five patients for whom filter occlusion was reported, four were asymptomatic and twenty-one were symptomatic. Two of the symptomatic patients also had RPE. In one of these two patients, a complete occlusion and swelling of both legs was observed. One month later, the swelling in one leg had resolved, while the other leg was phlebitic. The patient refused follow-up and was dropped from the study. In the second patient, the patient expired from a PE three days after filter placement. On autopsy, the cava was reported to be completely occluded with clot. Nine other patients with symptomatic occlusion had their symptoms resolved and completed six month follow-up. Five other patients with symptomatic occlusion died of the underlying disease before completing the study and five other patients were lost-to-followup. Of the four patients with asymptomatic occlusion, all completed six month follow-up.

The occlusion rate for the Simon Nitinol Filter appears to be slightly higher than the reported rates for certain other devices. As previously discussed, there is a trade-off between occlusion rates and rate of RPE, such that a lower rate of RPE may lead one to expect a higher rate of occlusion, due to more efficient trapping of clots by the filter. The higher rate may also reflect the underlying disease state(s) of our patient population.

*Deaths*

There were 77 patients who expired during the 6 month study period. In 69 (90%) of these patients, the cause of death was known. In 68 of these patients the deaths were related to the patient's underlying condition and in 1 additional case the death was associated with the device. In another 8 patients, the cause of death was not specified. The high death rate observed in this study was thought to be primarily related to the patients' poor health status upon entry into the study.

In the one death that was possibly related to the device, the patient had a recent brain biopsy two weeks prior to filter implant. The biopsy confirmed the presence of a brain tumor. The patient developed left lower extremity deep vein thrombosis and was recruited into the study. Filter placement was uneventful except for the fact that the patient had a circumaortic left renal vein and therefore filter placement was anatomically lower because of the caudal position of

9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

the lowest renal vein. The filter was placed approximately 1 cm below the lowest renal vein. The patient had not previously had symptoms suggestive of a PE. Approximately 1 week after filter placement, the patient expired from a PE. On autopsy, there was a large PE in the main pulmonary artery. There was also inferior vena cava thrombus completely occluding the vena cava below the filter and extending past the filter by approximately 2 cm. This fresh inferior vena cava thrombus was anatomically separated from the lower extremity thrombus previously diagnosed. The embolus identified in the pulmonary artery was similar in structure and age to the fresh inferior vena cava thrombus.

Unfortunately, there were no imaging studies performed to confirm if the thrombus formation was new thrombus or an extension of the current thrombus. The investigator summized that extension of the fresh thrombus above the filter could be responsible for the acute PE. Therefore, in the absence of any definitive information relative to this thrombus, a conservative approach was taken to the classification of this PE as possibly related to the lack of the filter's efficiency.

*Patient Status*

One hundred and twenty patients completed the study, 77 (30%) patients died prior to completing the study and the remaining 60 (23%) patients did not complete the study. Of the 77 patients who expired, 63 (82%) expired early in the study (prior to the 3 month follow-up evaluation). At the 3 month evaluation, 194 patients were thought to be available for follow-up and at the 6 month evaluation, 180 patients were thought to be available. Completion of these two evaluations were 54% and 67% respectively. Of the 60 patients not completing the study, 2 were lost to follow-up, 2 were dropped from the study after refusing further follow-up, 55 did not come back for their final visit and the follow-up data for 1 patient was not recorded.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280781

## Discussion

The dome of the filter was noted to tilt less than 25 degrees especially in small venae cavae (1). Tilting is due to the circular dome geometry, which is more easily accommodated in the oval IVC diameter with a short axis less than the dome diameter. Such a mild degree of tilting has been shown in vitro not to affect filtering function since the size of the openings in the dome remain constant (8-9).

Significant proximal migration of Simon nitinol filters was observed in two cases, and each was discovered on routine plain film follow-up. Both patients were asymptomatic, and had no evidence of embolism by nuclear ventilation perfusion scans. One of these patients had an IVC diameter within the upper size range for the filter (28 mm, corrected for magnification) by vena cavography, and had major surgery with positive pressure ventilation, a recognized cause of IVC over-distension a day later (11). For this reason, the manufacturer's recommendation for maximum corrected IVC diameter was lowered for pre-operative cases from 28 mm to 24 mm. A second patient had post-operative placement after orthopedic surgery. In each case, the SNF migrated to the pulmonary artery. Migration probably occurs prior to 2 weeks after filter placement, before the progressive endothelialization develops at the IVC wall contact points and secures the filter hooks and legs (12).

The rates of subacute filter occlusion observed in this series are comparable with reported rates of other filter types (13). However, further comments are warranted in order to explain our observations on the distribution of the patients with symptomatic occlusion, and the four patients with asymptomatic occlusion. In the occlusion group, it is important to note that there was a significantly higher occlusion rate in the first 5 sequentially manufactured lots, compared with the subsequent lots used in the trial. The occlusion rate for lots #1-5 was 15.7%, (22/140), and the occlusion rate for the remaining lots #6-32 was 5.3% (7/133) (Fig.2). The possible explanations of this difference are speculative. Such a reduction in occlusion rate raises the possibility of a factor in the manufacturing process influencing filter occlusion. For instance, a suboptimum surface finish or material handling process during manufacture could have adversely affected the filter performance initially, and might have been eliminated by subsequent technical refinements (14). An improvement in the methodology of SNF surface treatment was indeed made (15). It is possible that the original surface finish of the SNF was associated with increased thrombogenicity (14). Alternatively, the difference could be related to a change in the patient population characteristics since the initial patients who received the first five lots were predominantly those with advanced malignancy, notably neurosurgical, or other terminal illness cases. Since too many of these sicker patients died before completing the trial, the investigators were requested not to use the filter for patients not expected to survive the follow-up period of at least 6 months. Subsequently, the patients enrolled may have represented a more general population of pulmonary embolism cases. It is our belief that the patient population is the major determinant of the filter occlusion rate, rather than the filter type or inherent thrombogenicity of the metal alloy. Sicker patients will have a higher occlusion rate, particularly if anticoagulant therapy cannot be used.

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

## Conclusion

The study was designed to evaluate the safety and effectiveness of the Simon Nitinol Filter. The device was inserted in patients meeting the inclusion criteria for the study and representing a variety of ages and underlying conditions. The procedures were performed at a number of institutions representative of the settings where the filter is expected to be used. NMT attempted to obtain immediate follow-up for patients experiencing significant complications as well as to follow up patients 3 and 6 months post-implantation.

As an indication of safety and effectiveness, NMT evaluated procedural difficulties and complications, the success of insertion, filter migration, the rate of recurrent pulmonary embolism, and the rate of occlusion. Patient deaths also were tracked and, although the rate was high, only one was possibly due to the lack of filter efficacy. Overall, the data show that the Simon Nitinol Filter is safe and effective.

We recognize that published clinical trials of vena cava filters, including our own, do not meet strict scientific criteria since they are not randomized or comparative trials, involve different patient populations with many confounding clinical variables, employ limited and different imaging procedures due to added patient risk and cost, have different criteria for complications or adverse events, and may involve industrial interests for FDA requirements. Nevertheless, these data are presented as a particular prospective, multicenter clinical experience, recognizing these limitations. It is hoped that a truly randomized, prospective, independent, multicenter comparative clinical trial will eventually be undertaken.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280783

*References*

(1) Katsamouris AA, Waltman AC, Delichatsios MA, Athanosoulis CA. Inferior vena cava filters: In vitro comparison of clot capture and flow dynamics. Radiology 1988; 166:361–366.

(2) Huisman MV, Biller HR, ten Cate JW, van Royen EA, Vreeken J, Kersten MJ, Bakx R. Unexpected high prevalence of silent pulmonary embolism in patients with deep venous thrombosis. Chest 1989; 95, 3:496–502.

(3) Sabiston DC. Pulmonary embolism. In textbook of Surgery. Editor: Sabiston DC. WB Saunders Co., Philadelphia 1977 Ch. 52; 1841–1859.

(4) Epstein HE, Darcy MD, Hunter DW, Coleman CC, Tadavarthy SM, Murray PH, Castaneda-Zuniga WR, Amplatz K. Experience with the Amplatz retrievable vena cava filter. Radiology 1989; 172:105–110.

(5) Ricco JB, Crochet D, Sebilotte P, Serradimigni A, Lefebvre JM, Boissou E, Geslin P, Virot P, Vaislic C, Gallet M, Biron Y, Lefant D, Desmarq JM, De La Faye D. Percutaneous transvenous caval interruption with the LGM filter; early results of a multicenter trial. Ann Vasc Surg 1988; 3:242–247.

(6) Greenfield LJ. Current indications for and results of Greenfield filter placement. J Vasc Surg 1984; 1.502–504.

(7) McAuley CE, Webster MW, Jarrett F, Hirsch SA, Steed DL. The Greenfield intracaval filter as a source of recurrent pulmonary thrombo-embolism. Surgery 1984; 96:574–576.

(8) Gelsinger MA, Zelch MG, Risius B. Recurrent pulmonary embolism after Greenfield filter placement. Radiology 1984; 165:383–384.

(9) Kanter B, Moser KM. The Greenfield vena cava filter. Chest 1988; 1:170–175.

(10) Sfeir R, Queral LA, Dagher F. Clinical experience with Kimray Greenfield filters. Md State Med J 1982; 31:45–47

(11) Simon M, Athanosoulis CA, Kim D, Steinberg FL, Porter DH, Byse BH, Kleshinski S, Geller S, Orron DE, Waltman AC. Simon Nitinol Vena Cava Filter; Initial clinical experience. Radiology 1989; 172:99–103.

(12) Greenfield LJ, Zocco J, Wilk J, Shroeder TM, Elkins RC. Clinical experience with the Kim-Ray Greenfield vena cava filter. Ann of Surgery 1977; 185:692–698.

(13) Sidawy AN, Menzoian JO. Distal migration and deformation of the Greenfield vena cava filter. Surgery 1986; 99:369–372.

(14) Miller CL, Wechsler RJ. CT evaluation of Kimray-Greenfield filter complications. AJR 1986; 147:45–50.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280784

## GLOSSARY OF TERMS

*Major Misplacement* is defined as the unintentional placement of a Filter not in the intended location immediately below the renal veins, for example, in an iliac, renal, or hepatic vein, or in the right heart. Placement in the IVC below the renal veins, but slightly too high or too low (e.g., 1 cm above or 2 cm below the intended level) is not considered a major misplacement.

*Penetration* is defined as incursion into the vena cava wall. In contrast, perforation is defined as penetration completely through the vena cava wall.

*Migration* is defined as any upward or downward movement of the Filter after its placement as documented by follow-up imaging.

*Recurrent PE (RPE)* is defined on the basis of new perfusion defects on lung scan, filling defects or obstruction, pulmonary arteriogram, or recent thromboembolism at autopsy.

*Occlusion*, by definition, is the state of being closed. The terms partial and complete occlusion have been used to describe IVC occlusion, either by an embolus captured in the filter or by thrombus propagated from below. Complete occlusions of the IVC are likely to be symptomatic. Occlusions are usually transient due to lysis of the thrombus within weeks or months, or less if thrombolytic drugs are used.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280785

| Indication | Patients (n) | Patients (%) |
|---|---|---|
| Contraindication to anticoagulation | 158/245 | 64% |
| Failure of anticoagulation | 33/245 | 13% |
| Severe pulmonary hypertension | 1/245 | 0.4% |
| Surgery | 5/245 | 2% |
| Trauma | 0/245 | 0% |
| Combinations of the above | 48/245 | 20% |
| Total reported indications | 245/258 | 95% |

| Access delivery route | Patients (n) | Patients (%) |
|---|---|---|
| Femoral | 234/250 | 94% |
| Jugular | 15/250 | 6% |
| Antecubital | 1/250 | 0.4% |
| Total reported indications | 250/258 | 97% |

| Clinical Results | Patients (n) | Patients (%) |
|---|---|---|
| Technical success | 258/258 | 100% |
| Recurrent PE | 5/258 | 1.9% |
| Symptomatic | 3/258 | 1.2% |
| Asymptomatic | 2/258 | 0.8% |
| Death due to recurrent PE[†] | 2/258 | 0.8% |
| Migration | 2/258 | 0.8% |
| Filter Occlusion | 25/258 | 9.7% |
| Symptomatic | 21/258 | 8.1% |
| Asymptomatic | 4/258 | 1.6% |

[†] The two deaths represent two of the three symptomatic recurrent PE cases reported here.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280786



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00280787

# EXHIBIT 2

John McDermott

Page 1

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO, EAST COUNTY REGIONAL CENTER

MARY GIORDANO, individually and    )
on Behalf of the Estate of         )
Jacqueline Keith and other         )
qualified survivors,               )
                                   )
          Plaintiffs,              ) Case No.
     vs.                           ) 37-2011-00069363-CU-PO-EC
                                   )
C.R. BARD, INC., a corporation,    )
BARD PERIPHERAL VASCULAR, INC.,    )
a corporation, THOMAS BRANNIGAN,   )
M.D., an individual, FRANKLIN      )
KALMAR, M.D., an individual,       )
JULIE LAIDIG, M.D., an             )
individual, SHARP GROSSMONT        )
HOSPITAL, a corporation,           )
SHARP HEALTHCARE, a corporation,   )
and DOES 1 through 100 inclusive,  )
                                   )
          Defendants.              )
_____)


                    - - -
               February 5, 2014
                    - - -
        Videotaped Deposition of JOHN McDERMOTT, held at
100 Bayview Circle, Suite 5600, Newport Beach,
California, commencing at 10:04 a.m., on the above date,
before Kimberly S. Thrall, a Registered Professional
Reporter and Certified Shorthand Reporter.
               Golkow Technologies, Inc.
        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com

John McDermott

1    counsel, back on the record.  The time is approximately

2    11:28 a.m.

3             (McDermott Exhibit 2 was marked.)

4             MR. LOPEZ:  Okay.  We'll start marking some

5    documents.  Let me find my chart.  Okay.  Exhibit 2.

6    Exhibit 2 I'm handing to the witness.

7             Richard, do you want a copy?

8             MR. NORTH:  Yes, I would.  Thank you.

9             MR. LOPEZ:  It's -- the title of the document

10   is "Product Performance Specification Recovery Filter

11   and Femoral Delivery System."  It has a Bates number at

12   the bottom, which I'm not -- not going to read, just

13   waste time.  And then last page there's a date.  It says

14   11/03.

15   BY MR. LOPEZ:

16      Q.   And my first question to you is whether or not

17   you're familiar -- just generally familiar with a

18   document like this while you were at Bard?

19      A.   Yes.

20      Q.   Okay.  And can you describe for a jury what

21   this document -- not -- not the content, but just

22   generally what this document is -- is meant to address?

23      A.   Yeah.  It's -- it's called a product

24   performance specification, and it's designed to outline

25   the specifications for the product.

John McDermott

Page 84

1      Q.   All right.  And this is an internal
2  Bard-produced document, correct?
3      A.   Yes.
4      Q.   And would you have been involved with --
5  somehow with either the review or the contribution to
6  the material -- the material that is found in this
7  document?
8      A.   Generally, no, I wouldn't be directly involved
9  with the preparation of this document.
10      Q.   I mean, it's a 20-some page -- in fact --
11      A.   Seven.
12      Q.   -- it says 1 of 27.
13      A.   Uh-huh.
14      Q.   I mean, it's a -- a document that I would
15  assume that a lot of people contribute to throughout the
16  company, right?
17      A.   Yeah.
18      Q.   You have regulatory --
19      A.   Yes.
20      Q.   -- probably quality, the engineers?
21      A.   R&D.  This is a lot of technical detail
22  components, all kinds of little things to make the
23  product.
24      Q.   All right.  And then as we go through here,
25  you'll see that there are different, you know, sections

John McDermott

1   and subsections starting with product identification.

2        Do you see that?

3    A.   Yes.

4    Q.   As we go through it, it talks about the -- if

5   you look at page 3, it's industry and regulatory

6   reference, industry documents and standards.  That means

7   that's -- those are the -- what the company is required

8   to follow with respect to this particular product,

9   correct?

10    A.   Yes.  I believe that's what -- that'd be my

11   understanding.

12    Q.   All right.  But --

13    A.   Right.  Again, I don't build these, but I'm --

14    Q.   I understand.

15    A.   -- generally familiar with it.

16    Q.   And we've generally talked about federal

17   regulations, and I mentioned the Code of Federal

18   Regulations.  If you look at page 4, it has the CFR 21

19   Part 820 with respect to quality system regulations.

20        Do you see that?

21    A.   Yes.

22    Q.   And then it has -- the next section says

23   "Premarket Notification 510(k)."  In other words, these

24   are things that the company knows that as they are

25   dealing with this particular product, that these are the

John McDermott

Page 86

1  things that are supposed to guide them through the

2  process to make sure they're -- they're doing things the

3  way they're supposed to be doing them, right?

4      A.   Yes.

5      Q.   And then there's a section on clinical terms.

6  And if you look at page 5 of 5, it has "Intended Use."

7          Do you see that?

8      A.   Yes.

9          MR. LOPEZ:   Jim -- Jim, how can I turn this on?

10  Okay.

11  BY MR. LOPEZ:

12      Q.   And then the intended use for the Recovery

13  filter was indicated for use in the prevention of

14  recurrent pulmonary embolism via permanent or temporary

15  placement in the vena cava.   I'm going to start saying

16  that word right from now on, at least the way the

17  Americans say it.

18          Did I read that correctly?

19      A.   Which word?   Vena?

20      Q.   Vena cava.   I've been saying cava for a year.

21      A.   Oh, yeah.   Cava.   Yeah.

22          MR. NORTH:   That's the Italian --

23  BY MR. LOPEZ:

24      Q.   So that was the intended use of the product?

25      A.   Yes.

John McDermott

Page 87

1    Q.   According to this document?

2    A.   According to this, yes.

3    Q.   This official Bard document, by the way, right?

4    A.   Yeah.  It looks like -- it's got the Bard logo

5    on it, yeah.

6    Q.   "User Needs.  The user requires a permanent or

7    temporary filter that can be safely and accurately

8    placed using a femoral vein approach inside the inferior

9    vena cava vein as a preventative measure to patients at

10   the risk of pulmonary embolism."

11         Did I read that correctly?

12   A.   Yes.

13   Q.   Okay.  And then --

14         MR. LOPEZ:  You can go to full screen.

15   BY MR. LOPEZ:

16   Q.   We're not going to go through this document.

17   It would take another hour.  But -- but anyway, it deals

18   with just about every aspect of this particular product,

19   would you agree with me, where it's going to be used

20   and -- like, for example --

21   A.   "Clinical Terms."

22   Q.   -- if we look at page -- page 13 of 27, there's

23   an issue there -- I mean, a section, "Design Input,

24   Other Physical Characteristics."  Then you go down to

25   6.2.1 at the bottom --

John McDermott

Page 88

1          MR. LOPEZ:  Can you put him up top?  Yeah.

2   Thank you.

3   BY MR. LOPEZ:

4       Q.   -- the Recovery filter under "Design

5   Characteristics," "Filter Clot Capturing Ability,"

6   right?

7       A.   Yes.

8       Q.   And the user requirement is -- the user would

9   be the doc- -- the doctor or -- yeah, I guess it could

10  be the patient too?

11      A.   User is usually thought of as the physician

12  implanting the device.  He's the one using it.

13      Q.   The "filter must trap blood clots."

14           Do you see that?

15      A.   Yes.

16      Q.   And do you see here, it says, "Recovery filter

17  clot capturing ability must be equivalent or better than

18  the Greenfield filter"?

19           There's no equivocation there about that, is

20  there?

21      A.   That's what it says.

22      Q.   Okay.  And -- and that would be true if we were

23  to substitute Simon Nitinol filter for Greenfield

24  filter?

25           MR. NORTH:  Objection to the form.

John McDermott

Page 89

1   BY MR. LOPEZ:

2        Q.   Wouldn't you agree with that?

3        A.   It would be true -- what do you mean?

4        Q.   In other words, that the Recovery filter clot

5   capturing ability must be equivalent or better than the

6   Simon Nitinol filter, wouldn't you agree with that, even

7   though it's not in this document?

8        A.   Oh, you're asking me if I agree --

9        Q.   Yeah.

10       A.   -- with that kind of conceptually outside --

11       Q.   Right.  Right.

12       A.   -- of the document?

13       Q.   Right.

14       A.   Well, I would -- I would default to the

15   document.

16       Q.   Okay.  All right.  Let's look at -- do you

17   see --

18       A.   I don't recall why they chose Greenfield.

19   Maybe because it was market leader.  I don't remember,

20   but --

21       Q.   Well, the Greenfield was the predicate device

22   to the Recovery --

23       A.   Okay.

24       Q.   -- I mean, to the Simon Nitinol filter, right?

25       A.   Okay.  I -- I guess so.  I don't --

John McDermott

Page 90

1      Q.    So the -- okay.   So the Simon --

2      A.    Simon Nitinol was before me.

3      Q.    So the Simon Nitinol -- if the Greenfield

4   filter was the predicate device to the Simon Nitinol

5   filter, then the Simon Nitinol filter under a 510(k)

6   approval process would have to be at least as good or

7   better than the Greenfield filter, right?   Well, let

8   me -- let me withdraw that.

9            I'll represent to you that both the Greenfield

10  filter and the Re- -- and the Simon Nitinol filter were

11  predicate devices.   All right?

12     A.    Okay.

13     Q.    And that the representation here that the

14  Recovery filter clot capturing ability must be

15  equivalent or better than the Greenfield filter, do you

16  know, without respect to this document, whether or not

17  that statement would or should apply to the Re- -- to

18  the Simon Nitinol filter as well as to the Greenfield

19  filter?   If you don't know, I'll move on to the next

20  question.

21     A.    I don't.

22     Q.    All right.   Let's go to the next page.

23           MR. LOPEZ:   And you can move him down now,

24  please.

25  BY MR. LOPEZ:

John McDermott

Page 91

1       Q.   And, again, this is page 14 of 17.  And this is
2   a continuation of what we just read, and this is the
3   user requirement.
4            Do you see where I am -- see where I have those
5   hashmarks?
6       A.   Yes.
7       Q.   "Filter must not migrate."
8            Do you see that?
9       A.   Yes.
10      Q.   "Filter migration resistance.  Filter hook
11   strength.  Filter must not migrate."
12            Do you see that?
13      A.   Yes.
14      Q.   "Filter must not perforate the vessel."
15            Do you see that?  This one here.
16      A.   Oh, yeah.  Yeah, 6 --
17      Q.   And by the way, user requirement means that
18   these are the expectations --
19      A.   Yeah.  This is what --
20      Q.   -- of the doctors?
21      A.   This is what the doctors and the patients --
22   this is what we all want.
23      Q.   No.  This is what they -- their -- their
24   expectations are, right?
25            MR. NORTH:  Objection to the form.  No

John McDermott

Page 92

1    foundation.

2    BY MR. LOPEZ:

3        Q.    Well, does user requirement mean that's what

4    the doctors expect and want?

5        A.    That's the requirement that has been

6    established for the design input.

7        Q.    Next, "Filter sleeve, arms and legs must not

8    separate during the lifetime of the device."

9            Does that mean it -- they shouldn't break?

10       A.    Or come apart.

11       Q.    Or come apart, right?

12           Skip the next one 'cause -- but we -- it's

13   there for the jury to read if they'd like to.

14           And then here, "Filter fatigue resistance.  The

15   filter must not fracture as a result of corrosives,

16   cyclic stresses within the body."

17           Do you see that?

18       A.    I see it.

19       Q.    Now, it came to pass that --

20           MR. LOPEZ:  You can turn the screen off.

21   BY MR. LOPEZ:

22       Q.    -- that once the company started doing some

23   reviews and comparisons between the Recovery filter and

24   other competitive devices, that the Recovery filter did

25   migrate at a higher frequency than competitive products,

John McDermott

Page 142

```
 1              MR. LOPEZ:  We can't do this all day, Richard.
 2              THE WITNESS:  I don't know what -- I'm really
 3    trying hard here to --
 4              MR. NORTH:  He's asking you to clarify the
 5    question --
 6              THE WITNESS:  Yeah.  I just want to make sure
 7    I --
 8              MR. NORTH:  -- and you're interrupting him --
 9              MR. LOPEZ:  No.  He's asking me --
10              MR. NORTH:  -- and you're the one prolonging
11    it.
12              MR. LOPEZ:  He's asking me to change a
13    question.  I'm not going to do it.
14              THE WITNESS:  I'm not ask- -- I didn't ask you
15    to change a question.  I was just making sure I
16    understood it right, so I was repeating it.
17              (The following record was read by the reporter:
18                   "Q.   My question is whether or not
19              doctors would want to know the information you
20              have, the data that you have in comparing the
21              performance of your device to other devices
22              from the point of efficacy and safety?")
23    BY MR. LOPEZ:
24         Q.   Can you answer that yes or no?
25              MR. NORTH:  Objection.  Asked and answered.
```

John McDermott

Page 143

1                THE WITNESS:  Yes, doctors would want to
2    know --
3                MR. LOPEZ:  Thank you.
4                THE WITNESS:  -- the comparison.  However, we
5    don't have comparisons 'cause we don't have comparative
6    clinical data, so we have to rely on the literature.
7                MR. LOPEZ:  Move -- move to strike.
8    BY MR. LOPEZ:
9        Q.    You know that doctors that are using products
10   want to know whatever information exists when a company
11   is looking at its adverse events and whether or not that
12   product at least appears to be more dangerous than other
13   available therapeutic choices that a doctor has?  You
14   know that?
15               MR. NORTH:  Objection to the form.
16               THE WITNESS:  I know that they want to see
17   information about adverse events.
18   BY MR. LOPEZ:
19       Q.    Right.  No.  What I just asked you.  They want
20   to know about comparatives, you know, trending and risk
21   analysis that the company's done based on whatever data
22   that the company has?
23               MR. NORTH:  Objection to the form.
24               THE WITNESS:  Yeah.  I -- I -- I can't disagree
25   with that.  They would want to know anything and

John McDermott

Page 144

1    everything.

2    BY MR. LOPEZ:

3        Q.   Okay.  And you know that some doctors, they

4    only have to hear about one death from a product,

5    whether it be in a case report, whether it be

6    discussions at a meeting, one that could cause them to

7    say I'm not going to use this product anymore until I

8    find out more about it and determine whether or not this

9    is an aberration or whether or not this device is prone

10   to migrate and cause death or to fracture or to have

11   other complications that maybe other products don't

12   have.  You know that?

13            MR. NORTH:  Objection to the form.

14            THE WITNESS:  I give doctors more credit than

15   that.

16            MR. LOPEZ:  Well, let me -- let me -- let's

17   make it easier on both of us.  Let's see what real

18   doctors really -- how real doctors really react and what

19   real doctors really want to know and what's important to

20   real doctors.  Okay?

21            (McDermott Exhibit 6 was marked.)

22   BY MR. LOPEZ:

23       Q.   Exhibit No. 6, have you ever seen this document

24   before?

25       A.   I don't know.

John McDermott

Page 152

1              MR. NORTH:  Objection.  Assumes facts not in

2      evidence.

3      BY MR. LOPEZ:

4          Q.   Do you see that?

5          A.   I see it.

6          Q.   Now, let's look at the next one.  "Stopped

7      using, concerned about reported incidents."  He didn't

8      say anything about a clinical trial or risk/benefit.

9              He just -- this doctor is being reported --

10     another doctor from Missouri is saying he's not going to

11     use this product anymore because of reported incidents,

12     right?

13             MR. NORTH:  Objection to the form.

14             THE WITNESS:  That's what this says.

15     BY MR. LOPEZ:

16         Q.   And -- and as a -- a person in the medical

17     device field, you know reported incidents is what you

18     would see on a MAUDE database?

19             MR. NORTH:  Objection to the form.

20     BY MR. LOPEZ:

21         Q.   The reported incidents are on a MAUDE database?

22         A.   Yes.

23         Q.   Yeah.  Now, I don't know what this is, but

24     I'm -- I'm -- I'd like to find out.  Maybe you can help

25     me.  I'm going to ask you.

John McDermott

Page 153

1          One -- "One of first physicians to receive"

2    blank "memo."

3          Do you know what blank memo is?

4       A.   I don't.

5       Q.   I'd like to find out why that's -- "But has not

6    used since."  He got some memo, and because of that

7    memo, this doctor stopped using the Recovery.

8       A.   Yeah.  I don't know --

9            MR. NORTH:  Objection to the form.

10           THE WITNESS:  I don't know what that -- what

11   that refers to.

12   BY MR. LOPEZ:

13      Q.   Okay.  Let's go to the next page.  A doctor

14   from Tennessee, $200,000 annual volume doctor.  I'm

15   sorry.  Texas.  200,000.  "Heard of," blank, "migration

16   and won't use."  Just heard about a migration, and that

17   influenced the doctor to not use the product.

18           You would agree with me?

19           MR. NORTH:  Objection to the form.

20           THE WITNESS:  That's what it says.

21   BY MR. LOPEZ:

22      Q.   I mean, isn't this telling you what's important

23   to doctors as to whether or not they want to use or not

24   use or whether or not the risk/benefit is good for them

25   or not good for them?

John McDermott

Page 154

1          MR. NORTH:  Objection to the form.  No

2   foundation.

3          THE WITNESS:  What it tells me is that the

4   information is important to their decision-making.

5   BY MR. LOPEZ:

6      Q.   Yeah.  One -- this guy heard of a migration and

7   he's -- and he -- just because he heard of it, he won't

8   use it.

9          MR. NORTH:  Objection to the form.

10  BY MR. LOPEZ:

11     Q.   I mean, we're -- we're getting into the minds

12  of -- of real doctors that are using your product,

13  aren't we, as we go through this --

14         MR. NORTH:  Objection to the form.

15  BY MR. LOPEZ:

16     Q.   -- as to what's important to them as to whether

17  or not they want to put their patients at risk of using

18  one of your products?  Isn't that what this is about?

19         MR. NORTH:  Objection to the form.  No

20  foundation.

21         THE WITNESS:  Is that a question?

22  BY MR. LOPEZ:

23     Q.   Yeah.  Isn't that what this is about?

24         MR. NORTH:  Objection to the form.

25         THE WITNESS:  That's what what is about?  This

John McDermott

Page 166

1    to" -- "the use of the product."

2         A.   I see --

3         Q.   Right here.

4         A.   -- where you're showing, yeah.

5         Q.   All right.  I mean, this -- this is a doctor

6    because of a migration issue with your product stopped

7    using it.

8              MR. NORTH:  Objection to the form.

9    BY MR. LOPEZ:

10        Q.   Don't you think that a doctor like that, before

11   he had any of those experiences would want to know about

12   the experiences that other doctors were having prior to

13   him having those experiences?

14             MR. NORTH:  Objection to the form.

15             THE WITNESS:  Well, you're assuming he's

16   never --

17   BY MR. LOPEZ:

18        Q.   Wouldn't you -- wouldn't he want to know that?

19   I'm -- it doesn't matter -- I may be wrong about whether

20   he knew or didn't know.

21             Don't you think that doctors like this would

22   want to know that information?

23             MR. NORTH:  Objection.

24             THE WITNESS:  Yes.

25   BY MR. LOPEZ:

John McDermott

Page 167

1      Q.   Okay.  Here's a -- here -- here now let's go

2  back to Austin, Texas, a $200,000 account.  "Heard of"

3  blank, "migration and won't use."

4           Just heard of a migration and is not going to

5  use it.

6           MR. NORTH:  Objection to the form.

7  BY MR. LOPEZ:

8      Q.   Isn't that what this tells us?

9      A.   That's what this says.

10     Q.   Here's an- -- here's someone else that -- an

11 account from Nevada.  Maybe that's our doctor,

12 Dr. Phillips -- Mr. Phillips's doctor.  "Account has

13 stopped using due to several reported complications."

14          Okay.  Here's someone in California.  Do you

15 see where I am?  A hundred thousand dollar account.

16 "Has stopped using due to several reported

17 complications."  And then right above, "Stopped using

18 due to the migration deaths."

19          Do you see that?

20          MR. NORTH:  Objection to the form.

21          THE WITNESS:  I do.

22 BY MR. LOPEZ:

23     Q.   I mean, doesn't that tell you that doctors want

24 to know about whether or not you have a device that's

25 causing more migration deaths than any other device on

John McDermott

Page 168

1    the market?

2            MR. NORTH:   Objection.

3    BY MR. LOPEZ:

4        Q.   Don't you think all of these doctors would want

5    to know that?

6        A.   It sounds like they do know it --

7        Q.   No.  But don't you --

8        A.   -- and they're choosing to --

9        Q.   I'm not asking -- you see, we're debating

10   again.  You're not -- you're not playing by the rules.

11           Don't you think every doctor in America would

12   want to know that you are having migration deaths

13   greater than every other device on the market?

14           MR. NORTH:  Objection to the form.  This is

15   inappropriate questioning.  It's a closing argument.

16           MR. LOPEZ:  What?

17           THE WITNESS:  I'm agreeing with you that

18   doctors want access to as much information as possible.

19   BY MR. LOPEZ:

20       Q.   But they want to -- okay.  Exactly.  If -- and

21   if the company has evidence that they're having

22   migration deaths, almost one a month, during the -- the

23   first and second year that a product's on the market

24   many times greater than any other device on the market,

25   don't you think doctors would want to know that?

John McDermott

Page 190

1    NEWPORT BEACH, CALIFORNIA, WEDNESDAY, FEBRUARY 5, 2014

2                          2:11 P.M.

3

4              THE VIDEOGRAPHER:  With the approval of

5    counsel, back on the record.  The time is approximately

6    2:11 p.m.

7              (McDermott Exhibit 7 was marked.)

8

9                      EXAMINATION (RESUMED)

10   BY MR. LOPEZ:

11        Q.   Okay.  I marked an exhibit, Exhibit 7, and I'll

12   describe it, and I'll it put up on the screen.  It has a

13   cover e-mail dated June 23, 2008.

14             I know you weren't there at that -- by then,

15   right?

16        A.   Yeah.  I was gone.

17        Q.   And you're not a recipient.  I'll -- I'll

18   acknowledge that.  And it's a -- the subject matter is

19   "Platinum DIS Discussion."

20             Do you have any idea what that means, platinum

21   DIS discussion?

22        A.   I am thinking it's another generation filter,

23   but I don't know that for sure.

24        Q.   Okay.  I'm going to draw your attention to --

25        A.   Excuse me.

John McDermott

1    Q.   Because we -- we had just talked about this

2  before the break about focus groups and, you know,

3  consultants -- consulting with var- -- and by the way,

4  have you seen this recently as part of your preparation

5  to help refresh your recollection of this document?

6    A.   No.

7    Q.   So we have a -- well, let me show you the

8  document first.  That's just the cover e-mail.  It's

9  entitled "G3 Vena Cava Design Input Summary."  Do you

10  see that?

11       I think the G3 was a -- a project going on

12  after you left.  Is that right, G3?  It may have

13  started --

14    A.   I think so.

15    Q.   It may have started --

16    A.   Yeah.  It -- it's possible that it was started,

17  but it was definitely subsequent to my --

18    Q.   And then it has a section called "Project

19  Background Information."  And then it has a summary of

20  design input.  And then -- let's go to page 4 of 17.

21       MR. LOPEZ:  Can you move the witness to the

22  top, Jim, please?

23  BY MR. LOPEZ:

24    Q.   It says "Multidisciplinary Panel."  And then it

25  gives a date here.  The reason I'm using it, 'cause it

John McDermott

Page 192

1    does reference the time period you were there.  It says,

2    "BPV convened a multidisciplinary panel of physicians

3    with a specific expertise and/or interest in

4    thromboembolic disease and IVC filters to discuss filter

5    complications.  The panel discussed many issues

6    including expected and threshold rates of various filter

7    complications and possible causes for filter problems."

8            So we've used this word "expected."  I'm not

9    sure we've used "threshold rates" yet.  But do you see

10   where I read that?

11       A.   Yes.

12       Q.   It's talking about a multidisciplinary panel in

13   June of 2004.  Do you see that?

14       A.   Yes.

15       Q.   And we talked about something that happened in

16   Chicago in 2006.

17            Does this refresh your recollection that there

18   was a panel that was put together in -- in June of 2004

19   as well?

20       A.   Yeah.  I remember a -- a meeting.  I thought it

21   was in Chicago, but I -- I don't -- I'm not exactly

22   sure.  I don't -- I don't remember something in 2004.

23   The -- I'm -- it's -- clearly it's happened here, but I

24   can't remember.  I don't think they're the same things.

25   Huh?  You guys have studied the record.  I --

John McDermott

Page 193

1    Q.   I don't know.   I -- there's a lot of documents.

2    A.   Yeah.

3    Q.   With regard --

4    A.   Multidisciplinary leads me to think it's that

5    same session, but I -- I -- I can't remember.

6    Q.   Well, when it says "multidisciplinary," they're

7    talking about different types of doctors or --

8    A.   Yeah.   You have different --

9    Q.   -- scientists?

10   A.   Right.   Some have guys that may special- -- see

11   more bariatric patients, some trauma surgeons see trauma

12   patients, and, you know, the idea there is you have

13   different physicians with different levels of expertise

14   around different patients that have PE risks.

15   Q.   Right.   Okay.   So then it -- "With regard to

16   filter migration, the panel's perspective was the

17   following."   Bullet point.   "It should occur less than

18   1 percent of the time."   Right?   "And" -- is that what

19   it says there?

20   A.   Yeah.   That's what it says.

21   Q.   "And for prophylactic filter placement,

22   migration of the heart should virtually never happen."

23   Virtually never.

24        And we know that that never happened, at least

25   in the -- with the documentation you have, about the

John McDermott

1    Simon Nitinol filter, true?

2            MR. NORTH:   Objection to the form.

3    BY MR. LOPEZ:

4        Q.   That we've seen.   Just that one summary.   And I

5    mean, I've -- I've got documents that -- documents I can

6    show you, but at least we know in a summary that was

7    done in March of 2004, it said -- stated other devices

8    had migrations except for the Simon Nitinol filter?

9        A.   Of what was reported, yeah.

10       Q.   "The rate should be less than one in a

11   thousand."   Right?

12       A.   That's what this says.

13       Q.   Okay.   Now, here -- here's a -- an important --

14           MR. LOPEZ:   Could you move the witness down to

15   the -- yeah.

16   BY MR. LOPEZ:

17       Q.   And as part of that same bullet point, this

18   focus group, these multidisciplinary experts said,

19   "Migration should not be different for retrievable

20   filters than for permanent filters."

21           I mean, I just want to make sure that we're

22   clear.   There's been a lot of discussion about that

23   earlier today and with other witnesses.   I mean, the --

24   the bottom line point here, at least with respect to

25   whoever you were consulting in 2004, that migration

John McDermott

Page 195

1    should not be different for retrievable filters than for

2    permanent filters.   Did I -- should not, right?

3        A.    That's what it says, yeah.

4        Q.    I mean, it doesn't leave --

5        A.    Yeah.

6        Q.    -- any room for, you know, any con- -- con- --

7    discussion or wiggle room that migrations can be a

8    little worse with retrievable devices than with

9    permanent devices?

10        A.    That's what -- that's what this says.

11    Certainly, that's the ideal situation, and there's no

12    deb- -- no disputing that.   That's what you would

13    definitely shoot for.

14        Q.    And then, "It should be noted, however, that

15    this discussions was mainly" --

16            DIGITAL VOICE:   Ben Cramer has arrived.

17    BY MR. LOPEZ:

18        Q.    "It should be noted, however, that this

19    discussion was mainly about proximal or cranial

20    migration."

21            That means towards the heart?

22        A.    Yes.   Up, yes.

23        Q.    And then it says, "For caval perforations, the

24    panel believed that symptomatic perforations should be

25    less than 1 percent and the rate of asymptomatic

John McDermott

Page 196

1   perforations does not matter."

2          That's the panel.  I'm -- I'm -- that's what

3   the panel said?

4     A.   That's what this document says the panel said.

5     Q.   And, by the way, the panel is -- is giving

6   input -- like you said earlier, you know, you said we

7   went out and got input and advice from clinicians.  And

8   this is part of that?

9     A.   Yeah.  I'm assuming that's -- I mean, I'm just

10  looking at this report.  I don't know which doctors were

11  there, but that's -- yeah, that's what it says.

12    Q.   All right.  "In summary, the multidisciplinary

13  panel felt the following about general filter

14  performance."

15         Do you see where I am?  I just underlined that.

16    A.   Yes.

17    Q.   "A retrievable filter is expected to perform

18  just as well as a permanent filter."  Right?

19    A.   That's what it says.

20    Q.   And, again, it doesn't leave room for, you

21  know, anything other than the fact that that's what you

22  were getting from the clinicians.  They expected

23  performance from a permanent filter -- from a

24  retrievable filter the same as you would get from a

25  permanent filter, right?

John McDermott

1        A.    Yes.   That's what they want.

2        Q.    And their other expectation is a filter should

3    not migrate no matter what the size of thrombus burden

4    it captures, right?

5        A.    That's what they want, yes --

6        Q.    According --

7        A.    -- according to this, yeah.

8        Q.    Do you know if that ever -- that type of advice

9    from clinicians ever changed about these expectations?

10       A.    I doubt it.   I mean, I think we would all --

11   all the physicians and all the device people would like

12   to set the bar in that place, yeah.

13       Q.    And, by the way, it says "expected."

14       A.    Yes.   Yep.

15       Q.    Clearly says "expected."

16       A.    Yeah.

17       Q.    All right.   So that was in two thousand and --

18   this was in 2008, this document.   But is it fairly clear

19   that they're discussing a focus group about what

20   happened in two thousand -- in June of 2004 when --

21   when -- we talked about some of this, when I think by

22   then you had three migration deaths, right?

23            MR. NORTH:   Objection to the form.

24   BY MR. LOPEZ:

25       Q.    From the Recovery filter?

John McDermott

Page 228

1    snickers when I used the word --

2              MR. NORTH:  He did not snicker.

3              MR. LOPEZ:  Well, it's on the video record.

4              THE WITNESS:  No, I did.  I had a reaction --

5              MR. LOPEZ:  Yeah.  There you go.

6              THE WITNESS:  -- because I just --

7              MR. LOPEZ:  Thank you.

8              THE WITNESS:  -- find the -- I'm just having

9    trouble tracking the question.

10   BY MR. LOPEZ:

11       Q.   If you can't answer it because of the way it's

12   phrased, I will move on to the next question.  How's

13   that?

14       A.   Yeah.  That's fine.

15       Q.   Good.

16       A.   Why don't we move on.

17       Q.   And I think we agreed earlier that patients

18   have to have relevant and -- information that the

19   company has about not only the good stuff about the

20   product, but the -- the potential bad information about

21   the product in order for the patient and the physician

22   to have a reasonable and appropriate and informed

23   consent about even to use the product, right?

24              MR. NORTH:  Objection to the form.

25   BY MR. LOPEZ:

John McDermott

Page 229

1       Q.    That's a no-brainer?

2             MR. NORTH:   Objection to the form.

3    BY MR. LOPEZ:

4       Q.    Wouldn't you agree?

5       A.    Well, what I would agree is that the companies

6    with the devices certainly have an obligation to provide

7    all the relevant information for the doctors to make

8    their product choices.

9       Q.    Okay.  Again, I -- I think it's -- you've --

10   you've not answered my question.

11      A.    Really?

12      Q.    I'm going to ask --

13      A.    I think I --

14      Q.    I'm going to ask Kim to answer it again because

15   I didn't ask what the -- you know, I just asked whether

16   or not it's important.  Listen -- listen to the question

17   and -- and then you can judge yourself.

18            THE COURT REPORTER:  The question is:  "I think

19   we agreed earlier that patients have to have relevant

20   in-" -- "relevant information that the company has about

21   not only the good stuff about the problems about" --

22   "about the potential bad information about the products

23   in order for the patients and the physicians to have a

24   reasonable and appropriate and informed consent about

25   even to use the product, right?"

John McDermott

Page 288

1             "Q.  I mean, that is what you do, you

2        monitor the MAUDE database, to see if there is

3        some sort -- a certain trend into the future

4        with respect to migrations, fractures,

5        perforations that might unnecessarily be

6        exposing somebody to a likely --")

7        THE COURT REPORTER:  Excuse me.  I have a

8   snafu.

9             MR. LOPEZ:  I can do it over.  I can start

10  over.

11            THE COURT REPORTER:  Sure.

12  BY MR. LOPEZ:

13       Q.   The reason that the MAUDE database is monitored

14  is because you want to see if you're seeing any signals

15  or trends as to what may be happening -- what could

16  happen in the -- if you continue to market a device,

17  right?

18       A.   Yeah.  I think -- I think --

19       Q.   Is that one of the reasons?

20       A.   Yeah.  You monitor events.

21       Q.   Right.  And -- and the reason you do that is

22  because if -- if you're starting to get evidence that

23  this thing is more dangerous than other potential

24  alternative therapies for this patient population, you

25  want to be able to tell doctors that they ought to know

John McDermott

Page 289

1   about these increased risks so they can actually include

2   in their differential other types of therapy that may

3   not be -- may not have these risks?

4           MR. NORTH:  Objection to the form.

5           THE WITNESS:  Yeah.  I mean, the physician

6   communication is always, you know, important and one of

7   the considerations for monitoring the complaint rates.

8   BY MR. LOPEZ:

9       Q.   I mean, didn't you -- your company, and at

10  least with respect to the Recovery filter, start to get

11  a -- a pretty strong clue and signal that the longer you

12  kept the Recovery mark- -- device on the market, the

13  more people's lives were going to put at risk of

14  migration deaths and even fracture -- fracture --

15  embolizations from fractures?

16          Didn't you -- didn't you come to that

17  conclusion as you were evaluating all of this and --

18          MR. NORTH:  Objection to the form.

19  BY MR. LOPEZ:

20      Q.   -- maybe you got a -- and maybe there's a

21  problem you ought to be sharing with patients and

22  doctors about that device so that they can do what some

23  of these priority people did and say I'm not using it

24  anymore; I'm going to do something else?

25          MR. NORTH:  Objection to the form.

John McDermott

Page 290

1         THE WITNESS:  Is that one question or two?  It
2    was a long one.  I just want make sure I --
3    BY MR. LOPEZ:
4         Q.   Well, which one do you -- I mean, I --
5         A.   I don't know.  They're tough -- when you string
6    them together like that, they're kind of tough to keep
7    track of.  I'm not trying to be difficult, but it sounds
8    like a statement, and then it turns into a question, and
9    so it's hard to track it.
10        Q.   Okay.  So you're confused about what I'm asking
11   with respect to --
12        A.   Well, just --
13        Q.   If -- if you are, I'll -- I'll ask it again.
14        A.   Yeah.  Why don't we do that.  That's good.
15        Q.   Have you -- don't you think as you were getting
16   these fairly consistent reports of migratory deaths with
17   the product, that -- that doctors might want to know the
18   details about that so that they can factor that into
19   their deliberative process when they're considering
20   whether to use your device, somebody else's device or
21   choosing some other therapeutic avenue for their
22   patients?
23             MR. NORTH:  Objection to the form.
24             THE WITNESS:  Yeah.  I think doctors want
25   access to information to make good clinical choices.

John McDermott

1   an adverse event, you can provide it, but you have to

2   redact the name of the doctor and the reporting person

3   and the patient, right?

4       A.   That's the legal understanding.

5       Q.   I mean, you know that, too, as the president of

6   the company?

7       A.   Actually, I -- I -- I didn't know that until

8   today.

9       Q.   Oh, okay.  You should -- you should send out a

10  memo when you get back to your office about that.

11          MR. NORTH:  Objection to the form.

12          MR. LOPEZ:  I'm just teasing.  Relax.

13  BY MR. LOPEZ:

14      Q.   Okay.  I think I spent enough time on that,

15  but -- but the bottom line is we -- we don't know.  I

16  mean, so the -- so anoth- -- another way that the -- the

17  risk of adverse events could be much higher than what we

18  may be seeing on some of these charts is if some of

19  these serious adverse events don't even make their way

20  into the files of Bard or into the files of FDA?

21      A.   Yeah.  There's a risk of underreporting.

22      Q.   Right.

23      A.   The company is pretty diligent, though.  This

24  was an area that we put considerable effort into.  Yeah.

25  I was there.

John McDermott

Page 307

1    Q.   How closely did you monitor that?

2    A.   Closely.

3    Q.   Who monitored --

4    A.   We monitored complaints every month.

5    Q.   Who -- who was it -- oh, you did monitor

6    complaints every month?

7    A.   Sure.

8    Q.   So you knew -- you knew what was going on every

9    month about what was being reported to the company about

10   the Recovery and the G2 filter while you were there?

11   A.   Yes.

12   Q.   And you saw the trending as you were there?

13   A.   Yes.

14   Q.   You knew it was going up and up and up and up

15   and up, right?

16        MR. NORTH:   Objection to the form.

17        THE WITNESS:   We saw the numbers.

18   BY MR. LOPEZ:

19   Q.   And you saw the numbers continue to rise at a

20   fairly steady rate, right?

21        MR. NORTH:   Objection to the form.

22        THE WITNESS:   Saw the -- saw the rate

23   increasing.

24   BY MR. LOPEZ:

25   Q.   You saw the deaths continuing to mount, right?

John McDermott

Page 308

1          MR. NORTH:  Objection to the form.

2          THE WITNESS:  I had access to the reports.

3    BY MR. LOPEZ:

4      Q.   And you saw the migration -- reports of

5    migrations continue to mount over that period of time?

6      A.   I -- I -- I think I said yes to that.

7      Q.   And you saw fractures continuing to mount month

8    after month after month, right?

9          MR. NORTH:  Objection to the form.

10          THE WITNESS:  I saw the complications.

11    BY MR. LOPEZ:

12      Q.   And I even showed you a document that showed

13    that as time went on, not only did the numbers increase,

14    the -- the percentage of those type of complications

15    increased.  I just showed you a document that shows

16    that.

17      A.   I don't remember which document you're

18    referring to, but . . .

19      Q.   And by the way, did your sales continue to go

20    up during that period of time?

21      A.   On what products?

22      Q.   On the Recovery and the G2 filter --

23          MR. NORTH:  Objection to the form.

24    BY MR. LOPEZ:

25      Q.   -- as these numbers continued to mount.

John McDermott

1    A.    Right, but I thought it was -- I thought it

2  was.  Again, I'm testing my memory a little bit here;

3  it's been, you know, a long time -- that there were kind

4  of expected rates or complication rates of vena cava

5  filters, and that the Recovery fell within those

6  expected rates.  That's my recollection.

7    Q.    All right.  The -- but, again -- I -- I know

8  I'm harping over and over and over again on this issue,

9  and Mr. North is shaking his head yes, I am, because

10  I -- the -- the -- it -- it's important from the

11  perspective of my clients and who I represent and the

12  doctors who were involved in this process to fully

13  understand the messaging that was getting out to them

14  from the company.

15         Do you understand that?

16    A.    I understand what you're saying.

17    Q.    And you understand that the comp- -- it's the

18  company's obligation to get information to the doctors

19  about the -- the -- the benefits and the risks and the

20  complications and the trending of adverse events out to

21  physicians.  Nobody else has that --

22         DIGITAL VOICE:  Alan Graves has left the

23  conference.

24  BY MR. LOPEZ:

25    Q.    No one else has that obligation.

# EXHIBIT 3

**BARD**

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 1 of 27
Ref: SOPN0700050

**Product:** Recovery Filter and Femoral Delivery System

**PPS Number:** PPS070016      **Revision Number:** 0

## 1.0 Product Identification

The **Recovery** Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the **Recovery** Filter provide excellent filtering efficiency and allow percutaneous placement through standard 7 French I.D. angiographic introducer sheath with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheath and release the filter and allow it to recover to its predetermined shape. The centering system allows the **Recovery** Filter to be deployed with the filter tip centered and prevents the legs from crossing. The **Recovery** Filter is designed to act as a permanent filter. When clinically indicated, the **Recovery** Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The **Recovery** Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (See Optional Removal Procedure for specific removal instructions).

MRI Compatible: The **Recovery** Filter implant is MRI-safe and neither interferes with nor is affected by the operations of a MRI device.

## 2.0 Scope

This document will cover clinical, environmental, physical, material, shelf life, mechanical, biological, radiopacity, chemical, sterilization, packaging, labeling, and equipment interface characteristics of the Recovery Filter and Femoral Delivery System with respect to verification and validation testing activities.

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPVE-01-00010390

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.



PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 2 of 27
Ref: SOPN0700050

## 3.0   General Product Description

The Recovery Filter System consists of the Filter and Delivery System. The Recovery Filter consists of twelve, shape memory nitinol wires emanating from a central nitinol sleeve. These twelve wire form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The Recovery Filter is intended to be used in vena cava with diameters up to 28 mm.

The Recovery Filter Delivery System is illustrated in Figure A. The Delivery System consists of a 7 French I.D. introducer sheath and dilator, the Recovery Filter, a storage tube with a saline infusion port, and a pusher system. The Recovery Filter is packaged pre-loaded within the delivery storage tube.

Figure A. Recovery Filter System



A.   INTRODUCER CATHETER
B.   FILTER STORAGE TUBE
C.   SALINE DRIP INFUSION SET
D.   SIDE PORT
E.   ADJUSTABLE TOUHY-BORST ADAPTER
F.   NITINOL PUSHER WIRE
G.   PUSHER WIRE HANDLE

The Recovery Filter may be used as a permanent filter or be implanted temporarily to treat a temporary risk of pulmonary embolism. The Recovery Filter system is packaged in kits. Kit A consists of the 7 Fr. Teflon introducer catheter set, Kit B consists of the delivery system including the Recovery vena cava filter preloaded in a storage tube, connected with a Touhy-Borst Y-adapter, and nitinol pusher wire assembly.  Kit A and Kit B are packaged in a unit pouch.  The system is packaged in a femoral delivery configuration. The filter systems are manufactured, packaged, labeled, and sterilized, ready for distribution.  The Recovery Filter system is intended for disposable, one time use.

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 3 of 27
Ref: SOPN0700050

## 4.0 Industry and Regulatory Reference
## 4.1 Industry Documents and Standards

| Document Number | Title |
|---|---|
| Not Applicable | American College of Radiology (ACR) Standard for the Performance of Percutaneous Permanent Inferior Vena Cava (IVC) Filter Placement for the Prevention of Pulmonary Embolism (2000) |
| ASTM D-903:1998 | Standard Test Method for Peel or Stripping Strength of Adhesive Bonds |
| ASTM D4169-01:2001 | Standard Practice for Performance Testing of Shipping Containers and Systems |
| ASTM D4728-01:2001 | Standard Test Method for Random Vibration Testing of Shipping Containers |
| ASTM D5276-98:1998 | Standard Test Method for Drop Test of Loaded Containers by Free Fall |
| ASTM F640-79:2000 | Standard Test Methods for Radiopacity of Plastics for Medical Use |
| EN 550:1994 | Sterilization of Medical Devices – Validation and Routine Control of Ethylene Oxide Sterilization |
| EN 868-1:1997 | Packaging Materials and Systems for Medical Devices Which are to be Sterilized – Part 1: General Requirements and Test Methods |
| EN 868-2:1999 | Packaging Materials and Systems for Medical Devices Which are to be Sterilized – Part 2: Sterilization Wrap – Requirements and Test Methods |
| EN 12006-3:1999 | Non-Active Surgical Implants – Particular Requirements for Cardiac and Vascular Implants – Part 3: Endovascular Devices |
| EN 46001:1996 | Quality Systems – Medical Devices – Particular Requirements for the Application of EN ISO 9001 |
| ISO 594-1:1986 | Conical Fittings with a 6% (Luer) Taper for Syringes, Needles and Certain Other Medical Equipment – Part1: General Requirements |
| ISO 594-2:1998 | Conical Fittings with a 6% (Luer) Taper for Syringes, Needles and Certain Other Medical Equipment – Part 2: Lock Fittings |
| ISO 9001:1994 | Quality Management Systems - Requirements |
| ISO 10555-1:1995(E) | Sterile, Single-Use Intravascular Catheters – Part 1 : General Requirements |
| ISO 10993-1:1997 | Biological Evaluation of Medical Devices – Part 1: Evaluation and Testing |
| ISO 11135:1994 | Medical Devices – Validation and Routine Control of Ethylene Oxide |

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 4 of 27
Ref: SOPN0700050

## 4.1 Industry Documents and Standards

| Document Number | Title |
| --- | --- |
| ISO 11607:1997 | Packaging for Terminally Sterilized Medical Devices |
| ISO 13485:1996 | Quality Systems – Medical Devices – Particular Requirements for the Application of ISO 9001 |

## 4.2 Regulatory Documents and Standards

| Document Number | Title |
| --- | --- |
| FOD#24 | Guidance for Cardiovascular Intravascular Filter 510(k) Submission (1999) |
| CFR 21 Part 820 (4-1-02 Edition) | Quality System Regulation |
| FDA 95-4158:1995 | Premarket Notification 510(k): Regulatory Requirements for Medical Devices |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPVE-01-00010393



PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 5 of 27
Ref: SOPN0700050

## 5.0 Clinical and Environmental Terms

Note: **Intended Uses and User Needs are subject to design validation**

### 5.1 Clinical Terms

| Term | Design Input Description / Statement | Pass or Fail | Design Output Reference Document(s) |
|------|-------------------------------------|--------------|-------------------------------------|
| Intended Use | The Recovery Filter is indicated for use in the prevention of recurrent pulmonary embolism via permanent or temporary placement in the vena cava. | Pass | RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| User Needs | The user requires a permanent or temporary filter that can be safely and accurately placed using a femoral vein approach inside the inferior vena cava vein as a preventative measure to patients at risk of pulmonary embolism. | Pass | RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |

| Term | Description / Statement |
|------|------------------------|
| Patient population inclusion/exclusion criteria | •Pulmonary thromboembolism when anticoagulants are contraindicated.<br>•Failure of anticoagulant therapy in thromboembolic disease.<br>•Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.<br>•Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.<br>•Temporary risk for pulmonary embolism. |
| Known Warnings, Contraindications or Precautions | •Patients with inferior vena cava (IVC) diameters greater than 28 mm.<br>•Pregnant patients where fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.<br>•Patients with risk of septic embolism. |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

BARD

## 5.1 Clinical Terms

| Term | Description / Statement | Pass or Fail | Reference Document(s) |
|------|-------------------------|--------------|-----------------------|
| | *Design Input* | | *Design Output* |

Clinical procedure

Insertion of the 7 French Introducer Catheter and Preliminary Venography

1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

**NOTE: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.**

6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

**NOTE: The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.**

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.

**NOTE: The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.**

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement

Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 7 of 27
Ref: SOPN0700050

BARD

## 5.1 Clinical Terms

| Term | Design Input | | Design Output | |
|------|--------------|--|---------------|--|
| | Description / Statement | Pass or Fail | Reference Document(s) | |
| | 9. Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion the introducer catheter tip should be 1 cm below the lowest renal vein. | | | |
| | 10. Remove the filter and delivery system from Kit B. | | | |
| | 11. Connect a 500-mL bag of saline to the sideport of the Y-adapter using a standard drip infusion set. Allow the saline infusion to flow around the filter in the storage tube for 5 seconds to soften it for passage through the introducer and measure the IVC diameter, correcting for magnification (typically 20 percent). Adjust the infusion set to provide a rapid drip rate. Tighten the Touhy-Borst adapter valve to minimize reflux of saline, but not so tight as to prevent the pusher wire from advancing freely. | | | |
| | **NOTE: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.** | | | |
| | | | | |
| | 12. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein, allowing the saline infusion to flow into the IVC for a few seconds. The introducer catheter and filter delivery system should be held in a straight line to minimize friction. | | | |



Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 8 of 27
Ref: SOPN0700050

BARD

## 5.1 Clinical Terms

| Term | Design Input | | Design Output |
|------|--------------|--|---------------|
| | Description / Statement | Pass or Fail | Reference Document(s) |
| | 13. Advance the Filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the Filter with each forward motion of the pusher wire (Figures B-E). Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.<br><br>14. Continue forward movement of the pusher wire until the Filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.<br><br>**Filter Release/Deployment**<br>15. Deliver and release filter as described below:<br>Figure F: Firmly hold the pusher wire handle.<br>Figure F-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.<br><br>**NOTE: Do not deliver the Filter by pushing it beyond the end of the introducer catheter. Instead, unsheath the stationary Filter by withdrawing the introducer catheter as described below.**<br><br>*Filter Release, Illustrated*<br><br><br>FIGURE F<br>FIGURE F-1<br>FIGURE G<br>FIGURE G-1<br>FIGURE H<br>FIGURE H-1 | | |

Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 9 of 27
Ref: SOPN0700050

**BARD**

## 5.1 Clinical Terms

| Term | Design Input | | Design Output |
|---|---|---|---|
| | Description / Statement | Pass or Fail | Reference Document(s) |
| | **Now release the Filter by unsheathing it in the IVC as follows:** **Position the Filter tip 1 cm below the lowest renal vein.** **Figure G: With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter.** Figure G-1: Unsheathing of Filter in IVC. Figure H: The position of the hands at the completion of the unsheathing process. Figure H-1: The Filter deployed in the IVC. 16. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and delivery catheter assembly and pulling back on the pusher wire. 17. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency. **Follow-up Venacavogram** 18. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30 mL of contrast medium at 15 mL/s). 19. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis. | | |
| Medical specialties of user | Interventional radiologists, vascular surgeons, interventional cardiologists and other trained medical professionals. | | |

## 5.2 Environmental Terms

| Term | Description/Statement |
|---|---|
| Use environment | This device will be used in Angiography Suites, Intensive Care Units and Cardiac Catheterization Labs. |
| Environmental / safety consideration | Distribution: The device function and package integrity must withstand cyclical shipping and storage temperatures and humidity conditions encountered worldwide. Otherwise, specific conditions must be noted. |

Confidential.   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 10 of 27
Ref: SOPN0700050

## 5.2 Environmental Terms

| Term | Description/Statement |
|---|---|
| During Use: | The device must be capable of cycling between typical room conditions and the body's internal environment. Also, imaging equipment will expose the device to radiation. |

## 6.0

### 6.1 Engineering Terms

### 6.1 Physical Characteristics:

#### 6.1.1 Dimensional Characteristics

| Design Characteristic | User Requirement | Design Input Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|
| **6.1.1.1 Recovery Filter** | | | | |
| 6.1.1.1.1 Filter Weld Bead Diameter | The arms and legs must be welded to the sleeve properly. | Bead diameter must be 0.072" +0.003"/-.002". | Pass | SA4676200-3 |
| 6.1.1.1.2 Filter Weld Bead Height | The arms and legs must be welded to the sleeve properly. | Bead height must be 0.170" +0.020/ -0.010 | Pass | SA4676200-3 |
| 6.1.1.1.3 Overall Filter Height | The overall height dimension of the filter is not to exceed 1.97". | 1.621" ± 0.005" | Pass | SA4676200-1 |
| 6.1.1.1.4 Filter Arm Diameter | The arm diameter must not exceed 1.34". | 1.102" - 1.299" | Pass | SA4676200-1 |
| 6.1.1.1.5 Filter Leg Diameter | The leg diameter is not to exceed 1.38". | 1.181" – 1.339". | Pass | SA4676200-1 |
| 6.1.1.1.6 Filter Compression Profile | The filter is deliverable through a 9 Fr ID introducer sheath. | 0.085" +0.002"/-0.000" | Pass | RD-RPT-095, RD-RPT-088 |
| **6.1.1.2 Recovery Filter Delivery System** | | | | |

Confidential.   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 11 of 27
Ref: SOPN0700050

## 6.1.1 Dimensional Characteristics

| | Design Characteristic | User Requirement | Design Input — Engineering Specification | Design Input — Pass Or Fail | Design Output — Reference Document(s) |
|---|---|---|---|---|---|
| 6.1.1.2.1 | Introducer Sheath OD | Maximum System OD must be 15 Fr. | 0.118" ± 0.002" | Pass | RM674901 |
| 6.1.1.2.2 | Dilator ID | The dilator must be 0.038" Guidewire compatible. | 0.041" + 0.002"/-0.001" | Pass | RM675040, RD-RPT-095 |
| 6.1.1.2.3 | Introducer Sheath Length | Introducer sheath length needs to be approximately 48 cm. | 20.04" ± 0.15" | Pass | RM674901 |
| 6.1.1.2.6 | Pusher Wire Effective Length | All filters must deploy when Y-body is retracted to the position where the PEBAX portion of the handle is bottomed out against the Touhy-Borst, not the silicone valve. | Length of Distal End of PEBAX portion of the Handle to the Distal End of the Pusher Pad is 78.5 ± 0.63 cm. | Pass | ETR-03-07-07 |

## 6.1.2 Key Materials

### 6.1.2.1 Recovery Filter

| | Design Characteristic | User Requirement | Design Input — Engineering Specification | Design Input — Pass Or Fail | Design Output — Reference Document(s) |
|---|---|---|---|---|---|
| 6.1.2.1.1 | Filter | Filter must recover at body temperature. Must be biocompatible and EtO sterilizable. | Nitinol, Alloy Type 508, -5 C< Af<15 C | Pass | SA676200 |

### 6.1.2.2 Recovery Filter Delivery System

Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

**PRODUCT PERFORMANCE SPECIFICATION**
**RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM**

PPS070016
Revision 0
Page 12 of 27
Ref: SOPN0700050

## 6.1.2 Key Materials

| | Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|---|
| | | | Design Input | | Design Output |
| 6.1.2.1 | Handle | Must be biocompatible and EtO sterilizable. | 304 SS, ¾ full hard, ASTM A 269 (hypotube) PEBAX 4033 (handle) | Pass | RM0213514 |
| 6.1.2.2 | Pusher Wire | Must be biocompatible and EtO sterilizable. | Nitinol, Alloy Type SE-508, Af <10 deg C | Pass | RM0315006 |
| 6.1.2.3 | Catheter | Must be biocompatible and EtO sterilizable. | FEP (Teflon) White 8-10% Barium (extrusion) Polyethylene white (hub) | Pass | RM4674901 |
| 6.1.2.4 | Dilator | Must be biocompatible and EtO sterilizable. | FEP, lt. Blue 8-10% Barium (extrusion) Polyethylene white (hub) | Pass | RM4675040 |
| 6.1.2.5 | Introducer Marker Band | Must be biocompatible, EtO sterilizable and must be radiopaque | Platinum/Iridium (90/10) | Pass | RM0267039 |

## 6.1.3 Other Physical Characteristics

| | Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|---|
| | | | Design Input | | Design Output |
| 6.1.3.1 | Shelf Life | The device must have a minimum shelf life of 3 years. | 3-year expiration dating | Pass | STR-02-09-01 |
| *6.1.3 Recovery Filter and Recovery Delivery System* | | | | | |
| 6.1.3.2 | Filter Weld Joint Visual Inspection | The arms and legs must be welded to the sleeve properly. | No discoloration except light yellow can be present on the welds. | Pass | RD-RPT-092 |

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00010401

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 13 of 27
Ref: SOPN0700050

## 6.1.3 Other Physical Characteristics

| | Design Characteristic | Design Input | | Design Output |
|---|---|---|---|---|
| | | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.1.3.3 | Filter Weld Bead Physical Attribute | The arms and legs must be welded to the sleeve properly. | The weld must totally cover the upper surface of the sleeve. | Pass | RD-RPT-092 |
| 6.1.3.4 | Filter Tip Radiopacity | Filter tip must be radiopaque. | Visible under fluoroscopy | Pass | RD-RPT-088 |
| 6.1.3.5 | Filter Radiopacity | Filter must be radiopaque. | Visible under fluoroscopy | Pass | RD-RPT-088 |
| 6.1.3.6 | Introducer Sheath Surface Finish | The effective length of the introducer sheath must be free from extraneous matter. | Upon visual inspection, the introducer sheath must be free of extraneous matter (reference ISO 10555-1:1995(E)). | Pass | PQ.14.500.444, QC-0321 |
| 6.1.3.7 | Introducer Marker Band Radiopacity | Marker bands must be radiopaque. | Visible under fluoroscopy | Pass | PQ.14.500.443, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |

6.2      Mechanical Characteristics:

## 6.2 Mechanical Characteristics

| | Design Characteristic | Design Input | | Design Output |
|---|---|---|---|---|
| | | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |

### 6.2.1 Recovery Filter

| | | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
|---|---|---|---|---|---|
| 6.2.1.1 | Filter Clot Capturing Ability | Filter must trap blood clots. | Recovery filter clot capturing ability must be equivalent or better than the Greenfield filter. | Pass | RD-RPT-103 |

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00010402

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 14 of 27
Ref: SOPN0700050

## 6.2 Mechanical Characteristics

| Design Characteristic | Design Input | | Pass Or Fail | Design Output |
|---|---|---|---|---|
| | User Requirement | Engineering Specification | | Reference Document(s) |
| 6.2.1.2 Filter Migration Resistance | Filter must not migrate. | Filter must resist migration at 50mm Hg when fully occluded in diameters up to 28 mm. | Pass | RD-RPT-100, RD-RPT-088 |
| 6.2.1.3 Filter Hook Strength | Filter must not migrate. | ≥70 gf | Pass | RD-RPT-101, RD-RPT-104 |
| 6.2.1.4 Filter Radial Strength | Filter must not perforate the vessel. | Recovery filter radial strength must be equivalent or less than the SNF. | Pass | RD-RPT-102 |
| 6.2.1.5 Filter Weld Strength/Integrity | Filter sleeve, arms, and legs must not separate during the lifetime of the device. | ≥ 5 lbf. | Pass | RD-RPT-092 |
| 6.2.1.6 Filter Hook Creep | The filter must not be permanently deformed as a result of being constrained in the storage tube for a period of time. | There must be no increasing trend in creep. | Pass | RD-RPT-089 |
| 6.2.1.7 Filter Fatigue Resistance | The filter must not fracture as a result of corrosives or cyclic stresses within the body. | There must be no fractures of filter elements (arms or legs) due to the cycling of an equivalence of 10 years of pulmonary output (32 million cycles) in a corrosive environment. | Pass | RD-RPT-099 |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPVE-01-00010403

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 15 of 27
Ref: SOPN0700050

## 6.2 Mechanical Characteristics

| | Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
|---|---|---|---|---|---|
| | **Design Characteristic** | **User Requirement** | **Engineering Specification** | **Pass Or Fail** | **Design Output** Reference Document(s) |
| 6.2.1.8 | Filter IVC Diameter Range | One Size Filter fits into Vena Cava Diameters of ≥15 mm and ≤28 mm | The filter must center and withstand a minimum of 50 mmHg pressure drop in simulated IVC's of 15 mm and 28 mm diameter. | Pass | RD-RPT-100 (pressure drop) and RD-RPT-095 (centering) |
| 6.2.1.9 | Filter Centering | The filter must self-center within the inferior vena cava. | The filter sleeve must be at a minimum distancing of 1/3 the diameter form the vessel wall. | Pass | RD-RPT-095, RPT-100, RPT-088, RPT-118 |

### 6.2.2 Recovery Filter Delivery System – Introducer Sheath and Dilator Requirements

| | Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
|---|---|---|---|---|---|
| 6.2.2.1 | Kink Resistance | Sheath and Introducer should resist kinking and crushing. | Sheath and Introducer must resist kinking and crushing. | Pass | RD-RPT-095 |
| 6.2.2.2 | Side port and Flushing Capabilities | The system must have side port/flushing capabilities. | The system must have side port/flushing capabilities. | Pass | RM0085, SA4676200, RD-RPT-095 |
| 6.2.2.3 | Dilator Removal | The dilator must be able to be removed safely with minimal force. | The dilator must be able to be removed safely with minimal force. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.2.2.4 | Introducer Sheath and Y-body/Storage Tube Connection | The introducer sheath hub and Y-body/storage tube must be able to be connected with minimal force. | The introducer sheath hub and Y-body/storage tube must be able to be connected with minimal force. | Pass | RD-RPT-095 |
| 6.2.2.5 | Leading Edge of Dilator/Sheath | The leading edge of the dilator and sheath shall be tapered and smooth. | The leading edge of the dilator and sheath shall be tapered and smooth. | Pass | RM4675040, RM4674901 |

Confidential:  This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPVE-01-00010404

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 16 of 27
Ref: SOPN0700050

## 6.2 Mechanical Characteristics

| | Design Characteristic | Design Input | | Pass Or Fail | Design Output |
|---|---|---|---|---|---|
| | | User Requirement | Engineering Specification | | Reference Document(s) |
| 6.2.2.6 | Introducer Sheath Tensile Strength | The introducer sheath tensile strength should exceed what the system will be exposed to during use before breaking. | ≥ 5 lbf. | Pass | RD-RPT-015 (SNF Design Dossier) |
| 6.2.2.7 | Dilator/Sheath Hub Strength | Minimum hub strength for dilator and sheath is 5 lb. | ≥ 5 lbf. | Pass | ETR-02-11-01 |
| 6.2.2.8 | Introducer Sheath Retraction | Introducer sheath must be able to be removed safely. | Introducer sheath must be able to be removed safely. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| **6.2.3 Recovery Filter Delivery System – Pusher Wire Requirements** | | | | | |
| 6.2.3.1 | Kink Resistance | The pusher rod must resist kinking and crushing. | The pusher rod must resist kinking and crushing. | Pass | RD-RPT-088, RD-RPT-095, RD-RPT-118 |
| 6.2.3.2 | Spline & Sheath Proximal Band Alignment | The pusher wire must have the ability to align the distal/proximal location of the filter with the delivery sheath. | The pusher wire must have the ability to align the distal/proximal location of the filter with the delivery sheath. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.2.3.3 | Filter Advancement | Pusher wire and filter advancement must be sufficiently controllable so as to avoid unintentional deployment of the filter. | Pusher wire and filter advancement must be sufficiently controllable so as to avoid unintentional deployment of the filter. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.2.3.5 | Pusher Wire Radiopacity | The pusher pad and spline radiopacity must have acceptable radiopacity near the distal end. | The pusher pad and spline must have acceptable radiopacity near the distal end. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 17 of 27
Ref: SOPN0700050

## 6.2 Mechanical Characteristics

| Design Characteristic | | Design Input | | Design Output |
|---|---|---|---|---|
| | Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.2.3.6 | Pusher Pad Tensile Strength | Pusher pad must have a pull strength exceeding what the system will be exposed to during use before breaking from the wire. | ≥ 3 lbf. | Pass | RD-RPT-093, STR-02-09-01 |
| 6.2.3.7 | Spline and Pusher Wire Joint Tensile Strength | Pusher wire and spline joint must have a tensile strength exceeding what the system will be exposed to during use before breaking from the wire. | ≥ 3 lbf. | Pass | RD-RPT-093 |
| 6.2.3.8 | Proximal Cylinder Stop and Pusher Wire Joint Tensile Strength | Pusher wire and proximal cylinder stop joint must have a tensile strength exceeding what the system will be exposed to during use before breaking from the wire. | ≥ 3 lbf. | Pass | ETR-03-07-04 |
| 6.2.3.9 | Pusher Wire Handle Joint Pull Strength | Pusher wire and handle joint must have a tensile strength exceeding what the system will be exposed to during use before separating from the wire. | ≥ 5 lbf. | Pass | RD-RPT-093 |
| 6.2.3.10 | Pusher Wire Tensile Strength | Pusher wire must withstand a certain amount of force without breaking. | ≥ 5 lbf. (0.0130" diameter wire) | Pass | RD-RPT-091, RD-RPT-094 |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

**PRODUCT PERFORMANCE SPECIFICATION**
**RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM**

PPS070016
Revision 0
Page 18 of 27
Ref: SOPN0700050

## 6.2 Mechanical Characteristics

### 6.2.4 Recovery Filter Delivery System – System Requirements

| | Design Characteristic | Design Input | | Design Output |
|---|---|---|---|---|
| | Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.2.4.1 | Filter Deployment Accuracy | The physician must be able to accurately deploy the filter. | ± 1 cm | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121, RD-RPT-115 |
| 6.2.4.2 | Deployment Force | The physician must be able to deploy the filter with minimal force. | The physician must be able to deploy the filter with minimal force. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.2.4.3 | Filter Advancement into Introducer Sheath | The physician must be able to advance the filter from the storage tube into the introducer sheath with minimal force. | The physician must be able to advance the filter from the storage tube into the introducer sheath with minimal force. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.2.4.4 | Filter Advancement Through Introducer Sheath and RO Bands | The physician must be able to advance the filter through the introducer sheath and RO bands. | The physician must be able to advance the filter through the introducer sheath and RO bands. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.2.4.5 | Filter Deployment | The filter deployment must be simple, requiring minimal end-user manipulation. | The filter deployment must be simple, requiring minimal end-user manipulation. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121, RD-RPT-115 |
| 6.2.4.6 | Delivery of Filter through the Femoral Vein | The filter delivery system must be capable of deploying the RNF filter in caval geometries bounded by the indications for use (i.e. delivered into the IVC via the Femoral vein). | The filter delivery system must be capable of deploying the RNF filter in caval geometries bounded by the indications for use (i.e. delivered into the IVC via the Femoral vein). | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-115 |

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

**BARD**

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 19 of 27
Ref: SOPN0700050

## 6.2 Mechanical Characteristics

| Design Characteristic | | User Requirement | Design Input Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|---|
| 6.2.4.7 | Filter Recoverability | The filter delivery system must be capable of deploying the RNF filter such that the filter sleeve would be accessible. | The filter delivery system must be capable of deploying the RNF filter such that the filter sleeve would be accessible.. | Pass | RD-RPT-095, RD-RPT-115 |
| 6.2.4.8 | Touhy-Borst Nut Tightness | Physician must be able to open the Touhy-Borst nut. | Physician must be able to open the Touhy-Borst nut. | Pass | ETR-03-10-13 |
| 6.2.4.9 | Filter Hook and Spline Interaction | Filter hooks must not dislodge from the spline during normal shipping or storage. | Filter hooks must not dislodge from the spline during normal shipping or storage. | Pass | ETR-03-10-13 |

## 6.3    Fluidic Characteristics

## 6.3 Fluidic Characteristics

| Design Characteristic | Design Input User Requirement | Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|
| 6.3.1 | Not Applicable | None | None | N/A | None |

Confidential.   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPVE-01-00010408

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 20 of 27
Ref: SOPN0700050

6.4 Electrical, Electronic and Radiation Characteristics

### 6.4 Electrical, Electronic and Radiation Characteristics

| Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
|---|---|---|---|---|
| | | | | Design Output |
| 6.4.1 | MRI Compatibility | Filter must be MRI compatible. | Filter must be MRI compatible. | Pass | ETR 02-12-01 |

6.5   Thermal Characteristics

### 6.5 Thermal Characteristics

| Design Characteristic | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
|---|---|---|---|---|
| | | | | Design Output |
| 6.5.1 | Not Applicable | None | None | None | None |

6.6   Chemical Characteristics

### 6.6 Chemical Characteristics

| | Design Input | | Pass Or Fail | Design Output |
|---|---|---|---|---|
| Design Characteristic | User Requirement | Engineering Specification | | Reference Document(s) |
| 6.6.1 | 0.9% Saline Solution Compatibility | Delivery system must be compatible with a 0.9% saline solution. | Delivery system must be compatible with a 0.9% saline solution. | Pass | RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |
| 6.6.2 | Contrast Compatibility | Delivery system must be compatible with contrast. | Delivery system must be compatible with contrast. | Pass | RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |

Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

**PRODUCT PERFORMANCE SPECIFICATION**
**RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM**

PPS070016
Revision 0
Page 21 of 27
Ref: SOPN0700050

6.7    Biological Characteristics

### 6.7 Biological Characteristics

| Design Characteristic | User Requirement | Design Input | | Design Output | |
|---|---|---|---|---|---|
| | | Engineering Specification | Pass Or Fail | Reference Document(s) | |
| 6.7.1 | Biocompatibility | The product must be biocompatible. | ISO 10993-1:1997 | Pass | RD-RPT-088, RD-RPT-019, RD-RPT-025, NAMSA Report #99T-1580-00 (T1264-500, T1251-800, T1261-300, T1261-301, MG074-100, TU010-807) |

6.8    Sterilization Characteristics

### 6.8 Sterilization Characteristics

| Design Characteristic | User Requirement | Design Input | | Design Output | |
|---|---|---|---|---|---|
| | | Engineering Specification | Pass Or Fail | Reference Document(s) | |
| 6.8.1 | Sterility | The entire product must be sterile. | The entire product must be tested for sterility following EtO sterilization (reference EN 550:1994and ISO 11135:1994). | Pass | STR-02-09-01, ETR-02-11-01, 0321938-4 (Covington), E03-019 Product Adoption Evaluation – Covington) |
| 6.8.2 | Number of Exposures | The delivery system must be able to be sterilized a minimum of two cycles. | 2X EtO | Pass | STR-02-09-01, ETR-02-11-01, 0321938-4 (Covington), E03-019 Product Adoption Evaluation – Covington) |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00010410

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 22 of 27
Ref: SOPN0700050

## 6.9   Operating Environment

### 6.9 Operating Environment

| | Design Characteristic | Design Input | | | Design Output |
|---|---|---|---|---|---|
| | | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| **Transport and Storage** | | | | | |
| 6.9.1 | Warehouse Environment | Product must survive warehouse environment intact. | Product must be functional after being subjected to warehouse environmental conditions (reference ASTM D4169-01:2001, ASTM D4728-01:2001, and ASTM D5276-98:1998). | Pass | RFS-2481 (same as SNF) |
| 6.9.2 | Truck / Air Transport | Product must survive transport intact and undamaged. | Product must be functional after being transported (reference ASTM D4169-01:2001, ASTM D4728-01:2001, and ASTM D5276-98:1998). | Pass | RFS-2481 (same as SNF), ETR-03-10-13 |
| **Product Use** | | | | | |
| 6.9.3 | Angiography Suite, ICU or Cath. Lab | Product must be able to be used under normal conditions in an angiography suite or ICU environment. | Product must be able to be used under normal conditions in an angiography suite or ICU environment. | Pass | RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BARD

**PRODUCT PERFORMANCE SPECIFICATION**
**RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM**

PPS070016
Revision 0
Page 23 of 27
Ref: SOPN070050

6.10 Human Factors and Ergonomic Characteristics

## 6.10 Human Factors and Ergonomic Characteristics

| | Design Characteristic | Design Input | | Design Output | |
|---|---|---|---|---|---|
| | | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.10.1 | Not Applicable | None | None | None | None |

6.11 Packaging Characteristics

## 6.11 Packaging Characteristics

| | Design Characteristic | Design Input | | Design Output | |
|---|---|---|---|---|---|
| | | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.11.1 | Product Sterility | Packaging must allow and maintain sterility of the product. | Packaging must allow and maintain sterility of the product. | Pass | STR-02-09-01, ETR-02-11-01, 0321938-4 (Covington), E03-019 Product Adoption Evaluation – Covington) |
| 6.11.2 | Pouch Seal Peel Strength | The seal must remain intact to maintain product sterility. | $\geq 0.75$ lb/in. | Pass | RFS-2481 (same as SNF), PV-PG-500 RNF (Glens Falls) |
| 6.11.3 | Pouch Seal Visual Integrity | The seal must remain intact to maintain product sterility, no voids should be present. | The seal must remain intact to maintain product sterility, no voids should be present. | Pass | RFS-2481 (same as SNF), PV-PG-500 RNF (Glens Falls) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

**PRODUCT PERFORMANCE SPECIFICATION**
**RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM**

PPS070016
Revision 0
Page 24 of 27
Ref: SOPN0700050

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

6.12   Labeling Characteristics

## 6.12 Labeling Characteristics

| Design Characteristic | | User Requirement | Design Input Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|---|
| 6.12.1 | Label Requirements | Identifies part number, part description, use before date, and lot number. | Bard Corporate labeling and format requirements. | Pass | Labels (PK5022912, PK5022911, PK5022911, PK50229018, PK5019531) |
| 6.12.2 | Instructions for Use Requirements (IFU) | Clear and accurate directions explaining safe and effective medical device use must be provided to the user. | Bard Corporate IFU requirements. | Pass | IFU (PK5014853) |

6.13   Equipment Interface

## 6.13 Equipment Interface

| Design Characteristic | | User Requirement | Design Input Engineering Specification | Pass Or Fail | Design Output Reference Document(s) |
|---|---|---|---|---|---|
| 6.13.1 | Dilator Hub, Introducer Hub, and Y-Body Side Port Equipment Interaction | Dilator hub, introducer hub, and Y-body side port must properly interface with a standard saline drip system, syringe, and power injector. | Standard female luer fitting, and standard female luer fitting on Y-body. | Pass | RD-RPT-095, RD-RPT-088, RD-RPT-118, RD-RPT-119, RD-RPT-121 |

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 25 of 27
Ref: SOPN0700050

6.14   Aesthetic Characteristics

### 6.14 Aesthetic Characteristics

| Design Characteristic | Design Input | | Design Output | |
|---|---|---|---|---|
| | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.14.1 | Not Applicable | None | None | None | None |

6.15   Environmental/Disposal Considerations

### 6.15 Environmental/Disposal Considerations

| Design Characteristic | Design Input | | Design Output | |
|---|---|---|---|---|
| | User Requirement | Engineering Specification | Pass Or Fail | Reference Document(s) |
| 6.15.1 | Product Hazardous Waste Disposal | Potential biohazard following use. | The following warning should be present in the IFU: "After use, this product may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations." | Pass | IFU (PK5014853) |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BARD

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 26 of 27
Ref: SOPN0700050

## 7.0   Marketing Terms

### 7.0 Marketing Terms

| Design Characteristic | User Requirement | Design Input Engineering Specification | Pass Or Fail | Design Output Reference Reference Document(s) |
|---|---|---|---|---|
| 7.1 | Accurate Placement | The delivery system must be able to accurately deploy the filter to the intended target location. | Reference sections 6.2.1, 6.2.4 | Pass | Reference sections 6.2.1, 6.2.2, 6.2.4 |
| 7.2 | Flexibility | The introducer/dilator and delivery system assembly must track through the venous system without kinking. | Reference sections 6.2.1, 6.2.4 | Pass | Reference sections 6.2.1, 6.2.2, 6.2.4 |
| 7.3 | Low Profile | The user requires a delivery system with a low profile. | Reference sections 6.2.1, 6.2.4 | Pass | Reference sections 6.2.1, 6.2.2, 6.2.4 |
| 7.4 | Self-Centering | The filter must self-center. | Reference sections 6.2.1, 6.2.4 | Pass | Reference sections 6.2.1, 6.2.2, 6.2.4 |

## 8.0   Regulatory Terms

### 8.1 FDA Guidance Documents

| Document Number | Title |
|---|---|
| CFR 21 Part 820 (4-1-02 Edition) | Quality System Regulation |

### 8.2 Other Regulatory Considerations (USA or International)

| Document Number | Title |
|---|---|
| Not Applicable | Not Applicable |

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

**BARD**

PRODUCT PERFORMANCE SPECIFICATION
RECOVERY FILTER AND FEMORAL DELIVERY SYSTEM

PPS070016
Revision 0
Page 27 of 27
Ref: SOPN0700050

## 9.0  Revision History

| Revision Number | Date | CR Number | Description |
|---|---|---|---|
| 0 | 11/03 | BPT 7081 [6] | Conversion of NMT/Creation of BPV PPS for Recovery Filter and Femoral Delivery System/ L. Jaramillo |

Confidential:  This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

# EXHIBIT 4

**From:**  Ciavarella, David [/O=BARD/OU=MHL AG/CN=RECIPIENTS/CN=DCIAVA
RELLA]

**Date:**  12/27/2005 2:33:22 PM

**To:**  Barry, Brian [Brian.Barry@crbard.com], Ganser, Christopher
[Christopher.Ganser@crbard.com]

**Subject:**  FW: G2 Caudal Migrations

My comments to Cindi and Gin.

_____

From: Ciavarella, David
Sent: Friday, December 23, 2005 2:32 PM
To: Walcott, Cindi
Cc: Allen, Shari; Schulz, Gin
Subject: RE: G2 Caudal Migrations

Thank you Cindi.

I think we should discuss these further so I can get a better understanding of each one. But first, it would help if I had a little more information.

From what you've sent me, it seems to me that the biggest (worst case) consequence of these migrations is that they are accompanied in a majority of cases by tilting. This raises the concern of lack of efficacy, that is, are the filters now in place to perform clot interruption? I would guess not in several of these cases at least.

I would like to look more generally at the G2 complaints. I have seen problems with caudal migration, tilting, perforation, mis-deployment and maybe one or two additional things. Can you tell me the total number of complaints (not damaged packages and the like) and total number of units distributed?

How many MDRs have we had for G2?

The G2 is a permanent filter; we also have one (the SNF) that has virtually no complaints associated with it. Why shouldn't doctors be using that one rather than the G2? Can you also send me the total complaints rate and MDR complaint rate for SNF?

I'll be in the office next Tues and Wed; maybe we can talk one of those days.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

David

_____

From: Walcott, Cindi
Sent: Tue 12/20/2005 6:14 PM
To: Ciavarella, David
Cc: Allen, Shari; Schulz, Gin
Subject: G2 Caudal Migrations

David,

During a conference call with the design team of the G2 filter and Chris Ganser today, the caudal migrations of the G2 were briefly discussed.

Chris asked if I had submitted any MDRs on these events yet and I answered yes. Chris asked me to review the events with you to determine what events have the potential for serious injury and establish a baseline for the future. Presently, based on the description of the events and the history of a filter being removed, I have coded them all as reportable. Please note that I cut the descriptions straight out of what was entered into Trackwise. I can see that some of the descriptions are a bit rough.

Please see the attachment, which has a description of the events to date.

1. Record 63855- I submitted that one as an MDR because there was also a report of perforation with this patient. Perforations have caused serious injuries with previous filters. We have always reported perforations of the Recovery Filter and the Simon Nitinol filters. The doctor also removed the filter due to the perforation and migration.
2. Record 65220- I submitted this one as an MDR, as the filter migrated into the renal veins and caused the patient flank pain.
3. Record 65851- I reported this one as it migrated 3cm and is currently at the iliac confluence.

Thanks for your assistance,

Cindi

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# EXHIBIT 6

```
 1                 UNITED STATES DISTRICT COURT

 2                   DISTRICT OF ARIZONA

 3

 4     -----------------------x

 5     IN RE BARD IVC          )

 6     FILTERS PRODUCTS        ) No. MD-15-02641-PHX-DGC

 7     LIABILITY LITIGATION    )

 8     -----------------------x

 9

10        DO NOT DISCLOSE - SUBJECT TO FURTHER

11              CONFIDENTIALITY REVIEW

12

13     VIDEOTAPED DEPOSITION OF DONNA-BEA TILLMAN, Ph.D.

14                  WASHINGTON, D.C.

15                FRIDAY, AUGUST 4, 2017

16                     9:18 A.M.

17

18

19

20

21

22

23

24     Reported by: Leslie A. Todd
```

1   where there were very short-term excursions and

2   pressure that went above 50 millimeters of

3   mercury, but I don't think the quality of that

4   data or that information is necessarily enough to

5   say that 50 millimeters was not the appropriate

6   value to use at that time.

7        Q    It could have been much higher, though,

8   right, based on that data?

9             MR. ROGERS:  Object to the form.

10            THE WITNESS:  My -- my expectation based

11  on the -- some of the animal work that I did

12  during my graduate work is that a lot of times

13  things happen when you're doing animal studies.

14  You get glitches or short excursions of data that

15  may not mean anything.  And based on the limited

16  information we have about what actually happened

17  during those animal studies, it's hard for me to

18  say that that's enough information to say that the

19  50 is not an appropriate number to use.

20  BY MR. LOPEZ:

21       Q    Was that -- were those animal studies

22  provided to FDA?

23       A    I don't believe that that data is of the

24  quality that it's relevant to be provided to FDA

Do Not Disclose - Subject to Further Confidentiality Review

1        A     It's my understanding that the purpose

2    of those guidelines has changed somewhat since the

3    original publication in 2003.

4             MR. LOPEZ:  Move to strike,

5    nonresponsive.

6    BY MR. LOPEZ:

7        Q     Have you read Dr. Grassi -- Grassi's

8    deposition testimony about that?

9        A     I have not reviewed Dr. Grassi's

10   deposition.

11       Q     Okay.  Have you read Dr. Anne Roberts'

12   deposition about Bard's use of SIR guidelines?

13       A     I have not reviewed Dr. Roberts'

14   deposition.

15       Q     Okay.  Do you know who Dr. Roberts is?

16       A     I am aware of who she is.

17       Q     Did -- was she -- did she work at FDA at

18   any time while you were there?

19       A     So it's my understanding that she did a

20   fellowship at FDA, and I'm not exactly sure to

21   what extent our time overlapped.

22       Q     Then how is it that you know who

23   Dr. Anne Roberts is?

24       A     Because I saw references to her in

Do Not Disclose - Subject to Further Confidentiality Review

1   something I read relatively recently.

2       Q    Did you read her report that she did

3   in collaboration with Dr. Tom Kinney and

4   Dr. Sanjeeva Kalva?

5       A    No, I did not.

6       Q    That was not provided to you?

7       A    I am not aware of that report.

8       Q    And you are not even aware it exists?

9       A    No, I shouldn't say that.  I am aware it

10  exists because counsel discussed it with me

11  briefly yesterday, so I know it exists, but I

12  haven't seen it or reviewed it.

13      Q    You just knew -- you just found out

14  about it yesterday?

15      A    Yes, I just found out about it recently.

16           MR. LOPEZ:  Okay.  Can I have a copy of

17  that report?

18  BY MR. LOPEZ:

19      Q    So is Dr. Roberts one of the authors of

20  the SIR guidelines that we've been talking about?

21      A    I don't know who all the contributing

22  authors were on the guidelines.

23      Q    Have you ever talked to any of the

24  authors of those guidelines?

Do Not Disclose - Subject to Further Confidentiality Review

1    filter being challenged by a clot and moving to

2    someone's heart and causing death?

3           MR. ROGERS:  Object to the form and

4    foundation.

5           THE WITNESS:  I'm not aware of

6    Dr. Kinney's opinions.

7    BY MR. LOPEZ:

8       Q    Well, didn't Bard represent to FDA that

9    a lot of the things they were telling FDA were as

10   a result of consulting with their medical

11   consultants?

12      A    You'd have to show me a particular

13   representation to FDA that you're talking about.

14      Q    If FDA wanted to know what the

15   acceptable rate of death was from a filter not

16   staying where it was put when it got challenged by

17   a clot and causing death, and Bard knew that its

18   consultants were telling them that the

19   acceptability of that happening is zero, shouldn't

20   Bard have told FDA that?

21      A    Can you repeat the question?

22      Q    If FDA wanted to know what the

23   acceptable rate of death was from a filter not

24   staying where it was put when being challenged by

Do Not Disclose - Subject to Further Confidentiality Review

1    a clot and causing death, and Bard knew that its

2    consultants were telling them that the

3    acceptability of that happening is zero, shouldn't

4    Bard have told FDA that?

5            MR. ROGERS:  Object to the form.

6            THE WITNESS:  You started off by saying

7    if FDA had wanted to know.  So if FDA had wanted

8    to know, they would have asked.  And if Bard had

9    information that said that it -- the acceptability

10   was that it would be zero, then I would have

11   expected them to share that with FDA, if FDA had

12   asked them that question.

13   BY MR. LOPEZ:

14       Q    How many deaths were reported in the

15   2003 SIR -- I'm going to start saying SIR because

16   I do SRI all the time and mess that up.  So if I

17   say "SIR guidelines," you'll know I'm talking

18   about S-I-R?

19       A    Okay.

20       Q    Okay.  How many deaths that were

21   referenced in the SIR guidelines of 2003 were

22   deaths caused by a device being challenged by a

23   clot and embolizing to a patient's heart and

24   causing death?

Do Not Disclose - Subject to Further Confidentiality Review

1           THE WITNESS:  So I think you have to be

2    careful when you talk about design defects.

3    BY MR. LOPEZ:

4        Q    Well, let's put it this way -- let me

5    put it this way.  I'll withdraw the question.

6           The only way for a warning to deal with

7    a design deficiency is for the warning to say:  We

8    have a design deficiency.  Wouldn't you agree?

9           MR. ROGERS:  Object to the form.

10   BY MR. LOPEZ:

11       Q    That's the warning.

12       A    I think that you -- you have to be

13   careful about making those generalizations.  When

14   you do a risk analysis, you look at a device.

15   Let's say you identify a potential risk to health.

16   Then the best thing to do is to design the device

17   to address it, to fix it.

18           So I would agree that if you have a

19   risk, the best thing is to redesign it.  If you

20   can't design it, you provide a work --

21           THE REPORTER:  Excuse me.  Can you

22   please --

23           THE WITNESS:  Oh, I'm sorry.  I know I'm

24   doing it again.  I'm sorry.  All right.  Let me

Do Not Disclose - Subject to Further Confidentiality Review

```
 1    start --

 2    BY MR. LOPEZ:

 3         Q     Step back.  Just slow down.

 4         A     I'm hungry.

 5               So when you design a device, and you

 6    have a risk, ideally the best thing to do to

 7    mitigate a risk is to design around it.  You

 8    design the device so the risk goes away.

 9         Q     Right.

10         A     If you can't do that, then you can

11    implement some kind of way to protect the person

12    against the risk.  You put in a barrier or a guard

13    so you can't touch the heart -- the hot part.

14               Finally, if you can't do either one of

15    those things, you label around it.  You say,

16    There's a risk here.  We can't -- it's a risk we

17    have to accept, but we're going to label around

18    it.

19               So, I mean, that's standard design

20    considerations.

21         Q     I'm going -- I'm going to hire you just

22    for that part of your testimony.  Is that okay?

23    Can I do that?

24               MR. LOPEZ:  I'm just kidding.  Let's
```

# EXHIBIT 11

Do Not Disclose - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ARIZONA

 3

 4    In Re Bard IVC Filters       )

 5    Products Liability Litigation )

 6    ------------------------------) No. MD-15-02641-PHX-DGC

 7

 8                    Do Not Disclose -

 9         Subject to Further Confidentiality Review

10

11         This is the videotaped deposition of MURRAY R.

12    ASCH, M.D., taken before Terry Wood, CSR, RPR, a court

13    reporter, at Victoria Room, Residence Inn, 160

14    Consumers Drive, Whitby, Ontario, Canada, on the 2nd of

15    May, 2016, at 9:13 a.m..

16

17         Reported by:  Terry Wood, CSR (Ont.), RPR

18              Videographer:  Jim Lopez

19

20

21

22

23

24
```

Do Not Disclose - Subject to Further Confidentiality Review

1    will be noted on the stenographic record.  Counsel,

2    also here in person will be noted on the stenographic

3    record.  The court reporter is Terry Wood, and she will

4    now swear in the witness.

5                    MURRAY R. ASCH, M.D., AFFIRMED;

6                    EXAMINATION BY MR. BOATMAN:

7                    Q.   Good morning, Dr. Asch.

8                    A.   Good morning.

9                    Q.   Would you please state your full

10   name for the record?

11                   A.   My full name is Murray Ross Asch.

12                   Q.   And are you a medical doctor?

13                   A.   Yes, I am.

14                   Q.   Dr. Asch, we're here today to

15   discuss the work you did for Bard from 1999 to about

16   2004.  Can you please tell the jury what you did for

17   Bard?

18                   A.   I was involved in a pilot study to

19   assess the safety and feasibility of retrieving a

20   new -- a newly designed IVC filter.

21                   Q.   And Dr. Asch, before we get into

22   that study, I'd like to ask you just a few questions

23   about yourself.  First, what kind of doctor are you?

24                   A.   I'm an interventional radiologist.

Do Not Disclose - Subject to Further Confidentiality Review

 1    time the study was done, I was working at a

 2    university-associated hospital.  And I needed to submit

 3    to my local hospital review ethics board.

 4                    Q.   And did you obtain the necessary

 5    approvals?

 6                    A.   Yes, I did.

 7                    Q.   Did anyone at Bard or NMT ever tell

 8    you the purpose of the study was so that Bard could get

 9    FDA clearance for the filter?

10                    MR. NORTH:  Objection to the form.

11                    THE DEPONENT:  That was never told to

12    me.

13                    BY MR. BOATMAN:

14                    Q.   If Bard had told you that getting

15    FDA clearance was the purpose of the study, would you

16    have agreed to do the study?

17                    A.   I would have designed the study in

18    a different way.

19                    Q.   Did anybody at Bard ever tell you

20    how your study fit into the filter approval process?

21                    A.   The plan that was communicated to

22    me was I was going to do a pilot study to help open the

23    doors for a large multi-center American study, which

24    would then be utilized to obtain FDA approval.

Do Not Disclose - Subject to Further Confidentiality Review

1           Q.   This is a get-the-ball-rolling

2    study?

3           A.   Yes.

4           MR. NORTH:  Objection to the form.

5           BY MR. BOATMAN:

6           Q.   How did Bard describe this initial

7    pilot study to you?

8           A.   Exactly as that, as an initial

9    feasibility study, safety study, let's get the ball

10   rolling, let's see if this device will perform in

11   humans as it has in animals and in the lab.  And then

12   once we know that it's safe, it will then be easier to

13   obtain approval for a real - a bigger study in the

14   United States.

15          Q.   Are there ethical rules that govern

16   studies like the one Bard asked you to conduct in this

17   case?

18          A.   Yes.  There are very strict ethical

19   rules that govern all studies.

20          Q.   Does a doctor working with a

21   medical device company expect the company to be honest

22   and transparent in working with you?

23          A.   I absolutely expect that.

24          Q.   Do you expect the company

Do Not Disclose - Subject to Further Confidentiality Review

1    retrieve the IVC filter without resultant damage to the

2    inferior vena cava.

3                    Q.   And what -- how successful, how did

4    the study turn out as far as retrievability?

5                    A.   It was very successful.  We were

6    able to retrieve virtually all of the filters that we

7    attempted to retrieve.

8                    Q.   Were there complications with the

9    filters you experienced in the study that were

10   independent of the retrievability aspect of the study?

11                   A.   Yes, there were complications

12   related to the IVC filter.

13                   Q.   What were those complications?

14                   A.   There was a filter migration, and

15   one of the patients experienced filter fractures.

16                   Q.   Did you also have a problem with

17   the splines twisting?

18                   A.   Yes.  Early on in the study there

19   was a problem with deployment as a result of the

20   insertion device, including splines twisting.

21                   Q.   And let's talk about the splines

22   twisting first.  When did that happen in the study?

23                   A.   That happened early on.

24                   Q.   Okay.  And can you tell us what the

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                    A.   Yes, I expressed those concerns.

 2                    Q.   Did Bard do a root-cause analysis

 3   to try to determine the cause of the filter fracture in

 4   patient 33?

 5                    A.   Yes, they did.

 6                    Q.   Did Bard -- did you get a copy of

 7   that root-cause analysis?

 8                    A.   I don't -- I don't recall receiving

 9   a written root-cause analysis, but I do recall

10   conversations with them.

11                    Q.   And I know there were several

12   people you were dealing with, but can you tell us

13   primarily who you were dealing with when you say you

14   had these conversations?

15                    A.   The main people -- the main person

16   I dealt was with Rob Carr because he was at NMT.  He

17   was the engineer.  He was most intimately involved in

18   the study.

19                    Q.   Did Bard determine the cause of the

20   two fractures in patient 33?

21                    MR. NORTH:  Objection to the form.

22                    THE DEPONENT:  What was communicated to

23   me was that there was potential weakness at the site of

24   the weld, and there was potential for increasing the
```

Do Not Disclose - Subject to Further Confidentiality Review

1    robustness, if you will, of the device by manufacturing

2    it with larger diameter metal.

3                    BY MR. BOATMAN:

4                    Q.   Did Bard tell you they were going

5    to change the design or manufacturing process to try to

6    prevent future filter fractures?

7                    MR. NORTH:  Objection to the form.

8                    THE DEPONENT:  That is my recollection.

9                    BY MR. BOATMAN:

10                   Q.   And who told you that?

11                   A.   I believe it was Rob Carr.

12                   Q.   Did you trust Bard to have

13   conducted a proper root-cause analysis as to the cause

14   of the fractures in patient 33?

15                   A.   Yes, I expected that.

16                   Q.   And did you trust Bard to make the

17   changes to the filter to prevent future fractures that

18   they told you they were going to make?

19                   A.   Yes, they had already made changes

20   based on the first spline problem we had.  So I assumed

21   they would make changes based on this problem as well.

22                   Q.   Did anyone at Bard ever tell you

23   that Kay Fuller had expressed concerns internally at

24   Bard, that Bard had not done a proper root-cause

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                    MR. BOATMAN:  Objection.  Beyond the

 2     scope of direct.

 3                    THE DEPONENT:  I am aware that caval

 4     perforation is a common complication of a variety of

 5     filters, but the essential thing to consider is that

 6     there is a big difference between a complication or a

 7     perceived complication we see at the time of an imaging

 8     study and a complication that subsequently goes on to

 9     kill a patient.  There are -- at a quick glance in

10     this article, I don't see any reference to any adverse

11     events other than an imaging abnormality.  No one died

12     and no unusual procedures had to be performed.

13                    BY MR. NORTH:

14                    Q.   Doctor, did I understand your

15     testimony earlier in response to some of Mr. Lopez'

16     questions to be that you do not believe Bard should

17     have sought FDA clearance for the Recovery filter or

18     begin selling the device commercially until it

19     conducted a more robust study than the one you

20     performed?

21                    A.   Yes.  That is what I believe and

22     that is what Bard had led me to believe at the time

23     they contacted me and asked me to be involved in this

24     study.
```

# EXHIBIT 12

*Radiology*

**Murray R. Asch, MD, FRCPC**

**Index terms:**
Embolism, pulmonary, 60.72
Venae cavae, filters, 982.1267
Venae cavae, interventional
procedures, 982.1267

**Published online before print**
10.1148/radiol.2252011825
**Radiology 2002;** 225:835–844

**Abbreviations:**
DVT = deep venous thrombosis
IVC = inferior vena cava
PE = pulmonary embolism

[1] From the Department of Medical Imaging, Mount Sinai Hospital/University Health Network, 600 University Ave, Suite 564, Toronto, Ontario, Canada M5G 1X5. From the 2001 RSNA scientific assembly. Received November 14, 2001; revision requested January 29, 2002; revision received March 12; accepted June 26. Supported in part by NMT Medical and C. R. Bard. **Address correspondence to** the author (e-mail: *masch@mtsinai.on.ca*).

**Author contribution:**
Guarantor of integrity of entire study, M.R.A.

© RSNA, 2002

# Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter[1]

**PURPOSE:** To evaluate preliminary clinical experience in humans with the Recovery nitinol filter (RNF) for the inferior vena cava, especially the efficacy of the device and safety of its retrieval.

**MATERIALS AND METHODS:** Thirty-two patients were followed up to assess for filter efficacy and for ability to remove the filter.

**RESULTS:** Sixteen men and 16 women aged 18–83 years (mean, 53 years) underwent treatment with the RNF. Indications for placement were recent pulmonary embolism ($n = 16$), recent deep venous thrombosis ($n = 20$), and/or prophylaxis ($n = 2$). Four patients had contraindications to anticoagulant therapy, and four had complications from anticoagulant therapy. The filter was successfully placed in 32 patients. In 24 (100%) of 24 patients, the filter was successfully retrieved with a jugular approach. The mean implantation period was 53 days (range, 5–134 days). Trapped thrombus was seen within the filter in seven cases. In one patient with a large trapped thrombus, the filter was noted to have migrated 4 cm cephalad. There were no episodes of pulmonary embolism or insertion-site thrombosis.

**CONCLUSION:** This preliminary experience in humans confirms the efficacy of the RNF. It also demonstrates the feasibility and safety of retrieval up to 134 days after implantation.

© RSNA, 2002

Anticoagulation is the accepted standard therapy in patients with venous thromboembolic disease. When contraindications to anticoagulant therapy are present, interruption of the inferior vena cava (IVC) can be performed to prevent the passage of large life-threatening emboli to the lungs. With the introduction of the Greenfield filter in 1973, placement of IVC filters has become accepted as the most common treatment alternative (1). Since the advent of devices that can be placed percutaneously, the number of filters inserted on a yearly basis has increased markedly (2,3). It has been specifically noted that there has been an increase in the implantation rate in young patients (2). Coincidentally, follow-up studies have revealed a 2%–19% incidence of late complications, often arising many years after filter placement (4,5). As the prevalence of patients with IVC filters has increased, so too have reports of guide wire entrapment with subsequent displacement of filters to the heart (6,7). Concerns about the long-term safety of IVC filters have resulted in the suggestion that permanent filters be avoided, especially in patients with a long life expectancy (8).

In many patients, the period of risk from anticoagulant therapy is relatively short. Other than the treatment of patients with widespread malignancy, there are few clinical situations that require placement of a lifelong IVC filter. Several studies have revealed that up to 30% of patients receive anticoagulant therapy following placement of an IVC filter (4,9). Decousus et al (10) demonstrated a reduction in the incidence of pulmonary embolism (PE) in patients with filters compared with patients treated with anticoagulant therapy at the 12-day mark, and no difference in outcome between patients with filters and those treated with standard anticoagulant therapy at 2 years. These researchers also observed an increased risk of recurrent deep venous thrombosis (DVT) in the patients treated with filter placement compared with those treated with anticoagulants alone (10). These data support the use of nonpermanent IVC filters.

*Radiology*

There are two varieties of nonpermanent filters—temporary and retrievable. Temporary filters are attached to some form of tether, such as a guide wire or catheter, and thus must be removed (11). The anchoring mechanism of temporary filters often results in some degree of patient immobility and may also serve as a nidus for infection. If filter thrombosis occurs, a new, permanent filter must be placed. Retrievable filters may be left in place permanently or they may be retrieved, depending on what is appropriate for each individual clinical situation. Currently, the only retrievable device approved for use in Canada is the Gunther Tulip filter (Cook Canada, Stouffville, Ontario) (12,13). In their review of data from a multicenter registry, Lorch et al (14) state that filters that can be retrieved or left in place at the option of the physician would be an appropriate kind of temporary filter to use as long as the retrieval procedure was technically easy and had a low complication rate.

Although there are many differences between temporary and retrievable filters, all currently approved devices share a common limitation—length of residence prior to removal. Current instructions for use for most nonpermanent filters state that the filter must be removed within 10–14 days of placement. The predominant concern is the development of endothelialization, which would make subsequent removal impossible. Endothelialization has been shown to lead to explantation problems after as short a period as 12 days (15).

The Recovery nitinol filter (RNF) (NMT Medical, Boston, Mass), a retrievable IVC filter, is a new device (Fig 1). It is composed of 12 0.13-inch nitinol wires that extend from a nitinol sleeve. It has six arms and six legs. The resting diameter of each of the arms is 30.5 mm; the resting diameter of each of the legs is 32 mm. The filter measures 4 cm in height. It has undergone benchtop and animal testing since 1998. On the basis of the evidence that the filter is safe, effective, and retrievable up to 22 weeks after insertion, the purpose of this study was to evaluate the efficacy of this filter and the safety of its retrieval in humans.

## MATERIALS AND METHODS

### Patients and Filter Insertion

Thirty-four consecutive patients who required an IVC filter and who were anticipated to return to anticoagulant ther-

apy 10 days to 12 weeks after the procedure or to not require anticoagulant therapy for 10 days to 12 weeks were selected to receive an RNF between April 2000 and November 2001. Patients were considered for placement of this filter only if their estimated life expectancy was greater than 2 years. Retrieval was planned for all patients. The device was released for use on a special-access basis by the Health Protection Branch of the federal government of Canada, in Ottawa, Ontario, and its use was approved by the University of Toronto ethics department and by the institutional review board. Informed consent was obtained from all patients. Specifically, the option of placement of a permanent filter or an approved removable filter such as the Gunther Tulip retrievable filter (Cook Canada) was offered.

The filters were placed at multiple sites of a multiinstitutional medical imaging department by a single staff vascular and interventional radiologist (M.R.A.). The timing of filter removal was coordinated with the referring physician and/or with special referral to a hematologist. The decision regarding return to anticoagulant therapy was usually made by the referring physician on the basis of his or her assessment of the risk of bleeding versus concern regarding propagation of lower-extremity DVT. All 32 patients who received filters (two patients were found to have anatomic conditions unfavorable for filter placement) had the decision to return to anticoagulant therapy made for them in this fashion. In cases in which it was deemed that filter removal had to be postponed beyond 12 weeks for a medical indication, specific approval from both the ethics department and the Health Protection Branch was sought and granted.

All procedures were performed with standard sterile technique. Conscious sedation was achieved with midazolam (Versed; Sabex, Boucherville, Quebec, Canada) and fentanyl citrate (Sublimaze; Faulding, Dorval, Quebec, Canada), which were simultaneously administered at the patient's request. All devices were placed via the femoral vein on the side contralateral to the side of venous thrombosis, if present. Access was obtained with real-time ultrasonographic (US) control and a 19-gauge single-wall puncture needle (Cook Canada) after local anesthetic with 1% xylocaine (Lidocaine; AstraZeneca, Mississauga, Ontario, Canada) had been applied to the puncture site. A 5-F pigtail catheter (Cook Canada) was subsequently advanced over a 0.035-inch standard J-tip guide wire (Cook Canada), and



**Figure 1.** RNF retrievable IVC filter. (Original magnification, ×3.) The device is manufactured from nitinol wire of 0.013 inch in diameter. It is 4 cm in height, and the base can accommodate a vena cava up to 28 mm in diameter. There is dual-level filtration from both the arms and the legs.

digital subtraction angiography of the IVC was performed in frontal and lateral projections with hand injection only. The IVC was measured in both planes with a ruler, a dime, or a calibrated catheter and was assessed for duplication and thrombosis. The number and position of the renal veins were also noted. Selective renal vein catheterization was not performed. The filter was not placed if the corrected diameter of the vena cava exceeded 28 mm.

In a single instance, the filter was placed by means of a portable C arm in the intensive care unit as a result of concern that this ventilated patient could not tolerate transfer to the interventional suite. In this case, right-sided access was impossible because of the presence of a previously unsuspected iliac venous thrombosis. There was an indwelling left femoral venous line, so a new, separate left femoral puncture was performed. This patient was already undergoing prophylactic broad-spectrum antibiotic therapy for his underlying condition, and he did not subsequently develop signs of sepsis secondary to the procedure.

Following placement of the 6-F introducer sheath, the filter was advanced and deployed with a technique similar to that used with the Simon nitinol filter (NMT Medical). The sheath and filter reservoirs were primed with a standard heparin and saline flush prior to placement. Neither a

*Radiology*



a.                          b.                          c.

**Figure 2.** Vena cavograms depict filter placement. **(a)** Frontal scout view obtained just before the postinsertion vena cavogram shows the highly visible nitinol RNF filter with its tip at the L1-2 interspace (black arrow). Note the radiopaque marker band on the tip of the insertion sheath (white arrow). **(b)** Frontal postinsertion vena cavogram demonstrates that the filter is aligned with the caval axis, with its tip approximately 1 cm caudal to the right renal vein (arrow). **(c)** Lateral vena cavogram demonstrates alignment in this plane as well.



**Figure 3.** Retrieval cone, which is constructed with nine metal claws covered by a urethane cover. The open diameter of the cone is 15 mm. A central lumen allows for over-the-wire placement. The cone is inserted via the jugular vein through a 10-F profile catheter with a radiopaque band on its end.

drip infusion nor iced saline was used. The filter was released by maintaining the position of the pusher while retracting the sheath at the target site. This filter does not shorten while it opens; this allows for accurate deployment at the target. Follow-up digital subtraction angiography of the IVC was performed in both frontal and lateral projections to assess for filter alignment with the caval axis and to confirm the position of the filter with respect to the renal veins (Fig 2).

The sheath was then removed, and hemostasis was achieved. Subsequent anticoagulant therapy was commenced at the discretion of the referring physician.

**Filter Removal**

Filter removal was performed when it was deemed that the patient could safely resume full and uninterrupted anticoagulant therapy. In some patients, a trial of anticoagulation was performed before planned filter removal to avoid the need for filter reinsertion. Any anticoagulant therapy was subsequently reversed at the time of removal. Therapy with warfarin sodium (Coumadin; DuPont Pharma, Mississauga, Ontario, Canada) was maintained before scheduled filter removal until the international normalized ratio was less than 1.3. In patients receiving dalteparin sodium (Fragmin; Pharmacia, Mississauga, Ontario, Canada), the scheduled dose prior to filter removal was withheld.

Removals were performed with standard aseptic technique and conscious sedation protocols similar to those used in filter insertion. All procedures were performed via the right jugular vein with

real-time US control. Initially, a 5-F pigtail or multipurpose catheter, advanced over a guide wire, was placed in a location below the filter so that digital subtraction angiography of the vena cava could be performed in both frontal and lateral projections. The angiograms were assessed for filter position and tilt with respect to the caval axis and to identify trapped thrombus. Following insertion of a 0.035-inch Amplatz extrastiff straight guide wire (Boston Scientific, Mississauga, Ontario, Canada), the 10-F retrieval sheath was placed. It was occasionally necessary to predilate the tract with a 10-F Coons dilator (Cook Canada). The retrieval cone (Fig 3) was then advanced through the sheath and docked with the filter tip so that the filter could be retracted into the sheath and removed.

It was sometimes necessary to advance a 0.035-inch angled guide wire (Terumo; Sultzer Medical, Mississauga, Ontario, Canada) or a 5-F multipurpose catheter (Cook Canada) to facilitate the docking procedure. The guide wire could be advanced through the central lumen of the retrieval cone, whereas the 5-F multipurpose catheter could be introduced through

*Radiology*

the retrieval sheath. With increased experience, the procedure was changed so that the initial catheter was selectively placed toward the side of the filter at which the shortest distance between the filter tip and the caval wall was seen at the time of initial angiography. The retrieval sheath was subsequently advanced over a 260-cm-long Amplatz wire. With this technique, any subsequent additional manipulations to dock the cone and filter became unnecessary.

Following removal, a repeat vena cavogram was obtained to assess for procedural trauma or any other complication related to filter residence. The filters were evaluated for trapped thrombus, endothelium formation, and mechanical damage. The sheath was then removed and hemostasis was achieved. Anticoagulant therapy was restarted under the direction of the referring physician or attending hematologist. The filters were returned to the manufacturer (NMT Medical) so that a complete assessment of device integrity could be performed.

### Follow-up

Abdominal radiography 1 and 7 days after placement, then yearly, was recommended per our protocol for follow-up after placement of permanent IVC filters. No other routine follow-up imaging studies were performed because this device was placed on a compassionate basis, not under the confines of a scientific study protocol. However, in any patient in whom an adverse event was clinically suspected, appropriate imaging studies were performed (Fig 4). In patient 10 and all subsequent patients, routine follow-up abdominal radiographs were obtained to assess for possible filter migration. This change in protocol was instituted after identification of an episode of asymptomatic migration of the filter in patient 9. It was specifically requested that these radiographs be sent directly to the author to enable direct comparison of the position of the filter on subsequent radiographs with its position on radiographs obtained at the time of placement.

Several of the patients in this series underwent repeat radiologic examinations after filter removal as part of their routine medical care. When available, images from these examinations were evaluated to identify any postinsertion or removal complications. Clinical follow-up of patients after filter removal was achieved by means of the author's review of subsequent, forwarded medical notes or by direct telephone contact with the



**Figure 4.**  Follow-up transverse contrast material–enhanced spiral computed tomographic (CT) scan obtained as part of this patient's routine medical care 2 weeks after placement of an RNF shows the filter to be in good position, with no associated complication.

patient. On all images, filters were evaluated for tilt, migration, trapped thrombus, and caval perforation. During follow-up visits, patients were evaluated for signs or symptoms of insertion-site or vena caval thrombosis and PE. All radiologic images were evaluated by the author, and all clinical examinations were performed by the referring physician.

## RESULTS

Placement of a temporary filter was requested in a total of 34 patients. In one patient, the corrected caval diameter measured 33 mm on the vena cavogram. The referring physician did not want placement of a permanent filter, so no filter was placed in that individual. In one patient with DVT who was scheduled for orthopedic surgery, there was congenital interruption of the vena cava with hemiazygous continuation, so no filter was placed. In all other instances, patients consented and received the RNF (Table 1). Mean patient age was 53 years (range, 18–83 years). There were 16 male and 16 female patients. A diagnosis of DVT was confirmed with color Doppler US in 23 patients; 18 patients had right-sided DVT, and five patients had left-sided DVT. A diagnosis of PE was confirmed in 15 patients at CT angiography.

In four of 26 patients in whom anticoagulant therapy was contraindicated, it was contraindicated because of an underlying coagulopathy. In two patients anticoagulant therapy was contraindicated because the patient had recently undergone surgery, and in 18 patients it was contraindicated because the patient was scheduled to undergo surgery. Four pa-

tients had experienced a complication during anticoagulant therapy. In two patients at high risk for PE, filters were placed prophylactically. One filter was placed in a patient with pulmonary hypertension and multiple pulmonary emboli. Filters were placed in two patients in whom pulmonary CT angiograms were initially interpreted as positive for PE by the on-call body imaging staff but in whom final dictated radiology department reports indicated no PE. One of these patients had a remote history of DVT, so the filter was temporarily left in place. In the other patient there was no evidence of DVT, so the filter was removed at 5 days.

Sixteen patients had been given an underlying diagnosis of malignant neoplasm. Patients were referred from the departments of orthopedic surgery ($n = 9$), surgical oncology ($n = 6$), general surgery ($n = 3$), respirology ($n = 3$), intensive care ($n = 2$), internal medicine ($n = 4$), nephrology ($n = 2$), cardiology ($n = 1$), neurosurgery ($n = 1$), and medical oncology ($n = 1$) (Table 2). Fifteen patients (47%) received concomitant anticoagulant therapy for some period of time while the filter was in place.

### Filter Insertion

In one instance, the filter could not be advanced through the introducer sheath. It was unclear whether the problem was that the filter had been loaded incorrectly into the sheath at the time of packaging or if there was inadvertent disengagement of the pusher at the time of insertion. In that patient, the sheath was removed, a new puncture was made, and

*Radiology*

**TABLE 1**
**Patient Data**

| Patient No./Age (y)/Sex | Underlying Diagnosis | Proven DVT | Proven PE | Indication for Filter Placement | Filter Retrieved, Duration of Filter Presence (d) | Confirmed Trapped Thrombus | Patient Outcome |
|---|---|---|---|---|---|---|---|
| 1/55/M | Colon cancer | Yes | Yes | Placed after resection for possible repeat surgery for small bowel obstruction | Yes, 10 | Yes | No disease progression |
| 2/35/F | Leukemia | Yes | No | Thrombocytopenia, respiratory failure | No, 41 | No | Deceased |
| 3/78/F | Colon cancer | Yes | Yes | Placed before bowel resection | Yes, 29 | No | No disease progression |
| 4/22/F | Pyonephrosis | No | Yes | Bilateral nephrostomy, then lithotripsy | Yes, 50 | No | Resolution of disease |
| 5/28/M | Crohn disease, giant cell sarcoma | Yes | No | Gastrointestinal bleeding (spontaneous) | Yes, 75 | No | Stable |
| 6/30/M | Mesenchymal sarcoma | Yes | Yes | Placed before resection of primary pelvic tumor | No, 59 | No | Deceased |
| 7/84/M | Hip fracture, stroke, bladder outlet obstruction | Yes | No | Femoral pseudoaneurysm secondary to carotid stent placement | Yes, 83 | No | Ongoing bladder problems (prostatic hypertrophy) |
| 8/58/F | Polyarteritis, pulmonary aspergillosis | Yes | No | Gastrointestinal bleeding secondary to gastric erosions | No, 15 | No | Deceased |
| 9/61/M | Coronary artery disease, myocardial infarction | Yes | Yes | Puncture-site complication following emergency coronary artery stent placement (large retroperitoneal hematoma); filter placed before surgical repair and vascular grafting | Yes, 17 | Yes | Stable |
| 10/29/F | Chronic renal failure, renal transplant, acute thrombocytopenia secondary to *Escherichia coli* infection | No | No | Intraabdominal bleeding after hemicolectomy, thrombocytopenia, and acute renal failure (of transplant) | Yes, 34 | Yes | Complete recovery of renal function, reversal of iliostomy |
| 11/70/M | Chondrosarcoma | Yes | No | Placed before resection of primary tumor | Yes, 65 | No | Tumor free |
| 12/37/F | Postpartum hemorrhage, multisystem failure | Yes | No | Cardiac arrest, liver and renal failure, fourth-degree vaginal tear with bleeding | Yes, 21 | No | Recovered |
| 13/32/F | Osteosarcoma | Yes | No | Placed before resection of primary tumor | Yes, 71 | No | Tumor free |
| 14/67/F | Pelvic sarcoma | Yes | No | Placed before resection of primary tumor with vascular reconstruction | Yes, 55 | No | Developed metastatic disease |
| 15/71/F | Lymphoma | No | Yes* | Chemotherapy, thrombocytopenia | Yes, 5 | No | Remains in hospital with multiple medical problems† |
| 16/50/M | Chronic renal failure but no dialysis | Remote history of DVT | Yes* | Development of buttock hematoma during warfarin therapy (international normalized ratio, 2.3) | Yes, 70 | No | Resolution of disease |
| 17/33/M | Crohn disease | Yes | No | Intraabdominal abscess; filter placed before percutaneous drainage and bowel resection | Yes, 40 | No | Resolution of disease |
| 18/46/F | Retroperitoneal sarcoma | Yes | No | Placed before surgical resection of primary tumor | Yes (surgically), 11 | No | Stable |
| 19/44/M | Lung cancer | No | Yes | Placed before surgical resection of primary tumor | Yes, 61 | No | Tumor free |
| 20/77/F | Colon cancer | No | Yes | Gastrointestinal bleeding during warfarin therapy; filter placed before surgical resection of primary tumor | Yes, 49 | Yes | Stable |
| 21/70/M | Colon cancer | No | Yes | PE 3 mo before planned liver resection | Yes, 21 | Yes | Stable |
| 22/65/M | Pelvic chondrosarcoma | Questionable‡ | No | Placed before surgical resection (patient thought to be at high risk for postoperative DVT given planned vascular reconstruction) | Yes, 14 | No | Tumor free |
| 23/49/M | Pulmonary hypertension | Yes | Yes | Newly diagnosed pulmonary hypertension thought to be because of recurrent PE, poor pulmonary reserve | Yes, 77 | No | Stable; being considered for embolectomy† |
| 24/47/F | Squamous cell carcinoma of anus | Questionable‡ | No | Placed before surgical biopsy of pelvic nodal mass | Yes, 134 | No | Slowly progressive metastatic disease |
| 25/74/F | Periprosthetic fracture | Yes | No | Placed before surgical revision | Yes, 91 | Yes | Recuperating† |
| 26/80/M | Total knee replacement | Yes | No | Postoperative bleeding at surgical site | Yes, 103 | No | Ongoing bleeding; anticoagulant therapy stopped† |
| 27/82/F | Periprosthetic hip fracture | No | Yes | Placed before surgical revision | Yes, 91 | No | ND§ |
| 28/61/M | Osteoarthritis | Yes | No | Placed before total hip replacement | Yes, 83 | No | ND§ |
| 29/50/M | Leg osteosarcoma | No | Yes | Chemotherapy followed by surgical resection | NA‖ | NA‖ | NA‖ |
| 30/18/F | Cerebral palsy | No | Yes | Upper gastrointestinal bleeding secondary to severe esophageal ulceration | NA‖ | NA‖ | NA‖ |
| 31/71/F | Hemorrhagic stroke | Yes | Yes | Hemorrhagic stroke | NA‖ | NA‖ | NA‖ |
| 32/35/M | Subdural hematoma | No | Yes | Recent neurosurgery | NA‖ | NA‖ | NA‖ |

* On false-positive CT scan.
† At time of writing.
‡ At magnetic resonance (MR) imaging.
§ ND = no data.
‖ NA = not applicable (filter in place at time of writing).

Radiology

a filter was placed without further difficulty. In another case, the filter was incompletely advanced out of the sheath, causing the leg hooks to engage the sheath. It was possible to recapture the filter tip with the stabilizer arm and then push the filter out of the sheath. This filter did remain in an infrarenal position. All other filters were placed in an infrarenal position without incident. Twenty filters were placed via the left femoral vein, and 12 were placed via the right.

In the placement of 17 (74%) of the first 23 filters, there was some difficulty in releasing the filter legs from the splines of the stabilizer arm. This was overcome by moving the introducer sheath in a gentle twisting motion. This problem had not been encountered in animal testing. Investigation by employees of NMT Medical revealed that the polishing process during manufacturing resulted in a "rolling over" of the edges of the splines, which caused the filter legs to tend to catch when the device was angulated at the time of attempted release. After the tumbling process was changed, the release problem did not recur.

Tilt of the filter with respect to the caval axis (defined as tilt > 15°) was encountered in two (6%) of 32 deployments. The tilt was 20° and toward the side contralateral to the venous puncture in both cases. Each instance of tilt occurred in the first 23 placements, with associated difficulty in release from the splines.

### Complications and Filter Removal

No patient developed a substantial puncture-site hematoma or any other complication related to filter insertion or removal. No patient developed symptomatic PE or insertion-site DVT following filter placement or removal (Table 3). One patient with a preoperatively placed filter experienced left-sided hemiplegia 10 hours after surgical revision of a fractured hip prosthesis. Her symptoms completely resolved, and a thorough neurologic evaluation revealed that she had had a transient ischemic attack unrelated to the filter. The filter in this patient was found to contain a small thrombus at the time of an abdominal CT examination.

Thrombus trapped within the filter was encountered in five additional patients at the time of filter removal, for a total of seven (22%) of 32 patients. In three patients the thrombus burden was small, and the filters were removed with a standard technique and the standard retrieval

sheath (Fig 5). Two filters were found to contain a large thrombus at the time of elective removal. In one patient, the filter was also noted to have migrated approximately 4 cm cephalad at the time of planned elective removal 17 days after insertion (Fig 6a, 6b). In retrospect, a lesser degree of migration was noted on a follow-up abdominal radiograph that had been obtained 4 days earlier; however, the migration had not been indicated in the typed radiology report.

After extensive discussion with the patient and referring physicians, it was decided that filter removal should be attempted. In this case, a 20-F vascular sheath (Cook Canada) was inserted and the RNF sheath was placed through it. The filter and thrombus were removed together (Fig 6c–6e). Although the patient was asymptomatic, CT angiography of the pulmonary arteries and CT venography of the IVC were performed to assess for local residual thrombus or PE. No evidence of either was seen. Two other patients underwent CT angiography of the pulmonary arteries at the time of filter removal (one filter had a trapped clot, and one did not); there was no evidence of PE in either of these patients.

Three patients died of their underlying disease with the filter in place 15 to 59 days (average, 38 days) after placement without clinical evidence of PE. Autopsy information was not available for any of these patients. One filter was removed intraoperatively as a result of a surgical mishap during attempted resection of a large retroperitoneal sarcoma. Twenty-four filters were removed 5–134 days (mean, 53 days) after insertion; as of this writing, four remain in place for planned removal. All attempted filter removals were successful (Fig 7). Once the sheath was in place, filter retrieval always took less than 2 minutes. Several patients noted momentary mild epigastric or back pain at the time the filter was removed. Otherwise, the majority felt only some manipulation of the jugular venous sheath.

### Follow-up

Many patients continue to undergo medical and radiologic follow-up as a result of their underlying disease process (Table 4). Records from medical visits and/or abdominal CT examinations were available in 22 (92%) of the 24 patients who had undergone filter removal. The average length of follow-up was 223 days (range, 4–522 days). Follow-up data included information obtained from ab-

dominal CT examinations in seven patients, chest CT examinations in four patients, and clinical care visits or telephone interviews in 20 patients. One patient developed clinical symptoms suggestive of PE 133 days after filter removal. However, repeat CT angiography of the lungs did not depict PE.

As of this writing, no other patient has developed clinical symptoms or imaging findings suggestive of PE, recurrent DVT, or any caval abnormality. One patient experienced recurrent hemorrhage at the surgical site (of a total knee replacement) 8 days after the filter was removed and therapy with dalteparin sodium had been reinstituted. This patient had previously tolerated a 2-week course of dalteparin sodium before filter removal. The indication for filter placement in this patient was PE without documented DVT. Because it had been 100 days since PE occurred, the attending hematologist believed it was safe to discontinue anticoagulant therapy.

**TABLE 2**
**Patient Demographics**

| Characteristic | No. of Patients |
|---|---|
| Diagnosis | |
|   DVT | 23 |
|   PE | 15 |
| Reason for filter placement | |
|   Anticoagulant therapy contraindicated | 26 |
|   Anticoagulant therapy had resulted in complications | 4 |
|   Coagulopathy | 4 |
|   Prophylaxis | 2 |
|   Poor pulmonary reserve | 1 |
|   Subsequent surgery | 18 |
| Referring department | |
|   Orthopedic surgery | 9 |
|   Surgical oncology | 6 |
|   Internal medicine | 4 |
|   General surgery | 3 |
|   Respirology | 3 |
|   Intensive care | 2 |
|   Nephrology | 2 |
|   Neurosurgery | 1 |
|   Medical oncology | 1 |
|   Cardiology | 1 |

**TABLE 3**
**Number of Patients with Complications**

| Complication | No. of Patients |
|---|---|
| Failure (PE with filter in place) | 0 |
| Insertion site thrombosis | 0 |
| IVC thrombosis | 0 |
| Filter migration (>2 cm) | 1 |
| Filter tilt (>15°) | 2 |

*Radiology*




a.                                      b.

**Figure 5.** Thrombus removal. **(a)** Vena cavogram obtained with a 5-F multipurpose catheter inserted via the right internal jugular vein at the time of filter removal (10 days after placement) reveals a small trapped embolus within the filter (arrow). **(b)** Gross specimen obtained after removal of filter and embolus with a standard 10-F sheath. Note embolus trapped by filter legs.

| TABLE 4 Patient Follow-up | |
| --- | --- |
| Outcome | No. of Patients |
| Intraoperative filter removal | 1 |
| Death | 3 |
| Percutaneous filter removal | 24 |
| Follow-up visit, follow-up radiology | 22* |
|   Clinic visit | 20 |
|   CT of abdomen | 7 |
|   CT of thorax | 4 |

Note.—Thirty-two filters were placed in 32 patients.
  * Follow-up records were available in only 22 of the 24 patients who underwent percutaneous filter removal.

## DISCUSSION

The RNF IVC filter is manufactured by NMT Medical. Constructed of nitinol, this filter is modeled after the dual-level structure of the Simon nitinol filter, which NMT Medical also manufactures. Several designs of a temporary retrievable filter were investigated before the current design for the RNF was conceived in 1998. One of the key features of the RNF that allows for retrieval many months after implantation is the hook design. The hooks of this filter were specifically designed, modeled, and tested to resist filter migration. The RNF underwent extensive benchtop and animal evaluation before it was first placed in a human patient (16).

Interest in a retrievable IVC filter has intensified since the first reported successful retrieval of an Amplatz filter (William Cook Europe, Bjaeverskov, Denmark) by Darcey et al in 1986 (17). However, this device was withdrawn from sale as a result of a high rate of vena caval thrombosis (18). There are currently a variety of tethered removable filters available in North America; however, they are not commonly placed as a result of their intrinsic design limitations.

The medical need for a retrievable filter design is demonstrated by the off-label use of currently approved permanent filters. Cope et al (19) described partial deployment of a Bird's Nest filter (Cook, Bloomington, Ind) during thrombolysis of iliocaval thrombus. The filter was safely removed 6.5 hours later (19). More recently, Nutting and Coldwell (20) completely deployed a TrapEase filter (Cordis, Miami, Fla), also for temporary protection during thrombolysis. Nutting and Coldwell described using a combined jugular and femoral venous approach to retrieve the filter after the procedure (20).

Although these maneuvers have proven to be successful in these case reports, they clearly contravene the manufacturer's instructions for use and place the patient at risk for a complication or failure of removal. A more common indication for filter removal is filter migration, either occurring at the time of implantation or seen at follow-up (21–23). Perhaps less common is an indication for removal is filter infection. Millward et al (24) reported a death attributed to an infected filter (Vena Tech; B Braun, Mississauga, Ontario, Canada). More recently, Lin et al (25) reported the successful removal of an infected Gunther Tulip filter 14 days

after implantation. Another indication well suited for a retrievable IVC filter is that of trauma (26,27).

The Gunther Tulip filter was approved for both permanent placement and retrieval in Canada in March 1998. In the United States, it is approved for permanent use. Although the instructions for use state that the filter should be removed by 10 days, Millward et al (28) have reported removal up to 25 days after implantation. However, in an earlier animal study, one of 21 Gunther Tulip filters could not be retrieved 14 days after insertion as a result of adherence to the caval wall (29). Recently published data from the registry of the Canadian Interventional Radiology Association regarding the placement of 91 Gunther Tulip filters currently represent the most extensive experience with that device (28). In that series, one filter could not be retrieved because the hook could not be engaged by the snare. Fifty-two filters were successfully removed at a mean of 9 days after placement. Of the 37 patients who were followed up, four required reinsertion of a permanent filter at a mean of 78 days after removal. Filters were not removed from 17 patients as a result of ongoing contraindications to anticoagulant therapy (28). These results support the need for a filter that can be removed well beyond a 10–15-day window.

The perfect temporary IVC filter would be one that has high clot-trapping efficacy but a low incidence of caval thrombosis. It would have to be nonmigratory yet be able to be retrieved at a time distant from the time of insertion. Finally, there should be no external tether to limit patient mobility or serve as a nidus for infection. While intimal hyperplasia is expected to occur with any implanted device, there are filter design factors that

*Radiology*



a.



b.

**Figure 6.** Filter migration and clot capture. **(a)** Abdominal radiograph obtained 1 day after filter placement shows that the filter tip is at the level of the pedicle of L1 (arrow). The surgical clips are from vascular repair after coronary artery stent placement, which was performed prior to filter placement. **(b)** Routine abdominal radiograph obtained 5 days after filter placement shows that the filter tip is now at the level of the pedicle of T12 (arrow). **(c)** Vena cavogram obtained at the time of planned filter removal 17 days after placement shows a large embolus within the filter (arrow). Note flow defect from left renal vein. **(d)** Frontal image shows that the 10-F removal sheath (curved arrow) has been advanced over an Amplatz wire and inserted through a 20-F vascular sheath (straight arrow) for filter retrieval. **(e)** Gross specimen of filter and trapped clot. The filter deformity occurred at the time of removal from the sheath.



c.



d.



e.

would limit the associated adverse effects. It is the author's hypothesis that the ability to retrieve a filter without concern for the amount of hyperplasia requires a filter to have little metal in contact with the caval wall.

Filter design is also important. If one looks at the design of the Gunther Tulip filter or the TrapEase filter, it becomes evident that the complex metal matrix would serve to anchor the filter in place when hyperplasia occurs. On the other hand, the design of the RNF allows for

the filter arms to slide out of any potential sleeve once the elastic leg hooks have been removed from the caval wall. The animal data demonstrating the ability to remove an RNF at 22 weeks, coupled with the fact that one was removed from a human at 134 days, suggest that there is no upper limit to the time of retrieval with the current design. In contrast, studies of virtually all other filter designs included cases in which the filter could not be removed 2 weeks after insertion (15,29). Given that intimal hyperplasia stabilizes at

approximately 3–6 weeks, one would expect that beyond that time filter fixation is not an issue.

The simple fact that a retrievable device is available is of limited clinical importance if that device must be removed by 10–15 days after placement. In the ideal situation, a patient could safely undergo anticoagulant therapy after surgery. However, even from this relatively small series, it is clear that many patients have more complex situations and require a much longer period of time before they can be

*Radiology*



a.                                b.                                c.

**Figure 7.**  Sequence of vena cavograms illustrates the technique of removing a filter with a wire. **(a)** The retrieval cone is advanced over a wire, **(b)** the filter arms are engaged, and **(c)** the filter is retrieved.

maintained on uninterrupted therapeutic doses of anticoagulants. Several of the patients referred from orthopedics who underwent routine surgery to install a joint prosthesis had not resumed full ambulation even at 90 days after filter placement. Patients referred from general surgery often require follow-up procedures (such as percutaneous abscess drainage or a second surgical procedure) after surgery.

Although the most common device used for percutaneous removal of foreign bodies is some type of snare, techniques used with this device are not always successful. In the series of Millward et al (28), there was one failed retrieval as a result of the position of a Gunther Tulip filter hook with respect to the caval wall. In spite of moderate angulation in several cases in this series, all filters were easily and successfully retrieved. The urethane-covered claws modeled into a cone shape enabled the efficient engagement and retrieval of the RNF. The ability to pass a 0.035-inch wire through the central lumen of the cone greatly facilitated the docking procedure when there was no straight-line access to the filter tip. As our experience grew, changes in technique

occurred. During the final four retrievals, the catheter was intentionally manipulated toward the side of filter tilt and the cone was always advanced over a wire. In this way, no additional maneuvers were required to engage the filter and cone.

There was a single occurrence (3%) of asymptomatic filter migration in this series of 32 patients. Migration is typically defined in the literature as movement greater than 2 cm. The reported incidence has been shown to vary between less than 1% and 13% and typically includes spontaneous migration to the heart (4,24,30,31). In our study patient, the filter was seen to be in a position several centimeters cranial to the insertion position on the radiograph obtained 5 days after insertion. However, the typed radiology report simply stated "An IVC filter is in place." At the time of planned removal at 17 days, the filter was seen to have migrated an additional 2 cm craniad. The vena cavogram obtained before removal revealed a large trapped embolus. It was possible to remove this filter and trapped embolus with the standard retrieval cone introduced through a 20-F sheath. That event was reported to the

Health Protection Branch and to our institutional review board, and the consent form was subsequently modified to include information on it.

As a precaution, all subsequent patients underwent follow-up abdominal radiography to assess for filter migration. This fact was emphasized to both the referring physician and the patient. It was requested that all radiographs be sent directly to the author so that he did not have to rely on the dictated report. No other instance of filter migration was encountered. In one patient, several filter arms were seen to lie outside of the vena cava (at venography and CT). However, this patient was asymptomatic, and the filter was easily removed (at 134 days). This patient had undergone an abdominal surgical procedure 2 days after filter placement. Filter penetration of the caval wall has been reported to occur with an incidence of 9% (4).

Although in the present study, filters were placed on a compassionate basis—outside a formal scientific trial—patients were followed up prospectively. Given that this study represents the initial human use of a new medical device, pa-

*Radiology*

tients were also promptly and thoroughly examined for any questionable complication. A number of patients underwent CT examination of the abdomen after filter placement and removal to assess for local complications; none was encountered.

In this series of 32 patients, filter efficacy was demonstrated by the fact that there were no episodes of PE and that trapped embolus was seen within the filter in seven cases. Complications such as caval occlusion or insertion-site thrombosis did not occur. The filter was successfully removed in all patients, even when a large trapped thrombus was present. The average time for filter removal in our experience (53 days) is well beyond the residence period for other removable/retrievable filters. The complexity of the clinical situation in these patients is shown by the need to maintain the filter in place for more than 100 days in two of our patients. The ability to remove this filter after such lengthy residence will likely prove to be important and will allow the majority of patients to receive a temporary filter instead of the permanent device used as part of the current standard of treatment. A large multicenter scientific study is warranted to further substantiate the role and value of this retrievable filter.

In conclusion, this preliminary, special-access use of the RNF, a retrievable IVC filter, suggests that the filter can easily be delivered via a femoral vein. It can be removed percutaneously up to 134 days after insertion without difficulty. No substantial complications were encountered in this series. Specifically, there were no documented incidents of PE, caval thrombosis, or insertion-site DVT with the filters in place. Retrieval via the jugular vein allows for removal of filters with small-to-large trapped thrombi.

**Acknowledgments:** The author gratefully acknowledges Rob Carr, BSc, Paul Stagg, BA, and Monica Coutanche, RN, for ongoing assistance during the study. Special thanks also to John Kaufman, MD, and Rob Carr for manuscript review.

## References

1. Greenfield LJ, McCurdy JR, Brown PP, Elkins RC. A new vena caval filter permitting continual flow and resolution of emboli. Surgery 1973; 73:599–606.
2. Athanasoulis C. Inferior vena cava filters: review of a 26-year single-center clinical experience. Radiology 2000; 216:54–66.
3. Roehm JOF. Percutaneous transcatheter filter for treatment of patients with pulmonary embolism. Radiology 1984; 150: 255–257.
4. Ferris EJ, McCowan TC, Carver DK, McFarland DR. Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients. Radiology 1993; 188:851–856.
5. Becker DM. Inferior vena cava filters: indications, safety, effectiveness. Arch Intern Med 1992; 152:1985–1994.
6. Kaufman JA, Thomas JW, Geller SC, Rivitz SM, Waltman AC. Guide-wire entrapment by inferior vena caval filters: in vitro evaluation. Radiology 1996; 198:71–76.
7. Marelich GP, Tharratt RS. Greenfield inferior vena cava filter dislodged during central venous catheter placement. Chest 1994; 106:957–959.
8. Kaufman JA, Geller SC. Questions and answers. AJR Am J Roentgenol 1994; 164: 256–257.
9. Mohan CR, Hoballah JJ, Sharp WJ, Kresowik TE, Lu CT, Corson JD. Comparative efficacy and complications of vena caval filters. J Vasc Surg 1995; 21:235–246.
10. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. N Engl J Med 1998; 338:409–415.
11. Millward S. Temporary and retrievable inferior vena cava filters: current status. J Vasc Interv Radiol 1998; 9:381–387.
12. Millward S. Gunther Tulip filter: preliminary clinical experience with retrieval. J Vasc Interv Radiol 2000; 11:75–82.
13. Millward S. Gunther Tulip retrievable filter: why, when and how? Can Assoc Radiol J 2001; 52:188–192.
14. Lorch H, Welger D, Wagner V, et al. Current practice of temporary vena caval filter insertion: a multicenter registry. J Vasc Interv Radiol 2000; 11:83–88.
15. Burbridge BE, Walker DR, Millward S. Incorporation of the Gunther temporary inferior vena cava filter into the caval wall. J Vasc Interv Radiol 1996; 7:289–290.
16. Kaufman JA. A new retrievable IVC filter (abstr). J Vasc Interv Radiol supplement 2000; 11:195–196.
17. Darcey MD, Smith TP, Hunter DW, Castaneda-Zuniga W, Lung G, Amplatz K. Short-term prophylaxis of pulmonary embolism by using a retrievable vena cava filter. AJR Am J Roentgenol 1986; 147:836–838.
18. McCowan TC, Ferris EJ, Carver DK, Baker ML. Amplatz vena caval filter: clinical experience in 30 patients. AJR Am J Roentgenol 1990; 155:177–181.
19. Cope C, Baum RA, Deszak RA. Temporary use of a Bird's Nest filter during iliocaval thrombolysis. Radiology 1996; 98:765–767.
20. Nutting C, Coldwell D. Use of a TrapEase device as a temporary caval filter. J Vasc Interv Radiol 2001; 2:991–993.
21. Yegul TN, Bonilla SM, Goodwin SC, et al. Retrieval of a Greenfield IVC filter displaced to the right brachiocephalic vein. Cardiovasc Interv Radiol 2000; 23:403–405.
22. Rasuli P, Mehran R, French G, Turek M, Lalonde KA, Cardinal P. Percutaneous retrieval of a vena cava filter from the right atrium: case report. Can Assoc Radiol J 2000; 51:30–35.
23. Farrell T, Lang E, Sun S. Successful retrieval of unexpanded stainless-steel Greenfield filters: report of four cases. J Vasc Interv Radiol 1998; 9:666–668.
24. Millward SF, Peterson RA, Moher D, et al. LGM (Vena Tech) vena caval filter: experience at a single institution. J Vasc Interv Radiol 1994; 5:351–356.
25. Lin M, Soo TB, Horn LC. Successful retrieval of infected Gunther Tulip IVC filter. J Vasc Interv Radiol 2000; 1:1341–1343.
26. Geerts WH, Code KI, Jay RM, Chen E, Szalai JP. A prospective study of venous thromboembolism after major trauma. N Engl J Med 1994; 331:1601–1629.
27. Langan EM, Miller RS, Casey WJ, Carsten CG, Graham RM, Taylor SM. Prophylactic inferior vena cava filters in trauma patients at high risk: follow-up examination and risk/benefit assessment. J Vasc Surg 1999; 30:484–490.
28. Millward SF, Oliva VL, Bell SD, et al. Gunther Tulip retrievable vena cava filter: results from the Registry of the Canadian Interventional Radiology Association. J Vasc Interv Radiol 2001; 12:1053–1058.
29. Neuerburg JM, Gunther RW, Vorwerk D, et al. Results of a multicenter study of the retrievable Tulip vena cava filter: early clinical experience. Cardiovasc Interv Radiol 1997; 20:10–16.
30. Grassi CJ. Inferior vena caval filter: analysis of five currently available devices. AJR Am J Roentgenol 1991; 156:813–821.
31. Paris SO, Tobin KD. Percutaneous insertion of the Greenfield filter. AJR Am J Roentgenol 1989; 152:933–938.

# EXHIBIT 20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS


HENRY KILVER AND JUDY          )
KILVER, individually and       )
as husband and wife,           )
                               )
          Plaintiffs,          )
                               )  No. 1:13-CV-01219-MMM-JAG
     vs.                       )
                               )
C.R. BARD, INC., a             )
foreign corporation, BARD      )
PERIPHERAL VASCULAR, INC.,     )
an Arizona corporation,        )
and does 1 through 100,        )
inclusive,                     )
                               )
          Defendants.          )
_____)


VIDEOTAPED DEPOSITION OF

Robert Carr



Phoenix, Arizona

December 19, 2014

8:04 a.m.



LEO T. MANKIEWICZ, CR, RMR, CRR

Arizona Certified Reporter

Certificate No. 50778

1  vena cava distension, does not make a device safer?

2          MR. LERNER:  Objection to form.

3          THE WITNESS:  I'm saying that that is a

4  contributor to it.  There are many other things that

5  went into those -- to the design to resist migration.

6  BY MR. BRENES:

7      Q    Okay, and you refuse to admit it makes the

8  device safer.

9      A    I refuse to admit, on its own, it makes the

10  device safer.  There are other things that go into it.

11      Q    Okay.  Let's talk about, what other things

12  help prevent migration, in the event of vena cava

13  distension?

14      A    The strength of the hooks, the shape of the

15  hooks, the engagement into the wall, how it distended,

16  where it distended, what caused the distension.

17      Q    Okay, the last three things you just said

18  aren't design issues, are they?

19      A    Of course they're design issues.

20      Q    Okay.  Sir, what changes were made between the

21  Recovery and the G2 filter to prevent the device from

22  migrating as much as of the Recovery Filter did?

23          MR. LERNER:  Objection to form, outside the

24  scope of the notice.

1          THE WITNESS:  The arms were made longer, the

2   resting diameter of the filter was made larger than the

3   Recovery --

4   BY MR. BRENES:

5          Q     The leg span?

6          A     The resting leg span, yes.  Not the -- the

7   hooks were changed.  The diameter of the wire was

8   increased.

9          Q     And that's on the hooks?

10         A     Yes.

11         Q     Because that makes them stronger and more able

12   to resist a clot challenge, correct?

13         A     Yes.

14         Q     So does increasing the diameter of the hooks

15   and the resting leg span, those two design changes that

16   Bard made between the Recovery Filter and the G2 filter,

17   make it a safer device?

18         MR. LERNER:  Objection to form, outside of the

19   scope of the notice.

20         THE WITNESS:  It make it have a higher

21   migration resistance, yes.

22   BY MR. BRENES:

23         Q     Makes it less likely to migrate, right?

24         MR. LERNER:  Objection to form, outside the

Page 122

1    scope of the notice.

2              THE WITNESS:  Due to pressure, yes.

3    BY MR. BRENES:

4        Q    And did Bard confirm that, in its own testing?

5              MR. LERNER:  Objection --

6              THE WITNESS:  Ultimately, yes.

7              MR. LERNER:  -- to form, outside the scope of

8    the notice.

9              THE REPORTER:  I'm sorry, I didn't get the

10   answer, there.

11             THE WITNESS:  Yes.

12   BY MR. BRENES:

13       Q    I was going to ask whether there were other

14   design changes, from the Simon Nitinol Filter to the

15   G2 -- to the Recovery Filter.  You raised the point that

16   the diameter of the hooks affects migration resistance,

17   right?

18       A    The diameter and shape.

19       Q    Okay.  Was the diameter of the hooks from the

20   Simon Nitinol Filter reduced to what was in the Recovery

21   Filter?

22       A    The Recovery Filter's hook diameter is smaller

23   than the SNF diameter.

24       Q    Which made it less able to resist migration,

# EXHIBIT 22

Andrzej Chanduszko

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN PHILLIPS,                 )
                                )
          Plaintiff,            )
                                )
vs.                             ) Civil Action No.
                                )
C. R. BARD, INC., et al.,       ) 3:12-cv-00344-RCJ-WGC
                                )
          Defendants.           )
_____  )
AND RELATED CASES.              )

VIDEOTAPED DEPOSITION OF ANDRZEJ CHANDUSZKO
Phoenix, Arizona
October 10, 2013
9:30 a.m.

REPORTED BY:
Robin L. B. Osterode, RPR, CSR
AZ Certified Reporter No. 50695

Andrzej Chanduszko

Page 51

1    obviously are there a means to implement it.  So in a

2    case of this particular filter and this particular

3    design, it looks like the -- having the filter cut

4    out of a tube, it did allow to implement some new

5    features that would be difficult, otherwise, to

6    implement on a, say, filter made out of a wire.

7        Q.    So is it your testimony that you could not

8    have done a penetration limitator on Bard's previous

9    recover -- or IVC filters, because they were not made

10   out of tubing?

11       A.    No.

12       Q.    That's not your testimony?

13       A.    No.

14       Q.    Okay.  So could Bard have instituted the

15   penetration limitator in the earlier filters?

16       A.    As hypothetically?

17       Q.    I'm asking you as an engineer?

18       A.    If there was, well, you need to have an

19   idea first.  So if there was no idea, then you

20   couldn't.  You require certain knowledge, you know;

21   they didn't build the Rome in one day, so to speak.

22   So I don't know whether they could have or --

23       Q.    Let's say you had the idea you had the goal

24   let's improve penetration resistance or perforation

25   resistance; could you have instituted a penetration

Andrzej Chanduszko

Page 52

1    limiter on the earlier design of the IVC filters?

2        A.    Just from purely technical standpoint?

3        Q.    Uh-huh.

4        A.    You could have done it in some ways.  I

5    don't know would be a good way or not, but yes.

6        Q.    Okay.

7        A.    You could have done it.

8        Q.    By the way, how long did you meet with

9    Ms. Daly to prepare for today's deposition?

10       A.    Like I mentioned, I think it was two or

11   three hours.

12       Q.    Were there any phone calls as well?

13       A.    During the deposition?

14       Q.    No, to prepare for the deposition.

15       A.    Sorry.  No.

16       Q.    All right.

17       A.    I don't remember any.

18       Q.    Did you have any other involvement with the

19   Denali filter, other than what we talked about?

20       A.    I was on the project from the beginning of

21   the project to the -- not to the end, but for the

22   most part.

23       Q.    When did that project start?

24       A.    Just going to guess, probably 2010

25   sometime.

# EXHIBIT 23

# Recovery® Filter System
# for use in the Vena Cava



## ENGLISH

# Information for Use

**Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.**

## A. General Information

The Recovery Filter represents a new generation of various transluminal devices designed to prevent pulmonary embolism. The unique design and material of the Recovery Filter provide excellent filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic procedure sheath and maximum entry site difficulties. The placement procedure is quick and simple to perform.

The filter is not as straightforward as once thought to achieve. 7 French I.D. introducer catheter using a flexible, atraumatic wire. A part at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter. By this, to the distal end of the catheter, positioned below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire holds the position of the filter until it is predetermined shape. The centering system allows the Recovery Filter to be deployed with the filter centered and prevents the legs from crossing.

The Recovery Filter is designed to act as a permanent filter. When clinically indicated, the Recovery Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The Recovery Filter is sterile and usable. The filter to remain rigid and resist migration but flexibility to deform when the filter is percutaneously removed.

(See Optional Removal Procedure for specific removal instructions)

MRI Compatible: The Recovery Filter imparts to MRI safe and neither stainless still nor is affected by the operations of a MRI device.

## B. Device Description

The Recovery Filter System consists of the Filter and Delivery System. The Recovery Filter consists of twelve shape memory MP and wires emanating from a central hub of device. These twelve wires form two levels of filtration of emboli, the legs provide the lower level of filtration and the arms provide the upper level of filtration. The Recovery Filter is intended to be used in vena cava with diameters up to 28 mm.

The Recovery Filter Delivery System is illustrated in Figure A. The Delivery System consists of a 7 French I.D. introducer sheath and dilator, the Recovery filter, a storage tube with saline infusion port, and a pusher system. The Recovery Filter is packaged pre-loaded within the delivery storage tube.

### Figure A. Recovery Filter System



A.  INTRODUCER CATHETER
B.  FILTER STORAGE TUBE
C.  SALINE DRIP INFUSION SET
D.  SIDE PORT
E.  ADJUSTABLE TOUHY-BORST ADAPTER
F.  NITINOL PUSHER WIRE/CONE
G.  PUSHER WIRE HANDLE

**IMPORTANT:  Read instructions carefully before using the Recovery Filter.**

## C. Indications for Use

The Recovery Filter System is intended for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism when anticoagulant therapy has failed or is contraindicated.
- Recovery Filter may be removed according to the indications supplied below under Section labeled: Optional Procedure for Filter Removal.

## D. Contraindications for Use

**CAUTION: If the corrected, inferior vena cava (IVC) diameter exceeds 28 mm the filter must not be inserted into the IVC.**

The Recovery Filter should not be implanted in:
- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with vena cava diameters greater than 28 mm
- Patients with risk of septic embolism.

## E. Warnings

### Recovery Filter Implantation

1. The Recovery Vena Cava filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the vena cava (IVC), as the Recovery filter cannot be safely reloaded into the storage tube.

2. Delivery of the Recovery Filter through the introducer sheath in a transversely distraction of the pusher wire during delivery could result in dislodgment of the filter crossing of filter legs or arms, or should prevent the filter from further advancement within the sheath.

3. The Recovery Filter System is designed for percutaneous only. Never use the Recovery Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper Recovery Filter orientation within the inferior vena cava.

4. If legs or arms or is demonstrated at the initial delivery site, do not attempt to deliver the filter through it. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and catheter.

5. Only use the Recovery Cone Removal System to remove the Recovery Filter. Never to deploy a removed filter.

6. Never advance or guidewire or introducer sheath dilator to deploy the filter without fluoroscopic guidance.

### Recovery Filter Removal

1. Do not attempt to remove the Recovery Filter if significant amounts of thrombus are trapped within the filter or if the filter is still experiencing within the vena cava at the time.

2. Use only the Bard Recovery Cone Removal System (packages separately) to remove the Recovery Filter. Use of other devices has resulted in incomplete pulmonary embolism.

## F. Precautions

### Recovery Filter Implantation

1. The filter should be stored in its separate storage position in original storage and be warmed at temperature and age.

2. Anatomic variances may complicate filter insertion and deployment. Careful attention to these instructions for filter shorten insertion time and reduce the likelihood of difficulties.

3. Spinal deformities: It is important to exercise caution when contemplating implantation in patients with significant kyphoscoliotic spinal deformities because the narrow vena cava may follow the general course of such anatomic deformities. This may require percutaneous removal of the filter more difficult.

### Recovery Filter Removal

1. Anatomic variances may complicate insertion and deployment of the Recovery Cone Removal System. Careful attention to these instructions for insertion time and reduce the likelihood of difficulties.

2. Spinal deformities: It is important to exercise caution when contemplating removing the Recovery Filter with the Recovery Cone Removal System in patients with significant kyphoscoliotic spinal deformities because the narrow vena cava may follow the general course of such anatomic deformities. This may require advanced techniques to remove the filter.

## G. Potential Complications

- Migration of the filter. This may be caused by placement in oversized vena cava diameters exceeding 28 mm. Improper anchoring techniques and migration.
- Perforation of the vena cava wall. This may occur if proper insertion technique is not utilized.
- Caval occlusion. The probability of this occurring should be weighed against the inherent risk/benefit ratio for a patient who is experiencing pulmonary embolism, or who is likely to, not such that intervention.

## H. Equipment Required

The following equipment is required for use:
- One Recovery Filter and Delivery System that contains:
- One 80 cm, 7 French I.D. introducer sheath and dilator set
- One storage tube with pre-loaded Recovery Filter and pusher delivery system
- One 0.038" J-tip Hinged Guidewire, 110 cm long or longer
- 16 gauge entry needle
- Saline
- Sterile extension tube for saline drip or infusion
- All standard materials for venipuncture: scalpel, 11% blade, local anesthesia, drapes, etc.
- An entry kit consisting of a 0.038" 3 mm J-tipped guidewire, entry needle, 11 scalpel and 10 cc syringe is available from C. R. Bard catalogs, a number 4400E.

If the physician chooses to percutaneously remove the Recovery Filter, the Recovery Cone Removal System is available from C. R. Bard, Inc.

## I. Instructions for Use

### Insertion of the 7 French Introducer Catheter and Preliminary Venography

1. Select a suitable femoral venous access route, on either the right or left side depending upon the patient's size or anatomy, depending upon a preference or location of venous thrombosis.

2. Prep, drape and anesthetize the skin puncture site in standard fashion.

3. Select and open the filter package. Open kit & introducer-Catheter package.

4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.

5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

NOTE: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency by fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and the catheter.

6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire until the tip distal vena cava or iliac vein.

NOTE: The introducer catheter has radiopaque markers to aid in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the catheter a continuous saline drip infusion to maintain introducer catheter patency.

NOTE: The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

9. Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion the introducer catheter should be 1 cm below the lowest renal vein.

10. Remove the filter and delivery system from its kit.

11. Connect a 500 mL bag of saline to the sideport of the Y-adapter using a standard drip infusion set. Allow the saline infusion to flow around the filter in the storage tube for 5 seconds to soften it for passage through. The introducer catheter. Adjust the solution set to provide a rapid drip rate. Tighten the Touhy-Borst adapter valve to minimize reflux of saline, but not so tight as to prevent the pusher wire from advancing freely.

NOTE: It is very important to maintain loose hub on catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

12. Advan the free end of the filter storage tube slowly to the introducer catheter until, shuttle vein, allowing the saline infusion to flow into the IVC for a few seconds. The introducer catheter and filter delivery systems should be held in a straight line to minimize friction.



### Advancement of Filter, Illustrated

**FIGURE B**

(Grasp Wire, Push Forward)

**FIGURE C**

Release Wire

**FIGURE D**

Move Hand Backwards

**FIGURE E**

Re-grasp Wire

**OPTIONAL PROCEDURE FOR FILTER REMOVAL:**

**Removal of Recovery Filter**

CAUTION: It is strongly recommended that removal of the Recovery Filter be done using the Recovery Cone only.

**Equipment Required**

The following equipment is required for use:
- One Recovery Cone Removal System that contains:
  - .038 15 cm, 10.3 cm ID delivery sheath and dilator set
  - One Y-adapter with Recovery Cone and push rod delivery system
  - 0.035" 3 mm J-tipped Guidewire, 110 cm long exchange.
- 5 gauge entry needle
- 2 French dilator
- Saline
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture access, sterile field, local anesthesia, drapes, etc.

**General Experience**

The Recovery Filter has been used in Canada by a single investigator and five colleagues at six Toronto area hospitals in 18 centres, under the Special Access regulations.

Although essentially only one physician used the device, removal was performed by three physicians with different support staff and imaging equipment.

Of the 38 filters implanted, a total of 45 have been retrieved, 6 remain in place, and 4 patients have died with filters in place all causes were related to the placement or retrieval (leukemia, cancer, polyarthritis and pulmonary aspergillosis, and hemorrhagic stroke). Time to removal ranged from 1 to 181 days, average 50 days (see table).



**Time To Removal**

(bar chart; y-axis "Removals" 0–20, x-axis "Days" 30, 60, 90, 120, 150, More)

13. Advance the filter by moving the release pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures B–E). Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the saline pusher wire may be looped, without causing kinking in the infused material, to facilitate pusher wire handling and advancement.

14. Confirm forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

### Filter Release/Deployment

15. Deploy and release filter as described below.

Figure E: Firmly hold the pusher wire handle.

Figure F-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

NOTE: Do not deploy the Filter by pushing it beyond the end of the introducer catheter. Instead, unsheath the stationary Filter by withdrawing the introducer catheter as described below.

### Filter Release, Illustrated

**FIGURE F**
**FIGURE F-1**

  

Pull Hand Back

**FIGURE G**
**FIGURE G-1**



Hold Hand Stationary

**FIGURE H**
**FIGURE H-1**

 

Now release the filter by unsheathing it in the IVC as follows:

Position the Filter tip 1 cm below the lowest renal vein.

Figure G: With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter.

Figure G-1: Unsheathing of Filter in IVC.

Figure H: The position of the hands at the completion of the unsheathing process.

Figure H-1: The filter deployed in the IVC.

16. Hold subject the Y-adapter and push into the storage tube by firmly holding the Y-adapter, storage tube, and delivery catheter assembly and pulling back on the pusher wire.

17. Remove the introducer saline flush is constant drip vessel to maintain introducer catheter patency.

**Follow-up Venography**

18. A follow-up venogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30 mL of contrast medium at 15 mL/s).

19. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

The day after retrieval it was reported that a fracture of the 12th strut had occurred. The filter was placed intravenously in a pregnant woman during the third trimester at the level of L1–L2. The fracture was believed to be secondary to the caudal and placement extraneously, causing a severe deflection and embedding of the hook into the bony region of the vertebrae. The filter was retrieved, intact but hook.

Follow-up post retrieval has been an average of 325 days (range 4–694 days). Most recently were retrieved at the right interval regular visit, but some have been via the next interval regular visit and are all clinically well. One was removed surgically during a cancer operation where the mass was emerging on the filter. The two methods described in the Instructions for Use were used to retrieve the filter in all but 4 cases when a larger sheath was used or a snare trap was attempted instead of using the Recovery Cone Removal System. There was one case of asymptomatic pulmonary embolism when during the surgical event.

**Clinical Experience Summary Table**

| | |
|---|---|
| Recovery Filters Implanted | 58 |
| Percutaneous Filter Removals | 45 |
| Surgical Filter Removals | 1 (Concurrent to tumor resection) |
| Patient Age | 6.89 years (52 years average) |

**Reason for Filter placement**

| | |
|---|---|
| Contraindication to anticoagulation | 40 |
| Complications associated with anticoagulation | 13 |
| Failure of anticoagulation | 2 |
| Prophylaxis | 2 |
| Time to removal | 1–181 days (50 days average) |
| Follow-up post removal | 4–694 days (325 average) |

**Filter Removal Complications**

| | |
|---|---|
| Technical | 0 |
| Hook fracture secondary to strut exposure due to labor and birth and inferior placement | 1 |
| Asymptomatic pulmonary embolism post removal | 1 |

**Procedural Instructions**

**Insertion of the Introducer Catheter**

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's side or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the Recovery Cone Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the Recovery Filter to removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip at the appropriate location. Flush intermittently, by saline or positive to the catheter to maintain catheter patency.
10. Perform a standard anterior venous angiogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombosis to the filter. If there is significant thrombus within the filter do not remove the Recovery Filter.

Recovery Cone Insertion and Delivery

11. Remove the Recovery Cone and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and aspirate the cone with saline – preferably heparinized saline.
13. Slowly withdraw the cone into the introducer to collapse the cone.

NOTE: The cone must be fully retracted into the Trocator before connecting the syphon to the introducer catheter to ensure that the cone can be easily delivered through the catheter.

14. Connect a 500 mL bag or a syringe of saline to the sideport of the Y-adapter. Allow the saline infusion around the removal cone while it is pushed for a smooth return as the body does not stagnate around the introducer lumen at a slow flow rate that keeps the side port of the Y-adapter to prevent the guidewire from introducing freely.

15. Align the mark end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and the Y-adapter/pusher should be locked in a straight line to move the lumen.

16. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward movement of the pusher shaft.

17. Continue forward movement of the pusher until the cone advances to the end opening and the distal end of the introducer catheter. Visualize the cone as it exits the catheter by bracing the marker while advancing the catheter.

## Capture of Recovery Filter

## Filter Removal, Illustrated



|   | B | C | D | E | F |

18. The capture of the Recovery Filter is illustrated in Figures B-F.

Figure B: After the cone has been eased superior to the Filter, advance the cone over the Filter tip by rotating the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior oblique fluoroscopic image to confirm that the cone is over the Filter tip.

Figure C: Once the cone over the Filter tip by advancing the introducer catheter over the cone while braking the pusher shaft forward.

Figure D: Continue advancing the introducer catheter over the cone until the cone is over the introducer catheter.

Figure E: With the Filter completely over the Filter, remove the Filter by stabilizing the introducer catheter and removing the pusher shaft in one, smooth, continuous motion.

Figure F: The Filter has now been collapsed into the sheath.

## Follow-up Venacavagram

19. A follow-up venacavagram may be performed if desired using the introducer catheter (typical 7 X mL of contrast medium at 15 mL/s).

20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

## Guidewire - Assisted Technique

Due to anatomical variations with respect to the position of the Recovery Filter, guidewire-assisted techniques may be used. Use of a Guidewire.

If it is difficult to advance the cone over the Recovery Filter tip, you may use a guidewire to facilitate advancement of cone over the Filter tip.

With the introducer sheath and cone shaft away from the Filter tip, insert a 0.035" guidewire through the central lumen (J-tipped or angled tip, a hydrophobic-coated guidewire is recommended). Advance the guidewire through the cone and through the Filter near the Filter tip.

After it has been confirmed that the guidewire is in contact with or is eased proximal to the Filter tip, advance the cone over the guidewire to the Filter tip.

Advance the introducer sheath to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 18.

## J. How Supplied

Each Recovery filter is supplied provided in its storage tube. Each Recovery filter is sterile and apyrogenic unless package is damaged or opened and is ready to be used for a single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

Store, ship, use the Recovery Filter accessories and insertion supplies may be a possible biohazard. Handle and dispose and in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The Recovery Filter should be stored in a cool room temperature, dry place.

## K. Warranty

Bard warrants to the first purchaser of this product that the product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD BE LIABLE TO YOU FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

Issuing/Issue Date: 1921.

In the event 3 years have elapsed between this date and product use, the user should contact C. R. Bard, Inc. to see if additional product information is available.

Bard, Recovery and Recovery Cone are registered trademarks of C. R. Bard, Inc. or an affiliate.

U.S. Patent No. 6,###,### and 6,###,###. Other Patents Pending.

Copyright ©2003, C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

## References:

1. ACCP Statement for The Performance Of Percutaneous Pressure and Intracavistance Vena Cava (IVC) filter Placement For The Prevention Of Pulmonary Embolism : 2003. Rev. Vo. J. Vasc. Interv. 01.01.01.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

---

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
USA

TEL: 1-480-894-9515
1-800-321-4254
FAX: 1-480-966-7062
1-800-440-5376
www.bardpv.com

CE 0086

EEA Authorized Representative
Bard Limited
Crawley, UK
RH11 9BF

# Système de filtre Recovery®
## pour utilisation dans la veine cave



## FRANÇAIS

## Mode d'emploi

*Attention : Selon la loi fédérale américaine, ce dispositif ne peut être vendu que par un médecin ou sur prescription médicale.*

### A. Informations d'ordre général

Le filtre Recovery représente une nouvelle génération de dispositifs d'exclusion veineuse conçus pour la prévention de l'embolie pulmonaire. La conception unique et le matériel de fabrication du filtre Recovery lui confèrent une vaste sélection de l'usage et permettent sa mise en place pendant de nombreuses conditions d'exclusion anatomiques.

*(Les paragraphes suivants sont partiellement illisibles en raison de la qualité du document numérisé.)*

### B. Description du dispositif

Le système de filtre Recovery est composé du filtre et du système de mise en place. Le filtre Recovery est construit en alliage de nickel et de titane (nitinol) connu pour sa résistance à la fatigue et à la corrosion. L'élasticité supérieure du nitinol permet au filtre Recovery de reprendre sa forme prédéterminée. Le système de mise en place permet au filtre Recovery d'être déployé avec une extrémité précise et empêche le croisement des pieds.

Le filtre Recovery est conçu pour une mise en place fémorale. Le système de mise en place comprend...

### Figure A. Système de filtre Recovery



| | |
|---|---|
| A | CANULE D'INTRODUCTION |
| B | TUBE DE STOCKAGE DU FILTRE |
| C | CARTOUCHE AVEC COUTTE À COUFFE DE COUPON-CALME |
| D | ORIFICE LATÉRAL |
| E | ADAPTATEUR MODULAIRE DE TOUHY-BORST |
| F | FIL DE POUSSOIR EN NITINOL |
| G | POIGNÉE DU FIL DE POUSSOIR |

### C. Indications d'emploi

Le système de filtre Recovery est indiqué dans la prévention des récidives d'embolie pulmonaire par la mise en place permanente dans la veine cave, dans les situations suivantes :
- Embolie pulmonaire thrombique en cas de contre-indication des anticoagulants.
- Échec du traitement anticoagulant au cours d'une thrombo-embolie.
- Traitement en urgence à la suite d'une embolie pulmonaire massive, lorsque les avantages attendus des traitements conventionnels sont réduits.
- Récidive d'embolie pulmonaire chronique lorsque le traitement anticoagulant a échoué ou est contre-indiqué.
- Le filtre Recovery peut être retiré conformément aux instructions fournies ci-dessous dans la Section Réservée : Procédure optionnelle pour retrait du filtre.

### D. Contre-indications

**ATTENTION : Si le diamètre corrigé de la veine cave inférieure (VCI) dépasse 28 mm, le filtre ne doit pas être introduit dans la VCI.**

Le filtre Recovery ne doit pas être implanté chez les patients suivants :
- Patients encourant tout risque d'obstruction de manière en danger la vie ou force. Les risques et avantages doivent être soigneusement évalués.
- Patients présentant un diamètre de la veine cave dépassant 28 mm
- Patients à risque d'embolie septique.

### E. Mise en jeu

Implantation du filtre Recovery

*(Texte de la colonne de droite largement illisible.)*

### F. Précautions

Implantation du filtre Recovery
1. Le filtre doit être placé en position antérolée chez les femmes enceintes et celles en âge de procréer.
2. La variabilité anatomique peut compliquer l'introduction et le déplacement du filtre. L'accorbement rapide à ce mode d'emploi afin de réduire le temps d'introduction et le nombre de problèmes.
3. Déformations nord denses : il est important de tenir prouve de prudence lorsque l'un envisage l'implantation chez les patients qui présentent d'importantes déformations rachidiennes de type cyphoscoliose. En effet, la veine cave inférieure peut suivre globalement ces déformations et rendre ainsi le retrait percutané du filtre peut être un travail complexe.

Retrait du filtre Recovery
1. La variabilité anatomique peut compliquer l'introduction et le déplacement du système de retrait Recovery Cone. Il est attentivement ce mode d'emploi afin de réduire le temps d'introduction et le dénut de problèmes.
2. Déformations rachidiennes : il est important de faire preuve de prudence lorsque l'on envisage de retirer le filtre Recovery...

### G. Complications possibles

*(Largement illisible.)*

### H. Équipement requis

Le matériel suivant est requis :
- Un filtre Recovery et système de mise en place contenant :
  - Un ensemble d'introduction I.D. 7 French de 48 cm et dilatateur
  - Un tube de stockage avec filtre Recovery préchargé et système de mise en place à poussoir
  - Un fil guide 0,038 pouces extérieur de 3 mm, de 113 cm de long au moins
  - Une aiguille d'introduction de calibre 18-G
  - Seringue salvia
  - Raccord de robinets, stérile pour le goutte à goutte ou la perfusion de solution saline
  - Tous les matériels de base du ponctuer veineuse : scalpel, lame n° 11, anesthésique local, champs stérile, etc.
  - Un kit d'urétère comprenant un fil guide 0,038 pouces à extrémité à J de 3 mm, une aiguille d'introduction, un scalpel n° 1...

### I. Mode d'emploi

*(Texte de la colonne de droite largement illisible.)*

BPVE-01-00435562

## Progression du filtre, Illustration



**FIGURE B**

Saisissez le fil, poussez en avant

**FIGURE C**

Relâchez le fil

**FIGURE D**

Déplacez la main en arrière

**FIGURE E**

Saisissez de nouveau le fil

## Libération du filtre, Illustration



**FIGURE F**
**FIGURE F-1**

**FIGURE G**
**FIGURE G-1**

Fixez sa main en arrière

Conservez la main immobile

**FIGURE H**
**FIGURE H-1**

### PROCÉDURE OPTIONNELLE POUR RETRAIT DU FILTRE

#### Retrait du filtre Recovery

**ATTENTION : Il est fortement recommandé que le retrait du filtre Recovery soit effectué uniquement à l'aide du Recovery Cone.**

**Temps écoulé avant le retrait**



Jours

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

| Tableau récapitulatif des données cliniques | |
|---|---|
| Filtres Recovery implantés | 56 |
| Retraits percutanés du filtre | 65 |
| Retrait chirurgical du filtre | 1 (concomitant avec la résection tumorale) |
| Âge du patient | 5,69 ans (52 ans en moyenne) |
| **Réussite de la pose du filtre** | |
| Courbe du patient à l'angiographie | 80 |
| Complication associée à l'anticoagulation | 11 |
| Échec de l'anticoagulation | 3 |
| Récurrence | 2 |
| Temps écoulé avant le retrait | 1-161 jours (53 jours en moyenne) |
| Suivi après le retrait | 1-243 jours (205 jours en moyenne) |
| **Complications liées au retrait du filtre** | |
| Techniques | 2 |
| Rupture du crochet à la suite des stress les au filet | 1 |
| ... basculement et positionnement | 1 |
| Embolie pulmonaire asymptomatique après le retrait | 1 |

**Procédure**

*Insertion de la canule d'introduction*

1. Choisissez une voie d'accès veineuse appropriée adapter sur le côté droit ou gauche selon la comparaison ou l'anatomie du patient, les préférences de l'opérateur ou l'emplacement de la thrombose veineuse.
2. Préparez, nettoyez et drapez le site de ponction cutanée selon les méthodes habituelles.
3. Choisissez et avancez l'emballage du système d'introduction Recovery Cone. Du site d'emballage (12 Fr).
4. Extraire la peau avec une lame à 11 et exécutez une ponction veineuse avec une aiguille de pénétration de retour 18G.
5. Insérez le fil guide à faible progression le long de son trajet jusqu'à ce que l'extrémité du filtre Recovery située de son retrait.
6. Retirez l'aiguille de ponction veineuse en suivant le fil guide.
7. Pré-dilater le vaisseau obéi ou l'intervention à l'aide d'un dilatateur 12 French.
8. Introduisez la canule d'introduction 30 French avec son dilatateur conique le long du fil guide jusqu'à dans la veine.

REMARQUE : Le système d'introduction dispose d'un marqueur radio-opaque à l'extrémité distale de sa gaine afin de faciliter la visualisation.

9. Retirez le fil guide et le dilatateur, en laissant la gaine d'introduction avec l'extrémité à l'emplacement approprié. Purgez de manière intermittente ou mesurez la gaine à une pression positive à quatre occasion de pression selon des du maintenir la perméabilité de la gaine d'introduction.
10. Effectuez une coronographie standard de la veine cave inférieure en générant 30 ml de niveau de contraste à 45 mg/s. Recherchez d'éventuels thrombus dans le filtre. Ci des thrombus importants se sont formés dans le filtre Recovery, ne la retirer pas.

*Insertion et mise en place du Recovery Cone*

11. Enfoncez le Recovery Cone et le système à poussoir du kit B.
12. Rincez la lumière centrale du système à poussoir et transférez le côté avec une solution saline (de préférence une solution héparinée).
13. Retirez doucement la gaine d'introduction en Y afin de la purger.

REMARQUE : Le côté doit être entièrement rincé dans l'adaptateur en Y avant de raccorder la seringue à la gaine d'introduction afin d'assurer la mise en place correcte du côté dans la gaine.

14. Reliez une poche de 500 ml ou une solution de solution saline à l'orifice latéral de l'adaptateur en Y. Laissez couler la perfusion de solution saline autour du côté de retrait dans l'adaptateur en Y pendant 5 secondes. Resserrez la valve de l'adaptateur de Tuchy-Borst afin de minimiser ou éviter de solution saline vers le devant, en veillant à ce que la tige du poussoir puisse progresser sans entraves.
15. Raccordez l'ensemble mâle de l'adaptateur en Y, côté abaissé doucement sur la canule d'introduction. La canule d'introduction et le système de mise en place du côté devient être alignés afin de maintenir les instruments.
16. Faites progresser le côté en poussant la tige à poussoir dans la canule d'introduction, le côté progressant à chaque mouvement vers l'avant de la tige du poussoir.
17. Poursuivez le mouvement vers l'avant de la tige du poussoir jusqu'à ce que le côté s'étende de façon radio-opaque à l'extrémité distale de la canule d'introduction. Retirez le gant pour ouvrir le côté en stabilisant la tige et en rétractant la canule.

*Capture du filtre Recovery*

### Retrait du filtre, Illustration



18. La capture du filtre Recovery est illustrée dans les figures B à F.

Figure B : Une fois le côte ouvert au-dessus du filtre, avancez le côte le long de l'extrémité du filtre en maintenant en place la canule d'introduction et en poussant la tige du poussoir. Il est recommandé d'utiliser une image fluoroscopique antéro-postérieure en veiller le positionnement du côte sur l'extrémité du filet.

Figure C : Refermer le côte sur l'extrémité du filtre en avançant la canule d'introduction sur le côte tout en maintenant la tige du poussoir immobile.

Figure D : Continuez à faire avancer la canule d'introduction sur le côte jusqu'à ce que ce dernier se bloque à l'intérieur de la canule.

Figure E : Le côte étant abaissé sur le filtre, retirez ce dernier en stabilisant la canule d'introduction et en rétractant la tige du poussoir en maintenant la canule d'introduction.

Figure F : Le filtre est rétracté dans la canule.

*Artériographie de suivi de la veine cave*

19. Une coronographie de suivi de la veine cave peut être réalisée après le retrait de la canule d'introduction (en général 30 ml du produit de contraste à 15 ml/s).

---

20. Retirez la canule d'introduction et appliquez une compression standard sur le site de ponction selon la méthode habituelle afin d'atteindre l'hémostase.

**Si guide - Technique assistée**

Étant donné de la variabilité anatomique de la position du filtre Recovery, les techniques par fil guide peuvent être utilisées.

I) Instrumentation du guide

Si les difficiles d'avancer le côte le long de l'extrémité du filtre Recovery, il est possible d'utiliser un fil guide afin de faciliter cette opération.

Rincer le guide de manière à ce qu'il se place en aval de l'extrémité du filtre Recovery. Une fois le guide passé sous à l'intérieur du filtre, le côte peut avancer par-dessus le fil guide afin de maintenir la mise en place et être guidé dans la direction appropriée vers l'extrémité du filtre.

Lorsque vous avez ce fil sous l'extrémité du filtre est en contact avec l'extrémité, l'âme au niveau de cette position, avancer le côte sur le fil guide vers l'extrémité du filtre.

Avancez la gaine de fin d'obturer afin de manière légèrement plus sûre sur l'extrémité du filtre. Retirer le fil guide dans la gaine.

Continuer à retirer le filtre comme le décrit l'étape 18.

IX. Conditionnement

Chaque filtre Recovery est fourni préemballé dans son tube de stockage. Tout filet filtre Recovery dont l'étui ou l'appareil est stérilement endommagé ou ouvert et tout filtre Recovery dont la durée de stérilisation ou la date de limite d'utilisation est périmé est passée sont prévisiblement. Si le filtre est déchargé par inadvertance, il ne doit plus être réintroduit ou de la stérilité.

Remarque : Après utilisation, les accessoires du filtre Recovery et les fournitures d'insertion peuvent présenter un risque biologique potentiel. Manipulez-les et éliminez-les conformément aux pratiques médicales validées et aux réglementations locales, étatiques et fédérales applicables.

Le filtre Recovery doit être conservé dans un endroit sec et frais (température ambiante).

X. Garantie

Bard garantit à l'acheteur d'origine que ce produit est exempt de défauts matériels et de malfaçon pendant une période d'un an, à compter de la date d'achat premier actuel. La responsabilité liée à la garantie de ce produit sera limitée à la réparation ou au remplacement du produit défectueux, à l'entière discrétion de Bard ou prévue également comme l'au remboursement du prix net payé. La responsabilité de Bard, en vertu de cette garantie limitée, ne s'étend pas à un emploi abusif de ce produit ou à une suite résultant d'une utilisation normale.

DANS LES LIMITES AUTORISÉES PAR LES LOIS EN VIGUEUR, CETTE GARANTIE LIMITÉE REMPLACE TOUTES LES AUTRES GARANTIES, EXPRESSES OU IMPLICITES, Y COMPRIS, MAIS SANS LIMITER À, TOUTE GARANTIE IMPLICITE DE QUALITÉ MARCHANDE OU D'ADÉQUATION À UN USAGE PARTICULIER. BARD NE SAURAIT EN AUCUN CAS ÊTRE TENU RESPONSABLE DES DOMMAGES ACCESSOIRES OU INDIRECTS RÉSULTANT DE VOTRE MANIPULATION OU UTILISATION DE CE PRODUIT.

Certains États/pays ne permettent pas l'exclusion des garanties implicites ou des dommages accessoires ou indirects. Vous pouvez avoir recours à d'autres recours en vertu conformément aux lois de votre État/pays.

Date d'émission : 11/03 ...

Si les se sont soldées trois cette date et inclusion de, provisa, réunissent des révisions de CI, et Bard inc. pour en avoir des informations supplémentaires sur le produit sont disponibles.

Bard, Recovery et Recovery Cone sont des marques déposées de C.R. Bard Inc. ou d'une filiale.

Brevets américains n° 6,090,098 et 6,258,026. Autres brevets en cours.

Copyright ©2003, C.R. Bard, Inc. Tous droits réservés. Imprimé aux États-Unis.

(Références :)

[1] ACR Standard For The Performance Of Percutaneous Permanent Interior Vena Cava (IVC) Filter Placement For The Prevention Of Pulmonary Embolism - 2006 (Res 12), Effective 10/01/01

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
États-Unis

TÉL. :   1-480-894-9515
         1-800-321-4254
FAX :    1-480-966-7062
         1-800-440-5376
www.bardpv.com

CE 0086

Représentant agréé pour L'EEE
Bard Limited
Crawley, UK
RH11 9SP

## Recovery® Filter System
## zur Anwendung in der Vena Cava



# DEUTSCH

# Gebrauchsinformation

**Achtung: Nach US-amerikanischem Bundesgesetz darf dieses Produkt nur an einen Arzt oder auf Bestellung eines Arztes verkauft werden.**

### A. Allgemeine Informationen

Der Recovery Filter gehört zu einer neuen Generation von Venacavafiltersystemen, die Lungenembolien verhindern sollen. Das einzigartige Design und Material des Recovery Filters gewährleisten eine venöse Filtrierung und gestatten die perkutane Positionierung durch ein eingeengtes Standard-Einführbesteck mit einem Innendurchmesser von 7 French (ein besonders schmales Profil). Das Filterprinzip erfolgt schnell und einfach.

Das Einführbesteck ist für das Venen-Bein durch einen 45-cm-langen Einführungskatheter zu einem Innendurchmesser mit 7 French an der Verwendung eines flexiblen Schiebdrahtes aus Material geeignet. Ein Pusher am Drahtende schiebt sacht auf die Filterspitze und ein eingesäuberte Segment bei die Filterschleust und zu entfaltet sie in der richtigen Stellung. Diese Baulinie lösen das Filter im Schleußband, während davon der Filter mit der Spitze zuerst zum dünklen Ende des Katheters, unterhalb des unterschieden und weiteren, versenkt. Wenn die Spitze des Filters und die Spitze des Einführkatheters erfolgt, liegt die restlichen der der Längezit der Neutierung auf dem Entführungskatheter. Der Einführungskatheter und das Schiebdraht besteht werden dann auf das Handstück der Schiebdrähte zurückgezogen, und über Filter aus dem Einführbesteck zu lösen und die festbindenden Lage des Recovery Filter mit zartester Filterspitze zugelegt werden, so dass die Kontakten sich nicht kann zeo.

Der Recovery Filter ist als Permanentfilter konzipiert. Bei entsprechenden medizinischen Indikation kann der Recovery Filter noch entrückten werden.

**B. Produktbeschreibung**

Das Recovery Filter System besteht aus Filter und Schiebdrahtsystem. Der Recovery Filter besteht aus zwölf Nitinoldrahtstreben, die von einem zentralen Knotenflugflug ausgehen. Die zwölf Drähte bilden zwei Filtrierebenenflug für Embolie des Schiebdrahtes.

Das Recovery Filter Schiebdrahtsystem ist in Abbildung A gezeigt. Das Schiebdrahtsystem besteht aus einem Einführungsbesteck mit einem innerem Durchmesser von 7 French und einem Dilatator, dem Recovery Filter, einem Aufbewahrungssachtel im Kochsalzlösung und einem Schiebersystem. Der Recovery Filter ist in der Verpackung bereits in dem Abzugs-Aufbewahrungssacht gelagert.

### Abbildung A. Recovery Filter System



- A  EINFÜHRUNGSKATHETER
- B  AUFBEWAHRUNGSSACHTEL
- C  INNEN-AUFBEWAHRUNGSSACHTEL MIT KOCHSALZLÖSUNG.
- D  SEITENÖFFNUNG
- E  VERSTELLVENTIL YOUN VORRST ADAPTER
- F  ...
- G  NADELSTÜCK DES SCHIEBDRAHTS

**WICHTIG:** Lesen Sie die Gebrauchsinformation sorgfältig, bevor Sie den Recovery Filter verwenden.

**C. Indikationen**

Der Recovery Filter ist für die Verhütung von rezidivierenden Lungenembolien durch permanente Positionierung in der Vena cava in folgenden Situationen vorgesehen:

- Pulmonale Thromboembolie wenn Antikoagulantien kontraindiziert sind
- Versagen der gerinnungshemmenden Therapie bei thromboembolischer Behandlung
- Behandlung en Notfall nach massiver Lungenembolie, wenn die erwarteten Vorteile einer konventionellen Therapie vermindert sind
- Chronische, rezidivierende Lungenembolie, wenn die gerinnungshemmende Therapie versagt hat oder kontraindiziert ist
- Der Recovery Filter kann gemäß den Anweisungen im Abschnitt "Optionale Filter-Entgegennahme" geborgen werden.

**D. Kontraindikationen**

**ACHTUNG: Wenn der Durchmesser der Vena cava Index ikc (IVC) nach Korrektur größer als 28 mm ist, darf der Filter nicht in die IVC eingeführt werden.**

Der Recovery Filter darf in folgenden Fällen nicht implantiert werden:

- Schwangere Patientinnen, wenn die Fluoroskopie den Fötus gefährden kann. Die Risiken sind sorgfältig gegen die Vorteile abzuwägen.
- Patienten mit Vena-cava-Durchmesser über 28 mm.
- Patienten mit Risiko bei septische Embolie.

### E. Warnhinweise

**Implantation des Recovery Filters**

1. Der Recovery Filter Waccava Filter ist bereits aus Aufbewahrungssachtel geladen werden und für den ermuligen Gebrauch bestimmt. Der Recovery Filter darf vor der nötigen Positionierung in der Vena cava stehen (IVC) nicht abgelegt werden, so er nicht geladen werden muss Aufbewahrungssachtel geladen werden kann.

2. Der Recovery Filter darf durch die Aufhängevorbereich nur durch Vorschub eingesetzt werden. Zurückziehen des Schiebdrahts beim Rückzug kann zu Säuen, dass sich die Filter Nut vor der Filterschenke oder einer schwimmten Lebbezeichnung, das der Filter unter Schließung verschlossen werden.

3. Das Recovery Filter System darf in über den Femoralis-Zugang eingeführt werden. Der Recovery Filter und das Schiebern kürmieren. Wo sie mentals superior fit zugunsten, gegebenenfalls untersuchen, der gegeben werden, und über die weiteren zu sieherst Vorwendung eines Recovery Filters in von Venacava erfolgt kann.

4. Bei Versagen großer Thromaentlegter bei einem Entführungssatel nicht versucht eine dünnere Einheit der Filterabstür die Thrombeo Kim in der Kreis zu einzelträzen, verwischen Sie der. Nicht durch eine andere Stelle entzündung. Ist keine Thrombolite ist in hörfeste es in sich wenn Gerät einige und wird.

5. Wir würden Sie zum Bergen' des Recovery Filters nur des Recovery Onse Bergungssystem. Ein geborgener Filter darf niemals einout angebant werden.

6. Filterzuprate und Cuiflinstosauf aus dem dunklem Filterschleust under darf Konsule vorgebürgt werden. Auch der Filter dürf diesals einem Innendauch die Kochille eingesetzt werden.

### F. Vorsichtsmaßnahmen

**Implantation des Recovery Filters**

1. Der Filter sollte bei Schwangeren und Frauen im gebärfähigen Alter und der angenommenen Position platziert werden.

2. Anatomische Unterschiede können die Erführung und den Einsatz des Recovery Cone Systems komplizieren. Bei sorgfältiger Beachtung dieser Gebrauchsinformation kann die Erführungszeit verkürzt und die Wahrscheinlichkeit von Komplikationen reduziert werden.

3. Wirbelsäulendeformationen: Wird die Implantation des Recovery filters bei Patienten mit einem erheblichen kyphoskoliotischen Wirbelsäulendeformationen erwogen, zuerst besondere zurumsig vergegangen werden, da die Vena cava einen der Grundform solcher anatomische Deformationen folgen kann. Es kann sein, dass die perkutane Bergung des Filters in einem späteren Fall erschwert ist.

**Bergung des Recovery Filters**

1. Anatomische Unterschiede können die Erführung und den Einsatz des Recovery Cone Bergungssystems komplizieren. Bei sorgfältiger Beachtung dieser Gebrauchsinformation kann die Erführungszeit verkürzt und die Wahrscheinlichkeit von Komplikationen reduziert werden.

2. Wirbelsäulendeformationen: Wird die Bergung des Recovery filters mit dem Recovery Cone Bergungssystem bei Patienten mit erheblichen kyphoskoliotischen Wirbelsäulendeformationen erwogen, muss besonders vorsichtig vorgegangen werden. Das Recovery Cone Bergungssystem muss mit Sorgfalt verwendet werden. Es kann sein, dass sich der Filter in feineren Kräftung anlegen und die Rückbildung an gegenzt.

### G. Mögliche Komplikationen

Migration das Filters. Dass kann durch Erführung in einer zu großen Vena cava mit einem Durchmesser über 28 mm verursacht werden, oder kann aicht die nötigen Verankerungszeit zu verwenden werden.

Perforation der Vena-cava-Wand. Das kann passieren wenn nicht die nötige Erführungstechnik verwendet wird.

Cava-Okklusion. Das Risiko für Vena-cava-Okklusion das diesen Patienten mit Lungenembolie oder für dem der Lungenembolien oder Intervention wahrscheinlichtst ist, gegen die Rückbildung. Filter für abgeogen werden.

### H. Erforderliche Materialien

Es werden die nachstehenden Materialien benötigt:

Ein Recovery Filter und Schiebdrahtsystem bestehend aus:

- Set aus Einführbesteck: 46 cm lang. 7 French Innendurchmesser, und Dilatator.
- Ein Aufbewahrungssachtel mit geladenem Recovery-Filter und Schiebdrähtensachtel
- 0.035" Führungsdraht mit 3 cm J-Spitze, 110 cm lang oder länger
- 18 Gauge Zugangsnadel

- Kontrastlösung
- Sterile Verdünnungspartikel für Kochsalzlösungsspül oder -infusion
- Alle notwendigen Geräte/Katheter zur Venenpunktion: Skalpell, No. 11 Klinge, lokale Anästhesie, Tücher usw.
- Einführungskatheste beständig über 0.038" 3 mm Führungsdraht mit J-Spitze, Zugangsmaterial, No. 11 Klinge, und 10 m Spritze um ca. 6. R. Bard ähnlich, Katalognummer 000E.

Wenn sich der Arzt für die perkutane Bergung des Recovery Filters entscheidet, ist das Recovery Cone Bergungssystem von C. R. Bard, Inc. erhältlich.

### I. Vorgehensweise

Erlangen des 7 French Einführungskatheters und folgender Vorangehen

1. Wählen Sie eine geeigneten der Leben oder Femoral des Patienten, der Patient und der Arzt oder der Lokalisierung der Thrombolitische einen geeigneten leichterlich Verengungsstand für ander Seiten wäre zu diesem.

2. Nehmen Sie Vorbereitung, Abdeckung sowie Betäubung der Zugangstelle entsprechend der Routine vor.

3. Wählen und führen Sie die Anführung. Glühen Sie als Kit-Packung, einen des Einführungskathesten einhält.

4. Machen Sie mit einer No. 11 Klinge einen Schnitt in der Haut und stellen Sie mit einer 18 Gauge Nadel einen Venenzugang.

5. Führen Sie der Führungsdraht mit J-Spitze ein und schieben Sie ihr vorsichtig bis in das distale Vena-cava oder Becken vor.

**HINWEIS:** Wenn beim Einführen über das V. femoralis Widerstand fühlbar ist, ziehen Sie den Führungsdraht zurück und überprüfen Sie die Durchgängigkeit der Vene fluoroskopisch mit Injektion einer geringen Kontrastmittels. Bei Vorliegen eines großen Thrombus bestimmen Sie den Venenzugangsnadel. Versuchen Sie dann mit der gegenüberliegenden Seite. Ein kleiner Thrombus kann mit dem Führungsdraht und dem Einführungsbesteck umgangen werden.

6. Entfernen Sie de Venenzugangsnadel über den Führungsdraht mit J-Spitze. Schieben Sie den 7 French Einführungskatheter zusammen mit seinem verlegten Dilatator über den Führungsdraht in distale Vena cava oder Bock.

**HINWEIS:** Zugunst bestimmen Sie die dial-halt und Positionierung des Filters, um ihren Riesen.

Einführungskatheter fortgesetzte Markierungen. Die fortgesetzten Markierungen auf dem Einführungskatheter bieten ein "Zielpunkt", zwischen dem das Filter zwischen Bereich und dem Einsatz positioniert werden soll.

7. Entfernen Sie der Führungsdraht und Dilatator und belassen der Erführungskatheter mit der Spitze vor- oder Becken. Spülen Sie die Aufbewahrung der Durchgängigkeit der Erführungskatheter zu positio mit Hand von einigen Sie oder konstanter Kochsalzlösung Tropfinfusion einführen.

**HINWEIS:** Der Steril-Protektor des Einführungskatheters weist ein besonderes Innendesign auf. Es muss sorgfältig darauf geachtet werden, dass die Veränderungen fest angezogen werden, aber ohne dabei übermäßige Gewalt anzuwenden, die zum Brechen des Steril-Protektors führen könnte.

1. Drücken Sie mit Schiebedruck an Vene vom rebeco- gevschindd, Drl rxi Kontaktmaßstäbe 15 in bii Kontaktvenen Sie aid Thrombin in die V-cava. Flachen- die Niederaenem und empfohlene Anzuhalten Wähler Sie die spiralle Flihe für das Filterplatzlerung und müssen Sie den Durchmesser die IVC mit Kontrast and Vergrößerung an der Hegel Si Prozent.

5. Schieben Sie den Einführungskatheter unter laparoskopische Kontrolle bis zur gewünschten Höhe. Zur Erhöhlebung sollten dabei wieder das Führungskopfteil aus der Position angefüllt werden. Für die Einführung des Einführungskatheters durch, die V. femoralis sollte zutreile Spitze geractieten die uche ruerklärte minten behalten.

10. Nehmen Sie Filter ad Schiebekanspitzen aus dem IVC.

11. Schrecken Sie einen festen (local und Kontrast) icon og anine Verwerung eines Standard Technikaustraster an ean Spannen bei dad Kaspiene im Lumen bei de Kontrastlösung Vonen a Schrauben Einp sorden Fallen im Kontrastabrugerur mießen, dane er dir zur Passage einen aini Luini langsammebebs werder und Seilen Sie das IVC-kontroll vor eine schweie Inspteuen en Schrauben Sie das fenny Exnst a agevetrene, tan ven Kontrast nur Kontaktveinung zu mimenieren, welch sim sir es extruss am der Schraubennein troch indd a frei vonzuntehlen.

**HINWEIS:** Es ist sehr wichtig, dass die Durchgängigkeit des Einführungskatheters mit der Kochsalzspülung aufrechterhalten wird, damit das eingeschoben beginnet, das die Filterdichtemit bild und ruhlig erscheint, nicht mit Gerinnseln bedeckt wird oder durch dem Filterverlauf weren.

12. Schieben Sie das hinee Ende des Filter-Aufbauungsdrans durch an gestuck bereib, nsize Vene behinddung. Entfernunghähale an unikenen Sie die kompatiblienanfesten einer Sekarom langen zu IVC behalten. Der Einführungskatheter und das Filterlegungsteil müssen nur Kochsalzung zur Minimierung zur Reibung gleitet gespalten werden.

### Vorschieben des Filters, abgebildet



ABBILDUNG B — Draht greifen und nach vorne schieben

ABBILDUNG C — Draht loslassen

ABBILDUNG D — Hände nach hinten bewegen

ABBILDUNG E — Draht wieder greifen

13. Achten Sie die Filter bei Vorschieben des Hänn Schiebdrans durch den Einführungskatheter, so dass der Filat bei jeder Vorschwegung das Schiebdrans vorgeschoben werd (Abbildung B-E). Zwin an Sie die Schiebdrand nicht zurück, der Schiebdraht darf nun nach vorne geschieben werden. Für einfacheni Handhabung durch den Airf turn die Aufrici- Schiebdraht zu, einer Schütze geformt werden, ohne das Airtrohlätzest zu knicken damit der Schiebdraht leichter gehabelt und vorgeschoben werden kann.

14. Schieben Sie solange mit dem Schiebdraht nach vorne, bis die Filterabrica da Schiebdrants aus agesperrt Ende des Einführungskathters erreicht ist. Eine Handhabt des Schiebdrants sollte sich jetzt neben den Y-Adapter befinden.

### Freigabe/Einsatz des Filters

15. Freigabe und Einsatz des Filters erfolgen wie unter Losableiten.
     - Abbildung F: Korrekt stilt den Schiebedaht fest halten.
     - Abbildung F-1: Filter positioniert im Einführungskatheter zwischen den röntgendichter Markierunge im Einsatz in der IVC.

**HINWEIS:** Beim Ersetzen des Filters darf er nicht über das Ende des Einführungskatheters hinaus geschoben werden. Legen Sie ihn aufeinem Filter frei, indem Sie stattdessen den Einführungskatheter, k unter festzu leben zurückziehen.

---

*Freigabe des Filters, abgebildet*



ABBILDUNG F
ABBILDUNG F-1



Hand zurückziehen

ABBILDUNG G
ABBILDUNG G-1

Hand stehenlassen

ABBILDUNG H
ABBILDUNG H-1



Setzen Sie den Filter jetzt frei, indem Sie ihn in den IVC wie folgt aus dem Einführungsdach lösen:
Positionieren Sie die Filterspitze 1 cm unter der untersten Nierenvene.

Abbildung G: Haben Sie eine Hand ausflocht und ziehen Sie mit der anderen Hand den Y-Adapter und das Außenraufhengedrat vollständig bis über das Handstück zurück, wodurch der Filter freigesetzt wird.

Abbildung G-1: Freisetzen die Filters in der IVC.
Abbildung G-1: Die Position der Hände am Ende der Freisetzungsbegung.
Abbildung H-1: Der in der IVC engesetzte Filter.

16. Ziehen Sie der Schiebedraht jetzt zurück in das Aufbeschungskab, indem Sie den Y-Adapter, das Aufhenelongsdrab und den Einführungskatheter gut festhalten und den Schiebdraht nach hinten Ziehen.

17. Fahren Sie mit der eunochische Konturtekorvung oder enn londichen Trophelbest fort, an den Einführungskatheter durchzuspülg zu halten.

Bild der Hand zara zur Kontrativ:

18. Nach dem Zurückziehen des Einführungskatheters in die Vene kann vor Kontrast en Bild der Vene eine geschinht-X de Kontatenddird bei Fi trid freigenommen werde.

19. Entfernen Sie den Einführungskatheter und schließen Sie die Zugangstelle, entgegnieren das Rückverspressetechnet mit Kompression, um Hämostase zu erreichen.

### OPTIONALES FILTER-BERGUNGSVERFAHREN:

Bergung des Recovery Filters

> **ACHTUNG:** Es wird dringend empfohlen, den Recovery Filter nur mit dem Recovery Cone zu bergen.

Erforderliches Material:

Es werden die nachstehende Materialien benötigt:

- Ein Recovery Cone Gerägsaggregat bestehend aus:
  - Set aus 1 Y-Einhbestück, 75 cm lang, 10 French Innendurchmesser und Dilatator
  - 1 Y-Adapter mit Recovery Cone und Spritzenkonzentraen
- 0.035" Führungsdraht mit 3 mm J-Spitze, 110 cm lang oder länge
- 16 Gauge Angelingrabel
- 12 French Dilatator
- Kochsalzlösung
- Sterile Verlängerungsschlauch für Kochsalzlösungschutz von Spülze zur Infusion von Kochsalzlösung
- 10 verwendunge Gnuntmaterlaten zur Venenpunktion-Bugkab-Nr. 44 Klinge, sterile Anästhetik, Tücher etc.

Klinische Erfahrung

In Kanada haben 58 Patienten von ihren einzelnen Pröfarel in Zusammenarbeit mit zwei Kollegien an eins Kontrollklinam und am Technik des Recovery Filten nach den Vorschriften der 'Special Access' erhalten.

Im Fleyschhen hat ein Arzt das Prokat Indunkton. Die Bergung erfolge jedoch durch de Ärzte mit jeweils anderen Mitarbeiten und ander bogesender Aogson.

Von des 58 engesbaren Filter waren angesamt 47 enfenl. 5 Filte bagen noch und 4 Patienten starben mit enplatzieren Filter aus Gründen erne Zusammenhang mit der Platzierung oder Bergung des Filten (Leukämie-Krise, Peyotenin und potenzielle Aspergilose sowie Lungeblastome Schlagonfall). Die Zeit bis zur Bergung betrug 1 bis 161 Tage im Durchschnitt 60 Tage (siehe Histogramm).

### Zeit bis zur Bergung



Die Nachbeobachtung nach Bergung betrug im Mittel 325 Tage (Bereich: 1-921 Tage). Die meisten (zu 33) wurden über die rechte Vena jugulans interna erffent und über die rechte Vena jugulans interna enfernt und die Filter über eine kontaleste Vena jugularia a virl. So enem Filter erfolge die Bergung übergeof be eine Tumororganisation, wo den Tumor auf der linge obiquie Die Bergung der Filter erfolgt in alen Fällen nach Beo bill in der Zusammenarbeition beschriebenen Methoden ohne dass zur ver Talen am gedesd bidesaid verendet oder eine Begungsantwarge zustätte sau Recovery Cone Bergungssystems gesehnd wurde. Bei Verwendung des größten Radssterd en Fall asymptomatischer Lungembolie augebleten.

Das einzige weitere unerwünschte Ereignis, das beschrieben wurde ...

## Zusammenfassende Darstellung der klinischen Erfahrung

| | |
|---|---|
| Anzahl der implantierten Recovery Filter | 57 |
| Perkutane Filterbergungen | 42 |
| Durch die Filterbergungen | 1 Dislokation mit Thrombektomie |
| Alter des Patienten | 8 Bis 82 Jahre im Durchschnitt |

## Grund für die Filterplatzierung

| | |
|---|---|
| Kontraindikation für Antikoagulation | 46 |
| Mit Antikoagulation verbundene Komplikationen | 13 |
| Fehlschlag der Antikoagulation | 2 |
| Prophylaxe | 8 |
| Zeitliche zur Bergung | 1 Bis 134 Tage im Durchschnitt |
| Nachbeobachtung nach Bergung | 1..601 Tage (225 im Durchschnitt) |

## Komplikationen bei Filterbergung

| | |
|---|---|
| Hämatom | 1 |
| Hülsenbruch bei Bergung durch Wiens und Gehirn sowie die erfasste Positierung | 1 |
| Asymptomatische Lungenembolie nach Bergung | 1 |

### Vorbereitungsweise

#### Einbringen des Einführungskatheters

1. Wählen Sie entsprechend der Größe der Anatomie des Patienten ...
2. Bereiten Sie die Punktionsstelle sowie geeignete ...
3. Nehmen Sie Vorbereitung, Aktivierung ...
4. Überziehen Sie die Recovery Cone Kartäuschenüberzug ...
5. Führen Sie den Führungsdraht ein ...
6. Entfernen Sie die Vorrichtungsspindel über der Führungsspitze ...
7. Das als Zugang geeignete Gefäß mit einem 18 French Dilatator ...
8. 10 French Einführungskatheter zusammen mit einem ...

HINWEIS: Zugunsten besserer Darstellbarkeit trägt der Einführungskatheter ...

9. Entfernen Sie Führungsdraht und Dilatator und belassen den ...
10. Spülen Sie zur Aufrechterhaltung der Durchgängigkeit ...
11. Erhalten Sie den Standardteil der Vena cava inferior ...

#### Einführen und Positionieren des Recovery Cone

11. Halten Sie Cone und Schutzschlauchüberzug bis dem Y&...
12. Spülen Sie das geöffnete Lumen des Conekatheters und befeuchten ...
13. Ziehen Sie den Cone langsam in die Y-Adapter damit die Cone sich zusammenfaltet ...

HINWEIS: Die Cone muss vollständig in den Y-Adapter zurückgezogen sein ...

14. Schließen Sie eine 560 ml Spritze mit Kochsalzlösung an dem Seitenport des Y-Adapters an ...
15. Schließen Sie das minimale Ende des Y-Adapters ...
16. Schieben Sie den Cone durch vorsichtiges ...
17. Schließen Sie sobald der Cone an der Filterspitze ...

### Entfernen des Recovery Filters

## Bergung des Filters, abgebildet



18. Siehe Abbildung en B-F, auf denen das Entfernen des Recovery Filters bildlich dargestellt ist

**Abbildung B:** Schieben Sie die Cone ...

**Abbildung C:** ...

---

**Abbildung D:** ...

---

**Abbildung E:** Bergen Sie den Filter dem Filter zusammengezogenen Cone ...

**Abbildung F:** Bei dem letzten Einführungsschritt ...

### Bild der Vena cava zur Kontrolle

20. Harm dem Zurückgeben das Einführungskatheters ...

21. Entfernen Sie den Leitungskatheter und wenden Sie die Zugangsstelle ...

### Technik mit Führungsdraht

### J. Lieferung

Jeder Recovery Filter wird in einer Packung ...

Hinweis: Der Recovery Filter und seine Zubehörteile ...

### K. Garantie

Bard garantiert dem Erstkäufer dieses Produktes ...

C. R. Bard, Inc. handeln ...

Bard, Recovery, und Recovery Cone eingetragene Warenzeichen von C. R. Bard, Inc. oder eine Tochtergesellschaft.

US-Patent: 6,007,558 und 6,258,026. Weitere Patente angemeldet.

Copyright©2003, C. R. Bard, Inc. Alle Rechte vorbehalten. Gedruckt in den USA.

1. Literaturhinweise:
   1. ACR Standard For The Performance Of Percutaneous Permanent Inferior Vena Cava (IVC) Filter Placement For The Prevention Of Pulmonary Embolism - 2000 (Res. 12), gültig ab 01/01/01

Bard Peripheral Vascular, Inc.

P.O. Box 1740
Tempe, AZ 85280-1740
USA

TEL    1-480-894-9515
       1-800-321-4254
FAX    1-480-966-7062
       1-800-440-5376
www.bardpv.com

CE 0086

Autorisierte EWR-Vertreter ...
Bard Limited
Crawley, Großbritannien
RH11 9BP

# Sistema del Filtro Recovery®, da utilizzare nella vena cava

ITALIANO

## Informazioni per l'uso

**Attenzione: La legge federale degli Stati Uniti limita la vendita di questo prodotto esclusivamente da parte di un medico o dietro suo ordine.**

**A. Informazioni generali**

Il Filtro Recovery rappresenta la nuova generazione di dispositivi di intercettazione venosa concepiti per prevenire l'embolia polmonare. Il design e i materiali esclusivi del Filtro Recovery assicurano un'ottima efficacia filtrante e ne permettono la collocazione percutanea attraverso un introduttore angiografico standard dal diametro interno di 7 French con estrema efficacia. La procedura di collocazione è rapida ed eseguibile con facilità.

Il set formato è progettato in modo da poter avanzare all'interno del proprio catetere di introduzione di 46 cm di lunghezza e diametro interno di 7 French, grazie a un filo spingitore flessibile in nitinol. Un cuscinetto all'estremità terminale del filo permette di spingere il vertice del filtro, mentre un segmento scanalato consente di trattenere e orientare in modo appropriato le gambe del filtro. Questi componenti spingono il filtro al filo spingitore durante l'avanzamento, con la punta in avanti, in direzione dell'estremità distale del catetere, posizionata nella vena renale inferiore. Quando la punta del filtro raggiunge la punta del catetere di introduzione risulta collocata tra i marker radiopachi presenti sul catetere di introduzione. Il catetere di introduzione e il sistema di applicazione vengono quindi ritirati sopra l'impugnatura del filo di spinta, in modo da liberare e rilasciare il filtro, permettendogli di espandere la forma predeterminata. Il sistema di centratura permette di impiantare il Filtro Recovery con la punta centrale e previene l'incrocio delle gambe.

Il Filtro Recovery è concepito come filtro permanente. Se indicato dal punto di vista clinico, il Filtro Recovery può essere rimosso per via percutanea dopo l'impianto secondo le istruzioni riportate nella sezione "Procedura di rimozione facoltativa". I ganci elastici del Filtro Recovery conferiscono al filtro rigidità e resistenza alla migrazione, ma si deformano elasticamente durante la rimozione percutanea. (Per le istruzioni relative alla rimozione vedere la sezione Procedura di rimozione facoltativa.)

Compatibile con le procedure di RM. L'impianto del Filtro Recovery è sicuro per le procedure di RM e non interferisce né è affetto dal funzionamento degli strumenti di RM.

**B. Descrizione del dispositivo**

Il sistema del Filtro Recovery è costituito dal filtro e dal Sistema di applicazione. Il Filtro Recovery è composto da dodici fili di nitinol con memorizzazione della forma, che si dipartono da un manicotto centrale di nitinol. Questi dodici fili formano due livelli di filtrazione degli emboli: le gambe costituiscono il livello di filtrazione inferiore, mentre le braccia rappresentano il livello di filtrazione superiore. Il Filtro Recovery è indicato per l'uso nella vena cava con diametri di fino a 28 mm.

Il Sistema di applicazione del Filtro Recovery è illustrato in Figura A. Il Sistema di applicazione è composto da un introduttore a guaina dal diametro interno di 7 French e con dilatatore, dal filtro Recovery, da un tubo di conservazione dotato di port per l'infusione di soluzione salina e da un sistema di spinta. Il Filtro Recovery è confezionato premontato all'interno del tubo di conservazione per l'applicazione.

**Figura A. Sistema del Filtro Recovery**

A. CATETERE DI INTRODUZIONE
B. TUBO DI CONSERVAZIONE DEL FILTRO
C. SET PER L'INFUSIONE GOCCIA A GOCCIA DI SOLUZIONE SALINA
D. PORT LATERALE
E. ADATTATORE RESCCABILE TOUHY-BORST
F. FILO SPINGITORE IN NITINOL
G. IMPUGNATURA DEL FILO SPINGITORE

IMPORTANTE: Leggere attentamente le istruzioni prima di utilizzare il Filtro Recovery.

**C. Indicazioni per l'uso**

Il Sistema del Filtro Recovery è indicato per la prevenzione dell'embolia polmonare recidivante mediante collocazione nella vena cava nelle situazioni seguenti:

- Tromboembolia polmonare quando è controindicato l'uso di anticoagulanti.
- Insuccesso della terapia anticoagulante in caso di patologie tromboemboliche.
- Trattamento di emergenza in seguito a embolia polmonare massiva in cui i benefici previsti della terapia convenzionale sono ridotti.
- Embolia polmonare cronica recidivante quando la terapia anticoagulante non ha avuto successo oppure è controindicata.
- Il Filtro Recovery può essere rimosso seguendo le istruzioni riportate nella sezione denominata "Procedura di rimozione facoltativa del filtro".

**D. Controindicazioni**

**ATTENZIONE: Se il diametro corretto della vena cava inferiore (VCI) supera i 28 mm il filtro non deve essere inserito all'interno della VCI.**

**Il Filtro Recovery non deve essere impiantato in:**

- Pazienti in stato di gravidanza se la fluoroscopia può mettere in pericolo il feto. Valutare attentamente i rischi e i benefici.
- Pazienti con un diametro della vena cava superiore a 28 mm.
- Pazienti a rischio di embolia settica.

**E. Avvertenze**

**Impianto del Filtro Recovery**

1. Il Filtro Recovery per la vena cava è premontato all'interno di un tubo di conservazione ed è concepito esclusivamente come prodotto monouso. Non applicare il filtro prima di averlo effettuato completamente all'interno della vena cava (VCI), in quanto il Filtro Recovery non può essere reinserito in modo sicuro nel tubo di conservazione.
2. L'applicazione del Filtro Recovery attraverso il catetere di introduzione può avvenire solamente mediante avanzamento. La rotazione del filo spingitore durante l'applicazione potrebbe causare il distacco del filtro. L'incrocio delle gambe o delle braccia dello stesso è possibile prevenire l'ulteriore avanzamento all'interno della guaina.
3. Il Sistema del Filtro Recovery è concepito unicamente per approcci femorali. Non utilizzare mai il Filtro Recovery e il Sistema di applicazione nel caso di approcci superiori (vena giugulare, succlavia o antecubitale), poiché si otterrebbe un orientamento improprio del Filtro Recovery all'interno della vena cava inferiore.
4. Se il sito di applicazione iliaco è presente un trombo ingente, non cercare di applicare il filtro attraverso tale area. Tentare l'applicazione del filtro attraverso un sito alternativo. Un trombo di dimensioni limitate può essere oltrepassato dal filo guida e dall'introduttore.
5. Per la rimozione del Filtro Recovery utilizzare unicamente il Sistema di Rimozione Recovery Cone. Non riapplicare mai un filtro rimosso.
6. Non avanzare mai il filo guida e l'introduttore/dilatatore oppure applicare il filtro senza l'ausilio di guida fluoroscopica.

**Rimozione del Filtro Recovery**

1. Non cercare di rimuovere il Filtro Recovery se all'interno del filtro sono presenti quantità significative di trombo oppure se la punta del filtro è incastrata nella parete della vena cava.
2. Per la rimozione del Filtro Recovery utilizzare unicamente il Sistema di Rimozione Recovery Cone della Bard venduto separatamente. L'uso di altri dispositivi ha provocato embolo polmonare o recidivante.

**F. Precauzioni**

**Impianto del Filtro Recovery**

1. In donne in stato di gravidanza o in età fertile il filtro deve essere collocato in posizione soprarenale.
2. Variabilità anatomiche possono rendere più difficili l'inserimento e l'applicazione del filtro. Seguendo attentamente queste istruzioni per l'uso si possono abbreviare i tempi di inserimento e prevenire eventuali difficoltà.
3. Deformazioni spinali: Particolare cautela va posta quando si intende impiantare il Filtro Recovery in pazienti con deformazioni spinali di scoliosi/cifosi significative, in quanto la vena cava inferiore può seguire il corso di queste deformazioni anatomiche. In questi casi la rimozione percutanea del filtro potrebbe risultare più difficile.

**Rimozione del Filtro Recovery**

1. Variabilità anatomiche possono rendere più difficili l'inserimento e l'applicazione del Sistema Recovery Cone. Seguendo attentamente queste istruzioni per l'uso si possono abbreviare i tempi di inserimento e prevenire eventuali difficoltà.
2. Deformazioni spinali: Particolare cautela va posta quando si intende rimuovere il Filtro Recovery con il Sistema di Rimozione Recovery Cone in pazienti con deformazioni spinali di scoliosi/cifosi significative, in quanto la vena cava inferiore può seguire il corso di queste deformazioni anatomiche. In questi casi può risultare necessario l'uso di tecniche avanzate per rimuovere il filtro.

**G. Possibili complicanze**

- Migrazione del filtro. Potrebbe essere causata dalla collocazione in una vena cava con diametro superiore a 28 mm o se non sono state adottate tecniche di ancoraggio appropriate.
- Perforazione della parete della vena cava. Può verificarsi se non sono state adottate tecniche di inserimento appropriate.
- Occlusione cavale. La probabilità di questo evento deve essere valutata rispetto al rapporto rischi/benefici associati in un paziente con embolia polmonare in corso o probabile in mancanza di intervento.

**H. Articoli necessari**

Per l'uso sono necessari i seguenti articoli:

- Un Filtro Recovery e un Sistema di applicazione che contiene:
  - Un set con catetere di applicazione lungo 46 cm e con diametro interno di 7 French e con dilatatore.
  - Un tubo di conservazione contenente il Filtro Recovery e il sistema di applicazione a spinta premontati.
- Un filo guida da 0,035 pollici con punta a J di 3 mm di lunghezza pari a 110 cm o superiore
- Ago di entrata da 18 Gauge
- Soluzione salina
- Tubo sterile di estensione per l'infusione e la somministrazione goccia a goccia di soluzione salina
- Tutto il necessario per la venipuntura: bisturi, lama n. 11, anestetico locale, teli sterili, ecc.
- Un kit di entrata costituito da un filo guida da 0,035 pollici con punta a J da 3 mm, ago di entrata, bisturi n. 11 e siringa da 10 cc è disponibile da C. R. Bard, numero prodotto 4000T.

Se il medico opta per la rimozione percutanea del Filtro Recovery, il Sistema di Rimozione Recovery Cone è disponibile da

C. R. Bard, Inc.

**I. Istruzioni per l'uso**

Inserimento del Catetere di introduzione da 7 French e venografia preliminare

1. Selezionare una via di accesso idonea nella vena femorale sul lato destro o sinistro, a seconda della configurazione anatomica del paziente, della preferenza dell'operatore o della posizione della trombosi venosa.
2. Preparare, coprire con teli sterili e anestetizzare il sito di puntura secondo le procedure standard.
3. Selezionare e aprire la confezione del filtro. Aprire la confezione del kit contenente il Catetere di introduzione.
4. Incidere la cute con una lama n. 11 ed effettuare la venipuntura con un ago di entrata da 18 Gauge.
5. Inserire il filo guida con punta a J e farlo avanzare delicatamente all'interno della vena cava destra o della vena iliaca.

**NB: Se si incontra della resistenza durante la procedura di inserimento femorale, ritirare il filo guida e controllare mediante fluoroscopia la pervietà della vena iniettando una piccola quantità di mezzo di contrasto. Se è presente un trombo ingente, estrarre l'ago per la venipuntura e tentare l'inserimento nella vena sul lato opposto. Un trombo di dimensioni ridotte può essere oltrepassato dal filo guida e dall'introduttore.**

6. Estrarre l'ago per la venipuntura sopra il filo guida con punta a J. Far avanzare, all'interno della vena cava distale o della vena iliaca e sopra il filo guida, il catetere di introduzione da 7 French assieme al dilatatore affusolato.

**NB: Il catetere di introduzione possiede marker radiopachi che facilitano la visualizzazione e il posizionamento del filtro prima dell'applicazione. I marker radiopachi sul catetere di introduzione forniscono una posizione "bersaglio" entro cui collocare il filtro immediatamente prima dell'estrazione della guaina e dell'applicazione.**

7. Rimuovere il filo guida e il dilatatore, mantenendo il catetere di introduzione con la punta nella vena cava distale o nella vena iliaca. Per mantenere la pervietà del catetere, sciacquarlo manualmente a intermittenza o collegare al raccordo un sistema per l'infusione continua goccia a goccia di soluzione salina.

**NB: Il raccordo del sistema di introduzione è progettato con un design interno speciale. Prestare attenzione a effettuare le connessioni con fermezza, ma evitando una forza eccessiva che potrebbe causare la rottura del raccordo.**

8. Effettuare una venografia standard della vena cava inferiore (solitamente 30 ml di mezzo di contrasto a 15 ml/s). Controllare la presenza di trombi cavali e di anomalie congenite, nonché la posizione delle vene renali. Selezionare il livello ottimale per la collocazione del filtro e misurare il diametro della CVI, aspettandosi una correzione per l'ingrandimento (tipicamente 25%).

## Avanzamento del Filtro, Illustrato



FIGURA B

FIGURA C

FIGURA D

FIGURA E

Impugnare il filo, spingerlo in avanti

Rilasciare il filo

Spostare la mano all'indietro

Impugnare nuovamente il filo

## Rilascio del filtro, Illustrato



FIGURA F
FIGURA F-1

FIGURA G
FIGURA G-1

Muovere all'indietro la mano

Mantenere ferma la mano

FIGURA H
FIGURA H-1

### Tempo alla rimozione



Rimozioni

Giorni: 30   60   90   120   150   Oltre

| Tabella di riepilogo | | |
|---|---|---|
| dell'esperienza clinica | | |
| Filtri Recovery impiantati | | 58 |
| Rimozioni percutanee dei filtri | | 55 |
| Rimozioni chirurgiche dei filtri | | 1 (Concomitante a resezione tumorale) |
| Età dei pazienti | | 8-66 anni (media 52 anni) |
| Motivo dell'impianto del filtro | | |
| Controindicazioni alla terapia anticoagulante | | 40 |
| Complicanze associate alla terapia anticoagulante | | 13 |
| Terapia anticoagulante non riuscita | | 3 |
| Profilassi | | 2 |
| Tempo alla rimozione | | 1 161 giorni (media 63 giorni) |
| Follow-up dopo la rimozione | | 1 091 giorni (media 325) |
| Complicanze associate alla rimozione del Filtro | | |
| Tecniche | | 0 |
| Rottura del gancio in seguito alla tensione provocata dal laccio per dislocare dal tessuto il dispositivo circonciso | | |
| Embolia polmonare sintomatica dopo la rimozione | | 1 |

Istruzioni procedurali

Inserimento del Catetere di introduzione

1. Selezionare una via di accesso idonea nella vena giugulare sul lato destro o sinistro a seconda della corporatura e l'anatomia del paziente, con preferenza così posteriore della posizione della vomboro venosa.

2. Posizione, esporre con istologia e anestetizzare il sito di punteo secondo un procedura standard.

3. Selezionare e applicare confezione del catetere Recovery Cone Apire la confezione del Kit Accessorie il Catetere di introduzione.

...

NB: Il catetere di introduzione possiede un marker radiopaco all'estremità distale del catetere, che ne migliora la visibilità.

11. Estrarre il cono, e far scorrere all'interno a apertura a spira del Kit

12. Posizionare il luna contorno del catetere di cono o la guma è cono con soluzione salina...

13. Ruotare lentamente e cono all'interno del catetere a 1 per un prevedere il cono

NB: Prima di collegare il sistema al catetere di introduzione, il cono deve essere riferito completamente all'interno della dilatazione a Y, per poter essere applicato facilmente attraverso il catetere.

14. Collegare una tacca del 50% ml a uno attiguo di soluzione salina al punteo laterale del lavactarse a Y...

15. Collegare l'estremità prossima del dilatatore a Y contenente il cono richiuso del catetere di introduzione. Per...

16. Per assicurarsi il cono riassorti a il catetere attraglione di agento attraverso il catetere di introduzione, assicurarsi il cono con ogni movimento in avanti del catetere spingere.

17. Cono, con il movimento in avanti del filo spingere tutto o cono l'aggregare il manico radiopaco all'estremità distale del catetere di introduzione, fare far agire il cono oltre del catetere mantenendo fermo il catetere spingere.

Cattura del Filtro Recovery

*Rimozione del Filtro, Illustrata*



18. La cattura del Filtro Recovery è illustrata nelle figure B-F.

Figura B: Dopo che è cono è stato aperto, spostare superiore al filtro, far avanzare il cono sulla punta del filtro mantenendo ferma il catetere di introduzione e facendo avanzare e chiudere spingere. Si consiglia di ottenere prima un'immagine fluoroscopica anteriore obliqua per confermare la posizione corretta del cono sopra la punta del filtro.

Figura C: Ratruale o il cono sopra la punta del filtro facendo avanzare il catetere di introduzione sopra il cono mentre si mantiene fermo il catetere spingere.

Figura D: Continuare a far avanzare il catetere di introduzione sopra il cono fino a quando il cono si trova all'interno del catetere di introduzione.

Figura E: Con il cono richiuso sopra il filtro, rimuovere il filtro contenendo fermo il catetere di introduzione e ritirando il catetere spingere.

Figura F: Il Filtro è stato rimosso all'interno del catetere.

Venografia di controllo della cava

19. Se può effettuare una venografia di controllo della vena cava dopo la rimozione del catetere. Il fluoroscopia (solitamente 30 ml di mezzo di contrasto a 15 ml/s).

20. Rimuovere il catetere di introduzione e comprimere il sito di punteo secondo la procedura consueta per perveniro all'emostasi.

Filo guida – Tecnica assistita

A causa della variabilità anatomica rispetto alla posizione del Filtro Recovery si possono ottenere occasionalmente modeste inclinazioni.

Uso del filo guida

Se risulta difficile far avanzare il cono sopra la punta del Filtro Recovery, è possibile utilizzare un filo guida per facilitare il posizionamento del cono sulla punta del filtro.

Far avanzare il dilatatore e il catetere del cono dalla posizione della punta del 14 m, inserire un filo guida da 0,035 pollici attraverso il lume apicale della punta a J e angolato, si consiglia un filo guida idrofilico). Far avanzare il filo guida attraverso il cono e il filo fino a sovrastare alla punta del filtro.

Dopo aver confermato che il filo guida è in contatto con la punta del filtro o in sua prossimità, far avanzare il cono sopra il filo guida fino alla punta del filtro.

Avanzare la freddura per far avanzare periodicamente il cono sulla punta del filtro. Ritirare il filo guida all'interno del catetere spingere.

Continuare a catturare il filtro come descritto a punto 18.

J. Formato di vendita

Ogni Filtro Recovery è fornito preconfinato. Ogni Sistema Filtro Recovery è destinato a una participazione nella confezione chiusa e sigillata, ed è pronto per l'applicazione come prodotto medicamente monouso. Il sistema di rimozione Recovery Cone è fornito preconfinato. Se il filtro viene riflesso o inavalitamente non contatto il sito filtrato o di introduzione.

Il filtro. Dopo l'uso, gli accessori e il materiale per imballaggio del Filtro Recovery potrebbero essere pericolosi per la salute. Maneggiar e disporre di secondo le prassi mediche correttamente tutelate e i regolamenti locali, regionali e statali vigenti.

Il filtro Recovery deve essere conservato in un luogo fresco a temperature ambiente e asciutto.

K. Garanzia

Bard garantisce al'acquirente originario che il prodotto sarà esente da difetti di materiali e manodopera per un periodo di un anno dalla data originaria di acquisto. Ai sensi di questa garanzia limitata la nostra responsabilità riguarderà unicamente la riparazione o sostituzione del prodotto difettoso, a esclusiva discrezione di Bard oppure il rimborso del prezzo netto pagato. L'usura dovuta a un uso normale o i difetti risultanti da un uso improprio del prodotto non rientrano nella presente garanzia limitata.

SALVO QUANTO PREVISTO DALLE DISPOSIZIONI DELLA LEGGE APPLICABILE, QUESTA GARANZIA LIMITATA SOSTITUISCE TUTTE LE ALTRE GARANZIE, IMPLICITE OD ESPLICITE, COMPRESE FRA L'ALTRO, LE GARANZIE IMPLICITE DI COMMERCIABILITÀ O IDONEITÀ DEL PRODOTTO PER UN PARTICOLARE SCOPO. LA RESPONSABILITÀ LA BARD NON SARÀ IN ALCUN CASO RESPONSABILE IN ALCUN CASO DI DANNI DIRETTI O DANNI INDIRETTI DERIVATO O UTILIZZAZIONE IL PRODOTTO.

Le legislazioni di alcune stazione non consentono alcuna esclusione delle garanzie implicite o dei danni indiretti. Pertanto, le suddette esclusioni potrebbero applicarsi per diritto ai sensi della vostra legislazione nazionale.

Dati data revisione. 7/2002

Nel caso in cui siano trascorsi 3 anni di ore tra la data di pubblicazione, a prego l'utente di rivolgersi alla C.R. Bard, Inc. per aggiornare la disponibilità di ulteriori informazioni relative al prodotto.

*Bard Recovery e Recovery Cone sono marchi registrati di C. R. Bard, Inc. o di una sua affiliata.*

Brevetto statunitense N. 6,007,558 o 6,258,026. Altri brevetti in stato di registrazione.

Copyright©2002 C. R. Bard, Inc. Tutti i diritti riservati. Stampato negli Stati Uniti.

Riferimenti Bibliografici:

1. ACR Standard of the Performance Of Percutaneous Pancreata' Inferio Vena Cava (IVC) Filer Placement For The Prevention Of Pulmonary Embolism - 20X (Res.12), Effective 01/01/01

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
USA

TEL: 1-480-894-9515
1-800-321-4254
FAX: 1-480-966-7062
1-800-440-5376
www.bardpv.com

CE 0086

Rappresentante autorizzato EEA
Bard Limited
Crawley, UK
RH11 9BP

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00435570

## Sistema de Filtro Recovery®
## para el uso en la vena cava



# ESPAÑOL

## Instrucciones de empleo

Advertencia: Las leyes federales de EE.UU. limitan la venta de este dispositivo a los médicos o bajo prescripción facultativa.

### A. Información general

El Filtro Recovery representa una nueva generación de dispositivos de filtración venosa diseñados para evitar las embolias pulmonares. El diseño singular y el material del Filtro Recovery proporcionan una eficacia de filtración excelente y permiten la colocación percutánea a través de una vena introductora angiográfica convencional de 8J. 7 French con su sistema de colocación previstos fabricados en su fabricación. Se procederá aunque la colocación es rapida y fácil de realizar.

*(resto del texto ilegible)*

### B. Descripción del dispositivo

El Sistema de Filtro Recovery consta del filtro y del sistema de liberación. El Filtro Recovery consta de seis guías de memoria de forma, que salen de una funda de níquel central.

### Figura A. Sistema de Filtro Recovery



A. CATETER INTRODUCTOR
B. TUBO DE ALMACENAMIENTO DEL FILTRO
C. ORIFICIO DE INFUSIÓN DE ACEITE DE SOLUCIÓN SALINA
D. ORIFICIO LATERAL
F. ADAPTADOR TOUHY-BORST AJUSTABLE
G. GUIA/ACODO DE LA GUIA IMPULSORA

IMPORTANTE: Lea detenidamente las instrucciones antes de usar el Filtro Recovery.

### C. Indicaciones para el uso

### D. Contraindicaciones de uso

ADVERTENCIA: Si el diámetro corregido de la vena cava inferior es mayor de 28 mm, no deberá introducirse el filtro en la vena cava inferior.

El Filtro Recovery no deberá implantarse en:

### E. Avisos

### Implantación del Filtro Recovery

*(columna derecha, texto en gran parte ilegible)*

### F. Precauciones

### Implantación del Filtro Recovery

### Extracción del Filtro Recovery

### G. Posibles complicaciones

### H. Equipo necesario

### G-1. Bandeja

### I. Instrucciones de empleo

### Inserción del Catéter introductor de 7 Fr. y venografía preliminar



*Avance del filtro, ilustrado*

FIGURA B

FIGURA C

Agarre la guía. Empuje hacia delante

Suelte la guía

FIGURA D

Mueva su mano hacia atrás

FIGURA E

Vuelva a agarrar la guía

*Liberación del filtro, ilustrado*

FIGURA F
FIGURA F-1



FIGURA G
FIGURA G-1

Lleve la mano hacia atrás

Sujete la mano inmovil

FIGURA H
FIGURA H-1

## Tiempo hasta la extracción



| Días | 30 | 60 | 90 | 120 | 150 | Más |
|------|----|----|----|-----|-----|-----|

Eje Y: Extracciones (0–20)

### Tabla resumen de la experiencia clínica

| | |
|---|---|
| Filtros Recovery implantados | 58 |
| Extracciones percutáneas de los filtros | 45 |
| Extracciones incompletas de los filtros | 1 |
| Edad del paciente | 8-85 años |

| Razón para la extracción del filtro | |
|---|---|
| Continuación de la anticoagulación | 40 |
| Complicaciones asociadas a la anticoagulación | 13 |
| Fracaso de la anticoagulación | 2 |
| Profilaxis | 2 |
| Tiempo hasta la extracción | 1-161 días (promedio de 50 días) |
| Seguimiento tras la extracción | 1-301 días (promedio de 225) |

| Complicaciones en la extracción del filtro | |
|---|---|
| Embolia | 0 |
| | 1 |
| | |
| Émbolo pulmonar sintomático tras la extracción | 1 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00435572

Instrucciones del procedimiento

Inserción del catéter introductor

1. Seleccione una vía de acceso venoso yugular apropiada, bien sea en el lado derecho o izquierdo, dependiendo del tamaño o anatomía del paciente, de la preferencia del cirujano o de la ubicación de la trombosis venosa.
2. Seleccione y abra el envase del catéter Recovery Cone. Abra el envase del kit A Catéter introductory.
3. Cebe la lumen con una cuenta del 10 y mantenga una aspiración con una jeringa conectada a oclusión de 18
4. Inserte la guía y bajo catéter sua cuenta al lugar donde se encuentra el Filtro Recovery a través
5. Extraiga la guía en retirándola sobre la guía

11. Deslice el avance de la aguja de su aumento al acceso con un diámetro de 12 Fr.
12. Haga avanzar el catéter introductor en el Fr para con su similar contiene tiempo la aguja el retiro de la vena.

NOTA: El catéter introductor tiene un marcador radiopaco en la extremo distal de la punta del catéter para facilitar la visualización.

13. Extraiga la guía y el dilatador de acero a catéter introductor con la punta en el lugar apropiado. Irrigue en forma intermitente a mano a cada uno el catéter una infusión de gotas constante de solución salina, a fin de mantener la permeabilidad del catéter introductor.
14. Realice un recambio rápido a fin de cambiar frecuentemente con IC más ausencia de contraste y 10 ml/mes. Compruebe la sobre algún brazo de la vía. Si hay una cantidad importante de trombos dentro del filtro, no irrigue el Filtro Recovery.

Inserción y utilización del Recovery Cone

11. Extraiga el sobre y absolver y el aro de Kit B
12. Irrigue el interior del catéter del lado y mantenga al absolver con solución salina, prevención solución salina heparinizada
13. Retrasar lentamente el Recovery Cone hacia el adaptador en Y para plegar el cono.

NOTA: El cono debe estar totalmente extraído en el adaptador en Y antes de conectar el sistema al catéter introductor a fin de asegurar que puede liberarse el cono a través del catéter con facilidad.

14. Conecte una bolsa de 500 ml de solución salina, o una jeringa con solución salina en a orificio lateral del adaptador en Y. Permita que la infusión de solución salina o cuele alrededor del cono de extracción en el adaptador en Y durante 5 segundos. Apriete la válvula del adaptador Touhy-Borst a fin de reducir el retiro de la solución salina hasta el alimentado.
15. Acople directamente el catéter conductor el extremo macho del adaptador en Y con el cono plegado. El catéter introductor y el sistema de liberación del filtro deben sujetarse en línea recta para encauzar la rotación.
16. Haga avanzar el cono moviendo hacia afuera el eje impulsor a través del catéter introductor, avanzando el cono con cada movimiento hacia delante del eje impulsor.
17. Continúe el movimiento hacia delante de la guía empezará haste que el cono, colóquese el marcador radiopaco del extremo distal del catéter impulsor. Guíe la marca para abrir el cono, enganchando el gel y permitiendo el catéter.

Captura del Filtro Recovery

*Extracción del filtro, ilustrado*



18. En las Figuras B-F aparece ilustrada la captura del Filtro Recovery.
   Figura B: Después de haberse abierto el cono por encima del filtro, avance el cono sobre la punta del filtro, replegando el catéter introductor sin mover y avanzando el eje impulsor. Se recomienda obtener una imagen fluoroscópica antes de colocar para confirmar que el cono está por encima de la punta del filtro.
   Figura C: Cierre el cono sobre la punta del filtro avanzando el catéter introductor sobre el cono mientras mantiene inmóvil el eje impulsor.
   Figura D: Continúe haciendo avanzar el catéter introductor sobre el cono hasta que el cono se propague dentro del catéter introductor.
   Figura E: Con el cono plegado sobre el filtro, embargo el filtro estabilizando el catéter introductor y retrayendo el eje impulsor en un solo movimiento suave y continuo.
   Figura F: Se ha retirado el filtro en el catéter

Técnica de seguimiento

19. Puede efectuarse un venbcito agujero de seguimiento haciendo fluir al catéter introductor intermitente con 30 ml al través de contraste o fluoroscopia
20. Retire el catéter introductor y aplique compresión manual sobre el lugar de la punción, de la forma usual para conseguir la hemostasia.

Técnica asistida con guía

Debido a las diferencias anatómicas con respecto a la punción del Filtro Recovery, puede utilizarse técnicas asistidas con guía.

Uso de la guía

Si resulta difícil el avance el cono sobre la punta del Filtro Recovery, se puede utilizar una guía para facilitar el avance del cono sobre la punta del filtro.
Retire el catéter introductor, el eje del cono de la punta del filtro, inserte una guía de 0.035" a través del lumen central (punta en J o angulado; se recomienda una guía con recubrimiento hidrofílico). Haga avanzar la guía a través del cono y a través del filtro hasta la punta.
Una vez confirmado que la guía está en contacto o cerca de la punta de filtro, avance el cono sobre la guía hasta la punta del filtro. Haga avanzar la cono a través para plegar ligeramente el cono sobre la punta del filtro. Retire la guía en el eje impulsor. Continúe con la extracción del filtro como se describe en el paso 18.

J. Forma de suministro

Cada Filtro Recovery se suministra precargado en el tubo de almacenamiento. Cada Filtro Recovery se suministra no pirógeno, a menos que el envase esté abierto o dañado, y esta listo para su uso. El tubo de almacenamiento y el sistema de liberación están preensanados. Si el filtro es liberado de forma inadvertida, no puede reesterilizarse ni recargarse.

Nota: Después del uso, los accesorios del Filtro Recovery, los elementos de envase pueden ser un peligro biológico en potencia. Manipúlelos y deséchelos según la práctica médica aceptable y conforme a las leyes y normas locales, estatales y federales aplicables.

El Filtro Recovery deberá guardarse en un lugar fresco (a temperatura ambiente) y seco.

K. Garantía

Bard garantiza al primer comprador que este producto estará exento de defectos en los materiales y de fabricación durante un período de un año desde la fecha de la primera compra. La responsabilidad en esta garantía limitada de este producto se limitará a la reparación o sustitución del producto defectuoso, sólo a discreción de Bard, o al reembolso del precio neto pagado. Esta garantía limitada no cubre el desgaste debido al uso o los defectos que pudieran surgir debido al mal uso del producto.

EN LA MEDIDA PERMITIDA POR LA LEGISLACIÓN APLICABLE, ESTA GARANTÍA LIMITADA DE PRODUCTO REEMPLAZA TODAS LAS DEMÁS GARANTÍAS EXPRESAS O IMPLÍCITAS, INCLUYENDO, AUNQUE NO DE FORMA EXCLUSIVA, CUALQUIER GARANTÍA DE COMERCIABILIDAD O IDONEIDAD PARA UN FIN PARTICULAR. EN NINGÚN CASO BARD SE RESPONSABILIZARÁ DE DAÑOS EMERGENTES O CONTINGENTES RESULTANTES DE LA MANIPULACIÓN O USO DE ESTE PRODUCTO.

Algunos países no permiten la exclusión de garantías implícitas, o de daños emergentes o contingentes o del punto haya derecho a determinadas exclusiones que le compensen con la legislación de su propio país.

Fecha de revisión de la etiqueta: 12/03

En caso de que haya transcurrido 3 años entre esta fecha y el momento de utilizar el producto, el usuario deberá dirigirse a C.R. Bard para ver si existe información adicional sobre el producto.

Bard, Recovery y Recovery Cone son marcas comerciales registradas de C.R. Bard, Inc. o de una filial.

Patentes estadounidenses 5,997,538 y 6,258,026. Otras patentes pendientes.

Copyright 2003, C. R. Bard, Inc. Reservados todos los derechos. Impreso en EE UU

Bibliografía:

1. "ACR Standard For The Performance Of Percutaneous Permanent Inferior Vena Cava (IVC) Filter Placement For The Prevention Of Pulmonary Embolism". 2000 (Res.12). Effective 01/01/01

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85281-1740
USA

TEL. 1-480-894-9515
1-800-321-4254
FAX 1-480-966-7062
1-800-440-5376
www.bardpv.com

Representante autorizado en la CEE del EEE
Bard Limited
Crawley, UK
RH11 9BP

CE 0086

# Recovery® Filter Systeem
## voor gebruik in de vena cava



## NEDERLANDS
### Gebruiksaanwijzing

*Opgepast: De federale wetgeving van de Verenigde Staten bepaalt dat dit product slechts door of op voorschrift van een arts mag worden verkocht.*

**A. Algemene informatie**

Het Recovery filter representeert een nieuwe generatie van veneuze onderscheppingsfiltermodellen die bedoeld zijn om langdurig bescherming te voorkomen. Het unieke ontwerp en materiaal van het Recovery filter bieden een uitstekende […]

*(onderstaande bodytekst grotendeels onleesbaar door lage resolutie)*

**Figuur A. Recovery filter systeem**



| | |
|---|---|
| A | ROENTGENOPAKE FILTER |
| B | OPSLAGBUIS FILTER |
| C | […] ONTPLOOIINGSZONE |
| D | ZIJDELINGSE OPENING |
| E | VERSTELBARE TOUCHY-BOREN ADAPTER |
| F | […] DOORVOER […] |
| G | NAVOGAT […] […] |

**BELANGRIJK:** Lees de aanwijzingen zorgvuldig voor u het Recovery filter gebruikt.

**B. Indicaties**

*(tekst onleesbaar)*

**C. Contra-indicaties**

**OPGEPAST: Als de gecontigeerde diameter van de vena cava inferior (VCI) meer dan 28 mm is mag het filter niet in de VCI worden ingebracht.**

**E. Waarschuwingen**

Implantatie van het Recovery filter

*(tekst grotendeels onleesbaar)*

10. Neem het filter met een geleiderdraad zel B

11. Sluit een 650-ml zak hysiologisch zout aan op de spleet van het Y-adapter door middel van een standaard infuusset. Laat de fraatisgeo zout opvang gedurende 5 seconden door het filter... een cyclograam stoomen om te zeken te maken te maken voor het plaatsen van de interngelatines. Sla de infuusset in open end snoei uitgeseten kort. Draai de Touhy-Borst korpkleuklep om een zo weinig mogelijk reflux van hysiologisch zout te geen plaatsel ... glocodor de structuren mogelijk kan weistan opplosnet

OPMERKING: Het is heel belangrijk om de doorgankelijkheid van de inbrengkatheter in stand te houden door spoelen met fysiologisch zout zodat het geografis segment niet de filterspoelen ... en op ... houdt niet door stolsel wordt bedekt. Dit zou het aanbrengen van het filter bemoeilijken.

12. Bevestig het wijn ... segment aan de ... onder ... wordt aangebracht ... fysiologisch roosoplossing ... het filter ...

### Illustratie opvoeren van het filter



FIGUUR B — Pak de draad ... neem maar voren

FIGUUR C — Laat draad los

FIGUUR D — Hand naar achteren bewegen

FIGUUR E — Pak draad opnieuw voort

13. Voer het filter op door de ... draad naar voren te drukken door de ... vibregelatines, vriedy ... het filter met ... voor ... hysiologische openhait (Fig. D-E). Het de draad naad ... terug, beweeg de draad naad ... , ...

14. Ga door met de ... beweging van de draad ... tot de filter uit de ... uit ... van de inbrengkatheter ligt. Op dit punt moet het handvat van de draad naast het Y-aansluitink liggen

### Vrijgeven/aanbrengen van het filter

15. Bevestig het filter aan ... geef het vrij ... de rode beschermer

Figuur F: Handvat van draad oud slang vasthouden.

Figuur F-1: Filter voor plaatsing gepositioneerd in de intrangelatines ... de rode spoke markeringen voor het aanbrengen en vena cava achteruit.

OPMERKING: Filter niet aanbrengen door het voorbij het uiteinde van de inbrengkatheter te duwen. Verwijder in plaats daarvan de ... naar het eindigigaste filter door de inbrengkatheter terug te trekken zoals hieronder beschreven.

### Filter Release, Illustrated



FIGUUR F
FIGUUR F-1

FIGUUR G
FIGUUR G-1 — Hand terugtrekken

FIGUUR H
FIGUUR H-1 — Hand-hand-ctrl

Maak nu het filter vrij door het al te volgen de vena cava inferior uit de hule te halen

Positioneer de punt van het filter 1 cm onder de bengt ingaan

FIGUUR G: Terwijl de ene hand op zijn plaats blijft, trekt de andere hand de combinatie van het Y-adapter en de opeloghs ... vallodig van het handvat terug, waarbij het filter blootgesteld te liggen en vrij komt.

Figuur G-1: De nul futen van het filter zijn vrij VC

Figuur G-1: Positie van de filter en vrijkopt van de ... vrijkopt ...

Figuur H-1: Filter op zijn plaats in VC

---

17. Herhaal het spoelen met hysiologisch zout ... het nhuist ... de intrangelatines overgesteld zo te houden.

#### Completerengram van de ... cava

1. ... spoelen ... te aan ... 
2. ... aangebrachte filter (min 15 minuten)

2. Verwijder de inbrengkatheter in eenn de gebruikt ... op de vervplaats plaats om horizonse te bevestigen

### OPTIONELE PROCEDURE VOOR FILTERVERWIJDERING

#### Verwijdering van het Recovery filter

OPGEPAST: Er wordt ten sterkste aanbevolen dat het Recovery filter ... wordt verwijderd met de Recovery Cone.

#### Benodigde apparatuur

De volgende apparatuur wordt benodigd:

- Een Recovery Cone verwijderingssysteem Bard.
- Een 70-cm lange (ds. 0.97F) inbrenghuls met diameter de
- Drie Y-adapter met Recovery Cone en optica-inbreeningsysteem
- Een 0.89 mm (0.035 inch) voerdraad met 3 mm J-op, 110 cm of langer
- Aanspreidel te 10
- ... 50 ... dilateur
- Fysiologische zoutopcossing
- Steriel gaastaicht voor inhus met hysiologisch zout al spuit met hysiologische zoutoplossing
- Alle bromraateren voor vasculaire toegang met touch of J- sluus insafft inhus, dilateratier of t.o.c.

#### Klinische ervaring

Het Recovery filter is in Canada gebruikt voor een ... onderzoeken met hivet categorie in een zekethaam in Terlela bij 58 pateiten, onder speciale regelgeving (Special Access regulations)

Hoewel het huip ...op ... zijn made voor ... en werd gebruikt al de verwijdering uitgevoerd door de ... met verschillende ... afhankelijk ... beschreven ...

Van de 58 geimplanteerde filters bij er in totaal 46 voor verwijderd. 8 bijven op hun plaats zitten, 4 patienten zijn ... de filter nog in site overleden ... en ook ongerelateerd aan het plaatsen of verwijderen van de filters beoleefd. Iarbee palpateurs en aangelegst van de long en hemolagische beoedig. De tijd tot verwijdering liep van 1 en 161 dagen, gemiddeld 40 dagen (zie histogram)

### Tijd tot verwijdering



Verwijderingen (y-axis)
Dagen (x-axis): 30 60 90 120 150 Meer

Met de verwijdering stond de foll ... gemiddeld 225 dagen (redemone 1 en 166 dagen). De meeste (n=43) werden via de rechter vena jugularis intaos verwijderd, door symingis op ... de linke vena jugularis intaos (n=2) of van oedtola's voor verwijdwis (n=1). En werd in ... 4 patienten ... van de filter en ... bij de ... (n=1). De filter medialer ba ... in de gelocitataos ... jong ... in alle gevallen gebrail, op 4 na, waarbij een ... hals werd ge ... algevacht werd ... te maken van ... de filter met Recovery Cone vera jdoningssystem. En vos ... gen al van asymptomatische longembioie, bij geleren van al grootte nt3.

De vrnge en toros geopporteerde gevrilling was aan geboken il tremmamat ... De filter ... inhremeuil opgebleid by een asympigne ... het ... de filter ... vrna ... bij Meuis ... de gevig van ... geon de bevailing en de influence plaatsing ... non ... , inordioen ondage defectie ... de hals zich in het ... e van een ... vasectan ... het ... vereend

| Oorzakelijkheid | |
|---|---|
| **Klinische gegevens** | |
| Recovery filter geïmplanteerd | 58 |
| Pateinte verwijderingen van de filter | 46 |
| Oshogishe ... verwijdering van de filter | 1 (gelijktijdig met ... associe) |
| Lecftie patient | 8 die ... (gemiddeld 92 jaar) |
| **Reden voor filterplaatsing** | |
| Contra-indicatie voor anticoagulatie | 46 |
| Complicaties tengevige van anticoagulatie | 13 |
| Falen van anticoagulatie | 7 |
| Profilatie | 2 |
| Tijdsduer tot verwijdering | 1-161 dagen (gemiddeld 60 dagen) |
| Folow-up na verwijder | 1-901 dagen (gemiddeld 225 dagen) |
| **Complicaties van filterverwijdering** | |
| Technisch | 0 |
| Halsbreuk tengevolge van spanningen door ... | 1 |
| bareusvenein en gebonte alsmede influstaeli plaatsing | 1 |
| Asymptomatische longembolie na verwijdering | 1 |

### Aanwijzingen voor de ingreep

#### Inbrengen van de introductiekatheter

1. Selecteer een geschikte toeganghoute tzt de vena jugularis aan de linke of rechterhram, afhankelijk van de grootte of anatomie van patient, at vooreem van de operation of de posite van stenbois

2. Prapareer, bedek en verdoof de vaspundieplaats op standaard wijze.

3. Selecteer en open de Recovery Cone kathetersystem. Open de ... rotatie-katheter-aansluiting klA A

4. Maak een naaste de lucht ute een ... sicplerange ... versind de verbgantghe met een 19.5 ... inc aansluit.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
BPVE-01-00435575

Illustratie verwijdering filter



CE
0086

Erkende vertegenwoordiger EEA
Bard Limited
Crawley, UK
HH1 9SP



## Sistema do filtro Recovery® para utilização na veia cava



## PORTUGUÊS

### Informação de utilização

**A. Informação geral**

O filtro Recovery representa uma nova geração de dispositivos de interrupção venosa concebidos para prevenir embolias pulmonares. A concepção e material únicos de filtro Recovery proporcionam uma excelente eficácia de filtragem a partir de uma colocação permanente através de um ramo femoral...

... O filtro Recovery pode ser removido, quando clinicamente indicado...

**B. Descrição do dispositivo**

O sistema do filtro Recovery consiste num filtro...

**Figura A. Sistema do filtro Recovery**



| | |
|---|---|
| A | CATETER INTRODUTOR |
| B | TUBO DE ARMAZENAMENTO DO FILTRO |
| C | CONJUNTO DE PERCUSSÃO GOTA-A-GOTA DE SOLUÇÃO SALINA |
| D | ORIFÍCIO LATERAL |
| E | ADAPTADOR RUHY/BOOST AJUSTÁVEL |
| F | Boot ajustável |
| G | Punho de ação automotora |

**IMPORTANTE**: Leia as instruções cuidadosamente antes de utilizar o filtro Recovery

**C. Indicações de utilização**

**D. Contra-indicações de utilização**

**E. Advertências**

Implantação do filtro Recovery

---

Remoção do filtro Recovery

**F. Precauções**

Importância do filtro Recovery

Remoção do filtro Recovery

**G. Complicações potenciais**

**H. Equipamento necessário**

**I. Instruções de utilização**

8. Avance o cateter introdutor até ao nível seleccionado sob o método fluroscópico. A guia e o dilatador devem ser removidos para habilitar este processo. Para a inserção femoral, a ponta do cateter introdutor de cerca 1 cm abaixo da veia renal mais inferior.

10. Retire o filtro e o sistema de bloqueio do Kit B

11. Ligue um frasco de 50 ml de solução salina ao orifício lateral do adaptador em Y, utilizando um conector de derivação após a guia passar pelo filtro e a perfusão da solução salina. Em o emissor de filtro no tubo de armazenamento quanto à segurança de modo a unidade fique a passagem através de espaço introdutor. Ajuste o conjunto de perfusão do modo a programar...

NOTA: É muito importante manter a patência do cateter introdutor com a irrigação da solução salina de modo a que o seguinte estilete que seguro e o aberto compartimento. A ponta do filtro não fique sem coágulos. Esta situação interferirá com a colocação do filtro.

## Ilustração do avanço do filtro



**FIGURA B**

Agarre a guia. Empurre para a frente

**FIGURA C**

Solte a guia

**FIGURA D.**

Desloque as mãos para trás

**FIGURA E**

Volte a agarrar na guia

## Ilustração da libertação do filtro



**FIGURA F.**
**FIGURA F-1**

**FIGURA G**
**FIGURA G-1**

Puxe a mão para trás

Mantenha a mão imóvel

**FIGURA H**
**FIGURA H-1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



### Tempo até à remoção

Eixo: Remoções / Dias — barras em 30, 60, 90, 120, 150, Mais

BPVE-01-00435578

Instruções relativas ao procedimento

Inserção do Cateter Introdutor

1. Selecione uma via adequada para o acesso venoso jugular, no lado direito ou no lado esquerdo, dependendo do tamanho ou da anatomia do doente, da preferência do operador ou da localização da trombose venosa.
2. Prepare, coloque os panos cirúrgicos e isole o local de punção de modo de acordo com o protocolo normal.
3. Selecione e abra a embalagem do cateter do Recovery Cone Abra a embalagem do kit do cateter introdutor.
4. Faça uma incisão no pele com a lamina Nº 11 e eleve a via apropriadocom uma agulha de punção vaso do calibre 18.
5. Retire a agulha de incapunção sobre a guia.
6. Pro-deiro o vaso através do acesso com um dilatador de 18 French.
7. Remova cuidadosamente do fio firmemente esobre a via cateter de introdutore a guia e para o interior do vaso.

NOTA: O cateter introdutor possui um marcador radiopaco na extremidade distal da bainha do cateter para ajudar à visualização.

8. Remova a guia e o dilatador, deixando o cateter introdutor com a sua porta na localização apropriada. Faça uma irrigação manual de forma intermitente ou ligue ao cateter uma perfusão por goteja-gota contínua de solução salina, para manter a patência do cateter introdutor.
9. Realize uma nova injeção adireno profilo-periname de 20 ml de produto de contraste a 15 ml/s. Verifique a extremidadesuperior do túbo. Se existem tromtos significativos dentro do túbo, não remova o Filtro Recovery.

Inserção e libertação do Recovery Cone

11. Retire e a guia e libertação do KOE
12. Verifique a irrigação do lúmen através do cateter de cone e humedeça o cone com água destilada. Se preferido.Importante.
13. Retira lentamente o cone para o interior do adaptador em Y para fechar o cone.

NOTA: O cone deve estar totalmente retraído no interior do adaptador em Yantes de ligar o sistema no cateter introdutor, para se assegurar que o cone pode ser facilmente libertado através do cateter.

14. Ligue um luer de 500 ml ou uma seringa com solução salina ao ramo lateral do adaptador em Y. Deixe a solução salina luer em linha ou cone de remoção no adaptador em Y durante 5 segundos. Aperte a válvula do adaptador Touhy-Borst para impedir o refluxo de solução salina em direção ao alimentador. Isto impede de forma a impedir que a haste impulsora avance livremente.
15. Prenda a extremidade macia do adaptador em Y para o cone fechado, diretamente no cateter introdutor. Desligue o bloqueio e o sistema de libertação é fixo deverem ser mantidas em linha reta para minimizar o atrito.
16. Empurre o cone movendo a haste impulsora para a frente do kit no cateter introdutor, empurrando o cone em cada movimento do avanço da haste impulsora.
17. Coloque a seringa na guia impulsora do conone seringe e transmitir meiro-espera, na extremidade distal do cateter introdutor Desembarahe para abrir a cone arrastando a haste e retirando o cateter

Captura do Filtro Recovery

## Ilustração da remoção do filtro



A B C D E F

18. A captura do filtro Recovery exemplo está ilustrado nas figuras B-F.

Figura B: Depois de cone ter sido aberto perto do filtro, avance o cone sobre a ponta do filtro mantendo o cateter introdutor movível e empurrando a haste empuradt. Recomenda-se que se coloque uma imagem radioscópica anterior em que pela confirmar se o cone está sobre a ponta do filtro.

Figura D: Feche o cone sobre a ponta do filtro empurrando o cateter introdutor sobre o cone até estar imóvel sobre a haste impulsora movíl.

Figura D: Continue a empurrar o cateter introdutor sobre o cone até estar sobre dentro do cateter introdutor.

Figura E: Com o cone fechado sobre o filo, retorne o filtrastabilizando o cateter introdutor e retirando a haste empulsora com um movimento suave e contínuo.

Figura F: O filtro foi retraído para dentro do cateter.

Remoção do equipamento

19. Pode confirm-se um retorno através de seguimento depois de retirar o cateter introdutor (periodicamente 30 ml de mais de contraste a 15 ml/s).
20. Remova a, coloque a pressão e faça uma compressão de uma a sobre a local de punção, da forma normal para obter a hemostase.

Técnica com Auxílio da Guia

Devido a variações anatómicas, especialmente a posição do filtro recovery, podem ser utilizadas técnicas que necessitem de auxílio de uma guia.

Utilização de uma guia

Se for difícil avançar o cone sobre a ponta do filtro Recovery, pode utilizar-se uma guia para facilitar a entrega do cone sobre a ponta do filtro.

Retire a bainha introdutora e a haste do cone para fora da ponta do filtro. Introduza uma guia de 0,035 polegadas através do lumen central (posso em J ou ponta em ângulo, recomendar-se a utilização de uma guia com revestimento hidrofílico). Empurre a guia através do cone e através do filtro para uma posição próxima da ponta do filtro.

Depois de confirmado que a guia está em contacto ou próximo da ponta do filtro, empurre o cone sobre a guia até atingir a ponta do filtro.

Empurre a bainha introdutora de modo a fechar ligeramente o cone sobre a ponta do filtro. Retira a guia do interior da haste impulsora.

Continue a remover o filtro conforme descrito no passo 18.

J. Apresentação

Cada filtro Recovery é fornecido pre-instalado no seu tubo de armazenamento. Cada filtro Recovery é estéril e apirogénico, a não ser que a embalagem tenha sido danificada ou aberta, e está pronto a ser utilizado numa única utilização. O tubo de armazenamento e os outros de armazenamento pré-instaldo. Se a tubo for esteril-instaldo, compreguada, o cateter deve ser deitado fora.

Não reutilizar. Após utilização, os acessórios e o dispositivo de inserção do filtro Recovery podem constituir um risco biológico potencial. Manusear e deitar fora de acordo com a prática médica e as normas locais vigentes, estaduais e federais aprovadas.

O tubo Recovery deve ser guardado num local fresco (à temperatura ambiente) e seco.

E. Garantia

A Bard garante ao primeiro comprador deste produto que o mesmo estará isento de defeitos de materiais e de mão-de-obra durante um período de um ano a partir da data da primeira aquisição. A responsabilidade da, ao abrigo desta garantia limitada, está limitada à reparação ou substituição do produto defeituoso, segundo o critério exclusivo da Bard ou ao reembolso do preço líquido pago. O uso e o desgaste resultantes da utilização normal ou, os defeitos resultantes da utilização incorrecta deste produto não são abrangidos por esta garantia limitada.

NA MEDIDA DO PERMITIDO PELA LEGISLAÇÃO APLICÁVEL, ESTA GARANTIA LIMITADA DO PRODUTO SUBSTITUI TODAS AS OUTRAS GARANTIAS, EXPLÍCITAS OU IMPLÍCITAS, INCLUINDO MAS NÃO LIMITADA, QUALQUER GARANTIA IMPLÍCITA DE COMERCIALIZAÇÃO OU ADEQUAÇÃO A UM DETERMINADO FIM. EM CIRCUNSTÂNCIA ALGUMA A BARD SERÁ RESPONSÁVEL PERANTE SI POR QUAISQUER DANOS INCIDENTAIS OU INDIRECTOS RESULTANTES DO SEU MANUSEAMENTO OU UTILIZAÇÃO DESTE PRODUTO.

Alguns países não permitem uma exclusão das garantias implícitas de danos incidentais ou indirectos. Poderá ter direito a recursos suplementares ao abrigo da legislação do seu país.

Data de emissão ou revisão: 12:00

No caso de existir denúncia de uma estara ou está pelo utilizador, as instruções do produto é utilizador deverá contactar a C. R. Bard, Inc. para verificar se existem informações adicionais sobre este produto.

Bard, Recovery, e Recovery Cone são marcas registadas da C.R. Bard, Inc. ou de uma empresa filiada.

Patente americana 6,400,562 e 6,258,826. Outras patentes pendentes.

Copyright © 2009 C. R. Bard, Inc. Todos os direitos reservados. Impresso nos Estados Unidos.

Bibliografia:
1. ACR Standard For The Performance Of Percutaneous Permanent Inferior Vena Cava (IVC) Filter Placement For The Prevention Of Pulmonary Embolism - 2008 (Rev. 12), Effective 01/01/01.

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
EUA

TEL:    1-480-894-9515
           1-800-321-4254
FAX     1-480-966-7062
           1-800-440-5376
www.bardpv.com

Representante autorizado no EEE
Bard Limited
Crawley, UK
RH11 9BP

CE 0086

# Recovery® Filter System
## for use in the Vena Cava



## ΕΛΛΗΝΙΚΑ

# Πληροφορίες Χρήσης

ΠΡΟΣΟΧΗ: Η Ομοσπονδιακή νομοθεσία των ΗΠΑ περιορίζει την πώληση της συσκευής αυτή μόνο σε ιατρό ή κατόπιν εντολής ιατρού.

### Α. Γενικές Πληροφορίες

[κείμενο δυσανάγνωστο]

Εικόνα Α. Σύστημα Φίλτρου Recovery



| | |
|---|---|
| Α | ΚΑΘΕΤΗΡΑΣ ΕΙΣΑΓΩΓΕΑΣ |
| Β | ΤΣΙΜΠΙΔΙ ΕΥΘΥΓΡΑΜΜΙΣΗΣ |
| Δ | ΚΟΥΦΩΜΑ ΕΚΤΟΞΕΥΣΗΣ |
| ... | ΔΙΑΤΑΞΗ ΕΥΘΥ... |
| ΣΤ | ΕΥΘΥΓΡΑΜΜΙΣΗΣ ΠΡΟΩΘΗΤΙΚΑΣ ΤΟΥΜΠΩΣΗΣ |
| Ζ | ΣΥΡΜΑ CONTAINS ΑΠΟ ΝΙΤΙΝΟΛ |
| Ζ | ΛΑΒΗ ΤΟΥ ΣΥΡΜΑΤΟΣ ΤΟΠΟΘΕΣΙΑ |

ΣΗΜΑΝΤΙΚΟ: Για χρησιμοποίηση το Φίλτρο Recovery, διαβάστε τις οδηγίες προσεκτικά.

### Γ. Οδηγίες Χρήσης

### Δ. Αντενδείξεις Χρήσης

ΠΡΟΣΟΧΗ: Αν η διαφθμισμένη διάμετρος της κάτω κοίλης φλέβας (IKKΦ) υπερβαίνει τα 28 mm, το φίλτρο δεν θα πρέπει να εισαχθεί στην IKKΦ.

### Ε. Προειδοποιήσεις

### ΣΤ. Προφυλάξεις

### Η. Απαιτούμενος Εξοπλισμός

### Θ. Οδηγίες Χρήσης

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

ΣΗΜΕΙΩΣΗ: Ο σφιγκτήρας του καθετήρα σύναγχου δεν πρέπει να ενεργοποιηθεί μέχρι το φίλτρο ...

E. Εντοπίστε ...

6. Υπό ακτινοσκοπική ...

10. Αποσύρετε το φίλτρο ...

11. ...

ΣΗΜΕΙΩΣΗ: Η διαδικασία του καθετήρα ...

12. ...

## Προώθηση του Φίλτρου, Εικονογραφημένη



**ΕΙΚΟΝΑ Β**

**ΕΙΚΟΝΑ Γ**

**ΕΙΚΟΝΑ Δ**

**ΕΙΚΟΝΑ Ε**

13. Προώθηση το φίλτρου ...

14. ...

## Απελευθέρωση του Φίλτρου

15. Απελευθέρωση το φίλτρο ...

ΣΗΜΕΙΩΣΗ: ...

## Απελευθέρωση του Φίλτρου, Εικονογραφημένη



**ΕΙΚΟΝΑ ΣΤ**
**ΕΙΚΟΝΑ ΣΤ-1**

**ΕΙΚΟΝΑ Ζ**
**ΕΙΚΟΝΑ Ζ-1**

**ΕΙΚΟΝΑ Η**
**ΕΙΚΟΝΑ Η-1**

Στη συνέχεια, απελευθερώστε το φίλτρο ...

16. ...

17. ...

## Αντικατάσταση Παρεκτοπισθέντος του Κώνου Φίλτρου

18. ...

19. ...

## ΠΡΟΑΙΡΕΤΙΚΗ ΕΠΙΛΟΓΗ ΓΙΑ ΤΗΝ ΑΠΟΣΥΡΣΗ ΤΟΥ ΦΙΛΤΡΟΥ

## Απόσυρση του Φίλτρου Recovery

**ΠΡΟΣΟΧΗ: Η απόσυρση του Φίλτρου Recovery ...**

## Απαιτούμενος Εξοπλισμός

Ο παρακάτω εξοπλισμός είναι απαραίτητος για την απόσυρση:

- Ένα Σύστημα Απόσυρσης Recovery Cone που ...
- Ένα θηκάρι εισαγωγής ...
- Ένα προτεινόμενο σύστημα ...
- Οδηγό σύρμα 0.035 ...
- Φίλτρο μεγέθους 18 gauge
- Διακαθετήρας των 12 French
- Ορός
- Στείρος σωλήνας ...

## Κλινική Εμπειρία

...

## Χρόνος μέχρι την απόσυρση



Η παρακολούθηση μετά την απόσυρση ...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

| Ενδεικτικός Πίνακας Κλινικής Εμπειρίας | |
|---|---|
| Εμφυτευμένα Φίλτρα Recovery | 32 |
| Διαδικασίες Απόσυρσης Φίλτρου | 32 |
| Χρονομετρημένη Απόσυρση Φίλτρου | 3 (περιλαμβάνεται στην τελική εμπειρία) |
| Μήκος Διήθησης | 8.97 ετών (μέσος όρος 32 ετών) |
| **Λόγοι τοποθέτησης του Φίλτρου** | |
| Ακαταλληλότητα αντιπηκτικής δόσης | 40 |
| Επιπλοκή χορήγησης με την αντιπηκτική αγωγή | 13 |
| Αντιπηκτική προφυλακτική δράση | 3 |
| Δίκαιη προφύλαξη | 7 |
| Χρονομετρημένη αντιπηκτική | 1 |
| Διάρκεια παρακολούθησης μετά την απόσυρση | 325 ημέρες |
| **Επιπλοκές Απόσυρσης Φίλτρου** | |
| Τεχνική | 0 |
| Άλλες | 1 |

### Οδηγίες Τοποθέτησης

### Γλώσσα του Φίλτρου Recovery

### Απόσυρση του Φίλτρου, Εικονογραφημένη



CE 0086

Εξουσιοδοτημένος Αντιπρόσωπος για τον ΕΟΧ:
Bard Limited
Crawley, UK
RH11 9BP

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
Η.Π.Α.

| ΤΗΛ.: | 1-480-894-9515 |
|---|---|
| | 1-800-321-4254 |
| ΦΑΞ: | 1-480-966-7062 |
| | 1-800-440-5376 |
| | www.bardpv.com |


BPVE-01-00435582

# Recovery® Filter-system til brug i vena cava

**DANSK**

## Brugerinformationer

Forsigtig: I henhold til amerikansk lov (USA) må denne anordning kun sælges af eller ordineres af en læge.

**A. Generelle informationer**

*Recovery* Filteret udgør en ny generation af vena cava-filteranordninger, som er udviklet til at forebygge lungeemboli. *Recovery* Filterets unikke design og materiale giver en glimrende filtreringseffekt og tillader perkutan placering med et minimum af indføringsproblemer via et standard angiografiindføringskateter med en udvendig diameter på 7 Fr. Placeringsproceduren er hurtig og enkel at udføre.

Det femorale sæt er beregnet til fremføring gennem et 48 cm jugularisindføringskateter med en indv. dia. på 7 Fr. via en lukket nåleindgangsport. En pude for enden af tråden er beregnet til at slutte på filterets hoved, og et segment med kæber er beregnet til at holde filterets ben og vende den rigtigt. Denne del fastholder filteret til fremføringstråden, mens den leder filteret frem med spidsen forrest til den distale ende af kateteret, der er placeret under den nederste renale vene. Når filterets spids nærmer sig spidsen af indføringskateteret, vil den blive placeret mellem de røntgenfaste markører på indføringskateteret. Indføringskateteret og indføringsenheden trækkes dernæst tilbage på fremføringstrådens greb for at få filteret ud af kateteret og frigøre, således at det kan genvinde sin oprindelige form. Centreringssystemet på det nedre segment holder *Recovery* Filteret ud, så filterspidsen er centreret, og forhindrer at benene krydses.

*Recovery* Filteret er beregnet til at fungere som permanent filter. Hvor det er klinisk indiceret, kan *Recovery* Filteret udtages perkutant efter implantation i henhold til den vejledning, der er givet under Sektion Udtagningsprocedure. *Recovery* Filterets ankre, hvor de går ud af filteret med et lille værktøj, og kan kontrolleres, men deformeres elastisk, når filteret fjernes perkutant. (Se Sektion Udtagningsprocedure for specifik udtagningsvejledning).

MRI-kompatibilitet: *Recovery* Filter implantatet er MRI-sikkert og forårsager ingen farer eller påvirkes af brugen af en MRI-scanner.

**B. Beskrivelse af anordningen**

*Recovery* Filter-systemet består af filteret og indføringssystemet. *Recovery* Filteret består af tolv nitinoltråde med formhukommelse; de udgår radialt fra en central konnektor. Disse tolv tråde danner to niveauer til filtrering af emboli. Benene udgør det laveste filtreringsniveau, og armene det øverste filtreringsniveau. *Recovery* Filteret er beregnet til brug i vena cava med diameter på op til 28 mm.

*Recovery* Filter-indføringssystemet er illustreret på Figur A. Indføringssystemet består af et indføringskateter og dilatator med en indv. dia. på 7 Fr., *Recovery* Filteret, et opbevaringsrør med en infusionsport til saltvand og et fremføringssystem. *Recovery* Filteret er pakket i opbevaringsrøret i indføringsopbevaringsrøret.

**Figur A. Recovery Filter-system**

A INDFØRINGSKATETER
B FILTEROPBEVARINGSRØR
C SALTVANDS-DRYPINFUSIONSSÆT
D SIDEPORT
E JUSTERBAR TOUHY-BORST-ADAPTER
F NITINOL FREMFØRINGSTRÅD
G GREB TIL FREMFØRINGSTRÅD

VIGTIGT: Gennemlæs nøje vejledningen, før Recovery Filteret tages i brug.

**C. Indikationer for brug**

*Recovery* Filter-systemet er beregnet til brug ved forebyggelse af tilbagevendende lungeemboli via permanent placering i vena cava i følgende situationer:

Pulmonal tromboemboli, hvor antikoagulanter er kontraindiceret.

Svigtende antikoagulationsbehandling for tromboemboli-lidelser.

Nødbehandling efter massiv lungeemboli, hvor de forventede fordele ved konventionel behandling er begrænset.

Kronisk, tilbagevendende lungeemboli, hvor antikoagulationsbehandlingen har svigtet eller er kontraindiceret.

*Recovery* Filteret kan udtages efter de instruktioner, der angives nedenstående under afsnittet mærket "Sektion procedure" for filterudtagning.

**D. Kontraindikationer for brug**

**FORSIGTIG: Hvis den korrigerede diameter for vena cava (IVC) overstiger 28 mm, må filteret ikke indsættes i IVC.**

**Recovery Filteret må ikke implanteres hos:**

- Gravide patienter når fluoroskopi kan bringe fosteret i fare. Fordele og risici bør nøje afvejes.
- Patienter med en vena cava diameter på mere end 28 mm.
- Patienter med risiko for septisk emboli.

**E. Advarsler**

**Recovery Filter-implantation**

1. *Recovery* Filterets vena cava filter er på forhånd ekspanderet i opbevaringsrøret og er kun beregnet til engangsbrug. Filteret må ikke foldes ud, før det placeres korrekt i vena cava (IVC), da *Recovery* Filteret ikke med sikkerhed kan lægges tilbage i opbevaringsrøret.
2. Placering af *Recovery* Filteret gennem indføringskateteret kan kun ske i den angivne retning. Tilbagetrækning af fremføringstråden under fremføring kan medføre, at filteret vipper sig, hvilket den ikke kan rettes op, og måske forhindrer videre fremføring ud af kateteret.
3. *Recovery* Filter-systemet er kun beregnet til femorale indgreb. Anvend aldrig *Recovery* Filter og indføringssystemet til superior adgang (vena jugularis, subclavia eller antecubital), da dette vil medføre, at *Recovery* Filteret kommer til at vende forkert i vena cava.
4. Hvis der påvises store thrombe i på det oprindelige placeringssted, må man ikke forsøge at placere filteret ad denne vej. Forsøg at placere filteret ad en anden vej. Små thrombe kan passeres med guidewiren og indføreren.
5. Brug kun *Recovery Cone*® Removal System til udtagning af *Recovery* Filteret. Et udtaget filter må aldrig placeres igen.
6. Før aldrig guidewiren eller indføringskateteret/dilatatoren frem eller placér filteret uden fluoroskopisk kontrol.

**Udtagning af Recovery Filteret**

1. Forsøg ikke at fjerne *Recovery* Filteret, hvis der er opstået betydelige mængder af thrombe i filteret, eller hvis indkapsling er indtrådt i vena cava-væg.
2. Brug kun Bard *Recovery Cone* Removal system (pakket separat) til udtagning af *Recovery* Filteret. Anvendelse af andre anordninger kan resultere i ubegrundede lungeemboli.

**F. Forsigtighedsforanstaltninger**

**Implantering af Recovery Filteret**

1. Filteret skal placeres i suprarenal position hvis gravide kvinder og hvis kvinder i den fødedygtige alder.
2. Anatomiske forskelligheder kan komplicere indføring og placering af filteret. Hvis denne vejledning nøje følges, kan indføringstiden forkortes, og sandsynligheden for problemer reduceres.
3. Spinale deformationer: Det er vigtigt at udvise forsigtighed, når man overvejer at implantere hos patienter med signifikante kyfoskoliotiske spinaldeformationer, fordi vena cava inferior kan følge sådanne anatomiske deformationers generelle forløb. Dette kan yderligere vanskeliggøre perkutan udtagning af filteret.

**Udtagning af Recovery Filteret**

1. Anatomiske forskelligheder kan komplicere indføring og placering af *Recovery Cone* Removal System. Hvis denne vejledning nøje følges, kan indføringstiden forkortes, og sandsynligheder for problemer reduceres.
2. Spinale deformationer: Det er vigtigt at udvise forsigtighed, når man overvejer at fjerne *Recovery* Filteret med *Recovery Cone* Removal System hos patienter med signifikante kyfoskoliotiske spinaldeformationer, fordi vena cava inferior kan følge sådanne anatomiske deformationers generelle forløb. Dette kan kræve avancerede teknikker for at fjerne filteret.

**G. Potentielle komplikationer**

- Migration af filteret. Dette kan forekomme ved placering i en for stor vena cava med en diameter på over 28 mm, eller hvis der ikke anvendes korrekte teknikker.
- Perforation af vena cava-væggen. Dette kan forekomme, hvis der ikke anvendes korrekt indføringsteknik.
- Okklusion af vena cava. Sandsynligheder for at dette forekommer, skal opvejes med det medfølgende forhold mellem risiko/fordele for en patient, der er udsat for en lungeemboli, eller som sandsynligvis vil opleve dette, hvis der ikke gribes ind.

**H. Nødvendigt udstyr**

Følgende udstyr er nødvendigt for anvendelsen:

Et *Recovery* Filter og indføringsudstyr, som indeholder:

- En 48 cm lang indføringsdilatator med 7 Fr. indv. dia. og dilatatorenhed.
- Et opbevaringsrør med indlagt *Recovery* Filter og indføringssystem.
- 0,035" 3 mm guidewire med J-spids, 150 cm eller længere
- 18 gauge indføringskanyle
- Saltvand
- Sterilt forlængerslange til saltvandsinfusionspumpe eller saltvandsdrop.
- Alle grundlæggende materialer til venepunktur: Skalpel, medicin til lokalbedøvelse, afdækningsudstyr etc.
- Et indføringssæt bestående af en 0,035" 3 mm guidewire med J-spids, indføringskanyle nr. 11 skalpel og 10 cc sprøjte fås fra C. R. Bard, katalognummer 4000c.

Hvis lægen vælger at udtage *Recovery* Filteret perkutant, fås *Recovery Cone* Removal System hos C.R. Bard, Inc.

**I. Brugsanvisning**

Indføring af det 7 Fr. indføringskateter og præliminært venogram

1. Vælg en egnet femoral adgangsvej i enten højre eller venstre side, afhængigt af patientens størrelse eller anatomi, brugerens præference eller placeringen af venøs trombose.
2. Klargør, afdæk og anæstesér hudpunkturstedet på standard[illegible]
3. Vælg og åben filterpakningen. Åben kit A indføringskateterpakningen.
4. Foretag et indsnit i huden med et nr. 11 skalpelblad og foretag venepunktur med en 18 gauge indføringskanyle.
5. Indsæt guidewiren med J-spids og før den forsigtigt frem i den distale vena cava eller vena iliaca.

**BEMÆRK: Hvis der mødes modstand under en femoral indføringsprocedure, trækkes guidewiren tilbage, og venens lumen kontrolleres fluoroskopisk med en lille injektion af kontrastmedium. Hvis der påvises en stor thrombe, fjernes venepunkturnålen, og der forsøges med venen i modsat side. En lille thrombe kan passeres med guidewiren og indføreren.**

6. Fjern venepunkturnålen over guidewiren med J-spids. Før det 7 Fr. indføringskateter sammen med den korrekt dilatator ind over guidewiren og ind i den distale vena cava eller vena iliaca.

**BEMÆRK: Indføringskateteret har røntgenfaste markører som hjælp ved visualisering og forudplacering af filteret. De røntgenfaste markeringer på indføringskateteret udgør en "target"-placering, hvorimellem filteret skal placeres, inden kateteret fjernes, og filteret udfoldes.**

7. Fjern guidewiren og dilatatoren og efterlad indføringskateteret med spidsen i den distale vena cava eller vena iliaca. Skyl med heparinholdigt saltvand eller tilslut en konstant saltvandsinfusion til kateteret for at bevare indføringskateterets åbning.

**BEMÆRK: Indføringskateterets mellemstykke har en speciel indvendig opbygning. Sørg for at foretage samlinger fast, men uden unødig kraftanvendelse, som kan medføre brud på mellemstykket.**

8. Foretag et standard vena cava inferior venogram (typisk 30 ml kontrastvæske med 15 ml/sek.). Check for thrombe i vena cava, placeringen af renale vener og medfødte anomalier. Vælg det optimale niveau for filterplacering og mål IVC diameteren, idet der korrigeres for forstørrelse (typisk 20 procent).
9. Før indføringskateteret frem til det valgte niveau under fluoroskopisk kontrol. Guidewiren og dilatatoren bør genindføres for at lette dette. Ved femoral indføring skal kateterspidsen være 1 cm under den nederste renale vene.
10. Fjern filteret og indføringssystemet fra Kit B.
11. Tilslut en 500 ml pose med saltvand til sideporten på Y-adapteren med et standard infusionssæt. Lad saltvandsinfusionen løbe omkring filteret i opbevaringsrøret i 5 sekunder for at bringe det for passage gennem indføringskateteret. Juster indføringssættet for at give en hurtig infusionshastighed. Tilspænd Touhy-Borst adapteren, så den for at minimere tilbageløb af saltvand, men luk den ikke så meget, at fremføringstråden ikke kan føres frit frem.

**BEMÆRK: Det er meget vigtigt at bevare indføringskateterets åbning med saltvandsgennemskylning, så det ribbede segment, der holder filterbenene og sørger for, at de vender rigtigt, ikke fyldes med data. Dette vil gribe ind i filterplaceringen.**

## Filterfremføring, Illustreret



FIGUR B

Grib fat om tråden. Stød den fremad

FIGUR C

Slip tråden

FIGUR D

Flyt hånden bagud

FIGUR E

Tag fat om tråden igen

## Filterfrigørelse, illustreret



FIGUR F
FIGUR F-1



FIGUR G
FIGUR G-1

Træk hånden tilbage

Hold hånden stationær



FIGUR H
FIGUR H-1

---

**Tid til udtagning**



| | |
|---|---|
| Y-akse: | Udtagninger |
| X-akse: | Dage (30, 60, 90, 120, 150, Mere) |

---

| Oversigtstabel over | | |
|---|---|---|
| **Klinisk erfaring** | | |
| Recovery Filter implantation | 58 |
| Perkutane friudskridninger | 45 |
| Kirurgiske fjernelsesindgreb | 1 |
| Patientens alder | 8–89 år |
| **Årsag til filterindsætning** | | |
| Kontraindikation for antikoagulation | 40 |
| Komplikationer i forbindelse med antikoagulation | 13 |
| Antikoagulationssvigt | 3 |
| Profylakse | 2 |
| Tid til udtagning | 1–161 dage |
| Opsigtning efter udtagning | 1–551 dage |
| **Filterudtagningskomplikationer** | | |
| Trombose | 0 |
| Asymptomatisk pulmonal emboli efter udtagning | 1 |

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe AZ 85280-1740
USA

TEL.   1-480-691-9515
       1-800-321-4254
FAX    1-480-966-7062
       1-800-440-5376
www.bardpv.com

CE 0086

Autoriseret repræsentant for EØS-området:
Bard Limited
Crawley, UK
RH11 9BP

## Filterudtagning, illustreret



### Garanti

U.S. Patent No. 6,007,558 og 6,258,026 Øvrige patenter anmeldt
Copyright © 2002, C. R. Bard, Inc. Alle rettigheder forbeholdt. Trykt i USA.

### Referencer

1.   ACR Standard For The Performance Of Percutaneous Permanent Inferior Vena Cava (IVC) Filter Placement For The Prevention Of Pulmonary Embolism.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00435585

*Recovery® Filtersystem*
*för användning i vena cava*



## SVENSKA

## Bruksanvisning

**Försiktigt:** Enligt federal lag (USA) får denna anordning endast säljas av läkare eller på läkares förordning.

### A. Allmän information

*Recovery-filtret* representerar...

### B. Beskrivning av anordningen

*Recovery-filtersystemet* består av filtret och införingsset...

### Figur A: Recovery-filtersystem



A. INTRODUCERKATETER
B. RÖR FÖR FILTERFÖRVARING
C. INFUSIONSSET FÖR KOKSALTLÖSNINGSDROPP
D. STÖDRÖR
E. JUSTERBAR TOUHY-BORST-ADAPTER
F. PUSHER-TRÅD APPARAT
G. HÅNDTAG FÖR PUSHER-TRÅD

### C. Användningsområde

### D. Kontraindikationer

**FÖRSIKTIGHET:** Om den konfigurerade inre diametern hos vena cava inferior överstiger 28 mm får filtret inte föras in i denna ven.

### E. Varningar

### Implantation av Recovery-filtret

### F. Försiktighetsmått

### Implantation av Recovery-filtret

### Avlägsnande av Recovery-filtret

### G. Potentiella komplikationer

### H. Erforderlig utrustning

### I. Bruksanvisning



Införing och kvarlate av Recovery Cone

11. Ta ut konen och inViráguqey/gainet han sala B

12. Spola kontrastkanna contrals lumen och vät konen med lokalsällösning – hälst hepariniserad saltön.

13. Dra saltat tillbaka konen i Vadapiom för att kalibreia konen.

OBS! Kosom laskas vara hänsänligt indragen HV-adaptern kinen div hoppåk systemet till introducerkatetem för att garantera en bra passning.

14. Koppla on BXC mjukare utur en spruta med lokalsällösning til adaptern på Y-adaptern   Låt introducerkatetern fixa rual inog glättmI TV-adaptern V-kanandet linc. Ta Tally-nass vatrusvela valtz fer ar mxhimka inharq'arhlc nu klassingerar notrotrun, mer ide st fult att pushern rör kan kivga in hål.

15. Anslut kontrollen på Y-adaptern med den kontrastsida kanen dit en TV-introducerkatetem Introducer katem och kivas, giv angostam sla håltas i en ett láge För döratr mana-håxen.

16. För in konen genom att lyfta pusk en framåt gross mrsezeukslasem, vies för in konen med rnga framförende oss pushern.

17. Fortsätt att lyfta pusmen framat allsa konen kommer fram lär den kingenrika maskan ges att get om blod drän en intrudscerkatete. Dra av adster för att öppna kanen genom att stabilsera skattet och dra tillbaka katetem.

Infrqande av Recovery-filter

## Avlägsnande av Filter, illustration



18. Inhagotow av Recovery-Barn veste i Figur E--F

   Figur B: Nita koxen öpande ovanför kitet. När då furn kowen över filterspetsen gesura att håla introducerkatsun stäla och

   Figur C: Glidq konna över filterspitssen genom att fås kom mi introduceret om över koxen medan de hallar pushern stila.

   Figur D: Fortsätt föra farm introducerkatödern över knovo filterlemen ne om i introduceid filter.

   Figur E: Näi konen kolbsand dher böttet, a vlägsna kittet genom att stabilises inntroducerkatetem och dra kittes pushern.

   Figur F: Färni nur engsvallkawa m förstoor

Upplijande rörigst av vena cava (nevacavagram)

19. En spröfskiende kingens robtosblarag av vena cava (vebocavagram) kan infäls nir introducerkatetem dropple u internal kt nil kontrastmediem med 15 ml sj.

20. Inställgra a kontrollantaler och känsge autommisg extrinsiska kompression över pushsoarbatet för att uppnå hemostace.

Lederate istead works

På great an exberenska bnnx dund arxxistil pa Recovery-Filtets positon kan lederessmistia to måstre antnasse.

Avivötding av en fitter

Om det är bade på fös låse Recovery Conexykanad lom Recovery-Elters spets, ss kan en fäsre av vibdas för att göra din fitaru att föra konen över filterspetsen.

Um barunttnolutastrcas och kontrollat låto äbanspasten. Håm b an 6.035" kotera genom det centrals b twest J Apeds ellos ans fled spetz, se ledra i med k nbnfl betäggning rekommendedas, hes in live en gerom konen och gerom Mwd tore filterspetsen.

Nfe du bexrttet dti lebnen för i kontakt med oter Lkatheten av Milegkatoe tä fai du n konen över ndzen blä Mlxsgatoe.

För sprodocersaben tramal för att lodatren kanen slägst övtr tvenpetven  Dra slinlka videren in i pushers.

Fortsätt avlägsa krami engs buskvrsrger i sarg 16.

J. Lamiuarsdom

Alu Recovery-fitter krenw as föratbloe i a nu Käreangsfod. Ali Recovery Cone-Mter in sterils och pysegelen, Krossalt all förpackagsarrle öppnds efter skakdis, och är alias ar använde, dick envad fäs sognegfsm  Försangsrak och bäsetyktem in Bridgronda slo. Om fitlet savakbgt sinäs tekisspas, så fär otte mudanbonras star bodse su nytt.

Oss  Eller använde og kan Recovery Sheats isthe.du schottas spa.sor dinegs styxs pabwlett svologatl rebmatannil. Hardore och lassers del netrg utsed reda taper.neckdiska.nnes och glitandc láarse och förodinege.

Recovery-titlet, sa koreas enät (vmstonrpectul) och kori.

K. Carená

Bard garanksur förstahanda-kosme av ckmp piuduct at moof len h fr lton defenet i xronzi tom läng-tdsgarameties vinbar.ss parixd at st k frisk uch od sid tissen för Excimarsuleptaf. Eskýl desina berg knaxds prod katjusasl ór sirceckagsbgtaorn   beglbsstal us operation plex mnpie in deli osterla produkter. i oxy farvik spe patremank, slle talteleabre is sveg ocskysts, kan sitnsstning sila ansutor samt oprimt nist på grund af halsting an viinding w poduktion täda skda av did to degfisrants grural.

ON DET ÄR TILLÁTET ENLIGT GÄLLANDE LAG ERSÄTTER DENNA BEGRÄNSADE PRODUKTGARANTI ALLA ANDRA GARANTIER, UTTRYCKLIGA ELLER UNDERFÖRSTÅDDA, INKLUSIVE, MEN EJ BEGRÄNSAT TILL, ALLA UNDERFÖRSTÅDDA GARANTIER OM KVA, RET ELLER LÄMPLIGHET FÖR ETT VISST SYFTE. UNDER INGA OMSTÄNDIGHETER AR BARD SKYLDIGT ATT ERSÄTTA DIG FÖR OFÖRUTSEDDA SKADOR ELLER FÖLJDSKADOR SOM UPPSTÅR TILL FÖLD AV DIN HANTERING ELLER ANVÄNDNING AV PRODUKTEN.

I vissa deltastater är det ite tillatet at utesluta ivförodd garantie i oxvsdugs ellar Nöljdskadz. Du karvara berättigas til ytterligare kompenaation enligs lagarna i fürbefaleset land.

Klötsningsrins witgn togsthtvm 12/09

Om Sra sivjle ha gret å et kertax dess datum och privådaqwelamage för xmgänher i konsjcts Bard för att fräsa eller om ytterigaste prod.Ialformation ti kamerli.

Bard, Recovery och Recovery Cone är vinrgonaeds vanmärken som tillhör C. R. Bard, Inc. eller en til dam avknuter känsdura.

USA-patent nr 5 OC7 568 om 6 258 405. Andra zskattsänksparkngar

Copyright ©2003, C. R. Bard, Inc. Ekertryck förbjudes. Tryckt i USA.

Käldänvisninger:

1. ACR Standard För The Performance Of Peicutaheous Permanent Inlanix Vena Cava (NC) Sltr Placement For The Prevention Of Pulmonary Embolism  2000 (Res.16), Elective 01/0101.

---

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
USA

TEL.  1-480-691-9515
      1-800-321-4254
FAX.  1-115-264-7059
      1-800-440-5376
www.bardpv.com

CE 0086

Auktoriserad representant inom EES
Bard Limited
Crawley, UK
RH11 9BP

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# Onttolaskimossa käytettävä Recovery[®]-suodatinjärjestelmä



**SUOMI**

## Käyttöohjeet

*Huomautus: Vhb̆ỹsẹẹẗẫẫ lain mukaan tätä tuotetta saa myydä vain lääkäri tai lääkärin määräyksestä.*

### A. Tuotetieto

Recovery-suodatin on tarkoitettu toimimaan keuhkoembolian kestävänä suojana...

### B. Laitteen kuvaus

Recovery-suodatin...

### Figure A. Recovery-suodatinjärjestelmä



A. DISANIVEL A
B. SUODATTIMEN SÄÄTÖPUTKI
C. TIPPANUPIN SUOJTUM KEITTOSUOLAA VARTEN
D. CNVUPORTTI
E. SÄÄDETTÄVÄ TUOHY-BORST-SOVITIN
F. HITESIOTYÖNTÖSOVITIN
G. TYÖNTÖJOHDTIMESSA KAHVA

### C. Käytön Indikaatiot

Recovery-suodatinjärjestelmä käyvätän toistuvan keuhkoembolian ehkäisyyn...

### D. Kontraindikaatiot

**VAROITUS: Jos alaonttolaskimon halkaisija sisähälpimitta on yli 28 mm, suodatinta ei saa asettaa alaonttolaskimoon.**

Recovery-suodatinta ei saa asettaa:

### E. Varoitukset

Recovery-suodatinta ei implantoida...

### Recovery-suodattimen poistaminen

### F. Varotoimet

### Recovery-suodattimen implantointi

### Recovery-suodattimen poistaminen

### G. Mahdolliset komplikaatiot

### H. Tarvittava välineistö

### I. Käyttöohjeet

HUOMAUTUS: On erittäin tärkeää pitää sidekalvojen avoinna ja kuljettaa suodatinta pehmeän avulla, jotta suodattimen poisto pitäisi ja se suoritetaan erittäin osa a. Syvällä valpeen. Tämä katkaa suodattimen asennusta.

17   Kun tähän suuntaan käyttöarvon ja poikkeuksien vapaan paikan aktiviteetti ja yrityksen suurella ummentamisella.

SUODATTIMEN VALINNAINEN POISTOMENETELMÄ:
Recovery-suodattimen poistaminen

VAROITUS: On erittäin suositeltavaa, että Recovery-suodattimen poisto tehdään ainoastaan Recovery Cone -poistojärjestelmää käyttämällä.

## Suodattimen kuljettaminen eteenpäin, kuvat



Alka poistamiseen

## Suodattimen vapautus, kuvat





BPVE-01-00435590

Bard Peripheral Vascular, Inc.
P.O. Box 1740
Tempe, AZ 85280-1740
USA

TEL: 1-480-694-9515
1-800-321-4254
FAX: 1-480-694-9269
1-800-440-5376
www.bardpv.com

CE

0086

EREPro valtuutettu edustaja
Bard Limited
Crawley, Iso-Britannia
RH11 9BP



Recovery-suodattimen leikkaaminen

## Suodattimen poisto, kuvat

**Recovery suodattimen poisto etenee seuraavasti kuvissa B–F.**

**Uusi osittelusolmion varjoainejärjestelmä**

**Oikeanpuolinen niveliinte**

**Objektin koko**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00435591

Recovery Filter System
Système de Filtre Recovery
Recovery Filter System
Sistema del Filtro Recovery
Sistema di Filtro Recovery
Recovery filter system
Sistema do filtro Recovery
Σύστημα Ανάκτησης Φίλτρου
Recovery Filter System
Recovery-filtersystem
Recovery-suodatinjärjestelmä

Do Not Re-sterilize
Ne pas restériliser.
Nicht resterilisieren.
Non risterilizzare.
No reesterilizar.
Not opnieuw sterilizeren.
Não reesterilize.
Μην επαναποστειρώνετε.
Må ikke resteriliseres.
Omsteriliseras inte.
Ei saa sterilioida uudelleen.

Expiration Date
Date de péremption.
Verfalldatum.
Data di scadenza.
Fecha de caducidad
Vervaldatum
Prazo de validade
Ημερομηνία λήξης
Udløbsdato
Utgångsdatum
Viimeinen käyttöpäivä

Sterile, non-pyrogenic unless package is damaged or opened.
Stérile e non pirétogène sauf si l'emballage est endommagé ou ouvert.
Be unbeschädigter und ungeöffneter Verpackung, steril und pyrogenfrei
Estéril y no pirógeno, a menos que el envase esté abierto o dañado.
Da inhoud is steriel en pyrogeenvrij zolang de verpakking ongeopend en onbeschadigd blijft.
Estéril, apirogênico a menos que a embalagem esteja danificada ou aberta.
Στείρο και μη πυρετογόνο εφόσον η συσκευασία δεν έχει ανοιχτεί ή υποστεί ζημιά.
Garanteret steril og apyrogen, så længe pakningen er hel og uåbnet.
Steril och pyrogenfri såvida inte förpackningen skadats eller öppnats.
Steriili ja pyrogeeniton, jos pakkausta ei ole vaurioitettu tai avattu.

LOT
Lot Number
Numéro de lot
Chargen-Nr.
Lotto numero
Número de lote
Partijnummer
Número de lote
Αριθμός παρτίδας
Lot-nummer
Partinummer
Eränumero

MRI
MRI compatible; MRI-safe and neither interferes with nor is affected by the operations of an MRI device.
Compatible IRM : Ne présente aucun risque en cas d'IRM, n'interfère pas avec et n'est pas affecté par le fonctionnement d'un dispositif d'IRM.
MRI-kompatibel, MRI-sicher und wird nicht den Betrieb einer MRI-Vorrichtung oder wird von ihm beeinträchtigt.
Compatibile con le procedure di RM: Sicuro per la RM; non interferisce né è affetto dal funzionamento degli strumenti di RM.
Compatible con IRM: seguro para IRM y ni interfiere ni se ve afectado por el funcionamiento de un aparato de IRM.
Geschikt voor MRI: Veilig bij gebruik van MRI en stoort de werking van het MRI-apparaat niet, en wordt evenmin door de werking van het apparaat beïnvloed.
Compatível com RM: Seguro em RM e não interfere com o é afetado pelo funcionamento de um dispositivo de RM.

Attention. See Instructions for Use
Attention, voir Mode d'emploi
Achtung, bitte Gebrauchsinformation beachten
Attenzione, leggere le istruzioni per l'uso
Atención, Véanse las instrucciones de empleo
Let op, lees de Gebruiksaanwijzing
Atenção, ver informação de utilização
Προσοχή, δείτε Οδηγίες Χρήσης
Bemærk, Se Brugerinformationen
Obs, se bruksanvisningen
Huomio, katso käyttöohjeet

Warning: After use, this product may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.
Mise en garde : Après usage, ce produit est susceptible de présenter un risque biologique. Veillez à le manipuler et à l'éliminer conformément aux pratiques médicales admises et aux lois et réglementations en vigueur.
Warnhinweis: Nach dem Gebrauch kann dieses Produkt eine biologische Gefahrenquelle darstellen. Behandeln und entsorgen Sie der Produkte entsprechend anerkannter medizinischer Praxis und aller anwendbaren Gesetze und Vorschriften.
Attenzione: Dopo l'uso, questo prodotto può costituire un rischio biologico. Maneggiare e smaltire ai sensi della vita pratica medica comunemente accettata e delle leggi e regolamenti vigenti.
Aviso: Después del uso, este producto puede ser un peligro biológico en potencia. Manipúlelo y deséchelo según la práctica médica aceptable y conforme a las leyes y normas aplicables.
Waarschuwing: Na gebruik kan dit product potentieel besmettingsgevaar opleveren. Behandel het en werp het weg op gangbare medische wijze en volgens de van toepassing zijnde wetten en regels.
Aviso: Após utilização, este produto pode constituir um risco biológico potencial. Manuseie e deite fora de acordo com a prática médica aceitável e conforme as leis e normas federais aplicáveis.
Προειδοποίηση: Μετά τη χρήση, το προϊόν αυτό είναι πιθανό να αποτελέσει βιολογικό κίνδυνο. Χειριστείτε το και απορρίψτε το σύμφωνα με την ιατρική πρακτική που ισχύει και σύμφωνα με τους ισχύοντες νόμους και κανονισμούς.
Advarsel: Efter brug kan dette produkt udgøre en potentiel biologisk risiko. Det skal håndteres og bortskaffes i overensstemmelse med godtaget medicinsk praksis og med gældende love og bestemmelser.
Varning: Efter användning kan denna produkt utgöra potentiell biologisk fara. Hantera och kassera den i enlighet med vedertagen medicinsk praxis och gällande lagar och föreskrifter.
Varoitus: Käytön jälkeen tämä tuote voi olla tartuntavaarallinen. Käsittele tuotetta ja hävitä se noudattamalla hyväksyttyä hoitokäytäntöä sekä sovellettavia lakeja ja määräyksiä.

STERILE EO
Sterilized by Ethylene Oxide
Stérilisé à l'oxyde d'éthylène
Mit Ethylenoxid sterilisiert
Sterilizzato mediante ossido di etilene
Esterilizado con óxido de etileno
Gesteriliseerd met ethyleenoxide
Esterilizado com óxido de etileno
Αποστειρωμένο με Οξείδιο του Αιθυλενίου
Steriliseret ved hjælp af ethylenoxid
Steriliserad med etylenoxid
Steriloitu etyleenioksidilla

NON PYROGENIC
Non-pyrogenic
Apyrogène
Pyrogenfrei
Non piretogeno
No pirógeno
Pyrogeenvrij
Apirogénico
Μη πυρετογόνο
Apyrogen
Pyrogenfri
Pyrogeeniton

Single Use. Do Not Reuse.
À usage unique. Ne pas réutiliser.
Nur zum Einmalgebrauch. Nicht wiederverwenden.
Monouso. Non riutilizzare.
De un solo uso. No reutilizar.
Voor eenmalig gebruik. Niet opnieuw gebruiken.
Utilização única. Não Reutilize.
Μίας Χρήσης. Μην Επαναχρησιμοποιείτε.
Engangsbrug. Må ikke genbruges.
För engångsbruk. Får ej återanvändas.
Kertakäyttöinen. Ei saa käyttää uudelleen.

BPVE-01-00435592

Contents:   REF: RF-04F Kit A: One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator
Kit B: One (1) Recovery Filter Femoral Delivery System
Contenu:   REF: RF-04F Kit A: Un (1) cathéter d'introduction 7 Fr. long de 48cm avec
dilatateur. Kit B: Un (1) système de mise en place fémorale de filtre Recovery
Inhalt:   REF: RF-04F Kit A: Ein (1) 7 Fr. Einführungskatheter, 48 cm lang, mit Dilator. Kit B:
Ein (1) Recovery Filter Femorale Einführsystem
Contenuto:   REF: RF-04F Kit A: Un (1) catetere di introduzione da 7 Fr. di Lunghezza pari a 48
cm con dilatatore. Kit B: Un (1) Sistema femorale di applicazione del Filtro Recovery
Contenido:   REF: RF-04F Kit A: Un (1) Catéter introductor de 7 Fr. 48 cm de longitud con
dilatador. Kit B: Un (1) Sistema de liberación femoral de Filtro Recovery
Inhoud:   REF: RF-04F Set A: Een (1) 48 cm lange Inbrengkatheter Ch. 7 met dilatator en Set
B. Een (1) Recovery filter inbrengsysteem voor de v. femoralis
Conteúdo: REF: RF-04F Kit A: Um (1) catéter introductor de 7 Fr. com 48 cm de comprimento
e dilatador. Kit B: Um (1) sistema de liberação femoral do filtro Recovery
Περιεχόμενα:   REF: RF-04F Kit A: Ενα (1) Καθετήρας Εισαγωγής με Μήκος 48 εκ. και 7 Fr.
7 Fr. με διαστολέα. Kit B: Ένα (1) Σύστημα Μηριαίας Απελευθέρωσης Φίλτρου Recovery
Indhold:   REF: RF-04F Kit A: Et (1) 7 Fr. Indføringskateter, 48cm langt med dilatator Kit B:
Et (1) Recovery Filter femoralt indføringssystem
Innehåll:   REF: RF-04F Sats A: En (1) 7 Fr Introducerkateter, 48 cm långt med dilatator Sats
B: Ett (1) Recovery filersystem for femoral införing
Sisältö: TUOTE: RF-04F Sarja A: yksi (1) Sisäänmenokatetri 7 Fr. sisäänvienti, pituus 48
cm Sarja B: yksi (1) Recovery-sodatlinen femoraalinen asennusjärjestelmä

Bard, Recovery, and Recovery Cone are registered trademarks of C.R. Bard, Inc. or an affili-
ate.
Bard, Recovery et Recovery Cone sont des marques déposées de C.R. Bard, Inc. ou d'une filiale.
Bard, Recovery und Recovery Cone sind eingetragene Warenzeichen von C. R. Bard, Inc. oder
einer Tochtergesellschaft.
Bard, Recovery e Recovery Cone sono marchi registrati di C. R. Bard, Inc. o di una sua affiliata.
Bard, Recovery y Recovery Cone son marcas comerciales registradas de C.R. Bard, Inc. o de
una filial.
Bard, Recovery, en Recovery Cone zijn gedeponeerde handelsmerken van C.R. Bard, Inc. of
een daarbij aangesloten bedrijf.
Bard, Recovery e Recovery Cone são marcas registadas da C. R. Bard, Inc. ou de uma
empresa afiliada.
Bard, Recovery και Recovery Cone είναι σήματα κατατεθέντα της C. R. Bard, Inc. ή μιας
εταιρείας.
Bard, Recovery og Recovery Cone er registrerede varemærker tilhørende C.R. Bard, Inc. eller
et tilknyttet firma.
Bard, Recovery och Recovery Cone är inregistrerade varumärken som tillhör C.R. Bard, Inc.
eller ett till dem anslutet företag.
Bard, Recovery ja Recovery Cone ovat C.R.-Bard, Incin tai sen tytäryhtiön rekisteröimiä
tavaramerkkejä.

BARD

PK5100028 Rev 02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1