# EXHIBIT 41



**BARD**

P E R I P H E R A L
**VASCULAR**

# Recovery Filter Migration
## Remedial Action Plan
## SPA-04-04-02
## April 21, 2004



Hudson
EXHIBIT NO. 19
1-1774
Kim Thrall, CSR, RPR

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00153578
                                                                         LMD1





Closed
6/11/2004

# Recovery Filter Migration
# Remedial Action Plan
# SPA-04-04-02
April 21, 2004

## Table of Contents

I.   Remedial Action Plan SPA-04-04-02

II.  MDR, ▓Redacted▓ Risk & Compliance, ▓Redacted▓

III. Complaint Record, Bard Peripheral Vascular

IV.  ▓Redacted▓ Emergency Services Document Record

V.   Certificate of Death, Dr. Banner, Carson City Hospital, MI

VI.  Patient Comparison Matrix, Bard Peripheral Vascular

VII. Investigation Summary, Douglas Uelmen, BPV VP QA

VIII. Photographs, Carson City Hospital, April 19, 2004

IX.  Recovery Filter Migration History Graph, Bard Peripheral Vascular

X.   MAUDE Database Summary & Graphs, Bard Peripheral Vascular

XI.  Removal of QC Hold, Chris Ganser, C.R. Bard VP Regulatory Sciences

XII. Health Hazard Evaluation, Dr. John Lehmann

XIII. Filter MDR Fatalities, Dr. John Lehmann

XIV. Draft of IFU changes, Mary Edwards, BPV VP RA

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153579
LMD1

Remedial Action Plan
SPA-04-04-02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153580
LMD1

To:        Doug Uelmen

From:      Pete Palermo

Date:      June 11, 2004

Subject:   **Remedial Action Plan**
           **BPV Recovery Filter – Migration (SPA04-04-02)**

---

The above action plan was reviewed by the Corporate PAT on:

    **Date Reviewed:**            April 22, 2004
    **Corporate PAT Reviewers:**
        Corporate Law:        D. Passero
        Corporate RA:         B. Barry
        Corporate Medical:    J. Lehman/D. Ciavarella
        Corporate Ops:        J. Cherry
        Corporate QA:         P. Palermo

**Corporate PAT Recommendations:**
    A conference call was established with D. Uelmen, Division VP Quality
    Assurance, representing the BPV Division PAT and the Corporate PAT members
    on 4/22/04.  The Corporate PAT concurs with the Division PAT
    recommendations with modifications to the action plan.

    Revisions to the Division action plan were received by Corporate QA on 5/21/04.

**Corporate PAT Recommendations were presented to Vice President, Regulatory**
**Sciences:**

    **Presented By:**         P. Palermo
    **Date Presented:**       April 24, 2004

**Decision of the Vice President, Regulatory Sciences:**
    Action plan presented at 4/22/04 teleconference.  VP Regulatory Sciences concurs
    with recommended Action plan.

*Pete Palermo /BK*

Peter Palermo
Vice President, Quality Systems

Cc:    C. Ganser
       J. Weiland
       J. McDermott
       Corporate PAT

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153581
LMD1



**Division Product Assessment Team**
**Bard Peripheral Vascular Division**
**Remedial Action Plan**
**SPA 04-04-02**

L. DeCant _____ 4/21/04
                V.P. R&D               Date

M. Edwards _____ 4/21/04
                V.P. R.A. / C.A.        Date

J. McDermott _____ 4/28/04
                President              4/21/04
                                       Date

K. Shifrin _____ 4/21/04
Michael C. Warren For Kevin Shifrin
                V.P. Marketing         Date

D. Uelmen _____ 4/21/04
                V.P. QA                Date
                                       4-28-04

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


PERIPHERAL
VASCULAR

**Remedial Action Plan**
**Bard Peripheral Vascular Division**
**SPA-04-04-02**
**April 21, 2004**

I.  Product Description and Intended Use

    a.  The Recovery Filter consists of twelve shape-memory nitinol wires emanating from the central nitinol sleeve.  These twelve wires form two levels of filtration.  The legs provide a lower level of filtration and fixation to the caval wall.  The arms provide the upper level of filtration and help center the filter in the vessel.  The Recovery Filter is intended to be used in vena cava circular diameters up to 28 mm.

    The Recovery Filter Delivery System consists of a 7 French I.D. introducer sheath and dilator, the Recovery Filter, a storage tube with saline infusion port, and a pusher system.  The Recovery Filter is packaged pre-loaded within the delivery storage tube.

    b.  The Recovery Filter is a blood clot trapping device designed to prevent pulmonary embolism by mechanical filtration.  The filter is implanted in the inferior vena cava (IVC).  The Recovery Filter has the additional feature of being able to be percutaneously removed after implantation.  The Recovery Filter may be used as a permanent filter or be implanted temporarily to treat the temporary risk of pulmonary embolism.  The Recovery Filter has the following indications for placement:

        1.  Pulmonary thromboembolism when anticoagulants are contraindicated.
        2.  Failure of anticoagulant therapy in thromboembolic disease.
        3.  Emergency treatment following massive pulmonary embolism where the anticipated benefits of conventional therapy are reduced.
        4.  Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

II.  Manufacturer / Distributor

    c.  The product is manufactured by the Bard Glens Falls Operation, Queensbury, NY and distributed by the Bard Peripheral Vascular, Inc. through the Bard Distribution Center, Covington, GA.

Confidentiality Notice:  This message contains information that may be confidential and privileged.  If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

- 1 -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



III.  Identification of the Problem:

    a.  On 4/14/04, a telephone message was left with BPV Field Assurance from **Redacted** of **Redacted** Risk and Compliance in **Redacted** She had been "notified by a medical examiner from another county about a patient who expired and the ME believed that the cause of death was an IVC filter that migrated." (Complaint Report # 5922, attached).

    b.  The MedWatch report issued by the hospital indicated that the Recovery Filter was placed in the patient for deep vein thrombosis. The filter had been placed approximately 13 days prior to death, **Redact** The patient was then released from the hospital on **[redacted]** and expired on **Redact**.

    c.  As of 4/14/04 there had been six previous instances reported to BPV Field Assurance where the filter had migrated >2cm (Patient Comparison Matrix, attached).

        1.  Patient asymptomatic, the filter was removed without incident.
        2.  Patient asymptomatic, the filter was removed without incident.
        3.  A 4 cm cephalad move, the filter remains in place.
        4.  Patient reported shortness of breath and light headedness. Surgical removal of the filter and clot without intraoperative or postoperative difficulties.
        5.  The interventional radiologist released the filter tilted 50 degrees with legs twisted. During an attempt to retrieve it that used a method contraindicated in the IFU, the filter migrated into the right atrium.
        6.  The inferior vena cava filter with large filter burden was dislodged by a large thrombus and migrated to the heart resulting in patient's death.

    d.  The subject product lot number is 07LN2037.

        1.  The lot contained 37 units.
        2.  The subject product DHR was reviewed.  There were no issues associated with the following:
            i.    Sub-assemblies
            ii.   MRRs (material review reports)
            iii.  Raw material testing (nitinol wire)
            iv.   Manufacturing processes
            v.    Quality Control Inspections
            vi.   A review of the complaint history records show no other complaints associated with this lot.

    e.  There have been approximately 8,200 Recovery Filter units distributed since the product was released in April 2003.

Confidentiality Notice:  This message contains information that may be confidential and privileged.  If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

- 2 -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153584
LMD1



f. On April 16, 2004;

    1. The Medical Examiner, Dr. Banner, and the Interventional Radiologist, <span>Redacted</span> were contacted to obtain as much additional information as possible concerning the case (Investigation Summary, attached).

    2. The Division PAT met to discuss the issue and agreed to immediately assign the necessary resources to aggressively complete an investigation into the incident.

    3. Bard Corporate Executive Management was notified.

IV. Medical Evaluation:

    a. See Heath Hazard Evaluation report attached.

V. Number of units and lots involved:

    a. There have been approximately 8,200 Recovery Filters distributed as of April 14, 2004.

VI. Distribution of Units

    a. Recovery Filters are being distributed in the United States, United Kingdom, Canada and Australia.

VII. Action Plan:

    a. On April 14, 2004, after the notification of the migration in <span>Redact</span> from <span>Redacted</span> Risk & Compliance, the Recovery Filter was placed "On Hold" pending completion of this action plan.

    b. The Divisional Product Assessment Team convened on April 16, 2004, to develop a Recovery Filter remedial action plan based on R-002 to guide this investigation.

    c. On April 19, 2004, members of the Division PAT met with <span>Redacte</span> Dr. Banner and <span>Redacted</span> Risk Management to inquire about information regarding this incident.

    d. The team met again on April 21, 2004 to discuss all information obtained in order to bring resolution to this issue. The following key facts were identified by the Product Assessment Team as a result of this meeting:

        1. Based on the information supplied by <span>Redacted</span> and Dr. <span>Redacted</span> the filter was properly placed.

        2. Clot formation was antemortem (Investigation Summary, attached).

        3. Thromboembolus measured approximately 3 cm by 5 cm (Investigation Summary, attached).

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153585
LMD1



4. There were no design or manufacturing defects found to be associated with the filter.

5. The Division Product Assessment Team (including the Medical Affairs Consultant) has reviewed data found within the Maude data base and IMS sales data (attached) in support of this remedial action plan. The limitations of the data are well known and identified in the Health Hazard Evaluation (attached). The Division PAT accepts the conclusion found on page one of the HHE.

6. The Division PAT has reviewed the migration rate for Recovery Filters comparing the data prior to receiving 510(k) concurrence for the recovery indication (April through July 2003) with post recovery indication data (August 2003 to present). We conclude that although all migration issues occurred after August 2003, there was an insufficient quantity of product in the market prior to August 2003 (826 units) to provide a meaningful comparison.

e. The Hospital MDR attached (based on verbal information) was filed on April 13, 2004 (Mfr. Report Number 230038-2004-0002, attached).

f. The BPV Product Assessment Team has concluded that the Recovery Filter captured a large embolic load with resulting increase in venous pressure that lead to inferior vena cava dilatation greater than 28 mm resulting in migration.

g. The Division PAT has defined migration as vena cava filter movement >2 cm from the deployed location (as defined in the Journal of Vascular and Interventional Radiology (2001) Vol. 12:137-141).

h. The Division PAT has defined massive clot as: thrombus of sufficient size to cause the internal diameter of the inferior vena cava to distend beyond the maximum size indicated for the vena cava filter in the Instruction for Use.

i. The migration categories have been updated to address death due to migration and migration due to causes other than thromboemboli.

j. The following migration categories have been identified to aid in risk assessment:

1. Migration resulting in patient death related to thromboemboli.
2. Migration resulting in death unrelated to thromboemboli.
3. Surgical intervention after successful deployment.
4. Surgical intervention as a result of an unsuccessful deployment.
5. Minimally invasive interventions required after a successful deployment.

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

- 4 -



6. Minimally invasive interventions required after an unsuccessful deployment.
7. No intervention required after a successful deployment.
8. No intervention required after an unsuccessful deployment.

k. Migration resulting in patient death requires the Division PAT to convene immediately and initiate an investigation per R-002. If the cause of the event is an anticipated adverse event and the occurrence rate does not exceed accepted frequency, the product will continue to be marketed during the investigation. If at any time during the investigation, data shows the cause of the event to be unrelated to massive thromboemboli, the Division PAT shall immediately review all data gathered during the investigation and re-evaluate the status of the product as the investigation is completed per RA-002 (massive thromboemboli as defined above in section VII.h).

l. Vena Cava Filter Adverse Event frequency rates will be reviewed on a quarterly basis. Rates will be obtained from: Maude, IMS, Lexis / Nexis and other medical literature as identified during the search. A comparison of the Recovery Vena Cava Filter to all other Vena Cava Filters will be completed. Frequency rates will be compared to assure that adverse events associated with the Recovery Filter are not occurring with excess frequency. Although this report will be an important element in deciding product status, the Division PAT realizes that comparative attempts to assess similar events via the above mentioned information sources do not yield reliable quantitative estimates for the following reasons:
1. Potential under-reporting (Maude).
2. Potential over-reporting (IMS, sales data can only be roughly estimated).
3. Inadequate description of events in the Maude database, resulting in potential misclassification.
4. Very low frequency of events
5. High variability in event rates and sales rates across devices and time periods

m. A comparison of this data will be completed on a quarterly basis and provided to Division Management with executive responsibility during Management Review. This comparative information will be maintained for use in frequency rate comparisons for future Vena Cava Filter action plans. If the data results in a change of the frequency category from "remote" to "occasional" (reference the Hazard Risk Assessment Matrix found in appendix B of RA-STD-002 Rev. 08) the Division PAT will reconvene to review the issue and develop a remedial action plan.

n. The product was removed from Hold status on April 25, 2004 upon receipt of a Health Hazard Evaluation provided by █Redact█ █Redacte█ Distribution commenced on April 26, 2004.

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

- 5 -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153587
LMD1

  o. An independent clinician review panel will be convened during Q2 2004. The panel will consist of Interventional Radiologists and Vascular Medicine Specialists to discuss DVT and its treatment. J. Hudnall will identify the clinicians and develop the agenda by the end of May and schedule a June meeting.

  p. Labeling will be updated to clarify issues concerning migration including the severity of the consequences. M. Edwards will complete this task by the end of May (please see the attached draft of IFU changes).

  q. Obtain the final Pathology Report (May 11, 2004).

VIII. Product Correction:

  a. There has been no device design or manufacturing problem that was identified as contributing to the patient death associated with the Complaint Report (attached) of this investigation. No field action is recommended at this time.

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

- 6 -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153588
LMD1

Bard Limited
Forest House, Tilgate Forest Business Park
Brighton Road, Crawley
West Sussex RH11 9BP
England, U.K.



To:        Shari Allen

From:      David Marshall

Date:      1st March 2005

Subject:   Recovery Filter

As European Authorised Representative for C. R. Bard Inc., I confirm that I have acted on behalf of Bard Peripheral Vascular Division (BPV) with respect to the Recovery Filter as follows:

I have received notification from BPV regarding changes to the product IFU, generated in the light of worldwide clinical experience and reviewed and agreed by FDA. I understand these changes to have been developed in part as a result of adverse incidents reported in the USA market. Understanding that such adverse incidents, occurring outside the EU and resulting in what might be considered to be a corrective action by the manufacturer, might also be considered to require a Vigilance reporting obligation within the EU, I have consulted with MHRA. The MHRA Product Specialist has reviewed and agreed the IFU changes, understands the rationale for their development and has received and has reviewed worldwide statistics for adverse incidents concerning this product. The MHRA are satisfied with BPV's diligence with regard to these issues and has approved the process for informing Doctors, which has been completed to the Agency's satisfaction.

In light of this comprehensive consultation process with the relevant European Competent Authority I believe that we have adequately discharged any obligation to notify adverse events occurring outside Europe for this product to date. I know that BPV will continue to monitor whether any further such notification might be appropriate in future.

Yours sincerely

David Marshall
Director of Regulatory Affairs & Quality Assurance
Bard Europe

Telephone: 01293 527388  *  Fax: 01293 552428
Registered Office as above  Registered in England No. 939600

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153589
LMD1



MDR -
Risk & Compliance

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

04/14/2004 15:36 FAX 616 391 9466        RISK & COMPLIANCE        R        Ø002

**U.S. Department of Health and Human Services**

# MedWatch

The FDA Safety Information and
Adverse Event Reporting Program

For use by user-facilities,
importers, distributors and manufacturers
for MANDATORY reporting

Page 1 of 2

Form Approved: OMB No. 0910-0291, Expires: 6/30/05
See OMB statement on reverse.

Mfr Report #

UF/Importer Report #
2300 38 - 2004 - 0002

FDA Use Only

## A. PATIENT INFORMATION

| 1. Patient Identifier | 2. Age at Time of Event: | 3. Sex | 4. Weight |
|---|---|---|---|
| Redacted In confidence | Date of Birth: Redacted | ☒ Female  ☐ Male | lbs or kgs |

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. ☐ Adverse Event  and/or  ☐ Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event
(Check all that apply)
- ☒ Death _____ (mo/day/yr)
- ☐ Life-threatening
- ☐ Hospitalization - initial or prolonged
- ☐ Disability
- ☐ Congenital Anomaly
- ☐ Required Intervention to Prevent Permanent Impairment/Damage
- ☐ Other:

| 3. Date of Event (mo/day/yr) | 4. Date of this Report (mo/day/yr) |
|---|---|
| Redacted | 04/13/04 |

5. Describe Event or Problem

Contacted by Medical Examiner of
Montcalm County related to patient
discharged from hospital on ~~Redacted~~
Patient had IVC filter placed after
developing DVTs prior to discharge. Patient's
initial results of post mortem reveals
IVC filter in right ventricle causing
perforation. Medical examiner
reported patient had fatal
complication of filter. Caught
large burden of clot dislodged

6. Relevant Tests/Laboratory Data, Including Dates
and perforated right ventricle.

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

Admitted on Reda for Subarachnoid
Hemorrhage

## C. SUSPECT MEDICATION(S)

1. Name (Give labeled strength & manufacturer, if known)
#1
#2

| 2. Dose, Frequency & Route Used | 3. Therapy Dates (If unknown, give duration) from/to (or best estimate) |
|---|---|
| #1 | #1 |
| #2 | #2 |

4. Diagnosis for Use (Indication)
#1
#2

6. Event Abated After Use Stopped or Dose Reduced?
#1 ☐ Yes  ☐ No  ☐ Doesn't Apply
#2 ☐ Yes  ☐ No  ☐ Doesn't Apply

| 5. Lot # (if known) | 7. Exp. Date (if known) |
|---|---|
| #1 | #1 |
| #2 | #2 |

8. Event Reappeared After Reintroduction?
#1 ☐ Yes  ☐ No  ☐ Doesn't Apply
#2 ☐ Yes  ☐ No  ☐ Doesn't Apply

9. NDC # (For product problems only)

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## D. SUSPECT MEDICAL DEVICE

1. Brand Name  CR Bard

2. Type of Device  Recovery Filter Femoral Set

3. Manufacturer Name, City and State  Bard Peripheral Vascular Tempe, Az

| 4. Model # RF049F | Lot # 071 N2037 | 5. Operator of Device |
|---|---|---|
| Catalog # | Expiration Date (mo/day/yr) 02/07 | ☒ Health Professional ☐ Lay User/Patient |
| Serial # | Other # | ☐ Other: |

6. If Implanted, Give Date (mo/day/yr)  Redacted

7. If Explanted, Give Date (mo/day/yr)

8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
☐ Yes  ☒ No

9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

10. Device Available for Evaluation? (Do not send to FDA)
☐ Yes  ☒ No  ☐ Returned to Manufacturer on _____ (mo/day/yr)

11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## E. INITIAL REPORTER

1. Name and Address
Redacted

| 2. Health Professional? | 3. Occupation | 4. Initial Reporter Also Sent Report to FDA |
|---|---|---|
| ☒ Yes  ☐ No | RN | ☐ Yes  ☐ No  ☐ Unk. |

FDA

Submission of a report does not constitute an admission that medical personnel, user facility, importer, distributor, manufacturer or product caused or contributed to the event.

FORM FDA 3500A (9/03)

04/14/2004 15:36 FAX 616 381 9486      RISK & COMPLIANCE      R                    ☒003

## Medication and Device Experience Report
(Continued)

Refer to guidelines for specific instructions.

Submission of a report does not constitute an admission that medical personnel, user facility, importer, distributor, manufacturer or product caused or contributed to the event.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service – Food and Drug Administration

Page 2 of 2

### F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

1. Check One
☒ User Facility   ☐ Importer

2. UF/Importer Report Number
2300038-2004-0002

3. User Facility or Importer Name/Address

Redacted

4. Contact Person
Redacted

5. Phone Number
Redacted

6. Date User Facility or Importer Became Aware of Event (mo/day/yr)
04/13/04

7. Type of Report
☒ Initial   ☐ Follow-up #

8. Date of This Report (mo/day/yr)
04/15/04

9. Approximate Age of Device

10. Event Problem Codes (Refer to coding manual)
Patient Code   1802  -       -
Device Code   1236  -  1395  -

11. Report Sent to FDA?
☒ Yes   04/14/04 (mo/day/yr)
☐ No

12. Location Where Event Occurred
☐ Hospital   ☐ Outpatient Diagnostic Facility
☐ Home   ☐ Ambulatory Surgical Facility
☐ Nursing Home
☐ Outpatient Treatment Facility
☒ Other: Uncertain (Specify)

13. Report Sent to Manufacturer?
☒ Yes   04/14/04 (mo/day/yr)
☐ No

14. Manufacturer Name/Address
C R Bard
Tempe AZ

### H. DEVICE MANUFACTURERS ONLY

1. Type of Reportable Event
☐ Death
☐ Serious Injury
☐ Malfunction
☐ Other:

2. If Follow-up, What Type?
☐ Correction
☐ Additional Information
☐ Response to FDA Request
☐ Device Evaluation

3. Device Evaluated by Manufacturer?
☐ Not Returned to Manufacturer
☐ Yes   ☐ Evaluation Summary Attached
☐ No (Attach page to explain why not) or provide code).

4. Device Manufacture Date (mo/yr)

5. Labeled for Single Use?
☐ Yes   ☐ No

6. Evaluation Codes (Refer to coding manual)
Method
Results
Conclusions

7. If Remedial Action Initiated, Check Type
☐ Recall   ☐ Notification
☐ Repair   ☐ Inspection
☐ Replace   ☐ Patient Monitoring
☐ Relabeling   ☐ Modification/Adjustment
☐ Other:

8. Usage of Device
☐ Initial Use of Device
☐ Reuse
☐ Unknown

9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:

10. Additional Manufacturer Narrative   and/or   11. Corrected Data

### G. ALL MANUFACTURERS

1. Contact Office – Name/Address (and Manufacturing Site for Devices)

2. Phone Number

3. Report Source (Check all that apply)
☐ Foreign
☐ Study
☐ Literature
☐ Consumer
☐ Health Professional
☐ User Facility
☐ Company Representative
☐ Distributor
☐ Other:

4. Date Received by Manufacturer (mo/day/yr)

5. (A)NDA #
IND #
PLA #

6. If IND, Give Protocol #

7. Type of Report (Check all that apply)
☐ 5-day   ☐ 15-day
☐ 10-day   ☐ Periodic
☐ Initial   ☐ Follow-up #

Pre-1938   ☐ Yes
OTC Product   ☐ Yes

8. Adverse Event Term(s)

9. Manufacturer Report Number

The public reporting burden for this collection of information has been estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

FORM FDA 3500A (9/03) (Back)

Department of Health and Human Services
Food and Drug Administration
MDR/AERS, HFD-410
5600 Fishers Lane
Rockville, MD 20857

OMB Statement:
"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."

Please DO NOT RETURN this form to this address.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153592
LMD1

Complaint Record, BPV

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153593
LMD1



04/21/2004
Page : 1

# COMPLAINT RECORD DETAIL REPORT

## Complaint : 5992

Complaint Entered By:    Walcott, Cindi
Date Opened:    4/15/04  10:24 am
Complaint Status:    Pending Investigation

## Complainant Information :

Short Description:                                          Business Unit:    Interventional
RF-048F Migration
Country of Event :    United States
Customer Contact Name:    Redacted                Title/Dept:    R.N., Risk Coordinator
Phone:                                                Email:
Customer Medical Facility / Organization:

Redacted

Report Source:    User Facility                Report Source - Other:
Complainant Contact Name:                            Occupation:    R.N. Risk Coordinator
Redacted

Health Professional:    Yes
Phone:    Redacted                            Email:

Complainant Medical Facility / Organization :

Sales Rep:    BourBeau, Dave                    Results Letter Requested?:

Acknowledgement Method:    Letter
Contact Log:

4/14/04 C.Walcott spoke with Redacte at Redacted Risk and Compliance Dept. stated that the patient was not a bariatric patient. Dr Banner from Montcalm county was the medical examiner who performed the autopsy and reported the incident to the hospital. 989-584-3131, x 214. Hospital sent MDR to FDA on 4/14/04. Faxed copy to BPV on 4/14.
4/15/04 C. Walcott left voice mail at 10:30am for Dr. Banner at Carson City Hospital. Requested return phone call. Spoke with receptionist at office. She stated that the doctor did wish to speak with us. However, he was in a case and had several to follow. She stated that he would not be able to contact us until tomorrow. Left C. Walcott and Janet Hudnall's extension.
4/16/04 Dr. Banner left voice mail for C. Walcott at 6am
4/16/04 C.Walcott spoke to Dr. Banner at 8:30am. Dr. Banner stated that  he would not allow anyone to touch the specimen (filter/clot). He stated this event is now involved in litigation. He had not performed histology on the clot, but stated by appearance it was an antemortem clot. He stated that the ventricle ruptured. Dr. Banner reported that the family informed him that the patient would be cremated today and reported that the pt's. son's name was Redact 1808-844-1012. A conference call was set up with Dr. Banner at 2pm EDT today.
4/16/04 Teleconference with Dr. Banner, D.Uelmen, J.Hudnall, R.Carr, C. Walcott: Dr. Banner stated that the current measured size of the clot was 2.5cm x 4.5cm. He stated that the clot shrank from the original estimated size of 3cm x 5cm due to the formalin fixative. He stated that the filter "prongs" had penetrated the right ventricle. The patient experienced cardiac tamponade and heart rupture. Dr. Banner estimated the cava size to be "33.5cm" in diameter at the time of autopsy. Dr. Banner stated he contacted the patient's family and told them Bard had contacted him and Bard "was handling the investigation in a forthright manner".
4/16/04 Teleconference with Redacted Interventional Radiologist, D.Uelmen, J.Hudnall, R. Carr, and C. Walcott. stated that the filter was initially placed 1-1.5 cm below the renal vessels. He stated it was an ideal placement and deployment. All legs deployed and filter was straight. He stated he DID NOT measure the vena cava size prior to placement. Filter indication: Pt. developed DVT's while in the hospital for treatment for a subarachnoid hemorrhage,

Page -1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153594
LMD1

# BARD

04/21/2004
Page : 1

## COMPLAINT RECORD DETAIL REPORT

### Complaint : 5992

which contraindicated the use of anticoagulants. Redact asked if this type of event had happened before, as other company's representatives have informed him that there were "numerous" events. D. Uelmen reviewed the Recovery Filter history with [Redacted]

4/19/04 Dr. Banner met with Doug Uelmen, Rob Carr and Janet Hudnell at Carson City Hospital. Digital pictures were taken of the clot. Clot, after fixation measured 2.5cm x 4.5cm. Dr. Banner stated that there were small PE in the lungs, and the clot in the filter was ante-mortem. X-rays of the filter show that the filter was in tact, with all of the arms and legs, and hooks attached. Final autopsy report will be available the week of May 4.

4/19/04 Meeting with [Redacted], Interventional Radiologist, [Redacted] is chairman of the department and was not the implanting physician. It was confirmed that the cava size was not measured predeployment, but [Redacted] stated it was an appropriate size. There was a sizing catheter seen in the cava on reviewing the films. A post deployment cavagram was not taken. Therefore, it could not be determined if the legs were properly engaged. The Xrays were not released to Bard.

## Product Information :

| | | | |
|---|---|---|---|
| Product Catalog No: | RF048F | Trending Group: | |
| Product Minor: | 605 | | |
| Product Major: | 45 | Manufacturing Site: | CR BARD, INC. |
| Product Segment: | 42 | Manufacturing Lot No: | |
| Product Name: | Recovery Filter | Corporate Lot No: | 07LN2037 |
| | | Serial No: | |
| Type of Device: | Vena Cava Filter | Expiration Date: | 02/2007 |

## Event Information :

Date of Event : [Redacted]                              Date of Awareness : 04/14/2004
Event Description :

It was reported that the patient had an IVC filter placed after developing DVT's prior to discharge from the hospital.The patient died at home 7 days after discharge from the hospital. The initial results of the post mortem reveals the IVC filter in the right ventricle, causing perforation. The medical examiner reported to the hospital that the patient had a fatal complication of the implantation. The filter caught a large burden of clot, dislodged the filter, and perforated the right ventricle.

US Reportability Category:    M - MDR Reportable          Europe Reportability Category :

Other FDA Report Number :    230038-2004-0002           Canadian Reportability Category :   N/A
Other FDA Report Date :    04/14/2004                 Other Vigilance Report Number :

Location of Event :   Home                          Date of Death :   Redacte
Relevant Tests and Lab Data:

Operator of Device:   Health Professional             Operator of Device-Other:

Operator Name:                                  Operator Phone:
Implant Month:   Redacted                       Explant Month:   Redacted
Implant Day:                                    Explant Day:
Implant Year:                                   Explant Year:

Usage of Device:   Initial                       Type of Procedure:   Vena Cava Filter insertion-Femoral

Page -1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153595
LMD1

**BARD**

04/21/2004
Page : 1

# COMPLAINT RECORD DETAIL REPORT

## Complaint : 5992

FDA Device Code - FA:   1395 - Migration          Sub-Device Code - FA:

## Patient Information :

Patient Name :                                    Patient ID:        Redact
Age at Time of Event :          55                Sex:   F
Weight :    80    Kgs                             Patient Code :
Other Relevant History :

   Admitted to the hospital on [redacted] for subarachnoid hemmorrhage.

Concomitant Therapy :

## Sample Request :

Sample Available :     Unknown                    X-Ray/Photo :
Investigation Required ? :          Yes
Invest. Exemption Rationale :

Quantity Affected :          1                    Quantity Expected to be Returned :      0
First Date Sample Requested :                     Non-destructive Testing Requested :

Sample Return No :                                International Sample Return No :
                                                  International Sample Receipt Date :

## Sample Recieved Information :

Date Sample Received from Customer :              Quantity Returned :
Sample Disposition :

## Additional Information :

Service Record No :                               Attachments:
                                                       5992.doc

Reference Complaint 1 :                           Reference Complaint 2 :
3rd Party Report No :

Customer Accomodation Type :     None
Customer Accomodation Details :

Page -1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153596
LMD1

**BARD**

04/21/2004
Page : 1

## COMPLAINT RECORD DETAIL REPORT

Complaint : 5992

Closure :

Complaint Summary :

Closed By :                                        Closed Date :

Children Records :

| Date Opened | Rec ID | Record Type | Assigned To | Status |
|---|---|---|---|---|
| 04/15/2004 | 6070 | MDR | Cindi Walcott | Opened |
| 04/15/2004 | 5997 | MDR Decision Tree | Cindi Walcott | Closed - Done |
| 04/15/2004 | 6025 | Investigation | Chris Dorvee | Opened |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153597
LMD1

Emergency Services
Document Record

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153598
LMD1

MONTCALM COUNTY EMERGENCY SERVICES DOCUMENTATION RECORD

| ☐ TRANSPORT ☐ NON-TRANSPORT | PATIENT NUMBER: | DATE OF SERVICE Redacted | UNIT // | INCIDENT # |
|---|---|---|---|---|

**Location of Incident:** [redacted]   **Name of EMS:** MED 5   **Responding From:** ST4

**TIME INFORMATION**
Dispatched **0939**
En Route **0940**
At Scene **1003**
At Patient (est.) **1005**
Depart Scene ___
At Dest. ___
Available ___
End of Run ___

**MED 5**   P-5 DOA   ST4   DCV   **Road Conditions** DCY

**Patient Last Name** [redacted]   **First Name** [redacted]   **Mid.**   **Sex** M   **Phone Number** 90 (W/6)   **Date of Birth** [redacted]   **Age** 34

**Patient Address (Street No. & Name)** [redacted]   **City** [redacted]   **State** MI   **Zip Code** [redacted]

**MECHANISM OF INJURY**
☒ Medical

**CHIEF COMPLAINT** D.O.A

**CLINICAL IMPRESSION** DOA

**IMPACT TYPE**
☐ Frontal
☐ Frontal Angle
☐ Driver's Side
☐ Pass. Side
☐ Rear
☐ Rollover
☐ Unknown

**MECHANISM**
☐ Fall <6'
☐ Fall 6-10'
☐ Fall >10'
☐ 0-15 MPH
☐ 16-30 MPH
☐ 31-60 MPH
☐ >61 MPH

**Weight (Kg)** 80   **Priority** 5

**ASSESSMENT**

| TIME | BLOOD PRESSURE | PULSE RATE | QUAL. | RESPIRATION RATE | QUAL. | BREATH L SOUNDS R | SKIN | PUPILS | GCS E V M | EKG | SpO2 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1007 | — | Ø | — | Ø | — | Abs I Abs | CCYD | D=N | 1 1 1 | Asystole | | |

**MEDICATIONS**
Vicodin, Phentron
Nimotop

**HISTORY**
☐ Asthma
☐ CABG
☐ Cancer
☐ CHF
☐ Diabetes
☐ COPD
☐ Hypertension
☐ MI
☐ Recent Surg.
☐ Renal Failure
☐ Seizures
☐ CVA/TIA
☐ Subst. Abuse
☐ Tobacco Use
☐ Tuberculosis
Other: Subarachnoid Hemorrhage [illegible] Ruptured Aneurysm

☐ None

**ALLERGIES**
☐ NKDA

**BLOOD GLUCOSE**
**READING** 1007   **E/L/BG**

| 1007 | EHBG |

**AIRWAY MANAGEMENT**

| TIME | PROCEDURE | SIZE | ATTEMPT / SUCCESS | BY | OXYGEN TIME |
|---|---|---|---|---|---|
| | | | / | | |
| | | | / | | |

FLOW ___
NC ☐
MASK ☐
BVM ☐

**ETTUBE INFORMATION**
SECURED BY: ___ DEPTH: ___
Tube Tie ☐   Holder ☐
HOSPITAL CONFIRMATION

**VASCULAR ACCESS**

| TIME | SITE | SIZE | ATTEMPT / SUCCESS | BY | RATE | TOTAL VOLUME | DURATION |
|---|---|---|---|---|---|---|---|
| | | | / | | | / | ml | |
| | | | / | | | / | ml | |
| | | | / | | | / | ml | |

**Narrative:** Hx) Apparently per Dr's office in gz was dis-engaged from PVH on [Redacted] c Sub-Arachnoid Hemorrhage 2° to Ruptured Aneurysm pts Medications reflect Dx. Ph Dispatched for check will being queued Access to find of DOA in Bed. A)EAU. pt Lying RLR in Bed, covered c Linen AVØXØ BILoc. HEENT INCAPE [illegible] NSJ pt c Rigor/Liver mort's Body Rigid in Position Found Medication count was decrease for prescription dosages. pt pronounced @ 1007 by Dr. Albrecht, GRPS Mark Thomason[illegible] cal? on Scene & approved for Removal. Body & sweat-shirt [illegible] underwear, pajama bottoms & socks. & Jewelery Noted. Scene turned over to the clothing left on per DOA. Body released w/c Bill Kends[illegible]

**NEUROVASCULAR FUNCTION**

| TIME | Left Arm | Right Arm | Left Leg | Right Leg | Position | Indication |
|---|---|---|---|---|---|---|
| 1007 | — | — | — | — | ☐ Sitting ☐ Laying ☐ Standing ☐ Driver ☐ Front Pass. ☐ Rear Pass. ☐ Restrained ☐ SRS | ☐ LOC ☐ Subst. Use ☐ Airbag Deploy ☐ Spinal Pain ☐ Fracture ☐ Paralysis ☐ Shock |

**TRAUMA**

**PERSONNEL**
Driver: ___
Attendant: KASPER   407
Attendant: D. CASE   821

**DESTINATION**
Facility: CCH Morgue
Physician Name: Banner
Physician Signature: ___

**Destination Determination**
☐ Nearest Appropriate
☐ Patient/Family Request
☒ Medical Control

**PHARMACEUTICALS**
IV Bag #   Med Bag #
Log #   Red Tag #
Tape #   Yellow Tag #

ES-400 (9/03)       White – Agency       Canary – Receiving Facility       Pink – Pharmacy

[signature]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153599
LMD1

Certificate of Death,
Dr. James Benner

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153600
LMD1

04/13/2004  11:09  6162438785                    STEGENGAFUNERAL                    PAGE   03

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 2390656

| Field | Value |
|---|---|
| SEX | Female |
| AGE | 55 |
| COUNTY OF DEATH | Montcalm |
| CURRENT RESIDENCE STATE | Michigan |
| COUNTY | Montcalm |

RACE: No
HISPANIC ORIGIN: No
WAS DECEDENT EVER IN THE U.S. ARMED FORCES?: No

INFORMANT RELATIONSHIP TO DECEDENT: Son

METHOD OF DISPOSITION: Cremation

FUNERAL DIRECTOR: Kurt B. Stegenga

LICENSE NUMBER: 6723

LICENSE NUMBER: ME35101011192

MEDICAL EXAMINER'S CASE NUMBER: MEA04-085

NAME AND ADDRESS OF CERTIFYING PHYSICIAN: James D. Bannar, D.O., 406 E. Elm Street, Carson City, MI  48811

ACTUAL OR PRESUMED TIME OF DEATH: Unknown
TIME PRONOUNCED DEAD: 10:07
PLACE OF DEATH: Home
MEDICAL EXAMINER CONTACTED?: Yes

**CAUSE OF DEATH**

PART I.
a. Cardiac Rupture — Minutes
b. Puncture of Right Ventricle by Inferior Vena Cava Placed Filter — Days

MANNER OF DEATH: Accidental
AUTOPSY PERFORMED: Yes

**MEDICAL EXAMINER**

INJURY AT WORK: No
PLACE OF INJURY: Home

HOW INJURY OCCURRED: Inferior Vena Cava Filter Placed for DVT's Dislodged by Thrombus and Migrated to Heart

Patient
Comparison Matrix

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Complaint No. | Special Access Program Patient #9 | Special Access Program Patient #46 | 8193130636 | 8183120088 | 5104230023 | 8194230030 | 8293 |
|---|---|---|---|---|---|---|---|
| Account | | | | Redacted | | | |
| Date of Event | | | | | | | |
| Date Event Reported to Bard | 8/22/2000 | 3/26/2003 | 10/17/2003 | 12/1/2003 | 2/9/2004 | 2/24/2004 | 4/14/2004 |
| Date MDR Submitted | Prior to 510(k) | Prior to 510(k) | 11/14/2003 | 12/23/2003 | 3/9/2004 | 3/18/2004 | Hospital 4/13/2004 Bard's due 5/13/2004 |
| Lot No. | UNK | UNK | Unconfirmed-070H3645 or 070N3531 | UNK | 07CH3276 | 07LN2626 | 07LAD007, 37 units in Lot |
| Sample returned | No | No | No | Yes | No | No | Unknown as of 4/21/2004 |
| Filter Indication | UNK | Pre-Laparotomy / Hysterectomy | PE | Massive Retroperitoneal Bleed from anticoagulation Anticoagulant had to be stopped | Pre-Laparoscopic Gastric Bypass Surgery | DVT in legs | DVT |
| Other Pt. History | UNK | Large Uterine Fibroid | UNK | Left DVT, Multiple PE | Morbid Obesity, Obstructive Sleep Apnea, Atrial Fibrillation, DVT, Hypertension Cardiomegaly | Post spinal surgery, Decompression of cervical discs | Sub-arachnoid hemorrhage |
| Pt. Age AT Time of Event | UNK | 46 | UNK | 80 | 34 | 51 | 55 |
| Sex | M | F | M | M | M | M | F |
| WLAbs | UNK | UNK | UNK | UNK | 500 | | 80 kg |
| Normal Placement? | UNK | No. Legs Mixed. | UNK | See "Cava Size" Change Below | Yes | No. Filter tilted 60 degrees. Legs twisted. Doctor unsuccessfully attempted to unravel them with a Cobra catheter | Yes |
| Post Implant Symptoms | Asymptomatic | Asymptomatic | Chest Pains | SOB, Lightheaded | Patient "passed out" and coded after a BM | Asymptomatic | None of record |
| Diagnostic Imaging | Frontal and lateral digital subtraction imaging | Abdominal X-ray, one day post implant | CT | CT | Vena-Gram | Vena-Gram | Pre Cava Gram, Post Film |
| Days to Movement Documented | 18 | 1 | 13 | 13 | 8 | Day of implant, during the procedure | 13 |
| Moved to? | T-11-T-12 disc space, one leg at level of renal vein | Cranial migration to T-12, one day post implant. "Filter More approx. 10 degrees to pt's left, and approx. 10 degrees anteriorly". | 14cm cephalad to above the Renals | IVC/Right Atrial Junction | Right Atrium | In right atrium on day of implant. During an attempt to remove it with a snare on day 1 post-implant, moved the filter to right ventricle. | Right ventricle, per Dr. Benner, filter "ruptured the ventricle" |
| Cava Size | UNK | UNK | UNK | 12mm at implant (hypivolemic), 24mm after renal fluid replacement | Verbally reported to be "just below" 24mm" by Dr. Powell | UNK | Appropriately sized per [redacted] 30-30mm at time of autopsy per Dr. Benner |
| Clot | "Large amount of thrombus within the filter" | "No thrombus seen in the filter". | "Large Clot in Filter post implant" | "Large amount of clot in the pulmonary arteries, right atrium, IVC, and possibly the renal veins" Large clot seen within the filter. | 1" x 6" clot within the filter | Not reported | Per Dr. Benner's visual observation, clot was formed antemortem. No pathology has been done on clot. |
| Patient Outcome | "Tolerated removal well, without developing any chest or abdominal pain" | Successful removal of Recovery Filter, Successful placement of Tulip filter. The patient did not experience any acute complication". | OK | "Surgical Thrombo-embolectomy of the IVC, right atrium, bilateral pulmonary arteries. Post-op course unremarkable. No intraoperative complications. Procedure tolerated well." | Death | Unsuccessful attempts to retrieve the filter from the right atrium by another Interventional Radiologist. Patient is scheduled for surgery week of | Death [redacted] Reason for Death on Certificate: "Vena cava filter placed for DVT's dislodged by thrombus and migrated to heart." |
| Filter Removed | Filter removed per request of patient on day 18 | Filter was removed, with difficulty, 1 day post implant. "Filter was not free floating". Tulip Filter placed through the same jugular access used for the Recovery Filter removal. Tulip placed at L1-L2 interspace. | Still implanted as of | Filter removed under CP bypass. Subsequently, a new filter was placed by a Radiologist w/o complications. | Filter removed at Autopsy | Scheduled for surgery week of | Filter removed at Autopsy |
| Films | Not submitted to BPV | Not submitted to BPV | C. Venogram @Dr. Kaufman | Not Released by Hospital | At BPV | Vena-grams at BPV 3/2 | Digital images of films were taken by J. Hudnall |

Investigation Summary,
Douglas Uelmen

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153604
LMD1



**PERIPHERAL
VASCULAR**

**Investigation Summary
SPA 04-04-02
April 21, 2004**

1. Patient Information.

   - The patient was a 55 year old female weighing approximately 80kg.
   - Admitted to Redacted in Redacted on Redacte for treatment of subarachnoid bleeding.
   - Deep vein thrombosis (DVT) was discovered while at Redacted
   - The patient was not a candidate for anti-coagulation therapy.
   - A Recovery Filter (Catalog Number, RF048F, Lot Number 07LN2037) was placed on Redacted
   - The Patient was released from Redacted on Redacted
   - The patient was found by a Montcalm County EMT unit on Redact . The patient was DOA in bed.

2. Post Mortem Information.

   - A copy of the death certificate was provided by the Medical Examiner, Dr. Banner. The autopsy was performed by Dr. Banner at Carson City Hospital in Carson City, Michigan.
   - "The cause of death is Cardiac Rupture." "A puncture to the right ventricle by an inferior vena cava placed filter" (see Death Certificate).
   - The description of the occurrence is: "Inferior vena cava filter placed for DVT dislodged by thrombus and migrated to the heart" (see Death Certificate).
   - During the meeting on 4/19/04 with Dr. Banner, he stated:
     ➢ The size of the clot at the time of the autopsy was approximately 3 cm in diameter by 5 cm in length.
     ➢ The size of the vena cava at the time of the autopsy was approximately 3.0 to 3.5 cm in diameter.
     ➢ In his professional opinion, the clot was antemortem.
     ➢ Small pulmonary emboli were found in the lungs. The PE was not measured.
     ➢ The exterior surfaces of the filter were unremarkable (appeared normal). Interior surfaces were not evaluated.
   - Digital photographs were taken of the specimen by a Bard group (J. Hudnall, R. Carr and D. Uelmen) on April 19, 2004. The specimen consists of the recovery vena cava filter with thrombus attached to a portion of the wall of the right ventricle.
   - The Bard group with Dr. Banner measured the clot on April 19. The dimensions after the "fixing" was 2.5 cm in diameter by 4.5 cm in length.
   - X-rays of the sample were taken to assess the status of the recovery filter embedded inside of the clot. Samples were taken from three planes.

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

Page 1 of 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153605
LMD1



- The x-rays show the filter to be intact. All "arms" and "legs" were attached. All hooks were present and properly formed.
- Dr. Banner indicated that the final autopsy report would be available during the week of May 4 (approximately 3 weeks after the completion of the autopsy.
- Dr. Banner provided the contact information for the county clerk. We will obtain a copy when it becomes available.
- The sample will be available for further pathological evaluation at the discretion of the deceased's family.

3. Information from the Interventional Radiologist. Although ▆Redacted▆ placed the filter, he was unavailable during our visit to ▆Redacted▆ on April 19. We discussed the case with the Chief of the Interventional Radiology Department, Dr. ▆Redacted▆ had the vena cava grams and films available for our review.

- Although a formal measurement of the vena cava was not taken at the time of deployment a measuring catheter was seen in the vena cava. The marker bands of the catheter were at 2 cm increments. The physician determined the vena cava to be appropriately sized. There were no copies of the films available. Digital photographs were taken of the films on the light box.
- The post deployment films show the filter to be placed as intended. A post deployment vena cava gram was not performed.
- All of the "arms' and "legs" deployed properly. The lack of a post deployment vena cava gram made it difficult to determine if the legs were properly engaged.

4. The Division PAT reviewed the Recovery Vena Cava Filter MDR data vs. MDR data for competitive Vena Cava Filters. The Recovery Filter was compared to the Simon Nitinol Filter (Bard), the Vena Tech Filter (Braun), the Greenfield Filter (Boston Scientific), the Birds Nest Filter (Cook), the Gunther Tulip (Cook), the TrapEase Filter (Cordis), the OptEase Filter (Cordis). MDR information was obtained from the Maude data base. Sales information for competitors products was obtained from IMS data. Comparisons were made for the following categories:

- Fatality Rate as a percentage of units sold.
- Complication Rate (MDR) as a percentage of units sold.
- Migration Rate as a percentage of units sold.
- Fatal Migration Rate as a percentage of units sold.
- Fatal migration as a percentage of total migration.

5. The Division PAT has completed the following activities in support of this investigation:

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

Page 2 of 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153606
LMD1



- The definition of Massive Thrombus is thrombus of sufficient size to cause the internal diameter of the inferior vena cava to distend beyond the maximum size indicated for the vena cava filter in the Instruction for Use.

6. The Division PAT was challenged to determine whether or not a filter without a recoverable indication could have resisted migration under the clot burden identified in this investigation.

- A review of the Maude Data Base shows that all Vena Cava Filters (with the exception of the SNF) are subject to migration and are associated with deaths due to thromboemboli. Fatal migrations are found with; Birds Nest, Recovery Filter, Vena Tech and TrapEase.
- A report retrieved from the Maude database concerning a Cordis TrapEase filter properly placed in 2003 is very similar to this incident. Post procedure the patient experienced shortness of breath, respiratory distress, and went into cardiac arrest however was resuscitated but did not survive. A post mortem was completed and it showed that the filter had migrated between the right atrium and right ventricle. The cause of the migration was reported to be a large embolic load with resulting increase in venous pressure that lead to inferior vena cava dilatation (greater that 30 mm) resulting in a release of the filter hooks and subsequent migration.

This TrapEase filter is indicated for permanent use only. The conditions surrounding this migration are nearly identical to the issue under investigation. The Division PAT believes that based on this information that a clot of the size under investigation would have resulted in a condition similar to that stated in the above mentioned TrapEase investigation (reference MDR Text Key:1747578) resulting in migration and death.

Confidentiality Notice: This message contains information that may be confidential and privileged. If you have received this in error, and are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message.

Page 3 of 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153607
LMD1

Photographs,
Cason City, MI 4/19/2004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153608
LMD1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153610
LMD1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153613
LMD1

Recovery Filter Migration
History Graph

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153614
LMD1



Recovery Filter Migration Rate as a % of units sold

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153615
LMD1

MAUDE Database
Summary & Graphs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153616
LMD1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## FILTER SALES

| | | |
|---|---|---|
| SNF | 62346 | Actual (01/00 to 04/04) |
| Recovery | 8202 | Actual (01/00 to 04/04) |
| Vena Tech | 36031 | IMS+ LR (01/00-Q1/04)[a] |
| Greenfield | 167702 | IMS+ LR (01/00-Q1/04)[a] |
| Bird's Nest | 6517 | IMS+ LR (01/00-Q1/04)[a] |
| Tulip | 28348 | IMS+ LR (01/00-Q1/04)[a] |
| TrapEase | 136315 | IMS+ LR (01/00-Q1/04)[c] |
| OptEase | 5448 | IMS+ LR (01/00-Q1/04)[a] |

## MAUDE DATA AS OF Q1 2004*

| | Fatalities | Migration | Caval Perforation | Caval Thrombosis |
|---|---|---|---|---|
| SNF | 0 | 1 | 5 | 0 |
| Recovery | 3 | 4 | 0 | 0 |
| Vena Tech | 4 | 17 | 0 | 0 |
| Greenfield | 10 | 36 | 7 | 0 |
| Bird's Nest | 1 | 5 | 7 | 0 |
| Tulip | 4 | 9 | 4 | 0 |
| Trapease | 17 | 14 | 11 | 51 |
| Optease | 2 | 0 | 0 | 1 |

| | Fatalities | Migration | Caval Perforation | Caval Thrombosis |
|---|---|---|---|---|
| SNF | | 0.002% | 0.008% | |
| Recovery | 0.037% | 0.049% | | |
| Vena Tech | 0.011% | 0.047% | | |
| Greenfield | 0.006% | 0.021% | 0.004% | |
| Bird's Nest | 0.015% | 0.077% | 0.107% | |
| Tulip | 0.014% | 0.032% | 0.014% | |
| Trapease | 0.012% | 0.010% | 0.008% | 0.037% |
| Optease | 0.037% | | | 0.018% |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



BPV-17-01-00153618
LMD1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Fatalities per Unit Sold

BPV-17-01-00153619
LMD1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



BPV-17-01-00153620
LMD1



**Migrations per Unit Sold**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153621
LMD1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153622
LMD1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153623
LMD1



**Filter MDR Fatalities**
**(with 95% confidence intervals)**

Confidence intervals of proportions

| | | | |
|---|---|---|---|
| Num | 3 | | |
| Den | 8202 | | |

| | LCB | Proportion | UCB |
|---|---|---|---|
| "Exact" | 0.007544% | 0.036576% | 0.106854% |
| Wilson | 0.012440% | 0.036576% | 0.107492% |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153624
LMD1

Removal of QC Hold,
Chris Ganser

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153625
LMD1

## Uelmen, Doug

| | |
|---|---|
| **From:** | Ganser, Christopher |
| **Sent:** | Saturday, April 24, 2004 12:58 PM |
| **To:** | Uelmen, Doug |
| **Cc:** | Barry, Brian; Cherry, Joe; Passero, Donna; Palermo, Pete; Ganser, Christopher |
| **Subject:** | Health Hazard Evaluation (HHE)- Rceovery Filter |

Per phone discussion with Dr. John Lehmann MD today at 11:30 am, the HHE for the remedial action plan involving the Recovery Filter second patient death will not differ from the HHE provided with the first Recovery Filter remedial action plan involving a patient death. Dr. Lehmann stated that in his reveiw of the data involving IVC filter related deaths, the evidence to date does not suggest that these types of events are occuring with excess frequency with the Bard Recovery IVC. A formal HHE will be provided and the remedial action plan must be completed per the requiremnts of Corp. RA Policy R-002

With this information provided directly to me, I authorize you to remove the current internal QC HOLD for the Bard Recovery Nitinol Filter.

Christopher Ganser
Vice President, Regulatory Sciences

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Health Hazard Evaluation,
Dr. John Lehmann

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153627
LMD1

**Lehmann Thomas, LLC**

# Memo

| | |
|---|---|
| **To:** | Doug Uelmen, BPV |
| **From:** | John Lehmann, MD |
| **Cc:** | Brian Barry, Corporate<br>Paul Kowalczyk, Corporate<br>Chris Ganser, Corporate |
| **Date:** | April 27, 2004 |
| **Re:** | Recovery Filter Migration HHE |

Doug, here's the completed Health Hazard Evaluation.

Regards,

*John W Lehmann MD*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153628
LMD1

Confidential                    Confidential                    Confidential

---

**Summary of Health Hazard Evaluation:**  A case of vena cava filter migration associated with patient death was reported after the successful implantation of a Bard Recovery® Nitinol Vena Cava Filter.  Evaluation demonstrated an intact filter and a large thromboembolus, with clot and filter lodging in the right ventricle resulting in cardiac perforation and tamponade.

**Conclusion:**  Vena cava filter migrations are a recognized and accepted complication of this type of therapy.  Such complications may be serious and can occasionally be fatal. The evidence to date does not demonstrate that these types of events are occurring with excess frequency with the Bard Recovery® Nitinol Vena Cava Filter.

---

**Description of the problem:**  A complaint in April, 2004 regarding a Bard Recovery® Nitinol Vena Cava Filter (Recovery VC Filter) migration associated with a patient death led to a review of the potential health hazard associated with such occurrences.

**Actual occurrence of injuries:**  The complaint involved a 55 year old female patient admitted to the hospital in ▓Redacte▓ with subarrachnoid hemorrhage, who was found to have DVT during her hospitalization.  Because of her recent intracranial hemorrhage, she was not a candidate for anticoagulation, and a Recovery VC Filter was placed on ▓▓▓▓ in an approximately 25 mm diameter vena cava.  The Recovery VC Filter was deployed approximately 1 cm below the lower renal vein, with normal placement found on post procedural vena cavagrams.  The patient was discharged from the hospital on ▓▓▓▓ to home; and was found dead in bed on ▓▓▓▓

Post mortem examination determined that the cause of death was cardiac rupture, with puncture of the right ventricle by inferior vena cava filter.  The death certificate is said to describe an "inferior vena cava filter placed for DVT's dislodged by thrombus and migrated to the heart."

Inspection of the thrombus / filter mass on 4/19/04 revealed dimensions of 2.5 cm in diameter and 4.5 cm in length (which was slightly smaller than the dimensions noted immediately post mortem).  The thrombus / filter mass was attached to the right ventricular wall.  X-rays confirmed that all filter arms, legs and hooks were present, even though some of the hooks and legs were contained within the thrombus.  The thrombus was determined to be ante mortem.  The vena cava was estimated to have an internal diameter of 30 – 35 mm, but was otherwise unremarkable.  Small pulmonary emboli were found in the lungs.

---

Lehmann Thomas, LLC                                        Page 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Confidential                    Confidential                    Confidential

**Human exposure to the problem:** Embolism of vena cava filters is a generic and well recognized risk of this technology. Events have been reported in the medical literature since the early 1980s as well as in the MAUDE database; these reports include migrations to the heart and include fatal outcomes.

Male and female patients at risk of pulmonary embolism who are either unable to take anticoagulants, are anticoagulant failures, or who are at unusually high risk are generally indicated for the use of vena cava filters in general and the Recovery VC Filter in specific.

**General consequences:** Migration of vena cava filters can have minimal consequences in some patients. In others it results in damage to the vena cava or obstruction of the renal veins. If the device and associated thrombus migrates into the heart this can lead to direct impairment of cardiac function including valvular dysfunction, reduced cardiac output, perforation with tamponade, circulatory collapse and death.

Other recognized causes of mortality associated with vena cava filters are vena caval obstruction, vena caval perforation with damage to adjacent structures, and filter failure resulting in release of thrombus leading to pulmonary embolism.

**Population exposed to risk:** Generally adult patients with a high risk for pulmonary embolic disease.

**Mitigating/predisposing factors in population at risk:** Mitigating factors include the close medical attention such patients generally receive. Predisposing factors in this population include coagulation abnormalities, obesity, sleep apnea syndrome, perioperative condition, congestive heart failure, cardiac arrhythmia, prolonged immobility and anticoagulant intolerance / failure.

**Nature and seriousness of the risk:** The nature of the risk ranges from minimal (asymptomatic migration without sequelae) to catastrophic (acute circulatory impairment from pulmonary or cardiac embolization with clot, filter or both). The latter risk is serious and potentially fatal.

**Likelihood of occurrence of problem:** Considering the problem to be vena cava filter migration into or near to the heart, there have been 4 such migrations of the Recovery VC Filter, with two fatalities, in an estimated 8,200 sales through mid-April, 2004, for a rate of 0.05%. One instance was a deployment error, and the other three occurred after apparently normal deployments on Days 6, 13 and 14.

Considering the problem to be death in association with vena cava filter use (resulting from one of the four major known complications: migration, caval obstruction, caval perforation and pulmonary embolus / acute respiratory distress), there have been 3 deaths associated with the Recovery VC Filter, 2 from filter migration related to large thromboembolic load and one from a pulmonary embolus, for a rate of 0.037%.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153630
LMD1

Confidential                Confidential                 Confidential

These types of adverse events occur with all known types of vena cava filters, and are extensively reported in the medical literature.  Comparative attempts to assess similar events via the MAUDE database do not yield reliable quantitative estimates for a number of reasons:

- Potential under-reporting
- Inadequate description of events in the MAUDE database, resulting in potential misclassification
- Very low frequency of observed events
- Sales data can only be roughly estimated
- High variability in event rates across devices and across time periods

However, it is clear that since the MAUDE database has been kept, numerous instances of vena cava filters migrating to the heart with both fatal and nonfatal outcomes have been reported, as well as fatalities from the other known complications associated with the implantation of such devices.

**Likelihood of harm if problem occurs:**  The likelihood of harm if the Recovery VC Filter migrates to or near the heart is significant, but unquantifiable.

**Is product essential to health?:**  Yes, vena cava filters are essential to health for the indicated patients, who may have no other alternative to prevent pulmonary embolism.

**Is an alternative available?:**  Partially.  Other manufacturers currently sell approved vena cava filters without a claim of recoverability, and there are also other medical and surgical options for some of these patients.  However, there is only one other vena cava filter on the market with a claim of recoverability; this device has a similarly short marketing history to that of Recovery, no published clinical data, and an animal study that suggests incorporation of the struts into the caval wall after several weeks.  Thus, the Recovery VC Filter may have unique advantages for certain patients.

**Must the problem be corrected surgically?:**  Migration of vena cava filters to the heart is rarely managed conservatively, and treatment almost always requires either a percutaneous or open surgical correction.

**Is the problem expected and within an acceptable statistical range?:**  Migration of vena cava filters, both within the vena cava and up to and into the heart are recognized complications of these devices.  Acceptable statistical ranges cannot be reliably computed from available data, especially since many migrations without serious sequelae are not reported.  Death associated with vena cava filter use, while a cruder measure, is probably subject to less under-reporting.  Consideration of various estimates using this outcome measure do not demonstrate that these types of events are occurring with excess frequency with the Bard Recovery® Nitinol Vena Cava Filter.  Such estimates are difficult to make reliably given the multiple data deficiencies noted above, and continued monitoring of event rates is warranted as further experience with the device is gained.

**Can the problem be field corrected?**  In most of the serious or fatal complications involving vena cava filters (migration, caval perforation, caval occlusion and filter failure

---

Lehmann Thomas, LLC                                         Page 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153631

LMD1

Confidential                    Confidential                    Confidential

with PE and / or acute respiratory failure) the device appears to be functioning normally up to the time of failure. Migration and filter failure generally occur when an otherwise normal filter is overwhelmed by aggregated large thrombus burdens. There is no device problem to be field corrected in this instance, just a recognized complication of vena cava filters.

**Is it obvious to the user?:** Migration of vena cava filters can be asymptomatic, but when they migrate to the heart this is clinically evident.

**Can the product continue to be used with proper warnings?:** Yes, the product can continue to be used with current warnings, which indicate the possibility of filter migration.

**Is the device used only by specially trained health care professionals?:** Yes, the device is only used by interventional radiologists and occasionally by other equally skilled interventionalists.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153632
LMD1

Confidential                    Confidential                    Confidential

References:

1.  Akins, C.W., et al., *A misplaced caval filter: its removal from the heart without cardiopulmonary bypass.* Arch Surg, 1980. 115(9): p. 1133.
2.  al Zahrani, H.A., *Bird's nest inferior vena caval filter migration into the duodenum: a rare cause of upper gastrointestinal bleeding.* J Endovasc Surg, 1995. 2(4): p. 372-5.
3.  Alam, M. and T.B. Levine, *Echocardiographic features of embolized inferior venacaval filter to the right ventricle--a case report.* Angiology, 1993. 44(4): p. 338-40.
4.  Angeli, E., et al., *[Perforation of the vena cava with aortic penetration by a Greenfield filter: diagnostic ability of ultrasonography].* Radiol Med (Torino), 1990. 80(6): p. 929-31.
5.  Appleberg, M. and J.A. Crozier, *Duodenal penetration by a Greenfield caval filter.* Aust N Z J Surg, 1991. 61(12): p. 957-60.
6.  Arjomand, H., S. Surabhi, and N.M. Wolf, *Right ventricular foreign body: percutaneous transvenous retrieval of a Greenfield filter from the right ventricle--a case report.* Angiology, 2003. 54(1): p. 109-13.
7.  Ascer, E., et al., *Superior vena caval Greenfield filters: indications, techniques, and results.* J Vasc Surg, 1996. 23(3): p. 498-503.
8.  Asch, M.R., *Initial experience in humans with a new retrievable inferior vena cava filter.* Radiology, 2002. 225(3): p. 835-44.
9.  Babuty, D., et al., *[Partial interruption of the inferior vena cava using a percutaneous endovenous filter].* Arch Mal Coeur Vaiss, 1990. 83(9): p. 1389-96.
10. Balshi, J.D., N.L. Cantelmo, and J.O. Menzoian, *Complications of caval interruption by Greenfield filter in quadriplegics.* J Vasc Surg, 1989. 9(4): p. 558-62.
11. Becker, C.D., et al., *Long-term follow-up of the Gunther basket inferior vena cava filter: does mechanical instability cause complications?* Cardiovasc Intervent Radiol, 1994. 17(5): p. 247-51.
12. Becker, D.M., J.T. Philbrick, and J.B. Selby, *Inferior vena cava filters. Indications, safety, effectiveness.* Arch Intern Med, 1992. 152(10): p. 1985-94.
13. Berland, L.L., F.E. Maddison, and V.M. Bernhard, *Radiologic follow-up of vena cava filter devices.* AJR Am J Roentgenol, 1980. 134(5): p. 1047-52.
14. Bochenek, K.M., J.E. Aruny, and M.G. Tal, *Right atrial migration and percutaneous retrieval of a Gunther Tulip inferior vena cava filter.* J Vasc Interv Radiol, 2003. 14(9 Pt 1): p. 1207-9.
15. Bovyn, G., et al., *[Value of a long duration temporary caval filter in critical thrombo-embolic situations].* Ann Fr Anesth Reanim, 2003. 22(9): p. 809-14.
16. Brountzos, E.N., et al., *A new optional vena cava filter: retrieval at 12 weeks in an animal model.* J Vasc Interv Radiol, 2003. 14(6): p. 763-72.
17. Brown, D.B., et al., *Determination of inferior vena cava diameter in the angiography suite: comparison of three common methods.* J Vasc Interv Radiol, 1999. 10(2 Pt 1): p. 143-7.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153633
LMD1

Confidential                    Confidential                    Confidential

18. Bruckheimer, E., et al., *In vitro evaluation of a retrievable low-profile nitinol vena cava filter.* J Vasc Interv Radiol, 2003. 14(4): p. 469-74.

19. Bull, P.G., H. Mendel, and A. Schlegl, *Gunther vena caval filter: clinical appraisal.* J Vasc Interv Radiol, 1992. 3(2): p. 395-9.

20. Burke, P.E., et al., *Experimental comparison of percutaneous vena caval devices: titanium Greenfield filter versus bird's nest filter.* J Vasc Surg, 1987. 6(1): p. 66-70.

21. Cahn, M.D., et al., *Long-term follow-up of Greenfield inferior vena cava filter placement in children.* J Vasc Surg, 2001. 34(5): p. 820-5.

22. Castaneda, F., et al., *Migration of a Kimray-Greenfield filter to the right ventricle.* Radiology, 1983. 149(3): p. 690.

23. Castellani, L., et al., *Transvenous interruption of the inferior vena cava. New model of vena cava filter. Preliminary results in 35 cases.* Int Angiol, 1987. 6(3): p. 299-306.

24. Castellani, L., et al., *[Partial interruption of the inferior vena cava using the 2612 filter. Apropos of 35 patients].* J Mal Vasc, 1987. 12(1): p. 64-9.

25. Chavan, A., et al., *The Filcard temporary, removable vena cava filter: use in local thrombolytic therapy.* Z Kardiol, 1993. 82 Suppl 2: p. 191-3.

26. Chintalapudi, U.B., O.H. Gutierrez, and M.V. Azodo, *Greenfield filter caval perforation causing an aortic mural thrombus and femoral artery occlusion.* Cathet Cardiovasc Diagn, 1997. 41(1): p. 53-5.

27. Cho, K.J., et al., *Evaluation of a new percutaneous stainless steel Greenfield filter.* J Vasc Interv Radiol, 1997. 8(2): p. 181-7.

28. Cimochowski, G.E., et al., *Greenfield filter versus Mobin-Uddin umbrella: the continuing quest for the ideal method of vena caval interruption.* J Thorac Cardiovasc Surg, 1980. 79(3): p. 358-65.

29. Conners, M.S., 3rd, et al., *Duplex scan-directed placement of inferior vena cava filters: a five-year institutional experience.* J Vasc Surg, 2002. 35(2): p. 286-91.

30. Crochet, D., et al., *Evaluation of the LGM Vena-Tech infrarenal vena cava filter in an ovine venous thromboembolism model.* J Vasc Interv Radiol, 2001. 12(6): p. 739-45.

31. Crochet, D., et al., *[The new LEM caval filter in the prevention of pulmonary embolism. Preliminary results of a French multicenter study].* J Radiol, 1988. 69(6-7): p. 431-6.

32. Crochet, D.P., et al., *Vena Tech-LGM filter: long-term results of a prospective study.* Radiology, 1993. 188(3): p. 857-60.

33. Dabbagh, A., et al., *Late complication of a Greenfield filter associating caudal migration and perforation of the abdominal aorta by a ruptured strut.* J Vasc Surg, 1995. 22(2): p. 182-7.

34. Dagirmanjian, A. and I. Beckman, *Late Greenfield filter vena cava perforation causing a small bowel obstruction: case report.* Cardiovasc Intervent Radiol, 1990. 13(1): p. 44-6.

35. de Gregorio, M.A., et al., *Animal experience in the Gunther Tulip retrievable inferior vena cava filter.* Cardiovasc Intervent Radiol, 2001. 24(6): p. 413-7.

36. Dibie, A., et al., *[In vitro evaluation of Dibie-Musset vena caval filter].* Arch Mal Coeur Vaiss, 1994. 87(1): p. 115-22.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153634
LMD1

Confidential                    Confidential                    Confidential

37. Dupin, N., G. Meyer, and J.L. Diehl, *Late total closure and caudal migration of an LGM caval filter.* AJR Am J Roentgenol, 1992. 159(6): p. 1349.

38. Feezor, R.J., et al., *Duodenal perforation with an inferior vena cava filter: an unusual cause of abdominal pain.* J Vasc Surg, 2002. 35(5): p. 1010-2.

39. Ferris, E.J., et al., *Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients.* Radiology, 1993. 188(3): p. 851-6.

40. Firkin, A., et al., *Inferior vena cava "birds nest" filters--2 year follow-up.* Australas Radiol, 1992. 36(4): p. 286-8.

41. Fobbe, F., et al., *Gunther vena caval filter: results of long-term follow-up.* AJR Am J Roentgenol, 1988. 151(5): p. 1031-4.

42. Formanek, A., et al., *Three year experience with percutaneous introduction of inferior vena cava filter.* Rev Interam Radiol, 1977. 2(3): p. 171-5.

43. Frezza, E.E. and S.A. Kagan, *Entrapment of a Swan Ganz catheter in an IVC filter requiring caval exploration. A case report.* J Cardiovasc Surg (Torino), 1999. 40(6): p. 905-8.

44. Friedell, M.L., et al., *Migration of a Greenfield filter to the pulmonary artery: a case report.* J Vasc Surg, 1986. 3(6): p. 929-31.

45. Gelbfish, G.A. and E. Ascer, *Intracardiac and intrapulmonary Greenfield filters: a long-term follow-up.* J Vasc Surg, 1991. 14(5): p. 614-7.

46. Glock, Y. and D. Roux, *["Paradoxical" pulmonary embolism: migration of an inferior vena cava filter. Apropos of two cases].* Ann Chir, 1993. 47(2): p. 157-60.

47. Gomez, G.A., B.S. Cutler, and H.B. Wheeler, *Transvenous interruption of the inferior vena cava.* Surgery, 1983. 93(5): p. 612-9.

48. Grassi, C.J. and S.Z. Goldhaber, *Interruption of the inferior vena cava for prevention of pulmonary embolism: transvenous filter devices.* Herz, 1989. 14(3): p. 182-91.

49. Greenfield, L.J., et al., *Results of a multicenter study of the modified hook-titanium Greenfield filter.* J Vasc Surg, 1991. 14(3): p. 253-7.

50. Greenfield, L.J., K.J. Cho, and J.R. Tauscher, *Evolution of hook design for fixation of the titanium Greenfield filter.* J Vasc Surg, 1990. 12(3): p. 345-53.

51. Greenfield, L.J., et al., *Greenfield vena caval filter experience: late results in 156 patients.* Arch Surg, 1981. 116(11): p. 1451-6.

52. Greenfield, L.J. and M.C. Proctor, *Suprarenal filter placement.* J Vasc Surg, 1998. 28(3): p. 432-8; discussion 438.

53. Greenfield, L.J., et al., *Clinical experience with the Kim-Ray Greenfield vena caval filter.* Ann Surg, 1977. 185(6): p. 692-8.

54. Guffi, M., et al., *[Prevention of pulmonary embolism with the Gunther filter].* Helv Chir Acta, 1991. 57(5): p. 737-41.

55. Guillem, P.G., et al., *Duodenocaval fistula: a life-threatening condition of various origins.* J Vasc Surg, 2001. 33(3): p. 643-5.

56. Gunther, R.W., et al., *Vena caval filter to prevent pulmonary embolism: experimental study. Work in progress.* Radiology, 1985. 156(2): p. 315-20.

57. Haage, P., et al., *Prototype percutaneous thrombolytic device: preclinical testing in subacute inferior vena caval thrombosis in a pig model.* Radiology, 2001. 220(1): p. 135-41.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153635
LMD1

Confidential                    Confidential                    Confidential

58.   Haiderer, O., et al., *[Massive pulmonary embolism: case report of successful embolectomy with transatrial vena cava blockade]*. Wien Med Wochenschr, 1983. 133(21): p. 549-52.

59.   Harries, S.R., I.P. Wells, and C.A. Roobottom, *Long-term follow-up of the antheor inferior vena cava filter*. Clin Radiol, 1998. 53(5): p. 350-2.

60.   Hoekstra, A., et al., *Vessel wall reaction after vena cava filter placement*. Cardiovasc Intervent Radiol, 2002. 25(1): p. 53-6.

61.   Hoekstra, A., et al., *Vena cava filter behavior and endovascular response: an experimental in vivo study*. Cardiovasc Intervent Radiol, 2003. 26(3): p. 222-6.

62.   Hubbard, K.P., J.O. Roehm, Jr., and J.L. Abbruzzese, *The Bird's Nest Filter. An alternative to long-term oral anticoagulation in patients with advanced malignancies*. Am J Clin Oncol, 1994. 17(2): p. 115-7.

63.   Imanaka, S., et al., *Use of a temporary caval filter in a young man with pulmonary embolism to prevent migration of massive caval thrombus during an attempt of caval thrombolysis*. J Atheroscler Thromb, 2000. 6(1): p. 18-21.

64.   Irie, T., et al., *Retrievable IVC filter: preliminary in vitro and in vivo evaluation*. J Vasc Interv Radiol, 1995. 6(3): p. 449-54.

65.   Joels, C.S., R.F. Sing, and B.T. Heniford, *Complications of inferior vena cava filters*. Am Surg, 2003. 69(8): p. 654-9.

66.   Jouanny, P., et al., *[Heparin-induced thrombocytopenia and vena cava filter. Difficulties of treatment]*. J Mal Vasc, 1993. 18(4): p. 320-2.

67.   Kinney, T.B., et al., *Does cervical spinal cord injury induce a higher incidence of complications after prophylactic Greenfield inferior vena cava filter usage?* J Vasc Interv Radiol, 1996. 7(6): p. 907-15.

68.   Korbin, C.D., et al., *In vitro flow phantom analysis and clot-capturing ability of incompletely opened Vena Tech-LGM vena caval filters*. Cardiovasc Intervent Radiol, 1993. 16(1): p. 3-6.

69.   Kussmaul, W.G., 3rd, et al., *Right heart catheterization in the presence of an inferior vena cava filter*. Catheter Cardiovasc Interv, 2001. 52(4): p. 476-8.

70.   Kuszyk, B.S., et al., *Subcutaneously tethered temporary filter: pathologic effects in swine*. J Vasc Interv Radiol, 1995. 6(6): p. 895-902.

71.   Lang, W., et al., *Spontaneous disruption of two Greenfield vena caval filters*. Radiology, 1990. 174(2): p. 445-6.

72.   Lang, W., et al., *[Cava filter for prevention of lung embolism: is implantation still justified?]*. Zentralbl Chir, 1994. 119(9): p. 625-30.

73.   Langan, E.M., 3rd, et al., *Prophylactic inferior vena cava filters in trauma patients at high risk: follow-up examination and risk/benefit assessment*. J Vasc Surg, 1999. 30(3): p. 484-88.

74.   Lemoigne, F., et al., *[Prevention of pulmonary embolism by the Kimray-Greenfield filter. 22 cases]*. Presse Med, 1983. 12(4): p. 223-6.

75.   Lemoigne, F., H. Lambert, and J. Jourdan, *[Migration of the Kimray-Greenfield filter when inserting it]*. J Chir (Paris), 1982. 119(6-7): p. 441-2.

76.   Lim, M.C., H.C. Tan, and M.H. Choo, *The new titanium Greenfield vena cava filter: initial experience and review*. Singapore Med J, 1994. 35(6): p. 622-5.

77.   Linsenmaier, U., et al., *Indications, management, and complications of temporary inferior vena cava filters*. Cardiovasc Intervent Radiol, 1998. 21(6): p. 464-9.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00153636
LMD1

Confidential                    Confidential                    Confidential

78. Lofaso, F., et al., *Failure of the intracaval filter of Gunther to prevent recurrence of pulmonary embolism--report of two cases.* Intensive Care Med, 1990. 16(7): p. 457-9.

79. Maass, D., et al., *The helix filter: a new vena caval filter for the prevention of pulmonary embolism.* J Cardiovasc Surg (Torino), 1985. 26(2): p. 116-23.

80. Marelich, G.P. and R.S. Tharratt, *Greenfield inferior vena cava filter dislodged during central venous catheter placement.* Chest, 1994. 106(3): p. 957-9.

81. Matchett, W.J., et al., *Suprarenal vena caval filter placement: follow-up of four filter types in 22 patients.* J Vasc Interv Radiol, 1998. 9(4): p. 588-93.

82. McCowan, T.C., et al., *Amplatz vena caval filter: clinical experience in 30 patients.* AJR Am J Roentgenol, 1990. 155(1): p. 177-81.

83. McCowan, T.C., et al., *Complications of the nitinol vena caval filter.* J Vasc Interv Radiol, 1992. 3(2): p. 401-8.

84. Messmer, J.M. and L.J. Greenfield, *Greenfield caval filters: long-term radiographic follow-up study.* Radiology, 1985. 156(3): p. 613-8.

85. Millward, S.F., J. Aquino, Jr., and R.A. Peterson, *Oversized inferior vena cava: use of a single Vena Tech--LGM filter.* Can Assoc Radiol J, 1996. 47(4): p. 272-4.

86. Millward, S.F., et al., *LGM (Vena Tech) vena cava filter: clinical experience in 64 patients.* J Vasc Interv Radiol, 1991. 2(4): p. 429-33.

87. Moore, B.S., et al., *Transcatheter manipulation of asymmetrically opened titanium Greenfield filters.* J Vasc Interv Radiol, 1993. 4(5): p. 687-90.

88. Mosca, S., et al., *[The cardiac migration of a caval filter].* Radiol Med (Torino), 1994. 88(5): p. 682-4.

89. Muller, U.S. and E. Most, *[Percutaneous, transvenous retraction of a vena cava filter from the right ventricle].* Z Kardiol, 1987. 76(3): p. 180-1.

90. Murphy, T.P., et al., *LGM vena cava filter: objective evaluation of early results.* J Vasc Interv Radiol, 1991. 2(1): p. 107-15.

91. Neuzil, D.F., et al., *Duplex-directed vena caval filter placement: report of initial experience.* Surgery, 1998. 123(4): p. 470-4.

92. Nevin, W.S. and G.W. Beddingfield, *Migration of vena cava filter.* Jama, 1972. 222(1): p. 88.

93. Nicholson, A.A., et al., *Long-term follow-up of the Bird's Nest IVC Filter.* Clin Radiol, 1999. 54(11): p. 759-64.

94. Palestrant, A.M., M. Prince, and M. Simon, *Comparative in vitro evaluation of the nitinol inferior vena cava filter.* Radiology, 1982. 145(2): p. 351-5.

95. Patterson, R.B., et al., *Repositioning of partially dislodged Greenfield filters from the right atrium by use of a tip deflection wire.* J Vasc Surg, 1990. 12(1): p. 70-2.

96. Petitjean, C., et al., *[Interruption of the inferior vena cava by the DIL filter. Experience apropos of 34 cases].* J Chir (Paris), 1991. 128(11): p. 494-7.

97. Poletti, P.A., et al., *Long-term results of the Simon nitinol inferior vena cava filter.* Eur Radiol, 1998. 8(2): p. 289-94.

98. Porcellini, M., et al., *Intracardiac migration of nitinol TrapEase vena cava filter and paradoxical embolism.* Eur J Cardiothorac Surg, 2002. 22(3): p. 460-1.

99. Pouillaud, C., et al., *[Proximal migration of a caval filter. Apropos of a case].* Ann Cardiol Angeiol (Paris), 1988. 37(3): p. 129-31.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153637
LMD1

Confidential                    Confidential                        Confidential

100. Proctor, M.C., K.J. Cho, and L.J. Greenfield, *In vivo evaluation of vena caval filters: can function be linked to design characteristics?* Cardiovasc Intervent Radiol, 2000. 23(6): p. 460-5.

101. Puram, B., et al., *Acute myocardial infarction resulting from the migration of a Greenfield filter.* Chest, 1990. 98(6): p. 1510-1.

102. Qian, Z., et al., *In vitro and in vivo experimental evaluation of a new vena caval filter.* J Vasc Interv Radiol, 1994. 5(3): p. 513-8.

103. Queiroz, R. and D.L. Waldman, *Transvenous retrieval of a Greenfield filter lodged in the tricuspid valve.* Cathet Cardiovasc Diagn, 1998. 44(3): p. 310-2.

104. Raghavan, S., A. Akhtar, and B. Bastani, *Migration of inferior vena cava filter into renal hilum.* Nephron, 2002. 91(2): p. 333-5.

105. Rao, G., *Long-term experience with the Mobin-Uddin umbrella.* Int Surg, 1980. 65(3): p. 223-30.

106. Ray, J.F., et al., *Distal propulsion of vena cava umbrella by cardiac massage.* Chest, 1975. 67(5): p. 608-10.

107. Recto, M.R. and W.L. Sobczyk, *A novel technique to prevent displacement of inferior vena cava filter during cardiac catheterization with subsequent transcatheter closure of a patent foramen ovale in a patient with cryptogenic shock.* J Invasive Cardiol, 2002. 14(8): p. 471-3.

108. Reed, R.A., et al., *The use of inferior vena cava filters in pediatric patients for pulmonary embolus prophylaxis.* Cardiovasc Intervent Radiol, 1996. 19(6): p. 401-5.

109. Reed, R.A., et al., *Use of the Bird's Nest filter in oversized inferior venae cavae.* J Vasc Interv Radiol, 1991. 2(4): p. 447-50.

110. Ricco, J.B., et al., *The LGM Vena-Tech caval filter: results of a multicenter study.* Ann Vasc Surg, 1995. 9 Suppl: p. S89-100.

111. Robinson, J.D., et al., *In vitro evaluation of caval filters.* Cardiovasc Intervent Radiol, 1988. 11(6): p. 346-51.

112. Rodriguez, L.F. and F.S. Saltiel, *Long-term follow-up of ectopic intracardiac Greenfield filter.* Chest, 1993. 104(2): p. 611-2.

113. Roehm, J.O., Jr., et al., *The bird's nest inferior vena cava filter: progress report.* Radiology, 1988. 168(3): p. 745-9.

114. Roehm, J.O., Jr. and J.W. Thomas, *The twist technique: a method to minimize wire prolapse during Bird's Nest filter placement.* J Vasc Interv Radiol, 1995. 6(3): p. 455-9.

115. Rogers, F. and C. Lawler, *Dislodgement of an inferior vena cava filter during central line placement in an ICU patient: a case report.* Injury, 2001. 32(10): p. 787-8.

116. Rogoff, P.A., et al., *Cephalic migration of the bird's nest inferior vena caval filter: report of two cases.* Radiology, 1992. 184(3): p. 819-22.

117. Rose, B.S., et al., *Percutaneous transfemoral placement of the Kimray-Greenfield vena cava filter.* Radiology, 1987. 165(2): p. 373-6.

118. Rousseau, H., et al., *The 6-F nitinol TrapEase inferior vena cava filter: results of a prospective multicenter trial.* J Vasc Interv Radiol, 2001. 12(3): p. 299-304.

119. Rudondy, P., et al., *Interruption of the inferior vena cava using the Vascor filter: preliminary series of 51 cases.* Cardiovasc Surg, 1994. 2(3): p. 344-9.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153638
LMD1

Confidential                    Confidential                    Confidential

120. Sarkar, M.R. and F.M. Lemminger, *An unusual cause of upper gastrointestinal haemorrhage--perforation of a vena cava filter into the duodenum.* Vasa, 1997. 26(4): p. 305-7.

121. Savin, M.A. and R.D. Shlansky-Goldberg, *Greenfield filter fixation in large venae cavae.* J Vasc Interv Radiol, 1998. 9(1 Pt 1): p. 75-80.

122. Schleich, J.M., et al., *[Efficacy and tolerance of 2 new percutaneous vena cava filters. A prospective study in 80 patients].* Arch Mal Coeur Vaiss, 1992. 85(10): p. 1435-41.

123. Schleich, J.M., et al., *Short-term follow-up of inferior vena caval filters: comparison of imaging techniques.* AJR Am J Roentgenol, 1993. 161(4): p. 799-803.

124. Schleich, J.M., et al., *Long-term follow-up of percutaneous vena cava filters: a prospective study in 100 consecutive patients.* Eur J Vasc Endovasc Surg, 2001. 21(5): p. 450-7.

125. Schneider, P.A., et al., *Caudal migration of the Gunther vena caval filter.* Radiology, 1989. 173(2): p. 465-6.

126. Schwarz, R.E., et al., *Inferior vena cava filters in cancer patients: indications and outcome.* J Clin Oncol, 1996. 14(2): p. 652-7.

127. Seita, J., et al., *Surgical management of a penetrated greenfield inferior vena cava filter.* Thorac Cardiovasc Surg, 2001. 49(4): p. 243-4.

128. Sherman, P.M., et al., *In vivo evaluation of the effects of gravitational force (+Gz) on over-the-wire stainless steel Greenfield inferior vena cava filter in swine.* Cardiovasc Intervent Radiol, 2003. 26(4): p. 386-94.

129. Sidawy, A.N. and J.O. Menzoian, *Distal migration and deformation of the Greenfield vena cava filter.* Surgery, 1986. 99(3): p. 369-72.

130. Simon, M., et al., *Simon nitinol inferior vena cava filter: initial clinical experience. Work in progress.* Radiology, 1989. 172(1): p. 99-103.

131. Smith, B.A., *Vena caval filters.* Emerg Med Clin North Am, 1994. 12(3): p. 645-56.

132. Starok, M.S. and A.A. Common, *Follow-up after insertion of Bird's Nest inferior vena caval filters.* Can Assoc Radiol J, 1996. 47(3): p. 189-94.

133. Stecker, M.S., W.H. Barnhart, and E.V. Lang, *Evaluation of a spiral nitinol temporary inferior vena caval filter.* Acad Radiol, 2001. 8(6): p. 484-93.

134. Stewart, J.R., et al., *Clinical results of suprarenal placement of the Greenfield vena cava filter.* Surgery, 1982. 92(1): p. 1-4.

135. Tagliabue, M., I. Merati, and M. Crivellaro, *[Computerized tomography in the follow-up of inferior vena cava filters].* Radiol Med (Torino), 1991. 82(3): p. 315-21.

136. Taheri, S.A., et al., *A complication of the Greenfield filter: fracture and distal migration of two struts--a case report.* J Vasc Surg, 1992. 16(1): p. 96-9.

137. Tay, K.H., et al., *Repeated Gunther Tulip inferior vena cava filter repositioning to prolong implantation time.* J Vasc Interv Radiol, 2002. 13(5): p. 509-12.

138. Teitelbaum, G.P., W.G. Bradley, Jr., and B.D. Klein, *MR imaging artifacts, ferromagnetism, and magnetic torque of intravascular filters, stents, and coils.* Radiology, 1988. 166(3): p. 657-64.

139. Teitelbaum, G.P., et al., *Insertion and recovery of a new retrievable vena caval filter. Work in progress.* Invest Radiol, 1988. 23(7): p. 527-33.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00153639
                                                                              LMD1

Confidential                    Confidential                    Confidential

140. Vaislic, C., et al., *[Migration of an Antheor filter in the pulmonary artery. A case]*. Presse Med, 1993. 22(15): p. 717-23.

141. Vinot, O., et al., *[Central venous catheterization...don't forget the caval filter]*. Ann Fr Anesth Reanim, 1998. 17(1): p. 52-4.

142. von Bary, S., et al., *[Vena cava filter--prevention of pulmonary embolism. Report of clinical experiences]*. Zentralbl Chir, 1999. 124(1): p. 27-31.

143. Von Gizycki, A.C., P. Gannon, and R. Van Tassel, *Distal migration of vena cava filter*. Jama, 1973. 224(4): p. 529.

144. Vrachliotis, T.G., et al., *Percutaneous management of extensive clot trapped in a temporary vena cava filter*. J Endovasc Ther, 2003. 10(5): p. 1001-5.

145. White, K.E. and G.K. McLean, *Bird's nest filter: inferior strut migration during massive thromboembolization*. J Vasc Interv Radiol, 1996. 7(4): p. 537-40.

146. Williamson, M.R., et al., *Effect of a 1.5 Tesla magnetic field on Greenfield filters in vitro and in dogs*. Angiology, 1988. 39(12): p. 1022-4.

147. Wojcik, R., et al., *Long-term follow-up of trauma patients with a vena caval filter*. J Trauma, 2000. 49(5): p. 839-43.

148. Wojtowycz, M.M., et al., *The Bird's Nest inferior vena caval filter: review of a single-center experience*. J Vasc Interv Radiol, 1997. 8(2): p. 171-9.

149. Wolf, F., et al., *[Temporary and permanent vena cava filter for prevention of pulmonary embolism]*. Wien Med Wochenschr Suppl, 2002(113): p. 43-5.

150. Wolfer, G.K., Jr., F.C. Taylor, and D.C. Smith, *Quantification of the effects of respiration and parallax on inferior vena caval filter position*. J Vasc Interv Radiol, 1994. 5(2): p. 357-60.

151. Young, N., *Clinical follow-up of patients with percutaneously inserted inferior vena caval filters*. Australas Radiol, 1995. 39(3): p. 233-6.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153640
LMD1

Draft of IFU Changes, Mary Edwards

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153641
LMD1

# *Recovery®*
# *Filter System*
## *for use in the Vena Cava*

# Instructions for Use



C E 0086

PK5014853 Rev. 00

1

BPV-17-01-00153642
LMD1

## A. General Information

   Recovery® Filter System

   Expiration Date.

   Lot Number.

   Attention, See Instructions for Use.

   Sterilized by Ethylene Oxide.

NON PYROGENIC   Nonpyrogenic.

   Single Use.
Do Not Reuse.

   Do Not Resterilize.

   Sterile, non-pyrogenic unless package is damaged or opened.

   MRI compatible: MRI-safe and neither interferes with nor is affected by the operations of an MRI device.

   Warning: After use, the Recovery® Filter System may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

   Contents:
REF: RF-048F
Kit A: One (1) 7 Fr. Introducer Catheter 48 cm Long with Dilator
Kit B: One (1) Recovery® Filter Femoral Delivery System

   Bard, Recovery, and Recovery Cone are registered trademarks of C. R. Bard, Inc. or an affiliate.

U.S. Patent No. 6,007,558 and 6,258,026.
Other U.S. and Foreign Patents Pending.

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153643
LMD1

The *Recovery®* Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the *Recovery* Filter provide excellent filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer sheath with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheath and release the filter and allow it to recover to its predetermined shape. The centering system allows the *Recovery* Filter to be deployed with the filter tip centered and prevents the legs from crossing.

The *Recovery* Filter is designed to act as a permanent filter. When clinically indicated, the *Recovery* Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The *Recovery* Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (See Optional Removal Procedure for specific removal instructions).

*MRI Compatible:* The *Recovery* Filter Implant is MRI-safe and neither interferes with nor is affected by the operations of a MRI device.

### B.   Device Description ‗

The *Recovery* Filter System consists of the Filter and Delivery System. The *Recovery* Filter consists of twelve, shape memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The *Recovery* Filter is intended to be used in vena cava with diameters up to 28 mm.

The *Recovery* Filter Delivery System is illustrated in Figure A. The Delivery System consists of a 7 French I.D. introducer sheath and dilator, the *Recovery* filter, a storage tube with saline infusion port, and a pusher system. The *Recovery* Filter is packaged pre-loaded within the delivery storage tube.



Figure A. *Recovery®* Filter System

A.  INTRODUCER CATHETER
B.  FILTER STORAGE TUBE
C.  SALINE DRIP INFUSION SET
D.  SIDE PORT
E.  ADJUSTABLE TOUHY-BORST ADAPTER
F.  NITINOL PUSHER WIRE
G.  PUSHER WIRE HANDLE

*IMPORTANT: Read instructions carefully before using the Recovery™ Filter*

### C.   Indications for Use

The *Recovery* Filter System is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.

- Failure of anticoagulant therapy for thromboembolic disease.

- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

- Recovery filter may be removed according to the instructions supplied below under Section labeled: Optional Procedure for Filter Removal.

### D.   Contraindications for Use

> **CAUTION:** If the corrected, inferior vena cava (IVC) diameter exceeds 28 mm the filter must not be inserted into the IVC.

The *Recovery Filter* should not be implanted in:

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with vena cava diameters greater than 28 mm.
- Patients with risk of septic embolism.

### E.   Warnings

**Recovery Filter Implantation**

1. The *Recovery Filter* vena cava filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the inferior vena cava (IVC), as the *Recovery Filter* cannot be safely reloaded into the storage tube.
2. Delivery of the *Recovery Filter* through the introducer sheath is advance-only. Retraction of the pusher wire during delivery could result in dislodgment of the Filter, crossing of Filter legs or arms, and could prevent the Filter from further advancement within the sheath.
3. The *Recovery Filter* System is designed for femoral approaches only. Never use the *Recovery Filter* and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper *Recovery Filter* orientation within the inferior vena cava.
4. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer.
5. Only use the *Recovery Cone®* Removal System to remove the *Recovery Filter*. Never re-deploy a removed filter.
6. Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance.

**Recovery Filter Removal**

1. Do not attempt to remove the Recovery Filter if significant amounts of thrombus are trapped within the Filter or if the Filter tip is embedded within the vena caval wall.
2. Use only the Bard *Recovery Cone®* (packaged separately) to retrieve the *Recovery Filter*. Use of other devices has resulted in recurrent pulmonary embolism.

### F.   Precautions

**Recovery Filter Implantation**

1. The filter should be placed in the suprarenal position in pregnant women and in women of childbearing age.[1]
2. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.



---

[1] ACR Standard For The Performance Of Percutaneous Permanent Inferior Vena Cava (IVC) Filter Placement For The Prevention Of Pulmonary Embolism - 2000 (Res.12), Effective 01/01/01

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153645
LMD1

6.  *Spinal deformations:* It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the inferior vena cava may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.

<u>Recovery Filter Removal</u>

1.  Anatomical variances may complicate insertion and deployment of the *Recovery Cone®* Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

2.  *Spinal deformations:* It is important to exercise care when contemplating removing the *Recovery* Filter with the *Recovery Cone* Removal System in patients with significant kyphoscoliotic spinal deformations because the inferior vena cava may follow the general course of such anatomic deformations. This may require advanced techniques to remove the filter.

## G.  Potential Complications



•    *Migration of the filter.* This may be caused by placement in oversized vena cava diameters exceeding 28 mm or if proper anchoring techniques are not utilized.

•    *Perforation*    of the vena cava wall. This may occur if proper insertion technique is not utilized.

•    *Acute or Recurrent pulmonary embolism.* This has been reported despite filter usage. It is not known if thrombus passed through the filter or via collateral means.

•    *Caval*    (occlusion).

## H.  Equipment Required

The following equipment is required for use:

•   One *Recovery* Filter and Delivery System that contains:

    – One 48 cm, 7 French I.D. introducer sheath and dilator set

    – One storage tube with pre-loaded *Recovery* Filter and pusher delivery system

•   0.038" 3 mm J-tipped Guidewire, 110 cm long or longer

•   18 gauge entry needle

•   Saline

•   Sterile extension tube for saline drip or infusion

•   All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc

**5**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153646
LMD1

- An entry kit consisting of a 0.038" 3 mm J-tipped guidewire, entry needle, #11 scalpel and 10-cc syringe is available from C. R. Bard, Inc., catalog number 4000E.

If the physician chooses to percutaneously remove the *Recovery®* Filter, the *Recovery Cone®* Removal System is available from C. R. Bard, Inc.

## I.    Instructions for Use

### Insertion of the 7 French Introducer Catheter and Preliminary Venography

1.  Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2.  Prep, drape and anesthetize the skin puncture site in standard fashion.
3.  Select and open the filter package. Open Kit A Introducer Catheter package.
4.  Nick the skin with a #11 blade and perform venipuncture with an 18 gauge entry needle.
5.  Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

    NOTE: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6.  Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

    NOTE: The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

7.  Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.

    NOTE: The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.

8.  Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).
9.  Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion the introducer catheter tip should be 1 cm below the lowest renal vein.

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153647
LMD1

*Filter Delivery*

NOTE: Delivery of the *Recovery* Filter through the introducer sheath with the pusher wire is designed as advance-only. Retraction of the pusher wire during delivery can result in dislodgment of the Filter or crossing of the Filter legs or arms and could prevent the Filter from further advancement within the sheath. Do not pull back on the pusher wire, only advance forward with filter in place.

10. Remove the filter and delivery system from Kit B.

11. Connect a 500 mL bag of saline to the sideport of the Y-adapter using a standard drip infusion set. Allow the saline infusion to flow around the filter in the storage tube for 5 seconds to soften it for passage through the introducer catheter. Adjust the infusion set to provide a rapid drip rate. Tighten the Touhy-Borst adapter valve to minimize reflux of saline, but not so tight as to prevent the pusher wire from advancing freely.

NOTE: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.

12. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein, allowing the saline infusion to flow into the IVC for a few seconds. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.

## Advancement of Filter, Illustrated



HOLD HAND STATIONARY

FIGURE B — Grasp Wire, Push Forward

FIGURE C — Release Wire

FIGURE D — Move Hand Backwards

FIGURE E — Re-grasp Wire

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153648
LMD1

13. Advance the Filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the Filter with each forward motion of the pusher wire (Figures B-E). *Do not pull back on the pusher wire, only advance the pusher wire forward.* For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

14. Continue forward movement of the pusher wire until the Filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

### Filter Release/Deployment

15. Deliver and release filter as described below:

Figure F: Firmly hold the pusher wire handle.

Figure F-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

NOTE: Do not deliver the Filter by pushing it beyond the end of the introducer catheter. Instead, unsheath the stationary Filter by withdrawing the introducer catheter as described below.

### Filter Release, Illustrated



**FIGURE F**

**FIGURE F-1**

**FIGURE G**

**FIGURE G-1**

Pull Hand Back

Hold Hand Stationary

**FIGURE H**

**FIGURE H-1**

Now release the Filter by unsheathing it in the IVC as follows:

Position the Filter tip 1 cm below the lowest renal vein.

Figure G: With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter.

Figure G-1: Unsheathing of Filter in IVC.

Figure H: The position of the hands at the completion of the unsheathing process.

Figure H-1: The Filter deployed in the IVC.

16. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and delivery catheter assembly and pulling back on the pusher wire.

17. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153649
LMD1

*Follow-up Venacavogram*

18.  A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30 mL of contrast medium at 15 mL/s).

19.  Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

## OPTIONAL PROCEDURE FOR FILTER REMOVAL:

### Removal of Recovery Filter

> **CAUTION: It is strongly recommended that removal of the Recovery® Filter be done using the Recovery Cone® only.**

### Equipment Required

The following equipment is required for use:

- One *Recovery Cone®* Removal System that contains:
    - One 75 cm, 10 French I.D. delivery sheath and dilator set
    - One Y-adapter with *Recovery Cone* and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

### Clinical Experience

The *Recovery* Filter has been used in Canada by a single investigator and two colleagues at six Toronto area hospitals in 58 subjects, under the Special Access regulations. Although essentially only one physician used the device, removal was performed by three physicians with different support staff and imaging equipment. Of the 58 filters implanted, a total of 46 have been retrieved, 8 remain in place, and 4 patients have died with filters in place of causes unrelated to filter placement or retrieval (leukemia, cancer, polyarteritis and pulmonary aspergillosis, and hemorrhagic stroke). Time to removal ranged from 1 to 161 days, average 60 days (see histogram).



Follow-up post retrieval has been an average of 325 days (range 1-901 days). Most (n=43) were retrieved via the right internal jugular vein, but some have been via the left internal jugular vein (n=1) and a collateral vein (n=1). One was removed surgically during a cancer operation where the mass was impinging on the filter. The two methods described in the Instructions for Use were used to retrieve the filter in all but 4 cases, when a larger

9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153650
LMD1

sheath was used, or a snare loop was attempted instead of using the *Recovery Cone* system. There was one case of asymptomatic pulmonary embolism when using the larger sheath.

The only other adverse event reported was a fractured filter arm and hook. This filter was placed infrarenally in a pregnant woman during the third trimester at the level of L1-L2. The fracture was believed to be secondary to stresses due to delivery and placement infrarenally, causing severe deflection and embedding of the hook into the bony tissue of the vertebrae. The filter was retrieved, minus the hook.

Clinical Experience
*Summary Table*

| Recovery Filters Implanted | 58 |
|---|---|
| Percutaneous Filter Removals | 45 |
| Surgical Filter Removals | 1 (Concurrent to tumor resection) |
| Patient Age | 8-89 years (52 years average) |
| Reason for filter placement | |
|    Contraindication to anticoagulation | 40 |
|    Complications associated with anticoagulation | 13 |
|    Failure of anticoagulation | 3 |
|    Prophylaxis | 2 |
| Time to removal | 1-161 days (60 days average) |
| Follow-up post-removal | 1-901 days (325 average) |
| Filter Removal Complications | |
|    Technical | 0 |
|    Hook fracture secondary to stresses due to labor and birth and infrarenal placement | 1 |
|    Asymptomatic pulmonary embolism post-removal | 1 |

## Procedural Instructions

### Insertion of the Introducer Catheter

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.

2. Prep, drape and anesthetize the skin puncture site in standard fashion.

3. Select and open the *Recovery Cone* Removal System package. Open Kit A Introducer Catheter package.

4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.

5. Insert the guidewire and gently advance it to the location of the *Recovery* Filter for removal.

6. Remove the venipuncture needle over the guidewire. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

   **NOTE:** The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. *If there is significant thrombus within the filter, do not remove the Recovery Filter.*

### Recovery Cone *Insertion and Delivery*

9. Remove the cone and pusher system from Kit B.

10. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.

11. Slowly withdraw the cone into the Y-adapter to collapse the cone.

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153651
LMD1

NOTE: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be easily delivered through the catheter.

12. Connect a 500 mL bag or a syringe of saline to the sideport of the Y-adapter. Allow the saline infusion to flow around the removal cone in the Y-adapter for 5 seconds. Tighten the Touhy-Borst adapter valve to minimize reflux of saline toward the feeder, but not so tight as to prevent the pusher shaft from advancing freely.

13. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.

14. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.

15. Continue forward movement of the pusher wire until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the shaft and retracting the catheter.

## Capture of Recovery Filter

**Recovery Filter Removal**



16. The capture of the Recovery Filter is illustrated in Figures B-F:

Figure B: After the cone has been opened superior to the Filter, advance the cone over the Filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the Filter tip.

Figure C: Close the cone over the Filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

Figure D: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

Figure E: With the cone collapsed over the Filter, remove the Filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

Figure F: The Filter has been retracted into the catheter.

## Follow-up Venacavogram

17. A follow-up venacavogram may be performed after withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).

18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

## Guidewire - Assisted Technique

Due to anatomical variances with respect to the position of the Recovery Filter, guidewire assisted techniques may be used.

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153652
LMD1

### Use of a Guidewire

If it is difficult to advance the cone over the *Recovery* Filter tip, one may use a guidewire to facilitate advancement of the cone over the Filter tip.

Withdraw the introducer sheath and *Recovery* Cone shaft away from the Filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the Filter near the Filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the Filter tip, advance the cone over the guidewire to the Filter tip.

Advance the introducer sheath to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 16.

### J.   How Supplied

Each *Recovery* Filter is supplied preloaded in its storage tube. Each *Recovery* Filter is sterile and nonpyrogenic unless package is damaged or opened, and is ready to be *used for a single use only*. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, *do not attempt to re-sterilize or reload it.*

Note: After use, the *Recovery* Filter accessories and insertion supplies may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

This Product should be stored in a cool (room temperature), dry place.

### K.   Warranty

Bard warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD BE LIABLE TO YOU FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

Labeling Issue Date:

In the event 3 years have elapsed between this date and product use, the user should contact C. R. Bard, Inc. to see if additional product information is available.
(Inside U.S.: 1-800-321-4254; Outside U.S.: 1-480-894-9515)

### Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

Bard, Recovery, and Recovery Cone are registered trademarks of C. R. Bard, Inc. or an affiliate.

U.S. Patent No. 6,007,558 and 6,258,026.
Other U.S. and Foreign Patents Pending.

Copyright © 2003, C. R. Bard, Inc. All Rights Reserved.

Bard Peripheral Vascular, Inc.
Tempe, AZ 85281
Inside U.S.: 1-800-321-4254
Outside U.S.: 1-480-894-9515



0086

EEA Authorized Representative:
Bard Limited
Crawley, UK
RH11 9BP

12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00153653
LMD1

# EXHIBIT 42

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix

1 of 13

CONFIDENTIAL

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Reference No. | Special Access Pt #13 | 6103120044 | 51046000AD | 2988 | 3008 | 5204 |
| Chronol. Category | | B | B | B | B | A |
| Hospital | Mt. Sinai Hospital | Northwest Regional Hospital | Scripps Mercy Hospital | Memee Downing-stad Hospital | Oregon Health Science University | Baptist Memorial Hospital East |
| Hospital Address | Toronto, Canada | Margate, FL | San Diego, CA | Safety Harbor, FL | Portland, OR | Memphis, TN |
| Physician | Dr. Murray Asch | Dr. Juliar | Dr. Kevin Sassouchez | Dr. Jerry Niesnewicz | Dr. John Kaufman | Dr. Phillip Zem |
| Sales Rep | N/A | P. MacDonald | C. Goodwin | John Buckley | Kathleen Spezie | Jason Greer |
| Sample Retained | Yeah! HMT | No. Retained at hospital | No. Retained at hospital | Yes. DVP 12571 | Attached filter removal unsuccessful. Other filter remains implanted | No. Retained at Hospital |
| Date of Implantation | 10/3/2002 | 12/2/2003 | 11/6/2003 | 10/2/2003 | 12/1/2000 | 10/7/00 |
| Date of Event | 4/16/2002 | 12/20/2003 | 2/23/2004 | 5/7/2004 | 3/22/2004 | 4/7/2004 |
| Date Reported to Brand | 2/16/2004 | 12/27/2003 | 3/1/2004 | 3/17/2004 | 3/22/2004 | 4/7/2004 |
| Date Info. Submitted | N/A | 1/21/2004 | 3/19/2004 | Unknown | 3/22/2004 | 5/11/2004 |
| Lot No. | 16814V | Unknown | Unknown | 4/16/2004 | 4/21/2004 | Unknown |
| Filter Retrieval | Pregnancy | Unknown | Unknown | 07/0N2505 | 07H1/2009 | Unknown |
| | | | | Prophylactic | Prophylactic | Prophylactic |
| Clinical Pt. History | Detached arm remall after the patient delivered a baby. | Unknown | Unknown | Filter placed for bariatric procedure - open gastric bypass procedure | Unknown | Patient was in ICU for a long period of time before this procedure. Patient had numerous venous lines in and out during course of treatment |
| Sex | F | F | M | F | F | F |
| Wt. and Height | Unknown | Unknown | Unknown | Unknown | 21 | Unknown |
| Hosp. Placement | Yes | Unknown | Unknown | 296 lbs / 5'4" | Unknown | Unknown |
| | | | | Unknown | Unknown | Unknown |
| Device | CT Scan | Unknown | Unknown | Vena Cava gram | Vena Cava gram | Unknown |
| | 51 | 61 | 65 | 141 | 11 | 183 |
| | Yes | Yes | Yes | Yes | Yes | Yes |
| | | | | | | |
| Patient Details | 20mm | Filter and arm removed, no pt injury | Unknown | 28.8 mm | Unknown | Normal heart rhythm. 1 arm in Rt. Ventricle. Pt Zem consulted with Dr. Kaufman. Both doctors agreed. No removal needed. |
| Filter Information | 4/16/2002 | 12/20/2003 | 3/24/2004 | 3/17/2004 | As prophylactic | 4/7/2004 |
| Type | CT Scan | Yes | Yes | Yes | Filter remains implanted | No. Photos |
| | (1) Hook | None | (1) Arm | (1) Hook | | (1) 21.6mm Arm |

CONFIDENTIAL

BPV-17-01-00035618

LMD1

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

2 of 13

| | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|
| Comparison No. | 8979 | 8971 | 7288 | 10438 | 10962 | 11142 |
| Claimant Category | B | B | A | B | G | A |
| Account | St Luke Episcopal Hospital | St Luke Episcopal Hospital | Milton Hershey Medical Center | Santa Clara Valley Medical Center | Methodist Hospital | John Peter Smith Hospital |
| Account Address | Houston, TX | Houston, TX | Hershey, PA | San Jose, CA | Dallas, TX | Fort Worth, TX |
| Physician | Dr. Barry Toombs | Dr. Barry Toombs | Dr. Frank Lynch | Dr. Lebowitz | Dr. Ken Kohlmyer | Dr. Skoblp |
| Sales Rep | Nancy Bakik | Nancy Bakik | Scott Hughes | Matt George | Brooks Gillette | Brooks Gillette |
| Body Involved | Yes, CMP 12915 | Yes, CMP 12914 | Yes, CMP 12915 | Yes, CMP 13138 | Yes, CMP 13141 | Yes, CMP 13385 |
| Date of Implantation | 2/24/2004 | 5/17/2003 | 8/29/2003 | Mar-04 | Apr-04 | 2/16/2002 |
| Date Recovery Filter Imb | 4/26/2004 | 12/24/2003 | 4/27/2004 | 5/19/2004 | 5/27/2004 | 6/9/2004 |
| Date of Presentation | 4/26/2004 | 4/26/2004 | 4/27/2004 | 5/19/2004 | 5/27/2004 | 6/9/2004 |
| Date Limb Presentation | 5/24/2004 | 5/24/2004 | 5/27/2004 | 5/27/2004 | 6/11/2004 | 6/3/2004 |
| ID/FDA | 073VN02447 | 073VN08924 | Unknown | Unknown | Unknown | GF0553102 |
| Filter Indication | Unknown | Unknown | PE | PE in halo traction | Prophylactic | Prophylactic |
| Other Pathology | Unknown | Unknown. This was first event for this account. Second incident (RSFQ) prompted this report to us. | Admitted Sept 2003 for intracranial seizures during hospital stay. Developed PE and filter was placed. Had emergency laparotomy 2 weeks prior to filter removal | Patient is sprayed prior to mode chow | Filter placed prior to gastric bypass surgery | Trauma Pt., Auto Accident |
| Posture at Time of Event | Unknown | Unknown | 28 | 18 | Unknown | 17 |
| Sex | Unknown | Unknown | F | F | F | M |
| Wt and Height | Unknown | Unknown | ~95 lbs | ~95 lbs | 500 lbs | Unknown |
| Manner Presentation | Unknown | Unknown | Yes | Unknown | Unknown | Yes |
| Pains Related Symptoms | Unknown | Unknown | None | None | None | Pain on removal |
| Diagnosed Results | Vena cava gram | Vena cava gram | Vena Cava Glam | Vena Cava Glam | Unknown | Vena Cava Gram |
| Days of Displacement | 60 | 129 | 207 | 60 | Unknown | 47 |
| Classified Finding | Yes | Yes | Yes | Yes | Yes | Yes |
| Location of limb not Embolized | Hook not seen on X-ray | Hook not seen on X-ray | 1-Arm perpendicular to the cava wall | 1-Arm seen moving up and down in cava when the pt inhaled and exhaled | Unknown | 1-Arm in left middle lobe of lung. 1 Arm location unknown |
| Location of limb that Embolized | One missing hook from leg not seen on X-ray | One missing hook from leg not seen on X-ray | 1-Arm is firmly attached to cava just below neck. 1 arm with seen on film in right lung. | Detached film was removed in the Recovery Cone when the filter was removed. | 1- missing hook from leg not seen on X-ray | 1-Arm moved and removed from lung. 1- arm location unknown (impression the nurse dropped on the floor) |
| Cave Rate | Unknown | Unknown | Unknown | Unknown | Unknown | 22.22mm |
| Patient Outcome | Asymptomatic | Asymptomatic | Asymptomatic | Asymptomatic | Asymptomatic | Filter removed on 6/03 by Dr. Prentice |
| Date of Presentation | 4/26/2004 | 12/24/2003 | 4/27/2004 | 5/19/2004 | 5/21/2004 | 6/23/2004 |
| Fibs | No | No | Yes | Yes | No | Yes |
| Additional Segments | (1) 3.8mm Hook | (1) Hook | (2) Arms | None | (1) Hook | Possibly (1) Arm |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detailed Limbs - Patient Comparison Matrix

CONFIDENTIAL

3 of 13

| | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|
| | 1/086 | 12647 | 12848 | 12934 | 13938 | 15641 |
| Defendant Category | B | A | B | A | A | B |
| Account | McKay Dee Hospital | Medical College of Ohio | Mercy General Hosp | Memorial Health Univ Med Ctr | Christiana Hospital | Santa Clara Medical Center |
| | Ogden, UT | Toledo, Ohio | Muskegon M | Savannah, CA | Newark, DE | San Jose, CA |
| Physician | Dr. Paul Sorensen | Dr. Xavier Hazzal | Dr. David Kaufman | Dr. Jerry Goth | Dr. Mark Garcia | Dr. Montoun |
| Sales Rep | Ben Hopgood | Mike Timco | Dave Bruchers | Melanie Videos | Scott Hughes | Nick George |
| Sample returned | Yes 1 arm, Sample missing 1 arm & 1 hook | No | No | No | Yes, CMP 13500 | Yes, CMP 13500 |
| Date of Implant | 6/9/2004 | Jan 04 | 4/2/2004 | 12/22/2003 | May 04 | Apr 04 |
| | 5/4/2004 | 6/17/2004 | 6/21/2004 | 6/21/2004 | 6/29/2004 | 1/7/2004 |
| | 7/8/2004 | 7/16/04 | 9/21/2004 | 6/21/2004 | 6/30/2004 | 7/14/2004 |
| | Unknown | Unknown | 7/2004 | 7/2004 | 7/28/2004 | 3/11/2004 |
| | | | Unknown | Unknown | Unknown | Unknown |
| Filter Indication | Prophylactic | Prophylactic | Prophylactic | Anticoagulants contraindicated | PE post pelvic surgery | Prophylactic |
| Other Pt. History | Trauma Pt. Bilateral Femoral fractures, Pelvic Fracture | Retinal Ivn in a motor vehicle accident. Multiple injuries | Pt had gastric bypass surgery after filter placement on Jan. 20th | GI bleeding | Pt went abnormal during Yoga session | Port Sorrel Cord Injury |
| Pt Age at Time of Event | 17 | 17 | 33 | | 53 | |
| Sex | F | F | F | Unknown | F | Unknown |
| Wt / Ht / Hand | 108 lbs | Unknown | 429 lbs | Unknown | Unknown | Unknown |
| Medical Placement | Yes | Yes | Yes | 1 leg "slightly engorged", 1 arm below left renal | Unknown, Filter placed at machine Hosp, PA | Unknown, filter placed at machine hospital |
| Adverse Event Symptoms | None | None | None | Chest Pain, "unrelated to arm detachment" | SOB, "Passed out", cardiac arrhythmia, history, atrial perforation | None |
| | Vena Cava Gram | X-Ray | Vena Cava Gram | CT | Cardiac Cath / Chest X-ray | Cava Gram |
| | 215 | 163 | 60 | 181 | 51 | 02 |
| | Yes | Yes | Yes | Yes ? | No | Yes |
| Location of Limb/Strut Fracture | 1-Arm Embedded in cava wall, 2cm above the filter | 2-Arms need to be removed via portal to cava well just prior to removal | 2-Arms bent upwards, and filter was slightly tilter (tilted) cranially | 1-Arm in RIGHt ventricle | 1-Arm punctured heart wall | 1-to 2 3cm filter arm, filter at a 30 degree angle. Filter wall and filter missing |
| | 4-Arm Embedded in cava wall, 2cm above the filter | 2-Arms in the pulmonary circulation | 1-Arm detached and embedded with the filter, 1-arm embedded in vena cava, below IVN annulus | Unsuccessful filter (not arm) removal at SOB, 1-arm remains in IVN annulus | Branches and arm surgically removed from heart prior to pericardiocentesis (filter removal) | All limbs removed with filter in bed 1-limb missing |
| Case Status | Unknown | Unknown | Unknown, but "on upper limits of normal" | Unknown | Unknown | Unknown |
| Patient Disclosure | Asymptomatic | Patient is asymptomatic, no bleeding, no arrhythmia | Asymptomatic | Unsuccessful removal, remains unplanned | Had open heart surgery on 6/30 to remove the one arm which punctured the heart wall, the arm was removed with difficulty | Asymptomatic |
| | 6/9/2004 | 4/17/2004 | 6/21/2004 | | 7/1/2004 | 7/17/2004 |
| X-ray | Yes | No | No | Yes | Yes | Yes |
| Retrieval Attempt | (1) Arm, (1) Hook | (2) Arms | Filter, (1) Arm | None | None | 1-Hook |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00035620

LMD1

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix

CONFIDENTIAL

4 of 13

| | | | | | | |
|---|---|---|---|---|---|---|
| **Complaint / Benefit** | 99 | 26 | 24 | 22 | 23 | 24 |
| **Contact ID** | 15779 | 16999 | 19545 | 18827 | 2906 | 21295 |
| **Complaint Category** | B | A | B | B | B | B |
| **Account** | West Allis Memorial Hospital | University Community Hospital | DCH Regional Medical Center | Medical College of Georgia | Oklahoma Medical Center | University Hospital of Cleveland |
| **Account Address** | West Allis, WI | Tampa, FL | Tuscaloosa, AL | Augusta, GA | Danville, PA | Cleveland, OH |
| **Physician** | Dr. Peter Drescher | Dr. Marji VanEtten, IR Interventional Radiologist | Dr. Barron Speed | Dr. Bill Bates shattered the fracture He performed implanted the filter | Dr. James Elmore | Dr. Aaron Burn |
| **Sales Rep** | Tim Fisher | John Bleakley | Rees Williamson | Briana Wace | Larry Rebe | Michael Buzzo |
| **Service Returned** | Yes, CNF 15615 | No, patient's spouse retained the detached wire | Yes | No | Remains implanted | Yes |
| **Date of Event** | May-04 | 4/5/2004 | 2/11/2004 | Apr-04 | 2/11/2004 | Mar-04 |
| **Date Returned to BPV** | 7/13/2004 | 8/10/2004 | 8/24/2005 | 9/21/2004 | 9/2/2004 | Jun-04 |
| **Date Filter Implanted** | 7/15/2004 | 8/16/2004 | 8/25/2004 | 9/22/2004 | 9/2/2004 | 9/7/2004 |
| **Date Filter Retrieved** | 8/11/2004 | 9/9/2004 | 9/2004 | 9/2004 | 9/2/2004 | 10/1/2004 |
| **MDR No.** | Unknown | Unknown | Unknown | Unknown | UNKNOWN | Unknown |
| **Filter Indication** | Explanting doctor did not know | Unknown | Prophylaxis prior to knee surgery | DVT | Prophylactic prior to orthopedic surgery on leg | DVT |
| **Clinical History** | Unknown. The explanting doctor did not explant the filter | Filter was explanted on 5/24/04 Patient returned to the hospital. About 10 with blood in the pericardium and swine in the heart | Motor Vehicle accident - multiple trauma | C Section 5 months ago. Returned to hospital in Aug. with unstable angina C.A. and fractured anteroseptal infarction of bu. Nephrostomy tube. | Cranial Trauma | History of DVT |
| **Age at Time of Event** | Unknown | 34 | 24 | 31 | 19 | Unknown |
| **Age** | Unknown | F | M | F | M | Unknown |
| **Sex** | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| **Migration?** | Unknown. Filter placed by another doctor | Yes | Unknown | Pt. had filter inserted at time of placement. Filter had to be placed above the renal. | Yes | Yes. Placed 1cm below lowest renal vein. |
| **Adult Patient Symptoms** | None | Syncope | None | Renal filter related | None filter related | Unknown |
| **Clinical Symptoms** | Cava Gram | | Cava Gram | | Cava Gram | Cava Gram |
| **Days in Department** | 61 | 27 | 194 | 67 | 98 | |
| **Removal Info** | Yes | No | Yes | 122 | Yes | Yes |
| **Location of Detached Piece** | 1 leg seen on X-ray before 1/3 way down shaft | 2.3 cm length device with a 30 degree bend seen in the heart | Not seen | 1- Detached leg in lumbar vertebrae | Slightly fixed filter with detached arm | Filter was a cm below right atrium |
| **Liberation of Detached Piece** | 2/3 of leg metallic embedded in cava wall | Unknown | 1- missing hook from leg not seen on X-ray | Filter remains implanted, 1- Detached arm in cava wall next to filter | Filter remains implanted, 1- asymptomatic | 1- Detached hook not found |
| **Lead Size** | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| **Patient Diagnosis** | Asymptomatic | Pneumothorax, removal unsuccessful. Sternotomy performed 5/1/04 to remove the broken wire | Asymptomatic | Asymptomatic, Dr did not inform pt about detachment | Pt unable to remove filter Pt asymptomatic | Unknown |
| **Filter Retrieved** | 7/15/2004 | 5/24/2004 | 8/24/2004 | Remains implanted | Remains implanted | Unknown |
| **Filters** | Yes | Yes | Yes | Yes | Yes | Jun-04 |
| **Detached Segments** | None | None | (1) Hook | Filter, (1) Detached leg | Filter, (1) Arm | None |
| | | | | | | (1) Hook |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

5 of 13

| Attribute / Property | | | | | | |
|---|---|---|---|---|---|---|
| Complaint No. | 24 | 34 | 27 | 26 | 28 | 30 |
| | 21690 | 2918R | 24046 | 24614 | 28301 | 26183 |
| Complaint Category | B | A | B | B | B | B |
| Location / Hospital Address | Potter Alderman hospital, Denver CO | Univ. CA at Davis, Sacramento CA | St. Joseph's hospital, Tampa FL | Bradford Teaching Hospital, Bradford UK | Hartford Hospital, Hartford CT | University of Cleveland Hospital, Cleveland OH |
| Physicians | Dr. Donald Yee | Dr. Ohta | Dr. Glen Stambo | Trevor Cleveland | Dr. Dominico Zambuto | Dr. Mark Bandi |
| Sales Rep | Ben Hogood | Allan Walsh | John Buckley | Ramin Barlow | Zack Hauck | Mike Cuzzo |
| Device Released | Yes | No | Yes | Yes | No | No |
| Date of Implantation | 7/11/2004 | Jan-04 | 44 months prior to event | Unknown | 8/11/2004 | 5/20/2004 |
| Date of Injury | 8/17/2004 | 5/20/2004 | 10/6/2004 | 10/7/2004 | 10/22/2004 | 10/25/2004 |
| Date Reported to FDA | 8/17/2004 | 5/20/2004 | 11/9/04 | 10/11/2004 | 10/22/2004 | 10/25/2004 |
| Date MDR Submitted | 10/14/2004 | 10/25/2004 | 11/9/04 | 11/17/2004 | 10/22/2004 | 11/22/2004 |
| Use | Unknown | 2/14/2005 | Unknown | 11/17/2004 | 07/06/2570 | 07/02/340 |
| Filter Indication | DVT | Prophylactic, Trauma Pt | Prophylactic | Prophylactic for an orthopedic procedure | Toll of DVT due to extensive vein compression from pregnancy | Risk of DVT, Pregnancy |
| Clinical Pt History | Knee Surgery | Pt. was in biological treatment while in the hospital | Lysis of iliac clot | History of DVT and PE | If filter placed when it was 8 months pregnant. Pending 7 - Vaginal delivery or C-Section | Vaginal Delivery Post Filter placement? |
| Pt Age at Time of Event | Mid 20's | 40 | 42 | Unknown | 15 | 30 |
| Sex | F | F | F | F | F | F |
| Weight of Patient | Unknown | Unknown | Unknown | Unknown | 145 lbs | Unknown |
| Initial Placement? | Yes | Yes | Yes | Yes | Intra-femoral placement | Placed below the illiac |
| Procedural Symptoms | None | Chest Pains | None | None | none | None |
| Diagnostic Imaging | Cava Gram | CT | CT | Cava Gram | Cava gram, CT | Cava Gram |
| How it Discovered | 65 | 24? | 4-6 Months | Unknown | T2 | 12.0 |
| Residual Piece? | Yes | No | Yes | Yes | Yes | Yes |
| Location of Filter and Complications | Apex of Filter tilted and slightly tipped into cava wall | Heart | 1 arm could not be seen on CT in arm pointing posterior, penetrating abdomen or chest | 1 Arm pointing posterior, penetrating cava wall | 1 leg detached from filter seen on Cava gram next to filter > detach seen by hook | 1 - Detaches arm in cava wall near the liver |
| Location of Limbs Post Removal | 1 - Detached hook not found | Arm removed surgically from heart | 1 - Arm missing Location? Dr. stated the arm could not be seen on initial placement films | All parts removed | 1 - Detached leg reported as migrated. Location: Leg vein inside 1 branch | 1 - Detached arm in cava wall near the filter. Filter remains, arm detached |
| Ease, Size | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| Patient Outcome | Asymptomatic | Asymptomatic | Asymptomatic | Fine | Asymptomatic | Asymptomatic |
| Filter Removal/Status | Remains implanted | Remains implanted | | Remains implanted | Remains implanted | Remains implanted |
| Date | 9/17/2004 | Yes | 10/6/2004 | 10/12/04 | Yes | Yes |
| Product Disposition | Yes | Yes | Yes | Yes | Yes | Yes |
| | (1) Hook | Filter minus (1) Arm | (1) Arm | None | (1) Leg, (1) Hook | Filter (1) Detached Arm |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

6 of 13

| | | | | | | |
|---|---|---|---|---|---|---|
| **Complaint No.** | 21 | 32 | 33 | 34 | 35 | 36 |
| **Complaint Category** | A | B | A | B | B | D |
| **Account** | Mesa General Hospital | Verde Valley Hospital | Mass General Hospital | Univ. of PA | Cleveland Clinic | Univ. Medical Center |
| **Account Address** | Mesa, AZ | Reno, NV | Boston, MA | Philadelphia, PA | Cleveland, OH | Las Vegas, NV |
| **Physician** | Dr. E.Frazier | Dr. John Hanson | Dr. Stephen Wixey | Hugh McGee | Mike Galas | Unknown |
| **Sales Rep** | Kevin Haslem | Alison Walsh | Paul Bowers | Jimmy Solomon | Edward Cronkwell | Unknown |
| **Sample Inserted** | No | Yes | No | Yes | Yes | Yes |
| **Date of Implantation** | Unknown | 3/1/2004 | 2003 | 2004 | 10/5/2004 | 7/19/2004 |
| **Date of Event** | 10/28/2004 | 11/1/2004 | 1/7/2004 | Unknown | 12/11/2004 | 12/17/2004 |
| **Date Reported to Bard** | 10/23/2004 | 11/1/2004 | 12/9/2004 | 12/13/2004 | 12/21/2004 | 12/17/2004 |
| **Date Rept. Submitted** | Unknown | 11/22/2004 | 1/5/2005 | 1/1/2005 | 1/17/2005 | 1/14/2005, 11/2/2006 |
| **Lot No.** | Unknown | CF00585 | UNK | Unknown | Unknown | Unknown |
| **Prod Indication** | Unknown | Prophylaxis-Trauma | Pelvic Trauma | Unknown | Unknown | Trauma |
| **Other Pt History** | If she was placed line note but out of state, Dr didn't know any patient history. | Trauma to Liver and Spleen in ICU post filter placement | Pelvic Surgery prior to filter placement | Unknown | Unknown | Unknown |
| **Pt Age at Time of Event** | Unknown | 60 | Unknown | Unknown | 50 | Unknown |
| **Sex** | Unknown | F | M | Unknown | F | Unknown |
| **Wt (lbs) at event** | Unknown | 145 lbs | Unknown | Unknown | Unknown | Unknown |
| **Medical (Paradies?)** | Unknown | Unknown | Unknown | Unknown | Yes | Unknown; Patient in another Hospital |
| **Post Implant Symptoms** | None | None | None | None | None | None |
| **Cava Size** | Cava Gram | Cava gram | CT | Cava gram | Cava gram | Cava green |
| **Cava Diameter (Ref mm)** | Unknown | 62 | Unknown | Unknown | 80 | 15 |
| **Retrieval (Y/N)** | Yes | Yes | Yes | Yes | Yes | Yes |
| **Location of Limb on X-ray/Retrieved** | Detached the filter | 1. Detached wire outside of the cava, attached to cava wall near the filter. | 1. Detached leg in cava wall. 1. Detached leg in transcaval line process. | 1.Detached arm in the filter apex, attached to the cava. | View to filter in the original placement location | Unknown |
| **Location of Limb Post Removal** | 1- Detached Arm in Left Pulmonary Artery | 1. Detached arm outside of the cava, attached to cava wall near the filter | Same as above. Additional attached leg re-hooked near the cava wall | Detached arm structure in the cava, 2004. Filter successfully removed 3/22/2006. Sample retrieved, found with 1 missing arm and 3 hooks. | Detached arm and filter removed. Hook mis-erg | 1- Detached Limb was removed with a entire Arm if limb was retrieved |
| **Client Story** | Unknown | Normal | Unknown | Unknown | Unknown | Unknown |
| **Patient Outcome** | Asymptomatic | Asymptomatic | Currently fine | Unknown | Asymptomatic | Asymptomatic |
| **Filter Removal Indica** | 10/28/2004 | 11/1/2004 | Remains impaired | 3/22/2005 | 12/17/2004 | 12/17/2004 |
| **Fate** | None | Yes | No | No | Yes | No |
| **Retrieval Scenario** | (1) Arm | (1) Arm, (1) Hook | Filter, (2) Detached legs | Piece3e/x(3) Hooks | (1) Hook | None |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00035623

LMD1

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

| | 37 | 30 | 38 | 46 | 45 | 42 |
|---|---|---|---|---|---|---|
| Customer Category | 27982 | 20442 | 35340 | 34666 | 34663 | 34656 |
| Website | A | A | B | A | B | A |
| Account Address | St Joseph's Mercy Hosp. | St Joseph's Med Center | Brigham Medical Center | St Rita's Med Center | St Rita's Med Ctr | University of Chicago |
| Physician | Ypsilanti, MI | Phoenix, AZ | Plainfield, MA | Lima, Ohio | Oak Lawn, IL | Chicago, IL |
| Sales Rep | Michael Serioti | Philip Lemee | Kevin McDonald | Faren Krenner | Martin Borders | Dave Funoki |
| | Dave Bourbeau | Kevin Hestin | Zach House | Jennifer Krenner | Tim Rieinger | Tim Rieinger |
| Temperature | No | Yes | No | Yes | No | No |
| Date of Implantation | Feb-04 | 4/23/2004 | | 5/14/2004 | 8/21/2004 | Unknown |
| Day of Event | 12/27/2004 | 1/22/2004 | 10/14/2004 | 1/25/2005 | 1/26/2005 | Unknown |
| Date Reported to FDA | 12/27/2004 | 1/4/2005 | 1/14/2005 | 1/20/2005 | 1/20/2005 | 1/2/2005 |
| Date MDR Submitted | 1/2/2005 | 1/31/2005 | 1/31/2005 | 2/4/2005 | 2/25/2005 | 2/25/2005 |
| Filed | Unknown | 07043456 | Unknown | 08/211525 | Unknown | Unknown |
| Filed Validation | Trauma | DVT | Bilateral Pulmonary Emboli | Recurrent PE | Prophylactic | Unknown |
| Detail PH History | Unknown | Brain Tumor, Hypertension, Chronic aneurysm d/ebeng | Unknown | Dr. stated he felt the filter was at the Gastric Bypass surgery, December 2004 | | Unknown |
| Age at Time of Event | 50+ | 58 | 57 | 45 | 52 | |
| Sex | M | F | M | F | F | |
| Reported Weight | 197 lbs | Unknown | Unknown | "Average Built" | | Unknown |
| Retrieval Placement | Unknown | Unknown | Yes, at L1-L2 | Yes | Morbidly Obese, 350 lbs | Unknown |
| Post Implant Symptoms | None | Abdominal Pains since filter implant (none since filter removed) | None | Chest Pain | Chest Pains, Weakness, Vomiting | Unknown |
| Diagnostic Analysis | Cava gram | Cava gram | Cava gram | CT | Chest X-ray | Unknown |
| Days to Detachment | 365 | 181 | 92 | 128 | 215 | Unknown |
| Worsened Fracture | Yes | No | Yes | No | No | Unknown |
| Location of filed out at implanted | All components were on the filter prior to removal anime | 1-Arm detached, next to filter in one vena cava | 1-Leg detached, performing cava wall. Filter had migrated 4cm caudate | Filter had migrated to the right atrium, 1 location at 1-Hook | Filter w/ fragments in lung; 1 fragment around segment in lung | 1-Arm detached and one shown in lower lobe of lung. Filter remains implanted. |
| Location of limb that detached | 1 Arm in each lung | 1-Arm detached, next to filter in one vena cava; 1-Arm in the lung?; Hook | 1-Leg Removed with Snare | Unknown location of Hook | 1-Arm migrating at autopsy | 1-Arm detached and one shown in lower lobe of lung. Filter remains implanted. |
| Clinic Sites | Unknown | Unknown | Unknown | 14.7 mm at implant, 23.7mm on 1/20/05 | Unknown | Unknown |
| Patient Outcome | Asymptomatic | Asymptomatic | Asymptomatic | Patient at door hear surgery to remove the filter. Asymptomatic post removal. | Unknown | Unknown |
| Filed Performance | 12/27/2004 | 12/23/2004 | Remains implanted | Yes, 1/31/2005 | At autopsy | Remains implanted |
| Parts | Yes | No | None | No | No | No |
| Foreign Support | (2) Arms | (2) Arms, (1) Hook | Filter stays, (1) Leg | (1) Hook | None | Filter, (1) Detached Arm |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00035624

LMD1

11/1/2005

Recovery Filter Detached Limbs – Patient Comparison Matrix
CONFIDENTIAL

| | 43 | 44 | 45 | 46 | 47 | 48 |
|---|---|---|---|---|---|---|
| **Customer Number** | 39077 | 34086 | 38371 | 37165 | 37115 | 39541 |
| **Customer Category** | B | A | A | B | | A |
| **Source** | Cornell University Hospital | Christiana Hospital | Reading Hospital | Evanston Hospital | Northwest Regional Hospital | Cornell U/w Medical College |
| **Account Address** | New York, New York | Newark, Delaware | Reading, PA | Evanston, IL | Margate, FL | New York, NY |
| **Physician** | David Trost | Mark Garcia | Robert Guay | Frank Saccaro | Watian Julian | David Trost |
| **Sales Rep** | Barry Bragg | Ted Carsten | Ted Carsten | Doug Kaufman | Marne Scordo | Barry Bragg |
| **Service Referral** | No | No | No | Yes | Yes | No, pending implanted |
| **Date of Event** | 1/22/2004 | 11/12/2004 | 10/27/2004 | 8/9/2004 | 10/1/2004 | Sept 2004 |
| **Date Reported by Field** | 1/25/2005 | 2/1/2005 | 2/14/2005 | 2/14/2005 | 2/21/2005 | Sept 2004 |
| **Date MDR Reported** | 3/6/2005 | 2/8/2005 | 2/14/2005 | 2/14/2005 | 2/22/2005 | 3/11/2005 |
| | 3/9/2005 | 1/9/2005 | 3/14/2005 | 3/14/2005 | 3/24/2005 | 5/25/2005 |
| **UK No.** | Unknown | CFDF6655 | CFDF6651 | CFDF6654 | CFDF6252 | Unknown |
| **Filter Indication** | PE | DVT | Prophylactic | Prior to Knee Surgery | DVT | Unknown |
| **Other(s) History** | Unknown | DVT, Bilateral Lower Extremities, Hip Fracture | Unknown | Excellent Condition/Football player | Gastric Bypass Surgery | Cancer (DVT, PE, prior removable filter implanted and removed successfully) (details unknown) |
| **Bi-Para Height/Weight** | | | | | | |
| **Sex** | Unknown | 80 | 58 | 21 | 40 | 30 |
| **Age/Height** | Unknown | Unknown | F | M | F | F |
| **Medical Procedure(s)** | Yes | Yes | Unknown | Unknown | Mostly Obese | "not obese" |
| **First Instance of Symptoms** | None | Unknown | Unknown | None | Yes | Unknown |
| **Diagnosis/Incident** | None | Unknown | Unknown | None | No | Unknown |
| **Reviewed Patient** | Cave graft | Cave graft | Cave graft | Cave graft | Cave graft | Yes |
| | 39ft | 79 | 110 | 140 | 22 | 160 |
| | Yes | Yes | Yes | Yes | Yes | Yes |
| **Location of Each of Implantation** | 1-Leg noted 5mm above the filter | 2-Arm in Right Ventricle | 1-Arm in the cava wall, 1-Arm in the smudge valve | *2 of it high in cava wall, next to filter | 1-Arm in Pulmonary Artery | 1-Arm in Right Atrium |
| **Location of Detached Fragments** | Removes on 1/25/05 | 2-Arms in Right Ventricle Filter remains implanted | 1-Arm in the cava wall, 1-Arm in the scupped valve | 1/2 of a leg in cava wall | 1-Arm in Pulmonary Artery | 1-Arm in right atrium filter remains implanted |
| **Device State** | Idem | Less than 20mm | 14mm | 14mm | "Normal" | Unknown |
| **Patient Outcome** | Asymptomatic | Unknown | Unknown | Asymptomatic | Unknown | Unknown |
| **Related Outcome** | Unsuccessful removal, remains in place | | | | | |
| **Filter Recommendation** | 2/5/2005 | 2/14/2005 | 2/14/2005 | 2/18/2005 | 10/1/2004 | Remains implanted |
| **Filter** | Pending | Pending | Pending | Yes | Yes | Yes |
| **Related Explored** | None | Filter (1) Detached Arms | (2) Arms | (1/2 of (1) Leg | (1) Arm | Docto is bending Arm Filter, (1) Detached Arm |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix

CONFIDENTIAL

9 of 13

| | | | | | |
|---|---|---|---|---|---|
| 48 | 60 | 66 | 63 | 63 | 54 |
| 49915 | 41179 | 41766 | 46911 | 46911 | 45493 |
| A | A | B | A | A | B |
| Hopital Charles Lemoyne | Mercy Health Systems | Henry Ford Hospital | Pitt County Memorial Hospital | Parkland Memorial Hospital | North Fulton Regional Hospital |
| Greenfield Park, QC Canada | Darby, PA | Detroit, MI | Greenville, NC | Dallas, TX | Roswell, GA |
| Dr. Martin Patnoude | Dr. Simmons | Dr. Adam Greenbaum | Dr. Chris Thomas | Dr. Jorge Lopez | Dr. Doug Byrd |
| Guy Turquette | Hugh Magee | John Timco | Earl Hosman | Brooks Gillette | Bill Crosby |
| No | No | No remarks implanted | No | Unknown | No remarks implanted |
| 6/11/2004 | 12/23/2004 | Feb 2005 | 4/8/2004 | Unknown | June 2004 |
| 3/21/2005 | 3/30/2005 | 4/5/2005 | 4/26/2005 | Unknown | 3/12/2005 |
| 3/22/2005 | 3/27/2005 | 4/26/2005 | 4/22/2005 | 5/12/2005 | 5/1/2005 |
| 4/21/2005 | 4/21/2005 | 4/11/2005 | 5/2/2005 | 5/20/2005 | 6/5/2005 |
| GF0E0312 | GF0E0312 | Unknown | GF0E03102 | Unknown | Unknown |
| Polynoms present not responsive to antiangiotherapy | Unknown | Prophylactic | Multiple Abnormal from MVA | Unknown | Pregnancy, DVT |
| None other than Post Polynoma | Unknown | Kidney replacement patient, numerous pts lines and catheters placed during indwell period | Unknown | Unknown | Patient gave birth during indwell period |
| 25 | 26 | 26 | 50 | Unknown | Unknown |
| M | F | F | F | Unknown | Unknown |
| Unknown | Unknown | 140 lbs / 5'0" | "Normal" | Overweight, not medicby above | Unknown |
| Unknown | Unknown | Yes | Yes | Yes | Yes |
| Unknown | Unknown | None | Asymptomatic | Unknown | Asymptomatic |
| Yes, floor empty | Chest pain | Chest pain | Yes | CT | |
| 274 | 97 | 56 | 370 | Unknown | |
| Yes | Yes | Yes | Yes | Unknown | |
| 1-Limb separated from filter upon removal | 1-Arm in right pulmonary artery | 1-Arm in renal vein, 1-Arm in filter | 1-Hook, unknown location | Multiple (4) detached limbs, filter migrated 2cm | 1-Arm attached to sidewall |
| 1-Limb in lung successfully retrieved | 1-Arm in right pulmonary artery | 1-Arm in renal vein, 1-Arm in leg, filter remains implanted | 1-Hook, unknown location | | 1-Arm removed with stent |
| Unknown | Unknown | Asymptomatic | Asymptomatic | Unknown | Unknown |
| Asymptomatic | Asymptomatic | Symptoms resolved | Asymptomatic | Asymptomatic | Asymptomatic |
| 3/21/2005 | 3/30/2005 | 4/22/2005 | 4/22/2005 | Filter removed ver 5/17/2005 | 5/12/2005 |
| Yes | Yes | Yes | Yes | Yes | Yes |
| None | (1) Arm | Filter & (2) Detached Arms | (1) Hook | (4) Limbs | None |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

| | 85 | 64 | | 87 | 89 | 90 | 50 |
|---|---|---|---|---|---|---|---|
| Department / University | | | | | | | 10 of 13 |
| Case/Ref. No. | 47466 | 47493 | 46465 | 46513 | 47726 | 47728 | 49255 |
| Complaint Defect(s)? | A | A | B | A | A | A | B |
| Hospital | Okenga Medical Center | Tri-City Medical Center East | Pitt County Memorial Hospital | Robbing Hospital & Medical Center | South Jersey Healthcare | | Littleton Hospital |
| Hospital Location | Danville, PA | Oceanside, CA | Greenville, NC | Reading, PA | Vineland, NJ | | Centere, CO |
| Physician | Dr. James Elmore | Dr. Justin Gooding | Dr. Earl Cherry | Dr. Richard Duncan, Jr. | Dr. Michele Wheri | | Dr. Ken Bing |
| Sales Rep | Larry Relle | Chris Goodloe | Brett Holmleer | Rickert (Tex) Carden | Tory Denicola | | Ben Haywood |
| Sample Received | | | NS | No | No | | No |
| Date of Implantation | 11/26/2004 | Nov 2004 | Sept 2004 | 10/2/2005 | Nov 2004 | | May/05 |
| Date of Event | 6/1/2005 | 6/1/2005 | 6/1/2005 | 6/14/2005 | 14-Jun | | 5/16/2005 |
| Date reported to Bard | 6/1/2005 | 6/1/2005 | 6/14/2005 | 6/14/2005 | 14-Jun | | 5/16/2005 |
| Date MDR Submitted | 6/29/2005 | 6/29/2005 | 6/14/2005 | 7/1/2005 | | | 7/12/2005 |
| Lot No. | Unknown | Unknown | Unknown | 7/1/2005 | Unknown | | GPO JO40 |
| Filter Indication | Trauma resulting multiple orthopedic surgeries | DVT | Prophylactically area trauma | Prophylactory for gastric bypass | Trauma | | DVT |
| Clinical Presentation | Unknown | Back surgery patient | Unknown | Unknown | | | PE, DVT & intracranial hemorrage |
| Pt. Age at Time of Event | 76 | 61 | 71 | 76 | 52 | | 76 |
| Sex | F | F | F | F | F | | F |
| Ht/Wt | 113 lbs / 5'2" | 120 lbs / 5'8" | Average | 30c lbs | 122 lbs / 5'6" | | Average |
| Medical Placement? | Yes | Yes | Yes | Yes | Apex @ left renal | | Unknown |
| Post Implant Symptoms | Asymptomatic | Organic & chest pain | Unknown | Asymptomatic | Asymptomatic | | None |
| Post Implant Complication | Yes | Yes | Yes | Yes | Yes | | Yes |
| Device Condition | 190 | 195 | 200 | 100 | 200 | | Unknown |
| Retrieved Device Intact? | Yes | No | Yes | Yes | Yes | | Yes |
| Location of Fracture Limb(s) (if any) | 1-Arm attached to caval wall | Right ventricle | Unknown | 1-Arm embedded of inter dose | 1-Arm at right chamber with region 1-Arm near right atrium | | Cava Wall |
| Location of Embolized Removal | 1-Arm pulmonary artery | Filter remains embedded, 1-arm removed via open heart surgery | 1-Hack in caval wall, 1-hook & 1-arm unknown whereabouts | Pulmonary artery | Sams | | Filter Remains Implanted |
| Confirmed | 11mm at implant | Unknown | Unknown | Unknown | Unknown | | 20mm |
| Patient Outcome | Asymptomatic | Stable & recovering | Unknown | Asymptomatic | Asymptomatic | | Unknown |
| Filter Morphologies | Yes | Remains implanted | Yes | Yes | | | Remains implanted |
| Fixed | 6/1/2005 | Yes | 6/1/2005 | 6/14/2005 | 6/14/2005 | | Yes |
| Total Med Diameter | (1) Arm | Fractional (1) Arm | (2) Hooks & (1) Arm | (1) Arm | (2) Arms | | (2) Arms - Cava Wall |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

11 of 13

| | #1 | #2 | #3 | #4 | #5 | #6 |
|---|---|---|---|---|---|---|
| Detachment Complaint # | 66 | | | | | 66 |
| Original No. | 84529 | 80812 | 11422 | 51426 | 52165 | 52748 |
| Complaint Category | B | B | B | A | B | B |
| Refused | | | | | | |
| Received Address | Memorial Hospital | Toronto General Hospital | St. Mary's Hospital | N Kansas City Memorial Hospital | St Vincent Hospital | St Vincents Public Hospital |
| | Hollywood, FL | Canada | Blue Springs, MO | N. Kansas City, MO | Green Bay, WI | Australia |
| Physician | Patrick McDonald | Dr Rob Beecroft | Dr Dave Burcett | Dr. Soars | Dr. Zanver | Dr John Drozen |
| Sales Rep | | Maureen Doyle | David Forbes | David Forbes | Tim Fisher | Paul Buchos |
| Symptoms Received | No | No | No | No | No | No |
| Date of Implantation | 1/2005 | Oct-04 | 4/8/2005 | 3/26/2004 | Unknown | Unknown |
| Days to Event | 6/19/2005 | 6/16/2005 | 5/6/2005 | Unknown | 7/12/2005 | 5/21/2005 |
| Date MDR Submitted | 5/2/2005 | 6/21/2005 | 6/24/2005 | 7/8/2005 | 7/15/2005 | 7/18/2005 |
| Date MDR Submitted | 7/19/2005 | 7/8/2005 | 7/7/2005 | 7/21/2005 | 7/2/2005 | Pending |
| Filter Indication | Unknown | Unknown | DVT | PE | Unknown | 07/0,9/905 |
| Other Pt. History | Unknown | Unknown | Port Abdominal Surgery | Small Bowel Obstruction, Diaphragmatic Spinal Spurs | Unknown | Unknown |
| Pt. Age at Time of Event | 41 | Unknown | 47 | 57 | 22 | |
| Sex | F | Unknown | F | F | F | |
| Ht/Wt/Height | Unknown | Unknown | 105 lbs / Unk | 160 lbs / Unk | Unknown | Unknown |
| Patient Outcome(s) | Unknown | Unknown | Yes | Yes | Unknown | Unknown |
| Field Medical Procedures | None | Unknown | None | None | Unknown | Unknown |
| Days to Retrieval | Unknown | Yes | Yes | Yes | Unknown | Unknown |
| Retrieval Procedure | 155 | 30 | 30 | Unknown | Unknown | Unknown |
| | 155 | Yes | Yes | Yes | Unknown | Unknown |
| Location of Fract in Limb(s) | Unknown | Unknown | Unknown | Lung | Yes | Yes |
| Location of Detached Retrieval | Unknown | Caval Wall | Trapped in Filter | Lung | 8mm Lateral to Filter | Filter remains implanted |
| Clot Site | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| Patient Outcome | Asymptomatic | Unknown | Asymptomatic | Asymptomatic | Unknown | Unknown |
| Filter Recommendation | Asymptomatic | Unknown | Asymptomatic | Asymptomatic | Asymptomatic | Unknown |
| Fate | 5/10/2005 | 5/10/2005 | 5/9/2005 | Unknown | Remains Implanted | 5/21/2005 |
| Device Retrieved | No | No | Yes | Yes | No | No |
| | "2 small pieces" | None | None | (2) Arms in Lung | (1) Arm 8mm Lateral to Filter | (1) Leg remains in IVC |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

12 of 13

| | | | | | | |
|---|---|---|---|---|---|---|
| Document / Production No. | 67 | 46 | 68 | 70.1 | 71 | 72 |
| Complaint No. | 53381 | 53246 | 53377 | 53546 | 54748 | 55165 |
| Complaint Category | A | B | A | A | B | B |
| Account Address | Milton S. Hershey Medical Center | States @ Univ of Florida Hosp | Flagstaff Medical Center | Princess Alexandra Hospital | Beth Israel Deaconess Hospital | Northern General Hospital |
| | Hershey, PA | Gainesville, FL | Flagstaff, AZ | Woolongong, Australia | Boston, MA | Sheffield, England |
| Physician | Dr. Frank Lynch | Dr. James Candi | Dr. Salce | Dr. Gibbs & Dr. Hardie | Dr. Onmisi Rubala | Dr. P. Osborn |
| Sales Rep | Robert C Ander | Stephen Regan | Kevin Karsar | Matthew Lievkratlan Fitzgerald | Unknown | Darren Barlow |
| Sample estimate | Pending | Pending | Yes | Pending | Unknown | Yes |
| Date of Implantation | Apr-05 | May-05 | 7/21/2005 | 7/13/2005 | January 2005 | Unknown |
| Date of Event | 7/26/2005 | 7/26/2005 | 7/21/2005 | 7/13/2005 | Unknown | November 2004 |
| Date XR Event | 7/26/2005 | 7/27/2005 | 7/29/2005 | 8/4/2005 | 8/3/2005 | 8/16/2005 |
| Date limb retrieved | Pending | Pending | 8/4/2005 | Pending | Unknown | 8/15/2005 |
| Filter Indication | Unknown | Unknown | GFHC1417 | GFHC0399b | PE | GFHC0397 |
| Other Pt. History | Proof specifically for gastric system | Trauma | Proof specifically for gastric bypass | PE | Pregnancy | Unknown |
| Pt. Age at Time of Event | Obese, family history of PE | Unknown | DVT | DVT, PE, and coagulants were (warfarin) post | DVT & PE | Unknown |
| Sex | 31 | | 24 | 50's | "Murry" | |
| | F | F | M | Unknown | F | F |
| Wt (kg)/Weight | Obese | Unknown | 367 lbs | 120 kg | Unknown | Unknown |
| Related Placement? | Unknown | Unknown | Yes | Yes | Yes. Sildins renal | Yes |
| First Related Symptoms? | None | Unknown | Chest pains, shortness of breath | Phrag had liver biopsy | Asymptomatic | Unknown |
| Related TIPS? | Yes | Yes | Yes, filter had migrated | Yes | Yes | Unknown |
| Surgery Required? | Unknown | Unknown | 6 | 18 | Approx 210 | Unknown |
| Related Finding? | Yes | Yes | Yes, as complaint investigation | Yes | Yes, at removal attempt | Unknown |
| Location of limb (or Fragment) | Retroperitoneal Cavity | Unknown | unknown, took 4 hours to scope and remove filter | Filter w/ clot burden migrated | Liver | Unknown |
| Clot Size | Unknown | Unknown | 22-25mm | 24mm | < 23mm | < 23mm |
| Patient Outcome | Asymptomatic | Asymptomatic | Asymptomatic | Death | Approximate, filter tilted & unable to be removed | Unknown |
| Filter Recommended | 7/26/2005 | 7/26/2005 | 7/27/2005 | At autopsy, 7/31/2005 | No residual implement | 8/15/2005 |
| Fixed | No | | Yes | None | Yes | Yes |
| Reported Behavior | (1) Limb Retroperitoneal Cavity | (1) Arm retained in IVC | (1) Leg & hook, location unknown | Filter (1) Arm in liver | Filter (1) Arm in liver | (1) Hook location unknown |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Recovery Filter Detached Limbs - Patient Comparison Matrix
CONFIDENTIAL

11/1/2005                                                                                                12 of 13

| | 73 | 74 | 75 | 76 | 77 | 78 |
|---|---|---|---|---|---|---|
| | 5EAM | 55264 | 56485 | 5SM71 | 59501 | 62049 |
| Complaint Category | A | A/B | B | B | B | A |
| Implant Facility | Emory University Hospital | Reading Hospital & Medical Center | Pitt County Memorial Hospital | St. Luke's Medical Center | University of VA Medical Center | Sherman Hospital |
| | Atlanta, GA | Reading, PA | Greenville, NC | Milwaukee, WI | Seattle, WA | Elgin, IL |
| Physician | Dr. Elliott Chaikof | Dr. Robert Quay | Dr. Christopher Thomas | Dr. Robert Bares | Dr. Robert Andrews | Dr. Cynthia Steine |
| | Bill Oakey | Room 8 (Ired) Catheter | Brian Hardman | Eric Fischer | Dennis Thiers | Doug Kauffman |
| Date of Implantation | Yes | No | Unknown | Unknown | Has not been returned - 10/22/2005 | No |
| | Unknown | 2/14/2005 | 12/22/2003 | 3/7/2005 | Apr. 2004 | Unknown |
| Date Implant as Filed | 9/19/2003 | 5/24/2005 | 9/26/2001 | 9/28/2005 | 9/28/2005 | 10/19/2005 |
| Date EVT Reported | 9/19/2003 | 5/24/2005 | 9/26/2001 | 9/28/2005 | 9/26/2005 | 10/19/2005 |
| | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| Filter Indication | Unknown | Aneurysm PE | Unknown | DVT, PE | Non-Hodgkin lymphoma | Unknown |
| Other Pt. History | Unknown | Anticoagulation therapy used | Unknown | Unknown | Non-Hodgkin lymphoma | Unknown |
| Pt. Age at Time of Event | Unknown | 37 | 22 | 54 | Unknown | Unknown |
| Sex | Unknown | F | Unknown | F | F | Unknown |
| Ht. and Wt. | Unknown | 200 lbs 5' | Unknown | Unknown | Unknown | Unknown |
| Medical Procedure | Filed | Yes | Unknown | Yes | Unknown | Unknown |
| Post Detached Symptoms | Unknown | None | Unknown | Unknown | Asymptomatic | Crest path |
| Complication? | Yes | Yes | Unknown | Unknown | Yes | Yes |
| Days in Development? | "Less than 1 year" | 180 | Unknown | 200 | Approx. 50 | No |
| Individual Filter(?) | Unknown | Yes, all removed | Unknown | Yes | Yes | No |
| Distance of Detached Fragment | Unknown - 4 arms of filter detached | 1 arm, located in heart | Unknown | One of renal vein | 2 arms in pulmonary artery | 1 arm in pulmonary artery, 1 arm in atrium |
| Location of Detached Fragment | Unknown | Unit not seen on echo after removal | Unknown | Filter not removed | 2 arms in pulmonary artery | Unknown if first removed, 1 arm in pulmonary artery, 1 arm in atrium |
| Clot Size | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| Patient Outcome | Unknown | Asymptomatic | Unknown | Unknown | Asymptomatic | Unknown. To respond to meet w/ Drs Vondron & Kauffman |
| Filter Removal | 8/9/2005 | 6/29/2005 | Unknown | No | Filter removed 9/30/05 | Unknown |
| | No | Unknown | Unknown | Unknown | Yes | Unknown |
| Detached Structures | (4) Arms, (1) Hook | (1) Arm, location unknown | Unknown | Unknown | (2) Arms | (2) Arms |

11/7/2005

Recovery Filter Migration Patient Comparison Matrix
CONFIDENTIAL

1 of 9

| Magnitude / Intensity | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Complaint No. | Special Access Program Patient # 9 | 440160039 | 510570028 | 510570029 | 510610039 | 510420039 | 7547 |
| Account | Torreto Cancer | Reading Hospital & Medical Center | Univ Hospital of Cleveland | North Memorial Medical Center | Baptist Health Sun Florida | Spectrum Health | Rockford Memorial Hospital |
| Account City, State | Corona, Canada | Reading, PA | Cleveland, OH | Robbinsdale, MN | Miami, FL | Grand Rapids, MI | Rockford IL. |
| Physician | Unknown | Penn Weir, UC | Unknown | Christopher F. Hicks, MD | Dr. Powell | Dr. Banner, ME | Dr. Patrizio Caporeto |
| Sales Rep | Unknown | Scot Hughes | | Andy Clusea | Felicia Macdonald | Drew Bournois | Amy Doyle |
| Date of Event | 9/27/2000 | 10/17/2000 | 11/30/2000 | 11/24/2000 | 7/7/2004 | 4/30/2004 | 4/20/2004 |
| Date Event Reported to Bard | 5/27/2000 | 10/17/2000 | 11/30/2000 | 12/1/2000 | 7/9/2004 | 6/14/2004 | 4/29/2004 |
| Date MDR Submitted | Prior to 5/10/01 | Hospra 10/17/2000 Bard 12/1/2000 | N/A | 12/22/2003 | Hospital 2/16/2004 Bard 9/12/2004 | Hospital 4/30/2004 Bard 5/12/2004 | Bard 5/01/2004 |
| FDA MAUDE MDR Ref Key | N/A | 390396 | N/A | 502021 | 500261 | 500360 | 500110 |
| LM No. | Unknown | Unconfirmed Unknown (1 unit or CD5801 (3 units) | Unknown | Unknown | 6703/3379, 36 units | 6703/3379, 31 units | Unknown, 41 units |
| Sample Returned? | No | No | No | Yes | No | No | No |
| Filter Indication | Unknown | PE | Acute PE | Massive recurrent/sustained iliofemoral DVT, anticoagulant had to be stopped | Pre-spontaneous pelvic bolus surgery | DVT | Unknown |
| Other Pt. History | Unknown | Unknown | O. Bleeding, anticoagulant contraindicated | Left DVT, multiple PE | Manny Doubly Operation Shop Apnea, Atrial Fibrillation, DVT Hypertension Cardiomegaly | S/p machine/catheter/man'ger | Unknown |
| Pt. Age at Time of Event | Unknown | Unknown | Unknown | 60 | 34 | 55 | Unknown |
| Sex | M | M | Unknown | M | M | F | M |
| Wt. | Unknown | Unknown | Unknown | Unknown | 500 lbs | 170 lbs | Unknown |
| Removal/Placement? | Unknown | Unknown | Unknown | See "Care Site" change below | Yes | Yes | Yes |
| Post Implant Symptoms | Asymptomatic | Chest Pain | Unknown | SOB, tachycardia | Patient "focused out" and collapsed after a 6M | None of record | Upon machinery (stress), PE |
| Diagnostic Imaging | Positive and lateral digital subtraction imaging | CT | CT, Card gram | CT | Vena-Cram | Pre-save gram, pos films | Cava-Gram |
| Days to Movement Documented/Verified | 18 | 13 | Unknown | 13 | 0 | 15 | 21 |
| Moved to? | 7,11,12 & ac space, crossing at level or renal vein | 4cm cephalad to above thrombosis | Cava's left, approx 2cm | IVC right portion | Right Atrium | Right ventricle, per Dr. Banner films "symmetry's untrue." | 4cm cephalad, with filter arms at the renal vein |
| Care Site | Unknown | Unknown | 5-14cm | Unknown | 13mm at renal | Asymptomatic onset of movement. Dr. Banner at time of autopsy | 2cm |
| Chief | Large amount of thrombus within the filter | "Large clot in filter post implant." | Unknown | "Large amount of clot in the pulmonary arteries, right atrium, IVC, and inferior vena cava. Large clot seen within the filter | "Just below 2cm" | Per Dr. Banner's visual observation clot was formed intermittent. No fraction has been done of her clot | Small amount of clot in filter |
| Patient Outcome | "Thrombus removed well, without developing any signs of abdominal pain" | Fine | Unknown | "Surgical thromboembolectomy of IVC, right atrium, bilateral pulmonary arteries. Prolap course of the filter led to inappropriate completions. Procedure tolerated well." | Death on 2/7/2004 | Death 4/30/2004. Reason for death on complete autopsy done, filter placed for DVT dislodged to thrombus and migrated to heart, causing cardiac rupture | RMR removed Greenfield filter placed via popular route. |
| Filter Removed | Tilter removed per request of patient on day 16 | Still recovered as of 12/1/01 | Unknown | Filter removed under OR bypass, new filter successfully placed | Filter removed at autopsy | Filter removed at autopsy | Removed on 4/20/04 |
| Films | No | CT/vena gram & Cr. tachman | Yes | No | Yes | Digital images of films were taken by J. George | A or Reposed to Bard |

CONFIDENTIAL

BPV-17-01-00035631

LMD1

11/1/2005

Recovery Filter Migration - Patient Comparison Matrix
CONFIDENTIAL

2 of 2

| Migration / Mortality | 6 / 3 | 8 | 10 | 11 | 12 / 3 | 13 | 14 |
|---|---|---|---|---|---|---|---|
| Complaint No. | 9742 | 13023 | 10779 | 11482 | 12431 | 11543 | 16374 |
| Address | Baystate Medical Center | Danbury Hospital | Rankin Memorial Hospital | Rankin Regional Hospital | St. Louis University Hospital | South Jersey Hospital | VA Medical Center |
| Account City, State | Springfield, MA | Danbury, CT | Dalton, MS | Griffin, GA | St. Louis, MO | Bridgeton, NJ | San Francisco, CA |
| Physician | George Harrell, MD | Joe Sandhu, MD | Lee W. Norris, MD | Dr. Pretsch | Dr. Frei | Dr. Flannery | Dr. Smallwood, Dr. Xov |
| Sales Rep | Zach Hauck | Zach Hauck | Jason Grater | Bill Glenn | Brett Thatcher (no rep) | Tony Caprozzi | Tony Caprozzi |
| Date of Event | 5/8/2004 | 5/8/2004 | 6/24/2004 | 6/7/2004 | 5/2004 | 7/2004 | 7/15/2004 |
| Date Event Reported to Bard | 5/17/2004 | 5/26/2004 | 5/26/2004 | 6/28/2004 | 6/19/2004 | 7/15/2004 | 7/15/2004 |
| Date MDR submitted | Posted 5/26/2004 Best 6/14/2004 | Posted 5/26/2004 Best | Bard 6/15/04 | Bard 7/7/2004 | 7/14/2004 | Bard 8/1/2004 | Bard 8/30/2004 |
| FDA MDR MDR Rpt Key | 520018 | 521130 | Bard 6/15/04 | Bard 7/7/2004 | 524567 | 529221 | |
| Lot No. | GF08171 / 44 units | Unknown | GF08144 / 45 units | Unknown | Unknown | Unknown | Unknown |
| Sample Returned? | No | Yes | No | No | No | No | No |
| Filter Indication | History DVT, pre-vertical gastric bypass surgery | Post laparoscopic gastric bypass surgery due to Gleeving | Pre-gastric bypass surgery | Pre-knee arthroplasty | Severe head trauma from motor vehicle accident | Pre-gastric bypass surgery | Pre-knee surgery |
| Other Pt. History | Morbid obesity, thromboembolism, smoking, asthma, right bundle BB. Hypertension | Morbid obesity | Morbid obesity | History of DVT, PE | Cardiac arrest | Morbid obesity | Unknown |
| Pt. Age at Time of Event | 56 | Unknown | 22 | 40 | 25 | 38 | Unknown |
| Sex | F | | F | F | M | M | M |
| Wt. | 400 lbs | 400 lbs | 400+ lbs | Unknown | 220 lbs | Unknown | Unknown |
| Normal Placement? | Yes | Yes | Yes | Yes, at L2-3 | Deep grams not taken. Abdominal film post-implant-after arms and open. Location not determined. | Unknown | Yes |
| Post Implant Symptoms | Nausea, Vomiting, Chest tightness, Abdominal pain, chest pain right arm pain for several days | Abdominal pain, chest pain right arm pain | Two weeks after surgery developed nausea, much vomiting, GI/K after arms swelling, voltage | 7 days post implant: Abd Pain, Swelling legs | Sudden cardiac arrest on 5/20/04 | Left shoulder & abdominal pain | Asymptomatic |
| Diagnostic Imaging | Chest X-ray | CT | CT | KUB, Cava Gram | Chest X-ray after or death showed no filter in heart | Upper GI showed filter at L3 post after surgery CT 14 days post surgery, filter moved to L3-L3 | Vena cava gram |
| Days to Movement Documented | 5 | 8 | 23 | 10 | 10 | 21 | 60 |
| Moved to? | Across the tricuspid valve, now the instrument overrides. Partially embedded in myocardium | To of filter in tricuspid valve | 3 right renal at tricuspid diameter of 26-30mm | Right ventricle | Right ventricle | Right ventricle | Filter 12 to T12 |
| Cava Size | AP 16mm; Transverse, just under 26mm | 18mm at filter placement. 21mm after insert | 23mm | 22mm | Not measured | 18-20 | Unknown |
| Clot | Large amount of shaggy clot covered the filter | No significant in filter / Patient had PE | Clot within, a round end bit kind of the filter | 7cm 4 cm clot within the filter | Massive emboli from right femoral vein in right atrium | Clot in the legs noted on Doppler at the same time the migration was seen on CT | Patient returned to home routine removal. Clot found in filter. Filter could not be removed |
| Patient Outcome | Dean 5/8/2004 | Fine | Pt is currently doing well. Thrombolysis is being considered due to possible clotal occlusion | Pt currently doing well. Thrombolysis is being considered due to possible clotal occlusion | Died on 5/20/04 | Patient was on heparin therapy. The filter remained indwelling. Could not be retrieved due to continued clot formation | Patient refused lytic therapy. Gunther Tulip was placed above the Recovery filter. Patient was fine. |
| Filter Removed? | Filter removed at surgery | Recovery filter was removed via jugular approach thru 12mm sheath on 5/26/04. Oversized filter clot on top of the filter | Filter could not be removed due to clot. TrapEase placed via jugular approach on top of Recovery filter | Filter could not be removed due to clot. TrapEase placed via jugular approach on top of Recovery filter | At autopsy | Remained indwelling | Remained indwelling |
| Films | Features of chest X-ray and scan gram | CT, deployment and removal films | Shows of current placement | 1 film returned | Shows of current placement | No | No |

BPV-17-01-00035632

LMD1

| Migration / Mortality | 15 | 18/3 | 17 | 18006 | 17 | 18446 | 18/11 | 15/11 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|
| Complaint No. | 1431/2 | 18047 | | 18006 | | 18446 | 18214 | | 21296 | 21430 |
| Account | Jackson Purchase Medical Center | Akron City Hospital OH | | Center Storage Hospital, IL | | Robertson Medical Center, NJ | South Jersey Hospital | | University Hospital of Cleveland | Providence Holy Cross |
| Account Cath. State | Nopfield, KY | Akron, OH | | | | Red Bank, NJ | Bridgeton, NJ | | Cleveland, OH | Mission Hills, CA |
| Physician | Dr. Alex Argyros | Dr. Daniel Frost | | Dr. Angelo Mantas  Dr. | | Dr. Shah / Dr. Mike Patrick | Dr. Jobell | | Dr. Adam Burr | Dr. Greg Reventy |
| Sales Rep | Matt MacIntyre | Mickey Glazz | | Barbara Toneprey | | Mike Stevenson | Terry Capozzoli | | Michael Glazz | Anna King |
| Date of Event | 7/26/2004 | 7/24/2004 | | 6/2/2004 | | 6/13/2004 | 8/10/2004 | | 7/4/04 | 9/14/2004 |
| Date Event Reported to Bard | 7/26/2004 | 7/26/2004 | | 6/11/2004 | | 6/13/2004 | 8/23/2004 | | 8/12/2004 | 9/14/2004 |
| Date MDR Submitted | Bard 8/27/2004 | Hospital 7/30/2004 Bard | | 8/11/2004 | | Bard 9/30/2004 | Bard 9/24/04 | | Bard 10/1/2004 | Bard 10/14/2004 |
| FDA MAUDE MDR Ref Key | 543352 | 543135 | | | | 546395 | 549393 | | 647242 | 547217 |
| Lot No. | Unknown | CFOC#231, 43 units | | Unknown | | Unknown | Unknown | | Unknown | Unknown |
| Surplus Batch? | No | No | | No | | No | No | | No | Unknown |
| Filter Indication | Pre-gastric bypass surgery | PE | | DVT | | Prophylaxis prior to a craniotomy | Deep vascular prior to plastic bypass surgery | | Yes | Yes |
| Other Pt. History | Morbid obesity | Achilles tendon surgery, DVT | | | | Drove farmer, pt. had colonoscopy 2 days post incident | Deep vascular prior 2 weeks post op, pneumonyplasty surgery | | History of DVT | Unknown |
| Pt. Age at Time of Event | 42 | 40 | | 35 | | | 37 | | | |
| Sex | M | M | | F | | | F | | | |
| Wt. | 450 lbs | 291 lbs | | | | "Heavy weight patient" | 450 lbs | | Unknown | > 400 lbs |
| Norchid Placement | Cava not measured pre-implant, Equipment produced poor visualization. No post deployment cava gram. | Placed at L-1/L2, confirmed by films | | Apex of filter below renal veins. Condition of Apex upon deployment initially reported "noted" later reported "unknown" | | Unknown | Unknown | | Yes, 1 cm below lowest end vein  Filter did not open 6 immediately (migration to right pulmonary artery) | None |
| Post Implant Symptoms | Unknown | Coughing, tachycardia, dyspnea, decreased O² saturation | | Immediately migrated to the heart upon deployment | | "Upper back pain + PE clot in filter" | Back pain | | Unknown | Cava Gram |
| Diagnostic Imaging | Unknown | Patient chest X-ray | | Virus Cava Gram | | | CT | | Unknown | Cava Gram |
| Days to Movement Documented | Day of implant | Day of implant | | Day of implant | | CT | Approx 1 month | | 3 months | During implant procedure |
| Moved by? | Right ventricle | Root of pulmonary artery | | Right ventricle | | 72 Days | Hepatic vena cava, into IVC | | 4 cm below right atrium | Right pulmonary artery |
| Caval Side | 33.5mm post-implant | Calculated at 15.6mm | | 22mm | | 16 to 5 cm cranially, just below right atrium | Unknown | | Unknown | 20mm |
| Clot | None | 4" in length distal to the filter, 1x4" diameter | | None | | 16mm at implant, 25-27mm at implant | Left renal vein thrombosis, into the IVC | | Unknown | Repeated syncope |
| Patient Outcome | Patient transported by air to hospital in Memphis. Dr Dan percutaneously removed the filter from the heart. | Death 7/24/2004 | | Removal unit gone unsuccessful. Tissue overgrowth non-thermia unremoved, a Bird's Nest Filter was implanted | | Filter removed on 9/13/04 at another hospital | Death 8/11/2004 | | Unknown | Trabecae sharpness after the Recovery filter was snared & removed. Patient was "no |
| Filters Removed | Yes (all Marketing) | No | | No | | Yes | No | | Yes, June 2004 | Yes |
| Rilters | | No | | No | | No | No | | No | Yes |

11/7/2015

Recovery Filter Migration - Patient Comparison Matrix
CONFIDENTIAL

4 of 9

| Migration / Mortality | Z11 | Z2 | Z4 | Z3.16 | Z8 | Z7.13 | Z9 |
|---|---|---|---|---|---|---|---|
| Complaint No. | 21932 | 24384 | 24444 | 28958 | 34834 | 33981 | 22857 |
| Account | Temple University Hospital | Newton-Wellesley Hospital | Columbia Presbyterian Hospital | Lourdes Hospital | St. Francis Hospital | Temple University Hospital | Johnson City Medical Center |
| Account City, State | Philadelphia PA | Newton, MA | New York, NY | Paducah, KY | Poughkeepsie, NY | Philadelphia, PA | Johnson City, TN |
| Physician | Dr. Gary Cohen ME | Dr. Edgar Cassick JR | Dr. Jonathan Susman | Dr. Alex Angole | Dr. Louis Sols | Dr. Gary Cohen — Pathologist | Dr. Uzes Bellator |
| Sales Rep. | Dr. J. Lenegre | Dr. Jim Hensley, et al | Barry Brody | Debra Schneider | | Dr. J. Lenegre | |
| Delivery Event | High Migres | Body Order | Mid Michigan | Mid Michigan | Kevin Dombach | High Migres | Tom Manesh |
| Date Event Reported to Bard | 9/90/2004 | 10/10/2004 | 10/20/2004 | 11/17/2004 | 11/1/2004 | 11/26/2004 | 12/20/2005 |
| Date MDR Submitted | 9/18/2004 | 10/32/2004 | 10/25/2004 | 11/17/2004 | 1/21/2004 | 12/4/2004 | 1/4/2005 |
| FDA MAUDE MDR Ref Key | Hospital | Bard | Bard 11/10/2004 | Bard 12/19/04 | Bard 12/22/2004 | Bard 12/31/04 | Bard 1/26/2005 |
| Lot No. | 549328 | 549003 | UFC#1603 | 209931 | 541390 | 542107 | 513541 |
| Sample Returned? | No | No | No | Unknown | Unknown | GFOH-04; 43 units | Unknown |
| Filter Indication | Prophylaxis prior to laparoscopic gastric plastic surgery | Prophylaxis prior to hysterectomy | PE | Prophylaxis prior to open gastric bypass surgery | No | No | No |
| Other PH History | Morbid obesity, diabetes, hypertension, obstructive sleep apnea, cardiomyopathy | History of DVT / PE, hypertension, renal failure | D/C positions | Venous insufficiency, leg swelling, surgical fracture, pneumothorax, varices/atest | Prophylaxis of trauma | Diffuse brain tumor | History of massive PE |
| Pt. Age at Time of Event | 45 | 49 | Unknown | 35 | 44 | 65 | 49 |
| Sex | F | F | M | M | M | M | M |
| Wt. | 343 lbs | Unknown | Unknown | Unknown | Unknown | 298 lbs | Unknown |
| Normal Placement? | Yes | Yes, below renals | Yes, below renals | Yes | Yes, below the renals | Yes, at L2, just at renal vein | Unknown |
| Post Implant Symptoms | Pt had complications of GBI procedure (leaks, developed hematoma & clot at access site) | Abdominal pains, shortness of breath | None | None | Back pain | None | None |
| Diagnostic Imaging | CT | Chest pains | Chest pain | None | Chest pain | Severe | CT |
| Days to Movement Documented | 26 | 5 | 9 | 10 | 22 | No | 26 |
| Moved to? | Right ventricle | 7-10 | Tip in right atrium, right in caval | Right ventricle | Supra-renal | 11 | 2cm cephalad. Filter arms above arms, legs below renals |
| Cava Size | 22mm | 20mm | Not measured at implant | 16mm | 20mm | Vena cava | Prebud/ment 23.9mm, 3 mm on 1/4/2005 |
| Size | Picture showed clot from the filter & had a long tail | "Filter was full of clot" | Unknown | Small amount in the Nov. 1 on 2mm in pulmonary assessment | Large amount of clot seen in the IVC below the renals | Unknown | 10mm in filter |
| Patient Outcome | Patient experienced a PE and expired on 9/30/2004 | Transferred to New England Medical Center for assessment; Filter removal attempt unsuccessful | Unknown | Death on 11/15/04 | Fine | Death on 1/29/2004 | Fine |
| Filter Removal? | Yes | No | Yes, 10/13/04 | Yes | Yes, 11/22/04 | Unknown/Autopsy performed | Bariatric implanted |
| Time | No | No | No | No | No | No | Yes |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Migration – Patient Comparison Matrix
CONFIDENTIAL

5 of 9

| Migration / Mortality | | | | | | | Owner |
|---|---|---|---|---|---|---|---|
| Complaint No. | 29 | 30 | 31 | 32 | 33 | 34 | 35 |
| Account | 33360 | 33362 | 33383 | 34409 | 40584 | 40589 | 42542 |
| Account / City, State | Hershey Medical Center / Hershey, PA | Overlake Hospital / Bellevue, WA | Little Forest Hospital / Lake Forest, IL | St. Rita's Medical Center / Lima, OH | New Hanover Memorial Hospital / Wilmington, NC | Providence Alaska Medical Center / Anchorage, AK | Providence St. Margaret Health / Kansas City, KS |
| Physician | Dr. Kevin McDonnell | Dr. Robert Jerome / Dr. Mark Flance | Dr. David Kreiton | Dr. Peter Pandolfo | Dr. Clint Atkinson | Dr. Gary (Dr.) Magnes | Dr. Craig McClure |
| Sales Rep | Zach Haude | Kathleen Bodge | Doug Kaufman | Jennifer Keeler | Brett Wallman | Nathan Bodge | Dave Forsten |
| Date of Event | 1/12/2001 | 1/6/2006 | 1/17/2005 | 12/1/2005 | 3/17/2005 | 3/2/2005 | 4/1/2005 |
| Date Event Reported to Bard | 1/12/2001 | 1/10/2001 | 1/18/2002 | 12/2/2005 | 3/21/2005 | 3/21/2005 | 4/25/2005 |
| Date MDR Submitted | Bard MDR | Bard MDR | Bard 1/21/05 | Bard 2/6/05 | Bard 4/15/05 | Bard 2/8/05 | Bard 5/20/05 |
| FDA MAUDE MDR Rpt Key | 374574 | 434665 | 596852 | 512228 | Unknown | Unknown | Unknown |
| Lot No. | OTH-00003, 27 units | Unknown | OF-06994, 31 units | GP25C1579, 34 units | Unknown | GF-004860, 37 units | No |
| Sample Retained? | No | No | No | No | No | Yes | No |
| Filter Indication | Massive pulmonary embolism | IVA trauma, DVT | Recurrent DVT in setting of anticoagulation | Recurrent PE anticoagulants were not effective above | Unknown | Unknown | Contra-indication for heparin due to recent bronca surgery |
| Other Pt. History | Unknown | Developed renal thrombosis bilaterally. Removed DVT 27 days after filter placement. | Unknown | Unknown | Unknown | Unknown | Open heart surgery, osteomyelitis of sternum |
| Pt. Age at Time of Event | 67 | Unknown | 7 | 45 | Unknown | Unknown | 58 |
| Sex | M | M | F | M | M | Unknown | M |
| Wt. | Unknown | Unknown | 290 lbs. | Average build | Unknown | Unknown | Unknown |
| Normal Placement? | Yes, all L1-L2 | No, filter had to be placed at L3 due left renal vein | Yes | Yes | Unknown | Unknown | Yes |
| Post Migration Symptoms | None | Thrombosis of left renal vein | Pain, leg swelling | Chest pain | Unknown | Unknown | Unknown |
| Diagnostic Imaging | Cava-gram | CT | CT | CT | Cava-gram | Unknown | Unknown |
| Days to Movement Documented | 92 | 27 | 55 | 128 | 180 | 72 | 31 |
| Moved to? | 4cm to T12 | 3cm from L3 to L1, above the renals | 3cm, above right renal, just below hepatic vein | Right atrium | Filter tip in right atrium | Caught in caval orifice, distal to right atrium | Heart |
| Clot Size | Unknown | "Less than 2cm" | 18cm | 14.7mm at apron, 28.2mm when fragmented | Unknown | Unknown | 23mm |
| Clot | None | Filter and caval clot burdened | "Small amount" | 4.2 x 2.2 x 2cm | Unknown | Unknown | Present in pulmonary artery (aortic embolus) |
| Patient Outcome | Fine | Procedure uneventful, patient was fine | Fine | Pt had open heart surgery to remove filter. Bird's Nest filter placed percutaneously. Patient was fine. | Pt had surgery to remove filter, patient was fine. | Filter successfully removed, patient was fine. | Filter successfully removed, patient was fine. |
| Filter Retrieved? | Removal attempted, abandoned; fibrosis preventing bone wall. Leg was removed. Reminatipartive implemented. | No | Unable to remove as filter was tilted | Removed on 12/1/05, 1 hook detected | Yes | Yes | Yes |
| Fibrosis | No | Yes | No | No | No | Unknown | Yes |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Migration - Patient Comparison Matrix
CONFIDENTIAL

| Migration / Mortality | 34 | 37 | 24 | 39-16 | 48-11 | 41-12 | 41 |
|---|---|---|---|---|---|---|---|
| Claim/Lot No. | 44511 | 45119 | 45713 | 45747 | 44784 | 44366 | 47938 |
| Account | Parkland Memorial Hospital | Sentara Norfolk General Hospital | Sentara Norfolk General Hospital | Norton Audubon Hospital | Lovelace Medical Center | Cape Girardeau Surgical Clinic | Washington Hospital Center |
| Accession City, State | Dallas, TX | Norfolk, VA | Norfolk, VA | Louisville, KY | Albuquerque, NM | Cape Girardeau, MO | Washington, DC |
| Physician | Dr. Jorge Lopez | Tech. Joseph Cisco | Dr. Martha A. Forge | Dr. Clifton Tatum | Dr. Robert Mick / Dr. Luis Centeneo | Dr. Jorge Rodrigues / Michael Chao | Dr. Richard Gray |
| Sales Rep | Brooke Glotta | John Rascal | John Rascal | Rodrigues | Chris Haddox | Tim Herrich | Kevin Jackson |
| Date Event Reported to Bard | 5/17/2005 | 5/18/2005 | 5/18/2005 | 5/25/2005 | 5/18/2005 | 5/18/2005 | 5/17/2005 |
| Date MDR Submitted | Bard 5/31/05 | 5/18/2005 | 5/18/2005 | 5/18/2005 | 5/18/2005 | 5/18/2005 | 6/6/2005 |
| FDA MAUDE MDR Rpt Key | Unknown | Unknown | Unknown | Unknown | CFPC0506 | CFCL0711/ 33 units | Unknown |
| Sample Returned? | No | No | No | No | No | No | No |
| Filter Indication | Unknown | Neuro-Surgical & pulmonary x | Trauma, DVT | Unknown | Metastatic Cancer, DVT | Prophylactic placement for laparoscopic gastric bypass surgery | Benign procedure |
| Other Pt. History | Unknown | DVT | Contraindication for anticoagulation | Anticoagulated for 30 days prior to surgery | Unknown | Mortality rate not used due to migration markers |
| Pt. Age at Time of Event | Unknown | 30 | 46 | 28 | 52 | 28 |
| Sex | Unknown | M | M | M | M | M |
| Wt. | Overweight, not morbidly obese | Unknown | 230 lbs | 625 lbs | Unknown | 371 lbs | 400 lbs |
| Normal Placement? | Yes | Femoral | Yes | Yes | Unknown | Yes | Yes |
| Post Implant Symptoms | Unknown | Unknown | Right upper quadrant abdominal pain, back pain | Pt complained of chest pains and expired | Shortness of breath | Shortness of breath, chest pains | None |
| Diagnostic Imaging | CT | Unknown | CT | Unknown | Unknown | Yes | Yes |
| Days to Movement Documented | Unknown | Unknown | 163 | 21 | 10 | 21 | 106 |
| Moved by? | Microburn intervention | 5cm into inferior VC | 5cm into hepatic IVC | Right atrium | Heart | Right atrium | 2-3 cm Caudally |
| Case Size | Unknown | Unknown | Unknown | 8mm atrial placement | Unknown | Normal | Unknown |
| CBC | Unknown | "Massively clot burdened" | Unknown | "Massive clot burden, saddle embolus confirmed at autopsy" | Unknown | Clot moved into right atrium | None |
| Patient Outcome | Fine | "Massively clot burdened" | Unknown | Death on 5/12/2005 | Death on 5/16/2005 | Death on 5/16/2005 | Asymptomatic, remains incidental |
| Filter Removed | Filter removed on 5/17/2005, 4 detached limbs remain in patient | No | Filter remains impacted | At autopsy | Unknown | Unknown | No |
| Pics | Unknown | Unknown | Unknown | Unknown | Unknown | Yes | Yes |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2005

Recovery Filter Migration - Patient Comparison Matrix
CONFIDENTIAL

| Migration / Mortality | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 43 | 44 | 45 | 46 | 47 | 48 | 49 |
| Complaint No. | 47980 | 86027 | 45055 | 48947 | 48251 | 83377 | 47113 / 43998 |
| Account | St Mary's Hospital | Private Home | St Joseph's Hospital | Serration Healthcare | Hartford Hospital | Flagstaff Medical Center | Process Alexandria Hospital |
| Account/City State | Richmond, VA | Orlando, FL | Phoenix, AZ | Phoenix, AZ | Hartford, CT | Flagstaff, AZ | Wodonga?, Australia |
| Physician | Dr. Neil Hutcher | Dr. Overmeyer | Dr. Larouche | Dr. Greiner | Dr. Don Verhelst | Dr. Seltz | Dr. Gidoe & Dr. Harper |
| Sales Rep | John Plaskel | Brooc LeKachz | Kevin Madden | Tovio Kiesten | Zach House | Kevin Hurdom | Mathew Lewacchini Inglera |
| Date of Event | 6/1/2005 | 6/1/2005 | June 2005 | June 2005 | 6/16/2005 | 7/27/2005 | 7/5/2005 |
| Date Event Reported to Bard | 6/2/2005 | 6/14/2005 | 6/15/2005 | 6/16/2005 | 6/17/2005 | 7/29/2005 | 8/9/2005 |
| Date MDR Submitted | 6/24/2005 Hospital 6/9/2005 | | | | | 7/29/2005 | 8/9/2005 |
| FDA MAUDE MDR Rpt Key | | | | | | | |
| 2.R No. | GPF00076, 34 units | | | GPF00617 | GPF00463 | GTACH417, 33 units | GPFIC3595 |
| Sample Returned? | No | No | No | No | No | Yes | Unknown |
| Filter Indication | Prophylaxis placement for gastric bypass surgery | Unknown | Trauma | Craniotomy | No | Prophylactic placement 1 day prior to pelvis bypass surgery, DVT, & | Unknown / PE |
| Other Pt. History | Anticoagulants were used | DVT, PE | Unknown | Glioblastoma multiforme DVT, multiple PE | Unknown | PE | DVT, PE, anticoagulants used (heparin), liver trauma hemorrhage, poor filter placement? |
| Pt. Age at Time of Event | 33 | 31 | Unknown | Unknown | Unknown | 24 | 50% |
| Sex | F | | M | M | Unknown | | Unknown |
| Wt. | 500 lbs | 170 lbs | Unknown | 200 lbs | 24 | 347 lbs | 256 lbs |
| Normal Placement? | Yes | Yes, however Dr crossed at event renal. Rep had instructed Dr on placement future tissue nodes. | Unknown | Yes | Yes | Yes | Yes |
| Post Implant Symptoms | Chest pain, shortness of breath | None | Unknown | 2 isolated episodes | Unknown | Chest pain, shortness of breath | Unknown |
| Diagnostic Imaging | Yes | Yes | Unknown | CT | Unknown | Yes | Yes |
| Days to Movement Documented | 22 | 83 | Approx 60 | Few months? | 143 | 16 | 18 |
| Moved to? | below right atrium | 2.5mm in medial, filter tilted | Supra renal vena cava | Ri atrium, ri atrial-renal vena cava | Heart/right atrium junction | Tricuspid valve/right atrium junction | Longest distal filter breakage valve, L detached arm embedded in ri ventricle wall |
| Cava Size | Unknown | 21.5mm | Unknown | Unknown | Unknown | 22/23mm | 24mm |
| Clot | Filter was "heavily burdened", residual clot remained in place after arms removal | Filter removed with clot, clot also found in iliac | Unknown | Clot burdened filter | Unknown | One ri tissue strand at removal | Ping pong ball sized clot |
| Patient Outcome | Prudent observation for 1 week then returned, symptomatic | Asymptomatic | Asymptomatic | Clear heart surgery to remove filter | Asymptomatic | Asymptomatic | Death, July 31, 2005 |
| Filter Retrieved | Yes | Yes, with clot | Yes | Yes, with multiple clot | Yes | Yes, with Recovery Cone | Yes, arm detached two months |
| Fibros | Yes | No | No | Unknown | Unknown | Yes | Yes |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/1/2/05

Recovery Filter Migration - Patient Comparison Matrix

CONFIDENTIAL

8 of 9

| Migration / Mortality | 50 | 51 | R: | 54748 | 63 | 14 | 61/14 | 5: |
|---|---|---|---|---|---|---|---|---|
| Complaint No. | 84412 | 84551 | 54748 | 54748 | 64493 | 67547 | 69421 | 85479 |
| Account | Mountainside Hospital | Rose Medical Center | Beth Israel Deaconess Hospital | | St. Joseph Mercy Health System | University of Chicago Hospital | Samaria Morbid General Hospital | Riachio Hospitals Medical Center |
| Account City, State | Montclair, NJ | Denver, CO | Boston, MA | | Ypsilanti, MI | Chicago, IL | Norfolk, VA | Morrisson, PA |
| Physician | Dr. Holmes | Dr. Julie Park | Dr. Barnett Rabbin | | Dr. David Wasson | Dr. John Fundill | Dr. Richard Niratula Dr. Gmc | Dr. Robert Gues |
| Sales Rep | Robert Ferrara | Ben Harwood | Paul Botossaro | | Dave Bourbeau | Tim Edinger / Baxter / John Phelps | | Ted Cunnian |
| Date of Event | 8/9/2005 | 8/8/2005 | 8/5/2005 | | 8/16/2005 | 8/4/2005 | 9/7/2005 | 10/4/2005 |
| Date Event Reported to Bard | 8/9/2005 | 8/10/2005 | 8/5/2005 | | 8/15/2005 | 8/4/2005 | 9/7/2005 | 10/4/2005 |
| Date MDR Submitted | | | | | | | | |
| FDA MAUDE MDR Rpt Key | | | | | | | | |
| Lot No. | Unknown | GF047725 | Unknown | | Unknown | Unknown | Unknown | Unknown |
| Sample Returned? | No | Yes | No review implanted | | No | No | No | No |
| Filter Indication | Prophylactic placement for gastric bypass surgery | Prophylactic placement for intracranial bleeding & stroke | Pregnancy | | Lower extremity DVT | Shunt placed? | Prophylactic statement prior to gastric bypass procedure | Prophylactic statement prior to gastric bypass procedure |
| Other Pt. History | Morbid obesity | Unknown | DVT & PE | | Contraindication for anticoagulation | DVT, recurrent PE | Morbid obesity | Morbid obesity |
| Pt. Age at Time of Event | Unknown | Unknown | Young | | 67 | 44 | 67 | 52 |
| Sex | Unknown | M | F | | M | F | F | M |
| Wt. | Morbidly obese | 160 lbs / 5'11" Ta | Unknown | | Non-obese | 330 lbs. | 330 lbs. | < 440 lbs |
| Migrate/Placement? | No | Yes | Yes, Supra renal | | Yes | Yes, CT in mid 2005 showed filter still in place w/ broken location | Unknown | Yes |
| Post Implant Symptoms | Filter intracavity migrated to return upon deployment | Unknown | Asymptomatic | | Shortness of breath | Leg swelling, shortness of breath small balloon PE, a potential effusion connected to filter | None | None |
| Diagnostic Imaging | Yes | CT revealed 4cm filter movement | Yes | | CT showed massive PE, clot burst, filter migration, one leg promoted leg & limb left | Yes, CT in mid 2005 showed filter still in placed implant location | CT confirmed filter in d atrium | Yes |
| Days to Movement Documentation | 0 | 29 | Approx 210 | | Approx 30 | 278 | < 28 | 100 |
| Model #? | Rhatrium | Migrated to atrial heart thru w/ removal legs puncture the VC | Migrated to travails, 1 detected item, performance was left from few, 1 perforated leg near space, 1 detected leg near apex | | > 2 cm | Migrated to intervents chamber with broken tid | Right atrium | 2-3 cm |
| Card Size | 20mm | < 20mm, 30.32mm | less than 2cm | | Unknown | 19.6mm | Not measured at implant, 23-31mm at migration | 18mm |
| Clot | None | Unknown | Unknown | | Filter heavily clot burdened | Unknown | 3 cm "just not sized" | None |
| Patient Outcome | Asymptomatic | Filter removes & new filter placement not needed | Asymptomatic, diverted and not able to be removed, detected arm retained in filter | | General filter placed superior to KVF, patient asymptomatic | Asymptomatic, no indication of damage to heart | to filter, pt arrested during patient, agony to break services, CPR performed & stopped, Rt atrium was opened & pt removed again, intubated in chart, vacuum | Asymptomatic |
| Filter Retrieved | No | Yes | No, remains implanted | | No | Surgical removal via median sternotomy | Not removed, surgery not performed | Yes |
| Flare | No | Yes | Yes | | Yes | Yes | No | Yes |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Recovery Filter Migration - Patient Comparison Matrix
CONFIDENTIAL

11/1/2005

| Migration / Mortality | | | |
|---|---|---|---|
| Completed No. | 57 | 64 / 16 | 58 |
| Account | 654M | 6384/1 | 6287/1 |
| Account City, State | University of Mississippi Med Ctr | St Agnes Healthcare | Columbia Hospital |
| Physician | Jackson MS | Baltimore MD | Milwaukie WI |
| | Dr. Drs Glass | Dr. Nichael Zante | Dr. Constantine & Dr. Marzowski |
| Sales Rep | Noble Alps | Lee Gleason | Tim Fischer |
| Date Event Reported to Bard | October 2005 | 10/18/2005 | 10/20/2005 |
| Date MDR Submitted | 10/4/2005 | 10/19/2005 | 10/20/2005 |
| FDA MAUDE MDR Review | | | |
| Lot No. | Unknown | Unknown | Unknown |
| Sample/Consumer? | No | No | No remains implanted |
| Filter Indication | Unknown | GI Bleed due to Meningioma therapy for DVT & clotting cardiomyopathy | Prophylaxis for foot surgery |
| Other Pt. History | Unknown | Unknown | Morbid Obesity |
| Pt Age at Time of Event | 26 | 90 | 65 |
| Sex | M | M | F |
| NA | Unknown | Non-clinical | 309 |
| Normal Placement? | Unknown | Yes | Unknown |
| Post Implant Symptoms | Unknown | Shorts of breath, chest & peripheral | Cava became perforated & kidneys and chest |
| Diagnostic Imaging | Unknown | CT Scan | Unknown |
| Days to Movement Documented | >21 | 16 | Approx 06 |
| Moved to? | Right atrium | Lodged between incidrum & ventricle of heart in bicuspid valve | Above renals |
| Cava Size | Unknown | Unknown | Unknown |
| Clot | None at removal | Unknown | Heavy clot burden |
| Patient Outcome | Asymptomatic | Death on 10/19/2005 | Asymptomatic, cimo signs & kidneys more sugar producing urine |
| Filter Removed? | Yes | Unknown, unknown if autopsy performed | Renal's explained |
| Fites | No | Unknown | Unknown |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00035639

LMD1

# Exhibit 43

# Health Hazard Evaluation

**DATE:**   July 9, 2004

**TO:**   Doug Uelmen, BPV QA

**FROM:**   David Ciavarella, M.D.

**RE:**   Limb Fractures of Recovery® Filter

**Summary:** Seventeen reports of Recovery filter fracture have been received (rate of 0.17%). In 6 cases, fragments migrated to the heart or lung (rate of 0.06%), and in one of these cases, the patient developed serious cardiac symptoms requiring open heart surgery to correct. No other injuries have been reported. A literature review reveals that filter fracture is a known complication of IVC filters, with reported rates in the range of 0.05 to 10%. Recovery filter fracture rates exceed the rates reported by other manufacturers in the MAUDE database, but direct comparison of these filters to Recovery is not possible due to the imprecise & subjective nature of the MAUDE database and the unique retrievability features of the Recovery system.

**Conclusion:** The Frequency category for serious injury (Critical Severity rating) is Remote (approximately 0.06%). The Hazard Risk Matrix Number is 10. The Frequency category for non-serious injury (Marginal Severity rating) is Occasional (approximately 0.17%). The Hazard Risk matrix Number is 11.

**Description of the Problem:** From January 2002 through June 2004, there have been 17 reports of limb fractures of the Recovery Filter, part of the Recovery Filter System for use in the Vena Cava. During this period, approximately 12,700 units have been sold. Assuming about 2500 units on the shelf (based on 2.5 units each for 992 accounts), about 10,200 Recovery filters have been implanted.

In 1 of the 17 reports, the filter was "slightly angulated" upon deployment. Placement was reported as normal in 6 cases and no information about the placement of the filter is available in the remaining 10 cases. The indications for filter placement were prophylactic in 7 cases, unknown in 5 cases, and on-label in 5 cases. The fractured limbs were discovered at the time of scheduled filter retrieval in 15/17 cases (88%). None of these 15 patients had symptoms related to their fractured filter or retained filter fragments, either before or after retrieval. Two of the 17 patients (12%) presented with symptoms that prompted evaluation of the filter. One patient underwent a CT scan for a complaint of chest pain. The filter arm was noted in the R ventricle, but the patient's physicians were unable to state that the filter fragment (which was left in the ventricle) was the cause of the chest pain. In the second symptomatic case, the patient presented with sudden shortness of breath and syncope. Hemopericardium and cardiac arrhythmia were diagnosed. A detached filter arm was noted in the ventricular wall, and it was removed during open heart surgery.

In 6 of the cases, hooks (leg ends) were detached; none of them were retrieved, i.e., they all remain in the patient, presumably bound to the wall of the inferior vena cava (IVC). A total of 20 arm fragments were reported in 14 cases (3 patients had detached hooks and arms). Eleven of 20 arms (55%) remain in the patient, and in 6 patients (30%), the detached arms migrated to the heart or lungs. Two detached arms have not been located; 1 of these is thought to remain *in vivo*. Information concerning the size of the retained filter fragments is available in only 4 cases; the hooks range in size from 3.6 to 4.1 mm, while the size of the only measured arm fragment was 21.6 mm. The time range for discovery of the fracture after implantation is 30 to 237 days, with a median time of 95 days.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00002145
LMD1

The root cause of the fractures has not been determined, and an in vitro test method to simulate the in vivo environment does not yet exist. The arm fractures have occurred in a consistent location at the top of the filter.

**The Actual Occurrence of Injuries**: Six cases had associated migration of a fragment to the heart or lung (in 1 case, the location of the fragment in vivo remains unknown). Serious injury has occurred in only 1 patient, the one in which open heart surgery was required to remove a filter arm that had pierced the ventricle and given rise to syncope presumed due to an arrthymia. Another patient presented with chest pain of undetermined origin. The remaining cases have not reported symptoms or associated injury up to the time of this HHE.

**Human Exposure to the Problem**:  As noted above, about 10,000 Recovery filters have been placed.

**General Consequences**:  Most cases of filter fracture, both those reported here and those in the literature, are without consequence.[1,2]  As seen in one case associated with the Recovery filter, migration of filter fragments to the heart or lung has the potential to cause tissue erosion and associated cardiac arrhythmias and tamponade, pulmonary hemorrhage and airway damage. Any patient with a patent foramen ovale is at additional risk of paradoxical embolization of the filter fragments, with the possibility of stroke or other end organ damage.

**Population Exposed to the Risk**:  All patients in whom a vena cava filter is placed are at risk for this complication.

**Mitigating/Predisposing Factors in the Population at Risk**: Unknown. It is theoretically possible that hemodynamic stresses predisposing to fracture might result from mis-alignment of the filter in the IVC. However, the reports do not include evidence or even suspicion of mis-alignment.

**Nature & Seriousness of the Risk**:  The effect of filter fracture is no discernible effect in most cases. Serious injury may occur in a minority of cases, and sudden death is a theoretical possibility. In the MAUDE database, 25 cases of fractured IVC filters from manufacturers other than CR Bard are listed for the period of 2000 through 1Q2004. No deaths were reported, and serious injury was reported in 3 cases (1 case: fragment pierced the kidney; 1 case – fragments pierced the spine and aorta; 1 case – fragment lodged in the liver).

**Likelihood of Occurrence of the Problem**: No well-controlled trial exists to answer this question definitively for any filter. Review of the literature reveals a risk of filter fracture in the range of a few percent. Kinney quotes a fracture rate of 1%,[1] while Streiff quotes rates from published studies of 0%, 1.7%, 2.8% and 14.1%, respectively, for the Greenfield, Vena Tech, Bird's nest and SNF filters.[2] Greenfield and Proctor[3], Ferris et al.,[4] and McCowan et al.[5] quote rates of fracture of 0.05%, 2%, and 10%, respectively.
   The MAUDE database contains 25 reports of filter fracture from 4 manufacturers other than CR Bard in the period of 2000 through 1Q2004. Market information permits an estimate of about 425,000 IVC filters implanted from these 4 manufacturers during this time. Symptoms and serious injury were reported in 3 cases each, and death in no cases. The *MDR rates* of complications for other manufacturers filter are therefore:

| | |
|---|---|
| Overall fracture rate: | 25/425,000, 0.006% or 1 per 17,000 filters |
| Symptomatic rate: | 3/425,000, 0.0007% or 1 per 141,667 filters |
| Serious injury rate: | 3/425,000, 0.0007% or 1 per 141,667 filters |
| Death rate: | 0% |

*Page 2*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00002146
LMD1

These MDR reported fractures occurred in permanent filters. There have been no reports of fracture in 2 retrievable filters, the Cook Tulip™ and Cordis Optease™, with an estimated 4,000 and 1,500 filters implanted, respectively.

Reported fracture rate data for the Recovery filter are as follows:

| | |
|---|---|
| Overall fracture rate: | 17/10,200, 0.17% or 1 per 600 filters |
| Migration to chest: | 6(7)*/10,200, 0.06% (0.07%), or 1 in 1,700 (1457) |
| Symptomatic rate: | 2/10,200, 0.02% or 1 per 5,100 filters |
| Serious injury rate: | 1/10,200, 0.01% or 1 per 10,200 filters |
| Death rate: | 0% |

\* 6 fragments are known to have gone to heart or lung; the in vivo location of 1 fragment is unknown

These MDR rates are not directly comparable to the observed rates with the Recovery filter for several reasons. First, the MAUDE database reflects only those events reported by the manufacturers, who can differ widely in their interpretation of reporting requirements. Thus different manufacturers may not classify all episodes of fracture as MDR reportable. Perhaps more importantly, however, the Recovery filter is a retrievable filter, and the fracture event was discovered on account of the retrieval procedure in 88% of cases (15/17) at a median time of 95 days after implantation. Fractures in permanent filters are discovered only incidentally, as routine monitoring of implanted filters is not common practice. This could lead to an underreporting bias for the permanent filters. Although no fractures have been reported to date for the other retrievable filters, the estimated number implanted is low. In addition, these filters are retrieved relatively soon after implantation. The mean (range) days before retrieval for Optease and Tulip are 16 (3-48 days) and 11(2-20),[6,7] respectively, timeframes in which no Recovery filter fractures were reported.

**Likelihood of Harm if the Problem Occurs:** Filter fragments which remain attached to the IVC, or migrate to a similar location, are theoretically capable of causing tissue erosion and foreign body reactions of various kinds. However, as observed in these cases and from literature review, they are generally of little clinical consequence. By analogy, penetration of the IVC wall by intact filters in not infrequent (reported to occur from 0-41% of cases); however, serious injury is very rare. Migration of metal fragments to the heart or lung presents the possibility of cardiac or pulmonary injury with serious clinical consequences. In patients with a patent foramen ovale, left sided embolism is possible, with attendant risk of stroke or other end organ damage. The likelihood of harm caused by fracture of the Recovery filter can be assessed as follows:

| | |
|---|---|
| Likelihood of migration to heart or lung: | 6(7)*/10,200, 0.06% (0.07%), or 1 in 1,700 (1457) |
| Likelihood of serious injury: | 1/10,200, 0.01% or 1 in 10,200 |

\* 6 fragments are known to have gone to heart or lung; the in vivo location of 1 fragment is unknown

**Is the Product Essential to Health:** Yes. It is particularly important in patients with a limited time frame of high risk of thromboembolism for whom anticoagulation if contraindicated or ineffective (about 20% or more of patients).

**Is there an Alternative Available:** Yes. Alternative IVC filters exist, but the ability to retrieve the Recovery filter in patients with transient risk of venous thromboembolism makes it an important treatment option for many patients.

**Must the Problem Device be Removed or Corrected Surgically:** Yes, in some cases.

**Is the Problem Expected & Within an Acceptable Statistical Range:** See answers above for Likelihood of Occurrence and Likelihood of Harm. Statistical analysis of rates of fracture for Recovery versus

*Page 3*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

other filters is not directly possible, due to lack of comparable datasets. Filter fracture and consequent injury rates for Recovery are well below those reported in the literature (with the one exception of reference 3), but substantially above those reported as MDRs by other filter manufacturers. For the reasons noted above, however – primarily retrievability features – data allowing a direct comparison of the Recovery filter with any other IVC filter are not available.

**Can the Problem be Corrected in the Field:**  Percutaneous retrieval of the filter fragments is sometimes possible, leading to correction/mitigation of the hazard. However, when the fragment is in a difficult location, retrieval may be impossible or contraindicated.

**Is the Problem or Health Hazard Obvious to the User:**  As mentioned above, filter fracture is a known complication of IVC filter placement, and information concerning this hazard has been placed in the Recovery IFU. However, there is no way to predict which patients will develop this complication. More frequent monitoring of the filter once placed may facilitate discovery of abnormal placement (a *possible* but not proven predisposing factor for fracture) or indeed of a fractured filter, but could not prevent all potential adverse events.

**Can the Product Continue to be Used with Proper Warnings:**  Yes.

**Is the Device Used Only by Specially Trained Health Care Professionals:** Yes.

**References:**

1. Kinney TB: Update on inferior vena cava filters. *J Vasc Interv Radiol* 2003; 14:425-440.
2. Streiff MB: Vena caval filters: a comprehensive review. *Blood* 2000; 95:3669-3677.
3. Greenfield LJ & Proctor MC: Filter complications and their management. *Semin Vasc Surg* 2000; 13:213-216.
4. Ferris EJ, McCowan TC, Carver DK, McFarland DR: Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients. *Radiology* 1993; 188:614-615.
5. McCowan TC, Ferris, Carver DK, Molpus WM: Complications of the nitinol vena caval filter. *J Vasc Interv Radiol* 1992; 3:401-408.
6. Instructions for Use, Cordis OptEase™ Vena Cava Filter.
7. Instructions for Use, Cook Günther Tulip™ Vena Cava Filter

*Page 4*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00002148
LMD1

# EXHIBIT 46



# Updated Health Hazard Evaluation

**DATE:**   June 30, 2004

**TO:**   Doug Uelmen, BPV QA

**FROM:**   David Ciavarella, M.D.

**RE:**   Migration of Recovery® Filter

**N.B.:**   This HHE is an update to two prior HHEs performed for the same hazard by Dr. John Lehmann. These HHEs were submitted as part of Remedial Action Plans on March 10, 2004 and April 27, 2004. This update includes information from all reported cases of migration of the Recovery filter through June 29, 2004.

---

**Summary:** Migration of a thrombus-encased Recovery inferior vena cava (IVC) filter has been reported in 10 patients. In two additional cases, filter migration without associated thrombus was probably the result of mis-deployment, which, in one of these cases, led to iatrogenic filter displacement to the heart. The root cause of the thrombus-associated migration events is judged to be thrombus-induced pressure increase in the IVC, leading to acute IVC expansion beyond the design limits of the filter. The overall rate of this complication of placement of Recovery filters is comparable to the rate reported by other IVC filter manufacturers.

**Conclusion:** The Severity category for the risk of thrombus-associated filter migration is Catastrophic, and the Frequency category is Remote (approximately 0.05%). The Hazard Risk Matrix Number is 8.

**Description of the Problem:**   There have been 12 reports of migration of the Recovery Filter, part of the Recovery Filter System for use in the Vena Cava. Filter migration has been defined in the literature (and for the purposes of this HHE) as movement of the filter of > 2 cm from the site of deployment. A further important distinction in the definition of migration is whether the filter alone has moved or has moved as a component of a thromboembolus. In the first case, a hazard is created by the unintended movement of the filter. In the second case, the "malfunction" is best understood as a limitation of the ability of the device to carry out its intended function. These limitations are spelled out in the literature and in the IFU.

In 2 of the 12 reports, migration was of the filter alone. One case involved minimal cephalad migration and tilting, leading to the physician's decision to retrieve the filter percutaneously (as per IFU). The second case was iatrogenic, caused by the physician's technically incorrect manipulation of a filter that had deployed with crossed legs. This mechanically displaced filter migrated to the heart requiring open cardiac surgery to remove it.

The remaining 10 cases involved migration of filter encased in large thrombi. In these cases, no problems of a technical nature were reported during the placement procedure, that is, the filters were properly deployed into vena cavae of appropriate size (≤ 28 mm). Of these remaining 10 cases, 4 involved migration within the inferior vena cava (3–4 cm cephalad movement) and 6 involved migration to the heart, typically to the R atrium/tricuspid valve. Of the 6 events involving thrombi-encased filters that migrated to the heart, 4 were associated with patient death. No cases of spontaneous migration to the heart unassociated with large thrombus have been reported.

*Page 1*

BPVEFILTER-01-00014836

The root cause of the migration event in these 10 cases is judged to be dislodgment of the filter due to the presence of a large thrombus. The exact mechanism of the dislodgment is unknown, but is presumed due to an acute increase in intracaval pressure (caudal to the filter) with resulting expansion of the IVC beyond the design limits of the filter. It is further presumed that the large thrombus caught in the filter was the primary contributor to the acute increase in intracaval pressure. In some cases, pathological examination revealed evidence suggesting that thrombus growth may have occurred at the site of its capture by filter. .

### The Actual Occurrence of Injuries:

Information about injuries to the 4 patients with migration confined to the IVC is provided as follows:

1. A patient with a myocardial infarction with a 3-4 cm cephalad migration of the filter had it removed along with the thrombus on day 16 after insertion without difficulty.
2. A patient with (presumed) idiopathic venous thromboembolic disease with a 4 cm cephalad migration was not subjected to a retrieval procedure due to the large clot. No further information is available.
3. A patient with morbid obesity underwent placement of the Recovery filter 2 weeks prior to bariatric surgery. She developed nausea and vomiting 2 weeks after surgery and was rapidly rehydrated in the hospital. DVT developed with lower extremity edema and renal failure. CT scan revealed that the filter had migrated cephalad to the renal veins, which were thrombosed. At last follow-up, the patient was undergoing dialysis for renal vein thrombosis. There were no imminent plans to retrieve the Recovery filter.
4. A patient with a history of DVT underwent Recovery filter placement before knee surgery. Abdominal pain and lower extremity edema developed 7 days later. The Recovery filter had migrated minimally to the level of T12, associated with a 7 cm x 4 cm thrombus encasing and deforming the filter. A TrapEase IVC filter was placed above the Recovery filter using a jugular vein approach. Thrombolytic therapy for IVC occlusion was being considered at last follow-up.

Information about the 6 patients in whom the thrombi-encased filter migrated to the heart is provided as follows. Two (2) patients survived the migration event without further complication.

1. A patient with (presumed) idiopathic venous thromboembolism developed significant bleeding due to anticoagulation therapy. This was stopped, and a Recovery filter placed. The patient subsequently developed SOB and lightheadedness. On investigation, extensive thrombus was noted in the pulmonary artery, R atrium and IVC. The thrombus encased filter was in the R atrium. Successful surgical embolectomy with filter removal was performed, and the patient recovered without further complication.
2. A bariatric surgery patient developed a major GI bleed associated with coumadin therapy. Coumadin was stopped and a Recovery filter was placed without difficulty. Five days later the patient developed chest and abdominal pain. Investigation revealed a large thrombus encasing the filter across the tricuspid valve. It was removed percutaneously without trouble, and a Greenfield IVC filter was placed.

The following 4 cases were associated with patient death.

3. This patient is described in detail in the March 10, 2004 HHE. This morbidly obese patient underwent placement of a Recovery filter prior to bariatric surgery. His postoperative course was marked by prolonged intubation and CHF. On day 5 he collapsed while on the toilet and could not be resuscitated. A very large thromboembolus (10 cm x 4 cm) was noted in the R atrium, en-



CONFIDENTIAL · SUBJECT TO PROTECTIVE ORDER ·

casing the filter. The cause of death was ascribed to circulatory collapse due to the large thrombus in the R atrium.

4. This patient is described in detail in the April 27, 2004 HHE. This patient developed DVT during hospitalization for a subarachnoid hemorrhage. A Recovery filter was placed just prior to discharge from the hospital. On day 13 after placement, the patient was found dead in bed at home. Large thromboemboli were found encasing the filter and attached to the R ventricular wall. There was evidence that the filter struts had pierced the R ventricular wall. The IVC, which measured about 25 mm at insertion, was noted to be 30-35 mm at autopsy.

5. A Recovery filter was placed pre-operatively in a patient who underwent Vertical Gastric Bypass surgery. He had a history of venous thromboembolism associated with bedrest after trauma surgery in the past. About 1 month after surgery, he presented to the ED with vomiting and abdominal pain. RBBB was noted on EKG and his platelet count was 8,000/μL. The patient became hypotensive and attempts at resuscitation were unsuccessful. Autopsy revealed a very large thrombus across the tricuspid valve. It encased the filter, which was partially embedded in the myocardium. Ventricular wall hemorrhage and hemopericardium were seen posteriorly.

6. A Recovery filter was placed in a patient with head trauma. Ten days later, cardiac arrest occurred. The filter was found encased in a large thrombus which had embolized to the R ventricle. Large thrombi were seen from the R femoral vein to the R atrium.

**Human Exposure to the Problem:**  Migration is a known complication of vena cava filter placement. The literature lists its occurrence in about 2% to 5% of patients. However, the literature reports are not clear regarding the incidence of filter migration with or without thrombus.

**General Consequences:**  As seen in the cases reported here, filter migration can lead to minimal or no complications. However, filter migration to the heart is generally symptomatic and can be fatal.

**Population Exposed to the Risk:**  All patients in whom a vena cava filter is placed are at risk for this complication.

**Mitigating/Predisposing Factors in the Population at Risk:** One discernible predisposing factor for filter migration would be incorrect deployment, including improper location, tilting of the filter or placement in a patient with an IVC too large for the filter (> 28 mm in the case of the Recovery filter). There was evidence of mis-deployment in only 2 of 12 reports of migration, but none in those cases associated with thrombus and patient death. Because of the risks of IVC filters, physicians are careful to place them only in patients judged to be at high risk of symptomatic venous thromboembolism, especially those at risk for fatal pulmonary embolism. Patients with head trauma, morbid obesity are at particularly high risk of venous thromboembolic disease. The risk of pulmonary embolism in the types of patients reported on in this HHE is judged to be in the range of 0.5% to 12%, despite the use of other antithrombotic modalities such as compression stockings or anticoagulation. In addition, IVC filters are the best option to lower the risk of fatal PE in many patients in whom anticoagulation cannot be given due to head injury or major bleeding.

A second predisposing factor for migration would be the development of a large burden of thrombus. Analysis of the reports of Recovery filter migration shows that all occurred in patients with proven large thrombi; no cases of (non-iatrogenic) filter migration alone have been seen. Thus, patients in whom the Recovery filter is most likely to be life-saving, i.e., those at high risk of developing fatal PE due to large thrombi, are most predisposed to this complication. It is pertinent to note that these patients would likely have been at considerable risk of dying from their emboli whether or not the Recovery filter was present. Also, in those cases in which migration was confined to the IVC, the Recovery filter probably played an important role in preventing pulmonary embolism.

*Page 3*

**Nature & Seriousness of the Risk:** The effect of migration, as mentioned above, may be no discernible effect to sudden death.

**Likelihood of Occurrence of the Problem:** Review of the literature reveals a risk of filter migration in the range of a few percent. However, there are no controlled trials to answer this question definitively. Review of MDR reports for all filters in the MAUDE database, in conjunction with estimates of the number of filter placements, places the rate of migration in the range of 0.02 -0.15%. Another manufacturer of retrieval filters reports a rate of 0.02% (source: Günther Tulip vena cava filter IFU). However, reliable comparability data for this complication are not available due to the inherent subjectivity in reporting practices. There have been 10 cases of migration reported for the Recovery filter, and about 10,000 filters have been placed, giving a migration rate of approximately 0.1%. The rate of potentially life-threatening injuries associated with this hazard is 5 in 10,000 (0.05%, based on the 4 fatalities and 1 patient with renal vein thrombosis) and fatality rate due to this complication is approximately 4 per 10,000, or 0.04%. As discussed above, it is likely that fatalities due to PE would have occurred in some or all of these cases in the absence of the Recovery filter.

**Likelihood of Harm if the Problem Occurs:** Filter migration to the heart, with or without thrombus, is likely to cause serious injury, if only in the requirement for surgery to retrieve the filter. Filter encased in a large thrombus might present a higher risk than thrombus alone, based on the cases where the filter struts were reported to have pierced the ventricle. However, it is not possible to separate the effects of the large thromboembolus from the effects of the filter alone.

**Is the Product Essential to Health:** Yes. It is particularly important in patients at high risk of thromboembolism for whom anticoagulation if contraindicated or ineffective (about 20% or more of patients).

**Is there an Alternative Available:** Yes. Alternative IVC filters exist, but the ability to retrieve the Recovery filter in patients with transient risk of venous thromboembolism makes it an important treatment option for many patients.

**Must the Problem Device be Removed or Corrected Surgically:** Yes

**Is the Problem Expected & Within an Acceptable Statistical Range:** Yes, to the extent that comparative data are available.

**Can the Problem be Corrected in the Field:** Percutaneous retrieval of a migrated Recovery filter is sometimes possible, leading to correction/mitigation of the migration risk. However, when the filter is encased in thrombus, percutaneous retrievable may be impossible or contraindicated.

**Is the Problem or Health Hazard Obvious to the User:** As mentioned above, filter migration is a known complication of IVC filter placement. However, there is no way to predict which patients will develop this complication. Reported cases involved patients with varying diagnoses at very high risk for venous thromboembolism; that is the reason for placement of the filter. There were no major procedural problems reported in the 10 patients with thrombus, and vena cava size was within the range recommended by the Recovery Filter System IFU.

**Can the Product Continue to be Used with Proper Warnings:** Yes.

**Is the Device Used Only by Specially Trained Health Care Professionals:** Yes.

*Page 4*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 47

| | |
|---|---|
| **From:** | Hudnall, Janet [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=JHUDNALL] |
| **Date:** | 7/15/2004 11:24:56 PM |
| **To:** | TPE-Interventional Sales-DG [/O=BARD/OU=MHL AG/cn=Recipients/cn=TPE-InterventionalSales-DG], Coutanche, Monica [/O=BARD/OU=MHL AG/cn=Recipients/cn=MCoutanche], Lawson, Matthew [/O=BARD/OU=SYD AG/cn=Recipients/cn=MLawson], Ruggiero, Roberto [/O=BARD/OU=ROM AG/cn=Recipients/cn=RRuggiero], Borremans, Frank [/O=BARD/OU=OLN AG/cn=Recipients/cn=FBorremans] |
| **CC:** | McDermott, John [John.McDermott@crbard.com], Shifrin, Kevin [Kevin.Shifrin@crbard.com], Edwards, Mary [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=MEdwards], Uelmen, Doug [Doug.Uelmen@crbard.com], Carr, Robert [Robert.Carr@crbard.com], DeCant, Len [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=LDeCant] |
| **Subject:** | Vena Cava Filter Complications Q&A |
| **Attachments:** | Vena Cava Filter Complications 3.doc |

All,

Attached is a document that details some frequently asked questions regarding Recovery complications. This document contains verbiage that has been corporate-reviewed and approved. Please do not deviate from this script and please do not distribute--this document is strictly for internal use only.

Please feel free to contact me with any questions/concerns.

Regards,
Janet

Confidentiality Notice: The information contained in this email message is privileged and confidential and intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, please inform the sender and note that any dissemination, distribution, or copy of this message is strictly prohibited.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

**Vena Cava Filter Complications – FAQs**

Q:  What is the migration rate for Recovery® Filter?

A:  It is difficult to determine actual rates.  Acceptable statistical ranges cannot be reliably calculated from available data.  However, estimates based on MAUDE and sales data suggest that there is no significant difference in the rates of these complications between competitive devices, including the Recovery® Filter.

The following table shows the number of incidents reported to the MAUDE database for period beginning Q2, 2003 through Q2,2004:

| Complication Type | Recovery | Total for All Filters (includes Recovery) |
|---|---|---|
| Migration | 9 | 39 |
| Central Migration (Subset of Migration) | 7 | 23 |
| Caval Penetration | 1 | 2 |
| Caval Perforation | 0 | 12 |
| Caval Thrombosis | 0 | 10 |
| PE | 4 | 5 |
| Filter Fracture | 1 | 13 |
| Death | 5 | 16 |

*Reporting period: April 2003 - June 2004*

Q:  What were the circumstances surrounding the deaths?

A:  In all cases of migration-related deaths, the filter was reportedly placed appropriately; however, a massive thrombus burden overwhelmed the filter.  The diameter of the thrombus distended the vena cava to the point where its diameter exceeded the physical limits of the filter.

Q:  Why did the new complaints not prompt a product hold?

A:  The initial hold was an internal action.  The FDA was never involved in the decision to put the product on hold.  It was a conservative step that allowed us the time to determine if our overall complication rates were comparable to those reported in the literature and the MAUDE database for other IVC filters.

Every reported complication is treated with the utmost care and seriousness. Although the new reported migrations are unfortunate, they still fall within our expected parameters.

**FOR INTERNAL USE ONLY**             **CONFIDENTIAL**             **DO NOT DISTRIBUTE**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

Q: Why didn't you tell us about the complications before the MAUDE database update?

A: It is inappropriate to discuss reported complications prior to the completion of the investigation.  For each case reported, we conduct a thorough investigation according to our established, systematic process which can take a great deal of time and resources.

Q: Is Recovery® Filter a safe device?

A: The Recovery Filter was rigorously tested for all physical performance characteristics according to our established test methods and protocols and was found to meet all test specifications and requirements.

As stated previously, Recovery® Filter's overall complication rates are comparable to those reported in the literature and the MAUDE database for other IVC filters.

**FOR INTERNAL USE ONLY**              **CONFIDENTIAL**              **DO NOT DISTRIBUTE**

# EXHIBIT 49

**Internal Q&A:  CR Bard Recovery® Vena Cava Filter**
*Version Aug. 30, 2004*

*Note:  Internal Q&A to be used by approved Corporate spokespeople to respond consistently to inquiries from media.  Not to be handed out externally to any audiences.*

1.  *What is the Recovery® Vena Cava Filter and how does it work?*

   Introduced in April 2003, the Recovery® Nitinol Vena Cava Filter is a blood clot trapping device designed to prevent pulmonary embolism by mechanical filtration.  The filter is implanted percutaneously in the inferior vena cava (IVC).  The Recovery® Filter has the additional feature, which was approved in July 2003, of being able to be percutaneously removed after implantation.  The Recovery® Filter may be used as a permanent or temporary device.

   The Recovery® Filter System consists of the Filter and Delivery System. The Filter consists of twelve nitinol wires emanating from a central sleeve. These twelve wires form two levels of filtration.  The device is intended to be used in the (or vena cavae)vena cava with diameters of up to 28 mm (in isolation the 28 mm value means nothing. Wouldn't we want to say : in selected patients who may benefit , or in patients who meet the criteria, as judged by his/her physician, set in our IFU . What is the important point here?

2.  *What is the difference between a retrievable vena cava filter and a non-retrievable vena cava filter?*

   A non-retrievable vena cava filter is indicated for permanent use; once inserted into the vena cava, the device is left in place.  This begs the question somewhat. A permanent filter is one that CANNOT be safely removed; my guess is that physicians would like the option of easy and safe filter removal for ALL filters they implant. On the other hand, after implantation, a retrievable vena cava filter may be removed at the physician's discretion, once the risk of a venous thromboembolism or pulmonary embolism is reduced or if the side effects of the filter make removal advisable.

   The Recovery® Filter is designed to act as a permanent filter.  When clinically indicated, the Recovery® Filter may be percutaneously removed. The Recovery® Filter's hooks allow the filter to remain rigid and provide anchoring, but deform when the filter apex is engaged with the specially

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033810

designed removal device (Recovery Cone® Removal System) and pulled upward.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033811

3. *What is the marketshare of the Recovery® Filter for the overall vena cava filter market?*

   Less than 10% (in units).

4. *What is the marketshare of the Recovery® Filter for the retrievable vena cava filter market?*

   Our sales are approaching 14,000 units of the Recovery® Filter. We understand that the overall total market worldwide?for all retrievable and non-retrievable vena cava filters is approximately 130,000 units.

   While the retrievable segment of the vena cava filter market is rapidly growing, for the past 12-month period, the market is estimated to have been approximately 30,000 units. Of that, Recovery® had a 25% share.

5. *How many Recovery® Vena Cava Filters have been inserted in the US and, separately, around the world?*

   As of August 2004, our sales are approaching 14,000 units of the Recovery® Filter.

6. *Do you have any studies that prove the safety and efficacy of the Recovery® Vena Cava Filter?*

   Yes, we have studies that prove this is a difficult word here. Proving safety is a hard thing to do with any degree of certainty, and we don't have the large scale controlled clinical studies that most educated individuals and physicians would accept as eveidence of "proof". the safety and efficacy of the Recovery® Vena Cava Filter. For example, the Recovery® Filter was safely and effectively used in a study at six Toronto area hospitals. In this Toronto study, of the 58 filters implanted, a total of 46 have been retrieved to date. If this is for internal questions, would we not want to comment on the complaint data – surely it is relevant to any discussion of "safety and efficacy"

   In addition, the Recovery® Filter underwent testing (bench top or animal studies or a combination of both) according to FDA guidelines to obtain FDA concurrence.

   We are happy to provide a full listing of study summaries to you.

3

BPVE-01-00033812

7.  *What are pulmonary emboli and what are the risks associated with them?*

Pulmonary emboli are blood clots that form in large veins, such as those in the thigh, and then travel to the lungs.  In the lungs, they block blood flow, which can cause shortness of breath, chest pain, faintness, low blood pressure, lung damage, and in severe cases, sudden death.  Such clots are particularly likely to form in a variety of unusual circumstances, including prolonged immobility, after hip surgery, after major traumatic do you mean trauma surgery or any major surgery? surgery and in obese individuals after weight reduction ("bariatric") surgery.

8.  *Under what circumstances would the Recovery® Vena Cava Filter be used?*

The Recovery® Filter is indicated for use in the prevention of recurrent pulmonary embolism through permanent or temporary placement in the vena cava in the following situations:
   a.  Pulmonary thromboembolism when anticoagulants are contraindicated.
   b.  Failure of anticoagulant therapy for thromboembolic disease.
   c.  Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
   d.  Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

The device is intended to be used in vena cavae with diameters of up to 28 mm, and when clinically indicated, the Recovery® Filter may be percutaneously removed. this is redundany with clinically indicated.

9.  *How is the Recovery® Vena Cava Filter inserted?*

The Recovery® Vena Cava Filter is inserted into  via (or into a femoral vein) a femoral venous access route during a procedure performed by a medical professional.  The "Instructions for Use" provide more information about the insertion and removal procedures.

10. *Who designed the Recovery® Filter?*

Bard purchased the product design and manufacturing from a valued partner.  Bard has thoroughly assessed and tested the product and stands behind its design in every way.

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

11. *What is the name of the company that designed the Recovery® Filter?*

That information can be found in public records.

12. *Have there been any design changes in the Recovery® Filter over the years?*

The designs of our products are updated periodically as part of our commitment to continuous improvement.  In the case of the Recovery® Filter, there have been changes in the delivery system but not the filter itself.

13. *What level of expertise is required to properly insert the Recovery® Vena Cava filter?*

Physicians who have undergone training for minimally invasive, endovascular procedures can place the Recovery® Vena Cava Filter. These physician specialties include, but are not limited to, interventional radiologists, vascular surgeons, trauma surgeons, cardiologists, and general surgeons as well as residents and fellows of those disciplines.

Placement of the Recovery® Filter, in general, is quick (10 minutes) if there is easy access to the femoral vein.  The procedure has been described by physicians as easy to perform.

14. *How are doctors trained on the proper use of the Recovery® Vena Cava filter?  How extensive is this training?*

There is currently no formal training requirement imposed on users by Bard for filter *insertion.*

Filter *retrieval* is under a limited market release process which requires the user to either 1) attend a one-day hands-on workshop or 2) have a qualified sales representative present for their cases.

To our knowledge, other makers of retrievable filters do not require physician training for filter insertion and/or removal.

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

15. *What are the potential complications associated with the Recovery® Vena Cava filter?*

    Potential complications observed for all types of inferior vena cava filters including the Recovery® Filter include filter migration, perforation of the vena cava wall by filter legs, and vena caval occlusion or obstruction. Fractures and fracture/migration events?

16. *How often does the Recovery® Filter actually migrate?*

    As of the end of August 2004, our sales are approaching 14,000 units of the Recovery® Filter. Of this number, there have been 16 reported cases of migration since 2000.

    Estimates based on available data suggest that these types of events are not occurring with excess frequency when compared with other competitive products.

    There is risk of migration with any vena cava filter. There is no single definitive cause of filter migration. The buildup of a large clot or series of clots, the movement of the walls of the vena cava due to respiration and improper filter placement are all likely causes of filter migration. There are also other factors that could potentially cause a filter to migrate, and many questions still remain as to exactly why filters migrate. In addition, filters may appear to have migrated due to x-ray equipment variation, patient position, measurement error, and respiration.

17. *How does your rate of migration for the Recovery® Filter compare to that of your retrievable and nonretrievable device competitors?*

    Estimates based on available data suggest that these types of events are not occurring with excess frequency when compared with other competitive products.

18. *Are retrievable filters more susceptible to migration than non-retrievable filters?*

    Estimates based on available data suggest that these types of events are not occurring with excess frequency when compared with other competitive products.

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033815

19. *What causes filter migration?*

Filter migration occurs whenever the force trying to move the filter exceeds the holding power of its fixation arms. A properly placed vena cava filter can constrain a significant amount of blood clot, but large blood clots can overwhelm the filter's retentive capabilities. Other recognized causes of filter migration include improper implantation technique, unusual patient exertion (such as straining at bowel movements) and fracture or failure of the filter wires. All marketed filters in the US have reported instances of filter migration.

It also is important to point out that the exact reason/mechanism of filter migration has not been described in medical literature. In other words, no one knows for sure how/why filters migrate.

20. *What is the "acceptable" rate of migration for vena cava filters?*

Realistically, migrations do occur. All marketed filters in the US have reported instances of filter migration. Experts continue to debate what constitutes an acceptable rate of migration, relative to the risk of not using the filter.

Additionally, the removability of the filter permits its use in an expanded population. For example, in the past, there were no acceptable options – a filter would not be placed in young people, some trauma patients, and patients who were contraindicated for anticoagulants.

Now, these patients have the choice of having a filter placed because it is removable.

21. *What are the dangers associated with filter migration?*

Some filter migrations are harmless to the patient and include filter movement of a few centimeters. In unusual cases, a filter containing a large amount of clot may migrate through the bloodstream to the lungs or heart. These complications can require surgical removal of the filter and clot, and rarely cause death. Without the filter, this amount of clot would generally have passed directly to the lungs or heart, causing substantial harm on its own.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033816

22. *If a retrievable filter provides the added benefit of retrievability and creates no greater risk of migration or other complications, why would any physician choose to use a non-retrievable filter?*

I cannot speak on behalf of physicians but understand that non-retrievable filters can be less expensive than retrievable filters. Presumably, if a physician believes there will be no reason to remove the filter, it might make sense to choose the less expensive non-retrievable option. However, there is no way to predict with 100% accuracy whether or not a patient is going to require the filter for the rest of his/her life. I understand though, that an increasing number of physicians choose retrievable over non-retrievable vena cava devices after gaining greater understanding of the safety, efficacy and added benefits of retrievable filters.

23. *Migration of a Recovery® Filter was recently listed as the cause of death for a patient in ▮▮▮ FL. Can you tell us why this specific filter migrated?*

As with any report of an adverse event, we took an immediate, systematic approach to determine the cause and events. We formed a multi-disciplinary team to thoroughly investigate the incident. From the information available to date, we have drawn the following conclusions regarding the role of the Recovery® Filter in this event:

We do know that there was a very large blood clot or an accumulation of blood clots, measuring 10 cm in length and 3 cm in diameter, which deposited around the filter over a period of several days. The large blood clot or accumulated clots may have enveloped the filter and traveled through the bloodstream to the patient's heart, causing sudden death. The patient was morbidly obese but we are unsure whether this caused any health conditions. Patients with morbid obesity who undego bariatric surgery are at increased risk of blood clots and pulmonary emboli..

Without the filter, this amount of clot would generally have passed directly to the lungs or heart, causing substantial harm on its own.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033817

24. *If filter migration was not the cause of death, why was it listed as the cause of death on the coroner's report?*

I cannot speak for the coroner. What I can tell you at this point, however, is that from the information available to date, no conclusions can yet be drawn regarding the role of the Recovery® Filter in this event.

We do know that there was a very large blood clot or an accumulation of blood clots, measuring 10 cm in length and 3 cm in diameter, which deposited around the filter over a period of several days. The large blood clot or accumulated clots may have enveloped the filter and traveled through the bloodstream to the patient's heart, causing sudden death. The patient was morbidly obese but we are unsure whether this caused any health conditions. Morbid obesity can contribute to the formation of blood clots.(as above)

Without the filter, this amount of clot would generally have passed directly to the lungs or heart, causing substantial harm on its own.

25. *Is it possible that the filter was not inserted properly?*

I will not speculate on the role of filter placement in this incident. What I can say is that, while improper filter insertion or placement can cause migration, we believe a blood clot as large as the one that enveloped the filter in this incident might cause migration of any IVC filter.

Without the filter, this amount of clot would generally have passed directly to the lungs or heart, causing substantial harm on its own.

26. *Is there any reason to believe that the Recovery® Filter is to blame for this patient's death?*

I will not speculate on the role of the Recovery® Filter in this incident. What I can say is that we believe a blood clot as large as the one that enveloped the filter in this incident might cause migration of any IVC filter.

Without the filter, this amount of clot would generally have passed directly to the lungs or heart, causing substantial harm on its own.

27. *Has Bard been sued by the family of the deceased?*

Not to my knowledge.

9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033818

28. *Migration of a Recovery® Filter was recently listed as the cause of death for a patient in* [Redacted] *MI.  Can you tell us why this specific filter migrated?*

As with any report of an adverse event, let me assure you that we are rigorously investigating this incident and putting our best resources toward understanding the reported migration.  With this particular event, we formed a multi-disciplinary team to thoroughly investigate the incident.

**[INSERT FINDINGS OF GRAND RAPIDS INVESTIGATION]**

29. *Migration of a Recovery® Filter was recently listed as the cause of death for a patient in* [Redacted] *MA.  Can you tell us why this specific filter migrated?*

As with any report of an adverse event, let me assure you that we are rigorously investigating this incident and putting our best resources toward understanding the reported migration.  With this particular event, we formed a multi-disciplinary team to thoroughly investigate the incident.  As we learn more definitive information, we will make that information available.

**[INSERT ANY NEW AVAILABLE INFORMATION]**

30. *Migration of a Recovery® Filter was recently listed as the cause of death for a patient at* [Redacted] *(MO).  Can you tell us why this specific filter migrated?*

As with any report of an adverse event, let me assure you that we are rigorously investigating this incident and putting our best resources toward understanding the reported migration.  With this particular event, we formed a multi-disciplinary team to thoroughly investigate the incident.  As we learn more definitive information, we will make that information available.

**[INSERT ANY NEW AVAILABLE INFORMATION]**

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033819

31. Migration of a Recovery® Filter was recently listed as the cause of death for a patient at [Redacted] (OH). Can you tell us why this specific filter migrated?

As with any report of an adverse event, let me assure you that we are rigorously investigating this incident and putting our best resources toward understanding the reported migration. With this particular event, we formed a multi-disciplinary team to thoroughly investigate the incident. As we learn more definitive information, we will make that information available.

**[INSERT ANY NEW AVAILABLE INFORMATION]**

32. Migration of a Recovery® Filter was recently listed as the cause of death for a patient in [Redacted] NJ. Can you tell us why this specific filter migrated?

This incident was only recently brought to our attention and, as with any adverse event, we are rigorously investigating this incident and putting our best resources toward understanding the reported migration. As we learn more definitive information, we will make that information available.

**[INSERT ANY NEW AVAILABLE INFORMATION]**

33. I understand that this was the second migration at this hospital. Was it placed by the same physician? Was it physician error?

This incident is under full investigation. It is too early to make any conclusions regarding the physician's role in the placement of the filter.

34. Has Bard placed the product on hold while these reported incidences of migration have been investigated?

No.

35. Has the Recovery® Filter been associated with other deaths in the past?

Yes. A patient in [Redact] Wisconsin died with a Recovery® Filter in place. The cause of death cited was pulmonary embolism and not related to the Recovery® Filter.

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

36. *Has Bard been sued because of death or damage caused by migration in the past?*

Not to my knowledge.

37. *In the late 80's, weren't Bard's balloon angioplasty medical devices permanently pulled from the market because of safety issues?*

The Recovery® Vena Cava Filter products we are discussing today are considered safe and effective by the medical community and had nothing to do with the situation you mentioned. In the late 1980s, a C.R. Bard subsidiary named USCI manufactured balloon angioplasty catheters, which were taken off the market. The details are well documented. USCI was sold and no individual involved in those incidents is currently with the company. Since then, the entire executive management team has been changed. Today, Bard maintains an excellent working relationship with the FDA.

38. *What other Bard products have been pulled from the market and for what reasons?*

Bard has been in business for nearly a century, and we are known for our commitment to provide innovative, life-enhancing medical technologies to our patients. Holds can occur for a variety of safety and non-safety related reasons. In cases in which safety was a concern, products were placed back on the market after further testing. The Recovery® Vena Cava Filter products we are discussing today are considered safe and effective by the medical community.

39. *What Bard products have been put on hold in the past two years?*

As a course of company policy, we do not discuss previous product recalls. When such a recall occurs, we quickly and proactively provide necessary information to impacted customers, physicians and patients. The Recovery® Vena Cava Filter products we are discussing today are considered safe and effective by the medical community.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033821

40. *Have you pulled any products over the past five years that have not been put back on the market?  If yes, why were they pulled?*

As a course of company policy, we do not discuss previous product recalls.  When such a recall occurs, we quickly and proactively provide necessary information to impacted customers, physicians and patients.  The Recovery® Vena Cava Filter products we are discussing today are considered safe and effective by the medical community.

41. *How does Bard receive and respond to reports of adverse events associated with its Recovery® Vena Cava Filter?*

With any report of an adverse event, we take an immediate, systematic approach to thoroughly investigate the incident.  Our system of tracking and monitoring complaints and adverse events enables us to respond directly to healthcare professionals.  We take very seriously our responsibility of developing and delivering safe medical devices.

42. *Are there any physicians I can talk with about the safety and efficacy of the Recovery® Vena Cava Filter?*

Gary S. Cohen, MD
Chief, Interventional Radiology
Temple University Medical Center
3401 N. Broad Street
Philadelphia, PA  19140
(215) 707-3951
cohenator@aol.com


**[Janet: Can we include at least one more physician?]**

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033822

43. Can you explain the data in the FDA's MAUDE database for the Recovery® Filter as compared to other vena cava filters?

The MAUDE database is a quarterly summary of all "MDRs" or "Medical Device Reporting" to the US Food and Drug Administration.  It is difficult to use and compare this data for vena cava filters for several reasons, including potential under-reporting and inadequate description of events that could be unrelated to the death or injury, the fact that sales data can only be roughly estimated, and the high variability in event rates across devices and across time periods.

Comparative attempts to assess similar events via the MAUDE database do not yield accurate, quantitative estimates.

44. Since February 2004, there have been six reported deaths associated with the Recovery® Vena Cava Filter.  Shouldn't Bard pull this product from the market?

Many of these incidences are still under investigation, and we will not speculate on the role of the Recovery® Filter in these events.

However, you should know that, realistically, migrations do occur; in fact, all marketed filters in the US have reported instances of filter migration. Experts continue to debate what constitutes an acceptable rate of migration, relative to the risk of not using the filter.  In our labeling, we clearly caution clinicians of this risk.  We have no plans to remove this product from the market.

45. Why did you recently change the labeling on the Recovery® Filter?

The Recovery® Filter has been on the market one year and we've taken a hard look at the clinical experience with this product.  Based on this clinical experience, we have modified the warnings and potential complications – reiterating the potential serious complications associated with the use of this device.

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

46. *Why didn't the previous "Information for Use" (IFU) warn of the possibility of migrations?*

Our previous "Information for Use" DID warn of potential for migrations and other potential complications associated with the use of this device. However, after reviewing the clinical experience over the past year, we decided to modify the labeling to be more explicit regarding the possibility of migrations.

15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00033824

# EXHIBIT 50





# RECOVERY

*Timeless Performance*

Vena Cava Filter

DESIGNED TO BE THE ONLY FILTER
YOU WILL EVER NEED.

Bard established itself as a leader and innovator in the vena cava filter world with over 100,000 successful filter placements. Now, we have leveraged our decade-long experience to bring you the next-generation in filter performance. Introducing RECOVERY. A marked improvement over currently available devices,

# RECOVERY® FILTER SYSTEM

RECOVERY filter's unique self-centering design, proven conical shape and bi-level filtering system create the ideal balance between clot trapping efficiency and caval patency. Advanced design and accurate placement coupled with lasting performance make RECOVERY the permanent solution for caval interruption -- possibly the only filter you will ever need.

The RECOVERY Cone Removal System was specifically designed to work with the RECOVERY Filter. The advanced engineering that went into developing the filter was

# RECOVERY CONE REMOVAL SYSTEM

used to create a system that provides a safe and easy retrieval, time after time.



Position the cone
over the filter



Advance the sheath
to close the cone



Retract the filter
into the cone

BPV-17-01-00007761
LMD1

**CLOT TRAPPING & CAVAL PATENCY**
RECOVERY filter utilizes the proven conical filter shape arranged into two offset layers to create a filtration system that effectively traps large and small emboli without compromising caval patency.

**LOW PROFILE**
At 7F, RECOVERY filter's delivery system has the lowest profile of any conical filter on the market.

**SELF-CENTERING**
The articulated arms, along with the specially engineered flexible pusher wire of the delivery system, promote a centered placement.

**SECURE FIXATION**
The filter hooks are loaded into a delivery system that is specifically constructed to prevent leg crossing.

**LATEST ADVANCE IN FILTER TECHNOLOGY**
The RECOVERY filter, a product of Bard's industry-leading nitinol experience, incorporates the best features of today's most advanced caval filtration devices while overcoming the disadvantages associated with older designs.



BPV-87-01-00000793
LMD1

# EXHIBIT 51

Do Not Disclose - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF ARIZONA

 3

 4   IN RE: BARD IVC FILTERS          )

 5   PRODUCTS LIABILITY LITIGATION,  )  MD-15-02641-PHX-DGC

 6   _____)

 7

 8          DO NOT DISCLOSE - SUBJECT TO FURTHER

 9                CONFIDENTIALITY REVIEW

10

11        VIDEOTAPED DEPOSITION OF JACK SULLIVAN,

12   produced, sworn and examined on behalf of the

13   Plaintiffs, pursuant to Notice, on Friday, the 16th day

14   of September, 2016, between the hours of 9:08 a.m. and

15   6:19 p.m. of that day, at the law offices of Wagstaff &

16   Cartmell, LLP, 4740 Grand Avenue, Suite 300, in the

17   City of Kansas City, in the County of Jackson, and the

18   State of Missouri, before me, NAOLA C. VAUGHN, CCR No.

19   1052, CRR, RPR, a Certified Court Reporter, within and

20   for the State of Missouri.

21

22

23

24

25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1    what it says.  This is really blurry.

 2         Q.    Well, take your time if you want to --

 3    if you want to try to --

 4         A.    Do you have a magnifying glass?

 5    Honestly?  It's blurry.  That's the problem.

 6         Q.    I got to be honest, I don't find it

 7    very difficult to read.  I'm looking at the same

 8    thing you are.

 9         A.    If you want to read that to me.

10         Q.    Sure.  It says, "Movement or migration

11    of the filter is a known complication of vena cava

12    filters."

13         A.    It says more than that; right?

14         Q.    You want the whole thing?

15         A.    I don't . . .

16         Q.    "This may be caused by placement of

17    IVC of diameters exceeding the appropriate labeled

18    dimensions specified in the IFU.  Migration of

19    filters to the heart or lungs have been reported

20    in association with improper deployment,

21    deployment into clots, and/or dislodgement due to

22    large clot burdens."

23         A.    Okay.  Thank you.

24         Q.    No problem.

25         A.    I don't know if it's my eyes or what.
```

Do Not Disclose - Subject to Further Confidentiality Review

 1      Q.    No problem.

 2            Anything about that that applies to

 3   filters differently, or does it just cover vena

 4   cava filters generally?

 5      A.    I think it's a general warning

 6   statement about vena cava filters.

 7      Q.    And let's -- just so you can -- I'm

 8   going to hand you --

 9            MS. KOWALZYK:  This copy isn't a clear

10   copy.

11                 (Exhibit 426 marked.)

12      Q.    BY MR. DeGREEFF:  I'm going to hand

13   you what's been marked as Deposition Exhibit 426,

14   or about to be.

15            MR. DeGREEFF:  Maybe we can short

16   circuit a lot of this.  It's my understanding Bard

17   has stipulated there's no comparative data in the

18   IFUs; is that right?

19            MR. NASH:  I'm not aware of any.

20            MS. KOWALZYK:  I'm not aware of any

21   stipulation.

22            MR. DeGREEFF:  Okay.

23            MS. KOWALZYK:  Do you want me to -- do

24   you want to move on to something else, and we'll

25   find out on a break?

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                    MR. DeGREEFF:  I can do it quick.

 2         Q.    BY MR. DeGREEFF:  I'm handing you

 3   what's been marked as Deposition Exhibit 426, and

 4   this is a G2 IFU.

 5         A.    Right.

 6         Q.    Let's just talk briefly about --

 7                    MR. O'CONNOR:  Excuse me one second.

 8   I have just learned that we are starting -- well,

 9   I think I know the last exhibit number was either

10   425 or we're supposed to start at 425, but I will

11   get a clarification on that, and we'll start from

12   there.

13         Q.    BY MR. DeGREEFF:  Okay.  My question

14   for this one is on the second page.

15         A.    Yes, sir.

16         Q.    Under Warnings.

17         A.    Okay.

18         Q.    Numbers 5 and 6.

19         A.    Yes.

20         Q.    This contains the same -- my only

21   question is:  This contains the same statement

22   about filter fracture and movement or migration is

23   a known complication of vena cava filters?

24         A.    Yes.

25         Q.    And that's the same as the IFU we just
```

```
 1   looked at?

 2        A.    Looks very similar.

 3        Q.    And I don't see -- will you look at

 4   the warnings for me.  I don't see any mention of

 5   tilt.

 6             Is there any mention of tilt in there

 7   that you see?

 8        A.    Are you specifically looking for the

 9   word "tilt"?  I guess that's what I need to ask.

10        Q.    Do you have an understanding of what

11   filter tilt is?

12        A.    Yes.

13        Q.    Anything that you think lends itself

14   to filter tilt?

15        A.    It's hard -- I'm not trying to be

16   difficult, but it's hard to say; right?  The first

17   sentence is, "Do not deploy the filter prior to

18   the proper positioning in the IFU."  So that could

19   lend itself to tilt.  Is that right?  No?

20        Q.    You tell me.

21        A.    Sounds like it.

22        Q.    You think that's a warning about the

23   risk of a tilt?

24        A.    "Do not deploy the filter prior to

25   proper positioning in the IFU."
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   yourself, she has to put it down.

 2              THE REPORTER:  I'm just putting that

 3   you're mumbling because that's what I'm hearing.

 4              THE DEPONENT:  Beautiful.  My mom

 5   would be proud.

 6       A.   I think that's all I can see is a

 7   movement.  Movement could mean tilt.

 8              MR. O'CONNOR:  First exhibit should be

 9   425 and then 426.  So that's what we should do.

10              (Exhibit 427 marked.)

11       Q.   BY MR. DeGREEFF:  I'm handing you

12   what's going to be marked as -- what?

13              THE REPORTER:  427.

14              MR. DeGREEFF:  427.

15       Q.   BY MR. DeGREEFF:  Handing you what's

16   been marked as Deposition Exhibit 427.  This is the

17   G2X IFU.

18              Does that appear correct?  Or one of

19   the G2X IFUs?

20       A.   It says, yes, IFU for G2.

21       Q.   Again, let's make it pretty quick.  If

22   you'll look at the page that discusses warnings.

23       A.   Can you tell me what page it's on?

24       Q.   Yeah.  I think -- if you look at the

25   Bates in the bottom, very bottom right-hand
```

Do Not Disclose - Subject to Further Confidentiality Review

1    corner.

2          A.    Yeah.

3          Q.    It's 10758.

4          A.    Okay.

5          Q.    And 6 and -- number 6 and 7 of the

6    warnings discuss filter fracture and movement or

7    migration; is that correct?

8          A.    Yes.  I -- I'm not trying to be

9    difficult, but this is -- they're not easy to read

10   because they're blurry; right.  But it looks to be

11   the same thing.

12         Q.    Yeah.  My question's pretty -- was

13   pretty simple.  I mean, I'm just going to --

14   again, this discusses filter fracture as a known

15   complication of vena cava filters; right?

16         A.    Yes.  Looks like that's what it says.

17         Q.    And that relates to all vena cava

18   filters?

19         A.    Yes.

20         Q.    And, again, the -- this time it says

21   tilt.  "Movement, migration, or tilt of the filter

22   are known complications of vena cava filters."

23               Right?

24         A.    Okay.  Yes.

25         Q.    And, again, that relates to all

1    filters?

2         A.    Yeah.  It's kind of broad.  It says

3    all filters -- of vena cava filters as a

4    statement.  Yeah.

5                   (Exhibit 428 marked.)

6         Q.    BY MR. DeGREEFF:  Okay.  Sir, I'm

7    handing you what I marked as -- or what I'm going

8    to mark as 420 -- Deposition Exhibit 428.

9              I'll ask you a few questions about

10   this one.

11             This document is the titled, Internal

12   Q&A:  CR Bard Recovery Vena Cava Filters, Version

13   August 30, 2004; correct?

14        A.    Yes.

15        Q.    And is this -- and it states in that

16   note that it's a -- that it's approved by -- it's

17   to be used by approved corporate spokespeople to

18   respond to inquiries from the media; right?

19        A.    Yes.

20        Q.    Not to be -- so is this something that

21   you, in your role at the company, would have ever

22   seen?

23        A.    I don't recall having ever seen this

24   document, no.

25        Q.    Okay.  Have you ever seen anything

Do Not Disclose - Subject to Further Confidentiality Review

1    like this?  Did you receive these internal Q&As?

2         A.    Specifically about answering questions

3    from the media, no, I never did.

4         Q.    Okay.  Look at -- look at page 4, if

5    you would, number 10.

6         A.    Okay.

7         Q.    There's a question about who designed

8    the Recovery filter, and the answer is -- the

9    second sentence says that "Bard has thoroughly

10   assessed and tested the product and stands behind

11   its design in every way."

12              Did I read that correctly?

13        A.    Yes.  That's what it says.

14        Q.    Was that something that was a message

15   that was presented by the salespeople to

16   physicians, that the devices were properly tested

17   and thoroughly tested?

18        A.    Sure.  Yeah.

19        Q.    Would you expect before a -- as a

20   salesperson, would you expect a product to be

21   properly and thoroughly tested before it ends up

22   in patients?

23        A.    I would -- sure.  My expectation would

24   be and I think anyone's expectation would be that

25   it met all criteria that the FDA would stipulate

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   tape number 2.  It's 10:19 a.m.  We're back on the

 2   record.

 3        Q.    BY MR. DeGREEFF:  Sir, you've had a --

 4   we've taken a break.  In fairness to you, did you

 5   have a chance to meet with counsel?

 6             MS. KOWALZYK:  Object to the form.

 7        A.    Well, we talked, walking to the

 8   restroom.  Right.

 9        Q.    BY MR. DeGREEFF:  Having spoken to her

10   now, is there anything about your testimony thus

11   far that you want to change?

12        A.    No, sir.

13        Q.    Okay.  So would you -- let's look at

14   page 6 of Exhibit 428.

15        A.    Yes.  I'm there.

16        Q.    And number 17, the question is:  "How

17   does your rate of migration for Recovery filter

18   compare to that of your retrievable and

19   non-retrievable device competitor's?"

20             And then the response that's supposed

21   to go in response to the media is:  "Estimates

22   based on available data suggest that these types

23   of events are not occurring with excess frequency

24   when compared with other competitive products."

25             Did I read that correctly?
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1          A.    Yes.

 2          Q.    And is that consistent with what --

 3    what you understood during your time there?

 4          A.    I would -- I would have to -- I don't

 5    recall how -- I don't want to keep saying that to

 6    you that it was a long time ago.

 7                But I would -- I would believe that,

 8    yes.

 9          Q.    And this is a -- these are questions

10    and answers for the media; correct?

11                MS. KOWALZYK:  Object to the form.

12          A.    Yeah.  Yeah.  If -- for a corporate

13    spokesperson to respond to the media, yeah.

14          Q.    BY MR. DeGREEFF:  So in other words,

15    this is what the corporate spokesperson is going

16    to tell the public?

17          A.    Yes.

18          Q.    And the public would include

19    physicians?

20          A.    Sure.

21          Q.    And it would include patients?

22          A.    Yes.

23          Q.    And is this -- is this generally

24    something that would have been -- strike that.

25                Is this consistent with your
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   understanding of what the IFU said?

 2               MS. KOWALZYK:  Object to the form.

 3        A.    Talking about migration, I think the

 4   IFU -- I don't have it in front of me, but it said

 5   migration, something along the lines, is a known

 6   complication for all filters.

 7        Q.    BY MR. DeGREEFF:  Correct.

 8        A.    So I guess that would be consistent.

 9   That would mean they're all pretty comparable.

10        Q.    And so that is what -- that is what

11   would have been conveyed to the sales force by

12   Bard; is that fair?

13               MS. KOWALZYK:  Object to the form.

14        A.    Yes.

15        Q.    BY MR. DeGREEFF:  Okay.  And is that

16   what the sales force would have then conveyed to

17   the physicians in response to any questioning

18   about migration rates with the Recovery?

19               MS. KOWALZYK:  Object to the form.

20        A.    Yes.

21        Q.    BY MR. DeGREEFF:  And then the next

22   question, number 18, is:  "Are retrievable filters

23   more susceptible to migration than non-retrievable

24   filters?"

25               Did I read that correctly?
```

Do Not Disclose - Subject to Further Confidentiality Review

1      A.     Yes.

2      Q.     Is it something that you would have

3  wanted the sales force working for you to be

4  using?

5      A.     Yes.  I think -- you know, sometimes

6  they're left as leave-behinds, and generally

7  physicians don't read brochures.  It's best to use

8  them in a conversation, in my opinion.

9      Q.     Okay.  So you want your -- would you

10  want your sales force to convey the information in

11  the brochure to the physician?

12      A.     Sure.  Ideally, yes.

13      Q.     Okay.  And look at page 2, if you

14  would.

15      A.     Okay.

16      Q.     I guess the third sentence down, it

17  says, "Introducing Recovery.  A marked improvement

18  over currently available devices."

19      A.     Um-hum.

20      Q.     Did I read that correctly?

21      A.     Yes.

22      Q.     What were the currently available

23  devices at the time that the Recovery was there?

24      A.     So there would have been -- our

25  filter, Simon Nitinol.  Cook had a filter.  I

Do Not Disclose - Subject to Further Confidentiality Review

1    think just one.  The Bird's Nest filter.  Boston

2    Scientific had a filter.  I think just one.  I

3    can't recall if they had more than one.  And

4    VenaTech, I think, had one or two filters.

5         Q.    And this was saying -- this is

6    representing that those are a marked -- that the

7    Recovery filter is a marked improvement over those

8    devices; right?

9         A.    Yes.

10        Q.    And those devices would include the

11   Simon Nitinol?

12        A.    Yes.

13        Q.    And then if you read the next part

14   down, it says Recovery -- excuse me.  It says,

15   "Recovery filter's unique self-centering design."

16             Did I read that correctly?

17        A.    Yes.

18        Q.    And is the -- what is the point of

19   that statement?

20             MS. KOWALZYK:  Object to the form.

21        A.    The point of that statement -- it

22   would not be difficult, but was to call out that

23   it had a unique self-centering design; right.

24        Q.    BY MR. DeGREEFF:  Was the idea that it

25   would -- that it was less prone to tilt or move?

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                    MS. KOWALZYK:  Object to the form.

 2           A.    That was my recollection is that it --

 3     unlike -- for instance, at the time I think

 4     Greenfield may have been the predicate, the kind

 5     of market leader.  And the arms, the upper tier

 6     arms on the Recovery kind of would have served as

 7     self-center versus a Greenfield which could

 8     tilt -- had a propensity to tilt.

 9           Q.    BY MR. DeGREEFF:  And so if it's a

10     unique self-centering design, that would mean that

11     the Simon Nitinol didn't have it either?

12           A.    Simon Nitinol was a different design.

13     So --

14           Q.    Okay.

15           A.    -- yes.

16           Q.    So this was supposed to -- the idea

17     here was that you wanted doctors to understand

18     that this was going to be more likely to stay

19     centered; is that fair?

20           A.    Well, it would -- yes.  I guess you

21     could say that, sure.

22           Q.    And then if you'll look at the next

23     page, there's a part that says, "Self-centering,

24     the articulated arms, along with the specifically

25     engineered flexible pusher wire of the delivery
```

Do Not Disclose - Subject to Further Confidentiality Review

 1   system, promote a centered placement."

 2              Did I read that correctly?

 3       A.    Yes.

 4       Q.    So, again, the idea -- was the idea

 5   that the -- you know, the -- this device was -- is

 6   better at staying centered?

 7       A.    But the delivery system, as I recall,

 8   and having read this, it kind of harkens me back,

 9   that as you're deploying a vena cava filter, the

10   wire in the catheter will always rest on the cava

11   wall.  You can't center a wire in a catheter.  So

12   it would rest on the wall.

13              And this device, when you deployed

14   that top tier, would move it over to the center of

15   the cava.  So that was a unique design for

16   Recovery.

17       Q.    So the idea is that it -- the

18   centering was -- centering was better with this

19   device?

20       A.    Sure.  That it was designed to center,

21   that's for sure.

22                  (Exhibit 431 marked.)

23       Q.    BY MR. DeGREEFF:  Okay.  So this is

24   Exhibit 431.  Sir, I'm handing you what's been

25   marked as Deposition Exhibit 431.

Do Not Disclose - Subject to Further Confidentiality Review

1    were selling these filters; right?

2         A.    Yes.

3         Q.    So as the person who were overseeing a

4    group of people from Bard selling this filter, you

5    don't have an understanding of what filter they

6    made design changes to get to the G2?

7              MS. KOWALZYK:  Object to the form.

8         A.    I guess to be -- to answer your

9    question fairly and to be clear, it was 12 years

10   ago.  I don't -- at that time I may have known.

11   Right now I don't recall.

12              But you're asking me specifically

13   about that sentence, and it refers to a data on

14   file.  So that's all -- I'm kind of just going by

15   what it says here.

16        Q.    BY MR. DeGREEFF:  The idea being

17   conveyed to doctors here was that this filter

18   somehow has an enhanced resistance to fracture;

19   right?

20        A.    Yes.

21        Q.    So it's telling physicians that it's

22   more fracture resistant?

23        A.    And fractures were a known

24   complication for vena cava filters.

25        Q.    Okay.  But it's -- this is saying it's

Do Not Disclose - Subject to Further Confidentiality Review

1    some somehow more fracture resistant, enhanced;

2    right?

3         A.    Saying it's enhanced; right.

4         Q.    And it's also saying it has got

5    increased migration resistance; right?

6         A.    Yes.

7         Q.    So it's more migration resistant?

8         A.    Yes.

9              (Exhibit 432 marked.)

10        Q.    BY MR. DeGREEFF:  All right.  I'm

11   handing you what I'm marking as Deposition

12   Exhibit 432.

13             MS. KOWALZYK:  Thank you.

14        Q.    BY MR. DeGREEFF:  And this was the --

15   it looks like the approval -- and I will make it

16   easier on you.  If you look at the next page,

17   because that one's kind of confusing --

18        A.    Okay.

19        Q.    -- this is an email from Mary Edwards

20   to several people; is that correct?

21        A.    Yes.

22        Q.    And on there is Joe DeJohn.

23             That would have been your report, the

24   person you reported to in February 2004; is that

25   right?

Do Not Disclose - Subject to Further Confidentiality Review

1   the intensive training at the national sales

2   meeting."

3            What's the national sales meeting?

4       A.   So I can't remember at this time if we

5   had two a year or one a year, but every year at

6   the end of the year we had a meeting, gathered the

7   sales team up, celebrate the previous year, do

8   training, product launches, et cetera, at that

9   meeting.

10      Q.   So would you have -- would the

11  Recovery filter have been addressed at the

12  national sales meeting?

13      A.   I would assume it was.  It says so,

14  yeah.

15      Q.   And then the next sentence says, "We

16  did test and validate the Recovery filter design

17  in terms of migration resistance."

18      A.   Yes.

19      Q.   "We tested it against the

20  Simon Nitinol filter and found it performed just

21  as well as the SNF in terms of migration

22  resistance - as well as all other measures of

23  filter efficacy.  All tests were conducted using

24  our standard test and acceptance criteria."

25           Did I read that correctly?

Do Not Disclose - Subject to Further Confidentiality Review

```
 1          A.    Yes.

 2          Q.    So is this -- this is an email that

 3    was going out to the sales force; right?

 4          A.    Yes.

 5          Q.    And the sales -- the sales force -- is

 6    this being provided so that the sales force can

 7    answer questions from physicians?

 8                MS. KOWALZYK:  Object to the form.

 9          A.    I don't know what the goal of it was.

10    If I can -- I don't remember the email.  Can I

11    look it over real quick just to see what it

12    says --

13          Q.    BY MR. DeGREEFF:  Absolutely.

14          A.    -- if it states its purpose?

15          Q.    Absolutely.

16          A.    So it looks like there was also some

17    articles attached to it, and Janet is making the

18    field -- making it known to the field that there

19    was an incident involving a filter migration.

20                So there was -- I don't remember at

21    the time what would have necessitated this -- this

22    email other than to say I don't recall when the

23    first migration was.  I remember when -- I kind of

24    remember when it happened.  It was a big event.

25    So -- because it was a complication, that was a
```

```
 1            A.    Could be.

 2            Q.    Next, filter limb detached and was

 3    found in the patient's heart.

 4                  That's a serious injury; right?

 5            A.    Yes.

 6                  MS. KOWALZYK:  Object to the form.

 7            A.    It could be.  Again, these are --

 8    you're asking me -- so at this time I was a

 9    regional sales manager, and I -- I'm certain --

10    and I'm going to have to -- you're asking me a lot

11    of questions about medicine that I can't tell you.

12                  Doctors put stints in hearts.  So this

13    was certainly not an ideal thing for the filter to

14    have a leg in someone's heart.  And I'm not coarse

15    in saying that it wasn't.  I would not want -- I

16    would never want a vena cava filter.  I don't want

17    anyone in my family to have one, because you have

18    a lot of sickness that's leading to that.

19                  What I will -- just -- what I don't

20    know by reading this is the filter was tilted at

21    90 degrees.

22            Q.    BY MR. O'CONNOR:  Right.

23            A.    Did it get tilted when the physician

24    was trying to retrieve it?  These are things we

25    don't know.
```

# EXHIBIT 54

To:         T. Ring/J. Weiland

From:       C. Ganser

Date:       April 19, 2005

Subject:    IVC Recovery Filter Adverse Events (Migrations/Fractures) – Executive Summary

Following is an adverse event summary of the Bard IVC Recovery Filter for migrations and fractures through 4/15/2005:

## Migrations

- 34 filter migrations reported > 2 cm
- 21/34 cases involved migration of the filter encased in large thrombi
- 10/21 migrations with thrombi encasement migrated to the heart
- 9/34 migrations - involved morbidly obese/gastric bypass patients
- 8/9 placements in gastric bypass patients occurred preoperatively.
- 9/34 migrations - death reported
- 6/9 migration fatalities - massive clot burden reported to have overwhelmed the filter
- 5/9 migration fatalities - involved morbidly obese/gastric bypass patients
- 1/9 migration fatalities - involved woman suffering from a sub-arachnoid hemorrhage
- 1/9 migration fatalities - involved trauma patient (massive head wound)
- 1/9 migration fatalities - involved a patient post Achilles tendon surgery
- 1/9 migration fatalities - investigation revealed insufficient data
- 5 pulmonary embolism fatalities, unrelated to migration
- 27,166 units sold as of 4/15/2005
- Estimated 21,733 units placed
- Bard IVC Recovery filter migration rate 0.125% (based on units sold)
- Bard IVC Recovery filter migration related mortality rate 0.033% (based on units sold)

Comparative MAUDE/IMS data for IVC filter fatalities (through Q4 2004):

| Rates | Fatalities | Migration |
|---|---|---|
| SNF | 0.000% | 0.003% |
| Recovery | 0.041% | 0.099% |
| Vena Tech | 0.007% | 0.055% |
| Greenfield | 0.008% | 0.023% |
| Bird's Nest | 0.015% | 0.030% |
| Tulip | 0.013% | 0.033% |
| TrapEase | 0.012% | 0.012% |
| OptEase | 0.029% | 0.010% |

MAUDE Fatalities are associated with reports of migration, caval perforation, caval thrombis, PE, and failed deployment.

Confidential                                      Page 1 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MD1



**<mark>Fractures</mark>**

- <mark>51 reports of filter fractures have been reported to date (rate of 0.188%)</mark>
- 18/51 cases involved fragments migrated to the heart/lung (0.066%)
- 1/51 fractures - the patient developed serious symptoms requiring open heart surgery to correct/remove
- 2/51 fractures - the patient required a sternotomy to remove a wire two months after filter removal
- No other injuries have been reported
- <mark>A literature review reveals that filter fracture is a known complication of IVC filters, with reported rates in the range of 0.05% - 10%</mark>

Confidential                                    Page 2 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MD1                                              BPVE-01-00434276