# EXHIBIT 111

| From: | Randall, Mike [/o=BARD/ou=TPE AG/cn=Recipients/cn=MRandall] |
|---|---|
| To: | Randall, Mike [Mike.Randall@crbard.com], Conaway, Jon [/o=BARD/ou=TPE AG/cn=Recipients/cn=jconaway], Baird, Bret [/o=BARD/ou=TPE AG/cn=Recipients/cn=BBaird], Chanduszko, Andre [/o=BARD/ou=TPE AG/cn=Recipients/cn=achanduszko], Garcia, JoseL [/o=BARD/ou=LPD AG/cn=Recipients/cn=JGarcia], Boyle, Brian [/o=BARD/ou=TPE AG/cn=Recipients/cn=BBoyle] |
| CC: | Carr, Robert [/o=BARD/ou=TPE AG/cn=Recipients/cn=RCarr] |
| BCC: | TPE-Saguaro [/o=BARD/ou=TPE AG/cn=Recipients/cn=TPE-Saguaro] |
| Subject: | Platinum DIS discussion |
| Attachments: | DIS-8049, rev.1.doc |
| Location: | TPE-Saguaro |
| StartTime: | 6/23/2008 6:00:00 PM |
| EndTime: | 6/23/2008 7:00:00 PM |
| Timezone: | |

Hi All,

This meeting is to kick off the DIS for Platinum. The goal of this meeting is to determine what inputs we need to complete the DIS which will drive the project scope. Please think before hand how we can get the information we need to support the following:

1) EP
2) Stronger Snare Tip
3) Reduction of ID of sheath 1 French
4) Ergonomic changes to the delivery systems.
5) Color changes
6) Improved migration resistance
7) Improved tilt resistance
8) Reduction of penetrations
9) Anything else we want to consider for the project

Thanks

Mike

PS..Attached is a copy of the last DIS used for G3 which we can use as a outline.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MD1

BPVF-01-00617776



| | G3 Vena Cava Filter | DIS-8049 |
|---|---|---|
| | Design Input Summary | Revision 001 |
| | **Report** | Page 1 of 17 |

## Table of Contents

Section     Description

1           Purpose
2           Scope
3           Information Sources
4           Project Background Information
5           Summary of Design Input
Appendix A  Bard Customer Vena Cava Filter Usage Study – Report of Fax Survey
Appendix B  Bariatric Surgeon Vena Cava Filter Usage Study – Report of Fax Survey
Appendix C  Multidisciplinary Panel Summary
Appendix D  Key Opinion Leader/High Volume User Panel – Panelist Profiles
Appendix E  Key Opinion Leader/High Volume User Panel - Meeting Summary
Appendix F  Field Visit Log
Appendix G  Clinical Literature
Appendix H  Complaint data
Appendix I  Regulatory Requirements

### 1.0 Purpose

This report documents and summarizes the design input information gathered during the concept phase of the G3 Vena Cava Filter project. This design input information is used to develop the Product Performance Specification (PPS), product design, and test plans. The business case for this project is outlined in Product Opportunity Appraisal POA-8049.

### 2.0 Scope

This design input summary applies to development of the G3 Vena Cava Filter. This report will document design input specific to the this product, as well as additional information related to actual use conditions and complaint data received on our currently marketed IVC Filters.

### 3.0 Information Sources

Design input information was gathered from multiple sources. These included the following:
- Discussions with clinicians who perform IVC Filter placement and retrieval procedures
- Focus group interviews with Interventional Radiologists, Trauma Surgeons, Bariatric Surgeons, Hematologists, Internal Medicine and Vascular Medicine specialists
- Market Research Studies
- Clinical Literature Review

Confidential:    This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | G3 Vena Cava Filter<br>Design Input Summary<br>**Report** | DIS-8049<br>Revision 001<br>Page 2 of 17 |
|---|---|---|

- Complaint review
- MAUDE website review
- Regulatory requirements review

**4.0   Project Background Information**

BPV launched the Recovery Vena Cava Filter (RF-048F) with a permanent indication in April 2003, followed with the retrievable indication in October 2003. As the first IVC filter to receive a retrievable indication in the U.S., Recovery Filter brought a new level of awareness within the medical community to filter technologies and their associated complications.

Traditionally, permanent filters were placed primarily in patients with documented thromboembolic disease and a contraindication to or complication with anticoagulation. These patients typically received a filter during their hospital course and then were never follow up specifically for the filter. With newer, retrievable filters, not only are more patients receiving filters, but they are being followed at a higher rate due to the intent to retrieve the filter. The implication of this updated follow up regimen is that more asymptomatic filter complications are being discovered than ever before.

BPV discontinued the Recovery Filter in September 2005 and immediately replaced it with the G2 Filter (RF310F, RF210F), which has a permanent indication. As part of the routine passive post-market surveillance program, BPV began receiving reports of caudal migrations of the G2 Filter. Although the rate of caudal migration has always remained well below the reported rates in the SIR Quality Improvement Guidelines for IVC Filters, BPV undertook the effort to modify the design of the G2 Filter to improve its caudal migration resistance.

**5.0   Summary of Design Input**

Migration (both cranial and caudal) is a known and well-documented complication of vena caval filters. Although most agree that caudal migration is not the most serious of filter complications in terms of patient safety, it is nevertheless worrisome for most physicians when they encounter one of their patients with a filter that has migrated caudally.

Numerous sources and methods were utilized to determine the design input for this project. The main goal of the efforts was to determine the expected and threshold complication rates for IVC Filters. Below is a summary of the information gathered from each input source.

5.1   Literature Review

5.1.1   A comprehensive review of the available literature revealed that although caudal migration is not the most serious of possible filter complications, some filters in history have undergone redesign efforts (Titanium Greenfield) or were discontinued entirely (Gunther) due to caudal migration.

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



5.1.2   A secondary review of the available literature detailed the necessity of certain vena cava filter characteristics.  These characteristics included (in no specific order):

- Self-Centering and Tilt Resistance
- No arm/leg entanglement (crossed limbs)
- Efficient clot trapping
- Caval patency
- Low profile
- Extended retrievability
- Easy retrieval
- Fracture resistance
- Migration resistance
- Filter sized accordingly (one sized filter fits most vena cava)
- Ability to power inject
- Accurate deployment
- Deployment with minimal force
- Perforation

The corresponding clinical literature is provided in Appendix G.

## 5.2   Market Research Studies

### 5.2.1   Bard Customer Surveys

A survey of Bard customers regarding their IVC Filter utilization was conducted in Q1 2005.  Respondents were recruited by telephone and asked to fax back a 3-page questionnaire.  A total of 154 surveys were completed and returned.

One of the questions in the survey assessed the problems that users have had with various types of optional filters.  The responses showed a trend toward a higher (perceived) rate of migrations, perforations, and filter tilt with Bard's filter than the Gunther Tulip (Cook) or the OptEase (Cordis).

Q: Problems experienced with optional filters, by brand (n=154, multiple answers were accepted)

| | Recovery (Bard) | Gunther Tulip (Cook) | OptEase (Cordis) |
|---|---|---|---|
| Filter tilt | 38% | 33% | 3% |
| Inability to retrieve | 24% | 19% | 11% |
| Filter migration | 14% | 3% | 2% |
| Caval perforation | 9% | 3% | 1% |
| Caval thrombosis | 6% | 11% | 14% |
| Filter fracture | 5% | 3% | 0% |
| Death | 3% | 1% | 1% |
| Inadequate indwelling | 1% | 3% | 3% |
| Other | 5% | 3% | 5% |

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

**BARD**

**G3 Vena Cava Filter**
Design Input Summary
**Report**

DIS-8049
**Revision 001**
Page 4 of 17

| None | 43% | 55% | 73% |
|------|-----|-----|-----|

### 5.2.2   Bariatric Surgeon Surveys

Another survey was completed in Q1 2005 involving Bariatric Surgeons and their filter utilization.  The aim of this study was to assess bariatric surgeons' awareness of IVC Filter technology and the possible risks and benefits associated with caval interruption.  Respondents were once again recruited by telephone and asked to fax back a 4-page questionnaire.  A total of 90 completed surveys were returned.

One of the questions in this survey illustrated bariatric surgeons' general knowledge/perception of the types of complications that can occur with filters and how often:

Q: How often do you observe the following complications due to IVC Filters in your patients? (n=90)

|  | < .1%<br>(Less than 1/1,000) | 1%<br>(1/100) | 5%<br>(5/100) | >5%<br>(over 5/100) | Do Not See |
|--|------|------|------|------|------|
| Filter migration | 41% | 19% | 4% | 1% | 34% |
| Caval Thrombosis | 34% | 20% | 9% | 1% | 36% |
| Caval perforation | 43% | 9% | 1% | 0% | 47% |
| Filter fracture | 43% | 6% | 1% | 0% | 50% |
| Death | 47% | 6% | 0% | 0% | 48% |

The responses to the above question indicate that bariatric surgeons do and expect to see complications with filters.  The majority expects to see these filter problems at a rate less than 1/1,000 cases.

### 5.3   Focus Groups

#### 5.3.1   Multidisciplinary Panel

In June 2004, BPV convened a multidisciplinary panel of physicians with specific expertise and/or interest in thromboembolic disease and IVC Filters to discuss filter complications.  This panel discussed many issues including expected and threshold rates for various filter complications and possible causes for these filter problems.

With regard to filter migration, the panel's perspective was the following.

- It should occur less than 1% of time
- For prophylactic filter placement, migration to the heart should virtually never happen.  The rate should be less than 1 in 1,000.

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information herein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BARD

**G3 Vena Cava Filter**
Design Input Summary
**Report**

**DIS-8049**
**Revision 001**
**Page 5 of 17**

- Migration should not be different for retrievable filters than for permanent filters.

It should be noted, however, that this discussion was mainly about proximal (or cranial) migration.
For caval perforations, the panel believed that symptomatic perforations should be less than 1% and that the rate of asymptomatic perforations does not matter.

In summary, the multidisciplinary panel felt the following about general filter performance:

- A retrievable filter is expected to perform just as well as a permanent filter.
- A filter should not migrate; no matter what the size of thrombus burden it captures.

### 5.3.2   Key Opinion Leader/High Volume User Panel

BPV convened another panel in June 2006 to discuss caudal migration of filters, specifically the BPV experience to date with the G2 Filter. This panel included Key Opinion Leaders and High-Volume users of IVC Filters. The list of panelists along with their profiles is included as Appendix D.

Below are some highlights of the discussion:

IVC Perforation:
- Could lead to erosion into duodenum, perforation of aorta, lodge in vertebral body
- OK if asymptomatic, but could become symptomatic over time
- 0 – 1% for "true" peforation; most perceived perfs are not "true" perforations
- Belief there is strong correlation between tilting and perforation

Migration (More than 2cm):
- Concern when goes to heart/lungs or goes from infrarenal vs suprarenal or symptomatic migration or in combination with tilt/perforation
- More concern over cephalad migration vs caudal migration
- Theoretical concern if filter migrates caudally, since there is more space above filter in the IVC for thrombus formation (source for recurrent PE)

BPV Experience:
- Should focus on symptomatic complications – asymptomatic events probably occur at a much higher rate because underreported
- At the time of the Expert Panel, there had been 3 symptomatic migrations in females: panelists thought these were coincidental in relation to small IVC diameter. Also, suggested females experience more abdominal & pelvic pain; therefore, may not be of real concern.
- The panelists expressed concern over 3 suprarenal caudal migrations vs 4

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | G3 Vena Cava Filter | DIS-8049 |
|---|---|---|
| | Design Input Summary | Revision 001 |
| | Report | Page 6 of 17 |

infrarenal that had been reported as of the date of the Panel. This does not represent actual placement practice:  100 infrarenals to 1 suprarenal.
- Generally, believe most migrations occur early (first 2 weeks) due to healing process
- Horizontal orientation: higher clot trapping efficiency may indicate higher risk of caval thrombosis and greater risk of pain due to stretching IVC
- Felt reassured by BPV's due diligence with clot trapping study
- Suggested IVC diameter may play role in caudal migration and tilting could lead to pain (symptomatic) in patients with smaller IVC due to stretching

Summary of Concerns Expressed:
- Inability to remove
- "True" migrations
- PE due to filter failure
- Concern with caudal rates but not in relation to other filters

Dr. Oliva Experience at CHUM:
- Of 40 attempted retrievals 24 anticoagulation contraindicated.  8 need prolonged filtration.
- 1 Caudal migration of 23 retrievals
- 17% tilting, some associated with perforation/penetration
- Retrieval window:  44 days (7 – 128)

Potential Root Causes for Caudal Migration:
- Believe most influential factor is caval dimensional changes
- Watermelon seed affect
- Small cava....more likely because arms may allow filter to ski down
- Large cava... arms more likely to catch and prevent downward migration
- Not much vessel spasm in IVC, but there is in small vessels

5.4   Field Visits

Numerous field visits were conducted by BPV sales, marketing, and R&D to respond to questions regarding various filter issues, including caudal migrations. These visits were also utilized to gather information regarding users' expected and threshold rates of various filter complications.

The main message that came out of the clinical interviews conducted during field visits is that users who have experienced caudal migrations of the G2 Filter are generally unhappy with the rate of this failure mode they are seeing.  The users' perceived rate of caudal migrations seem to have a strong positive relationship with retrieval rate, as can be seen in the below table, which is a representative depiction of the general opinion based on utilization and retrieval rate.

| Physician | Hospital | Annual Utilization | Retrieval Rate | Perceived caudal migration rate (G2 Filter) |
|---|---|---|---|---|
| | | | | |

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1

| Frank Lynch, MD | Hershey Penn State Hershey, PA | 200 – 250 units | 50% | 30% |
| Mamood Razavi, MD | St. Joseph's Hospital Orange, CA | 50 – 75 units | 15% | 1% |
| Bruce Zweibel, MD | Tampa General Hospital Tampa, FL | 150 – 200 units | >5% | 0% |

Although most physicians believe that caudal migration has less serious patient safety implications than some other types of filter complications, they believe that a filter that moved caudally implies a general instability of the device in situ and therefore felt less comfortable using it as their default filter.

A summary of the field visit log, along with a justification of which of these design inputs will or will not be pursued as part of the G3 Filter project is located in Appendix F.

5.5   Complaint analysis

A thorough review of all received internal filter complaints was completed by conducting a search within Trackwise (BPV's internal complaint tracking software) by FDA code for both the currently marketed filter devices (Simon Nitinol Filter, G2 Filter, and Recovery Cone), as well as historically marketed filter devices (Recovery Filter). A detailed list of all complaints, shown by FDA code is shown in Appendix H. In summary, the top five complaints as of July 31, 2007 for each filter product are shown in the table below.

| Filter Type | Top Five Reported Complaints | | | | |
| --- | --- | --- | --- | --- | --- |
| | #1 | #2 | #3 | #4 | #5 |
| SNF | Difficult to Deploy (QTY: 41) | Failure to Deploy (QTY: 26) | Twisting (QTY: 19) | Dome Collapse (QTY: 10) | Detachment of Components (QTY: 7) |
| Recovery | Detachment of Components (QTY: 123) | Migration* (QTY: 61) | Difficult to Deploy (QTY: 31) | Twisting (QTY: 31) | Perforation (QTY: 29) |
| G2 Femoral | Difficult to Deploy (QTY: 99) | Failure to Deploy (QTY: 73) | Migration** (QTY: 45) | Misplacement (QTY: 25) | Missing Components (QTY: 18) |
| G2 Jugular | Migration*** (QTY: 17) | Other**** (QTY: 7) | Broken Components (QTY: 5) | Twisting (QTY: 4) | Perforation (QTY: 4) |
| Recovery Cone | Detachment of Components (QTY: 26) | Broken Components (QTY: 7) | Bend (QTY: 4) | Failure to Capture (QTY: 4) | Other (QTY: 4) |

*The majority of these migrations were in the cranial direction
**37 of these migrations were caudal, 8 were cranial
***All of these migrations were in the caudal direction
****Typically 'other' encompasses tilt and delayed opening

As well, a review of the MAUDE database was conducted, comparing the

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | **G3 Vena Cava Filter**<br>Design Input Summary<br>**Report** | **DIS-8049**<br>**Revision 001**<br>**Page 8 of 17** |
|---|---|---|

complaint rates of all commercially available filters against the SIR Guidelines. It is important to keep in mind that companies are only liable for reporting medical device reports (MDRs) for those complaints that they determine could or have caused patient injury. Each company uses their own internal standards for making this determination, thus, there potentially exists a wide range of discrepancy from company to company on what complaints are reported to the FDA. A summary of the MAUDE database findings, as well as a ranking by company for each complaint type are provided in Appendix H.

5.6   Current Regulation Review

A review of the following regulations was completed:
- Guidance for Cardiovascular Intravascular Filter 510(k) Submissions, November 26, 1999
- Smith, Angela. Regulation of Peripheral Vascular Devices: Current issues in the regulation of IVC filters. Endovascular Today; Nov. 2005: 93-94
- Shelf Life of Medical Devices, April 1991
- Sterile, single-use intravascular catheters, ISO10555-1:1995
- Non-active surgical implants – General Requirements, ISO14630:1997
- Non-active surgical implants – Particular requirements for cardiac and vascular implants; Part 3: Endovascular devices, EN12006-3:1999

From this review, many additional regulatory requirements were identified, including, but not limited to: biocompatibility, simulated deployment, introducer/sheath suitability, clot trapping ability, filter fracture, caval perforation filter migration, thrombogenicity, MRI compatibility, and many more. The detailed requirements can be found in Appendix I.

**Description of Change—**

| Revision number | Changes |
|---|---|
| 000 | Original/J.Hudnall |
| 001 | Updated project name from Tetra to G3 throughout, updated Appendix F to include rationale for user needs, changed document number from TD-00395 to DIS-8049/S.Klocke |

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



| | **G3 Vena Cava Filter** | **DIS-8049** |
|---|---|---|
| | Design Input Summary | **Revision 001** |
| | **Report** | **Page 9 of 17** |

**Appendix A**
Vena Cava Filter Usage Study
Among Bard Customers
Final Report

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



| | **G3 Vena Cava Filter** | **DIS-8049** |
|---|---|---|
| | Design Input Summary | **Revision 001** |
| | **Report** | **Page 10 of 17** |

# Appendix B
## Vena Cava Filter Usage Study
## Among Bariatric Surgeons
## Final Report

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | **G3 Vena Cava Filter** | DIS-8049 |
|---|---|---|
| | Design Input Summary | **Revision 001** |
| | **Report** | **Page 11 of 17** |

## Appendix C
Multidisciplinary Panel
Summary Report

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



## Appendix D
### Key Opinion Leader/High-Volume User Panel
### Panelist Profile

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | **G3 Vena Cava Filter**<br>Design Input Summary<br>**Report** | DIS-8049<br>**Revision 001**<br>Page 13 of 17 |
| --- | --- | --- |

## Appendix E
### Key Opinion Leader/High Volume User Panel
### Meeting Summary

Confidential:     This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | **G3 Vena Cava Filter**<br>Design Input Summary<br>**Report** | **DIS-8049**<br>**Revision 001**<br>**Page 14 of 17** |
|---|---|---|

**Appendix F**
Field Visit Log

Confidential:    This document contains information that is the confidential and proprietary property of C.R. Bard, Inc.  Neither this document nor the information therein
may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| G3 Vena Cava Filter | DIS-8049 |
|---|---|
| Design Input Summary | Revision 001 |
| **Report** | **Page 15 of 17** |

# Appendix G
## Clinical Literature

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



| | **G3 Vena Cava Filter** | **DIS-8049** |
| | Design Input Summary | **Revision 001** |
| | **Report** | **Page 16 of 17** |

# Appendix H
Complaint Data

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
_MD1



| | **G3 Vena Cava Filter** | **DIS-8049** |
|---|---|---|
| | Design Input Summary | **Revision 001** |
| | **Report** | **Page 17 of 17** |

**Appendix I**
Regulatory Requirements

Confidential:   This document contains information that is the confidential and proprietary property of C.R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without prior written consent of Bard.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# EXHIBIT 113

David Ciavarella, M.D.

Page 1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO, EAST COUNTY REGIONAL CENTER
- - -

MARY GIORDANO, individually      :
and on Behalf of the Estate      :
of Jacqueline Keith and          :
other qualified survivors,       :
          Plaintiffs,            :
                                 : Case No. 37-2011-
          vs.                    : 00069363-CU-PO-EC
                                 :
C.R. BARD, INC., a               :
corporation, BARD PERIPHERAL     :
VASCULAR INC., a corporation,    :
THOMAS BRANNIGAN, M.D., an       :
individual, FRANKLIN KALMAR,     :
M.D., an individual, JULIE       :
LAIDIG, M.D., an individual,     :
SHARP GROSSMONT HOSPITAL, a      :
corporation, SHARP               :
HEALTHCARE, a corporation,       :
and DOES 1 through 100           :
inclusive,                       :
          Defendants.            :
                    - - -

Tuesday, November 12, 2013

- - -

Videotaped Deposition of DAVID
CIAVARELLA, M.D., held at Short Hills Hilton, 41
John F. Kennedy Parkway, Short Hills, New
Jersey, on the above date, beginning at 9:43 a.m.,
before Kimberly A. Overwise, a Certified
Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

David Ciavarella, M.D.

Page 130

1   BY MR. LOPEZ:

2       Q    Well, are you aware that there was

3   a -- do you keep up with the literature when it

4   comes to things like that?

5       A    I wouldn't say aggressively.

6       Q    Okay.  I'm going to -- I think if you

7   look at the recent literature for this year,

8   there's an article written in a peer-reviewed

9   journal that has done research and has done an

10  analysis of this so-called Webber effect, and

11  the conclusion was there is no Webber effect.

12  You haven't read that article?

13      A    No.

14      Q    Okay.  And -- but, in any event,

15  whether that article's valid or not valid or

16  whether it trumps every other article that talks

17  about Webber effect, the truth is in 2004 it was

18  well known in -- at Bard and in the industry

19  even when you were at J&J that you're only

20  seeing the tip of the iceberg when you're

21  dealing with voluntary reporting from clinicians

22  when it comes to adverse events; right?

23              MS. DALY:  Object to form.

24              THE WITNESS:  I don't know if I'd

25      call it the tip of the iceberg.

David Ciavarella, M.D.

Page 131

1    BY MR. LOPEZ:

2        Q    Well, the tip of the ice -- what if

3    it's -- what if you're right, it's 1 percent to

4    5 percent you're only getting?

5        A    I don't know.

6        Q    Okay.  But there's a general consensus

7    that that might be, in fact, the case, you're

8    only getting 1 to 5 percent of what's actually

9    happening, actually reported to the company or

10   FDA?

11       A    I mean, maybe yes, maybe no.  That's

12   the problem with it is you don't know.

13       Q    But it --

14       A    You could make an estimate, but an

15   estimate's an estimate.

16       Q    Right.  But there was at one point in

17   time -- I can show you the document later --

18   where you, Dr. Ciavarella, said one of the

19   problems with reporting of events, voluntary

20   reporting, is there's a consensus that you might

21   be only getting 1 to 5 percent of the actual

22   events; right?

23       A    Could be.  Yeah, there's a consensus.

24       Q    So when -- in April -- I mean -- I'm

25   sorry.  Yeah, in April of 2004 when you're

David Ciavarella, M.D.

Page 220

1          Q    No.  I asked you based on the
2     regulatory guideline -- regulatory protocol
3     document that we marked earlier and the
4     regulations that deal with adulterated products
5     and misbranded products and recall, whether any
6     of these rates now put us in a category where
7     it's unacceptable, unexpected, unintended where
8     recall should be considered?
9                    MS. DALY:  Object to the form.
10                   THE WITNESS:  I don't know
11            because that's a decision made by Chris
12            Ganser and his team and the quality
13            assurance and the regulatory people.  So I
14            don't know how he applied it.
15     BY MR. LOPEZ:
16          Q    And since you brought it up, I'm glad
17     you agree with me that Dr. Grassi and the SIR
18     don't control what are acceptable and
19     unacceptable risks with respect to what should
20     be warned about whether or not a product is
21     properly designed or not designed or whether or
22     not it should be recalled.  You agree with me;
23     right?
24          A    I do.
25          Q    And with respect to the Grassi

David Ciavarella, M.D.

Page 221

1    article, we're talking about the one in 2001?

2         A    Yes.

3         Q    And have you ever read the references

4    to that article?

5         A    I know I read some of them, but I

6    can't recall if I've read all of them.  It was

7    some time ago.

8         Q    And do you know what vintage of device

9    those statistics are dealing with?

10        A    Well, you know, the article was

11   published that long ago, 2001.  That was before

12   the general category of retrievable filters was

13   introduced in the marketplace.  So it was

14   largely the first and second generation of

15   permanent filters probably.

16        Q    You don't know?

17        A    Well, I don't remember exactly.

18   That's what I would guess.

19        Q    Well, I mean, there are -- how many of

20   the deaths that are referenced in the Grassi

21   article are actually related to anything to do

22   with a device malfunction?

23        A    Yeah, I just don't remember.  I think

24   it would be a function of how transparent the

25   article was that they were basing this, if they

David Ciavarella, M.D.

Page 374

1  Point -- Bullet Point 2, "Lack of thorough
2  understanding dynamics of caval anatomy -
3  impacting testing methods," what does that mean?
4      A    Well, what it says, that understanding
5  what happens to the vena cava during everyday
6  activities and things is very poorly understood.
7  So if we're trying to develop bench testing
8  methods that would simulate an in vivo
9  situation, it's very difficult to do that
10  because we really don't have any good models or
11  understanding of what happens to the cava.
12      Q    Okay.  This is the company's -- this
13  is talking about the company itself has the lack
14  of thorough understanding?
15      A    Well, you can look --
16      Q    Because the company can't speak --
17      A    You can look at it as the company
18  doesn't understand or you can look at it as
19  nobody understands it.  The thorough
20  understanding of the dynamics of caval anatomy
21  is something that's not well known -- not well
22  understood.
23      Q    Well -- well, okay.  I mean, are you
24  speaking from a position of having -- of
25  authority meaning you've studied this, you've

# EXHIBIT 116

1                UNITED STATES DISTRICT COURT

2                    DISTRICT OF ARIZONA

3       *    *    *    *    *    *    *    *    *    *    *    *    *    *

4

    In Re Bard IVC Filters Products
5   Liability Litigation

6                         No. MD-15-02641-PHX-DGC

7

8

        *    *    *    *    *    *    *    *    *    *    *    *    *    *

9

10        DO NOT DISCLOSE - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW

11

     VIDEOTAPED DEPOSITION OF TIMOTHY A. FISCHER

12

             TAKEN AT: Quarles & Brady
13       LOCATED AT: 411 East Wisconsin Avenue
                   Milwaukee, WI

14

                   March 29, 2017
15            8:38 a.m. to 3:08 p.m.

16          REPORTED BY ANITA K. FOSS
            REGISTERED PROFESSIONAL REPORTER

17

18

19

     *    *    *    *    *    *    *    *    *    *    *    *    *    *

20

21

22

23

24

25

Do Not Disclose - Subject to Further Confidentiality Review

```
 1          A.   Yes.

 2          Q.   Where were you working?

 3          A.   E-Health Technologies.

 4          Q.   And what type of company is that?

 5          A.   Medical record retrieval company.

 6          Q.   What was your position?

 7          A.   Director of sales, and then vice

 8   president of sales and general manager of

 9   operations.

10          Q.   Did you live in Rochester, New York at

11   that time?

12          A.   No, I lived where I live now.

13          Q.   Did you have a sales territory?

14          A.   I ran sales.  I had salespeople reporting

15   to me.

16          Q.   And then where you worked before that was

17   C.R. Bard; is that right?

18          A.   Correct.

19          Q.   According to your resumé, you worked

20   there from 2000 to 2006?

21          A.   Correct.

22          Q.   What was your position?

23          A.   Territory manager and then field sales

24   manager.

25          Q.   Tell me about your education background.
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                THE WITNESS:  I'm not aware of that, no.
 2    BY MR. O'CONNOR:
 3        Q.   And what you told us today is that you
 4    were a sales representative and you still are, and
 5    somebody that believed patient safety had to be
 6    first and foremost; right?
 7        A.   I was a sales representative, I believe.
 8    I'm not a sales representative anymore, but --
 9        Q.   All right.  Thank you.  But at the time
10    though, you believed, and your goal was patient
11    safety; right?
12        A.   Yes.
13        Q.   And that's why when we showed you a lot
14    of these documents that you've never seen before
15    today, the numbers you saw, the events you saw
16    about the Recovery filter, were concerning to you;
17    correct?
18                MR. LERNER:  Objection to form.
19                THE WITNESS:  Yeah, I think -- I think
20    the -- the amount of documents with the numbers
21    were -- were -- took me a little off guard, so to
22    speak.
23    BY MR. O'CONNOR:
24        Q.   And again, you were not provided that
25    information by Bard back at the time that you were
```

Do Not Disclose - Subject to Further Confidentiality Review

1   addressing doctors and promoting Bard products;

2   correct?

3       A.   I don't believe I was, no.

4       Q.   And this is the type of information that

5   you wished you would have had, true?

6       A.   I think if -- so I'm not going to lump

7   the MAUDE database stuff in there, but I think if

8   there is -- there is good clinical information

9   that -- that was available, I would have wanted to

10  present that to my physicians.

11      Q.   Well, what you would do if you had a

12  MAUDE database information that was verified by

13  complaint files and other information, certainly

14  that would help you understand the validity of the

15  event recorded; right?

16      A.   I would not have wanted to present any

17  MAUDE database information to my physicians because

18  it's not something that they hold as valuable.

19      Q.   Different question.  If Bard felt it was

20  important enough to record that information and

21  those events in weekly reports, that information

22  was important enough to supply to you so you could

23  have it knowing about your filter; right?

24      A.   Yeah.  So once they tracked it and did

25  their announcements on it, if they thought it was

Do Not Disclose - Subject to Further Confidentiality Review

1    important, I would have wanted to have it, yes.

2         Q.   And they didn't give it to you, did they?

3         A.   They did not.

4              MR. O'CONNOR:  Give me two minutes.  I

5    want to make sure I don't have anything else.

6              MR. LERNER:  Okay.

7              THE VIDEOGRAPHER:  Going off the record

8    at 3:06.

9                   (Break taken.)

10             THE VIDEOGRAPHER:  We're back on the

11   record at 3:08.

12             MR. O'CONNOR:  All right.  Mr. Fischer, I

13   don't have any more questions.  Thank you for your

14   time today.

15             THE WITNESS:  Thank you.

16             THE VIDEOGRAPHER:  Going off the record

17   at 3:08.  Media four of four.  End of deposition.

18

19

20

21

22

23

24

25

# EXHIBIT 117

Do Not Disclose - Subject to Further Confidentiality Review

1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF ARIZONA

3              - - -

4

    IN RE:  BARD IVC      :

5   FILTERS PRODUCTS     :   NO.

    LIABILITY LITIGATION  :   MD-15-02641-

6                    :   PHX-DGC

                     :

7                     :

8              - - -

9          July 18, 2017

10            - - -

11

12   DO NOT DISCLOSE - SUBJECT TO FURTHER

13       CONFIDENTIALITY REVIEW

14

             Videotaped deposition of

15 MARK W. MORITZ, M.D., taken pursuant to

   notice, was held at the offices McCarter

16 & English, LLP, 100 Mulberry Street,

   Newark, New Jersey, beginning at 9:07

17 a.m., on the above date, before Michelle

   L. Gray, a Registered Professional

18 Reporter, Certified Shorthand Reporter,

   Certified Realtime Reporter, and Notary

19 Public.

20

              - - -

21

22     GOLKOW LITIGATION SERVICES

   877.370.3377 ph | 917.591.5672 fax

23      deps@golkow.com

24

Do Not Disclose - Subject to Further Confidentiality Review

1          Q.     Failures of Bard filters

2    include tilting?

3          A.     Correct.

4          Q.     Failure of Bard filters

5    include fracture?

6          A.     Yes.

7          Q.     Embolization?

8          A.     Yes.

9          Q.     And failures also include

10   penetration into other organs, correct?

11         A.     Correct.

12         Q.     And you have seen at least

13   in reviewing the plaintiff experts that

14   there were internal documents in Bard

15   which spoke to serious injuries, and even

16   death caused by failure modes of Bard

17   filters?

18         A.     Correct.

19         Q.     And certainly that's

20   something I think you would agree that a

21   medical doctor would want to know from a

22   medical device company in making

23   decisions about which type of devices to

24   use for patients, fair?

Do Not Disclose - Subject to Further Confidentiality Review

1               MR. BROWN:  Object to the

2        form.

3               THE WITNESS:  Yes.

4    BY MR. O'CONNOR:

5        Q.    And certainly from what

6    you've told me before, you certainly

7    cannot discuss what if anything Bard did

8    by way of warning of its knowledge of the

9    types of filters and complications that

10   Bard became aware of, true?

11       A.    Well, I remember a letter

12   around 2005 that I think I got.

13       Q.    All right.  So you got some

14   kind of "Dear Colleague" or "Dear Doctor"

15   letter?

16       A.    "Dear Doctor" letter.

17       Q.    You're not going to be

18   talking about that letter in this trial,

19   fair?

20              MR. BROWN:  Object to the

21        form.

22              THE WITNESS:  No, I didn't

23        intend to.

24

# EXHIBIT 118

# G2®

Filter System

*Timeless Performance®*

**G2® Filter System**

**Femoral Vein Approach**

**ENGLISH**

## *Instructions for Use*

### *For use in the Vena Cava*

**Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.**

**A. General Information**

The *G2*® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the *G2*® Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its predetermined shape. The centering system allows the *G2*® Filter to be deployed with the filter tip centered and minimizes the potential for legs crossing.

The *G2*® Filter is designed to act as a permanent filter. When clinically indicated, the *G2*® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The *G2*® Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MRI Safety:**

Non-clinical testing has demonstrated that the *G2*® Filter is MR Conditional. It can be scanned safely under the following conditions:

1. Static Magnetic field of 1.5-Tesla or less;
2. Spatial gradient field of 450 Gauss/cm or less
3. Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the *G2*® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the *G2*® Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

**B. Device Description**

The *G2*® Filter System - Femoral consists of the filter and delivery system. The *G2*® Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The *G2*® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The *G2*® Filter System - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the *G2*® Filter, a storage tube with saline infusion port, and a pusher system. The *G2*® Filter is packaged pre-loaded within the delivery storage tube.

**Figure A. *G2*® Filter System - Femoral**

C
A
B
D
F
G
E

A. INTRODUCER CATHETER
B. FILTER STORAGE TUBE
C. SALINE DRIP INFUSION SET
D. SIDE PORT
E. ADJUSTABLE TOUHY-BORST ADAPTER
F. NITINOL PUSHER WIRE
G. PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the *G2*® Filter

**C. Indications for Use**

The *G2*® Filter System - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.
- *G2*® Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

**CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.**

**D. Contraindications for Use**

**The *G2*® Filter should not be implanted in:**

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

**E. Warnings**

***G2*® Filter Implantation**

1. The *G2*® Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the *G2*® Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4.)
3. Delivery of the *G2*® Filter through the introducer catheter is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The *G2*® Filter System - Femoral is designed for femoral approaches only. Never use the *G2*® Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper *G2*® Filter orientation within the IVC.
5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Only use the *Recovery Cone*® Removal System to remove the *G2*® Filter. Never re-deploy a removed filter.
7. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
8. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
9. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
10. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
11. After use, the *G2*® Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

*G2*® Filter Removal

1. Do not attempt to remove the *G2*® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena cava wall.
   NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.
2. Use only the Bard *Recovery Cone*® Removal System (packaged separately) to retrieve the *G2*® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.
3. Never re-deploy a removed filter.

**F. Precautions**

***G2*® Filter Implantation**

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. This device has neither been studied in pregnant women, nor in suprarenal placement position.[1]
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the *G2*® Filter using a *Recovery Cone*® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.
7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
10. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
11. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage of the hub.
12. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.
13. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

***G2*® Filter Removal**

1. Anatomical variances may complicate insertion and deployment of the *Recovery Cone*® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spinal deformations: It is important to exercise care when contemplating removing the *G2*® Filter with the *Recovery Cone*® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.
3. Remove the *G2*® Filter using the *Recovery*® *Cone* Removal System Only. (Reference Optional Procedure for Filter Removal for specific removal instructions).
4. The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

**Note: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device**

BPV-17-01-00118398
LMD1

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters.  Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up.  The Participants in the Vena Caval Filter Consensus Conference:  J Vasc Inter Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters:  Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference.  Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications.  Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters.  Migration of filters to the heart or lungs has been reported.  There have also been reports of caudal migration of the filter.  Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU.  Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
- Filter fractures are a known complication of vena cava filters.  There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion
- Extravasation of contrast material at time of venacavogram.
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization
- Infection
- Intimal tear
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion.
- Insertion site thrombosis
- Filter malposition
- Vessel injury
- Arteriovenous fistula
- Back or abdominal pain
- Filter Tilt
- Hemothorax
- Organ injury
- Phlegmasia cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

All of the above complications have been associated with serious adverse events such as medical intervention and/or death.  There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients.  The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**

The following equipment is required for use:
- One G2® filter and Delivery System that contains:
  - One 48cm, 7 French I.D. introducer catheter and dilator set
  - One Storage tube with pre-loaded G2® Filter and pusher delivery system
- 0.038" 3mm J-tipped Guidewire, 110cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- Basic materials for venipuncture: Scalpel, #11 blade, local anesthesia, drapes, etc
If the physician chooses to percutaneously remove the G2® Filter, the Recovery Cone® Removal System is available from C.R. Bard, Inc.

**I. Directions for Use**

Insertion of the 7 French Introducer Catheter and Preliminary Venography
1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package.  Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.
   Precaution:  If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium.  If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side.  A small thrombus may be bypassed by the guidewire and introducer.
6. Remove the venipuncture needle over the J-tipped guidewire.  Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.
   Precaution:  The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning.  The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein.  Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.
   Precaution:  The introducer catheter hub has a special internal design.  Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.
8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s).  Check for caval thrombi, position of renal veins and congenital anomalies.  Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

9. Advance the introducer catheter to the selected level under fluoroscopic control.  The guidewire and dilator should be reinserted to facilitate this.  For femoral insertion, the introducer catheter tip should be 1 cm below the lowest renal vein.
10. Remove the filter and delivery system from Kit B and flush with saline.
    Precaution: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over.  This will interfere with filter deployment.
11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein.  The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
12. Advance the filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures A-D).  Do not pull back on the pusher wire, only advance the pusher wire forward.  For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

### Advancement of G2® Filter, Illustrated



Figure A
Figure B
Figure C
Figure D

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter.  At this point, the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment

14. Deliver and release filter as described below:
    Figure E: Firmly hold the pusher wire handle.  Keep this hand stationary throughout the entire filter release/ deployment process.
    Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

### G2® Filter Release, Illustrated



FIGURE E
FIGURE E-1
FIGURE F
FIGURE F-1
FIGURE G
FIGURE G-1

Precaution:  Do not deliver the filter by pushing it beyond the end of the introducer catheter.  To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter as described below.  Do not twist the pusher wire handle at anytime during this procedure.

Position the filter tip 1 cm below the lowest renal vein.
Figure F:  With one hand held stationary, the other hand draws the Y-adapter and storage tub assembly back completely over the handle, uncovering and releasing the filter.  Ensure that there is no slack or bend in the system during the filter release/deployment process.  The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
Figure F-1:  Unsheathing of filter in IVC.
Figure G:  The position of the hands at the completion of the unsheathing process.
Figure G-1: The filter deployed in the IVC.
15. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire.  Do not twist the pusher wire handle at anytime during this procedure.
16. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

Follow-up Venacavogram
17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

OPTIONAL PROCEDURE FOR FILTER REMOVAL:

**CAUTION: Remove the G2® Filter using the Recovery Cone® only.**

Removal of G2® Filter
Equipment Required
The following equipment is required for use:
- One Recovery Cone® Removal System that contains:
  - One 75 cm, 10 French I.D. introducer catheter and dilator set
  - One Y-adapter with Recovery Cone® and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium

(2)

BPV-17-01-00118399

LMD1

- Sterile extension tube for saline crip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**Clinical Experience**

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure H showing the time to retrieval.



**Figure H: Distribution of Filter Indwell Time in Retrieved Subjects**

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone*® Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

**Procedural Instructions**

**Insertion of the Introducer Catheter**

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone*® Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

**NOTE:** The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® Filter.

*Recovery Cone*® Removal System Insertion and Delivery

11. Remove the *Recovery Cone*® Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

**PRECAUTION:** The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the pusher.

**Capture of G2® Filter**

**G2® Filter Removal, Illustrated**

17. The capture of the G2® Filter is illustrated in Figures A-E.



**Figure A:** After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the filter tip.

**Figure B:** Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

**Figure C:** Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

**Figure D:** With the cone collapsed over the filter tip, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

**Figure E:** The filter has been retracted into the catheter.

18. Examine the filter to ensure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**

Due to anatomical variances with respect to the position of the G2® Filter, guidewire assisted techniques may be used.

**Use of a Guidewire**

If it is difficult to align the cone with the G2® Filter tip, one may use a guidewire to facilitate advancement of cone over the filter tip.

Withdraw the introducer catheter and cone shaft away from the filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 17.

**J. How Supplied**

Each G2® Filter is supplied preloaded in a storage tube. Each G2® Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

**Warning:** After use, the G2® Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2® Filter should be stored in a cool (room temperature), dry place.

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [ACR Practice Guideline 2007; 38:673-684]
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [ Chest 1998 Feb; 113(2): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-614]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:S271-S275]

**References:**

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter after Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.
6. Removal of Vena Cava Filter after 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

(3)

BPV-17-01-00118400

LMD1

 G2® Filter System

 Do Not Resterilize.

 FEM Femoral

 Do Not Use If Package Is Damaged Or Opened.

 FIC Femoral Introducer Catheter

 MR Conditional

 Use By

 Contents: Kit A: One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator
Kit B: One (1) G2 Filter Femoral Delivery System

 LOT Lot Number

 Protect From Heat

 REF Catalog Number

 Keep Dry

 Attention, See Instructions for Use

 Recommended Guidewire

 STERILE EO Sterilized By Using Ethylene Oxide

 Manufacturer:

 NON PYROGENIC Non-pyrogenic

 Bard, G2®, Recovery Cone® and Timeless Performance are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

 Single Use.

 Variously protected by one or more of the following U.S. Patents: 6,007,558 and 6,258,026. Other U.S. and Foreign Patents Pending.
Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL.  1-480-894-9515
      1-800-321-4254
FAX:  1-480-966-7062
      1-800-440-5376
www.bardpv.com

 BARD
PERIPHERAL
VASCULAR

PK5250500 Rev. 1   07/09

BPV-17-01-00118401
LMD1

# EXHIBIT 119



# G2
## FILTER SYSTEM
### *for Permanent Placement*

*Timeless Performance*

**G2 Filter System**
**Femoral Vein Approach**

## ENGLISH

## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A. General Information

The G2 Filter represents a next generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2 Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The femoral set is designed to enhance through a 48 cm, 7 French I.D. introducer catheter using a flexible, rigid pusher wire. A part of the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold part properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the introducer catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheath and release the filter and allow it to recover to its predetermined shape. The center cap system allows the G2 Filter to be deployed with the filter tip centered and minimizes the potential for legs crossing.

The G2 Filter is designed to act as a permanent filter.

MRI Compatible. The G2 Filter implant is MRI-safe and will not be affected with nor is affected by the operations of a MRI device. The G2 Filter performance was evaluated in a shielded 1.5 Tesla MRI system.

### B. Device Description

The G2 Filter System - Femoral consists of the filter and delivery system. The G2 Filter consists of twelve shape memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration at each leg: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2 Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2 Filter System - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2 Filter, a storage tube with saline/filtration port, and a pusher system. The G2 Filter is packaged pre-loaded within the delivery storage tube.

### Figure A. G2 Filter System - Femoral



A   INTRODUCER CATHETER
B   FILTER STORAGE TUBE
C   SALINE DRIP INFUSION SET
D   SIDE PORT
E   ADJUSTABLE TOUHY-BORST ADAPTER
F   NITINOL PUSHER WIRE
G   PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the G2 Filter

### C. Indications for Use

The G2 Filter System - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated
- Failure of anticoagulant therapy for thromboembolic disease
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated

### D. Contraindications for Use

**CAUTION:** If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

The G2 Filter should not be implanted in:

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm
- Patients with risk of septic embolism.

### E. Warnings

G2 Filter Implantation

1. The G2 Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2 Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution II.4.)
3. Delivery of the G2 Filter through the introducer catheter is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The G2 Filter System - Femoral is designed for femoral approaches only. Never use the G2 Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2 Filter orientation within the IVC.

5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
7. Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
8. Movement or migration of the filter is a known complication of vena cava filters. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs have been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
9. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
10. After use, the G2 Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

### F. Precautions

The safety and effectiveness of the G2 Filter System for use as a retrievable or temporary filter have not been established.

G2 Filter Implantation

1. The filter should be placed in the suprarenal position in pregnant women and in women of childbearing age.
2. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
3. Position the filter tip 1 cm below the lowest renal vein. Venocavography must always be performed to confirm proper implant site. Radiographs without contrast which do not clearly show the wall of the IVC may be misleading.
4. When measuring caval dimensions, consider an angiographic catheter or intravascular ultrasound (IVUS) if there is any question about caval morphology.
5. Spinal deformities: It is important to exercise care when certain filters implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations.
6. In patients with some kind of chronic, recurrent pulmonary embolism, patients should be returned to antithrombotic therapy as soon as it is deemed safe.
7. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
8. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" custom between which the filter should be positioned just prior to unsheathing and deployment.
9. The introducer catheter hub has a special alpha design. Care should be taken to make connections firmly, but without excessive force that may cause leakage of the hub.
10. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. The wall interface will filter deployment.
11. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheath the delivery filter by withdrawing the introducer catheter. Do not hold the pusher wire handle at anytime during this procedure.

### G. Potential Complications

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement or migration of the filter is a known complication of vena cava filters. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs have been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
- Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Caval thrombosis/occlusion.
- Extravasation of contrast medium at time of venocavogram.
- Air embolism.
- Hematoma or nerve injury at the puncture site.
- Hemorrhage.
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization.
- Infection.
- Intimal tear.
- Stenosis at implant site.

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

### H. Equipment Required

The following equipment is required for use:

- One G2 Filter and Delivery System that contains:
  - One 48 cm, 7 French I.D. introducer catheter and dilator set
  - One storage tube with a pre-loaded G2 Filter and pusher delivery system
- 0.035" 0 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic material's for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

BPV-17-01-00137433
LMD1

## I. Directions for Use

Insertion of the G2 Femoral Introducer Catheter and Pulmonary Venogram

1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package. Open the Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

**Precaution:** If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

**Precaution:** The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.

**Precaution:** The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombosis, position of the renal veins and congenital anomalies. Select the caval mean level for filter placement and measure the IVC diameter correcting for magnification (typically 20 percent).
9. Advance the introducer catheter to the selection level under fluoroscopic control. The guidewire and dilator should be reintroduced to facilitate this. For femoral insertion, the introducer catheter tip should be 1 cm below the renal vein.
10. Remove the filter and delivery system from its lid and flush with saline.

**Precaution:** It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.

11. Attach the luer end of the filter storage tube directly to the introducer catheter already in the vein. The actual introducer catheter and filter delivery system should be held in a straight line to minimize friction.
12. Advance the filter by moving the actual pusher wire forward through the introducer catheter, advancing the filter within each forward motion of the pusher wire (Figures A-D). Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the actual pusher wire may be looped, without causing kinking to the actual movement, to facilitate pusher wire handling and advancement.

## Advancement of Filter, Illustrated



FIGURE A — Grasp Wire, Push Forward

FIGURE B — Release Wire

FIGURE C — Move Hand Backwards

FIGURE D — Regrasp Wire

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker at the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

## Filter Release/Deployment

14. Deliver and release filter as described below.
   Figure E: Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release/deployment process.
   Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

## Filter Release, Illustrated



FIGURE E
FIGURE E-1

FIGURE F
FIGURE F-1 — Hold Hand Stationary / Put Hand Back

FIGURE G
FIGURE G-1

**Precaution:** Do not deliver the filter by pushing it beyond the end of the introducer catheter. Instead, unsheath the stationary filter by withdrawing the introducer catheter as described below. Do not hold the pusher wire hands at anytime during this procedure.

Position the filter tip 1 cm below the lowest renal vein.

Figure F: With one hand held stationary, use the other hand to draw the Y-adapter and storage tube assembly back completely over the handle, unsheathing and releasing the filter. Locate-maintain a no slack or send of the system using the filter release/deployment process. The Y-adapter and storage tube should be retracted in one smooth, continuous motion.

   Figure F-1: Unsheathing of filter in IVC.
   Figure F-2: The position of the hands at the completion of the unsheathing process.
   Figure F-3: The filter deployed in the IVC.

15. Now, with one hand, hold onto the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire. Do not hold the pusher wire handle at anytime during this procedure.
16. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

## Follow-up Venacavogram

17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30 mL of contrast medium at 15 mL/s).
18. Remove the introducer catheter and apply manual compression over the puncture site in the usual way to achieve hemostasis.

## J. How Supplied

Each G2 Filter is supplied preloaded in a storage tube. Each G2 Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

**Warning:** After use, the G2 Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2 Filter should be stored in a cool (room temperature), dry place.

## K. Warranty

Bard Peripheral Vascular warrants to the first purchaser of this product that the product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

Labeling Issue Date: 10/04. In the event 2 years have elapsed between this date and product use, the user should contact B.P. Bard, Inc. to see if additional product information is available.

## References:

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al., J Vasc Interv Radiol 2003; 14:S271-S275.

(2)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137434
LMD1



G2 Filter System for Permanent Placement

Use By

**LOT** Lot Number

**REF** Catalog Number

⚠ Attention, See Instructions for Use

STERILE EO Sterilized By Using Ethylene Oxide

NON PYROGENIC Non-pyrogenic

Single Use

Do Not Resterilize

Do Not Use If Package Is Damaged Or Opened



MRI compatible: MRI-safe and neither interferes with nor is affected by the operations of an MRI device.

Contents:  Kit A:  One (1) 7 Fr. Introducer  Catheter 48cm Long with Diator
Kit B:  One (1) G2 Filter Femoral Delivery System

Protect From Heat

Keep Dry

Manufactured By:

 Bard and Timeless Performance are registered trademarks of C. R. Bard, Inc. or an affiliate.
G2 is a trademark of C. R. Bard, Inc. or an affiliate.

Variously protected by one or more of the following U.S. Patents: 6,007,558 and 6,258,026.  Other U.S. and Foreign Patents Pending.
Copyright © 2000 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Manufactured By:
**Bard Peripheral Vascular, Inc.**
P.O. Box 1740
1625 West 3rd Street
Tempe, AZ 85280-1740
USA

TEL  1-480-894-9515
       1-800-321-4254
FAX  1-480-966-7062
       1-800-440-5376
       www.bardpv.com

PK5100030 Rev 5  10/06

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137436
LMD1



**G2**
Filter System
*Timeless Performance™*
G2® Filter System

## ENGLISH

### Femoral Vein Approach
## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

**A. General Information**

The G2® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2® Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2® Filter to be deployed with the filter tip centered and maximize the potential for legs crossing. The G2® Filter is designed to act as a permanent filter. When clinically indicated, the G2® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® Filter's elastic hooks allow the filter to remain rigid and resist migration, but also easily deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MRI Safety:**

Non-clinical testing has demonstrated that the G2® Filter is MR Conditional. It can be scanned safely under the following conditions:

1. Static Magnetic field of 1.5-Tesla or less;
2. Spatial gradient field of 450 Gauss/cm or less;
3. Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning. The image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® Filter. Therefore, it may be necessary to optimize MRI imaging parameters for the presence of this metallic implant.

**B. Device Description**

The G2® Filter System - Femoral consists of the filter and delivery system. The G2® Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli; the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2® Filter System - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2® Filter, a storage tube with saline infusion port, and a pusher system. The G2® Filter is packaged pre-loaded within the delivery storage tube.

**Figure A. G2® Filter System - Femoral**



A. INTRODUCER CATHETER
B. FILTER STORAGE TUBE
C. SALINE DRIP INFUSION SET
D. SIDE PORT
E. ADJUSTABLE TOUHY-BORST ADAPTER
F. NITINOL PUSHER WIRE
G. PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the G2® Filter

**C. Indications for Use**

The G2® Filter System - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

G2® Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

**D. Contraindications for Use**

The G2® Filter should not be implanted in:

**CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.**

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

**E. Warnings**

G2® Filter Implantation

1. The G2® Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® Filter cannot be safely reloaded into the storage tube.

---

2. This device has been designed for single use only. Reusing this medical device bears the risk of cross-patient contamination as medical devices - particularly those with long and small lumina, joints, and/or crevices between components - are difficult or impossible to clean once body fluids or tissues with potential pyrogenic or microbial contamination have had contact with the medical device for an indeterminable period of time. The residue of biological material can promote the contamination of the device with pyrogens or microorganisms which may lead to infectious complications.

3. Do not resterilize. After resterilization, the sterility of the product is not guaranteed because of an indeterminable degree of potential pyrogenic or microbial contamination which may lead to infectious complications. Cleaning, reprocessing, and/or resterilization of the present medical device increase the probability that the device will malfunction due to potential adverse effects on components that are influenced by thermal and/or mechanical changes.

4. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 6.)

5. Delivery of the G2® Filter through the introducer catheter in advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.

6. The G2® Filter System - Femoral is designed for femoral approaches only. Never use the G2® Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2® filter orientation within the IVC.

7. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.

8. Only use the Recovery Cone® Removal System to remove the G2® Filter. Never re-deploy a removed filter.

9. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.

10. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.

11. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.

12. Persons with allergic reactions to nickel may suffer an allergic response to this implant.

13. After use, the G2® Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

G2® Filter Removal

1. Do not attempt to remove the G2® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena cava wall.
   NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.

2. Use only the Bard Recovery Cone® Removal System (packaged separately) to retrieve the G2® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.

3. Never re-deploy a removed filter.

**F. Precautions**

G2® Filter Implantation

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

2. The safety and effectiveness of this device has not been established for pregnancy, nor in the suprarenal placement position.

3. The safety and effectiveness of this device has not been established for morbidly obese patients. Open abdominal procedures such as bariatric surgery may affect the integrity and stability of the filter.

4. Anatomical variances may complicate filter insertion and deployment. Careful attention to these instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

5. Procedures or activities that lead to changes in intra-abdominal pressure could affect the integrity or stability of the filter.

6. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.

7. When measuring caval dimensions, consider an angiographic catheter or Intravascular Ultrasound (IVUS) if there is any question about cava morphology.

8. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® Filter using a Recovery Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.

9. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomical deformations. This may make percutaneous removal of the filter more difficult.

10. In patients with curtailed risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.

11. If resistance is encountered during a femoral/insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

12. The introducer catheter has radiopaque markers to establish revisualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

13. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly but without excessive force that may cause breakage of the hub.

14. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.

15. Do not deliver the filter by pushing in but hold the end of the introducer catheter to achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

G2® Filter Removal

1. Anatomical variances may complicate insertion and deployment of the Recovery Cone® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

[1]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137437
LMD1

2. Spinal deformations   It is important to exercise care when considering removing the *G2®* Filter with the *Recovery Cone®* Removal System in patients with significant kyphotic spinal deformation because the IVC may follow the general course of such anatomic deformations   This may require advanced interventional techniques to remove the filter

3. Remove the *G2®* Filter using the *Recovery® Cone* Removal System only. (Reference Optional Procedure for Filter Removal for specific removal instructions)

The cone must be fully retracted into the Y'-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter

**Note:**  Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device

**See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters.** Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Inferior Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Interv Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure

Possible complications include, but are not limited to the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens
- Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring  the removal of the fragment utilizing endovascular and/or surgical techniques
- Perforation or other acute or chronic damage of the IVC wall
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion
- Extravasation of contrast material at time of venacavogram
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site
- Hemorrhage
- Restriction of blood flow
- Occlusion of small vessels
- Distal embolization
- Infection
- Intimal tear
- Stenosis at implant site
- Failure of filter expansion/incomplete expansion
- Insertion site thrombosis
- Filter malposition
- Vessel injury
- Arteriovenous fistula
- Back of abdominal pain
- Filter Tilt
- Hemothorax
- Organ injury
- Pneumatis cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**

The following equipment is required for use:
- One *G2®* Filter and Delivery System that contains:
  - One 48cm, 7 French I.D. introducer catheter and dilator set
  - One Storage tube with pre-loaded *G2®* Filter and pusher delivery system
- 0.038" 3mm J-tipped Guidewire, 110cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- At basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc

If the physician chooses to percutaneously remove the *G2®* Filter, the *Recovery Cone® Removal* System is available from C.R. Bard, Inc

**I. Directions For Use**

Insertion of the 7 French Introducer Catheter and Preliminary Venography

1. Select a suitable femoral venous access route, either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis
2. Prep, drape and anesthetize the skin puncture site in standard fashion
3. Select and open the filter package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein
6. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
7. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein

**Precaution:** The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

8. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency

**Precaution: The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.**

8. Perform a standard inferior venacavogram in both the AP and lateral view. (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent)
9. Advance the introducer catheter to the selected level under fluoroscopic guidance. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer catheter tip should be in the vein distal to the lowest renal vein
10. Remove the filter and delivery system from its box and drip flush with saline

**Precaution: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.**

11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein. The introducer catheter and filter delivery system should be held in a straight line to minimize friction
12. Advance the filter by moving the rotinal pusher wire forward through the introducer catheter, proceeding until the black positioning mark on the pusher wire (Figures A-D). Do not pull back on the pusher wire; only advance the pusher wire forward. For the operator's convenience, the rotinal pusher wire may be loosed, without causing binding to the rotinal material, to facilitate pusher wire handing and advancement

**Advancement of G2® Filter, Illustrated**



Figure A
Figure B
Figure C
Figure D

13. Continue forward movement of the pusher wire until the filter advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter

**Filter Release/Deployment**

14. Deliver and release filter as described below.

**Figure E:** Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release deployment process.

**Figure E-1:** Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC

**G2® Filter Release, Illustrated**



FIGURE E
FIGURE E-1
FIGURE F
FIGURE F-1
FIGURE G
FIGURE G-1

**Precaution: Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter as described below. Do not twist the pusher wire handle at anytime during this procedure.**

Position the filter tip 1 cm below the lowest renal vein.

**Figure F:** With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process. The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion

**Figure F-1:** Unsheathing of filter in IVC.

**Figure G:** The position of the hands at the completion of the unsheathing process.

**Figure G-1:** The filter deployed in the IVC.

15. Under fluoroscopic guidance, withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire. Do not twist the pusher wire handle at anytime during this procedure.
16. Remove the introducer sheath or flush or constant drip infusion to maintain introducer catheter patency

**Follow-up Venacavogram**

17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**OPTIONAL PROCEDURE FOR FILTER REMOVAL:**

| CAUTION: Remove the *G2®* Filter using the *Recovery Cone®* only. |
| --- |

**Removal of G2® Filter**

**Equipment Required**

The following equipment is required for use:
- One *Recovery Cone®* Removal System that contains:
  - One 75 cm, 10 French I.D. introducer catheter and dilator set

(2)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

– One Y-adapter with *Recovery Cone®* and pusher delivery system
- 0.035" 5 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**Clinical Experience**

A clinical study involving 109 patients was conducted to assess the safety of removal of the *G2® Filter*. 61 patients underwent a filter retrieval procedure in which G1 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved: 6 died of unrelated causes, 2 withdrew 1 became lost to follow-up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period covered in which the patients could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years, with a range of 19.3–81.0. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with a complication or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure H depicting the time to retrieval.

Figure H: Distribution of Filter Indwell Time in Retrieved Patients



**Days from Implantation to Retrieval**

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone®* Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in-situ after tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The tilt was successfully retrieved and the pain resolved.

Asymptomatic complications included caval migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1)

**Procedural Instructions**

**Insertion of the Introducer Catheter**

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis
2. Prep, drape and anesthetize the skin puncture site in standard fashion
3. Select and open the *Recovery Cone®* Removal System package. Open Kit A introducer Catheter package
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the *G2® Filter* for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein

NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a continuous drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s) to confirm thrombus within the filter. If there is significant thrombus within the filter, do not remove the *G2® Filter*

**Recovery Cone® Removal System Insertion and Delivery**

11. Remove the *Recovery Cone®* Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—or heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.
PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.
14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Continue to open the cone by stabilizing the pusher shaft and retracting the introducer catheter

**Capture of *G2® Filter***

## G2® Filter Removal, Illustrated

NOTE: It is recommended to fluoroscopically obtain image(s) of the filter in AP and lateral views during the retrieval procedure.

17. The capture of the *G2® Filter* is illustrated in Figures A-E



**Figure A:** After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-posterior fluoroscopic image to confirm that the cone is over the filter tip.
**Figure B:** Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
**Figure C:** Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.
**Figure D:** With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one smooth, continuous motion
**Figure E:** The filter has been retracted into the catheter.

18. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s)
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**

Due to anatomical variances with respect to the position of the *G2® Filter*, guidewire-assisted techniques may be used.

**Use of a Guidewire**

If it is difficult to align the cone with the *G2® Filter* tip, one may use a guidewire to facilitate advancement of cone over the filter tip.

Withdraw the introducer catheter and cone shaft away from the filter tip. Insert a 0.035" guidewire through the central lumen (Teflon or angled tip, J-hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the filter as described in step 17.

## How Supplied

Each *G2® Filter* is supplied preloaded in a storage tube. Each *G2® Filter* is sterile and non-pyrogenic unless the package is opened or damaged, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to resterilize or reload it.

Warning: After use, the *G2® Filter* Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The *G2® Filter* should be stored in a cool (room temperature), dry place.

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

**For additional inferior vena cava filter clinical information please refer to the following societal guidelines:**

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [ACR Practice Guideline 2007; 38:673-684]
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [Chest 1998 Feb; 113(2): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-164]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:S271-S275]

**References:**

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al. J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M. Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter after Dwell Times Longer than 180 Days. Binkert, C., et al. J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al. J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Retrieval of a Recovery IVC Filter. Lipgabel, K., et al. J Vasc Interv Radiol 2004, 15(6): 645-847.
6. Removal of Vena Cava Filter at 224 Days. Lipmer, J. Southern Medical Journal 2005, 93(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al. J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al. Annals of Vascular Surgery 2006, 20(1), 157-165

(2)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



G2® Filter System

Do Not Resterilize.

Femoral

Do Not Use if Package Is Damaged Or Opened.

Femoral Introducer Catheter

MR Conditional

Use By

Contents:  Kit A:  One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator
           Kit B:  One (1) G2 Filter Femoral Delivery System

Lot Number

Protect From Heat

Catalog Number

Keep Dry

Attention, See Instructions for Use

Recommended Guidewire

Sterilized By Using Ethylene Oxide

Manufacturer:

Non-pyrogenic

Bard, *G2*, *Recovery Cone* and *Timeless Performance* are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

Single Use, Do Not Reuse

Variously protected by one or more of the following U.S. Patents: 6,007,558, 6,156,055 and 6,258,026.  Other U.S. and Foreign Patents Pending.
Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.


Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:  1-480-894-9515
      1-800-321-4254
FAX:  1-480-893-7052
      1-800-440-5376
www.bardpv.com



PERIPHERAL
VASCULAR

PK5250500 Rev. 2  10/09

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137440
LMD1

Exhibit H-G

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

— — —

```
                              :
IN RE: BARD IVC FILTERS       :No. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION :
                              :
------------------------------
```

- - -

OCTOBER 11, 2016

- - -

DO NOT DISCLOSE - SUBJECT TO FURTHER

CONFIDENTIALITY REVIEW

Videotaped deposition of CHRISTOPHER

D. GANSER, held at HILTON SHORT HILLS,

41 John F. Kennedy Parkway, Short Hills, New

Jersey, commencing at 9:32 a.m., before

Margaret M. Reihl, a Registered Professional

Reporter, Certified Realtime Reporter, and

Notary Public.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672  fax
deps@golkow.com

1          Q.      And it knew that it had an undesirable

2   risk profile based on its own R002 that Dr. -- from

3   Dr. Ciavarella's February 2006 HHE?

4                  MS. DALY:  Object to form.

5   BY MR. LOPEZ:

6          Q.      Undesirable?

7          A.      It was rated undesirable per the

8   remedial action plan process.

9          Q.      Yeah, and it was obviously rated as

10  something that needed to be redesigned to deal with

11  that -- those undesirable complications, true?

12         A.      It needed to be addressed.

13         Q.      Well, it needed to be redesigned, right?

14                 MS. DALY:  Object to the form.

15  BY MR. LOPEZ:

16         Q.      There were some defects in the design of

17  the G2 that was leading to the problems described in

18  Dr. Civarella's February 2006 HHE; don't you agree,

19  sir?

20         A.      There were issues with the design that

21  needed to be addressed.

22                 MS. DALY:  Ramon, can I interrupt you

23         just a moment.  I did not realize this, and you

24         did not realize this, but the stipulation about

Exhibit H-H

Confidential - Subject to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SAMANTHA BOULDRY, ELUA HUFF, | ) |
| SANDRA LORENZ, and JANET ROBERTS, | ) |
| on behalf of themselves and the | ) |
| class of all others similarly | ) |
| situated, | ) Case No: |
| | ) 12-80951- |
| Plaintiffs, | ) CIV-ROSENBAUM |
| vs. | ) |
| | ) |
| C. R. BARD, INC., a corporation of | ) |
| the State of New Jersey, and BARD | ) |
| PERIPHERAL VASCULAR, INC., a | ) |
| corporation of the State of | ) |
| Arizona, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF ROBERT MICHAEL CARR, JR.

Phoenix, Arizona
April 17, 2013

BY:  KARLA M. MARTIN, RPR, CSR
Arizona CR No. 50485

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Protective Order

Page 32

1    identify a customer need with respect to tracking?

2        A.   To enable more filters to be removed, yes.

3        Q.   Okay.  And explain how it is that tracking would

4    enable the removal of more filters.

5        A.   I don't know in particular in these cases.  But

6    oftentimes patients are lost to follow-up.  They just move

7    out of the system; or practices are busy, and they don't

8    have the wherewithal to manage each and every patient,

9    reminder phone call or whatever it may be.

10       Q.   Before we move further down this road, with

11   respect to the Recovery filter, it is a -- and let me get

12   it right -- it is or was designed to act as a permanent

13   filter, but when clinically indicated may be

14   percutaneously removed after implantation according to the

15   instructions provided under the removal procedures; is

16   that correct?

17       A.   Absolutely.

18       Q.   All right.  So it's first a permanent device that

19   may be removed; is that correct?

20       A.   Yes.

21       Q.   All right.  And that is true for the G2, as well

22   as the G2 Express.  Am I correct?

23       A.   Yes.

24       Q.   Do you know whether this customer issue or need

25   went anywhere; that is, was there a tracking program that

Confidential - Subject to Protective Order

Page 41

1      A.   No.  It's empty.

2      Q.   What is in the database?

3      A.   Empty cells and address blocks and places for

4  people to enter their information.

5      Q.   Okay.  Did Bard send out an informational letter,

6  a Dear Doctor letter, anything of that nature, informing

7  other physicians or hospitals about the existence of this

8  database?

9      A.   I don't know.

10     Q.   What was the purpose of the database from your

11 perspective?

12          MR. BORANIAN:  I object to the form.

13     A.   For Dr. Lynch to keep track of his patients.

14     Q.   Was the database provided to any other physicians

15 other than Dr. Lynch or other hospitals, for example?

16     A.   Dr. Lynch created the database for himself.  As I

17 said, we provided the software to those who wanted it.

18     Q.   But was the database shared with anyone other

19 than Dr. Lynch?

20     A.   It wasn't shared with anyone.  No data was

21 shared.

22     Q.   All right.  It was for Dr. Lynch's use only?

23     A.   Yes.

24     Q.   And to your knowledge, the existence of this

25 database was not made known to other physicians or

Confidential - Subject to Protective Order

Page 94

1    Q.   And how would this anchoring system reduce

2  tilting of the filter?

3    A.   If the filter can't move, it can't tilt.

4    Q.   All right.  And was the clinical data indicating

5  that filters, the G2 and the G2 Express, were being

6  placed, they were centered properly, but at some point

7  there was an indication that some of these filters were

8  tilting within the vena cava?

9    A.   Whether they were placed tilted or centered, yes,

10  there were reports of tilt post placement.

11    Q.   But my question is a little more specific than

12  that.  It relates to those patients that were implanted

13  with a filter, the filter was centrally placed in the vena

14  cava.

15    A.   Yes.

16    Q.   Was there clinical data indicating that the G2

17  and the G2 Express were subsequently tilting after

18  placement?

19    A.   Yes.

20    Q.   All right.  And what's the significance when a

21  filter tilts within the vena cava?

22    A.   Usually nothing.  But sometimes it can make it

23  not retrievable.  And as I alluded to before, it can cause

24  it to penetrate or lead to a penetration.

25    Q.   What about fracture?

Confidential - Subject to Protective Order

1    A.   Changing the stresses on the filter changes the

2    stresses applied.  So it could lead to fracture.

3    Q.   All right.  And this tilting phenomenon, if the

4    G2 and/or the G2 Express were centrally placed, this

5    tilting is, based on what I am reading here, related to

6    the anchoring system, as opposed to individual patient

7    factors.  Agreed?

8    A.   No.  It's related to both.

9    Q.   What were the -- what are the individual patient

10   factors?

11   A.   As I alluded to before, Valsalva, quad coughs,

12   clot, increases in blood volume, surgery.  There's all

13   kinds of things that can affect or cause tilt.

14   Q.   There's all sorts of potential hypothetical

15   situations that can cause tilt.  But what from Bard's

16   standpoint was the realistic, day-to-day concern that was

17   causing tilt to occur?

18   A.   All of those things that I mentioned are the

19   day-to-day concerns of what causes tilt; and therefore,

20   our solution was, if we could stop the filter from being

21   able to move or be tilted, then that's what we would do.

22   Q.   So the thought was by changing the anchor system

23   Bard could prevent the filter from tilting, if there's a

24   cough by the patient, if there's a Valsalva maneuver, if

25   the patient has changes in blood volume, if there is clot

Confidential - Subject to Protective Order

Page 96

1    that forms at or around the filter.  Am I correct?

2        A.   Reduce the number.

3        Q.   All right.  So Bard was of the view that if we

4    change the anchoring system, these known or these

5    thought-to-be causes for tilt would be reduced?

6        A.   Yes.

7        Q.   Feel free to review the entirety of Exhibit 7.

8    When this document references the causes for tilt and

9    fracture and penetration, let me know where in this

10   document it mentions any individual patient

11   characteristics that may potentially be causing these

12   problems.

13       A.   It wouldn't, but nor would it be expected to.

14       Q.   Well, the reality is the IFU doesn't say if a

15   patient coughs too much or if there's a Valsalva maneuver

16   that these complications increase, does it?

17       A.   The DFMEA does, which is the proper place to

18   identify those risks and mitigations.

19       Q.   What is the DFMA (sic)?

20       A.   The DFMEA is the design failure modes and effects

21   analysis.

22       Q.   Who does Bard share that with?

23       A.   The FDA.

24       Q.   Is it provided to the physicians who are

25   implanting these devices?

Exhibit H-J

Donna Beatrice Tillman, Ph.D.

Page 1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

------------------------------------x
TINA BARKLEY and JEFFERY BARKLEY,
individually and as husband and wife,
                    Plaintiffs,
v.                            No. CV2011-021250
C.R. BARD, INC, et al.,
                    Defendants.
------------------------------------x
        IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA
------------------------------x
KEVIN PHILLIPS,


                    Plaintiff,


vs.                            Civil Action No.:
                              3:12-cv-00344-RCJ-WGC

C.R. BARD, INC., et al.,


                    Defendants.
------------------------------x
    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA


         IN AND FOR THE COUNTY OF MARICOPA


------------------------------------x
MELANIE RACKLIFF, an individual,
                    Plaintiff,
v.                            NO. CV2011-021206
C.R. BARD, INC., et al.,
                    Defendants.
------------------------------------x
    Deposition of DONNA BEATRICE TILLMAN, Ph.D.

Donna Beatrice Tillman, Ph.D.

Page 193

1    more consistently reported for one device versus

2    another.  There is just a lot of variability.

3              Q.    All right.  That was a rude

4    answer, because you didn't answer my question.

5                    MR. ROGERS:  Object.  Ramon, stop

6              trying to argue and harass the witness,

7              please.

8                    MR. LOPEZ:  That was a rude answer

9              because I didn't ask her that.  That's

10             being rude.

11                   MR. ROGERS:  Well, I don't

12             appreciate you speaking to the witness

13             that way.

14                   MR. LOPEZ:  All right.  Well, I

15             don't appreciate the witness continuously

16             ducking questions.

17                   MR. ROGERS:  The witness is not

18             ducking questions.  The witness is

19             answering your questions.

20             Q.    The question is simple, are you

21   aware of any evidence to suggest that physicians

22   are more likely to report the same or similar

23   adverse event of a particular medical device's --

24   to a particular medical device company over some

Donna Beatrice Tillman, Ph.D.

Page 194

1   other company?

2           A.      I am aware, and I can't -- I'm not

3   going to be able to put my finger on it, of

4   studies that have been done that show that

5   medical device reporting can be subject to a host

6   of inaccuracies, which include different device

7   types, and may include -- you know, I don't think

8   it would include companies, but there are reasons

9   why that.  So that's the best I can answer your

10  question.

11          Q.      Okay.  Let me ask this question:

12  Are you aware of any data that would suggest in

13  any way that physicians are more likely to report

14  embolization deaths of an inferior vena cava to

15  one manufacturer over another manufacturer?

16          A.      I am not aware of any data like

17  that.

18          Q.      Wouldn't you agree, ma'am, just

19  having been in this world for as long as you've

20  been in the pharmaceutical medical device

21  regulatory world, that if a device causes a death

22  or is associated with a death in some fashion

23  that a physician is as likely to report it, in

24  any event, regardless of who the manufacturer is?

Exhibit J-G



# G2® X

## VENA CAVA FILTER

**Femoral Vein Approach**
**Instructions for Use**



BPV-17-01-00137402
LMD1

# Instructions for Use
## For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

## A. General Information

The *G2® X* Filter is a venous interruption device designed to prevent pulmonary embolism. The unique design and material of the *G2® X* Filter provide filtering efficiency and allow percutaneous placement through a 7 French I.D. introducer sheath with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The *G2® X* Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The Femoral system allows for placement of the *G2® X* Filter via a femoral vein approach. The femoral delivery system consists of a dilator and introducer set and a delivery device. The dilator accepts a 0.038" guidewire and allows for an 800 psi maximum pressure contrast power injection. The 48cm, 7 French I.D. introducer sheath contains a radiopaque tip and hemostasis valve with a side port for injecting contrast via a syringe. The flexible nitinol pusher wire of the delivery device has a pad at the end of the wire designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances into the filter, tip first, to the radiopaque distal end of the introducer sheath, positioned 1 cm below the lowest renal vein. The introducer sheath and delivery device are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its preclimented shape. The centering system allows the *G2® X* Filter to be deployed with the retrieval hook centered and minimizes the potential for legs crossing.

The *G2® X* Filter is designed to act as a permanent filter. When clinically indicated, the *G2® X* Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The *G2® X* Filter's anchors allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions).

### MRI Safety:

The *G2® X* Vena Cava Filter was determined to be MR-conditional according to the terminology specified in the American Society for Testing and Materials (ASTM) International, Designation: F2503-05. Standard Practice for Marking Medical Devices and Other Items for Safety in the Magnetic Resonance Environment. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, Pennsylvania, 2005.

Non-clinical testing demonstrated that the *G2® X* Vena Cava Filter is MR Conditional.    A patient with this implant can be scanned safely immediately after placement under the following conditions:
-Static magnetic field of 3-Tesla or less
-Spatial gradient magnetic field of 720-Gauss/cm or less
-Maximum MR system reported whole-body-averaged specific absorption rate (SAR) of 3-W/kg for 15 minutes of scanning.

In non-clinical testing, the *G2® X* Vena Cava Filter produced a temperature rise of 0.8°C at a maximum MR system-reported whole body averaged specific absorption rate (SAR) of 3-W/kg for 15-minutes of MR scanning in a 3-Tesla MR system using a transmit/receive body coil (Excite, Software G3.0-052B, General Electric Healthcare, Milwaukee, WI).

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the *G2® X* Vena Cava Filter. Therefore, optimization of MR imaging parameters to compensate for the presence of this implant may be necessary.

## B. Device Description

The *G2® X* Vena Cava Filter System - Femoral consists of the filter and delivery system. The *G2® X* Filter can be delivered via the femoral and jugular/subclavian approaches. A separate delivery system is available for each approach.

The *G2® X* Filter consists of twelve shape-memory nitinol wires emanating from a central nitinol sleeve with a retrieval hook at the apex of the filter. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration.

The *G2® X* Vena Cava Filter System - Femoral is illustrated in Figure 1. The delivery system consists of a 7 French I.D. introducer sheath and dilator, the *G2® X* Filter, a storage tube with saline infusion port, and a pusher system. The *G2® X* Filter is packaged pre-loaded within the delivery storage tube.

### Figure 1: *G2® X* Vena Cava Filter System – Femoral



IMPORTANT: Read instructions carefully before using the *G2® X* Filter

## C. Indications for Use

The *G2® X* Vena Cava Filter - Femoral Delivery Kit is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:
- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

The *G2® X* Filter System – Femoral Delivery Kit is also indicated for use in patients with temporary increased risk of pulmonary embolism requiring caval interruption.
The *G2® X* Filter may be removed according to the instructions supplied under the section labeled: Optional Procedure for Filter Removal.

1

**D. Contraindications for Use**

CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

The *G2® X* Filter should not be implanted in:
- Pregnant patients when fluoroscopy may endanger the fetus.  Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

**E. Warnings**

*G2® X* Filter Implantation
1. The *G2® X* Filter is pre-loaded into the storage tube and is intended for single use only.  Do not deploy the filter prior to proper positioning in the IVC, as the *G2® X* Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to PRECAUTION # 4.)
3. Delivery of the *G2® X* Filter through the introducer sheath is advance only.  Retraction of the pusher wire during delivery could result in dislodgement of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer sheath.
4. The *G2® X* Vena Cava Filter - Femoral is designed for femoral approaches only.  Never use the *G2® X* Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper *G2® X* Filter orientation within the IVC.
5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur.  Attempt filter delivery through an alternate site.  A small thrombus may be bypassed by the guidewire and introducer sheath.
6. Never re-deploy a removed filter.
7. When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.
8. Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance.
9. Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
10. Movement or migration of the filter is a known complication of vena cava filters.  This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU.  Migration of filters to the heart or lungs have been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
11. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
12. After use, the *G2® X* Vena Cava Filter and accessories may be a potential biohazard.  Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

*G2® X* Filter Removal
1. Do not attempt to remove the *G2® X* Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.

NOTE: It is possible that complications such as those described in the "Warnings, PRECAUTIONS, and Potential Complications" section of these Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.

2. Never re-deploy a removed filter.

3. Remove the *G2® X* Filter using an intravascular snare or the *Recovery Cone®* Removal System only.  Refer to the Optional Procedure for Filter Removal section for details.

**F. PRECAUTIONS**

*G2® X* Filter Implantation
1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. The filter should be placed in the suprarenal position in pregnant women and in women of childbearing age.[1]
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the retrieval hook 1 cm below the lowest renal vein.  Venacavography must always be performed to confirm proper implant site.  Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement or sub-optimal placement of the filter occurs, consider immediate removal.  Do not attempt to reposition the filter.  Retrieve the *G2® X* Filter using an intravascular snare or a *Recovery Cone®* Removal System only.  Refer to the Optional Procedure for Filter Removal section for details.
7. Spinal deformations:  It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations.  This may make percutaneous removal of the filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium.  If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side.  A small thrombus may be bypassed by the guidewire and introducer.
10. The introducer sheath has a radiopaque distal tip to assist in visualization and predeployment filter positioning.  The radiopaque distal tip on the introducer sheath, when used in conjunction with the radiopacity of the pusher wire spline, provides a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
11. Do not attempt to attach a syringe or power injection line to the proximal end of the introducer sheath hub.  Injections should only be performed through the sidearm port.
12. Care should be taken to ensure the connection between the introducer sheath hub and the filter storage tube is tight, however, the use of excessive force which can cause slippage of the threads and/or breakage of the hub should be avoided.
13. It is very important to maintain introducer sheath patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot.  This will interfere with filter deployment.
14. Do not deliver the filter by pushing it beyond the end of the introducer sheath.  To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer sheath.  Do not twist the pusher wire handle at anytime during this procedure.

*G2® X* Filter Removal
1. Anatomical variances may complicate the removal procedure. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spinal deformations:  It is important to exercise care when contemplating removing the *G2® X* Filter in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations.  This may require advanced interventional techniques to remove the filter.
3. When using the *Recovery Cone®* Removal System, the cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications.  Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

2

BPV-17-01-00137404

LMD1

- Movement or migration of the filter has been reported. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs has also been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
- Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Caval thrombosis/occlusion.
- Extravasation of contrast material at time of venacavogram.
- Air embolism.
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage.
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization.
- Infection.
- Intimal tear.
- Stenosis at implant site.

**All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.**

## H. Equipment Required

The following equipment is required for use:
- One *G2* X Filter Femoral System that contains:
  - One 48 cm, 7 French I.D. introducer sheath and dilator set
  - One storage tube with pre-loaded *G2* X Filter and pusher delivery system
- 0.038" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc

## I. Directions for Use

Insertion of the 7 French Introducer Sheath and Preliminary Venography
1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the carton and outer pouch. Open the introducer sheath and dilator inner pouch.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

**PRECAUTION: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.**

6. Remove the 18G entry needle over the J-tipped guidewire. Obtain the dilator and the introducer sheath from the package. Flush the dilator and the introducer with saline. Insert the dilator through the introducer sheath ensuring that the hubs connect properly. Advance the 7 French introducer sheath together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

**NOTE: A 0.038" guidewire is used to guide the dilator/introducer assembly beyond the implant site to ensure proper advancement.**

**PRECAUTION: It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.**

7. Remove the guidewire and perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15mL/s) through the dilator. Check for caval thrombi, position of renal veins, and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

**NOTE: IVC diameter may be measured using dilator radiopaque marker bands. Marker bands are spaced at a distance of 28mm (outer-to-outer), which references the maximum indicated IVC diameter (Reference Figure 2).**

Figure 2



|← 28mm →|

**WARNING: When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.**

**WARNING: If the vena cava diameter is greater than 28mm, do not deploy the *G2* X Filter. If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.**

8. Remove the dilator, leaving the introducer sheath with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer sheath a constant saline drip infusion to maintain introducer sheath patency.
9. Advance the introducer sheath to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer sheath tip should be 1 cm below the lowest renal vein.
10. Open the delivery system inner pouch. Remove the delivery system containing the filter from the package and remove the red safety cap (Reference Figure 3).

Figure 3: Safety Cap Removal



11. Flush the delivery system with saline through the Y-adapter.

**PRECAUTION: It is very important to maintain introducer sheath patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.**

12. Attach the free end of the filter storage tube directly to the introducer sheath already in the vein. The introducer sheath and filter delivery system should be held in a straight line to minimize friction.

**PRECAUTION: Care should be taken to ensure the connection between the introducer sheath hub and the filter storage tube is tight; however, the use of excessive force which can cause slippage of the threads and/or breakage of the hub should be avoided.**

3

BPV-17-01-00137405

LMD1

#### Figure 4 A-D: Advancement of Filter, Illustrated



**FIGURE 4 A** — Going Wire, Push Forward

**FIGURE 4 B** — Release Wire

**FIGURE 4 C** — Move Hand Backwards

**FIGURE 4 D** — Reprise Wire

14. Continue forward movement of the pusher wire until the filter retrieval hook advances to the radiopaque distal tip of the introducer sheath. At this point, the black mark on the pusher wire handle should be adjacent to the Y-adapter.

**Filter Release/Deployment**
15. Deliver and release filter as described in Figure 5 A-C:

#### Figure 5 A-C: Filter Release, Illustrated



**FIGURE 5 A**
**FIGURE 5 A-1**

**FIGURE 5 B**
**FIGURE 5 B-1** — Hold Hand Stationary

**FIGURE 5 C**
**FIGURE 5 C-1**

**Figure 5 A:** Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release/deployment process.
**Figure 5 A-1:** Filter positioned at the distal end of the introducer sheath, with the filter retrieval hook, proximal to the introducer radiopaque tip.

**PRECAUTION: Do not deliver the filter by pushing it beyond the end of the introducer sheath. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer sheath as described below. Do not twist the pusher wire handle at anytime during this procedure.**

Position the filter retrieval hook 1 cm below the lowest renal vein.
**Figure 5 B:** With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process. The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
**Figure 5 B-1:** Unsheathing of filter in IVC.
**Figure 5 C:** The position of the hands at the completion of the unsheathing process.
**Figure 5 C-1:** The filter deployed in the IVC.

16. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer sheath assembly and pulling back on the pusher wire. Do not twist the pusher wire handle at anytime during this procedure.
17. Resume the intermittent saline flush or constant drip infusion to maintain introducer sheath patency.

**Follow-up Venacavogram**
18. A follow-up venacavogram may be performed after withdrawing the introducer sheath into the iliac vein (typically 30mL of contrast medium at 15mL/s).
19. Remove the introducer sheath and apply routine compression over the puncture site in the usual way to achieve hemostasis.

#### OPTIONAL PROCEDURE FOR FILTER REMOVAL:
**Clinical Experience**
A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 8 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement.) The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.9 . The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure 6 depicting the time to retrieval.

#### Figure 6: Distribution of Filter Indwell Time in Retrieved Subjects



Days from Implantation to Retrieval

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone®* Removal System due to filter tilt leading to embedding of the filter apex into the vena cava wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.
Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

4

BPV-17-01-00137406
LMD1

**Removal of G2® X Filter Using an Intravascular Snare**

**Equipment Required**
- One intravascular snare of user's choice
- One 80-cm introducer sheath, 7F ID or greater, to be used as retrieval sheath
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**Procedural Instructions**
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Remove the retrieval sheath from its packaging using sterile technique.
3. Prior to use, flush the retrieval sheath with heparinized saline or suitable isotonic solution.
4. Prepare all other procedure components according to the manufacturers' Instructions for Use.
5. Use appropriate technique to determine that the filter, the jugular retrieval route, and distal IVC are free of thrombus.
6. Select the appropriate loop diameter size of the intravascular snare.
7. Assemble the intravascular snare according to the Instructions for Use provided by its manufacturer.
8. Insert the guidewire of choice into the retrieval sheath using the guidewire tip-straightener. Gently advance the guidewire into the IVC under fluoroscopic guidance such that it is caudal to the filter.
9. Introduce and advance the tip of the retrieval sheath such that the tip of the sheath is approximately 3cm cephalad to the filter retrieval hook.
10. Remove the guidewire.
11. Insert and advance the intravascular snare assembly through the sheath until it protrudes out of the sheath such that the marker band of the snare catheter is cephalad to the filter retrieval hook.
12. The retrieval of the **G2® X** Filter using an intravascular snare is illustrated in Figure 7 A-E:

Figure 7 A-E:  Retrieval of **G2® X** Filter using an Intravascular Snare, Illustrated



**Figure 7 A:**  Slowly advance the loop forward over the filter apex.
**Figure 7 B:**  Reduce the loop diameter by advancing the snare catheter while simultaneously pulling the snare backwards until the loop engages the filter retrieval hook.

**NOTE:  Ensure that the loop of the snare has properly engaged the retrieval hook and that the retrieval hook, retrieval catheter and snare are aligned.  Be careful to snare the apex of the hook; not the side.  The marker tip of the snare catheter must be cephalad to the filter retrieval hook.**

**NOTE:  Always maintain tension on the snare to prevent disengagement of the snare loop from the filter retrieval hook.**

**Figure 7 C:**  Advance the sheath in the caudal direction until it aligns with the distal tip of the snare catheter.

**Figure 7 D:**  While keeping tension of the snare, hold the retrieval sheath stationary and withdraw the filter into the retrieval sheath by retracting the intravascular snare.
**Figure 7 E:**  Continue retracting the snare until the filter is completely collapsed inside the sheath. Once the filter is fully collapsed inside the sheath, retract the complete system as a unit out through the sheath.

**WARNING:  Do not attempt to remove the G2® X Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.**

**WARNING:  Remove the G2® X Filter using an intravascular snare or the Recovery Cone® Removal System only.**

13. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**
14. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
15. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Removal of G2® X Filter Using Recovery Cone® Removal System**

**Equipment Required**
- One Recovery Cone® Removal System that contains:
  - One 75 cm, 10 French I.D. introducer catheter and dilator set
  - One Y-adapter with Recovery Cone® Removal System and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

If the physician chooses to use the Recovery Cone® Removal System to remove the G2® X Filter, it is available from C. R. Bard, Inc.

**Procedural Instructions**
**Insertion of the Introducer Catheter**
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the Recovery Cone® Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® X Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein, such that the tip of the sheath is approximately 3cm cephalad to the filter retrieval hook.

**NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.**

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® X Filter.

**Recovery Cone® Removal System Insertion and Delivery**
11. Remove the Recovery Cone® Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline-preferably heparinized saline.
13. Loosen the Touhy-Borst and slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

**PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.**

5

BPV-17-01-00137407

LMD1

14. Attach the male end of the Y-adapter with stopcock attached to the catheter. The introducer catheter should be held straight to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.
17. The retrieval of the *G2® X* Filter using a *Recovery Cone®* Removal System is illustrated in Figure 8 A-E:

**Figure 8 A-E:  Retrieval of *G2® X* Filter using *Recovery Cone®* Removal System, Illustrated**



A          B          C          D          E

**Figure 8 A:**  After the cone has been opened superior to the filter, carefully advance the cone over the retrieval hook by holding the introducer catheter stationary and advancing the pusher shaft.  It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the retrieval hook.
**Figure 8 B:**  Close the cone over the retrieval hook by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
**Figure 8 C:**  Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.
**Figure 8 D:**  With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.
**Figure 8 E:**  The filter has been retracted into the catheter.

**WARNING:  Do not attempt to remove the *G2® X* Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.**

**WARNING:  Remove the *G2® X* Filter using an intravascular snare or the *Recovery Cone®* Removal System only.**

**NOTE:  It is recommended to fluoroscopically image the filter in AP and lateral views during retrieval.**

**NOTE:  If difficulty is encountered while attempting to engage the retrieval hook and/ or multiple passes are required, consider using an intravascular snare as an alternate retrieval method.**

18. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**
Due to anatomical variances with respect to the position of the *G2® X* Filter, guidewire-assisted techniques may be used.

**Use of a Guidewire**
If it is difficult to align the cone with the *G2® X* Filter retrieval hook, one may use a guidewire to facilitate advancement of cone over the retrieval hook.
Withdraw the introducer catheter and cone shaft away from the retrieval hook. Insert a 0.035" 260 cm guidewire through the central lumen (a stiff guidewire with J or angled tip is recommended).
Advance the guidewire through the cone and through the filter near the retrieval hook.
After it has been confirmed that the guidewire is in contact with or in close proximity to the retrieval hook, advance the cone over the guidewire to the retrieval hook.
Advance the introducer catheter to slightly collapse the cone over the retrieval hook. Withdraw the guidewire into the pusher shaft.  Continue removing the Filter as described in step 17.

**J. How Supplied**
Each *G2® X* Filter is supplied preloaded in a storage tube. Each *G2® X* Vena Cava Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only.
The storage tube and delivery system are pre-assembled.  If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

**WARNING: After use, the *G2® X* Vena Cava Filter and accessories may be a potential biohazard.  Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.**
The *G2® X* Vena Cava filter should be stored in a cool (room temperature), dark, dry place.

**K. Warranty**
Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

**TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.**

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet.  In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

**References:**
1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter After Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 16(6), 645-647.
6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

BPV-17-01-00137408
LMD1

BPV-17-01-00137409
LMD1

BPV-17-01-00137410
LMD1



G2 X Filter

(1) 7 Fr. Introducer Sheath 48cm Long with Dilator

G2 X Filter Femoral Delivery Device

(1) G2 X Filter - Femoral Delivery Device
(1) 7 Fr. Introducer Sheath 48cm Long with Dilator

G2 X Filter Introducer Sheath With Dilator

(1) G2 X Filter - Femoral Delivery Device

(2) 7 Fr. Introducer Sheath 48cm Long with Dilator

Femoral

Use By

Recommended Guidewire

Lot Number

Manufacturer:

Catalog Number

Bard, G2 and Recovery Cone are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

Attention, See Instructions for Use

Variously Protected by one or more of the following U.S. Patent Numbers: 6,007,558 6,258,026 and 6,156,055.  Other U.S. and foreign Patents Pending.

Sterilized By Using Ethylene Oxide

Copyright © 2009 C. R. Bard, Inc.  All rights reserved.  Printed in U.S.A.

Non-pyrogenic

Keep Dry

Keep Away From Sunlight

Single Use

Do Not Resterilize

Do Not Use If Package Is Damaged Or Opened

MR Conditional

BPV-17-01-00137411
LMD1



Manufacturer:
**Bard Peripheral Vascular, Inc.**
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:   1-480-894-9515
       1-800-321-4254
FAX:   1-480-966-7062
       1-800-440-5376
       www.bardpv.com



PK5100095 Rev. 0   03/09

BPV-17-01-00137412
LMD1

Exhibit J-H



# G2®
## Filter System
*Timeless Performance®*
G2® Filter System
Femoral Vein Approach

**ENGLISH**

## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A. General Information

The G2® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2® Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2® Filter to be deployed with the filter tip centered and minimizes the potential for legs crossing.

The G2® Filter is designed to act as a permanent filter. When clinically indicated, the G2® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

#### MRI Safety:

Non-clinical testing has demonstrated that the G2® Filter is MR Conditional. It can be scanned safely under the following conditions:
1. Static Magnetic field of 1.5-Tesla or less;
2. Spatial gradient field of 450 Gauss/cm or less
3. Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

### B. Device Description

The G2® Filter System - Femoral consists of the filter and delivery system. The G2® Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2® Filter System - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2® Filter, a storage tube with saline infusion port, and a

**Figure A. G2® Filter System - Femoral**



A. INTRODUCER CATHETER
B. FILTER STORAGE TUBE
C. SALINE DRIP INFUSION SET
D. SIDE PORT
E. ADJUSTABLE TOUHY-BORST ADAPTER
F. NITINOL PUSHER WIRE
G. PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the G2® Filter

pusher system. The G2® Filter is packaged pre-loaded within the delivery storage tube.

### C. Indications for Use

The G2® Filter System - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:
• Pulmonary thromboembolism when anticoagulants are contraindicated.
• Failure of anticoagulant therapy for thromboembolic disease.
• Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
• Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.
• G2® Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

> **CAUTION:** If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

### D. Contraindications for Use
The G2® Filter should not be implanted in:
• Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
• Patients with an IVC diameter larger than 28 mm.
• Patients with risk of septic embolism.

### E. Warnings
G2® Filter Implantation

1. The G2® Filter is pre-loaded in the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4.)
3. Delivery of the G2® Filter through the introducer catheter is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The G2® Filter System - Femoral is designed for femoral approaches only. Never use the G2® Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2® Filter orientation within the IVC.
5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Only use the Recovery Cone® Removal System to remove the G2® Filter. Never re-deploy a removed filter.
7. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
8. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
9. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
10. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
11. After use, the G2® Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

G2® Filter Removal
1. Do not attempt to remove the G2® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena cava wall.

NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.

2. Use only the Bard Recovery Cone® Removal System (packaged separately) to retrieve the G2® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.
3. Never re-deploy a removed filter.

### F. Precautions
G2® Filter Implantation

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. This device has neither been studied in pregnant women, nor in suprarenal placement position.[1]
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® Filter using a Recovery Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.
7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
10. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
11. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage of the hub.
12. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.
13. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

G2® Filter Removal
1. Anatomical variances may complicate insertion and deployment of the Recovery Cone® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spinal deformations: It is important to exercise care when contemplating removing the G2® Filter with the Recovery Cone® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.
3. Remove the G2® Filter using the Recovery® Cone Removal System Only. (Reference Optional Procedure for Filter Removal for specific removal instructions).
4. The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

Note: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device

(1)

BPV-17-01-00118398

LMD1

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters. Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Inter Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters:  Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**
Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications.  Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:
- Movement, migration or tilt of the filter are known complications of vena cava filters.  Migration of filters to the heart or lungs has been reported.  There have also been reports of caudal migration of the filter.  Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU.  Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
- Filter fractures are a known complication of vena cava filters.  There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring  the  retrieval of the fragment utilizing endovascular and/or surgical techniques.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion
- Extravasation of contrast material at time of venacavogram.
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization
- Infection
- Intimal tear
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion.
- Insertion site thrombosis
- Filter malposition
- Vessel injury
- Arteriovenous fistula
- Back or abdominal pain
- Filter Tilt
- Hemothorax
- Organ injury
- Phlegmasia cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

All of the above complications have been associated with serious adverse events such as medical intervention and/or death.  There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients.  The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**
The following equipment is required for use:
- One G2® filter and Delivery System that contains:
    - One 48cm, 7 French I.D. introducer catheter and dilator set
    - One Storage tube with pre-loaded G2® Filter and pusher delivery system
- 0.038" 3mm J-tipped Guidewire, 110cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: Scalpel, #11 blade, local anesthesia, drapes, etc
If the physician chooses to percutaneously remove the G2® Filter, the Recovery Cone® Removal System is available from C.R. Bard, Inc.

**I. Directions for Use**
Insertion of the 7 French Introducer Catheter and Preliminary Venography
1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package.  Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.
6. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side.  A small thrombus may be bypassed by the guidewire and introducer.
6. Remove the venipuncture needle over the J-tipped guidewire.  Advance the 7 French Introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

Precaution: The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein.  Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.

Precaution: The introducer catheter hub has a special internal design.  Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.
8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

9. Advance the introducer catheter to the selected level under fluoroscopic control.  The guidewire and dilator should be reinserted to facilitate this.  For femoral insertion, the introducer catheter tip should be 1 cm below the lowest renal vein.
10. Remove the filter and delivery system from Kit B and flush with saline.

Precaution: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.
11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein.  The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
12. Advance the filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures A-D).  Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

### Advancement of G2® Filter, Illustrated



Figure A
Figure B
Figure C
Figure D

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter.  At this point, the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment
14. Deliver and release filter as described below:
Figure E: Firmly hold the pusher wire handle.  Keep this hand stationary throughout the entire filter release/deployment process.
Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

### G2® Filter Release, Illustrated



FIGURE E
FIGURE E-1

FIGURE F
FIGURE F-1     Hold Hand Stationary

FIGURE G
FIGURE G-1

Precaution:  Do not deliver the filter by pushing it beyond the end of the introducer catheter.  To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter as described below.  Do not twist the pusher wire handle at anytime during this procedure.
Position the filter 1 cm below the lowest renal vein.
Figure F:  With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process.  The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
Figure F-1:  Unsheathing of filter in IVC.
Figure G:  The position of the hands at the completion of the unsheathing process.
Figure G-1: The filter deployed in the IVC.
15. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire.  Do not twist the pusher wire handle at anytime during this procedure.
16. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

Follow-up Venacavogram
17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

OPTIONAL PROCEDURE FOR FILTER REMOVAL:

CAUTION:  Remove the G2® Filter using the Recovery Cone® only.

Removal of G2® Filter
Equipment Required
The following equipment is required for use:
- One Recovery Cone® Removal System that contains:
    - One 75 cm, 10 French I.D. introducer catheter and dilator set
    - One Vena-loaded with Recovery Cone® and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium

BPV-17-01-00118399

LMD1

- Sterile extension tube for saline crip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**Clinical Experience**

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure H depicting the time to retrieval.

**Figure H: Distribution of Filter Indwell Time in Retrieved Subjects**



Days from Implantation to Retrieval

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone*® Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

**Procedural Instructions**

**Insertion of the Introducer Catheter**

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone*® Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® Filter.

*Recovery Cone*® Removal System Insertion and Delivery

11. Remove the *Recovery Cone*® Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe the cone by stabilizing the pusher shaft and retracting the introducer catheter.

**Capture of G2® Filter**

## G2® Filter Removal, Illustrated

17. The capture of the G2® Filter is illustrated in Figures A-E:



**Figure A:** After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the filter tip.

**Figure B:** Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

**Figure C:** Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

**Figure D:** With the cone collapsed over the filter tip, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

**Figure E:** The filter has been retracted into the catheter.

18. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**

Due to anatomical variances with respect to the position of the G2® Filter, guidewire-assisted techniques may be used.

**Use of a Guidewire**

If it is difficult to align the cone with the G2® Filter tip, one may use a guidewire to facilitate advancement of cone over the filter tip.

Withdraw the introducer catheter and cone shaft away from the filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 17.

**J. How Supplied**

Each G2® Filter is supplied preloaded in a storage tube. Each G2® Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are preassembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

Warning: After use, the G2® Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2® Filter should be stored in a cool (room temperature), dry place.

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [ACR Practice Guideline 2007; 38:673-684]
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [ Chest 1998 Feb; 113(2): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-614]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:S271-S275]

**References:**

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardelle, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter after Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.
6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

(3)

BPV-17-01-00118400

LMD1

 G2® Filter System

 Do Not Resterilize.

 Femoral

 Do Not Use if Package Is Damaged Or Opened.

 Femoral Introducer Catheter

 MR Conditional

 Use By

 Contents:   Kit A:   One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator
Kit B:   One (1) G2 Filter Femoral Delivery System

 Lot Number

 Protect From Heat

REF   Catalog Number

 Keep Dry

 Attention, See Instructions for Use

 Recommended Guidewire

 Sterilized By Using Ethylene Oxide

 Manufacturer:

 Non-pyrogenic

 Bard, G2®, Recovery Cone® and Timeless Performance are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

 Single Use.

Variously protected by one or more of the following U.S. Patents: 6,007,558 and 6,258,026.  Other U.S. and Foreign Patents Pending.
Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

 Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL: 1-480-894-9515
1-800-321-4254
FAX: 1-480-966-7062
1-800-440-5376
www.bardpv.com

 BARD
PERIPHERAL
VASCULAR

PK5250500 Rev. 1   07/09

BPV-17-01-00118401

LMD1

Exhibit J-N

| | |
|---|---|
| **From:** | Schulz, Gin [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=GSCHULZ] |
| **Date:** | 12/19/2005 6:34:08 PM |
| **To:** | Shifrin, Kevin [Kevin.Shifrin@crbard.com], Hudnall, Janet [Janet.Hudnall@crbard.com] |
| **Subject:** | FW: Recovery Filter Limb Fractures |
| **Attachments:** | RF Limb detch 1206051a.doc |

Kevin and Janet,

Chris had asked Rich to pull together an addendum to the November 2004 R002. Cindi Walcott, Len, Shari and I spoke with Dr. Ciavarella Friday. The overall reported rate of fractures is now estimated to be 0.3% (was 0.16%) and the reported rate of fractures judged to be serious (Critical R002 rating) has gone from 0.046% to 0.13%(Critical/serious being defined by Dr. Ciavarella last year as those involving migration to heart or lungs or other critical organs).

Cindi mentioned that 3 of these 89 separate reports involved a single filter in a single patient. The scenario could have been multiple updates on the same case, e.g. a fracture was reported and then re-reported after it migrated. This stuttering reporting may be an aberration. Cindi is reviewing all 89 (now 90, see below) events to be sure that the event rates are calculated based on number of filter (same as number of patients probably) rather than number of fractures. That what she is referring to below.

Since the frequency of Critical events was now in the R002 Occasional range, we need to reassemble the BPV PAT to discuss the new information. How can I get a good estimate of the number of RNFs still implanted? That number is important to gauge residual risk. Also, do you have a good estimate of the number of RNFs not implanted, but in inventory?

Thanks for your help.

Gin

_____

From: Walcott, Cindi
Sent: Friday, December 16, 2005 3:24 PM
To: Ciavarella, David; Schulz, Gin; Allen, Shari; DeCant, Len
Subject: Recovery Filter Limb Fractures

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   BPVEFILTER-01-00002447

To All,

Attached is the data involving the Recovery Filter limb fractures as we discussed it during today's conference call.

Each of the 89 events will be further reviewed to determine how many patients were involved in these complaints.

Please note that while we were on the conference call, Field Assurance received a phone call with new information on one of the newer events that had not been classified on the attached report as a serious injury. The new information indicated that a filter arm had migrated to the heart, and perforated the heart and the pulmonary artery. This would change the number from 39 to 40 for reported serious injuries. The patient indicated he was pursuing litigation. Therefore, this e-mail and the attachment should be considered confidential information.

Cindi

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit J-O



Deposition of:

# Thomas Kinney , M.D.

*June 17, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions

1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Thomas Kinney , M.D.                     June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 39

1         Q.    Okay.   How about post-market adverse event

2    tracking?

3         A.    I think I can understand that.  I don't -- I am

4    not an expert.  No one would say -- no one would look in

5    the Yellow Pages, if people still do that, and say, you

6    know, that's for the expert Dr. Kinney under there.  But

7    basically, the analysis that a physician does or an

8    engineer does, I think you can -- I think you can have

9    some insight there.

10        Q.    But other than this lawsuit, you don't have any

11   education, training, or experience in post-market adverse

12   event tracking?

13             MR. JOHNSON:  Form objection.

14        Also vague and overbroad.

15     BY MR. BROWN:

16        Q.    Is that fair?

17        A.    No specific training, no.

18        Q.    Do you consider yourself an expert in what might

19   constitute a safety signal for a medical device?

20             MR. LOPEZ:  Form.

21             THE WITNESS:  I wouldn't say I'm an expert, but

22   I'm a physician.  So we do procedures on people, and we

23   get signals all the time about what's working and what's

24   not working; and if we don't listen to those signals,

25   people get hurt very bad sometimes and including

Thomas Kinney , M.D.                                    June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 101

1      Q.   I don't know.  You said it.  That's why I wanted
2   to ask you about it.
3      A.   They said they were going to do a study.
4      Q.   Do you remember who told you that they were
5   going to do a study?
6      A.   I remember Janet Hudnall saying that.  I don't
7   know if Rob Carr said it also.  I don't remember.
8      Q.   Did Janet Hudnall and Rob Carr tell you that
9   they were going to do -- not they -- that Bard was going
10  to do a long-term study of the Recovery filter?
11     A.   Yes.
12     Q.   Do you remember when that occurred?
13     A.   It would have been between 2004 and probably
14  2005 or '6.  I think it was about the time we were doing
15  those animal evaluations to come up with a G2.
16     Q.   Do you have any idea about the specifics of the
17  study that they were telling you was going to be
18  performed?
19     A.   There wasn't no specifics, but there was -- it
20  was going to be a long-term evaluation.
21     Q.   Do you have any knowledge about what happened at
22  Bard as far as that long-term study of the Recovery
23  filter?
24     A.   Not specifically.  But it seems like they ended
25  up -- you know, it kind of evolved into like the Everest

Thomas Kinney , M.D.                     June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 102

1     study, which is really just -- again, it became a

2     short-term retrieval study for the G2, which to me, when I

3     review that, there were some signals in even that

4     short-term study that again begged the question that we

5     really need a long-term study to have factual data that we

6     could really talk to patients about the risk and benefits

7     of the Bard -- the new generation Bard filter.

8          I mean, it was -- it was labeled to us as this was

9     the only filter we were going to need.  It had, you know,

10    you know, unsurpassed fracture resistance and positional

11    stability.  And, you know, we hear those things, and we

12    believe those things, and then you start finding out that

13    that's not true and, you know, it kind of voids -- voids

14    all the honesty and transparency things that are so

15    important when we talk to patients about consent and

16    trying to tell a patient about what that particular

17    complication means for them, and why they are -- they are

18    subjected to that or the anxiety of that, all that stuff.

19         Q.   You mentioned the Everest study, which was a

20    six-month study for the G2 filters; is that right?

21              MR. JOHNSON:  Form.

22              THE WITNESS:  Correct.

23       BY MR. BROWN:

24         Q.   And then you said that you envisioned that there

25    would be a long-term study; right?

Page 191

1    consent to their patients."

2         Do you see that?

3         A.   I do.

4         Q.   Is it your opinion that physicians should

5    receive all bench testing for medical devices that they

6    use?

7              MR. JOHNSON:  Form.

8              THE WITNESS:  Most -- Most physicians don't.

9    They don't want to know bench testing, but they do want to

10   know when the -- you know, that there's data that shows

11   that a company has been tracking data that shows

12   statistically that it had higher rates of perforations,

13   migrations, fractures, and they are not notified.

14     BY MR. BROWN:

15        Q.   Okay.  We'll get to that in a second, but I just

16   want to focus on everything that you're saying --

17        A.   Okay.

18        Q.   -- that physicians should receive.

19        So as far as the bench testing, you're not saying

20   that physicians should receive all bench testing?

21             MR. JOHNSON:  Just note my objection.  The

22   question has been asked and answered.  Paragraph 8 doesn't

23   even mention bench testing, so I don't understand the

24   question.

25     BY MR. BROWN:

Thomas Kinney , M.D.                    June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 192

1          Q.    Do you understand the question, Doctor?

2          A.    Yeah, it's asking about performance.  So

3     performance to me is the important clinical parameters,

4     like recurrent pulmonary embolism, issues about

5     perforations, migrations, fractures, those are

6     recurrent -- DVT, caval thrombosis.  I think those are

7     performance issues that physicians would want to know.

8     For instance, if they had trouble deploying the filter, I

9     think it's probably important for physicians to know.

10          I don't -- They are not going to want to know, you

11     know, migration tests or pole tests.  I might be

12     interested because I'm a strange person, I suppose, but I

13     think most clinicians would not want to know.

14          Q.    So what you're referring to in Subparagraph A

15     relates to the clinical information?  In other words, the

16     adverse events that are actually occurring in people; is

17     that right?

18               MR. JOHNSON:  Objection.  Form.

19               THE WITNESS:  Yeah, yeah.  I mean, this gets

20     gray for me because suppose there's animal models that you

21     think are good animal models, and they show issues, that

22     becomes maybe important.  That may become important.  But

23     I think as a general, what you are saying is true, but --

24       BY MR. BROWN:

25          Q.    Do you think that physicians would want to know

Thomas Kinney , M.D.                    June 17, 2017
In Re: Bard IVC Filters Products Liability

                                             Page 193

1     the animal model testing related to the Bard filters?

2          A.   Well, if --

3               MR. JOHNSON:  Form.

4               THE WITNESS:  If it showed -- If there were

5     issues that occurred with that, you know, I would think

6     physicians might be interested in that.

7       BY MR. BROWN:

8          Q.   But you're not offering that opinion in this

9     case, are you?

10         A.   You know, see, it's hard for me because I have

11    looked at the data in the Kessler study, and I just -- I'm

12    amazed what they decided to do for parameters to assess

13    this filter.  I mean, they -- they basically had flawed

14    studies to get through an FDA safety and equivalency for

15    Simon Nitinol, which I think were -- maybe some of the

16    fault is FDA, but I think -- I think if I was aware of

17    those as, you know, in my role with Bard kind of trying to

18    introduce patients -- not patients, but physicians to put

19    this filter in, I think if I had known about that, I would

20    have said, "I'm not really so sure I'm comfortable about

21    this."  Especially in light of the way things have turned

22    out where they have shown statistically high rates of --

23    of migration, perforation, fractures.  So I don't know.  I

24    might be off the track a little bit, Matthew, but am I --

25    am I getting my message across?

Thomas Kinney , M.D.                    June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 196

1      Q.   Is it your opinion in this case that medical

2    device companies should provide all complaint files for

3    the medical devices to physicians?

4           MR. JOHNSON:  Form.

5           THE WITNESS:  You know, I would say as a general

6    statement, no.  But when you -- when you start getting to

7    see signals, I think that's of concern because it's

8    transparency, and it's our ability to really do an

9    adequate informed consent.  You know, that's -- or even

10   device selection for us.  So I was -- You know, I thought

11   I was in a unique position with Bard; that, you know, I

12   was kind of a consultant with them.  I helped them do

13   animal studies to get approval of what I thought were

14   better devices.  They never showed me the data of any of

15   the animal studies I did.  And then furthermore, they

16   never showed me any of this data that maybe would have

17   been -- I might have had opinions about that might have

18   been helpful for them.  And you go why is that?  Why --

19   Why was my opinion not important?  And maybe if I had the

20   chance to look at that data I would have said, "I'm not so

21   sure about this test.  You know, maybe we need to do

22   more."

23       You may get to this later, but, you know, they talked

24   to us in 2006 with this consensus agreement, and then

25   they -- they met with me a little bit after that asking

Thomas Kinney , M.D.                                    June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 204

1        of the requisite preclinical and clinical safety and

2        effectiveness/risk benefit evidence that is mandatory to

3        justify widespread marketing of IVC filters for both

4        temporary and permanent placements."

5             Do you see that?

6             A.   Yes, I do.

7             Q.   All right.  What is the standard that you're

8        using to define physicians' reasonable expectations?

9             A.   You know, I think this has to do with basically

10       really knowing the long-term performance characteristics

11       of the filters that were -- we're putting in and also --

12       and so that includes the effectiveness, say, clot-trapping

13       ability and includes what those risks are, such as what we

14       have mentioned.  These fractures, embolizations, the

15       migrations.  So that's -- I think physicians want to know.

16       They are expecting to know that.

17            Really to do proper trans- -- transparent consent and

18       actually for selection also, selection of devices, you

19       know, you want to do the best thing for your patient, so

20       you want to know which device is the safest and the most

21       effective and which has -- has a reasonable risk-benefit

22       ratio.  So I think to have physicians try to decide this

23       without that data is kind of -- it's marketing basically,

24       or it's kind of like the filter is the best filter

25       since -- This is the only filter you'll ever need.  You

Thomas Kinney , M.D.                    June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 205

1    are kind of like well, that's kind of nice, but that

2    doesn't really help me select, say, your filter versus

3    somebody else's filter.

4         Q.   Is Paragraph B suggesting that physicians should

5    receive all preclinical safety and effectiveness

6    evidence --

7         A.   No.

8              MR. JOHNSON:  Form.

9      BY MR. BROWN:

10        Q.   -- for IVC filters?

11             MR. JOHNSON:  Go ahead.

12             THE WITNESS:  It's -- It's the pertinent -- the

13   pertinent stuff which we have been talking about, you

14   know.  But not -- I'm sure your world is an overwhelming

15   amount of information.  Our world is no different than

16   your world.  So -- But we want to know the things that

17   help us make decisions, clinical decisions, and those are

18   recurrent pulmonary embolism, yeah, we want to know about

19   that.  We want to know about caval thrombosis.  We want to

20   know about recurrent DVT.  We want to know about

21   fractures, embolizations, migrations, difficulties putting

22   filters in.  I think those are -- those are the things

23   that are important to us.

24     BY MR. BROWN:

25        Q.   So information that the company has related to

Thomas Kinney , M.D.                  June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 231

1    system, and we don't know -- we don't know what type of

2    filter it is, I'll do a KUB or a CT scan to see if that's

3    a difficult undertaking for me.

4         But maybe that's a little different than this because

5    what we're talking about here, we're talking about a

6    series of different devices that has, you know, higher

7    than our normal rates of fractures, migrations,

8    embolizations, perforations.  And so how do we -- how do

9    we figure those out?  How do we guide our patients as to

10   what's the right thing to do and are they at risk?  And so

11   that's -- that's what this is.

12        Q.   What are you saying that Bard should have

13   provided as it relates to this paragraph?

14        A.   Well, you know, this is -- First of all, we

15   should have been notified about, you know, their concerns

16   about these high rates of issues.  And then if you're

17   convinced that these are issues that are going on, how do

18   you figure out what patients are at risk from some

19   potentially life-threatening complication?

20        Q.   Would the answer be some type of imaging?

21        A.   Imaging is one, one thing.  I mean, we do a

22   clinical evaluation, and imaging helps us.  I mean,

23   clinical is only so good.  You can't really feel a filter,

24   so the imaging does help you.

25        Q.   Paragraph 75 reads, "It is our opinion that Bard

Thomas Kinney , M.D.                    June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 232

1    lacked important safety information when it began

2    marketing each of their IVC filters regarding the risk of

3    complications associated with their IVC filters and, once

4    on the market, failed to provide practicing physicians

5    with timely and updated information of these risks,

6    including, without limitation, adequate information

7    related to the character, severity and frequency the

8    Recovery, G2/G2X and Eclipse IVC filter's high

9    complication rate in relation to its competitors and its

10   own products, including the SNF filter.  This lack of

11   information precluded physicians from evaluating the

12   risk-benefit analysis for their patients.  If Bard had

13   disclosed the information discussed within this" --

14   "within this report, reasonable physicians would not have

15   used these devices."

16        A.   Okay.

17        Q.   Does this paragraph relate to what we were

18   discussing earlier concerning what you believe Bard should

19   have told physicians about -- physicians about

20   complication rates associated with the filters?

21             MR. JOHNSON:  Form.

22             THE WITNESS:  I would say, yeah, in a general

23   sense, I would say that's true.

24     BY MR. BROWN:

25        Q.   Is there anything else that you think Bard

Exhibit J-P



Deposition of:

# Anne Roberts , M.D.

*July 7, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions

1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Anne Roberts , M.D.                                                July 7, 2017
In Re: Bard IVC Filters Products Liability

Page 210

1   Dr. Anne Christine Roberts, M.D. This deposition
2   is being held at 4240 La Jolla Village Drive,
3   San Diego, California 92037.
4       Videographer is Scott Tanaka here on
5   behalf of Veritext Legal Solutions. Today's date
6   is July 7th, 2017. Back on the record. The time
7   is 4:02 p.m.
8   BY MR. BROWN:
9       Q   Dr. Roberts, you all right?
10      A   No. Fine.
11      Q   I want to go through some of your report
12  with you. Okay?
13      A   Okay.
14      Q   So if you have it in front of you, we
15  can flip through it together.
16      A   I do.
17      Q   The first thing is I wanted to ask you
18  about paragraph 3 --
19      A   Sorry. What page?
20      Q   Page 6.
21      A   Paragraph 3. Okay.
22      Q   It says, We have been asked to provide
23  our expert analyses and opinions on the following.
24  Then "A" says, four lines down, Considering
25  patient safety is the primary concern and that

Page 211

1   open, honest, and complete performance, safety and
2   complaint data from manufacturers are required for
3   physicians to fulfill their standard of care
4   responsibility to provide informed consent to
5   their patients.
6       Do you see that?
7       A   I do.
8       Q   Have you ever had an IVC filter
9   manufacturer provide you with the complete
10  performance, safety and complaint data regarding
11  their IVC filters?
12      A   This is probably the thing that makes me
13  the craziest about this suit at all is the fact
14  that Bard knew that there was a problem and
15  even -- now granted, did I know? No. Because
16  nobody told us. It wasn't out there. It was
17  something that was known by Bard internally. They
18  had been looking at this. They knew there was a
19  problem.
20      And if you go back to even their health
21  analysis, hazard analysis even -- as you know, in
22  December of 2004 they basically -- they basically
23  talk about the fact that there's a problem with
24  this device. And, you know -- and that, you know,
25  they see in the MAUDE database that the reporting

Page 212

1   rates were 4.6, 4.4, 4.1, and 5.3 times higher
2   than reporting rates of all other filters.
3       This is the health hazard analysis by
4   David Ciavarella. Anyway, you know, and he looked
5   at this -- and this is in December -- December of
6   2004. And nobody came back and said, Wow, we're
7   really having a problem. Now, I don't -- you
8   know -- I mean, I think that physicians should
9   have known about this at that time.
10      So that basically -- but even more
11  importantly, Bard should have stopped selling
12  these things and said look, you know, we've got a
13  problem here. We need to figure out what it is
14  that's going on with this filter. And
15  nobody -- nobody does that. And it's basically
16  hidden. Nobody tells anything.
17      So it's not until these other memos come
18  out where somebody else does then you, you know,
19  hazard analysis and says, you know, we got a
20  problem here that all of a sudden the community
21  starts to understand that there is a problem here.
22  So it's not -- you know, I mean -- this is the
23  thing that really, really bothers me about this
24  whole thing is the fact that -- I mean, I look at
25  this as a physician. I'm taking care of patients.

Page 213

1   I'm responsibile for telling patients if I'm going
2   to put in a filter that at least I know what it is
3   that's going on.
4       And, in fact -- in fact, I can't give a
5   patient true consent because I -- I didn't have
6   the faintest idea that this is what was happening
7   with this filter. And Bard was not at all
8   transparent about this. And they should have
9   been. They should have come -- they should have
10  either stopped selling it and said, look, you
11  know, we're going to -- you know, we've had some
12  problems with this. We're going to, you know,
13  redesign it. We're going to redo our bench top
14  testing. We're going to show that -- you know,
15  we're going to make sure it's okay. Then we'll
16  see about rereleasing it.
17      But they didn't do that. And I think
18  that that's the thing that's so bothersome about
19  this case is basically, you know, people covered
20  it up. People hid it. They didn't allow the
21  physicians to know about it. They didn't -- there
22  was no way to consent the patients appropriately.
23  And, quite frankly, I think at least at this point
24  in time people -- because they assumed that it
25  was -- it was a filter that, yeah, it was supposed

54 (Pages 210 - 213)

Anne Roberts , M.D.                                    July 7, 2017
In Re: Bard IVC Filters Products Liability

Page 214

1    to be retrievable but it also had a permanent
2    indication that it could stay in permanently and
3    wouldn't cause problems.
4        And I think the -- this is where -- this
5    is where it all falls apart.  This exactly --
6    patient safety.  You know, any manufacturer should
7    put patients' safety as the most important thing
8    in selling something.  You can't in good faith
9    sell something that isn't safe.  It's supposed to
10   be -- you know, it's one of the things Kessler
11   says in his report.  It's supposed to be as safe
12   and effective as the predicate device.  And if the
13   manufacturer realizes it's not as safe, they
14   should not be selling it.  Okay?  So yeah.  That's
15   my problem with this.
16      Q   So in your opinion the information
17   that's contained in that health hazard evaluation
18   by David Ciavarella in December of 2004 should
19   have been provided to physicians?
20          MR. JOHNSON:  Form objection.
21   BY MR. BROWN:
22      Q   Is that what you're saying?
23          MR. LOPEZ:  Only that after five
24   minutes?
25          MR. BROWN:  That's not what I'm asking.

Page 215

1    BY MR. BROWN:
2        Q   I'm asking you if it's your opinion that
3    the information that's contained in that health
4    hazard information from December of 2004 should
5    have been provided to physicians.
6           MR. JOHNSON:  Form.
7           THE WITNESS:  I think, first of all,
8    yes, it should have been provided to physicians
9    that we have a problem.  Okay?  Mission control,
10   we got a problem.  Let's -- and then I think on
11   top of that Bard should have said we have a
12   problem.  We are putting patients at risk.  This
13   is not the predicator device.  This is not other
14   filters that we've seen before.  And we need to
15   stop this, and we need to look at the data.  We
16   need to see what it is that's causing this
17   problem.
18          And that's -- yes, I think they should
19   have told physicians.  And I think -- I'm not
20   saying you take this memo and you give them a
21   memo.  But you tell them we have a problem.  And,
22   more importantly, you stop putting it out there
23   until you figure out what the problem is.  Okay?
24          I'll give you an example.  When Meditech
25   put out the redesign -- put out the titanium

Page 216

1    filter, they put it out -- they had done some
2    testing on it.  Looked like everything was okay.
3    They put it out in a relatively small release.
4    They put -- I mean, for example, we put them in --
5    we were big Greenfield user.  They wanted us to
6    put them in -- they knew we knew how to do it,
7    blah-blah-blah.
8           So we start putting them in.  We start
9    seeing that these things migrate.  So, yes,
10   filters -- the legs can perforate and can -- they
11   didn't migrate the filter itself.  It slid down a
12   little bit because the leg perforated.  But we
13   called them and said we've got a problem.  There's
14   a problem with this patient.  They stopped -- they
15   stopped it.  They stopped selling them.  They
16   stopped sending them out.  They called back the
17   ones that they had and said we got to figure out
18   what the problem is.  And they redesigned it, and
19   then they put in another one.
20          That's what Bard should have done.  Bard
21   should have said -- they got these memos.  They
22   should have looked at this and went to the QA
23   person and said we've got a problem here.  Nothing
24   happened.  Just let's go ahead keep selling them,
25   keep selling them, keep selling them, you know,

Page 217

1    until tens of thousands of these things were sold
2    and put into people, at least, presumably, most of
3    them.
4           You know, maybe some that got expired
5    didn't get put in, whatever.  But a lot of them
6    got sold.  And this is -- you know, this is -- for
7    me this is the major concern that I have.
8           When I started seeing this stuff, this
9    is when I said I'm willing to testify because this
10   to me goes to the heart of the issue which is I
11   don't care if it's a manufacturer, you know, what
12   it is.  You got to be honest.  You got to tell
13   people.  You can't cover it up.  You got to tell
14   your physicians.  The physicians have to know so
15   they can make a decision.  Do we still put this
16   thing in?  If they don't know that this is a
17   problem that Bard knows about and they don't
18   disclose it to the physician, what's the physician
19   supposed to know?
20          They're waiting to hear, you know, memos
21   from Temple or waiting to hear, you know,
22   something to get published.  And in the meantime
23   it's just getting put in patients.  And that's the
24   scary thing about this.
25   ///

55 (Pages 214 - 217)

Anne Roberts , M.D.                                    July 7, 2017
In Re: Bard IVC Filters Products Liability

Page 234

1    BY MR. BROWN:
2       Q   Do you know?
3            MR. JOHNSON: Form.
4    BY MR. BROWN:
5       Q   Do you know what the regulations are?
6            MR. LOPEZ: Different question. Hold
7    on. He asked you two questions.
8            MR. BROWN: No, I didn't.
9            MR. LOPEZ: Yeah, you did. You said
10   regulations.
11           MR. BROWN: That's what I said in my
12   first question. I said do you have any knowledge
13   about the regulations that govern the kind of
14   information the medical device companies are
15   permitted to share with physicians?
16   BY MR. BROWN:
17      Q   Do you have any knowledge of the
18   regulations?
19      A   A device company can share --
20      Q   That's not my question.
21      A   I'm just saying --
22      Q   I'm asking you a question. Please
23   answer my question.
24           Do you have any knowledge of the
25   regulations about the type of information that a

Page 235

1    medical device company is permitted to share with
2    physicians?
3            MR. JOHNSON: Form objection.
4            Explain yourself if you have to.
5            THE WITNESS: I don't believe that there
6    are regulations that prohibit device companies
7    from sharing information. Now, that is not
8    necessarily true with other regulatory agencies
9    such as FDA which cannot share information --
10   proprietary information to the public or anybody
11   else with -- you know, without the consent or not
12   even with the consent of the company. The company
13   should be under no restraint from sharing
14   information if they deem it reasonable.
15   BY MR. BROWN:
16      Q   Has any medical device company provided
17   you with its testing and monitoring data for their
18   patients?
19           MR. JOHNSON: Form.
20           THE WITNESS: Well, number -- I mean, in
21   terms of -- for example, in instructions for use
22   there can be information about patients and
23   patient outcomes and specific information about
24   patients. So to that extent, yes, I think
25   companies do share that information partially

Page 236

1    probably because they're required to by the
2    instructions for use. They will -- if there is a
3    clinical trial, they -- that clinical trial data
4    will be published. So that, I assume, is
5    considered sharing of company information.
6    BY MR. BROWN:
7       Q   In any other context has a medical
8    device company provided you with its testing and
9    monitoring data for their products?
10      A   I don't know that I've actually asked
11   them.
12      Q   So, no, they have not?
13      A   Outside of the context of clinical
14   trials -- in a clinical trial, yeah, you get all
15   of that data.
16      Q   Anything else?
17      A   Anything else?
18      Q   Are there any other instances in which a
19   medical device company has shared with you its
20   testing and monitoring data other than in the IFU
21   or the clinical trial data?
22           MR. JOHNSON: Form.
23           THE WITNESS: I don't believe so. I
24   don't know that I've asked for it. And I don't
25   know that anyone has come to me and said, here;

Page 237

1    this is our data.
2    BY MR. BROWN:
3       Q   There are opinions that you've given in
4    paragraphs 3, 4, 6, and 7. And take a minute to
5    refresh your memory about what those opinions are.
6       A   Okay.
7       Q   Let me know what you have --
8       A   Was it the one we've kind of gone
9    through that has multiple subsections? Is that
10   correct?
11      Q   That's right.
12      A   So we have covered those now?
13      Q   So three, four, six, and seven.
14      A   Four, four. Oh, not five. Okay.
15      Q   All of those paragraphs concern your
16   opinions about the type of information that Bard
17   should be providing to physicians and to patients,
18   correct?
19      A   Yes.
20      Q   Do you have any written standard or
21   authority that you're relying on to make any of
22   the opinions that are in those paragraphs?
23           MR. LOPEZ: Form.
24           THE WITNESS: I don't have any written
25   standards for that. I think that this is

60 (Pages 234 - 237)

Anne Roberts , M.D.                                    July 7, 2017
In Re: Bard IVC Filters Products Liability

Page 238

1  something that physicians expect from companies.
2  Now -- and, again, I don't think in here that we
3  mean that you give us all of your databank.  I
4  don't think it means that we expect that you're
5  going to tell us everything about a device.  I
6  think what it means is that if a company finds
7  that there is a problem and that problem is such
8  that it affects the safety and efficacy of a
9  device, then a company has an obligation either to
10  get that device off the market temporarily or
11  permanently or to make sure that physicians know
12  what it is that they're up against so that they
13  can make good informed consent for their
14  patients.
15  BY MR. BROWN:
16      Q    All of the opinions that we just
17  discussed and the ones you reviewed in paragraphs
18  3, 4, 6, and 7 there's no way to test your
19  opinion, is there?
20          MR. JOHNSON:  Form.
21          THE WITNESS:  Only to ask a patient or a
22  family or the patient died and find out whether or
23  not they think it's reasonable to know that the
24  physician should have known about this so that
25  they could inform their patient appropriately.

Page 239

1  BY MR. BROWN:
2      Q    Any other way that you know of to test
3  your opinions?
4      A    Ask you whether you think it's
5  reasonable or not.
6          MR. LOPEZ:  Or we'll just let a jury
7  decide maybe.
8  BY MR. BROWN:
9      Q    If you got 100 doctors in the room,
10  there's no way to tell which ones would agree with
11  you and which ones would disagree with you?
12          MR. JOHNSON:  Form.
13          MR. LOPEZ:  About?
14  BY MR. BROWN:
15      Q    About the opinions contained in
16  paragraphs 3, 4, 6, and 7.
17      A    Would be an interesting exercise.  Maybe
18  someone could do that study and show people this
19  data and say, Out of 100 people that are in this
20  room, how many people think that it would have
21  been reasonable for the company release this data
22  to the physicians who are implanting this device
23  and putting, essentially, their patients at risk?
24      Q    The opinions --
25      A    Maybe I'll do the study.

Page 240

1      Q    The opinions that you set forth in
2  paragraphs 3, 4, 6, and 7, you've never published
3  anything on those opinions, have you?
4          MR. JOHNSON:  Form.
5          THE WITNESS:  That companies should give
6  safety and effectiveness data?
7  BY MR. BROWN:
8      Q    The types of data that you are
9  discussing in those paragraphs.
10      A    Well, we say that we need safety and
11  effectiveness data that the companies possess from
12  testing and monitoring their medical devices,
13  particularly implantable devices, to allow
14  physicians to provide full and fair balanced
15  informed consent to patients whom these devices
16  are prescribed and indicated.  I have talked about
17  safety and effectiveness and how that is important
18  in device regulation and in, you know, device
19  design.  So I guess I have talked about it.
20          I don't know that I talked about it in
21  the context of this particular device or
22  particular devices.  But that, I think, is a very
23  common standard that physicians use in terms of
24  deciding whether or not to put a particular device
25  into a patient.

Page 241

1          And, remember, there is a choice.  Okay?
2  There's a choice of the device to use.  So if
3  somebody knows that there's a question about the
4  safetyness and effectiveness of a device, then at
5  least they can choose or they can help involve
6  their patient in the choice of what device to use.
7  And if they feel that this device has
8  characteristics that mitigate the potential for
9  harm, then they can make that choice.  But without
10  that information, they have no way of making that
11  choice.
12      Q    Throughout your report you cite to
13  Dr. Kessler's report, Dr. Ritchie's report, and
14  Dr. Betensky's report; is that right?
15      A    Yes.  Among others, yes.
16      Q    Did you ever read the 2016 deposition of
17  Drs. Kessler and Betensky?
18      A    As I said earlier, I don't believe that
19  I've read Kessler's deposition.
20      Q    Have you read the previous deposition
21  transcript of Dr. Ritchie?
22      A    I think I have.  Remind me who Ritchie
23  is because it's been a while.
24      Q    Ritchie testified numerous times over
25  the past several years.

61 (Pages 238 - 241)

Anne Roberts , M.D.                                     July 7, 2017
In Re: Bard IVC Filters Products Liability

Page 294

1    bad outcome that the -- that litigation in terms
2    of -- in terms of how consent was obtained or
3    whatever is not -- is going to be a little
4    different from person to person potentially.
5         And so it's not something in terms of
6    what the clinical decision is with -- by the
7    practitioner.
8    BY MR. BROWN:
9      Q   How does this document relate to your
10   opinions in this case?
11     A   Well, I think it's -- I don't think it
12   has to do with the -- with litigation per se. I
13   think this has to do with what it is that one owes
14   a patient in terms of making sure that the patient
15   or representative or, when appropriate, the
16   patient's family has the opportunity to understand
17   the treatment or procedure the patient is to
18   receive and its reasonable risks and benefits and
19   alternatives to have all questions answered and to
20   fully consent to the treatment or procedure.
21        So if you don't have information that's
22   available, you can't give the patient or the
23   representative or the patient's family an
24   opportunity to really understand the treatment or
25   procedure because you can't tell them what their

Page 295

1    reasonable risks and benefits and alternatives are
2    to that procedure.
3         So if you believe -- or if you were to
4    know that a device had a problem with it, then --
5    and you don't know that, you cannot give them the
6    reasonable risk and benefits of the procedure. So
7    that's where -- that's where the problem with the
8    -- you know, that we're outlining here is that the
9    informed consent requires -- requires that.
10     Q   These practice parameters that we've
11   marked as Exhibit 15 to today's deposition deal
12   with providing certain information to patients,
13   correct?
14     A   Yes -- this one specifically for
15   informed consent.
16     Q   You're saying that in order for you to
17   provide informed consent, as discussed in these
18   practice parameters, you need certain information
19   from Bard, correct?
20     A   Well, I need -- you know, it
21   doesn't -- it's any -- any manufacturer
22   that -- you're -- you're giving a consent based on
23   the data based on what is known about the product.
24        MR. LOPEZ:  I think we're at seven
25   hours, by the way.

Page 296

1         MR. BROWN:  We're not.  We have nine
2    minutes.
3         THE VIDEOGRAPHER:  We are 6 hours, 53
4    minutes of record.
5    BY MR. BROWN:
6      Q   You don't have any written authority
7    that you're relying on to say that the type of
8    information that you're demanding from Bard is
9    needed to satisfy the informed consent standard of
10   care, do you?
11        MR. JOHNSON:  Form objection.
12        THE WITNESS:  I'm saying that a patient
13   that -- if a company knows that there's a problem
14   with their device or their drugs or whatever it
15   is, that they have a duty to make sure that a
16   practitioner is aware of that; if they're going to
17   continue to sell that device, that they need --
18   the physician needs to know so they can do an
19   adequate informed consent.
20   BY MR. BROWN:
21     Q   That's the Dr. Roberts' standard,
22   correct?
23        MR. LOPEZ:  Form.
24        THE WITNESS:  Well, we'll have to get
25   100 people in a room and find out.

Page 297

1    BY MR. BROWN:
2      Q   But as we sit here today, we haven't
3    gotten 100 people in the room to find out, have
4    we?
5         MR. JOHNSON:  Form.
6         THE WITNESS:  Well, I mean, at least in
7    here it would indicate that a physician -- that
8    the physician should -- that the physician is
9    supposed to give the best information to the
10   patient in terms of risk and benefits of the
11   procedure.  And if you don't know, you give what
12   you know.
13        MR. BROWN:  Thank you, Dr. Roberts.  I
14   don't have any further questions for you at this
15   time.
16
17        EXAMINATION
18   BY MR. LOPEZ:
19     Q   While we are on that document -- if you
20   just look at your report, Doctor -- it's easier
21   for me to do it that way.  If you look at page 10
22   of your report, we're talking about the same
23   guidelines that Mr. Brown was talking to you
24   about.
25        Do you see that?

75 (Pages 294 - 297)