IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Michelle Valentine, Individually and as successor in interest to Scott Valentine, Decedent, et al., Case No. 17-CV-0579 | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Scott Valentine, Decedent

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Michelle Valentine, Surviving spouse

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Sydney, Reily, and Jordan Valentine, Decedent's Children

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   All Plaintiffs and Decedent - California

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   All Plaintiffs and Decedent - California

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   U.S.D.C., Central District of California, Western Division

8. Defendants (check Defendants against whom Complaint is made):
   - [✓] C. R. Bard Inc.
   - [ ] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - [✓] Diversity of Citizenship
   - [ ] Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - [ ] Recovery® Vena Cava Filter
    - [ ] G2® Vena Cava Filter
    - [ ] G2® Express Vena Cava Filter
    - [ ] G2® X Vena Cava Filter
    - [ ] Eclipse® Vena Cava Filter
    - [ ] Meridian® Vena Cava Filter

|   |     |     |           |                                                                                   |
|---|-----|-----|-----------|-----------------------------------------------------------------------------------|
| 1 |     | ☐   |           | Denali® Vena Cava Filter                                                          |
| 2 |     | ☑   | Other:    | Simon Nitinol Inferior Vena Cava (IVC) Filter                                     |
| 3 | 11. | Date of Implantation as to each product:                                                          |

On November 20, 2013, Decedent underwent insertion of the Simon Nitinol IVC Filter

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☑ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☑ | Count III: | Strict Products Liability – Design Defect |
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable California (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☑ | Count XV: | Loss of Consortium |
| ☑ | Count XVI: | Wrongful Death |
| ☑ | Count XVII: | Survival |
| ☑ | Punitive Damages | |

☑ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

CA Civil Code, Sections 1709 and 1710: Defendant willfully deceived Plaintiffs/Decedent and the public in general by concealing the true facts concerning the Simon Nitinol IVC Filter including but not limited to, failing to warn of the hazards associated with the filter, failing to properly test the filter, and failing to remove the filter from the market.

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 23 day of October, 2017.

By: *Nicole K.H. Maldonado*

Nicole Maldonado
Baum, Hedlund, Aristei and Goldman
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

I hereby certify that on this 23r day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nicole K.H. Maldonado