Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING PREEMPTION**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Oral Argument Requested)** |

Plaintiffs file this Notice of Supplemental Authority in support of their Response in Opposition to Defendants' Motion for Summary Judgment Regarding Preemption ("Preemption Opposition") [Doc. 7369] to Defendant C.R. Bard, Inc. and Bard Peripheral Vascular Inc.'s ("Bard's") Motion for Summary Judgment Regarding Federal Preemption ("Motion") [Doc. 5396]. Plaintiff offers the following supplemental authority:

> *Eghnayem et al. v. Boston Scientific Corp.* No. 16-11818, D.C. Docket Nos. 1:14-cv-24061-JRG and 1:14-cv-24064-JRG (11th Cir. Oct. 19, 2017) (holding that District Court did not abuse its discretion when it "concluded that the 510(k) review process is not relevant to a product's safety" and excluded defendants' 510(k) clearance evidence).

Plaintiffs hereby submit Exhibit A as supplemental authority to their response in opposition to Bard's similarly-based Motion for Summary Judgment Related to Federal Preemption regarding its IVC filters in the above captioned matter. The above cited authority--specifically pages 22-23--is relevant to Plaintiffs' response to Bard's Motion arguments claiming that FDA's review evaluates and determines the safety and efficacy of medical devices cleared via the 510(k) process in the post-Safe Medical Devices Act (SMDA) of 1990 period.

RESPECTFULLY SUBMITTED this 24th day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark S. O'Connor_____
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Gay Mennuti

6260983