Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENTS AND EXHIBITS REGARDING PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN THE BELLWETHER CASES** |

In support of Plaintiffs' Motions to Seal and Notice of Lodging Documents Related to Plaintiffs' Responses to Defendants' Motions for Summary Judgment (Docs. 7951, 8155, and 8184, Plaintiffs file the following redacted documents:

1. **Documents Related to Docket 8186**:

Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases.

Exhibit H-A:  Selected Medical Records of Lisa Ann Hyde;

Exhibit H-B:  Excerpts of 4/6/17 Deposition of David Henry, M.D.;

Exhibit H-C:  Excerpts of 1/25/17 Deposition of Lisa A. Hyde;

Exhibit H-D:  Lisa A. Hyde Fact Sheet;

Exhibit H-E:  Excerpts of 3/23/17 Deposition of William T. Kuo, M.D.;

Exhibit H-F:  Excerpts of 7/6/17 Deposition of Robert McMeeking;

|   |   |
|---|---|
| 1 | <u>Exhibit J-A</u>:  Selected Medical Records of Doris Jones; |
| 2 | <u>Exhibit J-B</u>:  Excerpts of 3/23/17 Deposition of Anthony Avino, M.D.; |
| 3 | <u>Exhibit J-C</u>:  Doris Jones Consent Form dated 8/23/10; |
| 4 | <u>Exhibit J-I</u>:  Excerpts of 8/5/17 Deposition of David Chodos, M.D.; |
| 5 | <u>Exhibit J-J</u>:  Excerpts of 3/23/17 Deposition of Kirstin Nelson, M.D.; |
| 6 | <u>Exhibit J-Q</u>:  Excerpts of 7/18/17 Deposition of Mark W. Moritz, M.D.; |
| 7 | <u>Exhibit M-A</u>:  Selected Medical Records of Debra Mulkey; |
| 8 | <u>Exhibit M-C</u>:  Excerpts of 4/11/17 Deposition of Roderick Tompkins, M.D.; |
| 9 | <u>Exhibit M-D</u>:  Excerpts of 2/8/17 Deposition of Debra Mulkey; |
| 10 | <u>Exhibit M-E</u>:  Debra Mulkey Fact Sheet; and |
| 11 | <u>Exhibit M-I</u>:  Excerpts of 6/1/17 Deposition of Pho M. Nguyen, M.D. |

2. **Documents Related to Docket 8169**:

Plaintiff, Sherr-Una Booker's Supplement to the "Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases."

3. **Documents Related to Docket 7953:**

Plaintiffs' Controverting Statement of Facts in Opposition to Bard's Motion for Partial Summary Judgement as to Plaintiffs Lisa and Mark Hyde's Claims;

<u>Exhibit A</u>:  Excerpts of 8/23/17 Deposition of Tim Hug;

<u>Exhibit B</u>:  Selected Medical Records of Lisa Hyde;

<u>Exhibit C</u>:  Excerpts of 4/6/17 Deposition of David Henry M.D.; and

<u>Exhibit D</u>:  Excerpts of 7/24/17 Deposition of Derek Muehrcke M.D.

4. **Documents Related to Docket 7952**:

Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment as to Plaintiffs Lisa and Mark Hyde's Claims.

5. **Documents Related to Docket 7948:**

<u>Exhibit 1</u>:  Selected Medical Records of Carol Kruse;

<u>Exhibit 2</u>:  Excerpts of 4/3/17 Deposition of Mark Hutchins, M.D.;

<u>Exhibit 3</u>:  Excerpts of 2/20/17 Deposition of Carol Kruse;

|   |   |   |
|---|---|---|
| 1 | | Exhibit 4: Declaration of Carol D. Kruse dated 9/27/17; |
| 2 | | Exhibit 5: Excerpts of 2/20/17 Deposition of Diane Biere; |
| 3 | | Exhibit 6: Expert Report of Christopher S. Morris, M.D.; |
| 4 | | Exhibit 7: Excerpts of 4/4/17 Deposition of Shanon Smith, M.D.; |
| 5 | | Exhibit 8: Excerpts of 7/21/17 Deposition of Darren Hurst, M.D.; and |
| 6 | | Exhibit 9: Excerpts of 7/24/17 Deposition of Derek Muehrcke, M.D. |
| 7 | 6. | **Documents Related to Docket 7946:** |
| 8 | | Exhibit A: Selected Medical Records of Debra Mulkey; |
| 9 | | Exhibit B: Expert Report of Darren Hurst, M.D.; |
| 10 | | Exhibit C: Excerpts of 4/11/17 Deposition of Roderick Tompkins, M.D.; |
| 11 | | Exhibit D: Excerpts of 2/8/17 Deposition of Debra Mulkey; and |
| 12 | | Exhibit E: Debra Mulkey Fact Sheet. |
| 13 | 7. | **Documents Related to Docket 7944:** |
| 14 | | Exhibit 5: Excerpts of 2/3/17 Deposition of Alfred Jones, Sr.; and |
| 15 | | Exhibit 6: Excerpts of 8/5/17 Deposition of David Chodos, M.D. |

This 24th day of October, 2017.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark S. O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Gay Mennuti

4