# REDACTED DOCUMENTS RELATED TO DOCKET 7944

## 7944 - Plaintiffs' Controverting Statement of Facts in Opposition to Bard's Motion for Partial Summary Judgement as to Doris Jones

### REDACTED EXHIBITS:

Exhibit 5:  Excerpts of 2/3/17 Deposition of Alfred Jones, Sr.; and

Exhibit 6:  Excerpts of 8/5/17 Deposition of ▮▮▮▮▮▮▮▮▮▮, M.D.

# REDACTED DOCUMENTS RELATED TO DOCKET 7944

Exhibit 5

Filed Redacted

```
                                                    Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4
 5   In re Bard IVC Filters Products
     Liability Litigation
 6
                                    NO. MD-15-02641
 7                                       PHX-DGC
 8
 9
10
11                    DEPOSITION OF
12              ████████████████████
13         February 3, 2017 - 10:08 a.m.
14        Ellis, Painter, Ratterree & Adams
15               2 E. Bryan Street
16               Savannah, Georgia
17     Deborah K. Lingonis, RPR, CCR 2883
18
19
20
21
22
23
24
25
```

Case 2:15-md-02641-DGC   Document 8385-1   Filed 10/24/17   Page 4 of 10
Alfred Jones, Sr.                    February 3, 2017
In Re: Bard IVC Filters Products Liability

Page 23



Veritext Legal Solutions
800.808.4958                                          770.343.9696

Alfred Jones, Sr.  
February 3, 2017  
In Re: Bard IVC Filters Products Liability

Page 24



Case 2:15-md-02641-DGC   Document 8385-1   Filed 10/24/17   Page 6 of 10
Alfred Jones, Sr.                                              February 3, 2017
In Re: Bard IVC Filters Products Liability

Page 25



**REDACTED DOCUMENTS
RELATED TO DOCKET 7944**

Exhibit 6

Filed Redacted

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF ARIZONA
 3
 4   IN RE:  BARD IVC FILTERS      ) Case No.
     PRODUCTS LIABILITY LITIGATION  ) MD-15-02641-PHX-DGC
 5   _____
 6
 7
 8                      DO NOT DISCLOSE
 9      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
10
11
12    VIDEOTAPED DEPOSITION OF ███████████████, M.D.
13                     August 5, 2017
14               Winston-Salem, North Carolina
15                       8:03 a.m.
16
17
18
19
20
21
22
23   Reported by:  Karen Kidwell, RMR, CRR
24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

Do Not Disclose - Subject to Further Confidentiality Review

1  in the course of her care would have been rather
2  different than the course we did take. ▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮
5       Q.   How did that direct the course that you
6  took?
7       A.   It then allowed us to basically consult
8  certain other physicians, specialists of vasculature
9  and radiographic anatomy, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12      Q.   Did the CT angiogram, including the
13 impressions, provide you any information that helped
14 you understand the complaints ▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16      A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23           However, I would like to note that despite
24 this, we still continued to work the patient up for
25 very common presenting things, like a heart attack,

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   especially with contrast, such as this.
 2        Q.   When you eventually eliminated the other
 3   conditions, ████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████
 7        A.   I will say that again, having never seen a
 8   presentation like this, and the medical literature
 9   not being very robust on these types of
10   presentations, █████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
     ██████████████████████████████████
16        Q.   So what was your next step?  Did you order
17   additional tests, or what did you order?
18        A.   So having the tests available ahead of us,
19   we felt that our next best step, given the fact that
20   we saw ████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
     ████ we felt it best to obtain counsel from an expert
24   in the field of vasculature, anatomy, and radiology,
25   ████████████████████████████████████████
```