UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Pasha, et al. v. C.R. Bard Inc. et al., ) | | |
| S.D. New York, C.A. No. 1:17-07878 ) | | MDL No. 2641 |

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On October 16, 2017, the Panel filed in this docket a conditional transfer order (CTO-60) pertaining to this action (*Pasha*). In the absence of any known opposition, the stay of transmittal with regard to *Pasha* was lifted on October 24, 2017, and the action was transferred to the District of Arizona. On the same date, plaintiffs in *Pasha* filed a motion to reinstate the CTO. In their motion, plaintiffs, through counsel, state that, due to miscalculation the opposition was not timely filed. Accompanying the motion is plaintiffs notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-60" filed on October 16, 2017, is REINSTATED.

IT IS FURTHER ORDERED that plaintiffs' Notice of Opposition is accepted for filing as of the date of this order.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel