# Exhibit A

Do Not Disclose - Subject to Further Confidentiality Review

1              UNITED STATES DISTRICT COURT

                  DISTRICT OF ARIZONA
2

3

4    IN RE:   BARD IVC FILTERS       ) Case No.

     PRODUCTS LIABILITY LITIGATION   ) MD-15-02641-PHX-DGC
5    _____

6

7

8                     DO NOT DISCLOSE

9       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

10

11

12   VIDEOTAPED DEPOSITION OF ANTHONY JAMES AVINO, M.D.

13                   March 23, 2017

14                  Savannah, Georgia

15                     4:06 p.m.

16

17

18

19

20

21

22

23   Reported by:  Karen Kidwell, RMR, CRR

24            GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25              deps@golkow.com

```
 1   honestly.
 2        Q.   And certainly, it was your expectation
 3   that when Bard introduced a new filter model, it
 4   would perform as well or better than the prior ones?
 5        A.   Yes.
 6        Q.   And that's why you're adopting the newest,
 7   latest model.  Right?
 8        A.   Right.
 9        Q.   If Bard found that there were problems
10   with the design of one of its filters and was working
11   on a redesign of the filter, you would want to know
12   about that, right?
13        A.   If there was -- if the current design that
14   we were implanting was dangerous, then we would
15   certainly want to know about it.
16        Q.   And what is -- for all -- globally, to all
17   the medical devices you use, what is the instructions
18   for use, or IFU?
19        A.   The IFU is what's printed on all devices,
20   in terms of what the indications are, with the
21   approval from the FDA, is my understanding of it.
22   It's what the approved -- basically, it's the
23   approved indications, and it's not -- but that's
24   different than what we consider the standard of care.
25   A lot of things are not -- a lot of things are used
```

 1   out of an IFU, cautiously, and just have become

 2   standard of care.

 3            There's lots of examples of things we

 4   still use appropriately that might not be in the IFU.

 5   But, in general, we certainly consider the IFU, and

 6   -- because that's what the research was done on for

 7   certain devices, and that's what the FDA is

 8   recommending, and that's what the company -- and

 9   typically, that's very strongly what the company

10   recommends.

11       Q.   And do you read the IFU?

12       A.   Sometimes.  I mean, I have read them.  I

13   don't -- certainly don't read them on every package,

14   because they're the same from the same device, but --

15   you know, not -- not all the time, but it does come

16   up, for example, at meetings, or you're reading about

17   and someone's discussing an issue with an IFU.  You

18   know, if something is within the IFU or not, to help

19   define things that might be outside of the IFU but

20   still medically indicated.

21       Q.   Do you know if you ever read the IFU for

22   the Eclipse IVC filter?

23       A.   Not that I recall.

24       Q.   Okay.  And IFUs have warnings on them of

25   side effects, complications, things like that, also?

```
 1          A.    Yes.
 2          Q.    And even if you haven't read the Eclipse
 3    IFU, you're probably generally familiar with IVC
 4    filter IFUs, if they warn of things like fractures,
 5    migration, perforation, tilt; complications like
 6    that.  Right?
 7          A.    Yes.  Yes.
 8          Q.    But is it your understanding these
 9    complications are rare, for IVC filters?
10          A.    Well, depends how you define "rare."  I
11    mean, back -- originally, when we were implanting
12    filters 15, 20 years ago, everyone thought they were
13    rare.
14                Now people think they're -- reached a
15    peak, and reached a peak in frequency, and then we
16    think that now they're -- they're less frequent than
17    they were before.  So it's been a migrating target in
18    terms of what the risks are or what our understanding
19    of the risks are.
20          Q.    If you can recall your mindset in
21    August 2010, when you implanted the Eclipse in Doris
22    Jones, what was your understanding of the rarity of
23    complications from IVC filters then?
24          A.    I don't have independent recollection of
25    placing that particular filter, but the best I can
```

Do Not Disclose - Subject to Further Confidentiality Review

 1   based on one study, and then there's retrospective

 2   studies; there's the meta-analyses of combining

 3   multiple studies.

 4          So there is -- there just is no one

 5   answer, you know, to tell you that there was any

 6   specific number.  But I don't have a specific number

 7   in my mind.  But certainly not back years ago.

 8       Q.   Right.  Do you -- do you have any, like,

 9   ballpark in your head of what would be an acceptable

10   rate of fractures for an IVC filter?

11       A.   No.  I mean, obviously we want it to be

12   very low.  Our initial understanding was that the

13   fracture rate was very low, in the 5 percent range;

14   and then at some point, you know, maybe in the last

15   four years or so, is when we learned that they were

16   higher than that.  Or maybe six years, or three,

17   or ...

18       Q.   Let's see here.  Get stuff together here.

19          (Exhibit 4019 was marked for identification.)

20   BY MR. COMBS:

21       Q.   And you know what, we'll make it easy --

22   we can use that one.  That's fine.

23          MR. STOLLER:  It's been previously marked.

24      You can use the same number, but that's okay.

25          MR. COMBS:  Are we using the same number?

1  chain between David Ciavarella and some other Bard
2  people.  And I will -- I don't know if it says it in
3  this chain or not; I think -- it doesn't look like it
4  does, but I'll represent to you that David Ciavarella
5  was the medical director for Bard at this time
6  period, in December 2005.
7            And at the bottom of the first page, he
8  states:  "The G2 is a permanent filter; we also have
9  one (the SNF) that has virtually no complaints
10 associated with it.  Why shouldn't doctors be using
11 that one rather than the G2?"
12           And my question is:  Is that information
13 that would have been important to you, to know that
14 the medical director for Bard in 2005 was questioning
15 why Bard was pushing the G2 as a permanent filter
16 when they already had the SNF one?
17           MS. DALY:  Object to the form.  Lack of
18      foundation.
19           THE WITNESS:  You know, again, all
20      information is helpful, if there's -- if it is
21      information regarding concern about one filter
22      being better than the other.
23 BY MR. COMBS:
24      Q.   And certainly, Doris could have received
25 an SNF or another permanent filter instead of an

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   Eclipse or other retrievable filter.  True?
 2        A.   Well, not necessarily.  Like I said in the
 3   op note at the beginning, we still wanted -- there
 4   was a -- there was a -- there was a reason I
 5   mentioned for putting the retrievable filter in, just
 6   to have the option to then take it out.  So they're
 7   not completely equivalent.
 8        Q.   Right.  But the option for retrievability
 9   is balanced against the risk of using a retrievable
10   versus a permanent filter; right?
11             MS. DALY:  Object to the form.
12             THE WITNESS:  Right.  There's the risk of
13        using the retrievable one when we know that the
14        Simon Nitinol was a good filter, and then
15        there's the risks of putting the Simon Nitinol
16        in, but you can't ever take it out.
17   BY MR. COMBS:
18        Q.   Right.  And knowing that the medical
19   director of Bard, as far back as 2005, was
20   questioning why people weren't using the Simon
21   Nitinol filter more, that would be important
22   information to that calculation?
23             MS. DALY:  Object to the form.  Lack of
24        foundation.
25             THE WITNESS:  It's all additional pieces
```