# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF ARIZONA
 3   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4
     In Re Bard IVC Filters Products
 5   Liability Litigation
 6                        No. MD-15-02641-PHX-DGC
 7
 8
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 9
10       DO NOT DISCLOSE - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
11
       VIDEOTAPED DEPOSITION OF DAVID HENRY, M.D.
12
              TAKEN AT: Leib Knott Gaynor
13        LOCATED AT: 219 North Milwaukee Street
                      Milwaukee, WI
14
                    April 6, 2017
15             10:07 a.m. to 12:28 p.m.
16            REPORTED BY ANITA K. FOSS
             REGISTERED PROFESSIONAL REPORTER
17
18
19
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
20
21
22
23
24
25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   in addition to the medication?
 2        A.   Well, we're not always certain how the
 3   body will react to blood thinning medication.  And
 4   if the patient has a pattern of -- of getting
 5   clots, there's concern that one more clot could --
 6   could be devastating.  You err on the side of
 7   caution, and you want to make sure that somehow the
 8   patient is protected.  And henceforth the notion of
 9   a filter would serve that purpose.
10        Q.   Somewhat of a belt-and-suspenders
11   approach here with the medicine and the filter?
12        A.   Yes.
13        Q.   Getting to the type of filter and your
14   discussions with the patient.  Did you have any
15   plan or follow-up that you implemented at the time
16   you saw Ms. Hyde for her to return so that she
17   could be evaluated for removal of the filter?
18        A.   Yes.  I said to her -- or I may have
19   said; I don't recall specifically speaking to
20   her -- but in the patients that I put temporary
21   filters in, I usually say to them, depending upon
22   how you do over the interim and many other factors,
23   that there's the potential that this filter could
24   be permanent or be temporary.
25        Q.   It could be either?
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1    the FDA?
 2         A.    I don't know.
 3         Q.    So with respect to how rigorous a process
 4    that is, you don't know what that would be;
 5    correct?
 6         A.    Correct.
 7         Q.    When you -- when you placed the filter in
 8    Mrs. Hyde, did you yourself have any expectation of
 9    whether that filter would definitely be permanent
10    or whether it might be retrieved at some point?
11         A.    I would say that the patient's health
12    care is a dynamic thing, and a patient that's had a
13    couple of episodes of clots and pulmonary emboli,
14    that the decision about whether it should stay or
15    be retrieved, it's hard to speculate whether and
16    under what circumstances that the filter may no
17    longer be necessary.
18                     And it's hard to prejudge the
19    situation, and so I can't speculate.  But now that
20    I understand the record -- and I don't know what's
21    happened with this patient, but I think it would be
22    reasonable to get a hematologist or somebody else
23    stating that it's no longer needed rather than me
24    try to speculate on whether it was or wasn't.
25         Q.    Is it fair to say then that at the time
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   that you implanted her filter and selected the G2X,
 2   a retrievable filter, that one of the benefits you
 3   considered in placing the G2X filter was the fact
 4   that it did have the option to be retrieved?
 5        A.   Yes.  Yes, definitely.  When -- when
 6   she's kind of cleared of her risk -- and that's a
 7   difficult decision; I assume that's made up by
 8   other subspecialties -- then it could potentially
 9   be retrieved.  But I would probably wait for them
10   to consult me before I would take it out without
11   their -- without their opinion or without their
12   knowing.
13        Q.   Right.  And to your point, the decision
14   to leave the filter or retrieve the filter is a
15   fairly complex decision -- decision tree, if you
16   will, that takes into consideration a lot of things
17   about the patient; correct?
18        A.   It's extremely dynamic, yes.  You phrased
19   that well.
20        Q.   All right.  What has your general
21   experience been with the Bard G2X filter in your
22   own clinical practice?
23             MR. SAELTZER:  Objection, vague, lacks
24   foundation.
25             MR. LEIB:  I'm okay with it as long as
```