## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: 2:17-cv-03888-DGC<br><br>**LAURIE MCMILLAN**<br><br> **PLAINTIFF**<br><br>VS.<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | **NOTICE OF APPERANCE** |

     The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Laurie McMillan, Plaintiff in this case.

Dated: October 25, 2016

                              Respectfully submitted,

                              */s/ Charles T. Paglialunga*

                              Charles T. Paglialunga
                              WA Bar No. 23028
                              CA Bar No. 296106
                              **PAGLIALUNGA & HARRIS, PS**
                              4660 La Jolla Village Dr., Ste. 100
                              San Diego, CA 92122
                              Tel: (888) 604-3438
                              Fax: (888) 411-0826
                              chuck@phlawfirm.com

                              *Attorney for Plaintiff(s)*