UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Guyton,<br><br>   Plaintiff,<br><br>   v.<br><br>Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al.,<br><br>   Defendant. | )<br>)<br>)  MDL Case No. 2:15-md-02641-DGC<br>)<br>)  Civil Action No.  CV-17-03822-PHX-DGC<br>)<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>October 26, 2017</u>      <u>/s/ Richard B. North, Jr.      </u>
                 *Attorney's signature*

                 <u>Richard B. North, Jr. (Ga. Bar No. 545599) </u>
                 *Printed name and bar number*

                 Nelson Mullins Riley & Scarborough, LLP
                 <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                 *Address*

                 <u>richard.north@nelsonmullins.com     </u>
                 *E-mail Address*

                 <u>(404) 322-6000          </u>
                 *Telephone number*

                 <u>(404 322-6050           </u>
                 *FAX number*