**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

David McIntyre,                              )
                                             )
                    Plaintiff,               )          MDL Case No. 2:15-md-02641-DGC
                                             )
                    v.                       )          Civil Action No.  CV-17-03416-PHX-DGC
                                             )
Bard Peripheral Vascular, Inc. and C. R.     )
Bard, Inc., et al.,                          )
                                             )
                    Defendant.               )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>October 26, 2017</u>                  <u>/s/ Richard B. North, Jr.</u>
                                               *Attorney's signature*

                                               <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                               *Printed name and bar number*

                                               Nelson Mullins Riley & Scarborough, LLP
                                               <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                               *Address*

                                               <u>richard.north@nelsonmullins.com</u>
                                               *E-mail Address*

                                               <u>(404) 322-6000</u>
                                               *Telephone number*

                                               <u>(404) 322-6050</u>
                                               *FAX number*