1  James R. Condo (#005867)
   Amanda C. Sheridan (#027360)
2  **SNELL & WILMER L.L.P.**
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  jcondo@swlaw.com
   asheridan@swlaw.com

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
8  Elizabeth C. Helm (admitted pro hac vice)
   Georgia Bar No. 289930
9  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
   201 17th Street, NW / Suite 1700
10 Atlanta, GA 30363
   Telephone: (404) 322-6000
11 Telephone: (602) 382-6000
   richard.north@nelsonmullins.com
12 matthew.lerner@nelsonmullins.com

13 Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF FILING REDACTED EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION SEAL DOCUMENTS FILED BY PLAINTIFFS IN SUPPORT OF PLAINTIFFS OMNIBUS SEPARATE STATEMENT OF FACTS (DKT. 8186)**<br><br>(Assigned to the Honorable David G. Campbell) |

COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and file the following exhibits to Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motions for Summary Judgment in Bellwether Cases (Dkt. 8186). These exhibits are now being filed in redacted form in connection with Defendants' Motion to Seal:

8186 SEALED OSOF 10-13-17 (REDACTED)

8186-1 SEALED OSOF Errata Exhibits 1 of 2 (REDACTED)

8186-2 SEALED OSOF Errata Exhibits 2 of 2 (REDACTED)

Exhibit 8

Exhibit 9 and 18

Exhibit 10

Exhibit 13

Exhibit 21

Exhibit 24

Exhibit 36

Exhibit 37

Exhibit 44

Exhibit 45

Exhibit 48

Exhibit 62

Exhibit 68

Exhibit 72

Exhibit 78

Exhibit 81

Exhibit 86

This 27th day of October, 2017.

s/Elizabeth C. Helm
Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000

1  Georgia Bar No. 545599
   Matthew B. Lerner
2  Georgia Bar No. 446986
   Elizabeth C. Helm
3  Georgia Bar No. 289930
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
4  Atlantic Station
   201 17th Street, NW / Suite 1700
5  Atlanta, GA  30363
   PH: (404) 322-6000
6  FX: (404) 322-6050
   Richard.North@nelsonmullins.com
7
   James R. Condo (#005867)
8  Amanda Sheridan (#005867)
   SNELL & WILMER L.L.P.
9  One Arizona Center
   400 E. Van Buren
10 Phoenix, AZ 85004-2204
   PH: (602) 382-6000
11 JCondo@swlaw.com
   ASheridan@swlaw.com
12
   **Attorney for Defendants C. R. Bard, Inc. and**
13 **Bard Peripheral Vascular, Inc.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Elizabeth C. Helm
Elizabeth C. Helm
Georgia Bar No. 289930
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

- 4 -