IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Incorporated Memorandum to Seal Documents Lodged Under Seal by Plaintiffs in Support of Plaintiffs' Omnibus Separate Statement of Facts in Support of Their Response to Defendants' Motion for Summary Judgment in the Bellwether Cases and for other good cause shown, Bard's Motion to Seal for the documents filed redacted in Dkt. ___, and the redactions to Plaintiffs' Responses are hereby sealed.