**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| | No. CV17-2245-PHX DGC |
| This document relates to: | |
| Lillian Verde, | **ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | |
| C.R. Bard and Bard Peripheral Vascular, Inc., | |
| Defendants. | |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Lillian Verde. Doc. 8225.

**IT IS HEREBY ORDERED, ADJUDGE AND DECLARED** that all claims of Plaintiff Lillian Verde in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Dated this 30th day of October, 2017.

_____
David G. Campbell
United States District Judge