# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates to: | |
| Michael Person v. C.R. Bard, Inc., et al. CV17-2679-PHX DGC | **ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal Without Prejudice of Plaintiff as to case No. CV17-2679 PHX DGC.  Doc. 8191.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Michael Person, against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX DGC (Civil Action No. CV17-2679-PHX DGC) are dismissed in their entirety without prejudice.  Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Civil Action No. CV16-2559-PHX DGC.  Each party shall bear its own costs.

Dated this 30th day of October, 2017.

_____
David G. Campbell
United States District Judge