**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Karen Wysinger,                                    )
                                                   )
                    Plaintiff,                     )          MDL Case No. 2:15-md-02641-DGC
                                                   )
                    v.                             )          Civil Action No.  CV-17-03921-PHX-DGC
                                                   )
Bard Peripheral Vascular, Inc. and C. R.           )
Bard, Inc., et al.,                                )
                                                   )
                    Defendant.                     )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  October 26, 2017                     /s/ Richard B. North, Jr.
                                            *Attorney's signature*

                                            Richard B. North, Jr. (Ga. Bar No. 545599)
                                            *Printed name and bar number*

                                            Nelson Mullins Riley & Scarborough, LLP
                                            201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                            *Address*

                                            richard.north@nelsonmullins.com
                                            *E-mail Address*

                                            (404) 322-6000
                                            *Telephone number*

                                            (404) 322-6050
                                            *FAX number*