## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mary King, | ) |
|  | ) |
|     Plaintiff, | )    MDL Case No. 2:15-md-02641-DGC |
|  | ) |
|     v. | )    Civil Action No.  CV-17-03434-PHX-DGC |
|  | ) |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) |
|  | ) |
|     Defendant. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  October 26, 2017                       /s/ Richard B. North, Jr.
                                                       *Attorney's signature*

                                                         Richard B. North, Jr. (Ga. Bar No. 545599)
                                                         *Printed name and bar number*

                                                         Nelson Mullins Riley & Scarborough, LLP
                                                         201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                         *Address*

                                                          richard.north@nelsonmullins.com
                                                         *E-mail Address*

                                                          (404) 322-6000
                                                         *Telephone number*

                                                          (404 322-6050
                                                         *FAX number*