IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS            No. 2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to:

EDDIE HALL

Civil Case No. 2:17-CV-02326-DGC

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### **STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:17-CV-02326 WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDDIE HALL and Defendants C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is further agreed that the dismissal will only apply to docket number 2:17-CV-02326-DGC and will not have any effect on any other cases filed in regards to Plaintiff Eddie Hall with different docket numbers.

RESPECTFULLY SUBMITTED this 1st day of November, 2017.

                                                MURRAY LAW FIRM

                                                */s/ Stephen B. Murray, Jr.*
                                                Stephen B. Murray, Jr. (LA Bar No. 23877)
                                                650 Poydras Street, Suite 2150
                                                New Orleans, Louisiana 70130
                                                (504) 525-8100
                                                smurrayjr@murray-lawfirm.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

*/s/ Stephen B. Murray, Jr.*

Stephen B. Murray, Jr.