IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This document relates to:

EDDIE HALL

Civil Case No. 2:17-CV-02326-DGC

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Considering the parties' Stipulation of Dismissal Eddie Johnson,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Eddie Johnson against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:17-cv-02326) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ day of _____, 2017.

_____
United States District Judge