James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
|---|---|
| | **DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S ANSWER AND GENERAL DENIAL IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT IN CASE NO. CV-17-02770-PHX-DGC; JURY TRIAL DEMAND** |

Defendants C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV") (Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial in response to the Amended Complaint served on Defendants in *Nancy Watts, as Special Administrator for the Claims of George Watts, Deceased v. C. R. Bard, Inc., et al.,* AZ Member Case No. CV-17-02770-PHX-DGC ("Answer and General Denial").   Defendants

1  further reserve the right to file any motion to dismiss for failure to state a claim with respect

2  to this case, as set forth in Amended Case Management Order No. 4.

3       With respect to the allegations plaintiff(s) raise in *Nancy Watts, as Special*

4  *Administrator for the Claims of George Watts, Deceased v. C. R. Bard, Inc., et al.,* AZ

5  Member Case No. CV-17-02770-PHX-DGC, Defendants deny, generally and specifically,

6  each and every allegation in plaintiff(s)' Complaint, the whole thereof, and each and every

7  cause of action therein.  Defendants further deny that the plaintiff(s) has sustained, or is

8  entitled to recover, damages in any amount alleged or in any sum whatsoever.  Defendants

9  further deny that they are liable to the plaintiff in any amount, and further deny that the

10  plaintiff has sustained injury, damage, or loss by reason of any act or omission by

11  Defendants.

12       As for additional defenses, and without assuming any burden of pleading or proof that

13  would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and

14  Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in

15  MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise

16  such other affirmative defenses as may be available or apparent during discovery or as may

17  be raised or asserted by other defendants in this case.  Defendants have not knowingly or

18  intentionally waived any applicable affirmative defense.  If it appears that any affirmative

19  defense is or may be applicable after Defendants have had the opportunity to conduct

20  reasonable discovery in this matter, Defendants will assert such affirmative defense in

21  accordance with the Federal Rules of Civil Procedure.

22  **<u>REQUEST FOR JURY TRIAL</u>**

23       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury

24  on all issues appropriate for jury determination.

25       **WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief

26  demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray

27  that this action against them be dismissed and that they be awarded their costs in defending

28

1  this action and that they be granted such other and further relief as the Court deems just and

2  appropriate.

3        This 2nd day of November, 2017.

4                                    s/Richard B. North, Jr.
                                     Richard B. North, Jr.
5                                    Georgia Bar No. 545599
                                     NELSON MULLINS RILEY & SCARBOROUGH, LLP
6                                    Atlantic Station
                                     201 17th Street, NW / Suite 1700
7                                    Atlanta, GA  30363
                                     PH:  (404) 322-6000
8                                    FX:  (404) 322-6050
                                     Richard.North@nelsonmullins.com
9
                                     James R. Condo (#005867)
10                                   Amanda Sheridan (#027360)
                                     SNELL & WILMER L.L.P.
11                                   One Arizona Center
                                     400 E. Van Buren
12                                   Phoenix, AZ 85004-2204
                                     PH:  (602) 382-6000
13                                   JCondo@swlaw.com
                                     ASheridan@swlaw.com
14
                                     **Attorneys for Defendants C. R. Bard, Inc. and**
15                                   **Bard Peripheral Vascular, Inc.**

16

17

18

19

20

21

22

23

24

25

26

27

28

1  ## CERTIFICATE OF SERVICE

2

3  I HEREBY CERTIFY that on November 2, 2017, I electronically filed the foregoing

4 with the Clerk of the Court by using the CM/ECF system which will send notification of such

5 filing to all counsel of record.

6           s/Richard B. North, Jr.

7           Richard B. North, Jr.
            Georgia Bar No. 545599

8           NELSON MULLINS RILEY & SCARBOROUGH, LLP
            Atlantic Station

9           201 17th Street, NW / Suite 1700
            Atlanta, GA  30363

10          PH:  (404) 322-6000
            FX:  (404) 322-6050

11          Richard.North@nelsonmullins.com

12          **Attorney for Defendants C. R. Bard, Inc. and
            Bard Peripheral Vascular, Inc.**