IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          Case No. 2:15-md-02641-DGC

---

This Document Relates to:

Cause No. 1:16-cv-01387-DGC
Cause No. 1:16-cv-01388-DGC
Cause No. 2:17-cv-00010-DGC
Cause No. 2:17-cv-00931-DGC
Cause No. 2:16-cv-01396-DGC
Cause No. 2:17-cv-02910-DGC

---

## APPEARANCE OF COUNSEL

---

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in these cases as counsel for the following:

Plaintiff Clarissa Alexander (1:16-cv-01387),

Plaintiff Eva Lorfing (1:16-cv-01388),

Plaintiff Kemyhatta Tatum (2:17-cv-00010),

Plaintiffs Herbert Scott Schrader and Hailey Schrader (2:17-cv-00931),

Plaintiff Patricia K. Brown (2:16-cv-01396),

Plaintiff Laurie Louis Haffner (2:17-cv-02910)

Date:  November 2, 2017          /s/ Michael J. Quillin
*Attorney's signature*

Michael J. Quillin  #61877 MO
*Printed name and bar number*

The University Tower, 1034 S. Brentwood Blvd
23rd Floor, PH 1-A, St. Louis, MO 63117
*Address*

quillin@osclaw.com
*E-mail address*

(314) 405-9000
*Telephone number*

(314) 833-3073
*FAX number*