# EXHIBIT 1

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

**AMENDED 8-21-2017**

**STATE FILE NUMBER:** 011835

**TYPE/PRINT IN PERMANENT BLACK INK**

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Drema June Ashley
2. SEX: F
3. DATE OF DEATH (Month, Day, Year): 7/8/2017
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Years): 74
6. DATE OF BIRTH (Month, Day, Year): 4/8/1943
7. BIRTHPLACE, City and State or Foreign Country: Vanetta, WV
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? No
9a. PLACE OF DEATH: Residence
9b. FACILITY NAME: 190 Oakland Ave
9c. CITY, TOWN, OR LOCATION OF DEATH: Smithers
9d. COUNTY OF DEATH: Fayette
10. MARITAL STATUS: Widowed
12a. DECEDENT'S USUAL OCCUPATION: Homemaker
12b. KIND OF BUSINESS/INDUSTRY: Own Residence
13a. RESIDENCE—STATE: WV
13b. COUNTY: Fayette
13c. CITY, TOWN, OR LOCATION: Smithers
13d. STREET AND NUMBER: 190 Oakland Ave.
13e. INSIDE CITY LIMITS: Yes
13f. ZIP CODE: 25186
14. WAS DECEDENT OF HISPANIC ORIGIN?: No
15. RACE: White
16. DECEDENT'S EDUCATION: 16A: 12, 16B: 2

**PARENTS**
17. FATHER'S NAME: Henry Prather
18. MOTHER'S NAME: Ethel Gray

**INFORMANT**
19a. INFORMANT'S NAME: Larry Joe Prather Sr.
19b. MAILING ADDRESS: P.O. Box 168 Gauley Bridge WV 25085

**DISPOSITION**
20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: Bethel Cemetery
20c. LOCATION—City or Town, State: Poe, WV
21. SIGNATURE OF FUNERAL SERVICE LICENSEE: Melissa Sanders
22. NAME AND ADDRESS OF FACILITY: Pennington Funeral Home, PO Box 699 Gauley Bridge WV 25085

**PRONOUNCING PHYSICIAN ONLY**
24. TIME OF DEATH: M P.M.
25. DATE PRONOUNCED DEAD: 7/8/17
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER: Yes 17-3399

**CAUSE OF DEATH**

27. PART I.
a. IMMEDIATE CAUSE: Arteriosclerotic cardiovascular disease — years

PART II. Other significant conditions: Hypothyroidism

28a. WAS AN AUTOPSY PERFORMED?: No
28b. WERE AUTOPSY FINDINGS AVAILABLE: No

29. MANNER OF DEATH: Natural

**CERTIFIER**
☒ MEDICAL EXAMINER/CORONER
31b. SIGNATURE AND TITLE OF CERTIFIER: Deputy Chief Medical Examiner
31c. DATE SIGNED: 7/12/17
32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Piotr Kubiczek, M.D., 619 Virginia St. W., Charleston, WV 25302

**REGISTRAR**
33. REGISTRAR'S SIGNATURE: Ramona Fox
34. DATE FILED: JUL 18 2017

FORM VS-002 (Rev. 9/2016)

STATE COPY