# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| LATISHA STAPLETON, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-17-03925-PHX-DGC |
| | ) | |
| C. R. BARD INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.

Date:  _November 3, 2017_      /s/ Richard B. North, Jr._____
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)_____
*Printed Name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com_____
*E-mail address*

(404) 322-6155_____
*Telephone number*

(404) 322-6050_____
*FAX number*