**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| Dennis Price, ) | |
| ) | |
|    Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
|    v. ) | Civil Action No.  CV-17-03430-DGC-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al., ) | |
| ) | |
|    Defendant. | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: November 6, 2017      /s/ Richard B. North, Jr.
                 *Attorney's signature*

                 Richard B. North, Jr. (Ga. Bar No. 545599)
                 *Printed name and bar number*

                 Nelson Mullins Riley & Scarborough, LLP
                 201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                 *Address*

                 richard.north@nelsonmullins.com
                 *E-mail Address*

                 (404) 322-6000
                 *Telephone number*

                 (404 322-6050
                 *FAX number*