IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This document relates to:

JENNIFER GREGORY

Civil Case No. 2:17-cv-00242-DGC

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **NOTICE OF VOLUNTARY DISMISSAL**

NOW INTO COURT comes Plaintiff Jennifer Gregory, through undersigned counsel, to file this Notice of Dismissal in the above-captioned matter. Plaintiff's original Complaint was filed on Jan. 25, 2017, and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. were served through counsel on Jan. 26, 2017. The Defendants have not served an answer to the complaint, nor has it served a motion for summary judgment on the same. The Plaintiff files this notice of dismissal with the intention of dismissing the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice to refiling.

RESPECTFULLY SUBMITTED this 8th day of November, 2017.

                MURRAY LAW FIRM

                */s/ Stephen B. Murray, Jr.*
                Stephen B. Murray, Jr. (LA Bar No. 23877)
                650 Poydras Street, Suite 2150
                New Orleans, Louisiana 70130
                (504) 525-8100
                smurrayjr@murray-lawfirm.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

*/s/ Stephen B. Murray, Jr.*
Stephen B. Murray, Jr.
