

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th Street, NW | Suite 1700
Atlanta, GA 30363
nelsonmullins.com

FMAS Corporation
1130 One Central Plaza
11300 Rockville Pike
Rockville, Maryland 20852-3048