**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Eddie D. Hall,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard and Bard Peripheral Vascular, Inc.,<br><br>        Defendants. | No. MDL15-02641-PHX-DGC<br><br>No. CV17-2326-PHX DGC<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Eddie Hall. Doc. 8528.

**IT IS HEREBY ORDERED, ADJUDGE AND DECLARED** that all claims of Plaintiff Eddie D. Hall in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Dated this 9th day of November, 2017.

_____
David G. Campbell
United States District Judge