Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

Julia Reed Zaic, Esq. – julia@hrzlaw.com
(California Bar Number 224671; admitted *pro hac vice*)
Laura Smith, Esq.
(California Bar Number 313879; admitted *pro hac vice*)
Heaviside Reed Zaic
312 Broadway, Suite 203
Laguna Beach, California  92660
949-715-5120

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **JOINT MOTION TO EXTEND TIME ALLOTED FOR PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' MEMORANDUM TO SEAL DOCUMENTS LODGED UNDER SEAL IN SUPPORT OF PLAINTIFFS' OMNIBUS SEPARATE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT IN THE BELLWETHER CASES** |

        Parties submit this Joint Motion to Extend Time Allotted for Plaintiffs' Response

and Defendant's Reply to Defendants' Memorandum to Seal Documents Lodged Under

Seal in Support of Plaintiffs' Omnibus Statement of Facts In Support of Plaintiffs'

Responses to Defendants' Motions for Summary Judgment in the Bellwether Cases.

1    The parties stipulate to extend the allotted fifteen (15) day requirement, as defined

2  in the Protective Order (Dkt. 268) and consistent with LRCiv 5.6(d) and LRCiv 7.2, to

3  allow for additional time to review the 712 pages of redacted exhibits lodged under seal.

4    The parties agree to an extension of one (1) week with a due date of Friday,

5  November 17 for Plaintiffs' Response. To avoid Defendants' Reply deadline conflicting

6  with the Thanksgiving holiday, the parties stipulate to extend the due date to the following

7  week; Defendants' Reply will be due Friday, December 1.

8    RESPECTFULLY SUBMITTED this 9th day of November, 2017.

9                           GALLAGHER & KENNEDY, P.A.

10
                           By:*/s/ Mark S. O'Connor*
11                             Mark S. O'Connor
                               2575 East Camelback Road
12                             Phoenix, Arizona  85016-9225

13                           LOPEZ McHUGH LLP
                               Ramon Rossi Lopez (CA Bar No. 86361)
14                             (admitted *pro hac vice*)
                               100 Bayview Circle, Suite 5600
15                             Newport Beach, California 92660

16                           HEAVISIDE REED ZAIC
                               Julia Reed Zaic, Esq. (CA Bar No. 224671)
17                             (admitted *pro hac vice*)
                               Laura Smith, Esq. (CA Bar No. 313879)
18                             (admitted *pro hac vice*)
                               312 Broadway, Suite 203
19                             Laguna Beach, California  92660

20                             *Counsel for Plaintiffs*

21
                           NELSON MULLINS, LLP
22
                           By: */s/ Richard B. North, Jr.*
23                             Richard B. North, Jr. (admitted *pro hac vice*)
                               Georgia Bar No. 545599
24

25                             Matthew B. Lerner (admitted *pro hac vice*)
                               Georgia Bar No. 446986
26                             201 17th Street, NW / Suite 1700
                               Atlanta, GA  30363
27

28

SNELL WILMER, LLP
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

*Counsel for C. R. Bard, Inc. and Bard*
*Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

3