UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME ALLOTED FOR PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MEMORANDUM TO SEAL DOCUMENTS LODGED UNDER SEAL IN SUPPORT OF PLAINTIFFS' OMNIBUS SEPARATE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT IN THE BELLWETHER CASES** |

This matter has come before the Court on Parties' Joint Motion to Extend Time Allotted for Plaintiffs' Response and Defendant's Reply to Plaintiffs' Response to Defendants' Memorandum to Seal Documents Lodged Under Seal in Support of Plaintiffs' Omnibus Statement of Facts In Support of Plaintiffs' Responses to Defendants' Motions for Summary Judgment in the Bellwether.

The Court, having reviewed the Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Parties should be GRANTED.

IT IS THEREFORE ORDERED that the Plaintiffs' Response to Defendants' Memorandum to Seal Documents Lodged Under Seal in Support of Plaintiffs' Omnibus Statement of Facts In Support of Plaintiffs' Responses to Defendants' Motions for Summary Judgment in the Bellwether is due Friday, November 17, 2017.

1    Defendant's Reply to Plaintiffs' Response to Defendants' Memorandum to Seal
2  Documents Lodged Under Seal in Support of Plaintiffs' Omnibus Statement of Facts In
3  Support of Plaintiffs' Responses to Defendants' Motions for Summary Judgment in the
4  Bellwether is due Friday, December 1, 2017.