IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| STEVE D. YOUNG, | No. 16-cv-01657 PHX-DGC |
| Plaintiff, | |
| v. | |
| C.R. BARD INC. and<br>BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Plaintiff, Steve D. Young.

Date:  November 10, 2017

/s/ Kerrianne L. Waters
*Attorney's signature*

Kerrianne L. Waters, IL Bar No. 6317967
*Printed name and bar number*

Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Blvd., 14th Floor
Peoria, IL  61602
*Address*

kwaters@wjnklaw.com
*E-mail address*

309-671-3550
*Telephone number*

309-671-3588
*FAX number*