IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-md-15-02641-DGC |
| This Document Relates to Plaintiff(s)<br><br>Civil Action No. 2:17-cv-03075-DGC<br>Jana Lightfoot | ORDER DISMISSING CLAIMS<br>OF JANA LIGHTFOOT<br>WITHOUT PREJUDICE |

**ORDER**

Considering the parties' Stipulation of Dismissal without Prejudice of Jana Lightfoot,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Jana Lightfoot against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-03075-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 10th day of November, 2017.

HONORABLE DAVID G. CAMPBELL
Judge, United States District Court