IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to:<br><br>BERNARD G. KUSTRA, an individual,<br>      Plaintiff<br>v.<br><br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>      Defendants<br>_____ | MDL No. 2:15-MD-02641-PHX-DGC<br><br><br><br>Civil Action No. 2:17-cv-03598-DGC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bernard G. Kustra, by and through the undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:17-cv-03598-DGC. This dismissal does not affect case number 2:17-cv-03529-DGC, which shall remain in suit.

Dated this 10th of November, 2017.

Respectfully submitted,

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
     David P. Matthews
     2905 Sackett St.
     Houston, TX 77098

**FREESE & GOSS, PLLC**
     Richard Freese
     Calle M. Mendenhall
     FREESE & GOSS, PLLC

1

1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was also served via Email to the following:

Richard B. North, Jr.
richard.north@nelsonmullins.com
Matthew B. Lerner
matthew.lerner@nelsonmullins.com
Nelson Mullins Riley &
Scarborough, LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

*/s/ David P. Matthews*
David P. Matthews

2