# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: BARD IVC FILTERS PRODUCTS**
**LIABILITY LITIGATION**

Pasha, et al. v. C.R. Bard, Inc., et al.,        )
       S.D. New York, C.A. No. 1:17-07878     )         MDL No. 2641

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Pasha*) on October 16, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Pasha* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-60" filed on October 16, 2017, is LIFTED. The action is transferred to the District of Arizona for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David G. Campbell.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel