# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | ) ) ) | No. MDL-15-02641-PHX-DGC |

This matter has come before the Court on the parties' joint motion to extend time allotted for Plaintiffs' response and Defendant's reply to Plaintiffs' response to Defendants' memorandum to seal documents lodged under seal in support of Plaintiffs' omnibus statement of facts in support of Plaintiffs' responses to Defendants' motions for summary judgment.  Doc. 8775.

**IT IS ORDERED** that the joint motion (Doc. 8775) is **granted.**  Plaintiffs' response is due on or before **November 17, 2017**; Defendant's reply is due on or before **December 1, 2017.  No additional extensions will be granted absent truly extraordinary circumstances.**

Dated this 13th day of November, 2017.

_____
David G. Campbell
United States District Judge