IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No. MDL15-2641-PHX DGC
_____

This Document Relates to Plaintiff(s)           ORDER DISMISSING CLAIMS
                                                OF JANA LIGHTFOOT
Civil Action No. **CV**17-3075-PHX DGC          WITHOUT PREJUDICE
Jana Lightfoot

_____

The Court has considered the parties' Stipulation of Dismissal without Prejudice of Jana Lightfoot. Doc. 8813.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Jana Lightfoot against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-3075-PHX DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 13th day of November, 2017.

_____
David G. Campbell
United States District Judge