Timothy E. Grochocinski (IL Bar#6295055)
NELSON BUMGARDNER, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
T: 708-675-1975
tim@nelbum.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | Case No.2:15-MD-02641-DGC |
| This Document Relates to Plaintiff | Civil Case No.: 2:17-cv-04111-DGC |
| JOY DENTON | |
| | **NOTICE OF FILING AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Pursuant to Local Rule of Civil Procedure 15.19(b), Plaintiff Joy Denton respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Individual Claims and Demand for Jury Trial.  Attached as Exhibit A is a copy of the amended complaint that indicates in which respect it differs from the original complaint.

RESPECTFULLY SUBMITTED this 14th day of November, 2017.

NELSON BUMGARDNER, P.C

By: _Timothy E. Grochocinski_
Timothy E. Grochocinski
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462
T: 708-675-1975
F: 708-675-1786
tim@nelbum.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the Notice of Electronic Filing.

_/s/Timothy E. Grochocinski_