Timothy E. Grochocinski (IL Bar#6295055)
NELSON BUMGARDNER, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
T: 708-675-1975
tim@nelbum.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION, | Case No.2:15-MD-02641-DGC <br><br> ~~SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL~~<ins>AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL</ins> |
|---|---|

Plaintiff named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff further shows the Court as follows:

1. Plaintiff/Deceased Party:

    <u>Joy Denton</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    <u>NONE</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

NONE

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Iowa

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at time of injury:

    Iowa

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Iowa

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court- Southern District of Iowa

8. Defendants (check Defendants against whom Complaint is made):

    [X] C.R. Bard Inc.

    [X] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    [X] Diversity of Citizenship

    o  Other:_____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filter(s)):

    [ ] Recovery® Vena Cava Filter

    [X] G2® Vena Cava Filter

SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL - 2

[ ] G2® Express Vena Cava Filter

[ ] G2® X Vena Cava Filter

[ ] Eclipse® Vena Cava Filter

[ ] Meridian® Vena Cava Filter

[ ] Denali® Vena Cava Filter

[ ] Other:

11. Date of Implantation as to each product:

<u>December 3, 2008</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

[X] Count I:     Strict Products Liability-Manufacturing Defect

[X] Count II:    Strict Products Liability- Information Defect (Failure to Warn)

[X] Count III:   Strict Products Liability- Design Defect

[X] Count IV:    Negligence-Design

[X] Count V:     Negligence- Manufacture

[X] Count VI:    Negligence- Failure to Recall/Retrofit

[X] Count VII:   Negligence- Failure to Warn

[X] Count VIII:  Negligence Misrepresentation

[X] Count IX:    Negligence *Per Se*

[X] Count X:     Breach of Express Warranty

[X] Count XI:    Breach of Implied Warranty

[X] Count XII:   Fraudulent Misrepresentation

[X] Count XIII:  Fraudulent Concealment

[X] Count XIV:   Violations of Applicable <u>  South Carolina  </u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

[X̶] Count XV:    Loss of Consortium

[ ] Count XVI:   Wrongful Death

[ ] Count XVII:  Survival

~~SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL~~<u>AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL</u> - 3

[X] Punitive Damages

[ ] Other(s)_____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

[X] Yes

[ ] No

RESPECTFULLY SUBMITTED this 14~~7~~th day of November, 2017.

NELSON BUMGARDNER, P.C

By: *Timothy E. Grochocinski*
   Timothy E. Grochocinski
   15020 S. Ravinia Ave., Suite 29
   Orland Park, IL  60462
   T: 708-675-1975
   F: 708-675-1786
   tim@nelbum.com

I hereby certify that on this 14~~7~~th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the Notice of Electronic Filing.

~~SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL~~AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL - 4

1
2                                    */s/Timothy E. Grochocinski*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  ~~SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL~~AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT
28  FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL - 5