Timothy E. Grochocinski (IL Bar#6295055)
NELSON BUMGARDNER, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
T: 708-675-1975
tim@nelbum.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION, | Case No.2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff further shows the Court as follows:

1. Plaintiff/Deceased Party:

   Joy Denton

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NONE

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NONE

AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL - 1

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Iowa

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at time of injury:

    Iowa

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Iowa

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court- Southern District of Iowa

8. Defendants (check Defendants against whom Complaint is made):

    [X] C.R. Bard Inc.

    [X] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    [X] Diversity of Citizenship

    o   Other:_____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filter(s)):

    [ ] Recovery® Vena Cava Filter

    [X] G2® Vena Cava Filter

    [ ] G2® Express Vena Cava Filter

    [ ] G2® X Vena Cava Filter

    [ ] Eclipse® Vena Cava Filter

    [ ] Meridian® Vena Cava Filter

AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL -                                    2

        [ ] Denali® Vena Cava Filter

        [ ] Other:

11. Date of Implantation as to each product:

    <u>December 3, 2008</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

    [X] Count I:    Strict Products Liability-Manufacturing Defect

    [X] Count II:    Strict Products Liability- Information Defect (Failure to Warn)

    [X] Count III:    Strict Products Liability- Design Defect

    [X] Count IV:    Negligence-Design

    [X] Count V:    Negligence- Manufacture

    [X] Count VI:    Negligence- Failure to Recall/Retrofit

    [X] Count VII:    Negligence- Failure to Warn

    [X] Count VIII:    Negligence Misrepresentation

    [X] Count IX:    Negligence *Per Se*

    [X] Count X:    Breach of Express Warranty

    [X] Count XI:    Breach of Implied Warranty

    [X] Count XII:    Fraudulent Misrepresentation

    [X] Count XIII:    Fraudulent Concealment

    [X] Count XIV:    Violations of Applicable <u> South Carolina </u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    [ ] Count XV:    Loss of Consortium

    [ ] Count XVI:    Wrongful Death

    [ ] Count XVII:    Survival

    [X] Punitive Damages

    [ ] Other(s)_____ (please state the facts supporting this Count in the space immediately below)

    _____

    _____

AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL -    3

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

[X] Yes

[ ] No

RESPECTFULLY SUBMITTED this 14th day of November, 2017.

                                      NELSON BUMGARDNER, P.C


                                      By: *Timothy E. Grochocinski*
                                          Timothy E. Grochocinski
                                          15020 S. Ravinia Ave., Suite 29
                                          Orland Park, IL  60462
                                           T: 708-675-1975
                                           F: 708-675-1786
                                           tim@nelbum.com


     I hereby certify that on this 14th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the Notice of Electronic Filing.

                                          */s/Timothy E. Grochocinski*