# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This Order relates to:<br>CV17-0695 PHX DGC<br>Alexandra M. Dixon v. C.R. Bard, et al., | **EX PARTE ORDER** |

The Court has received a stipulation for substitution of counsel filed by Plaintiff Alexandra M. Dixon's attorneys, Stephen B. Murray, Jr. and Peyton P. Murphy. The motion does not comply with Local Rule of Civil Procedure 83.3(b) (formerly Local Rule 1.7(b)). For this reason, the motion will be denied without prejudice. If Plaintiff's counsel desires the Court to consider his request to withdraw, he shall file a motion that complies in all respects with Local Rule of Civil Procedure 83.3(b).

**IT IS ORDERED** that Plaintiff's attorney's stipulation for substitution of counsel (Doc. 3) is **denied without prejudice. If Plaintiff's counsel chooses to refile the stipulation of substitution, counsel shall properly file the stipulation in the lead case (MDL 15-2641 PHX DGC) and shall not file it in the individual case (CV17-695 PHX DGC).**

Dated this 14th day of November, 2017.

_____
David G. Campbell
United States District Judge

cc: Stephen B. Murray
    Peyton P. Murphy