IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>CIVIL ACTION No.: 2:17-CV-00695-DGC |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

-------------------------------------------------------------------------------

COMES NOW, the undersigned, stipulate and agree that the MURPHY LAW FIRM, shall be substituted for MURRAY LAW FIRM, as counsel for Plaintiff, ALEXANDRA M. DIXON, herein.

DATED this 10th day of November, 2017.

| | |
|---|---|
| Stephen B. Murray, Jr.<br>David A. Onslott<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>Telephone (504) 525-8100<br>Facsimile (504) 584-5249 | Murphy Law Firm, LLC<br>2354 South Acadian Thruway<br>Baton Rouge, LA 70808<br>Telephone (225) 928-8800<br>Facsimile (225) 246-8780 |
| /s/ Stephen B. Murray, Jr.<br>Stephen B. Murray, Jr., Esq. | /s/ Peyton P. Murphy<br>Peyton P. Murphy, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: November 10, 2017               Respectfully Submitted,


                                       /s/ Peyton P. Murphy
                                       Peyton P. Murphy (LA Bar 22125)
                                       ***MURPHY LAW FIRM, LLC***
                                       2354 South Acadian Thruway
                                       Baton Rouge, LA 70808
                                       Telephone (225) 928-8800
                                       Facsimile (225) 246-8780
                                       Peyton@murphylawfirm.com
                                       *Attorney for Plaintiff*