UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

N RE:  BARD IVC FILTERS                          Case No:  2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

CLIFFORD GETER

Case No:  15-cv-15-01726-DGC

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for:

CLIFFORD GETER

Dated: November 16, 2017                  __/s/ Joseph R. Johnson_____
                                          Joseph R. Johnson, #372250, FL
                                          BABBITT & JOHNSON, P.A.
                                          Suite 100
                                          1641 Worthington Road (33409)
                                          P. O. Box 4426
                                          West Palm Beach, FL  33402-4426
                                          Tel:  (561) 684-2500
                                          Tel:  (561) 684-6308
                                          jjohnson@babbitt-johnson.com

                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON