IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>Yusef S. Pasha, et al.,<br>C.A. No. CV-17-3899-PHX-DGC<br><br>Yusef S. Pasha, et al.,<br><br>           Plaintiff(s),<br><br>v.<br><br>C. R. Bard Incorporated, et al.,<br><br>           Defendant(s) | **MDL Docket No. 15-2641**<br><br><br>**NOTICE**<br>(Case Reopened) |

**IN THE ABOVE MATTER,** you are advised that the case listed above (formerly Southern District of New York, 1:17-cv-7878) is now consolidated with and part of **MDL No. 2641** pursuant to the Order Lifting the Stay of Conditional Transfer Order filed November 13, 2017. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No.2641,** the title page of these documents should be prepared as shown above.

<u>November 17, 2017</u>　　　　　　　　　<u>BRIAN D. KARTH</u>
　　　Date　　　　　　　　　　　　　　DCE/Clerk of Court

　　　　　　　　　　　　　　　　　　　<u>s/M. Pruneau</u>
　　　　　　　　　　　　　　　　　　　　Deputy Clerk