IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Plaintiff has filed a motion to seal.  Doc. 8166.

**IT IS ORDERED** that the motion to seal (Doc. 8166) is **granted.**  The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 8167, 8168, 8169, and 8171.

Dated this 17th day of November, 2017.

_____
David G. Campbell
United States District Judge