## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    2:17-cv-00395<br>    STACY MILLER | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

### NOTICE OF SUGGESTON OF DEATH
### OF PLAINTIFF STACY MILLER

Plaintiff counsel hereby suggest upon the record the death of Plaintiff Stacy Miller on

July 7, 2017.  The time, date and circumstances of Ms. Miller's death are set forth in the

Certificate of Death attached hereto as Exhibit "A".


Dated: November 17, 2017

/s/ Ben C. Martin
Ben C. Martin
Thomas Wm. Arbon
**THE LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I electronically transmitted the attached

document to the Clerk's Office and on counsel of record using the CM/ECF System for filing and

transmittal of a Notice of Electronic Fling.


/s/ Ben C. Martin
Ben C. Martin