# EXHIBIT "A"

# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501
Registrar's No. 2017000656
State File No. 2017066739

**DECEDENT**

1. Decedent's Legal Name: STACY MAE MILLER
2. Sex: FEMALE
3. Date of Death: JULY 07, 2017
5a. Age (Years): 46
6. Date of Birth: MARCH 26, 1971
7. Birthplace: GALLIPOLIS, OHIO
8a. Residence State: OHIO
8b. County: MEIGS
8c. City or Town: RUTLAND
8d. Street and Number: 37810 DYE RD
8f. Zipcode: 45775
8g. Inside City Limits? NO
9. Ever in US Armed Forces? NO
10. Marital Status at Time of Death: MARRIED
11. Surviving Spouse's Name: DAVID MILLER
12. Decedent's Education: ASSOCIATE DEGREE (E.G., AA, AS)
13. Decedent of Hispanic Origin: NO
14. Decedent's Race: WHITE
15. Father's Name: CURTIS DALTON
16. Mother's Name (prior to first marriage): KATHLEEN VANMETER
17a. Informant's Name: HOLLY LYNN OSBORNE
17b. Relationship to Decedent: DAUGHTER
17c. Mailing Address: 7460 SR 141, MANCHESTER, OHIO 45144
18a. Place of Death: HOSPITAL - INPATIENT
18b. Facility Name: OHIO STATE UNIVERSITY HOSPITALS
18c. City or Town, State and Zip Code: COLUMBUS, OH 43210
18d. County of Death: FRANKLIN

**DISPOSITION**

19. Signature of Funeral Service Licensee or Other Agent: ADAM MCDANIEL
20. License Number: 008892
21. Name and Complete Address of Funeral Facility: ANDERSON-MCDANIEL FUNERAL HOME, 590 E MAIN ST, POMEROY, OH 45769
22a. Method of Disposition: BURIAL
22b. Date of Disposition: JULY 12, 2017
22c. Place of Disposition: WELLS CEMETERY
22d. Location: PAGEVILLE, OH

**REGISTRAR**

23. Registrar's Signature: Sandra Taylor
24. Date Filed: AUG 03 2017
25a. Name of Person Issuing Disposition Permit: TAYLOR, SANDRA
25b. District No: 2500
25c. Date Disposition Permit Issued: 7/12/2017

**CERTIFIER**

26a. Certifier: Certifying Physician
25b. Time of Death: 18:13
26c. Date Pronounced Dead: 07/07/2017
26d. Was the Medical Examiner or Coroner Contacted? NO
26e. Signature and Title of Certifier: MD
26f. License Number: 35-063816
26g. Date Signed: 7/18/2017
27. Name and Address of Person who Completed Cause of Death: ELLIOTT CROUSER, 473 W. 12TH AVE. SUITE 201 COLUMBUS, OH 43210

**CAUSE OF DEATH**

28. Part I

| Cause | Condition | Approximate Interval |
|---|---|---|
| Immediate Cause (a) | Septic Shock | Hours |
| Due to (b) | Spontaneous Bacterial Peritonitis | Days |
| Due to (c) | Liver cirrhosis (NASH & Alcohol) | Months |
| Due to (d) | Alcohol Abuse | Years |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:
Acute Kidney Failure, Metabolic Acidosis, Acute Respiratory Failure, DIC, Coma, Anemia

29a. Was An Autopsy Performed? No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? Not Applicable
30. Did Tobacco Use Contribute to Death? No
31. If Female, Pregnancy Status: Not pregnant within past year
32. Manner of Death: Natural

HEA 2724 Rev. 07/15-05/16

| | |
|---|---|
| HOSPITAL - INPATIENT | MANCHESTER, OHIO 45144 |
| 18b. Facility Name (If not institution, give street & number) OHIO STATE UNIVERSITY HOSPITALS | 18c. City or Town, State and Zip Code COLUMBUS, OH 43210 | 18d. County of Death FRANKLIN |
| 19. Signature of Funeral Service Licensee or Other Agent ADAM MCDANIEL | 20. License Number (of licensee) 008892 | 21. Name and Complete Address of Funeral Facility ANDERSON-MCDANIEL FUNERAL HOME |
| 22a. Method of Disposition BURIAL | 22b. Date of Disposition (Mo/Day/Year) JULY 12, 2017 | |
| 22c. Place of Disposition WELLS CEMETERY | 22d. Location (City/Town and State) PAGEVILLE, OH | 590 E MAIN ST POMEROY, OH 45769 |
| 23. Registrar's Signature Sandra Taylor | 24. Date Filed (Mo/Day/Year) AUG 03 2017 |
| 25a. Name of Person Issuing Disposition Permit TAYLOR, SANDRA | 25b. District No 2500 | 25c. Date Disposition Permit Issued 7/12/2017 |

26a. Certifier: ☒ Certifying Physician

26b. Time of Death: 19:13
26c. Date Pronounced Dead: 07/07/2017
26d. Was the Medical Examiner or Coroner Contacted? NO

26e. Signature and Title of Certifier — MD
26f. License number: 35-063816
26g. Date Signed: 7/18/2017

27. Name and Address of Person who Completed Cause of Death:
ELLIOTT CROUSER, 473 W. 12TH AVE. SUITE 201 COLUMBUS, OH 43210

28. Part I:

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (a) | Septic Shock | Hours |
| Due to (b) | Spontaneous Bacterial Peritonitis | Days |
| Due to (c) | Liver cirrhosis (NASH & Alcohol) | Months |
| Due to (d) | Alcohol Abuse | Years |

Part II: Acute kidney failure, Metabolic Acidosis, Acute Respiratory Failure, DIC, Coma, Anemia

29a. Was An Autopsy Performed? ☒ No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? ☒ Not Applicable

30. Did Tobacco Use Contribute to Death? ☒ No
31. If Female, Pregnancy Status: ☒ Not pregnant within past year
32. Manner of Death: ☒ Natural

Sandra Taylor, Franklin County Registrar

AUG 03 2017

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015

VERIFY PRESENCE OF ODH WATERMARK   HOLD TO LIGHT TO VIEW