Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF LODGING EXHIBITS RELATED PLAINTIFFS' OPPOSITION TO DEFENDANTS' MEMORANDUM TO SEAL DOCUMENTS LODGED UNDER SEAL IN SUPPORT OF PLAINTIFFS' OMNIBUS SEPARATE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT IN THE BELLWETHER CASES** |

   Pursuant to LRCiv 5.6(d), Plaintiffs submits this Notice of Lodging Exhibits Under Seal Related to Plaintiff's Opposition to Defendants' Memorandum to Seal Documents Lodged Under Seal In Support of Plaintiffs' Omnibus Separate Statement of Facts in Support of Plaintiffs' Responses to Defendants' Motions for Summary Judgment in the Bellwether Cases.

   Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court under seal two exhibits to their Opposition, Exhibits A and B: Exhibit A, Chart of Documents and Testimony Bard Seeks to Redact and Exhibit B, Chart of Documents and Testimony Bard Seeks to Seal in their Entirety.

Defendants contend that the documents contained in the exhibits are confidential and should be filed under seal. Plaintiff does not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

RESPECTFULLY SUBMITTED this 17th day of November, 2017.

GALLAGHER & KENNEDY, P.A.

By:*/s/ Mark S. O'Connor*
Mark S. O'Connor
2575 East Camelback Road
Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*