1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8  IN RE:  Bard IVC Filters Products Liability
   Litigation,

No. MDL 15-02641-PHX DGC

9  _____

10  This Order relates to

**ORDER**

11  Case No.:  CV15-3466 PHX DGC

12  Johnisha T. Wright,

13                              Plaintiff,

14  v.

15  C.R. Bard, Inc., a New Jersey corporation,
    et al.,

16                              Defendants.

17

18

19         Plaintiff Johnisha Wright filed her complaint in this MDL on October 12, 2016.  In

20  accordance with Amended Case Management Order No. 5, Plaintiff is required to provide

21  Defendants with a completed Plaintiff Profile Form ("PPF") within 60 days of filing her

22  complaint.  Plaintiff has failed to provide her PPF to Defendants even though defense

23  counsel has requested her PPF on four separate occasions (12/21/2016, 2/3/2017,

24  5/23/2017, and 9/18/2017).

25         On September 26, 2017, Defendants filed a motion to dismiss Plaintiff's complaint

26  for failure to comply with Amended Case Management Order No. 5.   Doc. 7781.

27  Plaintiff has not filed a response to the motion to dismiss and the time to do so has

28  passed.

**IT IS ORDERED:**

1.      On or before **December 4, 2017**, Plaintiff shall provide a completed PPF to Defendants.

2.      On or before **December 4, 2017**, Plaintiff shall file a response to Defendants' motion to dismiss.  Doc. 7781.

3.      If Plaintiff fails to provide a completed PPF to Defendants or fails to file a response to Defendants' motion to dismiss, the Clerk of Court is directed to dismiss and terminate this matter on **December 4, 2017**.

4.      Counsel for Plaintiff shall provide a copy of this Order to Plaintiff Johnisha T. Wright on or before **November 27, 2017** and shall file a notice of service of the same with the Court.

5.      The Court will not grant extension to these deadlines.   The time for providing the PPF to Defendants and the time for filing a response to Defendants' motion to dismiss has long passed.

Dated this 20th day of November, 2017.


_____
David G. Campbell
United States District Judge

- 2 -