**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff,<br><br>Kisha Coward<br>Case No. 2:17-cv-004109-DGC<br>_____ | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

**ENTRY OF APPEARANCE**

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

                                          Respectfully Submitted,

                                          **FLINT LAW FIRM LLC**

                                          /s/ Brian S. Katz
                                          Brian S. Katz, KY Bar No. 86633
                                          FLINT LAW FIRM, LLC
                                          2226 Broadway, Suite 1
                                          Post Office Box 2903
                                          Paducah, Kentucky 42002-2903
                                          Phone: (270) 575-3939
                                          Fax: (270) 575-3936
                                          bkatz@flintfirm.com
                                          *Attorney for Plaintiff*