Rand P. Nolen (admitted *pro hac vice*)
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056-6109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: rand_nolen@fleming-law.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-02641-PHX DGC |
| This document Applies to: Case No.: CV16-3466 PHX DGC Johnisha T. Wright,               Plaintiff, v. C.R. Bard, Inc., a New Jersey Corporation, et al               Defendants. | **NOTICE OF SERVICE** |

I, Rand P. Nolen, certify that Plaintiff's counsel has complied with the Court's November 20, 2017 Order (Dkt No. 8864) and, as instructed, forwarded a copy of the Order to Plaintiff Johnisha T. Wright by Federal Express Overnight, by Certified Mail, Return Receipt Requested, by email and by regular U.S. Mail on November 20, 2017.

RESPECTFULLY SUBMITTED this 27th day of November, 2017.

          **FLEMING, NOLEN & JEZ, L.L.P.**

          By: */s/ Rand P. Nolen*
              Rand P. Nolen (Pro Hac Vice)
              2800 Post Oak Blvd., Suite 4000
              Houston, Texas 77056-3109
              Telephone: (713) 621-7944
              Facsimile: (713) 621-9638
              Email: rand_nolen@fleming-law.com
          *Attorneys for Plaintiff*

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Rand P. Nolen