# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Alexandra M. Dixon v. C.R. Bard, et al.<br>No. CV17-0695 PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER** |

Plaintiff has filed a stipulation for substitution of counsel. Doc. 8850.

**IT IS ORDERED** that Plaintiff's stipulation for substitution of counsel (Doc. 8850) is **granted.** The Murphy Law Firm and Peyton P. Murphy are substituted for the Murray Law Firm, Stephen B. Murray, Jr., and David A. Onslott as counsel of record for Alexandra M. Dixon.

Dated this 28th day of November, 2017.

_____
David G. Campbell
United States District Judge