# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This Order refers to case:<br><br>Drema June Ashley v. Bard Peripheral Vascular, Inc.<br>Case No. CV17-1619 PHX DGC | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff Drema June Ashley's motion to substitute party plaintiff. Doc. 8189. Counsel for Plaintiff Drema June Ashley filed a notice of suggestion of death (Doc. 7774) and an amended suggestion of death (Doc. 8573). Defendants having been contacted and do not object,

**IT IS ORDERED** that Plaintiff's motion to substitute party plaintiff (Doc. 8189) is **granted.** Larry Joe Prather, Sr. shall be substituted for Drema June Ashley in Case No. CV17-1619 PHX DGC.

Dated this 29th day of November, 2017.

_____
David G. Campbell
United States District Judge