# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This Order refers to case:<br><br>Barbara Lagerman v. Bard Peripheral Vascular, Inc.<br>Case No. CV17-2520 PHX DGC | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff Barbara Lagerman's motion to substitute party plaintiff. Doc. 8878. Counsel for Plaintiff Barbara Lagerman filed a notice of suggestion of death on November 20, 2017. Defendants having been contacted and do not object,

**IT IS ORDERED** that Plaintiff's motion to substitute party plaintiff and for leave to amend short form complaint (Doc. 8878) is **granted.** James Lagerman shall be substituted for Barbara Lagerman in Case No. CV17-2520 PHX DGC. Plaintiff may file an amended short form complaint on or before December 8, 2017.

Dated this 29th day of November, 2017.

_David G. Campbell_
David G. Campbell
United States District Judge