UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | | MDL 2:15-MD-02641-PHX DGC |
| THIS DOCUMENT RELATES TO: | | |
| ARLENE ANDERWALD & NOEL ANDERWALD, | ) ) | 2:16-cv-04459-DGC |
| SHEVONNE CARTER & JAMES CARTER, | ) ) | 2:17-cv-03261-DGC |
| JOSHUA CORTEZ, | ) | 2:17-cv-00828-DGC |
| BUNNIE BENITA FINLEY, | ) | 2:17-cv-04051-DGC |
| EDWARD HUDERSKI, | ) | 2:17-cv-00637-DGC |
| STEVEN LEMUS, | ) | 2:17-cv-02806-DGC |
| ROBERTA PEACH and WELLS PEACH, | ) ) | 2:16-cv-04071-DGC |
| ROBERT ROBERTSON, | ) | 2:17-cv-00812-DGC |
| ANNA MARIE SPAIN & THOMAS SPAIN, | ) ) | 2:16-cv-04472-DGC |
| MARK SWARTZ & JEANNIE SWARTZ, | ) ) | 2:16-cv-04488-DGC |
| AMY WHITE, | ) | 2:16-cv-04427-DGC |
| ROBERTA WILLIAMS, | ) | 2:17-cv-00848-DGC |
| BARBARA WOODS, | ) | 2:16-cv-04428-DGC |
| DEBORAH WYNN & WILSON JERRY WYNN, | ) ) | 2:17-cv-01176-DGC |
| DARIN ZECH, | ) | 2:16-cv-04491-DGC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| C.R. BARD, INC. ET AL., | ) ) | |
| Defendants. | ) ) | |

1

## NOTICE OF CHANGE OF EMAIL ADDRESS

I, HENRY G. GARRARD, III, hereby provide this Notice of Change of Email Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

hgarrard@bbga.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Change of Email Address was furnished via electronic filing to:

U.S, District Court for the District of Arizona

Dated:  11/30/2017                                                  Respectfully submitted,

                                                                                   Henry G. Garrard, III
                                                                                   GA Bar No. 286300
                                                                                   hgarrard@bbga.com
                                                                                   Blasingame, Burch, Garrard & Ashley, P.C.
                                                                                   440 College Avenue
                                                                                   Athens, GA  30601
                                                                                   706-354-4000 (telephone)
                                                                                   706-549-3545 (facsimile)
                                                                                   Attorneys for Plaintiffs