IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>2:17-cv-04459-DGC<br><br><br>RICHARD N. WHITE, Individually and as Personal Representative of the Estate of DONNA M. WHITE, Deceased,<br><br>     Plaintiff,<br><br>  v.<br><br>C. R. BARD, INC., et al.,<br><br>     Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO: The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Ernest Singleton.

Dated: 12/04/2017      Respectfully submitted,

               By: /s/Thomas P. Cartmell
               Thomas P. Cartmell (MO Bar No. 45366 )
                (admitted *pro hac vice*)
               **Wagstaff & Cartmell, LLP**
               4740 Grand Ave., Suite 300
               Kansas City, MO 64112
               (816) 701-1100
               (816) 531-2372 (fax)

               By: /s/David C. DeGreeff
               David C. DeGreeff (MO Bar No. 55019)

(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 4th day of December, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*