IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document Related to Plaintiff(s)
LAKEYA BASKOM
Civil Case #2:17-cv-02427-DGC

**STIPULATION FOR DISMISSAL OF CIVIL ACTION
NO. 2:17-CV-02427 WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, LAKEYA BASKOM and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii).  It is further agreed that the dismissal will only apply to docket number 2:17-cv-02427-DGC and will not have any effect on any other cases filed in regards to Plaintiff Lakeya Baskom with different docket numbers.

RESPECTFULLY SUBMITTED this 6th day of December, 2017.

GOETZ LAW FIRM, INC.

  */s/ Dean A. Goetz, Esq.*
Dean A. Goetz, Esq.
603 N. Coast Hwy, 101, Ste. H
Solana Beach, CA 92075
(858) 481-8844
*dgoetz12@gmail.com*
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/   Dean A. Goetz
*Attorney for Plaintiff*