IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document Related to Plaintiff(s)
LAKEYA BASKOM
Civil Case #2:17-cv-02427-DGC

## ORDER

Considering the Stipulation of Dismissal Without Prejudice of Lakeya Baskom,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff, Lakeya Baskom against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:17-cv-02427) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____day of _____, 2017.

_____
Honorable David G. Campbell
United States District Court Judge