# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX DGC |
| This document is related to Plaintiff(s)<br><br>LAKEYA BASKOM<br>No. CV17-02427-PHX DGC | **ORDER** |

Considering the Stipulation of Dismissal Without Prejudice of Lakeya Baskom. Doc. 9226.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the stipulation of dismissal without prejudice of Lakeya Baskom (Doc. 9226) is **granted.** All claims of Plaintiff, Lakeya Baskom against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case CV17-02427 PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 6th day of December, 2017.

_____
David G. Campbell
United States District Judge