# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation,

This Order relates to

Case No.: CV16-3466 PHX DGC

Johnisha T. Wright,

                Plaintiff,

v.

C.R. Bard, Inc., a New Jersey corporation, et al.,

                Defendants.

No. MDL 15-02641-PHX DGC

**ORDER**

Pending before the Court is Defendants' motion to dismiss for failure to comply with Amended Case Management Order No. 5. Doc. 7781. Plaintiff Johnisha T. Wright has not complied with Amended Case Management Order No. 5, nor has Plaintiff filed a response to the motion to dismiss. The Court entered an Order on November 20, 2017 requiring Plaintiff to comply with Amended Case Management Order No. 5 and respond to the pending motion to dismiss on or before December 4, 2017. Doc. 8864. Plaintiff has failed to do so.

**IT IS ORDERED:**

1. Defendants' motion to dismiss for failure to comply with Amended Case Management Order No. 5 (Doc. 7781) is **granted.**

2. The Clerk is directed to terminate Case No. CV16-3466 for failure to follow Court orders.

Dated this 7th day of December, 2017.

_____
David G. Campbell
United States District Judge