IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Amend and Certify the Court's November 22, 2017, Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), the Court hereby GRANTS the motion. The Court certifies its November 22, 2017, Summary Judgment Order (Doc. 8872) for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and will issue an amended Summary Judgment Order that includes the following language:

> The Court is of the opinion that this Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from this Order as authorized by 28 U.S.C. § 1292(b) may materially advance the ultimate termination of this litigation.