# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| EVAN HULICK,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C. R. BARD, INC., a New Jersey Corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona Corporation, and; NEOMETRICS, INC.,<br>　　　　　　Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-17-03178-PHX-DGC |

## APPEARANCE OF COUNSEL

To:　　Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Neometrics, Inc.

Date:　December 14, 2017

/s/ *Kira S. Dabby*
*Attorney's signature*

Kira S. Dabby, Esq. (NY Bar No. 4322657)
*Printed name and bar number*

Archer & Greiner, P.C.
10 Highway 35, Red Bank, NJ 07701
*Address*

kdabby@archerlaw.com
*E-mail Address*

(732) 268-8006
*Telephone Number*

(732) 345-8420
*FAX Number*

213656072v1