Kira S. Dabby, Esq.
ARCHER & GREINER PC
Riverview Plaza
10 Route 35, Second Floor
(732) 268-8000
(732) 345-8420 fax
kdabby@archerlaw.com
*Attorneys for Defendant Heraeus Medical Components LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to:<br><br>EVAN HULICK,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; and BARD PERIPHERAL VASCULAR INC., an Arizona Corporation,<br><br>    Defendants. | Case No. CV-17-03178-PHX-DGC |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Evan Hulick and Defendant Heraeus Medical Components LLC, improperly named as Defendant Neometrics, Inc., and Co-Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through their respective attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-captioned action against Heraeus Medical Components LLC without prejudice and without costs or attorneys' fees.

| | |
|---|---|
| SHAFRAN ROCK PLLC | ARCHER & GREINER, P.C. |
| *Attorneys for Plaintiff Evan Hulick* | *Attorneys for Defendant Heraeus Medical Components LLC* |
| By: _____<br>HOWARD SHAFRAN | By: _____<br>KIRA S. DABBY |
| DATED: 29 day of November, 2017 | DATED: 14 day of ~~November~~ December, 2017 |

REED SMITH, LLP

*Attorneys for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

By: _____
DANIEL K. WINTERS

DATED: 6 day of ~~November~~ December, 2017

213290323v1

- 2 -

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE