# IUNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| This Document Relates to Plaintiff: EVAN HULICK Civil Case No.: 2:17-cv-03178-DGC | |

# ORDER

Considering the Stipulation of Dismissal Without Prejudice between the Parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff, Evan Hulick against Defendant Heraeus Medical Components, LLC, improperly named as Defendant Neometrics, Inc., in Civil Action No. 2:15-md-02641-DGC (Member Case 2:17-cv-03178-DGC) are dismissed in their entirety without prejudice, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Honorable David G. Campbell
United States District Judge

213659821v1