# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| EVAN HULICK,<br><br>             Plaintiff,<br><br>   v.<br><br>C. R. BARD, INC., a New Jersey Corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona Corporation, and; NEOMETRICS, INC.,<br><br>             Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-17-03178-PHX-DGC |

## CERTIFICATE OF SERVICE

In accordance with LRCiv 5.5 and the Court's Administrative Policies and Procedures Manual, I certify that the accompanying Stipulation of Dismissal, without prejudice, and proposed Order were electronically filed with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record. I further certify that a copy of these documents have been sent to the Hon. David G. Campbell, U.S.D.J. at United States District Court, Sandra Day O'Connor U.S. Courthouse, Suite 263, 401 West Washington Street, SPC 58, Phoenix, Arizona 85003-2156 via regular mail.

Date:  December 14, 2017

s/*Fiona J. Dugan*
Fiona J. Dugan, Paralegal

ARCHER & GREINER, P.C.
Riverview Plaza
10 State Route 35
Red Bank, New Jersey 07701
732.268.8000 (phone)
732.345.8420 (fax)

213659661v1