UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: 2:17-cv-04599-DGC<br><br>**TERESA OSBORNE AND JOHN OSBORNE**<br><br> **PLAINTIFFS**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | **NOTICE OF APPERANCE** |

The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Teresa and John Osborne, Plaintiffs in this case.

Dated: December 14, 2017

Respectfully submitted,

---
Charles T. Paglialunga
WA Bar No. 23028
CA Bar No. 296106
**PAGLIALUNGA & HARRIS, PS**
4660 La Jolla Village Dr., Ste. 100
San Diego, CA 92122
Tel: (888) 604-3438
Fax: (888) 411-0826
chuck@phlawfirm.com

*Attorney for Plaintiff(s)*