Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF ERRATA AND PLAINTIFFS' NOTICE OF LODGING EXHIBIT 3 TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY ROBERT VOGELZANG, M.D. AND KUSH DESAI, M.D. AS TESTIFYING EXPERTS; AND SCOTT RESNICK, M.D. AND ROBERT LEWANDOWSKI, M.D. AS CONSULTING EXPERTS FOR PLAINTIFFS** |

Plaintiffs, through Mark S. O'Connor, co-lead counsel for Plaintiffs, hereby notify the Court and parties of the lodging of Exhibit 3, Declaration of Scott Resnick, M.D. dated July 27, 2017, to Plaintiffs' Opposition to Defendants' Motion to Disqualify Robert Vogelzang, M.D. and Kush Desai, M.D. as Testifying Experts; and Scott Resnick, M.D. and Robert Lewandowski, M.D. as Consulting Experts for Plaintiffs, previously filed on July 28, 2017 [Doc 7029]. Upon review, Plaintiffs recently became aware that Exhibit 3 was inadvertently omitted from the filing. Exhibit 3 is attached and filed herewith with this Notice of Errata.

Plaintiffs advise the Court and parties that Defendants' Motion and Memorandum in Support of Motion to Disqualify Robert Vogelzang, M.D. and Kush Desai, M.D. as Testifying Experts; and Scott Resnick, M.D. and Robert Lewandowski, M.D. as Consulting Experts for Plaintiffs is set for oral argument before this Court on December 15, 2017 at 1:00 p.m.

RESPECTFULLY SUBMITTED this 14th day of December, 2017.

> GALLAGHER & KENNEDY, P.A.
>
> By: /s/ Mark S. O'Connor
> Mark S. O'Connor
> 2575 East Camelback Road
> Phoenix, Arizona 85016-9225
>
> LOPEZ McHUGH LLP
> Ramon Rossi Lopez (CA Bar No. 86361)
> (admitted *pro hac vice*)
> 100 Bayview Circle, Suite 5600
> Newport Beach, California 92660
>
> *Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*