IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Applies to Plaintiff(s):<br>Thelma Mae Ward<br><br>No. CV-17-4619-PHX-DGC | NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as lead counsel for: Thelma Mae Ward.

DATED: December 15, 2017

                                         Respectfully submitted,

                                         THE NATIONS LAW FIRM

                                            /s/ Howard L. Nations
                                         Howard L. Nations
                                         Texas Bar No. 14823000
                                         3131 Briarpark Dr., Suite 208
                                         Houston, TX 77042-3795
                                         (713) 807-8400
                                         (713) 807-8423 (Fax)

                                         ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 15th day of December, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

    /s/ Howard L. Nations
Howard L. Nations