IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Applies to Plaintiff(s): Lawrence Vincent Schmidt and Jodi Ann Schmidt<br><br>No. CV-17-4616-PHX-DGC | NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

  I am admitted or otherwise authorized to practice before this Court, and I appear in this case as lead counsel for: Lawrence Vincent Schmidt and Jodi Ann Schmidt.

DATED: December 15, 2017

              Respectfully submitted,

              THE NATIONS LAW FIRM

               /s/ Howard L. Nations
              Howard L. Nations
              Texas Bar No. 14823000
              3131 Briarpark Dr., Suite 208
              Houston, TX 77042-3795
              (713) 807-8400
              (713) 807-8423 (Fax)

              ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was electronically filed on this 15th day of December, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

                                               /s/ Howard L. Nations
                                               Howard L. Nations