IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>NOTICE OF APPEARANCE |
| This Document Applies to Plaintiff(s):<br>Patsy Ann Crow and<br>James Dwight Crow<br><br>No. CV-17-4618-PHX-DGC | |

### NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as lead counsel for: Patsy Ann Crow and James Dwight Crow.

DATED: December 15, 2017

                                                Respectfully submitted,

                                                THE NATIONS LAW FIRM

                                                /s/ Howard L. Nations
                                                Howard L. Nations
                                                Texas Bar No. 14823000
                                                3131 Briarpark Dr., Suite 208
                                                Houston, TX 77042-3795
                                                (713) 807-8400
                                                (713) 807-8423 (Fax)

                                                ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 15th day of December, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system. Copies will be delivered by other means to the following parties not served by the Court's ECF system.

    /s/ Howard L. Nations
Howard L. Nations