# IUNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL 15-2641-PHX DGC  **ORDER** |
| This Document Relates to Plaintiff: Evan Hulick v. C.R. Bard Incorporated, et al., Civil Case No.: CV17-3178-PHX DGC | |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties.   Doc. 9332.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Evan Hulick against Defendants C.R. Bard Incorporated, et al. (Heraeus Medical Components, LLC, improperly named as Defendant Neometrics, Inc.), in Civil Action No. MDL15-02641-PHX DGC (Member Case CV17-03178-PHX DGC) are dismissed in their entirety without prejudice, and each party shall bear its own costs.

Dated this 14th day of December, 2017.

_____
David G. Campbell
United States District Judge