# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

Rebecca Moore,                                              )
                                                           )
          Plaintiff,                               )          MDL Case No. 2:15-md-02641-DGC
                                                           )
          v.                                       )          Civil Action No.  CV-17-04163-PHX-DGC
                                                           )
Bard Peripheral Vascular, Inc. and C. R.                   )
Bard, Inc., et al.,                                        )
                                                           )
          Defendant.                               )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>December 8, 2017</u>         <u>/s/ Richard B. North, Jr.</u>
                                       *Attorney's signature*

                                       <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                       *Printed name and bar number*

                                       Nelson Mullins Riley & Scarborough, LLP
                                       <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                       *Address*

                                       <u>richard.north@nelsonmullins.com</u>
                                       *E-mail Address*

                                       <u>(404) 322-6000</u>
                                       *Telephone number*

                                       <u>(404) 322-6050</u>
                                       *FAX number*