UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No.: 2:17-cv-xxx<br><br>**CHAD MCCONNELL**<br><br>**PLAINTIFF**<br><br>VS.<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | MDL No. 2:15-MD-02641-DGC<br><br>**NOTICE OF APPERANCE** |

The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Chad McConnell, Plaintiff in this case.

Dated: December 15, 2017

Respectfully submitted,

_____
Charles T. Paglialunga
WA Bar No. 23028
CA Bar No. 296106
**PAGLIALUNGA & HARRIS, PS**
4660 La Jolla Village Dr., Ste. 100
San Diego, CA 92122
Tel: (888) 604-3438
Fax: (888) 411-0826
chuck@phlawfirm.com

*Attorney for Plaintiff*