**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

*In Re: Bard IVC Filters Products Liability Litigation*                          No. MD-15-02641-PHX-DGC

This Document Relates to:

*Elizabeth Schnur v. C.R. Bard, Inc., et al.*

Civil Action No.: 2:17-cv-03225

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Elizabeth Schnur ("Plaintiff") and hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit.

Dated:  December 18, 2017                    Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar #66067
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
blair@bertramgraf.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Blair B. Matyszczyk
*Attorney for Plaintiff*