UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER <br><br> PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2641 <br> ) <br> ) JUDGE DAVID G. CAMPBELL <br> ) <br> ) <br> ) <br> ) <br> ) |

**This Document Relates to:**
*Smith v. C.R. BARD, INC., AND BARD PERIPHERAL VASCULA INC.*
Civil Action No. 2:16-cv-03807-DGC

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Ronald Smith, on or about December 5, 2016.

Dated: December 19, 2017            Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 19, 2017

                                    Respectfully submitted,

                                    /s/ Monte Bond
                                    Monte Bond, Esq.
                                    Texas Bar No. 02585625
                                    Tautfest Bond PLLC
                                    5151 Belt Line Rd.
                                    Ste. 1000
                                    Dallas, Texas 75254
                                    214-617-9980 (Phone)
                                    214-853-4281 (Fax)
                                    mbond@tautfestbond.com

                                    *Attorney for the Plaintiffs*