# DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH
*LOCAL REGISTRAR COPY*

**Register Number:** 6336

**1. Name:** Ronald D. Smith
**2. Sex:** Male
**3A. Date of Death:** 12/05/2016
**3B. Hour:** 10:02 pm

**4A. Place of Death:** Nursing Home
**4B. If Facility, Date Admitted:** 08/16/2016
**4C. Name of Facility:** St. Luke Health Services
**4D. Locality:** City — Oswego
**4E. County of Death:** Oswego
**4F. Medical Record No.:** A-7628
**4G. Was Decedent Transferred From Another Institution?** Yes — University Hospital Syracuse NY Onondaga Co

**5. Date of Birth:** 05/17/1984
**6A. Age:** 32 yrs
**7A. City and State of Birth:** Oswego, NY

**8. Served in U.S. Armed Forces:** No
**9. Decedent of Hispanic Origin?** A. No, not Spanish/Hispanic/Latino
**10. Decedent's Race:** A. White/Caucasian
**11. Decedent's Education:** 3. High school graduate or GED

**12. Social Security Number:** 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
**13. Marital Status:** Never Married
**14. Surviving Spouse:** —

**15A. Usual Occupation:** Certified nurse's aide
**15B. Kind of Business or Industry:** Healthcare
**15C. Name and Locality of Company or Firm:** St. Luke Health Services, Oswego NY

**16A. Residence:** NY
**16B. County:** Oswego
**16C. Locality:** City — Fulton
**16D. Street and Number of Residence:** 91 Kings Rd
**16E. Zip Code:** 13069
**16F. If No, Specify Town:** Volney

**17. Birth Name of Father/Parent:** David Smith
**18. Birth Name of Mother/Parent:** Denise Atkinson

**19A. Name of Informant:** Denise Smith
**19B. Mailing Address:** 91 Kings Rd, Fulton, NY 13069

**20A.** 2. Cremation — 12/06/2016
**20B. Place of Burial, Cremation, Removal or Other Disposition:** Traub Crematorium
**20C. Location:** Central Square, NY

**21A. Name and Address of Funeral Home:** Sugar & Scanlon Funeral Home, 147 W. 4th St. Oswego NY 13126
**21B. Registration Number:** 01642
**22A. Name of Funeral Director:** Theresa A. Sugar Scanlon
**22B. Signature of Funeral Director:** Theresa A. Sugar Scanlon
**22C. Registration Number:** 13496

**23A. Signature of Registrar:** Rita L. Vona
**23B. Date Filed:** Dec 06, 2016
**24A. Burial or Removal Permit Issued By:** Rita L. Vona
**24B. Date Issued:** Dec 06, 2016

### Items 25 thru 33 completed by certifying physician

**25A. Certification:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Sandra A. Ford, N.P.
**License No.:** 330672
**Signature:** Sandra A. Ford
**Date:** 12/06/2016
**Certifier's Title:** 0. Attending Physician
**Address:** 299 E. River Rd, Oswego NY 13126

**26A. Attending physician attended deceased From:** 08/16/2016 **To:** 12/05/2016
**26B. Deceased last seen alive by attending physician:** 12/05/2016
**26C. Pronounced Dead:** 12/05/2016 at 2202

**27. Manner of Death:** 1. Natural Cause
**28. Was Case Referred to Coroner or Medical Examiner?** No
**29A. Autopsy?** No
**29B. If Yes, Were Findings Used to Determine Cause of Death?** —

### 30. Death was caused by:

**Part I. Immediate Cause:**
(A) Respiratory arrest — palliative care status — minutes
(B) Due to or as a consequence of: AIDS — 3 years
(C) —

**Part II. Other Significant Conditions Contributing to Death But Not Related to Cause Given in Part I (A):** Asthma, HIV Encephalopathy

**Did Tobacco Use Contribute to Death?** No

**31A. Injury Date:** —
**31B. Injury Locality:** —
**31C. Describe How Injury Occurred:** —
**31D. Place of Injury:** —
**31E. Injury at Work?** No

**32. Was Decedent Hospitalized in Last 2 Months?** No
**33A. If Female:** —

For use by physician or institution — Name of Decedent: Smith, Ronald — Date of Death: 12/05/2016 — Time of Death: 2202

**THIS IS TO CERTIFY that the foregoing is a true and correct transcript of the** Death **RECORD on file in the Office of the Registrar of VITAL STATISTICS of the City of Oswego, New York, and of the whole thereof.**

**WITNESS MY HAND AND SEAL OF THE CITY OF OSWEGO, NEW YORK, this**

20th **day of** October **20** 17

**REGISTRAR**
**City of Oswego, New York**