IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br>**FIRST AMENDED SHORT FORM COMPLAINT**<br>**DENISE SMITH, INDIVIDUALLY and on behalf of the Estate of RONALD SMITH** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364) Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Ronald Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Denise Smith; Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    n/a

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of New York

8. Defendants (check Defendants against whom Complaint is made):

    X   C.R. Bard Inc.

    X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other: 

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

-2-

|   |   |   |
|---|---|---|
| 1 | ☐ | G2® X Vena Cava Filter |
| 2 | ☐ | Eclipse® Vena Cava Filter |
| 3 | ☐ | Meridian® Vena Cava Filter |
| 4 | X | Denali® Vena Cava Filter |
| 5 | ☐ | Other: _____ |

11. Date of Implantation as to each product:

    10/10/2013

12. Counts in the Master Complaint brought by Plaintiff(s):

  X    Count I:    Strict Products Liability – Manufacturing Defect

  X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

  X    Count III:    Strict Products Liability – Design Defect

  X    Count IV:    Negligence - Design

  X    Count V:    Negligence - Manufacture

  X    Count VI:    Negligence – Failure to Recall/Retrofit

  X    Count VII:    Negligence – Failure to Warn

  X    Count VIII:    Negligent Misrepresentation

  X    Count IX:    Negligence *Per Se*

  X    Count X:    Breach of Express Warranty

  X    Count XI:    Breach of Implied Warranty

  X    Count XII:    Fraudulent Misrepresentation

 X     Count XIII:   Fraudulent Concealment

 X     Count XIV:   Violations of Applicable  New York   (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

 ☐     Count XV:    Loss of Consortium

 ☐     Count XVI:   Wrongful Death

 ☐     Count XVII:  Survival

 X     Punitive Damages

 ☐     Other(s):  _____ (please state the facts supporting this Count in the space immediately below)

 _____

 _____

 _____

 _____

 _____

13.    Jury Trial demanded for all issues so triable?

 X     Yes

 ☐     No

RESPECTFULLY SUBMITTED this  19   day of November, 2017.

        TAUTFEST BOND, PLLC

        By: *s/Monte Bond*
            Monte Bond
            Texas Bar No. 02585625
            5151 Belt Line Road
            Suite 1000
            Dallas, TX 75254
            214.617.9980 (phone)
            214.617.9986 (fax)

        Attorney for Plaintiff

I hereby certify that on this  19   day of December, 2017, I electronically transmitted the attached document to the Clerk's Office for filing using the CM/ECF System filing and transmittal of a Notice of Electronic Filing.

            *s/Monte Bond*