AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
**District of Arizona**

| Paul Cannon | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.: 2:15-md-2641-DGC; |
| C.R. Bard, Inc., et al | ) | 2:16-cv-03721 |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Paul Cannon

Date:   12/28/2017

Joseph A. Osborne
*Attorney's signature*

Joseph A. Osborne    FL Bar No.:880043
*Printed name and bar number*

Osborne & Associates Law Firm, PA
433 Plaza Real Blvd, Suite 271
Boca Raton, Florida 33432
*Address*

josborne@oa-lawfirm.com
*E-mail*

561-293-2600
*Telephone number*

561-923-8100
*FAX number*