# EXHIBIT B

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                 UNITED STATES DISTRICT COURT

 2                    DISTRICT OF ARIZONA

 3

 4       -----------------------x

 5       IN RE BARD IVC          )

 6       FILTERS PRODUCTS        ) No. MD-15-02641-PHX-DGC

 7       LIABILITY LITIGATION    )

 8       -----------------------x

 9

10

11            DO NOT DISCLOSE - SUBJECT TO FURTHER

                    CONFIDENTIALITY REVIEW

12

13     VIDEOTAPED DEPOSITION OF CHRISTINE L. BRAUER, Ph.D.

14                    WASHINGTON, D.C.

15               WEDNESDAY, AUGUST 2, 2017

16                      9:07 A.M.

17

18

19

20

21

22

23

24     Reported by: Leslie A. Todd
```

Do Not Disclose — Subject to Further Confidentiality Review

```
1   patients were advised of the details of that

2   migration?

3        A    Yeah, I cannot recall if that was the

4   Ethics Committee request or the request of the

5   investigator in Bard.  I -- I -- I cannot recall

6   whose idea that was --

7        Q    Right.

8        A    -- sitting here today.

9        Q    But neither -- but regardless of who --

10  whose idea it was, you didn't see any evidence

11  that FDA was advised that the investigator, the

12  Ethics Committee, a physician on behalf of Bard

13  that was monitoring the study, stopped the study

14  for the purpose of giving the rest of the patients

15  detailed informed consent about that migration?

16       A    I don't recall if that detail was in the

17  510(k) or not.

18       Q    How about --

19       A    I recall the fracture and the particular

20  patient being described in the 510(k).

21       Q    Was FDA advised -- well, let me ask you,

22  what -- what effect on the clearance of the

23  Recovery filter do you think it would've had on

24  whoever was looking at the 510(k) application for
```

Do Not Disclose - Subject to Further Confidentiality Review

1    the Recovery filter had he or she known that the

2    investigator thought that all the patients should

3    be advised of the circumstances of that migration

4    before the study could continue?

5          A     Personally?

6          Q     Yeah.

7          A     I don't believe it would have had much

8    of an impact.  Fracture was a well-known risk for

9    IVC filters, and the event was clearly described

10   in the 510(k) application.  If anything, I think

11   that -- you know, at least if I had been at FDA, I

12   would have been happy to see that some

13   precautionary steps were taken.

14         Q     Okay.  That's your opinion, I

15   understand.  But you can't tell me what effect

16   that would have had on the actual person looking

17   at the application, true?

18         A     You're correct, sir, I cannot speculate

19   on what any individual would do or not do.

20         Q     I would have to ask him or her.

21         A     Yes, sir.

22         Q     And the same question with respect to

23   the fracture, that the fracture -- the fractures

24   were of the type and quality that caused whoever