**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: CV-18-0025-PHX-DGC<br><br>**JOHN HINCHMAN**<br><br>**PLAINTIFF**<br><br>**VS.**<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>**DEFENDANTS** | **NOTICE OF APPERANCE** |

  The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for John Hinchman in this case.

Dated: January 3, 2018

                 Respectfully submitted,

                 _(signature)_

                 Charles T. Paglialunga
                 WA Bar No. 23028
                 CA Bar No. 296106
                 **PAGLIALUNGA & HARRIS, PS**
                 4660 La Jolla Village Dr., Ste. 100
                 San Diego, CA 92122
                 Tel: (888) 604-3438
                 Fax: (888) 411-0826
                 chuck@phlawfirm.com

                 *Attorney for Plaintiff(s)*