IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| TERRANCE CARRINGTON, an individual,<br>　　　　Plaintiff<br>v.<br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>　　　　Defendants | Civil Action No. 2:17-cv-04338-PHX-DGC |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Terrance Carrington, by and through the undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:17-cv-04338-DGC. This dismissal does not affect case number 2:17-cv-02080-DGC, which shall remain in suit.

Dated this 8th day of January, 2018.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　　Ben C. Martin, Bar No. 13052400
　　　　　　　　　　　　　　　　　　　Thomas Wm. Arbon, Bar No. 01284275
　　　　　　　　　　　　　　　　　　　**The Law Office of Ben C. Martin**
　　　　　　　　　　　　　　　　　　　3710 Rawlins Street, Suite 1230
　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　Telephone: (214) 761-6614
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 744-7590
　　　　　　　　　　　　　　　　　　　bmartin@bencmartin.com
　　　　　　　　　　　　　　　　　　　tarbon@bencmartin.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was also served via Email to the following:

Richard B. North, Jr.
richard.north@nelsonmullins.com
Matthew B. Lerner
matthew.lerner@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

                                           */s/ Ben C. Martin*
                                           Ben C. Martin