IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.  2:15-MD-02641-DGC

This Document Relates to:

  VINCENT ANGELINA

Civil Case # 2:16-cv-04467-DGC

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs VINCENT ANGELINA and Defendants C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 8th day of January 2018.

Respectfully submitted,

/s/ *Robert Luke*
Robert Luke, TX Bar #00789463
THE LUKE LAW FIRM
1201 Shepherd Drive
Houston, TX 77007
(713) 457-6300 – telephone (713) 621-5900 – facsimile

/s/ *Daniel Barton*
Daniel Barton, TX Bar #00789774
BARTON LAW FIRM
1201 Shepherd Drive Houston, TX 77007(713) 457-6300 – telephone (713) 621-5900 – facsimile

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was also served via Email to the following:

Richard B. North, Jr.
richard.north@nelsonmullins.com
Matthew B. Lerner
matthew.lerner@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363


／s／ *Robert Luke*
Robert Luke