IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No.  2:15-MD-02641-DGC
_____

This Document Relates to:

    VINCENT ANGELINA

Civil Case # 2:16-cv-04467-DGC

_____

## **ORDER**

    Considering the parties' Stipulation of Dismissal Without Prejudice of Vincent Angelina,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Vincent Angelina against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-04467) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Signed this _____ day of January, 2018.


_____
Honorable David G. Campbell
United States District Court Judge