# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Case No.: CV-18-00057-PHX-DGC | **NOTICE OF APPERANCE** |
| **RAQUEL CHARLEMAGNE AND ANTHONY CHARLEMAGNE**<br><br> PLAINTIFFS<br><br>VS.<br><br>**C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>DEFENDANTS | |

    The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Racquel and Anthony Charlemagne in this case.

Dated: January 8, 2018

    Respectfully submitted,

_____
Charles T. Paglialunga
WA Bar No. 23028
CA Bar No. 296106
**PAGLIALUNGA & HARRIS, PS**
4660 La Jolla Village Dr., Ste. 100
San Diego, CA 92122
Tel: (888) 604-3438
Fax: (888) 411-0826
chuck@phlawfirm.com

*Attorney for Plaintiff(s)*