# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Master File No. MD-15-02641-PHX-DGC<br>MDL 2641 |
| **THIS DOCUMENT RELATES ONLY TO:**<br><br>*Paul Cannon v. C.R. Bard, Inc., et al*<br>**Case. No.: 2:17-cv-04094-DGC** | **DAVID G. CAMPBELL**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Paul Cannon, by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, gives notice of his dismissal without prejudice of all claims against defendants in this action with each party to bear their own costs.

Dated: January 10, 2018.

                                              By: /s/ Joseph A. Osborne
                                                      JOSEPH A. OSBORNE, ESQ.
                                                      Florida Bar No. 880043

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>Osborne & Associates Law Firm, P.A.
>433 Plaza Real, Suite 271
>Boca Raton, FL 33432
>(561) 293-2600
>(561) 923-8100 - facsimile
>josborne@oa-lawfirm.com
>tcoe@oa-lawfirm.com
>rbell@oa-lawfirm.com

>By: /s/ Joseph A. Osborne
>    JOSEPH A. OSBORNE, ESQ.
>    Florida Bar No. 880043