# IUNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL 15-2641-PHX DGC<br><br>**ORDER** |
| This Document Relates to Plaintiff:<br>Vincent Angelina v. C.R. Bard Incorporated, et al.,<br>Civil Case No.: CV16-4467-PHX DGC | |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties.   Doc. 9539.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Vincent Angelina against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX DGC (Member Case CV16-4467-PHX DGC) are dismissed in their entirety without prejudice, and each party shall bear its own costs.

Dated this 11th day of January, 2018.

_____
David G. Campbell
United States District Judge