Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641 -DGC |
| This Document Relates to: Blase Brennan, as Personal Representative of the Estate of Bonita Jean Wilde Civil Case No.: 2:17-cv-01525-DGC | **AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Blase Brennan, as Personal Representative of the Estate of Bonita Jean Wilde

_____

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Not applicable_____

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Blase Brennan, as Personal Representative of the Estate of Bonita Jean Wilde

_____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Texas_____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas_____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Iowa_____

7.    District Court and Division in which venue would be proper absent direct filing:

Southern District of Iowa, Council Bluffs Division; or Northern District of Texas, Dallas Division_____

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☑ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

On or about August 20, 2007 _____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability – Manufacturing Defect

☑ Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:    Strict Products Liability – Design Defect

☑ Count IV:     Negligence – Design

☑ Count V:      Negligence – Manufacture

☑ Count VI:     Negligence – Failure to Recall/Retrofit

☑ Count VII:    Negligence – Failure to Warn

☑   Count VIII:   Negligent Misrepresentation

☑   Count IX:   Negligence *Per Se*

☑   Count X:   Breach of Express Warranty

☑   Count XI:   Breach of Implied Warranty

☑   Count XII:   Fraudulent Misrepresentation

☑   Count XIII:   Fraudulent Concealment

☑   Count XIV:   Violations of Texas or Iowa Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:   Loss of Consortium

☐   Count XVI:   Wrongful Death

☑   Count XVII:   Survival

☑   Punitive Damages

☐   Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑   Yes

-4-

1          ☐          No

2          RESPECTFULLY SUBMITTED this 11th day of January, 2018

3                                              **LOPEZ McHUGH LLP**

4                                              By:/s/*Matthew R. Lopez*
                                                    Ramon Rossi Lopez (CA Bar No. 86361)
5                                                     (admitted *pro hac vice*)
                                                    Matthew Ramon Lopez (CA Bar No. 263134)
6                                                     (admitted *pro hac vice*)
                                                    100 Bayview Circle, Suite 5600
7                                                    Newport Beach, California 92660

8                                              *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22