# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641 PHX DGC |
| This Document Relates to: | **ORDER** |
| Denise Smith, on behalf of the Estate of Ronald Smith<br>Civil Action No.: CV16-3807-PHX DGC | |

Pending before the Court is Plaintiff's motion to substitute party. Doc. 9406.

**IT IS ORDERED** that the Unopposed Motion to Substitute Party and for Leave to File Amended Short Form Complaint (Doc. 9406) is **granted.** Denise Smith shall be substituted as Plaintiff on behalf of the Estate of Ronald Smith. Plaintiff shall file her First Amended Short Form Complaint on or before **January 17, 2018**.

Dated this 11th day of January, 2018.

_____
David G. Campbell
United States District Judge