IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE:  BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Pertains to:**<br><br>Case No.: 2:15-cv-02308-DGC | Case No. MD-15-02641-PHX-DGC |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COME NOW the Plaintiff in the above referenced action and move that David P. Matthews, and the firm of MATTHEWS & ASSOCIATES, and Richard M. Freese, Calle M. Mendenhall and the firm of FREESE & GOSS, PLLC, be substituted as counsel of record; and, in conjunction therewith, that Julia Reed Zaic, and the firm of HEAVISIDE REED ZAIC be withdrawn as counsel of records in this action. The above referenced Plaintiff as well as the attorneys of MATTHEWS & ASSOCIATES, FREESE & GOSS, PLLC and HEAVISIDE REED ZAIC consent to the proposed substitution and withdrawal.

| **MATTHEWS & ASSOCIATES** | **FREESE & GOSS, PLLC** |
|---|---|
| */s/ David. P. Matthews*<br>David P. Matthews<br>2905 Sackett St.<br>Houston, TX 77098<br>Tel. (713) 522-5250<br>Fax (713) 535-7184<br>matthewsivc@thematthewslawfirm.com<br>dmatthews@thematthewslawfirm.com<br><br>*Attorneys for Plaintiff* | */s/ Richard M. Freese*<br>Richard M. Freese,<br>Calle M. Mendenhall<br>1901 6th Ave. N, Ste. 3120<br>Birmingham, AL 35203<br>Tel. (205) 871-4144<br>Fax (205) 871-4104<br>rich@freeseandgoss.com<br>calle@freeseandgoss.com<br><br>*Attorneys for Plaintiff* |

**HEAVISIDE REED ZAIC**

*/s/ Julia Reed Zaic*
Julia Reed Zaic
312 Broadway St., Ste. 203
Laguna Beach, CA 92651
Tel. (949)715-5120
Julia@hrzlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 11th day of January, 2018.

      */s/ David P. Matthews*