IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE:  BARD IVC FILTERS**<br>**PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Pertains to:**<br>Case No.: 2:15-cv-02308-DGC | Case No. MD-15-02641-PHX-DGC |

## ORDER

Plaintiff's Motion to Withdraw and Substitute Counsel is granted.

**IT IS HEREBY ORDERED** that Julia Reed Zaic and the firm of HEAVISIDE REED ZAIC are hereby withdrawn as counsel of record in this action and David P. Matthews and the firm of MATTHEWS & ASSOCIATES, and Richard M. Freese and Calle M. Mendenhall of the firm of FREESE & GOSS, PLLC, are hereby substituted as the above captioned Plaintiff's counsel of record.

DATED this _____ day of January, 2018.

David G. Campbell,
United States District Judge