# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | Case No. MDL-15-02641-PHX-DGC |
| **This Document Pertains to:** | **ORDER** |
| Joanna Darwactor v. C.R. Bard, et al. Case No.: CV15-2308-PHX DGC | |

Pending before the Court is Plaintiff's Motion to Withdraw and Substitute Counsel.  Doc. 9619.

**IT IS HEREBY ORDERED** that Plaintiff's motion to withdraw and substitute counsel (Doc. 9619) is **granted.**  Julia Reed Zaic and the firm of HEAVISIDE REED ZAIC are hereby withdrawn as counsel of record in this action and David P. Matthews and the firm of MATTHEWS & ASSOCIATES, and Richard M. Freese and Calle M. Mendenhall of the firm of FREESE & GOSS, PLLC, are hereby substituted as the above captioned Plaintiff's counsel of record.

Dated this 12th day of January, 2018.

_____
David G. Campbell
United States District Judge