Charles G. Wright, Jr. – wrightandwoodward@gmail.com
(Tennessee Bar Number 0915; admitted pro hac vice)
River City Legal Group, PLLC
3116 Brainerd Road, Suite A
Chattanooga, Tennessee 37411
423-493-1926
*Counsel for Plaintiff Sharon McWhorter*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re Bard IVC Filters Products Liability Litigation** ) ) ) ) ) ) ) | **No. MD-15-02641-PHX-DGC**<br><br>(Assigned to the Honorable David G. Campbell) |

## PLAINTIFF SHARON MCWHORTER'S CONSENT MOTION TO DISMISS

Plaintiff, Sharon McWhorter, moves to dismiss this action with prejudice, pursuant to FRCP 41(a)(1), with the consent of Defendant, and states as follows:

1. Plaintiff does not wish to further prosecute this action.

2. Defendant, C.R. Bard, Inc., consents to dismissal of this action with prejudice.

3. Given the agreement of all parties to dismiss this action with prejudice, dismissal of this action serves the interest of judicial economy in avoiding the unnecessary expenditure of this Court's resources.

For the reasons set forth above, the Court should grant Plaintiff's Consent Motion To Dismiss

With Prejudice.

RESPECTFULLY submitted this 12th day January, 2018.


CHARLES G. WRIGHT, JR.
TN Bar No.: 0915; admitted pro hac vice
*Attorney for Plaintiff, Sharon McWhorter*
3116 Brainerd Road, Suite A
Chattanooga, TN  37411
(423) 493-1926


RICHARD B. NORTH, JR., ESQUIRE
*Attorney for C.R. Bard, Inc.*
Nelson Mullins Riley & Scarborough LLP
Atlantic Station/201 17th St NW, Suite 1700
Atlanta, GA 30363
(404) 322-6282

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECG system, which will send a notification of such filing to all counsel of record.

CHARLES G. WRIGHT, JR.