UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>(Assigned to the Honorable David G. Campbell) |

## CONSENT ORDER

It appearing to the Court that Plaintiff, Sharon McWhorter, and Defendant, C.V. Bard, have entered into a Consent Motion to Dismiss from this action, with prejudice, pursuant to FRCP 41(a)(1); and, the Court having duly considered said Consent Motion to Dismiss:

IT IS HEREBY CONSIDERED, ORDERED AND ADJUDGED that said Consent Motion to Dismiss from this action with prejudice is hereby GRANTED.

SO ORDERED, this _____ day of _____, 20__.

_____
JUDGE DAVID G. CAMPBELL

**APPROVED:**

*(signature)*
CHARLES G. WRIGHT, JR.
TN Bar No.: 0915; admitted pro hac vice
*Attorney for Plaintiff, Sharon McWhorter*
3116 Brainerd Road, Suite A
Chattanooga, TN 37411
(423) 493-1926


*(signature: Richard B. North, Jr. by Charles Wright with permission)*
RICHARD B. NORTH, JR., ESQUIRE
*Attorney for C.R. Bard, Inc.;* admitted pro hac vice
Nelson Mullins Riley & Scarborough LLP
Atlantic Station/201 17th St NW, Suite 1700
Atlanta, GA 30363
(404) 322-6282

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECG system, which will send a notification of such filing to all counsel of record.

_____
CHARLES G. WRIGHT, JR.