**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Eleza Michaels,                                                   )
                                                                 )
                          Plaintiff,                             )          MDL Case No. 2:15-md-02641-DGC
                                                                 )
                          v.                                      )          Civil Action No.  CV-17-04657-PHX-DGC
                                                                 )
Bard Peripheral Vascular, Inc. and C. R.                         )
Bard, Inc., et al.,                                              )
                                                                 )
                          Defendant.                             )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

         Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>January 12, 2018 </u>                          <u>/s/ Richard B. North, Jr.                                   </u>
                                                        *Attorney's signature*

                                                        <u>Richard B. North, Jr. (Ga. Bar No. 545599)          </u>
                                                        *Printed name and bar number*

                                                        Nelson Mullins Riley & Scarborough, LLP
                                                        <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                                        *Address*

                                                        <u>richard.north@nelsonmullins.com                        </u>
                                                        *E-mail Address*

                                                        <u>(404) 322-6000                                         </u>
                                                        *Telephone number*

                                                        <u>(404) 322-6050                                         </u>
                                                        *FAX number*