IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC<br><br>**ORDER** |

Pending before the Court are numerous motions to seal.

**IT IS ORDERED:**

1. The second amended motion to seal (Doc. 7355) is **granted.** If unredacted documents represented by redacted Docs. 7330, 7331, 7332, 7333, 7340, 7343, 7345 have not been filed under seal on the Court's docket, counsel shall file these unredacted documents under seal on the Court's docket.

2. Motions to seal (Doc. 7851, 7949, 7951, 8123, 8184, 8232, 8444) are **granted**.

3. The Clerk of Court is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 7371, 7815, 7816, 7817, 7818, 7819, 7820, 7821, 7822, 7823, 7824, 7825, 7826, 7950, 7952, 7953, 7954, 7955, 7956, 7957, 7958, 7959, 7960, 7961, 7962, 7963, 7964, 7965, 7966, 7967, 7968, 7969, 7970, 7971, 7972, 7973, 7974, 7975, 8009, 8186, 8233.

4. Plaintiffs' notice of lodging exhibits (Doc. 8860) is received and accepted. The Clerk of Court is directed to accept for filing under seal the document lodged on the Court's docket as Doc. 8861.

Dated this 17th day of January, 2018.

_____
David G. Campbell
United States District Judge