# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| This Document Relates to Plaintiff: EVAN HULICK Civil Case No.: 2:17-cv-03178-DGC | |

## REQUEST FOR REMOVAL FROM SERVICE LIST AND WITHDRAWAL OF APPEARANCE

TO:  Clerk of the Court and all parties of record

PLEASE TAKE NOTICE that Kira S. Dabby, Esquire, of the firm of Archer & Greiner, A Professional Corporation, hereby withdraws her appearance for Defendant HERAEUS MEDICAL COMPONENTS, LLC, improperly named as Defendant NEOMETRICS, INC. in Civil Action No. 2:15-md-02641-DGC (Member Case 2:17-cv-03178-DGC), and requests that she be removed from the master service list, and that no further notices, pleadings or other documents, including, but not being limited to all ECF Notices, be served upon her on behalf of Defendant HERAEUS MEDICAL COMPONENTS, LLC, improperly named as Defendant NEOMETRICS, INC. pursuant to the Amended Ordered dismissing Plaintiff Evan Hulick's complaint against said Defendant, which was entered by this Court on December 15, 2017 (Dkt. Entry No. 9399).

Dated:  January 17, 2018

By:   /s/ Kira S. Dabby
      Kira S. Dabby (No. KD0902)
      ARCHER & GREINER
      A Professional Corporation

                                                  Riverview Plaza
10 State Route 35
Red Bank, New Jersey 07701
732.268.8000 (phone)
732.345.8420 (fax)
E-mail:  kdabby@archerlaw.com
*Attorneys for Heraeus Medical Components, LLC, improperly pleaded as, Neometrics, Inc.*

213796977v2