**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2641 |
| THIS DOCUMENT RELATES TO: | |
| BRUCE REYNOLDS and DOVEY MCWHORTER, | JUDGE: DAVID G. CAMPBELL |
| Plaintiffs, | |
| v. | NOTICE AND SUGGESTION OF DEATH |
| C.R. BARD, Inc.; and BARD PERIPHERAL VASCULAR, Inc. | Case No. 2:17-cv-02354 |
| Defendants. | |

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, Bruce Reynolds, on or about September 12, 2017. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Dovey McWhorter, who is the surviving spouse and successor in interest of the Estate of Bruce Reynolds.

Respectfully submitted, this the 17th day of January, 2018.

                **THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*_____
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 17th day of January, 2018.

        **THE WILSHIRE LAW FIRM**

        By: */s/ Bobby Saadian*
        Bobby Saadian, Esq.
        CA Bar 250377
        3055 Wilshire Blvd. 12th Floor,
        Los Angeles, CA 90010
        Phone: (213)381-9988
        Fax: (213)381-9989
        Email: masstorts@wilshirelawfirm.com
        ***Attorney for Plaintiffs***