**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL No. 2641

THIS DOCUMENT RELATES TO:

BRUCE REYNOLDS and DOVEY
MCWHORTER,

JUDGE:  DAVID G. CAMPBELL

     Plaintiffs,

[PROPOSED] ORDER

     v.

Case No. 2:17-cv-02354

C.R. BARD, Inc.; and
BARD PERIPHERAL VASCULAR, Inc.

     Defendants.

**[PROPOSED] ORDER**

The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Dovey McWhorter, as surviving spouse and successor in interest of the estate of Bruce Reynolds, is substituted for Bruce Reynolds in the above captioned case.

ENTERED: January ___, 2018

 

David G. Campbell
United States District Judge
District of Arizona