Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. 2:15-MD-02641-DGC |
| Alethia Jones, | Civil Action No.: 2:18-CV-00165-DGC |
| Plaintiff, | **NOTICE OF FILING OF AMENDED COMPLAINT** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff, Alethia Jones files this notice of filing of Plaintiff's Amended Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED this 18th day of January, 2018.

By:   /s/ Willard J. Moody, Jr.
Willard J. Moody, Jr. Esq.
Jonathan Hogins, Esq.
THE MOODY LAW FIRM, INC.
500 Crawford St. Ste. 200
P.O. Box 1138
Portsmouth, VA 23705
(757) 393-6020
(757) 399-3019 facsimile
will@moodyrrlaw.com

Revised: 12/17/2012

2

Certificate of Service

I hereby certify that on this 18th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Willard J. Moody, Jr.