Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC <br><br> **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Alethia Jones

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

Revised: 12/17/2012

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   In the United States District Court for the Northern District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Paragraphs 1 through 14 of the Master Complaint

<u>A substantial portion of the events leading to Plaintiff's injuries arose in Texas making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery ®Vena Cava Filter
- ☐ G2 ®Vena Cava Filter
- ☐ G2® Express (G2X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☒ ~~Denali® Vena Cava Filter~~
- ☐ S. Other:

11. Date of Implantation as to each Product

    11/16/2010

12. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I: Strict Products Liability-Manufacturing Defect

    ☒ Count II: Strict Products Liability-Information Defect (Failure to Warn)

    ☒ Count III: Strict Products Liability-Design Defect

    ☒ Count IV: Negligence- Design

    ☒ Count V: Negligence-Manufacture

    ☒ Count VI: Negligence-Failure to Revall/Retrofit

    ☒ Count VII: Negligent Misrepresentation

    ☒ Count VIII: Negligent *Per Se*

    ☒ Count X:     Breach of Express Warranty

    ☒ Count XI:    Breach of Implied Warranty

    ☒ Count XII:   Fraudulent Misrepresentation

    ☒ Count XIII:  Fraudulent Concealment

    ☒ Count XIV: Violations of Applicable Texas Law

       Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count XV: Loss of Consortium

    ☐ Count XVI: Wrongful Death

    ☐ Count XVII: Survival

    ☒ Punitive Damages

|   |   |
|---|---|
| Date: <u>January 17, 2018</u> | By:   <u>/s/ Willard J. Moody, Jr.</u><br>Willard J. Moody, Jr. Esq.<br>Jonathan Hogins, Esq.<br>THE MOODY LAW FIRM, INC.<br>500 Crawford St. Ste. 200<br>P.O. Box 1138<br>Portsmouth, VA 23705<br>(757) 393-6020<br>(757) 399-3019 facsimile<br>will@moodyrrlaw.com |