Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **No. MD-15-02641-PHX-DGC** |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference.  Plaintiff(s) further show the court as follows:

1.      Plaintiff/Deceased Party:

         Alethia Jones

2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

         N/A

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

         N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

<u>Texas</u>

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Texas</u>

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>Texas</u>

7.    District Court and Division in which venue would be proper absent direct filing:

<u>In the United States District Court for the Northern District of Texas</u>

8.    Defendants (Check Defendants against whom Complaint is made):

☒    C.R. Bard Inc.

☒    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction

☒    Diversity of Citizenship

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

<u>Paragraphs 1 through 14 of the Master Complaint</u>

<u>A substantial portion of the events leading to Plaintiff's injuries arose in Texas making venue proper.</u>

10.    Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐    Recovery ®Vena Cava Filter
- ☐    G2 ®Vena Cava Filter
- ☐    G2® Express (G2X) Vena Cava Filter
- ☒    Eclipse® Vena Cava Filter
- ☐    Meridian® Vena Cava Filter
- ☐    Denali® Vena Cava Filter
- ☐    S.  Other:

11.     Date of Implantation as to each Product

        <u>11/16/2010</u>

12.     Counts in the Master Complaint brought by Plaintiff(s)

☒     Count I: Strict Products Liability-Manufacturing Defect

☒     Count II: Strict Products Liability-Information Defect (Failure to Warn)

☒     Count III: Strict Products Liability-Design Defect

☒     Count IV: Negligence- Design

☒     Count V: Negligence-Manufacture

☒     Count VI: Negligence-Failure to Revall/Retrofit

☒     Count VII: Negligent Misrepresentation

☒     Count VIII: Negligent *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:    Breach of Implied Warranty

☒     Count XII:   Fraudulent Misrepresentation

☒     Count XIII:  Fraudulent Concealment

☒     Count XIV: Violations of Applicable Texas Law

        Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV: Loss of Consortium

☐      Count XVI: Wrongful Death

☐     Count XVII: Survival

☒      Punitive Damages

Date: <u>January 18, 2018</u>   By: <u>/s/ Willard J. Moody, Jr.</u>
               Willard J. Moody, Jr. Esq.
               Jonathan Hogins, Esq.
               THE MOODY LAW FIRM, INC.
               500 Crawford St. Ste. 200
               P.O. Box 1138
               Portsmouth, VA 23705
               (757) 393-6020
               (757) 399-3019 facsimile
               will@moodyrrlaw.com