# IUNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL 15-2641-PHX DGC |
| | **ORDER** |
| This Document Relates to Plaintiff: Evan Hulick v. C.R. Bard Incorporated, et al., Civil Case No.: CV17-3178-PHX DGC | |

Pending before the Court is Plaintiff's counsel's motion for removal from service list. Doc. 9693.

**IT IS ORDERED** that Plaintiff's counsel's motion for removal from service list (Doc. 9693) is **granted.** The Clerk of Court is directed to remove attorney Kira S. Dabby and the law firm of Archer & Greiner from the service list in this case.

Dated this 18th day of January, 2018.

_____
David G. Campbell
United States District Judge