IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS            No. 2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to:

LINCOLN KOSA

Civil Case No. 2:17-cv-1511-PHX-DGC

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **NOTICE OF VOLUNTARY DISMISSAL**

NOW INTO COURT comes Plaintiff Lincoln Kosa, through undersigned counsel, to file this Notice of Dismissal in the above-captioned matter. Plaintiff's Amended Complaint was filed on May 18, 2017, and Defendants C.R. Bard and Bard Peripheral Vascular, Inc. were served through counsel on the same date. The Defendants have not served an answer to the complaint, nor has it served a motion for summary judgment on the same. The Plaintiff files this notice of dismissal with the intention of dismissing the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice to refiling.

RESPECTFULLY SUBMITTED this 18th day of January, 2018.

                                                                  MURRAY LAW FIRM

                                                                  /s/ *Stephen B. Murray, Jr.*
                                                                  Stephen B. Murray, Jr. (LA Bar No. 23877)
                                                                  650 Poydras Street, Suite 2150
                                                                  New Orleans, Louisiana 70130
                                                                  (504) 525-8100
                                                                  smurrayjr@murray-lawfirm.com
                                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/*s/Stephen B. Murray, Jr.*
Stephen B. Murray, Jr.