UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re Bard IVC Filters Products Liability Litigation** | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff: SHARON MCWHORTER Civil Case No.: CV17-1101-PHX DGC | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

TO: Clerk of the Court and all parties of record

PLEASE TAKE NOTICE that Charles G. Wright, Jr., Esquire, of the firm River City Legal Group, hereby requests to be removed from the master service list, and that no further notices, pleadings or other documents, including, but not limited to all ECF Notices, be served upon him on behalf of Plaintiff SHARON MCWHORTER, pursuant to Order dismissing with prejudice Plaintiff Sharon McWhorter's complaint against Defendant C.V. Bard, which was entered by this Court on January 11, 2018.

RESPECTFULLY submitted this 18th day January, 2018.

_____
CHARLES G. WRIGHT, JR.
TN Bar No.: 0915; admitted pro hac vice
*Attorney for Plaintiff, Sharon McWhorter*
3116 Brainerd Road, Suite A
Chattanooga, TN  37411
(423) 493-1926
(423) 493-2142