AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Jill Obiala )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:18-cv-00163-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jill Obiala                                                                                                                    .

Date:   01/19/2018                                              /s/ Jennifer Williams
                                                                              *Attorney's signature*

                                                   Jennifer Williams; Texas Bar No. 24007755
                                                              *Printed name and bar number*

                                                             Jackson Allen & Williams, LLP
                                                                    3838 Oak Lawn Avenue
                                                                           Suite 1100
                                                                     Dallas, Texas  75219
                                                                              *Address*

                                                          jwilliams@jacksonallenfirm.com
                                                                         *E-mail address*

                                                                       (214) 521-2300
                                                                     *Telephone number*

                                                                       (214) 452-5637
                                                                         *FAX number*