UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Michele Deutsch,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　Plaintiff,　　　　　　　　　) | MDL Case No. 2:15-md-02641-DGC |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　v.　　　　　　　　　　　　　) | Civil Action No.  CV-17-04353-PHX-DGC |
| 　　　　　　　　　　　　　　　　　　　) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al.,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　Defendant. | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　　Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>January 12, 2018</u>　　　　　　　　　<u>/s/ Richard B. North, Jr.　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　　　　<u>Richard B. North, Jr. (Ga. Bar No. 545599)　</u>
　　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　　　　　　　　<u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　　<u>richard.north@nelsonmullins.com　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　*E-mail Address*

　　　　　　　　　　　　　　　　　　　　　　　<u>(404) 322-6000　　　　　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　　　　<u>(404 322-6050　　　　　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　*FAX number*