UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No.: 2:15-MD-02641-DGC

This Document Relates to:

 CLIFFORD GETER

Case No.: 15-cv-01726-DGC

**NOTICE OF WITHDRAWAL OF COUNSEL RICHARD A. FREESE
AND FREESE & GOSS, PLLC AS ATTORNEYS OF RECORD**

 COMES NOW Richard A. Freese of Freese & Goss and gives notice of withdrawal as counsel for Plaintiff Clifford Geter. Attorney Joseph R. Johnson of Babbitt & Johnson, P.A. has filed a Notice of Appearance in this action and will remain as counsel of record.

Dated: January 22, 2018

/s/ *Richard A. Freese*
Richard A. Freese
FREESE & GOSS, PLLC
1901 6th Avenue North, Suite 3120
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104
E-Mail: rich@freeseandgoss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/_Richard A. Freese_____