# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This Order relates to case: | **ORDER** |
| Bruce Reynolds and Dovey McWhorter v. Bard Peripheral Vascular, Inc. | |
| Case No. CV17-2354 PHX DGC | |

Pending before the Court is Plaintiff Bruce Reynolds' motion to substitute. Doc. 9698. Counsel for Plaintiff Bruce Reynolds filed a notice of suggestion of death on January 17, 2018.

**IT IS ORDERED** that Plaintiff's motion to substitute (Doc. 9698) is **granted.** Dovey McWhorter shall be substituted for Bruce Reynolds in Case No. CV17-2354 PHX DGC.

Dated this 24th day of January, 2018.

_____
David G. Campbell
United States District Judge