## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

WALTER LANG
Case No. 2:17-cv-03594-DGC

MDL Case No. 2:15-md-02641-DGC

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Walter Lang and/or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, C.R. Card, Inc., and Bard Peripheral Vascular, Inc.

Date: January 25, 2018

MARC J. BERN & PARTNERS LLP

By: /s/ Debra J. Humphrey            .
Debra J. Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
(212) 702-5000
dhumphrey@bernllp.com
*Attorneys for Plaintiff(s)*