| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME Mark O'Connor | 2. PHONE NUMBER 602 530-8377 | | 3. DATE 1/24//2018 |
| 4. FIRM NAME Gallagher & Kennedy, P.A. | | | |
| 5. MAILING ADDRESS 2575 E Camelback Rd Suite 1100 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
| 9. CASE NUMBER MDL 15-02641 PHX DGC | 10. JUDGE Judge Campbell | DATES OF PROCEEDINGS | |
| | | 11. 1/19/2018 | 12. |
| 13. CASE NAME Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS | | |
| | 14. Phoenix | 15. STATE AZ | |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Status Conference | 12/15/2017 |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| 7 DAYS | [ ] | [x] | | [x] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Mark O'Connor

20. DATE 1/24/2018

E-MAIL ADDRESS
mark.oconnor@gknet.com

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY