Case 2:15-md-02641-DGC   Document 9821   Filed 01/25/18   Page 1 of 1

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* | ) ) ) ) ) | Case No. |
| v. |  |  |
| _____ *Defendant* |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                          _____
                                                                    *Attorney's signature*

                                                                    _____
                                                                    *Printed name and bar number*

                                                                    _____
                                                                    *Address*

                                                                    _____
                                                                    *E-mail address*

                                                                    _____
                                                                    *Telephone number*

                                                                    _____
                                                                    *FAX number*