IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **ORDER** |
| SHERR-UNA BOOKER, an individual, | |
| Plaintiff, | |
| v. | |
| C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, | |
| Defendants. | |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Bifurcate Trial and Memorandum of Law in Support, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 42(b) and to avoid prejudice, the trial of this case will be conducted in two phases: determining liability, compensatory damages, and whether punitive damages should be awarded in the first phase of trial and, if necessary, determining the amount of punitive damages in the second phase following the procedure set out in Georgia's state statute on punitive damages O.C.G.A. § 51-12-5.1(d).