IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) CV-18-269-PHX-DGC ) ) ADAM WORNICA, )         Plaintiff, ) ) v. ) ) C. R. BARD, INC., et al., ) )         Defendants. ) | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Adam Wornica.

Dated: 1/26/2018                             Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**

>4740 Grand Ave., Suite 300
>Kansas City, MO 64112
>(816) 701-1100
>(816) 531-2372 (fax)
>ddegreeff@wcllp.com
>
>***Attorneys for Plaintiff***

I hereby certify that on this 26th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>/s/ David C. DeGreeff