**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-md-2641-DGC |

**NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINT**

Pursuant to Fed. R. Civ. P. 15, Plaintiff, Clifford Jones, hereby files its Amended Master Short Form Complaint for the following reasons:

1. See section 10, Defendant's Bard filter product ID changed to Meridian® Vena Cava Filter.

2. See Section 11, date of implantation changed to November 20, 2012.

RESPECTFULLY SUBMITTED this 26th day of January 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place 60
East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000
*Attorneys for Plaintiff(s)*