# Exhibit A

# Examples of "Substantially Equivalent" Products

## Predicate Device

## New Device





**Vena Tech LGM (B. Braun Medical)**

**Simon Nitinol Filter (NMT, Inc.)**

Source: Simon Nitinol Filter 510(k) submission (K894703),
submitted  July 25, 1989, and cleared by FDA on April 20, 1990.

# Examples of "Substantially Equivalent" Products

## Predicate Device

## New Device





## Mobin-Uddin Umbrella (Edwards)

## Simon Nitinol Filter (NMT, Inc.)

Source: Simon Nitinol Filter 510(k) submission (K894703), submitted July 25, 1989, and cleared by FDA on April 20, 1990.

# Examples of "Substantially Equivalent" Products

## Predicate Device

## New Device





## Simon Nitinol Filter (NMT, Inc.)

## TrapEase Filter (Cordis Corp.)

Source: Cordis Corp. TrapEase Filter 510(k) Summary, dated July 7, 2000.

# Examples of "Substantially Equivalent" Products

## Predicate Device

## New Device





**Greenfield Filter (BSC)**

**Recovery® Filter (C. R. Bard, Inc.)**

Source: Recovery® Filter 510(k) Summary (K022236).

# Recovery® v. G2®



**Recovery®**                                    **G2®**

➤ Leg span increased from 32mm to 40mm (increase of 25%)

# Recovery® v. G2®



**Recovery®**               **G2®**

➢ Hooks thickened by 24% (from 0.0085" to 0.0105")

# Recovery® v. G2®



**Recovery®**    **G2®**

➢ Increase in curvature of arm wires coming out of apex

# Recovery® v. G2®



**Recovery®**                    **G2®**

➢ Longer arms (by 50%)

➢ Curved arm ends