IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Support of Motion *in Limine* No. 1 to Exclude Evidence of Recovery® Filter Complications And Other Complications That Are Not Substantially Similar To The Incident At Issue, the Court hereby finds that the motion should be **GRANTED**.

**IT IS ORDERED** that any evidence, testimony, or argument regarding other incidents and complications involving other Bard IVC filters, including the Recovery® Filter, as described in Bard's motion, shall be excluded from trial in this case unless and until Plaintiffs prove, outside of the presence of the jury, that each other incident or complication is substantially similar to the alleged incident at issue in this case.