IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Support of Motion *in Limine* No. 2 to Exclude Irrelevant and Prejudicial Evidence Regarding the Development of the Recovery® Filter, the Court hereby finds that the motion should be **GRANTED**.

**IT IS ORDERED** that any evidence, testimony, or argument regarding the development of the Recovery® Filter, as described in Bard's motion, shall be excluded from trial in this case.