IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Support of Motion *in Limine* No. 3 to Exclude Evidence of FDA Warning Letter, the Court hereby finds that the motion should be **GRANTED**.

    **IT IS ORDERED** that any evidence, testimony, or argument regarding the July 13, 2015 FDA Warning Letter issued to Bard, as described in Bard's motion, shall be excluded from trial in this case.