1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **ORDER** |

12    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,

13  Inc.'s (collectively, "Bard") Motion and Memorandum in Support of Motion *in Limine* No. 4

14  to Exclude Testimony and Evidence Regarding Photograph of Bard Employee Mike Randall,

15  the Court hereby finds that the motion should be **GRANTED**.

16    **IT IS ORDERED** that any evidence, testimony, or argument regarding the picture of

17  Mr. Mike Randall giving the finger as described in Bard's motion shall be excluded from trial

18  in this case.

19
20
21
22
23
24
25
26
27
28