UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual, Plaintiff, v. C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, Defendants. | **ORDER** |

Upon consideration of Plaintiff's Motion *In Limine* #2 and Memorandum In Support to Exclude Evidence of Alleged Benevolent Activities, the Court hereby GRANTS the motion.