# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
 2         BEFORE THE HONORABLE ROBERT C. JONES, DISTRICT JUDGE
                               ---o0o---
 3

 4    KEVIN PHILLIPS, an              :
      individual,                     :
 5                                    :
                   Plaintiff,         : No. 3:12-CV-344-RCJ-WGC
 6                                    :
           -vs-                       : January 26, 2015
 7                                    :
      C.R. BARD, INC., a foreign      : Reno, Nevada
 8    corporation, et al.,            :
                                      :
 9             Defendants.            :
      _____:
10

11                  TRANSCRIPT OF OPENING STATEMENTS

12

13    APPEARANCES:

14    FOR THE PLAINTIFF:        RAMON R. LOPEZ and TROY A. BRENES
                                Attorneys at Law
15                              Newport Beach, California

16                              JULIA N. REED ZAIC
                                Attorney at Law
17                              Laguna Beach, California

18                              PETER C. WETHERALL
                                Attorney at Law
19                              Las Vegas, Nevada

20    FOR THE DEFENDANTS:       RICHARD B. NORTH, JR., and
                                MATTHEW B. LERNER
21                              Attorneys at Law
                                Atlanta, Georgia
22

23    Reported by:              Margaret E. Griener, CCR #3, FCRR
                                Official Reporter
24                              400 South Virginia Street
                                Reno, Nevada 89501
25    (Appearances continued on page 2.)
```

1 needed this filter and why the complications occurred.
2          And then I want to describe briefly the plaintiff's
3 burden.  As I said, they have the burden of proof, and the
4 elements they have to show, and what the evidence says as to
5 each of those elements.
6          And then I want to try to put several accusations
7 you just heard in context, not just the sound bite, and tell
8 you the whole story.
9          Who are the defendants?  C.R. Bard is a developer
10 and manufacturer of medical devices in various fields,
11 vascular, urology, oncology, surgical specialty, just to name
12 a few, biopsy products.
13          Bard Peripheral Vascular is located in Tempe, as I
14 said.  They developed the filters, they make some stints.
15 They are one of the leading manufacturers in the country of
16 breast cancer biopsy products to help doctors in their
17 diagnoses.
18          But Bard is not a corporate facility.  It is not
19 some huge, big building of profit takers as the plaintiff's
20 evidence and sound bites would have you think.
21          Bard is made up of men and women who have studied,
22 who are engineers, marketing specialists.
23          Janet Hudnall, who you will hear from, she was the
24 marketing director for this product for a period of time.
25 Even she, as a marketing person, had a degree in biology from