UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER** |

Upon consideration of Plaintiff's Motion *In Limine* #3 and Memorandum In Support to Exclude Descriptions of Filters as "Lifesaving" or "Life-Extending" Devices, the Court hereby GRANTS the motion.