IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Support of Motion *in Limine* No. 5 to Exclude Fact Evidence From Plaintiffs' Expert, Dr. Thomas Kinney, Regarding His Work For Bard As An IVC Filter Consultant And Expert Witness, the Court hereby finds that the motion should be **GRANTED**.

**IT IS ORDERED** that any evidence, testimony, or argument regarding that Plaintiffs' expert witness, Dr. Thomas Kinney, was an expert witness for Bard in two prior IVC filter cases and a paid consultant to Bard pertaining to the design, testing, and use of its IVC filters, as described in Bard's motion, shall be excluded from trial in this case.