UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER** |

Upon consideration of Plaintiff's Motion *In Limine* #4 and Memorandum In Support to Exclude Evidence That IVC Filters are the Gold Standard or Standard of Care Treatment, the Court hereby GRANTS the motion.