Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFF'S MOTION *IN LIMINE* #5 AND MEMORANDUM IN SUPPORT TO EXCLUDE REFERENCE TO FAILURE RATES, COMPLICATION RATES, PERCENTAGES AND COMPARATIVE ANALYSIS OF INJURIES BEYOND THOSE PRODUCED IN COMPLAINT FILES**<br><br>(The Honorable David G. Campbell)<br><br>(Oral Argument Requested) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO FAILURE RATES, COMPLICATION RATES, PERCENTAGES AND COMPARATIVE ANALYSIS OF INJURIES BEYOND THOSE PRODUCED IN COMPLAINT FILES**

Plaintiff moves *in limine* for a pretrial ruling to preclude at trial evidence and argument relating to failure rates, complication rates, percentages, or comparative analysis of any injuries that were not produced to Plaintiff during discovery.

**MEMORANDUM OF LAW**

To date, Bard has only produced to Plaintiff adverse event reports ("AERs") and Medical Device Reports ("MDRs") relating to the following injuries that are associated

with its retrievable filters: death, perforation, tilt, fracture, and migration, *i.e.*, injuries relevant to the litigation. In turn, Plaintiff has only been afforded the opportunity to review, evaluate, analyze, and derive relevant raw data from the AERs and MDRs related to the above listed injuries. Therefore, Defendants reference to any injuries, failure rates, complication rates, percentages, or comparative analyses of injuries that are outside the scope of Defendants production to Plaintiff will unfairly prejudice her case and ultimately confuse the jury. As such, Plaintiff respectfully requests that any testimony of injuries or failure rates of injuries not produced in AERs and MDRs to Plaintiff must be excluded from trial under Federal Rules of Evidence 402 and 403.

RESPECTFULLY SUBMITTED this 26th day of January, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/* Mark S. O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/* Gay Mennuti