1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

DISTRICT OF ARIZONA

9

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|

10
11

SHERR-UNA BOOKER, an individual,

12

Plaintiff,

13

v.

14
15

C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,

16

Defendants.

**ORDER**

17
18
19
20
21

     Upon consideration of Plaintiff's Motion *In Limine* #6 and Memorandum In Support to Exclude Argument or Evidence Regarding Fault of Non-Parties/"Empty Chair" Defense and "Standard Of Care" of Plaintiff's Healthcare Providers not Subject to Notice of Non-Party Fault, the Court hereby GRANTS the motion.

22
23
24
25
26
27
28