1  Ramon Rossi Lopez – rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF ARIZONA

11 | In Re Bard IVC Filters Products | No. MD-15-02641-PHX-DGC
   | Liability Litigation            |
12

13 | SHERR-UNA BOOKER, an individual, | **PLAINTIFF'S MOTION *IN LIMINE* #8**
                                       **AND MEMORANDUM IN SUPPORT**
14 |              Plaintiff,          | **TO EXCLUDE ANY REFERENCE TO**
                                       **THE ADVERSE IMPACT OF A**
15 | v.                               | **PLAINTIFF'S VERDICT AND TORT**
                                       **REFORM**
16 | C.R. BARD, INC., a New Jersey    |
   | corporation and BARD PERIPHERAL  | (The Honorable David G. Campbell)
17 | VASCULAR, an Arizona corporation,|
                                       | (Oral Argument Requested)
18 |              Defendants.         |

19

20   **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO
     EXCLUDE ANY REFERENCE TO THE ADVERSE IMPACT OF A
21   PLAINTIFF'S VERDICT AND TORT REFORM**

22        Plaintiff moves *in limine* for an Order precluding evidence and argument relating to

23   (1) the adverse impact of a plaintiff's verdict, and (2) Tort Reform or the perceived

24   "Litigation Crisis".

25                       **MEMORANDUM OF LAW**

26        **A.    Reference To Adverse Impact Of A Plaintiff's Verdict**

27        Bard must be precluded from arguing at trial that a verdict against it will have an

28   adverse impact on the medical community, impact future medical device research and/or

costs, research and development, and impact a juror's financial situation or ability to acquire medical care in the future. Such statements are clearly prejudicial and violate the long standing principle that a jury's verdict must be based solely on the legal evidence produced and entirely free from the taint of extraneous considerations and influences. Fed. R. Evid. 402, 403.

An adverse verdict in the instant case will not have any impact on Bard's capacity to continue doing business. It is speculative, at best, and a false statement, at worst, to argue that the medical community will be negatively impacted because Bard cannot absorb a verdict or that society will be affected by the publicity of a verdict. It is even more abstract for Bard to argue that a judgment for Plaintiff in this matter would indirectly harm public health, create a public health crisis, or that the cost of medical care for a juror would increase. Such arguments are political in nature, likely to cause undue prejudice, and must be excluded pursuant to Federal Rules of Evidence 401, 402 and 403.

**B.      Reference To Tort Reform Or The "Litigation Crisis"**

Tort Reform, perceived "Litigation Crisis" or lawyer-driven lawsuits have no relevance to the present case. The only plausible reason for Bard to mention these issues would be in an effort to inflame the passion of the jury. The probative value is non-existent as these politically charged and unfounded statements would result in severe prejudice to Plaintiff and ultimately mislead jurors from the facts of the case. Plaintiff respectfully requests that these statements be excluded from trial pursuant to Federal Rules of Evidence 401, 402 and 403.

RESPECTFULLY SUBMITED this 26th day of January, 2018.

GALLAGHER & KENNEDY, P.A

By: */s/ Mark S. O'Connor*
          Mark S. O'Connor
          2575 East Camelback Road
          Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*