# EXHIBIT A



Deposition of:
# Anne Roberts , M.D.

*July 7, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 78

1   A   Yeah.  Not so much now as I was some
2   time ago.  I still am on one of their committees,
3   but I haven't been as active in that -- I was much
4   more active earlier.
5   Q   And you're also a member of numerous
6   other professional societies in your C.V.; is that
7   right?
8   A   Yeah.
9   Q   To your knowledge, have any of the
10  societies that we've mentioned -- SIR, American
11  College of Radiology, Western Angiographic and
12  Interventional Society, Radiological Society of
13  North America, American Board of Radiology,
14  American Heart Association -- have any of those
15  organizations ever taken the position that Bard's
16  retrievable IVC filters carry more risks than
17  other IVC filters?
18       MR. JOHNSON:  Form.
19       THE WITNESS:  If -- you mean as a
20  society statement?
21  BY MR. BROWN:
22  Q   Correct.
23  A   Not to my knowledge.
24  Q   To your knowledge, have any of the other
25  professional societies of which you're a member of

Page 79

1   taken the position that Bard's retrievable IVC
2   filters carry more risks than other IVC filters?
3       MR. JOHNSON:  Form objection.
4       THE WITNESS:  Again, not to my knowledge
5   have any of them made a societal determination of
6   that.
7   BY MR. BROWN:
8   Q   Your C.V. lists 106 articles that you've
9   written in peer-reviewed journals?
10  A   You probably read it more recently than
11  I have.  Well, a peer-reviewed -- let's see.  Wait
12  a minute.  I have to go and look for the
13  peer-reviewed -- let's see.  106, yes.
14  Q   Your C.V. lists 76 book chapters that
15  you've written?
16  A   Again, I haven't counted them recently.
17  But I'm assume you probably have counted them.
18  That's abstract.
19  Q   Page 43 of the C.V. that we've marked
20  Exhibit 4 --
21  A   76, looks like.
22  Q   So 76 book chapters that you've written?
23  A   Yes.
24  Q   And your C.V. lists 91 abstracts?
25  A   Yes.

Page 80

1   Q   And the C.V. that we've marked as
2   Exhibit 4 listed 682 presentations.
3   A   Let's see.  This one has 682.  I think
4   the new one has a few more.
5   Q   And your publications and presentations
6   are made to other physicians who are treating
7   patients, correct?
8   A   Largely, yeah.  I would say most of them
9   go -- are for other physicians.  Some of them are
10  ones to other types of groups.  But mostly other
11  physicians.
12  Q   You've never published or presented to
13  the medical community that Bard's retrievable
14  filters have higher rates of complications than
15  other filters, have you?
16       MR. JOHNSON:  Form.
17       THE WITNESS:  I would say that I have
18  not published that.  I've talked -- I've given
19  presentations early -- relatively early on on the
20  retrievable filters.  And -- I mean, I wouldn't
21  know for sure, but I would imagine that I probably
22  -- you know, probably in the early 2000s once
23  there was a problem with the filters, I wouldn't
24  be surprised that I commented that there was a
25  problem with those filters.

Page 81

1   BY MR. BROWN:
2   Q   But you can't identify anything for us
3   today, can you?
4   A   I -- no.  But I would think that it's
5   probably likely.
6   Q   Shifting gears a little bit, what is
7   your hourly rate in this litigation?
8   A   $750 an hour, I think.  And I'm sorry.
9   I don't -- had my secretary given that to me --
10  and it's more for depositions, and it's more if I
11  have to testify.  It's in the letter.
12  Q   For the work that you've done preparing
13  the report in this case, you charge $750 an hour?
14  A   Mm-hmm.
15  Q   "Yes"?
16  A   Yes.  Sorry.
17  Q   That's all right.
18      What is your hourly rate to testify at a
19  deposition?
20  A   That's what I was looking for.  It's
21  basically -- I have a form that, you know, my
22  administrative assistant sends out that outlines
23  all of my charges for -- whether it's doing things
24  -- you know, reviewing material or whether it's
25  doing a deposition or having to testify at a