# EXHIBIT B

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

<u>**Shari Allen O'Quinn, Bard's Director of Regulatory Affairs (2004-2006)**</u>

**Deposition Transcript, Oct. 9, 2013 at 55:3-55:14**

55:3    Q.   How did you educate yourself on the

55:4  IVC filters when you first joined Bard?

55:5    A.   I had worked with that branch of the FDA,

55:6  so I was familiar with the general expectations from

55:7  that branch for 510(k)s and PMAs, but specifically on

55:8  the filters, I reviewed their guidance document that

55:9  they have for IVC filters that outlines their

55:10  expectations.  I also very frequently referred to the

55:11  SIR guidelines for the reporting standards, and those

55:12  were the two documents that I referred to most

55:13  frequently that were specifically related to the


**Allen O'Quinn at 60:9-61:10**

60:9        You also knew that there were a significant

60:10  number of fractures being reported at that time --

60:11        MR. LERNER:  Objection to --

60:12  BY MR. LOPEZ:

60:13    Q.   -- of the device.  Correct?

60:14        MR. LERNER:  Objection to form.

60:15        THE WITNESS:  I would say

60:16  significant -- we were aware of the events that

60:17  were being reported, and monitoring them to ensure

60:18  that they were within the range that was acceptable

60:19  in the SIR guidelines.

60:20  BY MR. LOPEZ:

1

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

60:21    Q.    Acceptable to the SIR guidelines?

60:22    A.    (No audible response.)

60:23    Q.    Okay.  How about acceptable to physicians

60:24  and patients that were getting the device, did you

60:25  ever do any surveys about that to determine whether

61:1  or not they thought that what was being reported to

61:2  you was acceptable to them to have your device

61:3  implanted in them?

61:4        MR. LERNER:  Objection to form; also vague

61:5  as to time period.

61:6        THE WITNESS:  We -- at many different times

61:7  while I was at Bard, we worked closely with

61:8  physicians to ask them for input on the product and

61:9  the performance, and to help us understand and

61:10  investigate these events.


**Allen O'Quinn at 99:14-100:21**

99:14    Q.    Well, okay.  What's the

99:15  different performance profile for the Recovery versus

99:16  a Simon Nitinol as a permanent device?

99:17    A.    Is that I can't -- I don't recall the

99:18  rates of events that were reported, but we would

99:19  have to look at some of the documents --

99:20    Q.    Well, what do you mean --

99:21    A.    -- that show --

99:22    Q.    -- by performance profile, the different --

99:23    A.    Because --

2

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

99:24     Q.    -- they had different performance profiles?

99:25     A.    Well, we talk -- what I was talking about

100:1   was as -- once the devices are commercially

100:2   available, events that occur are reported to us, and

100:3   we look at those events and look at the rates of

100:4   those events, and certain products have different

100:5   rates of events than others.  And even if products

100:6   are substantially equivalent, like Recovery and

100:7   Simon Nitinol, they may have -- one may have slightly

100:8   higher rates in one criteria, and others may have

100:9   slightly higher rates in other criteria.

100:10          And that's why I use the terms performance

100:11  and criteria, is that depending on the product, there

100:12  may be different rates for each event that's

100:13  reported, but we monitor, are those rates below the

100:14  ranges that's expected for those kinds of products.

100:15  And that maintains that they're still substantially

100:16  equivalent.

100:17    Q.    Well, expected by whom?

100:18    A.    By clinicians that have determined these

100:19  guidelines.  We refer to the SIR guidelines for those

100:20  rates, and FDA also referred to that document to know

100:21  what were acceptable rates.


**Allen O'Quinn at102:2-102:12**

102:2     Q.    Now, if there's a threshold --

102:3   whatever this SIR threshold is, or acceptance is, are

3

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

102:4  you saying that the doctors don't care whether or not

102:5  the device is at the high or low end of the

102:6  threshold?  They don't care about that when they're

102:7  making a decision on whether or not to use someone's

102:8  device?

102:9     A.   They need to know what the risks are, and

102:10  they need to know that -- and as a company, we're

102:11  being responsible to make sure that those rates are

102:12  within acceptable ranges.


**Allen O'Quinn at176:16-178:13**

176:16    Q.   Okay.  Now, my question is

176:17  specifically, as you were evaluating the performance

176:18  of the Recovery device and comparing it to the

176:19  performance the predicate device, Simon Nitinol

176:20  Filter, was there a certain threshold of injuries and

176:21  deaths and complications that the company would say

176:22  is too many for us to continue to market and sell the

176:23  Recovery device as a safer and better device than the

176:24  Simon Nitinol Filter?

176:25    A.   Yes, but those guidelines are based

177:1  upon the SIR guidelines.  That's how -- we don't --

177:2  can't --

177:3    Q.   No.

177:4    A.   -- just make those numbers up.  They have

177:5  to be --

177:6    Q.   Okay.

4

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

177:7    A.   -- have clinical foundation, and that was

177:8  the clinical foundation --

177:9    Q.   So it --

177:10    A.   -- that we based the thresholds.

177:11    Q.   So it didn't matter whether or not

177:12  the Recovery Filter caused 25 times more -- there

177:13  were 25 times more migrations with the Recovery

177:14  Filter than there were the Simon Nitinol Filter, as

177:15  long as that 25 times greater than the Simon Nitinol

177:16  Filter was within these guidelines you're talking

177:17  about, it was okay to continue to market and sell the

177:18  Recovery; is that --

177:19    A.   But --

177:20    Q.   -- right?

177:21       MR. LERNER:  Objection --

177:22  BY MR. LOPEZ:

177:23    Q.   Is that right --

177:24       MR. LERNER:  -- to form.

177:25  BY MR. LOPEZ:

178:1    Q.   -- ma'am?

178:2    A.   25 times more, it depends on what that rate

178:3  is.  Are you talking about 1 in 500 million versus --

178:4    Q.   That --

178:5    A.   -- 1 in --

178:6    Q.   That's my point.

178:7    A.   -- 100?

178:8    Q.   It doesn't matter to me.

5

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

178:9      A.    That's why I can't answer the

178:10  question based upon 25 times without looking at what

178:11  were the rates and are those --

178:12    Q.    That's what I just said.

178:13    A.    -- acceptable rates.


**Allen O'Quinn at 228:2-228:8**

228:2      Q.    Did the Recovery Filter have expected or

228:3  estimated failure rates once it was being implanted

228:4  in human beings?

228:5    A.    Estimated failure rates?

228:6    Q.    Yeah.

228:7    A.    The rates that I'm familiar with are those

228:8  that were in the SIR guidelines.


**Brett Baird, Bard's Senior Product Manager (2007) and**

**Marketing Manager (2008 – 2011)**

**Deposition Transcript, June 9, 2016 at165:6-165:21**

165:6    Q.    Okay.  Do you know anything about whether

165:7  or not Bard was using the SIR guidelines as a tool

165:8  to -- to arm sales reps with as a way to promote the

165:9  safety profile of the filters?

165:10    A.    I don't know what was sent out as

165:11  promotion.  I do know that as a company we definitely

165:12  looked at SIR guidelines as an important thing to

165:13  look at for complication rates.

165:14    Q.    Okay.  Why?

6

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

165:15      A.   It shows specific rates over a long,

165:16   expansive period of time.  SIR is -- was the

165:17   governing body of the group of customers of ours,

165:18   interventional radiologists.  So it's the Society of

165:19   Interventional Radiologists.  So this is -- these are

165:20   their guidelines.  This is what they look to for

165:21   safety and complication rates.


**Baird at 250:8-250:25**

250:8     Q.   You say "The important thing is not to

250:9   overreact"?

250:10      A.   Correct.

250:11      Q.   Those are your words.  Right?

250:12      A.   Yes.

250:13      Q.   About a study that's potentially involves

250:14   your product where people are dying.  Correct?

250:15      A.   About a single center unpublished study.

250:16   There are a number of other studies presented,

250:17   showing lower fracture rates.  Again, remembering, we

250:18   capture all of the fractures.  We capture everything,

250:19   not a single center, but all.  And those are the

250:20   rates that we need to focus on.  The things that

250:21   instead of overreacting to one specific study, we

250:22   need to look at overall the data set that shows that

250:23   overall the filter fractures and other experiences

250:24   with the filter complications are well under the SIR

250:25   guidelines.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

280:16    Q.    At the same time do you know if sales reps

280:17  would tell physicians, look, we consider a 0 to 41

280:18  percent penetration rate acceptable for our filters?

280:19         MR. CONDO:  Object to the form.  Asked and

280:20  answered.

280:21         THE WITNESS:  I think I answered that

280:22  already.  Can you say it again?

280:23         MR. SCHULTZ:  Sure.

280:24         Can you read the question back, please.

280:25         (Record read.)

281:1          THE WITNESS:  Yeah, I don't know what the

281:2   salesperson would say.  I stated before we use the

281:3   SIR guidelines as a benchmark to be able to show that

281:4   we are well within parameters of what's accepted by

281:5   the SIR foundation or group.


**Baird at 386:25-387:22**

386:25    Q.    So my question to you, and you can take the

387:1   time you need, is I would like for you to look

387:2   through these SIR guidelines and tell me anywhere in

387:3   these guidelines that it suggests that Table 2, the

387:4   reported incidences of trackable adverse events, is

387:5   meant to provide manufacturers with a range of

387:6   acceptable complication rates.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

387:7     A.    Well, I'm sure it doesn't say it because

387:8  this is addressed to the clinicians.

387:9     Q.    Precisely.  So you agree with me there's

387:10 nothing in the SIR guidelines that suggest the

387:11 purpose behind Table 2 is to provide Bard a range

387:12 that it should consider an appropriate range for

387:13 adverse events at any given time?  Do we agree on

387:14 that?

387:15        MR. CONDO:  Could you read the question

387:16 back, please.

387:17        (Record read.)

387:18        THE WITNESS:  Yeah, a journal will never

387:19 address a manufacturer.

387:20 BY MR. SCHULTZ:

387:21    Q.   Okay.

387:22    A.   That's not the vehicle for it.


**Andrzej Chanduszko, Bard's Senior Engineer, R&D Staff Engineer (2004-2014)**
**Deposition Transcript, Oct. 10, 2013 at 48:11-49:5**

48:11 Were you aware that that

48:12 perforation through the vena cava could potentially

48:13 cause death?

48:14    A.   Probably not.

48:15    Q.   Probably not?

48:16        What do you base that on?

48:17    A.   Just my recollection.

48:18    Q.   You probably weren't aware of it or it

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

48:19  probably couldn't cause death?

48:20    A.   I'm not a medical professional.  So if, as

48:21  I sit here today, I think it would be very unlikely.

48:22    Q.   Based on what?

48:23    A.   Based on what I know and what I remember.

48:24    Q.   About what?

48:25    A.   About penetrations.

49:1    Q.   Okay.  What do you base that on?

49:2    A.   Generally speaking, that penetrations, if

49:3  you take the SIR guidelines, for example, generally

49:4  speaking, they -- they're not considered

49:5  life-threatening.


**John DeFord, Bard's V.P of Science and Technology (2004-2007)**
**Deposition Transcript, June 2, 2016 at 338:8-338:18**

338:8    Q.   Wasn't he trying to --

338:9  wasn't he trying to deviate from the SRI

338:10  (sic) guidelines that Bard had attempted

338:11  to utilize to determine what to call a

338:12  serious adverse event or not?

338:13      A.   You know, I don't remember

338:14  all the specifics there.  I think that

338:15  Dr. Lehmann -- my recollection is that he

338:16  was not using the SIR guidelines as they

338:17  were intended and so, again, there was a

338:18  dispute about that.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

<u>**DeFord** at 111:17-114:6</u>

111:17    Q    And you are comparing the reports of events --

111:18    correct? -- to physicians' advice of events going way

111:19    back to early times when the filters were first

111:20    introduced; correct?

111:21    A    I'm comparing our performance to what the end

111:22    user, the authority, says this is the standard in which

111:23    filters will be measured.

111:24    Q    Where in the Society for Interventional

111:25    Radiology articles does it say that that is the

112:1    standard by which filters should be measured?

112:2    A    They are the SIR guidelines.

112:3    Q    There is no document that's called an SIR

112:4    guideline; correct?

112:5    A    I don't know.  As near as I know, there is.

112:6    Q    You have -- really?  You have the SIR

112:7    guideline?

112:8    A    I do not.

112:9    Q    You had a document called the SIR guidelines?

112:10    A    What I can tell you is the Society of

112:11    Interventional Radiology, Society of Vascular Surgery,

112:12    all societies have guidelines that they provide their

112:13    discipline, their society.  Performance criteria.

112:14    Q    And the guidelines -- there are guidelines

112:15    that are actually called guidelines --

112:16    A    I --

112:17    Q    -- that report on performance?

11

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

112:18    A   I don't know if that's the vocabulary they

112:19  use, but they have rates in which -- that you as a

112:20  clinician should expect, in this case an IVC filter, to

112:21  perform, whether it's caval occlusions or migrations.

112:22  Their standards are established through the literature

112:23  over time.

112:24    Q   And are you aware that the SIR article that

112:25  you are relying upon as of December 2004 was actually a

113:1  study that was published and a study that was written

113:2  by Dr. Clement Grassi, among others?

113:3    A   Sounds correct.  He was a thought leader and

113:4  early adopter of the procedures.

113:5    Q   And are you aware that Dr. Grassi was deposed

113:6  in this litigation?

113:7    A   No, I was not.

113:8    Q   And were you aware -- so then you were not

113:9  aware that Dr. Grassi said the SIR article that you are

113:10  referring to, the piece of medical literature, was

113:11  indeed not a guideline?

113:12    A   No.  I don't know what he refers to it as.

113:13    Q   So you don't know one way or the other?

113:14    A   I don't know what Dr. Grassi's opinion is, no.

113:15    Q   And do you even know if that's the article

113:16  that you are referring to as a guideline?

113:17    A   I don't know.  I don't know what he was

113:18  referring to.

113:19    Q   So what -- where are the guidelines that you

12

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

113:20  were referring to as the head of sales in

113:21  December 2004?

113:22     A   I'm referring to those -- to answer your

113:23  question, those were -- those were the guidelines that

113:24  were -- there was very -- there needs to be -- for

113:25  performance awareness, there needs to be standards of

114:1  product performance.  Each society has general

114:2  agreements on what those standards look like.

114:3     Q   And you are saying that the Society for

114:4  Interventional Radiology wrote these standards; is that

114:5  right?

114:6     A   Yes.


**DeFord at 239:10-241:17**

239:10       During your deposition, did you give some

239:11  testimony about what you called SIR or SIR guidelines?

239:12     A   I did.

239:13     Q   And what's your understanding of what they

239:14  are?

239:15     A   They are -- the SIR provides guidelines on

239:16  overall expectations of certain procedures in terms of

239:17  performance rates or expected -- or potential failure

239:18  rates, just as importantly.

239:19     Q   Okay.  And in the title of this document does

239:20  it contain the word "guidelines"?

239:21     A   It does.

239:22     Q   And do you recall in your deposition there

13

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

239:23  being some dispute as to whether what the -- what is

239:24  published by the Society of Interventional Radiologists

239:25  is actually guidelines?

240:1    A   Yes.

240:2    Q   And does it say that right in the title?

240:3    A   "Quality Improvement Guidelines for

240:4  Percutaneous Permanent Inferior Vena Cava" -- yes.

240:5    Q   All right.  And if you would flip over with me

240:6  to the third page.

240:7    A   Uh-huh.

240:8    Q   Down at the bottom center, there is a heading

240:9  there that reads "Complications."  Do you see that?

240:10   A   I do.

240:11   Q   All right.  If you would just read along with

240:12  me, I'm going to read it into the record.

240:13        Under Complications, it says:

240:14        "Each currently available filter

240:15    has been studied extensively as part of

240:16    the Food & Drug Administration approval

240:17    process.  Few comparative studies have

240:18    been completed evaluating all filters in

240:19    one project, and those that have done so

240:20    have been retrospective analyses.

240:21    Complication rates are highly variable

240:22    depending on the filter being studied.

240:23    For simplicity, these guidelines will

240:24    not suggest threshold rates for each

14

## Exhibit B – Testimony from Bard's employees use of SIR Guidelines

240:25    individual filter.  Rather, filtration

241:1    devices will be considered as group."

241:2        Did I read that correctly?

241:3    A   Yes.

241:4    Q   Okay.  And then does it refer you over to

241:5  Table 1?

241:6    A   It does, yes.

241:7    Q   And what does Table 1 set forth?

241:8    A   Complications of reported death rate,

241:9  percentages, recurring PE, IVC filter occlusion, filter

241:10  embolization, and access site thrombosis.

241:11    Q   And does the document also set forth a word

241:12  there called "threshold"?

241:13    A   Yes.

241:14    Q   And what is the threshold that is -- as you

241:15  would interpret it?

241:16    A   The threshold for death rate complications is

241:17  roughly 1 percent.


## Robert DeLeon, Bard's Western Regional Manager (2006-2007)

### Deposition Transcript, June 16, 2016 at 90:24-91:25

90:24        Do you see where it says, "Latest JVIR,

90:25    critical information, read"?

91:1    A.  Yes.

91:2    Q.  And again, this is addressed to you as well

91:3    as others, from Jason.

91:4        "Attached is an extremely significant

15

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

91:5     edition of JVIR, where the guidelines for the

91:6     treatment of DVT-VTD and the associated use of

91:7     permanent and optional IVC filters are laid out,

91:8     carrying this information in your detail bag would be

91:9     no different than a professional golfer carrying the

91:10    USGA rules, golf rules, with them.  It is imperative

91:11    that we know the SIR guidelines on IVC filters."

91:12        Do you see that?

91:13    A.  I do see it.

91:14    Q.  Okay.  So Jason thinks this is imperative to

91:15    know.  Does this help refresh your recollection at

91:16    all about what these are?

91:17    A.  It does now, sir.

91:18    Q.  Okay.  And what are they?

91:19    A.  They're guidelines for the use of permanent

91:20    and optional filters.

91:21    Q.  Okay.  Guidelines for whom?

91:22    A.  For physicians.

91:23    Q.  Okay.  Were they guidelines for

91:24    manufacturers?

91:25    A.  I don't know.


**David Feigal, Bard's Regulatory Expert**

**Deposition Transcript, May 21, 2015 at 53:2-53:15**

53:2     Q.  So you're not saying that the studies show

53:3     the failure rates are low.  You are just saying that

53:4     the studies don't prove that they are high.

16

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

53:5      A.  No.  Maybe I'm -- maybe I'm just not being

53:6  straightforward enough.

53:7         Many of these studies can't establish rates

53:8  at all.  The ones that do have reports of numerators

53:9  and denominators have rates that I consider rates

53:10  that are similar to the ones that, for example, the

53:11  SKIVER [phonetic] professional society says that

53:12  they think what these rates are.

53:13      Q.  Okay.  Are you talking about the SIR

53:14  guidelines document?

53:15      A.  Yes.


**Feigal at 57:5-58:18**

57:5      Q.  Okay.  So you have raised a number of

57:6  concerns about the reliability of the reports that

57:7  you looked at in this document.  Right?

57:8      A.  Yes.

57:9      Q.  So if those same concerns existed with the

57:10  reports or medical literature on which the SIR

57:11  guidelines are based, wouldn't you also discount

57:12  those findings?

57:13      A.  Yes, I would.  I would say that those

57:14  would -- excuse me -- those would suffer from the

57:15  same limitations.

57:16      Q.  Okay.  So, for example, if that 10 percent

57:17  number was based on a single center study of 20

57:18  devices, do you think that's reliable?

17

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

57:19      A.  No.

57:20      Q.  Do you think you should know that before

57:21  you make opinions about what the known failure rates

57:22  were for fracture?

57:23      A.  Well, I don't think we know the known

57:24  failure rates.  You know, there are, there are

57:25  estimates, actually, in the Morales paper from FDA.

58:1  You know, they're -- I think there hasn't been a

58:2  study that actually can determine them, but I think

58:3  we know from the prospective series that these rates

58:4  are not, are not common.  These are not things that

58:5  are occurring in most of the patients who get these

58:6  products.  So, you know, that's our -- that's our

58:7  basic problem is that there aren't methods that

58:8  actually tell us what those rates are with enough

58:9  precision to compare products or to compare products

58:10  even over time.

58:11      Q.  But the manufacturers internally can at

58:12  least develop cumulative proportional failure rates

58:13  based off their sales data and at least the reported

58:14  failure rates to them.  Right?

58:15      A.  Um, they can, they can do that.  They can

58:16  compare the reports that they've had to date and

58:17  sales that they've had to date.  Yes, they could do

58:18  that.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

<u>Timothy Fischer, Bard's expert</u>

**Deposition Transcript, March 29, 2017 at 246:3-247:21**

246:3      Q.   So on occasion doctors in Wisconsin asked

246:4  you questions or bring up the -- the SIR guidelines

246:5  relating to IVC filters?

246:6      A.   They would, especially once --

246:7          MR. O'CONNOR:  Form, foundation.  Excuse

246:8  me.

246:9          THE WITNESS:  Sorry.  Especially once

246:10  competitive reps started pulling out stuff about

246:11  the MAUDE database and putting numbers in front of

246:12  them, that's when they really started going back

246:13  to, okay, show me the clinical information, you

246:14  know, let's talk about the clinical documents

246:15  and --

246:16  BY MR. LERNER:

246:17      Q.   When you look at, if you go to the

246:18  page S273, other trackable events, this -- this

246:19  guideline that was provided by SIR in 2001 and

246:20  reprinted in 2003, what is the reported rates for

246:21  penetration, IVF penetration?

246:22          MR. O'CONNOR:  Form and foundation.

246:23          THE WITNESS:  So this is a compilation of

246:24  a whole bunch of clinical papers, and it says zero

246:25  to 41 percent.

247:1          MR. O'CONNOR:  Form.

247:2  BY MR. LERNER:

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

247:3    Q.  In any of the documents that Mr. O'Connor

247:4  showed you today, did you find any documents that

247:5  suggested that Bard's IVC filters penetrated at

247:6  rates that exceeded those reported rates --

247:7       MR. O'CONNOR:  Form and foundation.

247:8  BY MR. LERNER:

247:9    Q.  -- of penetration?

247:10    A.  I didn't see any, no.

247:11    Q.  In reviewing all the documents today, did

247:12  you see anything that suggests that Bard's internal

247:13  rates for migration exceeded the reported rates of

247:14  zero to 18 percent?

247:15    A.  No, I didn't.

247:16    Q.  And then for filter fracture did you see

247:17  anything within the documents that you were shown

247:18  today that the reported rates of between two and

247:19  ten percent for filter fracture in this article

247:20  were exceeded?

247:21    A.  No.


**Clement Grassi, M.D., Bard's Radiology Consultant**

**Deposition Transcript, July 30, 2014 at133:20-134:24**

133:20    Q.    Well, what if after the company

133:21  investigated thoroughly and determined that their

133:22  device was migrating and causing deaths four or

133:23  five times greater than any other device on the

133:24  market, and they knew that it was -- that there

20

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

134:1  was a design problem with their device in having

134:2  these events occur, and instead of telling doctors

134:3  or FDA or anyone else that, they represented that

134:4  their device was just like every other device

134:5  because they fell within the SIR guidelines for

134:6  death --

134:7          MS. DALY:  Object --

134:8      Q.    -- would that be an appropriate

134:9  representation made by the company or an

134:10  appropriate use of your SIR guidelines?

134:11          MS. DALY:  Object to the form and

134:12      to the hypothetical.  Go ahead.

134:13      A.    Well, in --

134:14      Q.    Sir, would it be appropriate or

134:15  not?

134:16      A.    Again, I'll try to answer your

134:17  question as accurate as I can.  Our SIR guidelines

134:18  were designed for physicians and practitioners and

134:19  to help them in an educational and instructive

134:20  fashion and for those who are involved with IVC

134:21  filter placements, and one would hope, of course,

134:22  that complications, serious ones such as you've

134:23  explained, would be reported, duly noted, and

134:24  processed in a conscientious fashion.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

97:1   Q    When you talked about thresholds, you talked

97:2   about them in the context of my question about migration

97:3   and other things.  The guidelines don't actually have

97:4   thresholds --

97:5       A   For those, for fractures and migration, right.

97:6   They give you a range.  This enormous range.

97:7       Q    Right.  So there are no thresholds under the

97:8   guidelines for migration, correct?

97:9       A   Correct.  I was --

97:10      Q    There are no thresholds for fracture, correct,

97:11   under the guidelines?

97:12      A   Correct.


**John Kaufman, M.D., Bard's Consultant**

**Deposition Transcript, Jan. 4, 2017 at 97:1-97:12**

102:9   The SIR guidelines are for doctors and they're

102:10   not for manufacturers, correct?

102:11      A   They are for physicians.  They're clinical

102:12   practice documents, standards documents for clinical

102:13   practice.

102:14      Q   And they're not for manufacturers?

102:15      A   Unless it states there are some guidelines that

102:16   give -- unless they state that in the guidelines, these

102:17   are design specifications, they would not be meant for

102:18   that.  And they would state that in the guidelines.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

<u>**William Little, Bard's V.P. of Global Marketing (2008-2011)**</u>

**Deposition Transcript, July 27, 2016 at 392:1-393:14**

392:1   It's just a report of the historical nature of

392:2      some of the reports in the literature about a

392:3      variety of IVC filters.

392:4 A   No.  That's not what guidelines are.  Guidelines

392:5      are not a report about some of the literature

392:6      that are out there.  That's wildly different.

392:7          When you're talking about guidelines from a

392:8      society, that is the highest level document that

392:9      they have.  It's not just some amalgamation of

392:10      some data.

392:11 Q   Is that how Bard measured whether or not their

392:12      device was performing at an expected or

392:13      acceptable range with respect to their

392:14      complications?

392:15 A   Guidelines would be an input, but a quality

392:16      system -- and I'm sure you could talk to the

392:17      quality folks specifically about how our quality

392:18      system worked, but we worked within the quality

392:19      system to trend complaint analyses.

392:20 Q   No, but my question was:  Was Bard using --

392:21      whatever was in the guidelines, whether you call

392:22      it a threshold or reported rate, that as long as

392:23      your devices were within a threshold or

392:24      reporting rate, that your devices were

392:25      performing in a manner in which physicians would

23

### Exhibit B – Testimony from Bard's employees use of SIR Guidelines

393:1      accept them to perform?

393:2  A   That's not how Bard measured their quality

393:3      system.

393:4  Q   Okay.  I didn't think so.

393:5          And that would be inappropriate for them to

393:6      do that, right?

393:7  A   It would be an input.  You certainly would

393:8      consider guidelines when you're thinking about

393:9      your own complaint rates, but it wouldn't be the

393:10     only way.  And, no, it wouldn't be

393:11     inappropriate.  It would be appropriate to

393:12     consider guidelines when you're thinking about

393:13     your own complaint rates.  You should consider

393:14     that.


**Chad Modra, Bard's V.P. Quality Assurance (2011 – 2014), V.P. of Operations (2014 – present)**

**Deposition Transcript, Jan. 20, 2016 at 521:10-523:13**

521:10     Q.    So have you -- have you done comparative

521:11  analysis among all your filters to see how -- whether

521:12  or not these new designs are actually improving the

521:13  type of trending of injuries and deaths and other

521:14  malfunctions?

521:15     A.    On failure modes and -- yes.

521:16     Q.    Things are getting better as you go?

521:17         MR. NORTH:  Objection to the form.

521:18         THE WITNESS:  They're all still below the

24

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

521:19  SIR guidelines.

521:20  BY MR. LOPEZ:

521:21    Q.    Why do you mean the SRI [sic] guidelines?

521:22  What does that have to do with whether or not a

521:23  device is performing as expected and intended?

521:24    A.    And they're also all below our FMEA --

521:25    Q.    Well, I know, but what do the SRI

522:1  guidelines have to do with whether or not your device

522:2  is performing as safely and effectively as expected

522:3  or intended to perform?

522:4    A.    It's a benchmark --

522:5    Q.    Well, no, it's not.

522:6    A.    -- the industry has set out, and also our

522:7  internal FMEAs.

522:8    Q.    Which --

522:9        MR. NORTH:  Objection to the form.

522:10  Argumentative.

522:11  BY MR. LOPEZ:

522:12    Q.    Well, wait a minute, the industry has set

522:13  that out as a benchmark for safety and effectiveness?

522:14    A.    They've published that as an understanding

522:15  of the known rates of complications related to the --

522:16    Q.    Well, no, the known rates of complications

522:17  going -- citing articles from the 1980s and 1990s.

522:18  That's what the SRI guidelines do.  Right?

522:19    A.    I don't know.

522:20    Q.    You've never read it?

25

### Exhibit B – Testimony from Bard's employees use of SIR Guidelines

522:21    A.   I've read the guidelines --

522:22    Q.   Okay.

522:23    A.   -- but I haven't read each and every

522:24  citation, no.

522:25    Q.   But the guidelines have nothing to do with

523:1  whether or not your company is selling a device that

523:2  is as safe and as effective as is expected and

523:3  intended to perform?

523:4    A.   It's one input to our risk management

523:5  system to understand the rates of failure of these

523:6  class of devices.

523:7    Q.   These class of devices, there were no

523:8  retrievable devices, and it involved devices that

523:9  have long been off the market that are cited in the

523:10  SRI guidelines.  Right?

523:11       MR. NORTH:  Objection to the form.

523:12       THE WITNESS:  I'm not in a position to

523:13  question the SIR guidelines.


**Daniel Orms, Bard's Regional Sale Manager (2008 – 2012), District Manager (2003-2008), Field Manager (1997 -2001)**

**Deposition Transcript, Aug. 16, 2016 at 177:13-179:3**

177:13  if Bard is aware of problems that are

177:14  outside of the reporting guidelines, yes, that's what --

177:15  I would want to know that.

177:16    Q.   If they're aware of trends with tilting that

177:17  are causing harm to patients or potential harm, that's

26

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

177:18  something you would expect them to advise you,

177:19  correct?

177:20   A.  Again, if it's --

177:21      MR. BROWN:  Object to form.

177:22   A.  If it's outside of the guidelines.  Because I

177:23  think that's the -- to your point, I had -- I won't do

177:24  that you because you'll wind up striking me.  I had

178:1  physicians ask me the same question that you asked me

178:2  many times.

178:3   Q.  And you want to be open and you want to be

178:4  honest.

178:5   A.  And I answered exactly the way I just told you,

178:6  and I said as far as I know they're well within the SIR

178:7  guidelines.

178:8   Q.  Okay.

178:9   A.  And the physicians were happy.  That was all

178:10  they wanted to know.

178:11   Q.  But today you learned about a lot more events

178:12  than you ever were aware of.

178:13   A.  But my understanding is that, again, my

178:14  understanding is that it's still well within the SIR

178:15  guidelines for adverse events, for all of those adverse

178:16  events that you just described.

178:17   Q.  But can we leave this just with the agreement

178:18  you would want to know about the tracking and trending

178:19  of events in your sales department.

178:20   A.  Yes.

27

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

178:21    Q.   And that would be information you would like

178:22  to know in the event you needed to communicate it to a

178:23  physician for whatever reason, correct?

178:24    A.   If -- if it was outside the guidelines, if it

179:1  was significant and the data was reliable and it was

179:2  something that the physician could use to make an

179:3  informed decision, then I would like to know.


**Ann Roberts, M.D., Plaintiff's Expert**

**Deposition Transcript, July 7, 2017 at 270:2-270:11**

270:2    Q   Dr. Roberts, are you aware of any

270:3    medical literature finding a rate of migration for

270:4    Bard Recovery or G2 filter higher than 25 percent?

270:5    A   Any literature -- published literature?

270:6  I'm not sure.

270:7    Q   Are you aware of any internal Bard

270:8    document showing a rate of migration for the

270:9    Recovery or G2 filter anywhere near 25 percent?

270:10    A   I don't think it was higher than

270:11    25 percent.


**Kim Romney, Bard's Senior Product Manager (2011 to present)**

**Deposition Transcript, Sept. 7, 2016 at 192:5-192:13**

192:5  Are

192:6  you aware if these are to be utilized as guidelines

192:7  for manufacturers and their reported failure rates?

192:8        MR. LERNER:  Objection to form.  Outside

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

192:9  the scope of the notice.

192:10          THE WITNESS:  As our guidelines for

192:11  reported failure rates?

192:12     Q.  BY MR. GOLDENBERG:  Yes.

192:13     A.  No, they're not.


**S. William Stavropoulos, M.D., Bard's Consultant**

**Deposition Transcript, Feb. 22, 2017 at 254:1-255:11**

254:1      Q.   When you use IVC filters in

254:2  your practice, do you use them with the

254:3  understanding that they can carry the

254:4  ranges of risk identified in the SIR

254:5  guidelines?

254:6          MR. MATTHEWS:  Object to the

254:7     form.

254:8          THE WITNESS:  I understand

254:9     that there are risks and discuss those

254:10    risks with the patients.  As far as

254:11    the -- what -- and I guess, what was

254:12    your specific question regarding any

254:13    more than that?

254:14  BY MR. BROWN:

254:15     Q.  If you look at Table 2,

254:16  there are ranges of reported risks --

254:17     A.   Right.

254:18     Q.   -- for individual

254:19  complications like IVC penetration,

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

254:20  filter fracture, migration and other

254:21  complications, which include tilt of the

254:22  filter more than 15 degrees from the IVC

254:23  axis.

254:24          And my question is, when you

255:1  use IVC filters and when you think about

255:2  the risks associated with IVC filters,

255:3  are you thinking in terms of the rates of

255:4  risk that are reported in the SIR

255:5  guidelines?

255:6          MR. MATTHEWS:  Object to the

255:7     form.

255:8  BY MR. BROWN:

255:9     Q.   For IVC filters generally?

255:10      A.   For -- in these ranges, this

255:11  is part of what I'm thinking about, yes.


**Stavropoulos at 281:21-282:13**

281:21     Q.   You were asked questions

281:22  about an IVC focus group.  I believe it's

281:23  Exhibit 13.

281:24      A.   Yes.

282:1     Q.   And there was a notation in

282:2  this document about a statement that was

282:3  ascribed to you about 1 in 1,000 as far

282:4  as fracture being high?

282:5      A.   Yes.

30

### Exhibit B – Testimony from Bard's employees use of SIR Guidelines

282:6      Q.    Sitting here today, do you

282:7   remember saying that?

282:8      A.    I don't.

282:9      Q.    And as discussed in the SIR

282:10   guidelines from 2001, the reported rate

282:11   for fracture for IVC filters generally

282:12   was up to 10 percent; is that right?

282:13      A.    Yes.


**Jack Sullivan, South Regional Manager (2005), Central Regional Manager (2006 - 2009), Western Regional Manager (2010 -20111)**

**Deposition Transcript, Sept. 16, 2016 at 120:16-121:19**

120:16    Q.    So here you've got the associate

120:17   product manager for IVC filters from Bard sending

120:18   an email to sales personnel telling them to use

120:19   the SIR guidelines as comparison points for

120:20   reported rates with physicians; is that right?

120:21        MS. KOWALZYK:  Object to the form.

120:22      A.    So it's -- I guess what she's saying

120:23   is she points out some different percentages, and

120:24   she just says, keep these in mind when you're

120:25   discussing clinical studies and filter

121:1   complications.  So, yeah.

121:2        MS. KOWALZYK:  Object to the --

121:3      Q.   BY MR. DeGREEFF:  But she's talking

121:4   about keeping the SIR guidelines in mind; right?

121:5      A.    Sure.  Yes.

### Exhibit B – Testimony from Bard's employees use of SIR Guidelines

121:6      Q.   And that the SIR guidelines provide

121:7  definitions and benchmarks for IVC filter

121:8  performance?

121:9      A.   That's what it says, yes.

121:10     Q.   And the sales force are the people who

121:11  will be communicating with physicians; right?

121:12     A.   Yes.

121:13     Q.   And, in fact, she's telling them to

121:14  use this information with physicians?

121:15     A.   She's saying to keep it in mind.

121:16     Q.   Well, and she's telling them to use

121:17  it.  "Use the reported rates as comparison

121:18  points"; right?

121:19     A.   Fair to say, yes.


**Sullivan at 231:13-232:11**

231:13       I'm going to ask you:  As you sit here

231:14  looking at this, how can you reconcile these

231:15  numbers with the representations that were made

231:16  about the G2 having increased fracture resistance?

231:17       MS. KOWALZYK:  Object to the form.

231:18     A.   Again, I don't know that I can -- I

231:19  don't know that I can reconcile it.  I don't know

231:20  what's behind it.  I don't know what's -- for

231:21  example, what the SIR guidelines are and what

231:22  folks that need to make this decision felt was a

231:23  threshold that they needed to maintain.

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

231:24    Q.   BY MR. DeGREEFF:  What do the SIR

231:25  guidelines have to do with this document right

232:1  here?

232:2    A.   Well, as we kind of go back to, I

232:3  think, our original questioning, filter fracture

232:4  is a known complication for vena cava filters.  So

232:5  we know fractures -- filters fracture.  All

232:6  filters fracture.  None of them are perfect.

232:7        So it would appear in this slide that

232:8  Recoveries may fracture more than Simon Nitinol,

232:9  but as an overall percentage, where does that fall

232:10  in line as acceptable or unacceptable; I don't

232:11  know.


**Sullivan at 231:13-232:11**

231:13        I'm going to ask you:  As you sit here

231:14  looking at this, how can you reconcile these

231:15  numbers with the representations that were made

231:16  about the G2 having increased fracture resistance?

231:17        MS. KOWALZYK:  Object to the form.

231:18    A.   Again, I don't know that I can -- I

231:19  don't know that I can reconcile it.  I don't know

231:20  what's behind it.  I don't know what's -- for

231:21  example, what the SIR guidelines are and what

231:22  folks that need to make this decision felt was a

231:23  threshold that they needed to maintain.

231:24    Q.   BY MR. DeGREEFF:  What do the SIR

33

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

231:25  guidelines have to do with this document right

232:1  here?

232:2      A.   Well, as we kind of go back to, I

232:3  think, our original questioning, filter fracture

232:4  is a known complication for vena cava filters.  So

232:5  we know fractures -- filters fracture.  All

232:6  filters fracture.  None of them are perfect.

232:7          So it would appear in this slide that

232:8  Recoveries may fracture more than Simon Nitinol,

232:9  but as an overall percentage, where does that fall

232:10  in line as acceptable or unacceptable; I don't

232:11  know.


**Natalie Wong, Senior Quality Engineer, New Product Development (2004 – 2007), Quality Engineering Manager (2008 -2011)**

**Deposition Transcript, Oct. 18, 2016 at 127:4-129:13**

127:4      Q.   And let me ask you something, the first

127:5  bullet says, "Complication/trackable event rates from

127:6  SIR guidelines (all filters) is 2 to 10 percent."

127:7          Did I read that correctly?

127:8      A.   Yes.

127:9      Q.   What is the relevance of the SIR guidelines

127:10  to -- to fracture rates with -- with the Recovery and

127:11  G2 and SNF?

127:12      A.   It was a -- it was a document stating what

127:13  the thresholds or rates that were accepted by the SIR

127:14  group.

34

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

127:15     Q.    Well, do you know -- do you know what

127:16  filters the SIR guidelines considered in -- in this

127:17  publication?

127:18     A.    No.

127:19     Q.    Have you ever looked at the studies relied

127:20  on in the SIR guidelines?

127:21     A.    I read the document, but I don't recall the

127:22  details.

127:23     Q.    And is it your understanding that -- that

127:24  the SIR guidelines were providing a threshold for

127:25  fracture rates?

128:1     A.    Yes.

128:2     Q.    Okay.  And are you aware of any of the --

128:3  the testimony from various members of Bard and the

128:4  drafter of the SIR guidelines, stating that it

128:5  doesn't establish a threshold?

128:6     A.    That I don't know.

128:7     Q.    No one ever provided you those depositions?

128:8     A.    No.

128:9     Q.    So based on this -- well, strike that.

128:10          Was it -- was the SIR guidelines commonly

128:11  used as a threshold within Bard?

128:12     A.    Not as a threshold, but it was used to

128:13  compare what our rates are against it.

128:14     Q.    So 2 to 10 percent would mean that it would

128:15  be an acceptable threshold for up to 10 out of 100

128:16  filters to fail, to fracture?

35

**Exhibit B – Testimony from Bard's employees use of SIR Guidelines**

128:17    A.    I don't think that was acceptable to us.

128:18    Q.    Okay.  Well, that -- you're using it as a

128:19  threshold here.  Right?

128:20    A.    No.

128:21    Q.    What was acceptable to -- to Bard, based on

128:22  the --

128:23    A.    It would be against the DFMEA.

128:24    Q.    Okay.

128:25    A.    And the R002 procedure.

129:1    Q.    So, if this -- so if this is not an

129:2  acceptable rate then why is it being used -- why is

129:3  it included here as -- why is it relevant?

129:4    A.    It's a comparison.

129:5    Q.    Why compare something you don't think is

129:6  acceptable?

129:7    A.    It was accepted by industry for the SIR

129:8  guidelines.  We were just comparing our numbers to

129:9  what those rates were in that article.

129:10    Q.    Did -- but so this rate was not acceptable

129:11  to Bard?

129:12    A.    No, it was something we compared, we looked

129:13  at it against.

36