# EXHIBIT A

Page 1

IN THE DISTRICT COURT
DISTRICT OF NEVADA
---o0o---

KEVIN PHILLIPS,           )
                          )
    Plaintiff,            )
                          )
vs.                       )  Case No.
                          )  3:12-cv-00344-
C.R. BARD, INC., et al,)     RCJ-WGC
                          )
    Defendants.           )
                          )

---o0o---

FRIDAY, NOVEMBER 1, 2013

DEPOSITION OF JANET HUDNALL
---o0o---

REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

Golkow Technologies, Inc. - 1.877.370.DEPS

1   A.   I -- I don't really know what the timing
2   was.  So I don't recall.
3       Q.   But is there any question in your mind
4   that Recovery was removed from the market because
5   now the company had a G2 to market?
6       A.   Because it's the next generation Recovery
7   device, yes.
8       Q.   Okay.  Whatever -- whatever the reason,
9   Recovery removed from the market because now we got
10  the G2?
11      A.   Recovery discontinued because G2 was now
12  available.
13      Q.   Did you ever receive any data during the
14  entire time that the Recovery was on the market
15  which revealed any statistics about how many -- of
16  how many patients were saved from a pulmonary
17  embolism going to their heart by having a Recovery
18  filter in them, any statistics?
19      A.   That's theoretically the same number of
20  units that -- that were implanted.
21      Q.   Well, I know, but not -- not everyone who
22  gets one of those devices has a pulmonary embolism,
23  right?
24      A.   And not everybody who has a pulmonary
25  embolism gets documented.