# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN PHILLIPS,                         )
                                        )
       Plaintiff,                       )      Case No.
                                        )3:12-cv-00344-RCJ-WGC
vs.                                     )
                                        )
C.R. Bard, INC., et al.,                )
                                        )
       Defendants.                      )
                                        )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAMELA B. CASON and KERRY B.            )
CASON,                                  )
                                        )
       Plaintiffs,                      )
                                        )      Case No.
vs.                                     )  1:12-CV-01288-MHS
                                        )
C.R. Bard, INC., and Bard               )
PERIPHERAL VASCULAR, INC.,              )
       Defendants.                      )
                                        )


30(B)(6) VIDEOTAPED DEPOSITION OF C.R. BARD, INC.
TAKEN THROUGH CHAD MODRA

Phoenix, Arizona
March 28, 2013

BY: KIM BATA, RMR/CSR
Certified Reporter 50233

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 167

1    migration, no code for penetration, you're
2    actually not trending for those injuries?
3         A.   It would -- correct.
4         Q.   So no code, no trending?
5         A.   That's how we would trend it.
6         Q.   Okay.  Thank you.
7              We'll attach as No. 6 -- Exhibit No. 6
8    to your deposition, a document with Bates range,
9    the last four digits --  actually, the letters
10   have changed for those that I didn't provide
11   copies with.
12             Just for the record, the first page is
13   BPVEFILTER-01-00002823.  The title is Recovery
14   Filter (FR048F) - R002 Chronology of Events.
15             Do you see that, Mr. Modra?
16        A.   Yes.
17        Q.   Do you know what this is?
18        A.   I have not seen it before.
19        Q.   Does the series of numbers and letters
20   R002 have any significance to you?
21        A.   R002 would refer to our -- I believe
22   our standard for remedial actions.  As the last
23   four digits are R002.
24        Q.   What's a remedial action?

1     A.    It is an action taken on a product or
2     device.  It may include notification to
3     customers or up to and including removal of the
4     device from the field.
5           Q.    So what triggers it?
6           A.    It's an escalating series of
7     evaluations where you start with an
8     investigation, and depending on the severity
9     based on a healthy hazard assessment or health
10    hazard evaluation, HHE, that paired with the
11    occurrence of that event points you to an
12    increasing series of activities and documents.
13                So that means you start with an
14    investigation.  If it's higher severity, higher
15    occurrence, we're required by procedure to
16    conduct a more -- an even more broad
17    investigation.  And then it escalates from
18    there, from a division level approval to a
19    division and corporate level approval to
20    compelling us to -- requiring us to do some sort
21    of remedial action.
22          Q.    You're speaking in the abstract.  Can
23    you give us an example of something that would
24    trigger a remedial action?

```
 1                    MR. NORTH:  Objection to the form.
 2                    THE WITNESS:  Misbranding.  Per
 3       procedure, if we identify misbranding, we would
 4       go through this investigative process, determine
 5       the root cause and then depending on its
 6       severity, have to take various forms of action,
 7       and that would include sending a letter to
 8       customers maybe clarifying it.  It was a
 9       misbranding of something that was not related to
10       the use -- or safe use of a device.  If there
11       was something inconsequential, a color on the
12       packaging or something.
13                    And if it's something more than that,
14       then we would, again, based on the HHE, in the
15       occurrence level of that have to take action
16       where we would possibly remove the product from
17       the field.
18              Q.    (BY MS. ZAIC)  Okay.  Would a death
19       trigger a remedial action, a death -- strike
20       that.
21                    Would a death associated with an IVC
22       filter manufactured by Bard trigger a remedial
23       action?
24                    MR. NORTH:  Objection to the form.
```

```
 1                 MR. NORTH:  Objection to the form.
 2                 THE WITNESS:  Misbranding.  Per
 3     procedure, if we identify misbranding, we would
 4     go through this investigative process, determine
 5     the root cause and then depending on its
 6     severity, have to take various forms of action,
 7     and that would include sending a letter to
 8     customers maybe clarifying it.  It was a
 9     misbranding of something that was not related to
10     the use -- or safe use of a device.  If there
11     was something inconsequential, a color on the
12     packaging or something.
13                 And if it's something more than that,
14     then we would, again, based on the HHE, in the
15     occurrence level of that have to take action
16     where we would possibly remove the product from
17     the field.
18          Q.    (BY MS. ZAIC)  Okay.  Would a death
19     trigger a remedial action, a death -- strike
20     that.
21                 Would a death associated with an IVC
22     filter manufactured by Bard trigger a remedial
23     action?
24                 MR. NORTH:  Objection to the form.
```