# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
                      DISTRICT OF ARIZONA
 2
     --------------------------------§
 3                                   §
     In Re Bard IVC Filters          § No. MD-15-02641-PHX-DGC
 4   Products Liability Litigation   §
                                     §
 5   --------------------------------§

 6


 7


 8                         - - -

 9              Thursday, June 15, 2017

10                         - - -

11
                  ** DO NOT DISCLOSE **
12
        ** SUBJECT TO FURTHER CONFIDENTIALITY REVIEW **
13

14                         - - -

15


16

17          Videotaped deposition of BRANDON KANG, M.D.,
       held at Mahaffey, Pickens & Tucker, 1550 North
18     Brown Road, Suite 125, Lawrenceville, Georgia,
       commencing at 10:09 a.m., on the above date,
19     before Susan D. Wasilewski, Registered
       Professional Reporter, Certified Realtime
20     Reporter, Certified Realtime Captioner, Certified
       Manager of Reporting Services, Florida
21     Professional Reporter, Certified Court Reporter
       (NJ), and Realtime Systems Administrator
22
                           - - -
23
                 GOLKOW LITIGATION SERVICES
24          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
25
```

```
                                                Page 74
 1  shot of your Twitter account?
 2     A.   Yes, it is.
 3     Q.   And that's your picture there, isn't it?
 4     A.   That is me.
 5     Q.   And Exhibit 12 shows that you joined
 6  Twitter -- and I'm not a Twitter person, so if I use
 7  it wrong, let me know.  You joined Twitter in March of
 8  2017; is that right?
 9     A.   Correct.
10     Q.   Okay.  You also have a Facebook account,
11  don't you?
12     A.   Yes.
13     Q.   Okay.  And I only brought with me portions of
14  your Twitter account.  It looks like that when you put
15  something on Twitter, you most often also post it to
16  Facebook; is that right?
17     A.   A lot of times I do, yes.
18     Q.   Do you also have a Instagram account?
19     A.   No.
20     Q.   Other than Twitter and Facebook, do you use
21  any other forms of social media in your professional
22  capacity?
23     A.   No.
24     Q.   If you would look at what I've marked as
25  Exhibit 11, that is a screen shot of a GIF or a short
```

```
                                                Page 75
 1  video that you posted to Twitter on April 7, 2017,
 2  isn't it?
 3     A.   Yes.
 4     Q.   And would you read for the jury what you
 5  Tweeted or posted on April 7, 2017, please?
 6     A.   It says: "Happy Friday.  Let's do this.
 7  Filter out.  Filters can say lives, but should be
 8  removed as soon as the risk of PE is mitigated.
 9  IRad," and a little cowboy.
10     Q.   Okay.  So when it says "filter out," it
11  actually says #filterOUT?
12     A.   Right.
13     Q.   At the end of your post or Tweet it says
14  #IRad?
15     A.   Uh-huh.
16     Q.   Is that right?
17     A.   Yes.
18     Q.   And then it has an emoji?
19     A.   Yeah.
20     Q.   Is that what that's called?  And the emoji is
21  a smiley face with a cowboy hat on it; is that right?
22     A.   Yep.  Yes.
23     Q.   And let's just, while we're looking at this,
24  this #filterOUT, is that a phrase you created?
25     A.   No.
```

```
                                                Page 76
 1     Q.   Do you know who created that phrase?
 2     A.   I do not.
 3     Q.   Okay.  Have you seen other interventional
 4  radiologists posting on social media #filterOUT?
 5     A.   Yes.
 6     Q.   What other interventional radiologists have
 7  you seen posting that?
 8     A.   You mean name names?
 9     Q.   Yes, sir.
10     A.   Dr. Yu from Colorado, I mean, Gunn from
11  Alabama.  I mean, they're -- it's -- I mean, you can
12  do a search for #filterOUT and then there is a lot of
13  doctors Tweeting filters.
14     Q.   When you -- why did you join Twitter in your
15  professional capacity in March of 2017?
16     A.   That was shortly after our society meeting in
17  DC, March of this year, the Society of Interventional
18  Radiology.  I became aware during that meeting that a
19  lot of interventional radiologists were Tweeting
20  their cases and showing people things, so I thought
21  it was a good way to kind of join and get involved.
22     Q.   Your Twitter account is not limited to
23  interventional radiologists, correct?  I mean, I was
24  able to find it.
25     A.   Right.
```

```
                                                Page 77
 1     Q.   So it's public?
 2     A.   I mean, it's an -- it's an open account, yes.
 3     Q.   It's publicly available?
 4     A.   Yes.
 5     Q.   Is that right?  And your Facebook likewise is
 6  public, you don't have it limited to your Facebook
 7  friends, for example?
 8     A.   Okay.
 9     Q.   Is that right?
10     A.   Yes.
11     Q.   Because I was able to see your Facebook.
12     A.   (Nodding head.)
13     Q.   So interventional radiologists are using
14  social media to communicate with each other, but
15  you're also using it to communicate publicly; is that
16  right?
17     A.   Yes.
18     Q.   Okay.  Let's go back to the April 7 Tweet
19  post.  "Filters can save lives," we agree with that,
20  right?
21     A.   Yes.
22     Q.   Okay.  And "but should be removed as soon as
23  the risk for PE" -- what is PE?
24     A.   Pulmonary embolism.
25     Q.   That's a blood clot, right?
```