# EXHIBIT B

Do Not Disclose - Subject to Further Confidentiality Review

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ARIZONA

3

4      * * * * * * * * * * * * * *

5      IN RE:  BARD IVC FILTERS   * MDL NO.:

6      PRODUCTS LIABILITY          * MD-15-02641-PHX-DGC

7      LITIGATION                  *

8      * * * * * * * * * * * * * *

9           DO NOT DISCLOSE - SUBJECT TO FURTHER

10                CONFIDENTIALITY REVIEW

11

12   VIDEOTAPED DEPOSITION OF PIOTR SOBIESZCZYK, M.D.

13        NELSON MULLINS RILEY & SCARBOROUGH LLP

14                One Post Office Square

15               Boston, Massachusetts

16          September 29, 2017     1:54 p.m.

17

18

19

20            Maryellen Coughlin, RPR/CRR

21

22

23

24

25

Do Not Disclose - Subject to Further Confidentiality Review

1          A.        Mm-hmm.

2          Q.        On the second page.  The first --

3     I'm sorry.  At the bottom.  I might refer to

4     numbers at the bottom for ease.

5          A.        Mm-hmm.

6          Q.        In the first paragraph it says,

7     "The purpose of this expert review is to examine

8     the clinical aspects of Ms. Booker's

9     venothromboembolic disease and render an opinion

10    regarding the impact of the Bard retrievable

11    filter on her health after filter implantation."

12                    Now what does that mean?

13         A.        I was -- I reviewed her clinical

14    case and rendered opinion as to what transpired,

15    what happened to her and offered comment on her

16    clinical condition before and after filter

17    implantation.

18         Q.        Well, as an example, you state

19    several times in your report that there were

20    opportunities to take the filter out.

21                    Do you recall that?

22         A.        I do.

23         Q.        And I guess my question, following

24    up on that intro paragraph is, are you planning

25    on giving opinions at the time of trial that one

Do Not Disclose - Subject to Further Confidentiality Review

1    of the doctors, whether it's a radiologist or

2    treating physician, was negligent or breached the

3    standard of care in not taking the filter out?

4         A.    I have not been asked to comment on

5    whether standard of care was applied or not, and

6    I don't intend to.

7         Q.    So you're not going to come to

8    trial and say, I think this doctor should have

9    taken the filter out at this point and he's at

10   fault for these injuries?  We're not going to

11   hear that?

12        A.    I will -- that's not my intention.

13        Q.    You're not and have not been asked

14   to, nor have you looked at the standard of care

15   for any of these other doctors in the position

16   they were in to make determinations to whether

17   they had breached the standard of care?

18        A.    I have not been asked to do that.

19        Q.    All right.  You said you've placed

20   and retrieved over 200 filters.  I also read that

21   within this.

22        A.    I think that's a fair number.  I

23   don't know the exact number.

24        Q.    Okay.  Well, have you looked back

25   and determined of the filters that you've placed,

Do Not Disclose - Subject to Further Confidentiality Review

1    individual practice based upon your experience.

2         A.      That is correct.

3         Q.      But you're not intending -- you

4    have not formed any opinion, nor do you intend to

5    express any opinion during the trial of this

6    case, that either Dr. King or Dr. Patel or

7    Dr. Harvey breached the standard of care of their

8    respective specialities in their medical care and

9    treatment of Ms. Booker?

10        A.      That's not my intent.

11        Q.      Okay.  And so now is the time to

12   hear it, you are not going to be expressing those

13   opinions at trial, true?

14        A.      About standard of care?

15        Q.      Yes.

16        A.      No.

17        Q.      Okay.  Now, I understand that in --

18   well, first of all, let me ask you this, have you

19   read the deposition of Dr. Harvey or Dr. King?

20        A.      I think I briefly scanned them,

21   yes.

22        Q.      Okay.  'Cause they weren't --

23   'cause they weren't available at the time of this

24   report, but I just want to make sure that you

25   have read their depositions.