# EXHIBIT B

Do Not Disclose - Subject to Further Confidentiality Review

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ARIZONA

3

4     * * * * * * * * * * * * * *

5     IN RE:  BARD IVC FILTERS   * MDL NO.:

6     PRODUCTS LIABILITY          * MD-15-02641-PHX-DGC

7     LITIGATION                  *

8     * * * * * * * * * * * * * *

9          DO NOT DISCLOSE - SUBJECT TO FURTHER

10                CONFIDENTIALITY REVIEW

11

12   VIDEOTAPED DEPOSITION OF PIOTR SOBIESZCZYK, M.D.

13         NELSON MULLINS RILEY & SCARBOROUGH LLP

14                One Post Office Square

15                Boston, Massachusetts

16          September 29, 2017     1:54 p.m.

17

18

19

20            Maryellen Coughlin, RPR/CRR

21

22

23

24

25

Do Not Disclose - Subject to Further Confidentiality Review

1       A.      Mm-hmm.

2       Q.      On the second page.  The first --

3  I'm sorry.  At the bottom.  I might refer to

4  numbers at the bottom for ease.

5       A.      Mm-hmm.

6       Q.      In the first paragraph it says,

7  "The purpose of this expert review is to examine

8  the clinical aspects of Ms. Booker's

9  venothromboembolic disease and render an opinion

10  regarding the impact of the Bard retrievable

11  filter on her health after filter implantation."

12              Now what does that mean?

13      A.      I was -- I reviewed her clinical

14  case and rendered opinion as to what transpired,

15  what happened to her and offered comment on her

16  clinical condition before and after filter

17  implantation.

18      Q.      Well, as an example, you state

19  several times in your report that there were

20  opportunities to take the filter out.

21              Do you recall that?

22      A.      I do.

23      Q.      And I guess my question, following

24  up on that intro paragraph is, are you planning

25  on giving opinions at the time of trial that one

Do Not Disclose - Subject to Further Confidentiality Review

1    of the doctors, whether it's a radiologist or

2    treating physician, was negligent or breached the

3    standard of care in not taking the filter out?

4         A.     I have not been asked to comment on

5    whether standard of care was applied or not, and

6    I don't intend to.

7         Q.     So you're not going to come to

8    trial and say, I think this doctor should have

9    taken the filter out at this point and he's at

10   fault for these injuries?  We're not going to

11   hear that?

12        A.     I will -- that's not my intention.

13        Q.     You're not and have not been asked

14   to, nor have you looked at the standard of care

15   for any of these other doctors in the position

16   they were in to make determinations to whether

17   they had breached the standard of care?

18        A.     I have not been asked to do that.

19        Q.     All right.  You said you've placed

20   and retrieved over 200 filters.  I also read that

21   within this.

22        A.     I think that's a fair number.  I

23   don't know the exact number.

24        Q.     Okay.  Well, have you looked back

25   and determined of the filters that you've placed,