# EXHIBIT D

```
 1                  UNITED STATES DISTRICT COURT
                        DISTRICT OF ARIZONA
 2

     ------------------------------§
 3                                 §
     In Re Bard IVC Filters         § No. MD-15-02641-PHX-DGC
 4   Products Liability Litigation  §
                                   §
 5   ------------------------------§
 6
 7
                              - - -
 8
                     Friday, August 25, 2017
 9
                              - - -
10
11                     ** DO NOT DISCLOSE **
12       ** SUBJECT TO FURTHER CONFIDENTIALITY REVIEW **
13
                              - - -
14
15
16
             Videotaped deposition of DANIEL COUSIN, M.D.,
17       held at Courtyard Fort Lauderdale Weston, 2000
         North Commerce Parkway, Fort Lauderdale, Florida,
18       commencing at 12:03 p.m., on the above date, before
         Susan D. Wasilewski, Registered Professional
19       Reporter, Certified Realtime Reporter, Certified
         Realtime Captioner, Certified Manager of Reporting
20       Services, Florida Professional Reporter, Certified
         Court Reporter (NJ), and Realtime Systems
21       Administrator
22                            - - -
23               GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1      and -- along the responsibilities and roles for a
 2      radiologist in that setting.
 3          Q.   All right.  Are you able to tell me how many
 4      different radiologists breached the standard of
 5      care, in your opinion, in their interpretation of
 6      Ms. Booker's imaging studies?
 7          A.   Not right now.  I don't think I delineated the
 8      actual names of the radiologists, just the reports.
 9          Q.   All right.
10          A.   Well, actually, no, I take that back.  Let me
11      look here.  I wrote this a while ago.  Okay.  So there
12      is Dr. Stephen Kardon, that was on 2/20/2008.
13               Then there was 6/26/2014 --
14               MS. HELM:  You missed one in that paragraph.
15               THE WITNESS:  Oh.
16          A.   Oh, okay.  Sorry.  Dr. Sarwat Kamal Amer.
17          Q.   Spell that last name for us.
18          A.   A-m-e-r.  That's on March 26, 2009.  That was
19      another op -- missed opportunity.
20               So we have at least two radiologists,
21      different radiologists reading different studies, but
22      I just don't think I have other radiologists listed
23      here.  I'd have to go to the initial report, because
24      all these bullet points are times when the pathology
25      was clearly there, and I felt in those instances they
```