Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFF'S MOTION *IN LIMINE* #14 AND MEMORANDUM IN SUPPORT TO EXCLUDE EVIDENCE OF PERSONAL TRAITS OF BARD'S CURRENT AND FORMER EMPLOYEES AND WITNESSES**<br><br>(The Honorable David G. Campbell)<br><br>(Oral Argument Requested) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PERSONAL TRAITS OF BARD'S CURRENT AND FORMER EMPLOYEES AND WITNESSES**

Plaintiff seeks a pretrial ruling to preclude Defendants from commenting on, referring to, introducing argument or evidence at trial relating to the religion, religious beliefs, religious activities, church membership, church affiliation, socioeconomic status, marital status, parental relationships, family health status, and children of Defendants' current and former employees and other witnesses.

1
2

## MEMORANDUM OF LAW

3      Bard has repeatedly attempted to bolster the credibility of their witnesses by
4  eliciting irrelevant testimony regarding the religious affiliations and family circumstances
5  of its current and former employees. For example, sales representative Patrick McDonald
6  testified to the following in response to Bard's counsel's questions: that he and his wife
7  just celebrated their ten-year anniversary; that he has two children who "go to Christ
8  Church School right here next to us and now it's Christ Church Camp because we're in
9  the summer"; that he is Roman Catholic and is a member of St. John's Church, where his
10 parents and in-laws also go; that he recently celebrated his "son's first Holy
11 Communion"; and that his family is "an active part of" his church.  Exhibit A, Deposition
12 of Patrick McDonald, July 29, 2016, at 180:8-23.  Bard has elicited similar testimony
13 from Mr. McDonald's prior supervisor who was involved district sales on a national level
14 (Daniel Orms) and from another one of its former sales manager (Jack Sullivan).  Exhibit
15 B, Deposition of Daniel Orms, August 16, 2016, at 264:8-17; Exhibit C, Deposition of
16 Jack Sullivan, September 16, 2016, at 394:20-395:18.

17     Another example of this unfairly prejudicial and irrelevant testimony transpired at
18 the deposition of Guillermo "Bill" Altonaga, Bard's former Medical Director. Dr.
19 Altonaga testified: "I came from a family that wasn't highly educated. My father and
20 mother were not educated folks. They came from Cuba.  And I really wasn't aware of all
21 the options and how to go and pursue that type of education, and I thought that this was a
22 way that was more feasible for me to do." He further testified "I didn't have a lot of
23 guidance.  I didn't have parents that said this is where you go to school, this is how it's
24 going to be, you do your undergraduate, you go to graduate school.  You know, so I had
25 to fend for myself and figure out what I wanted to do." Exhibit D, Deposition of Bill
26 Altonaga, October 22, 2013 at 15:13-18, and 18:9-13.

27     Such evidence is irrelevant to the issues involved in this case, has the potential to
28 improperly invoke the sympathy of the jury or create a potential bias, is unduly

prejudicial, and inadmissible. It bears a substantial risk of influencing the jury to reach conclusions on an improper basis; this risk far outweighs any possible relevance of conveying to jurors Bard's employees' ethnicities, nationalities, religious tendencies, marital status, preference to procreate, socioeconomic status, or lack of resources or guidance experienced during childhood.

Accordingly, the Court should grant Plaintiff's motion and enter an Order barring any argument, testimony, or evidence regarding the religion, religious beliefs, religious activities, church membership, church affiliation, marital status, socioeconomic status, family health status, parental relationships, or children of Defendants' current and former employees and other witnesses.

RESPECTFULLY SUBMITTED this 26th day of January, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

3