# EXHIBIT A

## Page 1

```
IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
   CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

       CASE NO.: CACE-15-008373 DIV: 07


CLARE AUSTIN,

        Plaintiff,

vs.

C.R. BARD, INC., a foreign
corporation and BARD PERIPHERAL
VASCULAR, INC., an Arizona
corporation; MATTHEW ROBBINS,
M.D., and CLEVELAND CLINIC
FLORIDA,

        Defendants.
_____/


            VIDEOTAPE DEPOSITION OF

                PATRICK MCDONALD

            Friday, July 29, 2016
            9:00 a.m. - 1:45 p.m.


              Panza, Maurer & Maynard
            2400 East Commercial Boulevard
               Fort Lauderdale, Florida



           Stenographically Reported By:
            Kimberly Fontalvo, RPR, CLR
            Realtime Systems Administrator
```

## Page 2

**APPEARANCES:**

On behalf of Plaintiff:

    GALLAGHER & KENNEDY, P.A.
    2575 E. Camelback Road, Suite 1100
    Phoenix, AZ  85016
    BY:  MARK S. O'CONNOR, ESQ.
    mark.oconnor@gknet.com


    HEAVISIDE REED ZAIC
    312 Broadway, Suite 203
    Laguna Beach, CA  92660
    BY:  JULIA REED ZAIC, ESQ.
    julia@hrzlaw.com


On behalf of Defendants:

    NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
    201 17th Street NW
    Atlanta, GA  303063
    BY:  MATTHEW BROWN, ESQ.
    matthew.brown@nelsonmullins.com


ALSO PRESENT:  Sandra Solis, Videographer

## Page 3

### I N D E X

| Examination | | Page |
|---|---|---|
| Direct | By Mr. O'Connor | 6 |
| Direct | By Ms. Zaic | 103 |
| Cross | By Mr. Brown | 179 |
| Redirect | By Ms. Zaic | 203 |
| Certificate of Oath | | 223 |
| Certificate of Reporter | | 224 |
| Read and Sign Letter to Witness | | 225 |
| Errata Sheet (forwarded upon execution) | | 226 |

### PLAINTIFF EXHIBITS

| No. | | Page |
|---|---|---|
| 1 | Email dated 3/6/09 | 20 |
| 2 | Email dated 9/20/12 | 24 |
| 3 | Document titled Guiding Principles | 37 |
| 4 | Composite document (3 pages) | 67 |
| 5 | Email dated 2/27/04 | 94 |
| 6 | Complaint Record Detail Report 96258 | 119 |
| 7 | COMPLAINT RECORD DETAIL REPORT 116416 | 127 |
| 8 | Complaint Record Detail Report 139053 | 129 |
| 9 | Complaint Record Detail Report 147014 | 130 |
| 10 | Complaint Record Detail Report 158687 | 134 |
| 11 | Complaint Record Detail Report 196955 | 136 |
| 12 | Complaint Record Detail Report 204256 | 138 |
| 13 | Complaint Record Detail Report 221991 | 140 |
| 14 | Complaint Record Detail Report 227395 | 141 |

## Page 4

| | | |
|---|---|---|
| 15 | Complaint Record Detail Report 237752 | 143 |
| 16 | Complaint Record Detail Report 264777 | 145 |
| 17 | Complaint Record Detail Report 260834 | 147 |
| 18 | Complaint Record Detail Report 260834 | 155 |
| 19 | Complaint Record Detail Report 254658 | 158 |
| 20 | Complaint Record Detail Report 254663 | 166 |
| 21 | Warning Letter dated 7/13/2015 | 171 |
| 22 | Email dated 12/27/05 | 175 |

## 177

```
1    Q.   Okay.  Thank you.  All right.  And in this
2    email exchange, Dr. Ciavarella -- strike that.
3         Earlier when you were with my colleague,
4    Mr. O'Connor, you mentioned that you were marketing
5    the SNF and the G2 filters at the same time?
6    A.   That's correct.
7    Q.   Correct?  And if you look towards the
8    bottom of this email, there's a sentence that
9    starts, "The G2 is a permanent filter."
10        Do you see that?
11   A.   I do see that.
12   Q.   Okay.  And it says, "The G2 is a permanent
13   filter.  We also have one, the SNF, that has
14   virtually no complaints associated with it.  Why
15   shouldn't doctors be using that one rather than the
16   G2?"  Can you send -- "Can you also send me the
17   total complaints rate and MDR complaint rate for
18   SNF?"
19        Have you ever seen that email exchange
20   before?
21   A.   Other than the last deposition I believe
22   it was shown as evidence, but I hadn't seen it prior
23   to that.
24   Q.   Okay.  Have you asked any question
25   about -- questions about this information in this
```

## 178

```
1    email since you saw it in your last deposition?
2    A.   No.
3    Q.   You haven't been curious as to why the
4    medical director would make a statement about that?
5    A.   I feel comfortable that -- that a lot of
6    this information from understanding basically and
7    going through the last deposition that the rates
8    that Mr. Ciavarella was referring to were coming
9    from the MAW database.
10   Q.   Okay.  That's lovely, but it's not
11   responsive to my question.
12        Have you asked, since your last
13   deposition, about any of the information contained
14   in this email, specifically the sentence I just
15   read?
16   A.   No.
17   Q.   And again, you were selling the SNF and
18   the G2 at the same time, correct?
19   A.   Correct.
20   Q.   And do you know if products such as the G2
21   and the SNF -- strike that.
22        Do you know if G2 and SNF products that
23   you sold in your territory are still implanted in
24   patients to this day?
25   A.   I do not know.
```

## 179

```
1    Q.   Okay.                                              13:02:33
2    A.   I would -- Simon Nitinol filter, I would           13:02:33
3    imagine that they were used as permanent devices,
4    that there could be some out there implanted.
5    Q.   Okay.  But the G2 was also a permanent            13:02:43
6    device, correct?
7    A.   Yes.                                              13:02:46
8    Q.   Okay.  And it later received the option to        13:02:46
9    retrieve it, correct?
10   A.   Correct.                                          13:02:49
11   Q.   And the same with the G2X --                      13:02:50
12   A.   Correct.                                          13:02:52
13   Q.   -- correct?                                       13:02:52
14        MS. ZAIC:  I think I'm done.  Go ahead.           13:02:56
15        Thank you.                                        13:03:02
16        THE WITNESS:  Sure.                               13:03:07
17               CROSS EXAMINATION                          13:03:09
18   BY MR. BROWN:                                          13:03:10
19   Q.   Patrick, I have a few questions for you.          13:03:16
20   A.   Sure.                                             13:03:18
21   Q.   I would like to get a little bit of               13:03:20
22   background information from you.  First, where do
23   you live?
24   A.   I live here in Fort Lauderdale, actually          13:03:25
25   not far from here.
```

## 180

```
1    Q.   How long have you lived in Fort                   13:03:28
2    Lauderdale?
3    A.   We moved here in '72.  I was born in              13:03:31
4    London.  My father was finishing up a surgical
5    fellowship in London, and we moved here when I was a
6    year old in '72.
7    Q.   Are you married?                                  13:03:41
8    A.   Yes, I am married.  Just celebrated our           13:03:42
9    ten-year anniversary.  And we have two children,
10   Andrew who is eight and Olivia who is six.  And they
11   go to Christ Church School right here next to us and
12   now it's Christ Church Camp because we're in the
13   summer, but we're local.
14   Q.   Are you a member of Christ Church?                13:04:00
15   A.   No.  As a matter of fact, I'm a member of         13:04:01
16   St. John's.  I'm Roman Catholic, so we go to
17   St. John's church.  That's where my parents go and
18   my in-laws go.  We happen to live on the same street
19   here.
20        Just a few months ago we celebrated my            13:04:14
21   son's first Holy Communion.  We're an active part of
22   it.
23   Q.   Can you tell us about your educational            13:04:20
24   background?
25   A.   Sure.  I started college up in Maryland           13:04:22
```