# EXHIBIT B

Daniel Orms

```
 1           IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
 2         CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA
 3
 4
 5   ---------------------------------§
     CLARE AUSTIN,                    §
 6                                    §
           Plaintiff,                 §
 7   v.                               §
                                      §
 8   C.R. BARD, INC., a foreign       §
     corporation, and BARD PERIPHERAL §
 9   VASCULAR, INC., an Arizona       §
     corporation, MATTHEW ROBBINS,    § Case No.
10   M.D., and CLEVELAND CLINIC       § CACE-15-008373
     FLORIDA,                         § Div: 07
11                                    §
           Defendants.                §
12
13   -------------------------------
                                     - - -
14
                          AUGUST 16, 2016
15
                                     - - -
16
17                                   - - -
            Videotaped deposition of DANIEL ORMS, held at
18   Miami Marriott Dadeland, 9090 South Dadeland
     Boulevard, Miami, Florida, 33156, commencing at
19   9:20 a.m., on the above date, before Trina B.
     Wellslager, Registered Professional Reporter and
20   Notary Public.
21                                   - - -
22                  GOLKOW TECHNOLOGIES, INC.
               877.370.3377 ph | 917.591.5672 fax
23                      deps@golkow.com
24
```

Daniel Orms

```
1      Q.   Dan, I have a few more questions for you
2   today.  The first is, where do you live?
3      A.   Here in Miami, Florida.
4      Q.   How long have you lived in Miami?
5      A.   About 40 years.
6      Q.   Forty?
7      A.   Forty.  I'm sorry.
8      Q.   Do you have any children?
9      A.   Three kids.
10     Q.   Okay.  Boys, girls?
11     A.   A girl twenty, a boy eighteen, girl fourteen.
12     Q.   Are you a member of any church in the
13  community?
14     A.   Yeah, Catholic church.  All three kids went to
15  Catholic school.
16          THE COURT REPORTER:  Excuse me?
17          THE WITNESS:  Catholic.  I'm sorry.
18     Q.   Can you briefly tell us about your
19  educational background?  I know you mentioned it a
20  little bit earlier.
21     A.   Okay.  Yeah, I went to high school here in
22  Miami.  Graduated from Miami Killian Senior High.  Went
23  to the University of Florida in Gainesville for four
24  years, 1984 through '88, and shortly thereafter got into
```