# EXHIBIT C

Do Not Disclose - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ARIZONA

 3

 4   IN RE: BARD IVC FILTERS          )

 5   PRODUCTS LIABILITY LITIGATION,   )  MD-15-02641-PHX-DGC

 6   _____)

 7

 8         DO NOT DISCLOSE - SUBJECT TO FURTHER

 9                  CONFIDENTIALITY REVIEW

10

11        VIDEOTAPED DEPOSITION OF JACK SULLIVAN,

12   produced, sworn and examined on behalf of the

13   Plaintiffs, pursuant to Notice, on Friday, the 16th day

14   of September, 2016, between the hours of 9:08 a.m. and

15   6:19 p.m. of that day, at the law offices of Wagstaff &

16   Cartmell, LLP, 4740 Grand Avenue, Suite 300, in the

17   City of Kansas City, in the County of Jackson, and the

18   State of Missouri, before me, NAOLA C. VAUGHN, CCR No.

19   1052, CRR, RPR, a Certified Court Reporter, within and

20   for the State of Missouri.

21

22

23

24

25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                      EXAMINATION
 2    BY MS. KOWALZYK:
 3         Q.   Mr. Sullivan, we've met before.  I'm
 4    Brandee Kawalzyk, counsel for Bard and counsel for
 5    you as well.
 6         A.   Yes.
 7         Q.   And I have a few questions in
 8    follow-up to what you were asked today.
 9              Just in order to give a little bit
10    more kind of context of who you are and
11    everything, could you tell us where you grew up?
12         A.   I grew up in Kansas City.
13         Q.   Have you lived in Kansas City all your
14    life?
15         A.   Yes.
16              MR. O'CONNOR:  Objection.  Form.
17         Q.   BY MS. KOWALZYK:  And do you have
18    family here?
19         A.   I do.
20         Q.   Are you married?
21         A.   I am.
22         Q.   Do you have a lot of family here?
23         A.   I have two brothers and a sister.  I'm
24    sorry.
25         Q.   Do you have kids?
```

Do Not Disclose - Subject to Further Confidentiality Review

```
1       A.      I do have three kids.
2       Q.      Okay.  And --
3       A.      The reason why I paused on the
4  brothers is I have a brother that passed away.  So
5  I usually say three brothers and a sister, but I
6  wanted to be accurate here.
7               MS. KOWALZYK:  I'm sorry about that.
8               THE DEPONENT:  That's okay.
9               MR. O'CONNOR:  I am sorry about that.
10      Q.      BY MS. KOWALZYK:  How old are your
11  kids?
12      A.      My oldest son is 21, my middle
13  daughter is 20, and my youngest is 16.  And I've
14  been married for 24 years.
15      Q.      And are your oldest two in college?
16      A.      Jack is in the Army.  He's a sophomore
17  in the military.  Christine is a junior in
18  college, and Kate is a junior in high school.
19      Q.      Would you describe your role as a
20  regional manager during your time at BPV?
21              MR. O'CONNOR:  Object to the form of
22  the question.
23      A.      Sure.  So it -- by the time I left, I
24  was managing one rather large customer, as I
25  discussed earlier today, but essentially my role
```