# EXHIBIT D

Page 1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO, EAST COUNTY REGIONAL CENTER

---------------------------------
MARY GIORDANO, individually and §
on Behalf of the Estate of §
Jacqueline Keith and other §
qualified survivors, § Case No.
 § 37-2011-00069363-CU-
 Plaintiffs, § PO-EC
 §
vs. §
 §
C.R. BARD, INC., a corporation, §
BARD PERIPHERAL VASCULAR, INC., §
a corporation, THOMAS §
BRANNINGAN, M.D., an individual, §
FRANKLIN KALMAR, M.D., an §
individual, JULIE LAIDIG, M.D., §
an individual, SHARP GROSSMONT §
HOSPITAL, a corporation, SHARP §
HEALTHCARE, a corporation, and §
DOES 1 through 100 inclusive, §
 §
 Defendants. §
---------------------------------

- - -
October 22, 2013
- - -

    Videotaped deposition of BILL ALTONAGA, held at
Hilton Melbourne Rialto Place, 200 Rialto Place,
Melbourne, Florida 32901, commencing at 9:34 a.m.,
on the above date, before Uyen Mahaz, Registered
Professional Reporter and Florida Professional
Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Bill Altongaga

Page 15

1  your -- let's go to before you started your medical
2  schooling in the Dominican Republic.  Did you apply to
3  any other medical school programs?
4       A.   No, sir.
5       Q.   The only one you applied to was in the
6  Dominican Republic?
7       A.   That's correct.
8       Q.   Why did you not want to attempt to be accepted
9  into a medical school program in the United States?
10      A.   Quite frankly, I was young.  My brother-in-law
11  had gone to medical school or was also taking that path,
12  and I followed his guidance and I thought that that was
13  just the way.  ==I came from a family that wasn't highly==
14  ==educated.==  ==My father and mother were not educated folks.==
15  ==They came from Cuba.==  ==And I really wasn't aware of all==
16  ==the options and how to go and pursue that type of==
17  ==education, and I thought that this was a way that was==
18  ==more feasible for me to do.==
19      Q.   All right.  And before we move on, as it
20  relates to having an M.D. degree --
21      A.   Yes, sir.
22      Q.   -- ophthalmology, as you've just alluded to, is
23  a subspecialty within the medical field?
24      A.   Correct.

1    curriculum vitae?

2    A.   No.  I believe that my résumé begins with my

3    education, both doctorate degrees, and then employment

4    and activities after graduating from optometry school.

5    Q.   All right.  Why the delay between 1979 and 1986

6    in deciding to attend optometry school?

7    A.   Soul searching, trying to understand where I

8    wanted to go professionally, what was available for me.

9    Again, I didn't have a lot of guidance.  ==I didn't have==

10  ==parents that said this is where you go to school, this==

11  ==is how it's going to be, you do your undergraduate, you==

12  ==go to graduate school.==  ==You know, so I had to fend for==

13  ==myself and figure out what I wanted to do.==

14    Q.   Okay.  I'm just trying to get my mind around

15  why somebody would attend medical school for four years,

16  attempt to pass the foreign medical school examination,

17  not pass it, and not try to do it again.

18    A.   I don't think it's uncommon for people to

19  change their majors.  I think the average college

20  student changes their major three or four times during

21  their undergrad.  So I had gone to medical school.  I

22  had gotten a taste of what it would be like to be a

23  physician, and, you know, I wasn't sure that it was in

24  my heart to practice medicine for the rest of my life.