## UNITED STATES DISTRCT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Hall, Individually, as Personal Representative, and on behalf of all statutory beneficiaries of Joan B. Hall, deceased<br><br>        Plaintiff,<br><br>vs.<br><br>C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., et al.,<br><br>        Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-18-00129-PHX-DGC |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as additional counsel of record for:

Plaintiff Tracy Hall, Individually, as Personal Representative, on behalf of all statutory beneficiaries of Joan B. Hall, deceased.

Date:   January 29, 2018        /s/ Benjamin A. Bertram
*Attorney's Signature*

Benjamin A. Bertram (Mo. Bar No. 56945)
*Printed name and bar number*

Bertram & Graf, L.L.C.
4717 Grand Avenue, Suite 800, Kansas City, MO 64112
*Address*

benbertram@bertramgraf.com
*E-mail Addresss*

(816) 523-2205
*Telephone number*

(816) 523-8258
*FAX number*