Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF LODGING EXHIBIT A UNDER SEAL REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS *IN LIMINE* NO. 4** |

Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Exhibit Under Seal regarding Plaintiff's Response to Defendants' Motion *in Limine* No. 4.

Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she has lodged with the Court: BPV-17-01-00188522, Exhibit A to Plaintiff's Response to Defendants' Motion *in Limine* No. 4 to Exclude Testimony and Evidence Regarding Photograph of Bard Employee Michael Randall.

Defendants contend that Exhibit A is confidential and should be filed under seal. As required under LRCiv 5.6(d), Plaintiff certifies that on February 2, 2017, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be filed under seal.  Plaintiff does not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

RESPECTFULLY SUBMITTED this 1st day of February, 2018.

                GALLAGHER & KENNEDY, P.A.

                By:*/s/ Mark S. O'Connor*
                   Mark S. O'Connor
                   2575 East Camelback Road
                   Phoenix, Arizona  85016-9225

                LOPEZ McHUGH LLP
                   Ramon Rossi Lopez (CA Bar No. 86361)
                   (admitted *pro hac vice*)
                   100 Bayview Circle, Suite 5600
                   Newport Beach, California 92660

                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                */s/ Gay Mennuti*