UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Shalene Butler, | ) |
| | ) |
|   Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
| | ) |
|   v. | )   Civil Action No.  CV-18-00315-PHX-DGC |
| | ) |
| Bard Peripheral Vascular, Inc. and C. R. | ) |
| Bard, Inc., et al., | ) |
| | ) |
|   Defendant. | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: February 1, 2018      /s/ Richard B. North, Jr.
                 *Attorney's signature*

                 Richard B. North, Jr. (Ga. Bar No. 545599)
                 *Printed name and bar number*

                 Nelson Mullins Riley & Scarborough, LLP
                 201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                 *Address*

                 richard.north@nelsonmullins.com
                 *E-mail Address*

                 (404) 322-6000
                 *Telephone number*

                 (404 322-6050
                 *FAX number*