James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 7 TO EXCLUDE PRIOR JUDICIAL OPINIONS ON PLAINTIFF'S EXPERTS** |
| | (Assigned to the Honorable David G. Campbell) |

1     Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively

2  "Bard") submit this response in opposition to Plaintiff's Motion *in Limine* No. 7 and

3  respectfully show the Court as follows:

4                    **ARGUMENT AND CITATION OF AUTHORITY**

5     Evidence is relevant when it has "any tendency to make a fact more or less

6  probable than it would be without the evidence." Fed. R. Evid. 401(a). Relevant evidence

7  may only be excluded "if its probative value is substantially outweighed" by the danger of

8  prejudice. Fed. R. Evid. 403. The Plaintiff's Motion is premature and ignores these

9  principles of law. Therefore, the Plaintiff's Motion should be denied.

10  **A.    Previous Rulings Could Become Relevant Based on Plaintiffs' Experts'**
11  **Testimony.**

12     In *Wilson v. Maricopa Cty.*, the Court was presented with an unusual situation in

13  which the basis for the expert's previous exclusion was unclear. No. CV-04-2873

14  PHXDGC, 2007 WL 686726 (D. Ariz. Mar. 2, 2007). There was argument that "the

15  disqualification occurred because of counsel's untimely disclosure, not because of [the

16  expert's] lack of qualification." *Id*. at *11. And, the trial minutes discussing the specific

17  basis for the expert's exclusion were not before the Court because they were illegible. *Id*.

18  That would not be the case here, particularly given the comprehensive nature of some

19  previous judicial opinions excluding the Plaintiff's expert witnesses.

20     In any event, Bard agrees that evidence of prior *Daubert* rulings will likely be

21  irrelevant, and does not intend to introduce such evidence during *voir dire* or in opening

22  statement. But, the relevancy of such evidence will depend entirely on the context and

23  testimony of the evidence introduced by the Plaintiff. For example, if a the Plaintiff's

24  expert testifies as to how many courts have qualified that expert, or otherwise suggests

25  that his or her admission in other litigation means they are qualified to testify in this case,

26  then prior exclusions may become relevant for cross-examination. A number of other

27  situations may arise that make a complete prohibition on prior judicial opinions premature

28  at this pretrial stage. As a result, the Plaintiff's Motion should be denied.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## CONCLUSION

For these reasons, Bard respectfully requests that this Court deny Plaintiff's Motion *in Limine* No. 7.

RESPECTFULLY SUBMITTED this 9th day of February, 2018.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/Richard B. North, Jr.
Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000