| | |
|---|---|
| 1 | James R. Condo (#005867)<br>Amanda C. Sheridan (#027360) |
| 2 | SNELL & WILMER L.L.P.<br>One Arizona Center |
| 3 | 400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2204 |
| 4 | Telephone: (602) 382-6000<br>jcondo@swlaw.com |
| 5 | asheridan@swlaw.com |
| 6 | Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599 |
| 7 | Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986 |
| 8 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Atlantic Station |
| 9 | 201 17th Street, NW, Suite 1700<br>Atlanta, GA 30363 |
| 10 | Telephone: (404) 322-6000<br>richard.north@nelsonmullins.com |
| 11 | matthew.lerner@nelsonmullins.com |
| 12 | *Attorneys for Defendants*<br>*C. R. Bard, Inc. and* |
| 13 | *Bard Peripheral Vascular, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE ANY REFERENCE TO THE ADVERSE IMPACT OF A PLAINTIFF'S VERDICT AND TORT REFORM**<br><br>(Assigned to the Honorable David G. Campbell) |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") submit this response in opposition to Plaintiff's Motion *in Limine* No. 8 and respectfully show the Court as follows:

## ARGUMENT AND CITATION OF AUTHORITY

Bard submits this response to Plaintiff's Motion *in Limine* No. 8 which seeks to exclude reference to the adverse impact of a verdict for the Plaintiff, tort reform, or the "litigation crisis." Bard will not raise these topics during *voir dire* or opening statements. However, Bard reserves the right to raise the issue should it become relevant. As the Plaintiff admits, whether an argument is relevant and proper depends on the evidence admitted in the case. It is premature to exclude these arguments until the Court hears the evidence admitted. Further, the Plaintiff seeks punitive damages in this case, and should the jury decide to consider and/or award punitive damages, Bard is entitled to argue against such an award and the impact of it based on the evidence. *See Ford v. Uniroyal Goodrich Tire Co.,* 476 S.E.2d 565 (Ga. 1996). It is permissible to draw inferences from the evidence and make arguments in closing, and if the Plaintiff disagrees with the inference, that is a matter which may be addressed in her closing argument.

## CONCLUSION

For these reasons, Bard respectfully requests that the Court defer ruling on Plaintiff's Motion *in Limine* No. 8 unless and until it becomes an issue in the case.

RESPECTFULLY SUBMITTED this 9th day of February, 2018.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

- 1 -

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                          s/Richard B. North, Jr.
                                          Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- 3 -