# Exhibit B

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                   UNITED STATES DISTRICT COURT
                          DISTRICT OF ARIZONA
 2

    ------------------------------§
 3                                §
    In Re Bard IVC Filters         § No. MD-15-02641-PHX-DGC
 4  Products Liability Litigation  §
                                  §
 5  ------------------------------§
 6

 7

 8                            - - -
 9                   Thursday, June 15, 2017
10                            - - -
11

                      ** DO NOT DISCLOSE **
12

        ** SUBJECT TO FURTHER CONFIDENTIALITY REVIEW **
13

14                            - - -
15

16

17        Videotaped deposition of BRANDON KANG, M.D.,
          held at Mahaffey, Pickens & Tucker, 1550 North
18        Brown Road, Suite 125, Lawrenceville, Georgia,
          commencing at 10:09 a.m., on the above date,
19        before Susan D. Wasilewski, Registered
          Professional Reporter, Certified Realtime
20        Reporter, Certified Realtime Captioner, Certified
          Manager of Reporting Services, Florida
21        Professional Reporter, Certified Court Reporter
          (NJ), and Realtime Systems Administrator
22
                              - - -
23

                    GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1        A.   I do not.

 2        Q.   And you don't know anything about the

 3   credentials or the experience of the physician who

 4   implanted Ms. Booker's filter, do you?

 5        A.   I do not.

 6        Q.   You don't know if he was a vascular surgeon

 7   or an interventional radiologist, do you?

 8        A.   I don't know.

 9        Q.   So as you sit here today, you cannot provide

10   opinions or testimony in any way relating to the

11   implant of that filter; is that right?

12        A.   Well, that's not completely correct.  I have

13   plenty of experience implanting that type of filter

14   and retrieving that filter, so --

15        Q.   But you have no experience implanting the

16   filter in Ms. Booker; is that right?

17        A.   In her, no, but that filter, yes.

18        Q.   Okay.  But again, you don't know what the

19   doctor who implanted the filter knew or what his

20   decision process was, do you?

21        A.   Correct.

22        Q.   Okay.  And you don't intend to offer any

23   opinions relating to that, do you?

24        A.   I mean, I can't make an opinion for him, no.

25        Q.   You agree with me that IVC filters can save
```

Do Not Disclose - Subject to Further Confidentiality Review

1    lives, don't you?

2        A.   That's a correct statement.  I agree.

3        Q.   In fact, you have made that statement

4    publicly, haven't you?

5        A.   I have.

6        Q.   I'm going a little bit out of order but I'm

7    going to show you what I've marked -- I'm going to

8    mark as Exhibit 11 to your deposition, and I'm going

9    to go ahead and mark 12 at the same time so that I

10   have it together.

11           (Kang Exhibit 11 was marked for

12   identification.)

13           (Kang Exhibit 12 was marked for

14   identification.)

15           MR. ROLL:  Do you have copies?

16           MS. HELM:  I do.  Just give me a second.

17       I've just got to get them --

18           MR. ROLL:  That's 11?

19           MS. HELM:  No, that's 12.  I did them

20       backwards.  Sorry.  11 is the --

21   BY MS. HELM:

22       Q.   Dr. Kang, I want you to look at Exhibits 11

23   and 12 and let's start -- --

24       A.   Okay.

25       Q.   -- with Exhibit 12.  Is Exhibit 12 a screen