# Exhibit C



Deposition of:
# Thomas Kinney , M.D.

*June 17, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Case 2:15-md-02641-DGC   Document 10059-3   Filed 02/09/18   Page 3 of 4
Thomas Kinney , M.D.                              June 17, 2017
In Re: Bard IVC Filters Products Liability

Page 111

1    mechanical device is placed.
2         Then there are some -- some patients that even
3    despite our best level to anticoagulate them to
4    therapeutic levels, they may extend -- may extend their
5    DVT or may actually get a recurrent pulmonary embolism or
6    a new pulmonary embolism.  Those are really the situations
7    that are conveyed by that sentence.
8         Q.   And you write, "These patients are treated with
9    insertion of inferior vena cava filters."
10        A.   Right.
11        Q.   So the thought among physicians was that IVC
12   filters may be effective at preventing pulmonary embolism
13   when a patient can't be anticoagulated?
14             MR. JOHNSON:  Form.
15      BY MR. BROWN:
16        Q.   Is that right?
17        A.   So the difference between IVC filters and
18   anticoagulation is the filters only prevent the pulmonary
19   embolism, but they don't really prevent new clots from
20   forming, so it's -- it's really just that goal is to
21   prevent a pulmonary embolism.
22        Q.   And that's the point of the IVC filter?
23        A.   Right.
24        Q.   In that sense, IVC filters were viewed as
25   potentially lifesaving medical devices?

Page 112

1       MR. JOHNSON:  Form.
2       THE WITNESS:  That's correct.
3    BY MR. BROWN:
4       Q.  Could you still place --
5       (Interruption in proceedings.)
6       MR. BROWN:  He's had enough.
7       THE WITNESS:  I think his cooling jacket just
8    arrived.
9       MR. LOPEZ:  He's in Phoenix, so it's probably
10   110 degrees.  He did email me saying he had to leave the
11   call for a while.
12      THE WITNESS:  I'm sorry, Matthew.
13   BY MR. BROWN:
14      Q.  That's all right.
15      Dr. Kinney, do you still place IVC filters in your
16   patients?
17      A.  Yes, I do.
18      Q.  Your abstract goes on to say, "This article will
19   address attributes of the theoretical ideal IVC filter,
20   recently introduced IVC filters, complications of use of
21   IVC filters, and results of recent IVC filter studies."
22      A.  Yes.
23      Q.  Do you see that?
24      A.  I do.
25      Q.  Were you trying to provide readers of this