# Exhibit D



## Clinical Review
*Interventional Radiology Series*

# Using inferior vena cava filters to prevent pulmonary embolism

John Chung    Richard J.T. Owen MB BCh FRCP

### ABSTRACT

**OBJECTIVE** To review the evidence for using inferior vena cava (IVC) filters to prevent pulmonary embolism (PE) in high-risk patients.

**QUALITY OF EVIDENCE** Ovid MEDLINE was searched from 1966 to 2006 for all English-language papers on IVC filters. Evidence was graded according to the 3-level classification system. Most evidence found was level II.

**MAIN MESSAGE** Inferior vena cava filters are used to prevent PE in patients with contraindications to, complications of, or failure of anticoagulation therapy and patients with extensive free-floating thrombi or residual thrombi following massive PE. Current evidence indicates that IVC filters are largely effective; breakthrough PE occurs in only 0% to 6.2% of cases. Contraindications to implantation of IVC filters include lack of venous access, caval occlusion, uncorrectable coagulopathy, and sepsis. Complications include misplacement or embolization of the filter, vascular injury or thrombosis, pneumothorax, and air emboli. Recurrent PE, IVC thrombosis, filter migration, filter fracture, or penetration of the caval wall sometimes occur with long-term use.

**CONCLUSION** When used appropriately, IVC filters are a safe and effective method of preventing PE. Using retrievable filters might reduce long-term complications.

### RÉSUMÉ

**OBJECTIF** Réviser les données concernant l'utilisation des filtres de la veine cave inférieure (VCI) pour prévenir les embolies pulmonaires (EP) chez les patients à risque élevé.

**QUALITÉ DES PREUVES** On a recherché dans Ovid MEDLINE entre 1966 et 2006 tous les articles de langue anglaise sur le filtre de la VCI. Le système à trois niveaux a été utilisé pour classer les preuves. La plupart des données trouvées étaient de niveau II.

**PRINCIPAL MESSAGE** Le filtre de la veine cave inférieure est utilisé pour prévenir les EP chez les patients qui présentent des contre-indications, des complications ou un échec de l'anticoagulothérapie et chez ceux qui ont des thrombi flottants volumineux ou des thrombi résiduels après une EP massive. Les données actuelles indiquent que les filtres de la VCI sont fort efficaces; des EP les franchissent dans seulement 0,0-2,5% des cas. Les contre-indications à leur implantation sont l'absence d'accès veineux, l'occlusion de la veine cave, une coagulopathie non corrigeable ou une septicémie. Les complications incluent: insertion au mauvais endroit ou embolisation du filtre, lésion ou thrombose vasculaire, pneumothorax et embolie gazeuse. À long terme, il peut se produire des EP récurrentes, des thromboses de la VCI, une migration ou une fracture du filtre, ou une pénétration de la paroi de la veine cave.

**CONCLUSION** Le filtre de la VCI, utilisé judicieusement, est une méthode sécuritaire et efficace pour prévenir les embolies pulmonaires. L'utilisation de filtres récupérables pourrait réduire les complications à long terme.

This article has been peer reviewed.
Cet article a fait l'objet d'une révision par des pairs.
*Can Fam Physician* 2008;54:49-55

Table 2 *continued from page 53*

| STUDY | TYPE OF STUDY | TYPE OF FILTER | NO. AND TYPE OF PATIENTS | FOLLOW-UP TIME | FINDINGS | RETRIEVAL TIMES | SUCCESSFUL RETRIEVALS | COMPLICATIONS |
|---|---|---|---|---|---|---|---|---|
| Hoff et al,[20] 2004 | Uncontrolled prospective case series | Günther Tulip retrievable filter | 35 patients: indications were blunt trauma with no known thromboembolic disease but contraindication to anticoagulation therapy and mechanical prophylaxis | Range 6–14 d | No PE during hospital stay; 3 DVTs (8.6%) while filter in place | Mean 10.2 d (range 6–14) | 18 of 22 attempts were successful (82%) | 4 filter thrombi resulting in failed retrieval attempt (11.4%) |
| Terhaar et al,[21] 2004 | Uncontrolled retrospective review with prospective follow-up callback, case series | Günther Tulip retrievable filter | 53 patients: indications were planned major surgery with recurrent PE or high PE risk, extensive iliofemoral thrombus, DVT with anticoagulant complications, breakthrough PE despite anticoagulation therapy, and contraindication to anticoagulation therapy | 13 mo (for permanent filter patients) | 1 case of PE (1.9%) | Median 34 d (range 7–126) | 16 of 19 attempts were successful (84%) | 1 postretrieval pneumothorax (6.25%), 1 PE 12 h postinsertion (1.9%); 2 right internal jugular vein thromboses (3.8%), 1 transient Horner syndrome postretrieval (6.25%); 3 failed retrieval attempts (2 due to filter thrombi [3.8%], 1 due to adherence to IVC wall [1.9%]); 6 patients died (unrelated to filter placement or retrieval) (11.3%) |
| Millward et al,[22] 2001 | Retrospective (and prospective) multicentre review, case series | Günther Tulip retrievable filter | 90 patients: indications were PE or DVT with contraindication to anticoagulation therapy or prophylaxis after massive PE or free-floating thrombus or prophylaxis after trauma or before major surgery | Retrieved: mean 103 d (range 5–420); nonretrieved: mean 85 d (range 7–420) | 97.6% technical success (2 wrongly inserted filters), no PE in retrieval or nonretrieval groups | Mean 9 d (range 2–25) | 52 of 53 attempts were successful (98%); 1 failure due to initial filter misplacement | Retrieval group: 3 deaths unrelated to filter, 1 misplaced in iliac vein (1.1%), 1 recurrent DVT 230 d postretrieval. Nonretrieval group: 7 deaths unrelated to filter, 10 large filter thrombi precluding planned retrieval (11.1%), 2 IVC occlusions (2.2%) |

DVT—deep vein thrombosis, IVC—inferior vena cava, PE—pulmonary embolism, VTE—venous thromboemboli.

pneumatic compression stockings and aggressive mobilization after surgery.

### Referral for placement

Placement of IVC filters is available in all major centres in Canada and in most centres with practising interventional radiologists. Placement and removal of these filters is generally done in hospital for many reasons: the procedure requires technical expertise coupled with adequate fluoroscopic equipment, the complexity of scheduling filter placement with appropriate anticoagulation therapy is more easily managed in hospital, and interventional radiologists generally practise only in hospitals. Ideally, patients should be admitted to hospital if conventional therapy does not work, whether due to noncompliance or otherwise. Physicians providing in-hospital care can then refer their patients to interventional radiology if they feel filter placement is indicated. The ultimate decision for IVC filter placement and removal is a collaborative one between referring physician and radiologist. The procedure could be done on an outpatient basis, but this is not the current norm.

### Future directions

In recent years, use of IVC filters has surged; 1 report showed a greater than 12-fold increase in use from 1979 to 1999.[5] This trend is likely to continue owing to better and safer filters. More importantly, these devices are now being used for other indications, including prophylaxis despite absence of VTE, and in conjunction with anticoagulation therapy to reduce the likelihood of PE occurring in high-risk patients.[5] The quality of evidence is not yet ideal, however. Apart from 1 randomized trial in 2005, most data on these devices are drawn from nonrandomized case series. While these studies show that IVC filters are an acceptable method of preventing PE when anticoagulation therapy is no longer viable, little evidence suggests that IVC filters are prophylactically superior to anticoagulation therapy or that a combination of IVC filters and anticoagulation therapy is better than therapy alone. In fact, no studies to date compare the outcome of IVC filters with medical management. Randomized controlled trials are needed to determine

whether there are substantial differences among the many filters currently used.

Finally, more studies are required to create guidelines for when filters can be removed safely to minimize recurrence of PE and still maximize successful and safe retrieval of the filter.

## Conclusion

Inferior vena cava filters are effective at preventing PE in patients with proven DVT for whom medical anticoagulation is contraindicated or has failed. These filters are also used for patients at high risk of PE even if they do not have DVT. Studies to date show that only a very few cases of PE occur in patients with these filters.

**Competing interests**
*None declared*

**Correspondence to:** Dr Richard Owen, *Department of Radiology and Diagnostic Imaging, University of Alberta, Walter Mackenzie Health Sciences, 844—112 St, Edmonton, AB T6G 2B7; telephone 780 407-1210; e-mail* **drrichardowen@tbwifi.ca**

> **EDITOR'S KEY POINTS**
> - Anticoagulation is the first-line therapy for treatment and prevention of pulmonary embolism (PE). In some patients with proven deep-vein thrombosis or at high risk of PE, however, medical anticoagulation is contraindicated or has failed. In these patients, inferior vena cava filters can be used to prevent PE.
> - Current evidence indicates that these filters are usually effective in preventing breakthrough PE. Filters can be removed when a patient has an acceptably low risk of PE.
> - Short-term complications are usually minor and include access-site hematomas and thrombosis. Complications, such as sepsis or thrombosis, can occur with long-term use.
>
> **POINTS DE REPÈRE DU RÉDACTEUR**
> - L'anticoagulation est l'intervention de choix pour traiter et prévenir l'embolie pulmonaire (EP). Toutefois, chez certains patients présentant une thrombose veineuse profonde bien démontrée ou un fort risque d'EP, l'anticoagulation peut être contre-indiquée ou ne pas réussir. Chez ces derniers, le filtre de la veine cave inférieure peut être utilisé pour prévenir les EP.
> - D'après les données actuelles, ce filtre est généralement efficace pour prévenir le passage de nouvelles EP. Il peut être retiré lorsque le risque d'EP est suffisamment bas.
> - Les complications à court terme sont généralement peu sévères, telles des hématomes ou thromboses au site d'entrée. À long terme, des complications de septicémie ou de thrombose peuvent survenir.

**References**
1. Failla PJ, Reed KD, Summer WR, Karam GH. Inferior vena caval filters: key considerations. *Am J Med Sci* 2005;330:82-7.
2. Streiff MB. Vena caval filters: a review for intensive care specialists. *J Intensive Care Med* 2003;18:59-79.
3. Kaufman JA, Kinney TB, Streiff MB, Sing RF, Proctor MC, Becker D, et al. Guidelines for the use of retrievable and convertible vena cava filters: report from the Society of Interventional Radiology multidisciplinary consensus conference. *J Vasc Interv Radiol* 2006;17:449-59.
4. Hann CL, Streiff MB. The role of vena caval filters in the management of venous thromboembolism. *Blood Rev* 2005;19:179-202.
5. Stein PD, Kayali F, Olson RE. Twenty-one-year trends in the use of inferior vena cava filters. *Arch Intern Med* 2004;164:1541-5.
6. Wojcik R, Cipolle MD, Fearen I, Jaffe J, Newcomb J, Pasquale MD. Long-term follow-up of trauma patients with a vena caval filter. *J Trauma* 2000;49:839-43.
7. Rousseau H, Perreault P, Otal P, Stockx L, Golzarian J, Oliva V, et al. The 6-F nitinol TrapEase inferior vena cava filter: results of a prospective multicenter trial. *J Vasc Interv Radiol* 2001;12:299-304.
8. Benevenia J, Bibbo C, Patel DV, Grossman MG, Bahramipour PF, Pappas PJ. Inferior vena cava filters prevent pulmonary emboli in patients with metastatic pathologic fractures of the lower extremity. *Clin Orthop Relat Res* 2004;426:87-91.
9. Zerati AE, Wolosker N, Yazbek G, Langer M, Nishinari K. Vena cava filters in cancer patients: experience with 50 patients. *Clinics* 2005;60:361-6.
10. PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) randomized study. *Circulation* 2005;112:416-22.
11. Dovrish Z, Hadary R, Blickstein D, Shilo L, Ellis MH. Retrospective analysis of the use of inferior vena cava filters in routine hospital practice. *Postgrad Med J* 2006;82:150-3.
12. Antevil JL, Sise MJ, Sack DI, Sasadeusz KJ, Swanson SM, Rivera L, et al. Retrievable vena cava filters for preventing pulmonary embolism in trauma patients: a cautionary tale. *J Trauma* 2006;60:35-40.
13. Bovyn G, Ricco JB, Reynaud P, Le Blanche AF, European Tempofilter II Study Group. Long-duration temporary vena cava filter: a prospective 104-case multicenter study. *J Vasc Surg* 2006;43:1222-9.
14. Rosenthal D, Wellons ED, Lai KM, Bikk A, Henderson VJ. Retrievable inferior vena cava filters: initial clinical results. *Ann Vasc Surg* 2006;20:157-65.
15. Rosenthal D, Swischuk JL, Cohen SA, Wellons ED. OptEase retrievable inferior vena cava filter: initial multicenter experience. *Vascular* 2005;13:286-9.
16. Imberti D, Bianchi M, Farina A, Siragusa S, Silingardi M, Ageno W. Clinical experience with retrievable vena cava filters: results of a prospective observational multicenter study. *J Thromb Haemost* 2005;3:1370-5.
17. Allen TL, Carter JL, Morris BJ, Harker CP, Stevens MH. Retrievable vena cava filters in trauma patients for high-risk prophylaxis and prevention of pulmonary embolism. *Am J Surg* 2005;189:656-61.
18. Oliva VL, Szatmari F, Giroux MF, Flemming BK, Cohen SA, Soulez G. The Jonas study: evaluation of the retrievability of the Cordis OptEase inferior vena cava filter. *J Vasc Interv Radiol* 2005;16:1439-45.
19. Morris CS, Rogers FB, Najarian KE, Bhave AD, Shackford SR. Current trends in vena caval filtration with the introduction of a retrievable filter at a level I trauma center. *J Trauma* 2004;57:32-6.
20. Hoff WS, Hoey BA, Wainwright GA, Reed JF, Ball DS, Ringold M, et al. Early experience with retrievable inferior vena cava filters in high-risk trauma patients. *J Am Coll Surg* 2004;199:869-74.
21. Terhaar OA, Lyon SM, Given MF, Foster AE, McGrath F, Lee MJ. Extended interval for retrieval of Günther Tulip filters. *J Vasc Interv Radiol* 2004;15:1257-62.
22. Millward SF, Oliva VL, Bell SD, Valenti DA, Rasuli P, Asch M, et al. Günther Tulip Retrievable Vena Cava Filter: results from the Registry of the Canadian Interventional Radiology Association. *J Vasc Interv Radiol* 2001;12:1053-8.
23. Stavropoulos SW. Inferior vena cava filters. *Tech Vasc Interv Radiol* 2004;7:91-5.
24. Ramzi DW, Leeper KV. DVT and pulmonary embolism: Part II. Treatment and prevention. *Am Fam Physician* 2004;69:2841-8.

✷ ✷ ✷