James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCE TO FAILURE RATES, COMPLICATION RATES, PERCENTAGES AND COMPARATIVE ANALYSIS OF INJURIES BEYOND THOSE PRODUCED IN COMPLAINT FILES**<br><br>(Assigned to the Honorable David G. Campbell) |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") submit this response in opposition to Plaintiff's Motion *in Limine* No. 5 and respectfully show the Court as follows:

## ARGUMENT AND CITATION OF AUTHORITY

In response to the Plaintiff's Motion *in Limine* No. 5 about reference to failure rates, complication rates, percentages and comparative analysis of injuries beyond those produced in complaint files, Bard notes that the Motion is somewhat ambiguous, making it difficult for Bard to determine exactly what evidence the Plaintiff seeks to exclude.

The issue of producing updated complaint files and adverse event tracking system information was discussed during the October 29, 2015 Case Management Hearing. Counsel for Bard informed the Court that all Bard complaint files and adverse event tracking system information, except for the Simon Nitinol Filter and Denali had been produced, and that Bard would produce updated material to the Plaintiff. *See* Hr'g Tr. 107:19-23; 110:20 to 111:1, Oct. 29, 2015, excerpt attached hereto as Exhibit A. The Court ordered Bard to produce the updated material in Case Management Order No. 2 (Doc. 249). And Bard produced the material for all failure modes, as ordered, in Bard's Responses and Objections to Plaintiffs' Second Requests for Production of Documents.[1] Thus, the Plaintiff's Motion should be denied as moot.[2]

## CONCLUSION

For these reasons, Bard respectfully requests that this Court deny the Plaintiff's Motion *in Limine* No. 5.

RESPECTFULLY SUBMITTED this 9th day of February, 2018.

s/ Richard B. North, Jr.
Richard B. North, Jr.

---

[1] Although the Plaintiff asserts that Bard produced only complaint files concerning death, perforation, tilt, fracture, and migration, Bard actually produced complaint files regarding *all* failure modes, including, for example, pulmonary embolism causing death, recurrent pulmonary embolism, and hemorrhage.

[2] Bard reserves the right to object to the introduction of its complaint files, or to offer them as evidence, depending on the context. Bard, however, disputes the premise of the Plaintiff's instant motion.

- 1 -

Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                              s/Richard B. North, Jr.
                                              Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000