# EXHIBIT A

Do Not Disclose - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ARIZONA
 3                             - - -
 4   IN RE BARD IVC FILTERS        : NO. MD-15-02641-PHX-DGC
     PRODUCTS LIABILITY LITIGATION :
 5
 6
 7                             - - -
 8                       MARCH 21, 2017
 9                             - - -
                 DO NOT DISCLOSE - SUBJECT TO FURTHER
10                     CONFIDENTIALITY REVIEW
11              Videotape deposition of MARCUS
12   D'AYALA, M.D., taken pursuant to notice, was held at
13   the law offices of Aaronson Rappaport Feinstein &
14   Deutsch, LLP, 600 Third Avenue, New York, New York
15   10016, beginning at 12:45 p.m., on the above date,
16   before Amanda Dee Maslynsky-Miller, a Certified
17   Realtime Reporter and Notary Public in and for the
18   State of New York.
19
20                             - - -
21
22
23
                       GOLKOW TECHNOLOGIES, INC.
24           877.370.3377 ph | 917.591.5672 fax
                        deps@golkow.com
25
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   BY MR. MATTHEWS:
 2        Q.     But let me ask you, then, this
 3   question, just so we're clear.
 4               Do you rely, in part, on IFUs, that
 5   is, instructions for use, with the products you
 6   implant in patients?
 7        A.     Yes.
 8        Q.     That would include --
 9        A.     In part.
10        Q.     That would include implants, grafts,
11   stents, filters and other permanent devices?
12        A.     Yes.
13               MR. MATTHEWS:  All right.  I would
14   like to mark as Exhibit-4 an IFU from the G2 filter
15   system that, on the last page, is dated 10/06.  And
16   I presume this was the effective IFU in place at the
17   time of implant in 2007.
18                          - - -
19               (Whereupon, Exhibit-4, IFU, G2 Filter
20   System, was marked for identification.)
21                          - - -
22               MR. LERNER:  Just so we're clear,
23   that last thing was a statement, not a question,
24   correct?
25               MR. MATTHEWS:  That was a statement.
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   have been reported without any adverse clinical

 2   sequelae.

 3              I'd like to ask you about the first

 4   sentence:  Filter fracture is a known complication

 5   of vena cava filters.

 6              Doctor, do you read that in the IFU

 7   to mean that the rates of filter fracture are

 8   similar with all filters?

 9              MS. HELM:  Object to the form.

10              THE WITNESS:  I don't read anything

11   about rate.  I read something about complications

12   and about the potential for fracture.  So it makes

13   no specific statements with regards to the incidence

14   of this occurrence.

15   BY MR. MATTHEWS:

16       Q.     If there is evidence that the company

17   had, in 2006 or prior to that publication being sent

18   to you with the filter, and there was a showing

19   within the company of a 500 percent greater risk

20   with Bard filter compared with other filters, is

21   that the information -- the type of information that

22   you would want to know about?

23              MS. HELM:  Object to the form.

24              THE WITNESS:  Yes.

25   BY MR. MATTHEWS:
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1      A.      The top box?
 2      Q.      Yes, I messed up.
 3      A.      Sure.  6/21/07, vascular attending,
 4  37-year-old with history of DVT PE.  Uterine
 5  fibroids, vaginal bleed with DVT, despite
 6  anticoagulation.  Awaiting surgical intervention.
 7      Q.      Now, it says that, Agree with need
 8  for IVC filter.
 9      A.      Uh-huh.
10      Q.      And I believe you told us that that
11  was Dr. Martin with whom you were agreeing with; is
12  that right?
13      A.      Yes.  Well, to read that entire box
14  it says, 37-year-old awaiting GYN surgery with
15  chronic DVT and PE.  Agree with need for IVC filter.
16  Will schedule for insertion of retrievable filter
17  today.  Risk/benefits discussed with patient,
18  husband, who agreed to proceed.
19      Q.      And when it says, Duplex showed
20  chronic superficial DVT, is that a duplex
21  ultrasound?
22      A.      Correct.
23      Q.      And that's done -- how is that done?
24      A.      Using ultrasound.
25      Q.      All right.
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   longer contraindicated for anticoagulants?
 2              MR. MATTHEWS:  Object to the form.
 3              THE WITNESS:  Yes.
 4   BY MS. HELM:
 5        Q.    And as you sit here today, you don't
 6   know why her filter wasn't retrieved before 2014, do
 7   you?
 8        A.    I can only guess.
 9        Q.    We're not asking you to guess.
10              In 2007 when you implanted Ms.
11   Booker's G2 filter, you were aware of the potential
12   complications associated with that filter, were you
13   not?
14              MR. MATTHEWS:  Object to the form.
15              THE WITNESS:  Of the G2 filter?
16   BY MS. HELM:
17        Q.    Yes.
18        A.    The reported complications at the
19   time I was aware of, I'm sure.
20        Q.    And, in fact, you previously looked
21   at Exhibit-4, which was the IFU --
22        A.    Yes.
23        Q.    -- for the G2 filter.
24              And you would have had that IFU
25   available to you before you implanted Ms. Booker's
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   filter, correct?
 2        A.     Yes.
 3        Q.     And, specifically, in Section G of
 4   the IFU, it discusses that one of the known
 5   complications of the G2 filter is movement or
 6   migration; is that right?
 7        A.     It does.
 8        Q.     And it also specifically addresses
 9   that filter fracture is a known complication of vena
10   cava filters, does it not?
11        A.     It does.
12        Q.     And, in fact, fracture is a
13   complication of all vena cava filters, isn't it?
14        A.     It is.  As is migration.
15        Q.     Thank you.
16               And the G2 -- and the IFU for the G2
17   filter that you implanted in Ms. Booker specifically
18   says that, There have been reports of embolization
19   of vena cava filter fragments resulting in retrieval
20   of the fragment using endovascular and/or surgical
21   techniques.  Most cases a filter fracture, however,
22   have been reported without any adverse clinical
23   sequelae.
24               Is that right?
25        A.     Uh-huh.
```

Golkow Technologies, Inc.                              Page 94

Do Not Disclose - Subject to Further Confidentiality Review

```
 1         Q.      And so before treating Ms. Booker in
 2   2007, you were aware, as you've stated, that filter
 3   fracture was a risk associated with a G2 and all
 4   filters; is that right?
 5         A.      Yes.
 6         Q.      And you took that into consideration
 7   when weighing the risk/benefit for implanting a G2
 8   filter in Ms. Booker; is that right?
 9         A.      Yes.
10         Q.      You testified earlier that Ms.
11   Booker, because of what was going on in her medical
12   condition, was contraindicated for anticoagulants at
13   the time you inserted the filter, correct?
14         A.      Yes.
15         Q.      But she had a history of both PE and
16   DVT, correct?
17         A.      Correct.
18         Q.      And she was about to undergo surgery
19   for a cervical mass; is that right?
20         A.      Right.
21         Q.      And so she had to be removed from the
22   anticoagulant medication?
23         A.      Right.
24         Q.      But it was your -- was it your
25   understanding that post surgery that medication
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   would be resumed, or did you have an understanding
 2   of that?
 3        A.     I'm not entirely sure that that is
 4   clear to me from the record.  I can tell you that it
 5   would be my practice to discuss resumption of
 6   anticoagulation with all of the physicians involved
 7   in her care.
 8               In this particular case, it would
 9   depend on no small measure as to the comfort level
10   regarding her potential for rebleeding.  Keep in
11   mind, she came in anemic with a vaginal bleed and
12   she came in with DVTs and a pulmonary embolism
13   despite anticoagulation.
14        Q.     Back on Page -- and I apologize, I'm
15   jumping around -- but back on Page 71 --
16        A.     Sure.
17        Q.     -- in your handwritten note it says,
18   Risk/benefits discussed with patient.
19               Is that right?  I hope that's what it
20   says.
21        A.     Yes.
22        Q.     Schedule for insertion --
23        A.     Yes.
24        Q.     -- of retrievable filter today?
25        A.     Yes.  Risks/benefits discussed with
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   patient, husband, who agreed to proceed.
 2         Q.    And what was your practice at the
 3   time, do you recall -- at the time in 2007, what
 4   risk/benefits would you have discussed with Ms.
 5   Booker relating to the insertion of the retrievable
 6   filter?
 7         A.    Right.  What I would discuss with any
 8   young patient regarding any implant is concerns
 9   regarding durability, procedural complications.  I
10   would discuss the potential for bleeding, infection;
11   a dye reaction, very unlikely, some degree of renal
12   insufficiency as the complication of the use of dye.
13               And as far as long-term
14   complications, as I stated, durability and the
15   potential for caval thrombosis, migration,
16   fragmentation.  Hence, the importance for follow-up
17   and attempt at retrieval in the future.
18         Q.    Was it your practice in 2007, at the
19   time you treated Ms. Booker, to inform patients that
20   the filter might have to be left permanently or --
21         A.    Yes.
22         Q.    -- might be there permanently?
23               And because you had identified it as
24   a retrievable filter, would you have discussed with
25   her how the retrieval of the filter would be
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   accomplished, if that was to be done?
 2              MR. MATTHEWS:  Object to the form.
 3              THE WITNESS:  Usually, we would tell
 4   them that that would be a percutaneous procedure,
 5   similar to the insertion procedure, although
 6   sometimes not possible.
 7   BY MS. HELM:
 8        Q.   Did you -- was it your practice in
 9   2007 to provide the plaintiff or her family member
10   with any written materials about the filter or the
11   procedure?
12        A.   No.
13        Q.   And would you ever give a patient a
14   copy of the IFU?
15        A.   No.
16        Q.   Why not?
17        A.   I've never done so.  It's just not my
18   practice to do so.  I think that as a physician when
19   you're dealing with a patient, it's really on you to
20   make some important decisions for them.  And I think
21   an IFU is a complicated document.  You may correct
22   me if I'm wrong, but I think the IFU is mostly
23   intended for legal purposes.  I'm not so sure it's
24   intended to guide medical practice.  And I don't
25   think its intent is in any way to guide a patient in
```