# Exhibit B

In The Matter Of:

## *Giordano vs. C.R. Bard*

_____

## *Suzanne Parisian, M.D.*

September 25, 2014

_____

**Tiffany Alley Global Reporting & Video**

730 Peachtree Street NE

Suite 470

Atlanta, GA 30308

770.343.9696

www.tiffanyalley.com



Case 2:15-md-02641-DGC   Document 10062-2   Filed 02/09/18   Page 3 of 3

Giordano vs. C.R. Bard             Suzanne Parisian, M.D.             09/25/2014

1   But you can use it to look for trends in your own
2   device compared to other people.  But in terms of a
3   labeling, it would tend to be something a little bit
4   more robust.
5       Q    In other words, you may see trends or may
6   evaluate it trying to perceive trends, but you would
7   not put the comparison based only on the MAUDE database
8   into your labeling, would you?
9       A    No.  You could use medical literature because
10  there are studies where people actually have done
11  retrospective studies, and you could cite the author
12  and let the people go look at that.  But the MAUDE
13  database, it can be used for certain things, but it's
14  not -- you wouldn't use it across industry to come up
15  with the incidence rate.  And it says it on the
16  database; don't use it as an incidence rate, but you
17  can come up with -- you can use it for certain things,
18  but I wouldn't use it for that.
19      Q    I believe that we talked about this earlier,
20  but I'm not sure it was clear.  The pain that Ms. Keith
21  complained of, the acute pain, you're not able to give
22  a medical opinion that that pain was associated with
23  the filter itself, are you?
24      A    I'm not caring for Ms. Keith.  I think the
25  internal, the internist would probably be the one to