# Exhibit C

Janet Hudnall

Page 1

IN THE DISTRICT COURT
DISTRICT OF NEVADA
---oOo---

KEVIN PHILLIPS,            )
                           )
     Plaintiff,            )
                           )
vs.                        )    Case No.
                           )    3:12-cv-00344-
C.R. BARD, INC., et al,)        RCJ-WGC
                           )
     Defendants.           )
                           )

---oOo---

FRIDAY, NOVEMBER 1, 2013

DEPOSITION OF JANET HUDNALL
---oOo---

REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 135

1   being a gap when all that the company had was two
2   permanent devices that it was actively marketing,
3   and that is a G2 and a Simon Nitinol filter?
4       A.   That sounds right, yes.
5       Q.   And -- and that the Simon -- that the
6   Recovery filter was taken off the market because of
7   the excess complications that it had?
8            MR. NORTH:  Objection to the form.  No
9   foundation.
10           THE WITNESS:  The G2 filter was the next
11  generation of the Recovery filter.  So we didn't
12  keep previous generation and new generation --
13      Q.   BY MR. LOPEZ:  No, no, but --
14      A.   -- at the same time.
15      Q.   Well, but it wasn't really a next
16  generation from the standpoint --
17      A.   Of course it was.
18      Q.   Wait.  Let me finish.
19           From the standpoint of its retrievability.
20  It did not have the retrievability indication when
21  it got -- when it got cleared under 510(k), did it?
22      A.   It was being studied for retrievability.
23      Q.   Right.  But -- but there was a time period
24  when the company did not have a retrievable device
25  it was marketing?