1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF ARIZONA
10
11 In Re Bard IVC Filters Products          No. MD-15-02641-PHX-DGC
   Liability Litigation
12                                          **PLAINTIFF'S NOTICE OF LODGING
                                            EXHIBITS UNDER SEAL REGARDING
13                                          PLAINTIFF'S RESPONSE TO
                                            DEFENDANTS' MOTIONS *IN LIMINE*
14                                          NOS. 01 AND 02**

15

16      Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Exhibit Under

17 Seal regarding Plaintiff's Responses to Defendants' Motion *in Limine* Nos. 01 and 02.

18      Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she inadvertently filed with

19 the Court on February 8 and 9, 2018 [Doc. 10050 and Doc. 10068], the documents listed

20 on Exhibit A to this Notice.  Subsequently, Plaintiff contacted the court's ECF clerk and

21 requested the exhibits to be temporarily sealed.

22      Defendants contend that the documents listed in Exhibit A are confidential and

23 should be filed under seal.  As required under LRCiv 5.6(d), Plaintiff certifies that on

24 February 12, 2017, the parties met and conferred in good faith and were unable to agree

25 about whether the documents are confidential under the Protective Order and should be

26 filed under seal.  Plaintiff does not believe that the disputed documents warrant continued

27 confidential treatment as proprietary or sensitive trade secret information.

28

RESPECTFULLY SUBMITTED this 12th day of February, 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark S. O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

**EXHIBIT A**

**Plaintiff's Response to MIL No. 1 [Doc. 10068]**

| Bates Number | Document Description |
|---|---|
| BPV-17-01-00125335 | Exhibit A – Recovery filter 510(k) |
| BPV-17-01-00125616 | Exhibit B – Aug. 10, 2005 Response to FDA |
| BPVE-01-000171565 | Exhibit C – Recovery Road Show Accounts |
| N/A | Exhibit D – 510(k) comparison chart |
| N/A | Exhibit E – Device History Timeline |
| N/A | Exhibit F – Compilation AER Chart |
| N/A | Exhibit G – Hurst Dep. Testimony |
| N/A | Exhibit H – McMeeking Dep. Testimony |
| BPVEFILTER-01-00008255 | Exhibit I – Feb. 2006 HHE |
| BPVE-01-01239757 | Exhibit J – Fracture Analysis |

**Plaintiff's Response to MIL No. 2 [Doc. 10050]**

| Bates Number | Document Description |
|---|---|
| N/A | Exhibit A – Device History Timeline* |
| N/A | Exhibit B – Substantially Equivalent Letter for Recovery filter |
| BPV-17-01-00125335 | Exhibit C – Recovery filter 510(k)* |
| BPV-17-01-00125616 | Exhibit D – Aug. 10, 2005 Response to FDA* |
| BPV-17-01-00125199 | Exhibit E – Substantially Equivalent Letter for G2 filter |
| N/A | Exhibit F – Recovery G2 510(k) summary |
| FDA_PRODUCTION_00000048 | Exhibit G – G2 filter 510(k) |
| BPVE-01-00276094 | Exhibit H – Migration Resistance Test |
| N/A | Exhibit I-2 – Asch Dep. Testimony |
| BPV-17-01-00052621 | Exhibit I-3 – Asch Note |
| N/A | Exhibit J – Fuller Dep. Testimony |
| BPVE-01-000171565 | Exhibit K – Recovery Road Show Accounts* |

*only one copy will be filed.