IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641-PHX DGC<br><br>**ORDER** |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>Defendants. | |

Upon consideration of the parties' Joint Stipulation to Bifurcate Trial Pursuant to Fed. R. Civ. P. 42(b).  Doc. 10048.

IT IS ORDERED that the parties joint stipulation to bifurcate (Doc.10048) is **granted.** The  trial of this case will be conducted in two phases:  determining liability, compensatory damages, and whether punitive damages should be awarded in the first phase of trial and, if necessary, determining the amount of punitive damages in the second phase following the procedures set out in Georgia's state statute on punitive damages – O.C.G.A. § 51-12-5.1(d).

Dated this 12th day of February, 2018.

_____
David G. Campbell
United States District Judge