IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO:

ARMANDO DIAZ
Case No. 2:17-cv-02970-DGC

MDL No. 2:15-MD-02641-PHX-DGC

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HERBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/s/ Ellen A. Presby
Ellen A. Presby
THE NEMEROFF LAW FIRM
Hillcrest Tower
12720 Hillcrest Road, Suite 700
Dallas, Texas 75230
Tel: (214) 774-2258
Fax: (214) 393-7897
ellenpresby@nemerofflaw.com
*Attorneys for Plaintiff*

/s/ Richard B. North, Jr.
Richard B. North, Jr.
NELSON MULLINS RILEY &
SCRABOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-6050
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/EFC System for filing and transmittal of notice electronic filing.

/s/ Ellen A. Presby
Ellen A. Presby