IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| ARMANDO DIAZ<br>      Plaintiff | Civil Action No. 2:17-cv-02970-DGC |
| v. | |
| C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>      Defendants | |

## [PROPOSED] ORDER

IT IS HERBY ORDERED, ADJUDGED AND DECLARED that all claims of Plantiff Armando Diaz against Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. in Civil Action No. MDL No. 2641 (Member Case 2: 17-cv-02970-DGC) are dismissed and in their entirety Without prejudice as to the refiling of same, and each party shall bear its own cost.

Dated this _____ day of _____ 2018.

_____
United States District Judge