IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Exhibits in Support of Bard's Reply in Support of its Motion *in Limine* No. 1 to Exclude Evidence of Recovery® Filter Complications and Other Complications that Are Not Substantially Similar to the Incident at Issue, and for other good cause shown, the Motion is hereby granted, and Bard's exhibits filed in support of their Reply in Support of its Motion *in Limine* No. 1 to Exclude Evidence of Recovery® Filter Complications and Other Complications that Are Not Substantially Similar to the Incident at Issue are hereby sealed.