**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Lynn Brown, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-18-00018-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) ) ) | |
| Defendant. | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: February 16, 2018            /s/ Richard B. North, Jr.
                                                                  *Attorney's signature*

                                                                  Richard B. North, Jr. (Ga. Bar No. 545599)
                                                                  *Printed name and bar number*

                                                                  Nelson Mullins Riley & Scarborough, LLP
                                                                  201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                                  *Address*

                                                                  richard.north@nelsonmullins.com
                                                                  *E-mail Address*

                                                                  (404) 322-6000
                                                                  *Telephone number*

                                                                  (404 322-6050
                                                                  *FAX number*