**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – TELEPHONIC HEARING**

Phoenix Division

MDL 15-2641-PHX-DGC              DATE: 2/16/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Liz Lemke
       Deputy Clerk                    Court Reporter
TELEPHONIC APPEARANCES:
 Ramon Lopez, Mark O'Connor
Attorney(s) for Plaintiff(s)
 Richard North, James Condo, Matthew Lerner
 Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:**     X   Open Court      _____ Chambers      _____ Other

Telephonic conference held.

Extension of the pretrial deadlines to 3/2/2018 for submission of the joint exhibit list with objections and deposition designations with objections discussed. Time allotted for trial discussed. Plaintiffs request an additional day during trial.

By close of business on 2/28/2018, parties shall submit the final pretrial order and joint exhibit list with objections. By close of business on 3/1/2018, parties shall submit deposition designations with objections, and by 3/2/2018 the deposition transcripts.

Trial time allotments shall remain as set. Court will revisit as the trial progresses.

Trial briefs discussed. Trial briefs shall be filed by 3/9/2018, no more than 15 pages in length per side.

Setting of the 3rd and 4th bellwether trials discussed. Following dates will be set without objection: 3rd bellwether trial - September 10-14, 18-21 and 24-28, 2018. 4th bellwether trial - November 5-9, 12-16, 19, 20 and 26-28, 2018.

Parties to agree on the 2 bellwether cases to be tried on these days, and notify the Court.