# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641 PHX DGC |
| _____ | |
| This Document Relates to: | |
| ARMANDO DIAZ | No. CV17-2970-PHX DGC |
| Plaintiff | |
| v. | **ORDER** |
| C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC. | |
| Defendants | |
| _____ | |

The Court has considered the stipulation of dismissal without prejudice between the parties. Doc. 10076.

**IT IS HERBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plantiff Armando Diaz against Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. in Civil Action No. MDL 15-2641 PHX DGC (Member Case CV17-02970-PHX DGC) are dismissed and in their entirety without prejudice as to the refiling of same, and each party shall bear its own cost.

Dated this 21st day of February, 2018.

_____
David G. Campbell
United States District Judge