IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 15-2641 |
| 2:18-cv-00577-DGC | ) ) ) | |
| CAROLYN FERNANDEZ, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

    We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Carolyn Fernandez.

Dated: 02/21/2018                    Respectfully submitted,

                                            By: /s/Thomas P. Cartmell
                                            Thomas P. Cartmell (MO Bar No. 45366 )
                                              (admitted *pro hac vice*)
                                            **Wagstaff & Cartmell, LLP**
                                            4740 Grand Ave., Suite 300
                                            Kansas City, MO 64112
                                            (816) 701-1100
                                            (816) 531-2372 (fax)

                                            By: /s/David C. DeGreeff
                                            David C. DeGreeff (MO Bar No. 55019)
                                              (admitted *pro hac vice*)
                                            **Wagstaff & Cartmell, LLP**

                                        4740 Grand Ave., Suite 300
                                        Kansas City, MO 64112
                                        (816) 701-1100
                                        (816) 531-2372 (fax)
                                        ddegreeff@wcllp.com

                                        ***Attorneys for Plaintiff***

     I hereby certify that on this 21st day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                        */s/ David C. DeGreeff*