IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:18-cv-00576-DGC<br><br>MARIA FRITZ,<br><br>       Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., et al.,<br><br>       Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:  The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Maria Fritz.

Dated: 02/21/2018                                    Respectfully submitted,

                                                      By: /s/Thomas P. Cartmell
                                                      Thomas P. Cartmell (MO Bar No. 45366 )
                                                       (admitted *pro hac vice*)
                                                      **Wagstaff & Cartmell, LLP**
                                                       4740 Grand Ave., Suite 300
                                                       Kansas City, MO 64112
                                                       (816) 701-1100
                                                       (816) 531-2372 (fax)

                                                       By: /s/David C. DeGreeff
                                                       David C. DeGreeff (MO Bar No. 55019)
                                                       (admitted *pro hac vice*)
                                                     **Wagstaff & Cartmell, LLP**

4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 21st day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff