# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Howard Zuckerman

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Florida</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>Florida</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court for the Middle District of Florida</u>

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

<u>Multi-District Litigation</u>

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

1. ☐ G2® Express (G2®X) Vena Cava Filter
2. ☑ Eclipse® Vena Cava Filter
3. ☐ Meridian® Vena Cava Filter
4. ☐ Denali® Vena Cava Filter
5. ☐ Other: _____

11. Date of Implantation as to each product:

   July 1, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I:     Strict Products Liability – Manufacturing Defect
   ☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
   ☑ Count III:   Strict Products Liability – Design Defect
   ☑ Count IV:    Negligence - Design
   ☑ Count V:     Negligence - Manufacture
   ☑ Count VI:    Negligence – Failure to Recall/Retrofit
   ☑ Count VII:   Negligence – Failure to Warn
   ☑ Count VIII:  Negligent Misrepresentation
   ☑ Count IX:    Negligence *Per Se*
   ☑ Count X:     Breach of Express Warranty
   ☑ Count XI:    Breach of Implied Warranty
   ☑ Count XII:   Fraudulent Misrepresentation

-3-

1. ☑ Count XIII: Fraudulent Concealment
2. ☑ Count XIV: Violations of Applicable <u>Florida</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
3. ☐ Count XV: Loss of Consortium
4. ☐ Count XVI: Wrongful Death
5. ☐ Count XVII: Survival
6. ☑ Punitive Damages
7. ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 16th day of November, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 16th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*