# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Marlin Pavelek

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Ohio

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐ G2®Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☒ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

July 10, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:    Strict Products Liability – Manufacturing Defect

☒ Count II:   Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:  Strict Products Liability – Design Defect

☒ Count IV:   Negligence - Design

☒ Count V:    Negligence - Manufacture

☒ Count VI:   Negligence – Failure to Recall/Retrofit

☒ Count VII:  Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX:   Negligence *Per Se*

☒ Count X:    Breach of Express Warranty

☒ Count XI:   Breach of Implied Warranty

☒ Count XII:  Fraudulent Misrepresentation

    ☑    Count XIII:    Fraudulent Concealment

    ☑    Count XIV:    Violations of Applicable <u>Ohio</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

        Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII:  Survival

    ☑    Punitive Damages

    ☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 10th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
   Debra J. Humphrey
   One Grand Central Place
   60 East 42nd St., Suite 950
   New York, New York 10165
   (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 10th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774