# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

The Court proposes to excuse the following jurors for hardship. Counsel should be prepared to state any objections to excusing these jurors, and any challenges for cause based on the juror questionnaires, at the hearing on **March 2, 2018 at 10:00 a.m.**

1
2
3
5
6
8
11
13
15
18
20
22
24
25
27
32
36
37
39
41
43
45

47
48
52
54
55
62
65
67
69
70
71
74
86
88
89
91
92
95
98
99
100
104
109
110
115
120
121
127
129
131
134
139
143
147
148
152
158
162
163
165
175
176
177
178
179
180
181
184
186
187
188
195

197
199
200

Dated this 23rd day of February, 2018.

_____
David G. Campbell
United States District Judge