IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to:<br><br>RONALD TOPPER<br>And<br>Kim Topper, To be named as Administrator of the Estate<br><br>        Plaintiffs<br>v.<br><br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>        Defendants<br>_____ | MDL No. 2:15-MD-02641-PHX-DGC<br><br><br><br><br><br><br>Civil Action No. 2:17-cv-01772-DGC |

### STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:17-CV-01772 WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Ronald Topper and Kim Topper, To be named as Administrator of the Estate and Defendants C.R. BARD. INC. and BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

RESPECTFULLY SUBMITTED this 22nd day of February, 2018.

                                    **THE MOODY LAW FIRM**

                                    By: */s/ Willard J. Moody, Jr.*
                                    Willard J. Moody, Jr.
                                    500 Crawford Street, Suite 200
                                    Portsmouth, VA 23704
                                    (757) 393-6020
                                    will@moodyrrlaw.com
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22nd, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
