**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ~~FLORIDA~~ ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Howard Zuckerman

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐      G2® Express (G2®X) Vena Cava Filter

☑      Eclipse® Vena Cava Filter

☐      Meridian® Vena Cava Filter

☐      Denali® Vena Cava Filter

☐      Other: _____

11. Date of Implantation as to each product:

July 1, 2010

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I:      Strict Products Liability – Manufacturing Defect

☑      Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑      Count III:      Strict Products Liability – Design Defect

☑      Count IV:      Negligence - Design

☑      Count V:      Negligence - Manufacture

☑      Count VI:      Negligence – Failure to Recall/Retrofit

☑      Count VII:      Negligence – Failure to Warn

☑      Count VIII:      Negligent Misrepresentation

☑      Count IX:      Negligence *Per Se*

☑      Count X:      Breach of Express Warranty

☑      Count XI:      Breach of Implied Warranty

☑      Count XII:      Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>Florida</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

1    RESPECTFULLY SUBMITTED this 16th day of November, 2017.

2    **MARC J. BERN & PARTNERS LLP**

3    By: */s/ Debra J. Humphrey*
     Debra J. Humphrey
     One Grand Central Place
     60 East 42nd St., Suite 950
     New York, New York 10165
     (212) 702-5000

     *Attorneys for Plaintiff(s)*

I hereby certify that on this 16th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*