**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-2641-DGC |

**NOTICE OF FILING OF AMENDED COMPLAINT**

    Pursuant to Fed. R. Civ. P. 15, Plaintiff, Howard Zuckerman, hereby files its Amended Master Short Form Complaint. The Defendants have reviewed and consented to the following amendments.

1. See District Court, District Court changed to Arizona

RESPECTFULLY SUBMITTED this 23rd day of February 2018.

                                            **MARC J. BERN &**
                                            **PARTNERS LLP**

                                            By: */s/ Debra J. Humphrey*
                                            Debra J. Humphrey
                                            One Grand Central Place 60
                                            East 42nd St., Suite 950
                                            New York, New York 10165
                                            (212) 702-5000
                                            *Attorneys for Plaintiff(s)*