**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Howard Zuckerman

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: 

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter

-2-

| | | |
|---|---|---|
| 1 | ☐ | G2® Express (G2®X) Vena Cava Filter |
| 2 | ☑ | Eclipse® Vena Cava Filter |
| 3 | ☐ | Meridian® Vena Cava Filter |
| 4 | ☐ | Denali® Vena Cava Filter |
| 5 | ☐ | Other: _____ |

11. Date of Implantation as to each product:

July 1, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*
- ☑ Count X: Breach of Express Warranty
- ☑ Count XI: Breach of Implied Warranty
- ☑ Count XII: Fraudulent Misrepresentation

-3-

1      ☑     Count XIII:    Fraudulent Concealment

2      ☑     Count XIV:    Violations of Applicable <u>Florida</u> (insert state)

3                Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4                Practices

5      ☐     Count XV:     Loss of Consortium

6      ☐     Count XVI:    Wrongful Death

7      ☐     Count XVII: Survival

8      ☑     Punitive Damages

9      ☐     Other(s): _____ (please state the facts supporting

10             this Count in the space immediately below)

11 _____

12 _____

13 _____

14 _____

15 _____

16    13.    Jury Trial demanded for all issues so triable?

17         ☑ Yes

18         ☐ No

RESPECTFULLY SUBMITTED this 16th day of November, 2017.

                        **MARC J. BERN & PARTNERS LLP**

                        By: */s/ Debra J. Humphrey*
                            Debra J. Humphrey
                            One Grand Central Place
                            60 East 42nd St., Suite 950
                            New York, New York 10165
                            (212) 702-5000

                        *Attorneys for Plaintiff(s)*

I hereby certify that on this 16th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          */s/ Debra J. Humphrey*