# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-2641-DGC

## NOTICE OF FILING OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, Plaintiff, Marlin Pavelck, hereby files its Amended Master Short Form Complaint. The Defendants have reviewed and consented to the following amendments.

1. See Section 1, Defendant's name changed to Marlin Pavelck

2. See Section 12, Count XIV: state changed to Ohio.

3. See Section 12, Count XV: unchecked Loss of Consortium.

RESPECTFULLY SUBMITTED this 27th day of February 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place 60
East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000
*Attorneys for Plaintiff(s)*