# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Marlin Pavelek

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Ohio

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: 

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☑    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11. Date of Implantation as to each product:

July 10, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:     Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:   Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:     Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:   Negligence – Failure to Warn

☑    Count VIII:  Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:     Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:   Fraudulent Misrepresentation

1          ☑      Count XIII:    Fraudulent Concealment

2          ☑      Count XIV:    Violations of Applicable <u>Ohio</u> (insert state) Law

3                      Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4                      Practices

5                      Count XV:     Loss of Consortium

6          ☐      Count XVI:    Wrongful Death

7          ☐      Count XVII: Survival

8          ☑      Punitive Damages

9          ☐      Other(s): _____ (please state the facts supporting

10                    this Count in the space immediately below)

11                    _____

12                    _____

13                    _____

14                    _____

15                    _____

16     13.     Jury Trial demanded for all issues so triable?

17          ☑ Yes

18          ☐ No

RESPECTFULLY SUBMITTED this 10th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 10th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774