# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ~~ILLINOIS~~ <u>ARIZONA</u>

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   <u>Patrice Loudin</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u> N/A </u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u> N/A </u>

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: <u>Illinois</u>

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Illinois</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>Illinois</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court for the Northern District of Illinois</u>

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C.R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    <u>Multi-District Litigation</u>

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

July 8, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Manufacturing Defect

☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III: Strict Products Liability – Design Defect

☑ Count IV: Negligence - Design

☑ Count V: Negligence - Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

1   ☑   Count XIII:   Fraudulent Concealment

2   ☑   Count XIV:   Violations of Applicable <u>Illinois</u> (insert state)

3   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4   Practices

5   ☐   Count XV:   Loss of Consortium

6   ☐   Count XVI:   Wrongful Death

7   ☐   Count XVII: Survival

8   ☑   Punitive Damages

9   ☐   Other(s): _____ (please state the facts supporting

10   this Count in the space immediately below)

11   _____

12   _____

13   _____

14   _____

15   _____

16   13.   Jury Trial demanded for all issues so triable?

17   ☑ Yes

18   ☐ No

RESPECTFULLY SUBMITTED this 16th day of November, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 16th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s): Patrice Loudin**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant(s): C.R. Bard, Inc. ; Bard Peripheral Vascular, Inc.**

County of Residence: Maricopa

Plaintiff's Atty(s):
**Debra J. Humphrey
Marc J. Bern & Partners, LLP
60 E 42nd St. Suite 950
New York, New York 10165
212-702-5000**

Defendant's Atty(s):

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
(Diversity Cases Only)
Plaintiff:- **2 Citizen of Another State**
Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin : **6. Multidistrict Litigation**

V. Nature of Suit: **367 Health Care/Pharmaceutical Personal Injury Product Liability**

VI. Cause of Action: **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **MDL No. 2641** assigned to Judge **David G. Campbell.**

**Signature:** <u>Debra J. Humphrey</u>

**Date:** <u>11/16/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014