UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-2641-DGC |

## NOTICE OF FILING OF AMENDED COMPLAINT

    Pursuant to Fed. R. Civ. P. 15, Plaintiff, Patrice Loudin, hereby files its Amended Master Short Form Complaint. The Defendants have reviewed and consented to the following amendments.

1. See District Court, District Court changed to Arizona

RESPECTFULLY SUBMITTED this 23rd day of February 2018.

                              **MARC J. BERN & PARTNERS LLP**

                              By: */s/ Debra J. Humphrey*
                              Debra J. Humphrey
                              One Grand Central Place 60
                              East 42nd St., Suite 950
                              New York, New York 10165
                              (212) 702-5000
                              *Attorneys for Plaintiff(s)*