# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Patrice Loudin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Illinois

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Illinois</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>Illinois</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court for the Northern District of Illinois</u>

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

<u>Multi-District Litigation</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter

-2-

| | | |
|---|---|---|
| 1 | ☐ | G2® Express (G2®X) Vena Cava Filter |
| 2 | ☐ | Eclipse® Vena Cava Filter |
| 3 | ☐ | Meridian® Vena Cava Filter |
| 4 | ☐ | Denali® Vena Cava Filter |
| 5 | ☐ | Other: _____ |

11. Date of Implantation as to each product:

July 8, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*
- ☑ Count X: Breach of Express Warranty
- ☑ Count XI: Breach of Implied Warranty
- ☑ Count XII: Fraudulent Misrepresentation

-3-

1. ☑ Count XIII: Fraudulent Concealment
2. ☑ Count XIV: Violations of Applicable <u>Illinois</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
3. ☐ Count XV: Loss of Consortium
4. ☐ Count XVI: Wrongful Death
5. ☐ Count XVII: Survival
6. ☑ Punitive Damages
7. ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 16th day of November, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
     Debra J. Humphrey
     One Grand Central Place
     60 East 42nd St., Suite 950
     New York, New York 10165
     (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 16th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*