# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX DGC<br>**ORDER** |

The Court has considered Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Motion for Leave to File Under Seal Exhibits in Support of Bard's Reply in Support of its Motion *in Limine* No. 1. Doc. 10079.

**IT IS ORDERED** that the motion to seal (Doc. 10079) is **granted.** The Clerk of Court is directed to accept for filing under seal the document lodged on the Court's docket as Doc. 10080. Defendants shall file a redacted copy of the sealed documents on the Court's public docket no later than **March 9, 2018**, if they have not already done so**.**

Dated this 27th day of February, 2018.

_____
David G. Campbell
United States District Judge