# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL 15-2641-PHX DGC |
| This Document Relates to Plaintiffs:<br><br>Ronald Topper and Kim Topper, to be named Administrator of the Estate v. C.R. Bard Incorporated, et al.,<br><br>Civil Case No.: CV17-1772-PHX DGC | **ORDER** |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties.   Doc. 10242.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs Ronald Topper and Kim Topper to be named Administrator of the Estate and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX DGC (Member Case CV17-1772-PHX DGC) are voluntarily dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 27th day of February, 2018.

David G. Campbell
United States District Judge