Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |
| SHERR-UNA BOOKER, an individual, | |
| Plaintiff, | |
| v. | |
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that on February 28, 2018, Plaintiff served (by email and mail) upon Defendants the following discovery papers:

*Plaintiff Sherr-Una Booker's Supplemental Answers to Defendant C. R. Bard Inc.'s Supplemental Non-Uniform Interrogatories*

*Plaintiff Sherr-Una Booker's Supplemental Answers to Defendant C. R. Bard Inc.'s First Set of Non- Uniform Interrogatories*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 28th day of February, 2018.

                GALLAGHER & KENNEDY, P.A.

                By: *s/ Mark S. O'Connor*
                    Mark S. O'Connor
                    Paul L. Stoller
                    2575 East Camelback Road
                    Phoenix, Arizona 85016-9225

                LOPEZ McHUGH LLP
                    Ramon Rossi Lopez (CA Bar No. 86361)
                    (admitted *pro hac vice*)
                    100 Bayview Circle, Suite 5600
                    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## **Certificate of Service**

I hereby certify that on this 28th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                */s/ Gay Mennuti*
                Gay Mennuti