Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual, | **PLAINTIFF'S PROPOSED VERDICT FORMS** |
| Plaintiff, | |
| v. | |
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
| Defendants. | |

In accordance with the Case Management Order No. 28 [Doc. 8871], and the Court's Civil Minutes, dated February 16, 2018 [Doc. 10151], Plaintiff, Sherr-Una Booker, by and through her attorneys, hereby submits her proposed Verdict Forms.

RESPECTFULLY SUBMITTED this 28th day of February, 2018.

GALLAGHER & KENNEDY, P.A.

By: *s/ Mark S. O'Connor*
Mark S. O'Connor
2575 East Camelback Road
Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on this 28th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*
Gay Mennuti

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual, Plaintiff, v. C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, Defendants. | |

## **VERDICT FORM**

### (Use if You Find for Plaintiff)

We, the jury, duly impaneled and sworn in the above entitled action, upon our oaths, do find in favor of Sherr-Una Booker and find the full compensatory damages to be:

$_____.

_____
FOREPERSON


_____
Date

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | |

## **VERDICT FORM**

**(Use if You Find for Plaintiff)**
**(Punitive Damages)**

     We, the jury, duly impaneled and sworn in the above-entitled action, upon our oaths, on the claim for punitive damages, find in favor of Plaintiff Sherr-Una Booker.


_____

FOREPERSON


_____

Date

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | |

# **VERDICT FORM**

### **(Punitive Damages Amount)**

We, the jury, duly impaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff Sherr-Una Booker and find the full punitive damages to be:

$_____

_____
FOREPERSON


_____
Date