Ethan L. Shaw (TX Bar No. 18140480)
Justin W. Fishback (TX Bar No. 24056736)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
jfishback@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff Simmy Hill*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Simmy Hill, | Civil Action No.: 2-16-CV-00518-DGC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party.

DATED: March 1, 2018

| SHAW COWART, LLP | NELSON MULLINS RILEY & SCARBOROUGH |
|---|---|
| By: */s/ Ethan L. Shaw* | By: */s/ Richard B. North, Jr.* |
| Ethan L. Shaw (TX Bar No. 18140480) | Richard B. North, Jr. (GA. Bar No. 545599) |
| (*Admitted Pro Hac Vice*) | (*Admitted Pro Hac Vice*) |
| 1609 Shoal Creek Blvd., Ste. 100 | 201 17th St., NW, Ste 1700, Atlantic Station |
| Austin, Texas 78701 | Atlanta, Georgia 30363 |
| (512) 499-8900 telephone | (404) 322-6000 telephone |
| (512) 320-8906 facsimile | (404) 322-6050 facsimile |
| elshaw@shawcowart.com | richard.north@nelsonmullins.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

Certificate of Service

I hereby certify that on this 1st day of March 2018, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Ethan L. Shaw*
Ethan L. Shaw