IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party

   Christina Beth Sutherland

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   William Sutherland

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Pennsylvania

1

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Eastern District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

    - X  C.R. Bard Inc.
    - X  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    - X  Diversity of Citizenship
    - __ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable inferior Vena Cava Filter(s)):

    - X  Recovery® Vena Cava Filter
    - __ G2® Vena Cava Filter
    - __ G2® X Vena Cava Filter
    - __ Eclipse® Vena Cava Filter
    - __ Meridian® Vena Cava Filter
    - __ Denali® Vena Cava Filter
    - __ Other: _____

11. Date of Implantation as to each product:

    August 26, 2004

12. Counts in the Master Complaint brought by Plaintiff(s):

    | | | |
    |---|---|---|
    | X | Count I: | Strict Products Liability – Manufacturing Defect |
    | X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
    | X | Count III: | Strict Products Liability – Design Defect |
    | X | Count IV: | Negligence – Design |
    | X | Count V: | Negligence – Manufacture |
    | X | Count VI: | Negligence – Failure to Recall/Retrofit |
    | X | Count VII: | Negligence – Failure to Warn |
    | X | Count VIII: | Negligence Misrepresentation |

| | | |
|---|---|---|
| _X_ | Count IX: | Negligence *per se* |
| _X_ | Count X: | Breach of Express Warranty |
| _X_ | Count XI: | Breach of Implied Warranty |
| _X_ | Count XII: | Fraudulent Misrepresentation |
| _X_ | Count XIII: | Fraudulent Concealment |
| _X_ | Count XIV: | Violations of Applicable Pennsylvania Law Prohibiting Fraud and Unfair and Deceptive Trade Practices |
| _X_ | Count XV: | Loss of Consortium |
| __ | Count XVI: | Wrongful Death |
| __ | Count XVII: | Survival |
| _X_ | Punitive Damages | |
| __ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

    _X_    Yes

    __    No

RESPECTFULLY SUBMITTED this _____ day of January, 2018.

    Respectfully Submitted,
    **THE CURRAN FIRM, P.C.**

    _____
    Francis J. Curran, Jr., Esquire
       (PA Bar No. 47198)
    Ryan F. Curran, Esquire
       (PA Bar No. 313188)
    200 East State Street, Suite 305
    Media, PA 19063
    Telephone: (610) 566-5300
    Facsimile: (610) 566-6114
    fcurran@thecurranfirm.com
    rcurran@thecurranfirm.com

I hereby certify that this \_\_\_\_ day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing.

/s/ _____