# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

The Court will excuse the following jurors for hardship.

1
2
3
5
6
8
11
13
15
18
20
22
24
25
27
32
36
37
39
41
43
45
47
48
52
54
55
62

| | |
|---|---|
| 1 | 65 |
| 2 | 67 |
|  | 69 |
| 3 | 70 |
|  | 71 |
| 4 | 74 |
|  | 86 |
| 5 | 88 |
|  | 89 |
| 6 | 91 |
|  | 92 |
| 7 | 95 |
|  | 98 |
| 8 | 99 |
|  | 100 |
| 9 | 104 |
|  | 109 |
| 10 | 110 |
|  | 115 |
| 11 | 120 |
|  | 121 |
| 12 | 127 |
|  | 129 |
| 13 | 131 |
|  | 134 |
| 14 | 139 |
|  | 143 |
| 15 | 147 |
|  | 148 |
| 16 | 152 |
|  | 158 |
| 17 | 161 |
|  | 162 |
| 18 | 163 |
|  | 165 |
| 19 | 175 |
|  | 176 |
| 20 | 177 |
|  | 178 |
| 21 | 179 |
|  | 180 |
| 22 | 181 |
|  | 184 |
| 23 | 186 |
|  | 187 |
| 24 | 188 |
|  | 191 |
| 25 | 195 |
|  | 197 |
| 26 | 199 |
|  | 200 |
| 27 | |
| 28 | |

Pursuant to discussion with counsel at the final pretrial conference on March 2, 2018, the Court will strike the following jurors for cause.

31
78
94
106
113
125
136
194

The following jurors will be called for jury service and voir dire in this case.

4
7
9
10
12
14
16
17
19
21
23
26
28
29
30
33
34
35
38
40
42
44
46
49
50
51
53
56
57
58
59
60
61
63
64
66
68
72
73

```
75
76
77
79
80
81
82
83
84
85
87
90
93
96
97
101
102
103
105
107
108
```

Dated this 2nd day of March, 2018.

_____
David G. Campbell
United States District Judge