# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**AMENDED ORDER** |

The Court will excuse the following jurors for hardship.

1
2
3
5
6
8
11
13
15
18
20
22
24
25
27
32
36
37
39
41
43
45
47
48
52
54
55
62

| | |
|---|---|
| 1 | 65 |
| | 67 |
| 2 | 69 |
| | 70 |
| 3 | 71 |
| | 74 |
| 4 | 79 |
| | 86 |
| 5 | 88 |
| | 89 |
| 6 | 91 |
| | 92 |
| 7 | 95 |
| | 98 |
| 8 | 99 |
| | 100 |
| 9 | 104 |
| | 109 |
| 10 | 110 |
| | 115 |
| 11 | 120 |
| | 121 |
| 12 | 127 |
| | 129 |
| 13 | 131 |
| | 134 |
| 14 | 139 |
| | 143 |
| 15 | 147 |
| | 148 |
| 16 | 152 |
| | 158 |
| 17 | 161 |
| | 162 |
| 18 | 163 |
| | 165 |
| 19 | 175 |
| | 176 |
| 20 | 177 |
| | 178 |
| 21 | 179 |
| | 180 |
| 22 | 181 |
| | 184 |
| 23 | 186 |
| | 187 |
| 24 | 188 |
| | 191 |
| 25 | 195 |
| | 197 |
| 26 | 199 |
| | 200 |
| 27 | |
| 28 | |

Pursuant to discussion with counsel at the final pretrial conference on March 2, 2018, the Court will strike the following jurors for cause.

31
78
94
106
113
125
136
194

The following jurors will be called for jury service and voir dire in this case.

4
9
10
12
14
16
17
19
21
23
26
28
29
30
33
34
35
38
40
42
44
46
49
50
51
53
56
57
58
59
60
61
63
64
68
75
76
77
81

82
84
87
93
96
97
103
105
107
111
112
116
117
118
119
122
123
124
126
128
130

Dated this 5th day of March, 2018.

_____
David G. Campbell
United States District Judge