UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-2641-DGC |

### NOTICE OF FILING OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, Plaintiff, Vicky Fail, hereby files its Amended Master Short Form Complaint. The Defendants have reviewed and consented to the following amendments:

1. See Section 12, Count XIV: state changed to Georgia.

2. See Section 12, Count XV: unchecked Loss of Consortium.

RESPECTFULLY SUBMITTED this 5th day of March 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place 60
East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000
*Attorneys for Plaintiff(s)*