# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Vicky Fail

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Georgia

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter

-2-

1. ☐ G2® Express (G2®X) Vena Cava Filter
2. ☐ Eclipse® Vena Cava Filter
3. ☑ Meridian® Vena Cava Filter
4. ☐ Denali® Vena Cava Filter
5. ☐ Other: _____

6. 11. Date of Implantation as to each product:
7. May 03, 2012
8. 

9. 12. Counts in the Master Complaint brought by Plaintiff(s):
10. ☑ Count I: Strict Products Liability – Manufacturing Defect
11. ☑ Count II: Strict Products Liability – Information Defect (Failure to
12. Warn)
13. ☑ Count III: Strict Products Liability – Design Defect
14. ☑ Count IV: Negligence - Design
15. ☑ Count V: Negligence - Manufacture
16. ☑ Count VI: Negligence – Failure to Recall/Retrofit
17. ☑ Count VII: Negligence – Failure to Warn
18. ☑ Count VIII: Negligent Misrepresentation
19. ☑ Count IX: Negligence *Per Se*
20. ☑ Count X: Breach of Express Warranty
21. ☑ Count XI: Breach of Implied Warranty
22. ☑ Count XII: Fraudulent Misrepresentation

-3-

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>Georgia</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

1     RESPECTFULLY SUBMITTED this 8th day of November 2017.

2                                    **MARC J. BERN & PARTNERS LLP**

3                                    By: */s/ Debra J. Humphrey*
                                       Debra J. Humphrey
                                       One Grand Central Place
                                       60 East 42nd St., Suite 950
                                       New York, New York 10165
                                       (212) 702-5000

                                       *Attorneys for Plaintiff(s)*

12     I hereby certify that on this 8th day of November 2017, I electronically

13 transmitted the attached document to the Clerk's Office using the CM/ECF System for

14 filing and transmittal of a Notice of Electronic Filing.

                                                     */s/ Debra J. Humphrey*

5131774