**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Reita Gaston

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Georgia

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Georgia

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter

-2-

1   ☐   G2® Express (G2®X) Vena Cava Filter

2   ☐   Eclipse® Vena Cava Filter

3   ☐   Meridian® Vena Cava Filter

4   ☐   Denali® Vena Cava Filter

5   ☑   Other: Simon Nitinol

6   11.   Date of Implantation as to each product:

7   January 12, 2004

9   12.   Counts in the Master Complaint brought by Plaintiff(s):

10   ☑   Count I:   Strict Products Liability – Manufacturing Defect

11   ☑   Count II:   Strict Products Liability – Information Defect (Failure to Warn)

13   ☑   Count III:   Strict Products Liability – Design Defect

14   ☑   Count IV:   Negligence - Design

15   ☑   Count V:   Negligence - Manufacture

16   ☑   Count VI:   Negligence – Failure to Recall/Retrofit

17   ☑   Count VII:   Negligence – Failure to Warn

18   ☑   Count VIII:   Negligent Misrepresentation

19   ☑   Count IX:   Negligence *Per Se*

20   ☑   Count X:   Breach of Express Warranty

21   ☑   Count XI:   Breach of Implied Warranty

22   ☑   Count XII:   Fraudulent Misrepresentation

1      ☑     Count XIII:   Fraudulent Concealment

2      ☑     Count XIV:   Violations of Applicable <u>Georgia</u> Law Prohibiting

3                Consumer Fraud and Unfair and Deceptive Trade Practices

4

5      ~~☑~~     ~~Count XV:~~   ~~Loss of Consortium~~

6      ☐     Count XVI:   Wrongful Death

7      ☐     Count XVII: Survival

8      ☑     Punitive Damages

9      ☐     Other(s): _____ (please state the facts supporting

10             this Count in the space immediately below)

11 _____

12 _____

13 _____

14 _____

15 _____

16    13.    Jury Trial demanded for all issues so triable?

17         ☑ Yes

18         ☐ No

RESPECTFULLY SUBMITTED this 2nd day of November 2017.

        **MARC J. BERN & PARTNERS LLP**

        By: */s/ Debra J. Humphrey*
          Debra J. Humphrey
          One Grand Central Place
          60 East 42nd St., Suite 950
          New York, New York 10165
          (212) 702-5000

        *Attorneys for Plaintiff(s)*

I hereby certify that on this 2nd day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            */s/ Debra J. Humphrey*

5131774