UNITED STATES DISTRICT COURT
For the
DISTRICT OF ARIZONA

| | |
|---|---|
| ETHLYN KENNEDY )<br>   Plaintiff, )<br>v. )<br>  )<br>C.R. BARD, INC., et al. )<br>   Defendants. ) | Case No.: CV-18-495-PHX-DGC<br><br>Lead Case 2:15-md-2641-DGC |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: ETHLYN KENNEDY.

        Respectfully submitted,

        By: /s/ Robert L. Kinsman
        Robert L. Kinsman (MO Bar No. 67427)
         (admitted *pro hac vice*)
        **Krause & Kinsman, LLC**
        4717 Grand Ave., Suite 250
        Kansas City, MO 64112
        (816) 760-2700
        (816) 760-2800
        robert@krauseandkinsman.com
        www.krauseandkinsman.com

        *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/ Robert L. Kinsman