# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. <br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Reita Gaston

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Georgia

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Georgia

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: 

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation



10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☑ Other:  Simon Nitinol

11. Date of Implantation as to each product:

January 12, 2004

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Manufacturing Defect

☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:   Strict Products Liability – Design Defect

☑ Count IV:    Negligence - Design

☑ Count V:     Negligence - Manufacture

☑ Count VI:    Negligence – Failure to Recall/Retrofit

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:  Negligent Misrepresentation

☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

1      ☑      Count XIII:   Fraudulent Concealment

2      ☑      Count XIV:   Violations of Applicable <u>Georgia</u> Law Prohibiting

3                Consumer Fraud and Unfair and Deceptive Trade Practices

4

5              Count XV:    Loss of Consortium

6      ☐      Count XVI:   Wrongful Death

7      ☐      Count XVII: Survival

8      ☑      Punitive Damages

9      ☐      Other(s): _____ (please state the facts supporting

10            this Count in the space immediately below)

11            _____

12            _____

13            _____

14            _____

15            _____

16    13.    Jury Trial demanded for all issues so triable?

17         ☑ Yes

18         ☐ No

19

20

21

22

-4-

RESPECTFULLY SUBMITTED this 2nd day of November 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 2nd day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774