## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|                                                      |                         |
| ---------------------------------------------------- | ----------------------- |
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-2641-DGC     |

### NOTICE OF FILING OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, Plaintiff, Georgia Frierson, hereby files its Amended Master Short Form Complaint. The Defendants have reviewed and consented to the following amendments:

1. See Section 11, Date of Implant changed to June 16, 2004

RESPECTFULLY SUBMITTED this 5th day of March 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place 60
East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000
*Attorneys for Plaintiff(s)*