1
2
3  **IN THE UNITED STATES DISTRICT COURT**
4  **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Georgia Frierson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Mississippi

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Mississippi

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Mississippi

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

8. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☑ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

1      ☐    G2® Express (G2®X) Vena Cava Filter

2      ☐    Eclipse® Vena Cava Filter

3      ☐    Meridian® Vena Cava Filter

4      ☐    Denali® Vena Cava Filter

5      ☐    Other: _____

6   11.   Date of Implantation as to each product:

7       ~~January 12, 2014~~   June 16, 2004

8

9   12.   Counts in the Master Complaint brought by Plaintiff(s):

10      ☑    Count I:    Strict Products Liability – Manufacturing Defect

11      ☑    Count II:   Strict Products Liability – Information Defect (Failure to Warn)

13      ☑    Count III:   Strict Products Liability – Design Defect

14      ☑    Count IV:   Negligence - Design

15      ☑    Count V:    Negligence - Manufacture

16      ☑    Count VI:   Negligence – Failure to Recall/Retrofit

17      ☑    Count VII:   Negligence – Failure to Warn

18      ☑    Count VIII:   Negligent Misrepresentation

19      ☑    Count IX:   Negligence *Per Se*

20      ☑    Count X:    Breach of Express Warranty

21      ☑    Count XI:   Breach of Implied Warranty

22      ☑    Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:  Violations of Applicable  <u>Mississippi</u>  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count XV:  Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☐ Other(s):  _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 3rd day of November, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 3rd day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*