# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Georgia Frierson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Mississippi

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Mississippi

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Mississippi

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Mississippi

8.  Defendants (check Defendants against whom Complaint is made):

    ☑   C.R. Bard Inc.

    ☑   Bard Peripheral Vascular, Inc.

8.  Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    Multi-District Litigation

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☑   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

-2-

1. ☐ G2® Express (G2®X) Vena Cava Filter
2. ☐ Eclipse® Vena Cava Filter
3. ☐ Meridian® Vena Cava Filter
4. ☐ Denali® Vena Cava Filter
5. ☐ Other: _____

11. Date of Implantation as to each product:

    June 16, 2004

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:      Strict Products Liability – Manufacturing Defect

    ☑ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

    ☑ Count III:    Strict Products Liability – Design Defect

    ☑ Count IV:     Negligence - Design

    ☑ Count V:      Negligence - Manufacture

    ☑ Count VI:     Negligence – Failure to Recall/Retrofit

    ☑ Count VII:    Negligence – Failure to Warn

    ☑ Count VIII:   Negligent Misrepresentation

    ☑ Count IX:     Negligence *Per Se*

    ☑ Count X:      Breach of Express Warranty

    ☑ Count XI:     Breach of Implied Warranty

    ☑ Count XII:    Fraudulent Misrepresentation

    ☑      Count XIII:   Fraudulent Concealment

    ☑      Count XIV:   Violations of Applicable <u>Mississippi</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☑      Count XV:   Loss of Consortium

    ☐      Count XVI:   Wrongful Death

    ☐      Count XVII: Survival

    ☑      Punitive Damages

    ☐      Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

    ☑ Yes

    ☐ No

RESPECTFULLY SUBMITTED this 3rd day of November, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
   Debra J. Humphrey
   One Grand Central Place
   60 East 42nd St., Suite 950
   New York, New York 10165
   (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 3rd day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*