Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br>**PLAINTIFF'S MOTION TO SEAL JOINT STIPULATION AND ORDER REGARDING MOTIONS *IN LIMINE*** |
|---|---|

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiff moves this Court for an Order sealing the Joint Stipulation On Motions *In Limine* [9861] and the corresponding Order [10235]. The Joint Stipulation and Order contain personal healthcare information regarding the Plaintiff that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiff's personal healthcare information is protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160, 164(A) & (E), as well as several state-law privileges. The knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6. This Court has already granted the filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions. [*See* Doc. 4366].

Accordingly, Plaintiff requests the Court order the Joint Stipulation On Motion *In Limine* [9861] and the corresponding Order [10235] be sealed pending final determination of confidentiality.

RESPECTFULLY SUBMITTED this 6th day of March, 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ *Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Gay Mennuti*