IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **ORDER** |

Upon consideration of Plaintiff's Motion to Seal the Joint Stipulation and Order regarding motions *in limine*, and for other good cause shown, the parties Joint Stipulation On Motions *In Limine* [9861] and the corresponding Order [10235] are hereby sealed.