AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Troy A. Brenes | 2. PHONE NUMBER 949-397-9360 | 3. DATE 3/7/2018 |
| 4. FIRM NAME Brenes Law Group, P.C. | | |
| 5. MAILING ADDRESS 27141 Aliso Creek Rd., Ste 270 | 6. CITY Aliso Viejo | 7. STATE CA  8. ZIP CODE 92656 |
| 9. CASE NUMBER 2:15-MD-02641-DGC | 10. JUDGE DGC | DATES OF PROCEEDINGS 11. 3/14/2018    12. End of trial |
| 13. CASE NAME Bard IVC Filters Products Liability Ligitation | 14. Phoenix | LOCATION OF PROCEEDINGS 15. STATE AZ |

16. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☑ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☑ OPENING STATEMENT (Plaintiff) | 3/14/2018 | | |
| ☑ OPENING STATEMENT (Defendant) | 3/14/2018 | | |
| ☑ CLOSING ARGUMENT (Plaintiff) | Unknown | ☐ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | Unknown | | |
| ☑ OPINION OF COURT | Unknown | | |
| ☑ JURY INSTRUCTIONS | Unknown | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☑ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
tbrenes@breneslawgroup.com;jsabol@breneslawgroup.c

19. SIGNATURE /s/ Troy A. Brenes

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 3/7/2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY