# **EXHIBIT A**

483 Letter

510(k)

Abdominal

ACR (short for American College of Radiology)

Adverse Event

Agarwal (pronounced "ae-ger-waal")

Alkouli

Allen, Shari

Altonaga, M.D., William

An (pronounced "Ahn", usually referred to as the "An article")

Andreoli

Angel

Annals of Surgery

Anticoagulants

Anticoagulation

Aorta

Archives of Internal Medicine

Asch, M.D., Murray R.

Asymptomatic

Athanasoulis (pronounced "athan-a-sou-lis")

Atrium

Baird, Brett

Bariatric

Barry, Brian

Bench Testing

Betensky, Ph.D., Rebecca

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4841-1305-6863.1

| | |
|---|---|
| 1 | Bifurcation |
| 2 | Bikdeli |
| 3 | Binkert |
| 4 | Biocompatibility |
| 5 | Bird's Nest Filter |
| 6 | Birkmeyer |
| 7 | Blinding |
| 8 | Booker, Sherr-Una |
| 9 | Bottomley |
| 10 | Bowel |
| 11 | Boyle, Kevin |
| 12 | BPV (short for Bard Peripheral Vascular) |
| 13 | Brauer, Ph.D., Christine L. |
| 14 | Briant, Ph.D., P.E., Paul |
| 15 | Cantwell |
| 16 | CAPA (short for Corrective And Preventive Action) |
| 17 | Caplin |
| 18 | Cardiac tamponade |
| 19 | Cardiovascular |
| 20 | Carr, Jr., Robert M. |
| 21 | Case report |
| 22 | Catheter |
| 23 | Caudal migration |
| 24 | Caval |
| 25 | CDRH (short for Center for Devices and Radiological Health) |
| 26 | Celect Filter |
| 27 | Cephalid migration |
| 28 | Chanduszko, Andrzej ("Andre") |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4841-1305-6863.1

1. Charles
2. Ciavarella, M.D., David
3. Circulation
4. Class I Devices
5. Class II Devices
6. Class III Devices
7. Clinical Trial/Study
8. Clot
9. Clot catching
10. Cohen, M.D., Gary S.
11. Cohort
12. Comparative Clinical Research Trial
13. Compassionate Use
14. Complication
15. Complication Rates
16. Condo, James R.
17. Conscious sedation
18. Contraindicated
19. Contraindicated
20. Contraindication
21. Contraindication
22. Control Group
23. Controlled Study
24. Corriere
25. Cortelezzi, Robert
26. Cottle, Shomari
27. Coumadin
28. Cousin, M.D., Daniel

4841-1305-6863.1

| | |
|---|---|
| 1 | Cranial migration |
| 2 | Creal, Joni |
| 3 | Crossover Study |
| 4 | CT Scan |
| 5 | Cura |
| 6 | Daisy wheel |
| 7 | Damascelli |
| 8 | Davies |
| 9 | D'Ayala, M.D., Marcus |
| 10 | DeCant, Len |
| 11 | Decousus (pronounced "de-ku-sis") |
| 12 | Deep Vein Thrombosis |
| 13 | DeFord, John |
| 14 | DeGreeff, David C. |
| 15 | Delio-Cox |
| 16 | Denali Filter |
| 17 | Desai |
| 18 | Deso |
| 19 | DFMEA (short for Design Failure Modes Effects Analysis) |
| 20 | Diameter |
| 21 | Dimmit, David |
| 22 | Dinglasan |
| 23 | Dossett |
| 24 | Double-Blind |
| 25 | Duffett |
| 26 | Duodenum |
| 27 | Durack |
| 28 | DVT (short for deep vein thrombosis) |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

- 4 -

| | |
|---|---|
| 1 | Dwell time |
| 2 | Eclipse Filter |
| 3 | Edwards, Mary |
| 4 | Efficacy |
| 5 | Eisenberg, Mark |
| 6 | Electropolish |
| 7 | Electropolished |
| 8 | Embedded |
| 9 | Embolization |
| 10 | Embolize |
| 11 | Endobronchial forceps |
| 12 | Endotheliolization |
| 13 | Endotheliolize |
| 14 | Environment of Use |
| 15 | Epidemiologist |
| 16 | Epidemiology |
| 17 | EVEREST study |
| 18 | Expanded Access |
| 19 | Failure strength |
| 20 | Farkas |
| 21 | Fasching, Ph.D., P.E., Audrey |
| 22 | Fatigue |
| 23 | FDCA (short for Federal Food, Drug and Cosmetic Act) |
| 24 | FEA (short for finite element analysis) |
| 25 | Feigal, M.D., M.P.H. David W. |
| 26 | Femoral |
| 27 | Ferari, Thomas |
| 28 | Ferrara, Robert |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4841-1305-6863.1

| | |
|---|---|
| 1 | Ferris |
| 2 | Finite element analysis |
| 3 | FIR (short for Failure Investigation Report) |
| 4 | Fluoroscopy |
| 5 | FMEA (short for Failure Modes Effects Analysis) |
| 6 | Fracture |
| 7 | Fragment |
| 8 | Fullen |
| 9 | Fuller, Kay |
| 10 | G2 Express Filter |
| 11 | G2 Filter |
| 12 | G2X Filter |
| 13 | Ganser, Christopher |
| 14 | Garcia, David |
| 15 | Gastric Bypass Surgery |
| 16 | Glass, Holly |
| 17 | Good Clinical Practices |
| 18 | Grande |
| 19 | Grassi, M.D., FSIR, Clement J. |
| 20 | Graves, David Mickey |
| 21 | Greenfield |
| 22 | Greer, Jason |
| 23 | Grinding |
| 24 | Guidewire |
| 25 | Gunther Tulip Filter |
| 26 | Hairston, Eric |
| 27 | Harvey, M.D., Richard L. |
| 28 | Heart |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4841-1305-6863.1

| | |
|---|---|
| 1 | Hemmila |
| 2 | Hemorrhage |
| 3 | Hemodynamics |
| 4 | Heparin |
| 5 | HHE (short for Health Hazard Evaluation) |
| 6 | Hudnall, Janet |
| 7 | Hudson, Brian Donald |
| 8 | Hull |
| 9 | Hurst, M.D., Darren R. |
| 10 | Hyun |
| 11 | IDE (short for Investigational Device Exemptions) |
| 12 | IFU (short for Instructions for Use) |
| 13 | Iliac veins |
| 14 | IMS (usually referred to as "IMS data" or "IMS Health") |
| 15 | In vitro |
| 16 | In Vitro Diagnostic Device Studies |
| 17 | In vivo |
| 18 | Indwell |
| 19 | Infrarenal |
| 20 | INR (usually referring to "INR levels") |
| 21 | Instructions for Use |
| 22 | Intended Use |
| 23 | Interventional Radiologist |
| 24 | Intra-thoracic pressure |
| 25 | Intravascular |
| 26 | IR (short for interventional radiologist) |
| 27 | IRB (short for Institutional Review Board) |
| 28 | Irretrievable |



Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4841-1305-6863.1

| | |
|---|---|
| 1 | IVC (short for inferior vena cava) |
| 2 | Jaff |
| 3 | Johnson, Joseph R. |
| 4 | Journal of American Medical Association |
| 5 | Journal of the American College of Cardiology |
| 6 | Jugular |
| 7 | JVIR (short for Journal of Vascular and Interventional Radiology) |
| 8 | Kalva, Sanjeeva |
| 9 | Kandarpa, M.D., Krishna |
| 10 | Kang, M.D., Brandon Sang Joon |
| 11 | Kaplan-Meier |
| 12 | Karmy-Jones |
| 13 | Kaufman |
| 14 | Kaw |
| 15 | Kessler, M.D., David A. |
| 16 | Kidney |
| 17 | Kiefer |
| 18 | Kim |
| 19 | Kinney, M.D., MSME, Thomas |
| 20 | KOL (short for Key Opinion Leader) |
| 21 | Kuo |
| 22 | LaPlante |
| 23 | Laser cut |
| 24 | Laser sheath |
| 25 | Lehmann, M.D., John |
| 26 | Lewandowski |
| 27 | Little, Bill |
| 28 | Liver |

4841-1305-6863.1

1. Lopez, Ramon Rossi
2. Lourie, Robin
3. Ludwig, Judy
4. Lungs
5. Lyman
6. Lynch, M.D., Frank
7. Malfunction Injury
8. Mandatory Medical Device Reporting
9. Mankoff, Josh
10. Matarazzo, Hadley L.
11. MAUDE Database (short for Manufacturer And User Facility Device Experience)
12. McDermott, John
13. McDonald, Patrick
14. McLoney
15. McMeeking, Ph.D., Robert
16. MDR (short for Medical Device Report)
17. MedWatch Program
18. Meridian Filter
19. Metallurgist
20. Metallurgy
21. Migration
22. Migration Resistance Test
23. Millimeters Mercury (mmHg)
24. Mismetti
25. Mitsunaga
26. Mobin-Uddin
27. Modra, Chad
28. Monitoring

| | |
|---|---|
| 1 | Morales |
| 2 | Morbidity |
| 3 | Moritz, M.D., Mark |
| 4 | Morris, M.D., Christopher S. |
| 5 | Mortality |
| 6 | MRI - Magnetic Resonance Imaging |
| 7 | Muehrcke, M.D., Derek David (pronounced "murky") |
| 8 | Multicenter Study |
| 9 | Murray Hill, New Jersey |
| 10 | Nations, Howard L. |
| 11 | Nazzal |
| 12 | New England Journal of Medicine |
| 13 | Nicholson |
| 14 | Nitinol |
| 15 | NMT (short for Nitinol Medical Technologies) |
| 16 | Nonretrievability |
| 17 | Nonsignificant Risk Device |
| 18 | Occlude |
| 19 | Occlusion |
| 20 | O'Connor, Mark S. |
| 21 | Off Label |
| 22 | Oh (usually referred to as the "Oh article") |
| 23 | Oliva |
| 24 | Open Label |
| 25 | Open Label Clinical Research Trials |
| 26 | Open Procedure |
| 27 | OptEase |
| 28 | Optional filter |

4841-1305-6863.1

1. O'Quinn, Shari
2. Orms, Daniel
3. OUS Clinical Study
4. Owens
5. Pancreas
6. Parallel Group Study (Trial)
7. Parisian, Suzanne
8. PAT (short for Product Assessment Team)
9. Patel, M.D., Salil J.
10. PE (short for pulmonary embolism)
11. Penetration
12. Percutaneous
13. Perforation
14. Performance Data
15. Pericardial effusion
16. Pericarditis
17. Pericardium
18. Permanent filter
19. Phase I Clinical Trials
20. Phase II Clinical Trials
21. Phase III Clinical Trials
22. Phase IV Clinical Trials
23. Phelan
24. Pilot Study
25. Pivotal Study
26. PMA (short for Premarket Approval)
27. Poletti
28. Post thrombotic syndrome

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

| | |
|---|---|
| 1 | Prasad |
| 2 | Pre-Amendment Devices |
| 3 | Predicate device |
| 4 | Premarket Notification |
| 5 | PREPIC |
| 6 | PRESERVE |
| 7 | Prophylactic |
| 8 | Prothrombotic |
| 9 | Pulmonary artery |
| 10 | Pulmonary Embolism |
| 11 | Pulsation |
| 12 | Raji-Kubba, Abithal Maki |
| 13 | Randall, Michael |
| 14 | Randomization |
| 15 | RAP (short for Remedial Action Plan) |
| 16 | Ray |
| 17 | Recovery Cone |
| 18 | Recovery Filter |
| 19 | Recurrent PE (short for recurrent pulmonary embolism) |
| 20 | Regulatory Affairs |
| 21 | Renal veins |
| 22 | Renno |
| 23 | Resnick, Scott |
| 24 | Retrievability |
| 25 | Retrievable filter |
| 26 | Retroperitoneal hemorrhage |
| 27 | Retroperitoneum |
| 28 | Ring, Tim |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4841-1305-6863.1

| | |
|---|---|
| 1 | Ritchie, Robert |
| 2 | RNF (short for Recovery Filter) |
| 3 | Rogers, M.D., Fredrick B. |
| 4 | Roll, Rob |
| 5 | Romney, Kimberly |
| 6 | Rowland |
| 7 | Run-in Period of Study |
| 8 | Saadeh |
| 9 | Safety Reports |
| 10 | Sano |
| 11 | Sarosiek |
| 12 | Schultz, Gin |
| 13 | SEM (short for scanning electron microscope) |
| 14 | Serious Adverse Events |
| 15 | Serious Injury |
| 16 | Sheath |
| 17 | Shifrin, Kevin |
| 18 | Significant Risk Device |
| 19 | Simon |
| 20 | Simon Nitinol Filter |
| 21 | Sims, MC, MS, J. Matthew |
| 22 | Singer |
| 23 | Single Blind Study |
| 24 | SIR (short for Society of Interventional Radiology) |
| 25 | SIR Guidelines |
| 26 | Smith, Esq., Laura |
| 27 | Snare Hook |
| 28 | SNF (short for Simon Nitinol Filter) |

4841-1305-6863.1

| | |
|---|---|
| 1 | Sobieszczyk, M.D., Piotr |
| 2 | Society for Vascular Surgery |
| 3 | Standard of Care |
| 4 | Standard of Treatment |
| 5 | Stavropoulos, M.D., William |
| 6 | Stein, M.D., Moni |
| 7 | Strain |
| 8 | Strain amplitude |
| 9 | Streiff, Michael |
| 10 | Stress |
| 11 | Strut |
| 12 | Study End Points |
| 13 | Substantial equivalence |
| 14 | Substantially equivalent |
| 15 | Sullivan, Jack |
| 16 | Super-elastic |
| 17 | Suprarenal |
| 18 | Swami |
| 19 | Syed, Mehdi |
| 20 | Tam |
| 21 | Tempe, Arizona |
| 22 | Tessmer, Alex |
| 23 | The Safe Medical Devices Act of 1990 |
| 24 | Thisted, Ph.D., Ronald A. |
| 25 | Thrombogenic |
| 26 | Thrombosis |
| 27 | Thrombus |
| 28 | Tillman, Ph.D., MPA, FRPS, Donna-Bea |

4841-1305-6863.1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000



1. Tilt
2. Trackwise
3. TrapEase
4. Trerotola, M.D., Scott
5. Tricuspid Valve
6. Uelmen, Douglas
7. Valid Scientific Evidence
8. Valsalva
9. Van Vleet, John
10. Vena Cavogram
11. Vena Tech Filter
12. Venous Thromboembolism
13. Vertebral body
14. Vessel pressure
15. Vierling, Carol
16. Vijay
17. Vogel, Bryan
18. Vogelzang, Robert
19. VTE (short for Venous Thromboembolism)
20. Walcott, Cindi
21. Walsh
22. Weiland, John
23. Weld
24. Wheeler, John
25. White, RNBC, BSN, CCM, CNLCP, Lora K.
26. Williamson, Steven S.
27. Wilson, Mark
28. Wong, Natalie

4841-1305-6863.1

1. Wood
2. Xarelto
3. York Hospital
4. Zaic, Esq., Julia Reed
5. Zhou
6. Zhu

4841-1305-6863.1