1 | Ramon Rossi Lopez (admitted *pro hac vice*)
  | (CA Bar No. 86361)
2 | LOPEZ McHUGH LLP
  | 100 Bayview Circle, Suite 5600
3 | Newport Beach, California 92660
4 | rlopez@lopezmchugh.com

5 | Mark S. O'Connor (011029)
  | GALLAGHER & KENNEDY, P.A.
6 | 2575 East Camelback Road
  | Phoenix, Arizona 85016-9225
7 | Telephone: (602) 530-8000
  | mark.oconnor@gknet.com
8 | *Attorneys for Plaintiffs*

9 | Richard B. North, Jr. (admitted *pro hac vice*)
10 | Georgia Bar No. 545599
   | Matthew B. Lerner (admitted *pro hac vice*)
11 | Georgia Bar No. 446986
   | NELSON MULLINS RILEY &
12 |    SCARBOROUGH LLP
   | 201 17th Street, NW / Suite 1700
13 | Atlanta, GA  30363
   | Telephone: (404) 322-6000
14 | Telephone: (602) 382-6000
   | richard.north@nelsonmullins.com
15 | matthew.lerner@nelsonmullins.com

16 | *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>        Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>        Defendants. | **JOINT NOTICE OF LODGING PROPOSED CHANGES TO BOOKER JURY QUESTIONNAIRE FOR JONES V. BARD**<br><br>(Assigned to the Honorable David G. Campbell) |

1. Pursuant to the Court's order dated March 2, 2018 (Doc. 10324), the parties submit their proposed modifications to the Booker juror questionnaire for the *Jones v. Bard* bellwether trial. Those changes are shown in the attached Track Changes version of the Court's questionnaire in *Booker*. Those changes that are not highlighted are agreed to by the parties. The two highlighted changes are proposed by Plaintiffs and objected to by Defendants.

With respect to the first objected to addition ("Would you have a difficult time finding a product defective if the FDA allowed the product to be marketed by a medical device company?"), Plaintiffs submit that this question will better allow the parties to assess whether the prospective juror may harbor bias or prejudgment against Plaintiffs' claims on the basis of FDA clearance of the subject filter. Defendants object on the basis that the proposed question attempts to pre-condition jurors to a particular result. Plaintiffs respond that the question merely fleshes out a response to an important question that can be further explored in *voir dire* by the Court and counsel.

With respect to the second objected to addition (adding "punitive damages" to question 35), Plaintiffs submit that punitive damages is an important issue in the trial and one that persons have wide-ranging and often emotionally charged feelings about ("runaway verdicts", tort reform, etc.). Defendants believe that punitive damages is not a subject appropriate for *voir dire*. Specifically, Defendants submit that the reference, at the outset of the case, implies that Plaintiff is entitled to an award of punitive damages.

RESPECTFULLY SUBMITTED this 8th day of March, 2018.

| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Mark O'Connor*<br>   Mark S. O'Connor (011029)<br>   2575 East Camelback Road<br>   Phoenix, Arizona 85016-9225<br><br>   Ramon Rossi Lopez<br>   (admitted *pro hac vice*)<br>   CA Bar No. 86361<br>   LOPEZ McHUGH LLP<br>   100 Bayview Circle, Suite 5600<br>   Newport Beach, California 92660<br><br>   *Attorneys for Plaintiffs* | By: */s/ Richard North*<br>   James R. Condo (005867)<br>   Amanda C. Sheridan (027360)<br>   One Arizona Center<br>   400 E. Van Buren, Suite 1900<br>   Phoenix, Arizona  85004-2202<br><br>   Richard B. North, Jr. (*pro hac vice*)<br>   Georgia Bar No. 545599<br>   Matthew B. Lerner (*pro hac vice*)<br>   Georgia Bar No. 446986<br>   Nelson Mullins Riley & Scarborough LLP<br>   201 17th Street, NW / Suite 1700<br>   Atlanta, GA  30363<br><br>   *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*

6500242v1/26997-0001