# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Upon consideration of the parties' motion to seal the joint stipulation and order regarding motions in limine.  Doc. 10344.

**IT IS ORDERED** that the parties' motion to seal (Doc. 10344) is **granted.**  The Clerk of Court is directed to file Docs. 9861 and 10235 under seal in this matter.

Dated this 8th day of March, 2018.

_____
David G. Campbell
United States District Judge