AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| DUE DATE: |

| 1. NAME Mark O'Connor | 2. PHONE NUMBER 602 530-8377 | 3. DATE March 8, 2018 |

4. FIRM NAME   Gallagher & Kennedy, P.A.

| 5. MAILING ADDRESS 2575 E Camelback Rd Suite 1100 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |

| 9. CASE NUMBER MDL 15-02641 PHX DGC | 10. JUDGE Judge Campbell | DATES OF PROCEEDINGS |
| | | 11. 3/14/2018 | 12. End of Trial |
| 13. CASE NAME Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS |
| | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [✓] VOIR DIRE | 3/14/2018 | [ ] TESTIMONY (Specify) | |
| [✓] OPENING STATEMENT (Plaintiff) | 3/14/2018 | | |
| [✓] OPENING STATEMENT (Defendant) | 3/14/2018 | | |
| [✓] CLOSING ARGUMENT (Plaintiff) | Unknown | [ ] PRE-TRIAL PROCEEDING | |
| [✓] CLOSING ARGUMENT (Defendant) | Unknown | | |
| [✓] OPINION OF COURT | Unknown | | |
| [✓] JURY INSTRUCTIONS | Unknown | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS | [ ] | [ ] | | [✓] PDF (e-mail) | |
| DAILY | [✓] | [ ] | | [✓] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

19. SIGNATURE

20. DATE   3/8/2018

TRANSCRIPT TO BE PREPARED BY

E-MAIL ADDRESS
mark.oconnor@gknet.com; gay.mennuti@gknet.com

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ESTIMATE TOTAL | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY