IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

This Document Relates to Plaintiff

Willard Taggart
2:17-cv-04216

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND TO FILE HIS FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff Willard Taggart, by and through his attorneys, Flint Law Firm LLC, and moves to correct the identification of the IVC filter product implanted in him as alleged in his original Complaint and file his First Amended Complaint, and states as follows:

1. F.R.C.P. Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and that "[t]he court should freely give leave when justice so requires". F.R.C.P. Rule 15(a)(2).

2. In the present action, Plaintiff filed his Short Form Complaint on November 16, 2017 alleging that a Bard G2 was implanted in him based on the data available at the time.

3. Since that time of filing, Plaintiff's counsel has received a chart sticker showing that a Bard G2X filter was implanted in Plaintiff.

4. Considering that the Bard G2X filter is the basis of Plaintiff's alleged injuries, justice requires that the identification of the IVC filter implanted in Plaintiff be corrected from the Bard G2 filter to the Bard G2X filter and Plaintiff be allowed to file his First Amended Complaint attached as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to correct the identification of the IVC product implanted in him in his original Complaint and file his First Amended Complaint.

RESPECTFULLY SUBMITTED,

s/ Jacob A. Flint
Flint Law Firm, LLC
222 E. Park St., Suite 500
Edwardsville, IL 62025
618-288-4777 - Office
618-205-2017 - Direct
618-288-2864 – Fax
jflint@flintlaw.com

I hereby certify that on March 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint