# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff<br>Willard Taggart, 2:17-cv-04216 | No. MD-15-02641-PHX-DGC<br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Willard J. Taggart

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Kim A. Taggart

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New York

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of New York

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☑ G2® Vena Cava Filter

-2-

| | | |
|---|---|---|
| [X] | G2® Express (G2®X) Vena Cava Filter | |
| [ ] | Eclipse® Vena Cava Filter | |
| [ ] | Meridian® Vena Cava Filter | |
| [ ] | Denali® Vena Cava Filter | |
| [ ] | Other: _____ | |

11. Date of Implantation as to each product:

   October 13, 2009 _____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   [✓]   Count I:      Strict Products Liability – Manufacturing Defect

   [✓]   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

   [✓]   Count III:    Strict Products Liability – Design Defect

   [✓]   Count IV:     Negligence - Design

   [✓]   Count V:      Negligence - Manufacture

   [✓]   Count VI:     Negligence – Failure to Recall/Retrofit

   [✓]   Count VII:    Negligence – Failure to Warn

   [✓]   Count VIII:   Negligent Misrepresentation

   [✓]   Count IX:     Negligence *Per Se*

   [✓]   Count X:      Breach of Express Warranty

   [✓]   Count XI:     Breach of Implied Warranty

   [✓]   Count XII:    Fraudulent Misrepresentation

1      ☑     Count XIII:   Fraudulent Concealment

2      ☑     Count XIV:   Violations of Applicable __New York__ (insert state)

3             Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4             Practices

5      ☑     Count XV:    Loss of Consortium

6      ☐     Count XVI:   Wrongful Death

7      ☐     Count XVII: Survival

8      ☑     Punitive Damages

9      ☐     Other(s): _____ (please state the facts supporting

10            this Count in the space immediately below)

11     _____

12     _____

13     _____

14     _____

15     _____

RESPECTFULLY SUBMITTED this  8th day of March 2018.

**FLINT LAW FIRM, LLC**

By:    */s/ Jacob A. Flint*
        Jacob A. Flint, IL Bar No. 6299777
        Brian S. Katz, KY Bar No. 86633
        **FLINT LAW FIRM, LLC**
        222 East Park Street, Suite 500
        P.O. Box 189
        Edwardsville, IL 62025
        Phone: (618) 288-4777
        Fax:  (618) 288-2864
        jflint@flintlaw.com
        *Attorneys for Plaintiff*