# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL 15-2641-PHX DGC |
| This Document Relates to Plaintiffs:<br><br>Simmy Hill v. C.R. Bard Incorporated, et al.,<br><br>Civil Case No.: CV16-0518-PHX DGC | **ORDER** |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties. Doc. 10271.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Simmy Hill and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX DGC (Member Case CV16-0518-PHX DGC) are dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 9th day of March, 2018.

_____
David G. Campbell
United States District Judge