UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**<br><br>**This Document relates to:**<br><br>Member Case No. 2:18-cv-00447-DGC<br>Michael Hull | **MDL No. 2:15-md-02641-DGC**<br>**JUDGE: DAVID G. CAMPBELL**<br><br>**PLAINTIFF'S NOTICE OF FILING AMENDED PLEADING BY WRITTEN CONSENT** |

    Plaintiff, Michael Hull, hereby and through his counsel of record, gives notive of filing an Amended Complaint by written consent of opposing counsel, to correct the spelling of Plaintiff's name. A copy of the amended pleading if filed concurrently with this Notice. The change in spelling is reflected by a strike through the Plaintiff's first name. Other than the correction of the spelling of Plaintiff's first name, no changes or amendments have been made to Plaintiff's complaint.

RESPECTFULLY SUBMITTED, this the 13th date of March, 2018.

                                                                                            By: */s/ Clint Reed*
                                                                            Clint Reed, Esq.
                                                                            Johnson Law Group
                                                                             2925 Richmond Ave., Suite 1700
                                                                             Houston, TX 77098
                                                                             Telephone: (713) 626- 9336
                                                                             Email: IVC@johnsonlawgroup.com
                                                                             *Attorney for Plaintiff*

## CERTIFICATE OF WRITTEN CONSENT OF OPPOSING COUNSEL

I hereby certify that Analisa del Pozo, an attorney in my office, requested written consent of opposing counsel prior to filing Plaintiff Michael Hull's Amended Complaint, and received such written consent from Maria Turner of Nelson Mullins LLP, via email on March 12, 2018.

>   */s/ Clint Reed*
>   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 13th day of March, 2018.

>   */s/ Clint Reed*
>   Attorney for Plaintiff