IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED** MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. ).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    ~~Miachel Hull~~ Michael Hull

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Illinois

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

Texas Western District Court; Illinois Northern District Court

8. Defendants (check Defendants against whom Complaint is made):

  - [✓] C.R. Bard Inc.
  - [✓] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

  - [✓] Diversity of Citizenship
  - [ ] Other: _____

  a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

  _____
  _____
  _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

  - [ ] Recovery® Vena Cava Filter
  - [✓] G2® Vena Cava Filter

-2-

|   |   |
|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| ☐ | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

02/15/2008

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☑ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☑ | Count III: | Strict Products Liability – Design Defect |
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☐ | Count XII: | Fraudulent Misrepresentation |

-3-

1 ☑ Count XIII: Fraudulent Concealment

2 ☑ Count XIV: Violations of Applicable __TX; IL_____ (insert state)

3             Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4             Practices

5 ☐ Count XV: Loss of Consortium

6 ☐ Count XVI: Wrongful Death

7 ☐ Count XVII: Survival

8 ☐ Punitive Damages

9 ☐ Other(s): _____ (please state the facts supporting

10             this Count in the space immediately below)

11 _____.

12 _____.

13 _____

14 _____

15 _____

-4-

RESPECTFULLY SUBMITTED this 8th day of February.

By: /s/ Clint Reed
Clint Reed
TX Bar No 24084674
Johnson Law Group
2925 Richmond Ave., Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394

*Attorneys for Plaintiffs*

I hereby certify that on this 8th day of February, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Clint Reed

5131774