**Exhibit A**

2:15-md-02641-DGC IN RE: Bard IVC Filters Products Liability Litigation - Representing Alysia Kinner, Barbara Ann Basey, Jerry N Schmidt, Patricia Fawcett , Mary Hamilton, Don Hudson, Carlos Martinez, Kristen Matthew Brandenburg, Tonia Michalski, Darlene Adams, Shonda Evette Haywood, Kenneth Hays

2:17-cv-04134-DGC Kinner v. C R Bard Incorporated et al - Representing Alysia Kinner

2:18-cv-00586-DGC Basey v. C R Bard Incorporated et al - Representing Barbara Ann Basey, Patricia Fawcett

2:18-cv-00587-DGC Schmidt v. C R Bard Incorporated et al - Representing Jerry N Schmidt

2:18-cv-00591-DGC Hamilton v. C R Bard Incorporated et al - Representing Mary Hamilton

2:18-cv-00593-DGC Hudson v. C R Bard Incorporated et al - Representing Don Hudson

2:18-cv-00595-DGC Martinez v. C R Bard Incorporated et al - Representing Carlos Martinez

2:18-cv-00598-DGC Brandenburg v. C R Bard Incorporated et al - Representing Kristen Matthew Brandenburg

2:18-cv-00600-DGC Michalski v. C R Bard Incorporated et al - Representing Tonia Michalski

2:18-cv-00601-DGC Adams v. C R Bard Incorporated et al - Representing Darlene Adams

2:18-cv-00603-DGC Haywood v. C R Bard Incorporated et al - Representing Shonda Evette Haywood

2:18-cv-00604-DGC Hays v. C R Bard Incorporated et al - Representing Kenneth Hays