UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | ) ) NO. 2:15-MD-02641-DGC ) ) **MOTION TO WITHDRAW AS COUNSEL** ) ) ) ) ) ) |

**THIS DOCUMENT RELATES TO:**

*IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION*
Civil Action No.: 2:15-md-02641-DGC

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED.

Entered this _____ day of _____, 2018 into the United States District Court District of Arizona.

_____
HONORABLE DISTRICT JUDGE DAVID G. CAMPBELL