# IN THE UNITED STATES DISTRUCT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL15-02641-PHX-DGC |
| This Document Relates to: | Civil Case No.: CV17-2222-PHX-DGC |
| JOHN H. D'ARCY, | |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| C.R. Bard, Inc, and BARD PERIPHERAL VASULAR, INC. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party.

DATED: March 14, 2018

O'CONNOR, ACCIANI & LEVY LPA

By: */s/ Barry D. Levy*
Barry D. Levy (OH Bar No. 0018986)
*(Admitted Pro Hac Vice)*
600 Vine Street, Suite 1600
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Facsimile: 513-241-7197
Email: BDL@oal-law.com

*Attorney for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr. (GA. Bar No. 545599)
*(Admitted Pro Hac Vice)*
201 17th St., NW, Ste 1700, Atlantic Station
Atlanta, Georgia 30363
Telephone: 404-322-6000
Facsimile: 404-322-6050
E-mail: richard.north@nelsonmullins.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2018, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

    */s/ Barry D. Levy*
Barry D. Levy (OH Bar No. 0018986)
*Attorney for Plaintiff*