## UNITED STATES DISTRUCT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : | Case No. MDL 15-2641-PHX-DGC |
|---|---|---|
| This Document Relates to:<br><br>John H. D'Arcy v. C.R. Bard Incorporated, et al.,<br><br>Civil Case No.: CV17-2222-PHX-DGC | : : : : : : | **ORDER** |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties. Doc. _____.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff John H. D'Arcy and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX-DGC (Member Case CV17-02222-PHX-DGC) are dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this ___ day of _____, 2018.