**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| THIS APPLIES TO:<br><br>2:17-cv-02854-DGC<br>*Mary Lou McMan, et al. v. C.R. Bard, Inc., et al.* | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF**
**ALL CLAIMS OF MARY LOU McMAN and MARK ALLEN McMAN**

Come now, Plaintiffs Mary Lou McMan and Mark Allen McMan and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiffs Mary Lou McMan and Mark Allen McMan in this action against DefendantsC.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax
ATTORNEYS FOR PLAINTIFFS


 /s/ Richard B. North, Jr.
Richard B. North, Jr.
NELSON MULLINS
201 W 17TH St., NW
Suite 1700
Atlanta, GA 30363


ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ Howard L. Nations
                                        Howard L. Nations