**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

NO. MDL15-2641-PHX-DGC

_____

This Document Relates to:

CV17-4216 PHX DGC

Willard Taggart v. C.R. Bard, et al.,

_____

Plaintiff has filed a motion for leave to amend and file his first amended complaint. Doc. 10375.

**IT IS ORDERED** that Plaintiff's motion (Doc. 10375) is **granted.** Plaintiff shall file his first amended complaint on or before March 19, 2018.

Dated this 14th day of March, 2018.

_____
David G. Campbell
United States District Judge