# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX DGC |
| This Document Relates to Plaintiffs:<br><br>Mary Lou McMan, et al. v. C.R. Bard Incorporated, et al.,<br><br>Civil Case No.: CV17-2854-PHX DGC | **ORDER** |

      The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties.  Doc. 10457.

      **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs Mary Lou McMan and Mark Allen McMan and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX DGC (Member Case CV17-2854-PHX DGC) are dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

      Dated this 14th day of March, 2018.

_____
David G. Campbell
United States District Judge