1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| _____ | |
| Sherr-Una Booker, an individual, | No. CV-16-00474-PHX-DGC |
|           Plaintiff, | |
| v. | |
| C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, | **VERDICT** |
|           Defendants. | |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find as follows:

**A.    LIABILITY**

      **1.    Strict Product Liability Design Defect Claim**

Do you find that either Defendant is liable to Plaintiff on the strict product liability design defect claim?

      C. R. Bard, Inc.                _____ Yes _____ No

      Bard Peripheral Vascular, Inc.    _____ Yes _____ No

**2.      Strict Product Liability Failure to Warn Claim**

Do you find that either Defendant is liable to Plaintiff on the strict product liability failure to warn claim?

C. R. Bard, Inc.                          _____ Yes _____ No

Bard Peripheral Vascular, Inc.      _____ Yes _____ No

**3.      Negligent Design Claim**

Do you find that either Defendant is liable to Plaintiff on the negligent design claim?

C. R. Bard, Inc.                          _____ Yes _____ No

Bard Peripheral Vascular, Inc.      _____ Yes _____ No

**4.      Negligent Failure to Warn Claim**

Do you find that either Defendant is liable to Plaintiff on the negligent failure to warn claim?

C. R. Bard, Inc.                          _____ Yes _____ No

Bard Peripheral Vascular, Inc.      _____ Yes _____ No

If you answered "No" to each question, stop here and answer no further questions. Your verdict is for Defendants.  If you answered "Yes" to any question, complete each of the following sections.

**B.      COMPENSATORY DAMAGES**

If you find either Defendant liable on any of the claims set forth above, what amount of damages do you find will reasonably compensate Plaintiff for her injuries?

$_____

**C.      INTERVENING CAUSE**

As noted in the jury instructions, if you find that the action of Dr. Kang constituted an intervening cause of all of Plaintiff's compensatory damages, Defendants are not liable for those damages and your verdict above should be for Defendants.

1.      If you find either Defendant liable on any of the claims set forth in Part A above, do you find that the action of Dr. Brandon Kang constituted an intervening cause of some, but not all, of Plaintiff's compensatory damages? _____ Yes _____ No

2.      If you answered "Yes," what portion of the compensatory damages identified in response to Part B above was caused by Dr. Kang?

$_____

**D.      APPORTIONMENT OF FAULT**

1.      Do you find that Dr. Sarwat Amer caused or contributed to Plaintiff's injuries?

_____ Yes _____ No

2.      If you answered "Yes," please provide the relative degrees of fault, if any, that you assign to Defendants and Dr. Amer (your total must equal 100%):

C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.:      _____%

Dr. Amer:                                                      _____%

                                                      100%

**E.      PUNITIVE DAMAGES**

Do you find that punitive damages should be awarded against either Defendant?

C. R. Bard, Inc.                      _____ Yes _____ No

Bard Peripheral Vascular, Inc.      _____ Yes _____ No


_____      _____
Jury Foreperson Signature (using number)      Date

- 3 -

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| _____ | |
| Sherr-Una Booker, an individual, | No. CV-16-00474-PHX-DGC |
| Plaintiff, | |
| v. | |
| C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, | **VERDICT**<br><br>**(Punitive Damages)** |
| Defendants. | |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find the amount of punitive damages to be:

$_____

_____          _____

Jury Foreperson Signature (using number)          Date