# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Willard Taggart, 2:17-cv-04216 | No. MD-15-02641-PHX-DGC<br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Willard J. Taggart

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Kim A. Taggart

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New York

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of New York

8. Defendants (check Defendants against whom Complaint is made):

[✓] C.R. Bard Inc.

[✓] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

[✓] Diversity of Citizenship

[ ] Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

[ ] Recovery® Vena Cava Filter

[✓] G2® Vena Cava Filter

| | | |
|---|---|---|
| [X] | G2® Express (G2®X) Vena Cava Filter | |
| [ ] | Eclipse® Vena Cava Filter | |
| [ ] | Meridian® Vena Cava Filter | |
| [ ] | Denali® Vena Cava Filter | |
| [ ] | Other: _____ | |

11. Date of Implantation as to each product:

October 13, 2009 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| [✓] | Count I: | Strict Products Liability – Manufacturing Defect |
| [✓] | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| [✓] | Count III: | Strict Products Liability – Design Defect |
| [✓] | Count IV: | Negligence - Design |
| [✓] | Count V: | Negligence - Manufacture |
| [✓] | Count VI: | Negligence – Failure to Recall/Retrofit |
| [✓] | Count VII: | Negligence – Failure to Warn |
| [✓] | Count VIII: | Negligent Misrepresentation |
| [✓] | Count IX: | Negligence *Per Se* |
| [✓] | Count X: | Breach of Express Warranty |
| [✓] | Count XI: | Breach of Implied Warranty |
| [✓] | Count XII: | Fraudulent Misrepresentation |

- [✓] Count XIII:   Fraudulent Concealment
- [✓] Count XIV:   Violations of Applicable __New York__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [✓] Count XV:    Loss of Consortium
- [ ] Count XVI:   Wrongful Death
- [ ] Count XVII:  Survival
- [✓] Punitive Damages
- [ ] Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this  8th  day of March 2018.

**FLINT LAW FIRM, LLC**

By:    */s/ Jacob A. Flint*
         Jacob A. Flint, IL Bar No. 6299777
         Brian S. Katz, KY Bar No. 86633
         **FLINT LAW FIRM, LLC**
         222 East Park Street, Suite 500
         P.O. Box 189
         Edwardsville, IL 62025
         Phone: (618) 288-4777
         Fax:  (618) 288-2864
         jflint@flintlaw.com
         *Attorneys for Plaintiff*