IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 1

Phoenix Division
**AMENDED**
MDL 15-2641-PHX-DGC                          DATE: 3/14/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons/Elaine Cropper
       Deputy Clerk                          Court Reporter
 APPEARANCES:
 Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, David Wenner
Attorney(s) for Plaintiff(s)
 Richard North, James Condo, Elizabeth Helm
 Attorney(s) for Defendant(s)
================================================================
**PROCEEDINGS:**     X    Jury Trial      X     Voir Dire/JURY SWORN

**1st Bellwether Trial- Plaintiff Sherr-Una Booker**

Other appearances for plaintiff: Plaintiff Sherr-Una Booker, Joshua Mankoff, Laura Smith, Joe Johnson, Dave DeGreeff, Hadley Matarazzo, Robin Lourie, Howard Nations

Other appearances for defendant: Michael Cozzens, Greg Dadika, Scott Russell

8:30 Court in session. Parties are present. Court order ruling on deposition designations discussed. Court's proposed final jury instructions and verdict form discussed. Parties shall review and be prepared to discuss on 3/22/2018 at 4:30 p.m. Objections to slides to be used during opening statements discussed. Slides allowed with clarification on the record. 8:59 Court in recess.

9:23 Court in session. Parties are present. Jury panel present. Jury sworn and voir dire begins. Following jurors excused for hardship: 12,19,40,46,56,60,75,103,105,107,126. Plaintiff challenges for cause: 16 granted, 34 denied. Defendant none at this time. 10:33 Court in recess.

10:48 Court in session. Parties are present. Jury panel present, voir dire continues. Challenges for cause by plaintiff: 4,17,34,49,30, 29,61 granted. Challenges for cause by defendant: 28, 38 granted. 11:34 Jury panel excused. Parties peremptory strikes. 11:55 Court in session. Parties are present. Jurors chosen: 9,10,21,23,26,33,50,53,57.  Parties have no Batson challenges. Jury panel present. 9 chosen jurors called forward and seated. Remaining panel excused. Jury sworn. 12:08 Court in recess.

Page 2
MDL 15-2641
3/14/2018
Day 1 Jury Trial

1:06 Court in session. Parties are present. 1:11 Jury present. Preliminary jury instructions and facts of the case read to jury. 1:32 Plaintiff opening statement. 2:34 Court in recess.

2:52 Court in session. Parties are present. Jury present. Defendant opening statement. 3:50 Andre Chanduszko sworn and examined. 4:32 Jury excused until 9:00 a.m. on 3/15/2018. Counsel to be present at 8:30 a.m. on 3/15/2018.

4:34 Court in recess. Jury trial continues on 3/15/2018 at 8:30 a.m.