IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 2

Phoenix Division
**AMENDED**
MDL 15-2641-PHX-DGC                         DATE: 3/15/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, Robin Lourie
Attorney(s) for Plaintiff(s)
Richard North, James Condo, Elizabeth Helm, Greg Dadika
Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:**     X    Jury Trial Day 2

**1st Bellwether Trial- Plaintiff Sherr-Una Booker**

8:30 Court in session. Parties are present. Exchanging of exhibits prior to a witness being called to testify discussed. Parties to provide 24 hours in advance of witness testifying.  Witness Andre Chanduszko discussed. Court will review rulings as to the experts prior to their testimony. 8:40 Court in recess.

9:00 Court in session. Parties are present. Jury present. Andre Chanduszko examination continues. Exhibits 932,2249,5233,5234 admitted. Exhibit 7875 used only for demonstrative display. 10:30 Court in recess.

10:47 Court in session. Parties are present. Jury present. Andre Chanduszko examination continues. 10:57 Dr. Murray R. Asch sworn and examined. Exhibits 4332,4330,2090, 552,556 admitted.12:02 Court in recess.

12:59 Court in session. Parties are present. Objections to exhibits discussed.  Parties to confer before addressing with the Court. 1:03 Jury is present. Dr. Murray R. Asch examination continues. Exhibit 553,559,557 admitted. Contents of exhibits 558,555 read to jury but not admitted or displayed. 2:19 David Ciavarella video deposition played. 2:32 Court in recess.

Page 2
MDL 15-2641
3/15/2018
Day 2 Jury Trial

2:48 Court in session. Parties are present. Jury present. Exhibits 1216,925,991,927,931,1221 admitted. David Ciavarella video deposition continues. 3:20 Alex Tessmer sworn and examined. Exhibit 1006,2059,2061,2063,1369 admitted. 4:20 Jury excused until 9:00 a.m. on 3/16/2018. Counsel to be present at 8:30 a.m. 4:22 Court in recess.

Jury trial continues on 3/16/2018 at 8:30 a.m.