### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES – JURY TRIAL DAY 3

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 3/16/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, Robin Lourie
Attorney(s) for Plaintiff(s)
Richard North, James Condo, Elizabeth Helm, Matthew Lerner
Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:     X   Jury Trial Day 3**

**1ˢᵗ Bellwether Trial -Plaintiff Sherr-Una Booker**

8:30 Court in session. Parties are present. Objections to testimony in
regards to the Simon Nitinol Filter discussed. Parties to provide the
exhibits to the Court for review prior to any testimony. 9:00 Jury present.
Alex Tessmer examination continues. Exhibits 2065, 1383 admitted.  9:45 Dr.
Michael Streiff sworn and examined. Exhibit 4147 may be read but not
displayed or admitted. 10:30 Court in recess.

10:46 Court in session. Parties present. Jury present. Dr. Michael Streiff
examination continues. 11:05 Robert McMeeking sworn and examined. Exhibits
4340,4283,4342,4373 used for demonstrative only. 12:02 Court in recess.

1:02 Court in session. Parties present. Jury present. Robert McMeeking
examination continues. Exhibit 4349 demonstrative only. Exhibits 876, 1295
admitted. 2:30 Court in recess.

2:45 Court in session. Parties present. Jury present. Natalie Wong appears
by video deposition. Background information read to jury. Exhibits
2243,2244,2057,2245,2246,2247,2248,2250, 2052, 2251, 2253 admitted. 2:50
Video begins.

Page 2
MDL 15-2641
3/16/2018
Day 3 Jury Trial

4:11 Janet Hudnall appears by video deposition. Background information read. Exhibits 1053,1335,1336,1337,545,1339,1594 admitted. 4:14 Video begins. 4:30 Jury excused until 9:00 a.m. on 3/20/2018. Discussion held with counsel.  Simon Nitinol documents given to the Court. Parties shall submit a 2 page explanation of the documents provided by midday Monday. Counsel to be present at 8:30 a.m. on 3/20/2018. 4:36 Court in recess.

Jury trial continues on 3/20/2018 at 8:30 a.m.