# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Sherr-Una Booker, an individual,<br>    Plaintiff,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>    Defendants. | No. CV-16-00474-PHX-DGC<br><br>**ORDER** |

The parties have submitted deposition excerpts in advance of trial. This order will set forth the Court's ruling on objections contained in some of these excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A. Dr. Brandon Kang.
    1. 15 – overruled.
    2. 31 – overruled.

3. 37 – overruled.
4. 39 – overruled.
5. 42 – overruled.
6. 45:11 – overruled.
7. 45:17 – overruled.
8. 47 – overruled.
9. 50:23 to 53:9 – sustained.  The testimony ventures beyond the treatment of Ms. Booker, and effectively constitutes opinion testimony by Dr. Kang regarding the G2 filter.  Such testimony cannot be used unless disclosed as expert opinion testimony under Rule 26(a)(2).
10. 54:11 – overruled.
11. 54:16 – overruled.
12. 55 – overruled.
13. 56:18 to 57:1 – sustained.  The testimony ventures beyond the treatment of Ms. Booker, and effectively constitutes opinion testimony by Dr. Kang regarding proper disclosures to physicians.  Such testimony cannot be used unless disclosed as expert opinion testimony under Rule 26(a)(2).
14. 59 – overruled.
15. 72 – overruled.
16. 81 – overruled.
17. 100 – overruled.
18. 123 – overruled.
19. 129 – overruled.
20. 135:20 to 137:2 – excluded by Court's ruling on motion in limine.
21. 168 – overruled.  This is not expert opinion.
22. 170:18 to 171:6 – sustained.  The testimony ventures beyond the treatment of Ms. Booker, and effectively constitutes opinion testimony by Dr. Kang

regarding Bard filters. Such testimony cannot be used unless disclosed as expert opinion testimony under Rule 26(a)(2).

B. Patrick McDonald.

1. 171:18 to 174:22 – sustained. The questioning concerns the FDA warning letter which the Court has largely excluded. *See* Doc. 10258. If Plaintiff makes the required showing for topics 3, 7, or 8 of the letter (*id.* at 6), and this testimony relates to those topics, Plaintiff may again raise this deposition testimony with the Court.

2. 175:20 to 178:3 – sustained. Foundation, 602. Also, the witness has no knowledge of the document and the questions are not evidence. 178:4-17 should also be excluded.

3. 182 – overruled.

4. 192:4-25, 193:23 to 194:3 – sustained. The questioning concerns the FDA warning letter which the Court has largely excluded. *See* Doc. 10258. If Plaintiff makes the required showing for topics 3, 7, or 8 of the letter (*id.* at 6), and this testimony relates to those topics, Plaintiff may again raise this deposition testimony with the Court.

5. 194:18 to 195:10 – sustained. Relevancy.

6. 201:15 to 202:9 – sustained. Beyond scope given above rulings.

C. Carol Vierling.

1. 37 – overruled.
2. 78 – overruled.
3. 87 – overruled.
4. 88:9 – overruled.
5. 88:20 – overruled.
6. 89:4 – overruled.
7. 97 – overruled.
8. 98 – overruled.

    9.    99:8-11 – sustained.  Relevancy.  The question is not evidence.
    10.    99:22 – overruled.
    11.    100 – overruled.
    12.    101:1 – overruled.
    13.    101:11 – overruled.
    14.    101:18 – overruled.
    15.    105 – sustained.  Relevancy.  The question is not evidence.
    16.    106 – overruled.
    17.    110:22 to 111:6 – sustained.  403.
    18.    130 – overruled.
    19.    139 – overruled.
    20.    147:3-13 – sustained.  Relevancy.  The questions are not evidence.
    21.    148 – overruled.
    22.    156 – overruled.
    23.    167 – overruled.
    24.    184 – overruled in light of Bard's withdrawal.
    25.    186 – overruled.
    26.    192 – no evidentiary objection stated.
    27.    197 – overruled.
    28.    205 – overruled.
    29.    206 – overruled.
    30.    213:4 – overruled.
    31.    2131:20 – overruled.

D.    Jack Sullivan.
    1.    436 – overruled.
    2.    442 – overruled.
    3.    443 – overruled.
    4.    447:1, 8 – overruled.

     5.    448 – overruled.

     6.    450 – overruled.

     7.    457 – overruled.

     8.    458:13 to 459:23 – sustained.  Foundation, 602.

     9.    461:17 to 462:1 – sustained.  Foundation, 602.

     10.    462:15 – overruled.

     11.    463 – overruled.

     12.    467 – overruled.

     13.    484 – overruled.

     14.    495 – overruled.

     15.    503 – overruled.

     16.    522:7-13 – sustained.  403.

     17.    524 – overruled.

     18.    524:5 – overruled.

     19.    525:14 – overruled.

     20.    527 – overruled.

E.    Salil Patel.

     1.    39 – overruled.

Dated this 19th day of March, 2018.

_____
David G. Campbell
United States District Judge