**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 4**

Phoenix Division

MDL 15-2641-PHX-DGC                           DATE: 3/20/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL

  Traci C. Abraham                     Patricia Lyons/Elaine Cropper
       Deputy Clerk                           Court Reporter
APPEARANCES:
Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, Robin Lourie, Hadley Matarazzo, Joe Johnson
Attorney(s) for Plaintiff(s)
Richard North, James Condo, Elizabeth Helm, Brandee Kowalzyk, Greg Dakika
Attorney(s) for Defendant(s)
========================================================================

**PROCEEDINGS:**     X    Jury Trial Day 4

**1st Bellwether Trial -Plaintiff Sherr-Una Booker**

8:30 Court in session. Parties are present. Court order Doc. 10489 discussed. Defendant objections to exhibit used in Dr. Gary Cohen video deposition discussed. Motion in limine re: FDA Warning Letter to be discussed at 8:30 a.m. on 3/21/2018. 8:47 Court in recess.

9:01 Court in session. Parties are present. Jury present. Video deposition of Janet Hudnall continues. 9:17 Dr. Gary Cohen video deposition played. Exhibits 965, 945 admitted. 9:24 Dr. Derek David Muehreke sworn and examined. Exhibit 4376,4319 shown as demonstrative only. Exhibit 994,2344 admitted.10:30 Court in recess.

10:45 Court in session. Parties are present. Jury present. Dr. Derek David Muehreke examination continues. Exhibit 4320 demonstrative only. Portions of exhibit 7286 read only not admitted or displayed. 12:04 Court in recess.

1:00 Court in session. Parties are present. Jury present. Dr. Darren R. Hurst sworn and examined. Exhibits 2045, 4282,4370,4360,4385,4359,4386 admitted. 2:31 Court in recess.

```
Page 2
MDL 15-2641
3/20/2018
Day 4 Jury Trial
```

2:44 Court in session. Parties are present. Jury present. Dr. Darren R. Hurst examination continues. 3:35 Lora K. White sworn and examined. 3:55 James Matthew Sims sworn and examined. Exhibit 4388 shown demonstrative only. 4:06 Dr. Marcus D'Ayala appears by video deposition. Exhibits 2244,2057,994,2321,1001 admitted. 4:19 Jury excused. 4:21 Court in recess.

Jury trial continues on 3/21/2018 at 8:30 a.m.