# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Sherr-Una Booker, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>    Defendants. | No. CV-16-00474-PHX-DGC<br><br>**ORDER** |

The parties have submitted deposition excerpts in advance of trial. This order will set forth the Court's ruling on objections contained in some of these excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A. Bill Altonaga.
    1. 33 – overruled.
    2. 47 – sustained.

|     |     |     |
| --- | --- | --- |
| 1   | 3.  | 72 – overruled. |
| 2   | 4.  | 86 – overruled. |
| 3   | 5.  | 87:2 – overruled. |
| 4   | 6.  | 87:18 – overruled. |
| 5   | 7.  | 90 – overruled. |
| 6   | 8.  | 99:23 to 91:6 – sustained.  Cumulative. |
| 7   | 9.  | 136 – overruled. |
| 8   | 10. | 137 – overruled. |
| 9   | 11. | 142 – overruled. |
| 10-11 | 12. | 155 – sustained.  There is no failure to disclose claim with respect to the Recovery filter. |
| 12-13 | 13. | 158:13-15 – sustained, argumentative.  Objection overruled for remainder of page 158. |
| 14-15 | 14. | 159:4-15 – sustained.  403 ("cleared on established safety and effectiveness"). |
| 16  | 15. | 166 – overruled. |
| 17-18 | 16. | 169:21 to 170:4 – sustained.  The questions are not evidence.  Objection otherwise overruled. |
| 19-20 | 17. | 170:7 – overruled (although question does not make sense without 169:21 to 170:4). |
| 21  | 18. | 171 – overruled. |
| 22  | 19. | 179:20 – overruled. |
| 23  | 20. | 180:23 to 181:22 – sustained.  Foundation, 602. |
| 24-25 | 21. | 243 – sustained.  There is no failure to disclose claim with respect to the Recovery filter. |
| 26  | 22. | 264:20-23 – sustained.  Foundation, 602. |
| 27  | 23. | 266:19-22 – sustained.  Foundation, 602. |
| 28  | 24. | 271:5 to 272:12 – sustained.  Foundation, 602. |

25. 272:13 to 273:4 – Bard to withdraw in light of above rulings.

Dated this 21st day of March, 2018.

_____
David G. Campbell
United States District Judge