**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 6**

Phoenix Division

MDL 15-2641-PHX-DGC                              DATE: 3/22/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons/Elaine Cropper
       Deputy Clerk                           Court Reporter
 APPEARANCES:
 Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, Robin Lourie, Hadley
Matarazzo, Paul Stoller
Attorney(s) for Plaintiff(s)
 Richard North, James Condo, Elizabeth Helm, Greg Dadika
 Attorney(s) for Defendant(s)
================================================================

**PROCEEDINGS:**     X   **Jury Trial Day 6**

**1st Bellwether Trial -Plaintiff Sherr-Una Booker**

8:30 Court in session. Parties are present. Court has received 4 more deposition designations from defendants to be used next week. Plaintiff still deciding on Sullivan deposition.  Dr. Frederick Rogers objections to video deposition discussed. Parties to submit 3 page memorandum on the FDA warning letter by 3/24/2018 at 5 pm. Court will review Monday evening. Exhibit 2057 discussed. Exhibit 2057 to be redacted. 8:40 Court in recess.

8:55 Court in session. Parties are present. Dr. Frederick Rogers testimony discussed. Parties agree not designated as expert by either side. 8:58 Jury present. Robert Carr Jr. examination continues. Exhibits 1062, 730, 5343, 764 with redactions admitted. Defendant reserves witness for case in chief. 10:20 Sherr-Una Booker sworn and examined.10:30 Court in recess.

10:45 Court in session. Parties are present. Jury present. Sherr-Una Booker examination continues. Exhibits 4391,2399,2400,2401,2403,6652,6656,6660,6667,6669,6681,6683,6693,6696,6699,6741,6748,6751,6756,6768,6770,6778,6780,2312,6668,2378,6745 admitted. 12:00 Court in recess.

1:00 Court in session. Parties are present. Jury present. Sherr-Una Booker examination continues. Exhibits 1327,2299,2301,2302,2303,2304,2310,2311,2345,2353,2362,4377,4378,4379,4380,4381,4382 admitted. Exhibits 2321,2355,2361,2364,2368 admitted on a previous trial day. 1:51 Shomari Cottle sworn and examined. Exhibits 2426, 2427 admitted. 2:16 Gin Schulz appears by video deposition. Exhibits 1948,1950,1951,1940, 1941,1944,1945,1946,735,1949 admitted. 2:30 Court in recess.

2:46 Court in session. Parties present. Jury present. Gin Schulz video deposition continues. 3:10 William Altonaga appears by video deposition. Exhibit 546 admitted. 3:31 Robert Ferrara appears by video deposition. Exhibit 1103 , 905 admitted. 3:50 Jason Greer appears by video deposition. Exhibit 1912 admitted. 3:57 Christopher Ganser appears by video deposition. Exhibit 4328 admitted. 4:14 Dr. Frederick Rogers appears by video deposition. 4:20 Jury excused until 9:00 a.m. on 3/23/2018. 4:21 Court in recess.

4:30 Court in session. Parties present.  Exhibit 1103 discussed. Court addresses with parties video depositions with exhibits shown that have not been admitted. Parties to address for next trial. Final jury instructions discussed. Verdict form discussed. 5:44 Court in recess.

Jury trial continues on 3/23/2018 at 8:30 a.m.