Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF LODGING EXHIBITS UNDER SEAL REGARDING PLAINTIFF'S ADDITIONAL BRIEFING RE ADMISSIBILITY OF TOPICS 3, 7 & 8 OF FDA 483 WARNING LETTER ISSUED JULY 13, 2015**<br><br>(The Honorable David G. Campbell) |

Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Exhibits Under Seal regarding Plaintiff's Additional Briefing Re Admissibility of Topics 3, 7 & 8 of FDA 483 Warning Letter Issued July 13, 2015.

Plaintiff provides notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court the documents listed on Exhibit A to this Notice.

Defendants contend that the documents listed in Exhibit A are confidential and should be filed under seal. As required under LRCiv 5.6(d), Plaintiff certifies that on March 25, 2018, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be

1 | filed under seal.  Plaintiff does not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

RESPECTFULLY SUBMITTED this 25th day of March, 2018.

                        GALLAGHER & KENNEDY, P.A.

                        By: */s/ Mark S. O'Connor*
                             Mark S. O'Connor
                             2575 East Camelback Road
                             Phoenix, Arizona  85016-9225

                        LOPEZ McHUGH LLP
                             Ramon Rossi Lopez (CA Bar No. 86361)
                             (admitted *pro hac vice*)
                             100 Bayview Circle, Suite 5600
                             Newport Beach, California 92660

                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                        */s/ Gay Mennuti*

2

**EXHIBIT A**

| | |
|---|---|
| **Exhibit A** | **FDA Warning letter dated July 13, 2015** |
| **Exhibit B** | **Chart of FDA Warning Letter Complaints** |
| **Exhibit C** | **Deposition Transcript Excerpts of Chad Modra** |
| **Exhibit D** | **BPV-17-01-00206142-6168** |
| **Exhibit E** | **Sherr-Una Booker's Complaint Record Detail Reports** |