## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Nancy Will | ) | |
| | ) | |
| Plaintiff | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. 2:16-cv-02195-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and | ) | |
| C.R. Bard, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Plaintiff Nancy Will.

Dated: March 27, 2018

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com
*Attorney for Plaintiff*

.

## CERTIFICATE OF SERVICE

I hereby certify that on a copy of the foregoing was served March 27, 2018 electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Benjamin A. Bertram
*Attorney for Plaintiff*