IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

This Document Relates to:

All cases listed on Exhibit A

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR FLINT LAW FIRM CASES

Attorney Jacob A. Flint of Flint Law Firm, LLC hereby advises the Court that Attorney Andrew W. Callahan, is no longer employed at Flint Law Firm, LLC, and therefore Jacob A. Flint respectfully requests to be substituted as counsel in MDL No. 2641 and for all member civil actions related to MDL No. 2641 listed on Exhibit A.

Respectfully submitted,

By:

*s/ Jacob A. Flint*
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintlaw.com

I hereby certify that on March 28, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Jacob A. Flint*