# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | NO. MDL15-2641-PHX-DGC |

-------------------------------------------------

2:16-cv-03895-PHX-DGC; 2:16-cv-04031-PHX-DGC; 2:16-cv-04250-PHX-DGC
2:16-cv-04331-PHX-DGC; 2:16-cv-04324-PHX-DGC; 2:16-cv-04458-PHX-DGC
2:17-cv-00047-PHX-DGC; 2:17-cv-00050-PHX-DGC; 2:17-cv-00155-PHX-DGC
2:17-cv-00171-PHX-DGC; 2:17-cv-00208-PHX-DGC; 2:17-cv-00283-PHX-DGC
2:17-cv-00290-PHX-DGC; 2:17-cv-00545-PHX-DGC; 2:17-cv-00693-PHX-DGC
2:17-cv-00709-PHX-DGC; 2:17-cv-00798-PHX-DGC; 2:17-cv-00799-PHX-DGC
2:17-cv-00853-PHX-DGC; 2:17-cv-00859-PHX-DGC; 2:17-cv-00975-PHX-DGC
2:17-cv-01079-PHX-DGC; 2:17-cv-01177-PHX-DGC; 2:17-cv-01243-PHX-DGC
2:17-cv-01737-PHX-DGC; 2:17-cv-01736-PHX-DGC; 2:17-cv-01739-PHX-DGC
2:17-cv-01783-PHX-DGC; 2:17-cv-02205-PHX-DGC; 2:17-cv-02208-PHX-DGC
2:17-cv-02211-PHX-DGC; 2:17-cv-02210-PHX-DGC; 2:17-cv-02292-PHX-DGC
2:17-cv-02566-PHX-DGC; 2:17-cv-03012-PHX-DGC; 2:17-cv-03013-PHX-DGC
2:17-cv-03157-PHX-DGC; 2:17-cv-03158-PHX-DGC; 2:17-cv-03170-PHX-DGC
2:17-cv-03244-PHX-DGC; 2:17-cv-03610-PHX-DGC; 2:17-cv-03666-PHX-DGC
2:17-cv-03667-PHX-DGC; 2:17-cv-03668-PHX-DGC; 2:17-cv-03744-PHX-DGC
2:17-cv-04107-PHX-DGC; 2:17-cv-04108-PHX-DGC; 2:17-cv-04109-PHX-DGC
2:17-cv-04216-PHX-DGC; 2:17-cv-04607-PHX-DGC; 2:17-cv-04606-PHX-DGC
2:18-cv-00100-PHX-DGC; 2:18-cv-00101-PHX-DGC.