IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY

Phoenix Division

MDL 15-2641-PHX-DGC                        DATE: 3/27/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                 Patricia Lyons/Elaine Cropper
         Deputy Clerk                      Court Reporter
APPEARANCES:
 Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, Robin Lourie, Hadley
Matarazzo, Joe Johnson, Paul Stoller
Attorney(s) for Plaintiff(s)
 Richard North, James Condo, Elizabeth Helm, Greg Dadika
 Attorney(s) for Defendant(s)
================================================================

**PROCEEDINGS:**    X   **Jury Trial Day 9**

**1st Bellwether Trial -Plaintiff Sherr-Una Booker**

8:30 Court in session. Parties are present. Court order allotting plaintiff one additional hour discussed. Defendant objects. Plaintiff allotted 1 additional hour. FDA warning letter briefing discussed.  Court will allow portions of the letter as stated on the record. Redacted exhibits to be addressed with the jury. Plaintiff moves to admit the remaining pages in exhibit 4327, denied. Defendant proposed jury instruction to be addressed end of day. Brief filed by defendant as to Dr. Grassi discussed.  9:00 Jury present. Robert Carr Jr. examination continues. Exhibits 5037, 5315, 5949, 5316, 1680(redacted form) admitted. Plaintiff moves to admit the remaining pages in exhibit 4327, under advisement. 9:50 Dr. David Feigal sworn and examined. Exhibit 7949 demonstrative only, not admitted, displayed. 10:27 Dr.John DeFord appears by video deposition. 10:30 Court in recess.

10:46 Court in session. Parties are present. Jury present. Dr. John DeFord video deposition continues. 10:59 Dr. Clement Grassi sworn and examined. 12:00 Jury excused. Exhibit redactions discussed. Parties to finalize by tomorrow morning. 12:01 Court in recess.

1:00 Court in session. Parties are present. Jury present. Dr. Clement Grassi examination continues.  1:11 Dr. Scott Trerotola appears by video deposition.

Page 2
MDL 15-2641
3/27/2018
Day 9 Jury Trial

1:23 Dr. Daniel Cousin sworn and examined. Exhibit 6825 admitted. 1:58 Dr. Christopher Morris sworn and examined. Exhibit 7933,78737 demonstrative only, not admitted, displayed. Exhibit 7411 admitted. 2:30 Court in recess.

2:45 Court in session. Parties are present. Jury present. Dr. Christopher Morris examination continues. 4:06 Dr. William Stavropoulos appears by video deposition. 4:20 Jury excused until 9:00 a.m. on 3/28/2018. 4:24 Court in recess.

4:35 Court in session. Parties are present. Exhibits 4327 and 7312 discussed. Further discussion 8:30 a.m. on 3/28/2018. Jury instructions discussed. Defendant Rule 50 motion to be argued on 3/28/2018. 5:45 Court in recess.

Jury trial continues on 3/28/2018 at 8:30 a.m.