**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY**

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 3/28/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


Traci C. Abraham                    Patricia Lyons/Elaine Cropper
         Deputy Clerk                      Court Reporter
APPEARANCES:
Mark O'Connor, Julia Reed-Zaic, Robin Lourie, Joe Johnson, Paul Stoller,
Joshua Mankoff , Roman Lopez
Attorney(s) for Plaintiff(s)
Richard North, James Condo, Elizabeth Helm, Greg Dadika
Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:**    X   **Jury Trial Day 10**

**1st Bellwether Trial -Plaintiff Sherr-Una Booker**

8:30 Court in session. Parties are present. Final jury instructions to be
finalized today. Exhibits 4327 and 7312 discussed. Court will review cases
cited before ruling admissibility. Plaintiff objections to Dr. Sobieszczyk
testimony discussed. Court order doc. 10258 addressed. Court will allow Dr.
Sobieszczyk to testify as stated on the record. 9:15 Jury present. Dr. Piotr
Sobieszczyk sworn and examined. Exhibits 6827,6826,6822,6823,6710
admitted. Plaintiff moves to admit the entire medical record as to the CT
scans, defendant no objection. Parties to agree and provide the disc to the
Court. 10:34 Court in recess.

10:50 Court in session. Parties are present. Jury present. 10:51 Chad Modra
sworn and examined. Exhibit 5691 pages 12-32,5706 pages 48-61, 5991
admitted. 12:00 Jury excused. Counsel to return at 12:50 to discuss jury
instructions and exhibits 4327 and 7312. 12:02 Court in recess.

12:50 Court in session. Parties are present. Exhibits 4327 and 7312 will
be admitted as stated on the record. Finalizing of jury instructions. 1:03
Jury present. Exhibit 4327 and 7312 admitted with explanation to the jury.
1:04 Chad Modra examination continues. Exhibit 5995,5994 admitted subject
to redactions of the parties. Exhibit 5851,5872,5483,5560,5874,2217
admitted. 2:30 Court in recess.

Page 2
MDL 15-2641
3/28/2018
Day 10 Jury Trial


2:48 Court in session. Parties are present. Jury present. Chad Modra
examination continues. Exhibit 2048 admitted. 3:05 Defendant rest. 3:05
Plaintiff no rebuttal. Exhibit 6842 admitted. 3:10 Jury excused until
3/29/2018 at 9:00 a.m. 3:12 Defendant's oral motion for Rule 50 judgment
as a matter of law argued. Motion denied. 3:42 Plaintiff's 1st oral motion
for Rule 50 judgment as a matter of law re: superseding cause defense based
on actions of Dr. Kang argued.3:57 Plaintiff's 2nd oral motion for Rule 50
judgment as a matter of law re: Bard's comparative fault defense based on
the actions of Dr. Amer and superseding cause defense based on the actions
of other radiologists argued. Motions under advisement. Court will enter
an order. Dr. Sobieszczyk testimony, ruling on motion in limine and
plaintiff basis for excluding missed opportunity evidence discussed.
Intervening cause instruction and defense in case discussed. Verdict form
discussed. Plaintiff renewed request for FDA limiting instruction.
Plaintiff request additional time. Defendant objects. Court will allot
plaintiff one hour and 15 minutes for closing and 35 minutes for argument
on punitive damages. 4:38 Court in recess.

Trial will continue on 3/29/2018 at 8:45 a.m.