| AO 435 | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| AZ Form (Rev. 1/2015) | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Yroko Drevon | 2. PHONE NUMBER 415-433-3900 | 3. DATE 03/16/2018 |
|---|---|---|

| 4. FIRM NAME ONGARO PC |
|---|

| 5. MAILING ADDRESS 50 California Street, Suite 3325 | 6. CITY San Francisco | 7. STATE CA | 8. ZIP CODE 94111 |
|---|---|---|---|

| 9. CASE NUMBER 2:15-md-02641-DGC | 10. JUDGE Campbell | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| | | 11. 03/16/2018 | 12. 03/20/2018 |

| 13. CASE NAME In Re Bard IVC Filter Product Litigation | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. 03/22/2018 | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☑ TESTIMONY (Specify) | 03/16/2018; 03/20/2018 |
| ☐ OPENING STATEMENT (Plaintiff) | | All trial testimony for dates | 03/22/2018 |
| ☐ OPENING STATEMENT (Defendant) | | indicated | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER Trial Transcripts for dates 03/16/18; 03/20/18; 03/22/18

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☑ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
ydrevon@ongaropc.com; gturner@ongaropc.com

19. SIGNATURE /s/ Yroko M. Drevon

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE 03/16/2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY