**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – Doris Jones Trial**

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 3/29/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Paul Stoller
Attorney(s) for Plaintiff(s)
Richard North, James Condo, Elizabeth Helm, James Rogers
Attorney(s) for Defendant(s)
======================================================================

**2nd Bellwether-Plaintiff Doris Jones**

Status hearing held.

Discussion held. Hearing to re-urge motions will be set for 4/13/2018 at 10:00 a.m. Parties shall submit a 5 page memorandum by close of business on 4/10/2018 with document numbers of the motions they wish to re-urge and argue. Motions in limine due by 4/18/2018. Responses 4/25/2018. Deposition designations by 4/20/2018. Proposed final pretrial order by 4/27/2018. Final pretrial conference set 5/4/2018 at 10:00 a.m. Jury trial set for 5/15/2018 at 9:00 a.m.

Court order to follow.