**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 11**

Phoenix Division

MDL 15-2641-PHX-DGC                           DATE: 3/29/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
================================================================

HON: DAVID G. CAMPBELL


  Traci C. Abraham                      Patricia Lyons
        Deputy Clerk                        Court Reporter
APPEARANCES:
 Mark O'Connor, Julia Reed-Zaic, Robin Lourie, Roman Lopez, Paul Stoller
Attorney(s) for Plaintiff(s)
 Richard North, James Condo, Elizabeth Helm, Greg Dadika
 Attorney(s) for Defendant(s)
================================================================

**PROCEEDINGS:**     X   Jury Trial Day 11

**1st Bellwether Trial -Plaintiff Sherr-Una Booker**

8:47 Court in session. Parties are present. Final jury instructions discussed. Court order doc. 10573 denial of motions for Rule 50 judgment as a matter of law discussed. Verdict form discussed. Time limits for closing arguments discussed. Local Rule 39.2(b) prohibits counsel to speak with jurors at conclusion of trial unless permission is granted by the Court. Schedule for the Jones trial to be discussed. 8:58 Jury present. 8:59 Final jury instructions read. 9:46 Plaintiff closing argument. 10:39 Court in recess.

10:53 Court in session. Parties present. 10:56 Jury present. Defendant closing argument. 12:09 Plaintiff rebuttal. 12:31 Jury retire to commence deliberations. 12:31 Verdict form discussed. 12:35 Court in recess.

Jury deliberate until 5:30 p.m. Jury to return at 8:00 a.m. on 3/30/2018 to continue deliberations.