**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 12**

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 3/30/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


Traci C. Abraham                    Patricia Lyons
     Deputy Clerk                      Court Reporter
APPEARANCES:
Mark O'Connor, Julia Reed-Zaic, Robin Lourie, Roman Lopez, Paul Stoller
Attorney(s) for Plaintiff(s)
Richard North, James Condo, Elizabeth Helm, Greg Dadika
Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:**     X   Jury Trial Day 12

**1st Bellwether Trial -Plaintiff Sherr-Una Booker**

7:55 Jury return and continue deliberations.

9:30 Court in session. Parties are present. Court informs parties jury has reached a verdict. 9:31 Jury present. Verdict read. Jury polled. 9:37 sidebar – objections to exhibits. 9:45 Punitive damages phase begins. Exhibits 3572,3573,3574 admitted. Mehdi Syed appears by video deposition. 10:06 Jury instructed. 10:14 Plaintiff argument on punitive damages. 10:32 Defendant argument on punitive damages. 11:06 Plaintiff rebuttal argument. 11:07 Jury retire to deliberate. 11:08 Court in recess.

11:23 Court in session. Parties are present. 11:25 Jury present. Punitive damages verdict read. Jury polled. 11:27 Jury excused and released.

11:28 Court adjourned.