# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: Case No.: <br><br> **MICHAEL MILHOLLAND AND SHERRY MILHOLLAND** <br><br> **PLAINTIFFS** <br><br> **VS.** <br><br> **C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.** <br><br> **DEFENDANTS** | MDL No. 2:15-MD-02641-DGC <br> Civil Action No. CV-18-01002-PHX-DGC <br> **NOTICE OF APPERANCE** |

The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Michael Milholland and Sherry Milholland, Plaintiff in this case.

Dated: April 2, 2018

                                                      Respectfully submitted,

                                                      *[signature]*

                                                      Charles T. Paglialunga
                                                      WA Bar No. 23028
                                                      CA Bar No. 296106
                                                      **PAGLIALUNGA & HARRIS, PS**
                                                      4660 La Jolla Village Dr., Ste 100
                                                      San Diego, CA 92122
                                                      Tel: (888) 604-3438
                                                      Fax: (888) 411-0826
                                                      chuck@phlawfirm.com

                                                      *Attorney for Plaintiff(s)*