```
                        FILED ____ LODGED
                        RECEIVED ____ COPY

                            MAR 30 2018

                        CLERK U S DISTRICT COURT
                         DISTRICT OF ARIZONA
                        BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☑ Jury Trial

Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code ___   Date March 8, 2018

In Re Bard IVC Filters Products Liability Litigation   vs. _____

☑ Plaintiff/Petitioner   ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| William Altonaga, M.D. | | 3-22-18 Video Depo |
| Murray R. Asch, M.D. | 3-15-18 | 3-15-18 |
| Brett Baird | | |
| Brian Barry | | |
| Rebecca Betensky | | |
| Sherr-Una Booker | 3-22-18 | 3-22-18 |
| Kevin Boyle | | |
| Christine L. Brauer, Ph.D. | | |
| Paul Briant, Ph.D., P.E. | 3-26-18 | 3-26-18 |
| Robert M. Carr, Jr. | 3-21-18 | 3-21-18<br>3-22-18<br>3-26-18<br>3-27-18 |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code ___   Date March 8, 2018

In Re Bard IVC Filters Products Liability Litigation vs. _____

☑ Plaintiff/Petitioner  ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Andre Chanduszko | 3-14-18 | 3-14-18 / 3-15-18 |
| David Ciavarella, M.D. |  | 3-15-18 Video depo |
| Gary S. Cohen, M.D. |  | 3-20-18 video depo |
| Robert Cortelezzi |  |  |
| Shomari Cottle | 3-22-18 | 3-22-18 |
| Daniel Cousin, M.D. | 3-27-18 | 3-27-18 |
| Joni Creal |  |  |
| Marcus D'Ayala, M.D. |  | 3-20-18 / 3-21-18 Video Depo |
| Len DeCant |  |  |
| John DeFord |  | 3-27-18 Video depo |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial
Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code __   Date March 8, 2018
In Re Bard IVC Filters Products Liability Litigation vs. _____
☑ Plaintiff/Petitioner  ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| David Dimmit | | |
| Mary Edwards | | |
| Audrey Fasching, Ph.D., P.E. | 3-20-18 | 3-20-18 |
| David W. Feigal, M.D., M.P.H. | 3-27-18 | 3-27-18 |
| Thomas Ferari | | |
| Robert Ferrara | | 3-22-18 video depo |
| Kay Fuller | | |
| Christopher Ganser | | 3-22-18 video depo |
| Holly Glass | | |
| Clement J. Grassi, M.D., FSIR | 3-27-18 | 3-27-18 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial
Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code ___   Date March 8, 2018
In Re Bard IVC Filters Products Liability Litigation vs. _____
☑ Plaintiff/Petitioner          ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| David Mickey Graves | | |
| Jason Greer | | 3-22-18 Video depo |
| Eric Hairston | | |
| Richard L. Harvey, M.D. | | 3-21-18 Video Depo |
| Janet Hudnall | | 3-16-18 3-20-18 Video depo |
| Brian Hudson | | |
| Darren R. Hurst, M.D. | 3-20-18 | 3-20-18 |
| Brandon Sang Joon Kang, M.D. | | 3-21-18 Video Depo |
| David A. Kessler, M.D. | | |
| Thomas Kinney, M.D., MSME | | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☑ Jury Trial

Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code __   Date March 8, 2018

In Re Bard IVC Filters Products Liability Litigation vs. _____

☑ Plaintiff/Petitioner ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| John Lehman, M.D. | | |
| Bill Little | | |
| Judy Ludwig | | |
| Frank Lynch, M.D. | | |
| John McDermott | | |
| Patrick McDonald | | |
| Robert McMeeking, Ph.D. | 3-16-18 | 3-16-18 |
| Chad Modra | 3-28-18 | 3-28-18 |
| Mark Moritz, M.D. | | |
| Christopher S. Morris, M.D. | 3-27-18 | 3-27-18 |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☑ Jury Trial

Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code __   Date March 8, 2018

In Re Bard IVC Filters Products Liability Litigation vs. _____

☑ Plaintiff/Petitioner   ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Derek David Muehreke, M.D. | 3-20-18 | 3-20-18 |
| Daniel Orms | | 3-21-18 video depo |
| Shari Allen O'Quinn | 3-23-18 | 3-23-18 |
| Salil J. Patel, M.D. | | 3-21-18 video depo |
| Abithal Raji-Kubba | | |
| Michael Randall | 3-21-18 | 3-21-18 |
| Frederick B. Rogers, M.D. | | 3-22-18 3-23-18 video depo |
| Kim Romney | | |
| Gin Schulz | | 3-22-18 video depo |
| J. Matthew Sims | 3-20-18 | 3-20-18 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☑ Jury Trial

Case Number: CV-MD-15-02641 PHX/PCT-DGC  Judge Code ___  Date: March 8, 2018

In Re Bard IVC Filters Products Liability Litigation vs. _____

☑ Plaintiff/Petitioner  ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Piotr Sobieszczyk, M.D. | 3-28-18 | 3-28-18 |
| William Stavropoulos, M.D. | | 3-27-18 Video Depo |
| Moni Stein, M.D. | | |
| Michael B. Streiff, M.D. | 3-16-18 | 3-16-18 |
| Jack Sullivan | | |
| Mehdi Syed | | 3-30-18 Video Dep |
| Alex Tessmer | 3-15-18 | 3-15-18 3-16-18 |
| Ronald A. Thisted, Ph.D. | | |
| Donna-Bea Tillman, Ph.D., MPA, FRAPS | 3-23-18 | 3-23-18 |
| Scott Trerotola, M.D. | | 3-27-18 VideoDepo |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number CV-MD-15-02641 PHX/PCT-DGC   Judge Code ___   Date March 8, 2018

In Re Bard IVC Filters Products Liability Litigation vs. _____

☑ Plaintiff/Petitioner   ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Doug Uelmen | | |
| John Van Vleet | 3-26-18 | 3-26-18 |
| Carol Vierling | | |
| Bryan Vogel | | |
| John Weiland | | |
| John Wheeler | | |
| Lora K. White | 3-20-18 | 3-20-18 |
| Steve Williamson | | |
| Mark Wilson | | |
| Natalie Wong | | 3-16-18 by video |