| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4022 | | | Medical Article - 2013 Singh, et al., Pharmacologic and Mechanical Prophylaxis of Venous Thromboembolism Among Special Populations AHQR Publication, No. 13-EHC082-1 |
| 4023 | | | Medical Article - 2013 Smouse, et al., The RETRIEVE Trial: Safety and Effectiveness of the Retrievable Crux Vena Cava Filter, J Vasc Interv Radiol 2013; 24: 609-621 |
| 4024 | | | Medical Article - 2013 Srinivas, et al., Successful catheter directed thrombolysis in postpartum deep venous thrombosis complicated by nicoumalone-induced skin necrosis and failure in retrieval of inferior vena caval filter |
| 4025 | | | Medical Article - 2013 Stein and Matta Pulmonary Embolism and Deep Venous Thrombosis Following Bariatric Surgery, Obes Surg (2013) 23: 663-668 |
| 4026 | | | Medical Article - 2013 Tanabe, et al., Current status of the use of inferior vena cava filters in cases of pulmonary embolism in CCUs: From the Tokyo CCU Network, Journal of Cardiology 63 (2014) 385-389 |
| 4027 | | | Withdrawn |
| 4028 | | | Medical Article - 2013 Uberoi, et al., British Society of Interventional Radiology (BSIR) Inferior Vena Cava (IVC) Filter Registry, Cardiovasc Intervent Radiol  (2013) 36: 1548-1561 |
| 4029 | | | Medical Article - 2013 Unterman and Nair Perforation of Inferior Vena Cava by Inferior Vena Cava Filter, Western Journal of Emergency Medicine  (2013); 14(2): 161-162 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4030 | | | Medical Article - 2013 Valadares, et al., Inferior Vena Cava Filter Placement during Pregnancy: An Adjuvant Option When Medical Therapy Fails, Case Reports in Obstetrics and Gynecology (2013); Article ID 821635 |
| 4031 | | | Medical Article - 2013 Van Ha, et al., Difficult OptEase Filter Retrievals After Prolonged Indwelling Times, Cardiovasc Intervent Radiol (2013) 36: 1139-1143 |
| 4032 | | | Medical Article - 2013 Vyas, et al., Duodenal Perforation by an IVC Filter: A Case and Discussion Expanding on the 2010 Guidelines for Filter Retrieval, Cardiovasc Intervent Radiol  (2014) 37: 847-849 |
| 4033 | | | Medical Article - 2013 Wada The Inferior Vena Cava Filter, JAMA Internal Medicine 173; 18: 1753-1755 |
| 4034 | | | Medical Article - 2013 Wang and Lloyd Clinical review: Inferior vena cava filters in the age of patient-centered outcomes, Annals of Medicine, 2013; 45: 474-481 |
| 4035 | | | Medical Article - 2013 Wang Response to IVC Penetration by Gunther Tulip |
| 4036 | | | Medical Article - 2013 Wang, et al., Fracture and Migration of Celect Inferior Vena Cava Filters: A Retrospective Review of 741 Consecutive Implantations, J Vasc Interv Radiol 2013; 24: 1719-1722 |
| 4037 | | | Medical Article - 2013 Ward, et al., Duodenal perforation of an inferior vena cava filter: case report and literature review, Vascular; 21(6): 386- 390 |
| 4038 | | | Medical Article - 2013 Weinberg and Jaff Inferior Vena Cava Filters: Truth |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | or Dare? Circ Cadiovasc Interv. 2013; 6: 498-500 |
| 4039 | | | Medical Article - 2013 Weinberg, Ido, MD, et al., Inferior vena cava filters, J Am Coll Cardiol Intv. 2013 6(6); 539-547. |
| 4040 | | | Duplicate - See Ex 4039 Medical Article - 2013 Weinberg, Kaufman, and Jaff Inferior Vena Cava Filters, J Am Coll Cardiol Intv 2013; 6: 539-47 |
| 4041 | | | Medical Article - 2013 White, et al., High Variation Between Hospitals in Vena Cava Filter Use for Venous Thromboembolism, Jama Intern Med Vol. 173 No. 7, April 8 2013 |
| 4042 | | | Medical Article - 2013 Woodruff, et al., The perioperative management of an inferior vena caval tumor thrombus in patients with renal cell carcinoma, Urologic Oncology: Seminars and Original Investigations 31 (2013) 517-521 |
| 4043 | | | Medical Article - 2013 Yallampalli, et al., Endovascular Removal of a Permanent "TrapEase" Inferior Vena Cava Filter, Vascular and Endovascular Surgery; 47(5): 379-382 |
| 4044 | | | Medical Article - 2013 Yamagami, et al., Successful removal of a Gunther tulip vena cava filter with wall-embedded hook and migration during a retrieval attempt, Acta Radiologica Short Reports 2013; 2: 3 |
| 4045 | | | Medical Article - 2013 Yamagami, et al., Training on insertion and retrieval of optional inferior vena cava filters for interventional radiologists with little or just some experience with the combined use of |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | blood vessel and animal models, SpringerPlus 2013; 2: 354 |
| 4046 | | | Medical Article - 2013 Zhang, et al., Temporary Filters and Liver Mobilization Technique Improve the Safety and Prognosis of Radical Nephrectomy and Inferior Vena Cava Thrombectomy in Renal Cell Carcinoma with Subdiaphramatic Thrombosis, Urol Int 2013; 91: 279-284 |
| 4047 | | | Withdrawn |
| 4048 | | | Medical Article - 2014 Al-Hakim, et al., Inferior Vena Cava Filter Retrieval: Effectiveness and Complications of Routine and Advanced Techniques, J Vasc Interv Radiol 2014; 25: 933-939 |
| 4049 | | | Medical Article - 2014 Alkhouli and Bashir, Inferior vena cava filters in the United States: Less is more, International Journal of Cardiology 177 (2014) 742-743 |
| 4050 | | | Medical Article - 2014 Andreoli et al., Comparison of Complication Rates Associated with Permanent and Retrievable Inferior Vena Cava Filters: A Review of the MAUDE Database, J. Vasc. Interv. Radiol. 2014; 25:1181-1185, Kinney Kalva Roberts, Kessler |
| 4051 | | | Medical Article - 2014 Awad, et al., Enhanced Recovery After Bariatric Surgery (ERABS): Clinical Outcomes from a Tertiary Referral Bariatric Centre, Obes Surg (2014) 24: 753-758 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4052 | | | Medical Article - 2014 Aycock, et al., A Computational Method for Predicting Inferior Vena Cava Filter Performance on a Patient-Specific Basis, Journal of Biomechanical Engineering; 136: 081003 |
| 4053 | | | Medical Article - 2014 Baik, et al., Transventricular Migration of an Inferior Vena Cava Filter Limb, Ann Thorac Surg 2014; 97: 343 |
| 4054 | | | Medical Article - 2014 Bashir, et al., Comparative Outcomes of Catheter-Directed Thrombolysis Plus Anticoagulation vs Anticoagulation Alone to Treat Lower-Extremity Proximal Deep Vein Thrombosis, JAMA Intern Med. 2014; 174(9): 1494-1501 |
| 4055 | | | Withdrawn |
| 4056 | | | Medical Article - 2014 Charlton-Ouw, et al., Technical and Financial Feasibility of an Inferior Vena Cava Filter Retrieval Program at a Level One Trauma Center, Ann Vasc Surg 2015; 29: 84-89 |
| 4057 | | | Medical Article - 2014 Chen, et al., Geometric changes of the inferior vena cava in trauma patients subjected to volume resuscitation, Vascular; DOI: 10.1177/1708538114552665 |
| 4058 | | | Medical Article - 2014 Cho, et al., Failed inferior vena cava filter retrieval by conventional method: Analysis of its causes and retrieval of it by modified double-loop technique, Phlebology; DOI: 10.1177/0268355514545353 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4059 | | | Medical Article - 2014 Cronin, et al., Foreign Body Located Intraoperatively Using Transesophageal Echocardiography, Journal of Cardiothoracic and Vascular Anesthesia 2014; 28(3): 852-853 |
| 4060 | | | Medical Article - 2014 Dat, et al., Duodenal perforation by and inferior vena cava filter in a polyartertitis nodosa sufferer, International Journal of Surgery Case Reports 5 (2014) 1164-1166 |
| 4061 | | | Medical Article - 2014 Debska, et al., An unexpected complication with the use of a retrievable vena cava filter in late pregnancy, European Journal of Obstetrics & Gynecology and Reproductive Biology 180 (2014) 205-206 |
| 4062 | | | Medical Article - 2014 Desai, et al., Complications of Indwelling Retrievable Versus Permanent Inferior Vena Cava Filters, Journal of Vascular Surgery: Venous and Lymphatic Disorders. 2014; 2(2):166-173, Kinney Kalva Roberts, Kessler |
| 4063 | | | Medical Article - 2014 Duffett, et al., Outcomes of patients requiring insertion of an inferior vena cava filter: a retrospective observational study, Blood Coagulation and Fibrinolysis 2014; 25: 266-271, Kessler |
| 4064 | | | Withdrawn |
| 4065 | | | Withdrawn |
| 4066 | | | Medical Article - 2014 Glocker, et al., Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | filter retrieval success, J Vasc Surg: Venous and Lym Dis 2014; 2: 21-5 |
| 4067 | | | Withdrawn |
| 4068 | | | Medical Article - 2014 Haga, et al., Penetration of an Inferior Vena Cava Filter into the Aorta, Ann Vasc Dis 2014; 7(4): 413-416 |
| 4069 | | | Medical Article - 2014 Han, et al., Prevention of pulmonary embolisms associated with vena cava filter implantation, Phlebology 2015; 30(1): 24-31 |
| 4070 | | | Medical Article - 2014 Hislop, et al., Correlation of intravascular ultrasound and computed tomography scan measurements for placement of intravascular ultrasound-guided inferior vena cava filters, J Vasc Surg 2014; 59: 1066-72 |
| 4071 | | | Medical Article - 2014 Ho, et al., Venous thrombotic, thromboembolic, and mechanical complications after retrievable inferior vena cava filters for major trauma, British Journal of Anesthesia  (2015); 114(1): 63-9 |
| 4072 | | | Medical Article - 2014 Horie, et al., Thrombus just beneath a retrievable inferior vena cava filter in a pregnant woman with deep vein thrombus fragmentation with fibrinolysis, J. Obstet. Gynaecol. Res.; 40(2): 590-594 |
| 4073 | | | Medical Article - 2014 Iwamoto, et al., Clinical outcomes and causes of death in Japanese patients with long-term inferior vena cava filter implants and |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | deep vein thrombosis, Journal of Cardiology 64 (2014) 308-311 |
| 4074 | | | Medical Article - 2014 Jia, Liu, Tian, and Jiang, Tempofilter II implantation in patients with lower extremity fractures and proximal deep vein thrombosis, Diag Interv Radiol 2014; 20: 245-250 |
| 4075 | | | Withdrawn |
| 4076 | | | Medical Article - 2014 Kaw, et al., Inferior vena cava filters and postoperative outcomes in patients undergoing bariatric surgery: a meta-analysis, Surgery for Obesity and Related Diseases 10 (2014) 725-733 |
| 4077 | | | Medical Article - 2014 Kok, et al., Inferior vena cava filter insertion and retrieval patterns in a tertiary referral centre in Ireland, Ir J Med Sci (2015); 184: 345-348 |
| 4078 | | | Withdrawn |
| 4079 | | | Medical Article - 2014 Lee, et al., Clinical course and predictive factors for complication of inferior vena cava filters, Thrombosis research 133 (2014) 538-543 |
| 4080 | | | Medical Article - 2014 Liang, et al,. Role of prophylactic filter placement in the endovascular treatment of symptomatic thrombosis in the central veins, Thrombosis research 134 (2014) 57-62 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4081 | | | Medical Article - 2014 Morris Do Inferior Vena Cava Filters Prevent Death From Pulmonary Embolism? Journal of the American College of Cardiology (2014); 63(16) |
| 4082 | | | Medical Article - 2014 Mousa, et al., Tips and tricks for retrieval of permanent TRAPEASE filters for inferior vena cava, Vascular; DOI: 10.1177/1708538114560456 |
| 4083 | | | Medical Article - 2014 Muriel, et al., Survival Effects of Inferior Vena Cava Filters in Patients With Acute Symptomatic Venous Thromboembolism and a Significant Bleeding Risk, Journal of the American College of Cardiology (2014); 63(16) |
| 4084 | | | Medical Article - 2014 Nakashima, et al., Troubleshooting OptEase inferior vena cava filter retrieval, Asian Cardiovascular & Thoracic Annals (2014); 0(0): 1-3 |
| 4085 | | | Medical Article - 2014 Narayan, et al., The Impact of Cancer on the Clinical Outcomes of Patients After Inferior Vena Cava Filter Placement: A Retrospective Cohort Study, Am J Clin Oncol 2014; 00: 000-000 |
| 4086 | | | Medical Article - 2014 Nguyen, et al., Natural history of an intra-aortic permanent inferior vena cava filter, J Vasc Surg 2014; 60: 784 |
| 4087 | | | Medical Article - 2014 Park, et al., Asymptomatic Duodenal Perforation from an Inferior Vena Cava Filter, ACG Case Rep J 2014; 1(3): 143- 144 |
| 4088 | | | Medical Article - 2014 Park, et al., Current Status of the Retrieval Rate of Retrievable Vena Cava Filters in a Tertiary Referral Center in Korea, |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Vascular Specialist International (2014); 30(4): 133-138 |
| 4089 | | | Medical Article - 2014 Peterson, et al., Predictors of attempted inferior vena cava filters retrieval in a tertiary care centre, Thrombosis Research 134  (2014) 300-304 |
| 4090 | | | Medical Article - 2014 Pham, et al., Celect Filter Penetration of Aorta and Lumbar Artery |
| 4091 | | | Medical Article - 2014 Piazza, et al., Venous Thromboembolism in Patients With Prior Stroke, Clinical and Applied Thrombosis/Hemostasis (2014); 20(1): 43-49 |
| 4092 | | | Medical Article - 2014 Prasad, Rho, and Cifu Further Thoughts on Why There Are Good Data Supporting the Inferior Vena Cava Filter, JAMA Intern Med. 2014; 174(1): 164-165 |
| 4093 | | | Medical Article - 2014 Ren, Li, Fu, and Fu Analysis of risk factors for recurrence of deep venous thrombosis in lower extremities, Med Sci Monit, 2014; 20: 199-204 |
| 4094 | | | Medical Article - 2014 Sader, et al., Inferior Vena Cava Filters and Their Varying Compliance with the ACCP and the SIR Guidelines, Southern Medical Journal  (2014); 107(9): 585-590 |
| 4095 | | | Medical Article - 2014 Salati, et al., Internal jugular and common femoral venous access for the removal of a long-term embedded vena cava filter, Diagn Interv Radiol 2014; 20: 341-344 |
| 4096 | | | Medical Article - 2014 Segesser, et al., Late removal of retrievable caval |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | filters, Swiss Med Wkly. 2014; 144: w14022 |
| 4097 | | | Withdrawn |
| 4098 | | | Medical Article - 2014 Shennib, Bowles, and Hickle Migration of a fractured inferior vena cava filter strut to the right ventricle of the heart: a case report, Journal of Cardiothoracic Surgery |
| 4099 | | | Medical Article - 2014 Sherman, et al., Inferior vena cava filter penetration into right proximal ureter, Can J Urol 2014; 21(1): 7160-7162 |
| 4100 | | | Medical Article - 2014 Soeiro, et al., Intracardiac embolization of inferior vena cava filter associated with right atrium perforation and cardiac tamponade, Rev Bras Cir Cardiovasc 2014; 29(2): 285-8 |
| 4101 | | | Medical Article - 2014 Stamm, et al., Risk Stratification in Acute Pulmonary Embolism: Frequency and Impact on Treatment Decisions and Outcomes, Southern Medical Journal (2014); 107(2): 72-78 |
| 4102 | | | Medical Article - 2014 Stavropoulos, et al., The DENALI Trial: An Interim Analysis of a Prospective, Multicenter Study of the Denali Retrievable Inferior Vena Cava Filter, J Vasc Interv Radiol 2014; 25: 1497-1505 Kinney Kalva Roberts, Kessler |
| 4103 | | | Medical Article - 2014 Stein and Matta Vena Cava Filters in Unstable Elderly Patients with Acute Pulmonary Embolism, |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | The American Journal of Medicine (2014) 127, 222-225 |
| 4104 | | | Medical Article - 2014 Swami, et al., Experience With Vena Cava Filters at a Large Community Hospital and Level-I Trauma Center: Indications, Complications, and Compliance Barriers, Clinical and Applied Thrombosis/Hemostasis (2014) 20(5): 546-552 Kessler |
| 4105 | | | Medical Article - 2014 Thornburg, et al., Percutaneous Retrieval of an Inferior Vena Cava Filter Causing Right Ureter Obstruction, Ann Vasc Surg 2014; 28: 122.e11-122.e13 |
| 4106 | | | Medical Article - 2014 Van Ha, et al., Femoral Removal of Meridian Filter in a Patient with Central Venous Occlusion, JVIR (2014); 25(6): 979-981 |
| 4107 | | | Medical Article - 2014 Weinberg, et al., Effect of Delayed Inferior Vena Cava Filter Retrieval After Early Initiation of Anticoagulation, Am J Cardiol 2014; 113: 389-394 |
| 4108 | | | Withdrawn |
| 4109 | | | Medical Article - 2014 Wood, et al., Reporting the impact of inferior vena cava perforation by filters, Phlebology 2014; 29(7): 471-475 |
| 4110 | | | Medical Article - 2014 Wu, et al., Strategies for prevention of iatrogenic inferior vena cava filter entrapment and dislodgement during central venous catheter placement, J Vasc Surg 2014; 59: 255-9 Kinney Kalva Roberts |

412

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4111 | | | Medical Article - 2014 Zerkle, et al., It All Unraveled From There: Case Report of a Central Venous Catheter Guidewire Unraveling, The Journal of Emergency Medicine  (2014); 47(6): e139-e141 |
| 4112 | | | Medical Article - 2014 Zhou, et al., Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients, AJR (2014); 202: 643-647 |
| 4113 | | | Medical Article - 2015 Alkhouli, Shafi, and Bashir, Inferior Vena Cava Filter Thrombosis and Suprarenal Caval Stenosis, JACC: Cardiovascular Interventions (2015); 8(2): e23-e25 |
| 4114 | | | Medical Article - 2015 Avery, et al., Initial experience using the rigid forceps technique to remove wall-embedded IVC filters, Journal of Medical Imaging and Radiation Oncology (2015); 59: 306-311 |
| 4115 | | | Medical Article - 2015 Baadh, et al., A trip down memory lane: The ultimate inferior vena cava filter, Vascular 2015; 23(3): 333-334 |
| 4116 | | | Medical Article - 2015 Ballard, et al., Sequential inferior vena cava filter insertion and peripherally inserted central catheter placement through upper extremity veins, Diagnostic and Interventional Imaging (2015) |
| 4117 | | | Medical Article - 2015 Blevins and Raffini, Extensive Thrombotic Complications After Inferior Vena Cava Filter Placement in 2 Adolescents With Spinal Cord Injury: A Cautionary Tale and Review, J Pediatr Hematol Oncol 2015; 37: e277-e229 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4118 | | | Medical Article - 2015 Bos, et al., Strut Penetration: Local Complications, Breakthrough Pulmonary Embolism, and Retrieval Failure in Patients with Celect Vena Cava Filters, J Vasc Interv Radiol 2015; 26: 101-106 |
| 4119 | | | Medical Article - 2015 Brown, et al., Retrieval of Marrow and Tumor Embolus from Inferior Vena Cava Filter following Internal Fixation of Metastatic Long Bone Tumor: A Case Study, JVIR 2015; 26(5): 1088-1090 |
| 4120 | | | Medical Article - 2015 Chalhoub, et al., Contributing Factors to Inferior Vena Cava Filter Migration, Cardiovasc Intervent Radiol; DOI 10.1007/s00270-015-1177-1 |
| 4121 | | | Medical Article - 2015 Chalhoub, et al., Inferior vena cava filter migration during the prone position for spinal surgery: a case report, J Can Anesth; DOI 10.1007/s12630-015-0438-4 |
| 4122 | | | Medical Article - 2015 Chow, et al., Mid- and Long-term Outcome of Patients with Permanent Inferior Vena Cava Filters: A Single Center Review, Annals of Vascular Surgery (2015); 29(5): 985-994 |
| 4123 | | | Medical Article - 2015 Cohoon, et al., Retrievable Inferior Vena Cava Filters Can Be Placed and Removed with a High Degree of Success: Initial Experience, Catheterization and Cardiovascular Interventions (2015); 00: 00-00 |
| 4124 | | | Withdrawn |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4125 | | | Withdrawn |
| 4126 | | | Medical Article – 2015 Dowell, et al., Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Inter Radiol 2015, Hurst |
| 4127 | | | Medical Article - 2015 Georgiou, et al., CT of inferior vena cava filters: normal presentations and potential complications, Emerg Radiol; DOI 10.1007/s10140-015-1333-6 |
| 4128 | | | Withdrawn |
| 4129 | | | Withdrawn |
| 4130 | | | Medical Article - 2015 Ho, et al., Vena Cava Filter Use in Cancer Patients with Acute Venous Thromboembolism in California, Thrombosis Research 135 (2015) 809-815 |
| 4131 | | | Medical Article - 2015 Isogai, et al., Effectiveness of Inferior Vena Cava Filters on Mortality as an Adjunct to Antithrombotic Therapy, The American Journal of Medicine (2015); 128(3): 312.e23-312.e31 |
| 4132 | | | Medical Article - 2015 Jehangir, et al., IVC Filter Perforation through the Duodenum Found after Years of Abdominal Pain, Am J Case Rep (2015); 16: 292-295 |
| 4133 | | | Medical Article - 2015 Kanwar, et al., Journey of a Strut: From Filter to Missile, The American Journal of Medical Sciences (2015); 349(1): 92 93 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4134 | | | Medical Article - 2015 Khurana, et al., Fractured Inferior Vena Cava Filter Strut, Tex Heart Inst J 2015; 42(2): 181-3 |
| 4135 | | | Medical Article - 2015 Kiefer, et al., The Value of Rotational Venography Versus Anterior-Posterior Venography in 100 Consecutive IVC Filter Retrievals, Cardiovasc Intervent Radiol; DOI 10.1007/s00270-015-1183-3, Kessler |
| 4136 | | | Medical Article - 2015 Kim, et al., Outcomes of retrievable inferior vena cava filters in patients with deep vein thrombosis and transient contraindication for anticoagulation, Ann Surg Treat Res 2015; 89(1): 30-36 |
| 4137 | | | Withdrawn |
| 4138 | | | Medical Article - 2015 Kishima, et al., Aspiration Thrombectomy in a Patient with Suprarenal Inferior Vena Cava Thrombosis, Case Reports in Cardiology; 2015: 495065 |
| 4139 | | | Medical Article - 2015 Kuo and Robertson, Bard Denali Inferior Vena Cava Filter Fracture and Embolization Resulting in Cardiac Tamponade: A Device Failure Analysis, J Vasc Interv Radiol 2015; 26: 111-115, Kinney Kalva Roberts, Kessler |
| 4140 | | | Medical Article - 2015 Laborda, et al., Respiratory-Induced Hemodynamic Changes: A Contributing Factor to IVC Filter Penetration, Cardiovasc Intervent Radiol; DOI 10.1007/s00270-015-1077-4 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4141 | | | Medical Article - 2015 Lavan, et al., The use of optional inferior vena cava filters of type Optease in trauma patients- a single type of filter in a single Medical Center, Thrombosis Research 135 (2015) 873-876 |
| 4142 | | | Medical Article - 2015 Lee, et al., The CIRSE Retrievable IVC Filter Registry: Retrieval Success Rates in Practice, Cardiovasc Intervent Radiol; DOI 10.1007/s00270-015-1112-5 |
| 4143 | | | Medical Article - 2015 Marchand, et al., Multiple Venous Thromboses Presenting as Mechanical Low Back Pain in an 18-Year-Old Woman, Journal of Chiropractic Medicine (2015) 14, 83-89 |
| 4144 | | | Medical Article - 2015 McClendon Jr., et al., Time to Event Analysis for the Development of Venous Thromboembolism After Spinal Fusion >=5 Levels, World Neurosurgery (2015); http://dx.doi.org/10.1016/j.wneu.2015.03.068 |
| 4145 | | | Medical Article - 2015 Mearns, No clinical benefit of vena cava filter in patient who can be anticoagulated, Nature Reviews Cardiology (2015); 12: 381 |
| 4146 | | | Medical Article - 2015 Milovanovic, et al., Procedural and Indwelling Complications with Inferior Vena Cava Filters: Frequency, Etiology, and Management, Semin Intervent Radiol 2015; 32: 34-41 |
| 4147 | | | Medical Article - 2015 Mismetti, et al., Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism: A Randomized Clinical Trial, JAMA Volume |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | 313, Number 16; 1627-1635 Garcia & Streiff |
| 4148 | | | Medical Article - 2015 Myojo, et al., Midterm Follow-up After Retrievable Inferior Vena Cava Filter Placement in Venous Thromboembolism Patients With or Without Malignancy, Clin. Cardiol. (2015); 38(4): 216-221 |
| 4149 | | | Medical Article - 2015 Nagarsheth, et al., Catheter-Directed Therapy is Safe and Effective for the Management of Acute Inferior Vena Cava Thrombosis, Ann Vasc Surg 2015; : 1-7 |
| 4150 | | | Medical Article - 2015 Nakamura, et al., Percutaneous Removal of Inferior Vena Cava Filter after Migration to Pulmonary Artery using an 8-Fr Multipurpose Catheter, Heart, Lung and Circulation (2015); 24: e127-e129 |
| 4151 | | | Medical Article - 2015 Newman, et al., Vertebral Body Erosion and Subsequent Back Pain Secondary to a Vena Cava Filter, Cureus 7(2): e250 |
| 4152 | | | Medical Article - 2015 Nguyen, et al., Endovascular Removal of an Embedded Superior Vena Cava Filter after 6 Years, JVIR (2015); 26(1): 131-133 |
| 4153 | | | Medical Article - 2015 Nicolas, et al., In vitro comparison of Günther Telip and Celect filters. Testing filtering efficiency and pressure drop, Journal of Biomechanics (2015); 48: 504-511 |
| 4154 | | | Medical Article - 2015 Pan, et al., Evaluation of nonpermanent inferior vena cava filter placement in patients with deep venous thrombosis after lower extremity fracture: A single-center |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | retrospective study, Phlebology 2015; 0(0): 1-9 |
| 4155 | | | Medical Article - 2015 Patel, et al., Indication and Appropriateness of Inferior Vena Cava Filter Placement, Am J Med Sci 2015; 349(3): 212- 216 |
| 4156 | | | Medical Article - 2015 Pescatore, et al., Inferior Vena Cava Filter Fracture: Potential Liability for Emergency Physicians, West J Emerg Med. 2015; 16(2): 240-241 |
| 4157 | | | Medical Article - 2015 Poudel, et al., Stuck in the Heart: Embolized Strut Fracture of IVC Filter, Vascular and Endovascular Surgery (2015); 49(3-4): 93-94 |
| 4158 | | | Medical Article - 2015 Renno, et al., A single center experience with retrievable IVC filters, Vascular (2015); 23(4): 350-57 Kessler |
| 4159 | | | Medical Article - 2015 Rottenstreich, et al., Endovascular infection following inferior vena cava (IVC) filter insertion, J Thromb Thrombolysis; DOI 10.1007/s11239-015-1219-1 |
| 4160 | | | Medical Article - 2015 Rottenstreich, et al., Inferior Vena Cava (IVC) Filters in Children: A 10-Year Single Center Experience, Pediatr Blood Cancer DOI 10.1002/pbc |
| 4161 | | | Medical Article - 2015 Rottenstreich, et al., Patterns of use and outcome of inferior vena cava filters in a tertiary care setting, European Journal of Hematology; doi:10.1111/ejh.12542 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4162 | | | Medical Article - 2015 Rowland, et al., Inferior Vena Cava Filters for Prevention of Venous Thromboembolism in Obese Patients Undergoing Bariatric Surgery, Ann Surg 2015; 261: 35-45 |
| 4163 | | | Medical Article - 2015 Ryu, et al., A Comparison of Retrievability: Celect versus Option Filter, J Vasc Interv Radiol 2015; 26: 865-869 |
| 4164 | | | Medical Article - 2015 Sajjad, et al., A large un-ruptured abdominal aortic aneurysm causing pulmonary embolism, Journal of Surgical Case Reports, 2015; 7: 1-4 |
| 4165 | | | Medical Article - 2015 Scher, et al., Retrieval of TRAPEASE and OPTEASE Inferior Vena Cava Filters with Extended Dwell Times, J Vasc Interv Radiol 2015 |
| 4166 | | | Medical Article - 2015 Siracuse, et al., Risk Factors of Nonretrieval of Retrievable Inferior Vena Cava Filters, Ann Vasc Surg 2015; 29: 318- 321 |
| 4167 | | | Medical Article - 2015 Smillie, et al., Imaging Evaluation of the Inferior Vena Cava, RG; 35(2): 578-592 |
| 4168 | | | Medical Article - 2015 Smith, et al., Changes in the rate of prophylactic vena cava filter insertion at a university hospital, Phlebology; 0(0): 1-6 |
| 4169 | | | Medical Article - 2015 Stavropoulos, et al., Retrieval of Tip-embedded Inferior Vena Cava Filters by Using the Endobronchial Forceps Technique: Experience at a Single Institution, Radiology (2015); 275(3): 900-907 Kinney Kalva Roberts, Kessler |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4170 | | | Medical Article - 2015 Thakur, et al., Wire in the Heart: Fracture and Fragment Embolization of Retrievable Inferior Vena Cava Filter into the Right Ventricle, Case Reports in Cardiology; 2015: 938184 |
| 4171 | | | Medical Article - 2015 Tsekouras, et al., Lumbar artery pseudoaneurysnm in a patient with inferior vena cava filter and history of strenuous physical exercise, J Vasc Surg 2015; 61: 796-9 |
| 4172 | | | Withdrawn |
| 4173 | | | Medical Article - 2015 Yamashita, et al., Indications, applications, and outcomes of inferior vena cava filters for venous thromboembolism in Japanese patients, Heart Vessels; DOI 10.1007/s00380-015-0709-6 |
| 4174 | | | Medical Article - 2015 Yarmohammadi, et al., Hemopericardium from inferior cava filter strut fracture and embolization, Journal of Cardiovascular Computed Tomography (2015); xxx: 1-2 |
| 4175 | | | Medical Article - 2015 Zhang, et al., The Vena Tech LP Permanent Caval Filter: Effectiveness and Safety in the Clinical Setting in Three Chinese Medical Centers, Thrombosis Research (2015); 136: 40-44 |
| 4176 | | | Withdrawn |
| 4177 | | | Withdrawn |
| 4178 | | | Withdrawn |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | |
|---|---|---|---|---|
| 4179 | | | Withdrawn | |
| 4180 | | | Withdrawn | |
| 4181 | | | Withdrawn | |
| 4182 | | | Withdrawn | |
| 4183 | | | Withdrawn | |
| 4184 | | | Withdrawn | |
| 4185 | | | Withdrawn | |
| 4186 | | | Withdrawn | |
| 4187 | | | Withdrawn | |
| 4188 | | | Withdrawn | |
| 4189 | | | Withdrawn | |
| 4190 | | | Withdrawn | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4191 | | | Withdrawn |
| 4192 | | | Withdrawn |
| 4193 | | | Withdrawn |
| 4194 | | | Withdrawn |
| 4195 | | | Withdrawn |
| 4196 | | | Withdrawn |
| 4197 | | | Withdrawn |
| 4198 | | | Withdrawn |
| 4199 | | | Withdrawn |
| 4200 | | | Medical Article - 2016 Park, et al., Complication and Retrieval Rates of Inferior Vena Cava Filters, a Single-Center Retrospective Study, J Vasc Surg 2016, Vol 64 #3 Kinney Kalva Roberts, Eisenberg |
| 4201 | | | Withdrawn |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | |
|---|---|---|---|---|
| 4202 | | | Withdrawn | |
| 4203 | | | Withdrawn | |
| 4204 | | | Withdrawn | |
| 4205 | | | Withdrawn | |
| 4206 | | | Withdrawn | |
| 4207 | | | Withdrawn | |
| 4208 | | | Withdrawn | |
| 4209 | | | Withdrawn | |
| 4210 | | | Withdraw | |
| 4211 | | | Withdrawn | |
| 4212 | | | Withdrawn | |
| 4213 | | | Withdrawn | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | |
|---|---|---|---|---|
| 4214 | | | Withdrawn | |
| 4215 | | | Withdrawn | |
| 4216 | | | Withdrawn | |
| 4217 | | | Withdrawn | |
| 4218 | | | Withdrawn | |
| 4219 | | | Withdrawn | |
| 4220 | | | Withdrawn | |
| 4221 | | | Medical Article - 2017 M. R. Jaff & J. Kaufman, A Measured Approach to Vena Cava Filter use-Respect rather than Regret, 2 JAMA Cardiol. 5 (2017). | |
| 4222 | | | Withdrawn | |
| 4223 | | | Withdrawn | |
| 4224 | | | Withdrawn | |
| 4225 | | | Withdrawn | |
| 4226 | | | Medical Article - 2017 Rogers, F. B., Cook, et al., Vena Cava Filter Use in Trauma and rates of Pulmonary Embolism, | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | |
|---|---|---|---|---|
| | | | 2003 - 20015, JAMA Surg. 2017;152(8):724-732 | |
| 4227 | | | Withdrawn | |
| 4228 | | | Withdrawn | |
| 4229 | | | Withdrawn | |
| 4230 | | | Withdrawn | |
| 4231 | | | Withdrawn | |
| 4232 | | | Withdrawn | |
| 4233 | | | Withdrawn | |
| 4234 | | | Withdrawn | |
| 4235 | | | Withdrawn | |
| 4236 | | | Withdrawn | |
| 4237 | | | Withdrawn | |
| 4238 | | | Withdrawn | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4239 | | | Medical Article - Laborda, et al., Laparoscopic Demonstration of Vena Cava Wall Perforation by Inferior Vena Cava Filters in Ovine Model |
| 4240 | | | Withdrawn |
| 4241 | | | Withdrawn |
| 4242 | | | Withdrawn |
| 4243 | | | Withdrawn |
| 4244 | | | Withdrawn |
| 4245 | | | Withdrawn |
| 4246 | | | Withdraw |
| 4247 | | | Withdrawn |
| 4248 | | | Withdrawn |
| 4249 | | | Withdrawn |
| 4250 | | | Withdrawn |
| 4251 | | | Demonstrative: Note received from juror in *Phillips v. C.R. Bard* |
| 4252 | | | Demonstrative: Photo's showing Plaintiff 2005 - to present |
| 4253 | | | Demonstrative: Computer Simulation/animation demonstrating G2 filter Environment of Use |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4254 | | | Demonstrative: Computer Simulation/animation demonstrating Placement of an IVC Filter |
| 4255 | | | Demonstrative: Computer Simulation/animation demonstrating Retrieval of IVC Filter |
| 4256 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Migrating with Clot |
| 4257 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Migrating |
| 4258 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Fracturing |
| 4259 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Tilting with Clot |
| 4260 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Tilted and Fracturing from a Clot |
| 4261 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Perforating |
| 4262 | | | Demonstrative: Computer Simulation/animation demonstrating G2 Filter Tilting |
| 4263 | | | Demonstrative: Computer Simulation/animation demonstrating Booker's attempted retrieval of G2 Filter |
| 4264 | | | Demonstrative: Computer Simulation/animation demonstrating Booker' percutaneously removal and open vascular removal of Filter Strut |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4265 | | | Demonstrative: Medical illustrations, anatomical models of implantation, (Enlargements & Digital) |
| 4266 | | | Demonstrative: Medical illustrations depicting the implantation of an IVC filter (Enlargements & Digital) |
| 4267 | | | Demonstrative: Medical illustrations depicting the filter within the vena cava at the time of implantation (Enlargements & Digital) |
| 4268 | | | Demonstrative: Medical illustrations depicting the percutaneous removal of a G2 filter |
| 4269 | | | Demonstrative: Medical illustrations that depict Booker's filter after it was injured inside her body (Enlargements & Digital) |
| 4270 | | | Demonstrative: Medical illustrations of Booker's imaging from 2007- present (20018) (Enlargements & Digital) |
| 4271 | | | Demonstrative: Medical illustrations and/or models to assist skilled and expert witnesses (Enlargements & Digital) |
| 4272 | | | Demonstrative: Medical illustrations depicting the vascular system (Enlargements & Digital) |
| 4273 | | | Demonstrative: Medical illustrations depicting the human anatomy (Enlargements & Digital) |
| 4274 | | | Demonstrative: Timeline showing Ms. Booker Medical Records (Enlargements & Digital) |
| 4275 | | | Demonstrative: Timeline showing History and chronology of Bard Filters Including Marketing, Testing, AE Events, Warning Information (Enlargements & Digital) |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4276 | | | Demonstrative: Timeline showing FDA and Bard Communications (Digital) |
| 4277 | | | Demonstrative: Enlargement/Digital Bard Organizational Chart |
| 4278 | | | Demonstrative: Enlargement - Charts from Medical Articles |
| 4279 | | | Demonstrative: Plaintiff's IVC filter |
| 4280 | | | Demonstrative: Exemplar Recovery IVC Filter |
| 4281 | | | Demonstrative: Exemplar Simon Nitinol Filter |
| 4282 | | 3-20-18 | Demonstrative: Exemplar G2 Filter |
| 4283 | | | Demonstrative: Exemplar G2X Filter |
| 4284 | | | Demonstrative: Exemplar Eclipse Filter |
| 4285 | | | Demonstrative: Exemplar Denali Filter |
| 4286 | | | Demonstrative: Exemplar Meridian Filter |
| 4287 | | | Demonstrative: Charts showing AE data as report by Bard |
| 4288 | | | Demonstrative: Charts showing Bards Financials from 2001 - to Present |
| 4289 | | | Demonstrative: Chart showing FDA Clearance Process |
| 4290 | | | Demonstrative: Chart showing Bard Filter Tree |
| 4291 | | | Demonstrative: Illustration Showing the differences between RNF & G2 |
| 4292 | | | Demonstrative: Dr. McMeeking's computer simulation and animation demonstrating how the G2 filter tilts and perforates, including results of calculations and generated images |
| 4293 | | | Demonstrative: Dr. McMeeking's summaries of analytical calculations which are set forth in prior case reports. |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4294 | | | Demonstrative: Dr. Hurst 3D animations |
| 4295 | | | Demonstrative: All 3D animations and medical illustrations (produced and used as exhibits during Austin specific depositions) |
| 4296 | | | Demonstrative: Bard's Risk/Benefit Litigation Matrix |
| 4297 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4298 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4299 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4300 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4301 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4302 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4303 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4304 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4305 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4306 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4307 | | | Demonstrative: Dr. Betensky's data sources- Data for this analysis are comprised of adverse event reports and monthly sales totals. The adverse event reports were extracted from the MAUDE database that is maintained by the FDA for the purpose of reporting for medical devices, as well as Trackwise |
| 4308 | | | Demonstrative: Mortality Tables |
| 4309 | | | Demonstrative: Bard Settlement agreement with USDOJ |
| 4310 | | | Demonstrative: Video of bench testing and animal testing performed regarding the Simon Nitinol filter, pending Request for Production |
| 4311 | | | Demonstrative: Video of bench testing and animal testing performed regarding the Recovery filter, pending Request for Production |
| 4312 | | | Demonstrative: Video of bench testing and animal testing performed regarding the G2 filters, pending Request for Production |
| 4313 | | | Demonstrative: Video of bench testing and animal testing performed regarding the G2 Express filters, pending Request for Production |
| 4314 | | | Chanduszko Deposition, 10/10/2013 - Exhibit 08 - Remedial Action Plan - SPA-04-04-02 4-21-2004 |
| 4315 | | | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4316 | | | |
| 4317 | | | |
| 4318 | | | |
| 4319 | | | Demonstrative: Kang Procedure animation |
| 4320 | | | Demonstrative: Harvey procedure animation |
| 4321 | | | Global Harmonization Task Force, Definition of the Terms 'Medical Device' and 'In Vitro Diagnostic (IVD) Medical Device' (revision of GHTF/SG1/N29:2005) |
| 4322 | | | Global Harmonization Task Force, Principles of Medical Devices Classification, June 27, 2006 |
| 4323 | | | Global Harmonization Task Force, Roles and Responsibilities, April 21, 2010 |
| 4324 | | | Global Harmonization Task Force, Guiding Principles,  May 20, 2005 |
| 4325 | | | Global Harmonization Task Force, Operating Procedures, Nov. 4, 2010 |
| 4326 | | | Global Harmonization Task Force, Essential Principles of Safety and Performance of Medical Devices, Nov. 2, 2012 |
| 4327 | | 3-31-18 7-30-18 | Monthly Global PV Report - January entire 2006, date of memo, 02/10/2006 1st 7 pgs only |
| 4328 | | 3-28-18 | Ganser Deposition, 10/11/2016 - Exhibit 517,  Device Labeling Guidance, General Program Memorandum |
| 4329 | | | Complaint file - 216397, cephalad migrations |
| 4330 | | 3-15-18 | Asch Deposition, 05/02/2016 - Exhibit 206 , July 21, 1999 letter to Dr. Freeland from Dr. Asch |
| 4331 | | | Fracture analysis, Dec. 2015 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4332 | | 3-15-18 | Updated Curriculum Vitae – Murray Asch, MD |
| 4333 | | | Demonstrative: Hurst animation |
| 4334 | | | Demonstrative: CR Bard –officer compensation_2014-2016 |
| 4335 | | | Demonstrative: CR Bard – Profits 2004-2017 |
| 4336 | | | Demonstrative: CR Bard cash and cash equivalents 2016-2017 |
| 4337 | | | Demonstrative: CR_Bard_Net_Worth |
| 4338 | | | Demonstrative: CR_Bard_Profit_2012-2017 |
| 4339 | | | Demonstrative: CR Bard Shareholder_dividends |
| 4340 | | | Demonstrative: Fig20Briant(Revised) |
| 4341 | | | Demonstrative: Fig21Briant(Revised) |
| 4342 | | | Demonstrative: Fig29A&BBriant(Revised) |
| 4343 | | | Demonstrative: Fig35Briant(Revised) |
| 4344 | | | Demonstrative: Figure13_McMeeking(B) |
| 4345 | | | Demonstrative: Figure13_McMeekingSXS |
| 4346 | | | Demonstrative: Figure17(A) |
| 4347 | | | Demonstrative: Figure17_McMeeking(B) |
| 4348 | | | Demonstrative: Figure17_McMeekingSXS |
| 4349 | | | Demonstrative: Figure18_McMeeking(B) |
| 4350 | | | Demonstrative: Figure18_McMeekingSXS |
| 4351 | | | Demonstrative: 2014_6_26 CT Axial New Osteophyte L3 |
| 4352 | | | Demonstrative: 2014_11_12 CT AP Retained Fx Fragment |
| 4353 | | | Demonstrative: 2014_7_24 CTA Cardiac Sagittal Image Filter Arm |
| 4354 | | | Demonstrative: 2014_7_24 CTA Cardiac Tip In Inf Pap Muscle |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4355 | | | Demonstrative: 2014_7_24 CTA Cardiac Tip In Sup Pap Muscle |
| 4356 | | | Demonstrative: 2014_7_3 AXR filter fractures |
| 4357 | | | Demonstrative: 2014_7_24 CTA Cardiac Coronal Tip In Pap Muscle with TV. |
| 4358 | | | Demonstrative: 2014_7_24 CTA Cardiac Sag Recon Tip In Sup Pap Muscle |
| 4359 | | 3-20-18 | Demonstrative: 2014_6_26 CT Axial Leg interaction with Right Psoas |
| 4360 | | 3-20-18 | Demonstrative: 2014_6_24 CT Axial Arm in Heart |
| 4361 | | | Demonstrative: 2013_4_13 Scout View Filter Migration to Pedicle of L3 |
| 4362 | | | Demonstrative: 2011_12_2 CT Sagittal Fx Filter Arm in IVC |
| 4363 | | | Demonstrative: 2011_12_2 CT Coronal Filter Leg in Aorta |
| 4364 | | | Demonstrative: 2014_11_12 CT Coronal Filter Fragment |
| 4365 | | | Demonstrative: 2018_1_11 CT AP Retained Fragment |
| 4366 | | | Demonstrative: 2011_12_2 CT axial Leg in Psoas Muscle |
| 4367 | | | Demonstrative: 2011_12_2 CT Axial Filter Leg in Aorta |
| 4368 | | | Demonstrative: 2011_12_2 CT Arm interactions with Bowel |
| 4369 | | | Demonstrative: 2008_2_24 Scout view CT A_P |
| 4370 | | 3-20-18 | Demonstrative: 2007_6_21  Scout view CT Pelvis Filter at L2 |
| 4371 | | | PREPIC 2 Article Streiff Report |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4367 | | | Demonstrative: 2011_12_2 CT Axial Filter Leg in Aorta |
| 4368 | | | Demonstrative: 2011_12_2 CT Arm interactions with Bowel |
| 4369 | | | Demonstrative: 2008_2_24 Scout view CT A_P |
| 4370 | | | Demonstrative: 2007_6_21  Scout view CT Pelvis Filter at L2 |
| 4371 | | | PREPIC 2 Article Streiff Report |
| 4372 | | | Clinical Study Retrievability of Recovery IVC Filter (Murray Asch, M.D.) |
| 4373 | | | Demonstrative:  McMeeking Drawing |
| 4374 | | | Asch Consent |
| 4375 | | | Defendants' Opening PowerPoint Slide |
| 4376 | | | Demonstrative: Booker's G2 Filter Failures |
| 4377 | | 3-22-18 | 8/24/2011 EKG (NCF76) |
| 4378 | | 3-22-18 | 11/11/2011 EKG (GCC91) |
| 4379 | | 3-22-18 | 1/2012 EKG (GCC60) |
| 4380 | | 3-22-18 | 1/4/2012 Stress/Redistribution Gated Myocardial Perfusion Study (GCC58) |
| 4381 | | 3-22-18 | 6/18/2013 EKG (PHH39) |
| 4382 | | 3-22-18 | 2/22/2015 EKG (GCC6) |
| 4383 | | | Demonstrative: 2011_12_2 CT Filter Leg in Aorta |
| 4384 | | | Demonstrative: 2008_2_24 CT Filter Leg in Aorta |
| 4385 | | 3-20-18 | Demonstrative: 2014_6_26 Filter migration 3 cm |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4386 | | 3-20-18 | Demonstrative: 2014_7_24 Filter Tip in Moderator Band of Heart |
| 4387 | | | Cost Report |
| 4388 | | | Sims and White Future Medical Care Cost Economic Estimate |
| 4389 | | | 2/22/15 EKG |
| 4390 | | | 7/23/14 EKG |
| 4391 | | 3-22-18 | Summary of Medical Bills |
| 4392 | | | Truthfullness and Accuracy Statement Vierling Deposition Exhibit 227 |
| 4393 | | | 12/13/11 Gwinnett Medical Group Consultation |
| 4394 | | | 9/28/2007 email re comments on Rev H |
| 4395 | | | 11/25/2008 email re Expanded indication report for BPV |
| 4396 | | | 10/26/2011 letter re Nicholson article |
| 4397 | | | CFR 807.96 |
| 4398 | | | 21 CFR 20.1 |