FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 3 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Sherr-Una Booker, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | No. CV-16-00474-PHX-DGC<br><br>**VERDICT** |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find as follows:

**A.   LIABILITY**

   **1.   Strict Product Liability Design Defect Claim**

Do you find by a preponderance of the evidence that Bard is liable to Ms. Booker on the strict product liability design defect claim? _____ Yes __X__ No

   **2.   Strict Product Liability Failure to Warn Claim**

Do you find by a preponderance of the evidence that Bard is liable to Ms. Booker on the strict product liability failure to warn claim? _____ Yes __X__ No

### 3. Negligent Design Claim

Do you find by a preponderance of the evidence that Bard is liable to Ms. Booker on the negligent design claim? _____ Yes __X__ No

### 4. Negligent Failure to Warn Claim

Do you find by a preponderance of the evidence that Bard is liable to Ms. Booker on the negligent failure to warn claim? __X__ Yes _____ No

If you answered "No" to each question in Part A, do not complete Parts B, C, or D, but please respond to the first question in Part E. If you answered "Yes" to any question in Part A, please complete Parts B, C, and D, and respond to the second question in Part E.

## B. COMPENSATORY DAMAGES

If you found Bard liable on any of the claims set forth above, what amount of damages do you find will reasonably compensate Ms. Booker for her injuries?

$ __2,000,000.00__ (2 million)

## C. APPORTIONMENT OF FAULT

1. Do you find by a preponderance of the evidence that negligence on the part of Dr. Sarwat Amer caused or contributed to Ms. Booker's injuries?

   __X__ Yes _____ No

2. If you answered "Yes," please provide the relative degrees of fault, if any, that you assign to Bard and Dr. Amer (your total must equal 100%):

   Bard:      __80__ %
   Dr. Amer:  __20__ %
              100%

**D.   PUNITIVE DAMAGES**

Do you find by clear and convincing evidence that punitive damages should be awarded against Bard? __X__ Yes _____ No

**E.   SUPERSEDING CAUSE QUESTIONS**

1. If you answered "No" to all of the questions identified in Part A, was your finding based on the fact that either of the following was a superseding cause?

Dr. Brandon Kang:     _____ Yes     _____ No
Other radiologists:      _____ Yes     _____ No

2. If you answered "Yes" to any question identified in Part A above, did you reduce the damages awarded in Part B based on the fact that either of the following was a superseding cause?

Dr. Brandon Kang:     _____ Yes     __X__ No
Other radiologists:      _____ Yes     __X__ No

_# 3_
Presiding Juror Number

_March 30, 2018_
Date