FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 3 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Sherr-Una Booker, an individual, Plaintiff, v. C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, Defendants. | No. CV-16-00474-PHX-DGC **VERDICT** **(Punitive Damages)** |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find the amount of punitive damages to be:

$ __2,000,000.00__ (2 million)

__# 3__                              __March 30, 2018__
Presiding Juror Number                Date