**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Richard Delgiorno,                              )
                                                )
                    Plaintiff,                  )          MDL Case No. 2:15-md-02641-DGC
                                                )
                    v.                          )          Civil Action No.  CV-18-00466-PHX-DGC
                                                )
Bard Peripheral Vascular, Inc. and C. R.        )
Bard, Inc., et al.,                             )
                                                )
                    Defendant.                  )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  March 21, 2018             /s/ Richard B. North, Jr.
                                  *Attorney's signature*

                                  Richard B. North, Jr. (Ga. Bar No. 545599)
                                  *Printed name and bar number*

                                  Nelson Mullins Riley & Scarborough, LLP
                                  201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                  *Address*

                                  richard.north@nelsonmullins.com
                                  *E-mail Address*

                                  (404) 322-6000
                                  *Telephone number*

                                  (404) 322-6050
                                  *FAX number*