Robert W. Boatman (009619)
Mark S. O'Connor (011029)
Paul L. Stoller (016773)
Shannon L. Clark (019708)
C. Lincoln Combs (025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000
602-530-8500 – fax
rwb@gknet.com
mark.oconnor@gknet.com
paul.stoller@gknet.com
slc@gknet.com
lincoln.combs@gknet.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| Birdie Crathers, an individual, | Civil Action No.: 2:16-cv-01085-DGC |
| Plaintiff, | |
| v. | **STATEMENT OF NOTICE OF DEATH OF PLAINTIFF BIRDIE CRATHERS** |
| C.R. Bard, Inc., an Arizona Corporation, and Bard Peripheral Vascular, Inc., an Arizona Corporation, | |
| Defendants. | |

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, counsel for Plaintiff in the above matter informs Defendants and this Honorable Court of the death of Plaintiff Birdie Crathers, which occurred on or about January 29, 2018. In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff if Plaintiff's claim is not extinguished by her death.

RESPECTFULLY SUBMITTED this 2nd day of April 2018.

**GALLAGHER & KENNEDY, P.A.**

By */s/ Paul L. Stoller*
Robert W. Boatman
Mark S. O'Connor
Paul L. Stoller
Shannon L. Clark
C. Lincoln Combs
2575 East Camelback Road
Phoenix, Arizona  85016-9225
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*