# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff,<br><br>Candi Carroll<br>Case No. 2:17-cv-04606<br>_____ | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintlaw.com
*Attorney for Plaintiff*