# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff,<br><br>Megan Chapman<br>Case No. 2:18-cv-00100<br>_____ | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

                                    Respectfully Submitted,

                                    **FLINT LAW FIRM LLC**

                                    /s/ Brian S. Katz
                                    Brian S. Katz, KY Bar No. 86633
                                    FLINT LAW FIRM, LLC
                                    2226 Broadway, Suite 1
                                    Post Office Box 2903
                                    Paducah, Kentucky 42002-2903
                                    Phone: (270) 575-3939
                                    Fax: (270) 575-3936
                                    bkatz@flintlaw.com
                                    *Attorney for Plaintiff*