IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff,<br><br>Jacquelyn Cochran<br>Case No. 2:18-cv-00233<br>_____ | CASE NO. MD-15-02641-PHX-DGC<br>MDL 2641 |

**ENTRY OF APPEARANCE**

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

    Respectfully Submitted,

    **FLINT LAW FIRM LLC**

    /s/ Brian S. Katz
    Brian S. Katz, KY Bar No. 86633
    FLINT LAW FIRM, LLC
    2226 Broadway, Suite 1
    Post Office Box 2903
    Paducah, Kentucky 42002-2903
    Phone: (270) 575-3939
    Fax: (270) 575-3936
    bkatz@flintlaw.com
    *Attorney for Plaintiff*