IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. 2:17-cv-04380-DGC
_____

This Document Relates to Plaintiff(s)

Civil Action No. 2:17-cv-04380-DGC

Dorothy S. Jemison_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 4th day of April, 2018.

By: /s/*David P. Matthews*
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile (713) 535-7184
dmatthews@thematthewslawfirm.com
matthewsivc@thematthewslawfirm.com

By: /s/ *Richard North*
Richard North
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17TH Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 332-6397
richard.north@nelsonmullins.com
*Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.*

FREESE & GOSS, PLLC
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Avenue N., Suite 3120
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this 4<u>th</u> day of April, 2018, a copy of the foregoing Joint Stipulation of Dismissal without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        */s/ David P. Matthews*
                                        David P. Matthews