# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

---

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:17-cv-04398-DGC

---

This Document Relates to Plaintiff(s)

Civil Action No. 2:17-cv-04398-DGC

Trever R. Benoy

ORDER DISMISSING CLAIMS
OF TREVER R. BENOY
WITHOUT PREJUDICE

---

## ORDER

Considering the parties' Stipulation of Dismissal without Prejudice of Trever R. Benoy,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff

Trever R. Benoy against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil

Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-04398-DGC) are dismissed in its

entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ day of April, 2018.

_____
HONORABLE DAVID G. CAMPBELL
Judge, United States District Court