# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX DGC |
|---|---|
| This Document Relates to Plaintiff: Dorothy S. Jemison v. C.R. Bard Incorporated, et al., Civil Case No.: CV17-4380-PHX DGC | **ORDER** |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties.  Doc. 10661.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Dorothy S. Jemison and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX DGC (Member Case CV17-4380PHX DGC) are dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 5th day of April, 2018.

_____
David G. Campbell
United States District Judge