# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No. 2:17-cv-04355-DGC

_____

This Document Relates to Plaintiff(s)

Civil Action No. 2:17-cv-04355-DGC

Emma S. Douglas

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 6th day of April, 2018.

| | |
|---|---|
| By: /s/*David P. Matthews* <br> David P. Matthews <br> MATTHEWS & ASSOCIATES <br> 2905 Sackett Street <br> Houston, TX 77098 <br> Telephone: (713) 522-5250 <br> Facsimile (713) 535-7184 <br> dmatthews@thematthewslawfirm.com <br> matthewsivc@thematthewslawfirm.com | By: /s/ *Richard North* <br> Richard North <br> NELSON MULLINS RILEY & SCARBOROUGH LLP <br> 201 17TH Street, NW, Suite 1700 <br> Atlanta, GA 30363 <br> Telephone: (404) 322-6000 <br> Facsimile: (404) 332-6397 <br> richard.north@nelsonmullins.com <br> *Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

FREESE & GOSS, PLLC
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Avenue N., Suite 3120
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this 6<u>th</u> day of April, 2018, a copy of the foregoing Joint Stipulation of Dismissal without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ David P. Matthews*
        David P. Matthews