# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:17-cv-04355-DGC |
| This Document Relates to Plaintiff(s) | ORDER DISMISSING CLAIMS<br>OF EMMA S. DOUGLAS |
| Civil Action No. 2:17-cv-04355-DGC | WITHOUT PREJUDICE |
| Emma S. Douglas | |

## ORDER

Considering the parties' Stipulation of Dismissal without Prejudice of Emma S. Douglas,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Emma S. Douglas against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-04355-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this ____ day of April, 2018.

HONORABLE DAVID G. CAMPBELL
Judge, United States District Court