# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION <br><br> **WANDA QUARLES (Deceased) AND RONALD QUARLES** <br><br> **PLAINTIFFS** <br><br> VS. <br><br> **C.R. BARD INC. AND BARD PERIPHERAL VASCULAR, INC.** <br><br> **DEFENDANTS** | MDL No. 2:15-MD-02641-DGC <br> Civil Action No. CV-18-01054-PHX-DGC <br> **NOTICE OF APPERANCE** |

The undersigned attorney hereby notifies the Court and counsel that Charles T. Paglialunga shall appear as counsel of record for Wanda Quarles and Ronald Quarles, Plaintiff in this case.

Dated: April 6, 2018

        Respectfully submitted,

_[signature]_

Charles T. Paglialunga
WA Bar No. 23028
CA Bar No. 296106
**PAGLIALUNGA & HARRIS, PS**
4660 La Jolla Village Dr., Ste 100
San Diego, CA 92122
Tel: (888) 604-3438
Fax: (888) 411-0826
chuck@phlawfirm.com

*Attorney for Plaintiff(s)*