# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff:<br><br>Juan Sierra,<br><br>                Plaintiff,<br>vs.<br><br>C.R. Bard, Inc., and<br>Bard Peripheral Vascular, Inc.<br><br>                Defendants. | Case No. MDL-15-02641-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE: SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

     Counsel for Plaintiff Juan Sierra apprise the Court that Plaintiff's Second Amended Master Short Form Complaint incorrectly stated the date of implantation. Plaintiff's correct date of implant is approximately 09/2011. Plaintiff apologizes for the error. This error, however, does not change the legal or substantive content of Plaintiff's Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial.

DATE:  April 6, 2018.

                                              Respectfully submitted,

                                              **JOHNSON LAW GROUP**

                                              /s/ Clint Reed
                                              Clint Reed, (TX Bar No.24084674)
                                              2925 Richmond Ave, Suite 1700
                                              Houston, TX 77098
                                              Telephone: (713) 626-9336
                                              Facsimile: (713) 583-9460
                                              E-mail: ivc@johnsonlawgroup.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th, day of April, 2018, I electronically transmitted the foregoing Notice of Errata to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                        /s/ Clint Reed