IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641 PHX DC |
| This Document Relates to Plaintiff<br><br>Ellen L. Robinson v. C.R. Bard, Inc., et al.,<br>Civil Action No. CV17-4389-PHX DGC | ORDER DISMISSING CLAIMS<br>OF ELLEN L. ROBINSON<br>WITHOUT PREJUDICE |

Considering the parties' Stipulation of Dismissal without Prejudice of Ellen L. Robinson.  Doc. 10666.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Ellen L. Robinson against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-4389-PHX DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 6th day of April, 2018.

_____
David G. Campbell
United States District Judge