# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**
Christy Hicks v. C.R. Bard, et al
Civil Action No..: 2:18-cv-00458

Case No. 2:15-md-2641-DGC
DAVID G. CAMPBELL
U.S. DISTRICT JUDGE

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Christy Hicks, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

It is further agreed that the non-suit will only apply to docket number 2:18-cv-00458-DGC and will not have any effect on any other cases filed in regard to Plaintiff Christy Hicks with different docket numbers.

RESPECTFULLY SUBMITTED this 9th day of April 2018.

*/s/ William B. Curtis*
William B. Curtis, Esq.
CURTIS LAW GROUP
12225 Greenville Ave., Suite 750
Dallas, TX 75243
Telephone: (214) 890-1000
Facsimile: (225) 890-1010
bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

By: /s/ William Curtis
    WILLIAM B. CURTIS, ESQ.