# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | ) <br> ) NO. 2:15-MD-02641-DGC <br> ) <br> ) NOTICE OF ATTORNEY <br>    WITHDRAWAL |

**THIS DOCUMENT RELATES TO:**

*IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION*
Civil Action No.: 2:15-md-02641-DGC

## NOTICE OF ATTORNEY WITHDRAWAL

COMES NOW Carlos M. Hernández Burgos, attorney of record representing Plaintiffs in this matter for the Law Office of Christopher K. Johnston, LLC, and respectfully requests leave to withdraw as attorney of record under the provisions of LRCiv 83.3 of the United States District Court of Arizona.

This request is made on the ground that, effective April 13, 2018, the appearing attorney will no longer work for Law Office of Christopher K. Johnston, LLC.

Mr. Christopher K. Johnston, from the Law Office of Christopher K. Johnston, who is also on record for all the cases included in Exhibit A and belonging to MDL 2641, will remain as counsel for the plaintiffs.

I therefore respectfully request that this court grant the request of plaintiffs' counsel to be permitted to withdraw from further representation of the plaintiffs, and that the other attorney on record is allowed to continue to represent them in further proceedings.

Respectfully submitted this 9th day of April, 2018.

>/s/Carlos M. Hernández-Burgos
>USDCPR No. 224814
>LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
>268 Ponce de Leon Ave., Suite 1020
>San Juan, Puerto Rico 00918
>Tel: (844) 345-3784
>Fax: (844) 644-1230
>carlos.h@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Carlos M. Hernández-Burgos