# EXHIBIT A

| | | |
|---|---|---|
| 2:15-md-02641-DGC | IN RE: Bard IVC Filters Products Liability Litigation | filed 08/17/15 |
| 2:17-cv-02171-DGC | Brown v. C R Bard Incorporated et al (Representing Robert M. Brown) | filed 07/07/17 |
| 2:17-cv-02422-DGC | Kelly v. C R Bard Incorporated et al (Representing Terry Kelly) | filed 07/19/17 |
| 2:17-cv-02469-DGC | Hammes v. C R Bard Incorporated et al (Representing Deborah Hammes) | filed 07/25/17 |
| 2:17-cv-03957-DGC | Carr v. C R Bard Incorporated et al (Representing Denis Carr) | filed 10/26/17 |
| 2:17-cv-03971-DGC | Salamone v. C R Bard Incorporated et al (Representing Michael C. Salamone) | filed 10/27/17 |
| 2:17-cv-03977-DGC | Stephan v. C R Bard Incorporated et al (Representing Edward C. Stephan) | filed 10/28/17 |
| 2:17-cv-03978-DGC | Baird v. C R Bard Incorporated et al (Representing Janet Baird) | filed 10/28/17 |
| 2:17-cv-03981-DGC | Jimenez v. C R Bard Incorporated et al (Representing Anthony Jimenez, Pamela Jimenez) | filed 10/30/17 |
| 2:17-cv-03989-DGC | Casino v. C R Bard Incorporated et al (Representing Sheila Ann Casiano) | filed 10/30/17 |
| 2:17-cv-04536-DGC | Douglas v. C R Bard Incorporated et al (Representing Kathy J. Douglas) | filed 12/06/17 |
| 2:18-cv-00058-DGC | Bartosch v. C R Bard Incorporated et al (Representing Giles Bartosch) | filed 01/08/18 |
| 2:18-cv-00069-DGC | Sportella v. C R Bard Incorporated et al (Representing Saverio Sportella) | filed 01/09/18 |
| 2:18-cv-00070-DGC | McKnight v. C R Bard Incorporated et al (Representing Tanessa T. McKnight) | filed 01/09/18 |
| 2:18-cv-00132-DGC | Griffin v. C R Bard Incorporated et al (Representing Jarvis A. Griffin) | filed 01/12/18 |

| Case Number | Case Name | Filed Date |
|---|---|---|
| 2:18-cv-00257-DGC | Jones v. C R Bard Incorporated et al (Representing Charlotte D Jones) | filed 01/24/18 |
| 2:18-cv-00623-DGC | Hampton v. C R Bard Incorporated et al (Representing Jo E. Hampton) | filed 02/26/18 |
| 2:18-cv-00629-DGC | Ford v. C R Bard Incorporated et al (Representing Andrew Ford) | filed 02/26/18 |
| 2:18-cv-00634-DGC | Tuthill v. C R Bard Incorporated et al (Representing Wilma I. Tuthill) | filed 02/27/18 |
| 2:18-cv-00637-DGC | Brigham v. C R Bard Incorporated et al (Representing Ronald Brigham) | filed 02/27/18 |
| 2:18-cv-00638-DGC | Leclair v. C R Bard Incorporated et al (Representing Raymond J. Leclair) | filed 02/27/18 |
| 2:18-cv-00640-DGC | Smith et al v. C R Bard Incorporated et al (Representing Alexander Smith Jr, Sherrie C. Davis) | filed 02/27/18 |
| 2:18-cv-00645-DGC | Boyer v. C R Bard Incorporated et al (Representing Craig R. Boyer) | filed 02/27/18 |
| 2:18-cv-00732-DGC | Sharpe v. C R Bard Incorporated et al (Representing Steven Clyde Sharpe) | filed 03/07/18 |
| 2:18-cv-00735-DGC | Glenn v. C R Bard Incorporated et al (Representing Deloris Glenn) | filed 03/07/18 |
| 2:18-cv-00737-DGC | Arkadie v. C R Bard Incorporated et al (Representing Karen Arkadie) | filed 03/07/18 |
| 2:18-cv-00740-DGC | Edwards v. C R Bard Incorporated et al (Representing William T. Edwards) | filed 03/07/18 |
| 2:18-cv-00743-DGC | Nicholson v. C R Bard Incorporated et al (Representing Christian B. Nicholson) | filed 03/07/18 |
| 2:18-cv-00746-DGC | Irby v. C R Bard Incorporated et al (Representing Anthony Irby) | filed 03/07/18 |
| 2:18-cv-00768-DGC | Shehadeh v. C R Bard Incorporated et al (Representing Abdel Hameed Shehadeh) | filed 03/09/18 |

| | | |
|---|---|---|
| 2:18-cv-00774-DGC | Gruendemann v. C R Bard Incorporated et al (Representing Marie E. Gruendemann) | filed 03/09/18 |
| 2:18-cv-00805-DGC | Brooks v. C R Bard Incorporated et al (Representing William L. Brooks) | filed 03/13/18 |
| 2:18-cv-00810-DGC | Gibson v. C R Bard Incorporated et al (Representing Julia C. Gibson) | filed 03/13/18 |
| 2:18-cv-00818-DGC | Harris v. C R Bard Incorporated et al (Representing Kathy A. Harris) | filed 03/13/18 |
| 2:18-cv-00822-DGC | Mather v. C R Bard Incorporated et al (Representing Nicole Mather) | filed 03/13/18 |
| 2:18-cv-00824-DGC | Roe v. C R Bard Incorporated et al (Representing Sara D. Roe) | filed 03/13/18 |
| 2:18-cv-00832-DGC | Clifford v. C R Bard Incorporated et al (Representing John Clifford) | filed 03/14/18 |
| 2:18-cv-00834-DGC | Rognstad v. C R Bard Incorporated et al (Representing Evelyn O. Rognstad) | filed 03/14/18 |
| 2:18-cv-00836-DGC | Orban v. C R Bard Incorporated et al (Representing Julius Orban) | filed 03/14/18 |