UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | ) <br> ) NO. 2:15-MD-02641-DGC <br> ) <br> ) NOTICE OF ATTORNEY <br>    WITHDRAWAL |

THIS DOCUMENT RELATES TO:

*IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION*
Civil Action No.: 2:15-md-02641-DGC

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Notice of Attorney Withdrawal, IT IS ORDERED that the withdrawal of counsel is GRANTED. Carlos M. Hernández-Burgos is hereby withdrawn from the cases listed on the attached Exhibit A.

Entered this _____ day of _____, 2018 into the United States District Court of Arizona.

_____
HONORABLE DISTRICT JUDGE DAVID G. CAMPBELL