**Exhibit A**

| | |
|---|---|
| 2:17-cv-02454-DGC | Hall v. C R Bard Incorporated et al |
| 2:17-cv-02500-DGC | Saffle v. C R Bard Incorporated et al |
| 2:17-cv-03849-DGC | Dillard v. C R Bard Incorporated et al |
| 2:17-cv-04117-DGC | McKenzie v. C R Bard Incorporated et al |
| 2:17-cv-04132-DGC | Osbourn v. C R Bard Incorporated et al |
| 2:17-cv-04153-DGC | Bird v. C R Bard Incorporated et al |
| 2:17-cv-04175-DGC | Hoffman v. C R Bard Incorporated et al |