1  James R. Condo (#005867)
   Amanda C. Sheridan (#027360)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2204
4  Telephone: (602) 382-6000
   jcondo@swlaw.com
5  asheridan@swlaw.com

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
8  NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
9  201 17th Street, NW, Suite 1700
   Atlanta, GA 30363
10 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
11 matthew.lerner@nelsonmullins.com

12 *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
13 *Bard Peripheral Vascular, Inc.*

14              **IN THE UNITED STATES DISTRICT COURT**

15                   **FOR THE DISTRICT OF ARIZONA**

16 IN RE: Bard IVC Filters Products          No. 2:15-MD-02641-DGC
   Liability Litigation
17
                                              **DEFENDANTS' MOTION FOR**
18                                            **REDACTION REQUEST DEADLINE**
                                              **EXTENSION AND DATE CERTAIN**
19                                            **FOR SEALING TRIAL EXHIBITS IN**
                                              **BOOKER MDL CASE**
20

21       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively

22 "Bard") hereby respectfully move this Court for adjustment of the redaction request

23 deadlines and to set a date certain for motions addressing the confidentiality of exhibits

24 admitted into evidence during the *Booker v. Bard* trial. Bard previously reached out to the

25 Court and was informed this issue should be raised during the hearing scheduled for April

26 13, 2018. To preserve the record and to provide additional background before the hearing,

27 Bard states as follows:

28       The current redaction request deadlines are set on a rolling basis; 21 days after the

1  Notice of Filing of Official Transcripts posted to the Court's docket. [Dkt. Nos. 10490 –
2  495, 10526 – 534, 10567 – 569, 10570, 10571, 10583, 10584]. Additional transcripts
3  remain to be docketed. Bard requests that instead of rolling deadlines, potentially
4  necessitating multiple redaction requests, the Court extend the deadline such that a single,
5  combined redaction request will be due 21 days after the last Notice of Filling of Official
6  Transcript is docketed. Bard does not anticipate requesting that much, if any, of the trial
7  transcript be redacted.[1] However, Bard believes that this revised deadline will simplify the
8  process for the parties and the Court.

9       Separately, in previous IVC filter litigation, Plaintiff's counsel in the Booker case
10  took the position that all trial exhibits admitted into evidence are public documents,
11  regardless of the extent those exhibits were actually discussed during trial, and regardless
12  of whether those exhibits remained in the court's possession. This has required Bard to
13  move to seal certain trial exhibits to obtain a court order maintaining their confidentiality.
14  The parties are in the process of meeting and conferring on this issue. However, in the
15  likely event that Plaintiff objects to the confidentiality and sealing of any trial exhibits,
16  Bard requests that it be permitted to submit a motion to seal 21 days after the last Notice
17  of Filling of Official Transcript is docketed, or 21 days after Plaintiff makes her position
18  on this issue clear, whichever is later.

19       RESPECTFULLY SUBMITTED this 10th day of April, 2018.

By: /s/ Richard B. North, Jr.
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP

---

[1] Bard assumes that Ms. Booker will seek to redact portions of the transcript relating to her medical care.

- 2 -

201 17th Street, NW / Suite 1700
Atlanta, GA  30363

**Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                        s/ Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- 4 -