IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Redaction Request Deadline Extension and Date Certain for Sealing Trial Exhibits in Booker MDL Case, and for other good cause shown, the Motion is hereby granted, and a single, combined redaction request will be due 21 days after the last Notice of Filling of Official Transcript is docketed. In the event that Plaintiff objects to the confidentiality and sealing of any trial exhibits, Bard is permitted to submit a motion to seal 21 days after the last Notice of Filling of Official Transcript is docketed, or 21 days after Plaintiff makes her position on this issue clear, whichever is later.