IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS PRODUCTS )
LIABILITY LITIGATION,                            )
                                                           )
THIS DOCUMENT RELATES TO:        )          MDL Docket No. 15-2641
                                                           )
2:18-cv-01100-PHX-DGC                        )
_____ )

BURNIS MARTIN,                                   )
                                                           )
                            Plaintiff,                )
                                                           )
              v.                                          )
                                                           )
C. R. BARD, INC., et al.,                         )
                                                           )
                            Defendants.           )

## <u>**NOTICE OF APPEARANCE**</u>

TO:      The Clerk of the Court and all parties of record:

           We are admitted or otherwise authorized to practice in this court and we appear in this

case as counsel for plaintiff, Burnis Martin.

Dated: 4/11/2018                              Respectfully submitted,

                                                       By: /s/Thomas P. Cartmell
                                                       Thomas P. Cartmell (MO Bar No. 45366 )
                                                         (admitted *pro hac vice*)
                                                       **Wagstaff & Cartmell, LLP**
                                                       4740 Grand Ave., Suite 300
                                                       Kansas City, MO 64112
                                                       (816) 701-1100
                                                       (816) 531-2372 (fax)


                                                       By: /s/David C. DeGreeff
                                                       David C. DeGreeff (MO Bar No. 55019)
                                                         (admitted *pro hac vice*)

**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***


I hereby certify that on this 11ᵗʰ day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*