Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co Lead/Liason Counsel for Plaintiffs*
*Doris and Alfred Jones*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
    SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>       Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>       Defendants. | **STIPULATION TO DISMISS PLAINTIFF ALFRED JONES ONLY**<br><br>(Assigned to the Honorable David G. Campbell) |

Plaintiffs Doris and Alfred Jones and Defendants stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims and causes of action of Alfred Jones, spouse of Doris Jones, shall be dismissed with prejudice, each side to bear its own costs and fees. Nothing in this stipulation affects the ongoing claims of Plaintiff Doris Jones.

RESPECTFULLY SUBMITTED this 12th day of April 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark O'Connor
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liason Counsel for Plaintiffs Doris and Alfred Jones*

SNELL & WILMER L.L.P.

By: /s/ James R. Condo
    James R. Condo (005867)
    Amanda C. Sheridan (027360)
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202

    Richard B. North, Jr. (*pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (*pro hac vice*)
    Georgia Bar No. 446986
    Nelson Mullins Riley & Scarborough LLP
    201 17th Street, NW / Suite 1700
    Atlanta, GA  30363

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*