**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| This Document Relates to: | **SUGGESTION OF DEATH** |
| Sherri Hughes Civil Action No.: 2:17-cv-04243-DGC | |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Sherri Hughes, which occurred on or about December 15, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Sherri Hughes' estate within the appropriate time period.

Dated: April 12, 2018    Respectfully submitted,

**LOPEZ McHUGH LLP**

By    /s/Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted pro hac vice)
Matthew Ramon Lopez (CA Bar No. 263134)
(admitted pro hac vice)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiff*

SUGGESTION OF DEATH

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Matthew R. Lopez

SUGGESTION OF DEATH