IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff(s): | |
| *Bevins, Joann v. C.R. Bard, Inc., et al* | |
| *Digman, E v. C.R. Bard, Inc., et al* | |
| *Galli, Rose (deceased) v. C.R. Bard, Inc., et al* | Civil Action No. 2:17-cv-2646 |
| *Hedrick, Ethel Lorrina (deceased) v. C.R. Bard, Inc., et al* | |
| *Johnson, Estate of Ronald D. v. C.R. Bard, Inc., et al* | |
| *Kernan, Mary v. C.R. Bard, Inc., et al* | |
| *Porter, George v. C.R. Bard, Inc., et al* | |
| *Quinn, A'Keria v. C.R. Bard, Inc., et al* | |
| *Routh, Clarence v. C.R. Bard, Inc., et al* | |
| *Seale, Nancy v. C.R. Bard, Inc., et al* | |
| *Tisdale, Elizabeth v. C.R. Bard, Inc. et al* | |
| *White, Kevin v. C.R. Bard, Inc., et al* | |

**MOTION TO DISMISS WITHOUT PREJUDICE AS TO
SPECIFIED PLAINTIFFS ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(2), the following Plaintiffs ONLY move to dismiss their claims without prejudice from this action:

Joann Bevins

Deatrice Digman

Vince Galli for Rose Galli (deceased)

Treva Lynch for Ethel Lorrina Hedrick (deceased)

Merrilyn Johnson for Estate of Ronald D. Johnson (deceased)

Mary Kernan

George Porter

1

A'Keria Quinn

Clarence Routh

Nancy Seale

Elizabeth Tisdale

Kevin White

The claims of all other Plaintiffs are unaffected by this motion.

WHEREFORE, the foregoing Plaintiffs ONLY respectfully request the Order of the Court dismissing their claims without prejudice, and for such other and further relief as this Court deems just and proper.

Dated: April 13, 2018                              Respectfully Submitted,

                                                        **THE DRISCOLL FIRM, P.C.**

By:   */s/ Gregory J. Pals*
      John J. Driscoll #6276464(IL)
      Gregory J. Pals #48820 (MO)
      211 N. Broadway, 40th Floor
      St. Louis, MO 63102
      Tel: (314) 932-3232
      Fax: (314) 932-3233
      john@thedriscollfirm.com
      greg@thedriscollfirm.com
      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                     */s/ Melissa Caliendo*