# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

Heather Dale,                                          )
                                                       )
           Plaintiff,                               )          MDL Case No. 2:15-md-02641-DGC
                                                       )
           v.                                       )          Civil Action No.  CV-18-00894-PHX-DGC
                                                       )
Bard Peripheral Vascular, Inc. and C. R.               )
Bard, Inc., et al.,                                    )
                                                       )
           Defendant.                               )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: April 11, 2018             /s/ Richard B. North, Jr.
                                *Attorney's signature*

                                 Richard B. North, Jr. (Ga. Bar No. 545599)
                                *Printed name and bar number*

                                 Nelson Mullins Riley & Scarborough, LLP
                                 201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                 *Address*

                                 richard.north@nelsonmullins.com
                                 *E-mail Address*

                                 (404) 322-6000
                                 *Telephone number*

                                 (404) 322-6050
                                 *FAX number*