IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641 PHX DC |
| This Document Relates to Plaintiff<br><br>Terrance Carrington v. C.R. Bard, Inc., et al.,<br>Civil Action No. CV17-4550 PHX DGC | ORDER DISMISSING CLAIMS<br>OF TERRANCE CARRINGTON<br>WITHOUT PREJUDICE |

Considering the parties' Stipulation of Dismissal without Prejudice of Terrance Carrington. Doc. 10681.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Terrance Carrington against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-4550-PHX DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 12th day of April, 2018.

_____
David G. Campbell
United States District Judge