IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____
IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. MDL 15-2641 PHX DC
_____

This Document Relates to Plaintiff          ORDER DISMISSING CLAIMS
                                            OF ALFRED JONES **ONLY**
Doris Jones and Alfred Jones v.             WITH PREJUDICE
C.R. Bard, Inc., et al.,
No. CV16-0782 PHX DGC
_____

Considering the parties' Stipulation of Dismissal with Prejudice of Alfred Jones **only**. Doc. 10692.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Alfred Jones **only** against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV16-0782-PHX DGC) are dismissed in its entirety with prejudice as to the refiling of same, and each party shall bear its own costs. Nothing in this stipulation shall affect the ongoing claims of Plaintiff Doris Jones.

Dated this 12th day of April, 2018.

_____
David G. Campbell
United States District Judge