# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| This Document Relates to Plaintiff Jennifer Aguirre, as Expected Administrator of the Estate of Boyd Brown, 2:17-cv-00678-DGC | **FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*. Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Boyd Brown

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Jennifer Aguirre, as Expected Personal Representative of the Estate of Boyd Brown

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   Florida

1

6. Plaintiff's current state(s) of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Southern District of Florida

8. Defendants against whom Complaint is made:

   ☒   C.R. Bard, Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other:

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express (G2®X) Vena Cava Filter

    ☒   Eclipse® Vena Cava Filter

2

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11. Date of Implantation as to each product: 09/23/2013

12. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:    Strict Products Liability — Manufacturing Defect

☒   Count II:   Strict Products Liability — Information Defect (Failure to Warn)

☒   Count III:  Strict Products Liability — Design Defect

☒   Count IV:   Negligence — Design

☒   Count V:    Negligence — Manufacture

☒   Count VI:   Negligence — Failure to Recall/Retrofit

☒   Count VII:  Negligence — Failure to Warn

☒   Count VIII: Negligent Misrepresentation

☒   Count IX:   Negligence *Per Se*

☒   Count X:    Breach of Express Warranty

☒   Count XI:   Breach of Implied Warranty

☒   Count XII:  Fraudulent Misrepresentation

☒   Count XIII: Fraudulent Concealment

3

☒ Count XIV: Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☒ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

4

Respectfully submitted this April 13, 2018.

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*