# EXHIBIT A

STATE OF FLORIDA
BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017110776    **DATE ISSUED:** July 19, 2017

**DECEDENT INFORMATION**    **STATE FILE DATE:** July 19, 2017

NAME: BOYD WAYNE BROWN SR

DATE OF DEATH: July 14, 2017    SEX: MALE    AGE: 060 YEARS
DATE OF BIRTH:    SSN:
BIRTHPLACE: SHAW, ARKANSAS, UNITED STATES
PLACE WHERE DEATH OCCURRED: HOSPICE
FACILITY NAME OR STREET ADDRESS: TRUSTBRIDGE HOSPICE
LOCATION OF DEATH: JUPITER, PALM BEACH COUNTY 33458

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE
RESIDENCE: 20150 COLE LANE, LOXAHATCHEE, FLORIDA 33470, UNITED STATES
COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: OWNER/ OPERATOR, WHOLESALES
RACE: X White   __Black or African American   __Asian Indian   __Chinese   __Filipino   __Native Hawaiian
__American Indian or Alaskan Native--Tribe:   __Japanese   __Korean   __Vietnamese
__Guamanian or Chamorro   __Samoan   __Other Pacific Isl:
__Other Asian:   __Other:   __Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER/PARENT: CHARLES BROWN
MOTHER/PARENT: ERMALEE GIBSON
INFORMANT: JENNIFER AGUIRRE
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 1401 SE 8TH AVENUE, OKEECHOBEE, FLORIDA 34974, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: TREASURE COAST
LAKE WORTH, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: DAVID M. ZULICK, F044229
FUNERAL FACILITY: ANAGO CREMATIONS LLC F087718
3379 W WOOLBRIGHT ROAD, BOYNTON BEACH, FLORIDA 33436

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 2250    DATE CERTIFIED: July 14, 2017
CERTIFIER'S NAME: ANDRES EDUARDO CANOVA
CERTIFIER'S LICENSE NUMBER: ME83256
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

, State Registrar    REQ: 2018346400

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

WARNING:



DH FORM 1946 (03-13)



CERTIFICATION OF VITAL RECORD    Florida HEALTH