# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff Boyd Brown, 2:17-cv-00678-DGC | **[PROPOSED] ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Boyd Brown and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Jennifer Aguirre be substituted as Plaintiff of record on behalf of her deceased father, Boyd Brown. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED.** The Clerk of Court is directed to substitute Jennifer Aguirre as Plaintiff of record in Case No. 2:17-cv-00678-DGC.

Dated this ___ day of April, 2018.

_____
Honorable David G. Campbell
United States District Judge