James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FINANCIAL INFORMATION** |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>Defendants. | (Assigned to the Honorable David G. Campbell) |

- 1 -

# BARD'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF THE FINANCIAL STATUS OF EITHER PARTY

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Defendants" or "Bard") submit this Motion *in Limine,* respectfully requesting that the Court exclude evidence of the parties' financial status, which includes evidence of Plaintiff's purported inability to pay her medical expenses or obtain medical care because she cannot afford it.

Any evidence regarding Plaintiff's alleged inability to pay for medical or healthcare expenses is irrelevant, highly prejudicial to Defendants, and constitutes nothing more than an attempt to garner sympathy from the jury and/or to convince them to make their decision on improper grounds. The financial resources of a party generally are not relevant in a tort action. *Worthy v. Kendall,* 222 Ga. App. 324, 325-326, 474 S.E. 2d 627 (1996). *See also, Webb v. Thomas Trucking, Inc.,* 255 Ga. App. 637, 641, 566 S.E.2d 390, 395 (2002) (finding that the trial court properly excluded testimony expressing concern over the payment of bills due to financial condition); Fed. R. Evid. 402 and 403. *See also*, *e.g.*, *Fedon Mavromatis & Elisabeth Mavromatis v. Murphy*, No. 1:14-CV-3469-WSD, 2016 WL 3012051, at *2 (N.D.G.A 2016) (granting Defendant's Motion *in Limine* to exclude evidence concerning Plaintiffs' inability to pay medical expenses).

WHEREFORE, Defendants respectfully request that this Court grant their Motion *in Limine* and enter an order excluding any argument, evidence, or suggestions to the jury regarding the parties financial status and wealth or alleged lack thereof including evidence of Plaintiff's purported inability to pay her medical expenses or obtain medical care because she cannot afford it.

(*Signatures on following page*)

RESPECTFULLY SUBMITTED this 18th day of April, 2018.

s/*Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                          s/Richard B. North, Jr.
                                          Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000