IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion in Limine to Exclude Evidence of Financial Information in the *Jones* MDL Case, and for other good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that any argument, evidence of Plaintiff's purported inability to pay her medical expenses or obtain medical care because she cannot afford it as described in Bard's motion, shall be excluded from trial in this case.