1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE:  Bard IVC Filters Products Liability Litigation

No. 2:15-MD-02641-DGC

**ORDER**

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Limine to Exclude Irrelevant and Prejudicial Evidence Regarding Other Claims and Lawsuits in the *Jones* MDL Case, and for other good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that any argument, evidence other lawsuits and claims involving Bard's IVC filters as described in Bard's motion and memorandum, shall be excluded from trial in this case.