IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641 PHX DGC |
| This Document Relates to Plaintiff | ORDER |
| Boyd Brown v. C.R. Bard, Inc., et al.,<br>No. CV17-0678 PHX DGC | |

Pending before the Court is Plaintiff's suggestion of death of Plaintiff Boyd Brown and motion to substitute Plaintiff. Doc. 10743. Plaintiff has requested that Jennifer Aguirre be substituted as Plaintiff of record on behalf of her deceased father, Boyd Brown. Defendant has no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. 10743) is **granted.** The Clerk of Court is directed to substitute Jennifer Aguirre as Plaintiff in Case No. CV17-0678 PHX DGC.

Dated this 18th day of April, 2018.

_David G. Campbell_
David G. Campbell
United States District Judge