1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| DORIS JONES,<br><br>                    Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>                    Defendants. | **ORDER** |

17

18

19

20

Upon consideration of Plaintiff's Motion *In Limine* #1 to preclude at trial evidence and argument regarding her use of non-steroidal anti-inflammatory drugs (NSAIDs) and her alleged failure to follow medical advice not to use NSAIDs, the Court hereby GRANTS the motion.

21

22

23

24

25

26

27

28