UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| DORIS JONES,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER** |

Upon consideration of Plaintiff's Motion *In Limine* #2 to preclude at trial evidence and argument regarding her anemia, hypertension, and B12 deficiency and specifically her alleged failure to obtain prescriptions for those conditions, the Court hereby GRANTS the motion.