UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER** |

Upon consideration of Plaintiff's Motion *In Limine* #3 to preclude at trial evidence and argument regarding her medical condition and treatment in March 2016 for a bleeding ulcer and its relation to her alleged use of NSAIDs and Plaintiff's alleged failure to follow-up with treaters regarding this condition, the Court hereby GRANTS the motion.