# Exhibit A



Deposition of:

# Doris Singleton-Jones

*February 3, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions

1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ARIZONA

3

4

5    In re Bard IVC Filters Products

     Liability Litigation

6

                                        NO. MD-15-02641

7                                              PHX-DGC

8

9

10

11                      DEPOSITION OF

12                  DORIS SINGLETON-JONES

13              February 3, 2017 - 8:05 a.m.

14          Ellis, Painter, Ratterree & Adams

15                  2 E. Bryan Street

16                  Savannah, Georgia

17          Deborah K. Lingonis, RPR, CCR 2883

18

19

20

21

22

23

24

25

Page 29

1      A.   Until the prescription ran out.  I had to take

2   them, you know, yeah, until the prescription ran out.

3      Q.   And do you recall how long the prescriptions

4   lasted for?  And you can give me a ballpark.  Months,

5   years, just a couple of weeks.

6      A.   About months.

7      Q.   Months.  Okay.

8      A.   Yeah.

9      Q.   Do you have any history of drug or alcohol

10   problems?

11      A.   No.

12      Q.   How often do you drink on a weekly basis?

13      A.   I don't.

14      Q.   How about smoking?

15      A.   Smoking, yeah.  Me and my husband share

16   cigarettes, so it's like an every now and then thing.

17   We don't smoke, you know, smoke a pack.  And that's

18   about it.  Me and him share.

19      Q.   How often do you get through a pack of

20   cigarettes between the two of you?

21      A.   About three days.  It takes us about three

22   days.

23      Q.   Have you been diagnosed with any degenerative

24   conditions?

25      A.   No.