# Exhibit B



Deposition of:

# Shanice Matthews

*August 7, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ARIZONA

3

4

5    In re Bard IVC Filters                NO. MD-15-02641

     Products Liability                         PHX-DGC

6    Litigation

7

8

9

10

11

12                 VIDEOTAPED DEPOSITION OF

13                    SHANICE MATTHEWS

14              August 7, 2017 - 12:54 p.m.

15                 Double Tree by Hilton

16              50 Y. Johnson Hagins Drive

17                  Savannah, Georgia

18

19

20

21

22         Deborah K. Lingonis, RPR, CCR 2883

23

24

25

Shanice Matthews                          August 7, 2017
In Re: Bard IVC Filters Products Liability

                                              Page 17

1           MR. COMBS:  Is that a no?

2           THE WITNESS:  Oh, I'm sorry, no, sir.  I'm

3    sorry.

4    BY MR. HOM:

5       Q.   It's all right.  How often does your mother

6    smoke?

7       A.   Not often.

8       Q.   Okay.  Can you give me a ballpark?

9       A.   She probably smokes like one cigarette a

10   day.

11      Q.   Okay.  How about drinking?

12      A.   Oh, no.  No, sir.

13      Q.   Has she been diagnosed with any other health

14   conditions that you're aware of?

15      A.   No, sir.  Not that I'm aware of.

16      Q.   Has she been in any accidents?

17      A.   No, sir.

18      Q.   Do you know the last time your mother went to

19   the doctor?

20      A.   Not that I remember.

21      Q.   So would the last doctor visit you're aware of

22   be the trip you mentioned earlier when she discovered

23   the fractured strut?

24      A.   Uh-huh, and then when she went back.  Like,

25   that was in 2010, though, and then when she went back