UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES, | **ORDER** |
| Plaintiffs, | |
| v. | |
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
| Defendants. | |

Upon consideration of Plaintiff's Motion *In Limine* #4 to exclude evidence of her tobacco use at trial, the Court hereby GRANTS the motion.