UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Re Bard IVC Filters Products Liability Litigation<br><br>DORIS JONES,<br><br>             Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>             Defendants. | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion *In Limine* #6 to exclude evidence or argument that Plaintiff's experts have been hired or used by her lawyers in other litigation, the Court hereby GRANTS the motion.