# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION            No. MDL 15-2641 PHX DGC

_____

This Document Relates to Plaintiff            ORDER

Joann Bevens  v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Deatrice Digman  v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Rose Galli (deceased) v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Ethel Lorrina Hedrick v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Estate of Ronald D. Johnson v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Mary Kernan v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

George N. Porter v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

A'Keria Nicole Quinn  v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Clarence Routh v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Nancy Seale v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Elizabeth Tisdale v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

Kevin D. White v. C.R. Bard, Inc., et al.,
No. CV17-2646 PHX DGC

---

Plaintiffs have filed a motion to dismiss their claims without prejudice from the above case.  Doc. 10720.

**IT IS ORDERED** that Plaintiffs' motion to dismiss their claims without prejudice (Doc. 10720) is **granted.**  The claims of all other Plaintiffs are unaffected by this motion.

Dated this 18th day of April, 2018.

_____
David G. Campbell
United States District Judge