≈AO 435
AZ Form (Rev. 3/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Mark O'Connor | 2. PHONE NUMBER 602-530-8377 | 3. DATE April 19, 2018 |
|---|---|---|

4. FIRM NAME: Gallagher & Kennedy, P.A.

| 5. MAILING ADDRESS 2575 E. Camelback Road Suite 1100 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
|---|---|---|---|

| 9. CASE NUMBER MDL 15-02641 PHX DGC | 10. JUDGE Judge Campbell | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 4/13/2018 — 12. |

| 13. CASE NAME Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. Phoenix — 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 4/13/2018 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS | [ ] | [ ] | | [ ] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Mark O'Connor

20. DATE 4/19/18

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY