Timothy E. Grochocinski (IL Bar#6295055)
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
T: 708-675-1975
tim@nbafirm.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION, | Case No.2:15-MD-02641-DGC<br><br>**NOTICE OF CHANGE OF ADDRESS** |
|---|---|

  PLEASE TAKE NOTICE that Timothy E. Grochocinski (Illinois Bar No. 6295055) of the law firm Nelson Bumgardner P.C. and counsel for Plaintiff Gilliam Lyles and Joy Denton has a new address.

Old Address:

Timothy E. Grochocinski
NELSON BUMGARDNER P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
T: (708)675-1975
Email: tim@nelbum.com

New Address

Timothy E. Grochocinski
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
T: (708)675-1975
Email: tim@nbafirm.com

DATED:  April 19, 2018   Respectfully,

            /s/ *Timothy E. Grochocinski*
            Timothy E. Grochocinski

NOTICE OF CHANGE OF ADDRESS
 Case No.2:15-MD-02641-DGC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record on April 19, 2018 via the Court's electronic filing system.

*/s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708.675.1975
F. 708.675.1786
Joseph@nbafirm.com

*Attorney for Plaintiffs, Gilliam Lyles Jr.
And Joy Denton*
