# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-2641 PHX DGC |
| Doris Jones, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | No. CV16-0782 PHX DGC |

The Court proposes to excuse the following jurors for hardship. Counsel should be prepared to state any objections to excusing these jurors, and any challenges for cause based on the juror questionnaires, at the hearing on **May 4, 2018 at 10:00 a.m.**

4
7
11
12
16
19
21
22
31
33
35
37

| | |
|---|---|
| 1 | 38 |
|   | 44 |
| 2 | 47 |
|   | 50 |
| 3 | 51 |
|   | 53 |
| 4 | 54 |
|   | 55 |
| 5 | 56 |
|   | 57 |
| 6 | 58 |
|   | 60 |
| 7 | 61 |
|   | 62 |
| 8 | 68 |
|   | 69 |
| 9 | 70 |
|   | 73 |
| 10 | 77 |
|   | 79 |
| 11 | 83 |
|   | 88 |
| 12 | 89 |
|   | 90 |
| 13 | 95 |
|   | 96 |
| 14 | 97 |
|   | 99 |
| 15 | 103 |
|   | 106 |
| 16 | 107 |
|   | 119 |
| 17 | 120 |
|   | 126 |
| 18 | 131 |
|   | 135 |
| 19 | 138 |
|   | 139 |
| 20 | 142 |
|   | 146 |
| 21 | 152 |
|   | 155 |
| 22 | 158 |
|   | 161 |
| 23 | 162 |
|   | 164 |
| 24 | 169 |
|   | 171 |
| 25 | 176 |
|   | 178 |
| 26 | 180 |
|   | 186 |
| 27 | 187 |
|   | 190 |
| 28 | |

195
196
197
198

Dated this 20th day of April, 2018.

_____
David G. Campbell
United States District Judge

- 3 -