CIVIL MINUTES
# UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| | |
|---|---|
| United States District Judge David G. Campbell | **Date:** April 20, 2018 |
| IN RE: Bard IVC Filters Products Liability Litigation | **Case Number:** MD-15-02641-PHX-DGC |
| **APPEARANCES:** **Mark O'Connor, Ramon Lopez, Julia Reed-Zaic and Lincoln Combs**- for plaintiff Doris Jones<br><br>**James Rogers, Richard North, Matthew Lerner, James Condo, Elizabeth Helm – for defendant** | **Court Reporter – Patricia Lyons** **Courtroom Deputy – Traci Abraham** |

**PROCEEDINGS**  ☒  **Open Court re: Jones Trial :**

Telephonic hearing held. Plaintiff request to file a motion for reconsideration of the Court's order doc. 10819 and to extend the deadline for deposition designations. Discussion held.

Plaintiff shall file a motion for reconsideration by 12:00 noon Arizona time on 4/23/2018. Defendant shall respond by 12:00 noon Arizona time on 4/25/2018. Court will endeavor to rule on the motion by 4/26/2018 or 4/27/2018. 10 page limit on the motion and response.

Deposition designations that do not include cephalad migration shall be due at 12:00 noon Arizona time on 4/23/2018. Deposition designations that include cephalad migration shall be due by close of business on 4/30/2018.

The final pretrial order shall be due by 4:00 p.m. on 5/1/2018. The remaining schedule is affirmed.