Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF LODGING CERTAIN DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION REGARDING ADMISSIBILITY OF CEPHALAD MIGRATION DEATH COMPLICATIONS ASSOCIATED WITH RECOVERY FILTER** |

Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Certain Documents Under Seal regarding Plaintiff's Motion for Reconsideration Regarding Admissibility of Cephalad Migration Death Complications Associated With Recovery Filter.

Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she has lodged with the Court the documents listed on Exhibit A to this Notice.

Defendants contend that the documents listed in Exhibit A are confidential and should be filed under seal. As required under LRCiv 5.6(d), Plaintiff certifies that on April 23, 2018, the parties met and conferred in good faith and were unable to agree about

1  whether the documents are confidential under the Protective Order and should be filed
2  under seal.  Plaintiff does not believe that the disputed documents warrant continued
3  confidential treatment as proprietary or sensitive trade secret information.
4      This dispute notwithstanding, the parties have agreed to continue to meet and
5  confer on the documents at issue.
6      RESPECTFULLY SUBMITTED this 23rd day of April, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

2

# EXHIBIT A

**UNREDACTED PLAINTIFF'S MOTION FOR RECONSIDERATION REGARDING ADMISSIBILITY OF CEPHALAD MIGRATION DEATH COMPLICATIONS ASSOCIATED WITH RECOVERY FILTER**

| Exhibit | Description |
|---------|-------------|
| A | 4/13/18 Transcript of Proceedings Excerpts in *Booker v. Bard* |
| B | Representative Summary of Cephalad Migrations from Trackwise re Placement of G2 and Eclipse and Complaint Files |
| C | David Ciavarella Deposition dated November 12, 2013 Excerpts |
| D | 9/30/2010 Memo from B. Baird re Eclipse Post-Market Design Review/Marketing Summary (BPVE-01-00545491) |
| E | Idea POA Eclipse Anchor Filter (BPVE-01-02077858) |
| H | Booker Trial Exhibit 1023 (BPVE-01-00324256) |
| I | Failure Investigations/R002 History Review (BPVEFILTER-01-00003802) |
| J | Booker Trial Exhibit 1008 – Memo dated February 13, 2004 from D. Uelmen regarding Filter Migration Meeting Minutes (BPV-17-01-00154052) |
| K | Len DeCant Deposition dated May 24, 2016 Excerpts |
| L | December 2004 Health Hazard Evaluation (BPVE-01-00245379) |
| M | Recovery Filter Migration Failure Investigation FIR-04-10-01 dated October 12, 2004 (BPV-17-01-00152963) |
| N | Remedial Action Plan dated April 6, 2004 (PBV-17-01-00153659) |
| O | Isolated Testimony from Bard's Objections to Deposition Designations |
| P | 3/29/2018 Transcript of Proceedings Excerpt in *Booker v. Bard* |