# EXHIBIT C

David Ciavarella, M.D.

Page 179

 1  item, but if you just look at it just generally,

 2  and in particular what's on the second page, at

 3  least from the data that was available to Bard

 4  about its own products, I mean, isn't it pretty

 5  clear that the signal you got in 2004 predicted

 6  that all this -- all these numbers were going to

 7  happen just as we see them on this document?

 8            MS. DALY:  Object to the form.

 9  BY MR. LOPEZ:

10       Q    Does it tell you anything about the

11  strength of that signal?

12       A    I don't know if it predicted anything.

13  The reports were the reports and we continue to

14  get reports of different AEs and different

15  numbers.

16       Q    Well, eventually didn't Dr. Lehmann

17  take some of this data -- I don't know what time

18  period it was -- the MAUDE data, and determine

19  that there was a statistically significant

20  increased risk of migration, perforation,

21  fractures, and other complications involved with

22  the Recovery filter when compared to all other

23  filters on the market by a factor of somewhere

24  between the low 4s and the mid 5s?

25       A    Yeah.

David Ciavarella, M.D.

Page 180

```
 1        Q     He did, didn't he?
 2        A     He did an analysis based on reported
 3    rates from MAUDE and made some statistical
 4    comparisons which he said were really not valid.
 5        Q     Well, he said they were statistically
 6    significant.
 7        A     Well, the statistical test was done,
 8    but the use of those data are not appropriate
 9    for comparison rates.
10        Q     I'm not asking you any -- about all
11    that.  I'm asking you he determined that in
12    doing these comparisons and using the MAUDE
13    database --
14        A     That's what he said, yes.
15        Q     -- he said that these increased risks
16    of somewhere between 400 percent and 500 percent
17    were statistically significant when compared to
18    all other filters on the market; right?
19        A     I don't remember the exact numbers,
20    but, yes, he did make some statements about
21    statistically significant differences.
22        Q     And tell the jury what statistic --
23    when something is statistically significant,
24    what that means.
25        A     It's a probability calculation.
```