# EXHIBIT D



# G2 FILTER SYSTEM
## for Permanent Placement

*Timeless Performance*®

**G2 Filter System**
**Femoral Vein Approach**

## ENGLISH

## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A. General Information

The G2 Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2 Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheath and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2 Filter to be deployed with the filter tip centered and minimizes the potential for legs crossing.

The G2 Filter is designed to act as a permanent filter.

MRI Compatible: The G2 Filter implant is MRI-safe and neither interferes with nor is affected by the operation of a MRI device. The G2 Filter performance was evaluated in a shielded 1.5-Tesla MRI system.

### B. Device Description

The G2 Filter System – Femoral consists of the filter and delivery system. The G2 Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2 Filter is intended to be used in the Inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2 Filter System – Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2 Filter, a storage tube with saline infusion port, and a pusher system. The G2 Filter is packaged pre-loaded within the delivery storage tube.

**Figure A. G2 Filter System – Femoral**



A. INTRODUCER CATHETER
B. FILTER STORAGE TUBE
C. SALINE DRIP INFUSION SET
D. SIDE PORT
E. ADJUSTABLE TOUHY-BORST ADAPTER
F. NITINOL PUSHER WIRE
G. PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the G2 Filter.

### C. Indications for Use

The G2 Filter System – Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:
- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

### D. Contraindications for Use

**CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.**

The G2 Filter should not be implanted in:
- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

### E. Warnings
**G2 Filter Implantation**
1. The G2 Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2 Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4.)
3. Delivery of the G2 Filter through the introducer catheter is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The G2 Filter System – Femoral is designed for femoral approaches only. Never use the G2 Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2 Filter orientation within the IVC.

5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
7. Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
8. Movement or migration of the filter is a known complication of vena cava filters. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs have been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
9. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
10. After use, the G2 Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

### F. Precautions

The safety and effectiveness of the G2 Filter System for use as a retrievable or temporary filter have not been established.

**G2 Filter Implantation**
1. The filter should be placed in the suprarenal position in pregnant women and in women of childbearing age.[1]
2. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
3. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.
4. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
5. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations.
6. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
7. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
8. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
9. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage of the hub.
10. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.
11. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheath the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

### G. Potential Complications

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:
- Movement or migration of the filter is a known complication of vena cava filters. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs have also been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
- Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Caval thrombosis/occlusion.
- Extravasation of contrast material at time of venacavogram.
- Air embolism.
- Hematoma or nerve injury at the puncture site.
- Hemorrhage.
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization.
- Infection.
- Intimal tear.
- Stenosis at implant site.

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

### H. Equipment Required

The following equipment is required for use:
- One G2 Filter and Delivery System that contains:
  - One 48 cm, 7 French I.D. introducer catheter and dilator set
  - One storage tube with pre-loaded G2 Filter and pusher delivery system
- 0.038" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

Exhibit: 004
Witness: D'Ayala
Date: 3/21/17
Reporter: Amanda Miller, CRR

(1)

## I. Directions for Use

Insertion of the 7 French Introducer Catheter and Preliminary Venography

1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

Precaution: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

Precaution: The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.

Precaution: The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).
9. Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer catheter tip should be 1 cm below the lowest renal vein.
10. Remove the filter and delivery system from Kit B and flush with saline.

Precaution: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.

11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
12. Advance the filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures A-D). Do not pull back on the pusher wire; only advance the pusher wire forward. For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

### Advancement of Filter, Illustrated



FIGURE A — Grasp Wire, Push Forward
FIGURE B — Release Wire
FIGURE C — Move Hand Backwards
FIGURE D — Regrasp Wire

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment

14. Deliver and release filter as described below.
    Figure E: Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release/deployment process.
    Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

### Filter Release, Illustrated



FIGURE E
FIGURE E-1

FIGURE F
FIGURE F-1 — Hold Hand Stationary, Pull Hand Back



FIGURE G
FIGURE G-1

Precaution: Do not deliver the filter by pushing it beyond the end of the introducer catheter. Instead, unsheath the stationary filter by withdrawing the introducer catheter as described below. Do not twist the pusher wire handle at anytime during this procedure.

Position the filter tip 1 cm below the lowest renal vein.

Figure F: With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process. The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
   Figure F-1: Unsheathing of filter in IVC.
   Figure G: The position of the hands at the completion of the unsheathing process.
   Figure G-1: The filter deployed in the IVC.

15. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire. Do not twist the pusher wire handle at anytime during this procedure.
16. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

Follow-up Venacavogram

17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

### J. How Supplied

Each G2 Filter is supplied preloaded in a storage tube. Each G2 Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

Warning: After use, the G2 Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2 Filter should be stored in a cool (room temperature), dry place.

### K. Warranty

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

Labeling Issue Date: 10/06. In the event 3 years have elapsed between this date and product use, the user should contact C. R. Bard, Inc. to see if additional product information is available.

References:
1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.

| Symbol | Description |
|---|---|
|  | G2 Filter System for Permanent Placement |
|  | Use By |
|  LOT | Lot Number |
|  REF | Catalog Number |
|  | Attention, See Instructions for Use |
|  STERILE EO | Sterilized By Using Ethylene Oxide |
|  NON PYROGENIC | Non-pyrogenic |
|  | Single Use. |
|  | Do Not Resterilize. |
|  | Do Not Use If Package Is Damaged Or Opened. |
|  MRI | MRI compatible: MRI-safe and neither interferes with nor is affected by the operations of an MRI device. |
|  | Contents:  Kit A: One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator / Kit B: One (1) G2 Filter Femoral Delivery System |
|  | Protect From Heat |
|  | Keep Dry |
|  | Manufactured By: |
|  ® ™ | Bard and Timeless Performance are registered trademarks of C. R. Bard, Inc. or an affiliate. G2 is a trademark of C. R. Bard, Inc. or an affiliate. |
|  Ⓟ© | Variously protected by one or more of the following U.S. Patents: 6,007,558 and 6,258,026. Other U.S. and Foreign Patents Pending. Copyright © 2006 C. R. Bard, Inc. All rights reserved. Printed in U.S.A. |



**BARD PERIPHERAL VASCULAR**

Manufactured By:
Bard Peripheral Vascular, Inc.
P.O. Box 1740
1625 West 3rd Street
Tempe, AZ 85280-1740
USA

TEL: 1-480-894-9515
     1-800-321-4254
FAX: 1-480-966-7062
     1-800-440-5376
www.bardpv.com

PK5100030 Rev. 5   10/06