IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Post-Verdict Motion for Judgment as a Matter of Law and Memorandum in Support, the Court hereby GRANTS the motion. The trial record contains legally insufficient evidence to uphold the verdict that Bard negligently failed to warn Dr. D'Ayala about the risks of the G2 Filter, and the Court enters judgement as a matter of law in favor of Bard on the plaintiff's negligent failure-to-warn claim. Moreover, the evidence at trial was legally insufficient to allow an award of punitive damages.