IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Support of Motion for New Trial Pursuant to Rule 59, the Court hereby GRANTS the motion. The Court orders a new trial in the *Booker v. C. R. Bard, Inc., et al.*, case limited to the issue of Bard's alleged liability on the plaintiff's negligent and strict liability failure-to-warn claims. The new trial will not revisit the jury's finding on strict liability and negligent design, the apportionment of fault between Bard and Dr. Sarwat Amer, or the compensatory and punitive damages in this case.