IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>NOTICE OF CHANGE OF EMAIL ADDRESS |

I, Robert K. Finnell, hereby files this notice advising that my primary email address has changed effective immediately.

From:  bob@finnellfirm.com     To:     bard-ivc-mdl@finnellfirm.com

Respectfully submitted this 25th day of April, 2018.

                                      /s/ Robert K. Finnell
                                      Robert K. Finnell
                                      Ga. Bar #261575
                                      The Finnell Firm
                                      P. O. Box 63
                                      Rome, GA 30162-0063
                                      Ph. (706) 235-7272
                                      Fax (706) 235-9461
                                      bard-ivc-mdl@finnellfirm.com

I hereby certify that on this 25th day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                      /s/ Robert K. Finnell