# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| THIS DOCUMENT RELATES TO:<br>*Betsie Dean v. C.R. Bard, Inc., et al.* | No. CV-17-03288-PHX-DGC |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Rule 83-3(b)(2) of the Local Rules of the United States District Court for the District of Arizona, counsel for Plaintiff Betsie Deane ("Plaintiff"), including attorneys Benjamin A. Bertram and Blair B. Matyszczyk of Bertram & Graf, L.L.C., hereby request that the Court allow for their withdrawal as counsel of record, and in support thereof, state the following:

Plaintiff Betsie Deane has failed to respond to multiple attempts to contact her by phone, Federal Express, U.S. Mail, text message, social media, and e-mail regarding compliance with discovery deadlines in the above-captioned case (See "Exhibit A").  Plaintiff's last known address is 36 Cranberry Lane, Levittown, PA 19055, and all communications by mail has been sent to this address.

 Based on the above, all counsel of record identified herein have reached an impasse in their working relationship with Plaintiff and request that the Court allow them to server their attorney client relationship with respect to this matter.

Plaintiff has been given a reasonable amount of time to respond to Counsel's correspondence and other attempts to contact her regarding her discovery obligations and the necessity of completing and serving a PPF. Because Plaintiff has not responded to numerous attempts to contact her, and Counsel is unable to currently advise Defendants or the Court as to whether she wishes to proceed with her case, Counsel now file their Motion to Withdraw.

Based on the foregoing, the undersigned Counsel and law firm moves this Court for entry of an order permitting their withdrawal from representation of Plaintiff in the above-captioned case as soon as possible at the Court's convenience so that Plaintiff, if reached by the Court, can seek alternative legal counsel or decide as to whether she wants to continue pursuing her case. A proposed Order granting Counsel's motion is attached hereto as "Exhibit B."

A copy of this motion will be served upon Plaintiff at her last known address of 36 Cranberry Lane, Levittown, PA 19055 as well as via e-mail.

Dated:  April 25, 2018                    Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar #66067
Benjamin A. Bertram, MO #56945
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
blair@bertramgraf.com
benbertram@bertramgraf.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Blair B. Matyszczyk
*Attorney for Plaintiff*