# EXHIBIT A

Doris Singleton-Jones                    February 3, 2017
In Re: Bard IVC Filters Products Liability

Page 1

1                  IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF ARIZONA

3

4

5       In re Bard IVC Filters Products

        Liability Litigation

6

                                         NO. MD-15-02641

7                                             PHX-DGC

8

9

10

11                           DEPOSITION OF

12                       DORIS SINGLETON-JONES

13                   February 3, 2017 - 8:05 a.m.

14                Ellis, Painter, Ratterree & Adams

15                        2 E. Bryan Street

16                        Savannah, Georgia

17             Deborah K. Lingonis, RPR, CCR 2883

18

19

20

21

22

23

24

25

Page 54

1    that you believe are related to the filter?

2         A.    Well, yeah.   In my belief, yeah, like

3    shortness of breath, tiredness, dizziness.

4         Q.    Has any doctor told you those symptoms are

5    related to the filter?

6         A.    No.

7         Q.    Have you spoken with any doctors about these

8    symptoms?

9         A.    No.

10        Q.    What's your current understanding of the strut

11   still in your body?   Do you know where the strut is

12   located?

13        A.    In my -- what do you call it -- pulmonary

14   area.   My lungs.

15        Q.    Has any doctor talked to you about any future

16   complications you may have because of it?

17        A.    No.

18        Q.    Has any doctor told you that it needs to be

19   monitored?

20        A.    No.

21        Q.    Do you believe you're at risk for any future

22   injury?

23        A.    Yes.

24        Q.    And what is that?

25        A.    This thing is in my chest, and it can move at