# EXHIBIT C
# LODGED UNDER SEAL