# EXHIBIT D
# LODGED UNDER SEAL