# EXHIBIT A

```
                                                  Page 1

 1         IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4
 5   In re Bard IVC Filters Products
     Liability Litigation
 6
                                    NO. MD-15-02641
 7                                       PHX-DGC
 8
 9
10
11                   DEPOSITION OF
12                DORIS SINGLETON-JONES
13           February 3, 2017 - 8:05 a.m.
14         Ellis, Painter, Ratterree & Adams
15                 2 E. Bryan Street
16                 Savannah, Georgia
17        Deborah K. Lingonis, RPR, CCR 2883
18
19
20
21
22
23
24
25
```

1  that you believe are related to the filter?
2      A.   Well, yeah.  In my belief, yeah, like
3  shortness of breath, tiredness, dizziness.
4      Q.   Has any doctor told you those symptoms are
5  related to the filter?
6      A.   No.
7      Q.   Have you spoken with any doctors about these
8  symptoms?
9      A.   No.
10     Q.   What's your current understanding of the strut
11 still in your body?  Do you know where the strut is
12 located?
13     A.   In my -- what do you call it -- pulmonary
14 area.  My lungs.
15     Q.   Has any doctor talked to you about any future
16 complications you may have because of it?
17     A.   No.
18     Q.   Has any doctor told you that it needs to be
19 monitored?
20     A.   No.
21     Q.   Do you believe you're at risk for any future
22 injury?
23     A.   Yes.
24     Q.   And what is that?
25     A.   This thing is in my chest, and it can move at