James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
| | **DEFENDANTS' NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 2** |
| | (Assigned to the Honorable David G. Campbell) |

Defendants  C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to the Stipulated Protective Order (Doc. 269) and Local Civil Rule 5.6, file this Notice of Lodging Under Seal certain exhibits attached in support of Defendants' Response in Opposition to Plaintiff's Motion *In Limine* No. 2.  These exhibits contain Plaintiff's personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order. Defendants have notified Plaintiff of their intent to

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1  file this Notice of Lodging. Because the documents lodged under seal and materials

2  lodged redacted only relate to Plaintiff's personal healthcare information, Defendants note

3  that it is Plaintiff's burden to file a motion to seal.  A list of the exhibits lodged under seal,

4  and a list of materials lodged redacted, are attached hereto as Exhibit A.

5               RESPECTFULLY SUBMITTED this 25th day of April, 2018.

6                                   s/ Richard B. North, Jr.

7                                   Richard B. North, Jr.
                                 Georgia Bar No. 545599

8                                   Matthew B. Lerner
                                 Georgia Bar No. 446986

9                                   NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                 Atlantic Station

10                                  201 17th Street, NW / Suite 1700
                                 Atlanta, GA  30363

11                                  PH: (404) 322-6000
                                 FX: (404) 322-6050

12                                  richard.north@nelsonmullins.com
                                 matthew.lerner@nelsonmullins.com

13                                  James R. Condo (#005867)

14                                  Amanda Sheridan (#027360)
                                 SNELL & WILMER L.L.P.

15                                  One Arizona Center
                                 400 E. Van Buren

16                                  Phoenix, AZ 85004-2204
                                 PH: (602) 382-6000

17                                  jcondo@swlaw.com
                                 asheridan@swlaw.com

18                                  **Attorneys for Defendants C. R. Bard, Inc. and**

19                                  **Bard Peripheral Vascular, Inc.**

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on this 25th day of April, 2018, the foregoing was

3

electronically filed with the Clerk of Court using the CM/ECF system which will

4

automatically send email notification of such filing to all attorneys of record.

5

6
                         s/Richard B. North, Jr.
                         Richard B. North, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nelson Mullins Riley & Scarborough
LLP
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## EXHIBIT A

## DOCUMENTS PROPOSED TO BE FILED UNDER SEAL

Defendants request they be permitted to file under seal the following documents in support of their Response in Opposition to Plaintiff's Motions *In Limine* No. 2:

1. Redacted Response to Plaintiff's Motion in Limine #2 to Exclude Evidence of Unrelated Medical Issues Relating to Anemia and Prescriptions

2. Exhibit D – Report of David A. Garcia, MD

3. Exhibit E – Exhibit 4027 to deposition of Dr. Anthony  Avino

4. Exhibit F – Excerpts of deposition of Dr. Anthony Avino

5. Exhibit G – Excerpts of deposition of Dr. David Jason Chodos