James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 3**<br><br>(Assigned to the Honorable David G. Campbell) |
|---|---|

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to the Stipulated Protective Order (Doc. 269) and Local Civil Rule 5.6, file this Notice of Lodging Under Seal certain exhibits attached in support of Defendants' Response in Opposition to Plaintiff's Motion *In Limine* No. 3. These exhibits contain Plaintiff's personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order. Defendants have notified Plaintiff of their intent to

1  file this Notice of Lodging. Because the documents lodged under seal only relate to
2  Plaintiff's personal healthcare information, Defendants note that it is Plaintiff's burden to
3  file a motion to seal.  A list of the exhibits lodged under seal, are attached hereto as
4  Exhibit A.

5  RESPECTFULLY SUBMITTED this 25th day of April, 2018.

6  s/ Richard B. North, Jr.
   Richard B. North, Jr.
7  Georgia Bar No. 545599
   Matthew B. Lerner
8  Georgia Bar No. 446986
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
9  Atlantic Station
   201 17th Street, NW / Suite 1700
10 Atlanta, GA  30363
   PH: (404) 322-6000
11 FX: (404) 322-6050
   richard.north@nelsonmullins.com
12 matthew.lerner@nelsonmullins.com

13 James R. Condo (#005867)
   Amanda Sheridan (#027360)
14 SNELL & WILMER L.L.P.
   One Arizona Center
15 400 E. Van Buren
   Phoenix, AZ 85004-2204
16 PH: (602) 382-6000
   jcondo@swlaw.com
17 asheridan@swlaw.com

18 **Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                                              s/ Richard B. North, Jr.
                                                              Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## EXHIBIT A

## DOCUMENTS PROPOSED TO BE FILED UNDER SEAL

Defendants request they be permitted to file under seal the following documents in support of their Response in Opposition to Plaintiff's Motions *In Limine* No. 2:

1. Exhibit B – Excerpt of deposition testimony of Colleen Taylor, M.D.