# EXHIBIT "A"

LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>This Document Relates to Plaintiff<br>Stacy Miller<br>2:17-cv-00395-DGC | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Stacy Miller (Deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):

    Ashley Marshall, as Administrator of the Estate of Stacy Miller, Deceased

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Stacy Miller (Deceased) - Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Stacy Miller (Deceased) - Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Stacy Miller (Deceased) - N/A; Ashley Marshall - Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Eastern District of Kentucky

8. Defendants (check Defendants against whom Complaint is made):
    - ☒ C.R. Bard Inc.
    - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
    - ☒ Diversity of Citizenship
    - ☐ Other: _____
    - ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express (G2® X) Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter
    - ☐ Denali® Vena Cava Filter
    - ☒ Other: Bard

11. Date of implantation as to each product:

    04/05/2007

12. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I:   Strict Products Liability – Manufacturing Defect

– 2 –

| | | | |
|---|---|---|---|
| 1 | ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| 3 | ☒ | Count III: | Strict Products Liability – Design Defect |
| 4 | ☒ | Count IV: | Negligence - Design |
| 5 | ☒ | Count V: | Negligence - Manufacture |
| 6 | ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 7 | ☒ | Count VII: | Negligence – Failure to Warn |
| 8 | ☒ | Count VIII: | Negligent Misrepresentation |
| 9 | ☒ | Count IX: | Negligence *Per Se* |
| 10 | ☒ | Count X: | Breach of Express Warranty |
| 11 | ☒ | Count XI: | Breach of Implied Warranty |
| 12 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 13 | ☒ | Count XIII: | Fraudulent Concealment |
| 14 | ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 16 | ☐ | Count XV: | Loss of Consortium |
| 17 | ☒ | Count XVI: | Wrongful Death |
| 18 | ☒ | Count XVII: | Survival |
| 19 | ☒ | Punitive Damages | |
| 20 | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

– 3 –

RESPECTFULLY SUBMITTED this 26th day of April 2018.

**LAW OFFICES OF BEN C. MARTIN**

By: */s/ Ben C. Martin*
Ben C. Martin (TX I.D. No. 13052400)
benmartin@bencmartin.com
Thomas Wm. Arbon (TX I.D. No. 01284275)
tarbon@bencmartin.com
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: 214.761.6614
Facsimile: 214.744.7590

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*Ben C. Martin*
Ben C. Martin