# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, _____ Doris Jones, an individual,     Plaintiff, v. C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,     Defendants. | No. MDL 15-02641-PHX-DGC No. CV16-0782-PHX-DGC **ORDER** |

The parties have submitted deposition excerpts for the Court's review. This order includes the Court's ruling on objections contained in the excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A.    Alfred Jones, Sr.
       1.    8 – sustained. Irrelevant.
       2.    9:5-16 – sustained. Irrelevant.

3. 9:22 to 10:3 – sustained. Irrelevant.
4. 18:22-19-17 – parties can resolve after Court rules on motions in limine.
5. 20:24-21:14 – parties can resolve after Court rules on motions in limine.
6. 23:4-25:15 – overruled. Not offered for the truth of the matters asserted.
7. 29:2-11; 31; 39; 40 – parties can resolve after Court rules on motions in limine.
8. 42:8-12 – sustained; hearsay.

B. Bill Altonaga.
1. 124 – testimony objected to not included in excerpt (pages 114-115).
2. 153 – overruled (assuming Plaintiff intended to designate the question before this answer).
3. 166-67 – sustained; Rule 602.
4. 179-80 – sustained; Rule 602.
5. 182:19-183:5 – sustained; Rule 602.
6. 251 – testimony objected to not included in excerpt (pages 261, 266).

C. Christine Brauer.
1. The Court's previous order on Plaintiff's use of experts withdrawn by Defendants remains in effect for the Jones case.
2. 5/23/14 Depo: 80-81 – overruled.
3. 89 – overruled.
4. 91 – overruled.
5. 92 – overruled.
6. 8/2/17 Depo: 61 – overruled.
7. 93 – sustained. Person referred to never identified, so irrelevant.
8. 126:5-127:17 – sustained. Witness does not recall, so irrelevant and waste of time under Rule 403.
9. 128 – sustained. Witness does not know. Complete waste of time.
10. 130-135 – sustained. Witness does not know. Complete waste of time.

11. 140 – overruled.
12. 147-48 – overruled.
13. 162 – sustained.
14. 173-74 – overruled.
15. 175-76 – overruled.
16. 195-96 – overruled.
17. 245 – overruled.
18. 272:10-18 – sustained.  Witness does not know.  Complete waste of time.
19. 277 – overruled.
20. 331 – overruled.
21. 335 – overruled.
22. 337 – overruled.
23. 348-49 – sustained.
24. 379-80 – overruled.
25. 408:9-14 – sustained.  Witness does not know.  Complete waste of time.

**Court's observation and caution:**  Much of the testimony designated by Plaintiff in the Brauer depositions is completely irrelevant, as noted above.  Much additional testimony is only minimally relevant.  After reviewing these designations, the Court is concerned that Plaintiff's counsel will waste trial time presenting minimally relevant evidence.  Counsel for both sides are therefore advised that the Court intends to hold the parties to the time limits established for this trial.  If a party chooses to spend time on minimally relevant or repetitive matters and thereby has insufficient time for important matters later in the trial, the Court will not bail that party out by granting additional time.  The Court is determined that this bellwether trial and the trials that follow will be more efficient than the Booker trial.

D. Dr. David Chodos.
1. 40 – overruled.
2. 41 – overruled.
3. 48 – overruled.
4. 64 – overruled.
5. 67 – overruled.
6. 70 – overruled.
7. 88:22-89:3 – sustained.
8. 92 – both sustained.
9. 94 – parties can resolve after Court rules on motions in limine.
10. 104 – parties can resolve after Court rules on motions in limine.
11. 111 – overruled.
12. 127 – overruled.
13. 129-30 – overruled.
14. 133 – parties can resolve after Court rules on motions in limine.
15. 135-37, 139, 144 – parties can resolve after Court rules on motions in limine.
16. 150-51 – sustained.
17. 153, 155 – parties can resolve after Court rules on motions in limine.
18. 159 – sustained.

E. Jason Greer.
1. 176 – overruled.

F. John Lehman.
1. 6 – sustained.
2. 11 – sustained.
3. 16 – sustained. Irrelevant.
4. 32 – overruled.

   5.   63 – overruled.  (**Court's note** – 9 different objections are a waste of time. In future deposition designations, the Court will summarily deny such laundry-list objections.  The objecting party should think about and make a legitimate objection.)
   6.   67 – overruled.  (Same note.)
   7.   118 – sustained.
   8.   121 – sustained.
   9.   122-23 – overruled.  (Same note.)
   10.  124 – overruled.  (Same note.)
   11.  125 – overruled.  (Same note.)
   12.  128-29 – overruled.  (Same note.)
   13.  131 – overruled.  (Same note.)

G.   Shanice Matthews.
   1.   14 – sustained.
   2.   15:21-23 – sustained.  Hearsay.
   3.   17 – parties can resolve after Court rules on motions in limine.
   4.   18:4 – sustained.
   5.   21 – sustained.  Irrelevant.
   6.   23 – overruled.
   7.   27:12-17 – sustained.
   8.   31 – parties can resolve after Court rules on motions in limine.

H.   Sharese May.
   1.   10:7-8 – sustained.
   2.   16:16-18 – parties can resolve after Court rules on motions in limine.
   3.   16:22-25 – sustained.
   4.   18:11-18 – sustained.
   5.   33 – overruled.
   6.   36:8-14 – sustained.
   7.   37:9-15 – sustained.

      8.    41 – sustained.

      9.    42 – parties can resolve after Court rules on motions in limine.

I.    Dr. Mark Moritz.

      1.    The Court's previous order on Plaintiff's use of experts withdrawn by Defendants remains in effect for the Jones case.

      2.    43:6-10 – sustained.

      3.    50, 52, 57, 68, 71, 72, 85, 96, 100, 102, 115, 117, 128, 130, 194, 222 – sustained. Cumulative. See previous order on Plaintiff's use of withdrawn experts.

      4.    122 – overruled (if not cumulative).

      5.    124 – sustained. Hearsay.

      6.    135:13-22 – sustained. Not Plaintiff's treating physician.

      7.    135:23-137:17 – overruled (if not cumulative).

      8.    138:24-141:11 – overruled (if not cumulative).

      9.    141 – overruled (if not cumulative).

      10.    144 – overruled (if not cumulative).

      11.    146:11-148:5 – overruled (if not cumulative).

      12.    149 – overruled (if not cumulative).

J.    Dr. Kirstin Nelson.

      1.    83 – overruled.

K.    Dr. Colleen Taylor.

      1.    17 – parties can resolve after Court rules on motions in limine.

      2.    21 – sustained.

      3.    22 – parties can resolve after Court rules on motions in limine.

      4.    25, 26, 39 – parties can resolve after Court rules on motions in limine.

L.    Mark Wilson.

      1.    63 – overruled.

      2.    91 – overruled.

      3.    92 – overruled.

      4.      95 – overruled.

Dated this 1st day of May, 2018.

                                                        David G. Campbell
                                                   United States District Judge