James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |

This Document Relates to:

DORIS JONES,

        Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation,

        Defendants.

Case No. CV-16-00782-PHX-DGC

**DEFENDANTS' PROPOSED FORM**

      In accordance with the Case Management Order No. 28 [Doc. 8871], Defendants hereby submit their proposed Verdict Form.

1    DATED this 1ˢᵗ day of May, 2018.

2                                        s/Richard B. North, Jr.
                                         Richard B. North, Jr.
3                                        Georgia Bar No. 545599
                                         Matthew B. Lerner
4                                        Georgia Bar No. 446986
                                         NELSON MULLINS RILEY & SCARBOROUGH, LLP
5                                        Atlantic Station
                                         201 17th Street, NW / Suite 1700
6                                        Atlanta, GA 30363
                                         PH: (404) 322-6000
7                                        FX: (404) 322-6050
                                         Richard.North@nelsonmullins.com
8
                                         James R. Condo (#005867)
9                                        Amanda Sheridan (#005867)
                                         SNELL & WILMER L.L.P.
10                                       One Arizona Center
                                         400 E. Van Buren
11                                       Phoenix, AZ 85004-2204
                                         PH: (602) 382-6000
12                                       JCondo@swlaw.com
                                         ASheridan@swlaw.com
13
                                         **Attorney for Defendants C. R. Bard, Inc. and**
14                                       Bard Peripheral Vascular, Inc.

15

16                              **CERTIFICATE OF SERVICE**

17        I HEREBY CERTIFY that on May 1, 2018, I electronically filed the foregoing

18   with the Clerk of the Court by using the CM/ECF system which will send notification of

19   such filing to all counsel of record.

20
                                         s/Richard B. North, Jr.
21                                       Richard B. North, Jr.
                                         Georgia Bar No. 545599
22                                       NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                         Atlantic Station
23                                       201 17th Street, NW / Suite 1700
                                         Atlanta, GA 30363
24                                       PH: (404) 322-6000
                                         FX: (404) 322-6050
25                                       Richard.North@nelsonmullins.com

26

27

28

- 2 -

We, the jury empaneled and sworn in the above action, upon our oaths, find as follows:

**A. LIABILITY**

    **1. Strict Product Liability Design Defect Claim**

Do you find by a preponderance of the evidence that Bard is liable to Ms. Jones on the strict liability design defect claim? _____Yes _____No

    **2. Strict Product Liability Failure to Warn Claim**

Do you find by a preponderance of the evidence that Bard is liable to Ms. Jones on the strict liability failure to warn claim? _____Yes _____No

    **3. Negligent Design Claim**

Do you find by a preponderance of the evidence that Bard is liable to Ms. Jones on the negligent design claim? _____Yes _____No

    **4. Negligent Failure to Warn Claim**

Do you find by a preponderance of the evidence that Bard is liable to Ms. Jones on the negligent failure to warn claim? _____Yes _____No

If you answered "No" to each question in Part A, do not complete Parts B or C. If you answered "Yes" to any question in Part A, please complete Parts B and C.

**B. COMPENSATORY DAMAGES**

If you found Bard liable on any of the claims set forth above, what amount of damages do you find will reasonably compensate Ms. Jones for her injuries?

    $ _____

**C. PUNITIVE DAMAGES**

Do you find by clear and convincing evidence that punitive damages should be awarded against Bard? _____Yes _____No

_____          _____
Presiding Juror Number                    Date

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000