Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS SINGLETON JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **JOINT NOTICE OF FILING JURY INSTRUCTIONS**<br><br>(The Honorable David G. Campbell) |

In accordance with the Court's Order and Civil Minutes (Docs. 10587, 10805), the Parties hereby submit the following jury instructions for review at the May 4, 2018, final pretrial conference:

1. Agreed Preliminary Jury Instructions (Exhibit A);

2. Agreed Final Jury Instructions (Exhibit B);

3. Plaintiff's Proposed Jury Instructions (Exhibit C);

4. Defendants' Proposed Jury Instructions (Exhibit D);

5. Comprehensive Final Jury Instructions with Competing Instructions (Exhibit E). [*The purpose of this document is to make it convenient for the Court and parties to have all of the instructions, including each party's proposed "competing" instructions in one place as the Court hears argument and considers which instructions to give.*]

RESPECTFULLY SUBMITTED this 1st day of May, 2018.

| | |
|---|---|
| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
| By: */s/ Mark O'Connor* <br>     Mark S. O'Connor (011029) <br>     2575 East Camelback Road <br>     Phoenix, Arizona 85016-9225 <br><br>     Ramon Rossi Lopez <br>     (admitted *pro hac vice*) <br>     CA Bar No. 86361 <br>     LOPEZ McHUGH LLP <br>     100 Bayview Circle, Suite 5600 <br>     Newport Beach, California 92660 <br><br> *Attorneys for Plaintiffs* | By: */s/ Kate Helm* (with permission) <br>     James R. Condo (005867) <br>     Amanda C. Sheridan (027360) <br>     One Arizona Center <br>     400 E. Van Buren, Suite 1900 <br>     Phoenix, Arizona 85004-2202 <br><br>     Richard B. North, Jr. (*pro hac vice*) <br>     Georgia Bar No. 545599 <br>     Matthew B. Lerner (*pro hac vice*) <br>     Georgia Bar No. 446986 <br>     Nelson Mullins Riley & Scarborough LLP <br>     201 17th Street, NW / Suite 1700 <br>     Atlanta, GA 30363 <br><br> *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*

3