Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS SINGLETON JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFF'S PROPOSED VERDICT FORMS**<br><br>(The Honorable David G. Campbell) |

In accordance with the Court's Order [Doc. 10587] dated March 30, 2018, Plaintiff, Doris Singleton Jones, by and through her attorneys, hereby submits her proposed Verdict Forms.

RESPECTFULLY SUBMITTED this 1st day of May, 2018.

GALLAGHER & KENNEDY, P.A.

By: *s/ Mark S. O'Connor*
Mark S. O'Connor
2575 East Camelback Road
Phoenix, Arizona  85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on this 1st day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*
Gay Mennuti

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS SINGLETON JONES, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>                    Defendants. | |

## <u>VERDICT FORM</u>

### (Use if You Find for Plaintiff)

        We, the jury, duly impaneled and sworn in the above entitled action, upon our oaths, do find in favor of Doris Jones and find the full compensatory damages to be:

$_____.


_____
FOREPERSON


_____
Date

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS SINGLETON JONES, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>               Defendants. | |

## **VERDICT FORM**

**(Use if You Find for Plaintiff)**
**(Punitive Damages)**

We, the jury, duly impaneled and sworn in the above-entitled action, upon our oaths, on the claim for punitive damages, find in favor of Plaintiff Doris Jones.

_____

FOREPERSON


_____

Date

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |

| |
|---|
| DORIS SINGLETON JONES, an individual, |
| Plaintiff, |
| v. |
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, |
| Defendants. |

## **VERDICT FORM**

### **(Punitive Damages Amount)**

We, the jury, duly impaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff Doris Jones and find the full punitive damages to be:

$_____

_____
FOREPERSON

_____
Date

3