Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS SINGLETON JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFF'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS AND DEFENDANTS' OBJECTIONS**<br><br>(The Honorable David G. Campbell) |

Plaintiff Doris Jones submits the following proposed additional voir dire questions as directed in the Court's Order dated March 30, 2018 [Doc. 10587].

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS IN ADDITION TO *BOOKER* VOIR DIRE

1. Is there anyone on the panel who would have a difficult time awarding punitive damages in a personal injury lawsuit regardless of my instructions or the evidence?

2. Does anyone on the panel believe that punitive damages should not be allowed in personal injury cases?

**THE DEFENDANTS' OBJECTIONS**:

The Defendants object to these additional questions on the grounds that they imply that Plaintiff is entitled to an award of punitive damages. Defendants further object on the grounds that they are confusing, and as the Court indicated in its ruling on the jury questionnaire the prospect jurors are likely not to understand what is being asked.

RESPECTFULLY SUBMITTED this 1st day of May, 2018.

| | |
|---|---|
| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
| By: */s/ Mark S. O'Connor* <br> Mark S. O'Connor (011029) <br> 2575 East Camelback Road <br> Phoenix, Arizona 85016-9225 <br><br> Ramon Rossi Lopez <br> (admitted *pro hac vice*) <br> CA Bar No. 86361 <br> LOPEZ McHUGH LLP <br> 100 Bayview Circle, Suite 5600 <br> Newport Beach, California 92660 <br><br> *Attorneys for Plaintiffs* | By: */s/ Kate Helm on behalf of* <br> James R. Condo (005867) <br> Amanda C. Sheridan (027360) <br> One Arizona Center <br> 400 E. Van Buren, Suite 1900 <br> Phoenix, Arizona 85004-2202 <br><br> Richard B. North, Jr. (*pro hac vice*) <br> Georgia Bar No. 545599 <br> Matthew B. Lerner (*pro hac vice*) <br> Georgia Bar No. 446986 <br> Nelson Mullins Riley & Scarborough LLP <br> 201 17th Street, NW / Suite 1700 <br> Atlanta, GA 30363 <br><br> *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Gay Mennuti