# IN THE UNITED STATES DISTRCT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : | Case No. MDL15-02641-PHX-DGC |
| This Document Relates to: JOHN J. DAMICO and TINA M. DAMICO,     Plaintiffs, v. C.R. BARD, INC, and BARD PERIPHERAL VASULAR, INC.     Defendants. | : : : : : : : : : : : : : | Civil Case No.: CV17-00070-PHX-DGC **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party.

    DATED: May 3, 2018

| | |
|---|---|
| O'CONNOR, ACCIANI & LEVY LPA | NELSON MULLINS RILEY & SCARBOROUGH |
| By: _/s/ Barry D. Levy_____ | By: _/s/ Richard B. North, Jr._____ |
| Barry D. Levy (OH Bar No. 0018986) | Richard B. North, Jr. (GA. Bar No. 545599) |
| *(Admitted Pro Hac Vice)* | *(Admitted Pro Hac Vice)* |
| 600 Vine Street, Suite 1600 | 201 17th St., NW, Ste 1700, Atlantic Station |
| Cincinnati, Ohio 45202 | Atlanta, Georgia 30363 |
| Telephone: 513-241-7111 | Telephone: 404-322-6000 |
| Facsimile: 513-241-7197 | Facsimile: 404-322-6050 |
| Email: BDL@oal-law.com | E-mail: richard.north@nelsonmullins.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2018 I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                               __*/s/ Barry D. Levy*_____
                                               Barry D. Levy (OH Bar No. 0018986)
                                               *Attorney for Plaintiff*