# UNITED STATES DISTRUCT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : | Case No. MDL 15-2641-PHX-DGC |
| This Document Relates to: | : : | **ORDER** |
| John J. Damico, et al. v. C.R. Bard Incorporated, et al., | : : : | |
| Civil Case No.: CV17-00070-PHX-DGC | : | |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties. Doc. _____.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs John J. Damico and Tina M. Damico and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX-DGC (Member Case CV17-00070-PHX-DGC) are dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this ___ day of _____, 2018.