# UNITED STATES DISTRUCT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : | No. MDL 15-2641-PHX-DGC |
| This Document Relates to: Stacy Miller v. C.R. Bard Incorporated, et al., Civil Case No.: CV17-0395-PHX-DGC | : : : : : : | **ORDER** |

The Court has considered Plaintiff's unopposed motion to substitute party and motion for leave to amend complaint. Doc. 10917.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the unopposed motion to substitute party and motion for leave to amend complaint (Doc. 10917) is **granted.** Plaintiff shall file an amended short form complaint with the clerk of court no later than **May 8, 2018.**

Dated this 3rd day of May, 2018.

_____
David G. Campbell
United States District Judge