Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLATINIFF'S NOTICE OF LODGING TESTIMONY AND EXHIBITS RELATING TO CEPHALAD MIGRATION DEATHS** |

Plaintiff provides notice that, pursuant to the Court's order dated April 27, 2018 [Doc. 10920], she has submitted in camera the deposition testimony of Len DeCant, Christopher Ganser, and Daniel Orms and trial exhibit numbers 280, 1020, 1022, 1032, 1040, and 2243.

RESPECTFULLY SUBMITTED this 4th day of May 2018.

                                              GALLAGHER & KENNEDY, P.A.

                                              By:*/s/* Mark S. O'Connor
                                                     Mark S. O'Connor
                                                     2575 East Camelback Road
                                                   Phoenix, Arizona  85016-9225

                                            LOPEZ McHUGH LLP
                                                   Ramon Rossi Lopez (CA Bar No. 86361)
                                                   (admitted *pro hac vice*)
                                                   100 Bayview Circle, Suite 5600
                                                   Newport Beach, California 92660

                                            *Counsel for Plaintiffs*

1 | **CERTIFICATE OF SERVICE**

2  I hereby certify that on this 4th day of May 2018, I electronically transmitted the
3 attached document to the Clerk's Office using the CM/ECF System for filing and
4 transmittal of a Notice of Electronic Filing.

5  */s/ Deborah Yanazzo*

6 6596207

2