UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2641<br>)<br>) JUDGE DAVID G. CAMPBELL<br>)<br>) UNITED STATES DISTRICT JUDGE<br>)<br>)<br>) |

**This Document Relates to:**
*Cox v. CR BARD, INC., et al.*
*Civil Action No. 2:16-cv-03404-DGC*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Elihu Cox, on or about December 29, 2016.

Dated: May 4, 2018     Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: May 4, 2018

                                              Respectfully submitted,

                                              /s/ Monte Bond
                                              Monte Bond, Esq.
                                              Texas Bar No. 02585625
                                              Tautfest Bond PLLC
                                              5151 Belt Line Rd.
                                              Ste. 1000
                                              Dallas, Texas 75254
                                              214-617-9980 (Phone)
                                              214-853-4281 (Fax)
                                              mbond@tautfestbond.com

                                              *Attorney for the Plaintiffs*