## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **IN RE: BARD IVC FILTERS** | ) | **MDL NO. 2641** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **JUDGE DAVID G. CAMPBELL** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*Cox v. CR BARD, INC., et al.*
*Civil Action No. 2:16-cv-03404-DGC*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Bobbie Dawn Cox, on behalf of the Estate of Elihu David Cox, is substituted for Plaintiff Elihu David Cox, in the above captioned cause.

Date: _____          _____

Hon. David G. Campbell
United States District Court Judge