IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br>**FIRST AMENDED SHORT FORM COMPLAINT**<br>**BOBBIE COX, INDIVIDUALLY and on behalf of the Estate of ELIHU COX** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364) Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Elihu Cox

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Bobbie Cox; Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    n/a

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other:

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

-2-

☐   G2® X Vena Cava Filter

X   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11. Date of Implantation as to each product:

    6/09/2011

12. Counts in the Master Complaint brought by Plaintiff(s):

    X   Count I:      Strict Products Liability – Manufacturing Defect

    X   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

    X   Count III:    Strict Products Liability – Design Defect

    X   Count IV:     Negligence - Design

    X   Count V:      Negligence - Manufacture

    X   Count VI:     Negligence – Failure to Recall/Retrofit

    X   Count VII:    Negligence – Failure to Warn

    X   Count VIII:   Negligent Misrepresentation

    X   Count IX:     Negligence *Per Se*

    X   Count X:      Breach of Express Warranty

    X   Count XI:     Breach of Implied Warranty

    X   Count XII:    Fraudulent Misrepresentation

|   |   |   |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable  Ohio  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X  Yes

☐  No

-4-

RESPECTFULLY SUBMITTED this  4    day of May, 2018.

                                  TAUTFEST BOND, PLLC

                                  By: *s/Monte Bond*
                                         Monte Bond
                                         Texas Bar No. 02585625
                                         5151 Belt Line Road
                                         Suite 1000
                                         Dallas, TX 75254
                                         214.617.9980 (phone)
                                         214.617.9986 (fax)

                                Attorney for Plaintiff

I hereby certify that on this  4   day of May, 2018, I electronically transmitted the attached document to the Clerk's Office for filing using the CM/ECF System filing and transmittal of a Notice of Electronic Filing.

                                         *s/Monte Bond*