VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**
Type or print in permanent blue or black ink

Reg. Dist. No. 44
Primary Reg. Dist. No. 4400
Registrar's No. 4400-2015000403
State File No. 2016120813

## DECEDENT

1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any): **ELIHU DAVID COX**
2. Sex: **MALE**
3. Date of Death (Mo/Day/Year): **DECEMBER 29, 2016**
4. Social Security Number: **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**
5a. Age (Years): **25**
6. Date of Birth (Mo/Day/Year): **FEBRUARY 13, 1991**
7. Birthplace (City and State or Foreign Country): **IRONTON, OHIO**
8a. Residence State: **OHIO**
8b. County: **LAWRENCE**
8c. City or Town: **PEDRO**
8d. Street and Number: **382 ST RT 373**
8e. Apt. No: 
8f. Zipcode: **45659**
8g. Inside City Limits?: **NO**
9. Ever in US Armed Forces?: **NO**
10. Marital Status at Time of Death: **NEVER MARRIED**
11. Surviving Spouse's Name (If wife, give name prior to first marriage): 
12. Decedent's Education: **9TH THRU 12TH GRADE; NO DIPLOMA**
13. Decedent of Hispanic Origin: **NO**
14. Decedent's Race: **WHITE**
15. Father's Name: **BOBBY JOE COX**
16. Mother's Name (prior to first marriage): **BOBBIE DAWN JILES**
17a. Informant's Name: **BOBBIE COX**
17b. Relationship to Decedent: **MOTHER**
17c. Mailing Address: **382 ST RT 373, PEDRO, OHIO 45659**

## DISPOSITION

18a. Place of Death: **DECEDENT'S HOME**
18b. Facility Name (If not institution, give street & number): **382 ST RT 373**
18c. City or Town, State and Zip Code: **PEDRO, OH 45659**
18d. County of Death: **LAWRENCE**
19. Signature of Funeral Service Licensee or Other Agent: **DAVID THOMAS PHILLIPS**
20. License Number (of licensee): **008217**
21. Name and Complete Address of Funeral Facility: **PHILLIPS FUNERAL HOME, 1004 S 7TH ST, IRONTON, OH 45638**
22a. Method of Disposition: **BURIAL**
22b. Date of Disposition (Mo/Day/Year): **JANUARY 07, 2017**
22c. Place of Disposition: **COX-JILES FAMILY CEMETERY**
22d. Location (City, Town and State): **PEDRO, OH**

## REGISTRAR

23. Registrar's Signature: **JUANITA DALTON**
24. Date Filed (Mo/Day/Year): **MARCH 17, 2017**
25a. Name of Person Issuing Disposition Permit: **DALTON, JUANITA**
25b. District No: **4400**
25c. Date Disposition Permit Issued (Mo/Day/Year): **JANUARY 3, 2017**

## CERTIFIER

26a. Certifier (Check only one):
[ ] Certifying Physician
[X] Coroner or Medical Examiner
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated

26b. Time of Death: **2025 HOURS**
26c. Date Pronounced Dead (Mo/Day/Year): **DECEMBER 29, 2016**
26d. Was Case Referred to Medical Examiner or Coroner?: **YES**
26e. Signature and Title of Certifier: **KURT HOFMANN, DO**
26f. License number: **34.005262**
26g. Date Signed (Mo/Day/Year): **MARCH 17, 2017**
27. Name (First, Middle, Last) and Address of Person who Completed Cause of Death: **KURT HOFMANN, 912 PARK AVE, IRONTON, OH 45638**

## CAUSE OF DEATH

28. Part I.
a. Immediate Cause (Final disease or condition resulting in death): **ACUTE INTOXICATION BY FENTANYL** — Approximate Interval Between Onset and Death: **HOURS**
b. Due to (or as Consequence of):
c. Due to (or as Consequence of):
d. Due to (or as Consequence of):

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:

29a. Was An Autopsy Performed?: **YES**
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?: **YES**
30. Did Tobacco Use Contribute to Death?: **NO**
31. If Female Pregnancy Status: **NOT APPLICABLE**
32. Manner of Death: **ACCIDENT**
33a. Date of Injury (Mo/Day/Year): **12/29/2016 HOURS**
33b. Time of Injury: **APPROX 0300**
33c. Place of Injury: **RESIDENCE**
33d. Injury at Work?: **NO**
33e. Location of Injury: **382 STATE ROUTE 373, PEDRO, OHIO**
33f. Describe How Injury Occurred: **DECEDENT OVERDOSED ON FENTANYL**
33g. If Transportation injury, Specify:

HEA 2724 Rev. 07/16

Juanita Dalton, Registrar
MAR 17 2017

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.
REV. 7/2015
VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW