LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff<br>Stacy Miller<br>2:17-cv-00395-DGC | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Stacy Miller (Deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):

    Ashley Marshall, as Administrator of the Estate of Stacy Miller, Deceased

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Stacy Miller (Deceased) - Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Stacy Miller (Deceased) - Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Stacy Miller (Deceased) - N/A; Ashley Marshall - Ohio

| | | |
|---|---|---|
| 7. | District Court and Division in which venue would be proper absent direct filing: |
| | United States District Court, Eastern District of Kentucky |
| 8. | Defendants (check Defendants against whom Complaint is made): |
| | ☒ C.R. Bard Inc. |
| | ☒ Bard Peripheral Vascular, Inc. |
| 9. | Basis of Jurisdiction: |
| | ☒ Diversity of Citizenship |
| | ☐ Other: |
| | ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint: |
| 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)): |
| | ☐ Recovery® Vena Cava Filter |
| | ☐ G2® Vena Cava Filter |
| | ☐ G2® Express (G2® X) Vena Cava Filter |
| | ☐ Eclipse® Vena Cava Filter |
| | ☐ Meridian® Vena Cava Filter |
| | ☐ Denali® Vena Cava Filter |
| | ☒ Other: Bard |
| 11. | Date of implantation as to each product: |
| | 04/05/07 |
| 12. | Counts in the Master Complaint brought by Plaintiff(s): |
| | ☒ Count I: Strict Products Liability – Manufacturing Defect |

|  |  |  |
|---|---|---|
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☒ | Count XVI: | Wrongful Death |
| ☒ | Count XVII: | Survival |
| ☒ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

– 3 –

RESPECTFULLY SUBMITTED this 4th day of May 2018.

**LAW OFFICES OF BEN C. MARTIN**

By: */s/ Ben C. Martin*
Ben C. Martin (TX I.D. No. 13052400)
benmartin@bencmartin.com
Thomas Wm. Arbon (TX I.D. No. 01284275)
tarbon@bencmartin.com
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: 214.761.6614
Facsimile: 214.744.7590

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*Ben C. Martin*
Ben C. Martin