Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
    SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS SINGLETON JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **JOINT NOTICE OF FILING AMENDED PROPOSED JURY INSTRUCTIONS**<br><br>(The Honorable David G. Campbell) |

In accordance with the Court's direction on Friday, May 4, 2018, the Parties hereby submit their Amended Proposed Jury Instructions and shows the Court as follows:

The parties used the final instructions given in *Booker* with the following changes:

1.  The parties changed "Booker" to "Jones" and "G2" to Eclipse."  Those changes are not indicated by "track changes" or color.

2.  Changes proposed by the Plaintiff are highlighted in yellow.

3.  Changes proposed by Bard are highlighted in blue.

4.  Changes proposed collectively by both Plaintiff and Bard are highlighted in green.

5.  Proposed deletions are marked through using "track changes," but are not deleted. If the deletion is proposed by Plaintiff it is highlighted in yellow, if it proposed by Bard it is highlighted in blue, and if it is proposed by both parties it is highlighted in green.

6.  Proposed additions are highlighted as indicated in 2-4 above.

Other than names the parties made no changes to the following Instructions:

1 – 13, 15, 21, and 23 – 28

For each party's proposed instructions that were not given in *Booke*r, the title is highlighted with the respective color listed above.  The parties inserted those new instructions in where they believe they should be included.

//

//

//

//

//

//

//

//

//

//

//

1

RESPECTFULLY SUBMITTED this 7th day of May, 2018.

2

3

By:_/s/_Mark S. O'Connor_____          By:_/s/_Richard B. North, Jr._____

Mark S. O'Connor (011029)                      Richard B. North, Jr. (*pro hac vice*)

4

Gallagher & Kenneth, P.A.                        Georgia Bar No. 545599

2575 East Camelback Road                       Elizabeth C. Helm (*pro hac vice*)

5

Phoenix, AZ 85016-9225                          Georgia Bar No. 289930

NELSON MULLINS RILEY &

6

Ramon Rossi Lopez                                SCARBOROUGH LLP

(admitted *pro hac vice*)                        201 17th Street, NW / Suite 1700

7

CA Bar No. 86361                                 Atlanta, GA 30363

LOPEZ McHUGH LLP

8

100 Bayview Circle, Suite 5600                  James R. Condo (005867)

Newport Beach, CA 92660                         Amanda C. Sheridan (027360)

9

*Attorneys for Plaintiffs*                       SNELL & WILMER L.L.P.

One Arizona Center

10

400 E. Van Buren, Suite 1900

Phoenix, AZ 85004-2202

11

*Attorneys for C. R. Bard, Inc. and Bard*

12

*Peripheral Vascular, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/ Richard B. North, Jr.    
Richard B. North, Jr.
