Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, <br><br> Defendants. | **NOTICE OF LODGING OF [PROPOSED] JUDGMENT IN FAVOR OF PLAINTIF SHERR-UNA BOOKER** <br><br> (The Honorable David G. Campbell) |

Plaintiff, Sherr-Una Booker, by and through her attorneys hereto, submits, and lodges, the following document:

**[Proposed] Judgment in Favor of Plaintiff.**

RESPECTFULLY SUBMITTED this 7th day of May, 2018.

                GALLAGHER & KENNEDY, P.A.

                By: *s/ Mark S. O'Connor*
                     Mark S. O'Connor
                     2575 East Camelback Road
                     Phoenix, Arizona 85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

### **Certificate of Service**

I hereby certify that on this 7th day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*
Gay Mennuti