# EXHIBIT A

| Exhibit | Description | Category |
|---|---|---|
| 553 | Asch Deposition, 05/02/2016 - Exhibit 203 - 9/14/2002 Memo from Thomas Kinst to Recovery Filter Design History File Re. Recovery Filter Compassionate Use, Subject: "Conference call with Bard Peripheral Technologies regarding clinical assessment of Recovery Filter removal #5" | 2 |
| 709 | Brauer, 08/02/2017, Exhibit 1046 - Bard Simon Nitinol Filter, Postmarket Surveillance Study Amendment, August 10, 2014 | 2 |
| 876 | Chanduszko Deposition, 04/23/2015 - Exhibit 17 - Pages 30-44 of Notebook No. 7013, Project: Recovery Filter Arm Fatigue Testing | 1 |
| 905 | Ciavarella Deposition, 03/01/2011 - Exhibit 07 - 12/20-12/23/2005 E-mail exchange b/w Walcott and Ciavarella Re. "G2 Caudal Migrations" | 3 |
| 927 | Ciavarella Deposition, 11/12/2013 - Exhibit 35 - Health Hazard Evaluation Memo from Ciavarella to Uelmen Re. "Recovery Filter - Consultant's report", dated 12/17/2004 | 2 |
| 945 | Cohen, 01/25/2017, Exhibit 736 - Monthly Report, IVC Filters/Covered Stents, Janet Hudnall, April, 2004 | 2 |
| 1062 | Edwards Deposition, 01/20/2014 - Exhibit 14 - BPV PowerPoint presentation entitled "BPV/AngioMed New Product Development Review Meeting - April 26, 2004" | 2 |
| 1216 | Ganser Deposition, 10/11/2016 - Exhibit 526 - Regulatory Affairs Manual Re. "Product Remedial Actions", RA-STD-002 Rev. 08, dated 10/12/2000 | 4 |
| 1221 | Ganser Deposition, 10/11/2016 - Exhibit 533 - 2/15/2006 Health Hazard Evaluation from David Ciavarella to Gin Schulz Re. "G2 Inferior Vena Cava Filter - Migration" | 4 |
| 1222 | Ganser Deposition, 10/11/2016 - Exhibit 534 - PowerPoint Presentation for a meeting to analyze EVEREST and MAUDE data and provide justifications for proposed changes to G2 filter | 2, 3 |
| 1295 | Graves Deposition, 02/27/2014 - Exhibit 10 - 3/23/2006 E-mail exchange b/w Mickey Graves and Charlie Simpson, FEA on G2, regarding Historical FEA analysis | 2 |
| 1517 | Kessler Report - Based on the Fishbone analysis insufficient caudal anchoring is likely the root cause of caudal tilts and caudal migrations, and indirectly of penetrations and fractures." | 1, 2 |

| | | |
|---|---|---|
| 1578 | Kessler Report ETR-06-28-29, revision 0, project #8049, Caudal Migration Test Method Development and G2 Filter Resistance Test Report, 11/27/06 | 1, 2 |
| 1680 | McDonald Deposition, 07/29/2016 - Exhibit 21 - 7/13/2015 Warning Letter from the FDA regarding the 11/25/2014 Inspection of the C.R. Bard facility in NY and the 11/18/2014-1/5/2015 Inspection of the BPV facility in AZ | 4 |
| 1945 | Schulz Deposition, 01/30/2014 - Exhibit 16 - 10/1/2006 E-mail from Nataile Wong to Several Re. "Fracture Docs" | 3 |
| 1946 | Schulz Deposition, 01/30/2014 - Exhibit 17 - 2/2/2006 E-mail from Gin Schulz to Several Re. "Minutes" | 3 |
| 1951 | Schulz Deposition, 01/30/2014 - Exhibit 5 - 1/31/2005 Memo from Peter Palermo to Kerry Chunko Re. "Quality Plan 2005" | 2 |
| 2048 | Sullivan Deposition, 09/16/2016 - Exhibit 437 - Document entitled "Failure Investigations/R002 History Review" | 2, 3 |
| 2052 | Sullivan Deposition, 09/16/2016 - Exhibit 446 - Draft of PowerPoint Presentation entitled "G2 and G2X Fracture Analysis", dated 11/30/2008 | 3 |
| 2059 | Tessmer Deposition, 06/12/2013 - Exhibit 02 - Project Status Report Form for the Recovery Filter, Project No. 7081, initiated 7/1/2002 with the goal to "Investigate Migration"; FM0700160, Rev. 1. | 2 |
| 2090 | Tillman, 08/04/2017, Exhibit 1064 - NMT Medical, Inc. Document | 2 |
| 2217 | Williamson Deposition, 09/07/2016 - Exhibit 105 - Cover page entitled "Attachment 1.14", followed by the 1/23/2015 Memo from Ludwig to Chad Modra Re. "IVC Filters Retrospective Review", detailing the 2-year review of 939 filter complaints from 1/2013 to 1/2015, with a chart detailing whether the MDR classification changed for any complaints | 2, 3 |
| 2243 | Wong Deposition, 10/18/2016 - Exhibit 537 - 4/23/2004 E-mail from John Lehmann to Carr and Uelmen Re. "Draft data set for statistician" | 3 |
| 2245 | Wong Deposition, 10/18/2016 - Exhibit 540 - Confidential PowerPoint Presentation entitled "Recovery (Gen 1) - Fracture and Migration Complaint Update," dated 6/20/2006 | 3 |
| 2246 | Wong Deposition, 10/18/2016 - Exhibit 541 - 8/4/2006 E-mail from Natalie Wong to Gin Schulz Re. "Updated RNF Draft Report" | 3 |

| | | |
|---|---|---|
| 2247 | Wong Deposition, 10/18/2016 - Exhibit 542 - 12/2/2009 E-mail exchange b/w Sandy Kerns and Natalie Wong Re. "Filter Fractures" | 3 |
| 2248 | Wong Deposition, 10/18/2016 - Exhibit 543 - PAT PowerPoint Presentation entitled "G2 Caudal Migration Update," dated 3/2/2006, which Wong circulated via e-mail on 3/2/2006 to several for the presentation that afternoon | 3 |
| 2249 | Wong Deposition, 10/18/2016 - Exhibit 544 - 5/18/2006 Natalie Wong meeting documents, email re "Caudal Investigation" with attachments of G2 Caudal Report 05.18.06 and Caudal Pre-PAT minutes | 3 |
| 2250 | Wong Deposition, 10/18/2016 - Exhibit 545 - BPV's Failure Investigation Report on the G2 Filter - Caudal Migration, FIR-06-01-01, unsigned and forwarded by Wong to Gin Schulz for her review, in anticipation of the Friday deadline | 2, 3 |
| 2251 | Wong Deposition, 10/18/2016 - Exhibit 547 - 4/10/2006 High Importance E-mail from Cindi Walcott to Allen, Schulz, and McDermott Re. "FW: FDA Request for Information" | 4 |
| 2252 | Wong Deposition, 10/18/2016 - Exhibit 548 - 9/25/2007 E-mail from John Lehmann to John Van Vleet and John Reviere Re. "EVEREST FSR rev H and supporting redlines | 1 |
| 2253 | Wong Deposition, 10/18/2016 - Exhibit 549 - 5/27/2004 E-mail from Natalie Wong to Doug Uelmen Re. "Recovery Stats" | 3 |
| 4327 | Monthly Global PV Report - January 2006, date of memo, 02/10/2006 | 2, 3 |
| 5022 | RD-LNB-087 Laboratory Notebook | 2 |
| 5037 | ETR-05-02-02 (Effects of Changes to the Recovery Filter & The Femoral Delivery System on Filter Stresses Based on FEA Analysis) | 2 |
| 5189 | July 10, 2002 IMPRA Recovery Permanent Special 510(k) (K022236) | 4 |
| 5195 | Nov. 30, 2004 Letter FDA to BPV re Recovery IFU and DDL | 4 |
| 5232 | RD-RPT-116 (RNF Migration Study) (Test report for RD-SOP-035.02) RD-RPT-116 | 1, 3 |
| 5233 | RD-SOP-054.00 (Recovery Filter EnduraTEC Fatigue Testing SOP NMT) | 1 |
| 5290 | TD-00456 (EVEREST Study Final Report) | 1 |

| | | |
|---|---|---|
| 5296 | G2 Filter Product Performance Specification, v.2 | 1 |
| 5301 | ETR-05-01-06 Animal Model Evaluation of Recovery Filter G1A Femoral System Report | 1 |
| 5302 | TPR 05-01-13 G1A Recovery Filter Femoral System Design Verification and Validation Protocol | 1 |
| 5303 | ETR-05-02-05 (G2® DV&V summary testing) | 1 |
| 5304 | ETR 05-02-11 G1A Recovery Filter Femoral System Chronic Animal Study Report | 1 |
| 5315 | Phase 2 Design Review G1A Recovery Filter Femoral Delivery System | 2 |
| 5316 | Phase 3 Design Review (Design Review 3 & 4) G1A Recovery Filter Femoral Delivery System | 2 |
| 5323 | Aug. 8, 2005 FDA Grants BPV Conditional Approval for G2 Everest Study (G050134) | 4 |
| 5324 | July 8, 2005 BPV's original IDE submission re G2 Everest Study (G050134) | 4 |
| 5325 | Oct. 3, 2005 Letter BPV to FDA re G2 Everest Study (G051034) and Conditional Approval | 4 |
| 5329 | June 21, 2006 Letter BPV to FDA re G2 Everest Study (G051304) IDE Supplement | 4 |
| 5333 | Feb. 2, 2007 Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report | 4 |
| 5334 | Sept. 21, 2007 Letter FDA to BPV Questions re G2 Everest Study (G051304) | 4 |
| 5335 | Aug. 23, 2007 Letter BPV to FDA re G2 Everest Study (G051304) Annual Progress Report | 4 |
| 5336 | Oct. 25, 2007 Letter BPV to FDA re Responses to FDA re G2 Everest Study (G051304) | 4 |
| 5340 | Oct. 31, 2007 BPV's G2 Filter Retrievable Traditional 510(k) (K073090) | 4 |
| 5344 | July 28, 2005 Letter FDA to BPV re AI re Modified Recovery (K050558) | 4 |
| 5349 | Mar. 2, 2005 BPV's Modified Recovery Filter Special 510(k) (K050558) | 4 |

| | | |
|---|---|---|
| 5354 | Sept. 19, 2005 BPV's G2 Filter - Jugular Subclavian Delivery Kit Special 510(k) (K052578) | 4 |
| 5361 | Sept. 25, 2006 BPV's G2 Filter - Femoral Delivery Kit Special 510(k) (K062887) | 4 |
| 5483 | sopq1417500 Rev 1 -- Statistical Complaint Trending Procedure PMA Related<br>sopq1417500 Rev 1 -- Statistical Complaint Trending Procedure PMA Related | 3 |
| 5526 | TPR-04-02-02 (Protocol for RNF Migration Testing v. Competitive) Test Protocol Number TPR-04-02-02 (Rev. 0) -- Characterization of the Recovery Filter (RF) - Migration Resistance | 1 |
| 5539 | G2 Caudual Migration Failure Investigation Report Aug. 4, 2005 G2 Filter Caudal Migration Failure Investigation Report (FIR-06-01-01) G2 Caudual Migration Failure Investigation Report | 3 |
| 5560 | Standard Operating Procedures / Division Operating Procedures -- CQA-STD-R002 Rev 11 | 2 |
| 5602 | FDA CONTACT REPORT January 7 2010 FINAL | 4 |
| 5691 | BPV FDA 483 Update Response March 26, 2015.pdf | 4 |
| 5706 | September 3 2015 Update Response to Warning Letter issued July 13 2015.pdf | 4 |
| 5851 | TD-04698 Re_Retrospective IVC Filter Review.pdf | 2, 3 |
| 5872 | FDA Warning Close Out Letter | 4 |
| 5874 | Bard filter rate information December 2016 | 3 |
| 5877 | 1996 Memo from Veronica Price | 4 |
| 5879 | April 11, 2006 Letter to FDA re Caudal Migration | 4 |
| 5880 | March 23, 2006 Letter to FDA re G2 Caudal Migration | 4 |
| 5881 | May 11, 2006 Letter to FDA re Caudal Migration | 4 |
| 5942 | January 7, 2010 FDA Powerpoint Presentation | 4 |

| 5949 | ETR-06-05-02 (Test report re G2® Clot Trapping Efficiency) | 1 |
|---|---|---|
| 5994 | TD-04316 Nov. 4, 2015 FDA and Bard Teleconference | 4 |
| 5995 | TD-04326 Oct. 26, 2015 FDA and Bard Teleconference | 4 |
| 6046 | August 28, 2006 EVEREST Medical Monitor Adjudication Meeting Minutes | 3 |
| 6061 | Aug. 22, 2005 Internal FDA memo reviewing BPV's Responses to FDA AI re G2 (K050558) | 4 |
| 6064 | July 26, 2005 Internal FDA memo re BPV Responses to FDA AI re Modified Recovery (K050558) | 4 |