IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion and Memorandum in Support to Seal Certain Trial Exhibits in the *Booker* MDL Case, and for other good cause shown, the Motion is hereby granted and the exhibits Defendants identified in Exhibit A to their Motion and Memorandum in Support to Seal Certain Trial Exhibits are hereby sealed in their entirety.