# EXHIBIT A
# (Filed Under Seal)

# EXHIBIT B

MARCH 15, 2018 P.M.

1              **UNITED STATES DISTRICT COURT**

2              **FOR THE DISTRICT OF ARIZONA**

3                   _____

4

5   **In re:  Bard IVC Filters,**            )
    **Products Liability Litigation**         )
                                             )
6                                            )
                                             ) MD-15-02641-PHX-DGC
7   _____ )
    **Sherr-Una Booker, an individual,**      )
8                                            ) Phoenix, Arizona
                     Plaintiff,              ) March 15, 2018
9              v.                            )
                                             )
10  **C.R. Bard, Inc., a New Jersey**         )
    **corporation; and Bard Peripheral**      ) CV-16-00474-PHX-DGC
11  **Vascular, Inc., an Arizona**            ) 12:59 p.m.
    **corporation,**                          )
12                                           )
                     Defendants.             )
13  _____ )

14

15          **BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

16          <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

17               <u>**JURY TRIAL - DAY 2 P.M.**</u>

18               (Pages 337 through 444)

19

20

21  Official Court Reporter:
    **Elaine Cropper, RDR, CRR, CCP**
    Sandra Day O'Connor U.S. Courthouse
22  401 West Washington Street
    Suite 312, SPC 35
23  Phoenix, Arizona  85003-2150
    (602) 322-7245

24

25  Proceedings Reported by Stenographic Court Reporter
    Transcript Prepared by Computer-Aided Transcription

                United States District Court

1  director from Bard.  He was there from 2004 through 2008 or '9                    02:19:14

2  but he was there during the period.

3          MR. NORTH:  My only correction is he's still employed

4  there today.

5          MR. LOPEZ:  Oh.  Okay.                                                    02:19:28

6          THE COURT:  You can begin playing the deposition.

7          This should be on your screen, ladies and gentlemen

8  and you should be able to hear it.

9          (Whereupon, videotaped deposition of Dr. David

10  Ciavarella was played for the jury.)                                            02:20:52

11          THE COURT:  All right.  Let's stop the deposition at

12  this point.

13          Latches, we'll take the afternoon break.  We will

14  plan to resume at a quarter to three.  We'll excuse you at this

15  time.                                                                           02:29:46

16          (Jury departs at 2:29.)

17          THE COURT:  Counsel, let me remind you of what I said

18  in an order that came out last week.  We're not having the

19  court reporters transcribe what is being played on the

20  deposition.  So you should be sure to put in the record an      02:30:22

21  agreed-upon statement of what portions of the depositions were

22  read so that it's clear on appeal.

23          This portion we just watched showed a document which

24  the jury has seen and it was asked about.  There's been no

25  discussion that I know of moving that into evidence.  If so,     02:30:40

**Designation Run Report**

# Civarella 11-12-13 Booker Depo Designations Final2

---

**Ciavarella, David 11-12-2013**

---

| | |
|---|---|
| **Plaintiffs Designations  00:20:49** | |
| **Defense Designations  00:08:35** | |
| **P & D Affimatives  00:09:54** | |

**Total Time  00:39:18**



| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

106:9   Q. I'm just trying to find out
106:10 from you what your position and Bard's position
106:11 is about the significance of what is being
106:12 reported and trended via the MAUDE database.
106:13   A. Well --
106:14   Q. Can you tell me what that is?
106:15   A. -- with respect to our own reports
106:16 that we provide to the MAUDE database, we
106:17 already know that information.  So whether that
106:18 information goes to the MAUDE database or not,
106:19 Bard has access to that information and can use
106:20 it to assure the quality of its product.
106:21 With respect to our competitors'
106:22 information, it's a very imperfect and,
106:23 therefore, unreliable database.

**110:21 - 111:3**   **Ciavarella, David 11-12-2013 (00:00:23)**   03_12_18 Combo final2.22

110:21   Q. Again, looking at Exhibit
110:22 21, this is the -- at least the internal
110:23 document that should have guided Bard in its
110:24 assessment and evaluation and determination as
110:25 to whether or not the Recovery or any version of
111:1 the G2 should have been recalled from the
111:2 market; is that right?
111:3   A. Yes.

**131:6 - 131:12**   **Ciavarella, David 11-12-2013 (00:00:15)**   03_12_18 Combo final2.23

131:6   Q.  But there's a general consensus
131:7 that that might be, in fact, the case, you're
131:8 only getting 1 to 5 percent of what's actually
131:9 happening, actually reported to the company or
131:10 FDA?
131:11   A. I mean, maybe yes, maybe no.  That's
131:12 the problem with it is you don't know.

**131:16 - 131:23**   **Ciavarella, David 11-12-2013 (00:00:19)**   03_12_18 Combo final2.24

131:16   Q. But there was at one point in
131:17 time -- I can show you the document later --
131:18 where you, Dr. Ciavarella, said one of the
131:19 problems with reporting of events, voluntary
131:20 reporting, is there's a consensus that you might
131:21 be only getting 1 to 5 percent of the actual
131:22 events; right?

| Page/Line | Source | ID |
|---|---|---|

**131:23   A. Could be.  Yeah, there's a consensus.**

174:22 - 175:9   **Ciavarella, David 11-12-2013 (00:00:50)**   `03_12_18 Combo final2.25`

174:22   Q.  let's look at the caval
174:23 perforation issue that we talked about earlier
174:24 as it relates to the G2.  If you look at the
174:25 rates -- by the way, that does say "Rates,"
175:1 doesn't it, in the column?  They use the word
175:2 "Rates"?
175:3   A. Down at the bottom they do, yeah.
175:4   Q. Okay.  And according to this data, the
175:5 rates of caval perforations compared to the SNF
175:6 and the G2, is the G2 is still, at least
175:7 according to this data, about -- what's that,
175:8 about 800 percent greater?
175:9   A. No.

175:10 - 175:12   **Ciavarella, David 11-12-2013 (00:00:02)**   `03_12_18 Combo final2.26`

175:10   Q. I'm just asking you to do some math
175:11 with me.
175:12   A. You're misinterpreting the data.

176:2 - 176:8   **Ciavarella, David 11-12-2013 (00:00:14)**   `03_12_18 Combo final2.27`

176:2   Q. If you
176:3 look at the difference between the rates that
176:4 are reported on this document, the rates of
176:5 caval perforations are greater for the G2 when
176:6 compared to both the Recovery and the Simon
176:7 Nitinol filter?
176:8   A. Yes.

179:16 - 179:25   **Ciavarella, David 11-12-2013 (00:00:32)**   `03_12_18 Combo final2.28`

179:16   Q. Well, eventually didn't Dr. Lehmann
179:17 take some of this data -- I don't know what time
179:18 period it was -- the MAUDE data, and determine
179:19 that there was a statistically significant
179:20 increased risk of migration, perforation,
179:21 fractures, and other complications involved with
179:22 the Recovery filter when compared to all other
179:23 filters on the market by a factor of somewhere
179:24 between the low 4s and the mid 5s?
179:25   A. Yeah.

180:2 - 180:9   **Ciavarella, David 11-12-2013 (00:00:28)**   `03_12_18 Combo final2.29`

180:2   A. He did an analysis based on reported

# EXHIBIT C

March 20, 2018 - P.M.

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF ARIZONA

3                 _____

4
   In re:  Bard IVC Filters,        )
5  Products Liability Litigation    )
                                     )
6                                    )
                                     )  MD-15-02641-PHX-DGC
7  _____ )
   Sherr-Una Booker, an individual, )
8                                    )  Phoenix, Arizona
                    Plaintiff,       )  March 20, 2018
9            v.                      )  12:59 p.m.
                                     )
10 C.R. Bard, Inc., a New Jersey     )
   corporation; and Bard Peripheral )  CV-16-00474-PHX-DGC
11 Vascular, Inc., an Arizona        )
   corporation,                      )
12                                   )
                    Defendants.      )
13 _____ )

14
          BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE
15
          REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
               JURY TRIAL - DAY 4 P.M.
17

18             (Pages 780 through 899)

19

20
   Official Court Reporter:
21 Elaine Cropper, RDR, CRR, CCP
   Sandra Day O'Connor U.S. Courthouse
22 401 West Washington Street
   Suite 312, SPC 35
23 Phoenix, Arizona  85003-2150
   (602) 322-7245
24
   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription


               United States District Court

1    exhibits that will be appearing in the video that I would like        04:07:17

2    to read off and move into evidence.

3            Trial Exhibit 2244, which is D'Ayala Exhibit Number 2

4    at his deposition; Trial Exhibit 2057 is Exhibit 3 to his

5    deposition; trial Exhibit 994, which is Exhibit Number 4 to his       04:07:36

6    deposition; Trial Exhibit 2321, which is Exhibit Number 8 to

7    his deposition; and Trial Exhibit 1001 which is Exhibit 13 to

8    his deposition.

9            THE COURT:  And are you moving those into evidence?

10            MS. REED ZAID:  Yes, sir.                                     04:07:58

11            THE COURT:  Any objection?

12            MS. HELM:  No, Your Honor.

13            THE COURT:  All right.  Those exhibits will admitted.

14    And you may play the deposition.

15            (Exhibit Numbers 2244, 2057, 994, 2321, 1001 were            04:08:04

16    admitted into evidence.)

17            MS. REED ZAID:  Thank you.

18            (Whereupon the deposition of Dr. D'Ayala was played.)

19            THE COURT:  All right.  Counsel.  Let's stop the

20    video there.                                                         04:19:47

21            All right.  We are at 4:20, ladies and gentlemen.  We

22    will plan to begin tomorrow morning at nine and we will excuse

23    the jury at this time.

24            (Jury departs at 4:20.)

25            THE COURT:  Please be seated.                                 04:20:22

                        United States District Court

**Designation Run Report**

# D'Ayala 03-21-17 Booker Depo Designation Final3.1

---

**D, ayala 03-21-2017**

---

**Plaintiffs Designations  00:23:55**

**Defense Designations  00:16:37**

**Plaintiffs  and defense Designations   00:00:50**

**Total Time  00:41:22**



ID:03_20_18 combo final3_1

| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |

| Page/Line | Source | ID |
|---|---|---|
| | 21:11 there's potential for a serious injury or death, | |
| | 21:12 correct? | |
| | 21:13  A. Yes. | |
| 21:21 - 22:5 | **D, ayala 03-21-2017 (00:00:27)** | 03_20_18 combo final3_1.6 |
| | 21:21  Q. Let me ask you about the | |
| | 21:22 frequency of risk, and that is, the risk of serious | |
| | 21:23 injury or death. | |
| | 21:24 Is it important to you, as a treating | |
| | 21:25 doctor that implants devices in a patient, what the | |
| | 22:1 frequency of that risk is, whether it's one in a | |
| | 22:2 million or one in ten?  Is that an important -- is | |
| | 22:3 that important information for you in determining | |
| | 22:4 the risk versus benefit analysis? | |
| | 22:5  A. Yes. | |
| 23:2 - 23:5 | **D, ayala 03-21-2017 (00:00:10)** | 03_20_18 combo final3_1.7 |
| | 23:2 Is it important to you, as a | |
| | 23:3 clinician that implants medical devices, to know the | |
| | 23:4 frequency of which a device fails? | |
| | 23:5  A. Yes. | |
| 23:15 - 23:24 | **D, ayala 03-21-2017 (00:00:30)** | 03_20_18 combo final3_1.8 |
| | 23:15  Q. What about the risk of | |
| | 23:16 serious injury, that is, the severity of the injury? | |
| | 23:17 Is that also important for you to know, when doing a | |
| | 23:18 risk/benefit analysis, whether you use a product or | |
| | 23:19 not? | |
| | 23:20  A. Yes. | |
| | 23:21  Q. And those two individual points of | |
| | 23:22 analysis, that is, frequency and severity of adverse | |
| | 23:23 events, both of those are used in your prescribing | |
| | 23:24 decisions? | |
| 24:1 - 24:5 | **D, ayala 03-21-2017 (00:00:13)** | 03_20_18 combo final3_1.9 |
| | 24:1 THE WITNESS:  Yes. | |
| | 24:2 BY MR. MATTHEWS: | |
| | 24:3  Q. Doctor, you only saw Ms. Booker in | |
| | 24:4 June of 2007; is that correct? | |
| | 24:5  A. Yes. | |
| 26:7 - 27:12 | **D, ayala 03-21-2017 (00:01:50)** | 03_20_18 combo final3_1.10 |
| | 26:7  Q. So oftentimes, you'll treat a patient | |
| | 26:8 and implant a filter, as an example, or a stent, and | |
| | 26:9 that may be the only time that you see that patient? | |

| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |

30:6 Sinai Hospital in '97, '98.

**31:13 - 31:16**   **D, ayala 03-21-2017 (00:00:07)**   `03_20_18 combo final3_1.13`
31:13   Q. You said you moved away from the Bard
31:14 filter because of problems associated with it,
31:15 correct?
31:16   A. Yes.

**31:19 - 32:1**   **D, ayala 03-21-2017 (00:00:22)**   `03_20_18 combo final3_1.14`
31:19   Q. What were the problems associated
31:20 with the Bard that -- the reason that you moved away
31:21 from it?
31:22   A. There is a database known as the
31:23 MAUDE database and it was becoming clear that there
31:24 were numerous reports in the literature of filter
31:25 fragmentation and filter migration with these
32:1 filters.

32:8 - 32:12   D, ayala 03-21-2017 (00:00:10)   `03_20_18 combo final3_1.15`
32:8   Q. Were you called upon by a sales rep
32:9 or somebody that's known as a detailer from Bard
32:10 that came to your hospital to talk to you --
32:11   A. Yes.
32:12   Q. -- about their filters?

**32:19 - 32:20**   **D, ayala 03-21-2017 (00:00:01)**   `03_20_18 combo final3_1.16`
32:19 Do you recall a sales rep by the name
32:20 of Ferrara?

**32:23 - 32:25**   **D, ayala 03-21-2017 (00:00:07)**   `03_20_18 combo final3_1.17`
32:23   A. I do.
32:24   Q. Was he in your offices from time to
32:25 time to talk about the Recovery and the G2?

**33:3 - 33:3**   **D, ayala 03-21-2017 (00:00:00)**   `03_20_18 combo final3_1.18`
33:3   A. Yes.

33:7 - 33:13   D, ayala 03-21-2017 (00:00:18)   `03_20_18 combo final3_1.19`
33:7   Q. Were you ever told by Mr. -- is it
33:8 Ferrara?
33:9   A. Uh-huh.
33:10   Q. -- Mr. Ferrara that Bard had a crisis
33:11 management plan, as early as 2004, to deal with the
33:12 high rates of AEs, that being, adverse events,
33:13 perforation, fracture and migration?

33:15 - 33:20   D, ayala 03-21-2017 (00:00:18)   `03_20_18 combo final3_1.20`
33:15 THE WITNESS:  No.

| 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |
| | 33:16 BY MR. MATTHEWS:<br>33:17  Q. Were you ever told that Bard<br>33:18 conducted an investigation in 2004 into the high<br>33:19 number or large number of adverse events of the<br>33:20 Recovery done by an independent investigator? | |
| 33:22 - 34:3 | **D, ayala 03-21-2017 (00:00:12)**<br>33:22 THE WITNESS:  No.<br>33:23 BY MR. MATTHEWS:<br>33:24  Q. Were you ever sent a letter by the<br>33:25 company that talked to you or -- I'm sorry, that<br>34:1 informed you about the results of this<br>34:2 investigation, this independent investigation by<br>34:3 Bard? | 03_20_18 combo final3_1.21 |
| 34:5 - 34:10 | **D, ayala 03-21-2017 (00:00:13)**<br>34:5 THE WITNESS:  No.<br>34:6 BY MR. MATTHEWS:<br>34:7  Q. Were you ever told, either by letter<br>34:8 or by Mr. Ferrara, that there was a 530 percent<br>34:9 higher fracture rate than other filters on the<br>34:10 market with the Bard Recovery? | 03_20_18 combo final3_1.22 |
| 34:12 - 34:17 | **D, ayala 03-21-2017 (00:00:12)**<br>34:12 THE WITNESS:  No.<br>34:13 BY MR. MATTHEWS:<br>34:14  Q. Were you ever told that there was a<br>34:15 1,200 percent higher risk of death from the Recovery<br>34:16 fracture and embolization to the heart than other<br>34:17 filters on the market? | 03_20_18 combo final3_1.23 |
| 34:19 - 35:2 | **D, ayala 03-21-2017 (00:00:20)**<br>34:19 THE WITNESS:  No.<br>34:20 BY MR. MATTHEWS:<br>34:21  Q. In 2004 and 2005, clearly two years<br>34:22 prior to implanting Ms. Booker with the G2, would<br>34:23 that have been important information for you to<br>34:24 know?  Assuming that that was information that was<br>34:25 known to Bard, is that something that you would want<br>35:1 to have known?<br>35:2  A. Yes. | 03_20_18 combo final3_1.24 |
| 37:22 - 37:24 | **D, ayala 03-21-2017 (00:00:08)**<br>37:22  Q. Let me show you what's been marked as<br>37:23 Exhibit-3, which is the Recovery filter migration, | DAYALA 3.1.2<br>DAYALA 3.1.1 |

| Page/Line | Source | ID |
|---|---|---|
| | 44:22 and addressed. | |
| | 44:23 BY MR. MATTHEWS: | |
| | 44:24   Q. At a bare minimum, the MAUDE database | |
| | 44:25 would be a signal, a red flag -- | |
| 45:2 - 45:6 | **D, ayala 03-21-2017 (00:00:08)** | 03_20_18 combo final3_1.33 |
| | 45:2 BY MR. MATTHEWS: | |
| | 45:3   Q. -- a red flag that should cause and | |
| | 45:4 promote more research into whether a product is safe | |
| | 45:5 and effective? | |
| | 45:6   A. Agree. | |
| 47:2 - 47:7 | **D, ayala 03-21-2017 (00:00:16)** | 03_20_18 combo final3_1.34 |
| | 47:2   Q. But let me ask you, then, this | |
| | 47:3 question, just so we're clear. | |
| | 47:4 Do you rely, in part, on IFUs, that | |
| | 47:5 is, instructions for use, with the products you | |
| | 47:6 implant in patients? | |
| | 47:7   A. Yes. | |
| 47:13 - 47:15 | **D, ayala 03-21-2017 (00:00:09)** | 03_20_18 combo final3_1.35 |
| | 47:13 MR. MATTHEWS:  All right.  I would | DAYALA 4.1.3 |
| | 47:14 like to mark as Exhibit-4 an IFU from the G2 filter | |
| | 47:15 system that, on the last page, is dated 10/06. | |
| 48:11 - 49:8 | **D, ayala 03-21-2017 (00:00:53)** | 03_20_18 combo final3_1.36 |
| | | clear |
| | 48:11   Q. Doctor, I'd like to -- I don't mean | |
| | 48:12 to interrupt you, but I would like to ask a couple | |
| | 48:13 of specific questions about this. | |
| | 48:14   A. Please do. | |
| | 48:15   Q. On the second -- on the right-hand | DAYALA 4.1 |
| | 48:16 column, under 7, there is a -- under E, warning, G2 | |
| | 48:17 Filter implantation, it says, Filter fracture is a | DAYALA 4.1.1 |
| | 48:18 known complication of vena cava filters. | |
| | 48:19 Do you see that? | |
| | 48:20   A. I do. | |
| | 48:21   Q. It says, There have been -- There | |
| | 48:22 have been reports of embolization of vena cava | |
| | 48:23 filter fragments resulting in retrieval of the | |
| | 48:24 fragment using endovascular and/or surgical | |
| | 48:25 techniques.  Most cases of filter fracture, however, | |
| | 49:1 have been reported without any adverse clinical | |
| | 49:2 sequelae. | |
| | 49:3 I'd like to ask you about the first | DAYALA 4.1.2 |

| Page/Line | Source | ID |
|-----------|--------|-----|

**03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1**

61:21 had a fivefold increased risk for fracture compared
61:22 to other filters.
61:23 BY MR. MATTHEWS:
61:24   Q. In 2007 would you have implanted that
61:25 filter?

**62:5 - 62:24**    **D, ayala 03-21-2017 (00:01:08)**    03_20_18 combo final3_1.50

62:5 THE WITNESS:  The PREPIC 1 trial is a
62:6 great study, and it's a very interesting study.  But
62:7 there are problems in this study, as there are
62:8 problems with every study.  And the fundamental
62:9 problem that you have with this trial is that it
62:10 randomized patients who were candidates for caval
62:11 interruption or not; in other words, all patients
62:12 were treated with blood thinners.  It doesn't really
62:13 address the question of what to do with those
62:14 patients that cannot be treated with blood thinners.
62:15 And from my review of the chart on
62:16 Ms. Booker, it was clear that she could not be
62:17 treated with blood thinners.  The reason for that
62:18 was she had bleeding complications.  She was, if I
62:19 recall, anemic, and she was to undergo subsequent
62:20 surgical interventions.
62:21 So her anticoagulation had to be
62:22 held, hence, PREPIC doesn't really apply to a
62:23 patient like Ms. Booker.  It applies to a different
62:24 set of patients.

**62:25 - 63:20**    **D, ayala 03-21-2017 (00:01:00)**    03_20_18 combo final3_1.51

62:25 With regards to the Bard filter,
63:1 would I have used a different device if I knew at
63:2 the time that the Bard filter was not ideal or as
63:3 good as some of the other implants?  The answer
63:4 would have to be yes.
63:5 BY MR. MATTHEWS:
63:6   Q. You would have used --
63:7   A. I would have used a different filter
63:8 if there was a different filter that I knew of that
63:9 was better, in terms of its safety profile.
63:10   Q. In terms of the documents that you
63:11 have, I think they are Exhibit-2 and 3, the health
63:12 hazard report and then the investigation conducted

| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 63:13 by Bard that showed a fivefold increased risk for |  |
|  | 63:14 fracture and embolization of that fracture, and you |  |
|  | 63:15 told us that would be the type of information you |  |
|  | 63:16 would want to know in your benefit/risk analysis, |  |
|  | 63:17 knowing that -- |  |
|  | 63:18   A. Yes. |  |
|  | 63:19   Q. -- and seeing that today, would that |  |
|  | 63:20 have been enough to use another filter? |  |
| 63:22 - 64:2 | **D, ayala 03-21-2017  (00:00:17)** | 03_20_18 combo final3_1.82 |
|  | 63:22 THE WITNESS:  Difficult to say with |  |
|  | 63:23 certainty.  It would depend upon what other filters |  |
|  | 63:24 we had at the time and what their problems would |  |
|  | 63:25 have been.  But it would have been a very important |  |
|  | 64:1 piece of information, as far as making decisions |  |
|  | 64:2 regarding this or any other patient, yes. |  |
| 64:4 - 64:7 | **D, ayala 03-21-2017  (00:00:04)** | 03_20_18 combo final3_1.83 |
|  | 64:4   Q. And it would have influenced your |  |
|  | 64:5 prescribing habit? |  |
|  | 64:6 *** |  |
|  | 64:7 THE WITNESS:  Yes. |  |
| 64:9 - 64:10 | **D, ayala 03-21-2017  (00:00:06)** | 03_20_18 combo final3_1.84 |
|  | 64:9   Q. Let me show you a study, I'm going to |  |
|  | 64:10 mark this as D'Ayala Exhibit Number 7.  And this is |  |
| 66:19 - 67:8 | **D, ayala 03-21-2017  (00:00:52)** | 03_20_18 combo final3_1.85 |
|  | 66:19   Q.  The conclusion of this study |  |
|  | 66:20 by Dr. Nicholson and other doctors in different |  |
|  | 66:21 fields of medicine found the Bard Recovery and Bard |  |
|  | 66:22 G2 filters had high prevalence of fracture and |  |
|  | 66:23 embolization with potentially life-threatening |  |
|  | 66:24 sequelae. |  |
|  | 66:25 Doctor, if you had been warned prior |  |
|  | 67:1 to June of 2007 of this information, I know this is |  |
|  | 67:2 dated 2010, but I'm going to ask you the question |  |
|  | 67:3 for purposes of a hypothetical, that is, had you |  |
|  | 67:4 known this information of this conclusion, that the |  |
|  | 67:5 G2 had a high prevalence of fracture and |  |
|  | 67:6 embolization with life-threatening sequelae, would |  |
|  | 67:7 that have influenced your prescribing habits and the |  |
|  | 67:8 use of the G2 with Ms. Booker? |  |
| 67:10 - 67:10 | **D, ayala 03-21-2017  (00:00:02)** | 03_20_18 combo final3_1.86 |

| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

70:9 - 70:13

67:10 THE WITNESS:  Yes.

**D, ayala 03-21-2017 (00:00:19)**

70:9   Q. Well, let me ask you this question,

70:10 then, Doctor:  If you knew back in 2007 when you

70:11 were implanting that filter that there was even a 12

70:12 percent probability of fracture with that filter,

70:13 would you have used a G2?

*03_20_18 combo final3_1.57*

70:15 - 70:20

**D, ayala 03-21-2017 (00:00:18)**

70:15 THE WITNESS:  Unlikely.

70:16 BY MR. MATTHEWS:

70:17   Q. If there was a 25 percent risk of

70:18 filter fracture, can we safely say you would not

70:19 have used that filter?

70:20   A. Most likely.

*03_20_18 combo final3_1.58*

70:20 - 70:25

**D, ayala 03-21-2017 (00:00:16)**

70:20   A. But you have to

70:21 understand that you have to have a way of treating

70:22 these difficult patients.  So some filter has to be

70:23 used.  And it becomes a matter of deciding which

70:24 filter is best, so to speak.  And sometimes that's

70:25 not entirely clear.

*03_20_18 combo final3_1.59*

73:1 - 73:3

**D, ayala 03-21-2017 (00:00:11)**

73:1   Q. Doctor, let me show you what has been

73:2 marked as Exhibit-11 to your deposition, which is an

73:3 internal document from Bard.

*03_20_18 combo final3_1.60*

73:19 - 74:1

**D, ayala 03-21-2017 (00:00:22)**

73:19   Q. First let me ask you, did you ever

73:20 use in your practice the Simon Nitinol filter,

73:21 referred here with an acronym SNF?

73:22   A. I have.

73:23   Q. And that is a filter, a permanent

73:24 filter that was in existence for many years prior to

73:25 the G2 being cleared by the FDA, correct?

74:1   A. Correct.

*03_20_18 combo final3_1.61*

77:14 - 77:17

**D, ayala 03-21-2017 (00:00:09)**

77:14   Q. Were the adverse events associated

77:15 with the nitinol filter or the G2 ever discussed

77:16 with you by any of the sales reps that called on

77:17 you?

*03_20_18 combo final3_1.62*

77:19 - 77:19

**D, ayala 03-21-2017 (00:00:02)**

*03_20_18 combo final3_1.63*

| Page/Line | Source | ID |
|---|---|---|

**03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1**

126:23 - 127:11

126:16   Q. If you would have known there was up
126:17 to a 25 percent risk of filter fracture in that G2,
126:18 as we've seen in the articles in front of you, you
126:19 would have taken greater steps than what were taken
126:20 to make sure that filter was removed after implant
126:21 with that patient on that -- in that year, correct?

**D, ayala 03-21-2017 (00:00:45)**    `03_20_18 combo final3_1.98`

126:23 THE WITNESS:  Knowing what I today, I
126:24 think it's safe to answer that question as yes.
126:25 Given the information we had at hand back then, I'm
127:1 not so sure anything would have changed.  But, yes,
127:2 we make an effort to follow our patients back then
127:3 as now.

127:4 BY MR. MATTHEWS:
127:5   Q. Let me ask you about that, in terms
127:6 of the fracture rate.
127:7 Has Bard ever suggested a protocol
127:8 for your hospital, knowing what we know today, to
127:9 follow those patients that had Recovery and G2
127:10 filters to make sure that they are retrieved once
127:11 the risk of PE has subsided?

127:13 - 127:13    **D, ayala 03-21-2017 (00:00:01)**    `03_20_18 combo final3_1.99`

127:13 THE WITNESS:  No.

127:19 - 128:2    **D, ayala 03-21-2017 (00:00:17)**    `03_20_18 combo final3_1.100`

127:19   Q. Doctor, the decision of whether or
127:20 how to treat a follow-up patient, you would agree
127:21 with me that's a medical decision, wouldn't you?
127:22   A. Yes.
127:23   Q. And it needs to be made by a medical
127:24 doctor with medical training?
127:25   A. Yes.
128:1   Q. And not by a device manufacturer?
128:2   A. Yes.

10:12 - 10:17    **D, ayala 03-21-2017 (00:00:09)**    `03_20_18 combo final3_1.101`

10:12 Doctor, could you state your name,
10:13 please?
10:14   A. Marcus D'Ayala.
10:15   Q. And what do you do, sir?
10:16   A. I'm a vascular surgeon in clinical
10:17 practice in Brooklyn, New York.

# EXHIBIT D

March 22, 2018 P.M.

1              **UNITED STATES DISTRICT COURT**

2             **FOR THE DISTRICT OF ARIZONA**

3                _____

4

**In re:  Bard IVC Filters,**          )
5  **Products Liability Litigation**     )
                                       )
6                                       )
                                       )  MD-15-02641-PHX-DGC
7  _____  )
**Sherr-Una Booker, an individual,**     )
8                                       )  Phoenix, Arizona
                    Plaintiff,          )  March 22, 2018
9              v.                       )  1:00 p.m.
                                       )
10 **C.R. Bard, Inc., a New Jersey**       )
**corporation; and Bard Peripheral**     )  CV-16-00474-PHX-DGC
11 **Vascular, Inc., an Arizona**         )
**corporation,**                         )
12                                       )
                    Defendants.         )
13 _____  )

14

15        **BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE**

16            <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

17               <u>**JURY TRIAL - DAY 6 P.M.**</u>

18               (Pages 1210 through 1322)

19

20

Official Court Reporter:
21 **Elaine Cropper, RDR, CRR, CCP**
   Sandra Day O'Connor U.S. Courthouse
22 401 West Washington Street
   Suite 312, SPC 35
23 Phoenix, Arizona  85003-2150
   (602) 322-7245

24

   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription

                United States District Court

1          (Whereupon the video deposition of Guillermo Altonaga    03:11:58

2    was played.)

3          MR. LOPEZ:  Your Honor --

4          Please stop it.

5          I don't know that anyone could have heard that    03:21:49

6    question.  Would you mind if I read?  It.  It was the court

7    reporter reading the question.

8          THE COURT:  You can read the question and the answer.

9          MR. LOPEZ:  Question:  Would it be your expectation

10   that when Bard launched a filter for commercial use that Bard    03:22:02

11   would have an awareness about the long-term clinical

12   performance of that device?

13         Answer:  Yes.

14         (The video deposition of Mr. Altonaga continues to be

15   played.)                                                         03:22:39

16         MS. REED ZAID:  The next witnesses appearing by

17   videotape is Robert Ferrara.  Robert Ferrara has a mechanical

18   engineering degree from Polytechnic University and an

19   M.B.A. from Dowling College.  He was a sales representative at

20   the GlaxoSmithKline from 2002 to 2004.  He worked as a sales    03:31:05

21   representative at C.R. Bard from 2004 to 2011 and during this

22   time sold Bard's IVC filters.  He currently works for

23   Medtronic, another medical device manufacturer.

24         And, Your Honor, I would like to move into evidence

25   Trial Exhibit 1103 (sic, corrected later in trial) which is    03:31:28

**Designation Run Report**

# Altonaga 10-22-13 Booker Depo Designations Final2.1

---

**Altonaga, Bill 10-22-2013**

---

| | |
|---|---|
| **Plaintiffs Designations  00:13:20** | |
| **Defense Designations  00:04:27** | |
| **Their Conditionals  00:00:18** | |

**Total Time  00:18:05**



ID:03_21_18 combo final2_1

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1

34:3   Q. What is that ultimate safety purpose?
34:4   A. To assure that the devices are as safe as they
34:5 possibly can be.
34:6   Q. What about from the standpoint of the public,
34:7 what is the underlying safety purpose behind postmarket
34:8 surveillance?
34:9   A. To make sure that the manufacturers are aware
34:10 of things that could harm people.

**71:24 - 72:5**   **Altonaga, Bill 10-22-2013 (00:00:15)**   03_21_18 combo final2_1.5

71:24   Q. All right.  Are you familiar with the term
72:1 "misbranding"?
72:2   A. I am.
72:3   Q. What is it?
72:4   A. Misbranding means that you can mislead or
72:5 provide information that is false or misleading.

**72:11 - 73:23**   **Altonaga, Bill 10-22-2013 (00:01:35)**   03_21_18 combo final2_1.6

72:11   Q. In the context of promotional materials, does
72:12 misbranding apply to those types of materials, the
72:13 concept?
72:14   A. Yes, it could.
72:15   Q. Does misbranding apply to posters?
72:16   A. Yes, it could.
72:17   Q. Does it apply to tags?
72:18   A. Yes, it could.
72:19   Q. Does it apply to pamphlets?
72:20   A. Yes, it could.
72:21   Q. Circulars?
72:22   A. Yes, it could.
72:23   Q. Booklets?
72:24   A. Yes, it could.
73:1   Q. Brochures?
73:2   A. Yes, it could.
73:3   Q. Instruction books?
73:4   A. Yes, it could.
73:5   Q. Direction sheets?
73:6   A. Yes, it could.
73:7   Q. Information on a manufacturer's website?
73:8   A. Yes, it could.
73:9   Q. Okay.  So if, for example, Bard, in any one of
73:10 those mediums, said that the failure rate, for example,

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 73:11 for migration of the Recovery filter is similar to | |
| | 73:12 competitor filters and that wasn't true, would that be | |
| | 73:13 an example of misbranding? | |
| | 73:14   A. It could be. | |
| | 73:15   Q. Could be or would be? | |
| | 73:16   A. The way you posed the question, if it were | |
| | 73:17 untrue? | |
| | 73:18   Q. If it was false or misleading. | |
| | 73:19   A. If it's unsubstantiated, then it would be false | |
| | 73:20 or misleading. | |
| | 73:21   Q. Well, when you say unsubstantiated -- | |
| | 73:22   A. Meaning you don't have the facts to support | |
| | 73:23 that particular claim. | |
| 86:2 - 86:10 | **Altonaga, Bill 10-22-2013 (00:00:27)** | 03_21_18 combo final2_1.7 |
| | 86:2   Q. Do you agree that the performance failures of | |
| | 86:3 marketed medical devices can pose serious risks to | |
| | 86:4 public health? | |
| | 86:5   A. Yes. | |
| | 86:6   Q. Do you agree that recalls serve both to correct | |
| | 86:7 defects in current and future devices and to notify | |
| | 86:8 users of potential risks and steps to minimize the | |
| | 86:9 impact of failure -- of device failure or malfunction? | |
| | 86:10   A. Yes. | |
| 87:2 - 87:4 | **Altonaga, Bill 10-22-2013 (00:00:07)** | 03_21_18 combo final2_1.8 |
| | 87:2   Q. Well, I mean, I'm asking you your | |
| | 87:3 understanding.  Would that include a medical device that | |
| | 87:4 fails to perform as intended? | |
| 87:6 - 87:6 | **Altonaga, Bill 10-22-2013 (00:00:02)** | 03_21_18 combo final2_1.9 |
| | 87:6   A. I would think that that is possible, yes. | |
| 87:18 - 87:22 | **Altonaga, Bill 10-22-2013 (00:00:19)** | 03_21_18 combo final2_1.10 |
| | 87:18   Q. All right.  In order to come to the conclusion | |
| | 87:19 as to whether a device should or should not be recalled, | |
| | 87:20 would it be important to consider the failure mode | |
| | 87:21 evaluation and the severity of harm evaluation? | |
| | 87:22   A. Yes. | |
| 90:15 - 90:22 | **Altonaga, Bill 10-22-2013 (00:00:23)** | 03_21_18 combo final2_1.11 |
| | 90:15   Q. Can we agree, however, that the actual | |
| | 90:16 universe of adverse reports or complications is | |
| | 90:17 certainly going to be higher than what is actually | |
| | 90:18 reported? | |

**03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1**

| Page/Line | Source | ID |
|---|---|---|
| 136:7 - 136:18 | **Altonaga, Bill 10-22-2013 (00:00:35)** | 03_21_18 combo final2_1.17 |
| | 136:7   Q. So you do acknowledge that one of | |
| | 136:8 the problems with fracture can involve the embolization | |
| | 136:9 of that fracture fragment to other parts of the body? | |
| | 136:10   A. I am, yes. | |
| | 136:11   Q. All right.  And give us some idea as to the | |
| | 136:12 organs and parts of the body that a fracture can | |
| | 136:13 embolize to. | |
| | 136:14   A. I would say that the most likely place for it | |
| | 136:15 to fracture would be up through the vena cava into the | |
| | 136:16 right atrium.  Its resting location could be the right | |
| | 136:17 atrium, it could go into the left ventricle, or it could | |
| | 136:18 end up in pulmonary circulation. | |
| 142:10 - 142:17 | **Altonaga, Bill 10-22-2013 (00:00:31)** | 03_21_18 combo final2_1.18 |
| | 142:10   Q. And as a medical doctor, do you acknowledge | |
| | 142:11 that the vena cava can actually expand by as much up to | |
| | 142:12 50 percent its resting size? | |
| | 142:13   A. I believe that that's true. | |
| | 142:14   Q. Okay.  As an example, if an individual has a | |
| | 142:15 28-millimeter vena cava, given the various dynamics, | |
| | 142:16 that could actually expand up to 42 millimeters, agreed? | |
| | 142:17   A. Agreed. | |
| 149:16 - 150:1 | **Altonaga, Bill 10-22-2013 (00:00:27)** | 03_21_18 combo final2_1.19 |
| | 149:16   Q. All right.  And -- so just simply to throw out | |
| | 149:17 the idea that filters are known to migrate, perforate, | |
| | 149:18 or fracture, that sort of begs the question, does it | |
| | 149:19 not, because you have to have an understanding of the | |
| | 149:20 rate at which that occurs in order to know whether your | |
| | 149:21 complication rate is either acceptable or not | |
| | 149:22 acceptable? | |
| | 149:23   A. Okay. | |
| | 149:24   Q. Do you agree? | |
| | 150:1   A. I don't disagree with that. | |
| 152:6 - 152:10 | **Altonaga, Bill 10-22-2013 (00:00:10)** | 03_21_18 combo final2_1.20 |
| | 152:6   Q. Bard's required to be | |
| | 152:7 transparent and upfront with all information, whether | |
| | 152:8 it's good or bad? | |
| | 152:9   A. I would think that they're required to do so, | |
| | 152:10 yes. | |
| 152:16 - 152:20 | **Altonaga, Bill 10-22-2013 (00:00:18)** | 03_21_18 combo final2_1.21 |

# EXHIBIT E

March 22, 2018 P.M.

1    **UNITED STATES DISTRICT COURT**

2    **FOR THE DISTRICT OF ARIZONA**

3     _____

4

5  **In re:  Bard IVC Filters,**    )
  **Products Liability Litigation**  )
              )

6              )
              ) MD-15-02641-PHX-DGC

7 _____ )
  **Sherr-Una Booker, an individual,** )

8             ) Phoenix, Arizona
       Plaintiff, ) March 22, 2018

9      v.      ) 1:00 p.m.
             )

10 **C.R. Bard, Inc., a New Jersey**  )
  **corporation; and Bard Peripheral** ) CV-16-00474-PHX-DGC

11 **Vascular, Inc., an Arizona**   )
  **corporation,**         )

12             )
       Defendants. )

13 _____ )

14

15   **BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE**

16    __REPORTER'S TRANSCRIPT OF PROCEEDINGS__

17     __JURY TRIAL - DAY 6 P.M.__

18     (Pages 1210 through 1322)

19

20

21 Official Court Reporter:
  **Elaine Cropper, RDR, CRR, CCP**

22 Sandra Day O'Connor U.S. Courthouse
  401 West Washington Street

23 Suite 312, SPC 35
  Phoenix, Arizona  85003-2150

24 (602) 322-7245

25 Proceedings Reported by Stenographic Court Reporter
  Transcript Prepared by Computer-Aided Transcription

     United States District Court

1   Deposition Exhibit Number 3, and Trial Exhibit Number 905,   03:31:33

2   Deposition Exhibit 19.

3            THE COURT:  Any objection?

4            MS. HELM:  No objection, Your Honor.

5            THE COURT:  All right.  Those are admitted.   03:31:45

6         (Exhibit Numbers 1130 and 905 were admitted into

7   evidence.)

8            (Whereupon the video deposition of Robert Ferrara was

9   played.)

10        MS. REED ZAID:  Next witness appearing by videotape,   03:50:39

11   which is only four minutes long, is Jason Greer.  Jason Greer

12   graduated from the University of Mississippi and became a sales

13   representative at Bell South Mobility in 1991 and worked for

14   two other companies doing sales until he joined Bard Peripheral

15   Vascular in 1999 as a sales representative.  In 2005 he became   03:50:56

16   a district manager and throughout his time at Bard, he sold

17   Bard's IVC filters.  Mr. Greer left Bard in 2007 and currently

18   works at another medical device manufacturer.

19        We would like to move one exhibit into evidence, Your

20   Honor.  It's Trial Exhibit 1912, Deposition Exhibit Number 7.   03:51:16

21            MS. HELM:  Excuse me, Your Honor.  No objection.

22            THE COURT:  1912 is admitted.

23         (Exhibit Number 1912 was admitted into evidence.)

24            MS. REED ZAID:  Thank you.

25         Ladies and gentlemen, if you want to stand up while   03:51:45

**Designation Run Report**

# Ferrara 04-07-17 Booker Depo Designations Final3

---

**Ferrara, Robert 04-07-2017**

---

**Plaintiffs Designations  00:11:10**

**Plaintiffs Counters  00:00:49**

**Defense Designations  00:06:31**

**Total Time  00:18:30**



ID:03_21_18 combo final3

| Page/Line | Source | ID |
|---|---|---|
| | 03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3 | |
| 233:12 - 233:17 | 233:5 of discussing.<br>**Ferrara, Robert 04-07-2017 (00:00:12)**<br>233:12   Q. Did you ever talk to Dr.<br>233:13 D'Ayala --<br>233:14   A. D'Ayala.<br>233:15   Q. D'Ayala about caudal migration<br>233:16 with the G2?<br>233:17   A. I couldn't say specifically. | 03_21_18 combo final3.49 |
| 249:17 - 249:19 | **Ferrara, Robert 04-07-2017 (00:00:07)**<br>249:17   Q. Were you aware while you were<br>249:18 working at Bard that the G2 had more<br>249:19 caudal migrations than the Recovery? | 03_21_18 combo final3.50 |
| 249:22 - 250:8 | **Ferrara, Robert 04-07-2017 (00:00:24)**<br>249:22   A. I wasn't privy to the numbers<br>249:23 for both of them.  So I wouldn't be privy<br>249:24 to any of that.<br>250:1   Q. So, the same would be true about<br>250:2 the more tilting and more perforations?<br>250:3   A. Any tilting or any perforation<br>250:4 rate I would not have specific access to.<br>250:5   Q. All right.  So I would take it<br>250:6 from this answer you would have not been<br>250:7 able to relay that information to Dr.<br>250:8 D'Ayala? | 03_21_18 combo final3.51 |
| 250:15 - 250:17 | **Ferrara, Robert 04-07-2017 (00:00:05)**<br>250:15   A. I could not have passed<br>250:16 to Dr. D'Ayala any information that I<br>250:17 didn't have or was approved to give him. | 03_21_18 combo final3.52 |
| 250:22 - 251:21 | **Ferrara, Robert 04-07-2017 (00:00:52)**<br>250:22   Q. Have you ever heard of the<br>250:23 migration push test?<br>250:24   A. No.<br>251:1   Q. Are you aware of any kind of<br>251:2 test done by Bard to determine how much<br>251:3 force any of its filters could endure<br>251:4 before they migrated?<br>251:5   A. Anecdotally I may have heard<br>251:6 that they did some type of testing, but I<br>251:7 couldn't tell you any specifics.<br>251:8   Q. Were you ever given any | 03_21_18 combo final3.53 |

| Page/Line | Source | ID |
|---|---|---|

251:9 information from that study that compared
251:10 the G2 to any other filters?
251:11   A. Which study?
251:12   Q. The migration push test?
251:13   A. No, I was not given any
251:14 information from any test.
251:15   Q. So again, if you didn't have
251:16 that information, you would not be able to
251:17 provide that information to any of the
251:18 physicians that you worked with?
251:19   A. Correct, I could not provide any
251:20 information I did not have or was approved
251:21 to give.

**283:8 - 283:13**  **Ferrara, Robert 04-07-2017 (00:00:17)**   *03_21_18 combo final3.54*

283:8   Q. All right.  So, in terms of any
283:9 studies that Bard did comparing their
283:10 filter, either the Recovery or the G2, to
283:11 other filters, you don't think that they
283:12 had to -- the responsibility to share that
283:13 information?

**283:16 - 283:19**  **Ferrara, Robert 04-07-2017 (00:00:07)**   *03_21_18 combo final3.55*

283:16   A. I don't feel they had the
283:17 responsibility to share any information
283:18 that's not level 1A evidence, like a true
283:19 clinical trial.

**284:12 - 284:16**  **Ferrara, Robert 04-07-2017 (00:00:18)**   *03_21_18 combo final3.56*

284:12   Q. do you think it's being
284:13 honest not to tell her physician that the
284:14 filter that's about to be implanted into
284:15 her body has a greater propensity to tilt,
284:16 migrate, or penetrate than other filters?

**284:22 - 285:7**  **Ferrara, Robert 04-07-2017 (00:00:33)**   *03_21_18 combo final3.57*

284:22 I think that Dr. D'Ayala
284:23 specifically was made aware of the
284:24 potential complications of the IVC filter
285:1 and all IVC filters.  You're describing
285:2 complications, known complications of an
285:3 IVC filter, and I don't believe there is
285:4 any level 1A evidence about any type of
285:5 comparison between that filter and any

# EXHIBIT F

March 22, 2018 P.M.

1           **UNITED STATES DISTRICT COURT**

2            **FOR THE DISTRICT OF ARIZONA**

3           _____

4

5  **In re:  Bard IVC Filters,**          )
   **Products Liability Litigation**       )
                                           )
6                                          )
                                           )  MD-15-02641-PHX-DGC
7  _____  )
   **Sherr-Una Booker, an individual,**    )
8                                          )  Phoenix, Arizona
                   Plaintiff,              )  March 22, 2018
9            v.                            )  1:00 p.m.
                                           )
10 **C.R. Bard, Inc., a New Jersey**        )
   **corporation; and Bard Peripheral**    )  CV-16-00474-PHX-DGC
11 **Vascular, Inc., an Arizona**           )
   **corporation,**                        )
12                                         )
                   Defendants.             )
13 _____  )

14

15       **BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

16          **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

            **JURY TRIAL - DAY 6 P.M.**
17

18             (Pages 1210 through 1322)

19

20

   Official Court Reporter:
21 **Elaine Cropper, RDR, CRR, CCP**
   Sandra Day O'Connor U.S. Courthouse
22 401 West Washington Street
   Suite 312, SPC 35
23 Phoenix, Arizona  85003-2150
   (602) 322-7245
24

   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription

                United States District Court

1   735, Deposition Exhibit 20; and Trial Exhibit 1949, Deposition          02:18:30

2   Exhibit 21.  I would like to move these into evidence at this

3   time, Your Honor.

4           THE COURT:  Any objection?

5           MS. HELM:  No, Your Honor.                                      02:18:43

6           MS. REED ZAID:  Thank you.

7           THE COURT:  All right.  Those exhibits are admitted.

8   And you may play the deposition testimony.

9           (Exhibit Numbers 1948, 1950, 1951, 1940, 1941, 1944,

10  1945, 1946, 735, 1949 were admitted into evidence.)                     02:18:48

11          (Whereupon the deposition of Gin Schulz was played.)

12          THE COURT:  Counsel, can we turn down just a little

13  bit?

14          Let's stop the video there.

15          All right.  Members of the jury, we've reached 2:30.            02:29:44

16  We will plan to resume at 2:45.  We will excuse you at this

17  time.

18          (Jury departs at 2:29.)

19          (Recess at 2:29; resumed at 2:46.)

20          (Jury enters at 2:46.)                                          02:46:33

21          (Court was called to order by the courtroom deputy.)

22          THE COURT:  Thank you.  Please be seated.

23          Counsel, you may continue with the deposition.

24          (The deposition of Gin Schulz continues to be

25  played.)                                                                02:47:20

                    United States District Court

**Designation Run Report**

# Schultz 01-30-14 Booker Depo Designations Final 4

---

**Shultz, Gin 01-30-2014**

---

**Plaintiffs Designations  00:23:22**

**Defense Designations  00:09:30**

**Total Time  00:32:52**



| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

125:15 which one to use or not use, right?

126:1 - 126:12 **Shultz, Gin 01-30-2014 (00:00:30)**   `03_21_18 Combo Final4.15`

126:1  when we
126:2 have a clinical study, which is
126:3 prospective and you have good
126:4 comparison data, then that's the
126:5 type of information that you can
126:6 put into your labeling or
126:7 disclose, because then it's --
126:8 it's very clear what the data is
126:9 telling you.
126:10 So we have put that into our
126:11 labeling when we've had clinical
126:12 data.

139:14 - 139:17 **Shultz, Gin 01-30-2014 (00:00:07)**   `03_21_18 Combo Final4.16`

139:14 In claiming a device as
139:15 predicate, Bard is claiming that the
139:16 Recovery filter is substantially similar
139:17 to the Simon Nitinol filter, isn't it?

139:20 - 139:24 **Shultz, Gin 01-30-2014 (00:00:06)**   `03_21_18 Combo Final4.17`

139:20 THE WITNESS:  It's similar
139:21 in the function of the device.
139:22 It's similar in the safety and
139:23 efficacy.  It's safety -- it's
139:24 similar in the technology.

140:5 - 140:10 **Shultz, Gin 01-30-2014 (00:00:13)**   `03_21_18 Combo Final4.18`

140:5 So as physicians who
140:6 previously used the Simon Nitinol filter
140:7 and now Bard is marketing the Recovery
140:8 filter, the presumption was the devices
140:9 had equivalent safety, right?
140:10  A. Yes.

168:8 - 168:10 **Shultz, Gin 01-30-2014 (00:00:06)**   `03_21_18 Combo Final4.19`

168:8   Q. Do you agree that an
168:9 adulterated product is one that fails to
168:10 meet its minimum safety specifications?

168:13 - 168:16 **Shultz, Gin 01-30-2014 (00:00:04)**   `03_21_18 Combo Final4.20`

168:13 THE WITNESS:  It's --
168:14 adulterated product would be
168:15 product that doesn't meet its

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

| Page/Line | Source | ID |
|---|---|---|

**168:16 specification period.**

168:18 - 169:8   **Shultz, Gin 01-30-2014 (00:00:30)**   03_21_18 Combo Final4.21

168:18   Q. Okay.  And --

168:19   A. Of any sort.

168:20   Q. In this case, for the

168:21 filters, that would be migration

168:22 resistance specifications?

168:23   A. The --

168:24   Q. Among others?

169:1   A. It would be -- on

169:2 adulteration, it would be specifications

169:3 of the device.  So there's not a release

169:4 test for releasing a batch from migration

169:5 resistance.

169:6 So the migration resistance

169:7 wouldn't be a specification on the

169:8 device.

175:2 - 175:9   **Shultz, Gin 01-30-2014 (00:00:11)**   03_21_18 Combo Final4.22

175:2   Q. Okay.  So you have product

175:3 performance specifications that will lay

175:4 out what the specifications are?

175:5   A. Correct.

175:6   Q. Okay.  So if the product

175:7 isn't meeting those specifications, then

175:8 it's adulterated?

175:9   A. Correct.

177:5 - 178:1   **Shultz, Gin 01-30-2014 (00:00:28)**   03_21_18 Combo Final4.23

177:5   Q. Okay.  So as far as if

177:6 you become -- if Bard becomes concerned

177:7 about safety problems with the device --

177:8   A. Yes.

177:9   Q. -- and they want to get that

177:10 information out, there are measures Bard

177:11 can take?

177:12   A. Yes.

177:13   Q. Such as, they can do a field

177:14 correction, right?

177:15   A. Yes.

177:16   Q. They can do a medical device

177:17 notification, right?

# EXHIBIT G

March 22, 2018 P.M.

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF ARIZONA

3                  _____

4
   **In re:  Bard IVC Filters,**         )
5  **Products Liability Litigation**     )
                                          )
6                                         )
                                          )  MD-15-02641-PHX-DGC
7  _____ )
   **Sherr-Una Booker, an individual,**  )
8                                         )  Phoenix, Arizona
                Plaintiff,                )  March 22, 2018
9              v.                         )  1:00 p.m.
                                          )
10 **C.R. Bard, Inc., a New Jersey**      )
   **corporation; and Bard Peripheral**  )  CV-16-00474-PHX-DGC
11 **Vascular, Inc., an Arizona**        )
   **corporation,**                      )
12                                        )
                Defendants.               )
13 _____ )

14
          BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE
15
          REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
          JURY TRIAL - DAY 6 P.M.
17

18          (Pages 1210 through 1322)

19

20
   Official Court Reporter:
21 **Elaine Cropper, RDR, CRR, CCP**
   Sandra Day O'Connor U.S. Courthouse
22 401 West Washington Street
   Suite 312, SPC 35
23 Phoenix, Arizona  85003-2150
   (602) 322-7245
24
   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription

          United States District Court

1   we start this, go head.  We've got 25 minutes to go and if you      03:51:48

2   need to stretch, feel free and if you don't, that's okay, too.

3            (Whereupon the video deposition of Jason Greer was

4   played.)

5            MS. REED ZAID:  The next witness to appear by            03:56:53

6   videotape is Christopher Ganser.  Christopher Ganser is a

7   graduate of the California State University in Long Beach.  He

8   earned a bachelor of science in industrial technology and

9   quality assurance.

10           He began his career with C.R. Bard in 1994 and worked    03:57:05

11  in Quality Assurance.  Mr. Ganser was Vice President,

12  Regulatory Science, at C.R. Bard from 2005 through 2006 and

13  Vice President, Quality Environmental Services and Safety, from

14  2007 through 2011 when he left Bard.

15           Mr. Ganser currently runs his own consulting firm and    03:57:27

16  consults with medical device manufacturing.

17           There's one exhibit we would like to move into

18  evidence Your Honor.  It's Trial Exhibit 4328, Deposition

19  Exhibit 517.

20           MS. HELM:  No objection, Your Honor.                     03:57:47

21           MS. REED ZAID:  And the tape is 16 minutes.

22           THE COURT:  It is admitted.

23           (Exhibit Number 4328 was admitted into evidence.)

24           (Whereupon the video deposition of Christopher Ganser

25  was played.)                                                      04:01:47

United States District Court

**Designation Run Report**

# Ganser 10-11-16 Booker Depo Designations Final 2.1

---

**Ganser, Christopher 10-11-2016**

---

**Plaintiffs Designations  00:09:39**

**Defense Designations  00:00:06**

**Plaintiffs Counters  00:00:14**

**Defense Designations  00:06:24**

**Total Time  00:16:23**



| 3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 6:24 - 7:2 | **Ganser, Christopher 10-11-2016 (00:00:03)** | 3_21_18 combo Final2_1.1 |
| | 6:24   Q. State your full name, please, for the | |
| | 7:1 record. | |
| | 7:2   A. Christopher David Ganser. | |
| 44:13 - 44:18 | **Ganser, Christopher 10-11-2016 (00:00:14)** | 3_21_18 combo Final2_1.5 |
| | 44:13   Q. I keep hearing that one of the benefits | |
| | 44:14 was -- I mean, these weren't being put in patients for | |
| | 44:15 the folly of just taking them out, right?  That wasn't | |
| | 44:16 the purpose of putting them in, just to put them in and | |
| | 44:17 let's see if we can take them out later.  I'm not being | |
| | 44:18 facetious about that. | |
| 44:18 - 44:23 | **Ganser, Christopher 10-11-2016 (00:00:14)** | 3_21_18 combo Final2_1.6 |
| | 44:18 That wasn't the purpose for | |
| | 44:19 these things being implanted, true? | |
| | 44:20   A. The purpose was, as we have agreed, was | |
| | 44:21 to, you know, trap clot burden, lyse the clot burden, | |
| | 44:22 prevent that clot from migrating to the heart.  That | |
| | 44:23 was the purpose of the filter. | |
| 46:1 - 46:5 | **Ganser, Christopher 10-11-2016 (00:00:11)** | 3_21_18 combo Final2_1.7 |
| | 46:1   Q. And do you agree that the consequence of | |
| | 46:2 a product being adulterated is that it may not be | |
| | 46:3 marketed until and unless it's adulterated quality is | |
| | 46:4 rectified? | |
| | 46:5   A. Yes. | |
| 49:6 - 49:8 | **Ganser, Christopher 10-11-2016 (00:00:03)** | 3_21_18 combo Final2_1.8 |
| | 49:6   Q. And you agree that the company is | |
| | 49:7 required to follow this law? | |
| | 49:8   A. Yes. | |
| 50:11 - 50:24 | **Ganser, Christopher 10-11-2016 (00:00:40)** | 3_21_18 combo Final2_1.9 |
| | 50:11 Sir, on the issue of the substantial | |
| | 50:12 equivalence, do you agree that a manufacturer who | |
| | 50:13 submits a 510(k) application must assure that any | |
| | 50:14 device submitted under the 510(k) route be as safe and | |
| | 50:15 effective as its predicate device and not raise new | |
| | 50:16 questions about safety or effectiveness? | |
| | 50:17   A. I believe that's a requirement. | |
| | 50:18   Q. And that should maintain itself | |
| | 50:19 throughout the life of the product, right, not just for | |
| | 50:20 purposes of getting clearance.  It should maintain that | |
| | 50:21 quality throughout the life of the device that got | |

| Page/Line | Source | ID |
|---|---|---|

**3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1**

<span style="background:yellow">50:22 cleared through the 510(k); wouldn't you agree with
50:23 that?
50:24   A. Yes.</span>

**51:1 - 51:4**   **Ganser, Christopher 10-11-2016 (00:00:10)**     3_21_18 combo Final2_1.10

51:1   Q. Because to get 510(k) clearances, you
51:2 don't have to do a clinical trial, right?
51:3   A. It depends upon the device and what the
51:4 FDA requirements are.

**53:8 - 54:1**   **Ganser, Christopher 10-11-2016 (00:01:01)**     3_21_18 combo Final2_1.12

53:8   Q. And in the instance of the Recovery
53:9 filter, the bench testing was represented to FDA as
53:10 being -- the results being that it was equivalent for
53:11 migration to the Simon Nitinol filter?
53:12   A. Again, without looking at the 510(k), I
53:13 can't say that specifically.  I would assume it did.
53:14   Q. I mean, you would have had to, or you
53:15 wouldn't have got 510(k) clearance?
53:16   A. Right.
53:17   Q. But you and I agree that the bench
53:18 testing is not the be all, end all.  You've now got to
53:19 see whether or not the bench testing plays itself out
53:20 in the real clinical world once it gets implanted in
53:21 patients, right?
53:22   A. You have to -- you have to monitor the
53:23 product and as part of a postmarketing surveillance
53:24 process and make a determination is the product as good
54:1 as what you tried to determine on the bench.

**54:2 - 54:14**   **Ganser, Christopher 10-11-2016 (00:00:25)**     3_21_18 combo Final2_1.13

54:2   Q. And on the bench it seemed that the
54:3 Recovery filter was just as good as the Simon Nitinol
54:4 filter when it came to migration resistance, right?
54:5   A. Again, without having the data in front
54:6 of me to look at, it seems just as good.  That's kind
54:7 of a vague term.
54:8   Q. Well, how about substantially
54:9 equivalent?
54:10   A. Substantially equivalent, again, we
54:11 wouldn't have gotten the indication if it wasn't.
54:12   Q. Right, and it didn't raise new issues of
54:13 safety and effectiveness?

# EXHIBIT H

1              **UNITED STATES DISTRICT COURT**

2                **FOR THE DISTRICT OF ARIZONA**

3                    _____

4    **In Re: Bard IVC Filters**          )   MD-15-02641-PHX-DGC
     **Products Liability Litigation**      )
5                                          )   Phoenix, Arizona
                                           )   **March 16, 2018**
6    _____)
     **Sherr-Una Booker, an individual,**     )
7                                          )
                        Plaintiff,          )
8                                          )   CV-16-00474-PHX-DGC
          v.                               )
9                                          )
     **C.R. Bard, Inc., a New Jersey**        )
10   **corporation; and Bard Peripheral**     )
     **Vascular, Inc., an Arizona**           )
11   **corporation,**                         )
                                           )
12                      Defendants.         )
     _____)

13

14

15      **BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

16         **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

17             <u>**TRIAL DAY 3 P.M. SESSION**</u>

18                 (Pages 580 - 654)

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
     401 West Washington Street, SPC 41
23   Phoenix, Arizona  85003-2150
     (602) 322-7257
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared with Computer-Aided Transcription

14:27:45  1   A    Yes.

2   Q    To stop?

3   A    Yes.

4         MR. O'CONNOR:  No further questions.

14:27:53  5         THE COURT:  What did you say, Mr. O'Connor?

6         MR. O'CONNOR:  Excuse me?

7         THE COURT:  I didn't hear what you said.

8         MR. O'CONNOR:  I said I have no more questions.

9   Thank you, Your Honor.

14:28:00  10        THE COURT:  All right.

11        We're going to take a break, ladies and gentlemen.

12   We'll resume at a quarter to.

13        You can step down, sir.

14      (The jury exited the courtroom at 2:28.)

14:28:37  15        THE COURT:  All right.  We'll take a break for 15

16   minutes.  Thank you.

17      (Recess taken from 2:28 to 2:45.  Proceedings resumed in

18   open court with the jury present.)

19        THE COURT:  Thank you, please be seated.

14:45:59  20        Counsel, your next witness.

21        MR. LOPEZ:  Yes, Your Honor.  May I approach the

22   podium?

23        At this time plaintiffs are going to call by

24   videotape deposition Natalie Wong, who is currently employed

14:46:18  25   at Bard Peripheral Vascular and since 2008 has been a quality

VIDEOTAPED DEPOSITION OF JANET HUDNALL

14:49:35  1    trial exhibits into evidence, Your Honor.

2              MS. HELM:  No objection, Your Honor.

3              THE COURT:  All right, those will all be admitted

4    into evidence.

14:49:44  5              MR. LOPEZ:  And allowed to be displayed on the video?

6              THE COURT:  Yes.

7              MR. LOPEZ:  Thank you.

8          (Exhibits 2243, 2244, 2057, 2245, 2246, 2247, 2248, 2249,

9    2250, 2052, 2251, and 2253 admitted.)

14:49:50  10       (Video deposition played.)

11             MR. LOPEZ:  That concludes her testimony, Your Honor.

12             THE COURT:  All right.

13             MR. LOPEZ:  We have another deposition to play, Your

14   Honor.  We won't get through it, but we'll get started.

16:11:36  15             THE COURT:  Okay.

16             We'll go to 4:30, ladies and gentlemen, then break.

17             MR. LOPEZ:  This is the deposition of Janet Hudnall.

18             Janet Hudnall has a degree in industrial engineering

19   from the Georgia Institute of Technology, and an MBA from ASU.

16:11:52  20   She began working for what became Bard Peripheral Vascular in

21   June 1998 as a product development engineer and was promoted

22   so senior product manager in 2002 and marketing manager in

23   2004.

24             As marketing manager, Ms. Hudnall managed marketing

16:12:09  25   activities of BPV's IVC filter product line and was involved

**Designation Run Report**

# Wong 10-18-16 Booker Depo Designations final3

---

**Wong, Natalie 10-18-2016**

---

**Plaintiffs Designations  01:03:46**

**Defense Designations  00:13:03**

**Pliaintiffs and Defense Designations  00:03:51**

**Total Time  01:20:40**



ID:03_16_18 Combo final3

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

29:19 understands?
29:20   A. So something that happens, you know, if a
29:21 product -- you know, if something didn't work
29:22 correctly, as the physician intended.
29:23   Q. Okay.  Or as the manufacturer intended.
29:24 Right?
29:25   A. Or the manufacturer intended, yes.

**32:13 - 32:16**   **Wong, Natalie 10-18-2016 (00:00:07)**   03_16_18 Combo final3.22

32:13   Q. why does Bard do root cause
32:14 analysis, I mean, what's that -- why do they do
32:15 them?
32:16   A. To prevent failure modes from occurring.

**32:17 - 32:19**   **Wong, Natalie 10-18-2016 (00:00:05)**   03_16_18 Combo final3.23

32:17   Q. And is that something that's important to
32:18 do?
32:19   A. Yes, absolutely.

**32:20 - 32:22**   **Wong, Natalie 10-18-2016 (00:00:04)**   03_16_18 Combo final3.24

32:20   Q.  why is it important?
32:21   A. Because we don't want complaints.  We don't
32:22 want patient injury.

**32:23 - 33:20**   **Wong, Natalie 10-18-2016 (00:00:49)**   03_16_18 Combo final3.25

32:23   Q. It's important to understand the root cause
32:24 of failure modes to prevent injury to patients.
32:25 Fair?
33:1   A. Yes.
33:2   Q. And safety of the patients is first and
33:3 foremost for manufacturing companies.  Right?
33:4   A. Yes.
33:5   Q. And -- and Bard feels that way?
33:6   A. Yes.
33:7   Q. So as of today, has Bard determined the
33:8 root cause of filter fracture?
33:9   A. I don't know.  I haven't been on filters
33:10 the last several years.
33:11   Q. As of the time you left filters in -- in
33:12 2012, has Bard figured out the root cause of filter
33:13 fracture?
33:14   A. No, not that I know of.
33:15   Q. How about filter migration?
33:16   A. No, not that I know of.

| 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 |
|---|

| Page/Line | Source | ID |
|---|---|---|

33:17   Q. How about perforations?
33:18   A. Not that I know of.
33:19   Q. How about tilt?
33:20   A. Not that I know of, no.

**34:1 - 34:6**   **Wong, Natalie 10-18-2016 (00:00:15)**   <small>03_16_18 Combo final3.26</small>

34:1   Q. Bard continues to sell, despite not having
34:2 identified a root cause of -- of the failures of --
34:3 of its failure modes, its IVC filters for placement
34:4 in veins in patients -- in a vein that leads directly
34:5 to the heart and lungs?
34:6   A. Yes.

**34:20 - 34:24**   **Wong, Natalie 10-18-2016 (00:00:15)**   <small>03_16_18 Combo final3.27</small>

34:20   Q. Do you think that the fact that Bard has
34:21 not now, in 12 years of selling its filters, been
34:22 able to identify the root cause of the failure modes
34:23 associated with those filters, is something a
34:24 physician would want to know?

**35:6 - 35:20**   **Wong, Natalie 10-18-2016 (00:00:30)**   <small>03_16_18 Combo final3.28</small>

35:6 Yeah, I think physicians should know, and I
35:7 think we do communicate through the IFU.
35:8 BY MR. DEGREEFF:
35:9   Q. So you believe that in the IFU it states
35:10 that Bard has failed to identify the root cause of
35:11 the failure modes?
35:12   A. Sorry, no, not that part.
35:13   Q. Okay.  As far as you know, has it ever been
35:14 communicated to physicians that Bard has been unable
35:15 to identify the root cause of the failure modes
35:16 associated with its filters?
35:17   A. I don't know what's been communicated.
35:18   Q. As you sit here, are you aware of that
35:19 occurring?
35:20   A. No.

**39:15 - 39:17**   **Wong, Natalie 10-18-2016 (00:00:03)**   <small>03_16_18 Combo final3.29</small>

39:15 were you tracking and trending complaints and
39:16 adverse events?
39:17   A. Yes.

**40:7 - 40:10**   **Wong, Natalie 10-18-2016 (00:00:12)**   <small>03_16_18 Combo final3.30</small>

40:7   Q. As a quality engineering manager, did
40:8 you -- did you from -- well, were you involved with

| 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |

142:2  A. Yes.

142:3  Q. And you were actually the lead investigator

142:4 on the G2 caudal migration failure investigations

142:5 report.  Right?

142:6  A. Yes.  With the support of my team.

145:19 - 146:20    **Wong, Natalie 10-18-2016 (00:01:40)**    03_16_18 Combo final3.109

145:19  Q. And now look at the next page, if you

145:20 would.  Here we've got "G2 Compared to SNF and RNF,"    WONG 543.8

145:21 is the heading.  Right?

145:22  A. Yes.

145:23  Q. It says as of 2/28/06, SNF had zero caudal    WONG 543.8.1

145:24 migrations reported out of 34,000 sales.  Right?

145:25  A. Yes.

146:1  Q. And the RNF had three caudal migrations    WONG 543.8.2

146:2 reported out of 25,000 sales, right, for a caudal

146:3 migration rate of .01?

146:4  A. Yes.

146:5  Q. And do we know what the rate for the SNF

146:6 was?  I think if you look on page --

146:7  A. SNF is zero.    clear

146:8  Q. Or, excuse me, do we know what the rate for

146:9 the G2 was?

146:10  A. .15 percent.

146:11  Q. And that was -- that was 13 migrations in

146:12 only 8,900 sold?

146:13  A. 13 migrations in 8,924 sold, yes.

146:14  Q. And fair to say that the Recovery is more

146:15 resistant to caudal migration than the G2?

146:16  A. Yeah, I don't think we had that many

146:17 reports of caudal migration with Recovery.

146:18  Q. And the SNF is, given that it had zero

146:19 caudal migrations reported, it's certainly more

146:20 resistant to caudal migration than the G2.  Correct?

146:22 - 146:23    **Wong, Natalie 10-18-2016 (00:00:03)**    03_16_18 Combo final3.110

146:22 THE WITNESS:  Yes, there were no caudal

146:23 migrations of the SNF.

147:22 - 148:10    **Wong, Natalie 10-18-2016 (00:00:46)**    03_16_18 Combo final3.111

147:22 Based on the actual real-life data that was

147:23 available versus hypothetical world, the -- the G2

147:24 was less -- the -- excuse me, the SNF was better than

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

147:25 the G2 with regards to caudal migration?

148:1 MS. DALY:  He's talking about based on your

148:2 data here.

148:3 THE WITNESS:  That SNF -- sorry, SNF is

148:4 better than G2 on caudal migration, yes.

148:5 BY MR. DEGREEFF:

148:6   Q. And it would be -- based on the data

148:7 that's -- the available data that's in this

148:8 spreadsheet, it would be inaccurate to say that the

148:9 G2 was more stable than the -- than the RNF.

148:10 Correct?

**148:12 - 148:12**    **Wong, Natalie 10-18-2016 (00:00:05)**    03_16_18 Combo final3.112

148:12 THE WITNESS:  Yes.

**151:19 - 152:9**    **Wong, Natalie 10-18-2016 (00:00:50)**    03_16_18 Combo final3.113

WONG 543.16

151:19   Q. Okay.  Look at the next page, if you would.

151:20 This is the caudal severity description.  And I'm

151:21 looking at type III and type IV.  Caudal migration    WONG 543.16.2

151:22 can be -- can result in a reintervention to remove

151:23 the filter.  Right?

151:24   A. Yes, for -- for the type III.

151:25   Q. And, yeah, and caudal migration can result    WONG 543.16.3

152:1 in the need to repair damage to a patient's anatomy?

152:2   A. Yes.

152:3   Q. And caudal migration can result in patient    WONG 543.16.4

152:4 injury?

152:5   A. Yes.

152:6   Q. And caudal migration can result in a filter    WONG 543.16.6

152:7 no longer providing its primary function of -- of

152:8 protection from pulmonary embolism?

152:9   A. Yes.

**152:25 - 156:3**    **Wong, Natalie 10-18-2016 (00:04:22)**    03_16_18 Combo final3.114

WONG 543.16.7

152:25 And caudal migration can also result in

153:1 excessive tilt; is that right?

153:2   A. Yes.

153:3   Q. And it can also result in an arm and leg --

153:4 an arm or leg in a side branch of the vena cava?

153:5   A. Yes.

153:6   Q. And caudal migration can also result in

153:7 iliac or renal confluence?

153:8   A. I think here it's saying it could be in --

| Page/Line | Source | ID |
|---|---|---|

**03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3**

184:20   Q. And this was -- this increased rate of
184:21 caudal migration with the G2 versus the RNF is
184:22 consistent with everything we looked at in your 2006
184:23 PowerPoints also.  Right?
184:24   A. Yes, G2 had more caudal than RNF, yes.
184:25   Q. And caudal migration is an aspect of
185:1 stability of the filter.  Fair?
185:2   A. Yes.
185:3   Q. So would it be inaccurate to say that the
185:4 G2 had increased stability over the Recovery?
185:5   A. I don't know.

185:6 - 186:7   **Wong, Natalie 10-18-2016 (00:01:27)**                                           03_16_18 Combo final3.144

185:6   Q. Well, certainly, with regard to caudal
185:7 migration, it lacks stability in comparison to the
185:8 Recovery.  Correct?
185:9   A. In the caudal migration direction.

185:10   Q. Okay.  Well, look at the next one down,                                           WONG 546.18.2
185:11 cephalad migration, that's -- that's towards the
185:12 head.  Correct?
185:13   A. Yes.
185:14   Q. And you've got the G2 and the RNF both have
185:15 4 percent migration rate, right, cephalad migration
185:16 rate?
185:17   A. Yes.
185:18   Q. And the comment is "same."  Correct?
185:19   A. Yes, I'm just confused, though, with this
185:20 chart.
185:21   Q. Well, so you're looking at -- you've got
185:22 the G2 has a higher rate of migration, of caudal
185:23 migration rate than the RNF.  Right?
185:24   A. Yes, but I think it might be relative to                                           clear
185:25 filter fracture.
186:1   Q. Well, there's -- there's a separate line
186:2 item in here that deals with limb detachments.
186:3 Right?
186:4   A. Yes, but this packet is for G2 and G2X
186:5 fracture analysis.  So I think these are fractures.
186:6 And of those fractures, how many were caudal
186:7 migration in association with the fracture.

186:8 - 186:15   **Wong, Natalie 10-18-2016 (00:00:26)**                                          03_16_18 Combo final3.145

# EXHIBIT I
# (Filed Under Seal)

# EXHIBIT J

1                 UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ARIZONA

3                    _____

4    In Re: Bard IVC Filters          )   MD-15-02641-PHX-DGC
     Products Liability Litigation     )
5                                      )   Phoenix, Arizona
                                       )   **March 21, 2018**
6    _____)
     **Sherr-Una Booker, an individual,**   )
7                                      )
                    Plaintiff,         )
8                                      )   CV-16-00474-PHX-DGC
            v.                         )
9                                      )
     **C.R. Bard, Inc., a New Jersey**     )
10   **corporation; and Bard Peripheral**  )
     **Vascular, Inc., an Arizona**        )
11   **corporation,**                      )
                                       )
12                   Defendants.       )
     _____)

13

14

15       BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

16          REPORTER'S TRANSCRIPT OF PROCEEDINGS

17              <u>TRIAL DAY 5 A.M. SESSION</u>

18                 (Pages 900 - 950)

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
     401 West Washington Street, SPC 41
23   Phoenix, Arizona  85003-2150
     (602) 322-7257
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared with Computer-Aided Transcription

09:33:11  1          MS. REED ZAIC:  Yes, Your Honor.

2          THE COURT:  Is there any objection?

3          MS. HELM:  No, Your Honor.

4          THE COURT:  All right, those exhibits are admitted.

09:33:20  5        (Exhibits 2368, 2349, 1811, 2355, 1806, 1807 admitted.)

6        (Video testimony played.)

7          MS. REED ZAIC:  Apologize, Your Honor.  I believe my

8    co-counsel took the summary out the door.

9          THE COURT:  Ladies and gentlemen, if you want to

10:13:45  10   stand up for a minute, feel free, while we're finding the

11   documents.

12          MS. REED ZAIC:  The next --

13          THE COURT:  All right.  Thanks.

14          MS. REED ZAIC:  The next witness will be by video.

10:14:16  15   It is Dr. Brandon Kang.  He's a board certified radiologist

16   and diagnostic radiologist.  He is chief of radiology and

17   director of interventional radiology at North Metropolitan

18   Radiology Associates in Georgia.

19          Dr. Kang graduated from the University of Tennessee

10:14:32  20   Medical School in 1999 and completed a fellowship at Emory

21   University Hospital in 2005.

22          (Video testimony played.)

23          THE COURT:  Counsel, let's stop the video, please.

24          We'll take our morning break, ladies and gentlemen,

10:30:04  25   and resume at 9:45.

**Designation Run Report**

# Kang 06-15-17 Booker Depo Designations FINAL5

### Kang, Brandon 06-15-2017

**Plaintiffs  Designations  00:17:47**

**Defense Designations  00:14:40**

**Plaintiffs  And Defense Designations  00:01:18**

**Total Time  00:33:45**



| | 03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| 54:16 - 54:19 | 47:18   A. Yes.<br>**Kang, Brandon 06-15-2017 (00:00:10)** | 03_20_18 combo FINAL5.53 |
|  | 54:16   Q. Were you ever told by Bard when you were<br>54:17 using the Bard filters that there were no randomized<br>54:18 control trials showing the decrease in mortality with<br>54:19 use of Bard filter? |  |
| 54:21 - 54:21 | **Kang, Brandon 06-15-2017 (00:00:01)** | 03_20_18 combo FINAL5.54 |
|  | 54:21   A. No. |  |
| 55:9 - 55:10 | **Kang, Brandon 06-15-2017 (00:00:06)** | 03_20_18 combo FINAL5.55 |
|  | 55:9   Q. Were you ever warned by Bard that there was a<br>55:10 fracture rate of over 10 percent with the G2 filter? |  |
| 55:12 - 55:15 | **Kang, Brandon 06-15-2017 (00:00:09)** | 03_20_18 combo FINAL5.56 |
|  | 55:12   A. No.<br>55:13   Q. If you had been so warned by Bard, would you<br>55:14 have used it in your patients?<br>55:15   A. No. |  |
| 55:16 - 55:17 | **Kang, Brandon 06-15-2017 (00:00:08)** | 03_20_18 combo FINAL5.57 |
|  | 55:16   Q. If fracture was prevalent with the G2 filter,<br>55:17 should doctors and patients be told this? |  |
| 55:19 - 56:1 | **Kang, Brandon 06-15-2017 (00:00:24)** | 03_20_18 combo FINAL5.58 |
|  | 55:19   Q. Would you expect this to be warned about by<br>55:20 Bard?<br>55:21   A. Yes, I would expect that.<br>55:22   Q. Did Bard ever warn you of that?<br>55:23   A. No.<br>55:24   Q. Did Bard ever warn you about the rate of<br>55:25 caudal migration of the Bard filter?<br>56:1   A. No. |  |
| 59:1 - 59:2 | **Kang, Brandon 06-15-2017 (00:00:06)** | 03_20_18 combo FINAL5.59 |
|  | 59:1   Q. Based upon your contact with Ms. Booker,<br>59:2 would you describe her as a compliant patient? |  |
| 59:4 - 59:9 | **Kang, Brandon 06-15-2017 (00:00:22)** | 03_20_18 combo FINAL5.60 |
|  | 59:4   A. Yes.<br>59:5   Q. I think I forgot to ask you at the very<br>59:6 beginning, are you board certified?<br>59:7   A. Yes, I am.<br>59:8   Q. And by what board are you certified?<br>59:9   A. American Board of Radiology. |  |
| 60:4 - 60:12 | **Kang, Brandon 06-15-2017 (00:00:25)** | 03_20_18 combo FINAL5.61 |
|  | 60:4 Prior to your deposition today, did you have |  |

# EXHIBIT K
# (Filed Under Seal)

# EXHIBIT L
# (Filed Under Seal)

# EXHIBIT M
# (Filed Under Seal)

# EXHIBIT N
# (Filed Under Seal)

# EXHIBIT O
# (Filed Under Seal)

# EXHIBIT P
# (Filed Under Seal)

# EXHIBIT Q
# (Filed Under Seal)

# EXHIBIT R

**Lehmann Thomas, LLC**

# Memo

**To:**      Doug Uelmen, BPV

**From:**   John Lehmann, MD

**Cc:**      Brian Barry, Corporate
            Paul Kowalczyk, Corporate
            Chris Ganser, Corporate

**Date:**    April 27, 2004

**Re:**      Recovery Filter Migration HHE

---

Doug, here's the completed Health Hazard Evaluation.

Regards,

Confidential                        Confidential                        Confidential

**Summary of Health Hazard Evaluation:**  A case of vena cava filter migration associated with patient death was reported after the successful implantation of a Bard Recovery® Nitinol Vena Cava Filter.  Evaluation demonstrated an intact filter and a large thromboembolus, with clot and filter lodging in the right ventricle resulting in cardiac perforation and tamponade.

**Conclusion:**  Vena cava filter migrations are a recognized and accepted complication of this type of therapy.  Such complications may be serious and can occasionally be fatal. The evidence to date does not demonstrate that these types of events are occurring with excess frequency with the Bard Recovery® Nitinol Vena Cava Filter.

**Description of the problem:**  A complaint in April, 2004 regarding a Bard Recovery® Nitinol Vena Cava Filter (Recovery VC Filter) migration associated with a patient death led to a review of the potential health hazard associated with such occurrences.

**Actual occurrence of injuries:**  The complaint involved a 55 year old female patient admitted to the hospital in March, 2004 with subarrachnoid hemorrhage, who was found to have DVT during her hospitalization.  Because of her recent intracranial hemorrhage, she was not a candidate for anticoagulation, and a Recovery VC Filter was placed on 3/31/04 in an approximately 25 mm diameter vena cava.  The Recovery VC Filter was deployed approximately 1 cm below the lower renal vein, with normal placement found on post procedural vena cavagrams.  The patient was discharged from the hospital on 4/1/04 to home; and was found dead in bed on 4/13/04.

Post mortem examination determined that the cause of death was cardiac rupture, with puncture of the right ventricle by inferior vena cava filter.  The death certificate is said to describe an "inferior vena cava filter placed for DVT's dislodged by thrombus and migrated to the heart."

Inspection of the thrombus / filter mass on 4/19/04 revealed dimensions of 2.5 cm in diameter and 4.5 cm in length (which was slightly smaller than the dimensions noted immediately post mortem).  The thrombus / filter mass was attached to the right ventricular wall.  X-rays confirmed that all filter arms, legs and hooks were present, even though some of the hooks and legs were contained within the thrombus.  The thrombus was determined to be ante mortem.  The vena cava was estimated to have an internal diameter of 30 – 35 mm, but was otherwise unremarkable.  Small pulmonary emboli were found in the lungs.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043729

Confidential                    Confidential                    Confidential

**Human exposure to the problem:**  Embolism of vena cava filters is a generic and well recognized risk of this technology.  Events have been reported in the medical literature since the early 1980s as well as in the MAUDE database; these reports include migrations to the heart and include fatal outcomes.

Male and female patients at risk of pulmonary embolism who are either unable to take anticoagulants, are anticoagulant failures, or who are at unusually high risk are generally indicated for the use of vena cava filters in general and the Recovery VC Filter in specific.

**General consequences:**  Migration of vena cava filters can have minimal consequences in some patients.  In others it results in damage to the vena cava or obstruction of the renal veins.  If the device and associated thrombus migrates into the heart this can lead to direct impairment of cardiac function including valvular dysfunction, reduced cardiac output, perforation with tamponade, circulatory collapse and death.

Other recognized causes of mortality associated with vena cava filters are vena caval obstruction, vena caval perforation with damage to adjacent structures, and filter failure resulting in release of thrombus leading to pulmonary embolism.

**Population exposed to risk:**  Generally adult patients with a high risk for pulmonary embolic disease.

**Mitigating/predisposing factors in population at risk:**  Mitigating factors include the close medical attention such patients generally receive.  Predisposing factors in this population include coagulation abnormalities, obesity, sleep apnea syndrome, perioperative condition, congestive heart failure, cardiac arrhythmia, prolonged immobility and anticoagulant intolerance / failure.

**Nature and seriousness of the risk:**  The nature of the risk ranges from minimal (asymptomatic migration without sequelae) to catastrophic (acute circulatory impairment from pulmonary or cardiac embolization with clot, filter or both).  The latter risk is serious and potentially fatal.

**Likelihood of occurrence of problem:**  Considering the problem to be vena cava filter migration into or near to the heart, there have been 4 such migrations of the Recovery VC Filter, with two fatalities, in an estimated 8,200 sales through mid-April, 2004, for a rate of 0.05%.  One instance was a deployment error, and the other three occurred after apparently normal deployments on Days 6, 13 and 14.

Considering the problem to be death in association with vena cava filter use (resulting from one of the four major known complications:  migration, caval obstruction, caval perforation and pulmonary embolus / acute respiratory distress), there have been 3 deaths associated with the Recovery VC Filter, 2 from filter migration related to large thromboembolic load and one from a pulmonary embolus, for a rate of 0.037%.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                BPVEFILTER-01-00043730

These types of adverse events occur with all known types of vena cava filters, and are extensively reported in the medical literature.  Comparative attempts to assess similar events via the MAUDE database do not yield reliable quantitative estimates for a number of reasons:

- Potential under-reporting
- Inadequate description of events in the MAUDE database, resulting in potential misclassification
- Very low frequency of observed events
- Sales data can only be roughly estimated
- High variability in event rates across devices and across time periods

However, it is clear that since the MAUDE database has been kept, numerous instances of vena cava filters migrating to the heart with both fatal and nonfatal outcomes have been reported, as well as fatalities from the other known complications associated with the implantation of such devices.

**Likelihood of harm if problem occurs:**  The likelihood of harm if the Recovery VC Filter migrates to or near the heart is significant, but unquantifiable.

**Is product essential to health?:**  Yes, vena cava filters are essential to health for the indicated patients, who may have no other alternative to prevent pulmonary embolism.

**Is an alternative available?:**  Partially.  Other manufacturers currently sell approved vena cava filters without a claim of recoverability, and there are also other medical and surgical options for some of these patients.  However, there is only one other vena cava filter on the market with a claim of recoverability; this device has a similarly short marketing history to that of Recovery, no published clinical data, and an animal study that suggests incorporation of the struts into the caval wall after several weeks.  Thus, the Recovery VC Filter may have unique advantages for certain patients.

**Must the problem be corrected surgically?:**  Migration of vena cava filters to the heart is rarely managed conservatively, and treatment almost always requires either a percutaneous or open surgical correction.

**Is the problem expected and within an acceptable statistical range?:**  Migration of vena cava filters, both within the vena cava and up to and into the heart are recognized complications of these devices.  Acceptable statistical ranges cannot be reliably computed from available data, especially since many migrations without serious sequelae are not reported.  Death associated with vena cava filter use, while a cruder measure, is probably subject to less under-reporting.  Consideration of various estimates using this outcome measure do not demonstrate that these types of events are occurring with excess frequency with the Bard Recovery® Nitinol Vena Cava Filter.  Such estimates are difficult to make reliably given the multiple data deficiencies noted above, and continued monitoring of event rates is warranted as further experience with the device is gained.

**Can the problem be field corrected?**  In most of the serious or fatal complications involving vena cava filters (migration, caval perforation, caval occlusion and filter failure

---

with PE and / or acute respiratory failure) the device appears to be functioning normally up to the time of failure.  Migration and filter failure generally occur when an otherwise normal filter is overwhelmed by aggregated large thrombus burdens.  There is no device problem to be field corrected in this instance, just a recognized complication of vena cava filters.

**Is it obvious to the user?:**  Migration of vena cava filters can be asymptomatic, but when they migrate to the heart this is clinically evident.

**Can the product continue to be used with proper warnings?:**  Yes, the product can continue to be used with current warnings, which indicate the possibility of filter migration.

**Is the device used only by specially trained health care professionals?:**  Yes, the device is only used by interventional radiologists and occasionally by other equally skilled interventionalists.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                  BPVEFILTER-01-00043732

Confidential                            Confidential                            Confidential

References:

1. Akins, C.W., et al., *A misplaced caval filter: its removal from the heart without cardiopulmonary bypass.* Arch Surg, 1980. 115(9): p. 1133.
2. al Zahrani, H.A., *Bird's nest inferior vena caval filter migration into the duodenum: a rare cause of upper gastrointestinal bleeding.* J Endovasc Surg, 1995. 2(4): p. 372-5.
3. Alam, M. and T.B. Levine, *Echocardiographic features of embolized inferior venacaval filter to the right ventricle--a case report.* Angiology, 1993. 44(4): p. 338-40.
4. Angeli, E., et al., *[Perforation of the vena cava with aortic penetration by a Greenfield filter: diagnostic ability of ultrasonography].* Radiol Med (Torino), 1990. 80(6): p. 929-31.
5. Appleberg, M. and J.A. Crozier, *Duodenal penetration by a Greenfield caval filter.* Aust N Z J Surg, 1991. 61(12): p. 957-60.
6. Arjomand, H., S. Surabhi, and N.M. Wolf, *Right ventricular foreign body: percutaneous transvenous retrieval of a Greenfield filter from the right ventricle--a case report.* Angiology, 2003. 54(1): p. 109-13.
7. Ascer, E., et al., *Superior vena caval Greenfield filters: indications, techniques, and results.* J Vasc Surg, 1996. 23(3): p. 498-503.
8. Asch, M.R., *Initial experience in humans with a new retrievable inferior vena cava filter.* Radiology, 2002. 225(3): p. 835-44.
9. Babuty, D., et al., *[Partial interruption of the inferior vena cava using a percutaneous endovenous filter].* Arch Mal Coeur Vaiss, 1990. 83(9): p. 1389-96.
10. Balshi, J.D., N.L. Cantelmo, and J.O. Menzoian, *Complications of caval interruption by Greenfield filter in quadriplegics.* J Vasc Surg, 1989. 9(4): p. 558-62.
11. Becker, C.D., et al., *Long-term follow-up of the Gunther basket inferior vena cava filter: does mechanical instability cause complications?* Cardiovasc Intervent Radiol, 1994. 17(5): p. 247-51.
12. Becker, D.M., J.T. Philbrick, and J.B. Selby, *Inferior vena cava filters. Indications, safety, effectiveness.* Arch Intern Med, 1992. 152(10): p. 1985-94.
13. Berland, L.L., F.E. Maddison, and V.M. Bernhard, *Radiologic follow-up of vena cava filter devices.* AJR Am J Roentgenol, 1980. 134(5): p. 1047-52.
14. Bochenek, K.M., J.E. Aruny, and M.G. Tal, *Right atrial migration and percutaneous retrieval of a Gunther Tulip inferior vena cava filter.* J Vasc Interv Radiol, 2003. 14(9 Pt 1): p. 1207-9.
15. Bovyn, G., et al., *[Value of a long duration temporary caval filter in critical thrombo-embolic situations].* Ann Fr Anesth Reanim, 2003. 22(9): p. 809-14.
16. Brountzos, E.N., et al., *A new optional vena cava filter: retrieval at 12 weeks in an animal model.* J Vasc Interv Radiol, 2003. 14(6): p. 763-72.
17. Brown, D.B., et al., *Determination of inferior vena cava diameter in the angiography suite: comparison of three common methods.* J Vasc Interv Radiol, 1999. 10(2 Pt 1): p. 143-7.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043733

18.   Bruckheimer, E., et al., *In vitro evaluation of a retrievable low-profile nitinol vena cava filter.* J Vasc Interv Radiol, 2003. 14(4): p. 469-74.

19.   Bull, P.G., H. Mendel, and A. Schlegl, *Gunther vena caval filter: clinical appraisal.* J Vasc Interv Radiol, 1992. 3(2): p. 395-9.

20.   Burke, P.E., et al., *Experimental comparison of percutaneous vena caval devices: titanium Greenfield filter versus bird's nest filter.* J Vasc Surg, 1987. 6(1): p. 66-70.

21.   Cahn, M.D., et al., *Long-term follow-up of Greenfield inferior vena cava filter placement in children.* J Vasc Surg, 2001. 34(5): p. 820-5.

22.   Castaneda, F., et al., *Migration of a Kimray-Greenfield filter to the right ventricle.* Radiology, 1983. 149(3): p. 690.

23.   Castellani, L., et al., *Transvenous interruption of the inferior vena cava. New model of vena cava filter. Preliminary results in 35 cases.* Int Angiol, 1987. 6(3): p. 299-306.

24.   Castellani, L., et al., *[Partial interruption of the inferior vena cava using the 2612 filter. Apropos of 35 patients].* J Mal Vasc, 1987. 12(1): p. 64-9.

25.   Chavan, A., et al., *The Filcard temporary, removable vena cava filter: use in local thrombolytic therapy.* Z Kardiol, 1993. 82 Suppl 2: p. 191-3.

26.   Chintalapudi, U.B., O.H. Gutierrez, and M.V. Azodo, *Greenfield filter caval perforation causing an aortic mural thrombus and femoral artery occlusion.* Cathet Cardiovasc Diagn, 1997. 41(1): p. 53-5.

27.   Cho, K.J., et al., *Evaluation of a new percutaneous stainless steel Greenfield filter.* J Vasc Interv Radiol, 1997. 8(2): p. 181-7.

28.   Cimochowski, G.E., et al., *Greenfield filter versus Mobin-Uddin umbrella: the continuing quest for the ideal method of vena caval interruption.* J Thorac Cardiovasc Surg, 1980. 79(3): p. 358-65.

29.   Conners, M.S., 3rd, et al., *Duplex scan-directed placement of inferior vena cava filters: a five-year institutional experience.* J Vasc Surg, 2002. 35(2): p. 286-91.

30.   Crochet, D., et al., *Evaluation of the LGM Vena-Tech infrarenal vena cava filter in an ovine venous thromboembolism model.* J Vasc Interv Radiol, 2001. 12(6): p. 739-45.

31.   Crochet, D., et al., *[The new LEM caval filter in the prevention of pulmonary embolism. Preliminary results of a French multicenter study].* J Radiol, 1988. 69(6-7): p. 431-6.

32.   Crochet, D.P., et al., *Vena Tech-LGM filter: long-term results of a prospective study.* Radiology, 1993. 188(3): p. 857-60.

33.   Dabbagh, A., et al., *Late complication of a Greenfield filter associating caudal migration and perforation of the abdominal aorta by a ruptured strut.* J Vasc Surg, 1995. 22(2): p. 182-7.

34.   Dagirmanjian, A. and I. Beckman, *Late Greenfield filter vena cava perforation causing a small bowel obstruction: case report.* Cardiovasc Intervent Radiol, 1990. 13(1): p. 44-6.

35.   de Gregorio, M.A., et al., *Animal experience in the Gunther Tulip retrievable inferior vena cava filter.* Cardiovasc Intervent Radiol, 2001. 24(6): p. 413-7.

36.   Dibie, A., et al., *[In vitro evaluation of Dibie-Musset vena caval filter].* Arch Mal Coeur Vaiss, 1994. 87(1): p. 115-22.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          BPVEFILTER-01-00043734

Confidential                         Confidential                         Confidential

37.   Dupin, N., G. Meyer, and J.L. Diehl, *Late total closure and caudal migration of an LGM caval filter.* AJR Am J Roentgenol, 1992. 159(6): p. 1349.

38.   Feezor, R.J., et al., *Duodenal perforation with an inferior vena cava filter: an unusual cause of abdominal pain.* J Vasc Surg, 2002. 35(5): p. 1010-2.

39.   Ferris, E.J., et al., *Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients.* Radiology, 1993. 188(3): p. 851-6.

40.   Firkin, A., et al., *Inferior vena cava "birds nest" filters--2 year follow-up.* Australas Radiol, 1992. 36(4): p. 286-8.

41.   Fobbe, F., et al., *Gunther vena caval filter: results of long-term follow-up.* AJR Am J Roentgenol, 1988. 151(5): p. 1031-4.

42.   Formanek, A., et al., *Three year experience with percutaneous introduction of inferior vena cava filter.* Rev Interam Radiol, 1977. 2(3): p. 171-5.

43.   Frezza, E.E. and S.A. Kagan, *Entrapment of a Swan Ganz catheter in an IVC filter requiring caval exploration. A case report.* J Cardiovasc Surg (Torino), 1999. 40(6): p. 905-8.

44.   Friedell, M.L., et al., *Migration of a Greenfield filter to the pulmonary artery: a case report.* J Vasc Surg, 1986. 3(6): p. 929-31.

45.   Gelbfish, G.A. and E. Ascer, *Intracardiac and intrapulmonary Greenfield filters: a long-term follow-up.* J Vasc Surg, 1991. 14(5): p. 614-7.

46.   Glock, Y. and D. Roux, *["Paradoxical" pulmonary embolism: migration of an inferior vena cava filter. Apropos of two cases].* Ann Chir, 1993. 47(2): p. 157-60.

47.   Gomez, G.A., B.S. Cutler, and H.B. Wheeler, *Transvenous interruption of the inferior vena cava.* Surgery, 1983. 93(5): p. 612-9.

48.   Grassi, C.J. and S.Z. Goldhaber, *Interruption of the inferior vena cava for prevention of pulmonary embolism: transvenous filter devices.* Herz, 1989. 14(3): p. 182-91.

49.   Greenfield, L.J., et al., *Results of a multicenter study of the modified hook-titanium Greenfield filter.* J Vasc Surg, 1991. 14(3): p. 253-7.

50.   Greenfield, L.J., K.J. Cho, and J.R. Tauscher, *Evolution of hook design for fixation of the titanium Greenfield filter.* J Vasc Surg, 1990. 12(3): p. 345-53.

51.   Greenfield, L.J., et al., *Greenfield vena caval filter experience: late results in 156 patients.* Arch Surg, 1981. 116(11): p. 1451-6.

52.   Greenfield, L.J. and M.C. Proctor, *Suprarenal filter placement.* J Vasc Surg, 1998. 28(3): p. 432-8; discussion 438.

53.   Greenfield, L.J., et al., *Clinical experience with the Kim-Ray Greenfield vena caval filter.* Ann Surg, 1977. 185(6): p. 692-8.

54.   Guffi, M., et al., *[Prevention of pulmonary embolism with the Gunther filter].* Helv Chir Acta, 1991. 57(5): p. 737-41.

55.   Guillem, P.G., et al., *Duodenocaval fistula: a life-threatening condition of various origins.* J Vasc Surg, 2001. 33(3): p. 643-5.

56.   Gunther, R.W., et al., *Vena caval filter to prevent pulmonary embolism: experimental study. Work in progress.* Radiology, 1985. 156(2): p. 315-20.

57.   Haage, P., et al., *Prototype percutaneous thrombolytic device: preclinical testing in subacute inferior vena caval thrombosis in a pig model.* Radiology, 2001. 220(1): p. 135-41.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043735

Confidential                    Confidential                    Confidential

58.   Haiderer, O., et al., *[Massive pulmonary embolism: case report of successful embolectomy with transatrial vena cava blockade].* Wien Med Wochenschr, 1983. 133(21): p. 549-52.

59.   Harries, S.R., I.P. Wells, and C.A. Roobottom, *Long-term follow-up of the antheor inferior vena cava filter.* Clin Radiol, 1998. 53(5): p. 350-2.

60.   Hoekstra, A., et al., *Vessel wall reaction after vena cava filter placement.* Cardiovasc Intervent Radiol, 2002. 25(1): p. 53-6.

61.   Hoekstra, A., et al., *Vena cava filter behavior and endovascular response: an experimental in vivo study.* Cardiovasc Intervent Radiol, 2003. 26(3): p. 222-6.

62.   Hubbard, K.P., J.O. Roehm, Jr., and J.L. Abbruzzese, *The Bird's Nest Filter. An alternative to long-term oral anticoagulation in patients with advanced malignancies.* Am J Clin Oncol, 1994. 17(2): p. 115-7.

63.   Imanaka, S., et al., *Use of a temporary caval filter in a young man with pulmonary embolism to prevent migration of massive caval thrombus during an attempt of caval thrombolysis.* J Atheroscler Thromb, 2000. 6(1): p. 18-21.

64.   Irie, T., et al., *Retrievable IVC filter: preliminary in vitro and in vivo evaluation.* J Vasc Interv Radiol, 1995. 6(3): p. 449-54.

65.   Joels, C.S., R.F. Sing, and B.T. Heniford, *Complications of inferior vena cava filters.* Am Surg, 2003. 69(8): p. 654-9.

66.   Jouanny, P., et al., *[Heparin-induced thrombocytopenia and vena cava filter. Difficulties of treatment].* J Mal Vasc, 1993. 18(4): p. 320-2.

67.   Kinney, T.B., et al., *Does cervical spinal cord injury induce a higher incidence of complications after prophylactic Greenfield inferior vena cava filter usage?* J Vasc Interv Radiol, 1996. 7(6): p. 907-15.

68.   Korbin, C.D., et al., *In vitro flow phantom analysis and clot-capturing ability of incompletely opened Vena Tech-LGM vena caval filters.* Cardiovasc Intervent Radiol, 1993. 16(1): p. 3-6.

69.   Kussmaul, W.G., 3rd, et al., *Right heart catheterization in the presence of an inferior vena cava filter.* Catheter Cardiovasc Interv, 2001. 52(4): p. 476-8.

70.   Kuszyk, B.S., et al., *Subcutaneously tethered temporary filter: pathologic effects in swine.* J Vasc Interv Radiol, 1995. 6(6): p. 895-902.

71.   Lang, W., et al., *Spontaneous disruption of two Greenfield vena caval filters.* Radiology, 1990. 174(2): p. 445-6.

72.   Lang, W., et al., *[Cava filter for prevention of lung embolism: is implantation still justified?].* Zentralbl Chir, 1994. 119(9): p. 625-30.

73.   Langan, E.M., 3rd, et al., *Prophylactic inferior vena cava filters in trauma patients at high risk: follow-up examination and risk/benefit assessment.* J Vasc Surg, 1999. 30(3): p. 484-88.

74.   Lemoigne, F., et al., *[Prevention of pulmonary embolism by the Kimray-Greenfield filter. 22 cases].* Presse Med, 1983. 12(4): p. 223-6.

75.   Lemoigne, F., H. Lambert, and J. Jourdan, *[Migration of the Kimray-Greenfield filter when inserting it].* J Chir (Paris), 1982. 119(6-7): p. 441-2.

76.   Lim, M.C., H.C. Tan, and M.H. Choo, *The new titanium Greenfield vena cava filter: initial experience and review.* Singapore Med J, 1994. 35(6): p. 622-5.

77.   Linsenmaier, U., et al., *Indications, management, and complications of temporary inferior vena cava filters.* Cardiovasc Intervent Radiol, 1998. 21(6): p. 464-9.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043736

Confidential                    Confidential                    Confidential

78.   Lofaso, F., et al., *Failure of the intracaval filter of Gunther to prevent recurrence of pulmonary embolism--report of two cases.* Intensive Care Med, 1990. 16(7): p. 457-9.

79.   Maass, D., et al., *The helix filter: a new vena caval filter for the prevention of pulmonary embolism.* J Cardiovasc Surg (Torino), 1985. 26(2): p. 116-23.

80.   Marelich, G.P. and R.S. Tharratt, *Greenfield inferior vena cava filter dislodged during central venous catheter placement.* Chest, 1994. 106(3): p. 957-9.

81.   Matchett, W.J., et al., *Suprarenal vena caval filter placement: follow-up of four filter types in 22 patients.* J Vasc Interv Radiol, 1998. 9(4): p. 588-93.

82.   McCowan, T.C., et al., *Amplatz vena caval filter: clinical experience in 30 patients.* AJR Am J Roentgenol, 1990. 155(1): p. 177-81.

83.   McCowan, T.C., et al., *Complications of the nitinol vena caval filter.* J Vasc Interv Radiol, 1992. 3(2): p. 401-8.

84.   Messmer, J.M. and L.J. Greenfield, *Greenfield caval filters: long-term radiographic follow-up study.* Radiology, 1985. 156(3): p. 613-8.

85.   Millward, S.F., J. Aquino, Jr., and R.A. Peterson, *Oversized inferior vena cava: use of a single Vena Tech--LGM filter.* Can Assoc Radiol J, 1996. 47(4): p. 272-4.

86.   Millward, S.F., et al., *LGM (Vena Tech) vena cava filter: clinical experience in 64 patients.* J Vasc Interv Radiol, 1991. 2(4): p. 429-33.

87.   Moore, B.S., et al., *Transcatheter manipulation of asymmetrically opened titanium Greenfield filters.* J Vasc Interv Radiol, 1993. 4(5): p. 687-90.

88.   Mosca, S., et al., *[The cardiac migration of a caval filter].* Radiol Med (Torino), 1994. 88(5): p. 682-4.

89.   Muller, U.S. and E. Most, *[Percutaneous, transvenous retraction of a vena cava filter from the right ventricle].* Z Kardiol, 1987. 76(3): p. 180-1.

90.   Murphy, T.P., et al., *LGM vena cava filter: objective evaluation of early results.* J Vasc Interv Radiol, 1991. 2(1): p. 107-15.

91.   Neuzil, D.F., et al., *Duplex-directed vena caval filter placement: report of initial experience.* Surgery, 1998. 123(4): p. 470-4.

92.   Nevin, W.S. and G.W. Beddingfield, *Migration of vena cava filter.* Jama, 1972. 222(1): p. 88.

93.   Nicholson, A.A., et al., *Long-term follow-up of the Bird's Nest IVC Filter.* Clin Radiol, 1999. 54(11): p. 759-64.

94.   Palestrant, A.M., M. Prince, and M. Simon, *Comparative in vitro evaluation of the nitinol inferior vena cava filter.* Radiology, 1982. 145(2): p. 351-5.

95.   Patterson, R.B., et al., *Repositioning of partially dislodged Greenfield filters from the right atrium by use of a tip deflection wire.* J Vasc Surg, 1990. 12(1): p. 70-2.

96.   Petitjean, C., et al., *[Interruption of the inferior vena cava by the DIL filter. Experience apropos of 34 cases].* J Chir (Paris), 1991. 128(11): p. 494-7.

97.   Poletti, P.A., et al., *Long-term results of the Simon nitinol inferior vena cava filter.* Eur Radiol, 1998. 8(2): p. 289-94.

98.   Porcellini, M., et al., *Intracardiac migration of nitinol TrapEase vena cava filter and paradoxical embolism.* Eur J Cardiothorac Surg, 2002. 22(3): p. 460-1.

99.   Pouillaud, C., et al., *[Proximal migration of a caval filter. Apropos of a case].* Ann Cardiol Angeiol (Paris), 1988. 37(3): p. 129-31.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043737

Confidential                    Confidential                    Confidential

100. Proctor, M.C., K.J. Cho, and L.J. Greenfield, *In vivo evaluation of vena caval filters: can function be linked to design characteristics?* Cardiovasc Intervent Radiol, 2000. 23(6): p. 460-5.

101. Puram, B., et al., *Acute myocardial infarction resulting from the migration of a Greenfield filter.* Chest, 1990. 98(6): p. 1510-1.

102. Qian, Z., et al., *In vitro and in vivo experimental evaluation of a new vena caval filter.* J Vasc Interv Radiol, 1994. 5(3): p. 513-8.

103. Queiroz, R. and D.L. Waldman, *Transvenous retrieval of a Greenfield filter lodged in the tricuspid valve.* Cathet Cardiovasc Diagn, 1998. 44(3): p. 310-2.

104. Raghavan, S., A. Akhtar, and B. Bastani, *Migration of inferior vena cava filter into renal hilum.* Nephron, 2002. 91(2): p. 333-5.

105. Rao, G., *Long-term experience with the Mobin-Uddin umbrella.* Int Surg, 1980. 65(3): p. 223-30.

106. Ray, J.F., et al., *Distal propulsion of vena cava umbrella by cardiac massage.* Chest, 1975. 67(5): p. 608-10.

107. Recto, M.R. and W.L. Sobczyk, *A novel technique to prevent displacement of inferior vena cava filter during cardiac catheterization with subsequent transcatheter closure of a patent foramen ovale in a patient with cryptogenic shock.* J Invasive Cardiol, 2002. 14(8): p. 471-3.

108. Reed, R.A., et al., *The use of inferior vena cava filters in pediatric patients for pulmonary embolus prophylaxis.* Cardiovasc Intervent Radiol, 1996. 19(6): p. 401-5.

109. Reed, R.A., et al., *Use of the Bird's Nest filter in oversized inferior venae cavae.* J Vasc Interv Radiol, 1991. 2(4): p. 447-50.

110. Ricco, J.B., et al., *The LGM Vena-Tech caval filter: results of a multicenter study.* Ann Vasc Surg, 1995. 9 Suppl: p. S89-100.

111. Robinson, J.D., et al., *In vitro evaluation of caval filters.* Cardiovasc Intervent Radiol, 1988. 11(6): p. 346-51.

112. Rodriguez, L.F. and F.S. Saltiel, *Long-term follow-up of ectopic intracardiac Greenfield filter.* Chest, 1993. 104(2): p. 611-2.

113. Roehm, J.O., Jr., et al., *The bird's nest inferior vena cava filter: progress report.* Radiology, 1988. 168(3): p. 745-9.

114. Roehm, J.O., Jr. and J.W. Thomas, *The twist technique: a method to minimize wire prolapse during Bird's Nest filter placement.* J Vasc Interv Radiol, 1995. 6(3): p. 455-9.

115. Rogers, F. and C. Lawler, *Dislodgement of an inferior vena cava filter during central line placement in an ICU patient: a case report.* Injury, 2001. 32(10): p. 787-8.

116. Rogoff, P.A., et al., *Cephalic migration of the bird's nest inferior vena caval filter: report of two cases.* Radiology, 1992. 184(3): p. 819-22.

117. Rose, B.S., et al., *Percutaneous transfemoral placement of the Kimray-Greenfield vena cava filter.* Radiology, 1987. 165(2): p. 373-6.

118. Rousseau, H., et al., *The 6-F nitinol TrapEase inferior vena cava filter: results of a prospective multicenter trial.* J Vasc Interv Radiol, 2001. 12(3): p. 299-304.

119. Rudondy, P., et al., *Interruption of the inferior vena cava using the Vascor filter: preliminary series of 51 cases.* Cardiovasc Surg, 1994. 2(3): p. 344-9.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043738

Confidential                          Confidential                          Confidential

120. Sarkar, M.R. and F.M. Lemminger, *An unusual cause of upper gastrointestinal haemorrhage--perforation of a vena cava filter into the duodenum.* Vasa, 1997. 26(4): p. 305-7.

121. Savin, M.A. and R.D. Shlansky-Goldberg, *Greenfield filter fixation in large venae cavae.* J Vasc Interv Radiol, 1998. 9(1 Pt 1): p. 75-80.

122. Schleich, J.M., et al., *[Efficacy and tolerance of 2 new percutaneous vena cava filters. A prospective study in 80 patients].* Arch Mal Coeur Vaiss, 1992. 85(10): p. 1435-41.

123. Schleich, J.M., et al., *Short-term follow-up of inferior vena caval filters: comparison of imaging techniques.* AJR Am J Roentgenol, 1993. 161(4): p. 799-803.

124. Schleich, J.M., et al., *Long-term follow-up of percutaneous vena cava filters: a prospective study in 100 consecutive patients.* Eur J Vasc Endovasc Surg, 2001. 21(5): p. 450-7.

125. Schneider, P.A., et al., *Caudal migration of the Gunther vena caval filter.* Radiology, 1989. 173(2): p. 465-6.

126. Schwarz, R.E., et al., *Inferior vena cava filters in cancer patients: indications and outcome.* J Clin Oncol, 1996. 14(2): p. 652-7.

127. Seita, J., et al., *Surgical management of a penetrated greenfield inferior vena cava filter.* Thorac Cardiovasc Surg, 2001. 49(4): p. 243-4.

128. Sherman, P.M., et al., *In vivo evaluation of the effects of gravitational force (+Gz) on over-the-wire stainless steel Greenfield inferior vena cava filter in swine.* Cardiovasc Intervent Radiol, 2003. 26(4): p. 386-94.

129. Sidawy, A.N. and J.O. Menzoian, *Distal migration and deformation of the Greenfield vena cava filter.* Surgery, 1986. 99(3): p. 369-72.

130. Simon, M., et al., *Simon nitinol inferior vena cava filter: initial clinical experience. Work in progress.* Radiology, 1989. 172(1): p. 99-103.

131. Smith, B.A., *Vena caval filters.* Emerg Med Clin North Am, 1994. 12(3): p. 645-56.

132. Starok, M.S. and A.A. Common, *Follow-up after insertion of Bird's Nest inferior vena caval filters.* Can Assoc Radiol J, 1996. 47(3): p. 189-94.

133. Stecker, M.S., W.H. Barnhart, and E.V. Lang, *Evaluation of a spiral nitinol temporary inferior vena caval filter.* Acad Radiol, 2001. 8(6): p. 484-93.

134. Stewart, J.R., et al., *Clinical results of suprarenal placement of the Greenfield vena cava filter.* Surgery, 1982. 92(1): p. 1-4.

135. Tagliabue, M., I. Merati, and M. Crivellaro, *[Computerized tomography in the follow-up of inferior vena cava filters].* Radiol Med (Torino), 1991. 82(3): p. 315-21.

136. Taheri, S.A., et al., *A complication of the Greenfield filter: fracture and distal migration of two struts--a case report.* J Vasc Surg, 1992. 16(1): p. 96-9.

137. Tay, K.H., et al., *Repeated Gunther Tulip inferior vena cava filter repositioning to prolong implantation time.* J Vasc Interv Radiol, 2002. 13(5): p. 509-12.

138. Teitelbaum, G.P., W.G. Bradley, Jr., and B.D. Klein, *MR imaging artifacts, ferromagnetism, and magnetic torque of intravascular filters, stents, and coils.* Radiology, 1988. 166(3): p. 657-64.

139. Teitelbaum, G.P., et al., *Insertion and recovery of a new retrievable vena caval filter. Work in progress.* Invest Radiol, 1988. 23(7): p. 527-33.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043739

Confidential                    Confidential                    Confidential

140. Vaislic, C., et al., *[Migration of an Antheor filter in the pulmonary artery. A case]*. Presse Med, 1993. 22(15): p. 717-23.

141. Vinot, O., et al., *[Central venous catheterization...don't forget the caval filter]*. Ann Fr Anesth Reanim, 1998. 17(1): p. 52-4.

142. von Bary, S., et al., *[Vena cava filter--prevention of pulmonary embolism. Report of clinical experiences]*. Zentralbl Chir, 1999. 124(1): p. 27-31.

143. Von Gizycki, A.C., P. Gannon, and R. Van Tassel, *Distal migration of vena cava filter*. Jama, 1973. 224(4): p. 529.

144. Vrachliotis, T.G., et al., *Percutaneous management of extensive clot trapped in a temporary vena cava filter*. J Endovasc Ther, 2003. 10(5): p. 1001-5.

145. White, K.E. and G.K. McLean, *Bird's nest filter: inferior strut migration during massive thromboembolization*. J Vasc Interv Radiol, 1996. 7(4): p. 537-40.

146. Williamson, M.R., et al., *Effect of a 1.5 Tesla magnetic field on Greenfield filters in vitro and in dogs*. Angiology, 1988. 39(12): p. 1022-4.

147. Wojcik, R., et al., *Long-term follow-up of trauma patients with a vena caval filter*. J Trauma, 2000. 49(5): p. 839-43.

148. Wojtowycz, M.M., et al., *The Bird's Nest inferior vena caval filter: review of a single-center experience*. J Vasc Interv Radiol, 1997. 8(2): p. 171-9.

149. Wolf, F., et al., *[Temporary and permanent vena cava filter for prevention of pulmonary embolism]*. Wien Med Wochenschr Suppl, 2002(113): p. 43-5.

150. Wolfer, G.K., Jr., F.C. Taylor, and D.C. Smith, *Quantification of the effects of respiration and parallax on inferior vena caval filter position*. J Vasc Interv Radiol, 1994. 5(2): p. 357-60.

151. Young, N., *Clinical follow-up of patients with percutaneously inserted inferior vena caval filters*. Australas Radiol, 1995. 39(3): p. 233-6.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPVEFILTER-01-00043740

# EXHIBIT S

**From:** Ciavarella, David [/O=BARD/OU=MHL AG/CN=RECIPIENTS/CN=DCIAVA
RELLA]
**Date:** 12/27/2005 2:33:22 PM
**To:** Barry, Brian [Brian.Barry@crbard.com], Ganser, Christopher
[Christopher.Ganser@crbard.com]
**Subject:** FW: G2 Caudal Migrations

My comments to Cindi and Gin.

———

From: Ciavarella, David
Sent: Friday, December 23, 2005 2:32 PM
To: Walcott, Cindi
Cc: Allen, Shari; Schulz, Gin
Subject: RE: G2 Caudal Migrations

Thank you Cindi.

I think we should discuss these further so I can get a better understanding of each one. But first, it would help if I had a little more information.

From what you've sent me, it seems to me that the biggest (worst case) consequence of these migrations is that they are accompanied in a majority of cases by tilting. This raises the concern of lack of efficacy, that is, are the filters now in place to perform clot interruption? I would guess not in several of these cases at least.

I would like to look more generally at the G2 complaints. I have seen problems with caudal migration, tilting, perforation, mis-deployment and maybe one or two additional things. Can you tell me the total number of complaints (not damaged packages and the like) and total number of units distributed?

How many MDRs have we had for G2?

The G2 is a permanent filter; we also have one (the SNF) that has virtually no complaints associated with it. Why shouldn't doctors be using that one rather than the G2? Can you also send me the total complaints rate and MDR complaint rate for SNF?

I'll be in the office next Tues and Wed; maybe we can talk one of those days.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

David

———

From: Walcott, Cindi
Sent: Tue 12/20/2005 6:14 PM
To: Ciavarella, David
Cc: Allen, Shari; Schulz, Gin
Subject: G2 Caudal Migrations

David,

During a conference call with the design team of the G2 filter and Chris Ganser today, the caudal migrations of the G2 were briefly discussed.

Chris asked if I had submitted any MDRs on these events yet and I answered yes. Chris asked me to review the events with you to determine what events have the potential for serious injury and establish a baseline for the future. Presently, based on the description of the events and the history of a filter being removed, I have coded them all as reportable. Please note that I cut the descriptions straight out of what was entered into Trackwise. I can see that some of the descriptions are a bit rough.

Please see the attachment, which has a description of the events to date.

1. Record 63855- I submitted that one as an MDR because there was also a report of perforation with this patient. Perforations have caused serious injuries with previous filters. We have always reported perforations of the Recovery Filter and the Simon Nitinol filters. The doctor also removed the filter due to the perforation and migration.
2. Record 65220- I submitted this one as an MDR, as the filter migrated into the renal veins and caused the patient flank pain.
3. Record 65851- I reported this one as it migrated 3cm and is currently at the iliac confluence.

Thanks for your assistance,

Cindi

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# EXHIBIT T
# (Filed Under Seal)

# EXHIBIT U

| | |
|---|---|
| **From:** | Rauch, David [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=DRAUCH] |
| **Date:** | 2/27/2004 5:21:55 PM |
| **To:** | Hudnall, Janet [Janet.Hudnall@crbard.com] |
| **Subject:** | RE: Case for Caval Centering |
| **Attachments:** | Rauch, David.vcf |

Janet,
Thank-you for your valuable feedback. You are right; now that we have more experience with Recovery the positioning of tilt-resistance should probably be down played.
I will work on implementing your suggestions as well as those of the trainers and let you see the revised copy when it is done.

Dave Rauch
Bard Peripheral Vascular

-----Original Message-----
From: Hudnall, Janet
Sent: Thursday, February 26, 2004 2:01 PM
To: Rauch, David
Subject: Case for Caval Centering

Dave,

I wanted to comment on the training piece that you created. First of all, I'd like to applaud you for having pulled together a lot of good information.

Having said that, however, I must strongly caution against emphasizing Recovery's ability to center in the cava to the point where it is the focus of the product's positioning. We knew very little about the long-term clinical performance of this device when we launched it. After a year of commercialization, there are still many questions that need to be answered. One thing that we do know, however, is that Recovery does not always stay centered in the cava. In fact, physicians will often find that it is tilted quite a bit when they go to retrieve it even though it seemed perfectly centered upon deployment. So it seems to me that selling the device solely on this feature could set the sales rep up for some uncomfortable situations in the long run.

My opinion is that your document would be, in general, okay if it were positioned differently so that centering is not the focal point of its features and benefits. Also, I think that for a piece like this, it is critical to carefully reference the entire body of the text so that the reader can differentiate between what is documented in the literature and what is anecdotal/opinion.

Regards,
Janet



EXHIBIT
Braver 8
5/23/14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00373887

# EXHIBIT V

# Health Hazard Evaluation

**DATE:**  December 17, 2004

**TO:**  Doug Uelmen, BPV QA

**FROM:**  David Ciavarella, M.D.

**RE:**  Recovery® Filter -- Consultant's report

**Summary:** Seventy-six reports of potentially serious hazards have been reported; 32 of these were judged to be serious, and 10 reports were associated with patient death. Total Recovery filter sales during this reporting period (through December 13, 2004) are 20,827 units. Reporting rates of death and other potentially serious complications for the Recovery filter remain below those reported in the literature. However, literature data are not directly comparable to these reporting rates. An analysis of reporting rates of serious adverse events for all inferior vena cava filters, as determined by analysis of the MAUDE and IMS databases by a consultant, revealed that reporting rates for Recovery are significantly higher than other filters. However, these databases are subject to known, significant biases that make calculation or comparison of incidence rates among products unreliable and inadvisable (according to experts and the FDA). Nevertheless, the number of reported complaints, and the size of the differences between Recovery and other filters, warrant further investigation.

**Conclusion:** The Frequency category for serious injury (Critical Severity rating) is Occasional (32/20,827, or 0.153%). The Frequency category for non-serious injury (Marginal Severity rating) is Occasional (44/20,827, or 0.21%).

**Description of the Problem:** Based on awareness of reports of patient death associated with migration of the Recovery inferior vena cava (IVC) filter, Bard requested an independent study of the risks and benefits of the Recovery filter, with an emphasis on its use in bariatric surgery and trauma patients. A consultant was retained for this purpose. The consultant's assignment had three components: 1) Perform a literature review of the risks and benefits of IVC filters, with an emphasis on bariatric surgery and trauma patients; 2) Review internal complaint files for the Recovery filter, and compare its reported adverse events rates to those of competitors' IVC filter by use of the MAUDE and IMS (sales) databases or other means; & 3) develop options for clinical studies that might provide information required to assess the risks and benefits of use of the Recovery filter.

The consultant made the following points:

1) The existing literature is of poor quality, with insufficient randomized, controlled trials (RCT) to definitively establish the effectiveness of IVC filters. However, widespread consensus exists in the medical community, obtained via clinical studies of lower credibility than the RCT (such as case reports, case series and prospective non-randomized studies of small size) and expert opinion, that IVC filters lower the likelihood of death from pulmonary embolus in patient groups thought to be at highest risk of this manifestation of venous thromboembolic disease. These high risk groups include patients who have already had a pulmonary embolus or in whom standard anticoagulation therapy cannot be given. However, the existing literature contains comparatively little information on a new generation of IVC filters, especially those with a removability feature (Recovery, Cook Tulip™ and Cordis OptEase™).

Proper product comparisons can be only be drawn from clinical studies where patient populations are carefully defined, comparisons are made under controlled circumstances from equivalent pa-

*Page 1*



EXHIBIT
287



EXHIBIT
ALTONAGA
8
10-22-13

BPVE-01-01019821

tient groups, and adverse events are prospectively defined and sought for in an effective manner. Such studies do not exist for the Recovery filter or its competitors. Therefore, the consultant judged that the literature is an inadequate source of reliable information upon which to make a risk/benefit assessment for the Recovery filter, either alone or in comparison to other IVC filters.

2) The consultant's analysis of the reports to Bard of adverse events associated with Recovery, along with competitors' information available via the MAUDE and IMS databases, showed the following:

   a. Reports of death, filter migration (movement), IVC perforation, and filter fracture associated with Recovery filter were seen in the MAUDE database at reporting rates that were 4.6, 4.4, 4.1, and 5.3 higher, respectively, than reporting rates for all other filters. These differences were all statistically significant. Recovery's reporting rates for all adverse events, filter fracture, filter migration, and filter migration deaths were found to be significantly higher than those for other removable filters. The TrapEase filter was found to have a statistically significant increased reporting rate for IVC thrombosis when compared to reporting rates for other filters.

   b. These reported adverse event rates were analyzed in conjunction with a bench test performed at BPV. This test measured "migration resistance" in a simulated IVC. Recovery filter had the lowest mean migration resistance (50 mm Hg), just below that of the removable Tulip filter (55 mm Hg). Linear regression analysis showed a significant inverse correlation ($R^2$ values of 0.40 to 0.65) of reported migration rates to the migration resistance values in the bench test.

   c. An analysis of the quality and validity of this analytical approach (use of MAUDE and IMS databases to generate comparative event rates), however, was performed as well. Many references were found that discussed the inadvisability of using MAUDE data for this purpose. Reported event data are seriously flawed, due to underreporting, various acknowledged forms of bias (such as the known propensity for more reports of adverse events in newer products), and confounding effects (such as lack of comparability in patient groups). The FDA has stated that such an approach is "…problematic, if not completely biased" [1] and "Accumulated reports cannot be used to calculate incidence or to estimate drug risk. Comparisons between drugs cannot be made from these data.". [2] Similar biases were discussed for use of the IMS sales data, in particular, the known lag period that exists between data collection and data publication, leading to large biases in data for products that are new or where indications are in evolution. Thus, actual incidence rates cannot be determined by this approach; these data are better interpreted as providing a signal for further investigation.

   d. A risk/benefit assessment has not been done, because the potential unique benefits of the Recovery filter (e.g., in certain patient groups) have not been evaluated as part of the consultant's report.

3) Little formal analysis has been completed with respect to potential clinical trials to obtain more definitive risk/benefit information. A randomized, controlled trial is the gold standard for determining risks and benefits; however, such a study is likely to require many subjects and therefore be difficult or impossible to execute. The consultant stated that a survey of physicians regarding their use of IVC filters and/or an analysis of data from a large payor or provider organization might be alternative approaches that might provide useful information in a shorter timeframe.

*Page 2*

BPVE-01-01019822

In addition to the consultant's report, a case-by-case analysis of all reported Recovery complaints as of December 13, 2004 related to filter migration, filter fracture, IVC thrombosis, IVC perforation and recurrent pulmonary embolus was performed.

The Actual Occurrence of Injuries: Serious injury is defined here as reported death, or necessity for a surgical intervention to prevent death or serious injury. Reported recurrent pulmonary embolus or IVC thrombosis despite the presence of the filter were also classified as serious injury. In addition, migration of a filter or filter fragments to the heart or lung, or the presence of a filter fragment outside the vasculature, were classified as serious injury, since there is a possibility that serious injury could develop in the future.

With these criteria, there were a total of 32 reported serious injuries, a reporting rate of 0.153%. Details of these reports are given below.

Human Exposure to the Problem:   About 20,827 Recovery filters have been distributed as of December 13, 2004.

General Consequences:  The consequences of reported adverse events associated with the Recovery IVC filter depend upon the kind of event. Filter migration to the heart, especially when the filter is encased in thrombus, has been associated with sudden death. In some cases, filter migration is associated with trapping of clot before it reaches the heart, and it continues to perform its primary function despite the migration. Filter fracture may be asymptomatic, but has been associated with fragment embolization to the heart causing syncope and/or arrhythmias. IVC perforation is also generally asymptomatic, but it can lead to serious bleeding and, if occurring in conjunction with filter limb fracture, may be associated with fragment migration outside the IVC to nearby organs.

Population Exposed to the Risk:  All patients in whom a Recovery filter is placed are potentially at risk for filter-associated adverse events.

Mitigating/Predisposing Factors in the Population at Risk: Unknown.

Nature & Seriousness of the Risk:  The nature of the injury is generally related to the cardiovascular system, such as pulmonary embolus, myocardial or pericardial puncture or damage, or bleeding. There was one case of renal vein thrombosis requiring dialysis, listed as a serious event because the filter migrated above the renal veins, thus potentially allowing clot in the lower IVC to propagate to the renal veins. However, it is also possible that renal vein thrombosis developed because of the underlying disease and was unrelated to the filter migration. There was one case of reported IVC thrombosis in a patient in whom recurrent pulmonary embolus was also reported. No further information about this case is available at this time.

The seriousness of the risk ranged from reports of patient death to no effects. There were 10 reports of death. One death was reported in association with recurrent PE, while the other 9 were associated with filter migration. Six (6) of these migration-associated deaths were migrations to the heart of a thrombus-encased filter. In a seventh case, only a small amount of clot was attached to the filter, but large clots were present in the pulmonary arteries. In one case, it was not known whether the filter contained clot, and in the remaining 2 cases, physicians judged the deaths to be unrelated to the filter. In the first of these 2 cases, the filter, without adherent clot, flowed out of the ventricle at autopsy. A chest X-ray taken during CPR and just prior to death did not reveal the filter in the heart, and migration to the heart may have occurred due to CPR or post mortem. In the second case, a CT scan performed minutes prior to death revealed migration to the upper IVC. In this case, an autopsy was not performed, and the physician stated that death was not related to the filter.

*Page 3*

LMD1

BPVE-01-01019823

Likelihood of Occurrence of the Problem:  The number, severity classification and type of complication (hazard) reported for the Recovery filter are summarized in Table I.

Table I. Reporting Rates for Adverse Events Associated with the Recovery Filter

| Hazard type | Total | Reporting Rate | Serious Injury(as above) | Reporting Rate |
|---|---|---|---|---|
| Death | 10(8*) | 0.048%(0.038%*) | 10(8*) | 0.048% (0.038%*) |
| Migration | 25 | 0.12% | 16 (14*) | 0.077% (0.067%*) |
| Fractures | 33 | 0.158% | 12 | 0.058% |
| Perforation | 15 | 0.072% | 1 | 0.005% |
| P. embolus | 3 | 0.014% | 3 | 0.014% |
| [IVC Thrombosis | 1** | 0.005% | 1 | 0.005%] |
| Total | 76** | 0.365% | 32 (30) | 0.153% (0.149%) |

\*   Number and rates if the 2 migration-associated deaths that were judged not related to the filter are excluded.
\*\* Recurrent pulmonary embolism was also reported in this case; therefore, the total number of patients/reports is listed as 76 and not 77.

A summary of reported rates for these filter-related complications in the literature is provided in Table II..[3] These rates refer to the use of permanent, non-removable filters.

Table II.  Reported Rates of IVC Filter Complications Provided by Literature Review.
Threshold levels are quality improvement guidelines published by the Society of Interventional Radiologists. Reference: Grassi CJ, Swan TL, Cardella JF et al: Quality improvement guidelines for percutaneous permanent inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol 2003;14:S271-S275.

| Hazard type | Reported rates | | Threshold (for review) |
|---|---|---|---|
| Death | 0.12% | | < 1% |
| Filter Embolization* | 2-5% | 2% | |
| Fractures | 2-10% | | Not listed |
| Perforation | 0-41% | | Not listed |
| P. embolus | 0.5-0.6% | | 5% |
| IVC Occlusion** | 2-30 | | 10% |

\* This is equivalent to Migration in the Table above listing Recovery reporting rates
\*\* This is equivalent to IVC Thrombosis in the Table above

Likelihood of Harm if the Problem Occurs:  See above for the reporting rates of serious injury, defined as described in The Actual Occurrence of Injuries.

Is the Product Essential to Health: Yes, in selected patient groups. As mentioned above, a general consensus exists for the utility of IVC filters in high risk patient groups despite the lack of definitive RCTs.

*Page 4*

BPVE-01-01019824

Is there an Alternative Available: Yes. Alternative permanent and removable IVC filters exist. However, the Recovery filter is unique in the length of the implant period. The Recovery implant period is not limited in the Recovery instructions for use (IFU), and can be utilized as a permanent filter. The clinical experience for the other removable filters, as discussed in the product IFUs, reports short implant periods (mean implant period about 2-3 weeks) before filter removal must be undertaken.

Must the Problem Device be Removed or Corrected Surgically: Yes, in some cases.

Is the Problem Expected & Within an Acceptable Statistical Range: From the analysis of the MAUDE and IMS databases, Recovery reporting rates are significantly higher than those of other filters. In conjunction with these data, there appears to be a significant correlation, although $R^2$ values are only in the 0.5 range, of the migration reporting rates with the simulated migration resistance bench test. However, the flaws in the data collection methodologies makes calculation and comparison of actual incidence rates impossible from these data, and no definitive conclusions as to relative performance can be made. Adverse events rates reported in the literature are well above these reporting rates. But, as discussed above, direct comparisons of reporting rates to literature-derived rates are not possible because mostly permanent filters have been studied and the data have been collected using markedly different detection methods and patient populations. However, further investigation of these reported adverse events is warranted because of the size of the differences in the reporting rates and the correlation with the bench test of migration resistance.

Can the Problem be Corrected in the Field: No.

Is the Problem or Health Hazard Obvious to the User: No.

Can the Product Continue to be Used with Proper Warnings: One could consider providing summary information concerning the analysis of reporting rates to physicians in the context of the limitations of the data. Further work into the collection of survey data from surgeons or payors might be explored.

Is the Device Used Only by Specially Trained Health Care Professionals: Yes.

References:

[1]. Goldman SA. Limitations and strengths of spontaneous reports data. Clin Ther 1998; 20 Suppl C: C40-44.

[2]. Jones JK. Spontaneous reports cannot serve as a basis for comparison of two drugs. Am J Cardiol 2003;92:1141-1142.

[3]. Grassi CJ, Swan TL, Cardella JF, et al: Quality improvement guidelines for percutaneous permanent inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol 2003;14:S271-S275.

*Page 5*

BPVE-01-01019825

# EXHIBIT W



# G2®
## Filter System
*Timeless Performance®*
### G2 Filter System
### Femoral Vein Approach

## ENGLISH

## Instructions for Use
### For use in the Vena Cava

**Caution:** Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A. General Information

The G2 Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2 Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, to first, to the distal end of the catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheath and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2 Filter to be deployed with the filter tip centered and minimizes the potential for legs crossing.

The G2 Filter is designed to act as a permanent filter. When clinically indicated, the G2 Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2 Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MRI Safety:**

Non-clinical testing has demonstrated that the G2 Filter is MR Conditional. It can be scanned safely under the following conditions:

1. Static Magnetic field of 1.5-Tesla or less;
2. Spatial gradient field of 450 Gauss/cm or less
3. Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2 Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner. MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2 Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

### B. Device Description

The G2 Filter System - Femoral consists of the filter and delivery system. The G2 Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2 Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2 Filter System - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2 Filter, a storage tube with saline infusion port, and a pusher system. The G2 Filter is packaged pre-loaded within the delivery storage tube.

### C. Indications for Use

**Figure A. G2® Filter System - Femoral**



A. INTRODUCER CATHETER
B. FILTER STORAGE TUBE
C. SALINE DRIP INFUSION SET
D. SIDE PORT
E. ADJUSTABLE TOUHY-BORST ADAPTER
F. NITINOL PUSHER WIRE
G. PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the G2 Filter

The G2® Filter - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.
- The G2 Filter may be removed according to the instructions supplied below under Section labeled: Optional Procedure for Filter Removal.

### D. Contraindications for Use

**CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.**

The G2® Filter should not be implanted in:

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

### E. Warnings

#### G2® Filter Implantation

1. The G2 Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2 Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution #4.)
3. Delivery of the G2 Filter through the introducer catheter is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The G2 Filter System - Femoral is designed for femoral approaches only. Never use the G2 Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2 Filter orientation within the IVC.
5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Only use the Recovery Cone® Removal System to remove the G2 Filter. Never re-deploy a removed filter.
7. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
8. Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
9. Movement or migration of the filter is a known complication of vena cava filters. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs have been reported in association with improper deployment, filling with clots and/or dislodgment due to large clot burdens.
10. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
11. After use, the G2 Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

#### G2® Filter Removal

1. Do not attempt to remove the G2 Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the IVC wall.
   NOTE: It is possible that complications such as those described in the "Warnings, Precautions, and Potential Complications" section of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.
2. Use only the Bard Recovery Cone Removal System (packaged separately) to retrieve the G2 Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.
3. Never re-deploy a removed filter.

### F. Precautions

#### G2® Filter Implantation

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. The filter should be placed in the suprarenal position in pregnant women and in women of childbearing age.[1]
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement or sub-optimal placement of the filter occurs, consider immediate retrieval. Retrieve the G2 Filter using the Recovery Cone Removal System only. Refer to the Optional Procedure for Filter Removal section for details.
7. Spinal deformations: It is important to exercise case when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
10. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
11. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage of the hub.
12. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.
13. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheath the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

#### G2® Filter Removal

1. Anatomical variances may complicate insertion and deployment of the Recovery Cone Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spinal deformations: It is important to exercise care when contemplating removing the G2 Filter with the Recovery Cone Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.
3. Remove the G2 Filter using the Recovery Cone Removal System Only. (Reference Optional Procedure for Filter Removal for specific removal instructions)
4. The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

(1)

BPV-17-01-00118386

5283.0001

### G. Potential Complications

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement or migration of the filter is a known complication of vena cava filters. This may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in the IFU. Migration of filters to the heart or lungs have also been reported in association with improper deployment, deployment into clots and/or dislodgment due to large clot burdens.
- Filter fracture is a known complication of vena cava filters. There have been reports of embolization of vena cava filter fragments resulting in retrieval of the fragment using endovascular and/or surgical techniques. Most cases of filter fracture, however, have been reported without any adverse clinical sequelae.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Caval thrombosis/occlusion.
- Extravasation of contrast material at time of venacavogram.
- Air embolism.
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage.
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization.
- Infection.
- Intimal tear.
- Stenosis at implant site.

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

### H. Equipment Required

The following equipment is required for use.

- One G2 Filter and Delivery System that contains:
  - One 48 cm, 7 French I.D. introducer catheter and dilator set
  - One storage tube with pre-loaded G2 Filter and pusher delivery system
- 0.038" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc

If the physician chooses to percutaneously remove the G2 Filter, the *Recovery Cone*® Removal System is available from C. R. Bard, Inc.

### I. Directions for Use

Insertion of the 7 French Introducer Catheter and Preliminary Venography

1. Select a suitable femoral venous access route, on either the right or left side, depending on the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

**Precaution:** If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

**Precaution:** The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.

**Precaution:** The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).
9. Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer catheter tip should be 1 cm below the lowest renal vein.
10. Remove the filter and delivery system from Kit B and flush with saline.

**Precaution:** It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.

11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
12. Advance the filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures A-D). Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

## Advancement of G2® Filter, Illustrated



FIGURE A — Grasp Wire, Push Forward

FIGURE B — Release Wire

FIGURE C — Move Hand Backwards

FIGURE D — Regrasp Wire

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment

14. Deliver and release filter as described below.
   Figure E: Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release/deployment process.
   Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

## G2® Filter Release, Illustrated



FIGURE E
FIGURE E-1

FIGURE F
FIGURE F-1 — Pull Hand Back — Hold Hand Stationary

FIGURE G
FIGURE G-1

**Precaution:** Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheath the stationary filter by withdrawing the introducer catheter as described below. Do not twist the pusher wire handle at anytime during this procedure.

Position the filter tip 1 cm below the lowest renal vein.
   Figure F: With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process. The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
   Figure F-1: Unsheathing of filter in IVC.
   Figure G: The position of the hands at the completion of the unsheathing process.
   Figure G-1: The filter deployed in the IVC.

15. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire. Do not twist the pusher wire handle at anytime during this procedure.
16. Remove the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

Follow-up Venacavogram

17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

OPTIONAL PROCEDURE FOR FILTER REMOVAL:

**CAUTION: Remove the G2 Filter using the Recovery Cone only.**

### Removal of G2® Filter

Equipment Required

The following equipment is required for use:

- One *Recovery Cone* Removal System that contains:
  - One 75 cm, 10 French I.D. introducer catheter and dilator set
  - One Y-adapter with *Recovery Cone* and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

Clinical Experience

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2 Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis.

(2)

BPV-17-01-00118387

5283.0002

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure H depicting the time to retrieval.



**Figure H: Distribution of Filter Indwell Time in Retrieved Subjects**

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone®* Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.
There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.
Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

**Procedural Instructions**

**Insertion of the Introducer Catheter**

1.  Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2.  Prep, drape and anesthetize the skin puncture site in standard fashion.
3.  Select and open the *Recovery Cone* Removal System package. Open Kit A Introducer Catheter package.
4.  Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5.  Insert the guidewire and gently advance it to the location of the G2® filter for removal.
6.  Remove the venipuncture needle over the guidewire.
7.  Pre-dilate the accessed vessel with a 12 French dilator.
8.  Advance the 10 French Introducer catheter together with its tapered dilator over the guidewire and into the vein.
    NOTE: **The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.**
9.  Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavagram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2 filter.

*Recovery Cone* Removal System Insertion and Delivery

11. Remove the *Recovery Cone* Removal System pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.
    PRECAUTION: **The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.**
14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher system forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheath to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.

**Capture of G2® Filter**

**G2® Filter Removal, Illustrated**

17. The capture of the G2 Filter is illustrated in Figures A-E.



Figure A: After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain a anterior-oblique fluoroscopic image to confirm that the cone is over the filter tip.
Figure B: Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
Figure C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.
Figure D: With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.
Figure E: The filter has been retracted into the catheter

18. Examine the filter to ensure that the complete filter has been removed.

**Followup Venacavogram**

19. A followup venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**

Due to anatomical variances with respect to the position of the G2 Filter, guidewire-assisted techniques may be used.

**Use of a Guidewire**

If it is difficult to align the cone with the G2 Filter tip, one may use a guidewire to facilitate advancement of cone over the filter tip. Withdraw the introducer catheter and cone shaft away from the filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip.
After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.
Advance the introducer catheter to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.
Continue removing the Filter as described in step 17.

**J. How Supplied**

Each G2 Filter is supplied preloaded in a storage tube. Each G2 Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.
Warning: **After use, the G2 Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.**
The G2 Filter should be stored in a cool (room temperature), dry place

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.
TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.
Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.
An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available

References:
1.  Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.
2.  Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M. Radiology 2002, 225(3), 835-844.
3.  Retrievability of the Recovery Vena Cava Filter after Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006. 17(2), 299-302.
4.  Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J.. et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5.  Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.
6.  Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7.  Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10). 1169-1171.
8.  Retrievable Inferior Vena Cava Filters. Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

(3)



G2® Filter System

Do Not Resterilize.

Femoral

Do Not Use If Package Is Damaged Or Opened.

Femoral Introducer Catheter

MR Conditional

Use By

Contents:   Kit A:  One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator
Kit B:  One (1) G2 Filter Femoral Delivery System

Lot Number

Protect From Heat

REF   Catalog Number

Keep Dry

Attention, See Instructions for Use

Recommended Guidewire

STERILE EO   Sterilized By Using Ethylene Oxide

Manufactured By:

NON PYROGENIC   Non-pyrogenic

Bard, G2, Recovery Cone and Timeless Performance are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

Single Use.

Variously protected by one or more of the following U.S. Patents: 6,007,558 and 6,258,026.  Other U.S. and Foreign Patents Pending.
Copyright © 2008 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

Manufactured By:
**Bard Peripheral Vascular, Inc.**
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:   1-480-894-9515
1-800-321-4254
FAX:   1-480-966-7062
1-800-440-5376
www.bardpv.com



BARD
PERIPHERAL
VASCULAR

PK5250500 Rev. 0   01/08

BPV-17-01-00118389
5283.0004

# EXHIBIT X
# (Filed Under Seal)

# EXHIBIT Y





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



- Celect estimated to be about 3% of the Cook number
- Does not much news, seems to be more of a LMR.  Not even showing up on our internal tracking info from HSI
- OptEase has been at 9% for a while.  TrapEase users like idea of retrievable but the filter has not attained broader market acceptance, indwell time is probably one of the bigger reasons

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622864

## Key Market Trends and Dynamics

- Optional filters continue to grow and are becoming the preferred filter design
- There are several new optional entrants in market (i.e. Rex/Angiotech, ALN, Safeflo, Crux)
- Prophylactic usage expanding
- Recent reimbursement for filter retrievals at ASCs
- No one is pursuing permanent filter technology
- Market interest in IVUS for cost and time savings with bedside placement

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

•No permanent filters being developed, everything is being designed to be optional

•Field big source of info, Corporate, VP of Reimbursement Dave Parr, coded as foreign body retrieval 37203

   •ASC = Ambulatory Service Center

•New entrants lack of good filter data, filters perceived as last resort, medical community not know answer, anticoag has its own problems

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

## Key Market Trends (cont.)

- But the Optional Market Growth is being hampered:
  - Recent clinical data focuses on complications associated with optional filters
  - There is a perceived risk / benefit tradeoff for marginally indicated patients with the attitude there is no "benign" filter
  - Insufficient implant referral base awareness of possible benefits of optional filters
  - Lack of education opportunities to implant & retrieve
  - Poor tracking in hospitals for follow up retrieval (tracking software value)



CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.



# SWOT

**Objective: Increase Revenue and Capture More Market Share**

**Internal**

**Strengths**
- Established presence in market and established product platform
- Long term clinical data (EVEREST) available to support prophylaxis indication
- Large, well trained sales force with strong understanding of hemodynamics and disease state
- Good retrievable filter with potential indefinite indwell time
- Strong material expertise
- Strong relationship with IRs and VS
- Filter thought leader relationships

**Weaknesses**
- Device focused
- Lack of thorough understanding dynamics of caval anatomy – impacting testing methods
- We have historical reactive/evolution design mindset
- Product complications – forcing focus on reactive designing??
- Limited understanding of user needs
- Delivery system cost

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

PERIPHERAL VASCULAR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



# SWOT (Continued)

**Opportunities**

- Physicians would prefer added safety of prophylaxis indication
- Interest increasing in bedside deployment with IVUS
- Interest increasing with outpatient center retrieval with approved ASC reimbursement
- To increase referral base awareness
- International untapped market

**Threats**

- Several new entrants to the market (Crux, ALN, Safeflo, Rex)
- Percieved risk of device
- Trendy to criticize IVC filters in clinical literature
- Potential other technologies that could treat TED
- Hospitals attitude towards fluoro overexposure
- Potential shifting of regulatory requirements to bring a filter to market

External

PERIPHERAL VASCULAR

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.





## Cook

- **Strong Competitor**
  - 16% Market Share ($); 22% (units)
- **Product Offering**
  - **Celect (Optional)** – *retrievable indication with long window of retrievability, but minimum caval diameter limitations*
  - **Günther Tulip (Optional)** – *reputation for low complications, but limited window of retrievability*
  - **Bird's Nest (Permanent)** – *can be placed in larger cavas*

| Strengths | Weaknesses |
|---|---|
| • Longevity<br>• Positive market momentum<br>• Low price alternatives | • Both optional filters prone to Tilting<br>• Weak sales force with larger territories |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

BARD PERIPHERAL VASCULAR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



## Other Permanent (BBraun & Boston)

- **BBraun**
  - 13% Market Share ($); 13% (units)
  - **Vena Tech LP and LGM** (Permanent) – *bidirectional filters, easy to use with low prices and perceived low complication rates, but no dual level filtration and weak sales force*
- **Boston Scientific**
  - 9% Market Share ($); 10% (units)
  - **Greenfield SS and Ti** (Permanent) – *clinic history and strong sales force supporting ease of use and low price, but no dual level filtration and prone to tilt; larger profile as well with single femoral side delivery*

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

BARD PERIPHERAL VASCULAR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



## Other New Entrants

11

- Rex Medical (Option Filter)
  - **Low** profile **and** optional, but no **real** new technology advancements
- ALN (ALN Filter)
  - Optional filter marketed by distributor in U.S.; tilting risks
- Rafael Medical (SafeFlo Filter)
  - Optional filter
- BBraun (Convertible Filter)

CE

PERIPHERAL
VASCULAR

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1









CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



**Product Strategy**

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# ASP Comparison

| Optional | | | Permanent | | |
|---|---|---|---|---|---|
| G2 | $1,270 | | TrapEase | $1,135 | |
| OptEase | $1,278 | | Bird's Nest | $1,071 | |
| Gunther-Tulip | $956 | | VenaTech | $1,061 | |
| Celect | N/A | | Greenfield | $940 | |
| | | | Simon Nitinol | $902 | |
| Non-weighted average | $1,183 | | Non-weighted average | $1,022 | |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

BPVE-01-00622880



**Filter Sales Projections**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622881







BPVE-01-00622884



## Crux Biomedical

24

- Nitinol Wire with PTFE "Net" Filtering Element
- 7F Retrieval
- Possible Strengths
  - Retrievable from Femoral or Jugular
- Possible Performance Issues
  - Jumps Upon Deployment
  - Potential Excessive Incorporation Leading to Irretrievability
  - Possibility of Caval Occlusion
- U.S. Clinical Trial in Process
  - RETRIEVE I
  - Approved September 2007
  - 12 Institutions Enrolled
  - Endpoints PE Prevention & Retrieval

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

- Heard of downward jump
- Excessive incorporation issues
- Probably be occluder
- Trial is in progress in the US



**Option\* LT (Rex Medical)**

25

- Laser-Cut Nitinol Tube
- Single Level Conical Design
- Angiotech Signed Licensing Deal March 13
- Potential Strengths
  - 5F Profile
- Potential Weaknesses
  - Tilting an Issue
  - Possibility of Guidewire Entrapment
- Performance Similar to that of Gunther-Tulip
- 14 – 107 Day Retrievals OUS
- U.S. Clinical Trial in Process
  - Reports of Tilting
  - Retrieval Issues
  - Reports of 14 - 107 Day Indwell
  - Enrollment Complete Q2 2008
- U.S. Release Late 2008

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

- Something of a threat, low profile
- Gregg Pichler less than 50% success rate 3 weeks
- Made like TrapEase
- Tilting problem
- Venbrooks speaker
- US AIM/VEITH, 20 days mean, 6-175 days, paper at SIR
- Abbott, BSCI, Terumo
- Hooks twist, torquing cava

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



SafeFlo™ Filter – Raphael Medical

- Nitinol Construction
- 7F Retrieval System
- Potential Strengths
  - Low Profile
- Potential Weaknesses
  - User confusion - 3 sizes & 2 retrieval devices)
  - No anchoring mechanism – design depends on radial strength for migration resistance
  - Possibility of caval occlusion
  - Retrieval difficulty
- OUS Studies Demonstrate Retrievability up to 12 Days
- U.S. Clinical Trial in Process at 2 Institutions in New York
- Release Uncertain

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

•3 sizes, wrong size chosen, downside of 3 different sized filters, too small embolus, too large perf,

•No fixation just radial force

•Flat filter with wires

•What is issue with flat filter element??? Occlusion.

•Eggbeater retrieval device… Raphael Medical characterize it like a eggbeater

•Heard FDA had issues with trial

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# List Prices

27

| | |
|---|---|
| **OptEase** | **$1,695 / $1,795** |
| **Celect** | **$1,395 / $1,300** |
| **G2** | **$1,395** |
| **SS Greenfield** | **$1,199** |
| **TrapEase** | **$1,195 / $1,295** |
| **Gunther-Tulip** | **$1,125** |
| **Vena Tech LP** | **$1,085** |
| **Ti Greenfield** | **$1,099** |
| **Bird's Nest** | **$1,049** |
| **Simon Nitinol** | **$1,035** |
| **Vena Tech** | **$895 / $995** |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1





# G2 EXPRESS™ Filter

· **Situation/Problem**
  − **Currently available optional filters are**
    · Easy to retrieve but limited retrieval window
    · Long retrieval window, but difficult to retrieve
· **Implications**
  − **Difficult retrievals lead to**
    · Increased procedure time
    · Failed retrievals
    · Possible adverse events
  − **Filters become permanent**
    · Increased likelihood of DVT long term*

*Decousus, et al, NEJM, Dec 1998
CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

Speak to leveraging new indication to better meet customer needs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



31

# G2 EXPRESS™ Delivery System

- **Situation/Problem**
  - **Currently available optional filters are**
    - **Easy to use but have limited retrieval window**
    - **Long retrieval window, but difficult to use**
      - Lack patient implant card insert
      - Requires non-standard sheath/dilator
      - Bleeding at sheath hub
      - Require additional catheter & procedure to size vena cava

CONFIDENTIAL This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# G2 EXPRESS™ Delivery System

- Implications
  - Difficult deployments lead to
    - Increased procedure time
    - Possible adverse events
  - Extra time/confusion associated with searching for patient implant card
  - Additional cost incurred if sheath is used but delivery system is not

CONFIDENTIAL. This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

33

# G2 EXPRESS™ Delivery System

## Solution

- **Optimize delivery systems**
  - · **Femoral**
    - Add hemostasis valve
    - Add sidearm port for injection
    - Heat-formed tungsten radiopaque tip
  - · **Jugular & Femoral**
    - Add caval sizing capability
- **Provide sheath/dilator kits as end item**
- **Include patient implant card in product package**

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



# G3 Filter System

**Situation/Problem**
- Physicians select patients based on risk/benefit tradeoff
- Filters can have significant AEs

**Implication**
- Some patients who could benefit from a filter go unprotected

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

38

# G3 Filter System

- · **Solution**
  - – **Design filter with minimal complications**
    - · **Caudal migration resistance**
    - · **Tilt resistance (long-term)**
    - · **Reduced penetrations**
    - · **Fracture resistance**
- · **Status/Action Plan**
  - – **Concept Phase**
  - – **12 wk feasibility animal study**
    - · **unexpected vena cava penetrations**
  - – **Dual path approach**
    - · **Understand animal data to improve bench testing models**
    - · **Design modifications**

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

37

## Desirable Attributes of an "Ideal" IVC Filter*

- ☑ Non-thrombogenic, infinite implant lifetime performance
- ☑ High filtering efficiency with no impedance of flow
- ☑ MR compatible
- ☑ Low access-site thrombosis
- ☑ Retrievable
- ☑ Ease of percutaneous insertion/retrieval
  - ☑ Small caliber delivery system
  - ☑ Release mechanism simple and controlled
  - ☑ Easy retrieval method
- ☑ Secure fixation within IVC

*Kinney, TB (2003), "Update on IVC Filters," JVIR, 14 (April), 425 – 440.

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

# Filter NPD Update

| Program Update | September Plan | March Plan |
|---|---|---|
| EVEREST | Q1/Q2 '08 | Jan '08 |
| G2 Express | Q2 '08 | Q2 '08 |
|     G2 Express Filter | Q2 '08 | 4/15/08 |
|     G2EX Delivery System | Q2 '08 | Q2 '08 |
| G3 Filter | H1 2010 | TBD |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

## Simon Nitinol Filter



- First Nitinol Vascular Implant
- First Bi-Level Filter
- First Low-Profile 7F ID Delivery System
  - Indicated for R/L Femoral, Jugular, Subclavian and Antecubital Access
- Released in 1990 with Over 17 Years of Proven Efficacy
- Implanted in over 150,000 patients

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1