# Exhibit Z
# (Filed Under Seal)

# EXHIBIT AA

# G2™ FILTER SYSTEM
## for Permanent Placement





BARD

PERIPHERAL
VASCULAR

BPV-17-01-00142912
LMD1

INTRODUCING THE



**G2**™

VENA CAVA FILTER

*for Permanent Placement*

The G2™ Filter combines the **best design features** of Bard's existing vena cava filters to create a **brand-new permanent filter platform** — taking strength and stability to a new level.

- Increased **MIGRATION RESISTANCE**\*
- **IMPROVED CENTERING**\*
- Enhanced **FRACTURE RESISTANCE**\*

**The newly enhanced G2™ Filter** continues the Bard tradition of filter **INNOVATION** spanning over a decade.

\* Data on File

TIMELESS PE

BPV-17-01-00142913
LMD1

## CLOT TRAPPING & CAVAL PATENCY

G2™ Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

## LOW-PROFILE

7F delivery system is the lowest profile of any conical filter on the market.



## SECURE FIXATION

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced G2™ Filter resists migration across an even broader range of caval distension and higher pressures.*

*Maximum indicated caval diameter is 28 mm
Data on File

## SELF-CENTERING

Specially designed pusher wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

RFORMANCE

BPV-17-01-00142914
LMD1



# G2™ FILTER SYSTEM
## for Permanent Placement

## ORDER INFORMATION

| Catalog No. | Description |
|---|---|
| RF-310F | G2™ Filter System — Femoral Delivery Kit |

PHYSICIAN'S SIGNATURE

For more information, contact:

**Bard Peripheral Vascular, Inc.**
P. O. Box 1740
Tempe, AZ 85280-1740
USA

Tel: 1-480-894-9515
1-800-321-4254
Fax: 1-480-966-7062
1-800-440-5376
www.bardpv.com

The safety and effectiveness of the G2 Filter System for use
as a retrievable or temporary filter have not been established.

Please consult product labels and package inserts for indications,
contraindications, hazards, warnings, cautions, and information for use.

Bard and Timeless Performance are registered trademarks of C. R. Bard, Inc.
or an affiliate. G2 is a trademark of C. R. Bard, Inc. or an affiliate.

Copyright © 2005. C. R. Bard, Inc. All Rights Reserved.     0115541.



BARD

PERIPHERAL
VASCULAR

BPV-17-01-00142915
LMD1

# EXHIBIT BB

**RECOVERY Cone' Removal System**

 Timeless Performance'



RECOVERY® Filter's unique self-centering design, proven conical shape and bi-level filtering system create the ideal balance between clot trapping efficiency and caval patency. Advanced design and accurate placement coupled with lasting performance make RECOVERY® the permanent solution for caval interruption.



**Low Profile**

- At 7F, RECOVERY® Filter's delivery system has one of the lowest profiles of any filter on the market.

**Clot Trapping and Caval Patency**

- The RECOVERY® Filter utilizes the proven conical filter shape arranged into two offset layers to create a filtration system that effectively traps large and small emboli without compromising caval patency.

**Self-Centering**

- Articulated arms, along with the specially engineered flexible pusher wire of the delivery system, promote a centered placement.

**Latest Advance in Filter Technology**

- The RECOVERY® Filter, a product of Bard's industry-leading nitinol experience, incorporates the best features of today's most advanced caval filtration devices while overcoming the disadvantages with older designs.

**Secure Fixation**

- Filter hooks are loaded into a delivery system that is specifically constructed to prevent leg crossing.

Bard, Recovery and Recovery Cone are registered trademarks of C. R. Bard, Inc., or an affiliate.
Timeless Performance is a trademark of C. R. Bard, Inc., or an affiliate.
Copyright 2004 C. R. Bard, Inc. All rights reserved.
U.S. Patent: 6,007,558, 6,258,026. Legal Notice



DEPOSITION
EXHIBIT
21
PENGAD 800-601-6989

BPV-17-01-00137593
LMD1

# Recovery Cone® Removal System
## for use with the Recovery® Filter and Foreign Body Retrievals



### ENGLISH

**Instructions for Use**

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

**A. General Information**

The *Recovery Cone* Removal System is intended to percutaneously remove the *Recovery Filter* or a foreign body as indicated.

The cone is designed to advance through its 75 cm, 10 French I.D. introducer catheter using a flexible, Pebax shaft. A reinforced cone at the end of the shaft is designed to collapse over the tip of the *Recovery Filter* or a foreign body for percutaneous removal. This cone is reinforced by a wire basket. The introducer sheath has a radiopaque marker for enhanced visualization. The introducer sheath is used to collapse the removal cone over the *Recovery Filter* tip or a foreign body and pull the collapsed cone into the sheath to remove the Filter or foreign body.

**B. Device Description**

The *Recovery Cone* Removal System consists of the *Recovery Cone* and Introducer Catheter (Figure A). The cone consists of a reinforced urethane cone, 15-mm in diameter. The cone is connected to a plastic (Pebax) shaft and handle. The shaft has a central lumen that accommodates a 0.035" guidewire. A Touhy-Borst Y-adapter is used to connect the cone to the Introducer Catheter and to a saline flush or drip. The Introducer Catheter consists of a 10 French I.D. introducer sheath and dilator. The introducer sheath has a radiopaque marker for enhanced fluoroscopic visualization.

**Figure A. Recovery Cone Removal System**



A. Introducer Catheter
B. Removal Cone
C. Saline Drip Infusion Set
D. Side Port
E. Adjustable Touhy-Borst Adapter
F. Shaft With 0.040" Lumen
G. Shaft Handle

**IMPORTANT:  Read instructions carefully before using the Recovery Cone Removal System**

**C. Indications for Use**

The *Recovery Cone* Removal System is intended for use to percutaneously remove the *Recovery Filter* or facilitate the retrieval of foreign objects from the peripheral vascular system.

**D. Contraindications for Use**

None known.

**E. Warnings**

- Do not attempt to remove the *Recovery Filter* if significant amounts of thrombus are trapped within the Filter or if the Filter tip is embedded within the vena caval wall.
- Do not use excessive force when manipulating the cone. Excessive force may damage the catheter or other parts of the cone.
- When attempting to retrieve a *Recovery Filter*, only use the *Recovery Cone* Removal System.  Use of other devices has resulted in recurrent pulmonary embolism.
- Ensure adequate clearance in small vessels before deploying the *Recovery Cone*.
- Withdrawal of large foreign bodies may require a cut-down at the peripheral site.
- If resistance is experienced during the retrieval procedure, check the captured Filter or foreign body and introducer sheath using fluoroscopy.
- Contents are supplied sterile.  Do not use if sterile barrier is damaged.  If damage is found, contact your Bard representative.
- Single Patient Use Only.  Do not reuse, reprocess or resterilize.
- Do not use the device or accessories after the expiration date.

**F. Precautions**

- Anatomical variances may complicate insertion and deployment of the device.  Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
- Spinal deformations: It is important to exercise care when contemplating removing the *Recovery Filter* or a foreign body from the inferior vena cava with the *Recovery Cone* Removal System in patients with significant kyphoscoliotic spinal deformations because the vessel may follow the general course of such anatomic deformations.  This may require advanced techniques to remove the Filter or foreign body.
- After use, the *Recovery Cone* Removal System and its accessories and insertions supplies may be a potential biohazard.  Handle and dispose of in accordance with accepted medical practice and with applicable local, state and federal laws and regulations.

- The size and location of the foreign body may impact its ability to be successfully captured and retrieved.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the potential complications.
Possible complications of *Recovery Cone* usage include, but are not limited to, the following:
- Pulmonary Embolism
- Embolization
- Damage to the artery or vein
- Vessel tear or disruption
- Device entrapment
- Hematoma at the access site
- Infection
- Stroke

**NOTE:  It is possible that complications such as those described in the "Warnings, Precautions and Potential Complications" section of this IFU may affect the recoverability of the device or foreign body and result in the clinician's decision to have the device or foreign body remain permanently implanted.**

**H. Equipment Required**

The following equipment is required for use:
- *Recovery Cone* Removal System that contains:
  - One 75 cm, 10 French I.D. delivery sheath and dilator set
  - One Y-adapter with *Recovery Cone* and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc

**I. Clinical Experience with Recovery Filter**

The *Recovery Filter* has been used in Canada by a single investigator and two colleagues at six Toronto area hospitals in 58 subjects, under the Special Access regulations. Although essentially only one physician used the device, removal was performed by three physicians with different support staff and imaging equipment.

Of the 58 Filters implanted, a total of 46 have been retrieved, 8 remain in place, and 4 patients have died with Filters in place of causes unrelated to Filter placement or retrieval (leukemia, cancer, polyarteritis and pulmonary aspergillosis, and hemorrhagic stroke). Time to removal ranged from 1 to 161 days, average 60 days (see histogram).



**Time to Removal**

Follow-up post retrieval has been an average of 325 days (range 1-901 days). Most (n=43) were retrieved via the right internal jugular vein, but some have been via the left internal jugular vein (n=1) and a collateral vein jugular (n=1). One was removed surgically during a cancer operation where the mass was impinging on the Filter. The two methods described in the Instructions for Use were used to retrieve the Filter in all but 4 cases, when a larger sheath was used, or a snare loop was attempted instead of using the *Recovery Cone* System. There was one case of asymptomatic pulmonary embolism when using the larger sheath.

The only other adverse event reported was a fractured Filter arm and hook.  This Filter was placed infrarenally in a pregnant woman during the third trimester at the level of L1-L2. The fracture was believed to be secondary to stresses due to delivery and placement infrarenally, causing severe deflection and embedding of the hook into the bony tissue of the vertebrae.  The Filter was retrieved, minus the hook.

| Clinical Experience Summary Table | |
|---|---|
| Recovery Filters Implanted | 58 |
| Percutaneous Filter Removals | 45 |
| Surgical Filter Removals | 1 (Concurrent to tumor resection) |
| Patient Age | 8-89 years (52 years average) |
| **Reason for Filter Placement** | |
| Contraindication to anticoagulation | 40 |
| Complications associated with anticoagulation | 13 |
| Failure of anticoagulation | 3 |
| Prophylaxis | 2 |
| Time to removal | 1-161 days (60 days average) |
| Follow-up post-removal | 1-901 days (325 average) |
| **Filter Removal Complications** | |
| Technical | 0 |
| Hook fracture secondary to stresses due to labor and birth and infrarenal placement | 1 |
| Asymptomatic pulmonary embolism post-removal | 1 |

**J. Directions for Use – Recovery Filter Removal**
**(See Section K for Foreign Body Retrieval Directions for Use)**

*Insertion of the Introducer Catheter*
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone®* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18 gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the *Recovery®* Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

**NOTE: The Introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.**

9. Remove the guidewire and dilator, leaving the Introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard Inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the Filter. If there is significant thrombus within the Filter, do not remove the *Recovery* Filter.

*Recovery Cone Insertion and Delivery*
11. Remove the cone and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone.

**NOTE: The cone must be fully retracted into the Y-adapter before connecting the system to the Introducer catheter to ensure that the cone can be easily delivered through the catheter. Device has been tested for the retrieval of foreign bodies in the femoral, jugular and subclavian venous systems.**

14. Connect a 500 mL bag or a syringe of saline to the sideport of the Y-adapter. Allow the saline infusion to flow around the removal cone in the Y-adapter for 5 seconds. Tighten the Touhy-Borst adapter valve to minimize reflux of saline toward the feeder, but not so tight as to prevent the pusher shaft from advancing freely.
15. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and Filter delivery system should be held in a straight line to minimize friction.
16. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
17. Continue forward movement of the pusher wire until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheath to open the cone by stabilizing the shaft and retracting the catheter.

*Capture of Recovery Filter*
*Recovery Filter Removal*

18. The capture of the *Recovery* Filter is illustrated in *Recovery* Filter Removal - Figures A-E:



Figure A: After the cone has been opened superior to the Filter, advance the cone over the Filter by holding the Introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the Filter tip.

Figure B: Close the cone over the Filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

Figure C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

Figure D: With the cone collapsed over the Filter, remove the Filter by stabilizing the Introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

Figure E: The Filter has been retracted into the catheter.

*Follow-up Venacavogram*
19. A follow-up venacavogram may be performed after withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

*Guidewire -Assisted Technique*
Due to anatomical variances with respect to the position of the *Recovery* Filter, guidewire assisted techniques may be used.

*Use of a Guidewire*
If it is difficult to advance the *Recovery Cone* System over the *Recovery* Filter tip, one

may use a guidewire to facilitate advancement of the cone.
Withdraw the introducer sheath and cone shaft away from the Filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended), advance the guidewire through the cone and through the Filter near the Filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the Filter tip, advance the cone over the guidewire to the Filter tip.

Advance the introducer sheath to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 18.

**K. Directions for Use – Foreign Body Retrieval**
1. Select a suitable entry site to access the foreign body.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform puncture with an 18 gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the foreign body.
6. Remove the entry needle over the guidewire.
7. Pre-dilate the insertion site with a 12F dilator and then advance the introducer catheter together with its tapered dilator over the guidewire to the target area.

**NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.**

8. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently with saline to maintain introducer catheter patency.
9. Remove the cone and pusher system from Kit B.
10. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
11. Slowly withdraw the cone into the Y-adapter to collapse the cone

**NOTE: The cone must be fully retracted into the Y-adapter before connecting the system to the Introducer catheter to ensure that the cone can be easily delivered through the catheter. Device has been tested for the retrieval of foreign bodies in the femoral, jugular and subclavian venous systems.**

12. Connect a 500 mL bag or a syringe of saline to the sideport of the Y-adapter. Allow the saline Infusion to flow around the removal cone in the Y-adapter for 5 seconds. Tighten the Touhy-Borst adapter valve to minimize reflux of saline toward the feeder, but not so tight as to prevent the pusher shaft from advancing freely.
13. Attach the Y-adapter with the collapsed cone to the introducer catheter.
14. Advance the cone by moving the pusher shaft forward through the introducer catheter.
15. Continue forward movement of the pusher wire until the cone advances to the radiopaque marker on the distal end of the introducer catheter.
16. Open the cone by stabilizing the shaft and retracting the catheter
17. After the cone has been opened adjacent to the foreign body, advance the cone over foreign body by holding the introducer catheter stationary and advancing the pusher shaft.
18. Close the cone over the foreign body by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
19. Continue advancing the introducer catheter over the cone until the cone is within the Introducer catheter.
20. With the cone collapsed over the foreign body, remove the foreign body by stabilizing the introducer catheter and retracting the pusher shaft in one smooth, continuous motion.

**L. How Supplied**
Each *Recovery Cone* Removal System is supplied preloaded. Each *Recovery Cone* Removal System is sterile and non-pyrogenic unless package has been opened or damaged, and is ready to be used for single use only. The *Recovery Cone* System is pre-assembled. Do not attempt to re-sterilize this product.

This product should be stored in a cool (room temperature), dry place.

**M. Warranty**
Bard Peripheral Vascular warrants to the first purchaser of this product, that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited, to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion, or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your country.

An issue or revision date and revision number for these instructions are included for the user's information on the last page of this booklet.

In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

 Recovery Cone® Removal System

 Do Not Re-sterilize.

 Recovery Cone® Removal System Introducer Catheter

 Do Not Use If Package Is Damaged Or Opened.

**REF**   Catalog Number

 Recommended Guidewire

 Use By

 Manufactured By

 Lot Number

 Contents:  REF: FBRC  Kit A: One (1) 10 Fr. Introducer Catheter 75cm Long with Dilator Kit B: One (1) Recovery Cone Removal System

 Attention, See Instructions for Use

 Bard, Recovery and Recovery Cone are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

**STERILE EO**   Sterilized By Using Ethylene Oxide

 U.S. Patent No. 6,156,055.  Other Patents Pending. Copyright © 2007  C. R. Bard, Inc.  All rights reserved.  Printed in the U.S.A.

**NON PYROGENIC**   Non-pyrogenic

 Single Use.  Do Not Reuse.



**Manufactured By:**
**Bard Peripheral Vascular, Inc.**
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL: 1-480-894-9515
     1-800-321-4254
FAX: 1-480-966-7062
     1-800-440-5376
   www.bardpv.com

PK5014899 Rev. 0   11/07

# EXHIBIT CC



# RECOVERY **G2** FILTER SYSTEM

Timeless Performance†

**NOW AVAILABLE - JUGULAR DELIVERY SYSTEM**



The Recovery† G2 Filter combines **the best design features** of Bard's existing vena cava filters to create a **brand-new filter platform** — taking strength and stability to a new level.



**The newly enhanced Recovery† G2 Filter** continues the Bard tradition of filter innovation spanning over a decade.

- Increased **MIGRATION RESISTANCE***
- **IMPROVED CENTERING***
- Enhanced **FRACTURE RESISTANCE***
    * Data on File

### Clot Trapping and Caval Patency

The Recovery† G2 Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

### Secure Fixation

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced Recovery† G2 Filter resists migration across an even broader range of caval distension and higher pressures.*
* Maximum indicated caval diameter is 28 mm. Data on File

### Low-Profile

7F delivery system is the lowest profile of any conical filter on the market.

### Self-Centering

Specially designed pusher wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

† Bard, Recovery and Timeless Performance are registered trademarks or trademarks of C. R. Bard, Inc. or an affiliate.
Copyright 2005 C. R. Bard, Inc. All rights reserved. Legal Notice

Please consult product labels and package inserts for indications, contraindications, hazards, warnings, cautions, and information for use.

Copyright © 2006, C. R. Bard, Inc. All Rights Reserved

BPV-17-01-00137588
LMD1

# Recovery Cone® Removal System for use with the Recovery® Filter and Foreign Body Retrievals



## ENGLISH

### Instructions for Use

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

#### A. General Information

The *Recovery Cone Removal System* is intended to percutaneously remove the *Recovery Filter* or a foreign body as indicated.

The cone is designed to advance through its 75 cm, 10 French I.D. introducer catheter using a flexible, Pebax shaft. A reinforced cone at the end of the shaft is designed to collapse over the tip of the *Recovery Filter* or a foreign body for percutaneous removal. This cone is reinforced by a wire basket. The introducer sheath has a radiopaque marker for enhanced visualization. The introducer sheath is used to collapse the removal cone over the *Recovery Filter* tip or a foreign body and pull the collapsed cone into the sheath to remove the Filter or foreign body.

#### B. Device Description

The *Recovery Cone Removal System* consists of the *Recovery Cone* and Introducer Catheter (Figure A). The cone consists of a reinforced urethane cone, 15-mm in diameter. The cone is connected to a plastic (Pebax) shaft and handle. The shaft has a central lumen that accommodates a 0.035" guidewire. A Touhy-Borst Y-adapter is used to connect the cone to the Introducer Catheter and to a saline flush or drip. The Introducer Catheter consists of a 10 French I.D. introducer sheath and dilator. The introducer sheath has a radiopaque marker for enhanced fluoroscopic visualization.

#### Figure A. Recovery Cone Removal System



A. Introducer Catheter
B. Removal Cone
C. Saline Drip Infusion Set
D. Side Port
E. Adjustable Touhy-Borst Adapter
F. Shaft with 0.040" Lumen
G. Shaft Handle

**IMPORTANT:  Read instructions carefully before using the *Recovery Cone Removal System***

#### C. Indications for Use

The *Recovery Cone Removal System* is intended for use to percutaneously remove the *Recovery Filter* or facilitate the retrieval of foreign objects from the peripheral vascular system.

#### D. Contraindications for Use

None known.

#### E. Warnings

- Do not attempt to remove the *Recovery Filter* if significant amounts of thrombus are trapped within the Filter or if the Filter tip is embedded within the vena caval wall.
- Do not use excessive force when manipulating the cone. Excessive force may damage the catheter or other parts of the *Recovery Cone*.
- When attempting to retrieve a *Recovery Filter*, only use the *Recovery Cone* Removal System. Use of other devices has resulted in recurrent pulmonary embolism.
- Ensure adequate clearance in small vessels before deploying the *Recovery Cone*.
- Withdrawal of large foreign bodies may require a cut-down at the peripheral site.
- If resistance is experienced during the retrieval procedure, check the captured Filter or foreign body and introducer sheath using fluoroscopy.
- Contents are supplied sterile. Do not use if sterile barrier is damaged. If damage is found, contact your Bard representative.
- Single Patient Use Only. Do not reuse, reprocess or resterilize.
- Do not use the device or accessories after the expiration date.

#### F. Precautions

- Anatomical variances may complicate insertion and deployment of the device. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
- Spinal deformations: It is important to exercise care when contemplating removing the *Recovery Filter* or a foreign body from the inferior vena cava with the *Recovery Cone Removal System* in patients with significant kyphoscoliotic spinal deformations because the vessel may follow the general course of such anatomic deformations. This may require advanced techniques to remove the Filter or foreign body.
- After use, the *Recovery Cone* Removal System and its accessories and insertions supplies may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and with applicable local, state and federal laws and regulations.

- The size and location of the foreign body may impact its ability to be successfully captured and retrieved.

#### G. Potential Complications

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the potential complications.

Possible complications of *Recovery Cone* usage include, but are not limited to, the following:

- Pulmonary Embolism
- Embolization
- Damage to the artery or vein
- Vessel tear or disruption
- Device entrapment
- Hematoma at the access site
- Infection
- Stroke

NOTE:  It is possible that complications such as those described in the "Warnings, Precautions and Potential Complications" section of this IFU may affect the recoverability of the device or foreign body and result in the clinician's decision to have the device or foreign body remain permanently implanted.

#### H. Equipment Required

The following equipment is required for use:

- *Recovery Cone* Removal System that contains:
  - One 75 cm, 10 French I.D. delivery sheath and dilator set
  - One Y-adapter with *Recovery Cone* and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 16 gauge entry needle
- 12 French dilator
- Saline
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

#### I. Clinical Experience with Recovery Filter

The *Recovery Filter* has been used in Canada by a single investigator and two colleagues at six Toronto area hospitals in 58 subjects, under the Special Access regulations. Although essentially only one physician used the device, removal was performed by three physicians with different support staff and imaging equipment.

Of the 58 Filters implanted, a total of 46 have been retrieved, 8 remain in place, and 4 patients have died with Filters in place of causes unrelated to Filter placement or retrieval (leukemia, cancer, polyarteritis and pulmonary aspergillosis, and hemorrhagic stroke). Time to removal ranged from 1 to 161 days, average 60 days (see histogram).



Follow-up post retrieval has been an average of 325 days (range 1-901 days). Most (n=43) were via the right internal jugular vein, but some have been via the left internal jugular vein (n=1) and a collateral vein jugular (n=1). One was removed surgically during a cancer operation where the mass was impinging on the Filter. The two methods described in the Instructions for Use were used to retrieve the Filter in all but 4 cases, when a larger sheath was used, or a snare loop was attempted instead of using the *Recovery Cone* System. There was one case of asymptomatic pulmonary embolism when using the larger sheath.

The only other adverse event reported was a fractured Filter arm and hook. This Filter was placed infrarenally in a pregnant woman during the third trimester at the level of L1-L2. The fracture was believed to be secondary to stresses due to delivery and placement infrarenally, causing severe deflection and embedding of the hook into the bony tissue of the vertebrae. The Filter was retrieved, minus the hook.

| Clinical Experience Summary Table | |
|---|---|
| *Recovery Filters* Implanted | 58 |
| Percutaneous Filter Removals | 45 |
| Surgical Filter Removals | 1 (Concurrent with tumor resection) |
| Patient Age | 8-89 years (52 years average) |
| **Reason for Filter Placement** | |
| Contraindication to anticoagulation | 40 |
| Complications associated with anticoagulation | 13 |
| Failure of anticoagulation | 3 |
| Prophylaxis | 2 |
| Time to removal | 1-161 days (60 days average) |
| Follow-up post-removal | 1-901 days (325 average) |
| **Filter Removal Complications** | |
| Technical | 0 |
| Hook fracture secondary to stresses due to labor and birth and infrarenal placement | 1 |
| Asymptomatic pulmonary embolism post-removal | 1 |

**J. Directions for Use – *Recovery Filter* Removal**
(See Section K for Foreign Body Retrieval Directions for Use)

Insertion of the Introducer Catheter
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18 gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the *Recovery®* Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the Filter. If there is significant thrombus within the Filter, do not remove the *Recovery* Filter.

*Recovery Cone* Insertion and Delivery
11. Remove the cone and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone.

NOTE: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be easily delivered through the catheter. Device has been tested for the retrieval of foreign bodies in the femoral, jugular and subclavian venous systems.

14. Connect a 500 mL bag or a syringe of saline to the sideport of the Y-adapter. Allow the saline infusion to flow around the removal cone in the Y-adapter for 5 seconds. Tighten the Touhy-Borst adapter valve to minimize reflux of saline toward the feeder, but not so tight as to prevent the pusher shaft from advancing freely.
15. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and Filter delivery system should be held in a straight line to minimize friction.
16. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
17. Continue forward movement of the pusher until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheath to open the cone by stabilizing the shaft and retracting the catheter.

Capture of *Recovery* Filter
*Recovery Filter* Removal

18. The capture of the *Recovery* Filter is illustrated in *Recovery* Filter Removal - Figures A-E:



Figure A: After the cone has been opened superior to the Filter, advance the cone over the Filter by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the Filter tip.

Figure B. Close the cone over the Filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

Figure C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

Figure D: With the cone collapsed over the Filter, remove the Filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

Figure E: The Filter has been retracted into the catheter.

Follow-up Venacavogram
19. A follow-up venacavogram may be performed after withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

Guidewire - Assisted Technique
Due to anatomical variances with respect to the position of the *Recovery* Filter, guidewire assisted techniques may be used.

Use of a Guidewire
If it is difficult to advance the *Recovery Cone* System over the *Recovery* Filter tip, one may use a guidewire to facilitate advancement of the cone.
Withdraw the introducer sheath and cone back away from the Filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the Filter near the Filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the Filter tip, advance the cone over the guidewire to the Filter tip.

Advance the introducer sheath to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 18.

**K. Directions for Use - Foreign Body Retrieval**
1. Select a suitable entry site to access the foreign body.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform puncture with an 18 gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the foreign body.
6. Remove the entry needle over the guidewire.
7. Pre-dilate the insertion site with a 12F dilator and then advance the introducer catheter together with its tapered dilator over the guidewire to the target area.

NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

8. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently with saline to maintain introducer catheter patency.
9. Remove the cone and pusher system from Kit B.
10. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
11. Slowly withdraw the cone into the Y-adapter to collapse the cone

NOTE: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be easily delivered through the catheter. Device has been tested for the retrieval of foreign bodies in the femoral, jugular and subclavian venous systems.

12. Connect a 500 mL bag or a syringe of saline to the sideport of the Y-adapter. Allow the saline infusion to flow around the removal cone in the Y-adapter for 5 seconds. Tighten the Touhy-Borst adapter valve to minimize reflux of saline toward the feeder, but not so tight as to prevent the pusher shaft from advancing freely.
13. Attach the Y-adapter with the collapsed cone to the introducer catheter.
14. Advance the cone by moving the pusher shaft forward through the introducer catheter.
15. Continue forward movement of the pusher wire until the cone advances to the radiopaque marker on the distal end of the introducer catheter.
16. Open the cone by stabilizing the shaft and retracting the catheter
17. After the cone has been opened adjacent to the foreign body, advance the cone over foreign body by holding the introducer catheter stationary and advancing the pusher shaft.
18. Close the cone over the foreign body by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
19. Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.
20. With the cone collapsed over the foreign body, remove the foreign body by stabilizing the introducer catheter and retracting the pusher shaft in one smooth, continuous motion.

**L. How Supplied**
Each *Recovery Cone* Removal System is supplied preloaded. Each *Recovery Cone* Removal System is sterile and non-pyrogenic unless package has been opened or damaged, and is ready to be used for single use only. The *Recovery Cone* System is pre-assembled. Do not attempt to re-sterilize this product.

This product should be stored in a cool (room temperature), dry place.

**M. Warranty**
Bard Peripheral Vascular warrants to the first purchaser of this product, that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited, to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion, or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your country.

An issue or revision date and revision number for these instructions are included for the user's information on the last page of this booklet.

In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

 Recovery Cone® Removal System

 Do Not Re-sterilize.

 Recovery Cone® Removal System Introducer Catheter

 Do Not Use If Package Is Damaged Or Opened.

**REF** Catalog Number

 Recommended Guidewire

 Use By

 Manufactured By

 Lot Number

 Contents:  REF: FBRC  Kit A: One (1) 10 Fr. Introducer Catheter 75cm Long with Dilator Kit B: One (1) Recovery Cone Removal System

 Attention, See Instructions for Use

 Bard, Recovery and Recovery Cone are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

 Sterilized By Using Ethylene Oxide

U.S. Patent No. 6,156,055.  Other Patents Pending.
Copyright © 2007  C. R. Bard, Inc.  All rights reserved.  Printed in the U.S.A.

 Non-pyrogenic

 Single Use.  Do Not Reuse.



Manufactured By:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe. AZ 85281
USA

TEL: 1-480-894-9515
    1-800-321-4254
FAX: 1-480-966-7062
    1-800-440-5376
    www.bardpv.com

PK5014899 Rev. 0   11/07

BPV-17-01-00137592
LMD1

**RECOVERY Cone† Removal System**

 Timeless Performance†

 RECOVERY® Filter's unique self-centering design, proven conical shape and bi-level filtering system create the ideal balance between clot trapping efficiency and caval patency. Advanced design and accurate placement coupled with lasting performance make RECOVERY® the permanent solution for caval interruption.



**Low Profile**

- At 7F, RECOVERY® Filter's delivery system has one of the lowest profiles of any filter on the market.

**Clot Trapping and Caval Patency**

- The RECOVERY® Filter utilizes the proven conical filter shape arranged into two offset layers to create a filtration system that effectively traps large and small emboli without compromising caval patency.

**Self-Centering**

- Articulated arms, along with the specially engineered flexible pusher wire of the delivery system, promote a centered placement.

**Latest Advance in Filter Technology**

- The RECOVERY® Filter, a product of Bard's industry-leading nitinol experience, incorporates the best features of today's most advanced caval filtration devices while overcoming the disadvantages with older designs.

**Secure Fixation**

- Filter hooks are loaded into a delivery system that is specifically constructed to prevent leg crossing.

Bard, Recovery and Recovery Cone are registered trademarks of C. R. Bard, Inc., or an affiliate.
Timeless Performance is a trademark of C. R. Bard, Inc., or an affiliate.
Copyright 2004 C. R. Bard, Inc. All rights reserved.
U.S. Patent: 6,007,558, 6,258,026. Legal Notice

BPV-17-01-00137593
LMD1



BPV-17-01-00137594
LMD1



BPV-17-01-00137595
LMD1



**BARD** | PERIPHERAL VASCULAR

Home | About BPV | Careers | Contact Us | U.S. Non-Vascular | Outside U.S. | BARD Biopsy | BPV OEM | CR BARD

**BARD Peripheral Vascular — Product Catalog**

**United States**
**Puerto Rico**
**US Virgin Islands**

Ordering Information – 800-321-4254

Return to Product Catalog

**U.S. Vascular**

PRODUCTS
PRODUCT REIMBURSEMENT
PRODUCT INDEX
PRODUCT CATALOG
CONVENTIONS
EDUCATION
SITE MAP

Product Focus

CROSSER

What's New

Search

# Vena Cava Filters

## G2® X Filter System

| Product Code | Description | Units/Box | Sheath Length |
|---|---|---|---|
| RF-400F | Femoral Delivery Kit | 1 | 48 cm |
| RF-400J | Jugular/Subclavian Delivery System | 1 | 55 cm |
| RF-4510F | Femoral Introducer Set | 2 | |
| RF-4520J | Jugular/Subclavian Introducer Set | 2 | |

BPV-17-01-00137596
LMD1

## HOW WILL THE FILTER BE INSERTED?

Your physician will insert the filter through either the right or left femoral or jugular vein (see anatomical illustration on opposite page). To make the procedure as easy as possible, the filter is inserted inside a small plastic tube called a catheter. Once inserted, the filter expands to its predetermined shape and is held in place against the vein wall.

## HOW LONG DOES THE PROCEDURE USUALLY TAKE?

Although it varies depending upon the individual patient and the specific circumstances, the implantation of the filter generally takes less than an hour.

## WILL I EXPERIENCE DISCOMFORT DURING AND AFTER THE PROCEDURE?

Local anesthesia plus a mild sedative may be given before the procedure, and will normally result in little to no discomfort while the filter is being implanted.

## HOW LONG WILL IT TAKE TO FULLY RECOVER?

Recovery from the procedure should be rapid, although the specific length of time will vary from patient to patient depending upon factors such as age, overall state of health, etc.

## THE IMPLANT PROCEDURE

The anatomy of the vein identified below will provide general guidance on the areas that are important in an implant procedure.



## WHAT TYPES OF TREATMENT ARE USED FOR PULMONARY EMBOLISM?

The most common treatment is a group of medications called anticoagulants or blood thinners. However there are some patients who, for a variety of medical reasons, cannot take anticoagulants. For these individuals, a vena cava filter may offer an effective treatment solution.

## WHAT IS A VENA CAVA FILTER?

A vena cava filter is an expandable metal device specially designed to trap blood clots before they reach the lungs. The filter is placed in the inferior vena cava (IVC) — the large vein that carries blood from the lower extremities back to the heart and lungs — and remains in place to trap clots before they move further up toward the lungs.



G2 X VENA CAVA FILTER

## PULMONARY EMBOLISM AND VENA CAVA FILTERS

Your doctor has given you this booklet to help you learn more about pulmonary embolism — what causes it, how it can affect your body and, most important, how it can be treated. After reading the booklet, talk to your doctor about any questions you have. It's important to remember that each patient is different and that only your doctor can give you information about the details of your specific treatment.

## WHAT IS PULMONARY EMBOLISM AND WHAT CAUSES IT?

Pulmonary embolism is the condition that results when a blood clot forms, usually in the deep veins of the lower leg, and becomes lodged, traveling upward from the legs, in the bloodstream. It isn't unheard, there is a possibility that the clot may travel up into the arteries that carry blood to the lungs. If this occurs, the normal functioning of the lungs may be impaired.





# G2® X
VENA CAVA FILTER

## PATIENT
## QUESTIONS & ANSWERS

BARD VASCULAR



*Have your physician fill out the back of this Patient Implant Card for you. Keep the card with you at all times.*

## RESUMING YOUR NORMAL LIFESTYLE

### SHOULD I RESTRICT MY ACTIVITIES AFTER THE FILTER IMPLANTATION OR REMOVAL PROCEDURE?

The implantation or removal of a vena cava filter is not necessarily a reason to restrict your normal activity level. However, each patient is unique and there may be other medical reasons for doing so. Be sure to discuss with your doctor what level of activity is most appropriate for you following the procedure.

## REMOVAL PROCEDURE

### HOW WILL THE FILTER BE REMOVED?

Your physician will remove the filter through either the right or left internal jugular vein (see anatomic illustration on page 4). He/she will insert a small tube called a catheter. Through the catheter a capturing device will be advanced to the filter. The filter will be grasped, and then pulled into the catheter. Your physician will then remove the entire system together.

### HOW LONG DOES THE RETRIEVAL PROCEDURE TAKE?

Although it varies depending upon the individual patient and the specific circumstances, the retrieval of the filter generally takes less than an hour.

### WILL I EXPERIENCE DISCOMFORT DURING AND AFTER THE PROCEDURE?

As with the implant procedure, local anesthesia helps minimize any discomfort. You may experience still soreness in your neck for a few days. This is normal and will disappear. You will be left with a small scar on your neck at the puncture site.

### HOW LONG WILL IT TAKE TO FULLY RECOVER FROM THE REMOVAL PROCEDURE?

Recovery from the removal procedure should be rapid, although the specific length of time will vary from patient to patient, depending upon factors such as age, general state of health, etc. Typically you will be discharged several (3-5) hours after the procedure.

### DOES THE FILTER HAVE TO BE REMOVED?

No. The G2® X Filter is designed to be a permanent implant and does not have to be removed, repositioned, or replaced.

## AFTER THE PROCEDURE

### HOW LONG WILL THE FILTER LAST?

The G2® X Filter is designed to be a permanent implant and not intended to be removed, repositioned, or replaced.

### CAN THE FILTER BECOME CLOGGED?

In the great majority of cases, the answer is "no." Once a clot becomes entrapped in the filter, the normal flow of your blood through the cava will wash the clot will usually dissolve a trapped clot as the blood flows over it.

### IF I SHOULD NEED AN MRI EXAM, WILL THE METAL FILTER INTERFERE WITH THE TEST?

The G2® X Filter is made from an alloy of nickel and vacuum, and will not interfere with the test.

### UNDER WHAT CIRCUMSTANCES SHOULD I CONTACT THE DOCTOR RIGHT AWAY?

You should contact your physician right away if you experience any of the following:

* sudden onset of chest pain accompanied by shortness of breath
* swelling in both legs
* unexplained pain in the abdomen

### CAN THE FILTER BE REMOVED?

Yes. The filter can be removed when your physician determines that you no longer need it.

### WHEN CAN THE FILTER BE REMOVED? IS THERE A "CUTOFF DATE" BY WHICH THE FILTER MUST BE REMOVED?

The G2® X Filter does not have a time limit in which it must be removed. The filter can be removed at any time after the point at which you no longer need it. This is up to your physician.

Bard Peripheral Vascular, Inc.
1625 W. 3rd Street
Tempe, AZ 85281
USA

Tel. 1-480-894-9515
1-800-321-4254
Fax 1-480-966-7062
1-800-440-5376
www.bardpv.com

Please consult product labels and package inserts for indications, contraindications, hazards, warnings, cautions, and information for use.
Bard, G2, and Tomcat Peripheral Performance are registered trademarks of C. R. Bard, Inc. or an affiliate.
Copyright © 2008, C. R. Bard, Inc. All Rights Reserved.
B11604 Rev. 1

BPV-17-01-00137598
LMD1



Home | About BPV | Careers | Contact Us | U.S. Non-Vascular | Outside U.S. | BARD Biopsy | BPV OEM | CR BARD

**BARD Peripheral Vascular — Product Catalog**

United States
Puerto Rico
US Virgin Islands

Ordering Information – 800-321-4254

Return to Product Catalog

## Vena Cava Filters

### G2® Filter System

| Product Code | Description | Units/Box |
| --- | --- | --- |
| RF-310F | Femoral Delivery Kit | 1 |
| RF-320J | Jugular/Subclavian Delivery Kit | 1 |

**PRODUCTS**
**PRODUCT REIMBURSEMENT**
**PRODUCT INDEX**
**PRODUCT CATALOG**
**CONVENTIONS**
**EDUCATION**
**SITE MAP**

Product Focus

CROSSER

What's New

Search

BPV-17-01-00137599
LMD1

# G2 X

## VENA CAVA FILTER

**Jugular/Subclavian Vein Approach**
**Instructions for Use**



BARD

PERIPHERAL
VASCULAR

## ENGLISH

### Instructions for Use
**For use in the Vena Cava**

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

**A. General Information**

The $G2^{\circledR} X$ Filter is a venous interruption device designed to prevent pulmonary embolism. The unique design and material of the $G2^{\circledR} X$ Filter provide filtering efficiency and allow percutaneous placement through an angiographic introducer with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The $G2^{\circledR} X$ Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The jugular/subclavian system allows for placement of the $G2^{\circledR} X$ Filter via a jugular or subclavian vein approach. The jugular/subclavian system consists of a dilator and introducer set and a delivery device. The dilator accepts a 0.038" guidewire and allows for an 800 psi maximum pressure contrast power injection. The 12 French I.D. introducer sheath contains a radiopaque tip and hemostasis valve with a side port. The delivery device fits within the introducer sheath and consists of a side port for saline infusion and a delivery mechanism to deploy the $G2^{\circledR} X$ Filter. The delivery device contains a spline cap that mechanically separates the filter anchors from one another in a unique pattern to prevent leg entanglement. The $G2^{\circledR} X$ Filter is preloaded within the delivery device. Once the introducer sheath is within position, the delivery device is advanced through the introducer sheath until the introducer and delivery hubs snap together. The safety clip is then removed. The introducer hub is pulled back over the pusher wire handle to unsheathe and release the $G2^{\circledR} X$ Filter allowing it to recover to its predetermined shape.

The $G2^{\circledR} X$ Filter is designed to act as a permanent filter. When clinically indicated, the $G2^{\circledR} X$ Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The $G2^{\circledR} X$ Filter's anchors allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed (reference Optional Procedure for Filter Removal for specific removal instructions).

**MRI Safety:**

The $G2^{\circledR} X$ Filter was determined to be MR-conditional according to the terminology specified in the American Society for Testing and Materials (ASTM) International, Designation: F2503-05. Standard Practice for Marking Medical Devices and Other Items for Safety in the Magnetic Resonance Environment. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, Pennsylvania, 2005.

Non-clinical testing demonstrated that the $G2^{\circledR} X$ Filter is MR Conditional. A patient with this implant can be scanned safely immediately after placement under the following conditions:
-Static magnetic field of 3-Tesla or less
-Spatial gradient magnetic field of 720-Gauss/cm or less
-Maximum MR system reported whole-body-averaged specific absorption rate (SAR) of 3-W/kg for 15 minutes of scanning.

In non-clinical testing, the $G2^{\circledR} X$ Filter produced a temperature rise of 0.8°C at a maximum MR system-reported whole body averaged specific absorption rate (SAR) of 3-W/kg for 15-minutes of MR scanning in a 3-Tesla MR system using a transmit/receive body coil (Excite, Software G3.0-052B, General Electric Healthcare, Milwaukee, WI).

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the $G2^{\circledR} X$ Filter. Therefore, optimization of MR imaging parameters to compensate for the presence of this implant may be necessary.

**B. Device Description**

The $G2^{\circledR} X$ Filter System - Jugular/Subclavian consists of the filter and delivery system. The $G2^{\circledR} X$ Filter can be delivered via the femoral and jugular/subclavian approaches. A separate delivery system is available for each approach.

The $G2^{\circledR} X$ Filter consists of twelve shape-memory nitinol wires emanating from a central nitinol sleeve with a retrieval hook at the apex of the filter. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration.

The $G2^{\circledR} X$ Filter System - Jugular/Subclavian is illustrated in Figure 1. The Delivery System consists of a 10 French I.D. introducer sheath and dilator, the $G2^{\circledR} X$ Filter, and a delivery device. The $G2^{\circledR} X$ Filter is packaged pre-loaded within the delivery device.

**Figure 1: $G2^{\circledR} X$ Filter System - Jugular/Subclavian**



IMPORTANT: Read Instructions carefully before using the $G2^{\circledR} X$ Filter

**C. Indications for Use**

The $G2^{\circledR} X$ Filter - Jugular/Subclavian is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:
- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated
- $G2^{\circledR} X$ Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

**D. Contraindications for Use**

CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

The $G2^{\circledR} X$ Filter should not be implanted in:
- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

1

BPV-17-01-00137601

LMD1

G2® X Filter Implantation

1. The G2® X Filter is pre-loaded and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® X Filter cannot be safely reloaded.

2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4).

3. If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.

4. Never re-deploy a removed filter.

5. Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance.

6. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.

7. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.

8. Never use the jugular or subclavian delivery system for femoral approach, as this will result in improper G2® X Filter orientation within the IVC.

9. When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

10. Persons with allergic reactions to nickel may suffer an allergic response to this implant.

11. After use, the G2® X Filter and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

Reference Potential Complications section for further information regarding other known filter complications.

G2® X Filter Removal

1. Do not attempt to remove the G2® X Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall. NOTE: It is possible that complications such as those described in the "Warnings," "Precautions," or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.

2. Never re-deploy a removed filter.

3. Remove the G2® X Filter using an intravascular snare or the Recovery Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.

F. Precautions

G2® X Filter Implantation

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

2. This device has neither been studied in pregnant women, nor in suprarenal placement position.[1]

3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

4. Position the retrieval hook 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.

5. When measuring caval dimensions, consider an angiographic catheter or intravascular Ultrasound (IVUS) if there is any question about caval morphology.

6. In misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® X using an intravascular snare or a Recovery Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.

7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.

8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.

9. If resistance is encountered during the insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is present, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

10. Ensure that the introducer and the delivery device hubs are snapped together and that the system has been positioned for optimal placement, before deploying the G2® X Filter.

11. Do not remove the safety clip until the introducer and the delivery device hubs are snapped together.

12. Do not deliver the filter by pushing on the handle, rather retract the introducer hub to properly deploy the G2® X Filter.

13. It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.

14. Aspirating the introducer sheath while leaving the guidewire in place may lead to the introduction of air into the system.

G2® X Filter Removal

1. Anatomical variances may complicate the removal procedure. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

2. Spinal deformations: It is important to exercise care when contemplating removing the filter with the Recovery Cone® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.

3. When using the Recovery Cone® Removal System, the cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

NOTE: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device.

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters. Millward, S. et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Cava Filter Consensus Conference: J Vasc Inter Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

G. Potential Complications

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

• Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.

• Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.

2

BPV-17-01-00137602

LMD1

- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion.
- Extravasation of contrast material at time of venacavogram.
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization.
- Infection.
- Intima tear.
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion
- Insertion site thrombosis
- Filter malposition
- Vessel injury
- Arteriovenous fistula
- Back of abdominal pain
- Filter Tilt
- Hemothorax
- Organ injury
- Phlegmasia cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

**All of the above complications may be associated with serious adverse events such as medical intervention and/or death. There have been reports of complications including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.**

**H. Equipment Required**
- One G2® X Filter Jugular/Subclavian System that contains:
  - One 55 cm, 10 French I.D. Introducer and dilator set
  - One delivery device with pre-loaded G2® X Filter
- 0.038" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18G entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**I. Directions for Use**
1. Select a suitable jugular or subclavian venous access route, on either the right or left side, depending upon the patient's sizer/anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape, and anesthetize the skin puncture site in standard fashion.
3. Select and open the carton and outer pouch. Open the introducer sheath and dilator inner pouch.
4. Nick the skin with a #11 blade and perform venipuncture with an 18G entry needle
5. Insert a J-tipped guidewire and gently advance it into the inferior vena cava.

**PRECAUTION: If resistance is encountered during the insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is present, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.**

6. Remove the 18G entry needle over the J-tipped guidewire. Obtain the dilator and the introducer sheath from the package. Flush the dilator and the introducer with saline. Insert the dilator through the introducer sheath ensuring that the hubs snap together. Advance the 10 French introducer sheath together with its tapered dilator over the guidewire and into the inferior vena cava.

**NOTE: A 0.038" guidewire is used to guide the dilator/introducer assembly beyond the implant site to ensure proper advancement.**

**PRECAUTION: It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.**

7. Remove the guidewire and perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15mL/s) through the dilator. Check for caval thrombi, position of renal veins, and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

**NOTE: IVC diameter may be measured using dilator radiopaque marker bands. Marker bands are spaced at a distance of 28mm (outer-to-outer), which references the maximum indicated IVC diameter (Reference Figure 2).**

**Figure 2**



|←28mm→|

**WARNING: When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.**

**WARNING: If the vena cava diameter is greater than 28mm, do not deploy the G2® X Filter. If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.**

8. Separate the dilator and introducer hubs by bending and then pulling apart (Reference Figure 3). Remove the guidewire and dilator, leaving the 10 French introducer sheath with its tip in the inferior vena cava. Flush intermittently by hand or attach to the introducer stopcock a constant saline drip infusion to maintain introducer patency.

**Figure 3**



9. Open the delivery system inner pouch. Remove the delivery device from the package and remove the red safety cap (Reference Figure 4).

3

BPV-17-01-00137603

LMD1

Figure 4



10. Flush the delivery device with saline through the delivery stopcock.

11. Insert and advance the delivery device through the introducer sheath until the introducer and delivery device hubs snap together (Reference Figure 5).

PRECAUTION: Ensure that the introducer and the delivery device hubs are snapped together and that the system has been positioned for optimal placement, before deploying the *G2® X Filter*.

NOTE: Do not remove the safety clip until step #13.

Figure 5



12. Under fluoroscopic control, position the system for optimal placement. The distal end of the pusher pad provides a radiopaque indicator for positioning purposes (Reference Figure 6).

NOTE: Do not remove the safety clip until step #13.

Figure 6



NOTE: A gap between the filter apex and pusher pad is normal.

13. Remove the safety clip from the delivery device.

14. Stabilize the handle and pull back on the introducer hub (blue) to retract both the introducer sheath and delivery device. Retract the introducer hub until the handle bottoms out against the proximal edge of the delivery catheter hub (white). This will release the *G2® X Filter* into position (Reference Figure 7).

PRECAUTION: Do not deliver the filter by pushing on the handle, rather retract the introducer hub to properly deploy the *G2® X Filter*.

Figure 7



15. Separate the delivery and introducer hubs by bending and then pulling apart. Retract and remove the delivery device from the introducer sheath.

16. Perform a venacavogram to confirm satisfactory deployment before terminating the procedure (typically 30mL of contrast medium at 15mL/s).

17. Remove the introducer sheath and apply routine compression over the puncture site in the usual manner to achieve hemostasis.

**OPTIONAL PROCEDURE FOR FILTER REMOVAL:**

*Clinical Experience*

A clinical study involving 100 patients was conducted to assess the safety of removal of the *G2® X Filter*. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement.) The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anti-coagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis. The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 308 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure 8 depicting the time to retrieval.

Figure 8: Distribution of Filter Indwell Time in Retrieved Subjects



Of the 61 attempted filter removals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone® Removal System* due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=11), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

Removal of *G2® X Filter* Using an Intravascular Snare

Equipment Required

- One intravascular snare of user's choice
- One 80-cm introducer sheath, 7F ID or greater, to be used as retrieval sheath
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

Procedural Instructions

4

BPV-17-01-00137604

LMD1

Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.

2. Remove the retrieval sheath from its packaging using sterile technique.
3. Prior to use, flush the retrieval sheath with heparinized saline or suitable isotonic solution.
4. Prepare all other procedure components according to the manufacturers' Instructions for Use.
5. Use appropriate technique to determine that the filter, the jugular retrieval route, and distal IVC are free of thrombus.
6. Select the appropriate loop diameter size of the intravascular snare.
7. Assemble the intravascular snare according to the Instructions for Use provided by its manufacturer.
8. Insert the guidewire of choice into the retrieval sheath using the guidewire tip-straightener. Gently advance the guidewire into the IVC under fluoroscopic guidance such that it is caudal to the filter.
9. Introduce and advance the tip of the retrieval sheath such that the tip of the sheath is approximately 3cm cephalad to the filter retrieval hook.
10. Remove the guidewire.
11. Insert and advance the intravascular snare assembly through the sheath until it protrudes out of the sheath such that the marker band of the snare catheter is cephalad to the filter retrieval hook.
12. The retrieval of the *G2® X* Filter using an intravascular snare is illustrated Figure 9 A-E.

**Figure 9 A-E: Retrieval of *G2® X* Filter using an intravascular snare, illustrated**



Figure 9 A: Slowly advance the loop forward over the filter apex.

Figure 9 B: Reduce the loop diameter by advancing the snare catheter while simultaneously pulling the snare backwards until the loop engages the filter retrieval hook.

**NOTE:** Ensure that the loop of the snare has properly engaged the retrieval hook and that the retrieval hook, retrieval catheter and snare are aligned. Be careful to snare the apex of the retrieval hook; not the side. The marker band of the snare catheter must be cephalad to the retrieval hook.

**NOTE:** Always maintain tension on the snare to prevent disengagement of the snare loop from the filter retrieval hook.

Figure 9 C: Advance the sheath in the caudal direction until it aligns with the distal tip of the snare catheter.

Figure 9 D: While keeping tension of the snare, hold the retrieval sheath stationary and withdraw the filter into the retrieval sheath by retracting the intravascular snare.

Figure 9 E: Continue retracting the snare until the filter is completely collapsed inside the sheath. Once the filter is fully collapsed inside the sheath, retract the complete system as a unit out through the sheath.

**WARNING:** Do not attempt to remove the *G2® X* Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena caval wall.

**WARNING:** Remove the *G2® X* Filter using an intravascular snare or the *Recovery Cone®* Removal System only.

13. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

14. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
15. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Removal of *G2® X* Filter Using the *Recovery Cone®* Removal System**
**Equipment Required**
The following equipment is required for use:
- One *Recovery Cone®* Removal System that contains:
  - One 75 cm, 10 French I.D. Introducer catheter and dilator set
    - One Y-adapter with *Recovery Cone®* Removal System and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

If the physician chooses to use the *Recovery Cone®* Removal System to remove the *G2® X* Filter, it is available from C. R. Bard, Inc.

**Procedural Instructions**
**Insertion of the Introducer Catheter**
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone®* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the *G2® X* Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein, such that the tip of the sheath is approximately 3cm cephalad to the filter retrieval hook.

**NOTE:** The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the *G2® X* Filter.

***Recovery Cone®* Removal System Insertion and Delivery**
11. Remove the *Recovery Cone®* Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Loosen the Touphy-Borst and slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

**PRECAUTION:** The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and the retrieval cone system should be held in a straight line to minimize friction.

5

BPV-17-01-00137605

LMD1

16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.

17. The retrieval of the *G2® X* Filter using a *Recovery Cone®* Removal System is illustrated in Figure 10 A-E:



**Figure 10 A-E: Retrieval of *G2® X* Filter using *Recovery Cone®* Removal System, Illustrated**

**Figure 10 A:** After the cone has been opened superior to the filter, carefully advance the cone over the retrieval hook by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the retrieval hook.

**Figure 10 B:** Close the cone over the retrieval hook by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

**Figure 10 C:** Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

**Figure 10 D:** With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

**Figure 10 E:** The filter has been released into the catheter.

**WARNING:** Do not attempt to remove the *G2® X* Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.

**WARNING:** Remove the *G2® X* Filter using an intravascular snare or the *Recovery Cone®* Removal System only.

**NOTE:** It is recommended to fluoroscopically image the filter in AP and lateral views during retrieval.

**NOTE:** If difficulty is encountered while attempting to engage the retrieval hook and/ or multiple passes are required, consider using an intravascular snare as an alternate retrieval method.

18. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).

20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**

Due to anatomical variances with respect to the position of the *G2® X* Filter, guidewire-assisted techniques may be used.

**Use of a Guidewire**

If it is difficult to align the cone with the *G2® X* retrieval hook, a guidewire could be used to facilitate advancement of cone over the retrieval hook.

Withdraw the introducer catheter and cone shaft away from the retrieval hook. Insert a 0.035" 260cm guidewire through the central lumen (a soft guidewire with J or angled tip is recommended). Advance the guidewire through the cone and through the filter near the retrieval hook. After it has been confirmed that the guidewire is in contact with or in close proximity to the retrieval hook, advance the cone over the guidewire to the retrieval hook.

Advance the introducer catheter to slightly collapse the cone over the retrieval hook. Withdraw the guidewire into the pusher shaft. Continue removing the filter as described in step 17.

**J. How Supplied**

Each *G2® X* Filter is supplied preloaded in a delivery device. Each *G2® X* Filter is sterile and non-pyrogenic unless the package is damaged or opened, and is ready for single use only. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

**WARNING:** After use, the *G2® X* Filter and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The *G2® X* Filter should be stored in a cool (room temperature), dark, dry place.

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [ACR Practice Guideline 2007; 38:673-654]
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [ Chest 1998 Feb; 113(2): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-614]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:S271-S275]

**References:**

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al: J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter, Asch, M.: Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter After Dwell Times Longer than 180 Days. Binkert, C., et al: J Vasc Interv Radiol 2006, 17(2), 299-302
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Removal of a Recovery IVC Filter. Hagspiel, K., et al: J Vasc Interv Radiol 2004, 15(5), 645-647.
6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.

8

7.  Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al., J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8.  Retrievable Inferior Vena Cava Filters; Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

BPV-17-01-00137607

LMD1



BPV-17-01-00137608

LMD1



Manufacturer:
**Bard Peripheral Vascular, Inc.**
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:   1-480-594-9515
        1-800-321-4254
FAX:   1-480-966-7062
        1-800-440-5376
        www.bardpv.com



PK5100070 Rev. 4 08/09

BPV-17-01-00137609
LMD1



# G2® X

## VENA CAVA FILTER

**Femoral Vein Approach**
**Instructions for Use**



BARD

PERIPHERAL
VASCULAR

BPV-17-01-00137610
LMD1

# Instructions for Use
## For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A.  General Information

The G2® X Filter is a venous interruption device designed to prevent pulmonary embolism. The unique design and material of the G2® X Filter provide filtering efficiency and allow percutaneous placement through a 7 French I.D. introducer sheath with minimum entry size difficulties. The placement procedure is quick and simple to perform.

The G2® X Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The Femoral system allows for placement of the G2® X Filter via a femoral vein approach.  The femoral delivery system consists of a dilator and introducer set and a delivery device. The dilator accepts a 0.038" guidewire and allows for an 800 psi maximum pressure contrast power injection.  The 48cm, 7 French I.D. introducer sheath contains a radiopaque tip and hemostatic valve with a side port.  The flexible nitinol pusher wire of the delivery device has a pad at the end of the wire designed to push on the filter apex and a grooved segment is designed to hold and properly secure the filter to the pusher as it advances the filter, tip first, to the radiopaque distal end of the introducer sheath, positioned 1 cm below the lowest renal vein.  The introducer sheath and delivery device are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2® X Filter to be deployed with the retrieval hook centered and minimizes the potential for legs crossing.

The G2® X Filter is designed to act as a permanent filter.  When clinically indicated, the G2® X Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® X Filters anchors allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions).

### MRI Safety:

The G2® X Filter was determined to be MR-conditional according to the terminology specified in the American Society for Testing and Materials (ASTM) International, Designation: F2503-05.  Standard Practice for Marking Medical Devices and Other Items for Safety in the Magnetic Resonance Environment. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, Pennsylvania, 2005.

Non-clinical testing demonstrated that the G2® X Filter is MR Conditional. A patient with this implant can be scanned safely immediately after placement under the following conditions:
-Static magnetic field of 3-Tesla or less
-Spatial gradient magnetic field of 720-Gauss/cm or less
-Maximum MR system reported whole-body-averaged specific absorption rate (SAR) of 3-W/kg for 15 minutes of scanning.

In non-clinical testing, the G2® X Filter produced a temperature rise of 0.8°C at a maximum MR system-reported whole body averaged specific absorption rate (SAR) of 3-W/kg for 15-minutes of MR scanning in a 3-Tesla MR system using a transmit/receive body coil (Excite, Software G3.0-052B, General Electric Healthcare, Milwaukee, WI).

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® X Filter. Therefore, optimization of MR imaging parameters to compensate for the presence of this implant may be necessary.

### B.  Device Description

The G2® X Filter System - Femoral consists of the filter and delivery system. The G2® X Filter can be delivered via the femoral and jugular/subclavian approaches. A separate delivery system is available for each approach.

The G2® X Filter consists of twelve shape-memory nitinol wires emanating from a central nitinol sleeve with a retrieval hook at the apex of the filter. These twelve wires form two levels of filtration of emboli:  the legs provide the lower level of filtration and the arms provide the upper level of filtration.

The G2® X Filter System - Femoral is illustrated in Figure 1.  The delivery system consists of a 7 French I.D. introducer sheath and dilator, the G2® X Filter, a storage tube with saline infusion port, and a pusher system.  The G2® X Filter is packaged pre-loaded within the delivery storage tube.

Figure 1: G2® X Filter System – Femoral



**IMPORTANT: Read instructions carefully before using the G2® X Filter**

### C. Indications for Use

The G2® X Filter - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:
- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.
- G2® X Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

### D. Contraindications for Use

CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

1

BPV-17-01-00137611

LMD1

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

**E. Warnings**

*G2® X Filter Implantation*

1. The *G2® X Filter* is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the *G2® X Filter* cannot be safely reloaded into the storage tube.

2. Do not deploy the filter unless IVC has been properly measured.
   (Refer to PRECAUTION #4.)

3. Delivery of the *G2® X Filter* through the introducer sheath in advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer sheath.

4. The *G2® X Filter* - Femoral is designed for femoral approaches only. Never use the *G2® X Filter* and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper *G2® X Filter* orientation within the IVC.

5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer sheath.

6. Never re-deploy a removed filter.

7. When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

8. Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance.

9. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.

10. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.

11. Persons with allergic reactions to nickel may suffer an allergic response to this implant.

12. After use, the *G2® X Filter* and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

*G2® X Filter Removal*

1. Do not attempt to remove the *G2® X Filter* if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.

NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of these Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.

2. Never re-deploy a removed filter.

3. Remove the *G2® X Filter* using an intravascular snare of the *Recovery Cone® Removal System* only. Refer to the Optional Procedure for Filter Removal section for details.

**F. PRECAUTIONS**

*G2® X Filter Implantation*

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

2. This device has neither been studied in pregnant women, nor in suprarenal placement position.[1]

3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

4. Position the retrieval hook 1 cm below the lowest renal vein. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.

5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.

6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the *G2® X Filter* using an intravascular snare or a *Recovery Cone® Removal System* only. Refer to the Optional Procedure for Filter Removal section for details.

7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.

8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.

9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

10. The introducer sheath has a radiopaque distal tip to assist in visualization- and preradiopaque filter positioning. The radiopaque distal tip on the introducer sheath, when used in conjunction with the radiopacity of the pusher wire spline, provides a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

11. Do not attempt to attach a syringe or power injection line to the proximal end of the introducer sheath hub.

12. Care should be taken to ensure the connection between the introducer sheath hub and the filter storage tube is tight; however, the use of excessive force which can cause slippage of the threads and/or breakage of the hub should be avoided.

13. It is very important to maintain introducer sheath patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.

14. Do not deliver the filter by pushing it beyond the end of the introducer sheath. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer sheath. Do not twist the pusher wire handle at anytime during this procedure.

15. Aspirating the introducer sheath while leaving the guidewire in place may lead to the introduction of air to the system.

*G2® X Filter Removal*

1. Anatomical variances may complicate the removal procedure. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

2. Spinal deformations: It is important to exercise care when contemplating removing the *G2® X Filter* in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.

3. When using the *Recovery Cone® Removal System*, the cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

NOTE: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device.

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up; Supplement for Temporary and Retrievable/Optional Filters. Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Interv Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable Inferior Vena Cava Filters. Report from the Society of Interventional Radiology Multidisciplinary ConsensusConference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

2

BPV-17-01-00137612

LMD1

procedures, approved percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications which may occur during or after the procedure. Possible complications include, but are not limited to, the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment into clots and/or dislodgement due to large clot burdens.
- Filter fractures are a known complication of vena cava filters. There have been some reports of sensors pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion
- Extravasation of contrast material at time of venacavogram.
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization
- Infection
- Intimal tears
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion.
- Insertion site thrombosis
- Filter malposition
- Filter thrombosis
- Vessel injury
- Arteriovenous fistula
- Back or abdominal pain.
- Filter Tilt
- Hemothorax
- Organ injury
- Phlegmasia cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

All of the above complications may be associated with serious adverse events such as medical intervention and/or death. There have been reports of complications including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**
The following equipment is required for use:
- One G2® X Filter Femoral System that contains:
  - One 48 cm, 7 French I.D. introducer sheath and dilator set
  - One storage tube with pre-loaded G2® X Filter and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc

**I. Directions For Use**
Insertion of the 7 French Introducer Sheath and Preliminary Venography
1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the carton and outer pouch. Open the introducer sheath and dilator inner pouch.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

PRECAUTION: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the 18G entry needle over the J-tipped guidewire. Obtain the dilator and the introducer sheath from the package. Flush the dilator and the introducer with saline. Insert the dilator through the introducer sheath ensuring that the hubs connect properly. Advance the 7 French introducer sheath together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

NOTE: A 0.038" guidewire is used to guide the dilator/introducer assembly beyond the implant site to ensure proper advancement.

PRECAUTION: It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.

7. Remove the guidewire and perform a standard inferior venacavogram (typically 30 mL of contrast medium at stimulus) through the dilator. Check for caval thrombi, position of renal veins, and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

NOTE: IVC diameter may be measured using dilator radiopaque marker bands. Marker bands are spaced at a distance of 28mm (outer-to-outer), which references the maximum indicated IVC diameter (Reference Figure 2).

Figure 2



|← 28mm →|

WARNING: When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

WARNING: If vena cava diameter is greater than 28mm, do not deploy the G2® X Filter. If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.

8. Remove the dilator, leaving the introducer sheath with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer sheath a constant saline drip infusion to maintain introducer sheath patency.
9. Advance the introducer sheath to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer sheath tip should be 1 cm below the lowest renal vein.
10. Open the delivery system inner pouch. Remove the delivery system containing the filter from the package and remove the red safety cap (Reference Figure 3).

Figure 3: Safety Cap Removal

3

LMD1

11. Flush the delivery system with saline through the Y-adapter.

PRECAUTION: It is very important to maintain introducer sheath patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere w th filter deployment.

12. Attach the free end of the filter storage tube directly to the introducer sheath already in the vein. The introducer sheath and filter delivery system should be held in a straight line to minimize kinks.

PRECAUTION: Care should be taken to ensure the connection between the introducer sheath hub and the filter storage tube is tight; however, the use of excessive force which can cause slippage of the threads and/or breakage of the hub should be avoided.

13. Loosen the Touhy-Borst and advance the filter by moving the elinol pusher wire forward through the introducer sheath (Reference Figure 4 A-D).  Do not pull back on the pusher wire, only advance the pusher wire forward.

Figure 4 A-D:  Advancement of Filter, Illustrated



FIGURE 4 A

FIGURE 4 B

FIGURE 4 C

FIGURE 4 D

14. Continue forward movement of the pusher wire until the filter retrieval hook advances to the radiopaque distal tip of the introducer sheath.  At this point, the black mark on the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment

15. Deliver and release filter as described in Figure 5 A-C:

Figure 5 A-C:  Filter Release, Illustrated



FIGURE 5 A
FIGURE 5 A-1

FIGURE 5 B
FIGURE 5 B-1-

FIGURE 5 C
FIGURE 5 C-1

Figure 5 A: Firmly hold the pusher wire handle.  Keep this hand stationary throughout the entire filter release/deployment process.

Figure 5 A-1: Filter positioned at the distal end of the introducer sheath, with the filter retrieval hook, proximal to the introducer radiopaque tip.

PRECAUTION:  Do not deliver the filter by pushing it beyond the end of the introducer sheath.  To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer sheath as described below.  Do not twist the pusher wire handle at anytime during this procedure.

Position the filter retrieval hook 1 cm below the lowest renal vein.

Figure 5 B: With one hand held stationary, the other hand draws the Y-adapter and storage tube assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process.  The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.

Figure 5 B-1: Unsheathing of filter in IVC.

Figure 5 C: The position of the hands at the completion of the unsheathing process.

Figure 5 C-1: The filter deployed in the IVC.

16. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer sheath assembly and pulling back on the pusher wire.  Do not twist the pusher wire handle at anytime during this procedure.

17. Resume the intermittent saline flush or constant drip infusion to maintain introducer sheath patency.

Follow-up Venacavogram

18. A follow-up venacavogram may be performed after withdrawing the introducer sheath into the iliac vein (typically 30mL of contrast medium at 15mL/s).

19. Remove the introducer sheath and apply routine compression over the puncture site in the usual way to achieve hemostasis.

OPTIONAL PROCEDURE FOR FILTER REMOVAL:

Clinical Experience

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® X Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter.  Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6 . The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 309 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure 6 depicting the time to retrieval.

Figure 6: Distribution of Filter Indwell Time in Retrieved Subjects



4

engage the IVC apex with the *Recovery Cone* Removal System to free tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved. Asymptomatic complications included caudal migration (n=16), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

**Removal of G2® X Filter Using an Intravascular Snare**

**Equipment Required**
- One intravascular snare of user's choice
- One 80-cm introducer sheath, 7F ID or greater, to be used as retrieval sheath
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**Procedural Instructions**
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Remove the retrieval sheath from its packaging using sterile technique.
3. Prior to use, flush the retrieval sheath with heparinized saline or suitable isotonic solution.
4. Prepare all other procedure components according to the manufacturers' Instructions for Use.
5. Use appropriate technique to determine that the filter, the jugular retrieval route, and distal IVC are free of thrombus.
6. Select the appropriate loop diameter size of the intravascular snare.
7. Assemble the intravascular snare according to the Instructions for Use provided by its manufacturer.
8. Insert the guidewire of choice into the retrieval sheath using the guidewire tip-straightener. Gently advance the guidewire into the IVC under fluoroscopic guidance such that it is caudal to the filter.
9. Introduce and advance the tip of the retrieval sheath such that the tip of the sheath is approximately 3cm cephalad to the filter retrieval hook.
10. Remove the guidewire.
11. Insert and advance the intravascular snare assembly through the sheath until it protrudes out of the sheath such that the marker band of the snare catheter is cephalad to the filter retrieval hook.
12. The retrieval of the G2® X Filter using an intravascular snare is illustrated in Figure 7 A-E:

**Figure 7 A-E: Retrieval of G2® X Filter using an Intravascular Snare, Illustrated**



Figure 7 A: Slowly advance the loop forward over the filter apex.
Figure 7 B: Reduce the loop diameter by advancing the snare catheter while simultaneously pulling the snare backwards until the loop engages the filter retrieval hook.
NOTE: Ensure that the loop of the snare has properly engaged the retrieval hook and that the retrieval hook, retrieval catheter and snare are aligned. Be careful to snare the apex of the hook; not the side. The marker tip of the snare catheter must be cephalad to the filter retrieval hook.
NOTE: Always maintain tension on the snare to prevent disengagement of the snare loop from the filter retrieval hook.
Figure 7 C: Advance the sheath in the caudal direction until it aligns with the distal tip of the snare catheter.
Figure 7 D: While keeping tension of the snare, hold the retrieval sheath stationary and withdraw the filter into the retrieval sheath by retracting the intravascular snare.
Figure 7 E: Continue retracting the snare until the filter is completely collapsed inside the sheath. Once the filter is fully collapsed inside the sheath, retract the complete system as a unit out through the sheath.
WARNING: Do not attempt to remove the G2® X Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.
WARNING: Remove the G2® X Filter using an Intravascular snare or the *Recovery Cone* Removal System only.
13. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**
14. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
15. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Removal of G2® X Filter Using *Recovery Cone* Removal System**

**Equipment Required**
- One *Recovery Cone* Removal System that contains:
  —One 75 cm, 10 French I.D. introducer catheter and dilator set
  —One Y-adapter with *Recovery Cone* Removal System and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

If the physician chooses to use the *Recovery Cone* Removal System to remove the G2® X Filter, it is available from C. R. Bard, Inc.

**Procedural Instructions**
**Insertion of the Introducer Catheter**
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® X Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein, such that the tip of the sheath is approximately 3cm cephalad to the filter retrieval hook.
NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.
9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® X Filter.

5

BPV-17-01-00137615
LMD1

*Recovery Cone® Removal System Insertion and Delivery*

11. Remove the *Recovery Cone®* Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline-preferably heparinized saline.
13. Loosen the Touhy-Borst and slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and the retrieval cone system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.
17. The retrieval of the *G2® X Filter* using a *Recovery Cone®* Removal System is illustrated in Figure 8 A-E.

Figure 8 A-E:  Retrieval of *G2® X Filter* using *Recovery Cone®* Removal System, Illustrated



Figure 8 A:  After the cone has been opened superior to the filter, carefully advance the cone over the retrieval hook by holding the introducer catheter stationary and advancing the pusher shaft.  It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the retrieval hook.
Figure 8 B: Close the cone over the retrieval hook by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
Figure 8 C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.
Figure 8 D: With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.
Figure 8 E: The filter has been retracted into the catheter.

WARNING: Attempt to remove the *G2® X Filter* if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall.

WARNING:  Remove the *G2® X Filter* using an intravascular snare or the *Recovery Cone®* Removal System only.

NOTE:  It is recommended to fluoroscopically image the filter in AP and lateral views during retrieval.

NOTE:  If difficulty is encountered while attempting to engage the retrieval hook and/ or multiple passes are required, consider using an intravascular snare as an alternate retrieval method.

18. Examine the filter to ensure that the complete filter has been removed.

Follow-up Venacavogram
19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

Guidewire - Assisted Technique
Due to anatomical variances with respect to the position of the *G2® X Filter* guidewire-assisted techniques may be used.

Use of a Guidewire
If it is difficult to align the cone with the *G2® X Filter* retrieval hook, one may use a guidewire to facilitate advancement of cone over the retrieval hook.
Withdraw the introducer catheter and cone shaft away from the retrieval hook. Insert a 0.035" 260 cm guidewire through the central lumen (a stiff guidewire with J or angled tip is recommended). Advance the guidewire through the cone and through the filter near the retrieval hook. After it has been confirmed that the guidewire is in contact with or in close proximity to the retrieval hook, advance the cone over the guidewire to the retrieval hook. Withdraw the guidewire to slightly collapse the cone over the retrieval hook.
Advance the introducer catheter over the pusher shaft.  Continue removing the Filter as described in step 17.

J. How Supplied
Each *G2® X Filter* is supplied preloaded in a storage tube.  Each *G2® X Filter* is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only.  The storage tube and delivery system are pre-assembled.  If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

WARNING: After use, the *G2® X Filter* and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.
The *G2® X Filter* should be stored in a cool (room temperature), dark, dry place.

K. Warranty
Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet.  In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:
• "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [ACR Practice Guideline 2007; 38:673-684]
• "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [ Chest 1998 Feb; 113(2); 499-504]
• "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-614]
• "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism"  [JVSR 2003; 14:S271-S275]

References:
1.   Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism, Grassi, Swan, Cardella, et al.; J Vasc Inter Radiol 2003; 14:S271-S275.

6

BPV-17-01-00137616

LMD1

2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.

3. Retrievability of the Recovery Vena Cava Filter After Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.

4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.

5. Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.

6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.

7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.

8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

BPV-17-01-00137617

LMD1



G2® X Filter Femoral Delivery Device

(1) G2® X Filter - Femoral Delivery Device
(1) 7 Fr. Introducer Sheath 48cm Long with Dilator

G2® X Filter Introducer Sheath With Dilator

(1) G2® X Filter - Femoral Delivery Device

(2) 7 Fr. Introducer Sheath 48cm Long with Dilator

Femoral

Use By

Recommended Guidewire

LOT   Lot Number

Manufacturer

REF   Catalog Number

Bard, G2® X and Recovery Cone® are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

Attention, See Instructions for Use

Variously Protected by one or more of the following U.S. Patent Numbers: 6,007,558 6,258,026 and 6,156,055. Other U.S. and foreign Patents Pending.

Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

Sterilized By Using Ethylene Oxide

Non-pyrogenic

Keep Dry

Keep Away From Sunlight

Single Use

Do Not Resterilize

Do Not Use If Package Is Damaged Or Opened

MR Conditional

BPV-17-01-00137618

LMD1



Manufacturer:
**Bard Peripheral Vascular, Inc.**
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:  1-480-894-9515
       1-800-321-4254
FAX:  1-480-966-7062
       1-800-440-5376
www.bardpv.com



PK5100060 Rev 4  08/09

BPV-17-01-00137619
LMD1



**BARD** PERIPHERAL VASCULAR

Home | About BPV | Careers | Contact Us | U.S. Non-Vascular | Outside U.S. | BARD Biopsy | BPV OEM | CR BARD

**U.S. Vascular**

PRODUCTS
PRODUCT REIMBURSEMENT
PRODUCT INDEX
PRODUCT CATALOG
CONVENTIONS
EDUCATION
SITE MAP

**Product Focus**



G2® Filter System
| IFU | Ordering Info | Q&A Booklet |

# G2 FILTER SYSTEM

**INDICATED FOR RETRIEVAL**

United States
Puerto Rico
US Virgin Islands



The G2® Filter quickly established its exceptional performance as a permanent vena cava filter with over 65,000 units sold worldwide.

NOW WITH THE OPTION OF EXTENDED RETRIEVAL, the G2® Filter gives physicians **complete control** over their patients' care.

- Increased **MIGRATION RESISTANCE**\*
- **IMPROVED CENTERING**\*
- Enhanced **FRACTURE RESISTANCE**\*
   \* Data on File

**Clot Trapping and Caval Patency**

G2® Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

**Secure Fixation**

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced G2® Filter resists migration across an even broader range of caval distension and higher pressures.\*

\* Maximum indicated caval diameter is 28 mm. Data on File

**What's New**

[illegible text]

Search



**Easy to Use**

Filter is completely loaded into the delivery system for easy assembly and delivery.

BPV-17-01-00137620
LMD1

Self-Centering

Specially designed pusher wire and articulated arms promote
a centered filter placement, even through tortuous anatomy.

Please consult product labels and package inserts for indications
contraindications, hazards, warnings, cautions, and information for use.
Bard and Timeless Performance are registered trademarks of C. R. Bard. Inc.
or an affiliate. G2 is a trademark of C. R. Bard. Inc. or an affiliate.
Copyright© 2006, C. R. Bard. Inc. All Rights Reserved. Legal Notice

BPV-17-01-00137621
LMD1

G2™ Filter System



**G2** FILTER SYSTEM
*for Permanent Placement*

Timeless Performance

**NOW AVAILABLE · JUGULAR DELIVERY SYSTEM**



The G2™ Filter combines the best
design features of Bard's existing vena
cava filters to create a brand-new
permanent filter platform — taking
strength and stability to a new level.

The newly enhanced G2™ Filter continues the Bard tradition of
filter innovation spanning over a decade.

- Increased **MIGRATION RESISTANCE***
- **IMPROVED CENTERING***
- Enhanced **FRACTURE RESISTANCE***
  * Data on File

### Clot Trapping and Caval Patency

G2™ Filter utilizes the proven conical filter shape arranged into two
offset layers that effectively trap large and small emboli without
compromising caval patency.

### Secure Fixation

Now featuring a wider leg span and thicker fixation hooks, the
newly enhanced G2™ Filter resists migration across an even
broader range of caval distension and higher pressures.*
* Maximum indicated caval diameter is 28 mm. Data on File



**Low-Profile**

7F delivery system is the lowest profile of any conical filter on the
market.

**Self-Centering**

Specially designed pusher wire and articulated arms promote a
centered filter placement, even through tortuous anatomy.

Bard is a registered trademark of C. R. Bard, Inc. or an affiliate.
G2 is a trademark of C. R. Bard, Inc. or an affiliate.
Copyright 2005 C. R. Bard, Inc. All rights reserved. Legal Notice

The safety and effectiveness of the G2 Filter System for use
as a retrievable or temporary filter have not been established.

Please consult product labels and package inserts for indications,
contraindications, hazards, warnings, cautions, and information for use.
Bard and Timeless Performance are registered trademarks of C. R. Bard, Inc.
or an affiliate. G2 is a trademark of C. R. Bard, Inc. or an affiliate.
Copyright © 2006 C. R. Bard, Inc. All Rights Reserved.



BPV-17-01-00137623
LMD1



BPV-17-01-00137624
LMD1

## PULMONARY EMBOLISM AND VENA CAVA FILTERS

Your doctor has given you this booklet to help you learn more about pulmonary embolism – what causes it, how it can affect your body and, most important, how it can be treated. After reading the booklet, talk to your doctor about any questions you have. It's important to remember that each patient is different and that only your doctor can give you information about the details of your specific treatment.



### WHAT IS PULMONARY EMBOLISM AND WHAT CAUSES IT?

Pulmonary embolism is the condition that results when a blood clot forms, usually in the deep veins of the lower leg, and becomes loosened, traveling upward from the legs in the bloodstream. If left untreated, there is a possibility that the clot may move up into the arteries that carry blood to the lungs. If this occurs, the normal functioning of the lungs may be impaired.

2

BPV-17-01-00137625
LMD1

## WHAT TYPES OF TREATMENT ARE USED FOR PULMONARY EMBOLISM?

The most common treatment is a group of medications called anticoagulants or "blood thinners." However, there are some patients who, for a variety of medical reasons, cannot take anticoagulants. For these individuals, a vena cava filter may offer an effective treatment solution.

## WHAT IS A VENA CAVA FILTER?

A vena cava filter is an expandable metal device specially designed to trap blood clots before they reach the lungs. The filter is placed in the inferior vena cava (IVC) – the large vein that carries blood from the lower extremities back to the heart and lungs – and remains in place to trap clots before they move further up toward the lungs.



G2® VENA CAVA FILTER

③

BPV-17-01-00137626
LMD1

## THE IMPLANT PROCEDURE

The anatomical sites identified below will provide general guidance on those areas that are important in an implant procedure.





### HOW WILL THE FILTER BE INSERTED?

Your physician will insert the filter through either the right or left femoral vein in the upper thigh (see anatomical illustration on opposite page). To make the procedure as easy as possible, the filter is inserted inside a small plastic tube called a catheter. Once inserted, the filter expands to its predetermined shape and is held in place against the vena cava walls.

### HOW LONG DOES THE PROCEDURE USUALLY TAKE?

Although it varies depending upon the individual patient and the specific circumstances, the implantation of the filter generally takes less than an hour.

### WILL I EXPERIENCE DISCOMFORT DURING AND AFTER THE PROCEDURE?

Local anesthesia, plus a mild sedative that might be taken before the procedure, will normally result in little to no discomfort while the filter is being implanted.

### HOW LONG WILL IT TAKE TO FULLY RECOVER?

Recovery from the procedure should be rapid, although the specific length of time will vary from patient to patient, depending upon factors such as age, general state of health, etc.

BPV-17-01-00137628
LMD1

# AFTER THE PROCEDURE

### HOW LONG WILL THE FILTER LAST?

The G2$^E$ Filter is designed to be a permanent implant and will not need to be removed, repositioned, or replaced.

### CAN THE FILTER BECOME CLOGGED?

In the great majority of cases, the answer is "no." Once a clot becomes entrapped in the filter, the normal flow of your blood through the vena cava and the filter will usually dissolve a trapped clot as the blood flows over it.

### IF I SHOULD NEED AN MRI EXAM, WILL THE METAL FILTER INTERFERE WITH THE TEST?

The G2$^E$ Filter is made from an alloy of nickel and titanium, and will not interfere with the test.

### UNDER WHAT CIRCUMSTANCES SHOULD I CONTACT THE DOCTOR RIGHT AWAY?

You should contact your physician right away if you experience any of the following:

- sudden onset of chest pain accompanied by shortness of breath
- swelling in both legs
- unexplained pain in the abdomen

### CAN THE FILTER BE REMOVED?

Yes. The filter can be removed when your physician determines that you no longer need it.

### WHEN CAN THE FILTER BE REMOVED? IS THERE A "CUTOFF DATE" BY WHICH THE FILTER MUST BE REMOVED?

The G2$^E$ Filter does not have a time limit in which it must be removed. The filter can be removed at any time after the point at which you no longer need it. This is up to your physician.





## REMOVAL PROCEDURE

### HOW WILL THE FILTER BE REMOVED?

Your physician will remove the filter through either the right or left internal jugular vein (see anatomic illustration on page 4).  He/she will insert a small tube called a catheter.  Through the catheter, a grasping device will be advanced to the filter.  The filter will be grasped, and then pulled into the catheter.  Your physician will then remove the entire system together.

### HOW LONG DOES THE RETRIEVAL PROCEDURE TAKE?

Although it varies depending upon the individual patient and the specific circumstances, the retrieval of the filter generally takes less than an hour.

BPV-17-01-00137630
LMD1

## WILL I EXPERIENCE DISCOMFORT DURING AND AFTER THE PROCEDURE?

As with the implant procedure, local anesthesia, helped by a mild sedative given before the procedure, will normally result in little to no discomfort while the filter is being removed. Afterwards, you may experience mild soreness in your neck for a few days. This is normal and will disappear. You will be left with a small scar on your neck at the puncture site.

## HOW LONG WILL IT TAKE TO FULLY RECOVER FROM THE REMOVAL PROCEDURE?

Recovery from the removal procedure should be rapid, although the specific length of time will vary from patient to patient, depending upon factors such as age, general state of health, etc. Typically, you will be discharged several (2-3) hours after the procedure.

## DOES THE FILTER HAVE TO BE REMOVED?

No. The $G2^X$ Filter is designed to be a permanent implant and does not have to be removed, repositioned, or replaced.

BPV-17-01-00137631

LMD1



## RESUMING YOUR NORMAL LIFESTYLE

### SHOULD I RESTRICT MY ACTIVITIES AFTER THE FILTER IMPLANTATION OR REMOVAL PROCEDURE?

The implantation or removal of a vena cava filter is not necessarily a reason to restrict your normal activity level; **however**, each patient is unique and there may be other medical reasons for doing so. Be sure to discuss with your doctor what level of activity is most appropriate for you following the procedure.

BPV-17-01-00137632
LMD1

NOTES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**10**

BPV-17-01-00137633
LMD1



BPV-17-01-00137634
LMD1

## PATIENT
## IMPLANT CARD

Patient Name _____

Date of Implant _____

Implant Site _____

Implanting Physician _____

Telephone No. _____

Implanting Hospital _____

City _____ State _____

**BARD**
PERIPHERAL
VASCULAR

**Bard Peripheral Vascular, Inc.**

1625 W. 3rd Street          Tel: 1.480.894.9515
Tempe, AZ 85281                  1.800.321.4254
USA
www.bardpv.com              Fax 1.480.966.7062
                                 1.800.440.5376

*Have your physician fill out this
Patient Implant Card for you. Then,
tear off at perforation and keep
the card with you at all times.*

BPV-17-01-00137635
LMD1



This patient has an implanted G2® Vena Cava Filter. This filter is implanted in the inferior vena cava to protect the patient from pulmonary embolism. This device is designed to be a permanent implant that can also be removed if the patient's condition warrants removal.

G2® Vena Cava Filter is non-ferrous and MRI compatible.

The removal of G2® Filter must not be attempted using any device other than the approved removal device, Recovery Cone® Removal System.

The Recovery Cone® Removal System is available from Bard Peripheral Vascular, Inc. (Ref # FBRC).

BPV-17-01-00137636
LMD1



TIMELESS PERFORMANCE

**Bard Peripheral Vascular, Inc.**
1625 W. 3rd Street
Tempe, AZ 85281
USA

Tel:  1.480.894.9515
      1.800.321.4254
Fax: 1.480.966.7062
      1.800.440.5376

www.bardpv.com

BARD
PERIPHERAL
VASCULAR

Please consult product labels and package inserts for indications,
contraindications, hazards, warnings, cautions, and information for use.
Bard, G2, Recovery Cone, and Timeless Performance are
registered trademarks of C. R. Bard, Inc. or an affiliate.
Copyright © 2008, C. R. Bard, Inc.  All Rights Reserved.   S11408 Rev. 2

# G2®
## Filter System
*Timeless Performance®*

**G2® Filter System**
**Jugular/Subclavian Vein Approach**
**Instructions for Use**



PERIPHERAL
VASCULAR

BPV-17-01-00137638

LMD1

**ENGLISH**

## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A. General Information

The G2® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2® Filter provide filtering efficiency and allow percutaneous placement through an angiographic introducer with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The G2® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm. The jugular/subclavian systems allow for placement of the G2® Filter via a jugular or subclavian vein approach. The jugular/subclavian system consists of a dilator and introducer set and a delivery device. The dilator accepts a 0.038" guidewire and allows for an 800 psi maximum pressure contrast power injection. The 10 French I.D. introducer sheath contains a radiopaque tip and hemostasis valve with a side port. The delivery device fits within the introducer sheath and consists of a side port for saline infusion and a delivery mechanism to deploy the G2® Filter. The delivery device contains a spline cap that mechanically separates the filter hooks from one another in a unique pattern to prevent leg entanglement. The G2® Filter is preloaded within the delivery device. Once the introducer sheath is within position, the delivery device is advanced through the introducer sheath until the introducer and delivery hubs snap together. The safety clip is then removed. The introducer hub is pulled back over the pusher wire handle to unsheathe and release the G2® Filter allowing it to recover to its predetermined shape.

The G2® Filter is designed to act as a permanent filter. When clinically indicated, the G2® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MRI Safety:**

Non-clinical testing has demonstrated that the G2® Filter is MR Conditional. It can be scanned safely under the following conditions:

1.  Static magnetic field of 1.5-Tesla or less.
2.  Spatial gradient field of 450 Gauss/cm or less
3.  Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole-body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

### B. Device Description

The G2® Filter- Jugular/Subclavian System consists of the filter and delivery system. The G2® Filter can be delivered via the femoral and jugular/subclavian approaches. A separate delivery system is available for each approach.

The G2® Filter consists of twelve shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli. Six legs provide the lower level of filtration and the arms provide the upper level of filtration.

The G2® Filter System- Jugular/Subclavian is illustrated in Figure 1. The Delivery System consists of a 10 French I.D. introducer sheath and dilator, the G2® Filter, and a delivery device. The G2® Filter is packaged pre-loaded within the delivery device.



Figure 1

Dilator
Introducer
Radiopaque Tip
Introducer Hub
Dilator Hub
Safety Cap
Saline Cap
G2® Filter
Pusher Pad
Delivery Hub

Delivery Stopcock
Introducer Stopcock
Saline Cap
Handle

**IMPORTANT:** Read instructions carefully before using the G2® Filter

### C. Indications for Use

The G2® Filter System- Jugular/Subclavian is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.
- G2® Filter may be removed according to the Instructions supplied under Section labeled: Optional Procedure for Filter Removal.

### D. Contraindications for Use

CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

The G2® Filter should not be implanted in:

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

### E. Warnings

**G2® Filter Implantation**

1.  The G2® Filter is pre-loaded and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® Filter cannot be safely reloaded.
2.  Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4.)
3.  If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.
4.  Only use the Recovery Cone® Removal System to remove the G2® Filter. Never re-deploy a removed filter.
5.  Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance.
6.  Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
7.  Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
8.  Never use the jugular or subclavian delivery system for femoral approach, as this will result in improper G2® Filter orientation within the IVC.
9.  When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

(1)

BPV-17-01-00137639

LMD1

19. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
In accordance with accepted medical practice and applicable labeling laws and/or federal laws and regulations.

Reference Potential Complications section for further information regarding other known filter complications.

**G2® Filter Removal**

1. Do not attempt to remove the G2® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena caval wall.
   NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.
2. Use only the Bard Recovery Cone® Removal System (packaged separately) to retrieve the G2® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.
3. Never re-deploy a removed filter.

**F. Precaution**

**G2® Filter Implantation**

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. This device has neither been studied in pregnant women, nor in suprarenal placement position. [1]
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper ven. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® Filter using the Recovery Cone® Removal System Only. Refer to Optional Procedure for Filter Removal for details
7. Spinal deformation: it is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of a filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to antithrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during the insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is present, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
10. Ensure that the introducer and the delivery device hubs are snapped together and that the system has been positioned for optimal placement, before deploying the G2® filter.
11. Do not remove the safety clip until the introducer and the delivery device hubs are snapped together.
12. Do not deliver the filter by pushing on the handle, rather retract the introducer hub to properly deploy the G2® filter.
13. It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.
14. Aspirating the introducer sheath while leaving the guidewire in place may lead to the introduction of air into the system

**G2® Filter Removal**

1. Anatomical variances may complicate insertion and deployment of the Recovery Cone® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spiral deformations: it is important to exercise care when contemplating removing the G2® Filter with the Recovery Cone® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.
3. Remove the G2® Filter using the Recovery Cone® Removal System Only. Refer to the Optional Procedure for Filter Removal section for details.
4. The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

Note: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters. Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Inter Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. These have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameter exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
- Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis.
- Caval thrombosis/occlusion.
- Extravasation of contrast material at time of venacavogram.
- Air embolism.
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage.
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization.
- Infection.
- Intimal tear.
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion.
- Insertion site thrombosis.
- Filter malposition.
- Vessel injury.
- Arteriovenous fistula.
- Back or abdominal pain.
- Filter tilt.
- Hemothorax.
- Organ injury.
- Phlegmasia cerulea dolens.
- Pneumothorax.
- Postphlebitic syndrome.
- Stroke.
- Thrombophlebitis.
- Venous Ulceration.
- Blood loss.
- Culdesac entrapment.
- Pain.

(2)

BPV-17-01-00137640

LMD1

out of the above complications have been associated with serious adverse events such as medical intervention and/or death. Complications including but not limited to those described above may be associated with the use of inferior vena cava filters in morbidly-obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**

- One G2® Filter Jugular/Subclavian System that contains:
  - One 65 cm, 10 French I.D. introducer and dilator set
  - One delivery device with pre-loaded G2® Filter
- 0.038" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18G entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drape, etc.

If the physician chooses to percutaneously remove the G2® Filter, the Recovery Cone® Removal System is available from C. R. Bard, Inc.

**I. Directions for Use**

1. Select a suitable jugular or subclavian venous access route, on either the right or left side, depending upon the patient's size/anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape, and anesthetize the skin puncture site in standard fashion.
3. Select and open the jugular/subclavian delivery system package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18G entry needle.
5. Insert a J-tipped guidewire and gently advance it into the inferior vena cava.

   PRECAUTION: If resistance is encountered during the insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is present, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the 18G entry needle over the J-tipped guidewire. Obtain the dilator and the introducer sheath from the package. Flush the dilator and the introducer with saline. Insert the dilator through the introducer sheath ensuring that the hubs snap together. Advance the 10 French introducer sheath with its tapered dilator over the guidewire and into the inferior vena cava.

   NOTE: A 0.038" guidewire is used to guide the dilator/introducer assembly beyond the implant site to ensure proper advancement.

   PRECAUTION: It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.

7. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15mL/s) through the dilator. Check for caval thrombi, position of renal veins, and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

   WARNING: When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

   WARNING: If the vena cava diameter is greater than 28mm, do not deploy the G2® Filter. If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.

8. Separate the dilator and introducer hubs by bending and then pulling apart (Reference Figure 2). Remove the guidewire and dilator, leaving the 10 French introducer sheath with its tip in the inferior vena cava. Flush intermittently by hand or attach to a constant saline drip infusion to maintain introducer patency.

Figure 2



9. Remove the delivery device from the package and remove the red safety cap (Reference Figure 3).

Figure 3



10. Flush the delivery device with saline through the delivery sidepock.
11. Insert and advance the delivery device through the introducer sheath until the introducer and delivery device hubs snap together (Reference Figure 4).

    PRECAUTION: Ensure that the introducer and the delivery device hubs are snapped together and that the system has been positioned for optimal placement, before deploying the G2® filter.

    NOTE: Do not remove the safety clip until step #13.

Figure 4



12. Under fluoroscopic control, position the system for optimal placement. The distal end of the pusher pad provides the radiopaque indicator for positioning purposes (Reference Figure 5).

    NOTE: Do not remove the safety clip until step #13.

Figure 5



NOTE: A gap between the filter apex and pusher pad is normal.

13. Remove the safety clip from the delivery device.
14. Stabilize the handle and pull back on the introducer hub (slide) to retract both the introducer sheath and delivery device. Retract the introducer hub until the handle bottoms out against the proximal edge of the delivery catheter hub (wrists). This will release the G2® filter into position (Reference Figure 6).

    PRECAUTION: Do not deliver the filter by pushing on the handle, rather, retract the introducer hub to properly deploy the G2® filter.

Figure 6



Close End of Pusher Pad

15. Separate the delivery and introducer hubs by bending and then pulling apart. Retract and remove the delivery device from the introducer sheath.
16. Perform a venacavogram to confirm satisfactory deployment before terminating the procedure.
17. Remove the introducer sheath and apply routine compression over the puncture site in the usual manner to achieve hemostasis.

(5)

BPV-17-01-00137641

LMD1

**OPTIONAL PROCEDURE FOR FILTER REMOVAL**

**CAUTION:** Remove the G2® Filter using the Recovery Cone® Removal System only.

**Removal of G2® Filter**

**Equipment Required**

The following equipment is required for use:

- Or a Recovery Cone® Removal System that contains:
  —One 75 cm, 10 French I.D. introducer catheter and dilator set
  —One Y-adapter with Recovery Cone® and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture; scalpel, #11 blade, local anesthesia, drapes, etc.

**Clinical Experience**

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 9 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieve or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE, with contraindication to anticoagulation, DVT and/or PE, with complication or failure of anticoagulation, and prophylaxis. The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure 7 depicting time to retrieval.

**Figure 7: Distribution of Filter Indwell Time in Retrieved Subjects**



Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the Recovery Cone® Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was a symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. This filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis or implant site post successful retrieval (n=1).

**Procedural Instructions**

**Insertion of the Introducer Catheter:**

1. Select a suitable venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the Recovery Cone® Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.
   NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.
9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard anterior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® Filter.

**Recovery Cone® Removal System Insertion and Delivery**

11. Remove the Recovery Cone® Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.
    PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.
14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe the cone by stabilizing the pusher shaft and retracting the introducer catheter.

**Capture of G2® Filter**

*Filter Removal, Illustrated*

17. The capture of the G2® Filter is illustrated in Figures A-E.



**Figure A:** After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an antenor-oblique fluoroscopic image to confirm that the cone is over the filter tip.

**Figure B:** Close the cone over the filter top by advancing the introducer catheter over the cone while holding the pusher shaft stationary

**Figure C:** Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

**Figure D:** With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

**Figure E:** The filter has been retracted into the catheter.

18. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis

**Guidewire - Assisted Technique**

Due to anatomical variance with respect to the position of the G2® Filter, guidewire-assisted techniques may be used.

(4)

BPV-17-01-00137642

LMD1

Use of a Guidewire

If during advancement of the G2® Filter system, resistance is felt to be greater than expected, the cannulation (stiffened or angled tip, a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip. After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the filter tip. Withdraw the guidewire into the pusher shaft. Continue removing the Filter as described in step 17.

J. How Supplied

Each G2® Filter is supplied preloaded in a delivery device. Each G2® Filter system is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

WARNING! After use, the G2® Filter system and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2® Filter system should be stored in a cool (room temperature), dark, dry place.

K. Warranty

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" (ACR Practice Guideline 2007; 38:673-684)
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" ( Chest 1998 Feb; 113(2): 499-504)
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" (J Trauma 2002; 53:142-4164)
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" (JVIR 2003; 14:S271-S275)

References:

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism' Grassi, Swan, Cardella, et al. J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002; 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter After Dwell Times Longer than 180 Days. Binkert, C., et al: J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Removal of a Recovery IVC Filter. Rappisel, K., et al. J Vasc Interv Radiol 2004, 15(6), 645-647.
6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al. J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al: Annals of Vascular Surgery 2006, 20(1), 157-165.

BPV-17-01-00137643

LMD1



G2® Filter

G2® Filter System Jugular/Subclavian Delivery Device

G2® Filter System Introducer Sheath with Dilator

Jugular/Subclavian

Use By

Lot Number

REF Catalog Number

Attention, See Instructions for Use

Sterilized By Using Ethylene Oxide

Non-pyrogenic

Keep Dry

Protect From Heat

Single Use

Do Not Resterilize

Do Not Use If Package Is Damaged Or Opened.

MR Conditional

Contents:
G2® Filter Jugular/Subclavian Delivery Device
10 Fr. Introducer Sheath 55cm Long with Dilator

Recommended Guidewire

Manufacturer

Bard, G2®, Recovery Cone® and Timeless Performance are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

Variously Protected by one or more of the following U.S. Patent Numbers: 6,007,558 and 6,258,026. Other U.S. and foreign Patents Pending.
Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:  1-480-894-9515
      1-800-321-4254
FAX:  1-480-966-7062
      1-800-440-5376
      www.bardpv.com



PK5280600 Rev. 1   07/09

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137645
LMD1



# G2®
## Filter System
*Timeless Performance+*
G2® Filter System
Femoral Vein Approach

<div style="background:black;color:white">ENGLISH</div>

## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### A. General Information

The G2® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2® Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, railroad pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, tip first, to the distal end of the catheter, positioned 1 cm below the renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2® Filter to be deployed with the filter tip centered and minimize the potential for legs crossing.

The G2® Filter is designed to act as a permanent filter. When clinically indicated, the G2® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MRI Safety:**

Non-clinical testing has demonstrated that the G2® Filter is MR Conditional. It can be scanned safely under the following conditions:

1. Static Magnetic field of 1.5-Tesla or less;
2. Spatial gradient field of 450 Gauss/cm or less
3. Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

### B. Device Description

The G2® Filter System - Femoral consists of the filter and delivery system. The G2® Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2® Filter System - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2® Filter, a storage tube with saline infusion port, and a

### Figure A. G2® Filter System - Femoral



A  INTRODUCER CATHETER
B  FILTER STORAGE TUBE
C  SALINE DRIP INFUSION SET
D  SIDE PORT
E  ADJUSTABLE TOUHY-BORST ADAPTER
F  NITINOL PUSHER WIRE
G  PUSHER WIRE HANDLE

**IMPORTANT:** Read instructions carefully before using the G2® Filter

pusher system. The G2® Filter is packaged pre-loaded within the delivery storage tube.

### C. Indications for Use

The G2® Filter System - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

The G2® Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

<div style="border:1px solid black">CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted in the IVC.</div>

### D. Contraindications for Use

The G2® Filter should not be implanted in:
- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

### E. Warnings

**G2® Filter Implantation**

1. The G2® Filter, once loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4.)
3. Delivery of the G2® Filter unless the introducer catheter is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The G2® Filter System - Femoral is designed for femoral approaches only. Never use the G2® Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2® Filter orientation within the IVC.
5. If large thrombus is demonstrated in the initial delivery site, do not attempt to deliver the filter through the migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Only use the Recovery Cone® Removal System to remove the G2® Filter. Never re-deploy a removed filter.
7. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
8. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
9. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
10. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
11. After use, the G2® Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known filter complications.

**G2® Filter Removal**

1. Do not attempt to remove the G2® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena cava wall.

   NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to leave the device remain permanently implanted.

2. Use only the Bard Recovery Cone® Removal System (packaged separately) to retrieve the G2® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.
3. Never re-deploy a removed filter.

### F. Precautions

**G2® Filter Implantation**

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. This device has neither been studied in pregnant women, nor in suprarenal placement position.
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® Filter using a Recovery Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.
7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
10. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
11. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage of the hub.
12. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.
13. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

**G2® Filter Removal**

1. Anatomical variances may complicate insertion and deployment of the Recovery Cone® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spinal deformations: It is important to exercise care when contemplating removing the G2® Filter with the Recovery Cone® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.
3. Remove the G2® Filter using the Recovery Cone® Removal System Only. (Reference Optional Procedure for Filter Removal for specific removal instructions).
4. The cone must be fully retracted into the Y-adapter before advancing the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter

Note: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device

(1)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137646

LMD1

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters. Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Inter Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
- Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion
- Extravasation of contrast material at time of venacavogram.
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization
- Infection
- Intimal tear
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion.
- Insertion site thrombosis
- Filter malposition
- Vessel injury
- Arteriovenous fistula
- Back or abdominal pain
- Filter Tilt
- Hemothorax
- Organ injury
- Phlegmasia cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**

The following equipment is required for use:
- One G2® filter and Delivery System that contains:
  - One 48cm, 7 French I.D. introducer catheter and dilator set
  - One Storage tube with pre-loaded G2® Filter and pusher delivery system
- 0.035" 3mm J-tipped Guidewire, 110cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: Scalpel, #11 blade, local anesthesia, drapes, etc.
If the physician chooses to percutaneously remove the G2® Filter, the Recovery Cone® Removal System is available from C.R. Bard, Inc.

**I. Directions for Use**

Insertion of the 7 French Introducer Catheter and Preliminary Venography
1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy operator's preference or known venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.

Precaution: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French Introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.

Precaution: The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.

7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena cava or iliac vein. Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.

Precaution: The introducer catheter hub have a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.

8. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent)

9. Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer catheter tip should be 1 cm below the lowest renal vein.

10. Remove the filter and delivery system from Kit B and flush with saline.

Precaution: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become clotted over. This will interfere with filter deployment.

11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.

12. Advance the filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures A-D). Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

**Advancement of G2® Filter, Illustrated**



Figure A

Figure B

Figure C

Figure D

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment
14. Deliver and release filter as described below:
Figure E: Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release/deployment process.
Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

**G2® Filter Release, Illustrated**



FIGURE E
FIGURE E-1

FIGURE F
FIGURE F-1

FIGURE G
FIGURE G-1

Precaution: Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter as described below. Do not twist the pusher wire handle at anytime during this procedure.

Position the filter tip 1 cm below the lowest renal vein.
Figure F: With one hand held stationary, the other hand draws the Y-adapter and storage tub assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process. The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
Figure F-1: Unsheathing of filter in IVC.
Figure G: The position of the hands at the completion of the unsheathing process.
Figure G-1: The filter deployed in the IVC.
15. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire. Do not twist the pusher wire handle at anytime during this procedure.
16. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

Follow-up Venacavogram
17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**OPTIONAL PROCEDURE FOR FILTER REMOVAL**

> CAUTION: Remove the G2® Filter using the Recovery Cone® only.

Removal of G2® Filter
Equipment Required
The following equipment is required for use:
- One Recovery Cone® Removal System that contains:
  - One 75 cm, 10 French I.D. introducer catheter and dilator set
  - One Y-adapter with Recovery Cone® and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137647

LMD1

- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

## Clinical Experience

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complications or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure H depicting the time to retrieval.

### Figure H: Distribution of Filter Indwell Time in Retrieved Subjects



Days from Implantation to Retrieval

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone®* Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1) non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

## Procedural Instructions

### Insertion of the Introducer Catheter

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone®* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® Filter.

### *Recovery Cone®* Removal System Insertion and Delivery

11. Remove the *Recovery Cone®* System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.

### Capture of G2® Filter

## G2® Filter Removal, Illustrated

17. The capture of the G2® Filter is illustrated in Figures A-E:



Figure A: After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the filter tip.

---

Figure B: Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

Figure C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

Figure D: With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

Figure E: The filter has been retracted into the catheter.

18. Examine the filter to assure that the complete filter has been removed.

### Follow-up Venacavogram

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

### Guidewire - Assisted Technique

Due to anatomical variances with respect to the position of the G2® Filter, guidewire-assisted techniques may be used.

### Use of a Guidewire

If it is difficult to align the cone with the G2® Filter tip, one may use a guidewire to facilitate advancement of cone over the filter tip.

Withdraw the introducer catheter and cone shaft away from the filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip, a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 17.

### J. How Supplied

Each G2® Filter is supplied preloaded in a storage tube. Each G2® Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to resterilize or reload it.

Warning: After use, the G2® Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2® Filter should be stored in a cool (room temperature), dry place.

### K. Warranty

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism." IACR Practice Guideline 2097; 38:673-6641
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [ Chest 1998 Feb; 113(2): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guideline Work Group" [J Trauma 2002; 53:142-6141]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:S271-S275]

References:

1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter after Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.
6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

(3)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137648

LMD1



G2® Filter System

Femoral

Femoral Introducer Catheter

Use By

Lot Number

REF  Catalog Number

Attention, See Instructions for Use

STERILE EO  Sterilized By Using Ethylene Oxide

NON PYROGENIC  Non-pyrogenic

Single Use.

Do Not Resterilize.

Do Not Use If Package Is Damaged Or Opened.

MR Conditional

Contents:  Kit A:  One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator
Kit B:  One (1) G2 Filter Femoral Delivery System

Protect From Heat

Keep Dry

Recommended Guidewire

Manufacturer:

Bard, G2®, Recovery Cone® and Timeless Performance are trademarks and/
or registered trademarks of C. R. Bard, Inc. or an affiliate.



Variously protected by one or more of the following U.S. Patents: 6,007,558
and 6,258,026.  Other U.S. and Foreign Patents Pending.
Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A.

Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe  AZ 85281
USA

TEL:  1-480-894-9515
1-800-321-4254
FAX:  1-480-966-7062
1-800-440-5376
www.bardpv.com

BARD™

PERIPHERAL
VASCULAR

PK5250500 Rev. 1   07/09

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT DD



BARD | PERIPHERAL VASCULAR

**U.S. Vascular**

PRODUCTS
PRODUCT REIMBURSEMENT
PRODUCT INDEX
PRODUCT CATALOG
CONVENTIONS
EDUCATION
SITE MAP

**Product Focus**

G2 FILTER SYSTEM

**What's New**

Search

**G2 Filter System**

| IFU | Ordering Info | Q&A Booklet |

# G2 FILTER SYSTEM

**INDICATED FOR RETRIEVAL**

United States
Puerto Rico
US Virgin Islands

The G2® Filter quickly established its exceptional performance as a permanent vena cava filter with over 45,000 units sold worldwide.

NOW WITH THE OPTION OF EXTENDED RETRIEVAL, the G2® Filter gives physicians complete control over their patients' care.

- Increased MIGRATION RESISTANCE*
- IMPROVED CENTERING*
- Enhanced FRACTURE RESISTANCE*
  * Data on File

**Clot Trapping and Caval Patency**

G2® Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

**Secure Fixation**

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced G2® Filter resists migration across an even broader range of caval distension and higher pressures.*

* Maximum retrieval level indicated in 28 mm. Data on File.



**Easy to Use**

Filter is completely loaded into the delivery system for easy assembly and delivery.



DEPOSITION
EXHIBIT
23

BPV-17-01-00137620
LMD1

### Self-Centering

Specially configured pushers wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

BPV-17-01-00137621

LMD1

G2˙ Filter System

# G2 FILTER SYSTEM
### for Permanent Placement

Timeless Performance

**NOW AVAILABLE · JUGULAR DELIVERY SYSTEM**



The G2™ Filter combines the best design features of Bard's evolving vena cava filters to create a brand new permanent filter platform — taking strength and stability to a new level.

The newly enhanced G2 ™ Filter combines the Bard tradition of filter innovation spanning over a decade.

- Increased MIGRATION RESISTANCE*
- IMPROVED CENTERING*
- Enhanced FRACTURE RESISTANCE*

*Relative to the...

### Clot Trapping and Caval Patency

G2 ™ Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

### Secure Fixation

Now featuring a wider leg span and thicker fashion hooks, the newly enhanced G2 ™ Filter resists migration across an even broader range of caval diameters and higher pressures.*

*Maximum resisting pressures was up to 78 mm Hg in the G2...



### Low Profile

7F delivery system is the lowest profile of any conical filter on the market.

### Self-Centering

Specially designed pusher wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

Bard is a registered trademark of C. R. Bard, Inc. or an affiliate.
G2 is a trademark of C. R. Bard, Inc. or an affiliate.
Copyright 2006 C. R. Bard, Inc. All rights reserved. Logos Nova.

The safety and effectiveness of the G2 Filter System for use as a retrievable vena cava filter has not been established.

Please consult product labels and package inserts for indications, contraindications, hazards, warnings, cautions, and information for use.
Bard and Timeless Performance are registered trademarks of C. R. Bard, Inc. or an affiliate. G2 is a trademark of C. R. Bard, Inc. or an affiliate.
Copyright © 2006 C. R. Bard, Inc. All rights reserved.



BPV-17-01-00137623
LMD1



BPV-17-01-00137624
LMD1

## PULMONARY EMBOLISM AND VENA CAVA FILTERS

Your doctor has given you this booklet to help you learn more about pulmonary embolism — what causes it, how it can affect your body and, most important, how it can be treated. After reading the booklet, talk to your doctor about any questions you have. It is important to remember that each patient is different and that only your doctor can give you more information about the options in your specific treatment.



### WHAT IS PULMONARY EMBOLISM AND WHAT CAUSES IT?

Pulmonary embolism is the condition that occurs when a blood clot forms, usually in the deep veins of the lower leg and becomes dislodged, traveling upward from the veins in the bloodstream. It can sometimes travel to blockage that the blood to the lungs. If this occurs, the normal functioning of the lungs may be impaired.



BPV-17-01-00137625
LMD1

## WHAT TYPES OF TREATMENT ARE USED FOR PULMONARY EMBOLISM?

The most common treatment is a group of medications called anticoagulants or "blood thinners." However, there are some patients who, for a variety of medical reasons, cannot take anticoagulants. For these individuals, a vena cava filter may offer an effective treatment solution.

## WHAT IS A VENA CAVA FILTER?

A vena cava filter is an expandable metal device specially designed to trap blood clots before they reach the lungs. The filter is placed in the inferior vena cava (IVC) – the large vein that carries blood from the lower extremities back to the heart and lungs – and remains in place to trap clots before they move further up toward the lungs.



G2® VENA CAVA FILTER

❸

BPV-17-01-00137626
LMD1

## THE IMPLANT PROCEDURE

The anatomical sites identified below will provide general guidance on those areas that are important in an implant procedure



BPV-17-01-00137627

LMD1



### HOW WILL THE FILTER BE INSERTED?

Your physician will insert the filter through either the right or left femoral vein in the upper thigh (see anatomical illustration on opposite page). To make the procedure as easy as possible, the filter is inserted inside a small plastic tube called a catheter. Once inserted, the filter expands to its predetermined shape and is held in place against the vena cava walls.

### HOW LONG DOES THE PROCEDURE USUALLY TAKE?

Although it varies depending upon the individual patient and the specific circumstances, the implantation of the filter generally takes less than an hour.

### WILL I EXPERIENCE DISCOMFORT DURING AND AFTER THE PROCEDURE?

Local anesthesia, plus a mild sedative that might be taken before the procedure, will normally result in little to no discomfort while the filter is being implanted.

### HOW LONG WILL IT TAKE TO FULLY RECOVER?

Recovery from the procedure should be rapid, although the specific length of time will vary from patient to patient, depending upon factors such as age, general state of health, etc.

## AFTER THE PROCEDURE

### HOW LONG WILL THE FILTER LAST?

The G2® Filter is designed to be a permanent implant and will not need to be removed, repositioned, or replaced.

### CAN THE FILTER BECOME CLOGGED?

In the great majority of cases, the answer is "no." Once a clot becomes entrapped in the filter, the normal flow of your blood through the vena cava and the filter will usually dissolve a trapped clot as the blood flows over it.

### IF I SHOULD NEED AN MRI EXAM, WILL THE METAL FILTER INTERFERE WITH THE TEST?

The G2® Filter is made from an alloy of nickel and titanium, and will not interfere with the test.

### UNDER WHAT CIRCUMSTANCES SHOULD I CONTACT THE DOCTOR RIGHT AWAY?

You should contact your physician right away if you experience any of the following:

- sudden onset of chest pain accompanied by shortness of breath
- swelling in both legs
- unexplained pain in the abdomen

### CAN THE FILTER BE REMOVED?

Yes.  The filter can be removed when your physician determines that you no longer need it.

### WHEN CAN THE FILTER BE REMOVED? IS THERE A "CUTOFF DATE" BY WHICH THE FILTER MUST BE REMOVED?

The G2® Filter does not have a time limit in which it must be removed.  The filter can be removed at any time after the point at which you no longer need it. This is up to your physician.



## REMOVAL PROCEDURE

### HOW WILL THE FILTER BE REMOVED?

Your physician will remove the filter through either the right or left internal jugular vein (see anatomic illustration on page 4). He/she will insert a small tube called a catheter. Through the catheter, a grasping device will be advanced to the filter. The filter will be grasped, and then pulled into the catheter. Your physician will then remove the entire system together.

### HOW LONG DOES THE RETRIEVAL PROCEDURE TAKE?

Although it varies depending upon the individual patient and the specific circumstances, the retrieval of the filter generally takes less than an hour.

**WILL I EXPERIENCE DISCOMFORT DURING AND AFTER THE PROCEDURE?**

As with the implant procedure, local anesthesia, helped by a mild sedative given before the procedure, will normally result in little to no discomfort while the filter is being removed. Afterwards, you may experience mild soreness in your neck for a few days. This is normal and will disappear. You will be left with a small scar on your neck at the puncture site.

**HOW LONG WILL IT TAKE TO FULLY RECOVER FROM THE REMOVAL PROCEDURE?**

Recovery from the removal procedure should be rapid, although the specific length of time will vary from patient to patient, depending upon factors such as age, general state of health, etc. Typically, you will be discharged several (2-3) hours after the procedure.

**DOES THE FILTER HAVE TO BE REMOVED?**

No. The G2® Filter is designed to be a permanent implant and does not have to be removed, repositioned, or replaced.



## RESUMING YOUR NORMAL LIFESTYLE

### SHOULD I RESTRICT MY ACTIVITIES AFTER THE FILTER IMPLANTATION OR REMOVAL PROCEDURE?

The implantation or removal of a vena cava filter is not necessarily a reason to restrict your normal activity level; **however**, each patient is unique and there may be other medical reasons for doing so. Be sure to discuss with your doctor what level of activity is most appropriate for you following the procedure.

BPV-17-01-00137632
LMD1

NOTES:

**10**

BPV-17-01-00137633
LMD1



BPV-17-01-00137634

LMD1

**PATIENT IMPLANT CARD**

Patient Name

Serial Number

Implant Date

Implanting Physician

Reference No.

Lot Number

City                          State

BARD

VASCULAR

Bard Peripheral Vascular, Inc.

1625 W. 3rd Street          Tel: 1 480 303 9100
Tempe, AZ 85281             1 800 321 4254
USA                         Fax: 1 480 303 2882
www.bardpv.com              1 800 440 5376

Have your physician fill out this
Patient Implant Card for you. Then,
tear off at perforation and keep
the card with you at all times.

BPV-17-01-00137635
LMD1





TIMELESS PERFORMANCE

**Bard Peripheral Vascular, Inc.**
1625 W. 3rd Street
Tempe, AZ 85281
USA

Tel: 1.480.894.9515
     1.800.321.4254
Fax: 1.480.966.7062
     1.800.440.5376

www.bardpv.com

BARD
PERIPHERAL
VASCULAR

Please consult product labels and package inserts for indications, contraindications, hazards, warnings, cautions, and information for use.
Bard, G2, Recovery Cone, and Timeless Performance are registered trademarks of C. R. Bard, Inc. or an affiliate.
Copyright © 2008, C. R. Bard, Inc. All Rights Reserved.   S11408 Rev 2



**G2** ®
Filter System
*Timeless Performance*®

**G2**® **Filter System**
**Jugular/Subclavian Vein Approach**
**Instructions for Use**



PERIPHERAL
VASCULAR

BPV-17-01-00137638
LMD1

## ENGLISH

### Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

#### A. General Information

The G2® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2® Filter provide filtering efficiency and allow percutaneous placement through an angiographic introducer sheath with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The G2® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm. The jugular/subclavian system allows for placement of the G2® Filter via a jugular or subclavian vein approach. The jugular/subclavian system consists of a dilator and introducer set and a delivery device. The dilator accepts a 0.038" guidewire and allows for an 800 psi maximum pressure contrast power injection. The 10 French I.D. introducer sheath contains a radiopaque tip and hemostasis valve with a side port. The delivery device fits within the introducer sheath and consists of a slide port for saline infusion and a delivery mechanism to deploy the G2® Filter. The delivery device contains a spline cap that mechanically separates the filter hooks from one another in a unique pattern to prevent leg entanglement. The G2® Filter is preloaded within the delivery device. Once the introducer sheath is within position, the delivery device is advanced through the introducer sheath until the introducer and delivery hubs snap together. This safety clip is then removed. The introducer sheath is pulled back over the pusher wire handle to unsheathe and release the G2® Filter allowing it to recover to its predetermined shape.

The G2® Filter is designed to act as a permanent filter. When clinically indicated, the G2® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MR Safety:**

Non-clinical testing has demonstrated that the G2® Filter is MR Conditional. It can be scanned safely under the following conditions:

1.  Static Magnetic field of 1.5-Tesla or less;
2.  Spatial gradient field of 450 Gauss/cm or less
3.  Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

#### B. Device Description

The G2® Filter- Jugular/Subclavian System consists of the filter and delivery system. The G2® Filter can be delivered via the femoral and jugular/subclavian approach. A separate delivery system is available for each approach. The G2® Filter consists of twelve shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration.

The G2® Filter System -Jugular/Subclavian is illustrated in Figure 1. The Delivery System consists of a 10 French I.D. introducer sheath and dilator, the G2® Filter, and a delivery device. The G2® Filter is packaged pre-loaded within the delivery device.

**Figure 1**



Dilator
Introducer
Radiopaque Tip
Introducer Hub
Dilator Hub
Safety Cap
Spline Cap
G2® Filter
Pusher Pad
Delivery Hub
Delivery Stopcock
Introducer Stopcock
Luer Cap
Handle

IMPORTANT: Read instructions carefully before using the G2® Filter

#### C. Indications for Use

The G2® Filter System- Jugular/Subclavian is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.
- G2® Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

#### D. Contraindications for Use

> CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

The G2® Filter should not be implanted in:

- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

#### E. Warnings

**G2® Filter Implantation**

1.  The G2® Filter is pre-loaded and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® Filter cannot be safely reloaded.
2.  Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution F 4).
3.  If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.
4.  Only use the Recovery Cone® Removal System to remove the G2® Filter. Never re-deploy a removed filter.
5.  Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance.
6.  Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
7.  Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
8.  Never use the jugular or subclavian delivery system for femoral approach, as this will result in improper G2® Filter orientation within the IVC.
9.  When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

(1)

BPV-17-01-00137639

LMD1

11. After use, the G2® Filter system and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

Reference Potential Complications section for further information regarding other known filter complications.

**G2® Filter Removal**

1. Do not attempt to remove the G2® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena caval wall.
   NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.

2. Use only the Bard Recovery Cone® Removal System (packaged separately) to retrieve the G2® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.

3. Never re-deploy a removed filter.

**F. Precautions**

**G2® Filter Implantation**

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

2. This device has neither been studied in pregnant women, nor in suprarenal placement position.[1]

3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading.

5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.

6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® Filter using the Recovery Cone® Removal System Only. Refer to Optional Procedure for Filter Removal for details.

7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.

8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.

9. If resistance is encountered during the insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is present, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

10. Ensure that the introducer and the delivery device hubs are snapped together and that the system has been positioned for optimal placement, before deploying the G2® filter.

11. Do not remove the safety clip until the introducer and the delivery device hubs are snapped together.

12. Do not deliver the filter by pushing on the handle, rather retract the introducer hub to properly deploy the G2® filter.

13. It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.

14. Aspirating the introducer sheath while leaving the guidewire in place may lead to the introduction of air into the system.

**G2® Filter Removal**

1. Anatomical variances may complicate insertion and deployment of the Recovery Cone® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.

2. Spinal deformations: It is important to exercise care when contemplating removing the G2® Filter with the Recovery Cone® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.

3. Remove the G2® Filter using the Recovery Cone® Removal System Only. Refer to the Optional Procedure for Filter Removal section for details.

4. The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

Note: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device.

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up: Supplement for Temporary and Retrievable/Optional Filters. Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Cava Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Inter Radiol 2003; 14:S427-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.

- Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.

- Perforation or other acute or chronic damage of the IVC wall.

- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.

- Deep vein thrombosis.

- Caval thrombosis/occlusion.

- Extravasation of contrast material at time of venacavogram.

- Air embolism.

- Hematoma or nerve injury at the puncture site or subsequent retrieval site.

- Hemorrhage.

- Restriction of blood flow.

- Occlusion of small vessels.

- Distal embolization.

- Infection.

- Intimal tear.

- Stenosis at implant site.

- Failure of filter expansion/incomplete expansion.

- Insertion site thrombosis.

- Filter malposition.

- Vessel injury.

- Arteriovenous fistula.

- Back or abdominal pain.

- Filter tilt.

- Hemothorax.

- Organ injury.

- Phlegmasia cerulea dolens.

- Pneumothorax.

- Postphlebitic syndrome.

- Stroke.

- Thrombophlebitis.

- Venous Ulceration.

- Blood loss.

- Guidewire entrapment.

- Pain.

(2)

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio at any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**

- One G2® Filter Jugular/Subclavian System that contains:
  - One 65 cm, 10 French I.D. Introducer and dilator set
  - One delivery device with pre-loaded G2® Filter
- 0.038" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18G entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

If the physician chooses to percutaneously remove the G2® Filter, the Recovery Cone® Removal System is available from C. R. Bard, Inc.

**I. Directions for Use**

1. Select a suitable jugular or subclavian venous access route, on either the right or left side, depending upon the patient's size/anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape, and anesthetize the skin puncture site in standard fashion.
3. Select and open the jugular/subclavian delivery system package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18G entry needle.
5. Insert a J-tipped guidewire and gently advance it into the inferior vena cava.

PRECAUTION: If resistance is encountered during the insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is present, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.

6. Remove the 18G entry needle over the J-tipped guidewire. Obtain the dilator and the introducer sheath from the package. Flush the dilator and the introducer with saline. Insert the dilator through the introducer sheath ensuring that the hubs snap together. Advance the 10 French introducer sheath together with its tapered dilator over the guidewire and into the inferior vena cava.

NOTE: A 0.038" guidewire is used to guide the dilator/introducer assembly beyond the implant site to ensure proper advancement.

PRECAUTION: It is very important to maintain introducer patency with a saline flush to prevent occlusion of the introducer, which may interfere with delivery device advancement.

7. Perform a standard inferior venacavogram (typically 30 mL of contrast medium of 15mL/s) through the dilator. Check for caval thrombi, position of renal veins, and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent).

WARNING: When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi.

WARNING: If the vena cava diameter is greater than 28mm, do not deploy the G2® Filter. If large thrombus is present at the initial delivery site, do not attempt to deliver the filter. Migration of the clot and/or filter may occur. Select an alternate site to deliver the filter. A small thrombus could be bypassed by the guidewire and introducer sheath.

8. Separate the dilator and introducer hubs by bending and then pulling apart (Reference Figure 2). Remove the guidewire and dilator, leaving the 10 French introducer sheath with its tip in the inferior vena cava. Flush intermittently by hand or attach to the introducer stopcock a constant saline drip infusion to maintain introducer patency.



**Figure 2**

9. Remove the delivery device from the package and remove the red safety cap (Reference Figure 3).

**Figure 3**



10. Flush the delivery device with saline through the delivery stopcock.
11. Insert and advance the delivery device through the introducer sheath until the introducer and delivery device hubs snap together (Reference Figure 4).

PRECAUTION: Ensure that the introducer and the delivery device hubs are snapped together and that the system has been positioned for optimal placement, before deploying the G2® Filter.

NOTE: Do not remove the safety clip until step #13.

**Figure 4**



12. Under fluoroscopic control, position the system for optimal placement. The distal end of the pusher pad provides the radiopaque indicator for positioning purposes (Reference Figure 5).

NOTE: Do not remove the safety clip until step #13.

**Figure 5**



NOTE: A gap between the filter apex and pusher pad is normal.

13. Remove the safety clip from the delivery device.
14. Stabilize the handle and pull back on the introducer hub (blue) to retract both the introducer sheath and delivery device. Retract the introducer hub until the handle bottoms out against the proximal edge of the delivery catheter hub (white). This will release the G2® filter into position (Reference Figure 6).

PRECAUTION: Do not deliver the filter by pushing on the handle, rather retract the introducer hub to properly deploy the G2® Filter.

**Figure 6**



Distal End of Pusher Pad

15. Separate the delivery and introducer hubs by bending and then pulling apart. Retract and remove the delivery device from the introducer sheath.
16. Perform a venacavogram to confirm satisfactory deployment before terminating the procedure.
17. Remove the introducer sheath and apply routine compression over the puncture site in the usual manner to achieve hemostasis.

(9)

BPV-17-01-00137641

LMD1

OPTIONAL PROCEDURE FOR FILTER REMOVAL:

CAUTION: Remove the G2® Filter using the Recovery Cone® Removal System only.

**Removal of G2® Filter**
**Equipment Required**
The following equipment is required for use.

- One *Recovery Cone®* Removal System that contains:
  --One 75 cm, 10 French I.D. introducer catheter and dilator set
  --One Y-adapter with *Recovery Cone®* and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

**Clinical Experience**

A clinical study involving 100 patients was conducted to assess the safety of removal of the G2® Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement.) The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis. The time to retrieval in the 58 patients with successful filter retrieval ranged from 5 to 300 days with a mean of 140 days and median of 146 days. Please see the histogram in Figure 7 depicting the time to retrieval.

Figure 7: Distribution of Filter Indwell Time in Retrieved Subjects



Days from Implantation to Retrieval

Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the Recovery Cone® Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low neck pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=11), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

**Procedural Instructions**
**Insertion of the Introducer Catheter**
1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone®* Removal System package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the G2® Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein. **NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.**
9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the G2® Filter.

**Recovery Cone® Removal System Insertion and Delivery**
11. Remove the *Recovery Cone®* Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.
PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.
14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher forward through the introducer catheter, advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.

**Capture of G2® Filter**
*Filter Removal, Illustrated*
17. The capture of the G2® Filter is illustrated in Figures A-E:



Figure A: After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anteroposterior fluoroscopic image to confirm that the cone is over the filter tip.
Figure B: Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.
Figure C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.
Figure D: With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.
Figure E: The filter has been retracted into the catheter.
18. Examine the filter to ensure that the complete filter has been removed.

**Follow-up Venacavogram**
19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**
Due to anatomical variances with respect to the position of the G2® Filter, guidewire assisted techniques may be used.

(4)

LMD1

It is difficult to align the cone with the G2® Filter tip, a guidewire could be used to facilitate advancement of cone over the filter tip. Withdraw the introducer catheter and cone shaft away from the filter tip, insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter apex the filter tip. After it has been confirmed that the guidewire is in contact with or is close-proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the filter tip. Withdraw the guidewire into the pusher shaft. Continue removing the Filter as described in step 17.

**J. How Supplied**

Each G2® Filter is supplied preloaded in a delivery device. Each G2® Filter system is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

WARNING: After use, the G2® Filter system and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The G2® Filter system should be stored in a cool (room temperature), dark, dry place.

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product. In Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" (ACR Practice Guideline 2007; 38:673-684)
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" ( Chest 1998 Feb; 113(3): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-814]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:3271-3275]

References:

1.  Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:3271–3275, 635-644.

2.  Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.

3.  Retrievability of the Recovery Vena Cava Filter After Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.

4.  Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.

5.  Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.

6.  Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.

7.  Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.

8.  Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

(5)

BPV-17-01-00137643

LMD1



G2® Filter

Do Not Use If Package Is Damaged Or Opened.

G2® Filter System Jugular/Subclavian Delivery Device

MR Conditional

G2® Filter System Introducer Sheath With Dilator

Contents:
G2® Filter Jugular/Subclavian Delivery Device
45 Fr. Introducer Sheath 50cm Long with Dilator

Jugular/Subclavian

Recommended Guidewire

Use By

Manufacturer

LOT   Lot Number

REF   Catalog Number

Bard, G2®, Recovery Cone® and Timeless Performance are trademarks and/or registered trademarks of C. R. Bard, Inc. or an affiliate.

Attention, See Instructions for Use

Variously Protected by one or more of the following U.S. Patent Numbers: 6,007,558 and 6,258,026. Other U.S. and foreign Patents Pending.
Copyright © 2009 C. R. Bard, Inc. All rights reserved, Printed in U.S.A.

Sterilized By Using Ethylene Oxide

Non-pyrogenic

Keep Dry

Protect From Heat

Single Use

Do Not Resterilize

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137644
LMD1



Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL: 1-480-894-9515
     1-800-321-4254
FAX: 1-480-966-7062
     1-800-440-5376
     www.bardpv.com



PK5280600 Rev. 1   07/09

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137645
LMD1



# G2®
## Filter System
*Timeless Performance*™
**G2® Filter System**
**Femoral Vein Approach**

## ENGLISH

## Instructions for Use
### For use in the Vena Cava

Caution: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

**A. General Information**

The G2® Filter represents a new generation of venous interruption devices designed to prevent pulmonary embolism. The unique design and material of the G2® Filter provide filtering efficiency and allow percutaneous placement through a standard 7 French I.D. angiographic introducer catheter with minimum entry site difficulties. The placement procedure is quick and simple to perform.

The Femoral set is designed to advance through its 48 cm, 7 French I.D. introducer catheter using a flexible, nitinol pusher wire. A pad at the end of the wire is designed to push on the filter apex and a grooved segment is designed to hold and properly orient the filter legs. These components secure the filter to the pusher wire as it advances the filter, so first, to the distal end of the catheter, positioned 1 cm below the lowest renal vein. When the tip of the filter approaches the tip of the introducer catheter, it will be positioned between the radiopaque markers on the introducer catheter. The introducer catheter and delivery assembly are then pulled back onto the pusher wire handle to unsheathe and release the filter and allow it to recover to its predetermined shape. The centering system allows the G2® Filter to be deployed with the filter tip centered and minimizes the potential for legs crossing.

The G2® Filter is designed to act as a permanent filter. When clinically indicated, the G2® Filter may be percutaneously removed after implantation according to the instructions provided under the Optional Removal Procedure. The G2® Filter's elastic hooks allow the filter to remain rigid and resist migration, but elastically deform when the filter is percutaneously removed. (Reference Optional Procedure for Filter Removal for specific removal instructions.)

**MRI Safety:**

Non-clinical testing has demonstrated that the G2® Filter is MR Conditional. It can be scanned safely under the following conditions:
1. Static Magnetic field of 1.5-Tesla or less;
2. Spatial gradient field of 450 Gauss/cm or less
3. Maximum whole-body-averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of scanning.

In non-clinical testing, the G2® Filter produced a temperature rise of less than or equal to 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 1.5 W/kg for 20 minutes of MR scanning in a 1.5-Tesla, General Electric Healthcare MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the G2® Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

**B. Device Description**

The G2® Filter - Femoral consists of the filter and delivery system. The G2® Filter consists of twelve, shape-memory nitinol wires emanating from a central nitinol sleeve. These twelve wires form two levels of filtration of emboli: the legs provide the lower level of filtration and the arms provide the upper level of filtration. The G2® Filter is intended to be used in the inferior vena cava (IVC) with a diameter less than or equal to 28 mm.

The G2® Filter - Femoral is illustrated in Figure A. The delivery system consists of a 7 French I.D. introducer catheter and dilator, the G2® Filter, a storage tube with saline infusion port, and a pusher system. The G2® Filter is packaged pre-loaded within the delivery storage tube.

**Figure A. G2® Filter System - Femoral**



A. INTRODUCER CATHETER
B. FILTER STORAGE TUBE
C. SALINE INFUSION SET
D. SIZE PORT
E. ADJUSTABLE TOUHY-BORST ADAPTER
F. NITINOL PUSHER WIRE
G. PUSHER WIRE HANDLE

IMPORTANT: Read instructions carefully before using the G2® Filter

**C. Indications for Use**

The G2® Filter System - Femoral is indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:
- Pulmonary thromboembolism when anticoagulants are contraindicated.
- Failure of anticoagulant therapy for thromboembolic disease.
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

G2® Filter may be removed according to the instructions supplied under Section labeled: Optional Procedure for Filter Removal.

CAUTION: If the IVC diameter exceeds 28 mm, the filter must not be inserted into the IVC.

**D. Contraindications for Use**

The G2® Filter should not be implanted in:
- Pregnant patients when fluoroscopy may endanger the fetus. Risks and benefits should be assessed carefully.
- Patients with an IVC diameter larger than 28 mm.
- Patients with risk of septic embolism.

**E. Warnings**

G2® Filter Implantation

1. The G2® Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the G2® Filter cannot be safely reloaded into the storage tube.
2. Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution # 4.)
3. Delivery of the G2® Filter through the introducer catheter in advance only. Retraction of the pusher wire during delivery could result in dislodgement of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer catheter.
4. The G2® Filter System - Femoral is designed for femoral approaches only. Never use the G2® Filter and Delivery System for superior approaches (jugular, subclavian or antecubital vein), as this will result in improper G2® Filter orientation within the IVC.
5. If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer catheter.
6. Only use the Recovery Cone® Removal System to remove the G2® Filter. Never re-deploy a removed filter.
7. Never advance the guidewire or introducer catheter/dilator or deploy the filter without fluoroscopic guidance.
8. Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
9. Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
10. Persons with allergic reactions to nickel may suffer an allergic response to this implant.
11. After use, the G2® Filter System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.

See Potential Complications section for further information regarding other known complications.

**G2® Filter Removal**

1. Do not attempt to remove the G2® Filter if significant amounts of thrombus are trapped within the filter or if the filter tip is embedded within the vena cava wall.
   NOTE: It is possible that complications such as those described in the "Warnings", "Precautions", or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted.
2. Use only the Bard Recovery Cone® Removal System (packaged separately) to retrieve the G2® Filter. Use of other removal devices has resulted in recurrent pulmonary embolism.
3. Never re-deploy a removed filter.

**F. Precautions**

G2® Filter Implantation

1. This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.
2. This device has neither been studied in pregnant women, nor in suprarenal placement position.[†]
3. Anatomical variances may complicate filter insertion and deployment. Careful attention to these instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
4. Position the filter tip 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC may be misleading.
5. When measuring caval dimensions, consider an angiographic catheter or IntraVascular Ultrasound (IVUS) if there is any question about caval morphology.
6. If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the G2® Filter using a Recovery Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.
7. Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult.
8. In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to anti-thrombotic therapy as soon as it is deemed safe.
9. If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.
10. The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.
11. The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage of the hub.
12. It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment.
13. Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter. Do not twist the pusher wire handle at anytime during this procedure.

**G2® Filter Removal**

1. Anatomical variances may complicate insertion and deployment of the Recovery Cone® Removal System. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties.
2. Spinal deformations: It is important to exercise care when contemplating removing the G2® Filter with the Recovery Cone® Removal System in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter.
3. Remove the G2® Filter using the Recovery® Cone Removal System Only. (Reference Optional Procedure for Filter Removal for specific removal instructions).
4. The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

Note: Standards and guidelines developed by the Society of Interventional Radiologists recommend that patients with filters (either permanent or retrievable) be tracked and receive "routine follow-up" subsequent to the placement of the device

(1)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137646
LMD1

See Reporting Standards for Inferior Vena Caval Filter Placement and Patient Follow-up:
Supplement for Temporary and Retrievable/Optional Filters. Millward, S., et al.: J. Vasc Interv Radiol 2005; 16:441-443; Recommended Reporting Standards for Vena Caval Filter Placement and Patient Follow-up. The Participants in the Vena Caval Filter Consensus Conference: J Vasc Inter Radiol 2003; 14:S437-S432; Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference. Kaufman, J., et al.: J Vasc Interv Radiol 2006; 17:449-459.

**G. Potential Complications**

Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure.

Possible complications include, but are not limited to, the following:

- Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens.
- Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques.
- Perforation or other acute or chronic damage of the IVC wall.
- Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels.
- Deep vein thrombosis
- Caval thrombosis/occlusion
- Extravasation of contrast material at time of venacavogram.
- Air embolism
- Hematoma or nerve injury at the puncture site or subsequent retrieval site.
- Hemorrhage
- Restriction of blood flow.
- Occlusion of small vessels.
- Distal embolization
- Infection
- Intimal tear
- Stenosis at implant site.
- Failure of filter expansion/incomplete expansion.
- Insertion site thrombosis
- Filter malposition
- Vessel injury
- Arteriovenous fistula
- Back or abdominal pain
- Filter Tilt
- Hemothorax
- Organ injury
- Phlegmasia cerulea dolens
- Pneumothorax
- Postphlebitic syndrome
- Stroke
- Thrombophlebitis
- Venous Ulceration
- Blood Loss
- Guidewire entrapment
- Pain

All of the above complications have been associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

**H. Equipment Required**

The following equipment is required for use:
- One G2® filter and Delivery System that contains:
    - One 65cm, 7 French I.D. introducer catheter and dilator set
    - One Storage tube with pre-loaded G2® Filter and pusher delivery system
- 0.038" 3mm J-tipped Guidewire, 110cm long or longer
- 18 gauge entry needle
- Saline
- Contrast medium
- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: Scalpel, #11 blade, local anesthesia, drapes, etc
If the physician chooses to percutaneously remove the G2® Filter, the Recovery Cone® Removal System is available from C.R. Bard, Inc.

**I. Directions for Use**

Insertion of the 7 French Introducer Catheter and Preliminary Venography
1. Select a suitable femoral venous access route, on either the right or left side, depending upon the patient's size or anatomy, operator's preference or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the filter package. Open Kit A Introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the J-tipped guidewire and gently advance it into the distal vena cava or iliac vein.
   **Precaution: If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and try the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer.**
6. Remove the venipuncture needle over the J-tipped guidewire. Advance the 7 French introducer catheter together with its tapered dilator over the guidewire and into the distal vena cava or the iliac vein.
   **Precaution: The introducer catheter has radiopaque markers to assist in visualization and predeployment filter positioning. The radiopaque markers on the introducer catheter provide a "target" location between which the filter should be positioned just prior to unsheathing and deployment.**
7. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the distal vena or iliac vein. Flush intermittently by hand or attach to the introducer catheter a constant saline drip infusion to maintain introducer catheter patency.
   **Precaution: The introducer catheter hub has a special internal design. Care should be taken to make connections firmly, but without excessive force that may cause breakage in the hub.**
8. Perform a standard Inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for caval thrombi, position of renal veins and congenital anomalies. Select the optimum level for filter placement and measure the IVC diameter, correcting for magnification (typically 20 percent)

9. Advance the introducer catheter to the selected level under fluoroscopic control. The guidewire and dilator should be reinserted to facilitate this. For femoral insertion, the introducer catheter tip should be 1 cm below the lowest renal vein.
10. Remove the filter and delivery system from Kit B and flush with saline.
   **Precaution: It is very important to maintain introducer catheter patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become slotted over. This will interfere with filter deployment.**
11. Attach the free end of the filter storage tube directly to the introducer catheter already in the vein. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
12. Advance the filter by moving the nitinol pusher wire forward through the introducer catheter, advancing the filter with each forward motion of the pusher wire (Figures A–D). Do not pull back on the pusher wire, only advance the pusher wire forward. For the operator's convenience, the nitinol pusher wire may be looped, without causing kinking to the nitinol material, to facilitate pusher wire handling and advancement.

## Advancement of G2® Filter, Illustrated



Figure A

Figure B

Figure C

Figure D

13. Continue forward movement of the pusher wire until the filter tip advances to the radiopaque marker on the distal end of the introducer catheter. At this point, the pusher wire handle should be adjacent to the Y-adapter.

Filter Release/Deployment
14. Deliver and release filter as described below:
Figure E: Firmly hold the pusher wire handle. Keep this hand stationary throughout the entire filter release/deployment process.
Figure E-1: Filter positioned in introducer catheter between the radiopaque markers prior to deployment in IVC.

## G2® Filter Release, Illustrated



FIGURE E
FIGURE E-1

FIGURE F
FIGURE F-1

FIGURE G
FIGURE G-1

**Precaution:** Do not deliver the filter by pushing it beyond the end of the introducer catheter. To achieve proper placement, unsheathe the stationary filter by withdrawing the introducer catheter as described below. Do not twist the pusher wire handle at anytime during this procedure.

Position the filter tip 1 cm below the lowest renal vein.
Figure F: With one hand held stationary, the other hand draws the Y-adapter and storage tub assembly back completely over the handle, uncovering and releasing the filter. Ensure that there is no slack or bend in the system during the filter release/deployment process. The Y-adapter and storage tube assembly should be retracted in one smooth, continuous motion.
Figure F-1: Unsheathing of filter in IVC.
Figure G: The position of the hands at the completion of the unsheathing process.
Figure G-1: The filter deployed in the IVC.
15. Now withdraw the pusher wire back into the storage tube by firmly holding the Y-adapter, storage tube, and introducer catheter assembly and pulling back on the pusher wire. Do not twist the pusher wire handle at anytime during this procedure.
16. Resume the intermittent saline flush or constant drip infusion to maintain introducer catheter patency.

Follow-up Venacavogram
17. A follow-up venacavogram may be performed after withdrawing the introducer catheter into the iliac vein (typically 30mL of contrast medium at 15mL/s).
18. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

OPTIONAL PROCEDURE FOR FILTER REMOVAL:

**CAUTION: Remove the G2® Filter using the Recovery Cone® only.**

Removal of G2® Filter
Equipment Required
The following equipment is required for use:
- One Recovery Cone® Removal System that contains:
    - One 75 cm, 10 French I.D. introducer catheter and dilator set
    - One Y-adapter with Recovery Cone® and pusher delivery system
- 0.035" 3 mm J-tipped Guidewire, 110 cm long or longer
- 18 gauge entry needle
- 12 French dilator
- Saline
- Contrast medium

(2)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- Sterile extension tube for saline drip or syringe for saline infusion
- All basic materials for venipuncture: scalpel, #11 blade, local anesthesia, drapes, etc.

### Clinical Experience

A clinical study involving 100 patients was conducted to assess the safety of removal of the *G2®* Filter. 61 patients underwent a filter retrieval procedure in which 58 had successful retrieval of their filter. Of the 42 patients that did not have their filter retrieved, 6 died of unrelated causes, 3 withdrew, 2 became lost to follow up and 31 were either not clinically indicated for filter retrieval or failed to meet retrieval eligibility criteria during the period in which the patient could be considered for filter retrieval per the protocol (within 6 months after filter placement). The mean age of the 61 patients who underwent a retrieval procedure was 48 years with a range of 19.3-81.6. The indications for filter placement included DVT and/or PE with contraindication to anticoagulation, DVT and/or PE with complication or failure of anticoagulation, and prophylaxis.

The time to retrieval in the 58 patients with successful filter retrievals ranged from 5 to 300 days with a mean of 140 days and median of 144 days. Please see the histogram in Figure H depicting the time to retrieval.

Figure H: Distribution of Filter Indwell Time in Retrieved Subjects



Of the 61 attempted filter retrievals, 3 technical failures for retrieval resulted from inability to engage the filter apex with the *Recovery Cone®* Removal System due to filter tilt leading to embedding of the filter apex into the vena caval wall. One of the 58 successful filter retrievals involved a filter that was retrieved in spite of tilt and associated embedding of filter apex into caval wall.

There was one symptomatic complication in the study. A patient reported low back pain after a successful filter placement. On pre-retrieval imaging, two (2) of the filter arms were found to be penetrating the caval wall. The filter was successfully retrieved and the pain resolved.

Asymptomatic complications included caudal migration (n=10), fracture (n=1), PE (n=2), filter tilt (n=15), penetration (n=17), caval occlusion (n=1), non-occlusive caval thrombosis (n=1), and caval stenosis at implant site post successful retrieval (n=1).

### Procedural Instructions

**Insertion of the Introducer Catheter**

1. Select a suitable jugular venous access route on either the right or left side depending upon the patient's size or anatomy, operator's preference, or location of venous thrombosis.
2. Prep, drape and anesthetize the skin puncture site in standard fashion.
3. Select and open the *Recovery Cone®* Removal System package. Open Kit A introducer Catheter package.
4. Nick the skin with a #11 blade and perform venipuncture with an 18-gauge entry needle.
5. Insert the guidewire and gently advance it to the location of the *G2®* Filter for removal.
6. Remove the venipuncture needle over the guidewire.
7. Pre-dilate the accessed vessel with a 12 French dilator.
8. Advance the 10 French introducer catheter together with its tapered dilator over the guidewire and into the vein.

NOTE: The introducer catheter has a radiopaque marker at the distal end of the catheter sheath to assist in visualization.

9. Remove the guidewire and dilator, leaving the introducer catheter with its tip in the appropriate location. Flush intermittently by hand or attach to the catheter a constant saline drip infusion to maintain introducer catheter patency.
10. Perform a standard inferior venacavogram (typically 30 mL of contrast medium at 15 mL/s). Check for thrombus within the filter. If there is significant thrombus within the filter, do not remove the *G2®* Filter.

**Recovery Cone® Removal System Insertion and Delivery**

11. Remove the *Recovery Cone®* Removal System and pusher system from Kit B.
12. Flush the central lumen of the cone catheter and wet the cone with saline—preferably heparinized saline.
13. Slowly withdraw the cone into the Y-adapter to collapse the cone and flush with saline.

PRECAUTION: The cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.

14. Attach the male end of the Y-adapter with the collapsed cone directly to the introducer catheter. The introducer catheter and filter delivery system should be held in a straight line to minimize friction.
15. Advance the cone by moving the pusher shaft forward through the introducer catheter; advancing the cone with each forward motion of the pusher shaft.
16. Continue forward movement of the pusher shaft until the cone advances to the radiopaque marker on the distal end of the introducer catheter. Unsheathe to open the cone by stabilizing the pusher shaft and retracting the introducer catheter.

**Capture of G2® Filter**

### *G2®* Filter Removal, Illustrated

17. The capture of the *G2®* Filter is illustrated in Figures A-E.



Figure A: After the cone has been opened superior to the filter, advance the cone over the filter tip by holding the introducer catheter stationary and advancing the pusher shaft. It is recommended to obtain an anterior-oblique fluoroscopic image to confirm that the cone is over the filter tip.

---

Figure B: Close the cone over the filter tip by advancing the introducer catheter over the cone while holding the pusher shaft stationary.

Figure C: Continue advancing the introducer catheter over the cone until the cone is within the introducer catheter.

Figure D: With the cone collapsed over the filter, remove the filter by stabilizing the introducer catheter and retracting the pusher shaft in one, smooth, continuous motion.

Figure E: The filter has been retracted into the catheter.

18. Examine the filter to assure that the complete filter has been removed.

**Follow-up Venacavogram**

19. A follow-up venacavogram may be performed prior to withdrawing the introducer catheter (typically 30 mL of contrast medium at 15 mL/s).
20. Remove the introducer catheter and apply routine compression over the puncture site in the usual way to achieve hemostasis.

**Guidewire - Assisted Technique**

Due to anatomical variances with respect to the position of the G2® Filter, guidewire-assisted techniques may be used.

**Use of a Guidewire**

If it is difficult to align the cone with the *G2®* Filter tip, one may use a guidewire to facilitate advancement of cone over the filter tip.

Withdraw the introducer catheter and cone shaft away from the filter tip. Insert a 0.035" guidewire through the central lumen (J-tipped or angled tip; a hydrophilic-coated guidewire is recommended). Advance the guidewire through the cone and through the filter near the filter tip.

After it has been confirmed that the guidewire is in contact with or in close proximity to the filter tip, advance the cone over the guidewire to the filter tip.

Advance the introducer catheter to slightly collapse the cone over the Filter tip. Withdraw the guidewire into the pusher shaft.

Continue removing the Filter as described in step 17.

**J. How Supplied**

Each *G2®* Filter is supplied preloaded in a storage tube. Each *G2®* Filter is sterile and nonpyrogenic unless the package is damaged or opened, and is ready for single use only. The storage tube and delivery system are pre-assembled. If the filter is inadvertently discharged, do not attempt to re-sterilize or reload it.

Warning: After use, the *G2®* Filter Delivery System and accessories may be a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable local, state and federal laws and regulations.

The *G2®* Filter should be stored in a cool (room temperature), dry place.

**K. Warranty**

Bard Peripheral Vascular warrants to the first purchaser of this product that this product will be free from defects in materials and workmanship for a period of one year from the date of first purchase and liability under this limited product warranty will be limited to repair or replacement of the defective product, in Bard Peripheral Vascular's sole discretion or refunding your net price paid. Wear and tear from normal use or defects resulting from misuse of this product are not covered by this limited warranty.

TO THE EXTENT ALLOWABLE BY APPLICABLE LAW, THIS LIMITED PRODUCT WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL BARD PERIPHERAL VASCULAR BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM YOUR HANDLING OR USE OF THIS PRODUCT.

Some states/countries do not allow an exclusion of implied warranties, incidental or consequential damages. You may be entitled to additional remedies under the laws of your state/country.

An issue or revision date and a revision number for these instructions are included for the user's information on the last page of this booklet. In the event 36 months have elapsed between this date and product use, the user should contact Bard Peripheral Vascular to see if additional product information is available.

For additional vena cava filter clinical information please refer to the following societal guidelines:

- "Practice Guideline for the Performance of Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [ACR Practice Guideline 2007; 38:673-684]
- "American College of Chest Physicians: Opinions regarding the diagnosis and management of venous thromboembolic disease. ACCP Consensus Committee on Pulmonary Embolism. American College of Chest Physicians" [ Chest 1998 Feb; 113(2): 499-504]
- "Practice Management Guidelines for the Prevention of Venous Thromboembolism in Trauma Patients: The EAST Practice Management Guidelines Work Group" [J Trauma 2002; 53:142-614]
- "Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism" [JVIR 2003; 14:S271-S275]

References:
1. Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism. Grassi, Swan, Cardella, et al.: J Vasc Interv Radiol 2003; 14:S271-S275.
2. Initial Experience in Humans with a New Retrievable Inferior Vena Cava Filter. Asch, M.: Radiology 2002, 225(3), 835-844.
3. Retrievability of the Recovery Vena Cava Filter after Dwell Times Longer than 180 Days. Binkert, C., et al.: J Vasc Interv Radiol 2006, 17(2), 299-302.
4. Experience with the Recovery Filter as a Retrievable Inferior Vena Cava Filter. Grande, J., et al.: J Vasc Interv Radiol 2005, 16(9), 1189-1193.
5. Difficult Retrieval of a Recovery IVC Filter. Hagspiel, K., et al.: J Vasc Interv Radiol 2004, 15(6), 645-647.
6. Removal of Vena Cava Filter at 224 Days. Lipman, J.: Southern Medical Journal 2005, 98(5), 556-558.
7. Retrieval of the Bard Recovery Filter from a Superior Vena Cava. Rajan, D., et al.: J Vasc Interv Radiol 2004, 15(10), 1169-1171.
8. Retrievable Inferior Vena Cava Filters: Initial Clinical Results. Rosenthal, D., et al.: Annals of Vascular Surgery 2006, 20(1), 157-165.

(3)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



| | | | |
|---|---|---|---|
| G2® Filter System | | Do Not Resterilize. | |
| FEM | Femoral | | Do Not Use If Package Is Damaged Or Opened. |
| FIC | Femoral Introducer Catheter | MR | MR Conditional |
| | Use By | | Contents:   Kit A:  One (1) 7 Fr. Introducer Catheter 48cm Long with Dilator<br>Kit B:  One (1) G2 Filter Femoral Delivery System |
| LOT | Lot Number | | Protect From Heat |
| REF | Catalog Number | | Keep Dry |
| ⚠ | Attention, See Instructions for Use | | Recommended Guidewire |
| STERILE EO | Sterilized By Using Ethylene Oxide | | Manufacturer: |
| NON PYROGENIC | Non-pyrogenic | | Bard, G2®, Recovery Cone® and Timeless Performance are trademarks and/<br>or registered trademarks of C. R. Bard, Inc. or an affiliate. |
| ② | Single Use. | | Variously protected by one or more of the following U.S. Patents: 6,007,558<br>and 6,258,026.  Other U.S. and Foreign Patents Pending.<br>Copyright © 2009 C. R. Bard, Inc. All rights reserved. Printed in U.S.A. |



Manufacturer:
Bard Peripheral Vascular, Inc.
1625 West 3rd Street
Tempe, AZ 85281
USA

TEL:   1-480-894-9515
         1-800-321-4254
FAX:   1-480-968-7062
         1-800-440-5376
         www.bardpv.com



BARD

PERIPHERAL
VASCULAR

PK5250500 Rev. 1   07/09

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00137649

LMD1

# EXHIBIT EE

3. POA



BPV-15-01-00120459

CONFIDENTIAL: This document is subject to the Protective Order entered
by the Superior Court of Maricopa County, State of Arizona, in Civil

## Document Detail

**Document No:**          POA-7081

**Document Title:**       Product Opportunity Appraisal for Recovery Filter System

**Document Version:**     000

**Release Date:**         3/28/2003 08:39:06

**Description:**

Product Opportunity Appraisal for Recovery Filter System

**Release Panel:**                          **Files:**
Werner Tia                                   poa-7081.doc
Shifrin Kevin
Carr Robert
DeCant Len
Dejohn Joe
Edwards Mary
Hudson Brian
Krueger Bill
McDermott John

**rinted On:** 2/2/2005       16:44:49

BPV-15-01-00120460

CONFIDENTIAL: This document is subject to the Protective Order entered
by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-DEP-00002236
LMD1

| Printed in Qumas By: Hudson Brian<br>Qumas Doc No: POA-7081<br>**BARD** | **Official Copy**<br>PRODUCT OPPORTUNITY APPRAISAL<br>Form | Date: 2/2/2005 4:44:52 **FM070018**<br>Version : 000   **Revision 000**<br>Page 1 of 10<br>Ref:<br>SOPN070002 |
|---|---|---|

**Bard Division:** BPV

**Project Name:** Recovery

**Project Number:** 7081

**Product Line:** Filters

**Team Leader:** Rob Carr                    **Marketing Representative:** Janet Hudnall

**Timing and Status:**

|  | Start Date | End Date | Approval Date to Enter Next Phase |
|---|---|---|---|
| Phase 0- Concept / Feasibility |  |  |  |
| Phase 1- Design & Development |  |  |  |
| Phase 2- Design Qualification |  |  |  |
| Phase 3- Process Qualification & Clinicals |  |  |  |
| Phase 4- Market Release |  |  |  |

## 1. Executive Summary

**Project Type and Duration** (please mark only one box)

| | | | |
|---|---|---|---|
| ☒ | New Product Development | ☐ | Distribution Agreement |
| ☐ | Enabling Technology | ☐ | CIP |

| Estimated Project Duration, Phase 1 through Launch (phase 3) | months |
|---|---|

**Summary Project Description.** Include a brief overview of the product/ CIP/ transfer, the opportunity and business rationale.

The purpose of this project is to develop and commercialize a permanent IVC filter that is also removable after an extended period of implantation.

Venous thrombosis and pulmonary embolism constitute major health problems that result in significant morbidity and mortality. In the U.S. alone, it is estimated that venous thrombosis and pulmonary embolism contribute to 600,000 hospitalizations per year and that as many as 150,000 individuals die each year as a result of pulmonary embolism. Patients with various types of diseases, especially certain cancer patients, are at high risk for developing deep venous thrombosis (DVT) and pulmonary embolism (PE). Patients undergoing surgery (especially orthopedic, ob/gyn, urological, and neurosurgical) are also at high risk for venous thrombotic events. The standard treatment for people with thromboembolic disease is anticoagulation therapy. Current indications for percutaneous inferior vena cava (IVC) filter placement include patients with PE that cannot tolerate anticoagulation. In addition, IVC filters are increasingly being placed prophylactically in patients who are contraindicated for, or unresponsive to, anticoagulation. This includes patients at high risk of developing PE but who have not yet developed symptoms and patients with venous thrombosis, but without concomitant PE. It is widely believed that a temporary (or removable) filter might be a better option for prophylactic use and for patients with short-term contraindications to anticoagulation. Possible patient populations include young patients who require protection from PE but in whom doctors are disinclined to place a permanent cardiovascular implant.

**Key Project Financials**

| $2.4M  1st Yr Rev.s (incremental) | $25.5M  3rd Yr Rev.s (incremental) |
|---|---|

Confidential:  This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPV-15-01-00120461

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

Printed in Qumas By: Hudson Brian
Qumas Doc No: POA-7081

**BARD**

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

Date: 2/2/2005 4:44:52 **EM070018**
Version : 000

**Revision 000**
**Page 2 of 10**
**Ref:**
**SOPN070002**

---

| $25.2M  NPV | $870,000  R&D Budget |
|---|---|

## 2. Market / Customer / Device

**Market Description.** Include market definition, trends and opportunities as well as any segmentation information.

The current U.S. IVC Filter market totals $114MM. The market leader as of October, 2002 is the TrapEase (Cordis Corp) with a 40% share. Long regarded as the "gold standard" for caval interruption, the Greenfield (Boston Scientific) has suffered from the introduction of TrapEase in July, 2000. The availability of a new filter, Gunther Tulip (Cook, Inc.), with its implied removability, has further negatively affected Greenfield's share. In addition to taking share away from Greenfield, the Gunther Tulip has also contributed to the growth of the entire filter market (which had been relatively flat for some time) by 17% between October, 2001 and September 2002. Bard's Simon Nitinol Filter has maintained its market share position at 11-12% despite the introduction of new products; however, we will need to introduce a new device with clear advantages in order to maintain and grow our IVC filter business moving forward.

The following points summarize the current IVC Filter market and project the future trends:
- Although the filter market is a mature one, it is still dynamic and susceptible to dramatic shifts when new devices and/or indications are introduced.
- Users can be swayed by ease of use, low profile, and aggressive marketing even in the absence of solid clinical history and in spite of documented negative clinical experiences.
- Optional/temporary filters will create a new category and expand the entire filter market.
- The majority of the growth in the vena cava filter market will come from the optional filter segment.
- Customers desire a filter that is durable enough to be a permanent filter, yet offer the flexibility of being able to be removed whenever the physician decides that mechanical caval interruption is no longer needed to protect the patient from a fatal PE.

**Customer Requirements.** Include performance, physical requirements, safety considerations, price tolerance, packaging requirements, special requirements for international markets and desired marketing claims (please reference sources)

**Filter**
- Must be designed so that it can be safely removed after an extended period of indwelling time.
- Exhibit clot-trapping efficiency comparable to currently available filters.
- Visible under fluoroscopy.
- Resist migration.
- MRI safe and compatible.
- Exhibit minimal tilting within the vena cava.
- Filter legs should not cross upon deployment.

**Delivery System**
- Flexible enough to navigate through tortuous anatomies associated with a left femoral introduction
- Allow safe and accurate delivery of the device into the intended location.
- Low profile (≤7F ID)
- Facilitate delivery of the filter in a centered manner.

**Packaging**
- Adequately protect the device, yet be easy to store and handle.

**Device Description** If complete description (including materials, performance & features) is contained in an attached Design Document, feel free to reference.  Description should match Project Profile

- Nitinol construction.
- Dual-level filter with 6 "arms" & 6 "legs"
- Designed for 28mm maximum caval diameter

  Each filter shall be loaded into a 7F ID/9F OD delivery system designed for left or right femoral vein introduction.

- Refer to Product Performance Specification (PPS) for complete description.

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPV-15-01-00120462

CONFIDENTIAL: This document is subject to the Protective Order entered
by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-DEP-00002238
LMD1

Printed in Qumas By: Hudson Brian
Qumas Doc No:  POA-7081

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

Date: 2/2/2005 4:44:52
Version : 000

EM070018
**Revision 000**
Page 3 of 10
Ref:
SOPN070002

## 3. Competitive Analysis

Summarize key aspects of existing and potential competitor offerings.

| Competitor & Product Name | Date on Market | Est. U.S. Market Share ($) | ASP* | Strengths & Weaknesses from Performance/Feature Standpoint |
|---|---|---|---|---|
| Boston Scientific (MediTech) Greenfield | 1986 | 25% | $985 | S: Regarded as the "gold standard" of IVC filters. Extensive clinical history. W: Large profile, single level of filtration, tendency to tilt |
| Cook Gunther Tulip | Oct, 2000 | 12% | $1,075 | S: Extensive O.U.S. experience. First on the market with implied removability. W: Short implantation time (14 days). Single level of filtration. Tendency to tilt. Delivery & removal are not user-friendly. |
| Cordis TrapEase | Jun, 2001 | 20% | $1,002 | S: Lowest profile device on the market, easy to use, only one system needed for both femoral and jugular introduction. W: Many reported complications, questionable filter design |
| Cordis OptEase | Oct, 2002 | 13% | TBD | S: TrapEase market position. W: Short implantation time (12 days in Europe), femoral removal may not be ideal for certain patient populations. Price. |
| B.Braun Venatech | 1989 | 6% | $950 | S: "Dual Filter" – decreased inventory requirement. W: Predicate device's history of guidewire entrapment; can be confusing, possibility of placing filter upside down. |
| **Proposed Product**** (est.) | Apr, 2003 | 19% | $1,300 | S: First and only permanent filter that can be removed beyond two weeks after implantation. Proven conical shape. Two-level filtration. Low profile. W: only available in femoral delivery, larger profile than Cordis filters |

* Average Selling Price
** Use estimated market share % for year 3

**Competitive Analysis.** Competitive assessment & assumptions including an analysis of competing/alternate technologies if appropriate.

There is currently no removable vena cava filter available in the U.S. Clinical, Animal, and Bench data to date show that this product will most likely be indicated for removal well beyond the 12-14 day range that the competition is currently pursuing. This, in conjunction with the merits of its design as a caval filtration device, give Recovery a significant competitive edge.

**Patents.** Describe patent positions and strategy. If a complete description is contained in an attached Design Document, feel free to reference.

6,007,558 and 6,258,026

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-15-01-00120463

BPV-DEP-00002239

LMD1

Printed in Qumas By: Hudson Brian
Qumas Doc No: POA-7081
Date: 2/2/2005 4:44:62 FM070018
Version : 000
Revision 000
Page 4 of 10
Ref:
SOPN070002

**BARD**

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

## 4. Market Positioning & Timing

**Product Positioning.** Include price, performance & feature benefits to customer.  Call point info & any training or reimbursement issues should be addressed as well.

**Positioing:** The first and only permanent filter that can be removed beyond 14 days after implantation.

**List Price:** $1,395 ea.

**Features (Benefits)**

- Nitinol Construction
- Leg Spline
- Flex Hinge
- Two-level filtration
- Arms down design
- Elastic Hooks

**Call point:** Interventional Radiologist, Vascular Surgeon, General Surgeon, Trauma Surgeon

**Training:** each physician should be thoroughly in-serviced by the sales representative prior to placing/removing the Recovery Filter

**Reimbursement**
Placement: 36010 - IVC catheter, 75825 - IVC gram, 37620 -Interuption, partial or complete, of IVC
Removal: 36010 - IVC catheter, 75825 - IVC gram, 37203 & 75961 - foreign body retrieval

There is currently no CPT code specifically for IVC filter removal.

---

**Market Timing and Launch Strategy.** Describe U.S. versus international launch plan.  If LMR is planned, include rationale.

### U.S.

Market introduction will occur in 2 phases:

**Permanent indication**

LMR is necessary for two reasons: 1) manufacturing capacity 2) targeting customers that will not attempt removals

Strategy: Take as much share as possible, Drive Recovery to be standard in caval interruption, and Grow the market

**Removable indication**

Launch objective will be to dispel the segmentation that has been created in the market place between "permanent" and "removable" indications.

### International

LMR to begin with U.K. (objectives: gain additional clinical experience, glean positioning/targeting information, manage downside risk of potential adverse events prior to U.S. regulatory clearance for removable indication)

Market release will occur by each country once the BCs provide a marketing plan including an analysis of the opportunity and business rationale for commercialization.

Confidential:   This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-15-01-00120464

BPV-DEP-00002240
LMD1

Printed in Qumas By: Hudson Brian
Qumas Doc No: POA-7081

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

Date: 2/2/2005 4:44:52 PM   FM070018
Version : 000
Revision 000
Page 5 of 10
Ref:
SOPN070002

BARD

---

**Cannibalization.** List current products that will be cannibalized or made obsolete by this product and quantify the impact

Simon Nitinol Filter

Year 1 – $2M

Year 2 - $7M

Year 3- $9M

## 5. Clinical and Regulatory

**U.S.** Please mark applicable

☐ No File Rationale ☐ PMA Supplement ☐ IDE Clinical Feasibility

x 510 (k) ☐ PMA ☐ IDE

Describe and comment on level and timing of activity

**European.** Please mark applicable

X CE Mark ☐ Self Certification ☐ Clinical Feasibility ☐ Type Testing

Describe and comment on level and timing of activity

Device already CE Marked at time of this report

---

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

Official Copy

Printed in Qumas By: Hudson Brian
Qumas Doc No: POA-7081

BARD

PRODUCT OPPORTUNITY APPRAISAL
Form

Date: 2/2/2005 4:44:52 **FM070018**
Version : 000

**Revision 000**
**Page 6 of 10**
**Ref:**
**SOPN070002**

## 6. Financial Opportunity *(Complete the following information in a spreadsheet/financial model)*

| U.S. Market | Yr.1 | Yr.2 | Yr.3 | Yr.4 | Yr.5 |
|---|---|---|---|---|---|
| Market Size ($) | $ 113,000,000 | $ 129,865,672 | $ 142,852,239 | $ 157,137,463 | $ 172,851,209 |
| ASP | 1,005 | 1,050 | 1,050 | 1,050 | 1,050 |
| Market Size (units) | 112,438 | 123,682 | 136,050 | 149,655 | 164,620 |
| Growth | | 10% | 10% | 10% | 10% |
| BPV: | | | | | |
| Market Share | 3.00% | 13.00% | 19.00% | 23.00% | 25.00% |
| ASP | 1275 | 1325 | 1300 | 1300 | 1275 |
| Units | 3,373 | 16,079 | 25,849 | 34,421 | 41,155 |
| Total Revenue ($) | $ 4,300,746 | $ 21,304,154 | $ 33,604,289 | $ 44,746,763 | $ 52,472,688 |
| Cannibalized Rev. | $ 2,000,000 | $ 7,000,000 | $ 9,000,000 | $ - | $ - |
| Incremental Rev. | $ 2,300,746 | $ 14,304,154 | $ 24,604,289 | $ 44,746,763 | $ 52,472,688 |
| Target cost (unit) | 504.125 | 514.875 | 509.5 | 509.5 | 504.125 |
| Target cost (total) | $ 1,700,481 | $ 8,278,473 | $ 13,170,296 | $ 17,537,289 | $ 20,747,289 |
| Target Gross Margin (unit) | $ 770.88 | $ 810.13 | $ 790.50 | $ 790.50 | $ 770.88 |
| Target Gross Margin (total) | $ 2,600,265 | $ 13,025,681 | $ 20,433,992 | $ 27,209,474 | $ 31,725,399 |
| Est. Gross Profit (Incr.units only) | $ 1,391,049 | $ 8,745,776 | $ 14,961,300 | $ 27,209,474 | $ 31,725,399 |

*If a specific launch date is assumed, Year 1 will only have sales for that calendar year.

---

Notes:

Assumes launch April, 2003 with permanent indication

Does not include the Recovery Cone

25% of revenue projected to come from Jugular/Sublclavian/Antecubital delivery options starting Yr. 2

---

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPV-15-01-00120466

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-DEP-00002242
LMD1

Printed in Oumas By: Hudson Brian
Oumas Doc No:  POA-7081
BARD

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

Date: 2/2/2005 4:44:52 FM070018
Version : 000
**Revision 000**
**Page 7 of 10**
Ref:
SOPN070002

| Int'l Market | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Size ($) | $ 20,000 | $ 21,000,000 | $ 22,050,000 | $ 23,152,500 | $ 24,310,125 |
| ASP | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Market Size (units) | 20,000 | 21,000 | 22,050 | 23,153 | 24,310 |
| Growth | | 9% | 10% | 9% | 8% |
| BPV: | | | | | |
| Market Share | 0.5% | 2.3% | 4.2% | 6.5% | 9.4% |
| ASP | 1000 | 1000 | 1000 | 1000 | 1000 |
| Units | 105 | 491 | 930 | 1,515 | 2,276 |
| Total Revenue ($) | $ 105,000 | $ 491,000 | $ 930,000 | $ 1,515,000 | $ 2,276,000 |
| Cannibalized Rev. | $ - | $ - | $ - | $ - | $ - |
| Incremental Rev. | $ 105,000 | $ 491,000 | $ 930,000 | $ 1,515,000 | $ 2,276,000 |
| Target cost (unit) | 445 | 445 | 445 | 445 | 445 |
| Target cost (total) | $ 46,725 | $ 218,495 | $ 413,850 | $ 674,175 | $ 1,012,820 |
| Target Gross Margin (unit) | $ 555.00 | $ 555.00 | $ 555.00 | $ 555.00 | $ 555.00 |
| Target Gross Margin (total) | $ 58,275 | $ 272,505 | $ 516,150 | $ 840,825 | $ 1,263,180 |
| Est. Gross Profit (Incr.units only) | $ 58,275 | $ 272,505 | $ 516,150 | $ 840,825 | $ 1,263,180 |

Notes:

Does not include Recovery Cone

25% of revenue projected to come from Jugular/Subclavian/Antecubital delivery options starting Yr. 2

Note: Global Market is the summation of the above U.S. and International forecasts

| Global Market | Yr.1 | Yr.2 | Yr.3 | Yr.4 | Yr.5 |
|---|---|---|---|---|---|
| Market Size ($) | $ 113,020,000 | $ 150,865,672 | $ 164,902,239 | $ 180,289,963 | $ 197,161,334 |
| ASP | | | | | |
| Market Size (units) | 132,438 | 144,682 | 158,100 | 172,807 | 188,930 |
| Growth | | | | | |
| BPV: | | | | | |
| Market Share (units) | 3% | 11% | 17% | 21% | 23% |
| ASP | 1267 | 1315 | 1290 | 1287 | 1261 |
| Units | 3,478 | 16,570 | 26,779 | 35,936 | 43,431 |
| Total Revenue ($) | $ 4,405,746 | $ 21,795,154 | $ 34,534,289 | $ 46,261,763 | $ 54,748,688 |
| Cannibalized Rev. | $ 2,000,000 | $ 7,000,000 | $ 9,000,000 | $ - | $ - |
| Incremental Rev. | $ 2,405,746 | $ 14,795,154 | $ 25,534,289 | $ 46,261,763 | $ 54,748,688 |
| Target cost (unit) | 502 | 513 | 507 | 507 | 501 |
| Target cost (total) | $ 1,747,206 | $ 8,496,968 | $ 13,584,146 | $ 18,211,464 | $ 21,760,109 |
| Target Gross Margin (unit) | $ 764.36 | $ 802.56 | $ 782.32 | $ 780.57 | $ 759.56 |

Confidential:  This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPV-15-01-00120467

CONFIDENTIAL: This document is subject to the Protective Order entered
by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-DEP-00002243
LMD1

Printed in Qumas By: Hudson Brian
Qumas Doc No: PQA-7081

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL Form

Date: 2/2/2005 4:44:52 **FM070018**
Version : 000   **Revision 000**
Page 8 of 10
Ref:
SOPN070002

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Target Gross Margin (total) | $ | 2,658,540 | $ | 13,298,186 | $ | 20,950,142 | $ 28,050,299 | $ 32,988,579 |
| Est. Gross Profit (incr.units only) | $ | 1,451,689 | $ | 9,027,177 | $ | 15,490,314 | $ 28,050,299 | $ 32,988,579 |

Notes:

Does not include Recovery Cone

25% of revenue projected to come from Jugular/Subiclavian/Antecubital delivery options starting Yr. 2

## 7. Project Cost

Note:  For approval to move from Concept Investigation to Feasibility, summary estimates of costs for the entire program and detailed estimates for the next phase are required

For approval to move from Feasibility to Development, detailed estimates for the entire project are required. If these costs are outlined in Operating Plan (PDOP, PROP) please reference.

| | Expense | Notes: |
|---|---|---|
| R&D- Labor (hours and rates) | 240,000 | |
| R&D Materials | 100,000 | |
| Capital- Tooling & Equipment | 800,000 | |
| Clinical | 500,000 | 50 patients, 4 sites |
| Packaging | 30,000 | Carton graphics, tooling for new tray design, packaging engineer labor |
| Regulatory | 50,000 | 240 hours - two 510(k)s @ 80 hours; 80 additional hours for planning regulatory strategy and miscellaneous communication with FDA |
| Marketing - Product Launch (Promotions, Literature) | 350,000 | Hands-on workshops, brochure, animation, |
| Marketing - Other (i.e., IFU translations) | 100,000 | |
| **TOTAL** | $2.17 M | |

## 8. Business Rationale/ Strategic Fit

Address the business/strategic gains this project offers from both the product line and overall business standpoint.  Please reference the Strategic Impact category and the Strategic Alignment score.

Strategic Alignment Score: 2

Strategic Impact Category: Innovation Leader

The Recovery Filter will give Bard an opportunity to take a leadership position in the Vena Cava Filter market.  Clinical, Animal, and Bench data to date show that this product will most likely be indicated for removal well beyond the 12-14 day range that the competition is currently pursuing.  This, in conjunction with the merits of its design as a caval filtration device, give Recovery a significant competitive edge.

Confidential:  This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPV-15-01-00120468

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-DEP-00002244
LMD1

Printed in Qumas By: Hudson Brian
Qumas Doc No:   POA-7081

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

Date: 2/2/2005 4:44:52 FM070018
Version : 000

**Revision 000**
**Page 9 of 10**
Ref:
**SOPN070002**

BARD

Offering a product that is so far ahead of the competition in terms of its ability to meet a previously unmet clinical need will position Bard as an innovator that is knowledgeable and concerned about the market, the disease state, and the needs of the customer. We will be able to leverage this image to gain business in other product lines as well as position us for future product introductions.

Confidential. This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

BPV-15-01-00120469

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-DEP-00002245
LMD1

Printed in Qumas By: Hudson Brian
Qumas Doc No: POA-7081

**Official Copy**
PRODUCT OPPORTUNITY APPRAISAL
Form

**BARD**

Date: 2/2/2005 4:44:52 FM070018
Version : 000

**Revision 000**
**Page 10 of 10**
Ref:
SOPN070002

## 9. Resources

Include project team member names and allocations to this project

| Function | PHASE 1: Concept Investigation | PHASE 2: Feasibility | PHASE 3: Development & Clinicals |
|---|---|---|---|
| Marketing | | | Janet Hudnall |
| R&D | | | Rob Carr |
| Manufacturing | | | Frank Media (GFO) |
| Quality | | | L. Buchanan Kopp & B. Hudson |
| Clinicals | | | Rob Righi |
| Regulatory | | | Mary Edwards |
| Materials / Ops | | | Rhonda Peck |
| Finance | | | Janet Fillinger |

## Attachments

1. Project Profile (including resource demand forecast)
2. Financial Model

Confidential: This document contains information that is the confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard.

CONFIDENTIAL: This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil

BPV-15-01-00120470

BPV-DEP-00002246
LMD1