Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation<br><br>SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF LODGING EXHIBITS UNDER SEAL REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION JUDGEMENT AS A MATTER OF LAW** |

Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Exhibit Under Seal regarding Plaintiff's Response to Defendants' Motion Judgement As A Matter of Law.

Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she has lodged with the Court the documents listed on Exhibit A to this Notice.

Defendants contend that the documents listed in Exhibit A are confidential and should be filed under seal as represented in Bard's May 7, 2018 Motion And Memorandum in Support to Seal Certain Trial Exhibits [Doc. 11010].  Plaintiff does not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

RESPECTFULLY SUBMITTED this 7th day of May, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
Mark S. O'Connor
2575 East Camelback Road
Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*

2

# EXHIBIT A

Ex. A, Trial Transcript compilation
Ex. I, Trial Tr., 649:24, playing Hudnall Dep. Tr. 358:24-359:4
Ex. K, Trial Ex. 2248
Ex. L, Trial Ex. 1517
Ex. M, Trial Ex. 5290
Ex. N, Trial Ex. 5560
Ex. O, Trial Ex. 2052
Ex. P, Trial Ex. 2252
Ex. Q, Trial Ex. 2065
Ex. T, Trial Ex. 1221
Ex. X, Trial Ex. 5303
Ex. Z, Trial Ex. 2251