1    Ramon Rossi Lopez - rlopez@lopezmchugh.com
     (California Bar Number 86361; admitted *pro hac vice*)
2    Lopez McHugh LLP
     100 Bayview Circle, Suite 5600
3    Newport Beach, California  92660
     949-812-5771
4
     Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
5    Gallagher & Kennedy, P.A.
     2575 East Camelback Road
6    Phoenix, Arizona  85016-9225
     602-530-8000
7
     *Counsel for Plaintiffs*
8
                      UNITED STATES DISTRICT COURT
9
                          DISTRICT OF ARIZONA
10

11
     In Re Bard IVC Filters Products        No. MD-15-02641-PHX-DGC
12   Liability Litigation
                                            **PLAINTIFF'S NOTICE OF**
13   SHERR-UNA BOOKER, an individual,       **LODGING EXHIBITS UNDER**
                                            **SEAL REGARDING PLAINTIFF'S**
14                  Plaintiff,              **RESPONSE TO DEFENDANTS'**
                                            **MOTION FOR NEW TRIAL**
15   v.                                     **PURSUANT TO RULE 59**

16   C.R. BARD, INC., a New Jersey
     corporation and BARD PERIPHERAL
17   VASCULAR, an Arizona corporation,

18                  Defendants.

19

20        Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Exhibit Under

21   Seal regarding Plaintiff's Response to Defendants' Motion For A New Trial Pursuant To

22   Rule 59.

23        Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she has lodged with the

24   Court the documents listed on Exhibit A to this Notice.

25        Defendants contend that the documents listed in Exhibit A are confidential and

26   should be filed under seal as represented in Bard's May 7, 2018 Motion And

27   Memorandum in Support to Seal Certain Trial Exhibits [Doc. 11010].  Plaintiff does not

28

1  believe that the disputed documents warrant continued confidential treatment as

2  proprietary or sensitive trade secret information.

3       RESPECTFULLY SUBMITTED this 7th day of May, 2018.

4                 GALLAGHER & KENNEDY, P.A.

5

6                 By:*/s/ Mark S. O'Connor*
                   Mark S. O'Connor

7                     2575 East Camelback Road
                   Phoenix, Arizona  85016-9225

8

9                 LOPEZ McHUGH LLP
                   Ramon Rossi Lopez (CA Bar No. 86361)
                   (admitted *pro hac vice*)

10                     100 Bayview Circle, Suite 5600
                   Newport Beach, California 92660

11                 *Counsel for Plaintiffs*

12

13

14                 **CERTIFICATE OF SERVICE**

15       I hereby certify that on this 7th day of May 2018, I electronically transmitted the

16  attached document to the Clerk's Office using the CM/ECF System for filing and

17  transmittal of a Notice of Electronic Filing.

18                     */s/ Gay Mennuti*

19

20

21

22

23

24

25

26

27

28

1

**EXHIBIT A**

2

Ex. A.2, Mar. 28, 2018, Trial Tr., 2352:19-2352:24

3

Ex. E, Trial Ex. 5296

Ex. H, Trial Ex. 1221

4

Ex. I, Trial Ex. 2248

5

Ex. K, Trial Ex. 1295

Ex. L, Trial Ex. 6046

6

Ex. M, Trial Ex. 2252

Ex. N, Trial Ex. 1222

7

Ex. P, Trial Ex. 5290

8

Ex. Q, Trial Ex. 2052

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28