# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, <br> _____ <br> Doris Jones, an individual, <br>     Plaintiff, <br> v. <br> C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, <br>     Defendants. | No. MDL 15-02641-PHX-DGC <br><br> No. CV-16-00782-PHX-DGC <br><br><br> **ORDER** |

In addition to the jurors listed in Doc. 10844 and pursuant to discussion with counsel at the final pretrial conference on May 4, 2018, the Court will excuse the additional following jurors for hardship.

6
41
94
141
177

Pursuant to discussion with counsel at the final pretrial conference on May 4, 2018, the Court will strike the following jurors for cause:

3
25
91
100

116
123
150
168

After the conclusion of the final pretrial conference on May 4, 2018, the Court received two additional requests by jurors to be excused from the jury panel. The Court will excuse the two additional jurors for hardship.

17
93

The following 60 jurors will be called for jury service and voir dire in this case.

5
8
9
10
13
14
15
18
20
23
24
26
27
28
29
30
32
34
36
39
40
42
43
45
46
48
49
52
63
64
65
66
67
71
72
74
76
78

80
81
82
84
85
86
87
92
98
101
104
105
108
109
110
111
112
113
114
115
117
118

Dated this 8th day of May, 2018.

_____
David G. Campbell
United States District Judge