1  Ramon Rossi Lopez (admitted *pro hac vice*)
   (CA Bar No. 86361)
2  LOPEZ McHUGH LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   rlopez@lopezmchugh.com
4
   Mark S. O'Connor (011029)
5  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona 85016-9225
   Telephone: (602) 530-8000
7  mark.oconnor@gknet.com
   *Attorneys for Plaintiffs*
8
   James R. Condo (#005867)
9  Amanda C. Sheridan (#027360)
   SNELL & WILMER L.L.P.
10 One Arizona Center
   400 E. Van Buren, Suite 1900
11 Phoenix, Arizona  85004-2202
   Telephone:  602.382.6000
12 Facsimile:  602.382.6070
   jcondo@swlaw.com
13 asheridan@swlaw.com

14 Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
15 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
16 NELSON MULLINS RILEY &
      SCARBOROUGH LLP
17 201 17th Street, NW / Suite 1700
   Atlanta, GA  30363
18 Telephone: (404) 322-6000
   Telephone: (602) 382-6000
19 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
20 *Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.*
21

22                IN THE UNITED STATES DISTRICT COURT

23                           DISTRICT OF ARIZONA

24

| | |
|---|---|
| 25  IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-PHX-DGC |
| 26  This Document Relates to: | Civil Action No. 16-cv-00782-DGC |
| 27  Doris Jones, | **JOINT NOTICE TO COURT REPORTER RE TERMS AND WITNESS NAMES** |
| 28              Plaintiff, | |

v.

C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, INC., an Arizona corporation,

          Defendants.

Pursuant to section O of the Joint Pretrial Order, as well as further discussion with the Court Reporter at the May 4, 2018 Final Pretrial Conference, the parties hereby jointly file the following list of names and terms, including **case-specific** medical providers and terminology, that may be used at the Jones trial beginning on May 15, 2018. Please see the attached list as Exhibit A. By submitting this notice, neither party concedes that any of the witnesses or evidence is relevant or admissible, and Plaintiff expressly reserves her objections to irrelevant medical information and treatment and those issues on which she moved in limine.

Respectfully submitted this 8th day of May, 2018.

GALLAGHER & KENNEDY, P.A.

By: s/Mark S. O'Connor (with permission)
    Mark S. O'Connor (011029)
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

    Ramon Rossi Lopez
    (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ McHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*

SNELL & WILMER L.L.P.

By: s/Amanda C. Sheridan
    James R. Condo (005867)
    Amanda C. Sheridan (027360)
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    Nelson Mullins Riley & Scarborough LLP
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this action.

s/ Kat Hommel

4846-1388-2975

3