# EXHIBIT A

# Doris Jones
## Medical Providers and Terminology

**Treating Physicians**
Avino, MD, Anthony
Awad, MD, Ziad
Britt, MD, Peter
Busken, MD, Christopher
Carpenter, MD, Steven
Castillo, MD, Michael
Chodos, MD, David
Coble, MD, Andrew, Coble
Conway, MD, Deborah
Cragg, MD, Samantha
Davidson, MD, Clinton
DeHaven, MD, Joseph
Dennis, MD, James
Federowicz, MD, Gregory
Fletcher, MD, Wade
Garber, MD, James
Goodman, MD, Lloyd
Greene, MD, William
Helmly, MD, Brian
Jurgensen, MD, Paul
Konzelmann, MD, Jason
Lee, MD, Laurance
Meglin, MD, Allen
Miranda, MD, Anthony
Murphy, MD, Mark
Negrea, MD, Cristina
Nelson, MD, Kirsten
Ofori, MD, Leslie
Philbrick, MD, Thomas
Post, MD, Bradley
Reddy, MD, Pranod
Reddy, MD, Shilpa
Risch, MD, Robert
Romano, MD, Peter
Ryan, MD, Svetlana
Sheppard, MD, Timothy
Snyder, MD, Jason
Spath, MD, Disha
Taaco, MD, Allan
Taylor, MD, Colleen
Wheeler, MD, James

Williams, DO, Jonathan
Williams, MD, Jonathan


**Medical Facilities and Locations**
Curtis Cooper Clinic – Savannah, GA
Memorial Health University Health Center – Savannah, GA
Memorial Physician Health Service – Savannah, GA
St Joseph's Candler Health System – Savannah, GA
University of Florida Shands Hospital – Jacksonville, FL


**Medical Terms and Medications**
Afferent Loop Syndrome
AMA – Against Medical Advice
Amitriptyline
Amlodipine
Anastomosis
Anastomotic Junction
Angiogram
Antrectomy
Antral
Antrum
Arthralgias
Bentyl
Braun Anastomosis
Cardiomegaly
Catheterization
Cauterization
Cavagram
Cholecystectomy
Cipro
Circumferentially
Coffee Ground Emesis
Costochondritis
Coumadin
Diaphoresis
DVT – Deep Vein Thrombosis
Duodenum
Duodenal Ulcer
Duodenectomy
Eclipse IVC Filter
EGD – Esophagogastroduodenoscopy
Electropolishing
Embolization
Embolized

Emesis
Endoscopic
Epigastric
Esophagitis
Femoral
Ferrous Sulfate
Gastroenterology
Gastroesophageal
Gastrojejunal Anastomosis
Gastrojejunostomy
Gastropathy
GERD – Gastroesophageal Reflux Disease
H-pylori – Helicobacter Pylori
Hematemesis
Hematochezia
Hilum
Hydrochlorothiazide
Ileus
IVC – Inferior Vena Cava
Jejunum
Jejunostomy
Laparoscopic
Laparotomy
Lavage
Leukocytosis
Levothyroxine
LFT – Liver Function Test
Lovenox
Melena
Melanotic Stool
Nexium
NG – Nasogastric
Normocytic Anemia
Norvasc
NSAID – Non-Steroidal Anti-Inflammatory Drug
Pancreatitis
Pantoprazole
Paresthesias
PE – Pulmonary Embolism
Pepcid
Phenergan
PICC – Peripherally Inserted Central Catheter
Popliteal
PPI – Proton Pump Inhibitor
Prilosec
Protonix

4

Pyloroplasty
Reglan
Roux-en-Y Gastrectomy
Roux-en-Y Gastrojejunostomy
SCD – Sequential Compression Device
Sumatriptan
Syncope
Syncopal Episode
Tramadol
Truncal Vagotomy
Vagotomy
Venacavagram
Zantac
Zosyn