UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Selander,         ) | |
|                              ) | |
|     Plaintiff,         ) | MDL Case No. 2:15-md-02641-DGC |
|                              ) | |
|     v.                ) | Civil Action No.  CV-18-01277-PHX-DGC |
|                              ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al.,          ) | |
|                              ) | |
|     Defendant.        | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 2, 2018                        /s/ Richard B. North, Jr.
                                         *Attorney's signature*

                                         Richard B. North, Jr. (Ga. Bar No. 545599)
                                         *Printed name and bar number*

                                         Nelson Mullins Riley & Scarborough, LLP
                                         201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                         *Address*

                                         richard.north@nelsonmullins.com
                                         *E-mail Address*

                                         (404) 322-6000
                                         *Telephone number*

                                         (404 322-6050
                                         *FAX number*