# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Doris Jones, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>    Defendants. | No. CV16-0782-PHX-DGC<br><br>**ORDER** |

The parties have submitted additional deposition excerpts for the Court's review. This order includes the Court's ruling on objections contained in the excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A.    Abtihal Maki Raji-Kubba

    1.    83 – sustained. Rule 602. Designated portions of the deposition do not show that the witness has any knowledge of, or information relevant to, the study about

which she is being questioned.

    2. 86 – sustained. Rule 602. The witness is simply being asked to restate what is in the document with no showing of her knowledge.

    3. 88 – sustained. Same.

    4. 97:12-23 – sustained. Same. Otherwise overruled.

    5. 122:5 to 123:4 – overruled. 123:5 to 124:6 – sustained. Rule 602. The witness is simply being asked to restate what is in the document with no showing of her knowledge.

    6. 177 – Plaintiff's objection sustained. Same.

    7. 239:21 to 242:10 – Sustained. Same.

    8. 242:16-24 – overruled. 242:25 to 243:3 – sustained. Same.

    9. 244 – sustained. Same.

B. Patrick McDonald.

    1. 172:5 to 174:23 – sustained. Same.

    2. 192:4 to 194 – sustained. Same.

C. Robert E. Cortelezzi – deposition submitted, but no objections identified.

D. William R. Little.

    1. 46 – overruled.

    2. 56:10-13 – sustained. Rule 602.

    3. 64 – overruled.

    4. 156 – overruled.

    5. 209 – overruled.

    6. 210 – overruled.

    7. 218 – overruled. Witness is looking at the document, but testifying from his knowledge and experience.

    8. 218:2 – overruled.

    9. 218:12 – overruled. Witness is looking at the document, but testifying from his knowledge and experience.

10. 224-225 – sustained. The witness is simply being asked to restate what is in the document.

11. 228-229:17 – sustained. The witness is simply being asked to restate what is in the document.

12. 229:22 to 230:19 – relevancy and Rule 403 in light of Court's rulings above.

13. 247:25 to 248:23 – sustained. Unresponsive narrative.

14. 329 – overruled. Hearsay within hearsay not called for in these questions and answers.

15. 330 – sustained.

16. 331:3-15 – overruled.

17. 331:16 to 334:1 – sustained.

18. 359 – overruled.

19. 362:13 to 363:1 – sustained.

20. 363:4 to 364:18 – overruled.

21. 390 – overruled.

22. 392 – overruled.

23. 460:17-24 – sustained.

24. 461:16-21 – sustained.

25. 462 – sustained.

26. 463 – sustained.

27. 483 – overruled.

Dated this 10th day of May, 2018.

*David G. Campbell*
David G. Campbell
United States District Judge