# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation,<br><br>This Order relates to case:<br><br>Elihu Cox v. Bard Peripheral Vascular, Inc.<br><br>Case No. CV16-3404 PHX DGC | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff Elihu Cox's motion to substitute.  Doc. 10950 and notice of suggestion of death on May 4, 2018 filed by counsel for Plaintiff Elihu Cox. Docs. 10948, 109450.

**IT IS ORDERED** that Plaintiff's motion to substitute (Doc. 10950) is **granted.** Bobbie Cox shall be substituted for Elihu Cox in Case No. CV16-3404 PHX DGC. Plaintiff shall file an amended complaint on or before **May 18, 2018.**

Dated this 10th day of May, 2018.

_____
David G. Campbell
United States District Judge