IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:18-cv-00925-DGC |

This Document Relates to Plaintiff

Civil Action No. 2:18-cv-00925-DGC

Wendy Rickerson

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 11th day of May, 2018.

| | |
|---|---|
| By: /s/*Samuel M. Wendt*<br>Samuel M. Wendt<br>WENDT LAW FIRM, P.C.<br>1100 Main Street, Ste 2610<br>Kansas City, MO 64105<br>Telephone: (816) 531-4415<br>Facsimile (816) 531-2507<br>sam@wendtlaw.com<br><br>*Attorney for Plaintiff* | By: /s/*Richard North*<br>Richard North<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17TH Street, NW, Suite 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Facsimile: (404) 332-6397<br>richard.north@nelsonmullins.com<br>*Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that this 11th day of May, 2018, a copy of the foregoing Joint Stipulation of Dismissal without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          */s/ Samuel M. Wendt*
                                          Samuel M. Wendt