IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br>**FIRST AMENDED SHORT FORM COMPLAINT**<br>**BOBBIE COX, INDIVIDUALLY and on behalf of the Estate of ELIHU COX** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364) Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Elihu Cox

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Bobbie Cox; Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    n/a

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: 

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

-2-

|   |   | ☐ | G2® X Vena Cava Filter |
|---|---|---|---|
|   |   | X | Eclipse® Vena Cava Filter |
|   |   | ☐ | Meridian® Vena Cava Filter |
|   |   | ☐ | Denali® Vena Cava Filter |
|   |   | ☐ | Other: _____ |

11. Date of Implantation as to each product:

    6/09/2011

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Manufacturing Defect |
| X | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| X | Count III: | Strict Products Liability – Design Defect |
| X | Count IV: | Negligence - Design |
| X | Count V: | Negligence - Manufacture |
| X | Count VI: | Negligence – Failure to Recall/Retrofit |
| X | Count VII: | Negligence – Failure to Warn |
| X | Count VIII: | Negligent Misrepresentation |
| X | Count IX: | Negligence *Per Se* |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of Implied Warranty |
| X | Count XII: | Fraudulent Misrepresentation |

-3-

1.      X      Count XIII:    Fraudulent Concealment

2.      X      Count XIV:    Violations of Applicable <u>Ohio</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3.      □      Count XV:    Loss of Consortium

4.      □      Count XVI:    Wrongful Death

5.      □      Count XVII: Survival

6.      X      Punitive Damages

7.      □      Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

     X      Yes

     □      No

-4-

RESPECTFULLY SUBMITTED this  4    day of May, 2018.

                        TAUTFEST BOND, PLLC

                        By: *s/Monte Bond*
                            Monte Bond
                            Texas Bar No. 02585625
                            5151 Belt Line Road
                            Suite 1000
                            Dallas, TX 75254
                            214.617.9980 (phone)
                            214.617.9986 (fax)

                        Attorney for Plaintiff

I hereby certify that on this 4    day of May, 2018, I electronically transmitted the attached document to the Clerk's Office for filing using the CM/ECF System filing and transmittal of a Notice of Electronic Filing.

                                          *s/Monte Bond*