IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT**<br><br>**BOBBIE COX, INDIVIDUALLY and on behalf of the Estate of ELIHU COX** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Elihu Cox

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Bobbie Cox; Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    N/A

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Ohio

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

X    C.R. Bard Inc.

X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X    Diversity of Citizenship

☐    Other:

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

X  Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

June 9, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

X  Count I:     Strict Products Liability – Manufacturing Defect

X  Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X  Count III:   Strict Products Liability – Design Defect

X  Count IV:    Negligence - Design

X  Count V:     Negligence - Manufacture

X  Count VI:    Negligence – Failure to Recall/Retrofit

X  Count VII:   Negligence – Failure to Warn

X  Count VIII:  Negligent Misrepresentation

X  Count IX:    Negligence Per Se

X  Count X:     Breach of Express Warranty

X  Count XI:    Breach of Implied Warranty

X  Count XII:   Fraudulent Misrepresentation

|   |   |   |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable <u>Ohio</u>  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 11<u>th </u>day of May, 2018.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*
Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Fax: (214) 853-4281

By: /s/ Jessica Glitz
Jessica Glitz
Texas Bar No. 24076095
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254
Phone: (214) 617-9980
Fax: (214) 853-4281
**Attorneys for the Plaintiff**

I hereby certify that on this 11th day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Monte Bond*

*/s/ Jessica Glitz*