# DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH
LOCAL REGISTRAR COPY

REGISTER NUMBER: 5367 336

1. NAME: FIRST: Ronald  MIDDLE: D.  LAST: Smith
2. SEX: MALE ☒
3A. DATE OF DEATH: MONTH 12 DAY 05 YEAR 2016
3B. HOUR: 10:02 p.m.

4A. PLACE OF DEATH: NURSING HOME ☒
4B. IF FACILITY, DATE ADMITTED: MONTH 08 DAY 16 YEAR 2016
4C. NAME OF FACILITY: St. Luke Health Services
4D. LOCALITY: CITY ☒ Oswego
4E. COUNTY OF DEATH: Oswego
4F. MEDICAL RECORD NO.: A-7628
4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? YES - University Hospital Syracuse NY Onondaga Co

5. DATE OF BIRTH: MONTH 05 DAY 17 YEAR 1984
6A. AGE IN YEARS: 32 yrs.
7A. CITY AND STATE OF BIRTH: Oswego, NY

8. SERVED IN U.S. ARMED FORCES?: NO ☒
9. DECEDENT OF HISPANIC ORIGIN?: A ☒ No, not Spanish/Hispanic/Latino
10. DECEDENT'S RACE: A ☒ White/Caucasian

11. DECEDENT'S EDUCATION: 3 ☒ High school graduate or GED

12. SOCIAL SECURITY NUMBER: 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
13. MARITAL STATUS: NEVER MARRIED ☒
14. SURVIVING SPOUSE: —

15A. USUAL OCCUPATION: Certified nurse's aide
15B. KIND OF BUSINESS OR INDUSTRY: Healthcare
15C. NAME AND LOCALITY OF COMPANY OR FIRM: St. Luke Health Services, Oswego NY

16A. RESIDENCE: NY
16B. County: Oswego
16C. LOCALITY: CITY ☒ Fulton
16D. STREET AND NUMBER OF RESIDENCE: 91 Kings Rd
16E. ZIP CODE: 13069
16F. IF NO, SPECIFY TOWN: Volney

17. BIRTH NAME OF FATHER/PARENT: David Smith
18. BIRTH NAME OF MOTHER/PARENT: Denise Atkinson

19A. NAME OF INFORMANT: Denise Smith
19B. MAILING ADDRESS: 91 Kings Rd, Fulton, NY 13069

20. ☒ CREMATION  MONTH 12 DAY 06 YEAR 2016
20B. PLACE: Traub Crematorium
20C. LOCATION: Central Square, NY

21A. NAME AND ADDRESS OF FUNERAL HOME: Sugar & Scanlon Funeral Home, 147 W. 4th St. Oswego NY 13126
21B. REGISTRATION NUMBER: 01642
22A. NAME OF FUNERAL DIRECTOR: Theresa A. Sugar Scanlon
22C. REGISTRATION NUMBER: 13496

23A. SIGNATURE OF REGISTRAR: Rita L. Vona
23B. DATE FILED: Dec 06 2016
24A. BURIAL OR REMOVAL PERMIT ISSUED BY: Rita L. Vona
24B. DATE ISSUED: Dec 06 2016

25A. CERTIFICATION: Certifier's Name: Sandra A. Ford, N.P.
License No.: 330672
Signature: Sandra Ford
Date: 12/06/2016
Certifier's Title: 0 ☒ Attending Physician
Address: 299 E. River Rd, Oswego NY 13126

26A. Attending physician attended deceased: FROM 08/16/2016 TO 12/05/2016
26B. Deceased last seen alive: 12/05/2016
26C. Pronounced: 12/05/2016 at 2202

27. MANNER OF DEATH: NATURAL CAUSE ☒

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?: NO ☒
29A. AUTOPSY?: NO ☒

30. DEATH WAS CAUSED BY:
PART I. IMMEDIATE CAUSE:
(A) Respiratory arrest — palliative care status — minutes
DUE TO OR AS A CONSEQUENCE OF:
(B) AIDS — 3 years

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: Asthma, HIV Encephalopathy

DID TOBACCO USE CONTRIBUTE TO DEATH?: NO ☒

Name of decedent: Smith, Ronald
Date of death: 12/05/2016
Time of death: 2202

THIS IS TO CERTIFY that the foregoing is a true and correct transcript of the _____ RECORD on file in the Office of the Registrar of VITAL STATISTICS of the City of Oswego, New York, and of the whole thereof.

WITNESS MY HAND AND SEAL OF THE CITY OF OSWEGO, NEW YORK, this _____ day of _____ 20___

_____
REGISTRAR
City of Oswego, New York