IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br>**FIRST AMENDED SHORT FORM COMPLAINT**<br>**DENISE SMITH, INDIVIDUALLY and on behalf of the Estate of RONALD SMITH** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364) Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Ronald Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Denise Smith; Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    n/a

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of New York

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: 

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

-2-

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

X Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

   10/10/2013

12. Counts in the Master Complaint brought by Plaintiff(s):

   X   Count I:    Strict Products Liability – Manufacturing Defect

   X   Count II:   Strict Products Liability – Information Defect (Failure to Warn)

   X   Count III:  Strict Products Liability – Design Defect

   X   Count IV:   Negligence - Design

   X   Count V:    Negligence - Manufacture

   X   Count VI:   Negligence – Failure to Recall/Retrofit

   X   Count VII:  Negligence – Failure to Warn

   X   Count VIII: Negligent Misrepresentation

   X   Count IX:   Negligence *Per Se*

   X   Count X:    Breach of Express Warranty

   X   Count XI:   Breach of Implied Warranty

   X   Count XII:  Fraudulent Misrepresentation

-4-

      X    Count XIII:   Fraudulent Concealment

      X    Count XIV:   Violations of Applicable <u>New York</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

      ☐    Count XV:   Loss of Consortium

      ☐    Count XVI:   Wrongful Death

      ☐    Count XVII: Survival

      X    Punitive Damages

      ☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

      X    Yes

      ☐    No

RESPECTFULLY SUBMITTED this 11th day of May, 2018.

TAUTFEST BOND, PLLC

By: s/Monte Bond
Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
214.617.9980 (phone)
214.617.9986 (fax)

Attorney for Plaintiff

I hereby certify that on this 11th day of May, 2018, I electronically transmitted the attached document to the Clerk's Office for filing using the CM/ECF System filing and transmittal of a Notice of Electronic Filing.

s/Monte Bond