UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **IN RE: BARD IVC FILTER** | ) | **MDL NO. 2641** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **JUDGE DAVID G. CAMPBELL** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*Smith v. C.R. BARD, INC., AND BARD PERIPHERAL VASCULA INC.*
*Civil Action No. 2:16-cv-03807-DGC*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Denise Smith, on behalf of the Estate of Ronald Smith, is substituted for Plaintiff Ronald Smith, in the above captioned cause.


Date: _____        _____

                                                           Hon. David G. Campbell
                                                           United States District Court Judge