## UNITED STATES DISTRUCT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : | No. MDL 15-2641-PHX-DGC |
| This Document Relates to: Wendy Rickerson v. C.R. Bard Incorporated, et al., Civil Case No.: CV18-0925-PHX-DGC | : : : : : : | **ORDER** |

The Court has considered the Stipulation of Dismissal Without Prejudice between the Parties. Doc. 11066.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the stipulation of dismissal without prejudice (Doc. 11066) is **granted.** All claims of Plaintiff Wendy Rickerson and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL15-02641-PHX-DGC (Member Case CV18-0925-PHX-DGC) are dismissed, without prejudice, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 11th day of May, 2018.

_____
David G. Campbell
United States District Judge