AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Linda J. Szablewski | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-01440-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Linda J. Szablewski                                                                                                           .

Date:   05/14/2018                                                       /s/ Michael G. Guajardo
                                                                                  *Attorney's signature*

                                                       Michael G. Guajardo - Texas Bar No. 00784183
                                                                           *Printed name and bar number*

                                                                              Guajardo & Marks, LLP
                                                                                Three Forest Plaza
                                                                          12221 Merit Drive, Suite 945
                                                                              Dallas, Texas 75251
                                                                                      *Address*

                                                                          mike@guajardomarks.com
                                                                                  *E-mail address*

                                                                                 (972) 774-9800
                                                                                *Telephone number*

                                                                                 (972) 774-9801
                                                                                    *FAX number*