# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Doris Jones, an individual,<br>    Plaintiff,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>    Defendants. | No. CV16-0782-PHX-DGC<br><br>**ORDER** |

The parties have submitted additional deposition excerpts for the Court's review. This order includes the Court's ruling on objections contained in the excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A.    Jack Sullivan.

    1.    61:20 to 62:3 – overruled if exhibit admitted in evidence. Witness has knowledge under Rule 602 to answer whether he has seen the document before.

Although the answer that he has not seen the document may not be relevant, Defendants make no relevancy objection.

      2.      62:14 to 63:1 – overruled.

      3.      64 – overruled.

      4.      65 – overruled.

      5.      248:16 to 249:20, 250:1-18 – sustained. Rule 602.

      6.      281:21 to 282:1 – overruled.

      7.      354 – overruled.

      8.      436:15-20 – overruled if exhibit admitted in evidence. Witness has knowledge under Rule 602 to answer, and Defendants make no relevancy objection.

      9.      443 – overruled if exhibit admitted in evidence.

      10.      446 – overruled.

      11.      447 – Defendants objecting to testimony they designate? Overruled.

      12.      524:7-18 – sustained.

      13.      525 – overruled.

      14.      526-27 – overruled.

B.      John DeFord.

      1.      35 – overruled.

      2.      105 – overruled.

      3.      139 – overruled.

      4.      226-227 – overruled.

      5.      231 – overruled.

      6.      239 – overruled.

      7.      243 – overruled.

      8.      278-82 – overruled.

      9.      340 – overruled.

      10.      342 – overruled.

      11.      388 – overruled.

C.  Douglas Uelmen – no objections identified.

D.  Len DeCant.

1. 63 – overruled.
2. 68:13-22 – sustained.
3. 112 – overruled.
4. 117L17 to 118:8 – sustained.
5. 118:20 to 119:7 – sustained.
6. 150:20 to 151:14 – sustained.
7. 152 – sustained.
8. 157:4-23 – sustained.
9. 159 – overruled.
10. 189 – overruled.
11. 347-48 – overruled.
12. 354-55 – sustained.

Dated this 14th day of May, 2018.

*David G. Campbell*
David G. Campbell
United States District Judge