IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

In Re: BARD IVC FILTERS             Case No. 2:15-md-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION            MDL No. 2641

_____

This Document Relates to:

    LARRY CARLSON
    2:17-cv-01684-PHX-DGC

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff Larry Carlson.

Dated: May 15, 2018            */s/ Ben C. Martin*
                                                   Ben C. Martin, Bar No. 13052400
                                                   Thomas Wm. Arbon, Bar No. 01284275
                                                   **The Law Office of Ben C. Martin**
                                                   3710 Rawlins Street, Suite 1230
                                                   Dallas, TX 75219
                                                   Telephone: (214) 761-6614
                                                   Facsimile: (214) 744-7590
                                                   bmartin@bencmartin.com

                                                   *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of May, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                                  */s/ Ben C. Martin*
                                                  Ben C. Martin