IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 2

Phoenix Division

MDL 15-2641-PHX-DGC                          DATE: 5/16/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Laurie Adams |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Julia Reed-Zaic, Shannon Clark, Lincoln Combs, Paul Stoller
Attorney(s) for Plaintiff(s)
Richard North, Elizabeth Helm, James Rogers, Candace Camarate
Attorney(s) for Defendant(s)
========================================================================
**PROCEEDINGS:**     X    Jury Trial

**2nd  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties are present. Counsel shall move the admittance of exhibits in front of the jury. Dr. Asch and exhibit 5247 discussed. Court order (doc. 11082) discussed. Court affirms ruling on Recovery filter cephalad migration deaths. Plaintiff trial brief (doc. 11083). Plaintiff request that the Court review the brief prior to the testimony of Chad Modra. 8:47 Court in recess.

9:01 Court in session. Parties are present. Jury is present. Video deposition of Gin Schulz continues. 9:24 Dr. Murray Asch sworn and examined. Exhibits 556,2090,4330,557,559 admitted. 10:30 Court in recess.

10:46 Court in session. Parties are present. Jury is present. Dr. Murray Asch examination continues. Exhibit 5189,567 admitted. 12:02 Court in recess.

1:00 Court in session. Parties are present. Jury is present. 1:01 Dr. Robert McMeeking sworn and examined. Exhibit 4558,4557,4342,4373,4349 demonstrative only and displayed. 2:30 Court in recess.

2:46 Court in session. Parties are present. Jury is present. Dr. McMeeking examination continues. Exhibit 876 admitted.

Page 2
MDL 15-2641
5/16/2018
Day 2 Jury Trial- Jones Trial

4:27 Jury excused until 9:00 a.m. on 5/17/2018. Counsel to be present at 8:30 a.m. on 5/17/2018.

4:29 Court in recess.  Jury trial continues on 5/17/2018 at 8:30 a.m.