UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Gladys Trawick,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>         Defendants. | MDL No. 2:15-md-02641- DGC<br><br>Civil Action No. 2:17-cv-00677-DGC |

## **SUGGESTION OF DEATH**

  Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Gladys Trawick, which occurred on or around April 20, 2018. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Gladys Trawick's estate.

DATED: <u>May 17, 2018</u>

BY PLAINTIFFS' ATTORNEY,

<u>By: /s/ Marlene J. Goldenberg</u>
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 17 Day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: /s/ Marlene J. Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*
