# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| ERICA S. CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-18-00454-PHX-DGC |
| | ) | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 18, 2018            /s/ Richard B. North, Jr.
                               *Attorney's signature*

                               Richard B. North, Jr. (Ga. Bar No. 545599)
                               *Printed Name and bar number*

                               Nelson Mullins Riley & Scarborough, LLP
                               201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                               *Address*

                               richard.north@nelsonmullins.com
                               *E-mail address*

                               (404) 322-6155
                               *Telephone number*

                               (404) 322-6050
                               *FAX number*