**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 3**

Phoenix Division

MDL 15-2641-PHX-DGC                        DATE: 5/17/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                     Patricia Lyons/Laurie Adams
        Deputy Clerk                         Court Reporter
 APPEARANCES:
 Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Laura Smith, Julia Reed-Zaic , Ramon Lopez
 Attorney(s) for Plaintiff(s)
 Richard North, Elizabeth Helm, James Rogers, Candace Camarate
 Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**     **X**   **Jury Trial**

**2nd  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties are present. Plaintiff memorandum (doc. 11083) discussed. 9:01 Jury present. 9:02 Dr. David Garcia sworn and examined. 9:54 Carol Vierling appears by video deposition. Exhibit 2149 admitted. 10:19 Chad Modra sworn and examined. 10:30 Court in recess.

10:46 Court in session. Parties present. Jury present. Chad Modra examination continues.  11:56 Jury excused. Discussion held with counsel. 12:04 Court in recess.

1:00 Court in session. Parties present. Jury present. Robert Carr Jr. sworn and examined. Exhibit 1149,1613,4554 admitted. 2:30 Court in recess.

2:46 Court in session. Parties present. Jury present. Robert Carr Jr. examination continues. Exhibit 755, 1219(w/redactions), 2248, 1578, 4409,4438,1616, 4430,4433,770 admitted. 4:20 Jury excused until 9:00 a.m. on 5/18/2018. 4:21 Discussion held with counsel as to exhibit 4565. Court will review the parties briefing and issue an order. 4:31 Court in recess.

Jury trial continues on 5/18/2018 at 8:30 a.m.