**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| NANCY NICKERSON, | ) |
| | ) |
| Plaintiff, | )  MDL Case No. 2:15-md-02641-DGC |
| | ) |
| v. | )  Civil Action No.  CV-18-00912-PHX-DGC |
| | ) |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) |
| | ) |
| Defendants. | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  May 18, 2018          /s/ Richard B. North, Jr.
                             *Attorney's signature*

                             Richard B. North, Jr. (Ga. Bar No. 545599)
                             *Printed Name and bar number*

                             Nelson Mullins Riley & Scarborough, LLP
                             201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                             *Address*

                             richard.north@nelsonmullins.com
                             *E-mail address*

                             (404) 322-6155
                             *Telephone number*

                             (404) 322-6050
                             *FAX number*