UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| CARGIN MADISON III, | ) |
| | ) |
| Plaintiff, | ) MDL Case No. 2:15-md-02641-DGC |
| | ) |
| v. | ) Civil Action No.  CV-18-00460-PHX-DGC |
| | ) |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) |
| | ) |
| Defendants. | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.


Date:  May 18, 2018      /s/ Richard B. North, Jr.
                         *Attorney's signature*

                         Richard B. North, Jr. (Ga. Bar No. 545599)
                         *Printed Name and bar number*

                         Nelson Mullins Riley & Scarborough, LLP
                         201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                         *Address*

                         richard.north@nelsonmullins.com
                         *E-mail address*

                         (404) 322-6155
                         *Telephone number*

                         (404) 322-6050
                         *FAX number*