**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 4**

Phoenix Division

MDL 15-2641-PHX-DGC                     DATE: 5/18/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons/Laurie Adams
        Deputy Clerk                         Court Reporter
 APPEARANCES:
 Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Julia
Reed-Zaic, Ramon Lopez
Attorney(s) for Plaintiff(s)
 Richard North, Elizabeth Helm, James Rogers, Candace Camarate
 Attorney(s) for Defendant(s)
========================================================================
**PROCEEDINGS:**      **X**    **Jury Trial**

**2ⁿᵈ  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties are present. Court order (doc. 11122) discussed. Objections to Robert Carr testimony further discussion to be held next week. Plaintiff seeks a one week extension to respond to motion (doc. 11010) granted. 9:00 Jury present. Robert Carr Jr. examination continues. Exhibit 1950 admitted with redactions. 9:13 Dr. Derek Muehreke sworn and examined. Exhibit 4428 admitted. 10:30 Court in recess.

10:46 Court in session. Parties present. Jury present. Dr. Derek Muehreke examination continues.  11:00 Bret Baird sworn and examined. Exhibits 571,589,590,591,592,1053,1568,1740,1788,4414,4416,4454,4455,4456,4457,4467,4468,4469,1621,4499 admitted. 12:02 Jury excused. Exhibit 587 discussed. 12:02 Court in recess.

1:00 Court in session. Parties present. Jury present. Bret Baird examination continues. Exhibits 587(with instruction),1742 admitted. 1:24 Dr. William Altonaga appears by video deposition. 1:44 Dr. David Ciavarella appears by video deposition. Exhibits 1216,925,991,927,931, 1221 admitted with redactions. 2:26 Michael Randall sworn and examined. Exhibit 1222 admitted. 2:35 Court in recess.

2:51 Court in session. Parties are present. Jury present. 2:52 Michael Randall examination continues.

Page 2
MDL 15-2641
5/18/2018
Day 4 Jury Trial- Jones Trial

3:36 Jason Greer appears by video deposition. Exhibits 1912,992 admitted. 3:47 Janet Hudnall appears by video deposition. Exhibits 545,1053,1336,1337,1339(with redacations), 1594 ( with redactions) admitted.4:15 Jury excused until 9:00 a.m. on 5/22/2018. Counsel at 8:30 a.m. 4:17 Court in recess.

Jury trial continues on 5/22/2018 at 8:30 a.m.