# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This Order relates to case: | **ORDER** |
| Ronald Smith v. Bard Peripheral Vascular, Inc. | |
| Case No. CV16-3807 PHX DGC | |

Pending before the Court is Plaintiff Ronald Smith's motion to substitute filed by counsel for Plaintiff Ronald Smith. Doc. 11070.

**IT IS ORDERED** that Plaintiff's motion to substitute (Doc. 11070) is **granted.** Denise Smith shall be substituted for Ronald Smith in Case No. CV16-3807 PHX DGC. Plaintiff shall file an amended complaint on or before **May 23, 2018.**

Dated this 18th day of May, 2018.

_David G. Campbell_
United States District Judge