# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation,<br><br>This Order relates to case:<br><br>Betsie Dean v. C.R. Bard, Inc., et al.,<br><br>Case No. CV17-3288 PHX DGC | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

Counsel for Plaintiff Betsie Dean has filed a motion to withdraw as counsel of record for Plaintiff.  Doc. 10898.

**IT IS ORDERED:**

1. A telephonic conference is scheduled with respect to the above motion on **June 22, 2018 at 4:30 p.m.**  Counsel for Plaintiff Betsie Dean shall initiate a telephone conference with counsel for Defendants, Plaintiff Betsie Dean, and the Court.  If counsel intends to use a dial-in number, the dial-in information shall be provided to counsel for Defendants, Plaintiff Betsie Dean, and the Court no later than June 21, 2018 at 12:00 noon.

2. Counsel for Plaintiff shall notify Plaintiff Betsie Dean of the scheduled hearing and of Plaintiff Betsie Dean's required appearance at the hearing.  Counsel for Plaintiff shall file a notice with the Court indicating the type of notice provided to

Plaintiff Betsie Dean.

Dated this 21st day of May, 2018.

_____
David G. Campbell
United States District Judge