IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to:<br><br>JAMES HEADLEY AND PAMELA HEADLEY<br>         Plaintiff<br>v.<br><br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>         Defendants<br>_____ | MDL No. 2:15-MD-02641-PHX-DGC<br><br><br><br><br>Civil Action No. 2:18-cv-00572-DGC |

### STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:18-CV-00572-DGC WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs James and Pamela Headley and Defendants C.R. BARD. INC. and BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 17th day of May, 2018.

**THE MOODY LAW FIRM**

By: */s/ Willard J. Moody, Jr.*
Willard J. Moody, Jr.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                                                /s/ Willard J. Moody, Jr.
                                                Willard J. Moody, Jr.