# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |

This Document Relates to:

JAMES HEADLEY AND PAMELA HEADLEY    Civil Action No. 2:18-cv-00572-DGC
       Plaintiff
v.

C.R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.
       Defendants

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiffs James and Pamela Headley against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL No. 2641 (Member Case 2:18-cv-00572-DGC) are dismissed and in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED this _____ day of _____, 2018.


                                             _____
                                             United States District Judge