## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION _____ | MDL No. 15-02641-PHX-DGC |
| This Document Relates to: | |
| James Headley and Pamela Headley | No. CV18-0572-PHX DGC |
| Plaintiff v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., | |
| Defendants _____ | |

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the stipulation of dismissal (Doc. 11202) is **granted**. All claims of Plaintiffs James and Pamela Headley against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL No. 2641 (Member Case CV18-0572-PHX DGC) are dismissed and in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 23rd day of May, 2018.

_____
David G. Campbell
United States District Judge

1