**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 6**

Phoenix Division

MDL 15-2641-PHX-DGC                          DATE: 5/23/2018
Year    Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                       Patricia Lyons/Laurie Adams
        Deputy Clerk                           Court Reporter
APPEARANCES:
 Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Ramon Lopez
Attorney(s) for Plaintiff(s)
 Richard North, Elizabeth Helm, James Rogers, Candace Camarate
 Attorney(s) for Defendant(s)
========================================================================
**PROCEEDINGS:**       **X    Jury Trial**

**2ⁿᵈ  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Counsel present. Plaintiff damages claims discussed. Exhibits 4514 and 4565 discussed. Redactions to be worked out by counsel. Plaintiff specifies damages claims. Court takes under advisement the issue of plaintiff health issues, further discussion to be held Friday afternoon. Exhibit 4406 to be redacted. 8:54 Court in recess.

9:01 Court in session. Parties present. Jury present. Doris Jones examination continues. Exhibits 8048,7958,8054,8057,8066,7953,8078,8084, 8086(redacted) admitted. 9:46 Dr. Kirstin Nelson appears by video deposition. Exhibits 4403(redacted), 4406(redacted) admitted. 10:22 Dr. David Chodes appears by video deposition. Exhibit 8076 admitted. 10:30 Court in recess.

10:43 Court in session. Parties present. Video deposition of Dr. David Chodes discussed. Parties request to remove portions and play at later time. 10:46 Jury present. Jury advised the video deposition of Dr. David Chodes will be played later in trial. 10:47 Lora White sworn and examined. 11:04 Abithal Raji-Kubba appears by video deposition. Exhibits 1817,1821,1822,1823 admitted. 11:25 Natalie Wong appears by video deposition. Exhibits 2243,2247,2249,2250,2251,2254 admitted. 12:02 Court in recess.

Page 2
MDL 15-2641
5/23/2018
Day 6 Jury Trial- Jones Trial

1:00 Court in session. Parties present. Jury present. Natalie Wong video deposition continues. 1:12 David Chodos video deposition resumes. 1:38 Alfred Jones sworn and examined. Exhibit 8062 admitted. 1:56 Daniel Orms appears by video deposition. Exhibits 4504,4507,4509,4512,4514,4522,4528,4532,4533,4534,1009,1014,1018,4552,2 1022,1140, 1787,677 admitted. 2:27 Christopher Smith appears by video deposition. Exhibit 2049 admitted. 2:30 Court in recess.

2:46 Court in session. Parties present. Jury present. Christopher Smith video deposition continues. 3:05 Dr. Frederick Rogers appears by video deposition. 3:17 Plaintiff rest. 3:17 Defendant oral motion for Rule 50. 3:18 Defendant case begins. Donna-Bea Tillman sworn and examined. Exhibit 7758,7753,5126 admitted.4:20 Jury excused until 9:00 a.m. on 5/24/2018. Exhibit 5277 discussed. 4:26 Court in recess.

Jury trial continues on 5/24/2018 at 8:30 a.m.