**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 7**

Phoenix Division

MDL 15-2641-PHX-DGC                          DATE: 5/24/2018
Year    Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons/Laurie Adams
       Deputy Clerk                        Court Reporter
 APPEARANCES:
 Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Ramon Lopez, Josh Mankoff
Attorney(s) for Plaintiff(s)
 Richard North, Elizabeth Helm, James Rogers, Candace Camarate
 Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**      X   Jury Trial

**2nd  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties present.  Oral motion for Rule 50 judgment as a matter of law argued. Motion is denied for the reasons stated on the record. 9:01 Court in recess.

9:09 Court in session. Parties present. Jury present. Donna-Bea Tillman examination continues. Exhibits 6075(redacated),6064,6061(redacted),5343,5324,5322,5340,5339,5354,5353, 5361,5362,5373,5368,5379,5376,5272,5588 admitted. 10:30 Court in recess.

10:50 Court in session. Parties present. Jury present. Donna-Bea Tillman examination continues. Exhibits 5486,5273,5586,5589,7795,7787,7771 admitted. 12:00 Jury excused. 12:01 Exhibits 5915 and 5001 discussed. Court will review exhibits and issue ruling. 12:07 Court in recess.

12:55 Court in session. Parties present. Exhibits 5915 and 5001 discussed. Court will give jury a limiting instruction in regards to Donna-Bea Tillman testimony. 1:18 Jury present. Court gives limiting instruction. 1:19 Donna-Bea Tillman examination continues. Exhibit 696 admitted. 1:37 Dr. Clement Grassi sworn and examined. Exhibit 7312, admitted. 2:30 Court in recess.

Page 2
MDL 15-2641
5/24/2018
Day 7 Jury Trial- Jones Trial

2:46 Court in session. Parties present. Jury present. Dr. Clement Grassi examination continues. Exhibit 6842 admitted. 3:15 Andrzej Chanduskzko sworn and examined. Exhibits 5233, 5234 admitted. Exhibit 7875 demonstrative and shown to jury. 4:30 Jury excused until 9:00 a.m. on 5/25/2018. 4:32 Court in recess.

Jury trial continues at 8:30 a.m. on 5/25/2018.