1  David A. Wenner, Esq. (AZ #009886)
   **SNYDER AND WENNER, P.C.**
2  2200 E. Camelback Road, Suite 213
   Phoenix, Arizona 85016
3  Telephone (602) 224-0005
   Facsimile (602) 381-8997
4  Email: jen@snyderwenner.com
   *Attorneys for Plaintiff*
5

6              **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE DISTRICT OF ARIZONA**

8
   IN RE BARD IVC FILTERS          )   No. MD-15-02641-PHX-DGC
9  PRODUCTS LIABILITY              )
   LITIGATION                      )
10                                 )   **NOTICE OF APPEARANCE**
   Relates to Plaintiff: Rick Shaw )
11                                 )
   Case No.: 2:18-cv-01593-DGC     )
12                                 )
                                   )
13 _____    )

14
                        **NOTICE OF APPEARANCE**
15

16 To:    The Clerk of the Court and all parties of record:

17        I am admitted or otherwise authorized to practice in this Court, and I appear in this case

18 as counsel for plaintiff Rick Shaw.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

RESPECTFULLY SUBMITTED,

**SNYDER AND WENNER, P.C.**

By /s/ David A. Wenner
_____
David A. Wenner, Esq.
2200 E. Camelback Road, Ste. 213
Phoenix, AZ 85016
*Attorneys for Plaintiff*

I hereby certify that on this 25th day of May, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David A. Wenner
_____
David A. Wenner