**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 8**

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 5/25/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Laurie Adams |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Ramon Lopez
Attorney(s) for Plaintiff(s)
Richard North, Elizabeth Helm, James Rogers
Attorney(s) for Defendant(s)
================================================================

**PROCEEDINGS:**     X   Jury Trial

**2nd Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties present. 2015 FDA warning letter discussed. Court not prepared to rule until hearing additional testimony in the defense case. 1006 summary, parties continue to work to resolve and finalize next week. Parties to finalize exhibit redactions next week. Chanduskzko testimony discussed. 8:38 Court in recess.

9:00 Court in session. Parties present. Jury present. Andrzej Chanduskzko examination continues. Exhibits 8574,8359,5385 admitted. 9:23 Shari Allen O'Quinn sworn and examined. Exhibits 5349(redacted),5905,5348,5350(redacted),5344,5333(redacated), 5879,5881 admitted. 10:30 Court in recess.

10:46 Court in session. Parties present. Jury present. Shari Allen O'Quinn examination continues. Exhibits 5880,5970,5539,5537,5967,5565,5536,6046 admitted. 11:28 Dr. Moni Stein sworn and examined. Exhibit 8404,8405,8407 admitted. 12:01 Court in recess.

1:01 Court in session. Parties present. Jury present. Dr. Moni Stein examination continues. 1:21 Paul Briant sworn and examined. Exhibits 7944,7812,7813,7945,7677,7816,7815,7702,7935,7936 displayed as demonstrative only. 2:30 Court in recess.

Page 2
MDL 15-2641
5/25/2018
Day 8 Jury Trial- Jones Trial

2:45 Court in session. Parties present. Jury present. Paul Briant examination continues. 3:01 John DeFord appears by video deposition. Exhibit 1031(redacted) admitted. 3:37 Mark Wilson appears by video deposition. 4:02 Jury excused until 9:00 a.m. on 5/29/2018. 4:05 Court in recess.

4:09 Court in session. Parties present. Final jury instructions and verdict form discussed. 4:51 Court in recess.

Jury trial continues on 5/29/2018 at 8:30 a.m.