**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 9**

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 5/29/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


| Traci C. Abraham | Patricia Lyons/Laurie Adams |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Ramon Lopez
Attorney(s) for Plaintiff(s)
Richard North, Elizabeth Helm, James Rogers, Candace Camarata
Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**    **X    Jury Trial**

**2nd  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties present. 12 monthly management reports and
1006 summary discussed. Plaintiff request 4 or 5 reports come into evidence,
defendant objects. Plaintiff to provide exhibits to Court for review and
ruling on admittance. FDA warning letter discussed. Dr. Hurst testimony
discussed. Video deposition of John DeFord discussed. Plaintiff objection
to defendant witnesses discussed.  8:51 Court in recess.

9:00 Court in session. Parties present. Jury present. 9:01 Exhibits
5333,5335,5334,5336,5488,5587,5593(redacted),5602(redacted),
5612(redacated),5923,5942,8358,8368,8373,8575, 4415,1140(redacated),
588,691,1036,1500,1926,2105,2252,5290 Admitted.9:04 Dr. David Feigal
sworn and examined. 9:58 Dr. Christopher Morris sworn and examined. 10:30
Court in recess.

10:45 Court in session. Parties present. Jury present. Dr. Christopher
Morris examination continues. Exhibits 6991, 6992 admitted. 11:30 Melanie
Sussman appears by video deposition. 12:00 Jury excused. 12:01 Jury
instructions and verdict form to counsel. Discussion to be held on 5/30/2018
at 8:30 a.m. FDA warning letter discussed. Exhibits 4504,5422,4519,4528
discussed. 12:07 Court in recess.

1:00 Court in session. Parties present. Jury present. Melanie Sussman video
deposition continues. 1:06 John Van Vleet sworn and examined. Exhibit
8362,5877 admitted. 2:30 Court in recess.

Page 2
MDL 15-2641
5/29/2018
Day 9 Jury Trial- Jones Trial

2:45 Court in session. Parties present. Jury present. John Van Vleet
examination continues. Exhibit 7960 admitted. 3:14 Robert Carr Jr. examined
in defense case. Exhibit 6089,
5187,5182,5179,5178,5177,5169,5197,5301,5304,5252,5037,5949,5315,5316
admitted. 4:20 Jury excused until 9:00 a.m. on 5/30/2018. Discussion held
with counsel. 4:26 Court in recess.

Jury trial continues at 8:30 a.m. on 5/30/2018.