Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation<br><br>SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION AND NOTICE OF LODGING RECORD OF VIDEO DEPOSITION TESTIMONY PRESENTED AT TRIAL** |

Pursuant to the Court's request on May 4, 2018, the parties give notice that they are lodging the unofficial transcripts of testimony attached as Exhibits A-S, which were presented via recorded video played to the jury during the *Booker v Bard et. al* trial in the above captioned matter:

| Witness | Date Played to Jury | Exhibit |
|---|---|---|
| David Ciavarella | March 15, 2018 | A |
| Natalie Wong | March 16, 2018 | B |
| Janet Hudnall | March 16, 19, 2018 | C |
| Gary Cohen | March 20, 2018 | D |

| Marcus D'Ayala | March 20, 2018 | E |
|---|---|---|
| Brandon Kang | March 21, 2018 | F |
| Richard K. Harvey | March 21, 2018 | G |
| Daniel Orms | March 21, 2018 | H |
| Salil Patel | March 21, 2018 | I |
| Gin Shulz | March 22, 2018 | J |
| Guillermo Altonaga | March 22, 2018 | K |
| Robert Ferrara | March 22, 2018 | L |
| Jason Greer | March 22, 2018 | M |
| Christopher Ganser | March 22, 2018 | N |
| Frederick Rogers | March 22, 23, 2018 | O |
| John DeFord | March 27, 2018 | P |
| Scott Trerotola | March 27, 2018 | Q |
| William Stavropolous | March 27, 2018 | R |
| Mehdi Syed | March 30, 2018 | S |

The parties further stipulate that the above video testimony unofficial transcripts may be entered in the record and accurately reflect the testimony presented to the jury via videotape deposition during the *Booker v. Bard et. al.* trial.

RESPECTFULLY SUBMITTED this 30th day of May, 2018.

GALLAGHER & KENNEDY, P.A.

By: *s/Mark S. O'Connor*
   Mark S. O'Connor
   Paul L. Stoller
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225

   Ramon Rossi Lopez
   (admitted *pro hac vice*)
   CA Bar No. 86361
   LOPEZ McHUGH LLP

SNELL & WILMER L.L.P.

By: *s/ Richard B. North*
   James R. Condo
   Amanda C. Sheridan
   One Arizona Center
   400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202

   Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599

2

100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Gay Mennuti