# EXHIBIT A

**Designation Run Report**

# Civarella 11-12-13 Booker Depo Designations Final2

---

**Ciavarella, David 11-12-2013**

---

**Plaintiffs Designations  00:20:49**

**Defense Designations  00:08:35**

**P & D Affimatives  00:09:54**

**Total Time  00:39:18**



| Page/Line | Source | ID |
|---|---|---|

**03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2**

| Page/Line | Source | ID |
|---|---|---|
| 11:9 - 11:11 | **Ciavarella, David 11-12-2013 (00:00:04)** | 03_12_18 Combo final2.1 |

11:9   Q. Good morning.  Would you please state
11:10 your full name?
11:11   A. Yeah, David Ciavarella.

19:23 - 20:2   **Ciavarella, David 11-12-2013 (00:00:20)**   03_12_18 Combo final2.2

19:23 from 2004 to, what was it, 2007 or
19:24 2008, there was a period of transition.  I was
19:25 in -- had corporate clinical affairs in charge
20:1 of the human clinical trials.  And then there
20:2 was also another component

20:7 - 20:14   **Ciavarella, David 11-12-2013 (00:00:40)**   03_12_18 Combo final2.3

20:7 The medical affairs component of that
20:8 was an assortment of things related to product
20:9 design working with the quality assurance group
20:10 when there were product complaints, review of
20:11 product labeling, all of the labeling, and also
20:12 some consultation with the law department when
20:13 either patients or their attorneys submitted
20:14 claims for injury of some sort.

34:13 - 34:15   **Ciavarella, David 11-12-2013 (00:00:06)**   03_12_18 Combo final2.4

34:13   Q. Have you ever written an article that
34:14 involves IVC filters?
34:15   A. No.

36:9 - 36:19   **Ciavarella, David 11-12-2013 (00:00:27)**   03_12_18 Combo final2.5

36:9   Q. Have you ever considered doing a
36:10 retrospective analysis or study to submit to a
36:11 peer-reviewed article as they relate to any of
36:12 the Bard IVC filters?
36:13   A. No.
36:14   Q. Have you ever considered looking at
36:15 any of the adverse events and the details of the
36:16 adverse events and submitting it -- one or more
36:17 of those to publication as a case report or a
36:18 case series?
36:19   A. No.

36:20 - 37:3   **Ciavarella, David 11-12-2013 (00:00:26)**   03_12_18 Combo final2.6

36:20   Q. Why wouldn't you want to do something
36:21 like that?
36:22   A. Well, two main reasons.  One is it's
36:23 not my expertise.  The people who utilize, treat

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

36:24 patients every day are the experts.  My role is
36:25 no longer direct patient care.
37:1  Q. Right.
37:2  A. And, you know, secondly, it's a matter
37:3 of priority.  I have other things to do.

**43:15 - 43:20**  **Ciavarella, David 11-12-2013 (00:00:16)**   03_12_18 Combo final2.7

43:15   Q. And when was the last time before 2003
43:16 that you had actually had an interaction with a
43:17 patient where you were getting their informed
43:18 consent or recommending various types of
43:19 alternative therapeutic, you know, remedies?
43:20   A. 1995.

**45:7 - 45:13**  **Ciavarella, David 11-12-2013 (00:00:17)**   03_12_18 Combo final2.8

45:7   Q. Well, what's a health hazard
45:8 evaluation?
45:9   A. Well, it's a document -- it's a
45:10 document written to provide a health care
45:11 professional evaluation of a complaint or a
45:12 hazard reported to a company concerning one of
45:13 its products.

**48:25 - 49:8**  **Ciavarella, David 11-12-2013 (00:00:39)**   03_12_18 Combo final2.9

48:25   Q. Now, these health hazard evaluations
49:1 that you agreed with the definition that I gave
49:2 you, they involve also whoever was doing these,
49:3 that person making decisions about whether or
49:4 not, you know, there was a likelihood of a
49:5 recurrence of the problem; right?  They made
49:6 those calls?
49:7   A. They didn't make those calls.  We
49:8 provided our assessment.

**61:13 - 61:17**  **Ciavarella, David 11-12-2013 (00:00:13)**   03_12_18 Combo final2.10

61:13   Q. And that's why we -- some doctors
61:14 think that these filters should be put in place
61:15 to prevent that sort of event from happening in
61:16 patients who are at risk of that happening?
61:17   A. Yes.

**61:18 - 61:24**  **Ciavarella, David 11-12-2013 (00:00:19)**   03_12_18 Combo final2.11

61:18   Q. And that -- when we talk about the
61:19 benefit of an IVC filter and risk analysis,
61:20 we're talking about the benefit of that filter

| Page/Line | Source | ID |
|---|---|---|

61:21 staying where it was put and stopping a clot
61:22 from reaching either the heart or the lungs;
61:23 right?
61:24   A. Yes.

75:14 - 75:17    **Ciavarella, David 11-12-2013 (00:00:21)**    03_12_18 Combo final2.12

CIAVARELLA21.1.2
CIAVARELLA21.1.4

75:14 MR. LOPEZ:  No. 21 is regulatory
75:15 affairs manual, Bard, with Bates Nos.
75:16 BPV-17-01-00024667, through and including
75:17 684.

75:21 - 76:13    **Ciavarella, David 11-12-2013 (00:01:01)**    03_12_18 Combo final2.13

clear

75:21   Q. Was this a document that was part of
75:22 your -- you know, material that was provided to
75:23 you when you started at Bard or at least shortly
75:24 thereafter?
75:25   A. Well, the "Title:  Product Remedial
76:1 Actions" certainly is.  I would -- the date here
76:2 is October of 2000.  So if that were the version
76:3 that were officially in play or officially being
76:4 used at the time that I was hired, then, yes,
76:5 unless there was an updated version.
76:6   Q. Okay.  And this was the manual that --
76:7 at least internally at Bard that they imposed
76:8 upon themselves to dictate whether a product
76:9 should be recalled or whatever type of safety
76:10 action should be taken with respect to their
76:11 products; correct?
76:12   A. Yeah, well, it's a document describing
76:13 how they should go about remedial action plans.

77:2 - 77:9    **Ciavarella, David 11-12-2013 (00:00:38)**    03_12_18 Combo final2.14

77:2   Q. And would you agree with me that if a
77:3 product had an unacceptable risk, that it's a
77:4 product that probably should be recalled?
77:5   A. If a product has an unacceptable risk
77:6 that can't be mitigated in any way or if the
77:7 benefit to patients is outweighed by the risk,
77:8 then I imagine that a company would decide to no
77:9 longer sell that product.

80:4 - 80:13    **Ciavarella, David 11-12-2013 (00:00:32)**    03_12_18 Combo final2.15

80:4   Q. And, by the way, the company shouldn't
80:5 make these decisions based in any way on a

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

80:6 potential adverse effect on market share or
80:7 profitability or income; right?  That would be
80:8 wrong?
80:9   A. The decision to recall a product
80:10 should be based upon the safety profile, the
80:11 risk/benefit analysis of that product and its
80:12 effect on patients and on, you know, the users
80:13 of the product.

**84:22 - 85:3**  **Ciavarella, David 11-12-2013 (00:00:15)**  03_12_18 Combo final2.16

84:22   Q. The company shouldn't
84:23 determine whether or not this type of severity
84:24 and this type of adverse reaction and this
84:25 frequency is at a level that all doctors should
85:1 accept, doctors have -- all doctors and patients
85:2 have a right to make that decision on their
85:3 own --

**86:7 - 86:16**  **Ciavarella, David 11-12-2013 (00:00:42)**  03_12_18 Combo final2.17

86:7 THE WITNESS:  Yeah, I don't know
86:8 how to answer that question.  Whenever a
86:9 company makes a product, develops a product
86:10 for use, it makes an assessment of the
86:11 frequency with which it might fail or be
86:12 associated with an adverse outcome.  And
86:13 when those numbers are low enough, I don't
86:14 know what would be gained by trying to
86:15 describe in every circumstance that much
86:16 detail.

**94:3 - 94:7**  **Ciavarella, David 11-12-2013 (00:00:14)**  03_12_18 Combo final2.18

94:3   Q. Okay.  I understand.  And if the
94:4 doctor has a certain expectation about a device,
94:5 it's important for him to have that information
94:6 as to whether or not this device is going to
94:7 meet his expectations; right?

**94:9 - 94:9**  **Ciavarella, David 11-12-2013 (00:00:00)**  03_12_18 Combo final2.19

94:9 THE WITNESS:  Yes.

**104:16 - 104:18**  **Ciavarella, David 11-12-2013 (00:00:10)**  03_12_18 Combo final2.20

104:16   Q. What is MAUDE?
104:17   A. That's the FDA's database for medical
104:18 device reporting.

**106:9 - 106:23**  **Ciavarella, David 11-12-2013 (00:00:42)**  03_12_18 Combo final2.21

| Page/Line | Source | ID |
|---|---|---|

106:9   Q. I'm just trying to find out
106:10 from you what your position and Bard's position
106:11 is about the significance of what is being
106:12 reported and trended via the MAUDE database.
106:13   A. Well --
106:14   Q. Can you tell me what that is?
106:15   A. -- with respect to our own reports
106:16 that we provide to the MAUDE database, we
106:17 already know that information.  So whether that
106:18 information goes to the MAUDE database or not,
106:19 Bard has access to that information and can use
106:20 it to assure the quality of its product.
106:21 With respect to our competitors'
106:22 information, it's a very imperfect and,
106:23 therefore, unreliable database.

**110:21 - 111:3    Ciavarella, David 11-12-2013 (00:00:23)**    03_12_18 Combo final2.22

110:21   Q. Again, looking at Exhibit
110:22 21, this is the -- at least the internal
110:23 document that should have guided Bard in its
110:24 assessment and evaluation and determination as
110:25 to whether or not the Recovery or any version of
111:1 the G2 should have been recalled from the
111:2 market; is that right?
111:3   A. Yes.

**131:6 - 131:12    Ciavarella, David 11-12-2013 (00:00:15)**    03_12_18 Combo final2.23

131:6   Q.  But there's a general consensus
131:7 that that might be, in fact, the case, you're
131:8 only getting 1 to 5 percent of what's actually
131:9 happening, actually reported to the company or
131:10 FDA?
131:11   A. I mean, maybe yes, maybe no.  That's
131:12 the problem with it is you don't know.

**131:16 - 131:23    Ciavarella, David 11-12-2013 (00:00:19)**    03_12_18 Combo final2.24

131:16   Q. But there was at one point in
131:17 time -- I can show you the document later --
131:18 where you, Dr. Ciavarella, said one of the
131:19 problems with reporting of events, voluntary
131:20 reporting, is there's a consensus that you might
131:21 be only getting 1 to 5 percent of the actual
131:22 events; right?

| Page/Line | Source | ID |
|---|---|---|
| | 03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2 | |

| Page/Line | Source | ID |
|---|---|---|
| 174:22 - 175:9 | 131:23   A. Could be.  Yeah, there's a consensus.<br>**Ciavarella, David 11-12-2013 (00:00:50)**<br>174:22   Q.  let's look at the caval<br>174:23 perforation issue that we talked about earlier<br>174:24 as it relates to the G2.  If you look at the<br>174:25 rates -- by the way, that does say "Rates,"<br>175:1 doesn't it, in the column?  They use the word<br>175:2 "Rates"?<br>175:3   A. Down at the bottom they do, yeah.<br>175:4   Q. Okay.  And according to this data, the<br>175:5 rates of caval perforations compared to the SNF<br>175:6 and the G2, is the G2 is still, at least<br>175:7 according to this data, about -- what's that,<br>175:8 about 800 percent greater?<br>175:9   A. No. | 03_12_18 Combo final2.25 |
| 175:10 - 175:12 | **Ciavarella, David 11-12-2013 (00:00:02)**<br>175:10   Q. I'm just asking you to do some math<br>175:11 with me.<br>175:12   A. You're misinterpreting the data. | 03_12_18 Combo final2.26 |
| 176:2 - 176:8 | **Ciavarella, David 11-12-2013 (00:00:14)**<br>176:2   Q. If you<br>176:3 look at the difference between the rates that<br>176:4 are reported on this document, the rates of<br>176:5 caval perforations are greater for the G2 when<br>176:6 compared to both the Recovery and the Simon<br>176:7 Nitinol filter?<br>176:8   A. Yes. | 03_12_18 Combo final2.27 |
| 179:16 - 179:25 | **Ciavarella, David 11-12-2013 (00:00:32)**<br>179:16   Q. Well, eventually didn't Dr. Lehmann<br>179:17 take some of this data -- I don't know what time<br>179:18 period it was -- the MAUDE data, and determine<br>179:19 that there was a statistically significant<br>179:20 increased risk of migration, perforation,<br>179:21 fractures, and other complications involved with<br>179:22 the Recovery filter when compared to all other<br>179:23 filters on the market by a factor of somewhere<br>179:24 between the low 4s and the mid 5s?<br>179:25   A. Yeah. | 03_12_18 Combo final2.28 |
| 180:2 - 180:9 | **Ciavarella, David 11-12-2013 (00:00:28)**<br>180:2   A. He did an analysis based on reported | 03_12_18 Combo final2.29 |

| | | |
|---|---|---|
| | **03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2** | |
| **Page/Line** | **Source** | **ID** |

180:3 rates from MAUDE and made some statistical
180:4 comparisons which he said were really not valid.
180:5   Q. Well, he said they were statistically
180:6 significant.
180:7   A. Well, the statistical test was done,
180:8 but the use of those data are not appropriate
180:9 for comparison rates.

| | | |
|---|---|---|
| 180:15 - 180:21 | **Ciavarella, David 11-12-2013 (00:00:20)** | 03_12_18 Combo final2.30 |

180:15   Q. -- he said that these increased risks
180:16 of somewhere between 400 percent and 500 percent
180:17 were statistically significant when compared to
180:18 all other filters on the market; right?
180:19   A. I don't remember the exact numbers,
180:20 but, yes, he did make some statements about
180:21 statistically significant differences.

| | | |
|---|---|---|
| 182:24 - 182:25 | **Ciavarella, David 11-12-2013 (00:00:06)** | 03_12_18 Combo final2.31 |

182:24 Exhibit 28 is
182:25 a PowerPoint.

CIAVARELLA28.1.1

| | | |
|---|---|---|
| 183:4 - 183:5 | **Ciavarella, David 11-12-2013 (00:00:07)** | 03_12_18 Combo final2.32 |

183:4 And it's a filters
183:5 complaint history data as of 7/31/07.

CIAVARELLA28.1.5

| | | |
|---|---|---|
| 184:21 - 184:24 | **Ciavarella, David 11-12-2013 (00:00:11)** | 03_12_18 Combo final2.33 |

184:21 aren't we talking about frequency
184:22 when you look at rates?
184:23   A. Yes, frequency.  Rate is just a way
184:24 to -- one way to describe a frequency.

clear

| | | |
|---|---|---|
| 184:25 - 185:11 | **Ciavarella, David 11-12-2013 (00:00:33)** | 03_12_18 Combo final2.34 |

184:25   Q. Did you have any better data, by the
185:1 way, that would give us rates or frequency in
185:2 comparing Recovery or G2 to competitive products
185:3 or the Recovery in G2 to the Simon Nitinol
185:4 filter?
185:5   A. Well, I think the only other way to
185:6 make comparisons, and it's very difficult to do
185:7 so, would be by analysis of published literature
185:8 in journal articles, so if you had an article
185:9 published about an adverse event profile of one
185:10 of our competitors versus papers that had been
185:11 published on our filter.

| | | |
|---|---|---|
| 205:25 - 206:8 | **Ciavarella, David 11-12-2013 (00:00:27)** | 03_12_18 Combo final2.35 |

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

205:25   Q. We've been talking about, you know,
206:1 migration and embolization of the entire filter,
206:2 but you've learned that you can have
206:3 embolization of just a fragment of an IVC filter
206:4 that can migrate to the heart and cause a
206:5 fatality; true?
206:6   A. Yes, true.  I just don't remember if
206:7 it caused a fatality.  I know it caused some
206:8 serious adverse events.

**206:16 - 207:11**   **Ciavarella, David 11-12-2013 (00:01:10)**   03_12_18 Combo final2.36

206:16  What are some of the
206:17 risks associated with such an event?
206:18   A. Well, if a -- if the piece of metal
206:19 moves up into the heart, the danger is that it
206:20 could potentially pierce some critical structure
206:21 in the heart, either a heart valve or the heart
206:22 muscle itself, cause an arrhythmia, cause
206:23 bleeding around the heart.
206:24   Q. I think you wrote in one of your HHEs
206:25 that it could even cause a stroke, you can have
207:1 a stroke from a fragment?
207:2   A. If the fragment moved from the right
207:3 atrium to the left atrium and then entered the
207:4 circulation on the left side, you could have a
207:5 stroke, yes.
207:6   Q. So that's a risk -- that's a
207:7 catastrophic risk associated with a fracture
207:8 fragment from an IVC filter?
207:9   A. That's a -- those are theoretical
207:10 risks and I believe, as I remember fairly well,
207:11 that some of those happened.

**247:15 - 247:20**   **Ciavarella, David 11-12-2013 (00:00:20)**   03_12_18 Combo final2.37

247:15   Q. Well, let me ask you, how many of the
247:16 five people between December 2004 and June of
247:17 2005 who had these migrations were aware of the
247:18 ten that happened before?
247:19   A. I don't know.
247:20   Q. Probably none of them; right?

**247:22 - 247:23**   **Ciavarella, David 11-12-2013 (00:00:01)**   03_12_18 Combo final2.38

247:22 THE WITNESS:  Potentially none of

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

247:23 them.

| 250:2 - 250:5 | **Ciavarella, David 11-12-2013 (00:00:10)** | 03_12_18 Combo final2.39 |

250:2   Q. Would it be reasonable for a doctor

250:3 who's considering using a Recovery filter in

250:4 2005 to want to know whether or not that device

250:5 had a higher failure rate than other devices?

| 250:7 - 250:7 | **Ciavarella, David 11-12-2013 (00:00:00)** | 03_12_18 Combo final2.40 |

250:7 THE WITNESS:  Yes.

| 250:9 - 250:12 | **Ciavarella, David 11-12-2013 (00:00:09)** | 03_12_18 Combo final2.41 |

250:9   Q. Would you also agree that he couldn't

250:10 do a proper analysis without knowing all of the

250:11 risks, not only the type of risk but the

250:12 frequency of risk?

| 250:14 - 250:15 | **Ciavarella, David 11-12-2013 (00:00:03)** | 03_12_18 Combo final2.42 |

250:14 THE WITNESS:  Well, if he --

250:15 sure, if he didn't have the information.

| 265:18 - 265:21 | **Ciavarella, David 11-12-2013 (00:00:30)** | 03_12_18 Combo final2.43 |
| | | BPVE.1 - BPVE.1.1 |

265:18   Q. No. 33 is a December 27, 2005,

265:19 document, which is an e-mail string that starts

265:20 with a December 20, 2005, e-mail from a Cindi

265:21 Walcott to you, Dr. Ciavarella.

| | | BPVE.2 - BPVE.2.1 |

| 267:16 - 267:23 | **Ciavarella, David 11-12-2013 (00:00:17)** | 03_12_18 Combo final2.44 |

267:16   Q. you can read the

267:17 whole thing if you need to and I'll, of course,

267:18 allow you, but this involved a conference call

267:19 with the design team of the G2 filter and Chris

267:20 Ganser, caudal migrations of the G2 were briefly

267:21 discussed, that's what it says there in the

267:22 e-mail; right?

267:23   A. Yes.

| | | BPVE.2.2 |

| 267:24 - 267:24 | **Ciavarella, David 11-12-2013 (00:00:01)** | 03_12_18 Combo final2.45 |
| | | clear |

267:24   Q. And what's a caudal migration?

| 268:4 - 268:5 | **Ciavarella, David 11-12-2013 (00:00:04)** | 03_12_18 Combo final2.46 |

268:4   A. It means downward basically, so toward

268:5 the feet.

| 268:6 - 268:15 | **Ciavarella, David 11-12-2013 (00:00:40)** | 03_12_18 Combo final2.47 |

268:6   Q. And from a patient safety and even

268:7 from an efficacy standpoint, why would a company

268:8 want to be concerned about caudal migrations?

268:9   A. Well, first, the filter is designed

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

268:10 with the intent of staying in place, and so
268:11 migrations in either direction would be
268:12 something that they would try to understand the
268:13 cause for that and -- you know, and also
268:14 understand if there were any possible adverse
268:15 outcomes based on a caudal migration.

**272:5 - 272:15**     **Ciavarella, David 11-12-2013 (00:00:18)**     03_12_18 Combo final2.48

272:5   Q. Well, we know that the G2 is a
272:6 different design than the Recovery; right?
272:7   A. We do.
272:8   Q. And we do know that it was a different
272:9 design than the Simon Nitinol filter?
272:10   A. Yes.
272:11   Q. There was something about the design
272:12 of the G2 that for some reason you were getting
272:13 reports of a downward migration of more than
272:14 2 centimeters; correct?
272:15   A. Yes.

**272:24 - 273:21**     **Ciavarella, David 11-12-2013 (00:00:55)**     03_12_18 Combo final2.49

272:24 And this was something
272:25 that the company was recognizing early in the
273:1 marketing of the G2?
273:2   A. Yes.
273:3   Q. And, by the way, the G2 went through a
273:4 510(k), you know, process as well?
273:5   A. Yes.
273:6   Q. And it was represented to be,
273:7 therefore, substantially equivalent from safety
273:8 and efficacy to all of its predicate devices?
273:9   A. Yes.  Again, you know, the regulatory
273:10 terminology, right.
273:11 equivalent to whatever predicates were used, I
273:12 presume the Recovery, but I don't -- I think it
273:13 was much closer in design to the Recovery than
273:14 it was to the Simon Nitinol.
273:15   Q. And would you agree with others that
273:16 have testified before you that it was designed
273:17 to resolve some of the issues that existed with
273:18 the Recovery filter --
273:19   A. Yes.

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

| Page/Line | Source | ID |
|---|---|---|

273:22 - 274:6

273:20   Q. -- migration, fracture?
273:21   A. Those are the two biggest.

**Ciavarella, David 11-12-2013 (00:00:27)**

273:22   Q. And then you write back to Cindi and
273:23 again carbon copy Shari Allen and Gin Schulz on
273:24 Page 1, the first -- the top page of this
273:25 Exhibit -- what's the number again, thirty --
274:1   A. 3.
274:2   Q. -- 33 -- I'm going to write 33 on my
274:3 copy -- "Thank you Cindi.  I think we should
274:4 discuss these further so I can get a better
274:5 understanding of each one.  But first, it would
274:6 help if I had a little more information."

03_12_18 Combo final2.50

BPVE.1.2

274:7 - 275:6

**Ciavarella, David 11-12-2013 (00:01:00)**

274:7 Did I read that correctly?
274:8   A. Uh-huh, yes.
274:9   Q. And then you wrote:  "From what you've
274:10 sent me, it seems to me that the biggest (worst
274:11 case) consequence of these migrations is that
274:12 they are accompanied in a majority of cases by
274:13 tilting."
274:14 Do you see that?
274:15   A. Yes.
274:16   Q. And by "these migrations," you mean a
274:17 downward -- i.e., caudal -- migration?
274:18   A. Yes.
274:19   Q. And we talked about tilting earlier.
274:20 Remember that?
274:21   A. Yes.
274:22   Q. And what did you mean by the worst
274:23 case/biggest consequence would be tilting?
274:24   A. Well, what my concern with in that
274:25 paragraph was that the filter, which is
275:1 conically shaped when it's placed upright, as it
275:2 fell would also turn over on its side like a
275:3 Christmas tree when it was placed and then
275:4 fallen over lying in the vein in a -- in a
275:5 horizontal orientation instead of a vertical
275:6 orientation.

03_12_18 Combo final2.51

clear

BPVE.1.3

clear

275:19 - 276:9

**Ciavarella, David 11-12-2013 (00:00:44)**

03_12_18 Combo final2.52

| Page/Line | Source | ID |
|---|---|---|
| | 275:19  Q. And then you wrote:  "This raises the<br>275:20 concern of lack of efficacy..."; right?  And by<br>275:21 "lack of efficacy," meaning in that position the<br>275:22 device may not be able to stop the type of clots<br>275:23 that it's designed to stop and for the reason<br>275:24 for which it was placed?<br>275:25  A. That's my concern, yeah.  That was it.<br>276:1  Q. In fact, you say "...to perform clot<br>276:2 interruption," you actually say it in this<br>276:3 e-mail; right?<br>276:4  A. Yes.<br>276:5  Q. While I'm thinking about it, when the<br>276:6 G2 was approved for marketing, it was approved<br>276:7 as a permanent device, not a retrievable device;<br>276:8 correct?<br>276:9  A. Correct. | BPVE.1.4<br><br><br><br><br><br>clear |
| 276:17 - 276:20 | **Ciavarella, David 11-12-2013 (00:00:10)**<br>276:17  Q. So when the Recovery was removed from<br>276:18 the market, the company no longer had a<br>276:19 retrievable device that it could sell?<br>276:20  A. Correct. | 03_12_18 Combo final2.53 |
| 276:21 - 276:23 | **Ciavarella, David 11-12-2013 (00:00:06)**<br>276:21  Q. Until the G2 got its retrievable<br>276:22 indication about two years later; right?<br>276:23  A. Correct. | 03_12_18 Combo final2.54 |
| 277:11 - 278:10 | **Ciavarella, David 11-12-2013 (00:01:00)**<br>277:11  Q. Okay.  The next sentence is:  "I would<br>277:12 like to look more generally at the G2<br>277:13 complaints.  I have seen problems with caudal<br>277:14 migration, tilting, perforation, mis-deployment<br>277:15 and maybe one or two additional things."<br>277:16 You wrote that?<br>277:17  A. Yes.<br>277:18  Q. And so in the early weeks or few<br>277:19 months that the product was on the market, you<br>277:20 were already seeing yourself personally issues<br>277:21 involving caudal migration, tilting, and<br>277:22 perforation; right?<br>277:23  A. Yes.<br>277:24  Q. And then you ask:  "Can you tell me | 03_12_18 Combo final2.55<br>BPVE.1.6<br><br><br><br><br><br><br><br><br><br><br><br>BPVE.1.7 |

| Page/Line | Source | ID |
|---|---|---|

**03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2**

277:25 the total number of complaints (not damaged
278:1 packages and the like) and total number of units
278:2 distributed?"
278:3 You asked that important question?
278:4   A. Yes.
278:5   Q. And that important question dealt with
278:6 a lot of the data we've been talking about
278:7 today, that is, how many units do we have that
278:8 are sold and how many complaints do we have from
278:9 doctors that have been using the product?
278:10   A. Right.

clear

278:13 - 278:16    **Ciavarella, David 11-12-2013 (00:00:09)**    03_12_18 Combo final2.56

278:13   Q. Why would you want that information?
278:14   A. Well, it's -- it's part of the
278:15 information that we have been collecting and
278:16 looking at all this time.

279:5 - 279:12    **Ciavarella, David 11-12-2013 (00:00:22)**    03_12_18 Combo final2.57

279:5   Q. I'm saying as
279:6 far as data that you requested of Cindi, you
279:7 asked her specifically for the number of MDRs
279:8 that you had for G2, the total number of
279:9 complaints, and the total number of units
279:10 distributed.  That was important for you to have
279:11 to evaluate this problem?
279:12   A. Right

279:12 - 279:16    **Ciavarella, David 11-12-2013 (00:00:11)**    03_12_18 Combo final2.58

279:12   A.  But it was just a starting
279:13 point.  So then I would go on to our TrackWise
279:14 system in which details of the complaints were
279:15 entered and review all of them, which is what I
279:16 would do.

280:8 - 280:20    **Ciavarella, David 11-12-2013 (00:00:31)**    03_12_18 Combo final2.59

280:8   Q. And the reason you would want to know
280:9 the total number of complaints and the total
280:10 numbers of units distributed because you were
280:11 trying to see what the rate was at least based
280:12 on that data?
280:13   A. Yeah.  I wanted to see what the rate
280:14 of reported events was.
280:15   Q. Because it was important from the

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Ciavarella 11-12-13 Booker Depo Designations Final2

280:16 standpoint of whether or not this device may
280:17 have a unique design problem or may be
280:18 unnecessarily exposing patients to a risk that
280:19 you didn't realize existed with the product;
280:20 right?

**280:21 - 280:23**    **Ciavarella, David 11-12-2013 (00:00:03)**      03_12_18 Combo final2.60

280:21   A. Well, I mean, eventually --
280:22   Q. Is that yes or no?  You can't answer
280:23 that yes or no?

**281:1 - 281:1**    **Ciavarella, David 11-12-2013 (00:00:01)**      03_12_18 Combo final2.61

281:1 THE WITNESS:  Well, yes.

**281:4 - 281:8**    **Ciavarella, David 11-12-2013 (00:00:09)**      03_12_18 Combo final2.62

281:4   A. I mean, eventually that's the outcome
281:5 of my investigation, to try to get that
281:6 information.  When I first asked -- asked for
281:7 it, it's just to put the number of events into
281:8 context.

**281:9 - 283:19**    **Ciavarella, David 11-12-2013 (00:03:24)**      03_12_18 Combo final2.63

281:9   Q. The G -- then you state at the bottom:
281:10 "The G2 is a permanent filter; we also have one
281:11 (the SNF) that has virtually no complaints
281:12 associated with it.  Why shouldn't doctors be
281:13 using that one rather than the G2?"
281:14 You asked that question?
281:15   A. Uh-huh.
281:16   Q. Why did you ask that question or is
281:17 the question pretty obvious?
281:18   A. Well, I mean, the question is obvious
281:19 in terms of I'm saying the G2 is a permanent
281:20 filter, the SNF is a permanent filter, we've had
281:21 very few complaints.  It was a request for
281:22 information.  I mean, I'd have to say it was
281:23 probably a -- in looking back on it now naive on
281:24 my part or lack of familiarity with the SNF
281:25 other than these tables and things which listed
282:1 reports.  So --
282:2   Q. Well, you were suggesting that -- you
282:3 know, that if you have another device available
282:4 to you that was potentially safer and could
282:5 perform as well as or better than the G2, why

CIAVARELLA33.1.1

clear

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

282:6 even sell the G2 right now until we resolve some
282:7 of these issues?  Weren't you suggesting that?
282:8  A. Yeah, that's what I would conclude.                                    BPVE.1.8
282:9  Q. And then you also ask:  "Can you also
282:10 send me the total" complaint rates --
282:11 "complaints rate and MDR complaint rate for
282:12 SNF?"
282:13 You asked for that?
282:14  A. Right, because I didn't know very much                              clear
282:15 about the SNF.  That's why I asked for the
282:16 rates.  And I think that Bard has a process by
282:17 which all of the TrackWise complaints would be
282:18 sent to me by e-mail as well as several other
282:19 people, such as Mr. Ganser and Mr. Barry.  So in
282:20 the past year or so I would see complaints
282:21 related to the Recovery filter, I would see
282:22 complaints related to the G2 filter, but I
282:23 didn't see any complaints related to the SNF.
282:24 So, you know, I had no idea how much
282:25 was sold, you know, what were the pros and cons
283:1 of using it, what were the different situations.
283:2 So that sort of explains my naive question but
283:3 also why I wanted to get more information about
283:4 the complaint rate for the Simon Nitinol.
283:5  Q. But you thought, at least as of
283:6 December 23rd, 2005, that a good exercise for
283:7 you as the medical affairs director would be to
283:8 see how the G2 in its short period on the market
283:9 compares from a complication and risk standpoint
283:10 to the Simon Nitinol filter?
283:11  A. Yeah, I wanted to -- I wanted to make
283:12 that comparison that -- I guess comparison's the
283:13 right word between the filters as part of my
283:14 review of the adverse event profile of the G2.
283:15  Q. Did someone prepare a report like that                              clear
283:16 for you?
283:17  A. You know, I don't remember.  I don't
283:18 think that -- I don't think they would ignore
283:19 it, you know, my question.

| | | |
|---|---|---|
| 287:16 - 287:24 | **Ciavarella, David 11-12-2013 (00:00:42)** | 03_12_18 Combo final2.64 |

| Page/Line | Source | ID |
|---|---|---|

**03_12_18 Combo final2-Civarella-11-12-13 Booker Depo Designations Final2**

287:16   Q. So No. 35 will be your related health   CIAVARELLA35.1.1
287:17 hazard evaluation dated December 17, 2004.
287:18 just confirm for us that that's the health   CIAVARELLA35.1
287:19 hazard evaluation that you prepared as part of
287:20 your duties as the medical director and within
287:21 which -- from which you gained information and
287:22 knowledge from having read Dr. Lehmann's report
287:23 dated December 15.
287:24   A. Yes.

**294:2 - 294:16**   **Ciavarella, David 11-12-2013 (00:00:48)**   03_12_18 Combo final2.67

clear

294:2 If you look at Page 2 -- well, it's
294:3 not Page 2.  It's actually Page 3 of the
294:4 exhibit.  And there's reference there to   CIAVARELLA36.3.1
294:5 Dr. Scott Trerotola.  Do you know Dr. Trerotola?
294:6   A. Yes, I've met him.
294:7   Q. He's Stanley Baum professor of
294:8 radiology, University of Pennsylvania, chief
294:9 interventional radiologist in Philadelphia.
294:10 Do you see that?
294:11   A. Yes.
294:12   Q. And does -- assuming that the G1A is,   clear
294:13 in fact, the G2 filter, is Dr. Trerotola telling
294:14 the company as of February 2005 that he is still   CIAVARELLA36.3.2
294:15 very concerned about fracture with that device?
294:16   A. Yeah

**294:18 - 294:20**   **Ciavarella, David 11-12-2013 (00:00:07)**   03_12_18 Combo final2.68

clear

294:18 THE WITNESS:  It appeared that
294:19 that's what Janet Hudnall recorded from her
294:20 conversations with him.

**351:16 - 351:20**   **Ciavarella, David 11-12-2013 (00:00:16)**   03_12_18 Combo final2.69

351:16   Q. Here's No. 39.  No. 39 is a June --   CIAVARELLA39.1.1
351:17 July 9 HHE again authored by David Ciavarella
351:18 regarding limb fractures of Recovery filter.  Do
351:19 you see that?
351:20   A. I do.

**353:10 - 353:14**   **Ciavarella, David 11-12-2013 (00:00:13)**   03_12_18 Combo final2.70

353:10   Q. so this deals with 17   CIAVARELLA39.1.6
353:11 reports of limb fractures from the time period
353:12 July -- January 2002 through June 2004; is that
353:13 right?

| Page/Line | Source | ID |
|---|---|---|

03_12_18 Combo final2-Ciavarella 11-12-13 Booker Depo Designations Final2

353:14  A. Yes.

353:22 - 354:3   **Ciavarella, David 11-12-2013 (00:00:32)**   03_12_18 Combo final2.71

CIAVARELLA39.1.7

353:22  Q. And you calculated from just this

353:23 information, recognizing underreporting and such

353:24 but at least from the actual data that the

353:25 company had, that the fracture rate was 1 per

354:1 600 or 0.2 percent; is that right?  Do you see

354:2 that?

354:3  A. Yes.

354:18 - 356:11   **Ciavarella, David 11-12-2013 (00:02:04)**   03_12_18 Combo final2.72

CIAVARELLA39.1.8

354:18  Q. "In the second symptomatic case, the

354:19 patient presented with sudden shortness of

354:20 breath and syncope."

354:21 Syncope is what?

354:22  A. Loss of consciousness.

354:23  Q. "Hemopericardium and cardiac

354:24 arrhythmia were diagnosed."

354:25 Do you see that?

355:1  A. I do.

355:2  Q. Those are serious potentially

355:3 catastrophic events; would you agree?

355:4  A. Yes.

355:5  Q. "A detached filter arm was noted in

355:6 the ventricular wall, and it was removed during

355:7 open heart surgery."

355:8 Did I read that correctly?

355:9  A. Yes.

355:10  Q. So what has been concluded here is   clear

355:11 that one of these 17 fractures that were

355:12 reported carried with it symptoms and a

355:13 condition that could have very readily killed

355:14 the patient?

355:15  A. Yes.

355:16  Q. As a matter of fact, just having to

355:17 have open heart surgery puts the patient at risk

355:18 of death; right?

355:19  A. It does.

355:20  Q. And you further report that there were

355:21 20 arm fragments reported in 14 cases, meaning

355:22 there were actually more than one arm fragment

| Page/Line | Source | ID |
|---|---|---|

**03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2**

355:23 that fractured in some instances?

355:24   A. Yes.

355:25   Q. And in six of the patients the

356:1 detached arm migrated to the heart or lungs;

356:2 right?

356:3   A. Yes.

356:4   Q. And, by the way, the other fractures

356:5 that didn't migrate to the heart or lung or

356:6 cause, you know, hemopericardium and cardiac

356:7 arrhythmia and open heart surgery, the mere fact

356:8 that the limb fractured still put the patients

356:9 at the potential risk of those occurrences; am I

356:10 right about that?

356:11   A. Yes.

**356:16 - 356:19**   **Ciavarella, David 11-12-2013 (00:00:07)**    03_12_18 Combo final2.73

356:16   Q. Now, down at the bottom:  "The root

356:17 cause of the fractures has not been determined,"

356:18 do you see where I am?

356:19   A. Yes.

**357:4 - 357:23**   **Ciavarella, David 11-12-2013 (00:00:47)**    03_12_18 Combo final2.74

357:4   Q. Let me ask you, when you read that,

357:5 didn't you think to yourself we might have a

357:6 design issue with this product, it may not be

357:7 designed in the manner in which we intended and

357:8 expected it to perform from a fracture

357:9 standpoint?

357:10   A. Well, yes, I wrote the sentence

357:11 because I thought it might be relevant to the

357:12 root cause.

357:13   Q. Did you tell physicians -- by the way,

357:14 after the June HHE, did word go out, an eBlast,

357:15 information to salespeople giving them the

357:16 precise information about what the company was

357:17 seeing with other physicians' experiences with

357:18 the Recovery filter from the standpoint of

357:19 migrations and migration deaths?

357:20   A. I don't know.

357:21   Q. How about with respect to these

357:22 fractures?

357:23   A. Yeah, again, I don't know.

| Page/Line | Source | ID |
|---|---|---|

**03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2**

| Page/Line | Source | ID |
|---|---|---|

358:2 - 358:9     **Ciavarella, David 11-12-2013 (00:00:22)**     03_12_18 Combo final2.75

358:2   Q. Do you know whether or not physicians
358:3 who were making risk/benefit assessments and
358:4 having informed consent discussions with their
358:5 patients might want to know whether or not there
358:6 have been 12 full filter migrations, four of
358:7 them resulting in death and two resulting in
358:8 open heart surgery, they'd want to know that
358:9 before they decide to use that filter?

358:12 - 358:13     **Ciavarella, David 11-12-2013 (00:00:03)**     03_12_18 Combo final2.76

358:12 THE WITNESS:  I don't know that
358:13 they weren't aware of it.

358:15 - 358:20     **Ciavarella, David 11-12-2013 (00:00:24)**     03_12_18 Combo final2.77

358:15   Q. Well, I mean, how would they become
358:16 aware of them if the company didn't tell them?
358:17   A. Well, two things:  One, they were
358:18 reported on the MAUDE database.  Secondly, the
358:19 instructions for use contained information about
358:20 migrations and fractures.

358:22 - 359:1     **Ciavarella, David 11-12-2013 (00:00:14)**     03_12_18 Combo final2.78

358:22 Do you know if
358:23 the company put out any type of information,
358:24 precise information, that describes the events
358:25 that you describe in your HHE in June of 2004?
359:1   A. Not that I recall.

359:14 - 359:20     **Ciavarella, David 11-12-2013 (00:00:21)**     03_12_18 Combo final2.79

359:14   Q. On this team that is looking
359:15 at this -- these issues, migration and fracture
359:16 and the potential catastrophic event in
359:17 patients, is there anyone else on this team
359:18 that's a medical doctor besides David
359:19 Ciavarella?
359:20   A. No.

359:24 - 360:6     **Ciavarella, David 11-12-2013 (00:00:23)**     03_12_18 Combo final2.80
    CIAVARELLA39.2.5

359:24   Q. And let's look at the "Nature &
359:25 Seriousness of the Risk:  The effect of filter
360:1 fracture is no" -- "The effect of filter
360:2 fracture is no discernible effect in most cases.
360:3 Serious injury or even sudden death may occur in
360:4 rare cases."

03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2

| Page/Line | Source | ID |
|---|---|---|

360:5 Right?

360:6  A. Yes.

**360:25 - 361:5**  **Ciavarella, David 11-12-2013 (00:00:13)**    03_12_18 Combo final2.81

CIAVARELLA39.2.6

360:25  Q. "Likelihood of Occurrence of the

361:1 Problem," you wrote:  No well-controlled trials

361:2 exist to answer this question definitively for

361:3 other filters.

361:4 You wrote that?

361:5  A. Yes.

**362:6 - 363:16**  **Ciavarella, David 11-12-2013 (00:01:52)**    03_12_18 Combo final2.82

362:6  Q. The very last sentence I believe on    CIAVARELLA39.3.1

362:7 Page 3 you wrote:  "However, there is no way to

362:8 predict which patients will develop this    CIAVARELLA39.4.1

362:9 complication.  More frequent monitoring of the

362:10 filter once placed may facilitate discovery of

362:11 abnormal placement (a possible but not proven

362:12 predisposing factor for fracture) or indeed of a

362:13 fractured filter, but could not prevent all

362:14 potential adverse events."

362:15 You wrote that; right?

362:16  A. I did.    clear

362:17  Q. Did the company ever engage on a

362:18 recommendation to physicians either with a "Dear

362:19 Doctor" letter, a change in the IFU, eBlasts,

362:20 information given to their salespeople that it

362:21 was time for doctors to start monitoring the

362:22 Recovery filter once placed to see if they

362:23 could -- they might be able to find fractures?

362:24  A. I don't know.

362:25  Q. Wouldn't that have been a good idea

363:1 had the only doctor working on this case had

363:2 recommended it?

363:3  A. Not necessarily.

363:4  Q. But that was something that you

363:5 recommended in July of 2004 and, as far as you

363:6 know, the company did not do that; right?

363:7  A. I wouldn't say that I recommended it.

363:8  Q. Did you think it was a good idea?

363:9  A. I think I just put it out there as a

363:10 potential suggestion or something to think

| Page/Line | Source | ID |
|---|---|---|
| | 363:11 about. | |
| | 363:12   Q. Something that could potentially save | |
| | 363:13 people from a fracture or device migrating to | |
| | 363:14 the heart if you could catch it early in that | |
| | 363:15 phase? | |
| | 363:16   A. You know, my words are what they are. | |
| 364:4 - 364:5 | **Ciavarella, David 11-12-2013 (00:00:09)** | 03_12_18 Combo final2.83 |
| | 364:4   Q. Exhibit 40 is a February 15, 2006, HHE | CIAVARELLA40.1.1 |
| | 364:5 authored by Dr. Ciavarella | |
| 364:14 - 365:2 | **Ciavarella, David 11-12-2013 (00:00:51)** | 03_12_18 Combo final2.84 |
| | 364:14   Q. And you report that -- and this is | CIAVARELLA40.1 |
| | 364:15 February 2006.  The G2 had been on the market | |
| | 364:16 for approximately, what, four or five months? | |
| | 364:17   A. Yeah, probably.  I don't remember | |
| | 364:18 exactly. | |
| | 364:19   Q. There had been ten reports of | CIAVARELLA40.1.3 |
| | 364:20 migration, one cephalad and nine caudal, as of | |
| | 364:21 February 9, 2006; correct? | |
| | 364:22   A. Yes. | |
| | 364:23   Q. And your conclusion is that "the | |
| | 364:24 Severity of this hazard is Critical, due to the | |
| | 364:25 possibility of alteration of primary function as | |
| | 365:1 a result of the migration events"; right? | |
| | 365:2   A. Yes. | |
| 366:1 - 366:19 | **Ciavarella, David 11-12-2013 (00:00:53)** | 03_12_18 Combo final2.85 |
| | 366:1 You write that "...unlike literature | CIAVARELLA40.1.4 |
| | 366:2 reports, the migration events with the G2 filter | |
| | 366:3 have been associated with a high percentage of | |
| | 366:4 caudal" migration -- "migrations accompanied by | |
| | 366:5 significant filter tilting and limb | |
| | 366:6 displacement," and that there was a single case | |
| | 366:7 of fatal pulmonary embolus, clinically | |
| | 366:8 diagnosed, in a patient with a G2 filter | |
| | 366:9 reported. | |
| | 366:10 Do you see that? | |
| | 366:11   A. I do. | |
| | 366:12   Q. And did you write that in there | |
| | 366:13 because of the way | |
| | 366:14 the device tilted, it didn't prevent the | |
| | 366:15 pulmonary embolism? | |

| Page/Line | Source | ID |
|---|---|---|

366:16   A. That was my potential possibility of
366:17 alteration of pulmonary function, meaning it
366:18 wouldn't stop a clot.  So the reported rate of
366:19 pulmonary embolism is -- was relevant to that.

**369:2 - 369:6**   **Ciavarella, David 11-12-2013 (00:00:13)**   03_12_18 Combo final2.86    CIAVARELLA40.2.1

369:2 "Likelihood of Occurrence of the Problem."  You
369:3 have the rate at 0.16 percent, meaning the
369:4 likelihood of there being a filter migration
369:5 with the G2, most of which would be caudal?
369:6   A. Uh-huh.

**369:18 - 369:24**   **Ciavarella, David 11-12-2013 (00:00:17)**   03_12_18 Combo final2.87    CIAVARELLA40.2.2

369:18   Q. In fact, you even say after that
369:19 .16 percent that "The actual rate is probably
369:20 higher than this, due to the asymptomatic nature
369:21 of some of the migration events and because the
369:22 actual number of G2 filters implanted is very
369:23 probably less than the number distributed."
369:24   A. Yes.

**370:3 - 370:10**   **Ciavarella, David 11-12-2013 (00:00:31)**   03_12_18 Combo final2.88    CIAVARELLA40.2.3    CIAVARELLA40.3.1

370:3   Q. And then you wrote "Likelihood of Harm
370:4 if the Problem Occurs:"  "No serious injuries
370:5 have occurred, although the need for filter
370:6 removal and placement of alternative filters in
370:7 many cases points out the potential for harm if
370:8 a migration event is not discovered and
370:9 treated"; right?
370:10   A. Yes.

**370:19 - 370:23**   **Ciavarella, David 11-12-2013 (00:00:12)**   03_12_18 Combo final2.89    clear

370:19   Q. And then other alternatives available,
370:20 you agree that there are both alternative
370:21 permanent and retrievable IVC filters that exist
370:22 as an alternative to the G2?
370:23   A. Yes.

Plaintiffs Designations = 00:20:49
Defense Designations = 00:08:35
P & D Affimatives = 00:09:54
**Total Time = 00:39:18**

Plaintiffs Designations         Defense Designations         P & D Affimatives

**03_12_18 Combo final2-Civarella 11-12-13 Booker Depo Designations Final2**

| Page/Line | Source | ID |
|---|---|---|

**Documents Shown**
BPVE
CIAVARELLA21
CIAVARELLA28
CIAVARELLA33
CIAVARELLA35
CIAVARELLA36
CIAVARELLA39
CIAVARELLA40

# EXHIBIT B

**Designation Run Report**

# Wong 10-18-16 Booker Depo Designations final3

**Wong, Natalie 10-18-2016**

<span style="color:red">**Plaintiffs Designations  01:03:46**</span>

<span style="color:blue">**Defense Designations  00:13:03**</span>

<span style="color:green">**Pliaintiffs and Defense Designations  00:03:51**</span>

**Total Time  01:20:40**



## 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

| Page/Line | Source | ID |
|---|---|---|

**8:10 - 8:12**

**Wong, Natalie 10-18-2016 (00:00:03)**   `03_16_18 Combo final3.1`

8:10   Q. Hey, good morning, ma'am.  Will you please
8:11 tell us your name?
8:12   A. Natalie Wong.

**10:3 - 10:6**

**Wong, Natalie 10-18-2016 (00:00:10)**   `03_16_18 Combo final3.2`

10:3   Q. What is your educational background?  Can
10:4 you give us just a quick snapshot?
10:5   A. Sure.  I have a bachelor's of engineering
10:6 from ASU.  And I have an MBA from ASU.

**10:7 - 10:16**

**Wong, Natalie 10-18-2016 (00:00:29)**   `03_16_18 Combo final3.3`

10:7   Q. Any particular kind of engineering?
10:8   A. Industrial.
10:9   Q. And what does industrial engineering
10:10 entail?
10:11   A. The first two years is the same as any
10:12 other engineering curriculum, it's the basic statics,
10:13 dynamics, statistics, Engineering 101.  And then the
10:14 upper-level classes are more towards quality,
10:15 production, molding, simulation, those type of
10:16 courses.

**13:6 - 13:8**

**Wong, Natalie 10-18-2016 (00:00:03)**   `03_16_18 Combo final3.4`

13:6   Q. Is calculating statistical significance
13:7 something you know how to do?
13:8   A. Yes.

**14:19 - 14:25**

**Wong, Natalie 10-18-2016 (00:00:10)**   `03_16_18 Combo final3.5`

14:19 Did you meet with counsel in preparation
14:20 for your deposition?
14:21   A. Yes.
14:22   Q. On how many occasions?
14:23   A. Three.
14:24   Q. About how long were each of those meetings?
14:25   A. Maybe around three hours.

**17:10 - 17:15**

**Wong, Natalie 10-18-2016 (00:00:12)**   `03_16_18 Combo final3.6`

17:10 You're currently employed with Bard
17:11 Peripheral Vascular; is that correct?
17:12   A. Yes.
17:13   Q. And what is your current position?
17:14   A. I'm quality engineering manager for new
17:15 product development under biopsy products.

**19:22 - 20:3**

**Wong, Natalie 10-18-2016 (00:00:10)**   `03_16_18 Combo final3.7`

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

19:22   Q. So is your involvement, at this point,

19:23 primarily with the up-front testing of a product to

19:24 make sure it's safe before it's launched?

19:25   A. Yes.

20:1   Q. And is that bench testing and things like

20:2 that?

20:3   A. Yes.

**20:4 - 20:12   Wong, Natalie 10-18-2016 (00:00:30)**    03_16_18 Combo final3.8

20:4   Q. what is a DFMEA?

20:5   A. It stands for design, failure, modes,

20:6 effects and analysis and we go through an entire

20:7 procedure and help identify what are the risks that

20:8 can occur.  The severity of the risk to the patient

20:9 or physician?  What causes occurred.  What type of

20:10 things could have occur that would result in a

20:11 certain failure mode.  What controls we have in place

20:12 to mitigate those risks.

**20:14 - 20:16   Wong, Natalie 10-18-2016 (00:00:04)**    03_16_18 Combo final3.9

20:14 what's Bard really use that for?

20:15   A. To identify failure modes and risks to the

20:16 patient.

**20:17 - 20:21   Wong, Natalie 10-18-2016 (00:00:13)**    03_16_18 Combo final3.10

20:17   Q. Okay.  And what happens if a -- if a risk

20:18 to the patient or failure mode is identified?  What

20:19 happens from there?

20:20   A. We do -- we identify the appropriate

20:21 testing to mitigate that risk.

**22:23 - 23:21   Wong, Natalie 10-18-2016 (00:01:01)**    03_16_18 Combo final3.11

22:23   Q. And if a new failure mode is identified

22:24 and -- and you're in the process of updating the

22:25 DFMEA, what is done with regard to that product

23:1 that's already being sold?

23:2   A. That would need to go through the

23:3 investigation process.

23:4   Q. Well, what if -- what if a product is

23:5 already being sold and the updated DFMEA shows that

23:6 it's in a Quad 3, for example?  What -- what would

23:7 happen from that point?

23:8   A. We would need to evaluate it.  We would

23:9 need to investigate it, and understand what it means.

| Page/Line | Source | ID |
|---|---|---|

23:10   Q. Okay.  What is done during that evaluation
23:11 to -- to warn physicians and patients about the fact
23:12 that -- that this new failure mode has been
23:13 identified, and that there's additional testing being
23:14 done?
23:15   A. I think, first off, we need to understand
23:16 what the failure mode is.  We need to investigate it.
23:17 We need to, as part of the investigation, we would
23:18 probably request an HHE, a Health Hazard Evaluation.
23:19 And all those inputs coming together into, you know,
23:20 what we call our CAPA system right now.  And that
23:21 would go through management approval.

**23:25 - 24:9    Wong, Natalie 10-18-2016 (00:00:21)**                03_16_18 Combo final3.12

23:25   Q. My question is a little different.  What is
24:1 done to let the physicians and patients know that
24:2 there is this new failure mode that warrants further
24:3 investigation by the -- by the company?  What's --
24:4 what's done to let them know about that while that's
24:5 going on?
24:6   A. We don't know what it is yet.  We don't
24:7 know what this new failure mode is.  We need to do a
24:8 thorough investigation to understand what it is
24:9 before we communicate anything.

**24:10 - 24:15    Wong, Natalie 10-18-2016 (00:00:11)**                03_16_18 Combo final3.13

24:10   Q. Well, you've got a failure mode that you're
24:11 looking into, and you've already figured out that
24:12 it's a Quad 3, and it needs to be looked into further
24:13 to see what's causing it, so -- right?  I mean you've
24:14 got that --
24:15   A. Sure.

**26:17 - 26:23    Wong, Natalie 10-18-2016 (00:00:16)**                03_16_18 Combo final3.14

26:17   Q. So and that's something -- and that
26:18 is information, for example, "We've identified a new
26:19 failure mode.  We're looking into it," that's
26:20 information that, to the best of your knowledge, is
26:21 not passed on to physicians by Bard.  Correct?
26:22   A. Not in the initial stages of an
26:23 investigation.

**26:24 - 27:1    Wong, Natalie 10-18-2016 (00:00:06)**                03_16_18 Combo final3.15

26:24   Q. Are the results of a DFMEA analysis

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

26:25 important?

27:1  A. Yes.  Absolutely.

**27:2 - 27:6**  **Wong, Natalie 10-18-2016 (00:00:12)**   03_16_18 Combo final3.16

27:2  Q. Why?

27:3  A. Because you identified the severity of the

27:4 failure modes.  You know, you -- it identifies the

27:5 failure modes that could potentially occur in the

27:6 device before you launch.

**27:7 - 27:11**  **Wong, Natalie 10-18-2016 (00:00:12)**   03_16_18 Combo final3.17

27:7  Q. And if it ends up in, for example, a Quad 3

27:8 or a Quad 4, what does that mean?

27:9  A. It means that it's a high -- it's an

27:10 alarming -- it's a high issue that we need to look at

27:11 more deeply.

**27:12 - 27:15**  **Wong, Natalie 10-18-2016 (00:00:09)**   03_16_18 Combo final3.18

27:12  Q. Okay.

27:13  A. You know, and do we have the controls to

27:14 mitigate that risk?  Can we reduce that risk from a

27:15 Quad 3 to a Quad 2?

**27:16 - 27:25**  **Wong, Natalie 10-18-2016 (00:00:23)**   03_16_18 Combo final3.19

27:16  Q. And if you've got -- if you've got

27:17 something that ends up in a Quad 3 or Quad 4, that's

27:18 something that Bard needs to take action on.  Right?

27:19  A. On a team level, yes, before we launch.

27:20  Q. Or if its something that's -- that's

27:21 already been launched, and it's a new failure mode,

27:22 same deal, right, something they need to take action

27:23 on?

27:24  A. They need to evaluate and determine what

27:25 the action would be, yes.

**28:15 - 28:20**  **Wong, Natalie 10-18-2016 (00:00:19)**   03_16_18 Combo final3.20

28:15  as part of the DFMEA

28:16 analysis, is a root cause analysis performed for --

28:17 for various failure modes?

28:18  A. It's kind of built in, in a way, because

28:19 you identify the causes of failure for a certain

28:20 failure mode within the DFMEA.

**29:17 - 29:25**  **Wong, Natalie 10-18-2016 (00:00:22)**   03_16_18 Combo final3.21

29:17  Q. Okay.  And what do you -- what do you mean

29:18 when you say "failure mode," just so the jury

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

29:19 understands?
29:20   A. So something that happens, you know, if a
29:21 product -- you know, if something didn't work
29:22 correctly, as the physician intended.
29:23   Q. Okay.  Or as the manufacturer intended.
29:24 Right?
29:25   A. Or the manufacturer intended, yes.

**32:13 - 32:16**   **Wong, Natalie 10-18-2016 (00:00:07)**   03_16_18 Combo final3.22

32:13   Q. why does Bard do root cause
32:14 analysis, I mean, what's their -- why do they do
32:15 them?
32:16   A. To prevent failure modes from occurring.

**32:17 - 32:19**   **Wong, Natalie 10-18-2016 (00:00:05)**   03_16_18 Combo final3.23

32:17   Q. And is that something that's important to
32:18 do?
32:19   A. Yes, absolutely.

**32:20 - 32:22**   **Wong, Natalie 10-18-2016 (00:00:04)**   03_16_18 Combo final3.24

32:20   Q.  why is it important?
32:21   A. Because we don't want complaints.  We don't
32:22 want patient injury.

**32:23 - 33:20**   **Wong, Natalie 10-18-2016 (00:00:49)**   03_16_18 Combo final3.25

32:23   Q. It's important to understand the root cause
32:24 of failure modes to prevent injury to patients.
32:25 Fair?
33:1   A. Yes.
33:2   Q. And safety of the patients is first and
33:3 foremost for manufacturing companies.  Right?
33:4   A. Yes.
33:5   Q. And -- and Bard feels that way?
33:6   A. Yes.
33:7   Q. So as of today, has Bard determined the
33:8 root cause of filter fracture?
33:9   A. I don't know.  I haven't been on filters
33:10 the last several years.
33:11   Q. As of the time you left filters in -- in
33:12 2012, has Bard figured out the root cause of filter
33:13 fracture?
33:14   A. No, not that I know of.
33:15   Q. How about filter migration?
33:16   A. No, not that I know of.

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

33:17   Q. How about perforations?
33:18   A. Not that I know of.
33:19   Q. How about tilt?
33:20   A. Not that I know of, no.

**34:1 - 34:6**   **Wong, Natalie 10-18-2016 (00:00:15)**   03_16_18 Combo final3.26

34:1   Q. Bard continues to sell, despite not having
34:2 identified a root cause of -- of the failures of --
34:3 of its failure modes, its IVC filters for placement
34:4 in veins in patients -- in a vein that leads directly
34:5 to the heart and lungs?
34:6   A. Yes.

**34:20 - 34:24**   **Wong, Natalie 10-18-2016 (00:00:15)**   03_16_18 Combo final3.27

34:20   Q. Do you think that the fact that Bard has
34:21 not now, in 12 years of selling its filters, been
34:22 able to identify the root cause of the failure modes
34:23 associated with those filters, is something a
34:24 physician would want to know?

**35:6 - 35:20**   **Wong, Natalie 10-18-2016 (00:00:30)**   03_16_18 Combo final3.28

35:6 Yeah, I think physicians should know, and I
35:7 think we do communicate through the IFU.
35:8 BY MR. DEGREEFF:
35:9   Q. So you believe that in the IFU it states
35:10 that Bard has failed to identify the root cause of
35:11 the failure modes?
35:12   A. Sorry, no, not that part.
35:13   Q. Okay.  As far as you know, has it ever been
35:14 communicated to physicians that Bard has been unable
35:15 to identify the root cause of the failure modes
35:16 associated with its filters?
35:17   A. I don't know what's been communicated.
35:18   Q. As you sit here, are you aware of that
35:19 occurring?
35:20   A. No.

**39:15 - 39:17**   **Wong, Natalie 10-18-2016 (00:00:03)**   03_16_18 Combo final3.29

39:15 were you tracking and trending complaints and
39:16 adverse events?
39:17   A. Yes.

**40:7 - 40:10**   **Wong, Natalie 10-18-2016 (00:00:12)**   03_16_18 Combo final3.30

40:7   Q. As a quality engineering manager, did
40:8 you -- did you from -- well, were you involved with

| Page/Line | Source | ID |
|---|---|---|
| | 40:9 filters as the quality engineering manager? | |
| | 40:10   A. Yes.  I was involved with all BPV products. | |
| 41:24 - 42:1 | **Wong, Natalie 10-18-2016 (00:00:10)** | 03_16_18 Combo final3.31 |
| | 41:24 What adverse event data did you consider in | |
| | 41:25 the tracking and trending? | |
| | 42:1   A. We cons -- we considered all data. | |
| 42:5 - 42:7 | **Wong, Natalie 10-18-2016 (00:00:04)** | 03_16_18 Combo final3.32 |
| | 42:5   Q. Where did you get the adverse | |
| | 42:6 event data from? | |
| | 42:7   A. The complaint system. | |
| 42:12 - 42:18 | **Wong, Natalie 10-18-2016 (00:00:24)** | 03_16_18 Combo final3.33 |
| | 42:12   Q. And would it also include MAUDE data? | |
| | 42:13   A. It -- so the complaints were reported to us | |
| | 42:14 and we entered them into TrackWise, which is our | |
| | 42:15 complaint-handling system.  And in the system we | |
| | 42:16 would identify whether or not it was an adverse | |
| | 42:17 event.  If it was an adverse event, then we reported | |
| | 42:18 it to the FDA, which gets rolled into the MAUDE. | |
| 42:19 - 43:2 | **Wong, Natalie 10-18-2016 (00:00:14)** | 03_16_18 Combo final3.34 |
| | 42:19   Q. So the data you were looking | |
| | 42:20 at was essentially inclusive of MAUDE? | |
| | 42:21   A. Yes. | |
| | 42:22   Q. Is that a fair way to put it? | |
| | 42:23   A. Yes. | |
| | 42:24   Q. So it was everything that was reported to | |
| | 42:25 the company which ultimately would translate into | |
| | 43:1 MAUDE? | |
| | 43:2   A. Yes. | |
| 43:14 - 43:18 | **Wong, Natalie 10-18-2016 (00:00:11)** | 03_16_18 Combo final3.35 |
| | 43:14   Q. And why is it important to --to | |
| | 43:15 track and trend the complaint data? | |
| | 43:16   A. To understand if something is going on | |
| | 43:17 that's unusual, so we can mitigate those type of | |
| | 43:18 complaints. | |
| 43:18 - 44:1 | **Wong, Natalie 10-18-2016 (00:00:19)** | 03_16_18 Combo final3.36 |
| | 43:18 complaints.  What if all of a sudden we got a spike | |
| | 43:19 in a certain type of complaint for a certain failure | |
| | 43:20 mode, we would want to go and investigate that. | |
| | 43:21   Q. And why is it important to investigate | |
| | 43:22 failure modes? | |

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

43:23   A. So we -- so we prevent future occurrence of
43:24 these complaints.
43:25   Q. And is that for -- for patient safety?
44:1   A. For patient safety, yes.

**44:5 - 44:9**   **Wong, Natalie 10-18-2016 (00:00:14)**   03_16_18 Combo final3.37

44:5 In your experience, what should Bard do if
44:6 it sees a -- an issue with a -- with a failure mode
44:7 when it's tracking and trending?
44:8   A. We usually initiate a complaint to further
44:9 investigate why it's occurring.

**47:6 - 47:19**   **Wong, Natalie 10-18-2016 (00:00:28)**   03_16_18 Combo final3.38

47:6 when Bard's doing its
47:7 internal tracking and trending for -- for failure
47:8 modes, that's -- the data that's available is the
47:9 complaint data.  Fair?
47:10   A. Yes.
47:11   Q. And that's what Bard has to go on.  Right?
47:12   A. Yes.
47:13   Q. And that's what Bard -- and Bard uses that
47:14 data with all of its devices, not just filters.
47:15 Right?
47:16   A. Yes.
47:17   Q. And is that data that's important for Bard
47:18 to review and understand?
47:19   A. Yes.

**49:1 - 49:5**   **Wong, Natalie 10-18-2016 (00:00:11)**   03_16_18 Combo final3.39

49:1 When you were working on IVC filters, was
49:2 there ever a literature review performed to see
49:3 what -- what adverse events were -- were referenced
49:4 in those -- in that literature?
49:5   A. When I was on the project team, yes.

**49:11 - 49:14**   **Wong, Natalie 10-18-2016 (00:00:08)**   03_16_18 Combo final3.40

49:11   Q. So any of the literature adverse events
49:12 that Bard was aware of, would end up in the MAUDE
49:13 database?
49:14   A. Yes.

**49:16 - 49:25**   **Wong, Natalie 10-18-2016 (00:00:26)**   03_16_18 Combo final3.41

49:16 So outside of the information that -- that
49:17 would ultimately end up in the complaint file and
49:18 then the MAUDE database, was there any other source

| Page/Line | Source | ID |
|---|---|---|
| | 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | |

49:19 of adverse -- adverse events that were considered by
49:20 Bard in doing its tracking and trending analysis?
49:21   A. No, I can't think of any.
49:22   Q. And that would be -- and that would be the
49:23 way that Bard does it on all of its -- all of its
49:24 products, devices.  Right?
49:25   A. Yes.

**50:11 - 50:23**    **Wong, Natalie 10-18-2016 (00:00:24)**    03_16_18 Combo final3.42

50:11   Q. Is it fair to say
50:12 that that data is important to Bard?
50:13   A. Yes.
50:14   Q. And why is that data important to Bard?
50:15   A. Because it's -- it's telling us what's
50:16 going on in the field, you know, whether or not
50:17 patients are getting injured, you know, what failure
50:18 modes are happening with our products.
50:19   Q. And is that -- is that data that -- that
50:20 data that goes through TrackWise and ultimately ends
50:21 up in MAUDE, is that something that -- that you feel
50:22 that Bard should be paying attention to?
50:23   A. Yes.

**51:4 - 51:14**    **Wong, Natalie 10-18-2016 (00:00:34)**    03_16_18 Combo final3.43

51:4   Q. Is it something that Bard should be --
51:5 should be -- if it sees an issue with the -- with a
51:6 failure mode, that it should take action to try to
51:7 correct it?
51:8   A. Yes, as much as we can.
51:9   Q. Okay.  And are the risks -- are the risks
51:10 identified by Bard with regard to that -- that
51:11 information that goes through TrackWise and into the
51:12 MAUDE database, are those -- is that important
51:13 information for Bard to consider?
51:14   A. Yes.

**52:5 - 52:9**    **Wong, Natalie 10-18-2016 (00:00:16)**    03_16_18 Combo final3.44

52:5   Q. in doing that,
52:6 something they should take into consideration and act
52:7 on, is the adverse event data that you do -- that you
52:8 do the tracking and trending on?
52:9   A. Yes, we analyze that all the time, yeah.

**52:16 - 52:18**    **Wong, Natalie 10-18-2016 (00:00:04)**    03_16_18 Combo final3.45

| Page/Line | Source | ID |
|---|---|---|

52:16   Q. That data is important to patient safety.

52:17 Fair?

52:18   A. Yes.

**58:5 - 58:19**  **Wong, Natalie 10-18-2016 (00:00:39)**                03_16_18 Combo final3.46

58:5   Q. Bard often looks at the statistical

58:6 significance of an -- an increased risk.  Correct?

58:7   A. That's one of the ways that we look at it.

58:8   Q. It's one of the things they look at?

58:9   A. It is one of the things they look at, but

58:10 they look at other things as well.

58:11   Q. They also look at the -- at the -- for

58:12 example, the rate of adverse events with their filter

58:13 versus competitor filters.  Fair?

58:14   A. Yes.

58:15   Q. And is the rate an important thing for them

58:16 to look at?

58:17   A. It's hard to look at it with a competitor

58:18 filter, because most of the time we do not have

58:19 competitor sales numbers.  And so when we calculate

**59:2 - 59:2**  **Wong, Natalie 10-18-2016 (00:00:01)**                03_16_18 Combo final3.47

59:2   Q. Well, that's an analysis --

**59:5 - 59:7**  **Wong, Natalie 10-18-2016 (00:00:07)**                03_16_18 Combo final3.48

59:5   A. So I don't know if that rate is truly

59:6 accurate when we compare our rates to our competitor

59:7 rates.

**59:8 - 59:25**  **Wong, Natalie 10-18-2016 (00:00:39)**                03_16_18 Combo final3.49

59:8   Q. That's analysis Bard does.  Right?

59:9   A. On a regular basis?

59:10   Q. Well, no, I'm asking you, that's an

59:11 analysis they do, right, they compare their rates to

59:12 competitor rates?

59:13   A. I -- when I worked on filters, yes, that's

59:14 something we did compare.

59:15   Q. And if that wasn't important, why would you

59:16 do that calculation?

59:17   A. We wanted to see how we compared to our

59:18 competitors.

59:19   Q. Yeah, and it's important to know how your

59:20 filter compares to your competitor filter, in terms

59:21 of adverse events and failure modes.  Right?

| Page/Line | Source | ID |
|---|---|---|
| | 59:22  A. Yes.<br>59:23  Q. And Bard does that calculation because it's<br>59:24 an important piece of information?<br>59:25  A. It's an important -- yes, it is important. | |
| 62:25 - 63:4 | **Wong, Natalie 10-18-2016 (00:00:11)**<br>62:25  Q. Ma'am, I'm handing you what has been marked<br>63:1 as Deposition Exhibit 537.<br>63:2 Is that -- is that an e-mail chain you've<br>63:3 seen before?<br>63:4  A. Yes. | 03_16_18 Combo final3.50<br><br>WONG 537.1 |
| 63:5 - 63:7 | **Wong, Natalie 10-18-2016 (00:00:06)**<br>63:5  Q. Is it an e-mail chain that was provided to<br>63:6 you by counsel in preparation for your deposition?<br>63:7  A. Yes. | 03_16_18 Combo final3.51 |
| 63:12 - 63:15 | **Wong, Natalie 10-18-2016 (00:00:08)**<br>63:12 So this is an e-mail from John Lehmann to<br>63:13 Robert Carr and Doug Uelmen, cc:  Chris Ganser.<br>63:14 Correct?<br>63:15  A. Yes. | 03_16_18 Combo final3.52<br><br>WONG 537.4.1 |
| 63:16 - 63:18 | **Wong, Natalie 10-18-2016 (00:00:07)**<br>63:16  Q. Who are Robert Carr and Doug Uelmen?<br>63:17  A. Robert Carr was in R&D.  Doug Uelmen was<br>63:18 the VP of quality. | 03_16_18 Combo final3.53<br><br>clear |
| 64:7 - 64:10 | **Wong, Natalie 10-18-2016 (00:00:06)**<br>64:7  Q.  And the subject<br>64:8 matter is "Draft data set for statistician."  Did I<br>64:9 read that correctly?<br>64:10  A.  Yes. | 03_16_18 Combo final3.54<br><br>WONG 537.4.2 |
| 67:22 - 68:2 | **Wong, Natalie 10-18-2016 (00:00:23)**<br>67:22  Q. So then if you look at the next<br>67:23 sentence up, I mean, the next e-mail up, excuse me,<br>67:24 one more up from that, there's an e-mail on May 18th<br>67:25 of 2004 from Doug Uelmen to you, that says, "Dear<br>68:1 Natalie:  The data."<br>68:2  A. Okay. | 03_16_18 Combo final3.55<br><br>WONG 537.3.2<br><br>WONG 537.3.3 |
| 68:5 - 68:7 | **Wong, Natalie 10-18-2016 (00:00:02)**<br>68:5  Q. And that was sent to you on May 18th of<br>68:6 2004?<br>68:7  A. Yes. | 03_16_18 Combo final3.56<br><br>clear |
| 68:11 - 68:14 | **Wong, Natalie 10-18-2016 (00:00:05)** | 03_16_18 Combo final3.57 |

| 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 68:11   Q. What was the purpose of sending you this |  |
|  | 68:12 data? |  |
|  | 68:13   A. He wanted me to do a quick analysis of the |  |
|  | 68:14 data. |  |
| 68:25 - 69:1 | **Wong, Natalie 10-18-2016 (00:00:02)** | 03_16_18 Combo final3.58 |
|  | 68:25   Q. And so you did an analysis.  Correct? |  |
|  | 69:1   A. Yes. |  |
| 69:17 - 70:9 | **Wong, Natalie 10-18-2016 (00:00:38)** | 03_16_18 Combo final3.59 |
|  | 69:17   Q. You were going to |  |
|  | 69:18 calculate -- you were going to calculate the IVC -- |  |
|  | 69:19 the IVC filter-related deaths with the Bard filter |  |
|  | 69:20 and also with the competitors? |  |
|  | 69:21   A. Yes. |  |
|  | 69:22   Q. Okay.  And your ultimate conclusion there, | WONG 537.2.1 |
|  | 69:23 on May 20th of 2004 -- that's an e-mail from you. |  |
|  | 69:24 Correct? |  |
|  | 69:25   A. Yes. |  |
|  | 70:1   Q. And that's to Doug Uelmen.  Correct? |  |
|  | 70:2   A. Yes. |  |
|  | 70:3   Q. And you said, "Doug, I've evaluated the | WONG 537.2.2 |
|  | 70:4 data comparing Recovery with the other products. |  |
|  | 70:5 These results included quarter 2, 2004."  Right? |  |
|  | 70:6   A. Yes. |  |
|  | 70:7   Q. And you say, "Based on the limited amount |  |
|  | 70:8 of data, the following can be concluded."  Right? |  |
|  | 70:9   A. Yes. |  |
| 70:10 - 70:17 | **Wong, Natalie 10-18-2016 (00:00:23)** | 03_16_18 Combo final3.60 |
|  | 70:10   Q. And the first one is, there's not a |  |
|  | 70:11 significant difference between the Recovery and the |  |
|  | 70:12 TrapEase, OptEase, Greenfield, and VenaTech.  Fair? |  |
|  | 70:13   A. Yes. |  |
|  | 70:14   Q. And that's -- but -- but you're careful to |  |
|  | 70:15 say "at a 95 percent confidence interval."  Right? | WONG 537.2.3 |
|  | 70:16   A. Well, I remember I was careful, because I | clear |
|  | 70:17 said that there was a limited amount of data. |  |
| 71:7 - 72:1 | **Wong, Natalie 10-18-2016 (00:00:47)** | 03_16_18 Combo final3.61 |
|  | 71:7   Q. as for number two, |  |
|  | 71:8 though, you say, "At a 95 percent confidence | WONG 537.3.4 |
|  | 71:9 interval, there is a significant difference between |  |
|  | 71:10 Recovery and G|nther Tulip, Birds Nest, and SNF." |  |

| Page/Line | Source | ID |
|---|---|---|

71:11  A. Yes.

71:12  Q. Right?

71:13 And that significant difference is the

71:14 Recovery has a higher risk of death associated with

71:15 it than those other filters.  Right?

71:16  A. I think the math showed there was a

71:17 difference, yes.

71:18  Q. It was higher.  Right?

71:19  A. I believe so.  I have to look at the data

71:20 again, yeah.

71:21  Q. Okay.  And the G|nther Tulip and the Birds

71:22 Nest, those are competitors of the Recovery.  Right?

71:23  A. Yes.

71:24  Q. And the SNF is actually the predicate

71:25 device for the Recovery.  Right?

72:1  A. Yes.

**72:6 - 72:12    Wong, Natalie 10-18-2016 (00:00:16)**    03_16_18 Combo final3.62

72:6  Q. The Recovery was not statistically

72:7 equivalent to the SNF, based on your calculations

72:8 with regard to deaths associated with the filter.

72:9 Right?

72:10  A. Yes.

72:11  Q. Yes, I'm correct?

72:12  A. Yes.

**73:10 - 73:24    Wong, Natalie 10-18-2016 (00:00:41)**    03_16_18 Combo final3.63

73:10  Q. And my question is, based on your

73:11 calculations here, would it be inaccurate to say that

73:12 the Recovery filter is better than the SNF filter.

73:13 Fair?

73:14  A. Yes.

73:15  Q. And it would be inaccurate to say it's --

73:16 it's the equivalent of the SNF filter?

73:17  A. I don't know, no.

73:18 Yes, they are not equivalent.

73:19  Q. The SNF --

73:20  A. If that was your question.

73:21  Q. Yeah, the -- the -- the Recovery filter is

73:22 worse than the SNF, based on your calculations with

73:23 regard to filter deaths.  Fair?

73:24  A. Based on the limited data, yes.

| 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 73:25 - 74:4 | **Wong, Natalie 10-18-2016 (00:00:11)** | 03_16_18 Combo final3.64 |
| | 73:25   Q. And that was the data you had | |
| | 74:1 available.  Right? | |
| | 74:2   A. Right.  And, normally, I wouldn't do this | |
| | 74:3 analysis without more datapoints, which is why I said | |
| | 74:4 "limited data," because I wasn't very confident. | |
| 77:7 - 77:8 | **Wong, Natalie 10-18-2016 (00:00:02)** | 03_16_18 Combo final3.65 |
| | 77:7   Q. And is that something that you think | |
| | 77:8 physicians need to know? | |
| 77:12 - 77:20 | **Wong, Natalie 10-18-2016 (00:00:26)** | 03_16_18 Combo final3.66 |
| | 77:12   A. Yes. | |
| | 77:13   Q. And is that something you're aware of ever | |
| | 77:14 being provided to physicians? | |
| | 77:15   A. That I don't know. | |
| | 77:16   Q. And, based on your calculations, let's look | |
| | 77:17 at page -- let's look at this chart that you did, the | |
| | 77:18 Product Statistical Summary chart.  Do you see where | WONG 537.7 |
| | 77:19 I'm looking? | |
| | 77:20   A. Yes. | |
| 78:1 - 78:21 | **Wong, Natalie 10-18-2016 (00:00:54)** | 03_16_18 Combo final3.67 |
| | 78:1   Q. And despite not finding statistical | |
| | 78:2 significance with regards to any of the other | |
| | 78:3 filters, none of the other filters had even half of | |
| | 78:4 the -- the adverse -- the death average that the | |
| | 78:5 Recovery did.  Fair? | |
| | 78:6   A. Yes.  Based on the data provided. | |
| | 78:7   Q. And the Recovery had a higher average of | WONG 537.7.4 |
| | 78:8 deaths associated with those filters than any of the | |
| | 78:9 other filters that you did the calculation for? | |
| | 78:10   A. Yes. | |
| | 78:11   Q. At least twice as much? | |
| | 78:12   A. Yes. | |
| | 78:13   Q. And with regard to the SNF, the average was | WONG 537.7.5 |
| | 78:14 literally zero.  Right? | |
| | 78:15   A. Yes. | |
| | 78:16   Q. And that was the predicate device for the | |
| | 78:17 Recovery? | |
| | 78:18   A. Yes. | |
| | 78:19   Q. And the Recovery is -- the Recovery is | clear |
| | 78:20 certainly not equivalent to or better than the SNF, | |

| Page/Line | Source | ID |
|---|---|---|

78:23 - 78:24

78:21 fair, in this issue?

**Wong, Natalie 10-18-2016 (00:00:05)**

78:23 THE WITNESS:  Just based on these numbers,
78:24 no, they're not equivalent.

*03_16_18 Combo final3.68*

79:2 - 79:9

**Wong, Natalie 10-18-2016 (00:00:24)**

79:2   Q. And what was this chart used for?
79:3   A. I don't know what was -- what it was used
79:4 for.  I summarize what I was looking at to provide to
79:5 Doug, but it --
79:6   Q. And it was for -- oh, sorry, go ahead.
79:7   A. You know, the number of samples for this
79:8 data analysis was really low.  Typically, we want 30
79:9 samples to do --

*03_16_18 Combo final3.69*

79:25 - 80:4

**Wong, Natalie 10-18-2016 (00:00:16)**

79:25   Q. But, just by your calculation, it
80:1 wasn't statistically significant, within a 95 percent
80:2 confidence interval?
80:3   A. To calculate statistical significance,
80:4 usually you need around 30 samples.

*03_16_18 Combo final3.70*

80:13 - 80:23

**Wong, Natalie 10-18-2016 (00:00:31)**

80:13   Q. My question is, you're just saying here --
80:14 you're saying, at a 95 percent confidence interval,
80:15 there is not a significant difference between the
80:16 Recovery and TrapEase, OptEase, Greenfield, and
80:17 VenaTech, what you're saying there is you didn't find
80:18 a statistically significant difference.  Fair?
80:19   A. Based on the limited data provided, yes.
80:20   Q. But the rates -- the rate -- the average
80:21 rate of death actually was higher with the Recovery
80:22 than those other filters?
80:23   A. Yes.

*03_16_18 Combo final3.71*

*WONG 537.7.4*

83:1 - 83:4

**Wong, Natalie 10-18-2016 (00:00:14)**

83:1   Q. To calculate the percent failure?
83:2   A. I couldn't -- yeah, I couldn't predict the
83:3 percent failure, because I think I needed more
83:4 datapoints to help with analysis of it.

*03_16_18 Combo final3.72*

*clear*

84:23 - 85:15

**Wong, Natalie 10-18-2016 (00:00:51)**

84:23   Q. All right.  Ma'am, you've been handed
84:24 what's been marked as Deposi -- Deposition Exhibit
84:25 538.

*03_16_18 Combo final3.73*

*WONG 538.1*

| | | |
|---|---|---|
| | 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | |

| Page/Line | Source | ID |
|---|---|---|

85:1 Are you familiar with what an HHE is?
85:2   A. Yes.
85:3   Q. And what is an HHE?                                    WONG 538.1.1
85:4   A. It's written by our medical director to
85:5 talk about, you know, it's usually asked during an
85:6 investigation to do a risk-benefit analysis on the
85:7 complaints that we receive.
85:8   Q. And this is -- and "HHE" stands for Health
85:9 Hazard Evaluation; is that right?
85:10   A. Yes.
85:11   Q. And who is -- and this is from David           WONG 538.1.2
85:12 Ciavarella to Doug Uelmen.  Who is David Ciavarella?
85:13   A. I think he was our medical director.
85:14   Q. And this is on December 17th of 2004?
85:15   A. Yes, that's what the document says.

| 87:22 - 87:23 | **Wong, Natalie 10-18-2016 (00:00:03)** | 03_16_18 Combo final3.75 |
| | | clear |

87:22   Q. My question is, do you think it would be
87:23 important for physicians to have this information?

| 87:25 - 88:1 | **Wong, Natalie 10-18-2016 (00:00:02)** | 03_16_18 Combo final3.76 |

87:25 THE WITNESS:  Yes.
88:1 BY MR. DEGREEFF:

| 88:16 - 89:3 | **Wong, Natalie 10-18-2016 (00:00:28)** | 03_16_18 Combo final3.77 |

88:16   Q. Are you familiar at all with the IFU for
88:17 Bard filters?
88:18   A. I've read it before.
88:19   Q. Have you ever seen in the IFU where there
88:20 was any statement about an increased risk of death
88:21 with the -- with a Bard filter versus competitors?
88:22   A. We don't talk about competitors in our
88:23 IFUs, no.
88:24   Q. Okay.  So, no where -- no where in the IFU
88:25 would there -- would there ever be a statement about
89:1 an increased risk with Bard filters versus other
89:2 filters?
89:3   A. No.

| 100:5 - 100:6 | **Wong, Natalie 10-18-2016 (00:00:02)** | 03_16_18 Combo final3.78 |
| | | WONG 539.1 |

100:5   Q. 539, sorry.  Do you have that?
100:6   A. Yes.

| 100:10 - 100:12 | **Wong, Natalie 10-18-2016 (00:00:10)** | 03_16_18 Combo final3.79 |
| | | WONG 539.1.1 |

100:10   Q. What is a remedial action plan?

| Page/Line | Source | ID |
|---|---|---|

**03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3**

| Page/Line | Source | ID |
|---|---|---|
| | 100:11   A. It's -- it's an investigation on root cause | |
| | 100:12 and what actions we're doing about it. | 03_16_18 Combo final3.80 |
| 106:23 - 107:2 | **Wong, Natalie 10-18-2016 (00:00:11)** | clear |
| | 106:23   Q.  it was never | |
| | 106:24 stated in the IFU that there was an increased risk of | |
| | 106:25 migration, or death, or fracture or anything else | |
| | 107:1 with the Bard filters versus other filters? | |
| | 107:2   A. Not that I know of. | |
| 109:24 - 110:13 | **Wong, Natalie 10-18-2016 (00:00:41)** | 03_16_18 Combo final3.81 |
| | 109:24   Q. All right, ma'am, I'm handing you what's | |
| | 109:25 been marked as Deposition Exhibit 540.  And this is | WONG 540.1 |
| | 110:1 titled -- this is a June 20th, 2006 "Recovery | WONG 540.1.1 |
| | 110:2 Fracture and Migration Complaint Update."  Correct? | |
| | 110:3   A. Yes. | |
| | 110:4   Q. And you were on the IVC team at this point. | |
| | 110:5 Fair? | |
| | 110:6   A. Yes. | |
| | 110:7   Q. Is this something that you would have | clear |
| | 110:8 prepared? | |
| | 110:9   A. Yes.  Let me flip through real quick.  Yes. | |
| | 110:10   Q. And let's look at -- if you would, let's | |
| | 110:11 start with page 4, I guess page 4 in the lower | WONG 540.4.1 |
| | 110:12 right-hand corner? | |
| | 110:13   A. Okay. | |
| 110:18 - 111:25 | **Wong, Natalie 10-18-2016 (00:01:38)** | 03_16_18 Combo final3.82 |
| | 110:18   Q. And here we are, a year, year and a half | |
| | 110:19 later and -- and Bard is still looking at MAUDE data? | |
| | 110:20   A. Yes. | |
| | 110:21   Q. And on the left hand we've got products | WONG 540.4.2 |
| | 110:22 listed on this chart right and it's the Recovery and | |
| | 110:23 SNF which are Bard products.  Correct? | |
| | 110:24   A. Yes. | |
| | 110:25   Q. And then one, two, three, four, five, six, | |
| | 111:1 six competitors.  Right? | |
| | 111:2   A. Yes. | |
| | 111:3   Q. And on the other side, the far right-hand | |
| | 111:4 side, we've got the rate, what does -- what does rate | WONG 540.4.3 |
| | 111:5 mean? | |
| | 111:6   A. I think it's the filter fracture rate. | |
| | 111:7   Q. And the filter fracture rate for the | WONG 540.4.4 |

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

111:8 Recovery is .1915 percent.  Correct?

111:9   A. Yes.

WONG 540.4.5

111:10   Q. And none of the other filters on the list

111:11 are even half as high as the Recovery fracture rate.

111:12 Fair?

111:13   A. Bird Nest is almost half as high.

111:14   Q. But it's not half as high, is it?

111:15   A. Barely.  Yes, it's not half as high.

WONG 540.4.7

111:16   Q. And so -- and if we look at SNF, SNF had

111:17 three filter fractures in 84,520 units sold.  Right?

111:18   A. Yes.

111:19   Q. Versus the Recovery had 66 fractures in

111:20 only 34,467 units sold.  Right?

111:21   A. Yes.

111:22   Q. Fair to say that the Recovery is not

111:23 equivalent to the SNF with regards to filter

111:24 fracture?

111:25   A. Yes.

**112:16 - 112:22**   **Wong, Natalie 10-18-2016 (00:00:18)**

03_16_18 Combo final3.83

clear

112:16   Q. It fractures less than the RNF?  It

112:17 fractures at a lower rate than the RNF?

112:18   A. The rate is lower, yes.

112:19   Q. And, in fact, all of the competitors'

112:20 fracture, based on this calculation, at a lower rate

112:21 than the Recovery also?

112:22   A. Based on the MAUDE data, yes.

**114:10 - 114:15**   **Wong, Natalie 10-18-2016 (00:00:25)**

03_16_18 Combo final3.84

114:10   Q.  is it consistent with the

114:11 statement in there that there's an increased risk of

114:12 fracture with the Recovery versus the other filters?

114:13   A. Yes.

WONG 540.18

114:14   Q. All right.  Look at page 18, if you would.

114:15 And is this a -- what is this document?

**114:18 - 114:20**   **Wong, Natalie 10-18-2016 (00:00:08)**

03_16_18 Combo final3.85

114:18   A. Okay.  So this table is comparing the

114:19 complaints that we have received and comparing it

114:20 against the DFMEA rankings.

**115:12 - 115:15**   **Wong, Natalie 10-18-2016 (00:00:14)**

03_16_18 Combo final3.86

115:12   Q. My question is this a DFMEA analysis,

115:13 right, it's a ranking of the injuries?

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

clear

115:14   A. It's a subset of the DFMEA, it's comparing
115:15 what our complaint rate is compared to our DFMEA.

**116:2 - 116:11**     **Wong, Natalie 10-18-16 (00:00:23)**     03_16_18 Combo final3.87

116:2   Q. This is being done
116:3 in 2006.  Right?
116:4   A. Yes.
116:5   Q. And the Recovery filter is not even on the
116:6 market in 2006; is that correct?
116:7   A. Yes.  I believe so.
116:8   Q. So why -- why are you still doing a DFMEA
116:9 analysis of a filter that's not even on the market?
116:10  A. Because I think we're still concerned about
116:11 complaints that are coming in.

**120:4 - 120:12**     **Wong, Natalie 10-18-2016 (00:00:27)**     03_16_18 Combo final3.88

120:4   Q. was it ever conveyed to
120:5 physicians and patients that an R00 -- that a risk
120:6 analysis had been performed by Bard and that -- that
120:7 the fracture risk rate was found to be undesirable?
120:8   A. I don't know.
120:9   Q. Are you aware of that ever happening?
120:10  A. I don't believe so.
120:11  Q. Is that something you think that physicians
120:12 and patients need to know about?

**120:14 - 120:20**     **Wong, Natalie 10-18-2016 (00:00:16)**     03_16_18 Combo final3.89

120:14 THE WITNESS:  No.
120:15 BY MR. DEGREEFF:
120:16  Q. You don't think it's important that an
120:17 internal Bard analysis finding an undesirable risk
120:18 assessment ranking for -- for fracture with regard to
120:19 the Recovery is something that physicians and
120:20 patients need to know about?

**120:22 - 120:22**     **Wong, Natalie 10-18-2016 (00:00:06)**     03_16_18 Combo final3.90

120:22 THE WITNESS:  I don't know.

**121:15 - 121:24**     **Wong, Natalie 10-18-2016 (00:00:31)**     03_16_18 Combo final3.91

121:15 THE WITNESS:  I think physicians should
121:16 know.
121:17 BY MR. DEGREEFF:
121:18  Q. But not patients?
121:19  A. I think it's -- the physician should relay
121:20 to the patients about the risk and benefit of a

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

| Page/Line | Source | ID |
|---|---|---|

121:21 device.

121:22   Q. And they can't do that unless they know

121:23 about it.  Right?

121:24   A. Right.

**122:9 - 122:22**   **Wong, Natalie 10-18-2016 (00:00:31)**   `03_16_18 Combo final3.92`

122:9   Q. I've handed you what's been marked as   WONG 541.1

122:10 Deposition Exhibit 541.  Does that -- have you got it

122:11 in front of you?

122:12   A. Yes.

122:13   Q. And this is, the cover page to this is an   WONG 541.1.1

122:14 e-mail from you to Gin Schulz providing the updated

122:15 RNF draft report; is that right?

122:16   A. Yes.

122:17   Q. And that was on August 4th of 2006?

122:18   A. Yes.

122:19   Q. And you say, "Gin, attached is the updated   WONG 541.1.2

122:20 RNF fracture report with the comments from today's

122:21 meeting."  Right?

122:22   A. Yes.

**129:1 - 129:9**   **Wong, Natalie 10-18-2016 (00:00:23)**   `03_16_18 Combo final3.93`

129:1   Q. So if this is not an   clear

129:2 acceptable rate then why is it being used -- why is

129:3 it included here as -- why is it relevant?

129:4   A. It's a comparison.

129:5   Q. Why compare something you don't think is

129:6 acceptable?

129:7   A. It was accepted by industry for the SIR

129:8 guidelines.  We were just comparing our numbers to

129:9 what those rates were in that article.

**129:25 - 130:12**   **Wong, Natalie 10-18-2016 (00:00:35)**   `03_16_18 Combo final3.94`

129:25   Q. Looking down to the second bullet   WONG 541.12.1

130:1 point it says, "RNF had 115 fractures out of 34,315

130:2 sales, for a rate of .34 percent."  Correct?

130:3   A. Yes.

130:4   Q. And then the third -- the fourth bullet   WONG 541.12.2

130:5 point down says, that the SNF had three fractures

130:6 with unit sales of 22,000, for a fracture rate of .01

130:7 percent.  Correct?

130:8   A. Yes.

130:9   Q. So, again, the RNF was significantly higher

| 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | |
| --- | --- |

| Page/Line | Source | ID |
| --- | --- | --- |

130:10 than the SNF in fracture rate.  Fair?

130:11   A. It's higher.  I don't know if it's

130:12 significantly higher.

**130:17 - 130:18**   **Wong, Natalie 10-18-2016 (00:00:02)**    *03_16_18 Combo final3.95*

130:17   Q. It's 33 times higher?

130:18   A. Yeah.

**130:19 - 130:19**   **Wong, Natalie 10-18-2016 (00:00:01)**    *03_16_18 Combo final3.96*

130:19   Q. Is that significant?

**130:21 - 130:22**   **Wong, Natalie 10-18-2016 (00:00:06)**    *03_16_18 Combo final3.97*

130:21 THE WITNESS:  It's higher.  I don't know if

130:22 it's statistically significant.  It is higher.

**130:24 - 131:2**   **Wong, Natalie 10-18-2016 (00:00:08)**    *03_16_18 Combo final3.98*

*clear*

130:24   Q. So, based on this, it's not accurate

130:25 to say that the SNF and the RNF are similar in

131:1 fracture resistance.  Fair?

131:2   A. Yes.

**131:7 - 131:12**   **Wong, Natalie 10-18-2016 (00:00:18)**    *03_16_18 Combo final3.99*

131:7 It's not accurate to say that the RNF was

131:8 an improvement on the SNF with regard to fracture.

131:9 Fair?

131:10   A. I don't know.  SNF is a permanent filter,

131:11 Recovery's retrievable.  So the true rate of fracture

131:12 on a SNF, I don't know what that is.

**131:19 - 131:22**   **Wong, Natalie 10-18-2016 (00:00:09)**    *03_16_18 Combo final3.100*

131:19   Q. Based on this data, it's not

131:20 accurate to say that the RNF is an improvement on the

131:21 SNF with regard to fracture.  Fair?

131:22   A. It is not an improvement, no.

**135:3 - 135:13**   **Wong, Natalie 10-18-2016 (00:00:41)**    *03_16_18 Combo final3.101*

*WONG 542.1*

135:3   Q. What is being marked as Deposition Exhibit

135:4 542.

135:5   A. Thank you.

135:6   Q. And this is an e-mail exchange between you    *WONG 542.1.1*

135:7 and Sandy Kerns, on December 2nd of 2009.  Correct?

135:8   A. Yes.  I was in field assurance at the time.

135:9   Q. And who is Sandy Kerns?

135:10   A. She's a field assurance coordinator.    *WONG 542.1.2*

135:11   Q. Okay.  And she e-mails you and says "How

135:12 many filters fractures were in November?"  Right?

135:13   A. Yes.

| Page/Line | Source | ID |
|---|---|---|
| 135:18 - 136:13 | **Wong, Natalie 10-18-2016 (00:00:55)** | 03_16_18 Combo final3.102 |
| | 135:18   Q. And your -- your response was "19." | WONG 542.1.3 |
| | 135:19 Correct? | |
| | 135:20   A. Yes. | |
| | 135:21   Q. That means there was 19 filter fractures | |
| | 135:22 reported in November of 2009 -- | |
| | 135:23   A. Yes. | |
| | 135:24   Q. -- is that right? | |
| | 135:25 Is 19 a lot of fractures for a month? | |
| | 136:1   A. I don't remember.  It sounds like a lot. | |
| | 136:2   Q. Well, if there was 19 reported for one | clear |
| | 136:3 month, over the course of a year, that extrapolates | |
| | 136:4 to 221.  Right? | |
| | 136:5   A. Yeah, around that.  But -- | |
| | 136:6   Q. Is that a lot?  Would that be a lot of | |
| | 136:7 filter fractures in a year? | |
| | 136:8   A. Yeah.  It's -- it sounds unusually high for | |
| | 136:9 November, 19. | |
| | 136:10   Q. Well, you're -- it sounds like you're | WONG 542.1.4 |
| | 136:11 right, because Sandy's response is "youch."  Correct? | |
| | 136:12   A. Uh-huh.  Yup. | |
| | 136:13   Q. And what do you think she meant by that? | |
| 136:15 - 136:15 | **Wong, Natalie 10-18-2016 (00:00:02)** | 03_16_18 Combo final3.103 |
| | 136:15 THE WITNESS:  That it's a lot for a month. | |
| 136:17 - 137:4 | **Wong, Natalie 10-18-2016 (00:00:37)** | 03_16_18 Combo final3.104 |
| | 136:17   Q. what was done within Bard about | clear |
| | 136:18 the fact that there was 19 filter fractures reported | |
| | 136:19 in a single month? | |
| | 136:20   A. I don't know.  I mean, I would have to look | |
| | 136:21 at what those 19 were.  I don't know -- I don't | |
| | 136:22 recall, from 2009, if there was a trend. | |
| | 136:23   Q. Okay.  If you're -- if Bard is seeing | |
| | 136:24 something like 19 filter fractures in a single month, | |
| | 136:25 is -- how would they let physicians or patients know | |
| | 137:1 about this? | |
| | 137:2   A. They wouldn't let physicians or patients | |
| | 137:3 know yet.  I think we would look at the 19 and | |
| | 137:4 understand why there were 19. | |
| 138:12 - 138:22 | **Wong, Natalie 10-18-2016 (00:00:23)** | 03_16_18 Combo final3.105 |
| | 138:12   Q. What we do know is that there was 19 | |

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

138:13 filter fractures in November of 2009.  Right?
138:14   A. Yes.
138:15   Q. And that's -- and we also know there's not
138:16 an internal system within Bard to make physicians and
138:17 patients aware of that -- of that kind of large
138:18 number of fractures?
138:19   A. No.
138:20   Q. I think we're agreeing.  You're saying yes,
138:21 there is no internal process.  Correct?
138:22   A. Yes, there is no internal process.

**139:15 - 139:25**  **Wong, Natalie 10-18-2016 (00:00:20)**          03_16_18 Combo final3.106

139:15   Q. We would consider -- would you consider
139:16 this a spike in filter fractures?
139:17   A. I would have to look at the trend.
139:18   Q. Sandy Kerns seems to think it's a spike,
139:19 doesn't she, when she says "youch"?
139:20   A. Yeah, I think it would be a spike.
139:21   Q. And didn't we talk earlier about the fact
139:22 that that was something that would be important to
139:23 the trending and tracking?
139:24   A. Yes, and these would have been tracked and
139:25 trended.

**140:5 - 140:10**  **Wong, Natalie 10-18-2016 (00:00:12)**          03_16_18 Combo final3.107

140:5   Q. At what point in the process would -- would
140:6 physicians and patients be made aware of a spike in
140:7 fractures?
140:8   A. If it was a true spike, and we couldn't
140:9 explain it, it would go down the investigation
140:10 pathway.

**141:17 - 142:6**  **Wong, Natalie 10-18-2016 (00:00:46)**          03_16_18 Combo final3.108

WONG 543.1

141:17   Q. And do you have 543 in front of you?
141:18   A. Yes.
141:19   Q. And this is an e-mail from you to several          WONG 543.1.1
141:20 people attaching a presentation on caudal migration.
141:21 Correct?
141:22   A. Yes, for G2.
141:23   Q. Yeah, excuse me, for G2.  And it's dated
141:24 March 2nd of 2006?
141:25   A. Yes.
142:1   Q. And was this something you prepared?

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

142:2   A. Yes.

142:3   Q. And you were actually the lead investigator

142:4 on the G2 caudal migration failure investigations

142:5 report.  Right?

142:6   A. Yes.  With the support of my team.

**145:19 - 146:20   Wong, Natalie 10-18-2016 (00:01:40)**                    03_16_18 Combo final3.109

145:19   Q. And now look at the next page, if you

145:20 would.  Here we've got "G2 Compared to SNF and RNF,"     WONG 543.8

145:21 is the heading.  Right?

145:22   A. Yes.

145:23   Q. It says as of 2/28/06, SNF had zero caudal     WONG 543.8.1

145:24 migrations reported out of 34,000 sales.  Right?

145:25   A. Yes.

146:1   Q. And the RNF had three caudal migrations     WONG 543.8.2

146:2 reported out of 25,000 sales, right, for a caudal

146:3 migration rate of .01?

146:4   A. Yes.

146:5   Q. And do we know what the rate for the SNF

146:6 was?  I think if you look on page --

146:7   A. SNF is zero.

146:8   Q. Or, excuse me, do we know what the rate for     clear

146:9 the G2 was?

146:10   A. .15 percent.

146:11   Q. And that was -- that was 13 migrations in

146:12 only 8,900 sold?

146:13   A. 13 migrations in 8,924 sold, yes.

146:14   Q. And fair to say that the Recovery is more

146:15 resistant to caudal migration than the G2?

146:16   A. Yeah, I don't think we had that many

146:17 reports of caudal migration with Recovery.

146:18   Q. And the SNF is, given that it had zero

146:19 caudal migrations reported, it's certainly more

146:20 resistant to caudal migration than the G2.  Correct?

**146:22 - 146:23   Wong, Natalie 10-18-2016 (00:00:03)**                    03_16_18 Combo final3.110

146:22 THE WITNESS:  Yes, there were no caudal

146:23 migrations of the SNF.

**147:22 - 148:10   Wong, Natalie 10-18-2016 (00:00:46)**                    03_16_18 Combo final3.111

147:22 Based on the actual real-life data that was

147:23 available versus hypothetical world, the -- the G2

147:24 was less -- the -- excuse me, the SNF was better than

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

147:25 the G2 with regards to caudal migration?

148:1 MS. DALY:  He's talking about based on your

148:2 data here.

148:3 THE WITNESS:  That SNF -- sorry, SNF is

148:4 better than G2 on caudal migration, yes.

148:5 BY MR. DEGREEFF:

148:6   Q. And it would be -- based on the data

148:7 that's -- the available data that's in this

148:8 spreadsheet, it would be inaccurate to say that the

148:9 G2 was more stable than the -- than the RNF.

148:10 Correct?

**148:12 - 148:12**  **Wong, Natalie 10-18-2016 (00:00:05)**   03_16_18 Combo final3.112

148:12 THE WITNESS:  Yes.

**151:19 - 152:9**  **Wong, Natalie 10-18-2016 (00:00:50)**   03_16_18 Combo final3.113

WONG 543.16

151:19   Q. Okay.  Look at the next page, if you would.

151:20 This is the caudal severity description.  And I'm

151:21 looking at type III and type IV.  Caudal migration   WONG 543.16.2

151:22 can be -- can result in a reintervention to remove

151:23 the filter.  Right?

151:24   A. Yes, for -- for the type III.

151:25   Q. And, yeah, and caudal migration can result   WONG 543.16.3

152:1 in the need to repair damage to a patient's anatomy?

152:2   A. Yes.

152:3   Q. And caudal migration can result in patient   WONG 543.16.4

152:4 injury?

152:5   A. Yes.

152:6   Q. And caudal migration can result in a filter   WONG 543.16.6

152:7 no longer providing its primary function of -- of

152:8 protection from pulmonary embolism?

152:9   A. Yes.

**152:25 - 156:3**  **Wong, Natalie 10-18-2016 (00:04:22)**   03_16_18 Combo final3.114

WONG 543.16.7

152:25 And caudal migration can also result in

153:1 excessive tilt; is that right?

153:2   A. Yes.

153:3   Q. And it can also result in an arm and leg --

153:4 an arm or leg in a side branch of the vena cava?

153:5   A. Yes.

153:6   Q. And caudal migration can also result in

153:7 iliac or renal confluence?

153:8   A. I think here it's saying it could be in --

| Page/Line | Source | ID |
|---|---|---|
| | 153:9 it could migrate to the iliac renal confluence. | |
| | 153:10   Q. Yeah, you're right, correct.  And caudal | |
| | 153:11 migration can also result in perforation? | |
| | 153:12   A. Yes. | |
| | 153:13   Q. And caudal migration can result in -- in | |
| | 153:14 death, correct, according to the type IV? | WONG 543.16.8 |
| | 153:15   A. Yes. | |
| | 153:16   Q. And life-threatening injury? | WONG 543.16.9 |
| | 153:17   A. Yes. | |
| | 153:18   Q. All right.  Let's look at the -- there's | clear |
| | 153:19 a -- there's a -- a later one that says "G2 caudal | |
| | 153:20 threshold." | |
| | 153:21   A. There's two of them, which one? | |
| | 153:22   Q. The one -- the DFMEA. | |
| | 153:23   A. The first one? | WONG 543.20 |
| | 153:24   Q. Yeah. | |
| | 153:25   A. Okay. | |
| | 154:1   Q. And is this a DFMEA, I guess it's kind of | |
| | 154:2 the -- the presentation of the DFMEA? | |
| | 154:3   A. Hold on, let me look at this real quick. | clear |
| | 154:4 So this is not the DFMEA.  This is comparing our | |
| | 154:5 complaints and our complaint rate to the typing that | |
| | 154:6 we reviewed earlier to the ranking that's within the | |
| | 154:7 DFMEA. | |
| | 154:8   Q. Okay.  Well, the -- the ultimate ranking on | WONG 543.20.1 |
| | 154:9 this, and you -- it's in a red box, pointing to quad | |
| | 154:10 level states, that for type III and type IV the quad | |
| | 154:11 level was, "Unacceptable risk per FMEA, type III | |
| | 154:12 above threshold."  Correct? | |
| | 154:13   A. Yes, that's what it says. | |
| | 154:14   Q. And -- and what does that mean? | |
| | 154:15   A. So it's saying, with the severity that's | |
| | 154:16 been established with our complaint rate, that our -- | |
| | 154:17 that for type III, it's above the threshold of .05 | |
| | 154:18 percent. | |
| | 154:19   Q. And so if you look down in the -- in the | WONG 543.20.3 |
| | 154:20 left-hand corner, it -- if you look at quad versus | |
| | 154:21 detection ranking, B says, Quad 3 or 4, which we've | |
| | 154:22 got, right?  It's a Quad 3 or 4, isn't it, type III | |
| | 154:23 or type -- | |

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

154:24   A. Sorry, yes.

154:25   Q. And then it says "with detection of three

155:1 to five" -- and we've got detection of five.

155:2 Correct?

155:3   A. Yes.

155:4   Q. -- "requires recommended action prior to

155:5 product release."  Right?

155:6   A. Yes.

155:7   Q. And in this case, the G2 has already been

155:8 released.  Right?

155:9   A. Right.

155:10   Q. And so what was done to inform patients and

155:11 physicians that additional recommend -- that

155:12 additional actions were needed, and that there was an

155:13 unacceptable risk?

155:14   A. There was no communication.

155:15   Q. Why not?

155:16   A. Because I think when we started

155:17 investigating this, there were 13 and we're still

155:18 investigating why we haven't gone through the whole

155:19 investigation process yet.

155:20   Q. But you've got a -- you've got a product

155:21 that's already on the market.  Right?

155:22   A. Yes.

155:23   Q. And you've got an unacceptable risk per

155:24 Bard's internal FMEA analysis.  Right?

155:25   A. Through this analysis, yes.

156:1   Q. And you've got -- and -- and that requires

156:2 action to be taken by Bard.  Correct?

156:3   A. Yes.

clear

**156:19 - 157:3**    **Wong, Natalie 10-18-2016 (00:00:32)**

03_16_18 Combo final3.115

WONG 543.20.4

156:19   Q. You've had 13 complaints in 8,000 sales

156:20 with this -- with this G2 filter of caudal migration,

156:21 and only three in over 30,000 with the RNF.  Right?

156:22   A. Right.

156:23   Q. So that's -- that's trending in a bad

156:24 direction for -- with regard to caudal migration.

156:25 Fair?

157:1   A. Yes, but it's also limited data, because

157:2 when I put the summary together, I think we're four

clear

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

157:3 months.

157:6 - 157:15 **Wong, Natalie 10-18-2016 (00:00:36)**   03_16_18 Combo final3.116

157:6 Q. So the number of complaints that you've got
157:7 at the time you do this FMEA analysis is 13.  Right?
157:8   A. Right.
157:9   Q. And eight of those are type III.  Correct?     WONG 543.20.5
157:10   A. Yes.
157:11   Q. And type III includes that "the filter is
157:12 no longer providing primary function of protection
157:13 from PE," right?  Or a perforation or an injury.
157:14 Correct?
157:15   A. Yes.

157:16 - 157:21 **Wong, Natalie 10-18-2016 (00:00:19)**   03_16_18 Combo final3.117

157:16   Q. So this is -- this is a relatively
157:17 significant typing, right, I mean, type III is the     clear
157:18 second -- second to highest?
157:19   A. If the complaint came in and if -- and
157:20 if -- it was any one of those three, being
157:21 conservative, we'd marked it as a type III.

157:22 - 159:4 **Wong, Natalie 10-18-2016 (00:01:25)**   03_16_18 Combo final3.118

157:22   Q. any one of those things,
157:23 the filter not being effective, injury or
157:24 perforation, none of those are good things.  Right?
157:25   A. No.
158:1   Q. I think you're agreeing with me.  Am I
158:2 correct?
158:3   A. Yes, none of them are good things.
158:4   Q. Okay.  And eight of the 13 caudal migration
158:5 reports had those issues?
158:6   A. Had one or more of those issues.
158:7   Q. So even under Bard's own analysis,
158:8 the G2 caudal migration risk was unacceptable as of
158:9 this date?
158:10   A. Unacceptable -- unacceptable per the FMEA.
158:11   Q. Which is Bard's internal analysis.
158:12 Correct?
158:13   A. Yes.
158:14   Q. Now, looking at the next page, this is the
158:15 R002 ranking.  Correct?
158:16   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

WONG 543.21.2

158:17  Q. And it ranks type III migrations as a
158:18 potential severity of critical.  Right?
158:19  A. Yes.
158:20  Q. And critical means, "A failure that can
158:21 contribute to death, severe injury, permanent
158:22 significant disability or severe occupational illness
158:23 in a patient or device user."
158:24 Did I read that correctly?
158:25  A. Yes.

clear

159:1  Q. And eight of the 13 G2 caudal complaints
159:2 that Bard had at this time fit into that critical
159:3 category.  Right?
159:4  A. Yes.

**159:12 - 159:16    Wong, Natalie 10-18-2016 (00:00:15)**

03_16_18 Combo final3.119

159:12  Q. Isn't that, the fact that eight of the 13
159:13 caudal migrations with the G2 known to Bard fell into
159:14 something that can contribute to death or severe
159:15 injury, isn't that something that physicians or
159:16 patients needed to know?

**159:18 - 159:18    Wong, Natalie 10-18-2016 (00:00:01)**

03_16_18 Combo final3.120

159:18 THE WITNESS:  No, not at this point.

**163:15 - 163:18    Wong, Natalie 10-18-2016 (00:00:07)**

03_16_18 Combo final3.121

163:15  Q. Isn't this -- well -- the first time caudal
163:16 anchors were added in a Bard filter was the Meridian.
163:17 Correct?
163:18  A. I believe so.

**164:9 - 164:13    Wong, Natalie 10-18-2016 (00:00:17)**

03_16_18 Combo final3.122

WONG 544.3.1

164:9  Q. Well, as of April 28th, 2006, in your
164:10 memorandum right here is a statement about how to
164:11 prevent caudal migration.  Correct?

WONG 544.3.2

164:12  A. It's a statement of what Greenfield did to
164:13 prevent caudal migration.

**164:19 - 164:23    Wong, Natalie 10-18-2016 (00:00:21)**

03_16_18 Combo final3.123

clear

164:19  Q. Well, if you have this as an -- as an
164:20 option in 2006, and this is what was ultimately done
164:21 on the Meridian, why did it take over five years to
164:22 release a product with caudal anchors?
164:23  A. I don't know.  I wasn't on the team.

**167:18 - 167:20    Wong, Natalie 10-18-2016 (00:00:04)**

03_16_18 Combo final3.124

167:18  Q. Aren't you a -- a part of new product

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

167:19 development?
167:20  A. Yes.

**167:22 - 168:2**  **Wong, Natalie 10-18-2016 (00:00:18)**   03_16_18 Combo final3.125
167:22 do you not have an
167:23 understanding of how long it should take to -- to
167:24 make a change to a product?
167:25  A. I have an understanding of the steps we
168:1 need to release a product, but for an implant, like a
168:2 filter, I don't know what is a reasonable time frame.

**168:3 - 168:5**  **Wong, Natalie 10-18-2016 (00:00:07)**   03_16_18 Combo final3.126
168:3  Q. I mean, you can -- you can come up with --
168:4 you can go from a new theory of a new device to
168:5 launch in less than five years.  Right?

**168:7 - 168:7**  **Wong, Natalie 10-18-2016 (00:00:02)**   03_16_18 Combo final3.127
168:7 THE WITNESS:  Yes.

**168:9 - 168:16**  **Wong, Natalie 10-18-2016 (00:00:23)**   03_16_18 Combo final3.128
168:9  Q. I mean, you can literally get a new device
168:10 up and running with the bench testing and everything
168:11 else in less than five years?
168:12  A. I don't know.  I don't know what new test
168:13 methods we would have needed to develop during that
168:14 time frame.  I don't know the animal studies that we
168:15 would need to do.  I don't know.  I wasn't part of
168:16 filter development.

**168:17 - 168:21**  **Wong, Natalie 10-18-2016 (00:00:09)**   03_16_18 Combo final3.129
168:17  Q. my question's a little
168:18 different than that.  I mean, have you seen products,
168:19 new products, go from theory to launch in less than
168:20 five years?
168:21  A. Yes.

**168:22 - 168:24**  **Wong, Natalie 10-18-2016 (00:00:07)**   03_16_18 Combo final3.130
168:22  Q. And this was essentially the -- Meridian
168:23 was essentially the same product with caudal anchors
168:24 added.  Correct?

**169:1 - 169:2**  **Wong, Natalie 10-18-2016 (00:00:02)**   03_16_18 Combo final3.131
169:1 THE WITNESS:  I don't know.  I was not on
169:2 Meridian.

**170:6 - 170:23**  **Wong, Natalie 10-18-2016 (00:00:47)**   03_16_18 Combo final3.132
WONG 545.1
170:6  Q. you've been handed what's
170:7 marked as Deposition -- and I have no idea -- can you

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

170:8 tell us what the number is?

170:9   A. 545.

170:10   Q. Okay.  And this is an e-mail from you to

170:11 Gin Schulz on July 13th of 2006.  Correct?

170:12   A. Yes.

170:13   Q. And you're attaching the failure

170:14 investigation report for caudal migration?

170:15   A. Yes.

170:16   Q. And what is a failure investigation report?

170:17   A. It was an investigation we did to

170:18 investigate why the caudal migrations were occurring.

170:19   Q. Okay.  And if you look on page 2 of 15 of

170:20 the caudal migration, it lists -- it lists -- under

170:21 2.0 it lists you as the primary investigator.

170:22 Correct?

170:23   A. Yes.

**175:15 - 175:25**   **Wong, Natalie 10-18-2016 (00:00:30)**

175:15   Q. And then the next bullet point says, "The

175:16 overall risk ranking for caudal migration is

175:17 considered a 'Quad 3,'" and then the bullet under

175:18 that says, "Quad" -- "Quad ranking of 3 equals

175:19 significant risk."

175:20 Did I read that correctly?

175:21   A. Yes.

175:22   Q. So, Bard, for purposes of its failure modes

175:23 effects analysis deemed the overall risk ranking for

175:24 caudal migration to be significant; is that fair?

175:25   A. Yes.

**176:7 - 176:10**   **Wong, Natalie 10-18-2016 (00:00:12)**

176:7   Q. So, per Bard's -- per Bard's rationale in

176:8 this -- in this failure investigation report, the

176:9 over -- the -- a caudal migration represents a

176:10 significant risk.

**176:12 - 177:10**   **Wong, Natalie 10-18-2016 (00:01:32)**

176:12 THE WITNESS:  Per the DFMEA, it's a

176:13 Quad 3 significant risk.

176:14 BY MR. DEGREEFF:

176:15   Q. Okay.  And the DFMEA is -- what Bard

176:16 uses to assess risk.  Fair?

176:17   A. Yes.  It's one of the tools, yes.

ID column entries:
- WONG 545.1.1
- WONG 545.3.1
- 03_16_18 Combo final3.133
- WONG 545.11.1
- clear
- 03_16_18 Combo final3.134
- 03_16_18 Combo final3.135

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

176:18   Q. Okay.  Let's see, will you look at page 14
176:19 of 15.  This is the long -- and look under 10.1, it
176:20 says -- wait, what am I looking at?  Oh, yeah, 10.1,
176:21 long-term corrective action with regard to G2 caudal
176:22 migration.  It says, "In order to mitigate potential
176:23 future events related to this phenomenon, the G2
176:24 filter will be optimized to address these failure
176:25 modes.  The project was initiated in February of
177:1 2006, and the project number is 8049.  Within the
177:2 project scope, caudal migration test method will be
177:3 developed to further understand the root cause of
177:4 caudal migration."
177:5 Did I read that correctly?
177:6   A. Yes.
177:7   Q. So in February of 2006, Bard started
177:8 working on trying to -- trying to optimize its filter
177:9 to fix the caudal migration issue?
177:10   A. Yes.

WONG 545.15.1

clear

**178:18 - 178:20**   **Wong, Natalie 10-18-2016 (00:00:04)**          03_16_18 Combo final3.136

178:18   Q. During your time on the G2 filter, was a
178:19 root cause ever identified?
178:20   A. No.

**179:4 - 179:13**   **Wong, Natalie 10-18-2016 (00:00:25)**          03_16_18 Combo final3.137

WONG 545.15.2

179:4   Q. If you look down at -- at 10.3, it says
179:5 "Preventative Action."
179:6   A. Yes.
179:7   Q. Under that it says, "none."
179:8   A. Yes.
179:9   Q. So Bard essentially opted to do nothing
179:10 with regard to preventative action on the caudal
179:11 migration?
179:12   A. No preventative actions, but there were
179:13 corrective actions.

clear

**179:19 - 179:22**   **Wong, Natalie 10-18-2016 (00:00:06)**          03_16_18 Combo final3.138

179:19   Q. that doesn't help any, any
179:20 physicians or patients, unless they're told about the
179:21 issue.  Right?
179:22   A. Yes.

**180:10 - 180:18**   **Wong, Natalie 10-18-2016 (00:00:17)**          03_16_18 Combo final3.139

180:10   Q. Okay.  Well, let's look at that, then.

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

WONG 545.16.1

180:11 Look at the next page, number 13 is the subject
180:12 "Product/Remedial Action Recommendation."  Right?
180:13   A. Yeah.
180:14   Q. And the ultimate conclusion was "not
180:15 required at this time."  Right?
180:16   A. Right.
180:17   Q. So, again, Bard just -- Bard opted to do
180:18 nothing with regard to caudal migration?

**180:20 - 180:24   Wong, Natalie 10-18-2016 (00:00:04)**     03_16_18 Combo final3.140

clear

180:20 THE WITNESS:  No, we have corrective
180:21 actions.
180:22 BY MR. DEGREEFF:
180:23   Q. Internal corrective actions.  Right?
180:24   A. Yes.

**181:11 - 181:14   Wong, Natalie 10-18-2016 (00:00:06)**     03_16_18 Combo final3.141

181:11   Q. what they decided
181:12 to do with regard to remedial action and preventative
181:13 action was nothing.  Right?
181:14   A. At this time, no.

**181:18 - 181:22   Wong, Natalie 10-18-2016 (00:00:11)**     03_16_18 Combo final3.142

181:18   Q. Preventative actions and remedial actions
181:19 would be something that done outside of the company
181:20 to actually try to -- try to prevent injuries from
181:21 occurring?
181:22   A. Yes.  There were none.

**184:6 - 185:5   Wong, Natalie 10-18-2016 (00:01:08)**     03_16_18 Combo final3.143

184:6   Q. So does this mean that the G2,
184:7 percentagewise, had a greater number of leg
184:8 detachments than the RNF?
184:9   A. Yes.

WONG 546.18.1

184:10   Q. And then if you look down further
184:11 there's -- it says, "Caudal migration."  Correct?
184:12   A. Yes.
184:13   Q. G2, 14 percent; RNF, 3 percent?
184:14   A. Yes.
184:15   Q. Comments says, "G2 more caudal than RNF"?
184:16   A. Yes.
184:17   Q. And this is in November 30th of 2008.
184:18 Correct?
184:19   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

184:20   Q. And this was -- this increased rate of
184:21 caudal migration with the G2 versus the RNF is
184:22 consistent with everything we looked at in your 2006
184:23 PowerPoints also.  Right?
184:24   A. Yes, G2 had more caudal than RNF, yes.
184:25   Q. And caudal migration is an aspect of
185:1 stability of the filter.  Fair?
185:2   A. Yes.
185:3   Q. So would it be inaccurate to say that the
185:4 G2 had increased stability over the Recovery?
185:5   A. I don't know.

**185:6 - 186:7   Wong, Natalie 10-18-2016 (00:01:27)**

185:6   Q. Well, certainly, with regard to caudal
185:7 migration, it lacks stability in comparison to the
185:8 Recovery.  Correct?
185:9   A. In the caudal migration direction.
185:10   Q. Okay.  Well, look at the next one down,
185:11 cephalad migration, that's -- that's towards the
185:12 head.  Correct?
185:13   A. Yes.
185:14   Q. And you've got the G2 and the RNF both have
185:15 4 percent migration rate, right, cephalad migration
185:16 rate?
185:17   A. Yes.
185:18   Q. And the comment is "same."  Correct?
185:19   A. Yes, I'm just confused, though, with this
185:20 chart.
185:21   Q. Well, so you're looking at -- you've got
185:22 the G2 has a higher rate of migration, of caudal
185:23 migration rate than the RNF.  Right?
185:24   A. Yes, but I think it might be relative to
185:25 filter fracture.
186:1   Q. Well, there's -- there's a separate line
186:2 item in here that deals with limb detachments.
186:3 Right?
186:4   A. Yes, but this packet is for G2 and G2X
186:5 fracture analysis.  So I think these are fractures.
186:6 And of those fractures, how many were caudal
186:7 migration in association with the fracture.

**186:8 - 186:15   Wong, Natalie 10-18-2016 (00:00:26)**

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

186:8   Q. Well, wouldn't you say that in here, just
186:9 like you would say "G2X" if that's what you meant?
186:10   A. No, I think this is strictly G2.  I don't
186:11 think there's G2X in here, but I think this whole
186:12 packet is related to filter fracture.  So it's filter
186:13 fracture with caudal migration is 14 percent.  With
186:14 cephalad, it's 4 percent.  With tilt it's 39 percent,
186:15 and with perforation it's 36 percent.

**191:8 - 191:23**   **Wong, Natalie 10-18-2016 (00:00:30)**   03_16_18 Combo final3.146   WONG 547.1

191:8   Q. You're going to be handed what's been
191:9 marked as Deposition Exhibit 547.  Have you got that
191:10 in front of you?
191:11   A. Yes.
191:12   Q. And if you look at the very top, there's an   WONG 547.1.1
191:13 e-mail from you to Brian Hudson with the subject
191:14 line, "FDA Request for Information."  Correct?
191:15   A. Yes.
191:16   Q. And the date is May 9th of 2006?
191:17   A. Yes.
191:18   Q. And there are some attachments to that.  It
191:19 looks like three different attachments?
191:20   A. Yes.
191:21   Q. And your e-mail says, "Please see
191:22 attached"?
191:23   A. Yes.

**192:25 - 193:14**   **Wong, Natalie 10-18-2016 (00:01:01)**   03_16_18 Combo final3.147   clear

192:25   Q.  feel free to review the e-mail below
193:1 that, but it looks like what the FDA is -- is looking
193:2 for is rate information regarding device failure
193:3 modes, essentially.  Right?
193:4   A. Yes.  They're requesting failure mode rate
193:5 information.
193:6   Q. And, specifically, they're requesting rate
193:7 information with regard to a difficult -- difficulty
193:8 to deploy, caudal migration, and cephalad migration.
193:9 Right?
193:10   A. Yes.
193:11   Q. And then -- and so what's attached to this
193:12 e-mail is the draft responses to the FDA.  Fair?
193:13   A. Yeah, I don't think they're complete,

| Page/Line | Source | ID |
|---|---|---|
| | 193:14 though. | |
| 194:18 - 196:13 | **Wong, Natalie 10-18-2016 (00:02:34)** | 03_16_18 Combo final3.148 |
| | 194:18   Q. And these are two different letters that | |
| | 194:19 are attached to the -- to this e-mail string | |
| | 194:20 responding to the FDA on their request for rates -- | |
| | 194:21   A. Yes. | |
| | 194:22   Q. And this first one regarding caud -- caudal | |
| | 194:23 migration states, you know, that the -- it begins by | |
| | 194:24 saying, "The IFU states complications may occur at | WONG 547.5.1 |
| | 194:25 any time during or after the procedure, and potential | |
| | 195:1 complications include, but are not limited to, | |
| | 195:2 movement or migration of the filter as a known | |
| | 195:3 complication of vena cava filters."  Right? | |
| | 195:4   A. Yes. | |
| | 195:5   Q. And then the second paragraph goes on to | |
| | 195:6 discuss the DFMEA for this -- for this device that | |
| | 195:7 was performed with regard to caudal migrations. | |
| | 195:8 Right? | |
| | 195:9   A. It discusses the DFMEA, yes. | |
| | 195:10   Q. Okay.  And it starts by saying, as | |
| | 195:11 designed -- "As defined in the design failure modes | WONG 547.5.2 |
| | 195:12 and effects analysis for this product, the expected | |
| | 195:13 frequency of occurrence for caudal migration | |
| | 195:14 resulting in an effect (i.e., severity) similar to | |
| | 195:15 this complaint is less than or equal to .05 percent." | |
| | 195:16 Did I read that correctly? | |
| | 195:17   A. Yes. | |
| | 195:18   Q. Then it goes on to state, "The observed | |
| | 195:19 frequency of occurrence is .129 percent (as of April | |
| | 195:20 30th, 2006), of which none of these events have been | |
| | 195:21 associated with death.  As the actual rate of | |
| | 195:22 occurrence exceeds the expected rate, the level of | |
| | 195:23 risk for this specific failure mode was reassessed in | |
| | 195:24 the DFMEA." | |
| | 195:25 So let's -- let's stop there for a second. | clear |
| | 196:1 So what you're -- what's being said here is the | |
| | 196:2 expected frequency, as set forth in Bard's DFMEA | |
| | 196:3 analysis, for caudal migrations similar to this one | |
| | 196:4 that they're asking about was .05 percent.  Correct? | |
| | 196:5   A. For caudal migration -- yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | 196:6   Q. And then -- but Bard is reporting that | |
| | 196:7 the -- the actual observed frequency, meaning what | |
| | 196:8 their data has told them, is that the occurrence is | |
| | 196:9 .129 percent, as of April 30th of 2006.  Right? | |
| | 196:10  A. Yes. | |
| | 196:11  Q. And -- and that rate of occurrence exceeds | |
| | 196:12 the expected rate? | |
| | 196:13  A. Yes. | |
| 196:23 - 198:9 | **Wong, Natalie 10-18-2016 (00:02:23)** | 03_16_18 Combo final3.149 |
| | 196:23  Q. So my question was, the -- the actual -- | |
| | 196:24 what the FDA's being told by Bard is that the actual | |
| | 196:25 observed frequency of occurrence exceeds the | |
| | 197:1 expected -- the expected rate of occurrence under the | |
| | 197:2 DFMEA analysis? | |
| | 197:3  A. Yes. | |
| | 197:4  Q. And if that occurs, that means that it's an | |
| | 197:5 unacceptable risk and action needs to be taken. | |
| | 197:6 Right? | |
| | 197:7  A. Yes. | |
| | 197:8  Q. And so -- but what Bard then says, and this | |
| | 197:9 is the part I'm confused about and need your help | |
| | 197:10 with is, "As the actual rate of occurrence exceeds | WONG 547.5.3 |
| | 197:11 the expected rate, the level of risk for this | |
| | 197:12 specific failure mode was reassessed in the DFMEA. | |
| | 197:13 Upon secondary assessment, the overall risk level, | |
| | 197:14 which consists of occurrence, severity, and | |
| | 197:15 detection, remains below the risk threshold.  The | |
| | 197:16 risk remains at an acceptable level per BVV's [sic] | |
| | 197:17 risk management assessment team." | |
| | 197:18 Did I read that correctly? | |
| | 197:19  A. Yes. | |
| | 197:20  Q. So what I -- what I think this says is that | clear |
| | 197:21 Bard's product failed Bard's DFMEA as to caudal | |
| | 197:22 migration, so they just reassessed it so they would | |
| | 197:23 pass; is that correct? | |
| | 197:24  A. We reassessed it, I -- I'm trying to think | |
| | 197:25 of the timeline here, because in the initial DFMEA | |
| | 198:1 for G2, caudal wasn't separated out for migration. | |
| | 198:2 So I'm not exactly sure where that .05 came from.  I | |
| | 198:3 would have to look at the DFMEA, because the DFMEA's | |

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

198:4 also typed out as well.

198:5 So I don't know if that -- because the

198:6 DFMEA's typed out, the typing the one through four,

198:7 that we saw earlier, I don't know what that .05

198:8 refers to, because the FDA question is related to the

198:9 observed frequency and severity of that occurrence.

**199:12 - 200:13    Wong, Natalie 10-18-2016 (00:01:06)**                    03_16_18 Combo final3.150

199:12   Q. This document actually

199:13 states that the actual rate of occurrence exceeds the

199:14 expected rate.  Right?

199:15   A. Yes.

199:16   Q. So, I mean, there's not -- there's not

199:17 really a question about that.  Right?

199:18   A. Right.

199:19   Q. So then they -- then they go on to say that

199:20 they -- they reassessed it, and what they basically

199:21 say is, well, we failed, but then we went back and we

199:22 reassessed so now we passed, so it's okay.  Right?

199:23   A. I would want to know what that secondary

199:24 reassessment looked like.  I don't remember.

199:25   Q. Okay.  Well, let's move on to the next

200:1 paragraph.  The next paragraph, if you look at,

200:2 starting on sentence two, and this is that same

200:3 letter regarding caudal migrations, it says, "For the

200:4 clinically relevant threshold (2 percent) for

200:5 migration, one should consider the Society of

200:6 Interventional Radiologists' quality improvement

200:7 guidelines."

200:8 Do you see that?

200:9   A. Yes.

200:10   Q. Didn't we discuss earlier about the fact

200:11 that Bard didn't consider the SIR guidelines to be a

200:12 threshold?

200:13   A. Yes.

**201:5 - 201:15    Wong, Natalie 10-18-2016 (00:00:27)**                    03_16_18 Combo final3.151

201:5   Q. it's your understanding of the

201:6 SIR guidelines as the -- one of the people that's in

201:7 new product development and a member of the quality

201:8 engineering team, that the SIR guidelines represent a

201:9 threshold for migra -- for caudal migration?

**03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3**

| Page/Line | Source | ID |
|---|---|---|

201:10  A. There's threshold numbers in the SIR
201:11 guidelines, but we set our own internal threshold to
201:12 be lower than that.
201:13  Q. You set your own internal threshold lower
201:14 than the SIR guidelines?
201:15  A. Yeah, which -- yeah.

201:16 - 202:11 **Wong, Natalie 10-18-2016 (00:01:06)**            03_16_18 Combo final3.152

201:16  Q. Then why would Bard
201:17 tell the FDA that the SIR thresh -- SIR guidelines
201:18 thresholds were -- were important?
201:19  A. Because I think that's what was out there
201:20 in industry was this SIR guidelines.
201:21  Q. Isn't it more likely that it's because Bard
201:22 failed its own internal threshold, so it had to come
201:23 up with some threshold that it passed?
201:24  A. I don't know.
201:25  Q. That's certainly possible, isn't it?
202:1  A. It is possible, but I think the SIR
202:2 guidelines are what industry was saying is clinically
202:3 relevant threshold percentage.
202:4  Q. And if you look at -- so, there was a                WONG 547.6.1
202:5 threshold of 2 percent, as reported to the FDA here?
202:6 You see the threshold -- movement migration,
202:7 threshold from SIR guidelines 2 percent?
202:8  A. Yes.
202:9  Q. That would mean it was acceptable for 1 in
202:10 50 -- for 1 in 50 filters to migrate.  Right?
202:11  A. Yes, per the guidelines.

202:12 - 202:15 **Wong, Natalie 10-18-2016 (00:00:14)**            03_16_18 Combo final3.153

clear

202:12  Q. Does that sound acceptable to you?
202:13  A. I don't know.  It's -- I think it's up to
202:14 the physician to under -- to determine what's
202:15 significantly -- what's significant migration.

202:18 - 203:8 **Wong, Natalie 10-18-2016 (00:00:35)**            03_16_18 Combo final3.154

202:18  Q. My question is, does 1 in 50 filter
202:19 migrations sound like something that Bard would deem
202:20 acceptable?
202:21  A. No.
202:22  Q. But -- but here Bard is telling the FDA
202:23 that's an acceptable threshold?

| | 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

202:24   A. From industry guidelines, SIR guidelines.
202:25   Q. Yeah, but Bard --
203:1   A. But we're not close to that number, we're
203:2 at .129 percent.
203:3   Q. Yeah, but my question is, I mean, here Bard
203:4 is telling the FDA that a clinically relevant
203:5 threshold for migration is 2 percent, but yet
203:6 internally applying a much stricter threshold.
203:7 Right?
203:8   A. Yes.

**203:9 - 203:14     Wong, Natalie 10-18-2016 (00:00:17)**          03_16_18 Combo final3.155

203:9   Q. Why would you need to pass
203:10 on that -- that 2 percent threshold to the FDA,
203:11 unless it was because Bard didn't pass its own
203:12 internal thresholds?
203:13   A. I mean, I know we set our -- ours more
203:14 rigorous.

**204:1 - 205:2     Wong, Natalie 10-18-2016 (00:01:13)**          03_16_18 Combo final3.156

204:1   Q. Well, let's look at the next                          WONG 547.6.2
204:2 paragraph down, it says, "Per table 1 above, BPV's
204:3 overall migration rate is within the range of
204:4 reported (0 to 18 percent), and below the threshold
204:5 (2 percent) rates, as described in the SIR quality
204:6 improvement guidelines.  In conclusion, the G2 filter
204:7 migration rate is below the risk threshold per BPV's
204:8 internal risk management system, and is below the
204:9 event rates and threshold reported in the SIR quality
204:10 improvement guidelines."
204:11 Did I read that correctly?
204:12   A. Yes.
204:13   Q. So Bard is certainly using the                       clear
204:14 SIR threshold here as the threshold -- one of the
204:15 threshold rates that it is better than.  Correct?
204:16   A. Yes.
204:17   Q. But yet it's not using that internally as a
204:18 threshold.  Right?
204:19   A. No.
204:20   Q. And Bard would never consider 1 in 50
204:21 filters migrating to be -- to be a reasonable
204:22 standard, would they?

| Page/Line | Source | ID |
|-----------|--------|-----|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

204:23   A. No, which is why we set ours lower.
204:24   Q. Okay.  And it then says that Bard's G2
204:25 filter migration rate is below the risk threshold per
205:1 its risk management system.  Right?
205:2   A. Yes.

**205:3 - 205:8**   **Wong, Natalie 10-18-2016 (00:00:15)**   03_16_18 Combo final3.157

205:3   Q. Well, that's not right.  I know -- we know
205:4 that it -- we know that it initially failed it until
205:5 it did the reassessment.  Right?
205:6   A. But I need to look at the DFMEA, to see if
205:7 we increased our overall risk profile, because I -- I
205:8 can't derive that from this paragraph.

**205:9 - 206:1**   **Wong, Natalie 10-18-2016 (00:00:46)**   03_16_18 Combo final3.158

205:9   Q. So basically what we've got here is
205:10 they're -- they're telling -- they're telling the
205:11 FDA -- Bard's telling the FDA everything's --
205:12 everything's okay with caudal migration rates,
205:13 because we failed our own internal DFMEA, but we
205:14 reassessed, so it's okay, we passed now.  And we're
205:15 lower than the 1 in 50 migration threshold set by the
205:16 SIR.  Right?
205:17   A. I need to look at that DFMEA again.
205:18   Q. That's not exactly what they're saying, I
205:19 mean, that's essentially what they're saying.  Right?
205:20   A. They're saying we're within our risk
205:21 thresholds for our internal risk management system,
205:22 and we're below the thresholds within the SIR.
205:23   Q. Okay.  And we're talking about an analysis
205:24 that they admit right here that the actual rate of
205:25 occurrence exceeds the expected rate.  Right?
206:1   A. Yes.

**206:2 - 206:10**   **Wong, Natalie 10-18-2016 (00:00:19)**   03_16_18 Combo final3.159

206:2   Q. But it's cool, because we reassessed.
206:3 Right?
206:4   A. No, it's not.  We reevaluated it, but I
206:5 need to see that DFMEA to see what that means.
206:6   Q. As you sit here as the person who was in
206:7 charge of the G2 caudal migration failure
206:8 investigation, you don't remember anything about
206:9 that?

| Page/Line | Source | ID |
|---|---|---|

**03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3**

| Page/Line | Source | ID |
|---|---|---|
| 206:11 - 206:14 | 206:10   A. I need to go back to the document.<br>**Wong, Natalie 10-18-2016 (00:00:14)**<br>206:11   Q. Looking at the next letter, this is<br>206:12 the -- this is the cranial migration response.<br>206:13 Correct?<br>206:14   A. Yes. | 03_16_18 Combo final3.160 |
| 206:15 - 206:15 | **Wong, Natalie 10-18-2016 (00:00:01)**<br>206:15   Q. what they say here is, | 03_16_18 Combo final3.161 |
| 206:18 - 206:22 | **Wong, Natalie 10-18-2016 (00:00:19)**<br>206:18   "design failure modes and effects analysis<br>206:19 for this product, the expected frequency of<br>206:20 occurrence for a cephalad migration, resulting in an<br>206:21 effect (i.e., severity) similar to this complaint, is<br>206:22 less than or equal to .05 percent." | 03_16_18 Combo final3.162<br>WONG 547.7.2 |
| 206:23 - 207:3 | **Wong, Natalie 10-18-2016 (00:00:11)**<br>206:23 I read that correctly.  Right?<br>206:24   A. Yes.<br>206:25   Q. And it then says "The observed frequency of<br>207:1 occurrence is .016 percent as of April 30th, 2006."<br>207:2 Right?<br>207:3   A. Yes. | 03_16_18 Combo final3.163<br>WONG 547.7.3 |
| 209:15 - 209:22 | **Wong, Natalie 10-18-2016 (00:00:22)**<br>209:15   Q. I mean, you were in charge of G2 caudal<br>209:16 migration failure investigation.  Right?<br>209:17   A. Yes.<br>209:18   Q. So you can't point me to some data saying<br>209:19 caudal migrations are not as bad as cephalad?<br>209:20   A. The data is the complaint data.<br>209:21   Q. Okay.<br>209:22   A. And the resulting severities of those. | 03_16_18 Combo final3.164<br>clear |
| 218:6 - 219:4 | **Wong, Natalie 10-18-2016 (00:01:08)**<br>218:6   Q. And another document, 545, can you<br>218:7 get that exhibit, please.<br>218:8   A. Yes.<br>218:9   Q. And look at -- if you look at the page 14<br>218:10 of 15, you and Mr. Degreeff talked about this a<br>218:11 little bit.  See where -- see the word "optimized,"<br>218:12 "The long-term corrective action in order to mitigate<br>218:13 potential future events related to this phenomenon,<br>218:14 the G2 filter will be optimized." | 03_16_18 Combo final3.165<br>WONG 545.1<br><br>WONG 545.15<br><br>WONG 545.15.4 |

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

218:15 Do you see where I am?
218:16   A. Yes.
218:17   Q. And that means it needs to be redesigned,
218:18 right?
218:19   A. It means to make improvements.
218:20   Q. You need to fix it?  You need to make it
218:21 better, how's that?
218:22   A. Yes.
218:23   Q. You -- you need to figure out what you need
218:24 to do to the design of the G2 to mitigate the
218:25 potential future events of caudal migration.
219:1 Correct?
219:2   A. Yes, and --
219:3   Q. Pardon me?
219:4   A. And to prevent other failure modes.

**219:8 - 219:12     Wong, Natalie 10-18-2016 (00:00:14)**

219:8  Here, optimize means we have to do something
219:9 to the G2 filter, from a design perspective, to make
219:10 it better to see if we can make this caudal migration
219:11 go away or at least minimize it.  True?
219:12   A. Yes.

**219:17 - 219:20     Wong, Natalie 10-18-2016 (00:00:05)**

219:17   Q. And one way to avoid the risk while you're
219:18 redesigning it would be to just stop selling it.
219:19 Correct?
219:20   A. Yes.

**220:6 - 220:10     Wong, Natalie 10-18-2016 (00:00:32)**

220:6 Exhibit 537, we're going to spend
220:7 some time on 537.  Okay?  That's the one where the
220:8 front e-mail is a May 27, 2004 e-mail from Doug
220:9 Uelmen to Kellee Jones.  Do you see where I am?
220:10   A. 537, yes.

**220:14 - 220:22     Wong, Natalie 10-18-2016 (00:00:19)**

220:14   Q.  I want to make
220:15 sure the jury understands who he is, Doug Uelmen
220:16 worked for C. R. Bard.  Correct?
220:17   A. Yes.
220:18   Q. And he was in corporate?
220:19   A. At this time, he was my VP of quality.
220:20   Q. Okay.  At BPV or was he a C. R. Bard

clear

03_16_18 Combo final3.166

03_16_18 Combo final3.167

03_16_18 Combo final3.168

WONG 537.1.1

03_16_18 Combo final3.169

clear

| | | |
|---|---|---|
| | 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | |
| **Page/Line** | **Source** | **ID** |

220:21 employee?

220:22   A. At BPV.

**231:4 - 231:18**   **Wong, Natalie 10-18-2016 (00:00:28)**

231:4   Q. And then in the left-hand column, you

231:5 listed the Recovery filter, along with each of the

231:6 other filters to which it was compared in your

231:7 analysis.  Correct?

231:8   A. Yes.

231:9   Q. So you were running this analysis to do a

231:10 comparison between the Recovery filter and all of

231:11 these other filters.  That was the purpose of the

231:12 analysis?

231:13   A. Yes.

231:14   Q. And -- and you were going to see if -- if

231:15 the analysis would come up with some statistically

231:16 significant differences as it relates to fatalities.

231:17 True?

231:18   A. Yes.

**232:19 - 233:12**   **Wong, Natalie 10-18-2016 (00:00:59)**

232:19   Q. Is it correct that the averages in those

232:20 columns reflect the percentages calculated by

232:21 dividing the combined total sales for each device

232:22 into the number of adverse events for all of the

232:23 sample periods?

232:24   A. I don't remember how I calculated the

232:25 average, I don't know if I used the percent or if I

233:1 used the raw number.

233:2   Q. But the average that you calculated for

233:3 Recovery is 0.031 -- I'm sorry, let me start over.

233:4 The average that you calculated for Recovery is

233:5 0.0371 percent.  Correct?

233:6   A. Yes.

233:7   Q. And that was higher than the average for

233:8 any other filter on your table.  True?

233:9   A. Yes.

233:10   Q. Is it correct you calculated a reporting

233:11 rate percentage of 0.001 percent for Greenfield?

233:12   A. Yes.

**234:7 - 234:11**   **Wong, Natalie 10-18-2016 (00:00:13)**

234:7   Q. you know enough about being involved in

03_16_18 Combo final3.170

WONG 537.7.6

03_16_18 Combo final3.171

WONG 537.7.7

WONG 537.7.8

03_16_18 Combo final3.172

clear

| Page/Line | Source | ID |
|---|---|---|
| | 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | |

234:8 this industry that Recovery doesn't even get to be
234:9 marketed unless it's -- it is at least as safe and
234:10 effective as its predicate device, here the Simon
234:11 Nitinol filter.  Right?

**234:13 - 234:13**    **Wong, Natalie 10-18-2016 (00:00:01)**    03_16_18 Combo final3.173

234:13 THE WITNESS:  Yes.

**249:13 - 250:9**    **Wong, Natalie 10-18-2016 (00:01:13)**    03_16_18 Combo final3.174

WONG 549.1.1

249:13   Q. Okay.  549 is an e-mail -- well, it
249:14 actually is -- yes, it is an e-mail, dated May 27,

WONG 549.1.2

249:15 2004 from Natalie Wong to Doug Uelmen.  Does this
249:16 help refresh your recollection as to whether or not
249:17 you might have actually gotten more involved in this
249:18 analysis and procedure than after May 21?
249:19   A. I think -- yeah, I remember -- I remember
249:20 seeing this e-mail now.
249:21   Q. And you wrote -- and you wrote this e-mail
249:22 to Mr. Uelmen on May 27, 2004?
249:23   A. Yes.
249:24   Q. And it's -- the subject matter is Recovery
249:25 stats.  Right?
250:1   A. Yes.
250:2   Q. And do you see where you report to Doug    WONG 549.1.6
250:3 that you're "using the criteria you indicated this
250:4 morning," meaning Doug.  Right?
250:5   A. Yes.
250:6   Q. "I have evaluated the data."  Right?
250:7   A. Yes.
250:8   Q. So he's having you evaluate more data?
250:9   A. Yes.

**251:24 - 252:9**    **Wong, Natalie 10-18-2016 (00:00:20)**    03_16_18 Combo final3.175

clear

251:24   Q. didn't you
251:25 assume when you got this that there was one more
252:1 death that was going to be counted for this analysis?
252:2   A. No, I think he was just asking me to rerun    WONG 549.1.4
252:3 the numbers with the volume of 13,000 and another
252:4 datapoint.
252:5   Q. Of one failure?
252:6   A. Of one failure.
252:7   Q. What did you think that failure was?
252:8   A. I don't know.  It would have been death,

| Page/Line | Source | ID |
|---|---|---|

252:9 given the data that was provided.

252:13 - 254:5 **Wong, Natalie 10-18-2016 (00:01:56)**

252:13   Q. He wanted you to run an

252:14 additional analysis.  Right?

252:15   A. Yes.

252:16   Q. And did -- did he -- did he tell you that

252:17 he had learned of an additional death report with

252:18 Recovery after he last spoke to you?

252:19   A. He didn't tell me that.

252:20   Q. Did he tell you he wanted to see what the

252:21 results would be if that death case was added to your

252:22 analysis?

252:23   A. I think that's why he asked me to look at

252:24 the data again.

252:25   Q. And you evaluated the data.  Correct?

253:1   A. Yes.

253:2   Q. And you tell Mr. Uelmen that at a 95

253:3 percent confidence, there is not a significant

253:4 difference between Recovery and TrapEase and OptEase.

253:5 Do you see that?

253:6   A. Yes.

253:7   Q. Okay.  That's different than what you had

253:8 reported earlier.  Right?

253:9   A. Yes, and I think it's because of the

253:10 addition, with the new assumptions.

253:11   Q. Right.  So as more data's coming in, you're

253:12 being provided -- you're using the same computer

253:13 program to see if you can come up with statistical

253:14 significance, 95 percent confidence level.  True?

253:15   A. Yes.

253:16   Q. And if you look at the -- at the last

253:17 exhibit, this was seven days earlier, now with this

253:18 additional information, the Greenfield and the

253:19 VenaTech are taken out of the not significant

253:20 difference category and they're added to the

253:21 significant difference category.  True?

253:22   A. Yes.

253:23   Q. So now, seven days later, with one

253:24 additional death, at 95 percent confidence, there is

253:25 a significant difference between Recovery and

*03_16_18 Combo final3.176*

clear

*WONG 54S.1.5*

clear

| Page/Line | Source | ID |
|---|---|---|

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

254:1 Greenfield, G|nther Tulip, Birds Nest filter, SNF,
254:2 and VenaTech.  Correct?
254:3   A. Yes.
254:4   Q. As it relates to fatalities.  Right?
254:5   A. Yes.

**254:21 - 255:14**  **Wong, Natalie 10-18-2016 (00:00:46)**   03_16_18 Combo final3.177

254:21   Q. Okay.  I mean, did you know as of May of
254:22 2004, they were actually in the process of
254:23 redesigning the Recovery filter because they knew
254:24 they had a crisis with respect to its propensity to
254:25 migrate and fracture?
255:1   A. I didn't know that at that point.
255:2   Q. You found that out at some point.  Right?
255:3   A. Yeah, some point later.
255:4   Q. That this thing was not designed to take
255:5 care of the type of -- type of clots that it was
255:6 designed to take care of.  You learned that.  Right?
255:7   A. Yes.
255:8   Q. But yet it continued to sell the product,
255:9 knowing that it had design issues and failures.
255:10 True?
255:11   A. Yes.
255:12   Q. And it didn't stop until it had the G2
255:13 filter available to -- to market?
255:14   A. Yes.

**257:2 - 257:17**  **Wong, Natalie 10-18-2016 (00:00:47)**   03_16_18 Combo final3.178

257:2   Q. So then, as of May 27, 2004, the Recovery's
257:3 reporting rate for death events was statistically
257:4 significantly higher than five of the seven other
257:5 filters on the market.  Right?  True?
257:6   A. Compared to five --
257:7   Q. Five other --
257:8   A. Yes.
257:9   Q. Five other devices on the market?
257:10   A. Yes.
257:11   Q. And -- and even though there was not
257:12 statistical significance in comparing it to the two
257:13 other filters, the TrapEase and the OptEase, just
257:14 from a pure comparative analysis, the Recovery filter
257:15 was causing more fatalities than the TrapEase and the

03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3

| Page/Line | Source | ID |
|---|---|---|

257:16 OptEase based on the data you had.  True?

257:17   A. Yes.

**264:22 - 265:21**   **Wong, Natalie 10-18-2016 (00:01:25)**    03_16_18 Combo final3.179

264:22   Q. even with the additional datapoints and

264:23 additional data with respect to the Recovery filter,

264:24 it -- it continued to show the statistically

264:25 significant difference in fatalities between it and

265:1 not only the filters that were on -- that were listed

265:2 in May, but actually two more filters, when it comes

265:3 to fatalities?

265:4   A. I think -- I don't know if it's two more

265:5 filters.  It's inclusive of the ones I found in May.

265:6   Q. And plus two.  Plus the Greenfield and the

265:7 VenaTech.  Right?

265:8   A. Oh, yes.  Yes.

265:9   Q. And just so we don't lose sight of this,

265:10 the data that was run in comparing the Recovery

265:11 filter to the Simon Nitinol filter was not MAUDE

265:12 data, was not IMS data, but it was actual complaint

265:13 data and actual sales data that Bard had in its

265:14 possession.  True?

265:15   A. I believe that to be true.

265:16   Q. You didn't have to worry about whether or

265:17 not some other company was inaccurately reporting

265:18 their sales or inaccurately reporting their deaths.

265:19 This was a head-to-head comparison of actual data

265:20 that Bard had themselves.  True?

265:21   A. Yes.

**287:20 - 288:12**   **Wong, Natalie 10-18-2016 (00:00:36)**    03_16_18 Combo final3.182

287:20   Q. So somebody asked you for the data

287:21 comparing the Recovery filter to the Simon Nitinol

287:22 filter.  Right?

287:23   A. Yes.

287:24   Q. And do you know -- did they tell you why

287:25 that was important?

288:1   A. I think we were just doing comparison.

288:2   Q. I know, but did they tell you why the --

288:3 why the Simon Nitinol filter?

288:4   A. I think that's the other -- that's the only

288:5 other filter we had at the time.

| Page/Line | Source | ID |
|---|---|---|
| | **03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3** | |

288:6   Q. Well, could it be because it was the
288:7 predicate filter too?
288:8   A. Yes.
288:9   Q. And could it be because the best data that
288:10 you had for doing comparisons was the Recovery filter
288:11 data and the Simon Nitinol filter data?
288:12   A. Yes.

288:15 - 289:3   **Wong, Natalie 10-18-2016 (00:00:38)**   03_16_18 Combo final3.183

288:15  are you the one
288:16 who ran this, these statistics, in other words, is
288:17 this your count?
288:18   A. Yes.
288:19   Q. And you determined that as of January 31,
288:20 '06, that in the lifetime of the Recovery filter,
288:21 there were 95 fractures, including one in a clinical
288:22 trial, and the Simon Nitinol filter as of the third
288:23 quarter of 2005 had three fractures.  Right?
288:24   A. Yes.
288:25   Q. And the Simon Nitinol filter had been on
289:1 the market for at least 10 years longer than the
289:2 Recovery filter.  Right?
289:3   A. I don't remember.

---

Plaintiffs Designations = 01:03:46
Defense Designations = 00:13:03
Pliaintiffs and Defense Designations = 00:03:51
**Total Time = 01:20:40**

**Documents Shown**
WONG 537
WONG 538
WONG 539
WONG 540
WONG 541
WONG 542
WONG 543
WONG 544
WONG 545
WONG 546

| 03_16_18 Combo final3-Wong 10-18-16 Booker Depo Designations final3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

WONG 547
WONG 549

# EXHIBIT C

**Designation Run Report**

# Hudnall 11-01-13 Booker Depo Designations final4

---

**Hudnall, Janet 11-01-2013**

---

**Plaintiffs Designations  00:25:31**

**DefenseDesignations  00:03:47**

**P & D Designations  00:00:18**

**Total Time  00:29:36**



| Page/Line | Source | ID |
|---|---|---|

**03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4**

| Page/Line | Source | ID |
|---|---|---|
| 5:20 - 5:22 | **Hudnall, Janet 11-01-2013 (00:00:03)** | 03_13_18 combo final4.1 |

5:20   Q. Could you state your full name for the
5:21 record, please?
5:22   A. Janet Hudnall.

| 17:4 - 17:20 | **Hudnall, Janet 11-01-2013 (00:00:33)** | 03_13_18 combo final4.2 |

17:4   Q. when you were
17:5 at Bard, in addition to your salary, was there any
17:6 incentive or bonus or --
17:7   A. There was a bonus program.
17:8   Q. Okay.  How did the bonus program work at
17:9 Bard?
17:10   A. 25 percent of the annual salary.
17:11   Q. Based on what kind of performance?
17:12   A. Based on -- based on meeting company or
17:13 the divisional objectives, as well as personal
17:14 objectives, for the year.
17:15   Q. Okay.  And was it -- was that across the
17:16 product line of Bard, C.R. Bard?
17:17   A. What does that mean?
17:18   Q. In other words, it -- it was a
17:19 performance-based bonus, right?
17:20   A. Performance-based bonus, yes.

| 21:2 - 21:4 | **Hudnall, Janet 11-01-2013 (00:00:04)** | 03_13_18 combo final4.3 |

21:2   Q. When did you first become involved in any
21:3 capacity with IVC filters?
21:4   A. 2002.

| 35:1 - 35:10 | **Hudnall, Janet 11-01-2013 (00:00:31)** | 03_13_18 combo final4.4 |

35:1   Q. Distinguish for me the difference between
35:2 sales and marketing at Bard.
35:3   A. The difference between sales and marketing
35:4 is salespeople go out and get orders and get -- and
35:5 actually -- actually execute the transaction to get
35:6 the revenue.
35:7 Marketing people set the strategy for the
35:8 product line and are responsible for the
35:9 commercialization of the product and transfer of
35:10 the product to the salespeople.

| 35:16 - 35:19 | **Hudnall, Janet 11-01-2013 (00:00:10)** | 03_13_18 combo final4.5 |

35:16   Q. You have also been described as the
35:17 liaison between the company and its customers; is

| Page/Line | Source | ID |
|-----------|--------|-----|

35:18 that a fair representation of what you did?

35:19   A. Myself among others, yes.

**36:4 - 36:11**   **Hudnall, Janet (00:00:18)**   03_13_18 combo final4.6

36:4   Q. Do you know if the sales representatives

36:5 or the sales managers were incentivized by reaching

36:6 particular sales volumes or quotas?

36:7   A. Yes, yes.

36:8   Q. Do you know how that worked?

36:9   A. No.

36:10   Q. It was based on a quota or a volume?

36:11   A. Probably.  That's how it usually works.

**44:14 - 44:15**   **Hudnall, Janet 11-01-2013 (00:00:03)**   03_13_18 combo final4.9

44:14   Q. Do you know what a 510 application is?

44:15   A. A 510(k)?

**44:18 - 45:9**   **Hudnall, Janet 11-01-2013 (00:00:31)**   03_13_18 combo final4.10

44:18   Q. Yeah, 510(k) application is?

44:19   A. Yes.

44:20   Q. What is it?

44:21   A. It's a premarket authorization to

44:22 commercialize a device based on the fact that it's

44:23 substantially equivalent to a device that's already

44:24 on the market.

44:25   Q. And -- and what did you -- what did you

45:1 understand substantial equivalence to mean?

45:2   A. Substantial equivalence means that it's

45:3 not any worse than the device that's out there

45:4 previously.

45:5   Q. In other words, that it's -- it's -- when

45:6 you say "not any worse," it's at least as safe --

45:7   A. Correct.

45:8   Q. -- and at least as effective, right?

45:9   A. Right.

**53:12 - 53:20**   **Hudnall, Janet 11-01-2013 (00:00:24)**   03_13_18 combo final4.11

53:12   Q. And as a marketing person, didn't

53:13 you learn somewhere along the line that the

53:14 benefit/risk decisions about using a medical device

53:15 or any product with -- with a patient is that

53:16 within the exclusive province of the physician and

53:17 the patient?

53:18   A. You're right.  You're right about that.

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

| Page/Line | Source | ID |
|---|---|---|

53:19 And it's the company's responsibility to give them
53:20 the information required to make that assessment.

**54:3 - 54:8**     **Hudnall, Janet 11-01-2013 (00:00:18)**     03_13_18 combo final4.12

54:3 well, first of all, before I move on to that, the
54:4 reason doctors have to know the risks and the
54:5 benefits of a product is so that they can make
54:6 informed decisions about a variety of therapeutic
54:7 options they may have for a patient, correct?
54:8   A. Correct.

**55:16 - 56:8**     **Hudnall, Janet 11-01-2013 (00:00:34)**     03_13_18 combo final4.13

55:16   Q. Well, for example, I mean, you -- you have
55:17 a sales force to go out and -- and discuss fair --
55:18 in a fair, balanced way the benefits and risks of
55:19 products, right, while you were at Bard?
55:20   A. Yes.
55:21   Q. And you know what fair balance means?
55:22   A. Yes.
55:23   Q. That means you can't go in and just talk
55:24 about all the wonderful things the product can do,
55:25 right?
56:1   A. Yes.
56:2   Q. You have to talk about what some of the
56:3 downside risks are, right?
56:4   A. Yes.
56:5   Q. And sometimes, that you have to expose
56:6 risks that are -- that may even put you at a
56:7 disadvantage with a competitor?
56:8   A. Sure.

**56:15 - 56:23**     **Hudnall, Janet 11-01-2013 (00:00:20)**     03_13_18 combo final4.14

56:15   Q. Well, in other words, you shouldn't hold
56:16 back information you have about risks just to
56:17 maintain a competitive advantage over someone when
56:18 you know that's the kind of risk a physician needs
56:19 to know for him to do a benefit risk analysis?
56:20   A. Sure.  Of course not.
56:21   Q. And the message needs to be honest at all
56:22 times?
56:23   A. Yes.

**56:24 - 57:12**     **Hudnall, Janet 11-01-2013 (00:00:44)**     03_13_18 combo final4.16

56:24   Q. And part of your position as a marketing

| Page/Line | Source | ID |
|---|---|---|
| | 03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4 | |

56:25 person at Bard, in addition to you knowing what
57:1 type of things a physician might like about a
57:2 product for purposes of using it, it was your job
57:3 to also understand what are some of the things
57:4 physicians would like to know about relative risks
57:5 and the severity and frequency of risks to
57:6 determine whether or not to use the product, right?
57:7   A. Yes.
57:8   Q. And in a competitive market, it would be
57:9 wrong to downplay your risks against a competitor
57:10 when you had -- if you had information that your
57:11 risks were actually greater than the competitor;
57:12 would you agree with that?

**57:14 - 57:16    Hudnall, Janet 11-01-2013 (00:00:06)**    03_13_18 combo final4.17

57:14 THE WITNESS:  If we had information that
57:15 the risks that -- if the risks were actually
57:16 greater, yes, it would be wrong.

**67:9 - 67:13    Hudnall, Janet 11-01-2013 (00:00:24)**    03_13_18 combo final4.18

67:9   Q. And by the way, has Bard ever done a study
67:10 that you know of that established that you can
67:11 safely remove a Recovery or G2 filter after a year?
67:12   A. That specific endpoint?  No.  You have to
67:13 leave it open.

**99:1 - 100:5    Hudnall, Janet 11-01-2013 (00:01:28)**    03_13_18 combo final4.19

99:1   Q. And it talks about, see here, it says,    HUDNALL20.4.1
99:2 "Bard's Simon Nitinol filter has maintained its
99:3 market share position at 11 to 12 percent"?
99:4   A. Yes.
99:5   Q. So in other words, even though some of
99:6 these other products were coming on the market and
99:7 affecting the sales of Greenfield, the Simon
99:8 Nitinol filter seemed to be maintaining its market
99:9 share?
99:10   A. Yes.
99:11   Q. And then you wrote, "However, we will need    HUDNALL20.4.2
99:12 to introduce a new device with clear advantages in
99:13 order to maintain and grow our IVC market business
99:14 moving forward."  You wrote that?
99:15   A. Yes, I did.
99:16   Q. And what did you mean by that?

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

99:17   A. Just what it says.
99:18   Q. In other words, if you wanted to capture
99:19 more than 11 or 12 percent of the market share in
99:20 the IVC filter arena, you'd have to come up with a
99:21 new device?
99:22   A. New device, yes.
99:23   Q. With clear advantages?
99:24   A. Yes.
99:25   Q. And what -- what do you mean by
100:1 "advantages"?
100:2   A. Advantages -- advantages, it's hard to
100:3 explain things that are so basic.  "Advantages"
100:4 meaning lower profile, retrievable, just next
100:5 generation devices.

clear

**100:14 - 100:23**   **Hudnall, Janet 11-01-2013 (00:00:15)**   03_13_18 combo final4.20

100:14   Q. By the way, what does "lower profile"
100:15 mean?
100:16   A. It's smaller in diameter.
100:17   Q. Smaller in diameter?
100:18   A. Yes.
100:19   Q. Why would -- why would that be an
100:20 advantage?
100:21   A. Because you want a smaller entry site so
100:22 that you have a smaller wound in your -- in your
100:23 skin.

**101:4 - 101:9**   **Hudnall, Janet 11-01-2013 (00:00:13)**   03_13_18 combo final4.21

HUDNALL20.4.6

101:4   Q. And then you wrote, "Users can be swayed
101:5 by ease of use, low profile, and aggressive
101:6 marketing, even in the absence of solid clinical
101:7 history and in spite of documented negative
101:8 clinical experiences"?
101:9   A. Yes.

**101:10 - 101:22**   **Hudnall, Janet 11-01-2013 (00:00:42)**   03_13_18 combo final4.22

clear

101:10   Q. And how did you learn that?
101:11   A. Through the Cordis TrapEASE experience.
101:12   Q. And so if you were to -- to develop a
101:13 product that was -- had -- was ease of use -- or
101:14 that was easy to use and had a low profile that you
101:15 just talked about, and even if it had documented
101:16 negative clinical experiences, aggressive marketing

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

|  | 101:17 could still make that a successful product? | |
|  | 101:18   A. What I was talking about here is that | |
|  | 101:19 these are the market conditions I am describing. | |
|  | 101:20 This is not a plan of action here.  These are the | |
|  | 101:21 market conditions.  So users can be swayed.  They | |
|  | 101:22 have been swayed. | |
| 108:2 - 108:8 | **Hudnall, Janet 11-01-2013 (00:00:23)** | 03_13_18 combo final4.23 |
|  | 108:2   Q.  as a marketer and the person in charge | |
|  | 108:3 of marketing the Recovery and the G2 -- the G2 and | |
|  | 108:4 the Recovery line of products until you left, it | |
|  | 108:5 would be wrong and unethical to, if you had a | |
|  | 108:6 negative clinical experience with those devices, to | |
|  | 108:7 just use aggressive marketing to continue to sell | |
|  | 108:8 them, right? | |
| 108:10 - 108:11 | **Hudnall, Janet 11-01-2013 (00:00:07)** | 03_13_18 combo final4.24 |
|  | 108:10 THE WITNESS:  It would be wrong if we were | |
|  | 108:11 providing a lot of risks without any benefits, yes. | |
| 108:13 - 108:17 | **Hudnall, Janet 11-01-2013 (00:00:11)** | 03_13_18 combo final4.25 |
|  | 108:13 If there was documented | |
|  | 108:14 negative clinical experience, for you to ignore | |
|  | 108:15 that and just use aggressive marketing to -- | |
|  | 108:16   A. To ignore it would be wrong. | |
|  | 108:17   Q. Okay.  And to continue to sell it? | |
| 108:19 - 108:22 | **Hudnall, Janet 11-01-2013 (00:00:07)** | 03_13_18 combo final4.26 |
|  | 108:19 THE WITNESS:  To ignore it would be wrong. | |
|  | 108:20   Q. BY MR. LOPEZ:  And to not maybe share that | |
|  | 108:21 with physicians would be wrong, too, correct? | |
|  | 108:22   A. Yes. | |
| 108:23 - 109:2 | **Hudnall, Janet 11-01-2013 (00:00:18)** | 03_13_18 combo final4.27 |
|  | 108:23   Q. And out of this, we have also on Page 6 of | HUDNALL20.6.1 |
|  | 108:24 10, these are -- this -- well, why don't you | |
|  | 108:25 describe what this is? | |
|  | 109:1   A. Just a projection of how much you think | |
|  | 109:2 you can sell. | |
| 109:16 - 109:25 | **Hudnall, Janet 11-01-2013 (00:00:17)** | 03_13_18 combo final4.29 |
|  | 109:16   Q. You thought you could grow | HUDNALL20.6.2 |
|  | 109:17 from 3 percent to 25 percent -- | |
|  | 109:18   A. Yes. | |
|  | 109:19   Q. -- market share, and that the units could | |
|  | 109:20 go from 3,000 in the first year to 41,000 in year | |

| Page/Line | Source | ID |
|---|---|---|

109:21 five, right?
109:22   A. Yes.
109:23   Q. In fact, you did -- actually did better
109:24 than that, didn't you?
109:25   A. Great.  I don't know.  I don't know.

**115:4 - 115:9**   **Hudnall, Janet 11-01-2013 (00:00:13)**   03_13_18 combo final4.30

115:4   Q. So you prepared the
115:5 document, you signed -- you sent it off to these
115:6 folks, and the people signed off on it, meaning
115:7 what?
115:8   A. Signing off means they have reviewed it
115:9 and approved it, or agree with it.

**115:24 - 116:1**   **Hudnall, Janet 11-01-2013 (00:00:05)**   03_13_18 combo final4.31

115:24   Q. And how were you involved in preparing for
115:25 the launch?
116:1   A. I -- I was the architect of the launch.

**120:25 - 121:14**   **Hudnall, Janet 11-01-2013 (00:00:28)**   03_13_18 combo final4.32

120:25 And there's other things that could
121:1 happen, with the vena cava being where it's
121:2 located, if this device isn't built as robustly and
121:3 as safely as possible, are there not?
121:4   A. Like what?
121:5   Q. Well, I don't know.  You -- you don't
121:6 know?
121:7   A. You must have some sort of an answer in
121:8 mind when you're asking a question.
121:9   Q. Well, I was hoping you would -- you would
121:10 know what those are.
121:11   A. Well, why don't you -- why don't you tell
121:12 me, and I'll give you yes or no answers.
121:13   Q. You'd rather do it that way?
121:14   A. Yeah.

**127:11 - 127:19**   **Hudnall, Janet 11-01-2013 (00:00:14)**   03_13_18 combo final4.33

127:11   Q. As a marketer --
127:12   A. Yes.
127:13   Q. -- of a pharmaceutical or medical device?
127:14   A. Don't know anything about pharmaceuticals.
127:15   Q. Of a medical device, you need to know what
127:16 fair balance means, don't you?
127:17   A. I do.

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

127:18   Q. And you -- and just give me your
127:19 description of fair balance?

127:21 - 127:22    **Hudnall, Janet 11-01-2013 (00:00:02)**    03_13_18 combo final4.34

127:21 THE WITNESS:  I -- why do I need to give
127:22 that to you?

129:6 - 129:9    **Hudnall, Janet 11-01-2013 (00:00:09)**    03_13_18 combo final4.35

129:6   Q. BY MR. LOPEZ:  My question is:  What does
129:7 "fair balance" mean to you when it comes to
129:8 marketing a medical device?  You don't know?
129:9   A. You -- I guess I don't.  I guess I don't.

136:13 - 136:20    **Hudnall, Janet 11-01-2013 (00:00:27)**    03_13_18 combo final4.36

136:13   Q. Did you ever receive any data during the
136:14 entire time that the Recovery was on the market
136:15 which revealed any statistics about how many -- of
136:16 how many patients were saved from a pulmonary
136:17 embolism going to their heart by having a Recovery
136:18 filter in them, any statistics?
136:19   A. That's theoretically the same number of
136:20 units that -- that were implanted.

137:24 - 138:24    **Hudnall, Janet 11-01-2013 (00:00:50)**    03_13_18 combo final4.37

137:24   Q.  if a doctor or anyone
137:25 were to ask you, well, okay, well, we have got a
138:1 number of these where the -- where there was a
138:2 thrombus.  It hit the -- it hit the filter.  The
138:3 filter didn't prevent it from going to the heart;
138:4 in fact, it took the filter with it and went to the
138:5 heart.
138:6 And then you said, "Well, how many have
138:7 you had where the thrombus went to the filter and
138:8 stopped?"
138:9 You wouldn't be able to give a number for
138:10 that, would you?
138:11   A. Nobody can, and we certainly couldn't.
138:12   Q. What do you mean "nobody can"?
138:13   A. How would you know that?
138:14   Q. Well, I don't know.  I mean, how would
138:15 you -- you tell me.
138:16   A. Nobody can know that.
138:17   Q. How could --
138:18   A. Unless you -- unless you take every

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

138:19 patient who has ever had a filter placed and you
138:20 put realtime imaging on them, 24 hours a day, every
138:21 single day, and see what's going on with any kind
138:22 of thrombus that's forming in their legs and their
138:23 hips and you see and you visualize it, there's no
138:24 way to know that.

**139:19 - 139:23**  **Hudnall, Janet 11-01-2013 (00:00:16)**  03_13_18 combo final4.38

139:19 that's not what I'm asking.  I am asking you just
139:20 pure data.  There's no data that exists that shows
139:21 that in a Recovery filter, there was a thrombus
139:22 that was stopped by a Recovery or G2 filter from
139:23 going beyond the filter?

**139:25 - 140:6**  **Hudnall, Janet 11-01-2013 (00:00:08)**  03_13_18 combo final4.39

139:25   Q. BY MR. LOPEZ:  Right?
140:1   A. No one -- no one else, either.
140:2   Q. So is the answer am I right?
140:3   A. Are you right?
140:4   Q. Yeah.
140:5   A. If you need to hear that, yes, you are
140:6 right.

**143:4 - 143:21**  **Hudnall, Janet 11-01-2013 (00:00:53)**  03_13_18 combo final4.41
_1_HUDNALL21.1.1

143:4   Q. Caval trapping and caval patency; that was
143:5 a feature that you were selling as a benefit of the
143:6 product?
143:7   A. Yes.
143:8   Q. what's the significance of
143:9 self-centering?   HUDNALL21.1.4
143:10   A. So the device is a conical device that has
143:11 a single layer coming in from the below.  Just
143:12 because of the mechanical forces, it has to tilt.
143:13 Because this device had a delivery system that had
143:14 some specific features on it, had a better chance
143:15 of deploying in a centered manner upon deployment.
143:16   Q. And -- and centering is important because
143:17 tilting could cause some problems in a filter,
143:18 right?   clear
143:19   A. I think they later found out -- well,
143:20 theoretically, yes.  A -- a single-level filter
143:21 which tilts could potentially have issues.

**154:8 - 154:10**  **Hudnall, Janet 11-01-2013 (00:00:03)**  03_13_18 combo final4.42

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

154:8   Q. Then the next one is Exhibit 22.

154:9 (Reporter marked Exhibit No. 22 for

154:10 identification.)

**154:18 - 155:19**   **Hudnall, Janet 11-01-2013 (00:01:11)**

154:18   Q. what

154:19 would you call this piece?

154:20   A. It's the same thing.  It's a screen shot

154:21 of a web page.

154:22   Q. Okay.  And again, this would contain the

154:23 same information that you would have in a brochure

154:24 that you would leave with a doctor or what you

154:25 would put in a journal?

155:1   A. The journal wouldn't contain this much

155:2 information, but yes, it would be in a brochure.

155:3   Q. Okay.  So this is the -- by the way, the

155:4 G2 is just the next -- they call it a G2 because

155:5 it's the next generation of Recovery, correct?

155:6   A. Correct.

155:7   Q. And according to this marketing piece, one

155:8 of the advantages -- some of the advantages of the

155:9 G2 were increased migration resistance, improved

155:10 centering, and enhanced fracture resistance.

155:11   A. Yes.

155:12   Q. Compared to what?

155:13   A. Compared to the previous generation.

155:14   Q. Okay.  And again, you have this comment

155:15 about secure fixation?

155:16   A. Yes.

155:17   Q. And was it true that the G2 was designed

155:18 because of issues with migration resistance,

155:19 centering issues, and some fractures?

**155:21 - 156:1**   **Hudnall, Janet 11-01-2013 (00:00:09)**

155:21 THE WITNESS:  It's an improvement to the

155:22 previous device, yes.

155:23   Q. BY MR. LOPEZ:  But it was designed

155:24 specifically because of migration resistance

155:25 issues, centering issues, and fracture issues with

156:1 the recovery?

**156:3 - 156:5**   **Hudnall, Janet 11-01-2013 (00:00:03)**

156:3 THE WITNESS:  Because of?

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

| Page/Line | Source | ID |
|---|---|---|
| | 156:4  Q. BY MR. LOPEZ:  Yeah. | |
| | 156:5  A. Yeah, you could call it that. | |
| 156:9 - 156:13 | **Hudnall, Janet 11-01-2013 (00:00:22)** | 03_13_18 combo final4.46 |
| | 156:9 Then the next document is -- I am going to | |
| | 156:10 give you this as one big document, although it | _1_HUDNALL23.1 |
| | 156:11 appears to be more than one document, but they are | |
| | 156:12 consecutively Bates stamped, and this is going to | |
| | 156:13 be -- am I on 23? | |
| 157:13 - 157:18 | **Hudnall, Janet 11-01-2013 (00:00:17)** | 03_13_18 combo final4.47 |
| | 157:13  Q. And however, the messages are -- with | HUDNALL23.1.2 |
| | 157:14 respect to migration resistance, improved | |
| | 157:15 centering, and fracture resistance are the same, | |
| | 157:16 right? | |
| | 157:17 Do you see that? | |
| | 157:18  A. Yes. | |
| 166:6 - 166:11 | **Hudnall, Janet 11-01-2013 (00:00:11)** | 03_13_18 combo final4.48 |
| | 166:6  Q. If it did not have increased migration | clear |
| | 166:7 resistance when compared to your competitive | |
| | 166:8 products and you had data to suggest that, would | |
| | 166:9 that be misleading? | |
| | 166:10  A. If we had data to suggest that it would be | |
| | 166:11 misleading, yes. | |
| 166:12 - 166:14 | **Hudnall, Janet 11-01-2013 (00:00:07)** | 03_13_18 combo final4.49 |
| | 166:12  Q. So if the G2 was cleared for | |
| | 166:13 retrievability indication in January of 2008, | |
| | 166:14 this -- this is -- this would be your piece, right? | |
| 166:17 - 166:17 | **Hudnall, Janet 11-01-2013 (00:00:01)** | 03_13_18 combo final4.86 |
| | 166:17 THE WITNESS:  Yes. | |
| 178:4 - 178:5 | **Hudnall, Janet 11-01-2013 (00:00:02)** | 03_13_18 combo final4.50 |
| | 178:4 MR. LOPEZ:  What number are we on, please? | |
| | 178:5 THE REPORTER:  24. | |
| 178:9 - 178:19 | **Hudnall, Janet 11-01-2013 (00:00:36)** | 03_13_18 combo final4.51 |
| | 178:9  Q. BY MR. LOPEZ:  This is a February 27, | HUDNALL 24RAUCH.1.1 |
| | 178:10 2004, email from David Rauch to Janet Hudnall.  Did | |
| | 178:11 you see this before the deposition? | |
| | 178:12  A. Yes. | |
| | 178:13  Q. Who is David Rauch? | HUDNALL 24RAUCH.1 |
| | 178:14  A. He, I think, at the time was a -- he used | |
| | 178:15 to be a sales rep.  I think at the time he was -- | |
| | 178:16 was a sales trainer. | |

| Page/Line | Source | ID |
|---|---|---|
| | 178:17   Q. And then this was -- the subject here is | HUNDNALL 24RAUCH.1.2 |
| | 178:18 "Case for caval centering"? | |
| | 178:19   A. Uh-huh. | |
| 179:1 - 180:15 | **Hudnall, Janet 11-01-2013 (00:01:22)** | 03_13_18 combo final4.52 |
| | 179:1 He's commenting on a training piece. | |
| | 179:2 Would that be one of your training pieces, right? | |
| | 179:3   A. Maybe. | |
| | 179:4   Q. "Having said that, however, I must | HUNDNALL 24RAUCH.1.3 |
| | 179:5 strongly caution against emphasizing Recovery's | |
| | 179:6 ability to center in the cava to the point where it | |
| | 179:7 is the focus of product positioning." | |
| | 179:8   A. Uh-huh. | |
| | 179:9   Q. "We knew very little about long-term | |
| | 179:10 clinical performance of this" -- "of this device | |
| | 179:11 when we launched it.  After a year of | |
| | 179:12 commercialization, there are still many questions | |
| | 179:13 that need to be answered." | |
| | 179:14   A. Uh-huh. | |
| | 179:15   Q. "One thing that we do know, however, is | |
| | 179:16 that Recovery does not always stay centered in the | |
| | 179:17 cava." | |
| | 179:18   A. Uh-huh. | |
| | 179:19   Q. Right? | |
| | 179:20   A. Yep. | |
| | 179:21   Q. And that even says here at the bottom, "I | HUNDNALL 24RAUCH.1.4 |
| | 179:22 think for a piece like this, it's critical to | |
| | 179:23 clearly reference the entire body of the text so | |
| | 179:24 that the reader can differentiate between what is | |
| | 179:25 documented in the literature and what is | |
| | 180:1 anecdotal/opinion." | |
| | 180:2   A. Uh-huh. | |
| | 180:3   Q. And then you answered -- I'm sorry, | |
| | 180:4 then -- that was -- no, actually, that was from you | |
| | 180:5 to David? | |
| | 180:6   A. Right. | |
| | 180:7   Q. And then you wrote back to David, "Thank | HUNDNALL 24RAUCH.1.5 |
| | 180:8 you for your valuable feedback.  You are right. | |
| | 180:9 Now that we have more experience with Recovery, the | |
| | 180:10 positioning and tilt resistance should probably be | |
| | 180:11 downplayed." | |

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

180:12   A. Uh-huh.

180:13   Q. You saw this before the deposition; you

180:14 knew I was going to probably ask you questions

180:15 about this, right?

**180:17 - 180:17    Hudnall, Janet 11-01-2013 (00:00:01)**    03_13_18 combo final4.53

180:17 THE WITNESS:  Possibly.

**181:24 - 182:7    Hudnall, Janet 11-01-2013 (00:00:23)**    03_13_18 combo final4.54

181:24   Q. Okay.  "Should probably be played down."

181:25 So if -- if a doctor were to ask Mr. Rauch, or

182:1 anybody, including you, "Tell me about the tilt

182:2 resistance of your product," was your instruction

182:3 to play that down?

182:4   A. No.

182:5   Q. Okay.  What was your instruction?

182:6   A. I don't remember what my instruction would

182:7 have been.

**184:2 - 184:17    Hudnall, Janet 11-01-2013 (00:00:29)**    03_13_18 combo final4.55

184:2 You're

184:3 saying to Dave, that, in fact, physicians will    HUDNALL 24RAUCH.1.6

184:4 often find that it's tilted quite a bit when they

184:5 go to retrieve it, even though it seemed perfectly

184:6 centered upon deployment, right?

184:7   A. Okay.

184:8   Q. How did you know that?

184:9   A. I guess we -- I guess people were calling

184:10 and saying that that's what they saw when they went

184:11 in to retrieve it.

184:12   Q. And "quite a bit" means what to you?    clear

184:13   A. "Quite a bit" is -- I don't know.  At the

184:14 time --

184:15   Q. More than you expected?

184:16 (Speaking simultaneously.)

184:17 THE WITNESS:  Yeah, sure.

**185:10 - 185:24    Hudnall, Janet 11-01-2013 (00:00:41)**    03_13_18 combo final4.56

185:10   Q. The question is:  What did you mean when

185:11 you said that if you sell the device solely on this

185:12 feature, it could set the sales rep up for some

185:13 uncomfortable situations in the long run?

185:14   A. Oh, sure.  Okay.  Okay.  So we have had

185:15 some people say that when they go in to retrieve

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

185:16 it, it looks tilted.  So if -- apparently, Dave
185:17 created this document that talks all about how it
185:18 stays centered or it is centered, whatever it was,
185:19 and it was full of opinions, it sounds like.  Okay?
185:20 So if a sales rep were to go in and sell based on
185:21 that approach, then he's going to have the hard
185:22 time passing the red-face test later on when the
185:23 physician goes in to retrieve it and it looks
185:24 tilted, because he's made these promises.

**186:18 - 187:2**   **Hudnall, Janet 11-01-2013 (00:00:29)**   03_13_18 combo final4.57

186:18   Q. If, in fact, you had an unexpected number
186:19 of tilting of this device, even after properly was
186:20 deployed and centering, and you knew that tilting
186:21 led to other evils with respect to the device,
186:22 including migration, perforation, and fracture,
186:23 isn't that something that doctors ought to know?
186:24   A. I did not know that at the time.
186:25   Q. But isn't that something that doctors
187:1 ought to know?
187:2   A. Sure, sure.

**187:10 - 187:14**   **Hudnall, Janet 11-01-2013 (00:00:08)**   03_13_18 combo final4.58

187:10   Q. BY MR. LOPEZ:  No one told you that?  No
187:11 one told you that tilting --
187:12   A. I don't have to be told things to know,
187:13 first of all, but no, we never concluded that it
187:14 leads to these evils.

**269:25 - 270:5**   **Hudnall, Janet 11-01-2013 (00:00:20)**   03_13_18 combo final4.59

HUDNALL29.1

HUDNALL29.2.1

269:25   Q. No. 5, "Address the physician's concerns
270:1 He wrote "The
270:2 Recovery filter has been tested to verify that it
270:3 meets the migration resistance parameters that have
270:4 been used for the Simon Nitinol filter."
270:5   A. Okay.

**273:3 - 274:4**   **Hudnall, Janet 11-01-2013 (00:01:03)**   03_13_18 combo final4.60

HUDNALL29.3.1

273:3   Q. And there's a question here, "What is the
273:4 migration rate for Recovery?"
273:5   A. Okay.
273:6   Q. Was that a question?  Why is that question
273:7 there?  Because you anticipate those line of
273:8 questions from the marketplace?

**03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4**

| Page/Line | Source | ID |
|---|---|---|

273:9   A. Probably.

273:10   Q. And your answer was, "It is very difficult

273:11 to determine actual rates because it is impossible

273:12 to know the exact number of filters implanted, not

273:13 only for Recovery, but for all commercially

273:14 available filters," right?

HUDNALL29.3.2

273:15   A. That's true.

273:16   Q. "The only way to come close to comparing

273:17 apples to apples is to review the number of

273:18 reported incidents to the FDA MAUDE database,"

273:19 right?

HUDNALL29.3.3

273:20   A. Okay.

273:21   Q. I asked you earlier about this.  You're

273:22 saying here that the only thing that the world has

273:23 available to get any idea about how devices compare

273:24 to each other from the standpoint of risk and

273:25 complications is the MAUDE database?

274:1   A. Okay.

274:2   Q. Okay.  That's what you're saying in this

274:3 memo, best you got, right?

274:4   A. I guess so.

**296:9 - 296:19**      **Hudnall, Janet 11-01-2013 (00:00:25)**                 03_13_18 combo final4.61

296:9 Let's look at the next one:  "Is Recovery      HUDNALL29.4.1

296:10 a safe device?"  And you told them to answer it

296:11 this way:  "The Recovery filter was rigorously

296:12 tested for all physical performance -- performance

296:13 characteristics according to our established tested

296:14 methods and protocols.  For all performance

296:15 criteria, the Recovery performed as well as or

296:16 better than the Simon Nitinol filter, the predicate

296:17 device."

296:18 That's what you wanted them to tell

296:19 people, right?

**296:21 - 297:7**      **Hudnall, Janet 11-01-2013 (00:00:22)**                 03_13_18 combo final4.62

296:21 THE WITNESS:  That was the truth.        HUDNALL29.4.3

296:22   Q. BY MR. LOPEZ:  Okay.  Now, "As for

296:23 migration resistance, we first determined the

296:24 pressure graded," and you went on to talk about

296:25 what you did to determine migration resistance,

297:1 correct?

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

297:2   A. Uh-huh.
297:3   Q. Is that right?
297:4   A. Yes.
297:5   Q. So you wanted the world to believe that
297:6 the Simon Nitinol -- the Recovery filter actually
297:7 performed better than the Simon Nitinol filter?

HUDNALL29.4

**297:9 - 297:18   Hudnall, Janet 11-01-2013 (00:00:23)**

03_13_18 combo final4.63

clear

297:9   Q. BY MR. LOPEZ:  Effectiveness and safety?
297:10   A. I wanted the world to know exactly what it
297:11 says here.
297:12   Q. Okay.  But isn't the takeaway message from
297:13 whatever is said there to the listener, this
297:14 product is outperforming the Simon Nitinol filter
297:15 from a safety and efficacy standpoint?  You don't
297:16 think that's --
297:17   A. The takeaway message is exactly what's
297:18 written.

**297:19 - 298:11   Hudnall, Janet 11-01-2013 (00:00:38)**

03_13_18 combo final4.64

HUDNALL29.4.4

297:19   Q. Well, I am asking you as a marketer when
297:20 you say that these things, that the Recovery
297:21 performed as well or better than the Simon Nitinol
297:22 filter, aren't you telling the world that the
297:23 Recovery filter is safer and more effective than
297:24 the Simon Nitinol filter?
297:25   A. No.
298:1   Q. You don't think so?
298:2   A. No.  I wrote it.
298:3   Q. I know, but this is meant --
298:4   A. This is at face value.  Take this at face
298:5 value.
298:6   Q. I am not going to take it at face value.
298:7 I am asking you as a marketer, isn't your message:
298:8 Our Recovery filter is safer and more effective
298:9 than the Simon Nitinol filter?
298:10   A. I was asking the reader to take this at
298:11 face value.

**316:9 - 316:16   Hudnall, Janet 11-01-2013 (00:00:24)**

03_13_18 combo final4.65

clear

316:9   Q. If you look at it compared to the Simon
316:10 Nitinol filter, at least from a percentage-basis,
316:11 there's almost a 20 -- what is that -- almost a

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

316:12 2500 percent increase in migrations between the
316:13 Recovery and the Simon Nitinol filter?
316:14   A. Okay.
316:15   Q. Do you agree with me?
316:16   A. I agree with you on that.

**316:19 - 317:9   Hudnall, Janet 11-01-2013 (00:00:28)**                    03_13_18 combo final4.66

316:19   Q. BY MR. LOPEZ:  Do you think that's
316:20 equivalent?
316:21   A. I have to go back to risk/benefit.
316:22   Q. I am asking you from just a pure
316:23 standpoint of that being --
316:24   A. Just looking at numbers, no, it is not
316:25 comparable.
317:1   Q. Just looking at it from pure safety
317:2 standpoint?
317:3   A. Looking at purely these numbers, no.
317:4   Q. From a pure safety standpoint?
317:5   A. Looking at a pure numbers standpoint, it
317:6 looks like they are not comparable.
317:7   Q. It looks like the Recovery from a
317:8 migration standpoint is more dangerous than the
317:9 Simon Nitinol filter?

**317:11 - 317:13   Hudnall, Janet 11-01-2013 (00:00:05)**                    03_13_18 combo final4.67

317:11 THE WITNESS:  Looking at these numbers,
317:12 purely at these numbers, I am not going to make
317:13 judgment, they are not comparable.

**358:5 - 358:15   Hudnall, Janet 11-01-2013 (00:00:34)**                    03_13_18 combo final4.68

358:5   Q. You were asked at some
358:6 point in time to deal with another FAQ regarding
358:7 the G2 filter, and one of the questions was what
358:8 other databases are out there to track medical
358:9 device-related injuries, and you recall that your
358:10 answer was unfortunately MAUDE is the only source
358:11 of this type of information?
358:12   A. Yes.
358:13   Q. It was the best information the company
358:14 had?
358:15   A. It's the only information.

**358:24 - 359:4   Hudnall, Janet 11-01-2013 (00:00:33)**                    03_13_18 combo final4.69

358:24   Q.  Then when you compare the number of

| Page/Line | Source | ID |
|---|---|---|

358:25 fatalities to any other filter that was on the
359:1 market, fatalities, people dying, I mean, there's
359:2 nothing comparable about that at all, is there?
359:3 The Recovery filter was way worse than the others;
359:4 wouldn't you agree?

359:6 - 359:13    **Hudnall, Janet 11-01-2013 (00:00:31)**    03_13_18 combo final4.70

359:6 THE WITNESS:  Okay.
359:7  Q. BY MR. LOPEZ:  Wouldn't you agree?
359:8  A. Based on these numbers, yes.
359:9  Q. And the number of migrations significantly
359:10 different, not comparable, not the same, .13
359:11 percent migration versus the Simon Nitinol filter,
359:12 I don't know, what's that about 15,000 percent
359:13 different?

359:16 - 360:8    **Hudnall, Janet 11-01-2013 (00:00:43)**    03_13_18 combo final4.72

359:16  Q. BY MR. LOPEZ:  Isn't that just a dramatic
359:17 difference when you compare the Recovery to the
359:18 Simon Nitinol filter?
359:19
359:20  Q. BY MR. LOPEZ:  When it comes to migration?
359:21  A. Based on that information, yes.
359:22  Q. This is based on information from actual
359:23 data that the company had?
359:24  A. Based on actual data the company had, yes.
359:25  Q. And filter embolization, that means the
360:1 filter is going somewhere distant to another part
360:2 of the body, right?
360:3  A. Okay.
360:4  Q. Look at the difference between the
360:5 Recovery filter and the Simon Nitinol filter for
360:6 embolizations.
360:7  A. Is there a question there?
360:8  Q. Isn't that a dramatic difference?

360:10 - 360:12    **Hudnall, Janet 11-01-2013 (00:00:05)**    03_13_18 combo final4.73

360:10 THE WITNESS:  Yes.
360:11  Q. BY MR. LOPEZ:  That's like 4,000 percent
360:12 difference?

360:14 - 360:14    **Hudnall, Janet 11-01-2013 (00:00:00)**    03_13_18 combo final4.74

360:14 THE WITNESS:  Okay.

361:8 - 361:11    **Hudnall, Janet 11-01-2013 (00:00:10)**    03_13_18 combo final4.75

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

361:8 The
361:9 differences in these significant complications that
361:10 could lead to death are dramatic?
361:11 A. Okay.

361:13 - 361:13 **Hudnall, Janet 11-01-2013 (00:00:00)**  03_13_18 combo final4.76

361:13 Q. BY MR. LOPEZ:  Would you agree with me,

361:17 - 361:22 **Hudnall, Janet 11-01-2013 (00:00:10)**  03_13_18 combo final4.77

361:17 THE WITNESS:  They are higher, yes.
361:18 Q. BY MR. LOPEZ:  If you had to choose
361:19 between "comparable" or "dramatic," which word
361:20 would you use?
361:21 A. I wouldn't use either.  I would say it is
361:22 higher.

373:16 - 373:20 **Hudnall, Janet 11-01-2013 (00:00:15)**  03_13_18 combo final4.78

373:16 it's in
373:17 February of 2005.  So we have gone backwards in    HUDNALL 34  236_BPV.1.1
373:18 time a little bit, at least based on the documents
373:19 we have been looking at, who is Charlie Simpson?
373:20 A. He was one of the R&D directors.

375:2 - 375:8 **Hudnall, Janet 11-01-2013 (00:00:18)**  03_13_18 combo final4.79

375:2 Q. Charlie says that "Mary Proctor    HUDNALL 34  236_BPV.1.2
375:3 presented an evaluation of filter-related filings
375:4 from the MAUDE database as well as her opinion of
375:5 the optimum design features for a vena cava
375:6 filter."
375:7 Do you see that?
375:8 A. I do.

376:17 - 377:22 **Hudnall, Janet 11-01-2013 (00:01:27)**  03_13_18 combo final4.80

clear

376:17 Q. Here's a situation where she's looking
376:18 at the MAUDE database, right?
376:19 A. Okay.
376:20 Q. Because it is the only thing we had?
376:21 A. Right.
376:22 Q. "The number of MAUDE reports of migration    HUDNALL 34  236_BPV.1.3
376:23 and penetration associated with the Recovery filter
376:24 are concerning."
376:25 A. Okay.
377:1 Q. "During her presentation she said that the
377:2 Recovery had the highest incidence of death from
377:3 June 2003 to June 2004, ten for Recovery, one for

| Page/Line | Source | ID |
|---|---|---|

03_13_18 combo final4-Hudnall 11-01-13 Booker Depo Designations final4

377:4 all others.  She stated that she believed the
377:5 problems are associated with a weak attachment."
377:6 Did I read that correctly?
377:7   A. You seem to have.
377:8   Q. Okay.  And she was presenting this to a       *clear*
377:9 bunch of doctors at a forum?
377:10   A. I don't know who the audience was.
377:11   Q. Okay.  And then you replied to her, right?
377:12   A. To her, no.
377:13   Q. I'm sorry.  You replied to Charlie.  I beg
377:14 your pardon.
377:15   A. Okay.
377:16   Q. And you wrote Charlie, "Thank you so much    *HUDNALL 34 236_BPV.1-4*
377:17 for the information.  This definitely helps me
377:18 anticipate some questions and plan our rebuttals.
377:19 Thanks for keeping your eyes and ears open."
377:20 Did I read that correctly?
377:21   A. You did.
377:22   Q. What's there to rebut?       *clear*

**377:25 - 377:25   Hudnall, Janet 11-01-2013 (00:00:01)**    *03_13_18 combo final4.82*
377:25 THE WITNESS:  Facts.

**380:3 - 380:7   Hudnall, Janet 11-01-2013 (00:00:12)**    *03_13_18 combo final4.83*
380:3   Q. Well, but we knew -- we
380:4 know that there was -- with respect to the G2 was
380:5 being designed to have a greater adherence and
380:6 attachment to the cava wall?
380:7   A. And still allow retrievability, yes.

**380:11 - 380:20   Hudnall, Janet 11-01-2013 (00:00:23)**    *03_13_18 combo final4.84*
380:11   Q. But to still allow retrievability
380:12 but still have the same protection against
380:13 migration that a permanent device would have?
380:14   A. Yes, yes.
380:15   Q. And the reason that this thing was
380:16 migrating and causing deaths is because the
380:17 Recovery did, in fact, quote, have a weak        *HUDNALL 34 236_BPV.1-5*
380:18 attachment, end quote, that didn't allow it to stop
380:19 thrombi from dislodging it and sending it to the        *clear*
380:20 heart, true?

**380:22 - 380:23   Hudnall, Janet 11-01-2013 (00:00:04)**    *03_13_18 combo final4.85*
380:22 THE WITNESS:  Very, very simplified, yeah,

| Page/Line | Source | ID |
|---|---|---|

380:23 I guess it is true.  I don't know.

Plaintiffs Designations = 00:25:31
DefenseDesignations = 00:03:47
P & D Designations = 00:00:18
**Total Time = 00:29:36**

**Documents Shown**
_1_HUDNALL21
_1_HUDNALL22
_1_HUDNALL23
HUDNALL 34  236_BPV
HUDNALL20
HUDNALL21
HUDNALL22
HUDNALL23
HUDNALL29
HUNDNALL 24RAUCH

# EXHIBIT D

**Designation Run Report**

# Cohen 01-25-17 Booker Depo Designations Final 2

---

**Cohen, Gary 01-25-2017**

---

**Plaintiffs Designations  00:02:50**

**DefenseDesignations  00:01:04**

**Total Time  00:03:54**



| Page/Line | Source | ID |
|---|---|---|

**03_20_18 Combo final 2-Cohen 01-25-17 Booker Depo Designations Final 2**

| Page/Line | Source | ID |
|---|---|---|

8:13 - 8:16     **Cohen, Gary 01-25-2017 (00:00:09)**     03_20_18 Combo final 2.1

8:13 if you can tell the jury your name and your current
8:14 occupation, affiliation.
8:15   A. Gary Cohen, I'm an interventional
8:16 radiologist, Temple University Hospital.

30:19 - 30:22     **Cohen, Gary 01-25-2017 (00:00:10)**     03_20_18 Combo final 2.2

30:19 Did you think in 2003 that Recovery was
30:20 going to be a game changer?
30:21   A. I thought that a optional filter could
30:22 be a game changer, yes.

31:17 - 31:22     **Cohen, Gary 01-25-2017 (00:00:20)**     03_20_18 Combo final 2.3

31:17   Q. What were your concerns about the
31:18 Recovery when you stopped using it at the end of 2004?
31:19   A. We had two incredibly unfortunate,
31:20 devastating outcomes and did not know exactly why we
31:21 had them, and I didn't feel we should continue to use a
31:22 product due to internal forces and those outcomes.

46:18 - 47:10     **Cohen, Gary 01-25-2017 (00:01:04)**     03_20_18 Combo final 2.4

46:18   Q. This is Exhibit 736.  This is a monthly     _1_G COHEN 736.1.2
46:19 report of Bard, again, Janet Hudnall, and it talks     _1_G COHEN 736.1.1
46:20 about the business impact, and it gives a lot of
46:21 details about the sale of various devices, including
46:22 the Recovery on the front page, but I want to direct
46:23 your attention to the second page under "Recovery."  So     _1_G COHEN 736.2.2
46:24 now this is April of '04.
47:1 It says as of this time Bard had trained
47:2 136 different doctors on the Recovery.  And then it     _1_G COHEN 736.2.3
47:3 mentions here under "Complaints/QC Hold," Recovery was     _1_G COHEN 736.2.4
47:4 placed on a QC hold, quality control hold, on
47:5 April 13th after receiving a report of a fatal
47:6 migration and then for privacy it protects the name.
47:7 Were you aware that there was a quality
47:8 control hold on April 13th of 2004 because of a fatal     clear
47:9 migration?
47:10   A. I was not.

68:12 - 68:18     **Cohen, Gary 01-25-2017 (00:00:12)**     03_20_18 Combo final 2.5

68:12   Q. Well, ultimately, the reason why
68:13 you stopped using the device that year was because of
68:14 two fatalities here at Temple, correct?
68:15   A. Correct.

| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 Combo final 2-Cohen 01-25-17 Booker Depo Designations Final 2 | |

| Page/Line | Source | ID |
|---|---|---|
| | 68:16   Q. And they were two migration related<br>68:17 fatalities, correct?<br>68:18   A. Correct. | |
| 71:12 - 71:20 | **Cohen, Gary 01-25-2017 (00:00:16)**<br>71:12   Q. In your practice, two fatalities here at<br>71:13 Temple University Medical Center, they caused you to<br>71:14 have great concern about the safety and efficacy of the<br>71:15 device in your practice, correct?<br>71:16   A. They caused me great concern, yes,<br>71:17 absolutely.<br>71:18   Q. And it actually caused you to stop using<br>71:19 the device, correct?<br>71:20   A. Yes. | 03_20_18 Combo final 2.6 |
| 123:1 - 123:11 | **Cohen, Gary 01-25-2017 (00:00:24)**<br>123:1   Q. You would agree with me that the memo<br>123:2 that you sent to Bard was prepared by the folks at<br>123:3 Temple doing investigations about migratory deaths of<br>123:4 the Recovery?<br>123:5   A. By Temple risk management, yes.<br>123:6   Q. So at least Temple, this hospital --<br>123:7   A. Correct.<br>123:8   Q. -- believed that as of August of 2004,<br>123:9 it researched and found six reported deaths related to<br>123:10 the migration of the Recovery, correct?<br>123:11   A. Yes, that's correct. | 03_20_18 Combo final 2.11 |
| 129:8 - 129:11 | **Cohen, Gary 01-25-2017 (00:00:10)**<br>129:8   Q. That's the only issue.  I'm asking, do<br>129:9 you -- in advising your patients, do you want complete<br>129:10 and accurate information about the device?<br>129:11   A. 100%. | 03_20_18 Combo final 2.12 |
| 137:15 - 137:18 | **Cohen, Gary 01-25-2017 (00:00:17)**<br>137:15   Q. So to that extent, and only that extent,<br>137:16 the Simon Nitinol filter was a safer product for your<br>137:17 patients, at least with respect or only with respect to<br>137:18 the issue of potential fatalities from migration? | 03_20_18 Combo final 2.13 |
| 137:21 - 137:22 | **Cohen, Gary 01-25-2017 (00:00:04)**<br>137:21   Q. At this time frame?<br>137:22   A. Yes. | 03_20_18 Combo final 2.14 |
| 152:17 - 152:21 | **Cohen, Gary 01-25-2017 (00:00:22)**<br>152:17   Q. Okay.  If Bard's documents show that on | 03_20_18 Combo final 2.15 |

| Page/Line | Source | ID |
|---|---|---|
| 153:3 - 153:9 | 152:18 the first migration that you had that you spoke to John<br>152:19 Ammerman about that three people from Bard came to see<br>152:20 you, Rob Carr, Cindi Walcott and Hudnall, do you have<br>152:21 any recollection of that meeting?<br>**Cohen, Gary 01-25-2017 (00:00:20)**<br>153:3 THE WITNESS:  I think I alluded to this<br>153:4 that there is sort of this merging of time<br>153:5 frame and emotion during that time frame.<br>153:6 There certainly was at least once where Bard<br>153:7 I don't specifically remember who<br>153:8 came, but it makes sense to me that it would<br>153:9 have been two or three people. | 03_20_18 Combo final 2.16 |

Plaintiffs Designations = 00:02:50
DefenseDesignations = 00:01:04
**Total Time = 00:03:54**

**Documents Shown**
_1_G COHEN 736

# EXHIBIT E

# D'Ayala 03-21-17 Booker Depo Designation Final3.1

---

**D, ayala 03-21-2017**

---

**Plaintiffs Designations  00:23:55**

**Defense Designations  00:16:37**

**Plaintiffs  and defense Designations   00:00:50**

**Total Time  00:41:22**



| Page/Line | Source | ID |
|---|---|---|

**03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1**

| 10:12 - 10:17 | **D, ayala 03-21-2017 (00:00:09)** | 03_20_18 combo final3_1.1 |

10:12 Doctor, could you state your name,
10:13 please?
10:14   A. Marcus D'Ayala.
10:15   Q. And what do you do, sir?
10:16   A. I'm a vascular surgeon in clinical
10:17 practice in Brooklyn, New York.

| 13:9 - 13:19 | **D, ayala 03-21-2017 (00:00:31)** | 03_20_18 combo final3_1.2 |

13:9   Q. Doctor, I represent Sherr-Una
13:10 Booker.  She was a patient of yours back in 2007.
13:11 You, at that time, implanted a G2, Bard G2 IVC
13:12 filter.
13:13 I suspect you do not recall her
13:14 personally?
13:15   A. I do not.
13:16   Q. Have you had a chance to look at the
13:17 records, your records, of the implant and the
13:18 procedure that took place back in 2007?
13:19   A. I have.

| 15:18 - 15:25 | **D, ayala 03-21-2017 (00:00:24)** | 03_20_18 combo final3_1.3 |

15:18   Q. Today I'm here to ask you, really,
15:19 about three areas of inquiry; your treatment of Ms.
15:20 Booker, the decision to use the G2 filter, and then
15:21 what warnings you had, prior to implanting the
15:22 filter, about the risks and the benefit of the G2
15:23 filter.
15:24 Do you understand those three areas?
15:25   A. Yes.

| 20:18 - 20:25 | **D, ayala 03-21-2017 (00:00:19)** | 03_20_18 combo final3_1.4 |

20:18 Is it fair to say before you use any
20:19 medical device, the benefits have to outweigh the
20:20 risk of that device; is that a fair statement?
20:21   A. Yes.
20:22   Q. And that's how you practice medicine?
20:23   A. Yes.
20:24   Q. You look at benefits versus risks?
20:25   A. Yes.

| 21:9 - 21:13 | **D, ayala 03-21-2017 (00:00:08)** | 03_20_18 combo final3_1.5 |

21:9   Q. If there are significant risks, you
21:10 need to give informed consent to your patients if

| | | |
|---|---|---|
| | **03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 21:11 there's potential for a serious injury or death,<br>21:12 correct?<br>21:13  A. Yes. | |
| 21:21 - 22:5 | **D, ayala 03-21-2017 (00:00:27)**<br>21:21   Q. Let me ask you about the<br>21:22 frequency of risk, and that is, the risk of serious<br>21:23 injury or death.<br>21:24 Is it important to you, as a treating<br>21:25 doctor that implants devices in a patient, what the<br>22:1 frequency of that risk is, whether it's one in a<br>22:2 million or one in ten?  Is that an important -- is<br>22:3 that important information for you in determining<br>22:4 the risk versus benefit analysis?<br>22:5  A. Yes. | 03_20_18 combo final3_1.6 |
| 23:2 - 23:5 | **D, ayala 03-21-2017 (00:00:10)**<br>23:2 Is it important to you, as a<br>23:3 clinician that implants medical devices, to know the<br>23:4 frequency of which a device fails?<br>23:5  A. Yes. | 03_20_18 combo final3_1.7 |
| 23:15 - 23:24 | **D, ayala 03-21-2017 (00:00:30)**<br>23:15   Q. What about the risk of<br>23:16 serious injury, that is, the severity of the injury?<br>23:17 Is that also important for you to know, when doing a<br>23:18 risk/benefit analysis, whether you use a product or<br>23:19 not?<br>23:20  A. Yes.<br>23:21   Q. And those two individual points of<br>23:22 analysis, that is, frequency and severity of adverse<br>23:23 events, both of those are used in your prescribing<br>23:24 decisions? | 03_20_18 combo final3_1.8 |
| 24:1 - 24:5 | **D, ayala 03-21-2017 (00:00:13)**<br>24:1 THE WITNESS:  Yes.<br>24:2 BY MR. MATTHEWS:<br>24:3   Q. Doctor, you only saw Ms. Booker in<br>24:4 June of 2007; is that correct?<br>24:5  A. Yes. | 03_20_18 combo final3_1.9 |
| 26:7 - 27:12 | **D, ayala 03-21-2017 (00:01:50)**<br>26:7   Q. So oftentimes, you'll treat a patient<br>26:8 and implant a filter, as an example, or a stent, and<br>26:9 that may be the only time that you see that patient? | 03_20_18 combo final3_1.10 |

| Page/Line | Source | ID |
|---|---|---|

26:10   A. Yes, but that's not the norm.
26:11   Q. It's not the norm.
26:12 That's what happened with Ms. Booker,
26:13 though, correct?
26:14   A. I'm not entirely sure.  What I would
26:15 say, that is customary for me is to see a patient
26:16 before a procedure, make an assessment regarding
26:17 whether or not that procedure is necessary, and
26:18 that, as you alluded to, typically involves a
26:19 complex risk/benefit analysis.
26:20 And there are many factors that come
26:21 into play when we make those risk/benefit analyses,
26:22 and they include things like the natural history of
26:23 their disease process, their age, their
26:24 comorbidities and their life expectancy, the
26:25 proposed risks of whatever intervention we have or
27:1 are planning for them and so on.
27:2 So my practice is such that I will
27:3 see somebody before, make an assessment as to what
27:4 is best, discuss treatment options with them, move
27:5 forward if a procedure is required, and then see
27:6 them, typically within a day afterwards to make sure
27:7 that there were no complications as a result of our
27:8 procedure.
27:9 It's also customary for us to -- for
27:10 me, at least, to ask my patients to come back for
27:11 follow-up visits, at least one, within 30 days of
27:12 surgery or discharge from hospital.

| 29:9 - 29:12 | **D, ayala 03-21-2017 (00:00:11)** | 03_20_18 combo final3_1.11 |

29:9   Q. Back in 2007 when you were implanting
29:10 in particular the G2, the G2 had only been cleared
29:11 for permanent implantation; is that correct?
29:12   A. Correct.

| 29:25 - 30:6 | **D, ayala 03-21-2017 (00:00:21)** | 03_20_18 combo final3_1.12 |

29:25 Can you tell the jury when you first
30:1 started using inferior vena cava filters, IVC
30:2 filters?
30:3   A. Sure.  During my vascular training.
30:4   Q. What year was that?
30:5   A. That would have been at the Mount

| Page/Line | Source | ID |
|---|---|---|

**03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1**

30:6 Sinai Hospital in '97, '98.

31:13 - 31:16 **D, ayala 03-21-2017 (00:00:07)**    *03_20_18 combo final3_1.13*

31:13   Q. You said you moved away from the Bard

31:14 filter because of problems associated with it,

31:15 correct?

31:16   A. Yes.

31:19 - 32:1 **D, ayala 03-21-2017 (00:00:22)**    *03_20_18 combo final3_1.14*

31:19   Q. What were the problems associated

31:20 with the Bard that -- the reason that you moved away

31:21 from it?

31:22   A. There is a database known as the

31:23 MAUDE database and it was becoming clear that there

31:24 were numerous reports in the literature of filter

31:25 fragmentation and filter migration with these

32:1 filters.

32:8 - 32:12 **D, ayala 03-21-2017 (00:00:10)**    *03_20_18 combo final3_1.15*

32:8   Q. Were you called upon by a sales rep

32:9 or somebody that's known as a detailer from Bard

32:10 that came to your hospital to talk to you --

32:11   A. Yes.

32:12   Q. -- about their filters?

32:19 - 32:20 **D, ayala 03-21-2017 (00:00:01)**    *03_20_18 combo final3_1.16*

32:19 Do you recall a sales rep by the name

32:20 of Ferrara?

32:23 - 32:25 **D, ayala 03-21-2017 (00:00:07)**    *03_20_18 combo final3_1.17*

32:23   A. I do.

32:24   Q. Was he in your offices from time to

32:25 time to talk about the Recovery and the G2?

33:3 - 33:3 **D, ayala 03-21-2017 (00:00:00)**    *03_20_18 combo final3_1.18*

33:3   A. Yes.

33:7 - 33:13 **D, ayala 03-21-2017 (00:00:18)**    *03_20_18 combo final3_1.19*

33:7   Q. Were you ever told by Mr. -- is it

33:8 Ferrara?

33:9   A. Uh-huh.

33:10   Q. -- Mr. Ferrara that Bard had a crisis

33:11 management plan, as early as 2004, to deal with the

33:12 high rates of AEs, that being, adverse events,

33:13 perforation, fracture and migration?

33:15 - 33:20 **D, ayala 03-21-2017 (00:00:18)**    *03_20_18 combo final3_1.20*

33:15 THE WITNESS:  No.

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

| Page/Line | Source | ID |
|---|---|---|
| | 33:16 BY MR. MATTHEWS: | |
| | 33:17  Q. Were you ever told that Bard | |
| | 33:18 conducted an investigation in 2004 into the high | |
| | 33:19 number or large number of adverse events of the | |
| | 33:20 Recovery done by an independent investigator? | |
| 33:22 - 34:3 | **D, ayala 03-21-2017 (00:00:12)** | 03_20_18 combo final3_1.21 |
| | 33:22 THE WITNESS:  No. | |
| | 33:23 BY MR. MATTHEWS: | |
| | 33:24  Q. Were you ever sent a letter by the | |
| | 33:25 company that talked to you or -- I'm sorry, that | |
| | 34:1 informed you about the results of this | |
| | 34:2 investigation, this independent investigation by | |
| | 34:3 Bard? | |
| 34:5 - 34:10 | **D, ayala 03-21-2017 (00:00:13)** | 03_20_18 combo final3_1.22 |
| | 34:5 THE WITNESS:  No. | |
| | 34:6 BY MR. MATTHEWS: | |
| | 34:7  Q. Were you ever told, either by letter | |
| | 34:8 or by Mr. Ferrara, that there was a 530 percent | |
| | 34:9 higher fracture rate than other filters on the | |
| | 34:10 market with the Bard Recovery? | |
| 34:12 - 34:17 | **D, ayala 03-21-2017 (00:00:12)** | 03_20_18 combo final3_1.23 |
| | 34:12 THE WITNESS:  No. | |
| | 34:13 BY MR. MATTHEWS: | |
| | 34:14  Q. Were you ever told that there was a | |
| | 34:15 1,200 percent higher risk of death from the Recovery | |
| | 34:16 fracture and embolization to the heart than other | |
| | 34:17 filters on the market? | |
| 34:19 - 35:2 | **D, ayala 03-21-2017 (00:00:20)** | 03_20_18 combo final3_1.24 |
| | 34:19 THE WITNESS:  No. | |
| | 34:20 BY MR. MATTHEWS: | |
| | 34:21  Q. In 2004 and 2005, clearly two years | |
| | 34:22 prior to implanting Ms. Booker with the G2, would | |
| | 34:23 that have been important information for you to | |
| | 34:24 know?  Assuming that that was information that was | |
| | 34:25 known to Bard, is that something that you would want | |
| | 35:1 to have known? | |
| | 35:2  A. Yes. | |
| 37:22 - 37:24 | **D, ayala 03-21-2017 (00:00:08)** | 03_20_18 combo final3_1.25 |
| | 37:22  Q. Let me show you what's been marked as | DAYALA 3.1.2 |
| | 37:23 Exhibit-3, which is the Recovery filter migration, | DAYALA 3.1.1 |

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

| Page/Line | Source | ID |
|---|---|---|

37:24 Remedial Action Plan, dated January 4, 2005.

**38:14 - 39:7**  **D, ayala 03-21-2017 (00:00:49)**   03_20_18 combo final3_1.26

DAYALA DEPOSITION  3.6.3

38:14 It says, Identification of the

38:15 problem:  As part of the ongoing evaluation of RNF,

38:16 Recovery Nitinol filter, Bard requested an

38:17 independent study of the risks and benefits of the   DAYALA DEPOSITION  3.6.7

38:18 RNF, with an emphasis on its use in bariatric

38:19 surgery and trauma patients.  A consultant was

38:20 retained for this purpose and reported the

38:21 following:  The MAUDE database maintained by the FDA   DAYALA DEPOSITION  3.6.8

38:22 was reviewed.  The reporting rates between the RNF

38:23 and aggregates of the other commercialized vena cava

38:24 filters were compared.

38:25 A, in the MAUDE dataset, the RNF   DAYALA DEPOSITION  3.6.9

39:1 demonstrated a consistent statistically significant

39:2 and potentially clinically important higher rate of

39:3 reporting of adverse events in several analyzed

39:4 categories.

39:5 B, given the pattern of reported   DAYALA DEPOSITION  3.6.10

39:6 events, a higher rate of death reports seem related

39:7 to filter movement and filter embolization.

**39:24 - 40:2**  **D, ayala 03-21-2017 (00:00:10)**   03_20_18 combo final3_1.27

DAYALA DEPOSITION  3.6.2

39:24  Q. In looking at A and B, Doctor, is

39:25 that the type of information that's important to you

40:1 to know prior to implanting a Recovery filter?

40:2  A. Yes.

**41:16 - 42:1**  **D, ayala 03-21-2017 (00:00:28)**   03_20_18 combo final3_1.28

clear

41:16  Q. Let me ask you this:  As chief of

41:17 vascular surgery at Methodist Hospital, did you have

41:18 input on the formulary or -- in the formulary as to

41:19 which products would be stocked or which filters

41:20 would be used at the hospital?

41:21  A. Yes.

41:22  Q. So if you, the head of vascular

41:23 surgery said, you know, I don't want this filter but

41:24 I want these other two filters, or what have you,

41:25 you could have had an impact on that decision?

42:1  A. I could have, yes.

**43:6 - 43:10**  **D, ayala 03-21-2017 (00:00:16)**   03_20_18 combo final3_1.29

43:6  Q. Whether you have a medical opinion

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

43:7 from your practice, from your reading, from your
43:8 research, from your treatment of patients, as to
43:9 which filter failure would be the most dangerous,
43:10 producing the most serious injury to a patient.

**43:12 - 43:24**   **D, ayala 03-21-2017 (00:00:37)**   03_20_18 combo final3_1.30

43:12 THE WITNESS:  I do.
43:13 BY MR. MATTHEWS:
43:14   Q. What's your opinion?
43:15   A. Obviously, all complications are bad,
43:16 although caval thrombosis can be devastating in
43:17 terms of lower extremity edema and dysfunction.  I
43:18 think that migration or fracture are more serious
43:19 events.
43:20   Q. Were you ever told, at any time prior
43:21 to today and being shown some documents about the
43:22 MAUDE database, that Bard evaluated specifically the
43:23 MAUDE database to compare their filter with others
43:24 in 2004?

**44:1 - 44:8**   **D, ayala 03-21-2017 (00:00:19)**   03_20_18 combo final3_1.31

44:1 THE WITNESS:  No.
44:2 BY MR. MATTHEWS:
44:3   Q. Is that the type of information you
44:4 would expect a manufacturer that sets out to make a
44:5 decision, or at least look at the MAUDE information
44:6 to determine filter fracture compared to other
44:7 filters on the market, is that the type of
44:8 information you want to know about?

**44:10 - 44:25**   **D, ayala 03-21-2017 (00:00:56)**   03_20_18 combo final3_1.32

44:10 THE WITNESS:  Yes.  But it's a bit
44:11 more complicated in the sense that my understanding
44:12 of the MAUDE database is that it is a voluntary
44:13 database.  It's not legally required for a physician
44:14 to report a problem with an implant or a product,
44:15 although you could argue that it is ethically
44:16 required.  As with any database, it has problems
44:17 with regards to vetting of data, with regards to
44:18 accuracy of data.
44:19 So if a concern existed regarding a
44:20 particular product, yes, I think that should be
44:21 brought forth and studied, scientifically studied

| Page/Line | Source | ID |
|---|---|---|
| | 44:22 and addressed. | |
| | 44:23 BY MR. MATTHEWS: | |
| | 44:24   Q. At a bare minimum, the MAUDE database | |
| | 44:25 would be a signal, a red flag -- | |
| 45:2 - 45:6 | **D, ayala 03-21-2017 (00:00:08)** | 03_20_18 combo final3_1.33 |
| | 45:2 BY MR. MATTHEWS: | |
| | 45:3   Q. -- a red flag that should cause and | |
| | 45:4 promote more research into whether a product is safe | |
| | 45:5 and effective? | |
| | 45:6   A. Agree. | |
| 47:2 - 47:7 | **D, ayala 03-21-2017 (00:00:16)** | 03_20_18 combo final3_1.34 |
| | 47:2   Q. But let me ask you, then, this | |
| | 47:3 question, just so we're clear. | |
| | 47:4 Do you rely, in part, on IFUs, that | |
| | 47:5 is, instructions for use, with the products you | |
| | 47:6 implant in patients? | |
| | 47:7   A. Yes. | |
| 47:13 - 47:15 | **D, ayala 03-21-2017 (00:00:09)** | 03_20_18 combo final3_1.35 |
| | 47:13 MR. MATTHEWS:  All right.  I would | DAYALA 4.1.3 |
| | 47:14 like to mark as Exhibit-4 an IFU from the G2 filter | |
| | 47:15 system that, on the last page, is dated 10/06. | |
| 48:11 - 49:8 | **D, ayala 03-21-2017 (00:00:53)** | 03_20_18 combo final3_1.36 |
| | 48:11   Q. Doctor, I'd like to -- I don't mean | clear |
| | 48:12 to interrupt you, but I would like to ask a couple | |
| | 48:13 of specific questions about this. | |
| | 48:14   A. Please do. | |
| | 48:15   Q. On the second -- on the right-hand | DAYALA 4.1 |
| | 48:16 column, under 7, there is a -- under E, warning, G2 | |
| | 48:17 Filter implantation, it says, Filter fracture is a | DAYALA 4.1.1 |
| | 48:18 known complication of vena cava filters. | |
| | 48:19 Do you see that? | |
| | 48:20   A. I do. | |
| | 48:21   Q. It says, There have been -- There | |
| | 48:22 have been reports of embolization of vena cava | |
| | 48:23 filter fragments resulting in retrieval of the | |
| | 48:24 fragment using endovascular and/or surgical | |
| | 48:25 techniques.  Most cases of filter fracture, however, | |
| | 49:1 have been reported without any adverse clinical | |
| | 49:2 sequelae. | |
| | 49:3 I'd like to ask you about the first | DAYALA 4.1.2 |

| 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
|  | 49:4 sentence:  Filter fracture is a known complication | |
|  | 49:5 of vena cava filters. | |
|  | 49:6 Doctor, do you read that in the IFU | |
|  | 49:7 to mean that the rates of filter fracture are | |
|  | 49:8 similar with all filters? | |
| 49:10 - 49:22 | **D, ayala 03-21-2017 (00:00:41)** | 03_20_18 combo final3_1.37 |
|  | 49:10 THE WITNESS:  I don't read anything | |
|  | 49:11 about rate.  I read something about complications | |
|  | 49:12 and about the potential for fracture.  So it makes | |
|  | 49:13 no specific statements with regards to the incidence | |
|  | 49:14 of this occurrence. | |
|  | 49:15 BY MR. MATTHEWS: | |
|  | 49:16   Q. If there is evidence that the company | clear |
|  | 49:17 had, in 2006 or prior to that publication being sent | |
|  | 49:18 to you with the filter, and there was a showing | |
|  | 49:19 within the company of a 500 percent greater risk | |
|  | 49:20 with Bard filter compared with other filters, is | |
|  | 49:21 that the information -- the type of information that | |
|  | 49:22 you would want to know about? | |
| 49:24 - 50:4 | **D, ayala 03-21-2017 (00:00:17)** | 03_20_18 combo final3_1.38 |
|  | 49:24 THE WITNESS:  Yes. | |
|  | 49:25 BY MR. MATTHEWS: | |
|  | 50:1   Q. Would you have informed your patient, | |
|  | 50:2 based on your own ethics and your own consenting | |
|  | 50:3 habits, would you have informed your patient about | |
|  | 50:4 that, if it had said that in that IFU? | |
| 50:6 - 50:9 | **D, ayala 03-21-2017 (00:00:12)** | 03_20_18 combo final3_1.39 |
|  | 50:6 THE WITNESS:  If I thought that a | |
|  | 50:7 particular problem -- I'm sorry, a particular filter | |
|  | 50:8 was a problem, was defective in some way, I unlikely | |
|  | 50:9 would use that product. | |
| 50:18 - 51:10 | **D, ayala 03-21-2017 (00:00:51)** | 03_20_18 combo final3_1.40 |
|  | 50:18   Q. Do you expect medical device | |
|  | 50:19 companies to do and perform adequately powered | |
|  | 50:20 studies looking at the safety and the efficacy of a | |
|  | 50:21 product prior to its sale? | |
|  | 50:22   A. Yes. | |
|  | 50:23   Q. Do you expect a medical device | |
|  | 50:24 manufacturer to do proper postmarket surveillance of | |
|  | 50:25 that product once it gets on the market and sold | |

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

| Page/Line | Source | ID |
|---|---|---|
| | 51:1 en masse, to follow that and inform doctors about | |
| | 51:2 what they see in the marketplace? | |
| | 51:3   A. Yes. | |
| | 51:4   Q. Were you ever told by Bard, Mr. | |
| | 51:5 Ferrara or anybody at Bard, that they had observed | |
| | 51:6 higher rates of complications with Recovery, that | |
| | 51:7 they placed it on a temporary commercial hold?  Did | |
| | 51:8 you ever know that? | |
| | 51:9 *** | |
| | 51:10 THE WITNESS:  No. | |
| 51:15 - 51:17 | **D, ayala 03-21-2017 (00:00:05)** | 03_20_18 combo final3_1.41 |
| | 51:15   Q. Were you ever told why Bard withdrew | |
| | 51:16 G2 from the market? | |
| | 51:17   A. No. | |
| 54:15 - 54:19 | **D, ayala 03-21-2017 (00:00:13)** | 03_20_18 combo final3_1.42 |
| | 54:15   Q. Have you ever received a -- what's | |
| | 54:16 called a Dear Doctor letter, sometimes called a Dear | |
| | 54:17 Healthcare Provider letter, from Bard concerning its | |
| | 54:18 Recovery or G2 filters? | |
| | 54:19   A. Not that I recall. | |
| 55:4 - 55:8 | **D, ayala 03-21-2017 (00:00:12)** | 03_20_18 combo final3_1.43 |
| | 55:4 In 2012, you wrote a paper, I think | |
| | 55:5 it was called Concurrent Prophylactic Placement of | |
| | 55:6 IVC Filter in Bariatric Patients. | |
| | 55:7 Do you recall that? | |
| | 55:8   A. I do. | |
| 55:15 - 55:15 | **D, ayala 03-21-2017 (00:00:07)** | 03_20_18 combo final3_1.44 |
| | 55:15   Q. I'm going to mark this as Exhibit-5. | |
| 56:3 - 56:5 | **D, ayala 03-21-2017 (00:00:04)** | 03_20_18 combo final3_1.45 |
| | 56:3   Q. And this is a paper you wrote along | |
| | 56:4 with these other doctors, correct? | |
| | 56:5   A. Yes. | |
| 56:13 - 57:23 | **D, ayala 03-21-2017 (00:01:43)** | 03_20_18 combo final3_1.46 |
| | 56:13   Q. Concurrent Prophylactic Placement | |
| | 56:14 Inferior Vena Cava Filter in Gastric Bypass, what | |
| | 56:15 we're talking about is during and after placement of | |
| | 56:16 inferior vena cava with patients that have had lap | |
| | 56:17 bands or band surgery, whether there was a benefit | |
| | 56:18 with the use of a filter with those patients; is | |
| | 56:19 that correct? | |

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

56:20  A. Yes.
56:21  Q. And you found in the conclusion, this
56:22 was actually presented in the Eastern Vascular
56:23 Society in DC in September of 2011, you found that
56:24 CPIVCF was associated with specific clinical
56:25 features, increased healthcare resource utilization
57:1 and higher mortality in patients undergoing
57:2 bariatric operations.  Although selected patient
57:3 characteristics influenced surgeons to perform
57:4 CPIVCF, this study was unable to establish an
57:5 outcome benefit for CPIVCF.
57:6 That was a mouthful.
57:7  A. Yes.
57:8  Q. But can you tell us what that means?
57:9  A. What that means is that there appears
57:10 to be no benefit for morbidly obese patients
57:11 undergoing these procedures to undergo concurrent
57:12 placement of an IVC filter.
57:13  Q. So this filter in these -- in this
57:14 particular study was used prophylactically --
57:15  A. That is correct.
57:16  Q. -- to prevent PE post surgery from a
57:17 patient, correct?
57:18  A. Correct.
57:19  Q. And you found, with your other
57:20 authors, that there was no benefit of the filter?
57:21  A. Correct.
57:22  Q. That's an important finding.
57:23 Do you agree?

| 57:25 - 57:25 | **D, ayala 03-21-2017 (00:00:01)** | 03_20_18 combo final3_1.47 |

57:25 THE WITNESS:  Yes.

| 58:8 - 58:11 | **D, ayala 03-21-2017 (00:00:07)** | 03_20_18 combo final3_1.48 |

58:8  Q. There was a study in 1998
58:9 by Dr. Decousus called the PREPIC 1 study.
58:10 Are you familiar with that study?
58:11  A. I am.

| 61:18 - 61:25 | **D, ayala 03-21-2017 (00:00:21)** | 03_20_18 combo final3_1.49 |

61:18 taking into account the lack of efficacy and the
61:19 fact there were no reduction in mortality in PREPIC
61:20 1 and PREPIC 2, coupled with the fact that the G2

| Page/Line | Source | ID |
|---|---|---|
| | | |

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

61:21 had a fivefold increased risk for fracture compared
61:22 to other filters.
61:23 BY MR. MATTHEWS:
61:24   Q. In 2007 would you have implanted that
61:25 filter?

**62:5 - 62:24**   **D, ayala 03-21-2017 (00:01:08)**   03_20_18 combo final3_1.50

62:5 THE WITNESS:  The PREPIC 1 trial is a
62:6 great study, and it's a very interesting study.  But
62:7 there are problems in this study, as there are
62:8 problems with every study.  And the fundamental
62:9 problem that you have with this trial is that it
62:10 randomized patients who were candidates for caval
62:11 interruption or not; in other words, all patients
62:12 were treated with blood thinners.  It doesn't really
62:13 address the question of what to do with those
62:14 patients that cannot be treated with blood thinners.
62:15 And from my review of the chart on
62:16 Ms. Booker, it was clear that she could not be
62:17 treated with blood thinners.  The reason for that
62:18 was she had bleeding complications.  She was, if I
62:19 recall, anemic, and she was to undergo subsequent
62:20 surgical interventions.
62:21 So her anticoagulation had to be
62:22 held, hence, PREPIC doesn't really apply to a
62:23 patient like Ms. Booker.  It applies to a different
62:24 set of patients.

**62:25 - 63:20**   **D, ayala 03-21-2017 (00:01:00)**   03_20_18 combo final3_1.51

62:25 With regards to the Bard filter,
63:1 would I have used a different device if I knew at
63:2 the time that the Bard filter was not ideal or as
63:3 good as some of the other implants?  The answer
63:4 would have to be yes.
63:5 BY MR. MATTHEWS:
63:6   Q. You would have used --
63:7   A. I would have used a different filter
63:8 if there was a different filter that I knew of that
63:9 was better, in terms of its safety profile.
63:10   Q. In terms of the documents that you
63:11 have, I think they are Exhibit-2 and 3, the health
63:12 hazard report and then the investigation conducted

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

| Page/Line | Source | ID |
|---|---|---|
| | 63:13 by Bard that showed a fivefold increased risk for | |
| | 63:14 fracture and embolization of that fracture, and you | |
| | 63:15 told us that would be the type of information you | |
| | 63:16 would want to know in your benefit/risk analysis, | |
| | 63:17 knowing that -- | |
| | 63:18   A. Yes. | |
| | 63:19   Q. -- and seeing that today, would that | |
| | 63:20 have been enough to use another filter? | |
| 63:22 - 64:2 | **D, ayala 03-21-2017 (00:00:17)** | 03_20_18 combo final3_1.52 |
| | 63:22 THE WITNESS:  Difficult to say with | |
| | 63:23 certainty.  It would depend upon what other filters | |
| | 63:24 we had at the time and what their problems would | |
| | 63:25 have been.  But it would have been a very important | |
| | 64:1 piece of information, as far as making decisions | |
| | 64:2 regarding this or any other patient, yes. | |
| 64:4 - 64:7 | **D, ayala 03-21-2017 (00:00:04)** | 03_20_18 combo final3_1.53 |
| | 64:4   Q. And it would have influenced your | |
| | 64:5 prescribing habit? | |
| | 64:6 *** | |
| | 64:7 THE WITNESS:  Yes. | |
| 64:9 - 64:10 | **D, ayala 03-21-2017 (00:00:06)** | 03_20_18 combo final3_1.54 |
| | 64:9   Q. Let me show you a study, I'm going to | |
| | 64:10 mark this as D'Ayala Exhibit Number 7.  And this is | |
| 66:19 - 67:8 | **D, ayala 03-21-2017 (00:00:52)** | 03_20_18 combo final3_1.55 |
| | 66:19   Q.  The conclusion of this study | |
| | 66:20 by Dr. Nicholson and other doctors in different | |
| | 66:21 fields of medicine found the Bard Recovery and Bard | |
| | 66:22 G2 filters had high prevalence of fracture and | |
| | 66:23 embolization with potentially life-threatening | |
| | 66:24 sequelae. | |
| | 66:25 Doctor, if you had been warned prior | |
| | 67:1 to June of 2007 of this information, I know this is | |
| | 67:2 dated 2010, but I'm going to ask you the question | |
| | 67:3 for purposes of a hypothetical, that is, had you | |
| | 67:4 known this information of this conclusion, that the | |
| | 67:5 G2 had a high prevalence of fracture and | |
| | 67:6 embolization with life-threatening sequelae, would | |
| | 67:7 that have influenced your prescribing habits and the | |
| | 67:8 use of the G2 with Ms. Booker? | |
| 67:10 - 67:10 | **D, ayala 03-21-2017 (00:00:02)** | 03_20_18 combo final3_1.56 |

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

|  | 67:10 THE WITNESS:  Yes. | |
| 70:9 - 70:13 | **D, ayala 03-21-2017 (00:00:19)** | 03_20_18 combo final3_1.37 |
|  | 70:9   Q. Well, let me ask you this question, | |
|  | 70:10 then, Doctor:  If you knew back in 2007 when you | |
|  | 70:11 were implanting that filter that there was even a 12 | |
|  | 70:12 percent probability of fracture with that filter, | |
|  | 70:13 would you have used a G2? | |
| 70:15 - 70:20 | **D, ayala 03-21-2017 (00:00:18)** | 03_20_18 combo final3_1.38 |
|  | 70:15 THE WITNESS:  Unlikely. | |
|  | 70:16 BY MR. MATTHEWS: | |
|  | 70:17   Q. If there was a 25 percent risk of | |
|  | 70:18 filter fracture, can we safely say you would not | |
|  | 70:19 have used that filter? | |
|  | 70:20   A. Most likely. | |
| 70:20 - 70:25 | **D, ayala 03-21-2017 (00:00:16)** | 03_20_18 combo final3_1.59 |
|  | 70:20   A. But you have to | |
|  | 70:21 understand that you have to have a way of treating | |
|  | 70:22 these difficult patients.  So some filter has to be | |
|  | 70:23 used.  And it becomes a matter of deciding which | |
|  | 70:24 filter is best, so to speak.  And sometimes that's | |
|  | 70:25 not entirely clear. | |
| 73:1 - 73:3 | **D, ayala 03-21-2017 (00:00:11)** | 03_20_18 combo final3_1.60 |
|  | 73:1   Q. Doctor, let me show you what has been | |
|  | 73:2 marked as Exhibit-11 to your deposition, which is an | |
|  | 73:3 internal document from Bard. | |
| 73:19 - 74:1 | **D, ayala 03-21-2017 (00:00:22)** | 03_20_18 combo final3_1.61 |
|  | 73:19   Q. First let me ask you, did you ever | |
|  | 73:20 use in your practice the Simon Nitinol filter, | |
|  | 73:21 referred here with an acronym SNF? | |
|  | 73:22   A. I have. | |
|  | 73:23   Q. And that is a filter, a permanent | |
|  | 73:24 filter that was in existence for many years prior to | |
|  | 73:25 the G2 being cleared by the FDA, correct? | |
|  | 74:1   A. Correct. | |
| 77:14 - 77:17 | **D, ayala 03-21-2017 (00:00:09)** | 03_20_18 combo final3_1.62 |
|  | 77:14   Q. Were the adverse events associated | |
|  | 77:15 with the nitinol filter or the G2 ever discussed | |
|  | 77:16 with you by any of the sales reps that called on | |
|  | 77:17 you? | |
| 77:19 - 77:19 | **D, ayala 03-21-2017 (00:00:02)** | 03_20_18 combo final3_1.63 |

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

| Page/Line | Source | ID |
|---|---|---|
| 81:11 - 82:10 | 77:19 THE WITNESS:  No. | |
| | **D, ayala 03-21-2017 (00:01:02)** | 03_20_18 combo final3_1.64 |
| | 81:11   Q. If we could move to the next one, | |
| | 81:12 which is MDR69. | |
| | 81:13   A. Uh-huh. | |
| | 81:14   Q. Any of those notes yours? | |
| | 81:15   A. Yes, that's all written by me. | |
| | 81:16   Q. Okay.  It says, that I can read, | |
| | 81:17 Preoperative diagnosis.  It's the pre-op note.  DVT | |
| | 81:18 PE procedure planned, IVC filter.  And then | |
| | 81:19 pertinent medical history, physical finding. | |
| | 81:20   A. Uh-huh. | |
| | 81:21   Q. Can you read that? | |
| | 81:22   A. It says, Patient with history of DVT | |
| | 81:23 PE. | |
| | 81:24   Q. And then to significant status | |
| | 81:25 changes noted.  And indication is what? | |
| | 82:1   A. Prevention of PE. | |
| | 82:2   Q. And then that's your signature? | |
| | 82:3   A. It is. | |
| | 82:4   Q. 6/21/07 at 7:30? | |
| | 82:5   A. Uh-huh. | |
| | 82:6   Q. All right.  And the next entry that | |
| | 82:7 may or may not be yours, Page 71. | |
| | 82:8   A. No, that's -- that's mine. | |
| | 82:9   Q. It is?  Okay. | |
| | 82:10   A. Unmistakable. | |
| 82:11 - 82:16 | **D, ayala 03-21-2017 (00:00:14)** | 03_20_18 combo final3_1.65 |
| | 82:11   Q. All right.  I think that says, | |
| | 82:12 37-year-old with history of DVT PE. | |
| | 82:13   A. I'd be happy to translate into | |
| | 82:14 English -- | |
| | 82:15   Q. Yes, please. | |
| | 82:16   A. -- if you'd like. | |
| 83:3 - 83:13 | **D, ayala 03-21-2017 (00:00:39)** | 03_20_18 combo final3_1.66 |
| | 83:3   A. Sure.  6/21/07, vascular attending, | |
| | 83:4 37-year-old with history of DVT PE.  Uterine | |
| | 83:5 fibroids, vaginal bleed with DVT, despite | |
| | 83:6 anticoagulation.  Awaiting surgical intervention. | |
| | 83:7   Q. Now, it says that, Agree with need | |

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

83:8 for IVC filter.

83:9   A. Uh-huh.

83:10   Q. And I believe you told us that that

83:11 was Dr. Martin with whom you were agreeing with; is

83:12 that right?

83:13   A. Yes.

83:14 - 83:18 **D, ayala 03-21-2017 (00:00:16)** 03_20_18 combo final3_1.67

83:14 it says, 37-year-old awaiting GYN surgery with

83:15 chronic DVT and PE.  Agree with need for IVC filter.

83:16 Will schedule for insertion of retrievable filter

83:17 today.  Risk/benefits discussed with patient,

83:18 husband, who agreed to proceed.

89:11 - 89:12 **D, ayala 03-21-2017 (00:00:22)** 03_20_18 combo final3_1.68

89:11   Q. specifically, Page 71, which is

89:12 one of your handwritten notes.

89:18 - 90:5 **D, ayala 03-21-2017 (00:00:35)** 03_20_18 combo final3_1.69

89:18   Q. In the bottom red box that was made

89:19 by the plaintiff's counsel, when you read your note

89:20 it says "retrievable" -- where it says -- the

89:21 sentence that says "retrievable," what does that

89:22 sentence say?

89:23   A. Scheduled for insertion of

89:24 retrievable filter today.

89:25   Q. And in 2007 when you were implanting

90:1 the filter in Ms. Booker, the G2 filter, you

90:2 indicated in your note, in your handwritten note,

90:3 that you were implanting it as a retrievable filter;

90:4 is that right?

90:5   A. Yes.

90:12 - 90:18 **D, ayala 03-21-2017 (00:00:17)** 03_20_18 combo final3_1.70

90:12   Q. And so, again, your operation was the

90:13 insertion of a retrievable IVC filter; is that

90:14 right?

90:15   A. Yes.

90:16   Q. And the filter that you chose for Ms.

90:17 Booker was a Bard G2 filter; is that right?

90:18   A. That's right.

90:22 - 91:6 **D, ayala 03-21-2017 (00:00:22)** 03_20_18 combo final3_1.71

90:22   Q. It was

90:23 mentioned earlier that at the time you inserted the

| Page/Line | Source | ID |
|---|---|---|
| | 90:24 Bard G2 filter in Ms. Booker, it had not been | |
| | 90:25 cleared by the FDA for retrievability. | |
| | 91:1 Were you aware of that? | |
| | 91:2  A. Yes. | |
| | 91:3  Q. But you were also aware that it was a | |
| | 91:4 filter that you were able to retrieve | |
| | 91:5 percutaneously; is that right? | |
| | 91:6  A. Yes. | |
| 91:7 - 91:12 | **D, ayala 03-21-2017 (00:00:19)** | 03_20_18 combo final3_1.72 |
| | 91:7  Q. You testified earlier that you | |
| | 91:8 implanted it as a permanent filter, yet your op | |
| | 91:9 notes and your handwritten notes clearly say that | |
| | 91:10 you were inserting it as a retrievable filter. | |
| | 91:11 So was it implanted as a retrievable | |
| | 91:12 filter? | |
| 91:15 - 91:22 | **D, ayala 03-21-2017 (00:00:28)** | 03_20_18 combo final3_1.73 |
| | 91:15 THE WITNESS:  When I stated that | |
| | 91:16 earlier, that was based on my review of the medical | |
| | 91:17 record.  And my bias, I can tell you today, is to | |
| | 91:18 use only retrievable filters and make every effort | |
| | 91:19 at retrieving these filters, if possible.  Even | |
| | 91:20 permanent filters are potentially retrievable with | |
| | 91:21 proper techniques, more often than not | |
| | 91:22 percutaneously. | |
| 92:2 - 92:8 | **D, ayala 03-21-2017 (00:00:20)** | 03_20_18 combo final3_1.74 |
| | 92:2 based on what -- your review of your | |
| | 92:3 records and the history you had available to you, do | |
| | 92:4 you believe, and the language that you used in your | |
| | 92:5 op note and in your handwritten notes, | |
| | 92:6 that this filter be retrieved when she was no longer | |
| | 92:7 contraindicated for anticoagulants; is that right? | |
| | 92:8  A. Yes, based on what I wrote there. | |
| 92:11 - 92:18 | **D, ayala 03-21-2017 (00:00:24)** | 03_20_18 combo final3_1.75 |
| | 92:11  Q. And I assume that you don't know | |
| | 92:12 whether there was any discussion with Ms. Booker or | |
| | 92:13 any of her healthcare providers, after you implanted | |
| | 92:14 the filter, as to whether it could or should be | |
| | 92:15 retrieved; is that right? | |
| | 92:16  A. I can tell you that if I intended it | |
| | 92:17 to be a retrievable implant, that conversation would | |

| | | |
|---|---|---|
| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |
| **Page/Line** | **Source** | **ID** |

92:18 have taken place with Ms. Booker.

92:23 - 93:1     **D, ayala 03-21-2017 (00:00:10)**     03_20_18 combo final3_1.76

92:23 It would have been your practice to

92:24 discuss with her the fact that the filter was

92:25 retrievable and should be retrieved when she was no

93:1 longer contraindicated for anticoagulants?

93:3 - 93:3     **D, ayala 03-21-2017 (00:00:01)**     03_20_18 combo final3_1.77

93:3 THE WITNESS:  Yes.

93:10 - 93:13     **D, ayala 03-21-2017 (00:00:13)**     03_20_18 combo final3_1.78

93:10 In 2007 when you implanted Ms.

93:11 Booker's G2 filter, you were aware of the potential

93:12 complications associated with that filter, were you

93:13 not?

93:18 - 94:14     **D, ayala 03-21-2017 (00:00:52)**     03_20_18 combo final3_1.79

93:18   A. The reported complications at the

93:19 time I was aware of, I'm sure.

93:20   Q. And, in fact, you previously looked

93:21 at Exhibit-4, which was the IFU --

93:22   A. Yes.

93:23   Q. -- for the G2 filter.

93:24 And you would have had that IFU

93:25 available to you before you implanted Ms. Booker's

94:1 filter, correct?

94:2   A. Yes.

94:3   Q. And, specifically, in Section G of

94:4 the IFU, it discusses that one of the known

94:5 complications of the G2 filter is movement or

94:6 migration; is that right?

94:7   A. It does.

94:8   Q. And it also specifically addresses

94:9 that filter fracture is a known complication of vena

94:10 cava filters, does it not?

94:11   A. It does.

94:12   Q. And, in fact, fracture is a

94:13 complication of all vena cava filters, isn't it?

94:14   A. It is.  As is migration.

94:16 - 96:7     **D, ayala 03-21-2017 (00:02:07)**     03_20_18 combo final3_1.80

94:16 And the G2 -- and the IFU for the G2

94:17 filter that you implanted in Ms. Booker specifically

94:18 says that, There have been reports of embolization

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

94:19 of vena cava filter fragments resulting in retrieval
94:20 of the fragment using endovascular and/or surgical
94:21 techniques.  Most cases a filter fracture, however,
94:22 have been reported without any adverse clinical
94:23 sequelae.
94:24 Is that right?
94:25   A. Uh-huh.
95:1   Q. And so before treating Ms. Booker in
95:2 2007, you were aware, as you've stated, that filter
95:3 fracture was a risk associated with a G2 and all
95:4 filters; is that right?
95:5   A. Yes.
95:6   Q. And you took that into consideration
95:7 when weighing the risk/benefit for implanting a G2
95:8 filter in Ms. Booker; is that right?
95:9   A. Yes.
95:10   Q. You testified earlier that Ms.
95:11 Booker, because of what was going on in her medical
95:12 condition, was contraindicated for anticoagulants at
95:13 the time you inserted the filter, correct?
95:14   A. Yes.
95:15   Q. But she had a history of both PE and
95:16 DVT, correct?
95:17   A. Correct.
95:18   Q. And she was about to undergo surgery
95:19 for a cervical mass; is that right?
95:20   A. Right.
95:21   Q. And so she had to be removed from the
95:22 anticoagulant medication?
95:23   A. Right.
95:24   Q. But it was your -- was it your
95:25 understanding that post surgery that medication
96:1 would be resumed, or did you have an understanding
96:2 of that?
96:3   A. I'm not entirely sure that that is
96:4 clear to me from the record.  I can tell you that it
96:5 would be my practice to discuss resumption of
96:6 anticoagulation with all of the physicians involved
96:7 in her care.

| 96:17 - 97:17 | **D, ayala 03-21-2017 (00:01:17)** | 03_20_18 combo final3_1.81 |

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

| Page/Line | Source | ID |
|---|---|---|
| | 96:17  Q. -- in your handwritten note it says, | |

96:17  Q. -- in your handwritten note it says,
96:18 Risk/benefits discussed with patient.
96:19 Is that right?  I hope that's what it
96:20 says.
96:21   A. Yes.
96:22   Q. Schedule for insertion --
96:23   A. Yes.
96:24   Q. -- of retrievable filter today?
96:25   A. Yes.  Risks/benefits discussed with
97:1 patient, husband, who agreed to proceed.
97:2   Q. And what was your practice at the
97:3 time, do you recall -- at the time in 2007, what
97:4 risk/benefits would you have discussed with Ms.
97:5 Booker relating to the insertion of the retrievable
97:6 filter?
97:7   A. Right.  What I would discuss with any
97:8 young patient regarding any implant is concerns
97:9 regarding durability, procedural complications.  I
97:10 would discuss the potential for bleeding, infection;
97:11 a dye reaction, very unlikely, some degree of renal
97:12 insufficiency as the complication of the use of dye.
97:13 And as far as long-term
97:14 complications, as I stated, durability and the
97:15 potential for caval thrombosis, migration,
97:16 fragmentation.  Hence, the importance for follow-up
97:17 and attempt at retrieval in the future.

**99:25 - 100:14**   **D, ayala 03-21-2017 (00:00:47)**   03_20_18 combo final3_1.82

99:25   Q. Based on your review of the
100:1 medical records, did you see, treat Ms. Booker after
100:2 the implantation of the filter?
100:3   A. No. I saw her the day afterwards,
100:4 based on these records, which, as we discussed
100:5 previously, is customary.
100:6 I have no personal office records of
100:7 Ms. Booker ever seeing me after hospital discharge.
100:8   Q. Would it have -- was it your practice
100:9 in 2007 to recommend that a patient come back and
100:10 see you at least once after discharge?
100:11   A. Yes.
100:12   Q. But as far as your records indicate,

| | | |
|---|---|---|
| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |
| **Page/Line** | **Source** | **ID** |

100:13 Ms. Booker never did that?

100:14  A. Yes.

100:15 - 101:17  **D, ayala 03-21-2017 (00:01:11)**    03_20_18 combo final3_1.83

100:15  Q. Doctor, at the beginning of the

100:16 deposition you were shown a handful of internal

100:17 documents from Bard, specifically you were shown two

100:18 Bard internal documents and an e-mail.

100:19 Do you recall those?

100:20  A. I do.

100:21  Q. Have you ever been shown internal

100:22 documents from any other device manufacturer?

100:23  A. No.

100:24  Q. Have you ever requested internal

100:25 documents from a device manufacturer in performing a

101:1 risk/benefit analysis --

101:2  A. No.

101:3  Q. -- of a product?

101:4 Do you know -- was today the first

101:5 time you had ever seen Exhibits-2 and 3?

101:6  A. Yes.

101:7  Q. And you did not have the opportunity

101:8 to read those exhibits in their entirety, did you?

101:9  A. No.

101:10  Q. But both of the exhibits on their

101:11 face indicate that they are about the Recovery

101:12 filter, do they not?

101:13  A. Indeed.

101:14  Q. And, in fact, the filter that you

101:15 implanted in Ms. Booker was not a Bard Recovery

101:16 filter, was it?

101:17  A. That is correct.

101:24 - 102:9  **D, ayala 03-21-2017 (00:00:18)**    03_20_18 combo final3_1.84

101:24  Q. it looks like Bard was doing an

101:25 internal analyzation of its Recovery filter,

102:1 correct?

102:2  A. It does.

102:3  Q. And you don't know what Bard did in

102:4 response to this internal evaluation; is that right?

102:5  A. I do not.

102:6  Q. And you don't know what changes Bard

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1

102:7 made between the Recovery filter and the G2 filter,
102:8 do you?
102:9   A. No.

104:2 - 104:6    **D, ayala 03-21-2017 (00:00:12)**    03_20_18 combo final3_1.85

104:2   Q. Have you ever been provided with
104:3 comparative rate data from manufacturers regarding
104:4 any product that you use, any medical device that
104:5 you use?
104:6   A. Not to my knowledge.

105:12 - 106:1    **D, ayala 03-21-2017 (00:00:26)**    03_20_18 combo final3_1.86

105:12   Q. When it comes to making decisions for
105:13 your patients and weighing the risk and benefits of
105:14 medical devices that you use with your patients, you
105:15 rely on a number of sources, don't you?
105:16   A. I do.
105:17   Q. You rely on the FDA?
105:18   A. Yes.
105:19   Q. You rely on your partners and
105:20 colleagues?
105:21   A. Yes.
105:22   Q. You rely on available medical
105:23 literature regarding the device or the product?
105:24   A. Yes.
105:25   Q. You rely on your own experiences?
106:1   A. I do.

106:11 - 106:15    **D, ayala 03-21-2017 (00:00:13)**    03_20_18 combo final3_1.87

106:11   Q. And you would not want to receive
106:12 unreliable or preliminary or internal investigations
106:13 without knowing the outcome or the results; is that
106:14 right?
106:15   A. That's right.

108:18 - 109:12    **D, ayala 03-21-2017 (00:00:54)**    03_20_18 combo final3_1.88

108:18   Q. Have you ever seen any peer-reviewed
108:19 literature saying that the G2 filter has
108:20 complication rates that are significantly higher
108:21 than other filters?
108:22   A. No.
108:23   Q. So sitting here today, you're not
108:24 aware of any medical literature that shows that the
108:25 complication rates for the G2 filter are higher than

| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |

| Page/Line | Source | ID |
|---|---|---|
| | 109:1 any other filters that were available; is that | |
| | 109:2 right? | |
| | 109:3   A. I would rephrase that by saying I | |
| | 109:4 have not seen any literature that directly compares | |
| | 109:5 the G2 filter to any other filter and states that | |
| | 109:6 that filter is more dangerous or less efficacious. | |
| | 109:7   Q. Thank you. | |
| | 109:8 Have you ever seen any FDA | |
| | 109:9 denouncement saying the G2 filter has complication | |
| | 109:10 rates that are significantly higher than other | |
| | 109:11 filters? | |
| | 109:12   A. I have not. | |
| 111:18 - 112:7 | D, ayala 03-21-2017 (00:00:35) | 03_20_18 combo final3_1.89 |
| | 111:18   Q. You would expect them to be looking | |
| | 111:19 at reports of adverse events from the -- from | |
| | 111:20 patients and analyzing their filters and | |
| | 111:21 continuously looking to improve the product; is that | |
| | 111:22 right? | |
| | 111:23   A. Yes. | |
| | 111:24   Q. And you would agree with me that | |
| | 111:25 that's part of the risk/benefit analysis that a | |
| | 112:1 manufacturer should do before bringing a product to | |
| | 112:2 market, correct? | |
| | 112:3   A. Yes. | |
| | 112:4   Q. You would also agree with me that | |
| | 112:5 within -- with any medical device there are risks? | |
| | 112:6   A. Absolutely. | |
| | 112:7   Q. And with any medical device there are | |
| 112:10 - 112:12 | D, ayala 03-21-2017 (00:00:04) | 03_20_18 combo final3_1.90 |
| | 112:10 again -- there are risks that may come to light | |
| | 112:11 after the product is on the market? | |
| | 112:12   A. Yes. | |
| 114:8 - 114:15 | D, ayala 03-21-2017 (00:00:13) | 03_20_18 combo final3_1.91 |
| | 114:8 Do you recall any specific | |
| | 114:9 discussions you had with the sales reps from Bard | |
| | 114:10 regarding the G2 filter? | |
| | 114:11   A. No. | |
| | 114:12   Q. Do you recall ever raising any | |
| | 114:13 questions or concerns with the sales reps regarding | |
| | 114:14 the G2 filter? | |

| | 03_20_18 combo final3_1-D'Ayala 03-21-17 Booker Depo Designation Final3.1 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 115:7 - 115:14 | 114:15   A. No.<br>**D, ayala 03-21-2017 (00:00:16)**<br>115:7 Do you know if medical device<br>115:8 manufacturers are even permitted to provide doctors<br>115:9 with alleged complication rates, comparative<br>115:10 complication rates under the FDA guidelines?<br>115:11   A. I do not.<br>115:12   Q. And that's not something anyone has<br>115:13 ever provided to you, though, is it?<br>115:14   A. No, it is not. | 03_20_18 combo final3_1.92 |
| 121:6 - 121:15 | **D, ayala 03-21-2017 (00:00:22)**<br>121:6   Q. Doctor, you were asked a number of<br>121:7 times today, if something is true, would that have<br>121:8 impacted your decision of whether to use a certain<br>121:9 filter or not.<br>121:10 Do you recall those questions?<br>121:11   A. Yes, I do.<br>121:12   Q. What you have not been provided today<br>121:13 is with any peer-reviewed or reliable information<br>121:14 showing that those "ifs" are, in fact, true; is that<br>121:15 right? | 03_20_18 combo final3_1.93 |
| 121:19 - 121:19 | **D, ayala 03-21-2017 (00:00:01)**<br>121:19 THE WITNESS:  I agree. | 03_20_18 combo final3_1.94 |
| 121:21 - 122:1 | **D, ayala 03-21-2017 (00:00:18)**<br>121:21   Q. And for you to make an evaluation and<br>121:22 to make a decision relating to whether you would<br>121:23 have done something or not, it would be important<br>121:24 for you to have reliable and complete information;<br>121:25 is that right?<br>122:1   A. Yes. | 03_20_18 combo final3_1.95 |
| 126:1 - 126:2 | **D, ayala 03-21-2017 (00:00:04)**<br>126:1   Q. Just a few more questions, Doctor, in<br>126:2 response to some questions that you were just asked. | 03_20_18 combo final3_1.96 |
| 126:10 - 126:21 | **D, ayala 03-21-2017 (00:00:48)**<br>126:10   Q. Had you known at the time of implant<br>126:11 that there was up to a 25 percent risk of a<br>126:12 fractured filter in the G2, would you have taken<br>126:13 steps to ensure that that filter was retrieved from<br>126:14 Ms. Booker after implant?<br>126:15   A. Yes. | 03_20_18 combo final3_1.97 |

| Page/Line | Source | ID |
|---|---|---|
| | 126:16  Q. If you would have known there was up<br>126:17 to a 25 percent risk of filter fracture in that G2,<br>126:18 as we've seen in the articles in front of you, you<br>126:19 would have taken greater steps than what were taken<br>126:20 to make sure that filter was removed after implant<br>126:21 with that patient on that -- in that year, correct? | |
| 126:23 - 127:11 | **D, ayala 03-21-2017 (00:00:45)**<br>126:23 THE WITNESS:  Knowing what I today, I<br>126:24 think it's safe to answer that question as yes.<br>126:25 Given the information we had at hand back then, I'm<br>127:1 not so sure anything would have changed.  But, yes,<br>127:2 we make an effort to follow our patients back then<br>127:3 as now.<br>127:4 BY MR. MATTHEWS:<br>127:5  Q. Let me ask you about that, in terms<br>127:6 of the fracture rate.<br>127:7 Has Bard ever suggested a protocol<br>127:8 for your hospital, knowing what we know today, to<br>127:9 follow those patients that had Recovery and G2<br>127:10 filters to make sure that they are retrieved once<br>127:11 the risk of PE has subsided? | 03_20_18 combo final3_1.98 |
| 127:13 - 127:13 | **D, ayala 03-21-2017 (00:00:01)**<br>127:13 THE WITNESS:  No. | 03_20_18 combo final3_1.99 |
| 127:19 - 128:2 | **D, ayala 03-21-2017 (00:00:17)**<br>127:19  Q. Doctor, the decision of whether or<br>127:20 how to treat a follow-up patient, you would agree<br>127:21 with me that's a medical decision, wouldn't you?<br>127:22  A. Yes.<br>127:23  Q. And it needs to be made by a medical<br>127:24 doctor with medical training?<br>127:25  A. Yes.<br>128:1  Q. And not by a device manufacturer?<br>128:2  A. Yes. | 03_20_18 combo final3_1.100 |
| 10:12 - 10:17 | **D, ayala 03-21-2017 (00:00:09)**<br>10:12 Doctor, could you state your name,<br>10:13 please?<br>10:14  A. Marcus D'Ayala.<br>10:15  Q. And what do you do, sir?<br>10:16  A. I'm a vascular surgeon in clinical<br>10:17 practice in Brooklyn, New York. | 03_20_18 combo final3_1.101 |

| Page/Line | Source | ID |
|---|---|---|

Plaintiffs Designations = 00:23:55
Defense Designations = 00:16:37
Plaintiffs  and defense Designations  = 00:00:50
**Total Time = 00:41:22**

**Documents Shown**
DAYALA 3
DAYALA 4
DAYALA DEPOSITION  3

# EXHIBIT F

**Designation Run Report**

# Kang 06-15-17 Booker Depo Designations FINAL5

---

**Kang, Brandon 06-15-2017**

---

**Plaintiffs  Designations  00:17:47**

**Defense Designations  00:14:40**

**Plaintiffs  And Defense Designations  00:01:18**

**Total Time  00:33:45**



| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5 | |

| Page/Line | Source | ID |
|---|---|---|
| 6:13 - 6:14 | **Kang, Brandon 06-15-2017 (00:00:04)** | 03_20_18 combo FINAL5.1 |
| | 6:13   Q. All right.  Good morning, Dr. Kang. | |
| | 6:14   A. Good morning. | |
| 9:5 - 9:10 | **Kang, Brandon 06-15-2017 (00:00:07)** | 03_20_18 combo FINAL5.2 |
| | 9:5   Q. Are you licensed to practice medicine in any | |
| | 9:6 state? | |
| | 9:7   A. Yes, I am. | |
| | 9:8   Q. Of course.  And would that be the state of | |
| | 9:9 Georgia? | |
| | 9:10   A. In the state of Georgia. | |
| 10:13 - 10:21 | **Kang, Brandon 06-15-2017 (00:00:34)** | 03_20_18 combo FINAL5.3 |
| | 10:13   Q. Now, could you tell us whether or not you've | |
| | 10:14 had experience in implanting and removing IVC filters? | |
| | 10:15   A. I have extensive experience in placing and | |
| | 10:16 removing IVC filters.  I first started placing these | |
| | 10:17 even when I was in residency during training, and | |
| | 10:18 then a lot of experience during my fellowship and | |
| | 10:19 postfellowship at Emory implanting pretty much all | |
| | 10:20 the various types of filters that are out there and | |
| | 10:21 removing the ones that were retrievable as well. | |
| 11:11 - 11:15 | **Kang, Brandon 06-15-2017 (00:00:15)** | 03_20_18 combo FINAL5.4 |
| | 11:11   Q. Now, in your capacity, and in your | |
| | 11:12 profession as an interventional radiologist at | |
| | 11:13 Gwinnett Medical Center, did you have occasion to | |
| | 11:14 treat Ms. Sherr-Una Booker? | |
| | 11:15   A. Yes, I did. | |
| 11:19 - 11:23 | **Kang, Brandon 06-15-2017 (00:00:34)** | 03_20_18 combo FINAL5.5 |
| | 11:19   Q. I'm going to hand you what I'm marking as | |
| | 11:20 Exhibit 3 and represent to you that this is the | |
| | 11:21 emergency department physician note dated June 26, | |
| | 11:22 2014. | |
| | 11:23   A. Okay. | |
| 11:24 - 12:18 | **Kang, Brandon 06-15-2017 (00:01:02)** | 03_20_18 combo FINAL5.6 |
| | 11:24   Q. could you just explain the circumstances | |
| | 11:25 under which you came to treat Ms. Booker? | |
| | 12:1   A. So Ms. Booker was seen in the emergency | |
| | 12:2 department, according to this record, on June 26, | |
| | 12:3 2004.  Came in with abdominal pain.  During the | |
| | 12:4 workup process, looks like they did a CT scan, which | |
| | 12:5 showed some -- an IVC filter in place and a fragment | |

| 03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5 | |
|---|---|

| Page/Line | Source | ID |
|---|---|---|

12:6 or a couple fragments, one that was dislodged into
12:7 the heart and one that was dislodged in the IVC
12:8 itself.
12:9 After the ER doc spoke to the on-call
12:10 radiologist or the radiologist who read the film, he
12:11 thought that it would be prudent for her to come see
12:12 me in my office to discuss the possible retrieval of
12:13 the IVC filter and the fragments.
12:14 So she basically had an appointment.  They
12:15 didn't call me directly from the emergency
12:16 department, so they must have given her my
12:17 information to follow up with me and she came to see
12:18 me in my clinic.

**13:7 - 13:9**   **Kang, Brandon 06-15-2017 (00:00:05)**   03_20_18 combo FINAL5.7

13:7   Q. And this is your record of   2350_MEDICAL.1.2
13:8 Ms. Booker's visit to you on July 3?   2350_MEDICAL.1.1
13:9   A. Correct.

**15:13 - 15:16**   **Kang, Brandon 06-15-2017 (00:00:13)**   03_20_18 combo FINAL5.8

15:13   Q. Based upon your conversation and observation
15:14 of Ms. Booker on July 3, would you state what her   clear
15:15 mental attitude was about the retention of the
15:16 fractured components of the filter?

**15:21 - 16:25**   **Kang, Brandon 06-15-2017 (00:01:27)**   03_20_18 combo FINAL5.9

15:21   A. Okay.  My recollection is, you know, she was
15:22 nervous with what had happened, especially after I
15:23 showed her the pieces that had broken off, about what
15:24 would potentially happen to her if it was left in
15:25 place.
16:1   Q. Okay.  And could you describe to the jury
16:2 where these fractured pieces of the filter were in her
16:3 body --
16:4   A. Right.
16:5   Q. -- on July 3?
16:6   A. I didn't have the luxury of seeing when the
16:7 initial filter was placed and/or how it was placed
16:8 and how it was positioned, but from my review of the
16:9 images that we had, because I also got an x-ray of
16:10 the abdomen and the heart as well, the chest as well
16:11 during the consultation, and, basically, the filter
16:12 was tilted to one side, looked like at least three of

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

16:13 the legs had possibly broken off, one was in the
16:14 region of the right ventricle, and two additional
16:15 fragments, one is laying in the cava and then the
16:16 other one was actually penetrating through the cava,
16:17 inferior vena cava, into the aorta as well.
16:18   Q. So when you say right ventricle, what part of
16:19 the body is that?
16:20   A. So that's the part of the right side of the
16:21 heart.  The heart has four chambers.  All the blood
16:22 comes into the right atrium, then it goes through the
16:23 tricuspid valve into the right ventricle, and then it
16:24 goes into the lungs, then comes back from the lungs
16:25 into the left atrium and the left ventricle.

**17:19 - 17:20** | **Kang, Brandon 06-15-2017 (00:00:03)** | 03_20_18 combo FINAL5.10

17:19   Q.  please describe where those two other
17:20 filters were located --

**17:22 - 18:2** | **Kang, Brandon 06-15-2017 (00:00:12)** | 03_20_18 combo FINAL5.11

17:22   Q. -- those two fragments were located.
17:23   A. One of the fragments was penetrating the
17:24 inferior vena cava and hitting the aorta itself, and
17:25 then the other one had broken off and was just
18:1 sitting in the -- probably the wall of the inferior
18:2 vena cava.

**19:6 - 19:10** | **Kang, Brandon 06-15-2017 (00:00:09)** | 03_20_18 combo FINAL5.12

19:6   Q. With regard to the fragment that was hitting
19:7 the aorta, could you tell if it had pierced the aorta
19:8 or not?
19:9   A. On imaging, yes, it looked like it had
19:10 penetrated into the aorta.

**20:10 - 20:13** | **Kang, Brandon 06-15-2017 (00:00:08)** | 03_20_18 combo FINAL5.13

20:10   Q. And did you form an opinion
20:11 specifically with regard to the fragment in the right
20:12 ventricle as to whether it was in the best interest of
20:13 the patient to remove?

**20:15 - 20:23** | **Kang, Brandon 06-15-2017 (00:00:33)** | 03_20_18 combo FINAL5.14

20:15   A. So the fragment in the right ventricle
20:16 proposed a problem for the patient because the heart
20:17 is a continuously pumping moving part in the body,
20:18 and as such, the filter fragment could have further
20:19 migrated, could have penetrated through the wall of

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

20:20 the right ventricle itself, caused pericardial
20:21 hemorrhage and pericardial tamponade, and potentially
20:22 death as a result of the fragment sitting there in
20:23 the moving part.

**21:13 - 21:16    Kang, Brandon 06-15-2017 (00:00:07)**                     03_20_18 combo FINAL5.17

21:13   Q. Would you state whether or not you had formed
21:14 an opinion that it was prudent and in the best
21:15 interest of the patient to remove the fragment from
21:16 the heart?

**21:18 - 21:20    Kang, Brandon 06-15-2017 (00:00:11)**                     03_20_18 combo FINAL5.18

21:18   A. Yes, I thought it would be potentially a
21:19 procedure that we could do that would prevent her
21:20 from having a more invasive open heart surgery.

**22:16 - 22:23    Kang, Brandon 06-15-2017 (00:00:10)**                     03_20_18 combo FINAL5.19

22:16   Q.   Did you consult with a
22:17 cardiothoracic surgeon --
22:18   A. Yes.
22:19   Q. -- on the issue of the fragment in
22:20 Ms. Booker's heart?
22:21   A. Yes, absolutely, and I sent Ms. Booker to the
22:22 cardiothoracic surgeon and I spoke with him directly
22:23 as well.

**24:6 - 24:10    Kang, Brandon 06-15-2017 (00:00:19)**                     03_20_18 combo FINAL5.20

24:6   Q. So having obtained a
24:7 cardiothoracic surgery consult, and having reviewed
24:8 the CT scan of June of 2014, could you tell the jury
24:9 then what your plan was in your approach with regard
24:10 to Ms. Booker?

**24:12 - 24:18    Kang, Brandon 06-15-2017 (00:00:21)**                     03_20_18 combo FINAL5.21

24:12   A. So the first thing I wanted to do was remove
24:13 the remaining IVC filter in its entirety, and then
24:14 the second plan was to go after the fragments that
24:15 were left in the inferior vena cava and the one
24:16 penetrating the aorta, and then lastly, I wanted to
24:17 go in and potentially remove the fragment from her
24:18 heart.

**27:11 - 27:15    Kang, Brandon 06-15-2017 (00:00:11)**                     03_20_18 combo FINAL5.22

                                                                            2368_MR.1.1

27:11   Q.  If you could just
27:12 look at Exhibit 7 and, in fact, identify what it is
27:13 for us?

| Page/Line | Source | ID |
|---|---|---|

**27:14** A. So this is the actual procedure report that
**27:15** was performed on 7/23.

*2368_MR.1.2*

**27:25 - 28:9**     **Kang, Brandon 06-15-2017 (00:00:35)**     *03_20_18 combo FINAL5.23*

*clear*

**27:25** Q. All right. And is Ms. Booker, is she awake
**28:1** during this procedure? Or describe the level of
**28:2** sedation, might be a better way to ask you.
**28:3** A. So she is not under general anesthesia means
**28:4** that she is given moderate sedation with Versed and
**28:5** fentanyl, so she will be sleepy throughout the
**28:6** process, but a lot of times we can wake the patient
**28:7** up, talk to them if needed, or sometimes they do fall
**28:8** asleep, a very light sleep where they don't need a
**28:9** breathing tube or anything like that.

**28:21 - 28:22**     **Kang, Brandon 06-15-2017 (00:00:03)**     *03_20_18 combo FINAL5.24*

**28:21** Q. And what was the filter?
**28:22** A. It was a Bard G2 filter.

**30:25 - 31:10**     **Kang, Brandon 06-15-2017 (00:00:34)**     *03_20_18 combo FINAL5.26*

**30:25** Q. Her jugular vein. And what type of
**31:1** instrument are you putting into her jugular vein?
**31:2** A. So the first thing that goes in is a needle,
**31:3** and then a wire. We take the needle out, we make the
**31:4** hole a little bit bigger, and then we put a sheath in
**31:5** which guides our tools and instruments in to
**31:6** potentially remove the filter, and that's where we
**31:7** put -- that's called the sheath, and we put a sheath
**31:8** in there and then we deploy the Recovery set to see
**31:9** if we can -- Recovery Cone System to see if we could
**31:10** take the filter out.

**32:3 - 32:14**     **Kang, Brandon 06-15-2017 (00:00:31)**     *03_20_18 combo FINAL5.107*

**32:3** Q. that Recovery System that Bard
**32:4** recommended you use or provided to you to use, did
**32:5** that work in this case?
**32:6** A. In this case it did not work.
**32:7** Q. And why did it not work?
**32:8** A. My experience has been with -- although
**32:9** sometimes we can remove it when the filters are
**32:10** slightly tilted, this filter was tilted even more
**32:11** where I felt the apex of the filter was touching the
**32:12** wall of the inferior vena cava, making the discovery
**32:13** a little more difficult, so we had to use advanced

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

32:14 techniques.

| | | |
|---|---|---|
| 35:4 - 35:7 | **Kang, Brandon 06-15-2017 (00:00:12)** | 03_20_18 combo FINAL5.30 |

35:4   Q. All right.  And during this procedure that
35:5 we've been talking about on July 23rd, you were able
35:6 to successfully remove the filter?
35:7   A. The filter, yes.

| | | |
|---|---|---|
| 35:16 - 35:23 | **Kang, Brandon 06-15-2017 (00:00:21)** | 03_20_18 combo FINAL5.33 |

35:16   Q. After you
35:17 removed the filter, then what three fragment filters
35:18 were remaining and where were they?
35:19   A. So after the filter was removed, there was
35:20 one filter fragment remaining in the heart;
35:21 one filter -- well, two filter fragments remaining in
35:22 the inferior vena cava, one of which was penetrating
35:23 the aorta.

| | | |
|---|---|---|
| 36:17 - 36:23 | **Kang, Brandon 06-15-2017 (00:00:14)** | 03_20_18 combo FINAL5.108 |

36:17   Q. And you were able, through this maneuvering,
36:18 to lasso the fragment that had pierced the wall of the
36:19 vena cava and into the aorta?
36:20   A. Yes, I was.
36:21   Q. And grab it and remove it from Ms. Booker's
36:22 body?
36:23   A. Yes.

| | | |
|---|---|---|
| 37:13 - 37:24 | **Kang, Brandon 06-15-2017 (00:00:33)** | 03_20_18 combo FINAL5.35 |

37:13   Q. What was your next step during this
37:14 procedure?
37:15   A. And then an attempt was made -- there is that
37:16 second fragment in the inferior vena cava, and so I
37:17 went to try to grab that fragment and I was
37:18 unsuccessful in removing that fragment.
37:19   Q. And why was that?
37:20   A. Potentially, the way it was laying in the
37:21 inferior vena cava, basically along the wall, there
37:22 was difficult -- it was difficult -- there was
37:23 nothing potentially sticking out for me to grab with
37:24 the snare.

| | | |
|---|---|---|
| 38:16 - 39:2 | **Kang, Brandon 06-15-2017 (00:00:39)** | 03_20_18 combo FINAL5.109 |

38:16   Q. All right.  And describe for me the route of
38:17 going in in an attempt to get the filter.  What
38:18 structures, what chambers, what anatomical parts did

| | | |
|---|---|---|
| | **03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5** | |

| Page/Line | Source | ID |
|---|---|---|

38:19 you advance through in order to gain access or
38:20 attempted access to the --
38:21   A. Sure.  So from the inferior vena cava we go
38:22 to the right atrium, and from there we go through the
38:23 tricuspid valve into the right ventricle, where the
38:24 filter fragment was.
38:25   Q. Okay.  Is the right ventricle below the right
39:1 atrium?
39:2   A. Yes.

**39:19 - 39:21**    **Kang, Brandon 06-15-2017 (00:00:06)**    03_20_18 combo FINAL5.110

39:19   Q. Did its location make it more
39:20 difficult to retrieve using the percutaneous approach,
39:21 in your opinion?

**39:23 - 39:24**    **Kang, Brandon 06-15-2017 (00:00:05)**    03_20_18 combo FINAL5.36

39:23   A. Yes, the location made it a little bit more
39:24 difficult.

**40:4 - 40:11**    **Kang, Brandon 06-15-2017 (00:00:20)**    03_20_18 combo FINAL5.111

40:4   Q. Now, just to be sort of clear in our mind, in
40:5 order to access this fragment in the right ventricle,
40:6 you go through the right atrium, correct?
40:7   A. Yes.
40:8   Q. And you have to advance an instrument through
40:9 the valve that separates the right atrium from the
40:10 right ventricle?
40:11   A. That is correct.

**40:13 - 40:24**    **Kang, Brandon 06-15-2017 (00:00:41)**    03_20_18 combo FINAL5.37

40:13   Q. What's the name of that valve?
40:14   A. The tricuspid valve.
40:15   Q. Right.  So what was your next step in the
40:16 procedure?
40:17   A. So as one last effort to remove the filter
40:18 fragment, we thought that possibly coming from a
40:19 different angle would -- could possibly work, so we
40:20 reaccessed the jugular vein, and then from there you
40:21 go into the superior vena cava, into the right
40:22 atrium, and into the right ventricle, and we tried,
40:23 basically, the same technique from a different angle
40:24 and that was unsuccessful as well.

**42:17 - 42:18**    **Kang, Brandon 06-15-2017 (00:00:04)**    03_20_18 combo FINAL5.41

42:17   Q.  Would you state whether or not

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

| Page/Line | Source | ID |
|---|---|---|

42:18 that was a prudent decision to make at the time?

42:21 - 43:3 **Kang, Brandon 06-15-2017 (00:00:21)**    03_20_18 combo FINAL5.42

42:21   A. I felt like at that point in time it was a

42:22 good decision to stop and stand instead of trying to

42:23 continue on.

42:24   Q. Do you have an opinion as to whether at all

42:25 times during your performance of this procedure that

43:1 you conformed with the standard of care exercised by

43:2 physicians generally under like surrounding

43:3 circumstances and similar conditions?

43:6 - 43:19 **Kang, Brandon 06-15-2017 (00:00:48)**    03_20_18 combo FINAL5.43

43:6   A. Yes, I believe this is well within the

43:7 standard of care.

43:8   Q. Upon either during the procedure or upon

43:9 conclusion of your procedure that you just described

43:10 for us, did you have an occasion to consult with

43:11 cardiology regarding Ms. Booker?

43:12   A. So before the procedure even started, I

43:13 called a cardiothoracic surgeon to let him know that

43:14 we were starting the case, so they were on standby

43:15 just because of the potential risks that were there.

43:16 And then after the procedure, when she had

43:17 some chest discomfort and with the irregular

43:18 heartbeat that she had developed, we did call

43:19 cardiology for a consultation to come and assess her.

43:21 - 44:2 **Kang, Brandon 06-15-2017 (00:00:19)**    03_20_18 combo FINAL5.44

43:21 At the conclusion of your

43:22 procedure, what fragments, if any, were still left in

43:23 Ms. Booker's body from this filter?

43:24   A. So after the conclusion of my procedure,

43:25 there was one fragment that remained in the right

44:1 ventricle and one fragment that remained in the

44:2 inferior vena cava.

44:8 - 44:20 **Kang, Brandon 06-15-2017 (00:00:48)**    03_20_18 combo FINAL5.45

44:8   Q. Approximately how long did this procedure

44:9 take?

44:10   A. Well, she was under sedation for 94 minutes,

44:11 so hour-and-a-half total.

44:12   Q. Okay.  Was it explained to her after the

44:13 procedure, while she was recovering, that the

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

44:14 percutaneous procedure of yours was not successful in
44:15 obtaining the fragment from her heart and one in the
44:16 vena cava?
44:17   A. So, yes, after the procedure we had told her
44:18 that we were able to remove the filter and one filter
44:19 fragment, and then we had told her that she had two
44:20 additional fragments that remained in her -- in her.

**45:11 - 45:13**   **Kang, Brandon 06-15-2017 (00:00:09)**   03_20_18 combo FINAL5.46

45:11   Q. Okay.  And would you state whether or not
45:12 Ms. Booker was anxious or upset about the fact that
45:13 these fragments could not be removed from her body?

**45:15 - 45:15**   **Kang, Brandon 06-15-2017 (00:00:02)**   03_20_18 combo FINAL5.47

45:15   Q. Based on your observation with her?

**45:17 - 45:24**   **Kang, Brandon 06-15-2017 (00:00:25)**   03_20_18 combo FINAL5.48

45:17   A. So my recollection is that she was -- she had
45:18 some mixed feelings:  One, that she was happy that we
45:19 were able to at least get the filter fragment -- the
45:20 filter itself and one fragment out, but at the same
45:21 time she was very anxious about what would transpire
45:22 with the two filter fragments that were unable to be
45:23 removed, with the potential of needing open heart
45:24 surgery to have those removed.

**46:25 - 47:15**   **Kang, Brandon 06-15-2017 (00:00:51)**   03_20_18 combo FINAL5.49

46:25   Q. And based upon the testing that
47:1 was done post procedure, did you all reach any
47:2 conclusions as to whether or not there had been any
47:3 damage to Ms. Booker's tricuspid valve?
47:4   A. Yes.  With the results of the echocardiogram,
47:5 it looks like she had mod range regurgitation to
47:6 suggest that there was some injury to the tricuspid
47:7 valve.
47:8   Q. Would you state whether or not this was a
47:9 complication of the percutaneous procedure?
47:10   A. In essence, I mean, it was a complication of
47:11 the attempted filter retrieval from the right
47:12 ventricle.
47:13   Q. And would you state whether or not this is
47:14 the type of complication that occurs even in the best
47:15 and skillful of physician hands?

**47:18 - 47:18**   **Kang, Brandon 06-15-2017 (00:00:01)**   03_20_18 combo FINAL5.50

| Page/Line | Source | ID |
|---|---|---|
| | 47:18   A. Yes. | |
| 54:16 - 54:19 | **Kang, Brandon 06-15-2017 (00:00:10)** | 03_20_18 combo FINAL5.53 |
| | 54:16   Q. Were you ever told by Bard when you were | |
| | 54:17 using the Bard filters that there were no randomized | |
| | 54:18 control trials showing the decrease in mortality with | |
| 54:21 - 54:21 | 54:19 use of Bard filter? | 03_20_18 combo FINAL5.54 |
| | **Kang, Brandon 06-15-2017 (00:00:01)** | |
| 55:9 - 55:10 | 54:21   A. No. | 03_20_18 combo FINAL5.55 |
| | **Kang, Brandon 06-15-2017 (00:00:06)** | |
| | 55:9   Q. Were you ever warned by Bard that there was a | |
| 55:12 - 55:15 | 55:10 fracture rate of over 10 percent with the G2 filter? | 03_20_18 combo FINAL5.56 |
| | **Kang, Brandon 06-15-2017 (00:00:09)** | |
| | 55:12   A. No. | |
| | 55:13   Q. If you had been so warned by Bard, would you | |
| | 55:14 have used it in your patients? | |
| 55:16 - 55:17 | 55:15   A. No. | 03_20_18 combo FINAL5.57 |
| | **Kang, Brandon 06-15-2017 (00:00:08)** | |
| | 55:16   Q. If fracture was prevalent with the G2 filter, | |
| 55:19 - 56:1 | 55:17 should doctors and patients be told this? | 03_20_18 combo FINAL5.58 |
| | **Kang, Brandon 06-15-2017 (00:00:24)** | |
| | 55:19   Q. Would you expect this to be warned about by | |
| | 55:20 Bard? | |
| | 55:21   A. Yes, I would expect that. | |
| | 55:22   Q. Did Bard ever warn you of that? | |
| | 55:23   A. No. | |
| | 55:24   Q. Did Bard ever warn you about the rate of | |
| | 55:25 caudal migration of the Bard filter? | |
| 59:1 - 59:2 | 56:1   A. No. | 03_20_18 combo FINAL5.59 |
| | **Kang, Brandon 06-15-2017 (00:00:06)** | |
| | 59:1   Q. Based upon your contact with Ms. Booker, | |
| 59:4 - 59:9 | 59:2 would you describe her as a compliant patient? | 03_20_18 combo FINAL5.60 |
| | **Kang, Brandon 06-15-2017 (00:00:22)** | |
| | 59:4   A. Yes. | |
| | 59:5   Q. I think I forgot to ask you at the very | |
| | 59:6 beginning, are you board certified? | |
| | 59:7   A. Yes, I am. | |
| | 59:8   Q. And by what board are you certified? | |
| 60:4 - 60:12 | 59:9   A. American Board of Radiology. | 03_20_18 combo FINAL5.61 |
| | **Kang, Brandon 06-15-2017 (00:00:25)** | |
| | 60:4 Prior to your deposition today, did you have | |

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

| Page/Line | Source | ID |
|---|---|---|

60:5 any contact with either Mr. Roll, Ms. Lourie, or
60:6 anyone from their office?
60:7   A. Yes.
60:8   Q. Okay.  And did you meet with them?
60:9   A. Yes.
60:10   Q. When did you meet with them?
60:11   A. Briefly before the meeting today, and a
60:12 couple weeks ago with Robin.

**61:21 - 62:14**   **Kang, Brandon 06-15-2017 (00:00:41)**   03_20_18 combo FINAL5.62

61:21   Q. And were you paid for your time or do you
61:22 expect to be paid for your time for that meeting?
61:23   A. Yes.
61:24   Q. And how much have you been asked to be paid
61:25 for your time for the meeting with Ms. Lourie two
62:1 weeks ago?
62:2   A. $500 an hour.
62:3   Q. And how long did you meet with Ms. Lourie
62:4 today?
62:5   A. Probably another 45 minutes to an hour
62:6 before.
62:7   Q. And in the meeting with Ms. Lourie today,
62:8 did -- let me back up.
62:9 Do you expect to be paid for your time in
62:10 meeting with Ms. Lourie today?
62:11   A. Yes.
62:12   Q. And do you expect to be paid at the same rate
62:13 of $500 an hour?
62:14   A. Yes.

**68:23 - 69:22**   **Kang, Brandon 06-15-2017 (00:01:07)**   03_20_18 combo FINAL5.63

68:23   Q. Mr. Roll asked you a series of questions
68:24 towards the end of his questions to you about "were
68:25 you told," "did you know."  Do you remember those
69:1 kinds of questions --
69:2   A. Uh-huh.  Yes.
69:3   Q. -- with percentages and rates?
69:4   A. Yes.
69:5   Q. Okay.  He did not provide you with any
69:6 documents or any information to substantiate those
69:7 percentages or rates, did he?
69:8   A. Not to me, no.

| Page/Line | Source | ID |
|-----------|--------|-----|

69:9  Q. Okay.  So when you answered those questions,
69:10 saying that's information you would want to know, you
69:11 don't know whether the percentages or rates stated by
69:12 Mr. Roll are accurate or correct, do you?
69:13  A. Right.  But he was asking me if I knew it was
69:14 this, if it was, then I would -- then I responded to
69:15 that.
69:16  Q. Those were hypotheticals, right?
69:17  A. Yes.
69:18  Q. And those are hypotheticals for which he
69:19 provided you no basis or evidence of the rates or
69:20 complication, correct?
69:21  A. Correct, because I have no evidence of that
69:22 on paper, no.

**72:25 - 73:5**    **Kang, Brandon 06-15-2017 (00:00:09)**    <sub>03_20_18 combo FINAL5.64</sub>

72:25  Q. You agree with me that IVC filters can save
73:1 lives, don't you?
73:2  A. That's a correct statement.  I agree.
73:3  Q. In fact, you have made that statement
73:4 publicly, haven't you?
73:5  A. I have.

**80:7 - 80:8**    **Kang, Brandon 06-15-2017 (00:00:07)**    <sub>03_20_18 combo FINAL5.65</sub>

80:7  Q. Okay.  What percentage of your practice today
80:8 involves implanting or retrieving IVC filters?

**81:8 - 82:10**    **Kang, Brandon 06-15-2017 (00:01:49)**    <sub>03_20_18 combo FINAL5.66</sub>

81:8  Q. Is it less than five percent of the
81:9 procedures you perform on a regular basis?
81:10  A. Yes.
81:11  Q. Prior to retrieving Ms. Booker's filters --
81:12 Ms. Booker's filter, I apologize, you were aware of
81:13 complications and risks that come with IVC filters,
81:14 were you not?
81:15  A. Yes.
81:16  Q. And you were aware that migration,
81:17 specifically caudal migration, is a complication that
81:18 can occur with retrievable IVC filters, were you not?
81:19  A. Yes.
81:20  Q. You were also aware that fracture was a risk
81:21 that could occur with IVC filters, were you not?
81:22  A. Correct.

| Page/Line | Source | ID |
|---|---|---|

81:23   Q. And you also were aware that perforation or
81:24 penetration of the vena cava was a complication that
81:25 could occur with IVC filters, were you not?
82:1   A. Yes.
82:2   Q. Prior to retrieving Ms. Booker's filter, had
82:3 you retrieved other filters that had fractured?
82:4   A. Yes, I have.
82:5   Q. Had you retrieved other filters that had
82:6 migrated caudally?
82:7   A. Yes.
82:8   Q. Had you retrieved other filters that had
82:9 perforated the IVC?
82:10   A. Yes.

**83:18 - 83:22**   **Kang, Brandon 06-15-2017 (00:00:12)**   03_20_18 combo FINAL5.67

83:18   Q. Ms. Booker is the
83:19 one and only patient in which you have attempted to
83:20 retrieve any fragment of an IVC filter from any
83:21 portion of the heart; is that right?
83:22   A. Of the heart, correct.

**86:20 - 86:23**   **Kang, Brandon 06-15-2017 (00:00:12)**   03_20_18 combo FINAL5.68

86:20   Q. In fact, that's the x-ray that you ordered
86:21 after Ms. Booker was referred to you but prior to
86:22 performing the retrieval procedure; is that correct?
86:23   A. Yes, it was.

**89:12 - 89:22**   **Kang, Brandon 06-15-2017 (00:00:21)**   03_20_18 combo FINAL5.69

89:12   Q. Was the leg that was penetrating -- that you
89:13 believe was penetrating the IVC and potentially
89:14 penetrating the abdominal aorta, was that an intact
89:15 leg or was that one of the -- was that the fractured
89:16 leg?
89:17   A. That was the fractured leg.
89:18   Q. Okay.  And you were ale to successfully
89:19 retrieve that leg?
89:20   A. Yes.
89:21   Q. Is that right?
89:22   A. Yes, ma'am.

**90:13 - 91:3**   **Kang, Brandon 06-15-2017 (00:00:38)**   03_20_18 combo FINAL5.70

90:13  the concerns of the now we
90:14 know fragment penetrating the abdominal aorta, you
90:15 were able to remedy that, correct?

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

90:16   A. Correct.
90:17   Q. And because you were able to remedy that and
90:18 retrieve that fill -- that fragment, you don't expect
90:19 her to have any further complications from that, do
90:20 you?
90:21   A. From the puncture in the aorta?
90:22   Q. Yes.
90:23   A. No.
90:24   Q. Okay.  Did you look at that fractured strut
90:25 when you retrieved it?
91:1   A. Yes.
91:2   Q. And was it a full leg?
91:3   A. I believe it was the entire leg, yes.

**96:14 - 96:19**   **Kang, Brandon 06-15-2017 (00:00:14)**          03_20_18 combo FINAL5.72

96:14   Q.  But you, Dr. Kang --
96:15   A. Yes.
96:16   Q. -- have not made any recommendation to
96:17 Ms. Booker relating to the fragment that remains in
96:18 her IVC, have you?
96:19   A. No.

**98:13 - 98:17**   **Kang, Brandon 06-15-2017 (00:00:17)**          03_20_18 combo FINAL5.73

98:13   Q. Okay.  But you did not refer Ms. Booker to
98:14 another interventional radiologist or to a vascular
98:15 surgeon, you made no recommendation relating to the
98:16 fragment that remains in the IVC; is that right?
98:17   A. Yes.

**98:18 - 98:23**   **Kang, Brandon 06-15-2017 (00:00:17)**          03_20_18 combo FINAL5.74

98:18   Q. And why was that?  Why did you not make a
98:19 recommendation for further treatment?
98:20   A. Like I said, from my standpoint, once
98:21 cardiology and cardiothoracic surgery, they basically
98:22 take over the care, and she was, I mean, in essence,
98:23 almost discharged from my practice and my care.

**100:1 - 100:19**   **Kang, Brandon 06-15-2017 (00:00:46)**          03_20_18 combo FINAL5.76

100:1   Q. And the ER doctor, in performing his
100:2 examination and evaluation of Ms. Booker's condition,
100:3 he ordered a CT scan, correct?
100:4   A. Yes.
100:5   Q. And the radiologist reading the CT scan, as
100:6 we've talked about, noted the filter, correct?

| 03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5 |
|---|

| Page/Line | Source | ID |
|---|---|---|

100:7   A. Yes.
100:8   Q. And in fact, it was -- and by noting the
100:9 filter, he enabled the ER doctor to fully evaluate his
100:10 course of treatment and what was necessary for
100:11 Ms. Booker; is that right?
100:12   A. Yes.
100:13   Q. Okay.  And that's what a diagnostic
100:14 radiologist does, correct?
100:15   A. Yes.
100:16   Q. They look at what they are asked to look at,
100:17 but they also should report incidental findings,
100:18 correct?
100:19   A. Correct.

**102:18 - 102:23**   **Kang, Brandon 06-15-2017 (00:00:16)**   03_20_18 combo FINAL5.77
102:18 In none of the reports relating to the filter
102:19 is there any indication, either by you or by the
102:20 diagnostic radiologist, that the filter had migrated;
102:21 is that right?
102:22   A. We don't know if it's potentially migrated
102:23 because we don't know where it was initially placed.

**103:5 - 103:14**   **Kang, Brandon 06-15-2017 (00:00:29)**   03_20_18 combo FINAL5.78
103:5   Q. Dr. Kang, you cannot
103:6 testify under oath whether Ms. Booker's filter had
103:7 migrated or not, can you?
103:8   A. Off of imaging that we got at Gwinnett
103:9 Medical System, no.
103:10   Q. So when you were asked questions about caudal
103:11 migration or migration of her filter, you don't know
103:12 whether that is a complication of Ms. Booker's filter
103:13 or not, do you?
103:14   A. No.

**108:21 - 109:6**   **Kang, Brandon 06-15-2017 (00:00:20)**   03_20_18 combo FINAL5.79
108:21   Q. Dr. Kang, what does your report state
108:22 starting on the bottom of the first page with the
108:23 sentence that begins "Next"?
108:24   A. "Next, a loop snare was maneuvered to the
108:25 appropriate level and the filter was successfully
109:1 snared."
109:2 It doesn't say in a single attempt or
109:3 multiple attempts.  It was removed.

| Page/Line | Source | ID |
|---|---|---|

| | 109:4   Q. Okay.  And then it says:  "The filter, snare<br>109:5 and sheath were removed."  Correct?<br>109:6   A. Yes. | |
| 109:24 - 110:9 | **Kang, Brandon 06-15-2017 (00:00:34)** | 03_20_18 combo FINAL5.80 |
| | 109:24   Q.  Your second portion of your procedure<br>109:25 was done through the femoral vein, correct?<br>110:1   A. Correct.<br>110:2   Q. Okay.  So you made another puncture you had<br>110:3 already prepped her for, I understand all that, and<br>110:4 that was the attempt at first to remove the entire leg<br>110:5 that had -- correct?<br>110:6   A. Yes.<br>110:7   Q. Okay.  And you were successful in retrieving<br>110:8 the entire leg?<br>110:9   A. Yes. | |
| 110:16 - 110:22 | **Kang, Brandon 06-15-2017 (00:00:14)** | 03_20_18 combo FINAL5.81 |
| | 110:16   Q. You didn't leave any portion of that<br>110:17 leg in Ms. Booker, did you?<br>110:18   A. Not that I'm -- no, not that I could see<br>110:19 fluoroscopically, no.<br>110:20   Q. And you don't have any concern that a portion<br>110:21 of that is somewhere that you missed?<br>110:22   A. No. | |
| 111:13 - 111:17 | **Kang, Brandon 06-15-2017 (00:00:11)** | 03_20_18 combo FINAL5.82 |
| | 111:13   Q. And were you able to lasso the<br>111:14 remaining fragment, or were you ever able to get the<br>111:15 loop around it?<br>111:16   A. I was never able to get the loop around it to<br>111:17 grab. | |
| 111:18 - 111:24 | **Kang, Brandon 06-15-2017 (00:00:13)** | 03_20_18 combo FINAL5.83 |
| | 111:18   Q.  Was that remaining fragment that you<br>111:19 were not able to retrieve, was it endothelialized into<br>111:20 the wall of the IVC?<br>111:21   A. I don't know.<br>111:22   Q. Could that have been a reason why you<br>111:23 couldn't get it?<br>111:24   A. That's a possibility, yes. | |
| 120:4 - 120:9 | **Kang, Brandon 06-15-2017 (00:00:12)** | 03_20_18 combo FINAL5.84 |
| | 120:4   Q. And then your report says, and then<br>120:5 we'll talk about it:  "Multiple attempts at capturing | |

| Page/Line | Source | ID |
|---|---|---|

120:6 the filter fragment in the right ventricle was
120:7 unsuccessful."
120:8 Did I read that correctly?
120:9   A. You did.

**120:11 - 120:13**   **Kang, Brandon 06-15-2017 (00:00:08)**   <span style="font-size:smaller">03_20_18 combo FINAL5.85</span>

120:11  Do you recall in this portion of
120:12 your procedure how many attempts you made at capturing
120:13 the filter fragment

**120:13 - 120:21**   **Kang, Brandon 06-15-2017 (00:00:13)**   <span style="font-size:smaller">03_20_18 combo FINAL5.86</span>

120:13 in the
120:14 right ventricle?
120:15   A. I don't -- I can't -- I'd be guessing.
120:16   Q. More than one?
120:17   A. More than one.
120:18   Q. Probably --
120:19   A. Probably less -- probably less than 10.
120:20   Q. Okay.  More than five?
120:21   A. Probably right around five.

**121:11 - 122:18**   **Kang, Brandon 06-15-2017 (00:01:19)**   <span style="font-size:smaller">03_20_18 combo FINAL5.87</span>

121:11 either in this approach or in the last
121:12 approach, you put the sheath through the tricuspid
121:13 valve; is that right?
121:14   A. Uh-huh.  Yes.
121:15   Q. Okay.  When the sheath was only in the right
121:16 atrium -- and again, that -- I'm -- as it report -- as
121:17 it indicates in your portion 3 of your report, what
121:18 were -- you had a wire or your -- with your lasso or
121:19 your snare on it going into the right ventricle,
121:20 correct?
121:21   A. Yeah.  So probably a little catheter was over
121:22 a wire, got into the ventricle.
121:23   Q. Okay.
121:24   A. And then the wire comes out, then the snare
121:25 goes in through that little catheter and the snare
122:1 comes out.
122:2   Q. Okay.  So what was going -- when the sheath
122:3 was in the right atrium only, what was going through
122:4 the tricuspid valve, the catheter?
122:5   A. A catheter and a wire.
122:6   Q. Okay.  And --

| Page/Line | Source | ID |
|---|---|---|

**03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5**

122:7   A. And eventually the snare, which is inside the
122:8 catheter.
122:9   Q. Okay.  Okay.  And did you go through the
122:10 tricuspid valve -- when you had the sheath in the
122:11 right atrium, did you go -- did you take the catheter
122:12 and the wire through the tricuspid valve more than one
122:13 time?
122:14   A. Uh-huh.
122:15   Q. So you were going in --
122:16   A. Yes.
122:17   Q. -- and out of the tricuspid valve?
122:18   A. Probably a few times.

122:18 - 122:24     **Kang, Brandon 06-15-2017 (00:00:20)**     03_20_18 combo FINAL5.88

122:18   A. Probably a few times.  I mean, some -- a lot
122:19 of it was inside the ventricle with a catheter, and
122:20 with the snare going in and out with the catheter
122:21 still in the tricuspid valve, but I'm sure -- I mean,
122:22 I can't -- I mean, that's a beating organ sometimes.
122:23 I'm sure the catheter may have slipped backwards and
122:24 then we may have readvanced it.  That's hard to say.

123:10 - 123:15     **Kang, Brandon 06-15-2017 (00:00:16)**     03_20_18 combo FINAL5.89

123:10   Q. did you do anything to protect the
123:11 tricuspid valve from the wire or the catheter?
123:12   A. No.
123:13 the time, go into the pulmonary arteries all the time
123:14 for thrombolysis, so it's not uncommon to go put
123:15 catheters and wires through the tricuspid valve.

129:11 - 130:17     **Kang, Brandon 06-15-2017 (00:01:25)**     03_20_18 combo FINAL5.90

129:11   Q. And you went into the right atrium; is that
129:12 right?
129:13   A. Yes.
129:14   Q. And then through the tricuspid valve and into
129:15 the right ventricle; is that right?
129:16   A. Yes.
129:17   Q. Okay.  And to finish your note:  "Multiple
129:18 attempts at capturing the cardiac filter fragment was
129:19 again unsuccessful."
129:20 Did I read that correctly?
129:21   A. Correct.
129:22   Q. Okay.  And you used that phrase again,

| | | |
|---|---|---|
| | 03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5 | |

| Page/Line | Source | ID |
|---|---|---|

129:23 "multiple"?
129:24   A. Yes.
129:25   Q. Is that some -- last time, in the third
130:1 portion, you testified that multiple was somewhere
130:2 between five and 10.  Would it be the same thing here?
130:3   A. Possibly.  I don't -- I just -- I don't --
130:4 it's hard to define multiple or how many because, I
130:5 mean, if the lasso or if the snare goes out once and
130:6 back, is that one, two?  I mean -- so it's kind of
130:7 hard to quantify the number.
130:8   Q. Okay.  And during this portion of the
130:9 procedure, did you have the sheath through the
130:10 tricuspid valve and into the right ventricle, or was
130:11 the sheath in the right atrium and the catheter and
130:12 the wire and the snare going into the right ventricle,
130:13 or both?
130:14   A. Probably more so in the right ventricle.
130:15   Q. Okay.  You put the whole sheath into the
130:16 right ventricle?
130:17   A. Uh-huh.

**134:4 - 134:7**   **Kang, Brandon 06-15-2017 (00:00:10)**   03_20_18 combo FINAL5.91

134:4   Q. So you understand and agree that the -- a
134:5 portion of her tricuspid valve was damaged or torn
134:6 during the procedure that you performed, correct?
134:7   A. Yes.

**135:1 - 135:5**   **Kang, Brandon 06-15-2017 (00:00:17)**   03_20_18 combo FINAL5.92

135:1   Q. At any point after learning that there was an
135:2 issue with the tricuspid valve, did you have any
135:3 conversation with Ms. Booker?
135:4   A. Directly saying that -- no, I don't think so,
135:5 not specifically regards to that.

**138:22 - 138:24**   **Kang, Brandon 06-15-2017 (00:00:05)**   03_20_18 combo FINAL5.93

138:22   A. Well, I'm not saying I -- well, I was using
138:23 the term "lasso" because the snare is like a lasso.
138:24 It's a loop.

**143:23 - 144:2**   **Kang, Brandon 06-15-2017 (00:00:13)**   03_20_18 combo FINAL5.94

143:23 You have not made a recommendation to
143:24 Ms. Booker or any of her treating physicians that she
143:25 have a referral to someone else to do a different
144:1 technique to try to retrieve the fragment in her IVC?

| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5 | |

| Page/Line | Source | ID |
|---|---|---|
| | 144:2   A. Have not. | |
| 146:10 - 146:18 | **Kang, Brandon 06-15-2017 (00:00:34)** | 03_20_18 combo FINAL5.95 |
| | 146:10   Q. Prior to performing the procedure that you | |
| | 146:11 performed in July of 2014, did you consult with any | |
| | 146:12 other interventional radiologists? | |
| | 146:13   A. No. | |
| | 146:14   Q. In your group at Gwinnett in July of 2014, | |
| | 146:15 how many interventional radiologists were there? | |
| | 146:16   A. Four or five. | |
| | 146:17   Q. And you didn't consult with any of them? | |
| | 146:18   A. No. | |
| 161:23 - 162:10 | **Kang, Brandon 06-15-2017 (00:00:40)** | 03_20_18 combo FINAL5.96 |
| | 161:23   Q. So would you state whether or not you have | |
| | 161:24 experience in manipulating instruments, catheters, | |
| | 161:25 wires, other instruments, in the hearts of patients, | |
| | 162:1 including the right atrium -- | |
| | 162:2   A. Right. | |
| | 162:3   Q. -- the tricuspid valve and right ventricle? | |
| | 162:4   A. A lot of experience of putting catheters, | |
| | 162:5 sheaths, thrombectomy devices, all through the heart, | |
| | 162:6 through the right ventricle. | |
| | 162:7   Q. Okay.  And would you state whether or not you | |
| | 162:8 are experienced with and learned in techniques to | |
| | 162:9 avoid as much as possible damage to a tricuspid valve | |
| | 162:10 during procedure maneuvers? | |
| 162:13 - 162:13 | **Kang, Brandon 06-15-2017 (00:00:01)** | 03_20_18 combo FINAL5.97 |
| | 162:13   A. Yes. | |
| 163:14 - 163:20 | **Kang, Brandon 06-15-2017 (00:00:14)** | 03_20_18 combo FINAL5.98 |
| | 163:14   Q. And in fact, you are, just to be | |
| | 163:15 clear, you are the head of the Department of | |
| | 163:16 Diagnostic Imaging? | |
| | 163:17   A. I'm the Chief of Radiology. | |
| | 163:18   Q. Okay. | |
| | 163:19   A. That's the diagnostic part, and I'm also the | |
| | 163:20 Director of the interventional section as well. | |
| 164:21 - 164:25 | **Kang, Brandon 06-15-2017 (00:00:12)** | 03_20_18 combo FINAL5.99 |
| | 164:21   Q. And do you enjoy any certification status | |
| | 164:22 with vascular interventional radiology? | |
| | 164:23   A. Right.  I have a Certificate of | |
| | 164:24 Qualification, which is a subspecialty of diagnostic | |

| Page/Line | Source | ID |
|---|---|---|
| 165:1 - 165:4 | 164:25 radiology, the interventional.<br>**Kang, Brandon 06-15-2017 (00:00:10)**<br>165:1   Q. And also I see on your CV you list Consumers<br>165:2 Research Council, America's Top Radiologists,<br>165:3 2007-2008.<br>165:4   A. Yes. | 03_20_18 combo FINAL5.100 |

03_20_18 combo FINAL5-Kang 06-15-17 Booker Depo Designations FINAL5

Plaintiffs  Designations = 00:17:47
Defense Designations = 00:14:40
Plaintiffs  And Defense Designations = 00:01:18
**Total Time = 00:33:45**

**Documents Shown**
2350_MEDICAL
2368_MR

# EXHIBIT G

**Designation Run Report**

# Harvey 06-20-17 Booker Depo Desingations Final V3.1

---

**Harvey, Richard 06-20-2017**

---

**Plaintiffs Designations  00:20:32**

**Defense Designations  00:09:20**

**Total Time  00:29:52**



ID:03_20_18 combo Final 3_1

| | | |
|---|---|---|
| | **03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 22:6 - 22:13 | **Harvey, Richard 06-20-2017 (00:00:29)** | 03_20_18 combo Final 3_1.1 |
| | 22:6   Q. Based upon the examination of Ms. Booker in | |
| | 22:7 your office on July 8, 2014, based upon the | _3_HARVEY.1.1 |
| | 22:8 cardiovascular consultation which is recorded in | |
| | 22:9 Exhibit 4, did you and Dr. -- would you state whether | |
| | 22:10 or not you and Dr. Langford concurred with Dr. Kang's | _3_HARVEY.2 |
| | 22:11 plan to attempt to retrieve this fragment from the | |
| | 22:12 heart using the percutaneous approach? | |
| | 22:13   A. We encouraged him to attempt that. | |
| 22:18 - 23:1 | **Harvey, Richard 06-20-2017 (00:00:19)** | 03_20_18 combo Final 3_1.2 |
| | 22:18   Q. Would you state whether or not | clear |
| | 22:19 there was any guarantee that the percutaneous approach | |
| | 22:20 was, in fact, going to be successful on retrieving the | |
| | 22:21 fragment from the heart? | |
| | 22:22   A. No, we thought it was -- I'm not an | |
| | 22:23 interventionalist but our take on it was it was low | |
| | 22:24 probability, but we thought it was worth the -- it | |
| | 22:25 was certainly worth the effort because the risk is so | |
| | 23:1 much less than what we do. | |
| 23:25 - 24:3 | **Harvey, Richard 06-20-2017 (00:00:16)** | 03_20_18 combo Final 3_1.3 |
| | 23:25   Q. What was the plan between Dr. Kang and | |
| | 24:1 you and Dr. Langford with regard to whether there | |
| | 24:2 would be any involvement of a cardiothoracic surgeon | |
| | 24:3 during the percutaneous approach? | |
| 24:5 - 24:17 | **Harvey, Richard 06-20-2017 (00:00:44)** | 03_20_18 combo Final 3_1.4 |
| | 24:5   A. My best recollection of that is that | |
| | 24:6 Dr. Langford and I had been discussing this over and | |
| | 24:7 over again, and he was talking with Dr. Kang most of | |
| | 24:8 the time during all this, but most of the time I was | |
| | 24:9 sitting there when he was talking to him, but we were | |
| | 24:10 going to -- there are two of us there.  We can run | |
| | 24:11 two rooms simultaneously, which means no one would be | |
| | 24:12 available if something happened.  So we intentionally | |
| | 24:13 made sure that only one of us was in surgery during | |
| | 24:14 the period of time that he would be attempting to do | |
| | 24:15 this, and so one would be available if there were | |
| | 24:16 problems or issues where the patient would have to go | |
| | 24:17 to surgery. | |
| 27:1 - 27:5 | **Harvey, Richard 06-20-2017 (00:00:15)** | 03_20_18 combo Final 3_1.5 |
| | 27:1   Q. There you go.  So I've handed you a document | |

| | 03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

27:2 that I marked as Exhibit 5.  Would you identify what

27:3 this document is?

27:4   A. This is a consult note from when we formally

27:5 consulted on the patient in the hospital.

**30:1 - 30:2**    **Harvey, Richard 06-20-2017 (00:00:08)**

30:1 As of the date of your

30:2 consult on July 27, 2014, were you aware

**30:4 - 30:19**    **Harvey, Richard 06-20-2017 (00:00:46)**

30:4 whether Dr. Kang had been successful in

30:5 retrieving the filter fragment from the right

30:6 ventricle in Ms. Booker's heart?

30:7   A. Yes.  We knew he had not been able to do

30:8 that.

30:9   Q. And what was your understanding as to why you

30:10 then were called in on a consult?

30:11   A. Well, it's two reasons:  It was because the

30:12 device or the piece, fragment of the device, had not

30:13 been able to be retrieved, and, you know, quite

30:14 frankly, one of the reasons that we pushed him to do

30:15 this interventionally is because we were going to

30:16 retrieve it surgically if he couldn't, either way.

30:17 And so in addition to that, by this time the patient

30:18 had developed tricuspid regurgitation, which was from

30:19 the attempt to retrieve the device.

**30:22 - 30:25**    **Harvey, Richard 06-20-2017 (00:00:12)**

30:22 Would you state whether or not you were aware

30:23 that Dr. Kang, during the July 23 procedure, had

30:24 inadvertently injured the tricuspid valve during his

30:25 percutaneous attempt?

**31:2 - 31:6**    **Harvey, Richard 06-20-2017 (00:00:09)**

31:2   A. We knew that from the echo after the

31:3 procedure.

31:4   Q. All right.  Do you have any criticism of

31:5 Dr. Kang for inadvertently injuring the valve during

31:6 his percutaneous attempt?

**31:8 - 31:17**    **Harvey, Richard 06-20-2017 (00:00:28)**

31:8   A. No, because we -- we know that's a

31:9 possibility.  We thought the risk of him -- all these

31:10 things are something that we can fix if we're going

31:11 there.  We were going to go there.  So we had asked

| Page/Line | Source | ID |
|---|---|---|

31:12 him to be aggressive with trying to retrieve this
31:13 device.
31:14 So the only thing that would have kept us
31:15 from operating on the patient is if he had been able
31:16 to retrieve the fragment and not have any issues with
31:17 the tricuspid valve.

**31:18 - 32:3**   **Harvey, Richard 06-20-2017 (00:00:40)**    03_20_18 combo Final 3_1.11

31:18   Q. And based upon your examination
31:19 and diagnostic studies, based upon your understanding
31:20 of the history of Ms. Booker, and based upon your
31:21 previous contact with Ms. Booker, would you state
31:22 whether or not you formed a plan as far as what your
31:23 medical and/or surgical services were going to be?
31:24   A. We did.  After the procedure, the fragment
31:25 was still there, there was tricuspid regurgitation,
32:1 so we decided that we needed to do surgery, and so we
32:2 did, you know, not -- fairly expeditiously, but it
32:3 wasn't emergent surgery, but we did it fairly soon.

**32:4 - 32:20**   **Harvey, Richard 06-20-2017 (00:00:59)**    03_20_18 combo Final 3_1.12

32:4   Q. would you explain to the jury
32:5 why you decided not to just leave the fragment -- the
32:6 filter fragment in the right ventricle of Ms. Booker's
32:7 heart?
32:8   A. You know, this fragment has risks associated
32:9 with it.  We suspected -- we didn't know, but we
32:10 suspected it was embedded, but we've all -- everybody
32:11 that does this have seen devices that have penetrated
32:12 the ventricle.  The right ventricle is -- you know,
32:13 we have two ventricles, the left and the right.  The
32:14 left ventricle is a very thick muscle.  The right
32:15 ventricle is very thin.  The left ventricle is what
32:16 generates the 120/80 that is our blood pressure.  The
32:17 right ventricle generates 25/15.  It's thin muscle.
32:18 And so we felt that she was at risk for
32:19 perforation and that the device needed to be
32:20 retrieved.

**33:13 - 34:15**   **Harvey, Richard 06-20-2017 (00:01:35)**    03_20_18 combo Final 3_1.13

33:13   Q. Let me ask you this, Doctor.
33:14 Would it matter whether or not the fragment had, in
33:15 whole or in part, endothelialized as far as your

| Page/Line | Source | ID |
|---|---|---|

33:16 decision that the fragment posed a risk to the patient
33:17 and needed to be removed?
33:18   A. No.  I have experienced issues with
33:19 perforations many times through the years.  If you
33:20 wait till something perforates, then the patient is
33:21 probably going to die, and the longer it's been in
33:22 there, the stiffer it gets, the muscle around it
33:23 stiffens, it kind of forms a fulcrum, it can push
33:24 easier, or the cord thickens if it's in a cord.
33:25 The tissue of our body responds to something
34:1 that's foreign, and it does with an inflammation and
34:2 thickening, and it can lead to problems down the road
34:3 that can be lethal.  I've had to deal with it in the
34:4 middle of the night, in the middle of the day too
34:5 many times through the years, in different forms, in
34:6 different figures, different devices, pacemaker leads
34:7 that have been in for a long time, all of these
34:8 things.  When they perforate, you bleed and you die
34:9 if you can't get to an operating room very
34:10 expeditiously.
34:11 So it makes no sense to somebody that's seen
34:12 that side of it to leave it hoping nothing ever
34:13 happens, because if it does, then unless they are in
34:14 a hospital when it does, they are likely going to
34:15 die.

**34:18 - 35:6**   **Harvey, Richard 06-20-2017 (00:00:44)**                    03_20_18 combo Final 3_1.14

34:18   Q. And, Doctor, could you tell the jury then
34:19 what your plan was as far as the type of surgical
34:20 procedure that you were going to perform on Ms. Booker
34:21 to remove this heart -- this filter fragment?
34:22   A. Because of what was involved, this could be
34:23 done minimally invasively.
34:24 that, from the outset, Dr. Langford and I were
34:25 communicating this together.  We were talking about
35:1 approaches.  I do minimally invasive surgery, so we
35:2 could do this with what's called minimally invasive
35:3 surgery rather than a full open sternotomy, or
35:4 dividing the breastbone, the typical heart incision
35:5 that you see.  This lends itself to being done
35:6 minimally invasively.

03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1

| Page/Line | Source | ID |
|---|---|---|

**35:7 - 35:9**   **Harvey, Richard 06-20-2017 (00:00:08)**   03_20_18 combo Final 3_1.15

35:7   Q.  Okay.  Now, let me ask you about the term
35:8 "minimally invasive."  Does minimally invasive mean
35:9 that this was not open-heart surgery?

**35:11 - 35:16**   **Harvey, Richard 06-20-2017 (00:00:19)**   03_20_18 combo Final 3_1.16

35:11   A. No.  This is -- this is open-heart surgery.
35:12 The risks are the same, the risks of dying are the
35:13 same.  The difference is cosmesis and then
35:14 restrictions after the surgery.  So there is less of
35:15 a scar and you're not restricted in what you can do
35:16 for as long after the surgery.

**41:16 - 41:20**   **Harvey, Richard 06-20-2017 (00:00:23)**   03_20_18 combo Final 3_1.17

41:16   Q.  I'm going to mark as Exhibit 7 a   _1_2361_HARVEY.1.1
41:17 document.  If you could just identify that for me,
41:18 please, sir.
41:19   A. This is the operative report from the surgery   _1_2361_HARVEY.1.2
41:20 on Ms. Booker on July -- let's see -- July 28, 2014.

**42:2 - 42:11**   **Harvey, Richard 06-20-2017 (00:00:31)**   03_20_18 combo Final 3_1.18

42:2 Let's first start, so the date of the   _1_2361_HARVEY.1.4
42:3 procedure was what?
42:4   A. July 28, 2014.
42:5   Q.  Okay.  And let me ask you this while we're at
42:6 it and while we're talking about this procedure.  Do
42:7 you have an opinion as to whether or not you would
42:8 have performed this surgical procedure -- this
42:9 open-heart surgical procedure to retrieve the filter
42:10 fragment from the right ventricle even had the
42:11 tricuspid valve not been injured?

**42:13 - 42:20**   **Harvey, Richard 06-20-2017 (00:00:28)**   03_20_18 combo Final 3_1.19

42:13   A. That was our plan all along.  I think I've
42:14 stated that several times.  Our plan was to remove
42:15 the foreign device from inside the heart, and we were
42:16 encouraging, pushing, Dr. Kang to try to do it
42:17 minimally invasive -- or do it, excuse me,
42:18 interventionally, if possible, but either way, our
42:19 plan was to remove the foreign body out of the heart
42:20 muscle.

**49:10 - 49:22**   **Harvey, Richard 06-20-2017 (00:00:34)**   03_20_18 combo Final 3_1.25

49:10   Q. What is the pericardium?
49:11   A. The pericardium is the sac the heart lives

| | | |
|---|---|---|
| | 03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1 | |
| **Page/Line** | **Source** | **ID** |

49:12 in.
49:13   Q. All right.
49:14   A. And it's a fibrous tough structure.
49:15   Q. And how do you open it?
49:16   A. Cut it usually with a Bovie, with a
49:17 electrocautery device, and we have to open it the
49:18 full length from the -- I'm trying to think in
49:19 nonmedical terms -- from the pericardium what's
49:20 called cephalad, toward the head, and then to the
49:21 base where it's near the diaphragm or the lower part
49:22 of the body.

50:16 - 50:18     **Harvey, Richard 06-20-2017 (00:00:06)**     03_20_18 combo Final 3_1,68

50:16   Q. I'm sorry.  So we've gotten to the point
50:17 where you've gone through the sac surrounding the
50:18 heart,

50:23 - 51:8     **Harvey, Richard 06-20-2017 (00:00:39)**     03_20_18 combo Final 3_1,26

50:23   A. There is a solution called cardioplegia.
50:24 Potassium -- I mean, potassium is what they use
50:25 for -- what would be the correct term for that?  When
51:1 someone dies by lethal injection, it's potassium that
51:2 does it.  Okay?  Because it makes your heart stop.
51:3 What we do, in cardiac surgery, we're doing
51:4 it locally confined to the heart.  Since we have the
51:5 crossclamp on the heart, we then can inject a
51:6 solution that goes through the coronary arteries,
51:7 throughout the heart muscle that's high in potassium
51:8 that makes the heart stop beating.

51:12 - 51:17     **Harvey, Richard 06-20-2017 (00:00:14)**     03_20_18 combo Final 3_1,27

51:12   Q. And why was it necessary to stop Ms. Booker's
51:13 heart from beating during this procedure?
51:14   A. If you don't stop the heart from beating,
51:15 then blood will be in the way and the heart will be
51:16 moving and you can't work, you can't do the things
51:17 you need to do.

53:15 - 53:22     **Harvey, Richard 06-20-2017 (00:00:22)**     03_20_18 combo Final 3_1,28

53:15   Q. Ask it another way:  Would you state whether
53:16 or not you were able to successfully remove this metal
53:17 fragment from Ms. Booker's body?
53:18   A. We did.
53:19   Q. And what was your understanding as you were

| Page/Line | Source | ID |
|---|---|---|

| | 03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1 | |
|---|---|---|

| Page/Line | Source | ID |
|---|---|---|
| | 53:20 performing your surgical services on Ms. Booker of | |
| | 53:21 where this metal came from? | |
| | 53:22   A. From a cava filter in her inferior vena cava. | |
| 54:2 - 54:10 | **Harvey, Richard 06-20-2017 (00:00:42)** | 03_20_18 combo Final 3_1.29 |
| | 54:2   Q. Now, I'll mark as Exhibit 8 a pathology | _1_2364_HARVEY.1.2 |
| | 54:3 report, and ask you to identify this report and what | |
| | 54:4 this report refers to. | |
| | 54:5   A. Well, when we remove anything from the body | _1_2364_HARVEY.1.3 |
| | 54:6 during surgery, we generally send it to pathology. | |
| | 54:7   Q. Is that what this is? | |
| | 54:8   A. That's what -- this is the report from | |
| | 54:9 sending this metal fragment to the pathologist | |
| | 54:10 department. | |
| 54:23 - 55:3 | **Harvey, Richard 06-20-2017 (00:00:13)** | 03_20_18 combo Final 3_1.30 |
| | 54:23   Q.  would you state whether or not | |
| | 54:24 this piece of metal as described in the pathology | |
| | 54:25 report is the piece of a metal fragment that you | |
| | 55:1 retrieved from the right ventricle of Ms. Booker's | |
| | 55:2 heart? | |
| | 55:3   A. That is. | |
| 58:23 - 59:10 | **Harvey, Richard 06-20-2017 (00:00:51)** | 03_20_18 combo Final 3_1.31 |
| | 58:23   Q. I've marked as Exhibit 9 a document which I'd | |
| | 58:24 like you to identify for us, please, sir. | |
| | 58:25   A. This is the cardiopulmonary profusion record | |
| | 59:1 that -- which is -- what that is, is a heart-lung | |
| | 59:2 machine is run by a specialist called a perfusionist. | |
| | 59:3 This is the record of their running the heart-lung | |
| | 59:4 machine during the operation. | |
| | 59:5   Q. All right.  And based upon your review of | |
| | 59:6 this document, can you tell the jury how long | |
| | 59:7 Ms. Booker's heart was stopped during your surgical | |
| | 59:8 procedure which you have described? | |
| | 59:9   A. It was stopped approximately an | |
| | 59:10 hour-and-a-half. | |
| 61:12 - 61:25 | **Harvey, Richard 06-20-2017 (00:00:40)** | 03_20_18 combo Final 3_1.69 |
| | 61:12   Q. Now, you had mentioned earlier | |
| | 61:13 about having to cut or cauterize through the | |
| | 61:14 pericardium in order to access the heart. | |
| | 61:15   A. Right. | |
| | 61:16   Q. After you're backing out, do you attempt to | |

| Page/Line | Source | ID |
|---|---|---|

**03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1**

61:17 repair the pericardium, or not?
61:18   A. No, we generally don't close the pericardium,
61:19 because most patients will bleed some after heart
61:20 surgery.  We've got drainage tubes in to capture it,
61:21 but if you close the pericardium, they can get
61:22 something called tamponade, which is where you bleed
61:23 outside the heart.  It presses on the heart and then
61:24 it can cause you to arrest.  So we usually leave the
61:25 pericardium open regardless of the approach.

65:17 - 65:18   **Harvey, Richard 06-20-2017 (00:00:08)**   03_20_18 combo Final 3_1.33

65:17   Q. I'm going to mark as -- I think we're up to
65:18 11.

65:19 - 66:4   **Harvey, Richard 06-20-2017 (00:00:32)**   03_20_18 combo Final 3_1.34

65:19 Would you state what Exhibit 11 is?
65:20   A. This is a daily progress note from seeing the
65:21 patient after the surgery.
65:22   Q. This is dated July 30, 2014?
65:23   A. Correct.
65:24   Q. And did you make rounds on the patient that
65:25 day?
66:1   A. I did.
66:2   Q. Now, what was -- in terms of her recovery
66:3 experience or recovery process, did she encounter any
66:4 postoperative bleeding problems?

66:6 - 66:23   **Harvey, Richard 06-20-2017 (00:00:57)**   03_20_18 combo Final 3_1.35

66:6   A. Well, it's -- you know, one of the
66:7 consequences of the heart-lung machine and heart
66:8 surgery is that you get very diluted.  So your, you
66:9 know, your normal red cell levels in your body are
66:10 depleted, as well as usually your platelets after
66:11 heart surgery.  So it's not uncommon, even if you
66:12 don't -- even if you don't have significant postop
66:13 bleeding, like through your chest tubes, which is
66:14 direct surgical bleeding, that you will get anemic.
66:15 You come out of the operation anemic.
66:16 And so transfusion is usually based on
66:17 whether you are anemic to a certain level and/or
66:18 symptoms.  So what this record indicates is that the
66:19 patient was hypotensive and anemic with a hematocrit
66:20 of 23.

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1

66:21 Now, with a hematocrit of 23 we would watch

66:22 it if she weren't hypotensive, but she's tachycardic

66:23 and hypotensive, so we gave her blood.

**66:25 - 67:10**   **Harvey, Richard 06-20-2017 (00:00:29)**   03_20_18 combo Final 3_1.36

66:25   Q. Okay.  And in response to her anemia as

67:1 reflected in your progress note, what was your

67:2 therapeutic response?

67:3   A. Blood transfusion.

67:4   Q. Are there any risks associated with blood

67:5 transfusions?

67:6   A. Yes, there is.  The most significant ones are

67:7 the ones that everybody discusses, which is hepatitis

67:8 and AIDS, but there is adverse reactions.  It's not

67:9 your blood, so there are risks with blood

67:10 transfusions.

**72:14 - 72:18**   **Harvey, Richard 06-20-2017 (00:00:07)**   03_20_18 combo Final 3_1.37

72:14 the x-ray showed that it

72:15 had essentially resolved?

72:16   A. Yeah.  Sometimes these will go away on their

72:17 own and it's a judgment call as to when you intervene

72:18 and not.

**73:8 - 74:1**   **Harvey, Richard 06-20-2017 (00:01:14)**   03_20_18 combo Final 3_1.38

73:8  this is dated September 9, 2014.  Is this an

73:9 office visit?

73:10   A. This is an office visit.

73:11   Q. Does this appear to be the last time that you

73:12 saw Ms. Booker in your office?

73:13   A. This does.

73:14   Q. All right.  And if you could, just describe

73:15 generally how she was at this point.

73:16   A. Still fairly typical, other than she was --

73:17 had a subjective complaint of palpations, or feeling

73:18 like that heartbeat was not regular.  That's fairly

73:19 common after heart surgery.

73:20 It appears that her right effusion had

73:21 resolved.  And when it comes to rhythm disturbances,

73:22 generally cardiology handles that once you get past

73:23 the nonacute setting.

73:24 So, ultimately, from a wound healing surgical

73:25 point of view, we released her and everything went

03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1

| Page/Line | Source | ID |
|---|---|---|

74:10 - 74:21

74:1 back to medical management with Dr. Patel.

**Harvey, Richard 06-20-2017 (00:00:40)**    03_20_18 combo Final 3_1.39

74:10   Q. And then finally, with regard to
74:11 your office records, if you could flip to page 47 in
74:12 the left-hand -- the page numbers on the left-hand
74:13 bottom, and that's a -- it looks like a return to work
74:14 form filled out by your office dated October 13, 2014.
74:15 Is that accurate?
74:16   A. That is.
74:17   Q. And would you just read what it states under
74:18 that status, under "Other"?
74:19   A. Correct.  It says return to work half days
74:20 for the month of October, then resume full-time
74:21 beginning November 2014.

75:11 - 75:17

**Harvey, Richard 06-20-2017 (00:00:27)**    03_20_18 combo Final 3_1.40

75:11 I'd like to just ask you about long-term
75:12 complications of the open-heart surgery that
75:13 Ms. Booker underwent at your hands.  Based upon your
75:14 knowledge as a surgeon with regard to long-term
75:15 complications of this surgical procedure, could you
75:16 describe those for the jury, or the potential for the
75:17 complications?

75:19 - 76:5

**Harvey, Richard 06-20-2017 (00:00:46)**    03_20_18 combo Final 3_1.41

75:19   A. Yeah.  The -- early versus late:  The most
75:20 common things that happen early after heart surgery
75:21 is atrial fib.  It's an arrhythmia that the heart
75:22 gets because everybody has inflammation, pericardial
75:23 inflammation, or the heart sac gets inflamed, the
75:24 heart itself is inflamed.  So electricity doesn't
75:25 work as well in wet inflamed tissue as it does in our
76:1 normal situation.  So that's very common with valve
76:2 surgeries.  The statistics are about 50 percent of
76:3 patients will have arrhythmias, most commonly atrial
76:4 fib.  Usually that resolves as the inflammation
76:5 resolves, so it's a period of time.

76:12 - 76:17

**Harvey, Richard 06-20-2017 (00:00:14)**    03_20_18 combo Final 3_1.42

76:12 Everybody has, generally, a period of time
76:13 where the pain waxes and wanes.  It will go -- you
76:14 know, you are now two months out and you think it's
76:15 over or you will turn the wrong way or, you know,

| Page/Line | Source | ID |
|---|---|---|

76:16 even at night, cough or something and the pain will
76:17 come back for a little while.  So that can -- that

**76:22 - 77:22**   **Harvey, Richard 06-20-17 (00:01:26)**   03_20_18 combo Final 3_1.43

76:22   Q. Well, let me ask you this.  What is post
76:23 -sternotomy pain syndrome?
76:24   A. That's when the nerve -- under each rib there
76:25 is a large nerve, and some patients, no matter what
77:1 you do, can get what's called postthoracotomy pain
77:2 syndrome, and that's where the pain from that
77:3 incision just won't go away.
77:4   Q. All right.  And describe for us what
77:5 pericarditis is.
77:6   A. That's inflammation of the heart sac.  Every
77:7 patient has that initially after surgery.  You can't
77:8 open any body cavity without that area being inflamed
77:9 for a period of time.
77:10   Q. Would you state whether or not pericarditis
77:11 can be a long-term complication?
77:12   A. It can.  It's pretty rare but everybody has
77:13 it after surgery, about 20 to 30 percent have
77:14 clinical signs of it after surgery, and then there is
77:15 a small percentage, and I don't know what the number
77:16 is, that can have recurrent problems with that.  And
77:17 you can see it de novo, without having surgery as
77:18 well, but surgery can induce that.
77:19 I mean, any time that you cut, you know, do
77:20 whatever to tissue, everybody heals differently,
77:21 everybody responds to it differently, and some people
77:22 have a, you know, a long-term consequence from it.

**87:3 - 87:13**   **Harvey, Richard 06-20-2017 (00:00:21)**   03_20_18 combo Final 3_1.44

87:3   Q. You understand that the fragment that you
87:4 retrieved from Ms. Booker was not in her right atrium,
87:5 it was in her right ventricle, correct?
87:6   A. Yeah, I don't -- yeah.
87:7   Q. And anatomically, those are two different
87:8 areas of the heart, correct?
87:9   A. They are.
87:10   Q. Okay.  And in fact, you have to go through
87:11 the tricuspid valve to get to the right ventricle,
87:12 correct?

| Page/Line | Source | ID |
|---|---|---|
| | 03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1 | |

| Page/Line | Source | ID |
|---|---|---|
| | 87:13  A. Correct. | |
| 88:13 - 88:24 | **Harvey, Richard 06-20-2017 (00:00:28)** | 03_20_18 combo Final 3_1.45 |
| | 88:13  Q. It's a radiology -- it's a CT CTA of the | |
| | 88:14 heart structure ordered by Dr. Heller.  Do you see | |
| | 88:15 that? | |
| | 88:16  A. I do. | |
| | 88:17  Q. And who is Dr. Heller? | |
| | 88:18  A. He is an interventional cardiologist at | |
| | 88:19 Gwinnett Medical Center. | |
| | 88:20  Q. Okay.  And was it your understanding that | |
| | 88:21 during her hospitalization and between the procedure | |
| | 88:22 performed by Dr. Kang and the procedure performed by | |
| | 88:23 you, that Ms. Booker was treated by Dr. Heller? | |
| | 88:24  A. Yes. | |
| 89:10 - 89:18 | **Harvey, Richard 06-20-2017 (00:00:32)** | 03_20_18 combo Final 3_1.46 |
| | 89:10  Q. And his -- the findings of this are | |
| | 89:11 that there was a three -- I can't get it out of my | |
| | 89:12 mouth -- a three-centimeter wire in the right | |
| | 89:13 ventricle with both ends clearly embedded in the right | |
| | 89:14 ventricular base myometrial trabeculation.  Correct? | |
| | 89:15  A. Yeah, that's close enough. | |
| | 89:16  Q. Okay.  There was a small wire with both ends | |
| | 89:17 embedded in the wall of the right ventricle; is that | |
| | 89:18 right? | |
| 89:23 - 89:24 | **Harvey, Richard 06-20-2017 (00:00:02)** | 03_20_18 combo Final 3_1.47 |
| | 89:23  A. Yes, no doubt about it, that's exactly what | |
| | 89:24 it says. | |
| 90:4 - 90:10 | **Harvey, Richard 06-20-2017 (00:00:18)** | 03_20_18 combo Final 3_1.70 |
| | 90:4  Q. So it was not floating, it was clearly | |
| | 90:5 embedded in the wall of the right ventricle? | |
| | 90:6  A. When we saw it, yes. | |
| | 90:7 like this before where this did not end up being the | |
| | 90:8 case, and that's why -- we certainly look at all | |
| | 90:9 these reports but it isn't the Bible when it comes to | |
| | 90:10 this sort of thing. | |
| 91:1 - 91:11 | **Harvey, Richard 06-20-2017 (00:00:28)** | 03_20_18 combo Final 3_1.48 |
| | 91:1  Q. Throughout your testimony today | |
| | 91:2 you have testified that during Dr. Kang's procedure to | |
| | 91:3 attempt to retrieve the strut from the right | |
| | 91:4 ventricle, the tricuspid valve was damaged.  In fact, | |

| Page/Line | Source | ID |
|-----------|--------|-----|

03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1

91:5 it was damaged as a result of Dr. Kang going through
91:6 the tricuspid valve and attempting to retrieve the
91:7 strut, correct?
91:8   A. Yes.
91:9   Q. Okay.  So her tricuspid valve was not damaged
91:10 prior to the procedure by Dr. Kang, correct?
91:11   A. That's right.

**91:12 - 91:22**   **Harvey, Richard 06-20-2017 (00:00:37)**     03_20_18 combo Final 3_1.49

91:12   Q. And would you agree with me that any
91:13 medical professional who is performing a procedure in
91:14 the heart that goes through the tricuspid valve should
91:15 take care to protect that valve as they go in and out
91:16 of it?
91:17   A. I would agree that you should.
91:18 the time, pacemaker placements and defibrillator
91:19 placements, so it's not unusual for -- sometimes even
91:20 when it's not damaged, they will get tricuspid
91:21 regurgitation from just the lie of the pacemaker
91:22 lead, so it's something you see.

**93:2 - 93:20**   **Harvey, Richard 06-20-2017 (00:00:55)**     03_20_18 combo Final 3_1.50

93:2   Q.  And you didn't spread her sternum,
93:3 correct?
93:4   A. You still spread the ribs.
93:5   Q. Okay.  So you would expect her pain to be in
93:6 the area where you spread it, correct?
93:7   A. It's usually anterior to that.  The
93:8 distribution of the nerve goes anterior, but --
93:9 meaning you're not just affecting the nerve where the
93:10 retractor is.  Again, it's depending on the spread.
93:11 Postthoracotomy pain syndromes are more likely after
93:12 full thoracotomies, rather than small thoracotomies,
93:13 because you spread further, you affect more ribs and
93:14 more nerves.
93:15   Q. Okay.  And was hers a small thoracotomy?
93:16   A. Right, five centimeters, six centimeters,
93:17 something like that.
93:18   Q. Did you consider your repair of the tricuspid
93:19 valve to be a successful repair?
93:20   A. I did.

**93:21 - 93:25**   **Harvey, Richard 06-20-2017 (00:00:12)**     03_20_18 combo Final 3_1.51

| Page/Line | Source | ID |
|---|---|---|
| | 93:21   Q.  did you or have you<br>93:22 prescribed any follow-up care for Ms. Booker relating<br>93:23 to her tricuspid valve?<br>93:24   A. That's -- you've understood the cardiologists<br>93:25 will follow that with echo. | |
| 94:17 - 94:21 | **Harvey, Richard 06-20-2017 (00:00:12)**<br>94:17   Q. so if Dr. Patel testified<br>94:18 that the reason why she had to have an open procedure<br>94:19 was because she had both the torn tricuspid valve and<br>94:20 the foreign body or the strut in the right ventricle,<br>94:21 you disagree with that? | 03_20_18 combo Final 3_1.52 |
| 95:5 - 95:7 | **Harvey, Richard 06-20-2017 (00:00:06)**<br>95:5   A. I would say that the reason we operated on<br>95:6 her on that admission on the day that we did was<br>95:7 because both had occurred. | 03_20_18 combo Final 3_1.53 |
| 97:9 - 97:12 | **Harvey, Richard 06-20-2017 (00:00:11)**<br>97:9   Q. You testified that you, as part of your<br>97:10 surgical procedure, you had to stop Ms. Booker's heart<br>97:11 and put her on a heart-lung machine, correct?<br>97:12   A. Correct. | 03_20_18 combo Final 3_1.54 |
| 97:23 - 98:2 | **Harvey, Richard 06-20-2017 (00:00:08)**<br>97:23   Q. Now, that procedure of putting her on a<br>97:24 heart-lung machine and stopping her heart, that was<br>97:25 not unique to Ms. Booker or Ms. Booker's condition,<br>98:1 correct?<br>98:2   A. No. | 03_20_18 combo Final 3_1.55 |
| 98:10 - 98:13 | **Harvey, Richard 06-20-2017 (00:00:08)**<br>98:10   Q. But this was not something that was unique<br>98:11 just to Ms. Booker, it was something you had done many<br>98:12 times before and many times since, correct?<br>98:13   A. Correct. | 03_20_18 combo Final 3_1.56 |
| 98:17 - 98:24 | **Harvey, Richard 06-20-2017 (00:00:22)**<br>98:17   Q. You testified that you did not close<br>98:18 Ms. Booker's pericardium, it heals or repairs itself.<br>98:19   A. It leaves a defect.<br>98:20   Q. And by a defect, what do you mean?<br>98:21   A. If you have to reoperate on somebody, there<br>98:22 will be -- usually it will have some adhesions and<br>98:23 there will be a gap, you know, a couple inches wide<br>98:24 where the pericardium was opened. | 03_20_18 combo Final 3_1.57 |

| | | |
|---|---|---|
| | **03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 99:5 - 99:19 | **Harvey, Richard 06-20-2017 (00:00:30)** | 03_20_18 combo Final 3_1,58 |
| | 99:5   Q. If I told you that Ms. Booker testified that | |
| | 99:6 in October of 2014 she climbed Stone Mountain -- let | |
| | 99:7 me back up. | |
| | 99:8 Are you familiar with Stone Mountain? | |
| | 99:9   A. I am. | |
| | 99:10   Q. Have you ever climbed Stone Mountain? | |
| | 99:11   A. I have. | |
| | 99:12   Q. Okay. | |
| | 99:13   A. I was much younger. | |
| | 99:14   Q. Okay.  If I told you that Ms. Booker | |
| | 99:15 testified that in October of 2014 she was able to | |
| | 99:16 climb Stone Mountain, would you agree that she had, at | |
| | 99:17 least based on that, it appears that she had recovered | |
| | 99:18 fairly well from the surgery? | |
| | 99:19   A. Yeah. | |
| 99:20 - 100:19 | **Harvey, Richard 06-20-2017 (00:01:01)** | 03_20_18 combo Final 3_1,59 |
| | 99:20   Q. What is the normal treatment for a patient | |
| | 99:21 who is suffering from pericarditis? | |
| | 99:22   A. Nonsteroidals and steroids -- and/or | |
| | 99:23 steroids. | |
| | 99:24   Q. And you would agree that to treat the | |
| | 99:25 pericarditis, if a doctor recommends a nonsteroidal | |
| | 100:1 antiinflammatory -- is that right? | |
| | 100:2   A. Right.  I'm sorry.  Yeah. | |
| | 100:3   Q. Okay.  That's fine. | |
| | 100:4 -- that the patient should follow the course | |
| | 100:5 and treatment prescribed by the doctor? | |
| | 100:6   A. Unless they develop, like, GI symptoms or | |
| | 100:7 something like that. | |
| | 100:8   Q. Okay.  And if a doctor recommends a steroid | |
| | 100:9 approach to treat the inflammation, you would again | |
| | 100:10 agree that the patient should follow the care and | |
| | 100:11 treatment prescribed by the doctor? | |
| | 100:12   A. Yeah.  Patients often get to feeling better | |
| | 100:13 and stop early, yeah.  So -- | |
| | 100:14   Q. And that's a bad thing, right? | |
| | 100:15   A. If you don't want it to come back. | |
| | 100:16   Q. Okay.  So if a patient doesn't want | |
| | 100:17 pericarditis to come back, they should complete the | |

| Page/Line | Source | ID |
|---|---|---|

03_20_18 combo Final 3_1-Harvey 06-20-17 Booker Depo Desingations Final V3.1

100:18 medication regime prescribed by the doctor, correct?

100:19   A. That's correct.

105:4 - 105:5   **Harvey, Richard 06-20-2017 (00:00:03)**   03_20_18 combo Final 3_1.61

105:4 At the time you released Ms. Booker from your

105:5 care and treatment in

105:13 - 105:16   **Harvey, Richard 06-20-2017 (00:00:11)**   03_20_18 combo Final 3_1.62

105:13   Q. In September of 2014, she was not reporting

105:14 to you and you did not find any objective findings of

105:15 any short-term complications, correct, surgical

105:16 complications?

105:24 - 106:3   **Harvey, Richard 06-20-2017 (00:00:18)**   03_20_18 combo Final 3_1.63

105:24   A. Yeah, at that time we thought, I guess, the

105:25 wound issue and the pleural effusion issue were under

106:1 control, and so, you know, we made no notes of any

106:2 suggestions of problems or complications at that

106:3 time.

107:1 - 107:4   **Harvey, Richard 06-20-2017 (00:00:07)**   03_20_18 combo Final 3_1.64

107:1   Q. And neither Dr. Patel nor Dr. Heller have

107:2 consulted with you or referred Ms. Booker back to

107:3 you --

107:4   A. No.

109:14 - 109:24   **Harvey, Richard 06-20-2017 (00:00:32)**   03_20_18 combo Final 3_1.65

109:14   Q. Assume with me, Doctor, that

109:15 subsequent to your discharge of the patient on

109:16 September 9, discharge from your care --

109:17   A. Office.

109:18   Q. -- follow-up office care, that Sherr-Una

109:19 Booker has been diagnosed with pericarditis on at

109:20 least two separate occasions, assume with me that to

109:21 be true.  Do you have an opinion whether or not that

109:22 is consistent with your knowledge of long-term

109:23 complications of the type of procedure which you

109:24 performed on Ms. Booker?

110:1 - 110:12   **Harvey, Richard 06-20-2017 (00:00:41)**   03_20_18 combo Final 3_1.66

110:1   A. It is.

110:2   Q. Now, you -- just to be clear, when Ms. Helm

110:3 was asking you questions about the need for open-heart

110:4 surgery and whether it was surgery for the valve or

110:5 surgery to retrieve the metal fragment, do you recall

110:6 that line of questions?

| Page/Line | Source | ID |
|---|---|---|
| | 110:7   A. Yes.  Yes.<br>110:8   Q. If the tricuspid valve had not been<br>110:9 inadvertently injured during the percutaneous attempt,<br>110:10 do you have an opinion as to whether or not the<br>110:11 open-heart surgery still would have been needed and<br>110:12 still would have been performed by you? | |
| 110:15 - 110:17 | **Harvey, Richard 06-20-2017 (00:00:06)**<br>110:15   A. We still would have done the surgery.  We<br>110:16 were worried about a potential perforation, not<br>110:17 internally, externally. | 03_20_18 combo Final 3_1.67 |

Plaintiffs Designations = 00:20:32
Defense Designations = 00:09:20
**Total Time = 00:29:52**

**Documents Shown**
_1_2361_HARVEY
_1_2364_HARVEY
_3_HARVEY
_4_HARVEY

# EXHIBIT H

**Designation Run Report**

# Orms 08-16-16 Booker Depo Designations Final3

---

**Orms, Daniel 08-16-2016**

---

**Plaintiffs Designations  00:07:04**

**DefenseDesignations   00:04:41**

**Total Time  00:11:45**



**03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3**

| Page/Line | Source | ID |
|---|---|---|

**12:19 - 12:20**

**Orms, Daniel 08-16-2016 (00:00:01)**   03_21_18 combo final3.1

12:19  I went to work for C.R. Bard
12:20 in 1997.

**15:11 - 15:13**

**Orms, Daniel 08-16-2016 (00:00:06)**   03_21_18 combo final3.2

15:11   Q. And you were in the position of
15:12 regional manager from 2008 until?
15:13   A. Until I left at the end of 2012.

**24:17 - 24:24**

**Orms, Daniel 08-16-2016 (00:00:16)**   03_21_18 combo final3.3

24:17   Q. Were you provided in your training any
24:18 information to relate to physicians about bench
24:19 testing with regard to the Recovery filter?
24:20   A. No.
24:21   Q. Okay.  So you were given no resources to pass
24:22 on to physicians in your region with regard to bench
24:23 testing.
24:24   A. No.

**29:23 - 30:7**

**Orms, Daniel 08-16-2016 (00:00:28)**   03_21_18 combo final3.61

29:23   Q.  Were you informed by Bard of any other
29:24 deaths associated with the Recovery filter other than
30:1 the one that was reported to you by the sales
30:2 representative in your region?
30:3   A. No, not -- you're saying within that year?
30:4   Q. Sure, let's start with one year.
30:5   A. So, no, no meaning -- and I don't think Bard
30:6 ever -- Bard notified -- no, so Bard didn't make it a
30:7 point of notifying us when an adverse event occurred.

**41:16 - 42:5**

**Orms, Daniel 08-16-2016 (00:00:29)**   03_21_18 combo final3.10

41:16   Q. And Bard didn't inform you of any other
41:17 deaths associated with the Recovery filter that year?
41:18   A. I don't believe so.
41:19   Q. What about the year after that?
41:20   A. So I don't think Bard ever notified me and
41:21 said, hey, we had a death.
41:22   Q. Okay.
41:23   A. Any more so than we had any other complication
41:24 for that device or any other device.
42:1   Q. Okay.  And therefore you couldn't have shared
42:2 any of that information that you didn't get with any
42:3 of the sales representatives in your territory,
42:4 correct?

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3

42:5   A. Correct.

**96:21 - 97:12**   **Orms, Daniel 08-16-2016 (00:00:32)**   03_21_18 combo final3.15

96:21   Q. But did anyone at Bard ever provide

96:22 you like say a report --

96:23   A. Uh-hum.

96:24   Q. -- comparing failure rates between Bard's

97:1 products and competitor products, filters?

97:2   A. I don't believe so, other than what's IFU, was

97:3 it provided in the IFUs for the devices.

97:4   Q. Okay.  Which does not provide comparative

97:5 rates between Bard's filters and its competitors.

97:6   A. Correct.

97:7   Q. Okay.  And if you were never provided such

97:8 information you couldn't provide it to physicians,

97:9 correct?

97:10   A. Correct.

97:11   Q. Okay.  And so you did not, correct?

97:12   A. Correct.

**101:24 - 102:9**   **Orms, Daniel 08-16-2016 (00:00:19)**   03_21_18 combo final3.16

101:24   Q. Okay.  Were you made aware that the medical

102:1 director of Bard was asking this question of, "The

102:2 G2's a permanent filter; we also have the SNF that has

102:3 virtually no complaints.  Why shouldn't doctors be

102:4 using that one rather than the G2?"

102:5   A. No.

102:6   Q. So that information was not provided to you

102:7 while you were on the ground in the territory selling

102:8 or overseeing the sales of G2 filters.

102:9   A. Correct.

**105:1 - 105:7**   **Orms, Daniel 08-16-2016 (00:00:14)**   03_21_18 combo final3.17

105:1   Q. And when complaints are reported in

105:2 your region, are they shared amongst the sales

105:3 representatives in your region?

105:4   A. Not as a matter of practice.

105:5   Q. Okay.  So that's not a policy at Bard to do

105:6 that?

105:7   A. No.

**105:14 - 105:16**   **Orms, Daniel 08-16-2016 (00:00:03)**   03_21_18 combo final3.18

105:14   A. Was it shared?

105:15   Q. Uh-hum.

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3

**105:16   A. It would have been word of mouth.**

138:18 - 138:23   **Orms, Daniel 08-16-2016 (00:00:09)**   03_21_18 combo final3.19

138:18   Q. But these filters are sold to be
138:19 placed in patients, correct?
138:20   A. Correct.
138:21   Q. Okay.  And you're not aware of whether a
138:22 patient would like to have the safest filter possible
138:23 available implanted in them?

139:2 - 139:5   **Orms, Daniel 08-16-2016 (00:00:09)**   03_21_18 combo final3.20

139:2   A. I guess I would think, yes, they would.
139:3   Q. Okay, okay.  Is that a big assumption to make
139:4 on your part, being someone who's sold filters to be
139:5 used in humans for so long?

139:7 - 139:7   **Orms, Daniel 08-16-2016 (00:00:00)**   03_21_18 combo final3.62

139:7   A. No.

162:3 - 162:5   **Orms, Daniel 08-16-2016 (00:00:11)**   03_21_18 combo final3.21

162:3 Meaning, the doctors look to you to advise
162:4 them about everything that is available to you about
162:5 the product; true?

162:7 - 162:8   **Orms, Daniel 08-16-2016 (00:00:07)**   03_21_18 combo final3.22

162:7   A. Yes.
162:8   Q. The good, the bad and the indifferent.

162:10 - 162:14   **Orms, Daniel 08-16-2016 (00:00:15)**   03_21_18 combo final3.23

162:10   A. From my experience, physicians want data that
162:11 they can rely on.
162:12   Q. Which means open, frank, honest
162:13 communications.
162:14   A. About data they can rely on, yes.

167:20 - 167:24   **Orms, Daniel 08-16-2016 (00:00:12)**   03_21_18 combo final3.24

167:20   Q. Well, I guess I'm trying to figure out, was
167:21 there somebody within Bard that was communicating to
167:22 other people in Bard that there were a series of
167:23 events going on with say the Recovery.  We talked
167:24 about the Recovery before.

168:2 - 168:2   **Orms, Daniel 08-16-2016 (00:00:01)**   03_21_18 combo final3.25

168:2   A. To my knowledge, no.

172:14 - 172:15   **Orms, Daniel 08-16-2016 (00:00:04)**   03_21_18 combo final3.26

172:14   Q. somewhere along the line, Bard
172:15 learned that tilting in a filter was a bad thing.

172:17 - 172:21   **Orms, Daniel 08-16-2016 (00:00:07)**   03_21_18 combo final3.27

| Page/Line | Source | ID |
|---|---|---|

172:17   A. Yeah, it wasn't optimal.  I mean, there's

172:18 better -- an improvement to be had.

172:19   Q. It was undesirable in a filter, correct?

172:20 ***

172:21   A. Yes.

**173:14 - 173:19**   **Orms, Daniel 08-16-2016 (00:00:21)**   03_21_18 combo final3.28

173:14   Q. Well, if there was a group in Bard that was

173:15 aware of events with the filter such as the Recovery,

173:16 and was aware that the Recovery was tilting and either

173:17 causing injuries or causing potential complications to

173:18 patients, that's information that you would expect to

173:19 be given to you people in sales to use, correct?

**173:21 - 173:21**   **Orms, Daniel 08-16-2016 (00:00:03)**   03_21_18 combo final3.29

173:21   A. Yeah, it would be good to know.

**174:13 - 174:16**   **Orms, Daniel 08-16-2016 (00:00:09)**   03_21_18 combo final3.30

174:13   Q. And so you could understand why doctors would

174:14 rely on you to -- to, No. 1, assume that you're in the

174:15 know and that you would communicate that to the

174:16 doctor, correct?

**174:18 - 174:18**   **Orms, Daniel 08-16-2016 (00:00:01)**   03_21_18 combo final3.31

174:18   A. Yes.

**174:24 - 175:10**   **Orms, Daniel 08-16-2016 (00:00:32)**   03_21_18 combo final3.32

174:24   A. If the data's meaningful and reliable, yes.

175:1   Q. And so that's why it would be reasonable for

175:2 you, in the position you were at, and for your

175:3 salespeople, to be advised from whoever in Bard was

175:4 tracking events and knew what complications or

175:5 potential complications those events were causing;

175:6 fair?

175:7   A. Yes.

175:8   Q. And from what you told us today, that really

175:9 wasn't something that was going on.

175:10   A. No.  As a matter of practice, no.

**176:15 - 177:1**   **Orms, Daniel 08-16-2016 (00:00:29)**   03_21_18 combo final3.33

176:15   Q. Well, how would the conversation go?

176:16   A. The conversation would probably go, again, the

176:17 physician makes the decision to use any device based on

176:18 risk reward, benefit to the patient, and whether it was

176:19 Recovery or G2 or G2X or whatever other iterations, the

176:20 devices were providing a significant benefit to the

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3

176:21 patient.  The doctor has to weigh that versus the risk
176:22 of the device.  And if the risk of the device is within
176:23 the guidelines of that technology, then that's all that
176:24 I can do.  From a sales perspective, that's all that I
177:1 can worry about.

**177:9 - 177:11**    **Orms, Daniel 08-16-2016 (00:00:05)**    03_21_18 combo final3.34

177:9 If Bard is aware of problems, with for
177:10 example the Recovery, I'm saying, that's something you
177:11 would expect them to advise you; true?

**177:13 - 177:15**    **Orms, Daniel 08-16-2016 (00:00:06)**    03_21_18 combo final3.35

177:13   A. If -- if Bard is aware of problems that are
177:14 outside of the reporting guidelines, yes, that's what --
177:15 I would want to know that.

**178:3 - 178:10**    **Orms, Daniel 08-16-2016 (00:00:12)**    03_21_18 combo final3.36

178:3   Q. And you want to be open and you want to be
178:4 honest.
178:5   A. And I answered exactly the way I just told you,
178:6 and I said as far as I know they're well within the SIR
178:7 guidelines.
178:8   Q. Okay.
178:9   A. And the physicians were happy.  That was all
178:10 they wanted to know.

**208:19 - 208:23**    **Orms, Daniel 08-16-2016 (00:00:07)**    03_21_18 combo final3.39

208:19   Q. Does Bard have a
208:20 responsibility to warn if it becomes aware of a danger
208:21 associated with its filters?  Yes or no.
208:22   A. Yes.
208:23   Q. Thank you.

**241:15 - 241:18**    **Orms, Daniel 08-16-2016 (00:00:05)**    03_21_18 combo final3.42

241:15   Q. And resistant to tilt.
241:16   A. You know, I mean, again, all these adverse
241:17 events are -- are components of every filter on the
241:18 market.

**258:17 - 258:19**    **Orms, Daniel 08-16-2016 (00:00:08)**    03_21_18 combo final3.45

258:17   Q. Well, no, follow me.  You believed and
258:18 trusted Bard to thoroughly test the G2 for safety and
258:19 efficacy, right?

**258:21 - 259:6**    **Orms, Daniel 08-16-2016 (00:00:43)**    03_21_18 combo final3.46

258:21   A. Yes.
258:22   Q. And it was that expectation that you had that

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3

258:23 gave you the credibility with the doctor, the doctors
258:24 you sold the product to, to give each doctor what you
259:1 believed was accurate information about the G2; fair?
259:2   A. Yes.
259:3   Q. And if, unbeknownst to you, Bard did not
259:4 thoroughly test the G2 for efficacy or safety, that
259:5 would cause you to give inaccurate information to the
259:6 doctor if you believed otherwise; true?

**259:8 - 259:15**   **Orms, Daniel 08-16-2016 (00:00:18)**   03_21_18 combo final3.47

259:8   A. If unbeknownst to me they did not do their due
259:9 diligence?
259:10   Q. Yes.
259:11   A. They didn't follow kind of the guidelines and
259:12 the rules of the road?
259:13   Q. Yes.
259:14   A. Yeah, I guess if they're doing something wrong
259:15 and I'm communicating what they're telling me, then yes.

**264:1 - 264:3**   **Orms, Daniel 08-16-2016 (00:00:06)**   03_21_18 combo final3.48

264:1   Q. Dan, I have a few more questions for you
264:2 today.  The first is, where do you live?
264:3   A. Here in Miami, Florida.

**264:18 - 265:3**   **Orms, Daniel 08-16-2016 (00:00:29)**   03_21_18 combo final3.49

264:18   Q. Can you briefly tell us about your
264:19 educational background?  I know you mentioned it a
264:20 little bit earlier.
264:21   A. Okay.  Yeah, I went to high school here in
264:22 Miami.  Graduated from Miami Killian Senior High.  Went
264:23 to the University of Florida in Gainesville for four
264:24 years, 1984 through '88, and shortly thereafter got into
265:1 my career as a salesperson.
265:2   Q. You worked for Bard for about 15 years?
265:3   A. Yes, from '97 to 2012.

**265:18 - 266:2**   **Orms, Daniel 08-16-2016 (00:00:19)**   03_21_18 combo final3.50

265:18   Q. At any point during your time at Bard did you
265:19 work on the design and development of products?
265:20   A. No.
265:21   Q. Did you have any role in tracking or
265:22 analyzing adverse events?
265:23   A. No.
265:24   Q. Did any of your job responsibilities involve

## 03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3

| Page/Line | Source | ID |
|---|---|---|

266:1 determining rates of complications with Bard's
266:2 filters?

266:5 - 266:15   **Orms, Daniel 08-16-2016 (00:00:27)**   03_21_18 combo final3.51

266:5   A. No, no.

266:6   Q. How about competitor filters?

266:7   A. No.

266:8   Q. Was evaluating adverse event reports part of
266:9 your job responsibilities?

266:10   A. No, it was not.

266:11   Q. So all of the questions that you were asked
266:12 today about should Bard have told certain information
266:13 to you, is it part of your job responsibilities when
266:14 you were a district manager and later as a regional
266:15 manager to make that determination?

266:17 - 266:17   **Orms, Daniel 08-16-2016 (00:00:01)**   03_21_18 combo final3.52

266:17   A. No, it was not.

268:3 - 268:9   **Orms, Daniel 08-16-2016 (00:00:13)**   03_21_18 combo final3.53

268:3   Q. During the course of your career you have
268:4 also worked at Ethicon, Steris, and now you're at
268:5 Abbott; is that right?

268:6   A. Yes.

268:7   Q. At any of these companies did the companies
268:8 provide you with individual complaint files for
268:9 products that you were selling?

268:11 - 268:14   **Orms, Daniel 08-16-2016 (00:00:08)**   03_21_18 combo final3.54

268:11   A. No, I was not provided with any of them.

268:12   Q. Did any of these companies provide you with
268:13 MAUDE data to share with physicians?

268:14   A. No.

282:18 - 283:10   **Orms, Daniel 08-16-2016 (00:00:46)**   03_21_18 combo final3.55

282:18   Q. Based on your experience, what are the
282:19 sources from which physicians get their information
282:20 that they use to make decisions about patient
282:21 treatment?

282:22   A. The top two are one is certainly the clinical
282:23 trial data, so level one data from randomized clinical
282:24 trials.  Behind that is peer-to-peer, communications,
283:1 conferences, journals, articles that are peer reviewed
283:2 by their -- by their peers.  And that's why they have --
283:3 they carry weight with a physician.  So those are really

| | | |
|---|---|---|
| | **03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3** | |

| Page/Line | Source | ID |
|---|---|---|

283:4 the top two areas that they look for I think when making
283:5 a decision.
283:6   Q. Do you believe that physicians rely on
283:7 medical device manufacturers as the primary source of
283:8 information regarding complications associated with
283:9 the medical devices?
283:10   A. No.

**284:16 - 285:5**     **Orms, Daniel 08-16-2016 (00:00:33)**     03_21_18 combo final3.56

284:16   Q. We discussed certain adverse events of IVC
284:17 filters during today's deposition, including
284:18 perforation, fracture, migration, tilting, and even
284:19 death.  Do you remember those questions during the
284:20 course of today?
284:21   A. Yes, I do.
284:22   Q. Are those adverse events risks that are
284:23 associated with the G2X filter?
284:24   A. Yeah.  I mean, those were adverse events --
285:1
285:2   A. -- that were associated with every -- eery
285:3 filter on the market that's included in every -- every
285:4 one of their IFUs.  Physicians are well aware of those
285:5 -- that potential for adverse events.

**285:17 - 285:21**     **Orms, Daniel 08-16-2016 (00:00:12)**     03_21_18 combo final3.57

285:17   Q. In your experience in your 15 years at Bard,
285:18 and to your understanding, did physicians know about
285:19 the risks of IVC filters to include perforation,
285:20 fracture, migration, tilting, and irretrievability of
285:21 the filter?

**285:23 - 286:4**     **Orms, Daniel 08-16-2016 (00:00:16)**     03_21_18 combo final3.58

285:23   A. Yes.  And that's specifically why I kept
285:24 referring to the, in this particular case, the SIR
286:1 guidelines.  If the SIR, and this is the Society of
286:2 major body of interventionalists weren't aware of them
286:3 then they wouldn't have guidelines already established
286:4 for adverse events.

**300:4 - 301:5**     **Orms, Daniel 08-16-2016 (00:00:40)**     03_21_18 combo final3.59

300:4 Did you ever have possession of any of Bard's
300:5 bench testing?
300:6   A. No.
300:7   Q. Okay.  With regard to any of its IVC filters.

03_21_18 combo final3-Orms 08-16-16 Booker Depo Designations Final3

| Page/Line | Source | ID |
|---|---|---|
| | 300:8   A. No. | |
| | 300:9   Q. Whether retrievable or permanent. | |
| | 300:10   A. None. | |
| | 300:11   Q. Okay.  And therefore you didn't share any | |
| | 300:12 results of its bench testing on any of its filters | |
| | 300:13 with physicians -- | |
| | 300:14   A. No. | |
| | 300:15   Q. -- that you recall.  Including those at | |
| | 300:16 Cleveland Clinic? | |
| | 300:17   A. No. | |
| | 300:18   Q. Were you ever informed that the G2 filter | |
| | 300:19 failed its migration resistant testing when compared | |
| | 300:20 to the SNF? | |
| | 300:21 *** | |
| | 300:22   A. Was I informed of that? | |
| | 300:23   Q. Uh-hum. | |
| | 300:24   A. No. | |
| | 301:1   Q. You were never informed of that. | |
| | 301:2   A. I don't believe so. | |
| | 301:3   Q. Okay.  Was that something you would have | |
| | 301:4 known wanting to sell the product when you're | |
| | 301:5 marketing both of those products in your territory? | |
| 301:7 - 301:10 | **Orms, Daniel 08-16-2016 (00:00:12)** | 03_21_18 combo final3.60 |
| | 301:7   A. Is that something I would have wanted to know? | |
| | 301:8 I guess it would have been beneficial to know. | |
| | 301:9   Q. Okay.  I'm sorry? | |
| | 301:10   A. It would have been beneficial to know. | |

Plaintiffs Designations = 00:07:04
DefenseDesignations  = 00:04:41
**Total Time = 00:11:45**

# EXHIBIT I

**Designation Run Report**

# Patel 03-22-17 Booker Depo Designations Final3

_____

**Patel, Salil 03-22-2017**
_____

**Plaintiffs Designations  00:22:30**

**Defense Designations  00:14:52**

**Plaintiffs  Counters  00:00:14**

**P & D designatiions  00:01:44**

**Total Time  00:39:20**



| | | |
|---|---|---|
| | **03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 6:3 - 6:5 | **Patel, Salil 03-22-2017 (00:00:04)**<br>6:3   Q. Would you state your full name, please,<br>6:4 sir?<br>6:5   A. My name is Salil Jayant Patel. | 03_21_18 combo final3.1 |
| 8:10 - 8:19 | **Patel, Salil 03-22-2017 (00:00:36)**<br>8:10   Q. All right.  And are you boarded by any<br>8:11 particular medical boards?<br>8:12   A. I have four board certifications.  My main<br>8:13 one is cardiology through the ABIM.  I have internal<br>8:14 medicine board certification also through the ABIM.<br>8:15 I'm board certified in nuclear cardiology through the<br>8:16 Nuclear Cardiology Society.  Then I have one, but it<br>8:17 is actually about to expire in cardiovascular CT<br>8:18 scans.  That was from 2007.  This will be the year to<br>8:19 renew it if I choose to renew it or not. | 03_21_18 combo final3.2 |
| 8:23 - 9:1 | **Patel, Salil 03-22-2017 (00:00:05)**<br>8:23   Q. All right.  And of course, you're licensed<br>8:24 to practice medicine in the State of Georgia?<br>9:1   A. Yes, sir. | 03_21_18 combo final3.3 |
| 9:24 - 10:9 | **Patel, Salil 03-22-2017 (00:00:36)**<br>9:24   Q. And we are<br>10:1 going to provide to you an exhibit which I'm going to<br>10:2 mark as Exhibit A, and I'll represent to you this was<br>10:3 provided by your group as an authenticated certified<br>10:4 copy of your group's medical chart with regard to<br>10:5 Ms. Booker.  If you could just kind of quickly look<br>10:6 at that and state whether or not you're familiar with<br>10:7 Ms. Booker's records in this matter?<br>10:8   A. Yes, sir.  This looks like it's our office<br>10:9 chart. | 03_21_18 combo final3.4 |
| 12:2 - 12:6 | **Patel, Salil 03-22-2017 (00:00:17)**<br>12:2   Q. What<br>12:3 was the date of the first occasion you had to treat<br>12:4 Ms. Booker?<br>12:5   A. She came into our office for a<br>12:6 consultation, it appears, on January 3rd, 2012. | 03_21_18 combo final3.5 |
| 12:16 - 12:20 | **Patel, Salil 03-22-2017 (00:00:17)**<br>12:16   Q. And if you could tell us what the purpose<br>12:17 for the consultation with Ms. Booker was.<br>12:18   A. She was sent for preop cardiovascular | 03_21_18 combo final3.6 |

| Page/Line | Source | ID |
|---|---|---|

**03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3**

| Page/Line | Source | ID |
|---|---|---|
| 13:4 - 13:9 | 12:19 examination or cardiac clearance, in other terms, <br> 12:20 before planned outpatient hernia surgery. <br> **Patel, Salil 03-22-2017 (00:00:13)** <br> 13:4   Q. And you understood that she was going <br> 13:5 to -- they were contemplating a hernia repair <br> 13:6 procedure, and they wanted your -- your advice with <br> 13:7 regard to whether or not her -- she had any cardiac <br> 13:8 issues which would have made that contraindicated? <br> 13:9   A. Correct. | 03_21_18 combo final3.7 |
| 13:11 - 13:11 | **Patel, Salil 03-22-2017 (00:00:01)** <br> 13:11 THE WITNESS:  Yes, sir. | 03_21_18 combo final3.8 |
| 14:21 - 15:14 | **Patel, Salil 03-22-2017 (00:01:06)** <br> 14:21   Q. Well, then, tell us, sir, when the next <br> 14:22 occasion you would have had to -- to be involved in <br> 14:23 Ms. Booker's care or treatment. <br> 14:24   A. Next time I was involved in her care was <br> 15:1 when she was in the hospital at Gwinnett Medical <br> 15:2 Center in July of 2014. <br> 15:3   Q. All right.  And what was the occasion or <br> 15:4 the reason for the consult? <br> 15:5   A. So she was -- she was in the hospital <br> 15:6 undergoing procedure by intervention radiology, and <br> 15:7 we were called to come for a cardiology consult.  She <br> 15:8 had had an arrhythmia during the procedure.  So my <br> 15:9 partner, Dr. Heller, came to see her.  She was <br> 15:10 stabilized.  Our echocardiogram department did an <br> 15:11 ultrasound, and it was identified that she had <br> 15:12 regurgitation of the tricuspid valve, and so I was <br> 15:13 asked I believe the next day to do a transesophageal <br> 15:14 echocardiogram. | 03_21_18 combo final3.10 |
| 28:20 - 28:22 | **Patel, Salil 03-22-2017 (00:00:05)** <br> 28:20   Q. And this was -- this was also within the <br> 28:21 same procedure, percutaneous approach? <br> 28:22   A. Yes. | 03_21_18 combo final3.11 |
| 31:1 - 31:2 | **Patel, Salil 03-22-2017 (00:00:14)** <br> 31:1 MR. ROLL:  I'm going to mark as Exhibit A4 <br> 31:2 Dr. Heller's July 23, 2014, consultation note. | 03_21_18 combo final3.12 |
| 31:10 - 31:21 | **Patel, Salil 03-22-2017 (00:00:38)** <br> 31:10   Q. In connection with your consultation and <br> 31:11 your involvement with Ms. Booker's care? | 03_21_18 combo final3.13 |

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3

|  | 31:12  A. Yes. |  |
|  | 31:13  Q. What do you understand the reason for |  |
|  | 31:14 Dr. Kang to consult with Dr. Heller regarding |  |
|  | 31:15 Ms. Booker? |  |
|  | 31:16  A. It was really two reasons.  She was having |  |
|  | 31:17 chest pain at the time of the procedure and also |  |
|  | 31:18 primarily having an arrhythmia during the procedure. |  |
|  | 31:19  Q. All right.  And at that point was there an |  |
|  | 31:20 understanding as to what the cause of these |  |
|  | 31:21 conditions in the heart was? |  |
| 31:24 - 32:19 | **Patel, Salil 03-22-2017 (00:01:06)** | 03_21_18 combo final3.14 |
|  | 31:24  A. It was felt that they were both related to |  |
|  | 32:1 each other.  That she was having chest pain because |  |
|  | 32:2 her heart was racing so fast, pulse rate at least by |  |
|  | 32:3 the notes was as high as 250 beats per minute.  The |  |
|  | 32:4 episodes were intermittent but went on -- on and off |  |
|  | 32:5 for 30 minutes during which she would have the |  |
|  | 32:6 sensation of her heart racing and anterior chest |  |
|  | 32:7 heaviness. |  |
|  | 32:8  Q. Okay.  And did you as a consultant form an |  |
|  | 32:9 opinion as to whether or not these conditions that |  |
|  | 32:10 were being experienced by Ms. Booker were a result of |  |
|  | 32:11 the -- the percutaneous attempt to remove this filter |  |
|  | 32:12 fragment from her heart? |  |
|  | 32:13  A. Well, I think we all felt it was a |  |
|  | 32:14 combination of the pre-existing filter being in |  |
|  | 32:15 there. |  |
|  | 32:16  Q. Yes, sir. |  |
|  | 32:17  A. And then the attempt to get it out was |  |
|  | 32:18 exciting the heart, and that that was causing her to |  |
|  | 32:19 have the arrhythmia. |  |
| 34:4 - 34:5 | **Patel, Salil 03-22-2017 (00:00:02)** | 03_21_18 combo final3.15 |
|  | 34:4 MR. ROLL:  Yes, I'm sorry, Exhibit -- |  |
|  | 34:5 thank you very much -- A5. |  |
| 34:17 - 35:2 | **Patel, Salil 03-22-2017 (00:00:31)** | 03_21_18 combo final3.16 |
|  | 34:17  Q. All right.  Do you see on this document |  |
|  | 34:18 where after this percutaneous approach that was not |  |
|  | 34:19 successful removing the fragment from her heart that |  |
|  | 34:20 it's recorded patient's very emotional, |  |
|  | 34:21 tearful -- I'm sorry, "Patient very emotional and |  |

| | 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 34:22 tearful at present"? | |
| | 34:23   A. Yes, I see that note. | |
| | 34:24   Q. All right.  Do you believe that's an | |
| | 35:1 understanding reaction of Ms. Booker to the events | |
| | 35:2 that were taking place that day? | |
| 35:7 - 35:16 | **Patel, Salil 03-22-2017 (00:00:28)** | 03_21_18 combo final3.17 |
| | 35:7   A. I have seen patients with this sort of | |
| | 35:8 reaction after these procedures, yes. | |
| | 35:9   Q. Okay.  I mean, based upon your -- your | |
| | 35:10 understanding and your experience, when a patient is | |
| | 35:11 being told that even after going through a large | |
| | 35:12 procedure like this to remove the fragment of the | |
| | 35:13 heart and being told that this was unsuccessful, the | |
| | 35:14 fragment is still in there, based upon your | |
| | 35:15 experiences, is that generally and usually upsetting | |
| | 35:16 to the patient? | |
| 36:6 - 36:7 | **Patel, Salil 03-22-2017 (00:00:10)** | 03_21_18 combo final3.18 |
| | 36:6 MR. ROLL:  Okay.  I'm looking at here -- | |
| | 36:7 just going to mark this as Exhibit A6. | |
| 36:21 - 37:6 | **Patel, Salil 03-22-2017 (00:00:36)** | 03_21_18 combo final3.19 |
| | 36:21   Q. If you could just describe the | |
| | 36:22 results of your study, the pertinent findings that | |
| | 36:23 you factored in in rendering consulting advice to the | |
| | 36:24 physicians taking care of Ms. Booker? | |
| | 37:1   A. So the main findings of this procedure | |
| | 37:2 were that the tricuspid valve was disrupted with | |
| | 37:3 moderate regurgitation and that the filament -- the | |
| | 37:4 fragments of the filter was seen within the right | |
| | 37:5 ventricle along the bottom medial part of the | |
| | 37:6 ventricle, close to the septum. | |
| 37:15 - 37:18 | **Patel, Salil 03-22-2017 (00:00:11)** | 03_21_18 combo final3.20 |
| | 37:15   Q. Okay.  Based upon the location that is | |
| | 37:16 documented on this report, do you have an opinion on | |
| | 37:17 whether or not retrieval of it would have been | |
| | 37:18 difficult? | |
| 37:20 - 38:10 | **Patel, Salil 03-22-2017 (00:00:41)** | 03_21_18 combo final3.21 |
| | 37:20 THE WITNESS:  It would be somewhat | |
| | 37:21 difficult to remove it with a catheter just | |
| | 37:22 because it was within the muscular fibers of | |
| | 37:23 that ventricle. | |

| 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |
| --- | --- |

| Page/Line | Source | ID |
| --- | --- | --- |

37:24   Q. (By Mr. Roll)  Did you reach a conclusion
38:1 at the time as to what had disrupted the tricuspid
38:2 valve?
38:3   A. Yes.
38:4   Q. And what was your conclusion?
38:5   A. That the catheter attempting to get the
38:6 filament out had quite likely caused some effect on
38:7 the valve.
38:8   Q. All right.  And is this a complication of
38:9 the percutaneous procedure approach?
38:10   A. It is.

**39:5 - 39:10**   **Patel, Salil 03-22-2017 (00:00:21)**   <sub>03_21_18 combo final3.22</sub>

39:5   Q. Do you have an opinion to a reasonable
39:6 medical probability as to whether or not the
39:7 complication which arose during the percutaneous
39:8 approach was a complication of a procedure that was
39:9 made necessary by the filter fragment migrating into
39:10 the right ventricle of the heart?

**39:12 - 40:9**   **Patel, Salil 03-22-2017 (00:01:09)**   <sub>03_21_18 combo final3.23</sub>

39:12 THE WITNESS:  Yes.
39:13   Q. (By Mr. Roll)  Now, based upon -- based
39:14 upon the data that you collected during the TEE, did
39:15 you have conversations with any healthcare providers
39:16 as to the condition of Ms. Booker or what the next
39:17 approach should be?
39:18   A. Yes.  A number of us spoke about her case.
39:19 I spoke with Dr. Black.  You see Dr. Black's name is
39:20 in this chart.  Dr. Black is one of the cardiac
39:21 anesthesiologists.  So he was in the case with me
39:22 helping.  He was the anesthesiologist, but he also
39:23 does a lot of these tests, these cases.  So we talked
39:24 amongst yourselves.  I spoke with Dr. Harvey who --
40:1 afterward.  I spoke with Dr. Kang afterward to give
40:2 them both the results of the procedure.  Both were
40:3 awaiting for the results of the procedure and also to
40:4 find out what my recommendations are or were.
40:5   Q. Okay.  And what were your recommendations
40:6 at the time?
40:7   A. That she would need open heart surgery.
40:8   Q. She would need, I'm sorry, what?

| Page/Line | Source | ID |
|---|---|---|
| | 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |

| Page/Line | Source | ID |
|---|---|---|
| | 40:9   A. Open heart surgery. | |
| 41:7 - 41:8 | **Patel, Salil 03-22-2017 (00:00:13)** | 03_21_18 combo final3.24 |
| | 41:7   Q. Okay.  And let me hand you what I'm going | |
| | 41:8 to mark as A7. | |
| 44:14 - 45:2 | **Patel, Salil 03-22-2017 (00:00:42)** | 03_21_18 combo final3.25 |
| | 44:14  what is listed in boldface type as far as the | |
| | 44:15 material risks that would have been communicated to | |
| | 44:16 Ms. Booker in advance of her open heart surgery. | |
| | 44:17   A. So the form states the following risks: | |
| | 44:18 "This procedure involves the material risk of | |
| | 44:19 infection, allergic reaction, severe loss of blood, | |
| | 44:20 loss or loss of function of any limb or organ, | |
| | 44:21 paralysis, paraplegia, or quadriplegia, disfiguring | |
| | 44:22 scar, brain damage, cardiac arrest or death." | |
| | 44:23   Q. All right.  And Ms. Booker would have been | |
| | 44:24 presented with these risks and the risks explained in | |
| | 45:1 advance of the open heart procedure? | |
| | 45:2   A. Yes, sir. | |
| 47:17 - 47:21 | **Patel, Salil 03-22-2017 (00:00:14)** | 03_21_18 combo final3.26 |
| | 47:17   Q. Did you continue to | |
| | 47:18 see Ms. Booker on occasions after she was discharged | |
| | 47:19 from this Gwinnett Medical Center hospitalization? | |
| | 47:20   A. I have seen her for follow-up | |
| | 47:21 appointment -- in follow-up appointments, yeah. | |
| 48:23 - 49:6 | **Patel, Salil 03-22-2017 (00:00:28)** | 03_21_18 combo final3.27 |
| | 48:23   Q. And why was it necessary to call a | |
| | 48:24 cardiothoracic surgeon on Ms. Booker? | |
| | 49:1   A. Well, there were two reasons to call in a | |
| | 49:2 cardiothoracic surgeon.  One was the tricuspid valve, | |
| | 49:3 which had been disrupted, but the primary reason was | |
| | 49:4 that she had this metallic fragment in her right | |
| | 49:5 ventricle that could not be removed percutaneously | |
| | 49:6 and had to be removed surgically. | |
| 53:4 - 54:2 | **Patel, Salil 03-22-2017 (00:01:09)** | 03_21_18 combo final3.28 |
| | 53:4   Q. (By Mr. Roll)  Do you have an opinion | |
| | 53:5 based upon your role as a cardiac consultant as to | |
| | 53:6 whether or not it was necessary to remove this metal | |
| | 53:7 fragment from the right ventricle of Ms. Booker's | |
| | 53:8 heart? | |
| | 53:9   A. I believe it had to be removed from her | |

| Page/Line | Source | ID |
|---|---|---|

53:10 heart, yes.
53:11  Q. And why is that?
53:12  A. Well, there's -- the risk of leaving a
53:13 foreign object in the right ventricle, I think was
53:14 greater risk leaving it relative to the open heart
53:15 surgery risk.
53:16  Q. And what risk does a patient face that has
53:17 a metal fragment in the right ventricle of his or her
53:18 heart?
53:19  A. Well, the various different risks would be
53:20 perforating the muscle or perforating the heart,
53:21 causing abnormal heart rhythms or arrhythmias, or
53:22 forming blood clots or thrombus on it that could then
53:23 go into the lungs.
53:24  Q. Okay.  And would you state whether or not
54:1 those are risks that Ms. Booker would have been
54:2 facing had the metal fragment been left in her heart?

**54:4 - 54:4**   **Patel, Salil 03-22-2017 (00:00:00)**    03_21_18 combo final3.29

54:4 THE WITNESS:  Yes, they are.

**55:16 - 55:18**   **Patel, Salil 03-22-2017 (00:00:26)**    03_21_18 combo final3.30

55:16 MR. ROLL:  Let me mark as Exhibit 12 the
55:17 discharge summary for Ms. Booker while -- after
55:18 this procedure.

**58:1 - 58:4**   **Patel, Salil 03-22-2017 (00:00:14)**    03_21_18 combo final3.31

58:1  Q. It also records the events that she did
58:2 have some hypertension in the unit and acute blood
58:3 loss, anemia, and was transfused.  Do you see this?
58:4  A. Yes.

**58:9 - 58:23**   **Patel, Salil 03-22-2017 (00:00:53)**    03_21_18 combo final3.32

58:9  Q. (By Mr. Roll)  What are the risks of blood
58:10 transfusion?
58:11  A. The risk of blood transfusion include
58:12 getting the wrong type blood, which would cause a
58:13 massive reaction including breakdown of the blood
58:14 cells, a severe, you know, instability of the vital
58:15 signs.  You can have fevers during blood transfusion.
58:16 You can have minor allergic reactions like rash or
58:17 itching.  There are the rare risk of infection from a
58:18 transfused blood product, Hepatitis infection or HIV
58:19 infection.  Those are the main ones.

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3

58:20  Q. All right.  And Ms. -- would you state
58:21 whether or not Ms. Booker, in fact, was facing those
58:22 risks by virtue of receiving the blood transfusion?
58:23  A. Yes.

**65:7 - 66:12**   **Patel, Salil 03-22-2017 (00:01:25)**   03_21_18 combo final3.33

65:7  Q. I believe we were in the process of
65:8 beginning a discussion with regard to an August 14,
65:9 2014, visit to Dr. Harvey of which he notified you
65:10 and your group.
65:11  A. Yes.
65:12  Q. And this is Exhibit A13, and this is page   REDACTED.1.1
65:13 83 of the exhibit.  And if you're looking at the top
65:14 paragraph, what problems postoperatively is
65:15 Dr. Harvey recording and communicating with you that
65:16 your patient is experiencing?
65:17  A. It looks like two main problems.  There   clear
65:18 was an x-ray showing a collection of fluid in the
65:19 right chest cavity, which is called a right pleural
65:20 effusion.  And the second problem is some pus coming   REDACTED.1.4
65:21 out of the internal jugular site that is on the right
65:22 side of the neck that was getting better with
65:23 antibiotic treatment.
65:24  Q. Okay.  So she was having an infection that
66:1 was revealing itself as pus coming out of a previous
66:2 drain site?
66:3  A. Yes, sir.
66:4  Q. And in addition to that, she was having   clear
66:5 fluid around the lung --
66:6  A. Yes.
66:7  Q. -- on the right side?
66:8  A. Yes.
66:9  Q. Were these related to the surgical
66:10 procedures that she had to have experienced during
66:11 the previous hospitalization?
66:12  A. Yes.

**69:4 - 69:8**   **Patel, Salil 03-22-2017 (00:00:40)**   03_21_18 combo final3.34

69:4  Q. Now, in further review of your
69:5 records, it appears that Ms. Booker presented to your
69:6 group vis-a-vis Gwinnett Medical Center on
69:7 February 23, 2015.  I'm going to hand you this

| Page/Line | Source | ID |
|---|---|---|

**03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3**

|  |  |  |
|---|---|---|
| | 69:8 exhibit which I guess we're up to A14. | |
| 69:22 - 70:3 | **Patel, Salil 03-22-2017 (00:00:17)** | 03_21_18 combo final3.35 |
| | 69:22   Q. And midway through that records a | |
| | 69:23 "Two-Month history of midsternal chest discomfort, | |
| | 69:24 worse on inspiration and movement with no exertional | |
| | 70:1 component, no shortness of breath, no diaphoresis." | |
| | 70:2 Did I read that correctly? | |
| | 70:3   A. Yes. | |
| 70:19 - 72:3 | **Patel, Salil 03-22-2017 (00:01:27)** | 03_21_18 combo final3.36 |
| | 70:19   Q.  she received a CT scan, and that was | |
| | 70:20 the next, Exhibit A15? | |
| | 70:21   A. Yes, sir. | |
| | 70:22   Q. All right.  And with regard to the CT | |
| | 70:23 scan, this indicates that she had old epicardial | |
| | 70:24 pacer leads which remain in place.  Do you see this | |
| | 71:1 in the first paragraph? | |
| | 71:2   A. Yes, sir. | |
| | 71:3   Q. What are pacer leads? | |
| | 71:4   A. Those are wires that we will use to pace | |
| | 71:5 the heart.  They can be part of a permanent pacemaker | |
| | 71:6 device.  Or in her case, it was part of a temporary | |
| | 71:7 pacemaker device, which is a standard device that | |
| | 71:8 patients going through open heart surgery will get. | |
| | 71:9 I mean, we will give them a temporary pacemaker as | |
| | 71:10 part of the support to get them through surgery. | |
| | 71:11   Q. So are these pieces of metal? | |
| | 71:12   A. These are wires. | |
| | 71:13   Q. Wires. | |
| | 71:14   A. Metal wires. | |
| | 71:15   Q. Okay.  And these metal wires as recorded | |
| | 71:16 by this CT scan that was performed in 2015 were | |
| | 71:17 still -- still in the heart? | |
| | 71:18   A. Still in the chest on the -- they touch | |
| | 71:19 the outside of the heart, but they're really | |
| | 71:20 primarily within the chest cavity. | |
| | 71:21   Q. Right.  But the purpose is for the wires | |
| | 71:22 to touch the chest for a previous use of a temporary | |
| | 71:23 pacemaker during the open heart surgery? | |
| | 71:24   A. Yes. | |
| | 72:1   Q. These wires are still in the body of | |

| 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 |
|---|

| Page/Line | Source | ID |
|---|---|---|
| | 72:2 Ms. Booker? | |
| | 72:3  A. Yes. | |
| 72:15 - 72:18 | **Patel, Salil 03-22-2017 (00:00:11)** | 03_21_18 combo final3.37 |
| | 72:15 you saw Ms. Booker then on August 6th, 2016, | |
| | 72:16 correct? | |
| | 72:17  A. '16, yes, sir. | |
| | 72:18 MR. ROLL:  I think we're up to A16. | |
| 73:7 - 74:22 | **Patel, Salil 03-22-2017 (00:02:20)** | 03_21_18 combo final3.38 |
| | 73:7  Q. And what was the reason -- what was | |
| | 73:8 her -- what was her complaint and what was the reason | |
| | 73:9 she came? | |
| | 73:10  A. Because of chest pain. | |
| | 73:11  Q. All right.  And at that point did you work | |
| | 73:12 her up for an explanation for her chest pain? | |
| | 73:13  A. So I saw her in the office, did a history, | |
| | 73:14 took a history.  I did a physical examination.  I | |
| | 73:15 ordered an echocardiogram.  For that particular day, | |
| | 73:16 my impression was that this was pain related to a | |
| | 73:17 pericarditis. | |
| | 73:18  Q. Okay. | |
| | 73:19  A. And I put her on medicine. | |
| | 73:20  Q. So could you explain to us what | |
| | 73:21 pericarditis is? | |
| | 73:22  A. Pericarditis means inflammation of the | |
| | 73:23 lining around the heart, the pericardium. | |
| | 73:24  Q. The pericardium, is it a membrane that | |
| | 74:1 surrounds the heart? | |
| | 74:2  A. Yes. | |
| | 74:3  Q. And is this related to her open heart | |
| | 74:4 surgery that she had previously undergone in 2014? | |
| | 74:5  A. My impression was this was a result of her | |
| | 74:6 previous open heart surgery. | |
| | 74:7  Q. Is pericarditis a common or an uncommon | |
| | 74:8 sequelae of patients undergoing open heart surgery? | |
| | 74:9  A. It's a common occurrence. | |
| | 74:10  Q. And does this inflammation of the membrane | |
| | 74:11 surrounding a patient's heart does that cause pain? | |
| | 74:12  A. Yes. | |
| | 74:13  Q. How does it cause pain? | |
| | 74:14  A. Well, it's those inflamed surfaces rubbing | |

| Page/Line | Source | ID |
|---|---|---|

74:15 against each other that -- it hurts those surfaces.
74:16 It hurts the inside of their chest cavity.
74:17   Q. Okay.  And based upon your examination,
74:18 the history taking and any tests that you ran, would
74:19 you state whether or not it was your opinion that
74:20 she, in fact, was suffering from pericarditis?
74:21   A. It was my opinion that, yes, this was
74:22 pericarditis.

**74:23 - 75:10**   **Patel, Salil 03-22-2017 (00:00:30)**   03_21_18 combo final3.39

74:23   Q. On the last page of
74:24 your report for this visit, you listed signs and
75:1 symptoms consistent with acute recurrent
75:2 pericarditis?
75:3   A. Yes.
75:4   Q. With history of open heart surgery
75:5 since -- surgery, previous tricuspid valve repair?
75:6   A. Yes.
75:7   Q. All right.  Now, what do you mean by
75:8 recurrent pericarditis?
75:9   A. She said that she had the same symptoms
75:10 right after the open heart surgery.

**75:13 - 76:6**   **Patel, Salil 03-22-2017 (00:00:45)**   03_21_18 combo final3.40

75:13   Q. Okay.  Now, this is not in your record,
75:14 but assume with me that she was admitted on September
75:15 30, 2015, to Piedmont Healthcare Hospital and
75:16 discharged on October 2nd, 2015, with an admission
75:17 and discharge diagnosis of pericarditis.
75:18   A. Of which year?  2016 or --
75:19   Q. I'm sorry, 2015.  This is September 30 of
75:20 2015.
75:21   A. 2015, yes, yes.
75:22   Q. So this would have been September of 2015,
75:23 and she saw you almost a year later in August of
75:24 2016.
76:1   A. Yes.
76:2   Q. Both with a diagnosis of pericarditis.
76:3   A. Yes.
76:4   Q. Is that consistent with your labeling this
76:5 is recurrent pericarditis in your notes?
76:6   A. Yes.

| 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 76:8 - 76:12 | **Patel, Salil 03-22-2017 (00:00:17)** | 03_21_18 combo final3.41 |
| | 76:8   Q. (By Mr. Roll)  Is this something that you | |
| | 76:9 as a cardiologist are surprised to see in a patient | |
| | 76:10 that underwent the type of open heart surgery that | |
| | 76:11 Ms. Booker underwent in 2014? | |
| | 76:12   A. No. | |
| 76:20 - 77:4 | **Patel, Salil 03-22-2017 (00:00:34)** | 03_21_18 combo final3.43 |
| | 76:20   Q. Do you have an opinion as to whether or | |
| | 76:21 not Ms. Booker's percutaneous procedure which she | |
| | 76:22 underwent on July 23, 2014, was made necessary by | |
| | 76:23 the -- by the fragments and migration of Ms. Booker's | |
| | 76:24 filter -- | |
| | 77:1 | |
| | 77:2   Q. (By Mr. Roll)  -- parts? | |
| | 77:3   A. Yes.  I believe the percutaneous procedure | |
| | 77:4 was indicated. | |
| 77:9 - 77:12 | **Patel, Salil 03-22-2017 (00:00:13)** | 03_21_18 combo final3.44 |
| | 77:9   Q. Do you have an opinion as to whether or | |
| | 77:10 not the open heart surgery which Ms. Booker underwent | |
| | 77:11 on July 28, 2014, was made necessary by the | |
| | 77:12 fragmentation of her filter? | |
| 77:14 - 77:17 | **Patel, Salil 03-22-2017 (00:00:08)** | 03_21_18 combo final3.45 |
| | 77:14 THE WITNESS:  Yes. | |
| | 77:15   Q. (By Mr. Roll)  And what is that opinion? | |
| | 77:16   A. That, yes, it was made necessary by the | |
| | 77:17 fractured filament. | |
| 77:21 - 77:24 | **Patel, Salil 03-22-2017 (00:00:19)** | 03_21_18 combo final3.46 |
| | 77:21 Do you have an opinion as to whether or | |
| | 77:22 not the recurrent pericarditis that Ms. Booker | |
| | 77:23 reported to you in August of 2016 is a result of her | |
| | 77:24 open heart surgery of July 28, 2014? | |
| 78:2 - 78:4 | **Patel, Salil 03-22-2017 (00:00:07)** | 03_21_18 combo final3.47 |
| | 78:2 THE WITNESS:  Yes.  My opinion is that, | |
| | 78:3 yes, the pericarditis is a result of the open | |
| | 78:4 heart surgery. | |
| 78:13 - 78:18 | **Patel, Salil 03-22-2017 (00:00:18)** | 03_21_18 combo final3.48 |
| | 78:13 sitting here today, so to speak, with Ms. Booker's | |
| | 78:14 history of having gone through the percutaneous | |
| | 78:15 procedure, then the open heart procedure, knowing | |
| | 78:16 what you know about Ms. Booker, generally, what risks | |

| | 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

78:20 - 79:2

78:17 does she have that a patient of the normal patient
78:18 population group would not be facing?
**Patel, Salil 03-22-2017 (00:00:25)**
78:20 THE WITNESS:  Ms. Booker's ongoing risks
78:21 because of her previous open heart surgery
78:22 includes recurrent pericarditis, risk for
78:23 arrhythmia because of previous open heart
78:24 surgery, and also risk of the surgically
79:1 repaired valve further deteriorating or
79:2 not -- not functioning normally down the road.

*03_21_18 combo final3.49*

80:7 - 80:9

**Patel, Salil 03-22-2017 (00:00:04)**
80:7 Did you meet with any of Ms. Booker's
80:8 lawyers prior to today?
80:9  A. Yes.

*03_21_18 combo final3.50*

80:23 - 81:1

**Patel, Salil 03-22-2017 (00:00:07)**
80:23  Q. And in that meeting, did they show you any
80:24 documents or did you discuss any documents?
81:1  A. We looked at the same records, yes.

*03_21_18 combo final3.51*

81:23 - 82:1

**Patel, Salil 03-22-2017 (00:00:07)**
81:23  Q. And have you been asked to be paid for
81:24 your deposition today?
82:1  A. My company is being paid today.

*03_21_18 combo final3.52*

83:12 - 83:18

**Patel, Salil 03-22-2017 (00:00:12)**
83:12  Q. Did you tell them last week the opinions
83:13 that you've offered today in your deposition?
83:14  A. Some of the things that I've said today
83:15 they heard last week.
83:16  Q. They asked you those same questions last
83:17 week?
83:18  A. Yes.

*03_21_18 combo final3.53*

84:4 - 84:6

**Patel, Salil 03-22-2017 (00:00:04)**
84:4 How long did you meet with
84:5 Mr. Roll and Ms. Lourie last week?
84:6  A. About 90 minutes.

*03_21_18 combo final3.54*

85:14 - 85:22

**Patel, Salil 03-22-2017 (00:00:21)**
85:14  Q. Okay.  Are you aware of the known risks
85:15 and complications of IVC filters?
85:16  A. In a general sense, yes.
85:17  Q. Okay.  Are you aware that fracture is a
85:18 known complication of IVC filters?

*03_21_18 combo final3.55*

| 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 85:19  A. In a -- yes, ma'am. |  |
|  | 85:20  Q. Okay.  As is thrombosis and embolization, |  |
|  | 85:21 correct? |  |
|  | 85:22  A. Yes, ma'am. |  |
| 86:11 - 86:13 | **Patel, Salil 03-22-2017 (00:00:07)** | 03_21_18 combo final3.56 |
|  | 86:11 start with your first treatment |  |
|  | 86:12 of Ms. Booker on January 3, 2012. |  |
|  | 86:13  A. Yes. |  |
| 86:17 - 87:5 | **Patel, Salil 03-22-2017 (00:00:30)** | 03_21_18 combo final3.57 |
|  | 86:17  Q. Okay.  At the time she presented to you, |  |
|  | 86:18 she provided you with some background and history |  |
|  | 86:19 correct? |  |
|  | 86:20  A. Correct. |  |
|  | 86:21  Q. And she told you that she had a history of |  |
|  | 86:22 myocardial infarction; is that right? |  |
|  | 86:23  A. Correct. |  |
|  | 86:24  Q. That's a heart attack, right? |  |
|  | 87:1  A. Yes. |  |
|  | 87:2  Q. Okay.  And she told you that she had had a |  |
|  | 87:3 heart attack as a result of a reaction to general |  |
|  | 87:4 anesthesia; is that right? |  |
|  | 87:5  A. Yes. |  |
| 87:20 - 88:4 | **Patel, Salil 03-22-2017 (00:00:23)** | 03_21_18 combo final3.93 |
|  | 87:20  Q. Number one, it says, mitral valve |  |
|  | 87:21 prolapse.  What is that? |  |
|  | 87:22  A. That is an abnormality of the mitral valve |  |
|  | 87:23 where it has a backward movement as it's closing.  It |  |
|  | 87:24 doesn't stay tight.  So it kind of slipped backward, |  |
|  | 88:1 which is prolapse.  So it moved further back in the |  |
|  | 88:2 left atrium. |  |
|  | 88:3  Q. Okay.  That's in her heart, right? |  |
|  | 88:4  A. Yes, ma'am. |  |
| 90:13 - 91:4 | **Patel, Salil 03-22-2017 (00:00:38)** | 03_21_18 combo final3.58 |
|  | 90:13  Q. the one thing that is not in your |  |
|  | 90:14 record from when you treated Ms. Booker on January 3, |  |
|  | 90:15 2012, is the fact that she had an IVC filter |  |
|  | 90:16 implanted, is it? |  |
|  | 90:17  A. Correct. |  |
|  | 90:18  Q. She did not tell you that, did she? |  |
|  | 90:19  A. I don't think she did.  That's why I said |  |

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3

90:20 before I wasn't -- I don't recall being aware of it
90:21 at the time I saw her.
90:22   Q.  Well, if you look at the three pages of
90:23 Exhibit A1, which is your complete note relating to
90:24 your treatment of her on that day --
91:1   A.  Yes.
91:2   Q.  -- is there any attention in there of an
91:3 IVC filter?
91:4   A.  It's not.

**91:9 - 91:11**    **Patel, Salil 03-22-2017 (00:00:05)**    03_21_18 combo final3.59

91:9   Q.  Well, did you know she had an IVC
91:10 filter?
91:11   A.  I just don't recall at the time.

**91:12 - 91:21**    **Patel, Salil 03-22-2017 (00:00:12)**    03_21_18 combo final3.60

91:12   Q.  Well, you certainly didn't record it, did
91:13 you?
91:14   A.  I didn't record it in my note.
91:15   Q.  And isn't that something that -- through
91:16 the regular course of your treatment of a patient you
91:17 would record if a patient told you they had an IVC
91:18 filter?
91:19   A.  Yes, I would.
91:20   Q.  And it's not here?
91:21   A.  Correct.

**93:10 - 93:20**    **Patel, Salil 03-22-2017 (00:00:29)**    03_21_18 combo final3.61

93:10   Q.   prior to Ms. Booker, you have not been
93:11 involved in treating a patient who had a
93:12 surgical -- a non-percutaneous removal of the filter
93:13 or any part of the filter; is that right?
93:14   A.  Correct.
93:15   Q.  So -- and as far as you know, no one else
93:16 in your group -- at least no one else in your group
93:17 informed you that they have ever treated anyone who
93:18 had had a -- required a surgical removal of the
93:19 filter or part of the filter; is that right?
93:20   A.  Right.

**94:6 - 94:18**    **Patel, Salil 03-22-2017 (00:00:38)**    03_21_18 combo final3.62

94:6   Q.  Let me ask it this way.  She actually
94:7 presented with kidney stones, didn't she?
94:8   A.  She was being evaluated for kidney stones

| 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

94:9 and had a CT scan that discovered the fractured
94:10 filter; and I believe that study, that CAT scan study
94:11 also found the fragment in the right ventricle.
94:12   Q. But that was an incidental finding to the
94:13 CT scan relating to the kidney stones, correct?
94:14   A. That is my understanding, yes.
94:15   Q. And as far as you know, she didn't present
94:16 with any symptoms related -- that anyone attributed
94:17 to the filter or the fragment, did she?
94:18   A. That's my -- yes, correct.

**94:21 - 95:2**     **Patel, Salil 03-22-2017 (00:00:09)**     03_21_18 combo final3.63

94:21   Q. She did not present with any symptoms that
94:22 were attributed to the filter or the fragment,
94:23 correct?
94:24   A. In the -- in the heart fragment?
95:1   Q. Correct.
95:2   A. Correct.

**96:22 - 97:3**     **Patel, Salil 03-22-2017 (00:00:11)**     03_21_18 combo final3.64

96:22   Q. There's no documentation of any consult or
96:23 recommendation by any cardiologist or
96:24 cardiac -- cardiothoracic surgeon --
97:1 ***
97:2   Q. (By Ms. Helm)  -- prior to the
97:3 percutaneous retrieval, correct?

**97:6 - 97:7**     **Patel, Salil 03-22-2017 (00:00:03)**     03_21_18 combo final3.65

97:6 THE WITNESS:  I don't think there's any
97:7 documents of that nature.

**99:1 - 99:10**     **Patel, Salil 03-22-2017 (00:00:37)**     03_21_18 combo final3.66

99:1   Q. At this point in time, looking at
99:2 Dr. Kang's procedure radiology report, do you know
99:3 where the strut was in the right ventricle?
99:4   A. Not based on this report, no.
99:5   Q. Okay.  So you don't know if it was
99:6 endothelialized or embedded in the exterior tissue of
99:7 the right ventricle?
99:8   A. Based on this report, no.
99:9   Q. Did you subsequently learn where the strut
99:10 was in the right ventricle?

**99:16 - 99:18**     **Patel, Salil 03-22-2017 (00:00:08)**     03_21_18 combo final3.67

99:16 THE WITNESS:  Based on my review of the CT

| Page/Line | Source | ID |
|---|---|---|

| | 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |

**99:22 - 100:6**

99:17 and of the TEE, there was two -- the two ends
99:18 were embedded and covered with endothelium.

**Patel, Salil 03-22-2017 (00:00:10)**

99:22  but the two ends were endothelialized into the
99:23 muscle tissue?
99:24   A. Were embedded in the muscle.
100:1   Q. Embedded, correct?
100:2   A. Yes.
100:3   Q. In other words, muscle tissue had -- was
100:4 surrounding the --
100:5   A. Yes.
100:6   Q. -- ends of the strut?

*03_21_18 combo final3.68*

**104:24 - 105:16**

**Patel, Salil 03-22-2017 (00:00:50)**

104:24   Q. And there's no question that that tear
105:1 occurred during the attempts by Dr. Kang going
105:2 through the tricuspid valve to try to retrieve the
105:3 strut?
105:4   A. Correct.
105:5   Q. And in the TEE, you could also see the
105:6 fragment that was still in the -- in the strut, and
105:7 you could see that it was within the muscular fibers
105:8 near the tricuspid valve, correct?
105:9   A. I could see it's -- I could see its
105:10 location.  I couldn't see those muscular fibers on
105:11 the TEE.  I think that was better described or better
105:12 seen on the CAT scan.
105:13   Q. And on the CAT scan it showed that it was
105:14 in the muscular fibers with the ends embedded into
105:15 those fibers, correct?
105:16   A. Correct.

*03_21_18 combo final3.70*

**106:2 - 106:22**

**Patel, Salil 03-22-2017 (00:00:48)**

106:2 Let's start with the premise of this was the very
106:3 first time you had ever seen a fractured strut of an
106:4 IVC filter in the heart, correct?
106:5   A. Yes, ma'am.
106:6   Q. Okay.  Based on that premise, you don't
106:7 know -- you had no experience as to whether a strut
106:8 such as Ms. Booker's which was embedded into the
106:9 muscle would cause any symptoms or not, correct?
106:10   A. In -- correct.

*03_21_18 combo final3.71*

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3

106:11   Q. Okay.  Likewise, you don't have any
106:12 experience to know whether that strut, which you said
106:13 the ends were embedded in the muscle, whether that
106:14 strut was going to move again?
106:15   A. Correct.
106:16   Q. And you also don't know how long it had
106:17 been there?
106:18   A. Correct.
106:19   Q. Okay.  And so it is fair to say you don't
106:20 know if -- whether it could have stayed and remained
106:21 asymptomatic, correct?
106:22   A. Correct.

**112:11 - 112:20**   **Patel, Salil 03-22-2017 (00:00:28)**   03_21_18 combo final3.72

112:11   Q. She did not have an open chest procedure?
112:12   A. She had a -- to be very precise, she had a
112:13 minithor -- thoracotomy approach for open heart
112:14 surgery rather than a traditional median sternotomy
112:15 approach for open heart surgery.
112:16   Q. And while both are invasive, this one is
112:17 less invasive, correct?
112:18   A. It is felt to be a -- less invasive and a
112:19 little bit easier to recover from compared to a
112:20 sternotomy.

**115:18 - 116:9**   **Patel, Salil 03-22-2017 (00:00:35)**   03_21_18 combo final3.73

115:18   Q. Okay.  And then it says in discharge
115:19 instructions, "The patient was to follow-up with
115:20 Dr. Harvey in two weeks at which time we will get a
115:21 repeat x-ray and she is to follow-up with her
115:22 cardiologist in two to three weeks."  Is that what it
115:23 says?
115:24   A. That's what it says, yes.
116:1   Q. Okay.  And at that time were you -- did
116:2 you consider yourself to be her cardiologist?
116:3   A. Well, I had seen her in the office.  So
116:4 that would have been the natural person to follow-up
116:5 with her.
116:6   Q. Okay.  But other than Dr. Harvey, she
116:7 didn't follow-up with anyone in your office for
116:8 almost two years, correct?
116:9   A. Correct.

| | 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 118:4 - 118:6 | **Patel, Salil 03-22-2017 (00:00:13)** | 03_21_18 combo final3.74 |
| | 118:4   Q. Then you, your office and Gwinnett Medical | |
| | 118:5 Center don't see Ms. Booker again until February of | |
| | 118:6 2015, correct? | |
| 118:13 - 118:14 | **Patel, Salil 03-22-2017 (00:00:04)** | 03_21_18 combo final3.75 |
| | 118:13   A. From my practice, there's a six-month gap, | |
| | 118:14 yes. | |
| 118:15 - 118:18 | **Patel, Salil 03-22-2017 (00:00:07)** | 03_21_18 combo final3.76 |
| | 118:15   Q. And she did not follow-up with you | |
| | 118:16 as recommended by Dr. Harvey? | |
| | 118:17   A. Correct. | |
| | 118:18   Q. And she presented to the ER | |
| 118:18 - 118:20 | **Patel, Salil 03-22-2017 (00:00:13)** | 03_21_18 combo final3.77 |
| | 118:18   Q. And she presented to the ER -- and I'm on | |
| | 118:19 A14.  She presented to the ER in February of 2014, | |
| | 118:20 and the CT scan was normal that they performed on | |
| 119:1 - 119:14 | **Patel, Salil 03-22-2017 (00:00:54)** | 03_21_18 combo final3.78 |
| | 119:1   A. So A15, CT scan, February 22, 2015.  No | |
| | 119:2 sign of pulmonary embolism.  No acute cardiopulmonary | |
| | 119:3 disease process.  Yes, ma'am. | |
| | 119:4   Q. Okay.  There's nothing in the report that | |
| | 119:5 was done by a PA in your group, Geen James, per | |
| | 119:6 Dr. Sharma or in the CT scan that indicates that | |
| | 119:7 Ms. Booker's subjective complaints of chest pain are | |
| | 119:8 related to the prior surgery, is there? | |
| | 119:9   A. No, there's not. | |
| | 119:10   Q. And likewise, there's no indication in | |
| | 119:11 this report or in the CT scan that her chest pain is | |
| | 119:12 in any way related to the strut that's still in her | |
| | 119:13 IVC, is there? | |
| | 119:14   A. Correct. | |
| 120:23 - 121:4 | **Patel, Salil 03-22-2017 (00:00:21)** | 03_21_18 combo final3.79 |
| | 120:23   Q. Okay.  The last time you saw Ms. Booker | |
| | 120:24 was on August 6 -- August 8th, 2016; is that right? | |
| | 121:1   A. August 8, 2016, yes. | |
| | 121:2   Q. And she complained of dizziness and | |
| | 121:3 unspecified chest pain; is that right? | |
| | 121:4   A. Correct. | |
| 121:21 - 122:1 | **Patel, Salil 03-22-2017 (00:00:13)** | 03_21_18 combo final3.80 |
| | 121:21   Q. And you were going to check her ANA levels | |

| | | |
|---|---|---|
| | **03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3** | |
| **Page/Line** | **Source** | **ID** |

121:22 to rule out some sort of rheumatological or
121:23 autoimmune --
121:24   A. To rule out lupus is the thing I was
122:1 looking for.

123:16 - 123:24    **Patel, Salil 03-22-2017 (00:00:26)**    03_21_18 combo final3.81

123:16   Q. In this case, your impression of
123:17 pericarditis was based on her subjective symptoms and
123:18 her description to you, correct?
123:19   A. Yes, ma'am.
123:20   Q. And at least with the objective testing
123:21 that you did, it did not support -- there was no
123:22 findings in that objective testing to support
123:23 pericarditis, correct?  I understand it didn't rule
123:24 it out.  But it did not support it, correct?

124:1 - 124:13    **Patel, Salil 03-22-2017 (00:00:31)**    03_21_18 combo final3.82

124:1   A. yes, you're correct.  If I may
124:2 elaborate, or I'll just stay quiet if you want me to
124:3 stay quiet.
124:4 MR. ROLL:  Elaborate.
124:5 THE WITNESS:  The tests were not to make
124:6 the diagnosis of pericarditis.  The tests were
124:7 to look for other issues that can relate to
124:8 pericarditis.  Does someone have lupus?  Do they
124:9 have an effusion with their pericarditis?  Is
124:10 there something happening in the valve?  So the
124:11 point of the test was not to make the diagnosis
124:12 of pericarditis.  That was already made based on
124:13 my clinical judgment.

124:20 - 125:1    **Patel, Salil 03-22-2017 (00:00:18)**    03_21_18 combo final3.83

124:20   Q. And I believe you testified earlier that
124:21 while not impossible, it is not common for someone to
124:22 have pericarditis as a -- two years after heart
124:23 surgery?
124:24   A. It is one of the well-known but not common
125:1 sequelae of open heart surgery.

125:17 - 126:3    **Patel, Salil 03-22-2017 (00:00:26)**    03_21_18 combo final3.84

125:17   Q. How did you treat the diagnosis of
125:18 pericarditis in August of 2016?
125:19   A. We tried her on a medicine called
125:20 Colchicine which is commonly used for gout, but

| | | |
|---|---|---|
| | 03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3 | |

| Page/Line | Source | ID |
|---|---|---|

125:21 actually is one of the more successful medicines to
125:22 treat pericarditis.  She did not tolerate it.  I
125:23 don't remember exactly why.  So we ended up putting
125:24 her on steroids, Prednisone, and referred her to see
126:1 a rheumatologist.
126:2   Q. And where is that in your notes in your
126:3 record?

**126:16 - 127:8**   **Patel, Salil 03-22-2017 (00:00:43)**                   03_21_18 combo final3.85

126:16 , August
126:17 23rd, message to myself -- from my nurse to me,
126:18 "Colchicine causing diarrhea and vomiting."  Well,
126:19 that's a known side effect.  She stopped the
126:20 Colchicine and is calling for further recommendation.
126:21 My message back to the nurse was, you know, Our only
126:22 other option is steroids in a slow taper six weeks,
126:23 but has to see Dr. Glen Paris -- that's one of the
126:24 local rheumatologists -- for further management of
127:1 this.
127:2   Q. Do you know if Ms. Booker filled the
127:3 prescription for steroids?
127:4   A. I don't know.
127:5   Q. Do you know if she ever went to Dr. Paris?
127:6   A. I don't know.
127:7   Q. But she never came back to you --
127:8   A. Correct.

**130:2 - 130:6**   **Patel, Salil 03-22-2017 (00:00:15)**                   03_21_18 combo final3.86

130:2  Would you state whether or not one of your
130:3 diagnoses with regard to Ms. Booker on August 8,
130:4 2016, is, in fact, pericarditis?
130:5   A. Yes.  That's still my diagnosis for that
130:6 date.

**130:11 - 130:14**   **Patel, Salil 03-22-2017 (00:00:08)**                  03_21_18 combo final3.87

130:11   Q. And do you believe to a reasonable medical
130:12 probability that she, in fact, was experiencing the
130:13 effects of pericarditis on that day?
130:14   A. Yes.

**131:15 - 132:7**   **Patel, Salil 03-22-2017 (00:00:52)**                   03_21_18 combo final3.88

131:15   Q. (By Mr. Roll)  And did you have an opinion
131:16 as to whether or not it was a medically prudent
131:17 decision to take the strut out of the right ventricle

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Patel 03-22-17 Booker Depo Designations Final3

131:18 rather than leaving it in?
131:19   A. I do think that was a prudent step.
131:20   Q. And why is that?
131:21   A. Because of the uncertainty.  I have had
131:22 other people with embolizations to the heart, not an
131:23 IVC filter, but catheters that have broken off and
131:24 gone to the heart.
132:1   Q. Okay.
132:2   A. And in those -- so in approaching these
132:3 cases, when we have a -- you know, an available good
132:4 cardiac surgeon that we can use that I think
132:5 the -- the risks of the surgery are smaller than the
132:6 risk of leaving this foreign object in their -- in
132:7 their heart.

**135:21 - 135:23**   **Patel, Salil 03-22-2017 (00:00:06)**   03_21_18 combo final3.89

135:21   Q. (By Mr. Roll)  In your contact with
135:22 Ms. Booker, did she strike you as someone who would
135:23 just make symptoms up?

**136:4 - 136:5**   **Patel, Salil 03-22-2017 (00:00:03)**   03_21_18 combo final3.90

136:4   A. I believe that she was really having the
136:5 symptoms that she was telling me.

**136:10 - 136:24**   **Patel, Salil 03-22-2017 (00:00:36)**   03_21_18 combo final3.91

136:10  If you would look at
136:11 Exhibit A16 one more time.
136:12   A. Yes, ma'am.
136:13   Q. On the last page under "Today's orders,"
136:14 order number two was "Return visit in three weeks,"
136:15 is that right?
136:16   A. Yes, ma'am.
136:17   Q. And she did not return to your office, did
136:18 she?
136:19   A. Correct.
136:20   Q. And then between the surgery in 2014 and
136:21 when you saw Ms. Booker in August of 2016, are you
136:22 aware that she was involved in May of 2015 in a motor
136:23 vehicle accident?
136:24   A. No, ma'am.

**137:7 - 137:20**   **Patel, Salil 03-22-2017 (00:00:29)**   03_21_18 combo final3.92

137:7   Q. Would it
137:8 have been important for you to know in August of 2016

| Page/Line | Source | ID |
|---|---|---|

137:9 that Ms. Booker had been involved in an automobile
137:10 accident and diagnosed with a chest wall contusion?
137:11   A. It would have been a minor factor, yes.
137:12   Q. But a factor?
137:13   A. Yes.
137:14   Q. And you were not aware of that until I
137:15 told you?
137:16   A. Correct.
137:17   Q. Okay.  So you weren't aware that she was
137:18 treated in the emergency room at Gwinnett Medical
137:19 Center on August 5 -- 22, 2015?
137:20   A. Right.

Plaintiffs Designations = 00:22:30
Defense Designations = 00:14:52
Plaintiffs  Counters = 00:00:14
P & D designatiions  = 00:01:44
**Total Time = 00:39:20**

**Documents Shown**
REDACTED

# EXHIBIT J

**Designation Run Report**

# Schultz 01-30-14 Booker Depo Designations Final 4

---

**Shultz, Gin 01-30-2014**

---

**Plaintiffs Designations  00:23:22**

**Defense Designations  00:09:30**

**Total Time  00:32:52**



ID:03_21_18 Combo Final4

| Page/Line | Source | ID |
|---|---|---|
| | **03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4** | |

| Page/Line | Source | ID |
|---|---|---|
| 13:17 - 13:18 | **Shultz, Gin 01-30-2014 (00:00:01)** | 03_21_18 Combo Final4.1 |
| | 13:17   Q. Good morning, Ms. Schulz. | |
| | 13:18   A. Good morning. | |
| 26:11 - 26:13 | **Shultz, Gin 01-30-2014 (00:00:09)** | 03_21_18 Combo Final4.2 |
| | 26:11   Q. And when did you first start | |
| | 26:12 working at Bard? | |
| | 26:13   A. 2005.  October 3rd, 2005. | |
| 49:8 - 49:11 | **Shultz, Gin 01-30-2014 (00:00:09)** | 03_21_18 Combo Final4.3 |
| | 49:8 Okay.  What was your title | |
| | 49:9 when you were hired at Bard? | |
| | 49:10   A. I believe it was VP of | |
| | 49:11 quality assurance. | |
| 50:17 - 50:24 | **Shultz, Gin 01-30-2014 (00:00:24)** | 03_21_18 Combo Final4.4 |
| | 50:17 I also had responsibility of | |
| | 50:18 monitoring the performance of the overall | |
| | 50:19 system.  I reported -- or had the process | |
| | 50:20 of reporting out to our executive team at | |
| | 50:21 BPV as well as to my supervisor who was | |
| | 50:22 at corporate. | |
| | 50:23   Q. Who was your supervisor? | |
| | 50:24   A. Chris Ganser. | |
| 54:19 - 54:21 | **Shultz, Gin 01-30-2014 (00:00:02)** | 03_21_18 Combo Final4.5 |
| | 54:19   Q. Okay.  And you're currently | |
| | 54:20 still at Bard, correct? | |
| | 54:21   A. Yes. | |
| 57:24 - 58:11 | **Shultz, Gin 01-30-2014 (00:00:22)** | 03_21_18 Combo Final4.6 |
| | 57:24   Q. Okay.  I'm just asking your | |
| | 58:1 opinion as a quality person, and you've | |
| | 58:2 been in the field for a long time.  If | |
| | 58:3 you have a device on the market where its | |
| | 58:4 risks exceed its benefits, in the | |
| | 58:5 company's opinion, should you pull it | |
| | 58:6 from the market? | |
| | 58:7   A. You would -- your process | |
| | 58:8 and procedures would pull it -- pull it | |
| | 58:9 from the market.  If -- if the risks | |
| | 58:10 exceeded the benefit, you would do it | |
| | 58:11 much quicker. | |
| 68:24 - 69:2 | **Shultz, Gin 01-30-2014 (00:00:07)** | 03_21_18 Combo Final4.7 |
| | 68:24 does a customer have the right to be made | |

| Page/Line | Source | ID |
|---|---|---|

**03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4**

69:9 - 69:23

69:1 aware of the -- all known risks that the
69:2 company is aware of regarding the device?

**Shultz, Gin 01-30-2014 (00:00:43)**          03_21_18 Combo Final4.8

69:9   A. Through our labeling, we
69:10 will put -- we actually go through and we
69:11 evaluate all of the risks.  When we
69:12 determine what the risks are, then we go
69:13 in and look at what the normal use is on
69:14 the device, or even misuse.
69:15 And then we look at the
69:16 labeling, and we look at what the
69:17 indications, the contraindications, the
69:18 warnings, and the precautions.  And when
69:19 we look at the risk management, anything
69:20 that is important for the customer to
69:21 know based on the general use of the
69:22 device, we put that in the labeling.
69:23 That's on the normal release.

89:1 - 89:14          **Shultz, Gin 01-30-2014 (00:00:37)**          03_21_18 Combo Final4.9

89:1 And did you say the G2
89:2 filter was cleared for use sometime in
89:3 2005?
89:4   A. The -- yes, it was -- it was
89:5 cleared for permanent indication.
89:6   Q. Okay.  And the G2 filter was
89:7 an extension of the Recovery filter with
89:8 certain design modifications, right?
89:9   A. Yes.
89:10   Q. Okay.  And it didn't get
89:11 removal indication for about three years,
89:12 right?
89:13   A. I think it was 2009 it got
89:14 the retrievable indication.

120:22 - 121:10          **Shultz, Gin 01-30-2014 (00:00:18)**          03_21_18 Combo Final4.10

120:22   Q. There is -- there is
120:23 requirements that are required in design
120:24 development --
121:1   A. Yes.
121:2   Q. -- to make sure this device
121:3 is going to be safe and effective for its

| | | |
|---|---|---|
| | 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | |
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 121:4 intended use before you put it on the | |
| | 121:5 market, right? | |
| | 121:6   A. Yes. | |
| | 121:7   Q. Okay.  And it's never okay | |
| | 121:8 for a manufacturer to skip those steps | |
| | 121:9 and then say," Well, we'll fix it once we | |
| | 121:10 put it on the market," right? | |
| 121:13 - 121:15 | **Shultz, Gin 01-30-2014 (00:00:03)** | 03_21_18 Combo Final4.11 |
| | 121:13 THE WITNESS:  If it's a | |
| | 121:14 safety issue, I agree with your | |
| | 121:15 statement. | |
| 123:21 - 124:3 | **Shultz, Gin 01-30-2014 (00:00:16)** | 03_21_18 Combo Final4.12 |
| | 123:21 if a manufacturer | |
| | 123:22 becomes aware that one of its devices has | |
| | 123:23 substantially higher failure rates than | |
| | 123:24 its other devices that are used for the | |
| | 124:1 same purpose, doesn't -- shouldn't the | |
| | 124:2 manufacturer make consumers aware of | |
| | 124:3 that? | |
| 124:6 - 124:20 | **Shultz, Gin 01-30-2014 (00:00:38)** | 03_21_18 Combo Final4.13 |
| | 124:6 THE WITNESS:  We're back to | |
| | 124:7 the question around the | |
| | 124:8 risk/benefit. | |
| | 124:9 So if you have two devices, | |
| | 124:10 and one has a much -- has a | |
| | 124:11 greater benefit, there may be | |
| | 124:12 applications to where you're going | |
| | 124:13 to go with a potential failure | |
| | 124:14 mode because the risk/benefit | |
| | 124:15 analysis shows that it's a benefit | |
| | 124:16 to have that product out in the | |
| | 124:17 field. | |
| | 124:18 It's part of what you look | |
| | 124:19 at when -- even the FDA looks at | |
| | 124:20 it on the approval of the devices. | |
| 125:11 - 125:15 | **Shultz, Gin 01-30-2014 (00:00:10)** | 03_21_18 Combo Final4.14 |
| | 125:11   Q. And they rely in part | |
| | 125:12 on the manufacturer to give them a fair | |
| | 125:13 and balanced disclosure of the risks and | |
| | 125:14 benefits of the device so they can decide | |

| 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

125:15 which one to use or not use, right?

| 126:1 - 126:12 | **Shultz, Gin 01-30-2014 (00:00:30)** | 03_21_18 Combo Final4.15 |

126:1  when we
126:2 have a clinical study, which is
126:3 prospective and you have good
126:4 comparison data, then that's the
126:5 type of information that you can
126:6 put into your labeling or
126:7 disclose, because then it's --
126:8 it's very clear what the data is
126:9 telling you.
126:10 So we have put that into our
126:11 labeling when we've had clinical
126:12 data.

| 139:14 - 139:17 | **Shultz, Gin 01-30-2014 (00:00:07)** | 03_21_18 Combo Final4.16 |

139:14 In claiming a device as
139:15 predicate, Bard is claiming that the
139:16 Recovery filter is substantially similar
139:17 to the Simon Nitinol filter, isn't it?

| 139:20 - 139:24 | **Shultz, Gin 01-30-2014 (00:00:06)** | 03_21_18 Combo Final4.17 |

139:20 THE WITNESS:  It's similar
139:21 in the function of the device.
139:22 It's similar in the safety and
139:23 efficacy.  It's safety -- it's
139:24 similar in the technology.

| 140:5 - 140:10 | **Shultz, Gin 01-30-2014 (00:00:13)** | 03_21_18 Combo Final4.18 |

140:5 So as physicians who
140:6 previously used the Simon Nitinol filter
140:7 and now Bard is marketing the Recovery
140:8 filter, the presumption was the devices
140:9 had equivalent safety, right?
140:10  A. Yes.

| 168:8 - 168:10 | **Shultz, Gin 01-30-2014 (00:00:06)** | 03_21_18 Combo Final4.19 |

168:8  Q. Do you agree that an
168:9 adulterated product is one that fails to
168:10 meet its minimum safety specifications?

| 168:13 - 168:16 | **Shultz, Gin 01-30-2014 (00:00:04)** | 03_21_18 Combo Final4.20 |

168:13 THE WITNESS:  It's --
168:14 adulterated product would be
168:15 product that doesn't meet its

| | 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | |
|---|---|---|
| Page/Line | Source | ID |

168:16 specification period.

| 168:18 - 169:8 | **Shultz, Gin 01-30-2014 (00:00:30)** | 03_21_18 Combo Final4.21 |
| | 168:18   Q. Okay.  And -- | |
| | 168:19   A. Of any sort. | |
| | 168:20   Q. In this case, for the | |
| | 168:21 filters, that would be migration | |
| | 168:22 resistance specifications? | |
| | 168:23   A. The -- | |
| | 168:24   Q. Among others? | |
| | 169:1   A. It would be -- on | |
| | 169:2 adulteration, it would be specifications | |
| | 169:3 of the device.  So there's not a release | |
| | 169:4 test for releasing a batch from migration | |
| | 169:5 resistance. | |
| | 169:6 So the migration resistance | |
| | 169:7 wouldn't be a specification on the | |
| | 169:8 device. | |

| 175:2 - 175:9 | **Shultz, Gin 01-30-2014 (00:00:11)** | 03_21_18 Combo Final4.22 |
| | 175:2   Q. Okay.  So you have product | |
| | 175:3 performance specifications that will lay | |
| | 175:4 out what the specifications are? | |
| | 175:5   A. Correct. | |
| | 175:6   Q. Okay.  So if the product | |
| | 175:7 isn't meeting those specifications, then | |
| | 175:8 it's adulterated? | |
| | 175:9   A. Correct. | |

| 177:5 - 178:1 | **Shultz, Gin 01-30-2014 (00:00:28)** | 03_21_18 Combo Final4.23 |
| | 177:5   Q. Okay.  So as far as if | |
| | 177:6 you become -- if Bard becomes concerned | |
| | 177:7 about safety problems with the device -- | |
| | 177:8   A. Yes. | |
| | 177:9   Q. -- and they want to get that | |
| | 177:10 information out, there are measures Bard | |
| | 177:11 can take? | |
| | 177:12   A. Yes. | |
| | 177:13   Q. Such as, they can do a field | |
| | 177:14 correction, right? | |
| | 177:15   A. Yes. | |
| | 177:16   Q. They can do a medical device | |
| | 177:17 notification, right? | |

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

177:18   A. Yes.
177:19   Q. They can do a safety alert,
177:20 right?
177:21   A. Yes.
177:22   Q. They can do a recall?
177:23   A. Yes.
177:24   Q. Okay.  Did Bard do any of
178:1 those with the Recovery filter?

178:4 - 178:5   **Shultz, Gin 01-30-2014 (00:00:02)**   03_21_18 Combo Final4.24
178:4 THE WITNESS:  After -- after
178:5 I started with Bard, no.

178:7 - 178:13   **Shultz, Gin 01-30-2014 (00:00:13)**   03_21_18 Combo Final4.25
178:7   Q. Okay.  Are you aware of them
178:8 doing any of those at any time?
178:9   A. I don't remember.  I thought
178:10 they did.
178:11   Q. Okay.  They sent out a Dear
178:12 Colleague letter?  That may be --
178:13   A. That's what I was thinking.

191:7 - 191:13   **Shultz, Gin 01-30-2014 (00:00:12)**   03_21_18 Combo Final4.26
191:7   Q. Part of the reason of
191:8 looking at failure rates is try to figure
191:9 out if indeed yours has substantially
191:10 higher than other devices, if that is a
191:11 design issue with your product
191:12 responsible for that, right?
191:13   A. Correct.

203:16 - 203:17   **Shultz, Gin 01-30-2014 (00:00:02)**   03_21_18 Combo Final4.27
203:16 MR. BRENES:  Mark this as
203:17 Exhibit Number 2.

204:17 - 204:20   **Shultz, Gin 01-30-2014 (00:00:08)**   03_21_18 Combo Final4.28
SCHULTZDEPOSITIONEXHIBITS-1253092.488.2
204:17   Q. Does this appear to be an
204:18 e-mail from you to Micky Graves, Natalie
204:19 Wong and Brian Hudson?
204:20   A. Yes.

206:3 - 206:7   **Shultz, Gin 01-30-2014 (00:00:06)**   03_21_18 Combo Final4.29
SCHULTZDEPOSITIONEXHIBITS-1253092.488
206:3   Q. Is this likely when there
206:4 started being reports for caudal
206:5 migration?  Is that around the same time
206:6 frame?

| | | |
|---|---|---|
| | **03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 206:7   A. Yes. | |
| 206:15 - 206:22 | **Shultz, Gin 01-30-2014 (00:00:16)** | 03_21_18 Combo Final4.30 |
| | 206:15   Q. It says, "How do we compare | SCHULTZDEPOSITIONEXHIBITS-1253092.488.3 |
| | 206:16 to SNF (permanent filters) on migration?" | |
| | 206:17 Do you see that? | |
| | 206:18   A. Yes, I do. | |
| | 206:19   Q. So you were asking for a | |
| | 206:20 comparison of the -- of presumably the G2 | |
| | 206:21 filter here, to the SNF, right? | |
| | 206:22   A. Yes. | |
| 207:24 - 208:19 | **Shultz, Gin 01-30-2014 (00:00:42)** | 03_21_18 Combo Final4.31 |
| | 207:24   Q. Okay.  So do you agree that | clear |
| | 208:1 this appears to be an e-mail from you | |
| | 208:2 stating that you're going to use a | |
| | 208:3 comparison of the safety profile of the | |
| | 208:4 G2 filter versus that of the Simon | |
| | 208:5 Nitinol filter in doing an analysis of | |
| | 208:6 the risks and benefits of the G2 filter, | |
| | 208:7 correct? | |
| | 208:8   A. We're doing an evaluation of | |
| | 208:9 data, and we are looking at comparison to | |
| | 208:10 the Simon Nitinol, and we are looking at | |
| | 208:11 the benefits to risk, yes.  I don't know | |
| | 208:12 what the data is though. | |
| | 208:13   Q. And it says, "Determines | |
| | 208:14 options as a company as the benefits to | |
| | 208:15 risks may have changed." | |
| | 208:16   A. Yes. | |
| | 208:17   Q. And you're talking about the | |
| | 208:18 G2 filter, right? | |
| | 208:19   A. I'm assuming, yes. | |
| 210:12 - 210:19 | **Shultz, Gin 01-30-2014 (00:00:25)** | 03_21_18 Combo Final4.32 |
| | 210:12   Q. Is part of the reason Bard | clear |
| | 210:13 was asking physicians about what their | |
| | 210:14 expectations were for failure rates on | |
| | 210:15 their devices was so that they would know | |
| | 210:16 if further warnings were required? | |
| | 210:17   A. The physician panel that I | |
| | 210:18 was talking to was on the G2, and it was | |
| | 210:19 talking to caudal migration. | |

**03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4**

| Page/Line | Source | ID |
|---|---|---|
| 210:20 - 211:2 | **Shultz, Gin 01-30-2014 (00:00:16)** | 03_21_18 Combo Final4.33 |

210:20   Q. Okay.  And that's fine.
210:21 But -- so what's -- the next part of my
210:22 question is, were you asking physicians
210:23 about their expectations about failure
210:24 rates so you would know, are you in line
211:1 with those failures and whether further
211:2 warnings were required?

| 211:5 - 211:15 | **Shultz, Gin 01-30-2014 (00:00:23)** | 03_21_18 Combo Final4.34 |

211:5 THE WITNESS:  The -- we were
211:6 actually exploring -- it was a
211:7 much broader question --
211:8
211:9   Q.
211:10   A. -- is what are the
211:11 implications of caudal migration?  How
211:12 does that affect the -- the treatment?
211:13 Is this of a -- what's the severity of
211:14 it?  So we were actually exploring caudal
211:15 migration in much broader terms.

| 217:21 - 218:4 | **Shultz, Gin 01-30-2014 (00:00:20)** | 03_21_18 Combo Final4.119 |

217:21   Q. When you were head of
217:22 quality, deciding, you know, what
217:23 additional warnings needed to be given or
217:24 if corrective action needed to be taken,
218:1 were you taking into account this
218:2 physician feedback that had told Bard,
218:3 "No matter what the size of a thrombus,
218:4 filters shouldn't migrate"?

| 218:7 - 218:19 | **Shultz, Gin 01-30-2014 (00:00:38)** | 03_21_18 Combo Final4.35 |

218:7 THE WITNESS:  The -- that is
218:8 part of the feedback.  That is the
218:9 design, what we'd want the filter
218:10 to do.  So that would be
218:11 considered.
218:12 The fact that the filters
218:13 took the recurring PE rate down to
218:14 such a low level showed that the
218:15 filter did a substantial job or
218:16 function in eliminating the

| 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

218:17 migration, the PEs.

218:18 So this is -- that is the --

218:19 that is the intent of the filter.

226:16 - 226:16    **Shultz, Gin 01-30-2014 (00:00:01)**     03_21_18 Combo Final4.36

SCHULTZDEPOSITIONEXHIBITS-1253092.506

226:16 Exhibit Number 4.

227:4 - 227:13    **Shultz, Gin 01-30-2014 (00:00:15)**     03_21_18 Combo Final4.37

227:4 Ms. Schulz, you mentioned

227:5 there was another physician panel in

227:6 2006; is that right?

227:7   A. There was a physician panel

227:8 that I was involved with.  This is -- I'm

SCHULTZDEPOSITIONEXHIBITS-1253092.506.8

227:9 looking at it now.  It might be the one

227:10 that I was involved in.

227:11   Q. Does it appear to be this

227:12 one?

227:13   A. I think so.

227:23 - 228:2    **Shultz, Gin 01-30-2014 (00:00:05)**     03_21_18 Combo Final4.38

clear

227:23   Q.  Have you seen this

227:24 document before?

228:1   A. Actually, I'm not sure I

228:2 have.

228:10 - 228:19    **Shultz, Gin 01-30-2014 (00:00:13)**     03_21_18 Combo Final4.39

228:10   Q. Do you see where it says,

SCHULTZDEPOSITIONEXHIBITS-1253092.506.2

228:11 "Expect as close as possible to zero -

228:12 everyone."

228:13 Do you see that?

228:14   A. Yes.

228:15   Q. So do you agree that all the

228:16 physicians were saying you should try to

228:17 get a device that has zero fracture rate,

228:18 if possible?

228:19   A. Yes.

228:20 - 228:24    **Shultz, Gin 01-30-2014 (00:00:05)**     03_21_18 Combo Final4.40

clear

228:20   Q.  So in other words,

228:21 like we said earlier, make the device --

228:22 manufacturers should make the device as

228:23 safe as possible?

228:24   A. Yes.

275:21 - 275:22    **Shultz, Gin 01-30-2014 (00:00:02)**     03_21_18 Combo Final4.41

275:21   Q. I'll hand you what's

| | 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 275:22 Exhibit 5. | |
| 301:11 - 301:15 | **Shultz, Gin 01-30-2014 (00:00:15)** | 03_21_18 Combo Final4.42 |
| | 301:11   Q. Okay.  So do you agree or | |
| | 301:12 disagree that statistically significant | |
| | 301:13 higher rates of reported failures between | |
| | 301:14 devices is an important safety signal? | |
| | 301:15   A. Yes. | |
| 301:19 - 301:20 | **Shultz, Gin 01-30-2014 (00:00:02)** | 03_21_18 Combo Final4.43 |
| | 301:19   Q. You agree to that? | |
| | 301:20   A. Yes. | |
| 343:12 - 343:15 | **Shultz, Gin 01-30-2014 (00:00:02)** | 03_21_18 Combo Final4.44 |
| | 343:12 MR. BRENES:  We're going to | SCHULTZDEPOSITIONEXHIBITS-1253092.548 |
| | 343:13 mark what -- hand you what we're | |
| | 343:14 going to mark as Exhibit Number | |
| | 343:15 11. | |
| 343:23 - 344:15 | **Shultz, Gin 01-30-2014 (00:00:37)** | 03_21_18 Combo Final4.45 |
| | 343:23   Q. Are you familiar with | |
| | 343:24 documents like this from your time at | |
| | 344:1 Bard? | |
| | 344:2   A. Yes. | |
| | 344:3   Q. And what does it appear to | |
| | 344:4 be? | |
| | 344:5   A. It's a comparison by | |
| | 344:6 complaint type of different filters. | |
| | 344:7   Q. And this was used to track | |
| | 344:8 competitive -- competitive failure rates | clear |
| | 344:9 between different devices? | |
| | 344:10   A. Yeah, to evaluate rates | |
| | 344:11 across the board. | |
| | 344:12   Q. And to determine if there | |
| | 344:13 was a safety issue with one of Bard's | |
| | 344:14 devices, right? | |
| | 344:15   A. Yes. | |
| 344:24 - 345:21 | **Shultz, Gin 01-30-2014 (00:00:59)** | 03_21_18 Combo Final4.46 |
| | 344:24 Do you see towards the | |
| | 345:1 bottom of the first page, it says, "Bard | |
| | 345:2 data is from Trackwise, not MAUDE, | SCHULTZDEPOSITIONEXHIBITS-1253092.548.1 |
| | 345:3 through July 2010." | |
| | 345:4 Do you see that? | |
| | 345:5   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | |

345:6   Q. Okay.  And Trackwise was
345:7 Bard's internal complaint tracking
345:8 system, right?
345:9   A. Yes.
345:10   Q. Okay.  So this is through
345:11 July of 2010.
345:12 So as of July of 2010,
345:13 there's 179 reported fractures for the
345:14 Recovery filter, right?
345:15   A. Correct.
345:16   Q. Okay.  And if we compare
345:17 that to that last memorandum from
345:18 November '05, you're looking at over an
345:19 additional 120 fractures since that time,
345:20 right?
345:21   A. Roughly.  Yes.

SCHULTZDEPOSITIONEXHIBITS-1253092.548.3

clear

**346:4 - 346:11**   **Shultz, Gin 01-30-2014 (00:00:15)**   03_21_18 Combo Final4.47

346:4 THE WITNESS:  The number is
346:5 95.  I'm sorry.  The difference
346:6 between the two, right?
346:7 BY MR. BRENES:
346:8   Q. 179 minus --
346:9   A. 84.
346:10   Q. Oh, you're right.  Yeah.
346:11 Good point.

**352:22 - 353:5**   **Shultz, Gin 01-30-2014 (00:00:18)**   03_21_18 Combo Final4.48

352:22   Q. No.  And then looking at the
352:23 G2, the G2 has a reported migration rate
352:24 of 1.2 out of every thousand, right?
353:1   A. Yes.
353:2   Q. Okay.  And is any device,
353:3 other than a Bard device, even close to
353:4 that migration rate?
353:5   A. No.

**357:11 - 357:12**   **Shultz, Gin 01-30-2014 (00:00:02)**   03_21_18 Combo Final4.49

357:11   Q. Let's mark this as
357:12 Exhibit 12.

SCHULTZDEPOSITIONEXHIBITS-1253092.550

**357:19 - 357:22**   **Shultz, Gin 01-30-2014 (00:00:09)**   03_21_18 Combo Final4.50

357:19   Q. Do you agree this appears to
357:20 be an e-mail from Kelly Jones to you

SCHULTZDEPOSITIONEXHIBITS-1253092.550.6

Plaintiffs Designations        Defense Designations

| | 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 357:21 dated November 30th, 2005? |  |
|  | 357:22   A. Yes. |  |
| 363:7 - 363:13 | **Shultz, Gin 01-30-2014 (00:00:17)** | 03_21_18 Combo Final4.51 |
|  | 363:7   Q. So you agree, again, the | clear |
|  | 363:8 Recovery filter's failure rates for |  |
|  | 363:9 migration, death, fracture, pulmonary |  |
|  | 363:10 embolism, perforation, are all |  |
|  | 363:11 substantially higher than the SNF, |  |
|  | 363:12 correct? |  |
|  | 363:13   A. Yes. |  |
| 378:5 - 378:10 | **Shultz, Gin 01-30-2014 (00:00:16)** | 03_21_18 Combo Final4.52 |
|  | 378:5   Q. Okay.  I'm going to hand you | SCHULTZDEPOSITIONEXHIBITS-1253092.559 |
|  | 378:6 what we'll mark as Exhibit Number -- |  |
|  | 378:7   A. 15. |  |
|  | 378:8   Q. -- 15.  I'm going to hand |  |
|  | 378:9 you the e-mail and the attachment that |  |
|  | 378:10 went with it.  There you go. |  |
| 378:19 - 379:2 | **Shultz, Gin 01-30-2014 (00:00:22)** | 03_21_18 Combo Final4.53 |
|  | 378:19   Q. Please take a minute to |  |
|  | 378:20 review it.  There's also an attachment |  |
|  | 378:21 for caudal migration, which I didn't give |  |
|  | 378:22 you.  I just want to talk about fractures | clear |
|  | 378:23 right now.  You know what?  Let's make it |  |
|  | 378:24 complete.  I'm going to give you the |  |
|  | 379:1 caudal migration attachment as well just |  |
|  | 379:2 so you have all the attachments. |  |
| 379:19 - 380:3 | **Shultz, Gin 01-30-2014 (00:00:25)** | 03_21_18 Combo Final4.54 |
|  | 379:19   Q. So do you see the e-mail, | SCHULTZDEPOSITIONEXHIBITS-1253092.559 |
|  | 379:20 which is from Natalie Wong to you among | SCHULTZDEPOSITIONEXHIBITS-1253092.559.3 |
|  | 379:21 some others dated May 19th, 2006? |  |
|  | 379:22   A. Yes. |  |
|  | 379:23   Q. Okay.  And the -- I don't |  |
|  | 379:24 see a subject, but the attachments are |  |
|  | 380:1 "G2 caudal summary," and "RNF fracture |  |
|  | 380:2 report."  Right? |  |
|  | 380:3   A. Yes. |  |
| 385:5 - 385:22 | **Shultz, Gin 01-30-2014 (00:00:49)** | 03_21_18 Combo Final4.55 |
|  | 385:5   Q. Okay.  And does it appear | SCHULTZDEPOSITIONEXHIBITS-1253092.602.1 |
|  | 385:6 that Bard is contemplating some |  |
|  | 385:7 additional corrective action regarding |  |

| Page/Line | Source | ID |
|---|---|---|

385:8 the Recovery filter in this PowerPoint?
385:9   A. Yes.
385:10   Q. And one of those things is
385:11 potentially a customer letter, right?
385:12   A. Yes.
385:13   Q. Okay.  Content, it says,
385:14 "Notify fracture rate.  Standard of care
385:15 applies, risk/benefit compared to
385:16 competitors."
385:17 Do you see that?
385:18   A. Yes.
385:19   Q. So it appears to be
385:20 contemplating the potential disclosure of
385:21 competitive fracture rates so doctors can
385:22 do risk/benefit analysis, right?

SCHULTZDEPOSITIONEXHIBITS-
1253092.602.3

**386:1 - 386:15    Shultz, Gin 01-30-2014 (00:00:19)**

03_21_18 Combo Final4.56

386:1 THE WITNESS:  For the
386:2 content, the risk/benefit was that
386:3 we would provide the risk/benefit
386:4 and compare to competitors.  What
386:5 they do with it was something
386:6 else.
386:7 BY MR. BRENES:
386:8   Q. Got it.  So in other words
386:9 you could -- providing your analysis of
386:10 what the risks and the benefits are of
386:11 the filter --
386:12   A. Right.
386:13   Q. -- in respect to competitive
386:14 failure rates?
386:15   A. Yes.

clear

**387:19 - 388:1    Shultz, Gin 01-30-2014 (00:00:12)**

03_21_18 Combo Final4.57

387:19   Q. Now, in fairness let's look
387:20 at the cons.  "Does not provide
387:21 additional information that physician
387:22 does not already know."
387:23 Do you see that?  Do you see
387:24 that?
388:1   A. Yes, I do.

**388:2 - 388:16    Shultz, Gin 01-30-2014 (00:00:32)**

03_21_18 Combo Final4.58

| 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

388:2   Q. Okay.  Now, physicians don't
388:3 know -- don't necessarily know what
388:4 Bard's complaint files reveal, right?
388:5   A. Correct.  They don't have
388:6 specific information on the complaint
388:7 files.
388:8   Q. And they -- and Bard never
388:9 provided them with competitive failure
388:10 rate information, right, as far as you
388:11 know?
388:12   A. As far as I know.
388:13   Q. And you would certainly
388:14 agree that Bard's own complaint files and
388:15 sales rate information is more reliable
388:16 than general MAUDE data, right?

388:19 - 388:21   **Shultz, Gin 01-30-2014 (00:00:05)**   03_21_18 Combo Final4.59

388:19 THE WITNESS:  Bard's
388:20 complaint data is more accurate
388:21 than the MAUDE database.

388:23 - 389:19   **Shultz, Gin 01-30-2014 (00:00:54)**   03_21_18 Combo Final4.60

388:23   Q. The second con is,
388:24 "Notifying patients that may never have
389:1 complications."
389:2 Do you know what they mean
389:3 by that?
389:4   A. So the -- in some of the
389:5 data analysis, the majority of the
389:6 patients were asymptomatic for fractures.
389:7 And so when they -- similar to the issue
389:8 with monitoring for breast cancer, that
389:9 people will have false negative, so they
389:10 start reacting, and they have additional
389:11 healthcare.  It causes additional issues.
389:12 So, you know, the fact that
389:13 most of the patients were asymptomatic
389:14 and the fact that they start notifying
389:15 them, then you're going to have patients
389:16 trying to figure out what that means or
389:17 not means and that type of issue --
389:18   Q. Okay.

| | | |
|---|---|---|
| **03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4** | | |
| **Page/Line** | **Source** | **ID** |

389:19   A. -- is more of that line.

| | | |
|---|---|---|
| 394:15 - 394:23 | **Shultz, Gin 01-30-2014 (00:00:19)** | 03_21_18 Combo Final4.61 |

394:15   Q. Okay.  Go to the next page,
394:16 "Potential next steps," and, "Recall
394:17 existing inventory."  Do you see that?
394:18   A. Yes.
394:19   Q. So it appears Bard was
394:20 contemplating the possibility of
394:21 recalling the Recovery filter, even in
394:22 '06, right?
394:23   A. Yes.

SCHULTZDEPOSITIONEXHIBITS-
1253092.603.11

| | | |
|---|---|---|
| 394:24 - 395:2 | **Shultz, Gin 01-30-2014 (00:00:05)** | 03_21_18 Combo Final4.62 |

394:24   Q. Okay.  The pro is, "Update
395:1 inventory with better performing filter,"
395:2 right?

clear

| | | |
|---|---|---|
| 395:3 - 395:3 | **Shultz, Gin 01-30-2014 (00:00:01)** | 03_21_18 Combo Final4.63 |

395:3   A. Yes.

| | | |
|---|---|---|
| 395:4 - 395:7 | **Shultz, Gin 01-30-2014 (00:00:07)** | 03_21_18 Combo Final4.64 |

395:4   Q. Shouldn't that be a
395:5 company's goal, is always get a patient
395:6 the best and the safest device a company
395:7 has?

| | | |
|---|---|---|
| 395:10 - 395:18 | **Shultz, Gin 01-30-2014 (00:00:13)** | 03_21_18 Combo Final4.65 |

395:10 THE WITNESS:  That --
395:11 that's -- if you look at the
395:12 iterations of the filter, that is
395:13 the desire of the product all the
395:14 way through.
395:15 BY MR. BRENES:
395:16   Q. Okay.
395:17   A. We've -- the performance has
395:18 improved with every iteration.

| | | |
|---|---|---|
| 399:21 - 400:9 | **Shultz, Gin 01-30-2014 (00:00:20)** | 03_21_18 Combo Final4.66 |

399:21 Bard didn't recall the
399:22 Recovery filter, correct?
399:23   A. Correct.
399:24   Q. Bard didn't suggest that
400:1 physicians explant the Recovery filter,
400:2 correct?
400:3   A. Correct.

| | | |
|---|---|---|
| | **03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4** | |
| **Page/Line** | **Source** | **ID** |

400:4   Q. And they basically took
400:5 Option 3, which was no field action --
400:6   A. Correct.
400:7   Q. -- regarding the Recovery
400:8 filter, correct?
400:9   A. Correct.

406:17 - 406:19 **Shultz, Gin 01-30-2014 (00:00:06)**      03_21_18 Combo Final4.67
406:17   Q. What was the benefit of the
406:18 G2 filter over the Simon Nitinol filter
406:19 during that time period?

406:22 - 407:2 **Shultz, Gin 01-30-2014 (00:00:13)**      03_21_18 Combo Final4.68
406:22 THE WITNESS:  When I had
406:23 first started with Bard, the G2,
406:24 the physician community was
407:1 viewing it as an RNF type of
407:2 device.

412:12 - 412:14 **Shultz, Gin 01-30-2014 (00:00:05)**      03_21_18 Combo Final4.69
412:12   Q. as
412:13 the head of quality at Bard at that time,
412:14 it was okay to keep selling the G2?

412:17 - 412:23 **Shultz, Gin 01-30-2014 (00:00:12)**      03_21_18 Combo Final4.70
412:17 THE WITNESS:  The
412:18 customer -- the customer wanted
412:19 the G2.  They found that that was
412:20 a benefit to them to buy the G2.
412:21 They had the option of buying the
412:22 Simon Nitinol.  So the customer,
412:23 as their own judge, chose the G2.

413:7 - 413:12 **Shultz, Gin 01-30-2014 (00:00:07)**      03_21_18 Combo Final4.71
413:7 THE WITNESS:  The customer
413:8 that used the device knew what
413:9 their failure rate was and
413:10 continued to use it even --
413:11 BY MR. BRENES:
413:12   Q. That wasn't my question.

415:22 - 416:2 **Shultz, Gin 01-30-2014 (00:00:10)**      03_21_18 Combo Final4.72
415:22   Q. Simply, did -- are you aware
415:23 of Bard -- whether or not Bard shared
415:24 information with the doctors about the
416:1 comparative failure rates between Simon

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

| Page/Line | Source | ID |
|---|---|---|
| 416:6 - 416:7 | 416:2 Nitinol filter and the G2 filter?<br>**Shultz, Gin 01-30-2014 (00:00:01)**<br>416:6 THE WITNESS:  Not to my<br>416:7 knowledge. | 03_21_18 Combo Final4.73 |
| 417:9 - 417:11 | **Shultz, Gin 01-30-2014 (00:00:04)**<br>417:9  Q. Okay.  So at some point, did<br>417:10 you become aware that there were<br>417:11 stability problems with the G2 filter? | 03_21_18 Combo Final4.74 |
| 417:14 - 418:3 | **Shultz, Gin 01-30-2014 (00:00:25)**<br>417:14 THE WITNESS:  The G2 filter<br>417:15 on launch, we monitored migration,<br>417:16 and that's where we identified<br>417:17 caudal migration.<br>417:18 BY MR. BRENES:<br>417:19  Q. And did you also become<br>417:20 aware that there were problems with the<br>417:21 device tilting?<br>417:22  A. There was complaints of it<br>417:23 tilting as well.<br>417:24  Q. Okay.  And did you also<br>418:1 become aware of fracture rates that were<br>418:2 higher than for the Simon Nitinol filter<br>418:3 for the G2 filter? | 03_21_18 Combo Final4.75 |
| 418:6 - 418:17 | **Shultz, Gin 01-30-2014 (00:00:14)**<br>418:6 THE WITNESS:  We monitored<br>418:7 the fracture rates.<br>418:8 BY MR. BRENES:<br>418:9  Q. And those were higher with<br>418:10 the G2 filter than with the Simon Nitinol<br>418:11 filter, correct?<br>418:12  A. Yes.  We've gone through the<br>418:13 exhibits.  Yes.<br>418:14  Q. And the migration rates were<br>418:15 higher for the G2 filter than the Simon<br>418:16 Nitinol filter, correct?<br>418:17  A. Yes. | 03_21_18 Combo Final4.76 |
| 422:18 - 422:21 | **Shultz, Gin 01-30-2014 (00:00:08)**<br>422:18 Now, in respect to G2, are<br>422:19 you aware that the G2 was being<br>422:20 redesigned because of the caudal | 03_21_18 Combo Final4.77 |

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

422:24 - 423:2

422:21 migration problem?
**Shultz, Gin 01-30-2014 (00:00:03)**
422:24 THE WITNESS:  The G2 was
423:1 being redesigned, and we were
423:2 looking at caudal migration.

*03_21_18 Combo Final4.78*

431:14 - 431:17
**Shultz, Gin 01-30-2014 (00:00:11)**
431:14   Q. Okay.  Did Bard send a
431:15 customer letter notifying physicians that
431:16 there was an unexpected level of reported
431:17 caudal migrations?

*03_21_18 Combo Final4.79*

431:20 - 431:20
**Shultz, Gin 01-30-2014 (00:00:00)**
431:20 THE WITNESS:  No.

*03_21_18 Combo Final4.80*

432:13 - 432:14
**Shultz, Gin 01-30-2014 (00:00:03)**
432:13   Q. Okay.  And what do you have
432:14 to say about that e-mail?

*03_21_18 Combo Final4.81*

433:1 - 433:4
**Shultz, Gin 01-30-2014 (00:00:07)**
433:1 THE WITNESS:  Dr. Ciavarella
433:2 wasn't at the division.  He didn't
433:3 understand a lot of the details of
433:4 it.

*03_21_18 Combo Final4.82*

434:19 - 434:20
**Shultz, Gin 01-30-2014 (00:00:03)**
434:19 MR. BRENES:  We're going to
434:20 mark this as Exhibit Number 17.

*03_21_18 Combo Final4.83*

*SCHULTZDEPOSITIONEXHIBITS-1253092.642*

435:4 - 436:5
**Shultz, Gin 01-30-2014 (00:01:01)**
435:4   Q. Okay.  And this appears to
435:5 be a document or an e-mail from you to a
435:6 number of people at Bard, right?
435:7   A. Yes.
435:8   Q. And it appears to be
435:9 discussing caudal migrations with the G2
435:10 filter, correct?
435:11   A. Yes.
435:12   Q. Okay.  The first page under
435:13 "discussion points," do you see the
435:14 bullet point -- I think it's Number 3.
435:15 It says, "Project approved to redesign
435:16 and develop caudal movement test method."
435:17 Do you see that?
435:18   A. Yes.
435:19   Q. Okay.  So does this refresh

*03_21_18 Combo Final4.84*

*SCHULTZDEPOSITIONEXHIBITS-1253092.642.1*

*SCHULTZDEPOSITIONEXHIBITS-1253092.642.2*

*SCHULTZDEPOSITIONEXHIBITS-1253092.642.3*

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

435:20 your recollection as to whether or not
435:21 there was a test for caudal migration
435:22 before the G2 filter went on the market?
435:23   A. The -- so there was a test
435:24 method for caudal migration that needed
436:1 to be made.
436:2   Q. Okay.  So there wasn't one
436:3 before?
436:4   A. There -- there may not have
436:5 been, or it may not have been adequate.

clear

**440:4 - 440:5**   **Shultz, Gin 01-30-2014 (00:00:02)**

03_21_18 Combo Final4.85

440:4   Q. I'm going to hand you what
440:5 we'll mark as Exhibit 19.  Please take a

SCHULTZDEPOSITIONEXHIBITS-
1253092.647

**440:12 - 440:23**   **Shultz, Gin 01-30-2014 (00:00:26)**

03_21_18 Combo Final4.86

440:12   Q. So do you agree that it
440:13 appears to be an e-mail dated May 10,
440:14 2006, between Bard personnel regarding a
440:15 proposed response to FDA questions
440:16 regarding a complaint?
440:17   A. It's in response to an FDA
440:18 question -- yeah, it's about a complaint:
440:19 It's got a manufacturing report number.
440:20   Q. Okay.  And the e-mail is
440:21 dated -- I may have said this -- is dated
440:22 May 10, 2006, right?
440:23   A. Yes.

SCHULTZDEPOSITIONEXHIBITS-
1253092.647.1

**441:5 - 442:2**   **Shultz, Gin 01-30-2014 (00:00:51)**

03_21_18 Combo Final4.87

441:5   Q. It says, "As defined in the
441:6 design failure modes and effects analysis
441:7 (DFMEA) for this product, the expected
441:8 frequency of occurrence for caudal
441:9 migration is less than or equal to
441:10 0.05 percent."
441:11   A. Yes.
441:12   Q. Okay.  And that is five out
441:13 of every 10,000?
441:14   A. Yes.
441:15   Q. And then it continues, "The
441:16 observed frequency of occurrence is
441:17 .129 percent, as of April 30, 2006,"

SCHULTZDEPOSITIONEXHIBITS-
1253092.648.3

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

441:18 right?
441:19   A. Correct.
441:20   Q. Okay.  And that -- so that's
441:21 1.2 out of every thousand, right?
441:22   A. Correct.
441:23   Q. Okay.  So we agree that
441:24 caudal migration had exceeded Bard's
442:1 expected occurrence levels?
442:2   A. Correct.

**442:6 - 442:14   Shultz, Gin 01-30-2014 (00:00:20)**     03_21_18 Combo Final4.88

SCHULTZDEPOSITIONEXHIBITS-1253092.650.2

442:6   Q. Exhibit Number 20, again,
442:7 just because of time concerns, let me
442:8 address some specific things.
442:9 So does this appear to be an
442:10 e-mail from Tracy Estrada, dated
442:11 April 1st, 2010, to some other people at
442:12 Bard with an attachment, "Eclipse Anchor
442:13 Idea POA Final," right?
442:14   A. Yes.

**444:7 - 444:15   Shultz, Gin 01-30-2014 (00:00:14)**     03_21_18 Combo Final4.89

SCHULTZDEPOSITIONEXHIBITS-1253092.652.1

444:7   Q. Look under -- actually,
444:8 "situation."  Do you see where it says,
444:9 "Physician perception is that design
444:10 sacrifices were made to optional filters
444:11 that permit retrievability, but also
444:12 allow for a higher rate of movement or
444:13 migration."
444:14 Do you see that?
444:15   A. Yes.

**445:17 - 446:1   Shultz, Gin 01-30-2014 (00:00:22)**     03_21_18 Combo Final4.90

clear

445:17   Q. Either from speaking with
445:18 physicians, from doing surveys, what have
445:19 you?
445:20   A. I don't -- I don't ever
445:21 remember a physician have a perception of
445:22 that.  But I do know that there was
445:23 differences in the way a retrievable or
445:24 optional filter would perform than a
446:1 permanent filter.

**446:14 - 447:6   Shultz, Gin 01-30-2014 (00:00:30)**     03_21_18 Combo Final4.91

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

446:14  Q. Okay.  Look at "problems"

446:15 for me, where it says, "Filter movement

446:16 may lead to tilting, undesirable cava

446:17 wall incorporation, increased risk of

446:18 filter fracture and vena cava

446:19 penetration."

446:20 Do you see that?

446:21  A. Yes.

446:22  Q. Is that consistent with your

446:23 understanding that movement may lead to

446:24 tilting?

447:1  A. Yes.  That was a hypothesis,

447:2 that the movement would cause the

447:3 tilting.

447:4  Q. Was it consistent with your

447:5 understanding that movement could lead to

447:6 penetration into the vena cava?

**447:9 - 447:19   Shultz, Gin 01-30-2014 (00:00:22)**

447:9 THE WITNESS:  It was my

447:10 understanding that tilting could

447:11 lead to penetration.

447:12 BY MR. BRENES:

447:13  Q. Okay.  And was it your

447:14 understanding that movement could lead to

447:15 filter fracture?

447:16  A. More back to the tilted,

447:17 that if you had a tilted filter, then

447:18 you're going to have uneven stresses on

447:19 it.  And that would lead to it.

**448:7 - 448:8   Shultz, Gin 01-30-2014 (00:00:02)**

448:7  A. That that was a potential

448:8 contributor to it.

**448:9 - 448:13   Shultz, Gin 01-30-2014 (00:00:10)**

448:9  Q. So maybe the better

448:10 way to ask it is, was it your

448:11 understanding that tilting could lead to

448:12 increased risk of perforation and

448:13 fracture?

**448:16 - 448:18   Shultz, Gin 01-30-2014 (00:00:04)**

448:16 THE WITNESS:  Yes.

SCHULTZDEPOSITIONEXHIBITS-1253092.652.2

clear

03_21_18 Combo Final4.92

03_21_18 Combo Final4.93

03_21_18 Combo Final4.94

03_21_18 Combo Final4.95

| Page/Line | Source | ID |
|---|---|---|
| | 448:17 BY MR. BRENES: | |
| | 448:18   Q. Yes to both? | |
| 448:21 - 449:18 | **Shultz, Gin 01-30-14 (00:00:42)** | 03_21_18 Combo Final4.96 |
| | 448:21 THE WITNESS:  Yes. | |
| | 448:22 BY MR. BRENES: | |
| | 448:23   Q. Okay.  Look under | SCHULTZDEPOSITIONEXHIBITS-1253092.652.3 |
| | 448:24 "hypothesis," where it says, "The | |
| | 449:1 addition of caudal anchors to Eclipse | |
| | 449:2 filters will reduce caudal migrations." | |
| | 449:3 Do you see that? | |
| | 449:4   A. Yes. | |
| | 449:5   Q. Okay.  "Reduce complaints | SCHULTZDEPOSITIONEXHIBITS-1253092.653.1 |
| | 449:6 for tilt," do you see that? | |
| | 449:7   A. Yes. | |
| | 449:8   Q. "Reduce complaints for | |
| | 449:9 fracture," do you see that? | |
| | 449:10   A. "Reduce complaints for tilt, | |
| | 449:11 fracture and penetration." | |
| | 449:12   Q. Okay.  Secondary to -- here | |
| | 449:13 it says caudal migration, right? | |
| | 449:14   A. Yes. | |
| | 449:15   Q. But the main thing was | |
| | 449:16 reduce the incidence, in your mind of | |
| | 449:17 tilting, which then would -- could | |
| | 449:18 potentially lead to those issues, right? | |
| 449:21 - 449:23 | **Shultz, Gin 01-30-2014 (00:00:07)** | 03_21_18 Combo Final4.97 |
| | 449:21 THE WITNESS:  The tilt to me | |
| | 449:22 was more significant than the | |
| | 449:23 caudal. | |
| 450:9 - 450:20 | **Shultz, Gin 01-30-2014 (00:00:33)** | 03_21_18 Combo Final4.98 |
| | 450:9   Q. Yeah.  Look for me on the | SCHULTZDEPOSITIONEXHIBITS-1253092.654.1 |
| | 450:10 page ending in 860 under "strategic | |
| | 450:11 rationale."  Second sentence, do you see | |
| | 450:12 where it says, "Eclipse with caudal | |
| | 450:13 anchors would be positioned as the | |
| | 450:14 premier optional filter with existing and | |
| | 450:15 new customers, infuse enthusiasm for the | |
| | 450:16 product into the sales team, and address | |
| | 450:17 quality issues with the predicate filter | |
| | 450:18 products." | |

| | | |
|---|---|---|
| | 03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4 | |

| Page/Line | Source | ID |
|---|---|---|

450:19 Do you see that?
450:20  A. Yes.

451:16 - 452:1   **Shultz, Gin 01-30-2014 (00:00:26)**     03_21_18 Combo Final4.99

451:16  Q. Continuing, "The performance     SCHULTZDEPOSITIONEXHIBITS-1253092.654.2
451:17 issues of BPV optional filters have led
451:18 to sales attrition, and these
451:19 complications overshadow the unique
451:20 long-term retrievability of these
451:21 products."
451:22 Were you aware in this time
451:23 frame, April 2010, that the performance
451:24 issues with the -- Bard's filters was

452:4 - 452:13   **Shultz, Gin 01-30-2014 (00:00:27)**     03_21_18 Combo Final4.100

452:1 leading to sales attrition?     clear

452:4 THE WITNESS:  There was a --
452:5 across the industry, of the filter
452:6 product lines, the sales were
452:7 either not growing at the rate or
452:8 growing at a slower rate or
452:9 staying flat.
452:10 And there was general
452:11 communications across many
452:12 regulatory industries around
452:13 filters.

452:15 - 452:18   **Shultz, Gin 01-30-2014 (00:00:05)**     03_21_18 Combo Final4.101

452:15  Q. This isn't talking about
452:16 other people's products.  This is talking
452:17 about Bard's products, right?
452:18  A. Yep.

453:8 - 453:13   **Shultz, Gin 01-30-2014 (00:00:09)**     03_21_18 Combo Final4.102

453:8  Q. Okay.  Do you see where it     SCHULTZDEPOSITIONEXHIBITS-1253092.654.3
453:9 continues, "These experiences have
453:10 created a lukewarm opinion of the product
453:11 with the sales team and resulted in lost
453:12 business opportunities"?
453:13  A. Yes.

453:22 - 454:9   **Shultz, Gin 01-30-2014 (00:00:24)**     03_21_18 Combo Final4.103

453:22  Q. It continues, "This project     SCHULTZDEPOSITIONEXHIBITS-1253092.654.4
453:23 should not only reduce physical
453:24 complications but should also help

| Page/Line | Source | ID |
|---|---|---|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

454:1 address psychological reservations, both
454:2 in the sales teams and with customers
454:3 regarding BPV optional filters."
454:4 Do you see that?
454:5  A. Yes.
454:6  Q. Okay.  So adding caudal
454:7 anchors to Bard's optional filters was --
454:8 it was believed that it was going to
454:9 reduce physical complications, correct?

**454:12 - 454:14**  **Shultz, Gin 01-30-2014 (00:00:03)**  *03_21_18 Combo Final4.104*

454:12 THE WITNESS:  The POA
454:13 statement -- has that statement in
454:14 it, yes.

**454:16 - 455:2**  **Shultz, Gin 01-30-2014 (00:00:25)**  *03_21_18 Combo Final4.105*
*clear*

454:16  Q. Okay.  Do you have any
454:17 recollection of why -- why caudal anchors
454:18 were being added to the filters?
454:19  A. The -- to give the filter a
454:20 positional stability so you would reduce
454:21 tilting and other complications that come
454:22 from it.
454:23  Q. That result from tilting?
454:24  A. That result from tilting.
455:1  Q. Such as fracture?
455:2  A. And perforation.

**455:10 - 455:11**  **Shultz, Gin 01-30-2014 (00:00:03)**  *03_21_18 Combo Final4.106*
*SCHULTZDEPOSITIONEXHIBITS-1253092.656.9*

455:10  Q. Okay.  I'm going to hand you
455:11 what we'll mark as Exhibit Number 21.

**456:1 - 456:6**  **Shultz, Gin 01-30-2014 (00:00:11)**  *03_21_18 Combo Final4.107*

456:1  Q. Do you agree that this
456:2 appears to be an e-mail with an  *SCHULTZDEPOSITIONEXHIBITS-1253092.656.2*
456:3 attachment from Brian Hudson to some
456:4 Bard -- two Bard employees, dated
456:5 June 28, 2011?
456:6  A. Yes.

**457:6 - 457:10**  **Shultz, Gin 01-30-2014 (00:00:11)**  *03_21_18 Combo Final4.108*

457:6  Q. Okay.  Under subject, it
457:7 says, "Fracture talking points."  And
457:8 attachment, it says, "Filter data
457:9 6/27/11," right?

| Page/Line | Source | ID |
|---|---|---|
| | 457:10   A. Yes. | |
| 457:19 - 457:22 | **Shultz, Gin 01-30-2014 (00:00:09)** | 03_21_18 Combo Final4.109 |
| | 457:19   Q.  For the Simon Nitinol | SCHULTZDEPOSITIONEXHIBITS-1253092.459.5 |
| | 457:20 filter, there were 80,187 devices sold, | |
| | 457:21 right? | |
| | 457:22   A. Yes. | |
| 458:5 - 458:9 | **Shultz, Gin 01-30-2014 (00:00:07)** | 03_21_18 Combo Final4.110 |
| | 458:5   Q. And the Simon Nitinol | SCHULTZDEPOSITIONEXHIBITS-1253092.459.6 |
| | 458:6 filter, out of the 80,000-plus units | |
| | 458:7 sold, had eight fracture complaints, | |
| | 458:8 right? | |
| | 458:9   A. Yes. | |
| 459:20 - 460:2 | **Shultz, Gin 01-30-2014 (00:00:21)** | 03_21_18 Combo Final4.111 |
| | 459:20   Q. Okay.  Look for me at the G2 | clear |
| | 459:21 filter.  It's got 156 fracture complaints | |
| | 459:22 and it had a -- it looks like 126,369 | |
| | 459:23 devices sold, right? | |
| | 459:24   A. Yes. | |
| | 460:1   Q. And its rate is | |
| | 460:2 .123 percent, right? | |
| 460:3 - 460:6 | **Shultz, Gin 01-30-2014 (00:00:06)** | 03_21_18 Combo Final4.112 |
| | 460:3   A. Yes. | |
| | 460:4   Q. So it's 12.3 out of every | |
| | 460:5 thousand, right? | |
| | 460:6   A. Yes. | |
| 460:20 - 461:6 | **Shultz, Gin 01-30-2014 (00:00:27)** | 03_21_18 Combo Final4.113 |
| | 460:20 The rate for -- according to | SCHULTZDEPOSITIONEXHIBITS-1253092.459.19 |
| | 460:21 this document, for the G2 for fracture | |
| | 460:22 complaints was 12 times higher than that | |
| | 460:23 for the Simon Nitinol filter, correct? | |
| | 460:24   A. Correct. | |
| | 461:1   Q. Okay.  Now, again, as far as | |
| | 461:2 you're aware, failure rate information | |
| | 461:3 regarding the higher reported failure | |
| | 461:4 rates for the Recovery and G2 filter | |
| | 461:5 versus the Simon Nitinol filter was never | |
| | 461:6 shared with consumers, correct? | |
| 461:9 - 461:9 | **Shultz, Gin 01-30-2014 (00:00:01)** | 03_21_18 Combo Final4.114 |
| | 461:9 THE WITNESS:  Correct. | |
| 467:23 - 468:15 | **Shultz, Gin 01-30-2014 (00:00:40)** | 03_21_18 Combo Final4.115 |

| Page/Line | Source | ID |
|-----------|--------|----|

03_21_18 Combo Final4-Schultz 01-30-14 Booker Depo Designations Final 4

467:23   Q. Are you aware of the
467:24 Cantwell study where he compared the
468:1 Recovery and G2 filter?
468:2   A. I'm sure I reviewed --
468:3   Q. In 2009?
468:4   A. I'm sure I would have
468:5 reviewed it.
468:6   Q. And he found a -- a
468:7 migration rate of 46.7 percent for the G2
468:8 filter?
468:9   A. I'm sure I read it.
468:10   Q. Okay.
468:11   A. And whatever numbers you're
468:12 reading off, I'm sure they're there.
468:13   Q. Did a 40 percent --
468:14 46 percent migration rate exceed Bard's
468:15 expected migration rate?

**468:18 - 469:13    Shultz, Gin 01-30-2014 (00:00:44)**    03_21_18 Combo Final4.116

468:18 THE WITNESS:  The details of
468:19 the report, I don't remember.  But
468:20 from what you've stated of
468:21 46 percent, if it was true, it
468:22 would exceed.
468:23 BY MR. BRENES:
468:24   Q. Okay.  And do you know, did
469:1 Bard send this -- or send out a warning
469:2 letter to consumers regarding the
469:3 findings of Dr. Cantwell?
469:4   A. Bard did not send out a
469:5 warning letter.
469:6   Q. Okay.  And do you know he
469:7 wrote that, "Caudal migration is thought
469:8 to be rare and that the incidence
469:9 observed with caudal migration of the G2
469:10 filter in this case was beyond what had
469:11 been previously been reported"?
469:12   A. I'm sure what you're reading
469:13 is correct, so...

**469:14 - 469:17    Shultz, Gin 01-30-2014 (00:00:09)**    03_21_18 Combo Final4.117

469:14   Q. Was that concerning

| Page/Line | Source | ID |
|---|---|---|
| 469:22 - 470:1 | 469:15 to Bard that this study had found failure<br>469:16 rates beyond what had previously been<br>469:17 reported in the medical literature?<br>**Shultz, Gin 01-30-2014 (00:00:09)**<br>469:22   A. We would evaluate it to<br>469:23 determine if the data was valid.  We<br>469:24 would fill out a complaint.  We would<br>470:1 investigate it. | 03_21_18 Combo Final4.118 |

Plaintiffs Designations = 00:23:22
Defense Designations = 00:09:30
**Total Time = 00:32:52**

**Documents Shown**
SCHULTZDEPOSITIONEXHIBITS-1253092

# EXHIBIT K

**Designation Run Report**

# Altonaga 10-22-13 Booker Depo Designations Final2.1

---

**Altonaga, Bill 10-22-2013**

---

**Plaintiffs Designations  00:13:20**

**Defense Designations  00:04:27**

**Their Conditionals  00:00:18**

**Total Time  00:18:05**



ID:03_21_18 combo final2_1

| Page/Line | Source | ID |
|---|---|---|

**03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1**

| Page/Line | Source | ID |
|---|---|---|
| 7:15 - 8:4 | **Altonaga, Bill 10-22-2013 (00:00:48)** | 03_21_18 combo final2_1.1 |

7:15   Q. All right.  It's my understanding that you are
7:16 a medical doctor, certainly, by education?
7:17   A. Correct.
7:18   Q. And if you would, highlight your educational
7:19 background for us.
7:20   A. Okay.  I went to college here in Miami, and
7:21 then I went to CETEC University in the Dominican
7:22 Republic where I got my medical degree.  Subsequent to
7:23 that, I went back and got my second doctorate in
7:24 optometry in Boston at the New England College of
8:1 Optometry, practiced primarily as a clinical optometrist
8:2 for 19 years.  And like in 2005, I believe, I took a
8:3 career change, and I started working for Alcon
8:4 Laboratories in the medical industry.

| Page/Line | Source | ID |
|---|---|---|
| 8:11 - 8:16 | **Altonaga, Bill 10-22-2013 (00:00:16)** | 03_21_18 combo final2_1.2 |

8:11   Q. Do you have what we typically know
8:12 about here in the States as a four-year bachelor's
8:13 degree or a four-year degree at all?
8:14   A. No, sir, it's not a four-year degree.  It's
8:15 undergraduate courses that allowed me to enter the
8:16 program that they had in the Dominican Republic.

| Page/Line | Source | ID |
|---|---|---|
| 14:4 - 14:9 | **Altonaga, Bill 10-22-2013 (00:00:15)** | 03_21_18 combo final2_1.3 |

14:4   Q. All right.  And just so we all understand one
14:5 another, while you have a medical doctor degree from
14:6 CETEC in the Dominican Republic, you are not a licensed
14:7 medical doctor in Florida or the United States; is that
14:8 correct?
14:9   A. That is correct.

| Page/Line | Source | ID |
|---|---|---|
| 33:17 - 34:10 | **Altonaga, Bill 10-22-2013 (00:00:49)** | 03_21_18 combo final2_1.4 |

33:17   Q. And what is the underlying purpose behind
33:18 postmarket surveillance?
33:19   A. To gather document information, to investigate
33:20 the event that has occurred, or alleged to have
33:21 occurred, and determine the root cause of the problem,
33:22 and, if necessary, implement changes to try to mitigate
33:23 it from happening again.
33:24   Q. All right.  And is there an ultimate safety
34:1 purpose behind that postmarket surveillance concept?
34:2   A. Sure.

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1

34:3  Q. What is that ultimate safety purpose?

34:4  A. To assure that the devices are as safe as they

34:5 possibly can be.

34:6  Q. What about from the standpoint of the public,

34:7 what is the underlying safety purpose behind postmarket

34:8 surveillance?

34:9  A. To make sure that the manufacturers are aware

34:10 of things that could harm people.

**71:24 - 72:5**  **Altonaga, Bill 10-22-2013 (00:00:15)**    03_21_18 combo final2_1.5

71:24  Q. All right.  Are you familiar with the term

72:1 "misbranding"?

72:2  A. I am.

72:3  Q. What is it?

72:4  A. Misbranding means that you can mislead or

72:5 provide information that is false or misleading.

**72:11 - 73:23**  **Altonaga, Bill 10-22-2013 (00:01:35)**    03_21_18 combo final2_1.6

72:11  Q. In the context of promotional materials, does

72:12 misbranding apply to those types of materials, the

72:13 concept?

72:14  A. Yes, it could.

72:15  Q. Does misbranding apply to posters?

72:16  A. Yes, it could.

72:17  Q. Does it apply to tags?

72:18  A. Yes, it could.

72:19  Q. Does it apply to pamphlets?

72:20  A. Yes, it could.

72:21  Q. Circulars?

72:22  A. Yes, it could.

72:23  Q. Booklets?

72:24  A. Yes, it could.

73:1  Q. Brochures?

73:2  A. Yes, it could.

73:3  Q. Instruction books?

73:4  A. Yes, it could.

73:5  Q. Direction sheets?

73:6  A. Yes, it could.

73:7  Q. Information on a manufacturer's website?

73:8  A. Yes, it could.

73:9  Q. Okay.  So if, for example, Bard, in any one of

73:10 those mediums, said that the failure rate, for example,

| 03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

73:11 for migration of the Recovery filter is similar to
73:12 competitor filters and that wasn't true, would that be
73:13 an example of misbranding?
73:14   A. It could be.
73:15   Q. Could be or would be?
73:16   A. The way you posed the question, if it were
73:17 untrue?
73:18   Q. If it was false or misleading.
73:19   A. If it's unsubstantiated, then it would be false
73:20 or misleading.
73:21   Q. Well, when you say unsubstantiated --
73:22   A. Meaning you don't have the facts to support
73:23 that particular claim.

**86:2 - 86:10**     **Altonaga, Bill 10-22-2013 (00:00:27)**      03_21_18 combo final2_1.7

86:2   Q. Do you agree that the performance failures of
86:3 marketed medical devices can pose serious risks to
86:4 public health?
86:5   A. Yes.
86:6   Q. Do you agree that recalls serve both to correct
86:7 defects in current and future devices and to notify
86:8 users of potential risks and steps to minimize the
86:9 impact of failure -- of device failure or malfunction?
86:10   A. Yes.

**87:2 - 87:4**     **Altonaga, Bill 10-22-2013 (00:00:07)**      03_21_18 combo final2_1.8

87:2   Q. Well, I mean, I'm asking you your
87:3 understanding.  Would that include a medical device that
87:4 fails to perform as intended?

**87:6 - 87:6**     **Altonaga, Bill 10-22-2013 (00:00:02)**      03_21_18 combo final2_1.9

87:6   A. I would think that that is possible, yes.

**87:18 - 87:22**     **Altonaga, Bill 10-22-2013 (00:00:19)**      03_21_18 combo final2_1.10

87:18   Q. All right.  In order to come to the conclusion
87:19 as to whether a device should or should not be recalled,
87:20 would it be important to consider the failure mode
87:21 evaluation and the severity of harm evaluation?
87:22   A. Yes.

**90:15 - 90:22**     **Altonaga, Bill 10-22-2013 (00:00:23)**      03_21_18 combo final2_1.11

90:15   Q. Can we agree, however, that the actual
90:16 universe of adverse reports or complications is
90:17 certainly going to be higher than what is actually
90:18 reported?

| Page/Line | Source | ID |
|---|---|---|
| | 90:19   A. I have no idea.  I have no idea how to answer<br>90:20 that.  I can only respond to if someone reports<br>90:21 something that needs to be reported, it's reported.  How<br>90:22 many of those would not?  I have no idea. | |
| 90:23 - 91:6 | **Altonaga, Bill 10-22-2013 (00:00:17)**<br>90:23   Q. Okay.  But I think you told me a little while<br>90:24 ago you agree that the MDR reporting system doesn't<br>91:1 capture the universe of adverse events?<br>91:2   A. Yes.<br>91:3   Q. Does it then stand to reason that the actual<br>91:4 number of adverse events is some percentage higher than<br>91:5 what's actually reported?<br>91:6   A. I think that's reasonable. | 03_21_18 combo final2_1.12 |
| 91:13 - 91:16 | **Altonaga, Bill 10-22-2013 (00:00:14)**<br>91:13   Q. Sir, I'm going to back up for a second.  I<br>91:14 think you indicated when you started at Bard that was in<br>91:15 2007?<br>91:16   A. 2008. | 03_21_18 combo final2_1.13 |
| 92:18 - 92:24 | **Altonaga, Bill 10-22-2013 (00:00:27)**<br>92:18   Q. All right.  And what was your first exposure to<br>92:19 IVC filters in your career?<br>92:20   A. My first exposure to IVC filters was at Bard.<br>92:21 I don't remember exactly when, but it was when I was<br>92:22 started working at Bard.<br>92:23   Q. In 2008?<br>92:24   A. Correct.  It may have been after 2008. | 03_21_18 combo final2_1.14 |
| 125:22 - 126:1 | **Altonaga, Bill 10-22-2013 (00:00:12)**<br>125:22   Q. And if there is perforation of the filter<br>125:23 outside of the vena cava into the aorta, that is likely<br>125:24 a fatal event, is it not?<br>126:1   A. No, not necessarily. | 03_21_18 combo final2_1.15 |
| 126:9 - 126:16 | **Altonaga, Bill 10-22-2013 (00:00:26)**<br>126:9   Q. What would be your concerns?<br>126:10   A. My concerns would be that the presence of that<br>126:11 limb, of whether it's affecting the aorta or not, I<br>126:12 would certainly rely on images and experts, vascular<br>126:13 interventionalists, to assess that case.  And again,<br>126:14 it's all about risk-benefit to that patient, but the<br>126:15 mere fact that it's simply into the aorta doesn't mean<br>126:16 that I think it's the highest severity of issues. | 03_21_18 combo final2_1.16 |

| | | |
|---|---|---|
| | 03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1 | |

| Page/Line | Source | ID |
|---|---|---|
| 136:7 - 136:18 | **Altonaga, Bill 10-22-2013 (00:00:35)** | 03_21_18 combo final2_1.17 |

136:7   Q. So you do acknowledge that one of
136:8 the problems with fracture can involve the embolization
136:9 of that fracture fragment to other parts of the body?
136:10   A. I am, yes.
136:11   Q. All right.  And give us some idea as to the
136:12 organs and parts of the body that a fracture can
136:13 embolize to.
136:14   A. I would say that the most likely place for it
136:15 to fracture would be up through the vena cava into the
136:16 right atrium.  Its resting location could be the right
136:17 atrium, it could go into the left ventricle, or it could
136:18 end up in pulmonary circulation.

| 142:10 - 142:17 | **Altonaga, Bill 10-22-2013 (00:00:31)** | 03_21_18 combo final2_1.18 |

142:10   Q. And as a medical doctor, do you acknowledge
142:11 that the vena cava can actually expand by as much up to
142:12 50 percent its resting size?
142:13   A. I believe that that's true.
142:14   Q. Okay.  As an example, if an individual has a
142:15 28-millimeter vena cava, given the various dynamics,
142:16 that could actually expand up to 42 millimeters, agreed?
142:17   A. Agreed.

| 149:16 - 150:1 | **Altonaga, Bill 10-22-2013 (00:00:27)** | 03_21_18 combo final2_1.19 |

149:16   Q. All right.  And -- so just simply to throw out
149:17 the idea that filters are known to migrate, perforate,
149:18 or fracture, that sort of begs the question, does it
149:19 not, because you have to have an understanding of the
149:20 rate at which that occurs in order to know whether your
149:21 complication rate is either acceptable or not
149:22 acceptable?
149:23   A. Okay.
149:24   Q. Do you agree?
150:1   A. I don't disagree with that.

| 152:6 - 152:10 | **Altonaga, Bill 10-22-2013 (00:00:10)** | 03_21_18 combo final2_1.20 |

152:6   Q. Bard's required to be
152:7 transparent and upfront with all information, whether
152:8 it's good or bad?
152:9   A. I would think that they're required to do so,
152:10 yes.

| 152:16 - 152:20 | **Altonaga, Bill 10-22-2013 (00:00:18)** | 03_21_18 combo final2_1.21 |

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1

152:16   Q. Rate of complications, for example.
152:17   A. No, I don't -- I don't think that -- that is a
152:18 responsibility of a medical device company to provide
152:19 rates.  If they're asked or solicited, we may provide
152:20 that.

**152:24 - 153:7    Altonaga, Bill 10-22-2013 (00:00:23)**    03_21_18 combo final2_1.22

152:24   Q. And what is a warning and what's the
153:1 purpose behind issuing a warning to a physician or
153:2 healthcare provider that is using a Bard device?
153:3   A. Just like the warnings that are provided in the
153:4 instructions for use of every medical device.  It's
153:5 known or identified events that may put the patient at
153:6 risk, whether it's in the form of contraindication or
153:7 precaution or warning.

**153:17 - 153:20    Altonaga, Bill 10-22-2013 (00:00:08)**    03_21_18 combo final2_1.23

153:17   A. I don't know how to answer that.  It depends on
153:18 the issue.  It depends on the severity of harm.  It
153:19 depends on a lot of different variables.  So it's a very
153:20 open question.  I don't know.

**157:19 - 158:4    Altonaga, Bill 10-22-2013 (00:00:25)**    03_21_18 combo final2_1.24

157:19 THE COURT REPORTER:  "Would it be your
157:20 expectation that when Bard launches a filter for
157:21 commercial use that Bard would have an awareness
157:22 about the long-term clinical performance of that
157:23 device?"
157:24   A. Yes.
158:1   Q. Why?  Why would that be important?
158:2   A. Because I think it's prudent for the medical
158:3 device company to understand how its device performs
158:4 regarding safety and effectiveness.

**158:5 - 158:6    Altonaga, Bill 10-22-2013 (00:00:06)**    03_21_18 combo final2_1.25

158:5   Q. And how would you expect Bard to develop that
158:6 awareness with its IVC filter?

**158:10 - 158:12    Altonaga, Bill 10-22-2013 (00:00:06)**    03_21_18 combo final2_1.26

158:10   A. Based on postmarket surveillance, based on
158:11 literature, based on clinical trials, a lot of different
158:12 ways.

**160:8 - 160:8    Altonaga, Bill 10-22-2013 (00:00:01)**    03_21_18 combo final2_1.27

160:8   Q. Sir, have you ever seen that e-mail before?

**160:11 - 160:22    Altonaga, Bill 10-22-2013 (00:00:20)**    03_21_18 combo final2_1.28

03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1

| Page/Line | Source | ID |
|---|---|---|
| | 160:11   A. No, I've never seen this e-mail before. | |
| | 160:12   Q. Do you know the individuals that are a part of | |
| | 160:13 that e-mail string? | |
| | 160:14   A. No, I do not. | |
| | 160:15   Q. You don't know who Janet Hudnall is? | |
| | 160:16   A. No, I don't. | |
| | 160:17   Q. David Rauch, R-a-u-c-h? | |
| | 160:18   A. I think I've heard the name.  I've never met | |
| | 160:19 that person, I don't believe. | |
| | 160:20   Q. Do you have any idea what his position is at | |
| | 160:21 Bard? | |
| | 160:22   A. No, sir. | |

**166:16 - 166:24**   **Altonaga, Bill 10-22-2013 (00:00:38)**   <small>03_21_18 combo final2_1.29</small>

166:16   Q. All right.  And then at the top, Dave Rauch
166:17 replies to Janet Hudnall and says:  "Thank you for your
166:18 valuable feedback.  You are right.  Now that we have
166:19 more experience with Recovery, the positioning of tilt
166:20 resistance should probably be downplayed."
166:21 Now, does that bother you that, based on the
166:22 information as of February 27th, 2004, there are
166:23 communications from one person to another about
166:24 downplaying the issues relating to tilt resistance?

**167:3 - 167:7**   **Altonaga, Bill 10-22-2013 (00:00:17)**   <small>03_21_18 combo final2_1.30</small>

167:3   A. Yeah.  I don't know what thought process was
167:4 behind Dave Rauch's answer.
167:5   Q. Well, if somebody is suggesting that Bard not
167:6 provide the full picture regarding positioning of tilt
167:7 resistance, does that bother you?

**167:9 - 167:9**   **Altonaga, Bill 10-22-2013 (00:00:03)**   <small>03_21_18 combo final2_1.31</small>

167:9   A. In general, yeah, that's a concern.

**168:5 - 168:9**   **Altonaga, Bill 10-22-2013 (00:00:15)**   <small>03_21_18 combo final2_1.32</small>

168:5   Q. Well, you're a medical doctor, and do you at
168:6 least acknowledge that the more information a clinical
168:7 physician has, the better he or she can make decisions
168:8 about what medical device to use in a particular
168:9 patient?

**168:12 - 168:13**   **Altonaga, Bill 10-22-2013 (00:00:02)**   <small>03_21_18 combo final2_1.33</small>

168:12   A. In very general terms, I don't disagree with
168:13 that.

**169:8 - 169:20**   **Altonaga, Bill 10-22-2013 (00:00:42)**   <small>03_21_18 combo final2_1.34</small>

| Page/Line | Source | ID |
|-----------|--------|-----|

03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1

169:8   Q. And if there is instability with respect to
169:9 centering or tilt, do you acknowledge that can have
169:10 harmful effects on a patient?
169:11   A. There can be varying degrees of effect due to
169:12 tilt of a filter.
169:13   Q. Some of which can be significant?
169:14   A. Some of which can be.
169:15   Q. And when I say significant, I'm talking about
169:16 can pose significant health risks to the patient.
169:17   A. Could affect the performance of the filter.
169:18   Q. That can in turn have significant -- pose
169:19 significant health risk to the patient.  Agreed?
169:20   A. I can agree with that statement.

**170:7 - 170:10**   **Altonaga, Bill 10-22-2013 (00:00:13)**   03_21_18 combo final2_1.35

170:7   Q. And if that happened, again, drawing on your
170:8 education and your background and experience in the
170:9 field of medical affairs, do you acknowledge that would
170:10 be inappropriate?

**170:12 - 170:13**   **Altonaga, Bill 10-22-2013 (00:00:03)**   03_21_18 combo final2_1.36

170:12   A. As I said before, under that context, I would
170:13 agree with that statement.

**171:10 - 171:10**   **Altonaga, Bill 10-22-2013 (00:00:02)**   03_21_18 combo final2_1.37

171:10 MR. JOHNSON:  Let's mark that as Exhibit 4.

**172:12 - 172:14**   **Altonaga, Bill 10-22-2013 (00:00:04)**   03_21_18 combo final2_1.38

172:12   Q. All right.  Have you ever seen that string of
172:13 e-mails prior to today?
172:14   A. No, sir.

**179:20 - 180:7**   **Altonaga, Bill 10-22-2013 (00:01:06)**   03_21_18 combo final2_1.39

179:20   Q. Sir, going back to Exhibit 4, the statement
179:21 that this, referring to migration, is true for all
179:22 filters, if the message going forward on the part of
179:23 Bard was that there was no significant difference in the
179:24 rates of complications between the Recovery filter and
180:1 any of the other devices currently marketed in the U.S.,
180:2 if that -- if there was evidence that Bard knew
180:3 otherwise, that that statement was not true, would that
180:4 be an example of misbranding?
180:5   A. I would -- I would have to say that it could be
180:6 looked upon as misrepresentation or misbranding or
180:7 misleading if that, in fact, is true.

**03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1**

| Page/Line | Source | ID |
|---|---|---|

**180:11 - 180:11**   **Altonaga, Bill 10-22-2013 (00:00:01)**   *03_21_18 combo final2_1.40*

180:11   Exhibit 5

**180:21 - 180:22**   **Altonaga, Bill 10-22-2013 (00:00:02)**   *03_21_18 combo final2_1.41*

180:21   Q. Have you ever seen that document?

180:22   A. No, sir.

**182:4 - 182:6**   **Altonaga, Bill 10-22-2013 (00:00:05)**   *03_21_18 combo final2_1.42*

182:4   Q. And for the record, this document is dated

182:5 August 30th of 2004, is it not?

182:6   A. It is.

**182:19 - 183:3**   **Altonaga, Bill 10-22-2013 (00:00:36)**   *03_21_18 combo final2_1.43*

182:19   Q. All right.  And even though this document was

182:20 not supposed to be given to third parties -- it's an

182:21 internal document -- if a spokesperson for Bard publicly

182:22 said or said this to a physician or to a hospital or

182:23 anybody making inquiry that estimates based on available

182:24 data suggests that these types of events are not

183:1 occurring with excess frequency when compared with other

183:2 competitive products, if that was false or misleading,

183:3 would that be another example of misbranding?

**183:5 - 183:24**   **Altonaga, Bill 10-22-2013 (00:01:33)**   *03_21_18 combo final2_1.44*

183:5   A. If that were true, I would say yes.

183:6   Q. Okay.  And I haven't asked you this, but why

183:7 aren't companies supposed to misbrand?  What's the harm?

183:8   A. You mean to knowingly mislead the public?

183:9   Q. Or doctors that are using --

183:10   A. Or doctors, right.

183:11   Q. Yes.  What's the harm?  Why do you not want to

183:12 do it?  When I say not want to do it, why do you -- why

183:13 is it improper to misbrand in a practical everyday

183:14 sense?  What's the public safety element to that?

183:15   A. Because by misleading the public, you're not

183:16 making them aware of all the risks associated with a

183:17 particular issue.

183:18   Q. Okay.  For example, with migration, by telling

183:19 physicians for example, that implant the IVC filter,

183:20 that the available data suggests that migration does not

183:21 occur with excess frequency when compared with other

183:22 competitive products, would you agree that that could be

183:23 influential in decision-making on the part of a doctor

183:24 in choosing a particular IVC filter?

| | | |
|---|---|---|
| | **03_21_18 combo final2_1-Altonaga 10-22-13 Booker Depo Designations Final2.1** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 184:2 - 184:2 | **Altonaga, Bill 10-22-2013 (00:00:01)** | 03_21_18 combo final2_1,45 |
| | 184:2   A. I could interpret it to be that, yes. | |
| 216:11 - 216:21 | **Altonaga, Bill 10-22-2013 (00:00:31)** | 03_21_18 combo final2_1,46 |
| | 216:11   A. But all these | |
| | 216:12 data are based on, it appears to be, MAUDE database.  So | |
| | 216:13 that means that that's only what was reported, not | |
| | 216:14 actually what occurred. | |
| | 216:15   Q. What do you mean by that? | |
| | 216:16   A. Meaning that it's only -- that numerator will | |
| | 216:17 only come if that information is reported, so -- or | |
| | 216:18 published by the FDA on their website.  So, I guess, | |
| | 216:19 again, I'm just trying to show that there could be some | |
| | 216:20 statistical method issues here with how you're comparing | |
| | 216:21 these data. | |
| 243:16 - 243:18 | **Altonaga, Bill 10-22-2013 (00:00:08)** | 03_21_18 combo final2_1,47 |
| | 243:16 Don't you think that the | |
| | 243:17 doctors who are implanting these devices should be aware | |
| | 243:18 of these significant differences in the safety profile? | |
| 243:20 - 243:21 | **Altonaga, Bill 10-22-2013 (00:00:06)** | 03_21_18 combo final2_1,48 |
| | 243:20   A. I think that the doctors should be aware of the | |
| | 243:21 rates of complications associated with these devices.  I | |
| 251:3 - 251:6 | **Altonaga, Bill 10-22-2013 (00:00:08)** | 03_21_18 combo final2_1,49 |
| | 251:3   Q. Did Bard, to your knowledge, ever sponsor a | |
| | 251:4 randomized clinical trial to assess the safety of the | |
| | 251:5 Recovery Filter? | |
| | 251:6   A. That I'm aware of, no. | |
| 261:1 - 261:3 | **Altonaga, Bill 10-22-2013 (00:00:03)** | 03_21_18 combo final2_1,50 |
| | 261:1   Q. First of all, have you ever seen this health | |
| | 261:2 hazard evaluation prior? | |
| | 261:3   A. No, I believe not. | |
| 266:1 - 266:12 | **Altonaga, Bill 10-22-2013 (00:00:40)** | 03_21_18 combo final2_1,51 |
| | 266:1   A. I think that, you know, we're talking about | |
| | 266:2 something that was nine years ago, right?  So you're | |
| | 266:3 asking me a question based on what at that time may have | |
| | 266:4 constituted an ethical approach to conducting a | |
| | 266:5 randomized trial.  A randomized trial means that at the | |
| | 266:6 time the patient presents, they're going to pull out an | |
| | 266:7 envelope and decide whether they get a filter or not, | |
| | 266:8 for instance.  And there may be some medical -- | |
| | 266:9 legal-medical ethical issues associated with that | |

| Page/Line | Source | ID |
|---|---|---|

266:10 practice.  So when it involves a device that has
266:11 mortality associated with it, one has to consider that,
266:12 so that would be one challenge associated with a trial.

Plaintiffs Designations = 00:13:20
Defense Designations = 00:04:27
Their Conditionals = 00:00:18
**Total Time = 00:18:05**

# EXHIBIT L

**Designation Run Report**

# Ferrara 04-07-17 Booker Depo Designations Final3

---

**Ferrara, Robert 04-07-2017**

---

**Plaintiffs Designations  00:11:10**

**Plaintiffs Counters  00:00:49**

**Defense Designations  00:06:31**

**Total Time  00:18:30**



| Page/Line | Source | ID |
|---|---|---|

**03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3**

| 12:5 - 12:7 | **Ferrara, Robert 04-07-2017 (00:00:02)** | 03_21_18 combo final3.1 |

12:5   Q. please just state your
12:6 name for the record?
12:7   A. Sure.  Robert Ferrara.

| 100:7 - 100:8 | **Ferrara, Robert 04-07-2017 (00:00:03)** | 03_21_18 combo final3.4 |

100:7   Q. Mr. Ferrara, let me show you
100:8 Exhibit Number 3.

| 101:14 - 101:23 | **Ferrara, Robert 04-07-2017 (00:00:32)** | 03_21_18 combo final3.5 |

101:14   Q. And what is that document, or
101:15 what does it appear to be?
101:16   A. It appears to be an e-mail from
101:17 Regina to myself, Regina my manager I'm
101:18 assuming at the time.  I guess -- I don't
101:19 remember this specific document, but it
101:20 looks like it was some time that she rode
101:21 with me in the field and it looks like a
101:22 snapshot of her feelings and follow-up on
101:23 it.

| 103:16 - 103:23 | **Ferrara, Robert 04-07-2017 (00:00:23)** | 03_21_18 combo final3.8 |

103:16   Q. Did she, or tell us
103:17 what she said in there about the doctor
103:18 seeing you as a trusted advisor.
103:19   A. "You have done an excellent job
103:20 in building a strong relationship with
103:21 everybody in IR.  Your role there is not
103:22 sales -- a salesperson.  You are seen as a
103:23 trusted advisor."

| 104:12 - 104:24 | **Ferrara, Robert 04-07-2017 (00:00:30)** | 03_21_18 combo final3.12 |

104:12   Q. Did you consider yourself a
104:13 trusted advisor to the physicians?
104:14 ***
104:15 ***
104:16   A. I considered myself a help in
104:17 any way I could be.
104:18   Q. Can you keep reading the
104:19 highlighted portion, please?
104:20   A. "The radiologists and support
104:21 staff look to you for clinical knowledge."
104:22   Q. Do you agree with that
104:23 statement?

| Page/Line | Source | ID |
|---|---|---|
| | 03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3 | |

104:24   A. At times, sure.

| 105:6 - 105:9 | **Ferrara, Robert 04-07-2017 (00:00:04)** | 03_21_18 combo final3.13 |

105:6   Q. Please read the
105:7 portion that's highlighted under "Clinical
105:8 knowledge."
105:9   A. Okay.

| 105:18 - 106:5 | **Ferrara, Robert 04-07-2017 (00:00:25)** | 03_21_18 combo final3.14 |

105:18 So, the highlighted portion
105:19 reads:  "Prior to the retrieval at RWJ in
105:20 the open New Jersey territory, you did a
105:21 good job detailing the difference between
105:22 the Recovery and the G2.  You know the
105:23 features and benefits, as well as recent
105:24 literature regarding the performance of
106:1 the filters.  The doctor was impressed
106:2 that you knew what article he was
106:3 referring to on migration and was able to
106:4 share with you -- share your thoughts with
106:5 him."

| 111:6 - 111:22 | **Ferrara, Robert 04-07-2017 (00:00:43)** | 03_21_18 combo final3.15 |

111:6   Q. Would you agree or
111:7 disagree that the clinical knowledge that
111:8 you would be giving your clients would be
111:9 knowledge of a product's strengths and
111:10 weaknesses?
111:11   A. Potentially.
111:12   Q. Would you agree that a primary
111:13 concern of Bard in developing and selling
111:14 medical products need to be the safety of
111:15 the patient?
111:16   A. Sure, I think it's reasonable.
111:17   Q. And would you agree that doctors
111:18 need to be able to trust you in giving
111:19 them information that's reliable and
111:20 trustworthy about the products?
111:21   A. I -- I believe that we have to
111:22 give them accurate information.

| 111:23 - 112:2 | **Ferrara, Robert 04-07-2017 (00:00:09)** | 03_21_18 combo final3.16 |

111:23   Q. Do you believe that that
111:24 information needs to be updated on a

| Page/Line | Source | ID |
|---|---|---|
| | 03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3 | |

112:1 regular and ongoing basis when the
112:2 information changes over time?

**112:5 - 112:12**  **Ferrara, Robert 04-07-2017 (00:00:21)**    03_21_18 combo final3.17

112:5   A. I don't know if I necessarily
112:6 agree with that from the standpoint of
112:7 what re -- so, what actually require --
112:8 requires dissemination of new information,
112:9 what is new information, what is -- what
112:10 does Bard deem necessary, because there --
112:11 there's new information about everything
112:12 all the day -- every day.

**113:7 - 114:2**  **Ferrara, Robert 04-07-2017 (00:00:41)**    03_21_18 combo final3.18

113:7   Q. All right.  But if you learn
113:8 information that would potentially affect
113:9 a doctor's decision about whether to
113:10 implant a product and it's not on this
113:11 approved dissemination list, do you feel a
113:12 responsibility to tell the doctor that
113:13 information?
113:14   A. Whatever -- whatever -- any
113:15 information that's unapproved for me to
113:16 disseminate to a physician I will not
113:17 disseminate to a physician.
113:18   Q. So you're relying on Bard to
113:19 give you the go-ahead on disseminating any
113:20 information?
113:21   A. On -- on -- on approved
113:22 information, yeah.
113:23   Q. All right.  So if it wasn't
113:24 approved by Bard, you weren't
114:1 disseminating it?
114:2   A. As far as I know.

**116:9 - 116:16**  **Ferrara, Robert 04-07-2017 (00:00:15)**    03_21_18 combo final3.19

116:9   Q. Do you agree or disagree that
116:10 marketing materials put out by a
116:11 manufacturer, in this situation Bard, I'll
116:12 break it down, should be truthful?
116:13   A. Yes.
116:14   Q. Should the marketing materials
116:15 put out by Bard be accurate?

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3

116:16   A. Yes.

116:17 - 116:19   **Ferrara, Robert 04-07-2017 (00:00:06)**   03_21_18 combo final3.20

116:17   Q. Should the marketing materials
116:18 put out by Bard contain all pertinent
116:19 information for a doctor?

116:22 - 116:24   **Ferrara, Robert 04-07-2017 (00:00:07)**   03_21_18 combo final3.21

116:22   A. As defined by what Bard has
116:23 approved and data for and can back up,
116:24 claims that they can back up.

117:1 - 117:9   **Ferrara, Robert 04-07-2017 (00:00:22)**   03_21_18 combo final3.22

117:1   Q. So you think that's up to Bard
117:2 to decide what's pertinent?
117:3   A. I think that anything put in a
117:4 Bard piece of literature has to be
117:5 approved by Bard legal and internal
117:6 processes.
117:7   Q. Okay.
117:8   A. And I don't know anything about
117:9 those processes and have no input on them.

121:1 - 121:5   **Ferrara, Robert 04-07-2017 (00:00:17)**   03_21_18 combo final3.23

121:1   Q. When you first started selling
121:2 the IVC filters, even on a limited basis,
121:3 what was your understanding about any
121:4 testing that had been done for the safety
121:5 of the -- let's start with the Simon?

121:9 - 122:7   **Ferrara, Robert 04-07-2017 (00:00:59)**   03_21_18 combo final3.24

121:9   A. I don't -- I don't really have
121:10 any knowledge of any of the testing.
121:11   Q. All right.  Do you have any
121:12 knowledge whatsoever of the testing done
121:13 by Bard for the safety or effectiveness of
121:14 the Recovery filter?
121:15   A. No.
121:16   Q. Did Bard, in your training
121:17 session in Arizona, discuss any sort of
121:18 testing that you recall?
121:19   A. Not that I recall.
121:20   Q. Do you think a doctor would
121:21 expect that testing had been done on a
121:22 product for its safety and effectiveness

03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3

| Page/Line | Source | ID |
|---|---|---|

121:23 prior to it being released into the
121:24 market?
122:1   A. I think as a general assumption,
122:2 physicians would expect that products are
122:3 tested before they're released to the
122:4 market.
122:5   Q. Would you agree or disagree that
122:6 it is a good idea to hide data or studies
122:7 from a doctor on a product?

**122:10 - 122:11**     **Ferrara, Robert 04-07-2017 (00:00:06)**     03_21_18 combo final3.25

122:10   A. I don't think that it is a good
122:11 idea to -- to do that.

**124:22 - 125:6**     **Ferrara, Robert 04-07-2017 (00:00:26)**     03_21_18 combo final3.27

124:22   Q. Would you do that in writing in
124:23 addition to calling or e-mailing, like a
124:24 report I mean?
125:1   A. I -- no.  I think that all we
125:2 did was relay the facts -- we had to relay
125:3 the facts of the event, and I believe I
125:4 did that via phone.  I don't know if we
125:5 ever did it via e-mail, but that was
125:6 essentially the process.

**131:11 - 131:19**     **Ferrara, Robert 04-07-2017 (00:00:24)**     03_21_18 combo final3.28

131:11   Q. And do you know whether Bard
131:12 tracked the issues, problems, concerns,
131:13 failures that arose with the filters?
131:14   A. I don't really know what they
131:15 did with the data.  I know they had to
131:16 capture it all.
131:17   Q. Did they ever provide you as a
131:18 sales rep with any of that information?
131:19   A. Not that I recall.

**133:15 - 135:5**     **Ferrara, Robert 04-07-2017 (00:02:10)**     03_21_18 combo final3.29

133:15   Q. Did you have an understanding at
133:16 that point when you first started working
133:17 there, after your training of course, of
133:18 the difference between the Simon and the
133:19 Recovery?
133:20   A. Again, being newer, I knew some
133:21 differences in the broad strokes.

| Page/Line | Source | ID |
|---|---|---|

133:22   Q. And what was the basic
133:23 difference between the two?
133:24   A. So, the -- if memory serves
134:1 correct, the Simon Nitinol had a femoral,
134:2 a jugular and an antecubital.  The
134:3 Recovery had a femoral in terms of a
134:4 access site kit.  The Recovery was
134:5 retrievable.  The Simon Nitinol -- the
134:6 Recovery was permanent or retrievable.
134:7 The Simon Nitinol was permanent only.
134:8 The general feedback was that
134:9 physicians preferred the Recovery, then
134:10 the Simon Nitinol.  The Simon Nitinol was
134:11 a very good filter.  It was the -- I
134:12 believe it was the first low profile
134:13 filter that was out, and a lot of people
134:14 had experience with that.
134:15 The big kind of discrepancy
134:16 between the two was when the Simon Nitinol
134:17 was introduced into the patient for
134:18 deployment, they -- it appeared -- it was
134:19 pack -- it was compressed on the wire or
134:20 packaged and it was very long, and then
134:21 when you actually deployed it in the
134:22 patient, there was a foreshortening of the
134:23 device and it would make it -- it would
134:24 make it not a direct one-to-one
135:1 positioning of where you would end up with
135:2 it, and physicians preferred, for the most
135:3 part, the Recovery that where it sat is
135:4 pretty much where it was deployed.  So
135:5 those were some of the big differences.

**137:19 - 138:2**   **Ferrara, Robert 04-07-2017 (00:00:29)**   03_21_18 combo final3:30

137:19   Q. What does the term "tilt" mean?
137:20   A. So, I believe the term "tilt," I
137:21 assume you are saying with respect to
137:22 filters, is that if in a perfect world in
137:23 a perfect cava in a perfect tube it would
137:24 sit perpendicular to the cava wall, that a
138:1 tilt would indicate that it was not

| Page/Line | Source | ID |
|---|---|---|

**03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3**

138:5 - 138:15

138:2 perpendicular to the cava wall.
**Ferrara, Robert 04-07-2017 (00:00:32)**
138:5 Is it supposed to be straight up
138:6 and down;  it's supposed to be --
138:7   A. Well, it's hard to really --
138:8 it's hard to really talk -- you could talk
138:9 in ideal terms.  In I -- in a perfectly
138:10 ideal world, which God does not tend to
138:11 create in our bodies, from my experience,
138:12 the cava would be a perfectly straight up
138:13 and down, totally concentric tube, and the
138:14 filter would sit straight up and down,
138:15 totally concentric in that tube.

*03_21_18 combo final3.31*

142:15 - 142:19

**Ferrara, Robert 04-07-2017 (00:00:11)**
142:15   Q. The question is is tilt,
142:16 migration, fracture and perforation a good
142:17 thing?
142:18   A. Tilt, migration, fracture and
142:19 perforation are not a good thing.

*03_21_18 combo final3.37*

143:3 - 143:6

**Ferrara, Robert 04-07-2017 (00:00:04)**
143:3   Q. Can they be hazardous to a
143:4 patient's health?
143:5   A. They can be benign or hazardous
143:6 to a patient's health.

*03_21_18 combo final3.38*

204:18 - 204:22

**Ferrara, Robert 04-07-2017 (00:00:09)**
204:18 Were you ever given any
204:19 information about any differences between
204:20 the Recovery fracture rates and any other
204:21 IVC filter?
204:22   A. No.

*03_21_18 combo final3.42*

225:22 - 226:4

**Ferrara, Robert 04-07-2017 (00:00:15)**
225:22   Q. And was it being marketed
225:23 as having reduced tilt?
225:24   A. Sure.
226:1   Q. Was it being marketed as
226:2 increased fracture resistance, as having
226:3 increased fracture resistance?
226:4   A. Sure.

*03_21_18 combo final3.43*

226:5 - 226:5

**Ferrara, Robert 04-07-2017 (00:00:08)**
226:5 Enhanced fracture resistance.

*03_21_18 combo final3.44*

| Page/Line | Source | ID |
|---|---|---|

| Page/Line | Source | ID |
|---|---|---|
| 226:22 - 227:5 | **Ferrara, Robert 04-07-2017 (00:00:16)** | 03_21_18 combo final3.45 |
| | 226:22   Q. Okay.  Because at this time when | |
| | 226:23 the G2 filter came out, the Simon was | |
| | 226:24 still available? | |
| | 227:1   A. The Simon Nitinol filter.  Yeah, | |
| | 227:2 the Simon Nitinol filter, I believe, was | |
| | 227:3 still available.  A lot of physicians | |
| | 227:4 didn't use it.  So I maybe had a -- a | |
| | 227:5 couple of guys who ordered it. | |
| 231:3 - 231:7 | **Ferrara, Robert 04-07-2017 (00:00:16)** | 03_21_18 combo final3.46 |
| | 231:3   Q. Please take a look | |
| | 231:4 at Exhibit 19, which is an e-mail from | |
| | 231:5 David Ciavarella to Brian Barry.  That | |
| | 231:6 e-mail's dated December 27th of 2005. | |
| | 231:7   A. Okay. | |
| 231:22 - 232:1 | **Ferrara, Robert 04-07-2017 (00:00:08)** | 03_21_18 combo final3.47 |
| | 231:22   Q. This e-mail chain | |
| | 231:23 has to do with caudal migrations of the | |
| | 231:24 G2; is that right? | |
| | 232:1   A. It appears to, yeah. | |
| 232:10 - 233:5 | **Ferrara, Robert 04-07-2017 (00:00:59)** | 03_21_18 combo final3.48 |
| | 232:10   Q. Do you see that David Ciavarella | |
| | 232:11 says that:  "The G2 is a permanent filter | |
| | 232:12 and we also have one, the Simon Nitinol, | |
| | 232:13 that has virtually no complaints | |
| | 232:14 associated with it.  Why shouldn't doctors | |
| | 232:15 be using that one rather than the G2?" | |
| | 232:16   A. Okay. | |
| | 232:17   Q. Okay.  Did you know as of | |
| | 232:18 December 2005 that there were concerns | |
| | 232:19 about caudal migration with the G2? | |
| | 232:20   A. So, I knew that there were | |
| | 232:21 incidents of caudal migrations with the | |
| | 232:22 G2.  I can't give you a specific time | |
| | 232:23 frame that I was aware of them. | |
| | 232:24   Q. Okay.  Do you recall ever | |
| | 233:1 discussing the caudal migration issue with | |
| | 233:2 your physicians that you were seeing? | |
| | 233:3   A. I can't -- we may have discussed | |
| | 233:4 it.  I can't recall a specific incidence | |

| Page/Line | Source | ID |
|---|---|---|

233:5 of discussing.

| 233:12 - 233:17 | **Ferrara, Robert 04-07-2017 (00:00:12)** | 03_21_18 combo final3.49 |

233:12   Q. Did you ever talk to Dr.

233:13 D'Ayala --

233:14   A. D'Ayala.

233:15   Q. D'Ayala about caudal migration

233:16 with the G2?

233:17   A. I couldn't say specifically.

| 249:17 - 249:19 | **Ferrara, Robert 04-07-2017 (00:00:07)** | 03_21_18 combo final3.50 |

249:17   Q. Were you aware while you were

249:18 working at Bard that the G2 had more

249:19 caudal migrations than the Recovery?

| 249:22 - 250:8 | **Ferrara, Robert 04-07-2017 (00:00:24)** | 03_21_18 combo final3.51 |

249:22   A. I wasn't privy to the numbers

249:23 for both of them.  So I wouldn't be privy

249:24 to any of that.

250:1   Q. So, the same would be true about

250:2 the more tilting and more perforations?

250:3   A. Any tilting or any perforation

250:4 rate I would not have specific access to.

250:5   Q. All right.  So I would take it

250:6 from this answer you would have not been

250:7 able to relay that information to Dr.

250:8 D'Ayala?

| 250:15 - 250:17 | **Ferrara, Robert 04-07-2017 (00:00:05)** | 03_21_18 combo final3.52 |

250:15   A. I could not have passed

250:16 to Dr. D'Ayala any information that I

250:17 didn't have or was approved to give him.

| 250:22 - 251:21 | **Ferrara, Robert 04-07-2017 (00:00:52)** | 03_21_18 combo final3.53 |

250:22   Q. Have you ever heard of the

250:23 migration push test?

250:24   A. No.

251:1   Q. Are you aware of any kind of

251:2 test done by Bard to determine how much

251:3 force any of its filters could endure

251:4 before they migrated?

251:5   A. Anecdotally I may have heard

251:6 that they did some type of testing, but I

251:7 couldn't tell you any specifics.

251:8   Q. Were you ever given any

| Page/Line | Source | ID |
|---|---|---|

251:9 information from that study that compared
251:10 the G2 to any other filters?
251:11   A. Which study?
251:12   Q. The migration push test?
251:13   A. No, I was not given any
251:14 information from any test.
251:15   Q. So again, if you didn't have
251:16 that information, you would not be able to
251:17 provide that information to any of the
251:18 physicians that you worked with?
251:19   A. Correct, I could not provide any
251:20 information I did not have or was approved
251:21 to give.

**283:8 - 283:13**   **Ferrara, Robert 04-07-2017 (00:00:17)**    03_21_18 combo final3.54

283:8   Q. All right.  So, in terms of any
283:9 studies that Bard did comparing their
283:10 filter, either the Recovery or the G2, to
283:11 other filters, you don't think that they
283:12 had to -- the responsibility to share that
283:13 information?

**283:16 - 283:19**   **Ferrara, Robert 04-07-2017 (00:00:07)**    03_21_18 combo final3.55

283:16   A. I don't feel they had the
283:17 responsibility to share any information
283:18 that's not level 1A evidence, like a true
283:19 clinical trial.

**284:12 - 284:16**   **Ferrara, Robert 04-07-2017 (00:00:18)**    03_21_18 combo final3.56

284:12   Q. do you think it's being
284:13 honest not to tell her physician that the
284:14 filter that's about to be implanted into
284:15 her body has a greater propensity to tilt,
284:16 migrate, or penetrate than other filters?

**284:22 - 285:7**   **Ferrara, Robert 04-07-2017 (00:00:33)**    03_21_18 combo final3.57

284:22 I think that Dr. D'Ayala
284:23 specifically was made aware of the
284:24 potential complications of the IVC filter
285:1 and all IVC filters.  You're describing
285:2 complications, known complications of an
285:3 IVC filter, and I don't believe there is
285:4 any level 1A evidence about any type of
285:5 comparison between that filter and any

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo final3-Ferrara 04-07-17 Booker Depo Designations Final3

| | | |
|---|---|---|
| | 285:6 other filter that would be appropriate and<br>285:7 approved to share with anyone. | |
| 291:2 - 291:14 | **Ferrara, Robert 04-07-2017 (00:00:40)** | 03_21_18 combo final3.59 |
| | 291:2   Q. Dr. D'Ayala has<br>291:3 testified that he would have liked to have<br>291:4 the information that was available about<br>291:5 the G2 filter, that it was more likely to<br>291:6 caudally migrate, more likely to tilt,<br>291:7 more likely to perforate.  He would have<br>291:8 liked to have had that information before<br>291:9 he implanted any filter into Ms. Booker.<br>291:10 Do you have any reason that he<br>291:11 would not have been entitled to that<br>291:12 information other than your -- what you've<br>291:13 testified to, that it wasn't clinical<br>291:14 testing? | |
| 291:17 - 291:24 | **Ferrara, Robert 04-07-2017 (00:00:15)** | 03_21_18 combo final3.60 |
| | 291:17   A. I feel that if Dr. D'Ayala<br>291:18 wanted specific information and had<br>291:19 requested it from the company, the company<br>291:20 should do the best they can to comply with<br>291:21 his request.<br>291:22   Q. Well, you can't request<br>291:23 information that you don't know exists,<br>291:24 right? | |
| 292:3 - 292:10 | **Ferrara, Robert 04-07-2017 (00:00:19)** | 03_21_18 combo final3.61 |
| | 292:3   A. I don't know because I don't<br>292:4 know what exists either.<br>292:5   Q. Well, I mean, if he were sitting<br>292:6 there implanting these G2 filters and he<br>292:7 did not know that they were tilting and<br>292:8 perforating on a higher rate than other<br>292:9 filters, how would he know to ask that<br>292:10 question? | |
| 292:13 - 293:1 | **Ferrara, Robert 04-07-2017 (00:00:31)** | 03_21_18 combo final3.62 |
| | 292:13   A. So, I don't know -- so, when you<br>292:14 say that -- when you say tilting and<br>292:15 migration and that, those are all known<br>292:16 complications.<br>292:17 In terms of higher and not | |

| Page/Line | Source | ID |
|---|---|---|

292:18 higher, I cannot speak to you because I do
292:19 not know that to be fact.
292:20 So, what he would like to have
292:21 is, you know, his want, and the company
292:22 should do the best they can with that
292:23 want, but I cannot comment on what they
292:24 should have, would have, could have done
293:1 had he requested specific information.

**307:19 - 308:8**   **Ferrara, Robert 04-07-17 (00:00:25)**   03_21_18 combo final3.71

307:19   Q. I think it's safe to say that
307:20 plaintiff's counsel has suggested that
307:21 Bard hid information from doctors
307:22 regarding IVC filters.
307:23 Is that characterization
307:24 consistent with your experience at Bard?
308:1   A. No.
308:2   Q. Did you ever feel pressured by
308:3 anyone at Bard to hide information from
308:4 physicians about Bard filters?
308:5   A. No.
308:6   Q. Did anyone at Bard ever ask you
308:7 to downplay risks with Bard filters?
308:8   A. No.

**308:24 - 309:4**   **Ferrara, Robert 04-07-2017 (00:00:10)**   03_21_18 combo final3.72

308:24   Q. In your experience, last 16
309:1 years experience in pharmaceutical or
309:2 medical device industry working with
309:3 doctors, what type of data do physicians
309:4 want to be provided?

**309:7 - 309:9**   **Ferrara, Robert 04-07-2017 (00:00:08)**   03_21_18 combo final3.73

309:7   A. So, again, each physician being
309:8 different, in my experience, they want
309:9 level 1A evidence data

**309:11 - 309:14**   **Ferrara, Robert 04-07-2017 (00:00:06)**   03_21_18 combo final3.74

309:11   Q. Do you have any reason to
309:12 believe that Bard withheld level 1 data
309:13 from you?
309:14   A. No.

| Page/Line | Source | ID |
|-----------|--------|-----|

Plaintiffs Designations = 00:11:10
Plaintiffs Counters = 00:00:49
Defense Designations = 00:06:31
**Total Time = 00:18:30**

# EXHIBIT M

**Designation Run Report**

# Greer 08-11-14 Booker Depo Designations Final

---

**Greer, Jason 08-11-2014**

---

**PlaintiffsDesignations  00:02:16**

**Defense Designations  00:02:26**

**Total Time  00:04:42**



ID:03_21_18 combo

| Page/Line | Source | ID |
|---|---|---|
| | **03_21_18 combo-Greer 08-11-14 Booker Depo Designations Final** | |

| Page/Line | Source | ID |
|---|---|---|
| 22:12 - 22:16 | **Greer, Jason 08-11-2014 (00:00:15)** | 03_21_18 combo.3 |
| | 22:12   Q. And was that the Lone Star territory? | |
| | 22:13   A. No.  That was my region when I was a regional sales | |
| | 22:14 manager.  My territory when I had it was Memphis.  It didn't | |
| | 22:15 really have a territory name.  It may have been called Memphis. | |
| | 22:16 I don't know. | |
| 23:23 - 24:7 | **Greer, Jason 08-11-2014 (00:00:21)** | 03_21_18 combo.5 |
| | 23:23   Q. While you were a district manager, your | |
| | 23:24 district was called the Lone Star State district, though, | |
| | 23:25 right? | |
| | 24:1   A. Yes. | |
| | 24:2   Q. Okay. | |
| | 24:3   A. Well, I believe it was -- yeah.  I can't remember if | |
| | 24:4 it was a period when I had Texas and part of Tennessee where we | |
| | 24:5 weren't Lone Star, and then there was a period when I just had | |
| | 24:6 Memphis and Texas, but I think it's all semantics.  I had | |
| | 24:7 Texas. | |
| 59:22 - 59:24 | **Greer, Jason 08-11-2014 (00:00:08)** | 03_21_18 combo.6 |
| | 59:22   Q. Now, were you ever made aware that according to | |
| | 59:23 Bard's own policy and procedure, the Recovery filter had an | |
| | 59:24 unacceptable risk level and required product correction? | |
| 60:1 - 60:5 | **Greer, Jason 08-11-2014 (00:00:22)** | 03_21_18 combo.7 |
| | 60:1   A. I was aware that, as with every product I've ever | |
| | 60:2 sold, that there are opportunities to develop and improve the | |
| | 60:3 product, especially when the rates are more in the median of | |
| | 60:4 accepted rates, that you work to improve them, and there's | |
| | 60:5 constantly engineers working on improving current products. | |
| 60:6 - 60:9 | **Greer, Jason 08-11-2014 (00:00:06)** | 03_21_18 combo.8 |
| | 60:6   Q. When you were at | |
| | 60:7 Bard, were you ever made aware that the Recovery filter | |
| | 60:8 according to Bard's own policy and procedure had an | |
| | 60:9 unacceptable risk level? | |
| 60:11 - 60:13 | **Greer, Jason 08-11-2014 (00:00:12)** | 03_21_18 combo.9 |
| | 60:11   A. There was -- there was -- the question was raised by | |
| | 60:12 sales people when I was a sales manager, and the response of | |
| | 60:13 the company was always that the rates were acceptable. | |
| 115:12 - 115:18 | **Greer, Jason 08-11-2014 (00:00:28)** | 03_21_18 combo.10 |
| | 115:12 it's -- it's in defense, in the defensive position.  I don't | |
| | 115:13 know how Mark did it.  You would have to ask him.  But I can | |
| | 115:14 only tell you when I read that, I would think, in a defensive | |

| 03_21_18 combo-Greer 08-11-14 Booker Depo Designations Final | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

115:15 position, where a competitor is bringing up the subject that
115:16 the purpose of the MAUDE database is not to bash the other
115:17 filters, which I previously stated, but to illustrate there's
115:18 not a perfect filter and there's ongoing reporting database.

140:7 - 140:10     **Greer, Jason 08-11-2014 (00:00:12)**     03_21_18 combo.11

140:7 the legs were reformed to help make the device stronger.  I
140:8 haven't sold one device ever that the company isn't working on
140:9 getting improvements to the product based on their failure
140:10 rates.

145:15 - 145:15     **Greer, Jason 08-11-2014 (00:00:02)**     03_21_18 combo.12

145:15   Q. Let's mark this as Exhibit No. 7, I believe.

146:5 - 147:9     **Greer, Jason 08-11-2014 (00:01:26)**     03_21_18 combo.13

146:5   Q. Do you agree that this is an e-mail from you dated
146:6 March 16, 2006, to Janet Hudnall?
146:7  A. Yes.
146:8   Q. Okay.  See this paragraph here I'm pointing to?
146:9  A. (Reviews.)  Yeah.
146:10   Q. Okay.  Can you read that e-mail to the jury, please?
146:11  A. Sure.  "I was thinking how far we've come in a year
146:12 as" --
146:13   Q. I'm sorry.  Start at the beginning, "By the way."
146:14  A. By the way, you know what I was thinking about
146:15 today.  I was thinking about how far we've come in a year as
146:16 far as filter problems.  I know we are having a few problems,
146:17 but do you freaking remember what it was like a year ago?  Do
146:18 you remember what it was like two years ago?  I don't know if
146:19 it can get any worse.  You weathered the storm as well as
146:20 anyone -- anyone could have.  If you do decide to interview
146:21 for new positions, you better document what you did because I
146:22 don't think there are many better business case studies for a
146:23 terrible situation that was held together with scotch tape,
146:24 smoke, mirrors, crying, et cetera.  You should be pretty proud
146:25 of yourself.
147:1   Q. In this e-mail you are referring to Bard's filters.
147:2 Right?
147:3  A. Yeah.
147:4   Q. And at that time, it was the Recovery filter that you
147:5 were referring to.  Correct?
147:6  A. Yes.
147:7   Q. Okay.  And you are stating that in 2004, the

| Page/Line | Source | ID |
|---|---|---|

03_21_18 combo-Greer 08-11-14 Booker Depo Designations Final

147:8 situation was bad; in 2005, it was terrible.  Right?
147:9   A. That's correct.  It was -- it was rough.

147:20 - 148:2   **Greer, Jason 08-11-2014 (00:00:35)**   *03_21_18 combo.14*

147:20   Q. In this e-mail are you stating that
147:21 Janet Hudnall held together the Recovery filter situation in
147:22 2004 and 2005 with scotch tape, smoke, mirrors, crying,
147:23 et cetera?
147:24   A. I would say that we all take patient complications
147:25 very hard.  And then it was an incredibly emotional time where
148:1 our customers were emotional.  And holding all of that together
148:2 was -- was difficult.

148:18 - 148:22   **Greer, Jason 08-11-2014 (00:00:17)**   *03_21_18 combo.16*

148:18 In this e-mail, are you
148:19 stating that -- to Janet Hudnall, that in 2004 and 2005 she
148:20 held together a terrible situation regarding the Recovery
148:21 filter with scotch tape, smoke, mirrors, crying, et cetera?
148:22   A. That's what is written there, yes, sir.

170:3 - 170:6   **Greer, Jason 08-11-2014 (00:00:09)**   *03_21_18 combo.21*

170:3   Q. Do you have any reason to believe that you would have
170:4 ever warned a physician that the Recovery filter had a higher
170:5 reported failure rate than other devices?
170:6   A. No. I don't think so.

PlaintiffsDesignations = 00:02:16
Defense Designations = 00:02:26
**Total Time = 00:04:42**

# EXHIBIT N

**Designation Run Report**

# Ganser 10-11-16 Booker Depo Designations Final 2.1

_____

**Ganser, Christopher 10-11-2016**
_____

| | |
|---|---|
| **Plaintiffs Designations  00:09:39** | |
| **Defense Designations  00:00:06** | |
| **Plaintiffs Counters  00:00:14** | |
| **Defense Designations   00:06:24** | |

**Total Time  00:16:23**



| Page/Line | Source | ID |
|---|---|---|

**3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1**

| Page/Line | Source | ID |
|---|---|---|

6:24 - 7:2     **Ganser, Christopher 10-11-2016 (00:00:03)**    3_21_18 combo Final2_1.1

6:24   Q. State your full name, please, for the
7:1 record.
7:2   A. Christopher David Ganser.

44:13 - 44:18     **Ganser, Christopher 10-11-2016 (00:00:14)**    3_21_18 combo Final2_1.5

44:13   Q. I keep hearing that one of the benefits
44:14 was -- I mean, these weren't being put in patients for
44:15 the folly of just taking them out, right?  That wasn't
44:16 the purpose of putting them in, just to put them in and
44:17 let's see if we can take them out later.  I'm not being
44:18 facetious about that.

44:18 - 44:23     **Ganser, Christopher 10-11-2016 (00:00:14)**    3_21_18 combo Final2_1.6

44:18 That wasn't the purpose for
44:19 these things being implanted, true?
44:20   A. The purpose was, as we have agreed, was
44:21 to, you know, trap clot burden, lyse the clot burden,
44:22 prevent that clot from migrating to the heart.  That
44:23 was the purpose of the filter.

46:1 - 46:5     **Ganser, Christopher 10-11-2016 (00:00:11)**    3_21_18 combo Final2_1.7

46:1   Q. And do you agree that the consequence of
46:2 a product being adulterated is that it may not be
46:3 marketed until and unless it's adulterated quality is
46:4 rectified?
46:5   A. Yes.

49:6 - 49:8     **Ganser, Christopher 10-11-2016 (00:00:03)**    3_21_18 combo Final2_1.8

49:6   Q. And you agree that the company is
49:7 required to follow this law?
49:8   A. Yes.

50:11 - 50:24     **Ganser, Christopher 10-11-2016 (00:00:40)**    3_21_18 combo Final2_1.9

50:11 Sir, on the issue of the substantial
50:12 equivalence, do you agree that a manufacturer who
50:13 submits a 510(k) application must assure that any
50:14 device submitted under the 510(k) route be as safe and
50:15 effective as its predicate device and not raise new
50:16 questions about safety or effectiveness?
50:17   A. I believe that's a requirement.
50:18   Q. And that should maintain itself
50:19 throughout the life of the product, right, not just for
50:20 purposes of getting clearance.  It should maintain that
50:21 quality throughout the life of the device that got

| Page/Line | Source | ID |
|---|---|---|
| | 50:22 cleared through the 510(k); wouldn't you agree with<br>50:23 that?<br>50:24  A. Yes. | |
| 51:1 - 51:4 | **Ganser, Christopher 10-11-2016 (00:00:10)**<br>51:1  Q. Because to get 510(k) clearances, you<br>51:2 don't have to do a clinical trial, right?<br>51:3  A. It depends upon the device and what the<br>51:4 FDA requirements are. | 3_21_18 combo Final2_1.10 |
| 53:8 - 54:1 | **Ganser, Christopher 10-11-2016 (00:01:01)**<br>53:8  Q. And in the instance of the Recovery<br>53:9 filter, the bench testing was represented to FDA as<br>53:10 being -- the results being that it was equivalent for<br>53:11 migration to the Simon Nitinol filter?<br>53:12  A. Again, without looking at the 510(k), I<br>53:13 can't say that specifically.  I would assume it did.<br>53:14  Q. I mean, you would have had to, or you<br>53:15 wouldn't have got 510(k) clearance?<br>53:16  A. Right.<br>53:17  Q. But you and I agree that the bench<br>53:18 testing is not the be all, end all.  You've now got to<br>53:19 see whether or not the bench testing plays itself out<br>53:20 in the real clinical world once it gets implanted in<br>53:21 patients, right?<br>53:22  A. You have to -- you have to monitor the<br>53:23 product and as part of a postmarketing surveillance<br>53:24 process and make a determination is the product as good<br>54:1 as what you tried to determine on the bench. | 3_21_18 combo Final2_1.12 |
| 54:2 - 54:14 | **Ganser, Christopher 10-11-2016 (00:00:25)**<br>54:2  Q. And on the bench it seemed that the<br>54:3 Recovery filter was just as good as the Simon Nitinol<br>54:4 filter when it came to migration resistance, right?<br>54:5  A. Again, without having the data in front<br>54:6 of me to look at, it seems just as good.  That's kind<br>54:7 of a vague term.<br>54:8  Q. Well, how about substantially<br>54:9 equivalent?<br>54:10  A. Substantially equivalent, again, we<br>54:11 wouldn't have gotten the indication if it wasn't.<br>54:12  Q. Right, and it didn't raise new issues of<br>54:13 safety and effectiveness? | 3_21_18 combo Final2_1.13 |

| | | |
|---|---|---|
| | **3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1** | |
| **Page/Line** | **Source** | **ID** |

54:14   A. It did not.

| 54:15 - 54:19 | **Ganser, Christopher 10-11-2016 (00:00:17)** | 3_21_18 combo Final2_1.14 |

54:15   Q. But, actually, when the Recovery filter
54:16 started being implanted in patients after the 510(k)
54:17 clearance, it did start to show new signs of safety and
54:18 effectiveness issues that were different than the Simon
54:19 Nitinol filter, true?

| 54:20 - 54:21 | **Ganser, Christopher 10-11-2016 (00:00:01)** | 3_21_18 combo Final2_1.15 |

54:20   A. We started receive --
54:21   Q. Sir, is that true?

| 54:22 - 54:24 | **Ganser, Christopher 10-11-2016 (00:00:08)** | 3_21_18 combo Final2_1.16 |

54:22   A. We started seeing complaints associated
54:23 with Recovery migration that we had not experienced
54:24 previously with the Simon Nitinol filter.

| 55:1 - 55:10 | **Ganser, Christopher 10-11-2016 (00:00:26)** | 3_21_18 combo Final2_1.17 |

55:1   Q. So there was evidence early on that
55:2 there may have been new questions about safety and the
55:3 effectiveness of the Recovery filter when compared to
55:4 the Simon Nitinol filter?
55:5   A. I don't know if it was compared to the
55:6 Simon Nitinol filter.  The questions were especially
55:7 related to the migrations that we had early on about
55:8 what was causing these migrations and what were the
55:9 circumstances contributing to the migrations and an
55:10 investigation was warranted.

| 55:14 - 55:21 | **Ganser, Christopher 10-11-2016 (00:00:28)** | 3_21_18 combo Final2_1.18 |

55:14   Q. Isn't it true that once the Recovery
55:15 filter was cleared in the real clinical world, in
55:16 patients in whom these were being implanted, that it
55:17 raised new questions about the safety and effectiveness
55:18 of the Recovery filter as it compares to the history
55:19 that you had with the Simon Nitinol filter; is that
55:20 true or false?
55:21   A. That's true.

| 59:4 - 59:6 | **Ganser, Christopher 10-11-2016 (00:00:23)** | 3_21_18 combo Final2_1.21 |
| | | _2_GANSER.1.1 |

59:4   Q. Okay.  517 is a guidance document.  Here
59:5 you go, take a look.  Entitled "Device Labeling
59:6 Guidance #G91-one."

| 63:3 - 63:14 | **Ganser, Christopher 10-11-2016 (00:00:34)** | 3_21_18 combo Final2_1.23 |
| | | _2_GANSER.6.1 |

63:3   Q. For example, a guidance document or even

| Page/Line | Source | ID |
|---|---|---|

3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1

63:4 a federal regulation may not give you the specifics
63:5 about what you can do to warn, to precaution, to get
63:6 messages out to doctors and patients about important
63:7 safety information, but you still are required to
63:8 follow the best means possible to get that information
63:9 out?
63:10   A. It's up to the company to make that
63:11 determination, what's the best way to communicate any
63:12 potential hazards and risks associated with hazards of
63:13 their devises.  It's really up to the company to do
63:14 that.

**61:16 - 61:18**   **Ganser, Christopher 10-11-2016 (00:00:07)**   3_21_18 combo Final2_1.22

clear

61:16   Q. And they can actually send out e-mail
61:17 blasts to doctors, right?
61:18   A. They could.

**78:19 - 79:3**   **Ganser, Christopher 10-11-2016 (00:00:25)**   3_21_18 combo Final2_1.35

78:19   Q. But Bard never recommended, as far as
78:20 you know in the label or anywhere else, that patients
78:21 ought to be followed periodically to see whether or not
78:22 the device was staying stable within the cava or
78:23 whether or not it was actually starting to tilt or
78:24 perforate or cause -- or move in some way that was
79:1 putting the patient at increased risk, right?
79:2   A. I believe that information was not in
79:3 the label.

**81:17 - 82:1**   **Ganser, Christopher 10-11-2016 (00:00:19)**   3_21_18 combo Final2_1.36

81:17 I said they also could have put in a
81:18 patient brochure evidence of a 15-degree tilt or
81:19 migration of the device downwards or a combination of
81:20 those two things could be putting the patient at
81:21 increased risk of perforations, migrations, fracture
81:22 and bleeding; that could have also been put in a
81:23 patient brochure?
81:24   A. It could have been put in a patient
82:1 brochure.

**94:21 - 95:9**   **Ganser, Christopher 10-11-2016 (00:00:45)**   3_21_18 combo Final2_1.39

94:21 I want to know whether or not like, for
94:22 example, if you had a complaint file with all the
94:23 details in a complaint file about a death, were the
94:24 details of that shared with the doctors and the

| Page/Line | Source | ID |
|---|---|---|

95:1 community that were putting in these devices or were
95:2 being at least, you know, marketed to put in the
95:3 devices?
95:4   A. Bard would not share the complaint file.
95:5   Q. As a matter of fact, Bard's policy was
95:6 not to share any of its internal trending and reporting
95:7 rates analysis with anyone, true?
95:8   A. That information was kept inside the
95:9 company.

**120:5 - 121:3     Ganser, Christopher 10-11-2016 (00:01:26)**     3_21_18 combo Final2_1.43

120:5  maybe you can describe,
120:6 how did this work?  I mean, were you like the conduit
120:7 or the liaison between the people that were working on
120:8 this at Bard Peripheral Vascular and some of the other
120:9 corporate folks at C.R. Bard?  I'm trying to figure --
120:10 can you describe how you fit into this process of
120:11 decision-making and analysis?
120:12   A. Well, again, as the head of quality
120:13 assurance, the division heads of quality assurance such
120:14 as the head of quality of Bard Peripheral Vascular
120:15 division reported to me, we would have reviews, quality
120:16 system reviews, one of which would include complaints
120:17 and adverse events.  We'd talk about product
120:18 performance, and if there were certain products that we
120:19 were seeing new or unanticipated trends, especially new
120:20 products or higher risk products, we would have
120:21 discussions about those products and what was being
120:22 done about it and in some cases if the product -- the
120:23 product resulted in significant issues, such as death
120:24 or serious adverse events, there were procedures in
121:1 place from the corporate office that had to be followed
121:2 to conduct investigations and to determine the level of
121:3 remedial action that was required.

**121:12 - 122:2     Ganser, Christopher 10-11-2016 (00:00:41)**     3_21_18 combo Final2_1.44

121:12   Q. And as the head of regulatory sciences
121:13 during this period of time we've been talking about,
121:14 2003, 2007, 2008, you know, during the time period you
121:15 were there and Bard was selling IVC filters, what kind
121:16 of information were you evaluating to make a decision
121:17 on whether or not you were selling a misbranded or

| Page/Line | Source | ID |
|---|---|---|

3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1

121:18 adulterated product or, frankly, a product that should
121:19 have been recalled?
121:20   A. Whether the product was manufactured in
121:21 accordance with its design specifications.
121:22   Q. Okay.
121:23   A. And whether or not the product was
121:24 performing.
122:1   Q. Performing?
122:2   A. As intended.

**122:4 - 122:11**  **Ganser, Christopher 10-11-2016 (00:00:28)**   3_21_18 combo Final2_1.45

122:4   A. And then any risk-benefit issues that
122:5 might arise, was the product creating greater risk over
122:6 the benefits that the product provided, and that would
122:7 be all summarized in an investigation that would be
122:8 sent to a corporate product assessment team, which the
122:9 corporate product assessment team would ultimately
122:10 either concur or not concur with a recommendation from
122:11 the division

**124:2 - 124:10**  **Ganser, Christopher 10-11-2016 (00:00:23)**   3_21_18 combo Final2_1.46

124:2   Q. And, certainly, if any of those tests
124:3 would reveal that under reasonably foreseeable uses it
124:4 was not meeting its performance specifications, that
124:5 would be a reason not to continue to sell it, right?
124:6   A. It could be.
124:7   Q. I mean, I think the statute -- I think
124:8 the regulations require you to stop selling it, right?
124:9   A. If it's adulterated, doesn't meet its
124:10 original performance and specifications, yes.

**125:12 - 125:18**  **Ganser, Christopher 10-11-2016 (00:00:15)**   3_21_18 combo Final2_1.48

125:12   Q. Well, let me ask you, what do you do
125:13 under those circumstances when you find out it did not
125:14 meet its performance specifications?
125:15   A. We try to look at the test data, we try
125:16 to ask ourselves what variables are influencing that
125:17 test.  We try to compare that test for what we know in
125:18 the field.

**272:14 - 272:15**  **Ganser, Christopher 10-11-2016 (00:00:17)**   3_21_18 combo Final2_1.123

272:14   Q. Exhibit 530.  Exhibit 530 is an
272:15 August 25 e-mail.

**273:19 - 273:19**  **Ganser, Christopher 10-11-2016 (00:00:00)**   3_21_18 combo Final2_1.124

| Page/Line | Source | ID |
|---|---|---|

3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1

273:19 Do you see where I am?

273:21 - 273:22 **Ganser, Christopher 10-11-2016 (00:00:03)**    3_21_18 combo Final2_1.125

273:21 THE WITNESS:  I do.  And, again, this is
273:22 the first time I've seen this.

291:14 - 292:3 **Ganser, Christopher 10-11-2016 (00:00:50)**    3_21_18 combo Final2_1.131

291:14   Q. Okay.  533.  I only have one copy of
291:15 that one, I'm sorry.
291:16 This is an HHE, February 15, 2006.
291:17 Have you seen this before?
291:18   A. I would have.
291:19   Q. And this is a -- I think we talked about
291:20 this earlier.  This is in February of 2006.  This is
291:21 about six months after the G2 was cleared by FDA?
291:22   A. It was.
291:23   Q. This deals with G2 inferior vena cava
291:24 migrations?
292:1   A. Migrations, both cephaladic and caudal.
292:2 I believe this was written as part of investigation
292:3 related to caudal migrations.

294:4 - 294:9 **Ganser, Christopher 10-11-2016 (00:00:18)**    3_21_18 combo Final2_1.132

294:4   Q. And, again, is this information that you
294:5 advised doctors or patients that the G2 within six
294:6 months of it being released on the market, cleared to
294:7 premarketing, was experiencing undesirable risks of
294:8 caudal migration?
294:9   A. No.

298:3 - 298:4 **Ganser, Christopher 10-11-2016 (00:00:06)**    3_21_18 combo Final2_1.135

_56_GANSER.1

298:3 MR. LOPEZ:  One final document, at least
298:4 at this time.  Exhibit 534.

299:1 - 299:6 **Ganser, Christopher 10-11-2016 (00:00:17)**    3_21_18 combo Final2_1.136

clear

299:1   Q. Okay.  Well, I mean, you knew that after
299:2 that -- at least that HHE that I just showed you, that
299:3 like the Recovery filter, that the company was in the
299:4 process of looking at the design of the G2 to determine
299:5 how it could be redesigned?
299:6   A. Yes.

301:1 - 301:3 **Ganser, Christopher 10-11-2016 (00:00:13)**    3_21_18 combo Final2_1.137

301:1   Q. And it knew that it had an undesirable
301:2 risk profile based on its own R002 that Dr. -- from
301:3 Dr. Ciavarella's February 2006 HHE?

| Page/Line | Source | ID |
|---|---|---|
| | **3_21_18 combo Final2_1-Ganser 10-11-16 Booker Depo Designations Final 2.1** | |

| Page/Line | Source | ID |
|---|---|---|
| 301:5 - 301:13 | **Ganser, Christopher 10-11-2016 (00:00:22)** | 3_21_18 combo Final2_1.138 |
| | 301:5 BY MR. LOPEZ: | |
| | 301:6   Q. Undesirable? | |
| | 301:7   A. It was rated undesirable per the | |
| | 301:8 remedial action plan process. | |
| | 301:9   Q. Yeah, and it was obviously rated as | |
| | 301:10 something that needed to be redesigned to deal with | |
| | 301:11 that -- those undesirable complications, true? | |
| | 301:12   A. It needed to be addressed. | |
| | 301:13   Q. Well, it needed to be redesigned, right? | |
| 301:15 - 301:21 | **Ganser, Christopher 10-11-2016 (00:00:14)** | 3_21_18 combo Final2_1.139 |
| | 301:15 BY MR. LOPEZ: | |
| | 301:16   Q. There were some defects in the design of | |
| | 301:17 the G2 that was leading to the problems described in | |
| | 301:18 Dr. Civarella's February 2006 HHE; don't you agree, | |
| | 301:19 sir? | |
| | 301:20   A. There were issues with the design that | |
| | 301:21 needed to be addressed. | |
| 302:14 - 302:21 | **Ganser, Christopher 10-11-2016 (00:00:26)** | 3_21_18 combo Final2_1.140 |
| | 302:14   Q. All right.  So did you, as the vice | |
| | 302:15 president of regulatory sciences after learning all you | |
| | 302:16 learned about the complications associated with the G2 | |
| | 302:17 filter shortly after it was launched and cleared take | |
| | 302:18 any steps to put a product quality hold on it or to | |
| | 302:19 recall it or to stop selling it so that you could fix | |
| | 302:20 those problems? | |
| | 302:21   A. No. | |
| 307:8 - 307:9 | **Ganser, Christopher 10-11-2016 (00:00:06)** | 3_21_18 combo Final2_1.173 |
| | 307:8 What information does Bard have about | |
| | 307:9 the effectiveness or the benefits of its IVC filters? | |
| 307:11 - 307:21 | **Ganser, Christopher 10-11-2016 (00:00:39)** | 3_21_18 combo Final2_1.149 |
| | 307:11 THE WITNESS:  What Bard has is -- and | |
| | 307:12 what Bard uses, whether it be our medical | |
| | 307:13 director, our R&D people, or even our quality | |
| | 307:14 people, regulatory people is information | |
| | 307:15 generated from the field, information generated | |
| | 307:16 from clinical literature that talks about | |
| | 307:17 complications and solutions to certain patients | |
| | 307:18 that have deep vein thrombus and who have no | |
| | 307:19 other treatment options and whether or not | |

| Page/Line | Source | ID |
|---|---|---|

307:20 those products are performing appropriately in
307:21 the absence of complaint information.

**322:11 - 323:17**   **Ganser, Christopher 10-11-2016 (00:01:38)**   3_21_18 combo Final2_1.167

322:11   Q. Now, in the course of your
322:12 investigations with the team on the Recovery filter
322:13 that you've talked about a lot today, did you meet with
322:14 people who represented all departments of Bard with
322:15 respect to the Recovery filter?
322:16   A. All the relevant departments which
322:17 typically would have included R&D, regulatory affairs,
322:18 quality engineering, marketing, medical, clinical.
322:19   Q. And did you believe that you had the
322:20 best talent together for that investigation of Recovery
322:21 that Bard had to offer?
322:22   A. We put the best talent available to
322:23 conduct this investigation.
322:24   Q. And then did you do any work seeking
323:1 information from outside Bard relative to Recovery?
323:2   A. We did.  We had medical consultants, I
323:3 believe one was Dr. John Kaufman, another was Dr. Tony
323:4 Venbrux.  We also convened clinical panels one time in
323:5 Chicago.  We also convened a panel of bariatric
323:6 surgeons to get their input about the product and
323:7 issues related to the product.
323:8   Q. And with respect to the representatives
323:9 from departments within Bard who were a part of the
323:10 investigation process, did you feel that those
323:11 individuals had sufficient input to the process?
323:12   A. They did.
323:13   Q. And did you feel that all of those
323:14 departments were genuinely bringing the best
323:15 information and best recommendations they had about the
323:16 filter to those meetings and investigations?
323:17   A. I do, I do.

**324:2 - 324:9**   **Ganser, Christopher 10-11-2016 (00:00:28)**   3_21_18 combo Final2_1.168

324:2   Q. And why not?
324:3   A. Because I firmly believe, as did many of
324:4 the people that were working on this investigation or
324:5 involved with Recovery filter, the product still
324:6 provided a great benefit to patients who had no

| Page/Line | Source | ID |
|---|---|---|
| | 324:7 alternative therapies, and the benefits clearly | |
| | 324:8 outweighed the risks that were being reported in the | |
| | 324:9 adverse events reporting database. | |

Plaintiffs Designations = 00:09:39
Defense Designations = 00:00:06
Plaintiffs Counters = 00:00:14
Defense Designations  = 00:06:24
**Total Time = 00:16:23**

**Documents Shown**
_2_GANSER
_36_GANSER

# EXHIBIT O

**Designation Run Report**

# Rogers 03_21_18 Booker Depo Trial Run Final2

---
**Rogers, Frederick 07-18-2017**
---

**Our Designations  00:08:08**

**Their Designations  00:02:41**

**Total Time  00:10:49**



ID:03_22_18 Final

03_22_18 Final-Rogers 03_21_18 Booker Depo Trial Run Final2

| Page/Line | Source | ID |
|---|---|---|

**46:6 - 46:9**   **Rogers, Frederick 07-18-2017 (00:00:13)**   03_22_18 Final.1

46:6   Q. Now, do you understand that this
46:7 deposition that you're giving today is to discuss
46:8 Bard and its IVC filters?
46:9   A. Yes.

**60:22 - 60:25**   **Rogers, Frederick 07-18-2017 (00:00:12)**   03_22_18 Final.2

60:22   Q. Did Bard ever come to you and request
60:23 that you conduct a clinical trial or perform a trial
60:24 study of any of its filters?
60:25   A. Not that I recall.

**61:8 - 61:25**   **Rogers, Frederick 07-18-2017 (00:01:02)**   03_22_18 Final.3

61:8   Q. When you met with the panel at the
61:9 Bard summit we discussed a while ago, do you recall
61:10 any discussions about Bard performing a clinical
61:11 trial or undertaking a trial study of any of its
61:12 filters?
61:13   A. I don't recall specifically any
61:14 discussions to that extent.  But I will say that
61:15 I've had a longstanding interest in doing a study on
61:16 the effectiveness of filters and, specifically, in
61:17 trauma patients.  I may have talked to Bard about
61:18 that.  I don't recall.
61:19   Q. You may have spoken to Bard about
61:20 that?
61:21   A. Yes, sir.
61:22   Q. But they have never, in turn,
61:23 requested that you conduct such a study of its
61:24 filters, for example, correct?
61:25   A. Not that I recall.

**67:25 - 68:3**   **Rogers, Frederick 07-18-2017 (00:00:14)**   03_22_18 Final.4

67:25   Q. And if the filter did not stay in
68:1 place and migrated up to the heart, what safety risk
68:2 would be associated with a Bard filter under those
68:3 circumstances?

**68:5 - 68:8**   **Rogers, Frederick 07-18-2017 (00:00:18)**   03_22_18 Final.5

68:5 THE WITNESS:  If it migrated to the
68:6 heart, it could -- it could cause an arrythmia, it
68:7 could cause tamponade.  Those would be the two big
68:8 concerns with a filter that moved to the heart.

**106:10 - 106:14**   **Rogers, Frederick 07-18-2017 (00:00:20)**   03_22_18 Final.6

| | | |
|---|---|---|
| | **03_22_18 Final-Rogers 03_21_18 Booker Depo Trial Run Final2** | |
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 106:10   Q. Doctor, it's my understanding that | |
| | 106:11 you are an author on an article titled, Vena Cava | |
| | 106:12 Filter Use in Trauma and Rates of Pulmonary | |
| | 106:13 Embolism, 2003 to 2015? | |
| | 106:14   A. Yes, sir. | |
| 106:18 - 106:19 | **Rogers, Frederick 07-18-2017 (00:00:05)** | **03_22_18 Final.7** |
| | 106:18 MR. JOHNSON:  And, Amanda, we would | |
| | 106:19 like to mark that as Exhibit-4053, please. | |
| 107:1 - 107:13 | **Rogers, Frederick 07-18-2017 (00:00:39)** | **03_22_18 Final.8** |
| | 107:1   Q. Doctor, take a minute and just | |
| | 107:2 confirm that that is the article you are an author | |
| | 107:3 on. | |
| | 107:4   A. Yes, I recognize the article. | |
| | 107:5   Q. It was published in May -- I'm sorry, | |
| | 107:6 on May 17th, 2017, in JAMA? | |
| | 107:7   A. JAMA Surgery. | |
| | 107:8   Q. JAMA Surgery.  And JAMA stands for | |
| | 107:9 the Journal of the American Medical Association? | |
| | 107:10   A. Correct. | |
| | 107:11   Q. And the article spans 12 years and | |
| | 107:12 involved many patients; is that correct? | |
| | 107:13   A. Yes. | |
| 108:23 - 108:25 | **Rogers, Frederick 07-18-2017 (00:00:08)** | **03_22_18 Final.9** |
| | 108:23   Q. I'd like to have at least an estimate | |
| | 108:24 as to how many trauma patients were analyzed with | |
| | 108:25 respect to this article. | |
| 109:5 - 109:6 | **Rogers, Frederick 07-18-2017 (00:00:03)** | **03_22_18 Final.10** |
| | 109:5 THE WITNESS:  Probably close to 30 | |
| | 109:6 million. | |
| 110:14 - 110:15 | **Rogers, Frederick 07-18-2017 (00:00:06)** | **03_22_18 Final.24** |
| | 110:14   Q. This article was designed to study | |
| | 110:15 the effectiveness of IVC filters, correct? | |
| 110:17 - 110:19 | **Rogers, Frederick 07-18-2017 (00:00:07)** | **03_22_18 Final.25** |
| | 110:17 THE WITNESS:  No, I disagree with | |
| | 110:18 that characterization.  We were just noting temporal | |
| | 110:19 trends in filter use during that time period. | |
| 114:21 - 114:23 | **Rogers, Frederick 07-18-2017 (00:00:11)** | **03_22_18 Final.11** |
| | 114:21   Q. And do you consider trauma patients | |
| | 114:22 as a whole to be at highest risk for PE compared to | |
| | 114:23 other patient populations? | |

**03_22_18 Final-Rogers 03_21_18 Booker Depo Trial Run Final2**

| Page/Line | Source | ID |
|---|---|---|
| 114:25 - 115:1 | **Rogers, Frederick 07-18-2017 (00:00:04)** | 03_22_18 Final.12 |

114:25 THE WITNESS:  I would say one of the
115:1 highest risk groups of patients, yes.

| 116:7 - 116:11 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 03_22_18 Final.26 |

116:7   Q. All right.  And does that data
116:8 identify the type of filter involved in the patients
116:9 that were assessed for purposes of writing this
116:10 article?
116:11   A. No.

| 117:4 - 118:5 | **Rogers, Frederick 07-18-2017 (00:01:24)** | 03_22_18 Final.13 |

117:4   Q.  And at the time you and your
117:5 colleagues began the study, there had been a
117:6 precipitous drop in the use of IVC filters in trauma
117:7 patients, correct?
117:8   A. Well, that's what the purpose of the
117:9 study was, was to look at the temporal trends in
117:10 vena cava filter use.
117:11 We had a perception that there may be
117:12 less filters being put in.  But until we, you know,
117:13 actually did the study and analyzed the data did we
117:14 know for sure.
117:15   Q. And you, in fact, found that there
117:16 had been a significant decline or drop in the use of
117:17 IVC filters in trauma patients, correct?
117:18   A. Yes, correct.
117:19   Q. All right.  And when you and your
117:20 colleagues embarked on this article, you were
117:21 expecting to see a rise or an increase in the rate
117:22 of pulmonary embolism because of this significant
117:23 drop in the use of IVC filters, correct?
117:24   A. Correct.
117:25   Q. That was your prediction, if you
118:1 will, or your hypothesis at the start of this?
118:2   A. Yes, sir.
118:3   Q. And while it might have been a guess,
118:4 it was felt to be an educated guess, that is, your
118:5 hypothesis?

| 118:7 - 118:12 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 03_22_18 Final.14 |

118:7 THE WITNESS:  Yes.
118:8 BY MR. JOHNSON:

| 03_22_18 Final-Rogers 03_21_18 Booker Depo Trial Run Final2 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 118:14 - 118:23 | 118:9  Q. And that's why you do the study, <br> 118:10 because unless you do the study predicting an <br> 118:11 outcome, there's nothing more than speculation and <br> 118:12 conjecture, correct? <br> **Rogers, Frederick 07-18-2017 (00:00:35)** <br> 118:14 THE WITNESS:  I think that's fair, <br> 118:15 yes. <br> 118:16 BY MR. JOHNSON: <br> 118:17  Q. And that hypothesis was proven to be <br> 118:18 not true, correct? <br> 118:19  A. Correct. <br> 118:20  Q. That is, what you and your colleagues <br> 118:21 found was that, despite the significant decline in <br> 118:22 the use of IVC filters in trauma patients, there was <br> 118:23 no change in the rate of PE, correct? | 03_22_18 Final.15 |
| 118:25 - 118:25 | **Rogers, Frederick 07-18-2017 (00:00:01)** <br> 118:25 THE WITNESS:  Correct. | 03_22_18 Final.16 |
| 119:2 - 119:5 | **Rogers, Frederick 07-18-2017 (00:00:14)** <br> 119:2  Q. So you and your colleagues determined <br> 119:3 that because of these findings, IVC filters may have <br> 119:4 limited utility in influencing the rates of <br> 119:5 pulmonary embolism, correct? | 03_22_18 Final.27 |
| 119:7 - 119:11 | **Rogers, Frederick 07-18-2017 (00:00:14)** <br> 119:7 THE WITNESS:  Yes.  I think the <br> 119:8 operative word here is "may."  Because we just don't <br> 119:9 know, in a large patient population like this, any <br> 119:10 individual patient who may or may not benefit from a <br> 119:11 filter. | 03_22_18 Final.28 |
| 119:17 - 119:24 | **Rogers, Frederick 07-18-2017 (00:00:25)** <br> 119:17  Q. That's a pretty large patient <br> 119:18 population, isn't it? <br> 119:19  A. It certainly is, yes. <br> 119:20  Q. And what you folks -- and I'm <br> 119:21 referring to you and your colleagues -- found was <br> 119:22 that despite the significant decline in IVC filter <br> 119:23 use in trauma patients, there was no change in the <br> 119:24 rate of pulmonary embolism, correct? | 03_22_18 Final.17 |
| 120:1 - 120:1 | **Rogers, Frederick 07-18-2017 (00:00:02)** <br> 120:1 THE WITNESS:  Correct. | 03_22_18 Final.18 |
| 120:3 - 120:7 | **Rogers, Frederick 07-18-2017 (00:00:18)** | 03_22_18 Final.29 |

| | | |
|---|---|---|
| **03_22_18 Final-Rogers 03_21_18 Booker Depo Trial Run Final2** | | |
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 120:3   Q. And when you and your colleagues | |
| | 120:4 determined that filters may have limited utility, | |
| | 120:5 what you're referring to is they may not be | |
| | 120:6 effective in influencing the rates of pulmonary | |
| | 120:7 embolism in trauma patients? | |
| 120:9 - 120:21 | **Rogers, Frederick 07-18-2017 (00:00:48)** | 03_22_18 Final.30 |
| | 120:9 THE WITNESS:  What we concluded, | |
| | 120:10 based on this study, was that as it currently | |
| | 120:11 stands, we are not doing a very good job in | |
| | 120:12 identifying which patients would benefit from a vena | |
| | 120:13 cava filter.  I think we need to -- I think this | |
| | 120:14 study generates more questions about what -- who is | |
| | 120:15 best served by having a prophylactic vena cava | |
| | 120:16 filter placed. | |
| | 120:17 BY MR. JOHNSON: | |
| | 120:18   Q. And that's because in your article, | |
| | 120:19 based on your study of all of these trauma patients, | |
| | 120:20 the placement of IVC filters did not improve the | |
| | 120:21 rates of pulmonary embolism, correct? | |
| 120:23 - 121:5 | **Rogers, Frederick 07-18-2017 (00:00:25)** | 03_22_18 Final.31 |
| | 120:23 THE WITNESS:  Overall -- the overall | |
| | 120:24 rate.  But, again, as was noted in the study, the | |
| | 120:25 real purpose of vena cava filters is to prevent | |
| | 121:1 fatal PEs.  We do not know, based on this study, | |
| | 121:2 whether or not vena cava filters were effective in | |
| | 121:3 decreasing the rate of fatal PE, which is an | |
| | 121:4 important -- you know, an important limitation of | |
| | 121:5 this study. | |
| 125:3 - 125:6 | **Rogers, Frederick 07-18-2017 (00:00:21)** | 03_22_18 Final.19 |
| | 125:3   Q. And what have you done to | |
| | 125:4 better define or to optimize patient selection to | |
| | 125:5 determine whether that patient is a candidate for | |
| | 125:6 IVC filter implantation? | |
| 125:8 - 125:18 | **Rogers, Frederick 07-18-2017 (00:00:48)** | 03_22_18 Final.20 |
| | 125:8 THE WITNESS:  Well, since this | |
| | 125:9 article was published, I've, you know -- I've made | |
| | 125:10 it my life's work to try to identify who best would | |
| | 125:11 be served by a vena cava filter. | |
| | 125:12 Have I done it perfectly?  Obviously | |
| | 125:13 not, because there still are patients who get PEs | |

| Page/Line | Source | ID |
|---|---|---|

03_22_18 Final-Rogers 03_21_18 Booker Depo Trial Run Final2

125:14 despite the fact that, you know, we characterize
125:15 them as intermediate risk.  And, you know, I think
125:16 this study was a bit of an eye-opener for me because
125:17 I really did expect that filters would impact the
125:18 rate of PE.

**125:19 - 125:22** **Rogers, Frederick 07-18-2017 (00:00:07)** 03_22_18 Final.32

125:19 So we have to go back to the drawing
125:20 board and re-look at that.  That's how --
125:21   Q. And --
125:22   A. That's how medicine advances.

**126:6 - 126:10** **Rogers, Frederick 07-18-2017 (00:00:20)** 03_22_18 Final.21

126:6   Q. And, Doctor, it was an eye-opener for
126:7 you because you were expecting this study to
126:8 establish that the use of filters in trauma patients
126:9 would, in fact, improve the rates of pulmonary
126:10 embolism, correct?

**126:12 - 126:16** **Rogers, Frederick 07-18-2017 (00:00:18)** 03_22_18 Final.22

126:12 THE WITNESS:  Yes.
126:13 BY MR. JOHNSON:
126:14   Q. And this study that you were part of
126:15 demonstrated that the use of IVC filters did not
126:16 improve the rates of pulmonary embolism, correct?

**126:19 - 126:19** **Rogers, Frederick 07-18-2017 (00:00:01)** 03_22_18 Final.23

126:19  Yes.

**126:19 - 126:20** **Rogers, Frederick 07-18-2017 (00:00:04)** 03_22_18 Final.33

126:19 THE WITNESS:  Yes.  As they -- as
126:20 they were identified in these databases.

Our Designations = 00:08:08
Their Designations = 00:02:41
**Total Time = 00:10:49**

Our Designations     Their Designations

# EXHIBIT P

Designation Run Report

# DeFord_COMBO_R02

---

**DEFORD, John 06-02-2016**

---

**PL Affirmatives  00:01:22**

**DEF Affirmatives  00:11:29**

---

**Total Time  00:12:51**



ID:DeFord_COMBO_R02

| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |
|---|---|---|
| Page/Line | Source | ID |

| 10:4 - 10:5 | **DEFORD, John 06-02-2016 (00:00:02)** | DeFord_COMBO_R02.1 |
| | 10:4   Q. Good morning, Dr. DeFord. | |
| | 10:5   A. Good morning. | |
| 13:6 - 13:15 | **DEFORD, John 06-02-2016 (00:00:23)** | DeFord_COMBO_R02.2 |
| | 13:6   Q. Why don't you | |
| | 13:7 explain then what your current position | |
| | 13:8 is with the company? | |
| | 13:9   A. Certainly.  My -- I believe | |
| | 13:10 this is probably prior to 2007, because | |
| | 13:11 my title now is senior vice president for | |
| | 13:12 science, technology, and clinical | |
| | 13:13 affairs; and in 2007, the clinical | |
| | 13:14 affairs piece was added to my | |
| | 13:15 responsibilities. | |
| 20:22 - 21:5 | **DEFORD, John 06-02-2016 (00:00:14)** | DeFord_COMBO_R02.3 |
| | 20:22   Q. Have you not yourself | |
| | 20:23 conducted clinical research in 2000-2001 | |
| | 20:24 regarding the use of removable vena cava | |
| | 21:1 filter for the prevention of pulmonary | |
| | 21:2 embolus? | |
| | 21:3   A. There was -- again, it was | |
| | 21:4 research that was being conducted, yes, | |
| | 21:5 and I was involved. | |
| 103:17 - 103:20 | **DEFORD, John 06-02-2016 (00:00:07)** | DeFord_COMBO_R02.7 |
| | 103:17 So were you at this point | |
| | 103:18 still part of the decision making about | |
| | 103:19 whether or not the product would be | |
| | 103:20 placed on hold or not? | |
| 105:15 - 106:7 | **DEFORD, John 06-02-2016 (00:00:38)** | DeFord_COMBO_R02.10 |
| | 105:15   Q. And who ultimately made that | |
| | 105:16 decision? | |
| | 105:17   A. Well, it's a group decision, | |
| | 105:18 if you will.  The process, though, is one | |
| | 105:19 where the division assessment team and | |
| | 105:20 this group would have met and reviewed | |
| | 105:21 all of the available information. | |
| | 105:22 My recollection is, we also | |
| | 105:23 brought in outside clinicians and | |
| | 105:24 experts, had an expert panel to discuss | |
| | 106:1 things that we were, again -- didn't | |

| Page/Line | Source | ID |
|---|---|---|
| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |
| | 106:2 anticipate with the use of the device; | |
| | 106:3 and through all of those discussions, the | |
| | 106:4 clinicians strongly recommended and asked | |
| | 106:5 us to keep the product available because | |
| | 106:6 of the benefits that it brought to | |
| | 106:7 patients. | |
| 117:6 - 117:11 | DEFORD, John 06-02-2016 (00:00:13) | DeFord_COMBO_R02.12 |
| | 117:6 So that's the sixth death | |
| | 117:7 and the product is still out in the | |
| | 117:8 market, being sold, with no restrictions | |
| | 117:9 other than whatever a doctor needs to | |
| | 117:10 have to get one in his hands; is that | |
| | 117:11 right? | |
| 117:7 - 117:11 | DEFORD, John 06-02-2016 (00:00:12) | DeFord_COMBO_R02.13 |
| | 117:7 and the product is still out in the | |
| | 117:8 market, being sold, with no restrictions | |
| | 117:9 other than whatever a doctor needs to | |
| | 117:10 have to get one in his hands; is that | |
| | 117:11 right? | |
| 117:14 - 120:13 | DEFORD, John 06-02-2016 (00:02:18) | DeFord_COMBO_R02.14 |
| | 117:14 THE WITNESS:  My | |
| | 117:15 recollection is, yes; and | |
| | 117:16 although, you know, we talked | |
| | 117:17 about that first document with the | |
| | 117:18 hold, I know there was a lot of | |
| | 117:19 discussion and I recall a lot of | |
| | 117:20 discussion around each one of | |
| | 117:21 these situations and understanding | |
| | 117:22 whether it was appropriate to put | |
| | 117:23 the product on hold or not. | |
| | 117:24 So although that first | |
| | 118:1 document had that time period and | |
| | 118:2 had that stated there, my | |
| | 118:3 recollection is that that decision | |
| | 118:4 was changed. | |
| | 118:5 BY MS. BOSSIER: | |
| | 118:6   Q.  Okay.  Well, when did that | |
| | 118:7 decision change? | |
| | 118:8   A.  I don't recall. | |
| | 118:9   Q.  Who -- | |

| Page/Line | Source | ID |
|---|---|---|

118:10  A. I mean --
118:11  Q. -- who changed it and why?
118:12  A. Well, there were a lot of --
118:13  again, a lot of activity and a lot of
118:14  discussion ongoing with the use of the
118:15  device, discussions with clinicians,
118:16  discussions with the FDA, internal
118:17  investigations, health hazard evaluation,
118:18  testing, all of those activities were
118:19  ongoing.
118:20  And my recollection is that
118:21  the company continued to believe that
118:22  even in the face of these events, the
118:23  benefits outweighed the risks of having
118:24  the product.
119:1  And I recall -- I don't
119:2  remember the exact date, but I recall
119:3  having a discussion with a clinician and
119:4  his name was Gary Ansel, he's a
119:5  cardiologist, specifically talking about
119:6  this situation.
119:7  And, again, I don't remember
119:8  the dates, but the -- but the discussion
119:9  was whether the product should come off
119:10  the market or not; and he and other
119:11  physicians, as I recall, said to me
119:12  directly -- and although I wasn't the key
119:13  decision-maker, I was involved -- saying
119:14  this brings value to patients.
119:15  Q. Was that doctor informed
119:16  that there was approximately one death
119:17  per month following the migration
119:18  incident of February 2004 --
119:19  A. I --
119:20  Q. When he made those
119:21  statements?
119:22  A. -- I don't recall the exact
119:23  details, but I'm confident that he had
119:24  knowledge of any complications, which,
120:1  you know, we're talking about here -- and

| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |
|---|---|---|
| Page/Line | Source | ID |

120:2 each one of these are tragic events that
120:3 are happening in a sick patient
120:4 population in very small numbers,
120:5 although, as I said, every one of these
120:6 is a significant event.
120:7 That, as you can see by
120:8 these documents, Bard took a lot of time
120:9 and care trying to analyze each one of
120:10 these and understand the situations
120:11 behind them to see if there were specific
120:12 issues with the product or ways to
120:13 improve the product.

**121:1 - 121:3**   **DEFORD, John 06-02-2016 (00:00:11)**   DeFord_COMBO_R02.16

121:1 At what point did Bard think
121:2 it was appropriate to take the device off
121:3 the market and save lives?

**121:6 - 122:6**   **DEFORD, John 06-02-2016 (00:00:46)**   DeFord_COMBO_R02.17

121:6 THE WITNESS:  Well, first
121:7 off, I disagree with your comment
121:8 that the device is killing people.
121:9 The disease is killing people.
121:10 The device failed to prevent it.
121:11 That's a very different thing.
121:12 The device is still adding
121:13 value.  It couldn't stop a massive
121:14 thrombus, just like your seatbelt
121:15 can't stop a train from hitting
121:16 you and destroying your car.  This
121:17 thing was -- these kind of events
121:18 were beyond anything that Bard or
121:19 anyone in the industry to my
121:20 knowledge knew about.
121:21 And -- and so it was being
121:22 evaluated very vigorously.  As you
121:23 can see by this documentation, we
121:24 were looking at it very closely,
122:1 very carefully, and trying to
122:2 understand every single event to
122:3 put the very best products on the
122:4 market and keep them as safe as

| Page/Line | Source | ID |
|---|---|---|
| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |

122:5 they possibly could be and keep
122:6 patients safe.

**129:3 - 129:16   DEFORD, John 06-02-2016 (00:00:32)**

129:3   Q. So there were any
129:4 number of migrations -- and we could
129:5 count them all -- even those not
129:6 resulting in death, that occurred after
129:7 the original decision that if one more
129:8 happened, you all would -- Bard would put
129:9 it on hold and that didn't happen.
129:10   A. That's right.  The original
129:11 decision was, if we had another one of
129:12 these incidents during the investigation,
129:13 the product would be put on hold; but as
129:14 more information came in and the
129:15 investigation continued, that decision
129:16 was changed.

**129:17 - 129:19   DEFORD, John 06-02-2016 (00:00:05)**

129:17   Q. And the risk to the patients
129:18 was really not part of that
129:19 consideration, was it?

**129:23 - 130:19   DEFORD, John 06-02-2016 (00:00:40)**

129:23 I think the risk to
129:24 patients was absolutely evaluated,
130:1 but the decision was made that the
130:2 product continued to add value and
130:3 shouldn't be placed on hold.
130:4 BY MS. BOSSIER:
130:5   Q. Well, if the product had
130:6 been placed on hold, then you would not
130:7 have had a retrievable filter on the
130:8 market.  Right?
130:9   A. Well, that's -- that's
130:10 correct, but that -- that wasn't part of
130:11 the analysis, except that clinicians
130:12 wanted a device they could retrieve.  It
130:13 wasn't a company decision, well, we're
130:14 not going to put it on hold because we're
130:15 selling a retrievable product.
130:16 It was the belief and our

| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |
|---|---|---|
| Page/Line | Source | ID |

|  |  |  |
|---|---|---|
| | 130:17 continued belief that this product added | |
| | 130:18 unique, special value and patients' lives | |
| | 130:19 were being saved. | |
| 133:1 - 133:17 | **DEFORD, John 06-02-2016 (00:00:37)** | DeFord_COMBO_R02.31 |
| | 133:1 you said the decision by | |
| | 133:2 the investigational team to keep the | |
| | 133:3 product on the market was due to | |
| | 133:4 physicians wanting to use this device; is | |
| | 133:5 that right? | |
| | 133:6   A. That was in part, yes. | |
| | 133:7   Q. And part of their -- part of | |
| | 133:8 a physician's decision to want to use a | |
| | 133:9 device is to know what the risk and | |
| | 133:10 benefits are.  Right? | |
| | 133:11   A. Sure. | |
| | 133:12   Q. So the physicians are, in | |
| | 133:13 your words, asking Bard to keep this | |
| | 133:14 product on the market so they can keep | |
| | 133:15 it, but Bard's not telling them for | |
| | 133:16 almost a year that this device is killing | |
| | 133:17 apparently one person a month. | |
| 133:20 - 135:11 | **DEFORD, John 06-02-2016 (00:01:15)** | DeFord_COMBO_R02.32 |
| | 133:20 THE WITNESS:  Well, I | |
| | 133:21 First, there | |
| | 133:22 was a tremendous amount of | |
| | 133:23 discussion with clinicians | |
| | 133:24 ongoing. | |
| | 134:1 Did Bard put out a press | |
| | 134:2 release or a dear doctor letter, I | |
| | 134:3 believe you and the timing.  This | |
| | 134:4 wasn't happening in a vacuum. | |
| | 134:5 There was a tremendous amount of | |
| | 134:6 discussion in the medical | |
| | 134:7 community about the technology, | |
| | 134:8 about the use, and about these | |
| | 134:9 cases, and about these situations. | |
| | 134:10 So Bard wasn't withholding | |
| | 134:11 this information.  Although Bard | |
| | 134:12 didn't in a broad way, you know, | |
| | 134:13 send something out, Bard was | |

| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |
|---|---|---|
| Page/Line | Source | ID |

|  |  |  |
|---|---|---|
| | 134:14 actively engaged with the FDA | |
| | 134:15 discussing these situations, too, | |
| | 134:16 and as you can see in all of this | |
| | 134:17 documentation that we have, there | |
| | 134:18 was a tremendous amount of | |
| | 134:19 activity ongoing that involved | |
| | 134:20 clinicians to evaluate the | |
| | 134:21 technology, understand the | |
| | 134:22 situations, and see what could be | |
| | 134:23 done about it. | |
| | 134:24 BY MS. BOSSIER: | |
| | 135:1   Q. Well, let's talk about what | |
| | 135:2 could be done about it.  There's any | |
| | 135:3 number of things that could be done about | |
| | 135:4 it.  I mean, after -- after your initial | |
| | 135:5 investigative meeting, the first thing | |
| | 135:6 that was decided was, if migration | |
| | 135:7 happens one more time and results -- and | |
| | 135:8 requires surgical intervention, we're | |
| | 135:9 going to put a hold on this product. | |
| | 135:10 So that's something Bard | |
| | 135:11 could have done.  Right? | |
| 135:14 - 136:20 | DEFORD, John 06-02-2016 (00:00:59) | DeFord_COMBO_R02.35 |
| | 135:14 THE WITNESS:  That was the | |
| | 135:15 discussion ongoing, but again | |
| | 135:16 let's put this in perspective and | |
| | 135:17 try to understand some of the | |
| | 135:18 discussion that we were having at | |
| | 135:19 that time. | |
| | 135:20 I understand that roughly | |
| | 135:21 200,000 people a year in the U.S. | |
| | 135:22 die from a pulmonary embolism and | |
| | 135:23 there were deaths associated with | |
| | 135:24 the vena cava filter, although, | |
| | 136:1 again, I don't think the filter | |
| | 136:2 was causing the deaths.  The | |
| | 136:3 filter was not able to prevent the | |
| | 136:4 deaths.  But the deaths associated | |
| | 136:5 with Bard filters are very, very, | |
| | 136:6 very low in the comparison. | |

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_R02-DeFord_COMBO_R02

136:7 So, again, from the medical
136:8 literature, up to 30 percent of
136:9 patients with recurrent PE, or
136:10 pulmonary embolism, die.  Much
136:11 less than 1 percent of patients
136:12 that get a Bard filter have
136:13 experienced death from a pulmonary
136:14 embolism.
136:15 So, again, part of the
136:16 analysis was that this technology
136:17 was saving lives and -- and I
136:18 think your supposition that it's
136:19 killing patients is certainly not
136:20 the conclusion we drew.

**138:13 - 139:6**     **DEFORD, John 06-02-2016 (00:00:39)**

138:13   Q. You had another product on
138:14 the market that was just as equally
138:15 capable, if not better, shown to be
138:16 better and more capable, of helping
138:17 patients than the Recovery filter;
138:18 correct?
138:19   A. I'm not -- we certainly had
138:20 another vena cava filter on the market,
138:21 the Simon Nitinol filter, very different
138:22 technology, certainly known to prevent
138:23 pulmonary embolism death, but didn't have
138:24 all of the features and benefits of
139:1 Recovery.
139:2   Q. Okay.  I understand it
139:3 didn't have the bells and whistles of the
139:4 Recovery, but you are aware that it was a
139:5 much safer device than the Recovery
139:6 filter ended up being; correct?

**139:21 - 141:5**     **DEFORD, John 06-02-2016 (00:01:02)**

139:21 The Simon Nitinol filter was
139:22 used in a very different class of
139:23 patients, as we came to learn,
139:24 from the Recovery filter.  Simon
140:1 Nitinol primarily used in patients
140:2 that were -- where retrievability

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_R02-DeFord_COMBO_R02

140:3 wasn't a concern.
140:4 And so these were patients
140:5 that were -- terminal cancer
140:6 patients, for example, brain
140:7 cancer, has a high incidence of
140:8 thrombosis associated with it and
140:9 so trying to give patients quality
140:10 of life, other cancers, other
140:11 neoplasms.
140:12 And so that technology,
140:13 although deaths weren't reported,
140:14 it doesn't -- we didn't believe
140:15 and still don't believe that it
140:16 wasn't because deaths didn't
140:17 occur.  It was just these patients
140:18 were in a terminal state most of
140:19 the time when they received a
140:20 Simon Nitinol filter, and so it
140:21 was a very different class of
140:22 patients.
140:23 And so it's kind of trying
140:24 to compare the technologies that
141:1 were really designed for different
141:2 kind of application.  Same goal of
141:3 preventing fatal pulmonary
141:4 embolism, but used in a different
141:5 type of situation.

226:14 - 227:10 **DEFORD, John 06-02-2016 (00:00:34)**
226:14  Q. Well, in September of 2015,
226:15 on the video we just listened to, you
226:16 stated:  They, being the IVC filters, are
226:17 implanted by physicians only after a
226:18 careful assessment of the risk and
226:19 benefits for the individual patient and
226:20 they should be removed after protection
226:21 from pulmonary embolism is no longer
226:22 needed.
226:23 Correct?
226:24  A. Correct.
227:1  Q. And that's what you said in

| Page/Line | Source | ID |
|---|---|---|
| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |

227:2 that video; correct?
227:3   A. Yes.
227:4   Q. Now, that is not something
227:5 that you told the doctors in -- in
227:6 December of 2004; is that correct?
227:7   A. Not in the dear doctor
227:8 letter, no.
227:9   Q. Or in the IFU.
227:10   A. No.

**237:5 - 237:22       DEFORD, John 06-02-2016 (00:00:44)**

237:5   Q. The issue of advising
237:6 physicians to monitor patients who have
237:7 been implanted with the IVC filter, that
237:8 is not a new notion to Bard, is it?
237:9   A. I mean, it's not an
237:10 immediate notion.  I mean, I think any
237:11 time a device is used, there should be
237:12 monitoring of that technology regardless
237:13 of where it's used, and so that's
237:14 independent of vena cava filter.
237:15 And, again, I would view
237:16 that as sort of common knowledge that
237:17 you'd want to watch these devices, you
237:18 know, whether it's a knee implant, a hip
237:19 implant, a stent placed anywhere in the
237:20 body, or a vena cava filter.
237:21 So the -- certainly the idea
237:22 of monitoring is not new.

**237:23 - 238:4       DEFORD, John 06-02-2016 (00:00:15)**

237:23   Q. And it is certainly
237:24 something that Bard could have warned
238:1 physicians about in 2004; correct?
238:2   A. We could have, that's right.
238:3 There's a lot of things that we could
238:4 have done that we didn't -

**238:5 - 238:12       DEFORD, John 06-02-2016 (00:00:13)**

238:5 it was
238:6 something that was common knowledge that
238:7 we thought didn't need to be done or it
238:8 didn't cross our mind as something that

| | | |
|---|---|---|
| | DeFord_COMBO_R02-DeFord_COMBO_R02 | |
| Page/Line | Source | ID |

238:9 needed to be put into a document.
238:10 So I don't think it was a
238:11 matter of intentionally choosing to leave
238:12 things out.

PL Affirmatives = 00:01:22
DEF Affirmatives = 00:11:29
Total Time = 00:12:51

# EXHIBIT Q

Designation Run Report

# Trerotola_COMBO_R02

**Trerotola, Scott 01-20-2017**

**PL Affirmatives  00:02:33**

**DEF Affirmatives  00:08:45**

**Total Time  00:11:18**



ID:Trerotola_COMBO_R01

| Page/Line | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | |
|---|---|---|
| | **Source** | **ID** |
| 5:24 - 6:2 | **Trerotola, Scott 01-20-2017 (00:00:04)** | Trerotola_COMBO_R01.1 |
| | 5:24 Would you please state your name for the | |
| | 6:1 record, please. | |
| | 6:2   A. Scott Trerotola. | |
| 7:23 - 8:10 | **Trerotola, Scott 01-20-2017 (00:00:22)** | Trerotola_COMBO_R01.02 |
| | 7:23   Q. The deposition here today, I understand | |
| | 7:24 that you have been a consultant for Bard; is that | |
| | 8:1 correct? | |
| | 8:2   A. That is correct. | |
| | 8:3   Q. Are you still a consultant with Bard? | |
| | 8:4   A. Yes, I am. | |
| | 8:5   Q. How long have you been a consultant for | |
| | 8:6 Bard? | |
| | 8:7   A. Since sometime in the 1990s. | |
| | 8:8   Q. Do you currently have a consulting | |
| | 8:9 agreement? | |
| | 8:10   A. Yes, I do. | |
| 8:17 - 8:18 | **Trerotola, Scott 01-20-2017 (00:00:02)** | Trerotola_COMBO_R01.03 |
| | 8:17   Q. And are you paid for that? | |
| | 8:18   A. I am. | |
| 8:22 - 8:24 | **Trerotola, Scott 01-20-2017 (00:00:04)** | Trerotola_COMBO_R01.04 |
| | 8:22   Q. What is the hourly rate that you charge | |
| | 8:23 Bard for consulting? | |
| | 8:24   A. $500. | |
| 9:24 - 10:3 | **Trerotola, Scott 01-20-2017 (00:00:06)** | Trerotola_COMBO_R01.5 |
| | 9:24   Q. Do you consult with any other type -- | |
| | 10:1 any other medical device company? | |
| | 10:2   A. I do consult with other medical device | |
| | 10:3 companies, yes. | |
| 16:4 - 16:7 | **Trerotola, Scott 01-20-2017 (00:00:06)** | Trerotola_COMBO_R01.3 |
| | 16:4   Q. Have you served as an expert for Bard? | |
| | 16:5   A. An expert witness? | |
| | 16:6   Q. Yes. | |
| | 16:7   A. I don't think so. | |
| 19:7 - 19:14 | **Trerotola, Scott 01-20-2017 (00:00:20)** | Trerotola_COMBO_R01.4 |
| | 19:7 Physicians rely on the company that | |
| | 19:8 sells devices among other avenues to provide | |
| | 19:9 information about safety of the device, correct? | |
| | 19:10   A. I would disagree with that. | |
| | 19:11   Q. Why? | |

| | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | |
|---|---|---|
| Page/Line | Source | ID |

19:12  A. Physicians generally rely on the medical
19:13 literature to learn about their devices and their
19:14 products they're going to use.

**20:6 - 20:9**  **Trerotola, Scott 01-20-2017 (00:00:08)**   *Trerotola_COMBO_R01.5*

20:6  Q. Have you implanted Bard filters?
20:7  A. I have.
20:8  Q. Do you currently implant filters?
20:9  A. Yes.

**22:24 - 23:6**  **Trerotola, Scott 01-20-2017 (00:00:16)**   *Trerotola_COMBO_R01.6*

22:24  Q. Well, as a physician, do you expect that
23:1 any information you receive from a company about a
23:2 medical device will be factually accurate and truthful?
23:3  A. Actually, I don't expect that.
23:4  Q. You don't?
23:5  A. I take the brochures and throw them in
23:6 the trash.

**23:14 - 23:22**  **Trerotola, Scott 01-20-2017 (00:00:25)**   *Trerotola_COMBO_R01.7*

23:14  Q. Do you agree that a company should, when
23:15 it provides information, promotional information about
23:16 its product, be factually accurate in that writing?
23:17  A. That's not for me to say.  For me as a
23:18 physician, my belief is that I'm going to read the
23:19 medical literature, I'm going to use my own experience
23:20 and judge for myself as to whether I am going to use a
23:21 device or not.
23:22 tells me.

**31:17 - 31:24**  **Trerotola, Scott 01-20-2017 (00:00:24)**   *Trerotola_COMBO_R01.8*

31:17  Q. I mean, have you ever relied on anything
31:18 a sales representative from Bard told you about a
31:19 medical device, such as a filter?
31:20  A. I could tell you that everything that I
31:21 do with a device, I find independently.  I'll read the
31:22 instructions for use, which are something that's just
31:23 been specifically, you know, cleared by the FDA.  Like
31:24 I said, the brochures, they go in the trash.

**35:17 - 35:23**  **Trerotola, Scott 01-20-2017 (00:00:15)**   *Trerotola_COMBO_R01.11*

35:17  Q. Well, you know that you are here because
35:18 you are a consultant for Bard, correct?
35:19  A. That's correct.
35:20  Q. And you have consulted with Bard on

| Page/Line | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | ID |
|---|---|---|
| | Source | |

| | 35:21 filters, correct? | |
| | 35:22  A. Part of my consulting for Bard is with | |
| | 35:23 filters. | |
| 54:6 - 54:12 | **Trerotola, Scott 01-20-2017 (00:00:17)** | Trerotola_COMBO_R01-8 |
| | 54:6   Q. Do you understand that optional means | |
| | 54:7 that the filter is permanent and can also be optionally | |
| | 54:8 retrieved? | |
| | 54:9  A. Actually, I don't -- that's not my | |
| | 54:10 understanding.  I would say it the other way around.  I | |
| | 54:11 would say that the filter is meant to be retrieved but | |
| | 54:12 can remain permanent, if desired. | |
| 77:11 - 77:16 | **Trerotola, Scott 01-20-2017 (00:00:18)** | Trerotola_COMBO_R01-10 |
| | 77:11   Q. Was a feature of the retrievable filter | |
| | 77:12 the ease of removing the filter? | |
| | 77:13  A. I wouldn't say that somebody was saying | |
| | 77:14 the ease of removal, I would say the feature -- the | |
| | 77:15 attractive feature to us as practicing clinicians was | |
| | 77:16 the ability to retrieve the filter. | |
| 78:8 - 78:11 | **Trerotola, Scott 01-20-2017 (00:00:12)** | Trerotola_COMBO_R01-11 |
| | 78:8   Q. And the difficult retrievals may be the | |
| | 78:9 result of different types of complications experienced | |
| | 78:10 by the filter while it's in the patient? | |
| | 78:11  A. That's correct. | |
| 80:2 - 80:10 | **Trerotola, Scott 01-20-2017 (00:00:18)** | Trerotola_COMBO_R01-12 |
| | 80:2   Q. But when it penetrates through the vena | |
| | 80:3 cava wall, that does lead to a difficult retrieval, | |
| | 80:4 using your words? | |
| | 80:5  A. I didn't say that, no.  I absolutely did | |
| | 80:6 not say that. | |
| | 80:7   Q. Is that a -- can that be a feature of a | |
| | 80:8 difficult retrieval? | |
| | 80:9  A. Penetration of itself is not really a | |
| | 80:10 feature of difficult retrieval. | |
| 83:16 - 83:18 | **Trerotola, Scott 01-20-2017 (00:00:07)** | Trerotola_COMBO_R01-14 |
| | 83:16   Q. And then when the G2 was launched, were | |
| | 83:17 you using the majority of your optional filters the G2? | |
| | 83:18  A. Yes. | |
| 92:1 - 92:12 | **Trerotola, Scott 01-20-2017 (00:00:33)** | Trerotola_COMBO_R01-46 |
| | 92:1   Q. Recovery fractures that you were hearing | |
| | 92:2 about -- | |

| | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

92:3   A. Yeah.

92:4   Q. -- understanding they were different

92:5 than your personal experience, did that, among other

92:6 things, cause a concern for patient safety?

92:7   A. That made us pay attention.

92:8   Q. And did you pay attention, among the

92:9 reasons that you paid attention, were in the interest

92:10 of patient safety, among other reasons?

92:11   A. Certainly, we would be concerned about a

92:12 fracture for safety, sure.  Yes, I do say that.

**93:4 - 93:7**   **Trerotola, Scott 01-20-2017 (00:00:12)**

93:4   Q. And your understanding was that Bard was

93:5 putting the G2 out there as with improved features that

93:6 would, among other things, resist fracture?

93:7   A. That was my understanding, yes.

**93:8 - 93:11**   **Trerotola, Scott 01-20-2017 (00:00:08)**

93:8   Q. Were you aware of problems with Recovery

93:9 tilting?

93:10   A. We had personally seen problems with

93:11 Recovery tilting, yes.

**93:12 - 94:2**   **Trerotola, Scott 01-20-2017 (00:00:47)**

93:12   Q. And when Bard launched the G2, did Bard

93:13 indicate to you that the G2 had improved centering and

93:14 stability?

93:15   A. In the course of my consulting with

93:16 Bard, we had discussions about the design changes, and

93:17 one of the goals was to try to reduce tilting, yes.

93:18   Q. And that's what Bard had indicated that

93:19 they were -- was the intent behind the G2, to make an

93:20 improvement, tilt resistance over the Recovery?

93:21   A. I'm not sure that -- I can't speak to

93:22 what Bard's intention was.  My understanding was that

93:23 there were two improvements.  One was that the arms

93:24 were longer and the little sort of indentations on the

94:1 end to keep the legs, arms from poking in, which

94:2 supposedly would reduce fracture, would reduce tilting.

**94:23 - 95:7**   **Trerotola, Scott 01-20-2017 (00:00:26)**

94:23   Q. Did you ever talk to Bard about its

94:24 experience with tilting, whether it had -- could advise

95:1 you as to how many incidents or events they were aware

| | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | |
| --- | --- | --- |
| Page/Line | Source | ID |

95:2 of at Bard that involve tilting?
95:3   A. To be honest, I don't think we would
95:4 have had that conversation, because tilting is a common
95:5 enough problem with all kinds of filters that that's
95:6 not really a conversation I would think we would have,
95:7 but I don't know for sure.

**95:18 - 95:20**   **Trerotola, Scott 01-20-2017 (00:00:06)**

95:18   Q. Is it possible that the G2 became your
95:19 exclusive optional filter?
95:20   A. Yes.

**98:19 - 98:21**   **Trerotola, Scott 01-20-2017 (00:00:05)**

98:19   Q. And for what reasons?
98:20   A. Because an alternative filter became
98:21 available.

**99:4 - 99:7**   **Trerotola, Scott 01-20-2017 (00:00:08)**

99:4   A. Yeah, I think there were some
99:5 discussions about G2 migration, but we're not talking
99:6 about big migration.  I think a lot of people
99:7 misconstrue, misuse the word migration.

**99:15 - 99:21**   **Trerotola, Scott 01-20-2017 (00:00:16)**

99:15   Q. What was the issue about migration and
99:16 G2 that you had talked to other doctors about?
99:17   A. That it appeared to have a tendency to
99:18 move downward a little bit.
99:19   Q. Did you call that caudal migration?
99:20   A. That would be termed caudal migration,
99:21 yeah.

**102:12 - 102:18**   **Trerotola, Scott 01-20-2017 (00:00:26)**

102:12   Q. Is caudal migration an indication that
102:13 the filter is not remaining stable?
102:14   A. I'm going to rephrase to say that the
102:15 caudal migration is an indication that at some point
102:16 the filter moved.  You said remaining unstable.  That's
102:17 different.  The filter moved, but then once it moves,
102:18 it may stay there.

**105:18 - 105:21**   **Trerotola, Scott 01-20-2017 (00:00:12)**

105:18   Q. And you indicated that an issue with
105:19 penetration is that it could lead to tilt?
105:20   A. Actually, penetration probably reduces
105:21 tilt, in my opinion.  That's only my opinion.

| Page/Line | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | ID |
|---|---|---|
| | Source | |

**119:15 - 119:18**      **Trerotola, Scott 01-20-2017 (00:00:10)**

119:15   Q. Would that be the reason you didn't

119:16 adopt -- I mean, it sounds to me like if you had your

119:17 option, you're going to stay with the G2?

119:18   A. We really liked the G2.

**125:16 - 125:22**      **Trerotola, Scott 01-20-2017 (00:00:24)**

125:16   Q. Well, if Bard had indicated to you, for

125:17 example, that they were making a filter, like when the

125:18 G2 came out, that was going to be resistant to fracture

125:19 and some of the problems that the Recovery had

125:20 experienced, you would expect Bard to test that model

125:21 to know that the filter could, in fact, do what they

125:22 said it was going to do?

**125:24 - 126:5**      **Trerotola, Scott 01-20-2017 (00:00:10)**

125:24 THE WITNESS:  So I would expect Bard to

126:1 test that model, however, you said "know."

126:2 Nobody can know what's going to happen.  You

126:3 can do all the testing in the world, you're

126:4 never going to be able to predict what's going

126:5 to happen in a human being.

**126:7 - 126:18**      **Trerotola, Scott 01-20-2017 (00:00:33)**

126:7   Q. Well, what's your understanding of the

126:8 purpose of testing?

126:9   A. The purpose of testing is to get to --

126:10 as close as possible to, you know, knowing, but you're

126:11 never going to know, but to try to simulate the

126:12 condition the filter is going to be in and, hopefully,

126:13 get it to perform in the way you want it to perform.  I

126:14 mean, that's sort of a loosely construed sort of

126:15 layman's.

126:16   Q. So you would expect Bard to test the G2

126:17 filter to determine whether it was improved over the

126:18 Recovery?

**126:20 - 126:21**      **Trerotola, Scott 01-20-2017 (00:00:03)**

126:20 THE WITNESS:  My understanding was that

126:21 such testing was done.

**126:23 - 127:5**      **Trerotola, Scott 01-20-2017 (00:00:22)**

126:23   Q. And that's something that you, as a

126:24 doctor, would expect that would be done, correct?

127:1   A. Speaking as a physician and as a user of

| | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | |
|---|---|---|
| Page/Line | Source | ID |
| | 127:2 medical devices, it would be my hope that and my | |
| | 127:3 expectation that somebody presenting a device that is | |
| | 127:4 expected to address a prior concern would have tested | |
| | 127:5 that, yes. | |
| 129:6 - 129:9 | **Trerotola, Scott 01-20-2017 (00:00:05)** | Trerotola_COMBO_R01.07 |
| | 129:6   Q. Were you aware that Dr. Asch had told | |
| | 129:7 Bard that he had safety concerns regarding the Recovery | |
| | 129:8 filter? | |
| | 129:9   A. No. | |
| 129:17 - 129:19 | **Trerotola, Scott 01-20-2017 (00:00:11)** | Trerotola_COMBO_R01.08 |
| | 129:17   Q. Were you aware that Dr. Asch had told | |
| | 129:18 Bard that the safety concern should be improved before | |
| | 129:19 placing the filter on the market? | |
| 129:21 - 129:22 | **Trerotola, Scott 01-20-2017 (00:00:01)** | Trerotola_COMBO_R01.09 |
| | 129:21 THE WITNESS:  I don't recall hearing | |
| | 129:22 that. | |
| 135:12 - 135:14 | **Trerotola, Scott 01-20-2017 (00:00:06)** | Trerotola_COMBO_R01.37 |
| | 135:12   Q. And doctors have expressed to you | |
| | 135:13 concerns that they had about the Recovery in terms of | |
| | 135:14 the failures they were seeing? | |
| 135:16 - 135:22 | **Trerotola, Scott 01-20-2017 (00:00:19)** | Trerotola_COMBO_R01.38 |
| | 135:16 THE WITNESS:  You know, this is a long | |
| | 135:17 time ago, back, you know, when you're talking | |
| | 135:18 about them, I mean, we talk about problems with | |
| | 135:19 filters all the time, including now.  Can I | |
| | 135:20 tell you exactly whether a doctor came to me | |
| | 135:21 and said I'm concerned about this, it might | |
| | 135:22 have happened.  I don't know. | |
| 177:11 - 177:13 | **Trerotola, Scott 01-20-2017 (00:00:05)** | Trerotola_COMBO_R01.18 |
| | 177:11   Q. Meaning that if they're used as a | |
| | 177:12 permanent filter, they should last the life of the | |
| | 177:13 patient? | |
| 177:18 - 177:23 | **Trerotola, Scott 01-20-2017 (00:00:12)** | Trerotola_COMBO_R01.19 |
| | 177:18 regulatory pathway went.  That's not to say that they | |
| | 177:19 were ever intended to be permanent filters.  Our intent | |
| | 177:20 as doctors using these was not to use them as permanent | |
| | 177:21 filters.  And if you look at everything I've ever | |
| | 177:22 written on this subject, that's completely consistent | |
| | 177:23 with what I'm saying. | |
| 178:20 - 179:3 | **Trerotola, Scott 01-20-2017 (00:00:20)** | Trerotola_COMBO_R01.34 |

| Page/Line | Source | ID |
|---|---|---|
| | Trerotola_COMBO_R01-Trerotola_COMBO_R02 | |

178:20  Q. Were you aware that the Simon Nitinol
178:21 filter, according to Bard, virtually had no complaints
178:22 associated with it?
178:23  A. That I would strongly disagree with that
178:24 statement.  We really thought the Nitinol -- we
179:1 actually called it the Frightenol.  We thought it was
179:2 not a good filter and didn't use it.  These are the
179:3 doctors in the community.

**179:4 - 179:7    Trerotola, Scott 01-20-2017 (00:00:07)**

179:4  Q. Did you ever ask Bard the number of
179:5 complaints they had with the Simon Nitinol?
179:6  A. I had no reason to.  I didn't use the
179:7 filter.

**195:11 - 196:2    Trerotola, Scott 01-20-2017 (00:00:40)**

195:11  Q. Has a patient who has experienced
195:12 complications from a Bard filter and now the question
195:13 is whether the retrieval is difficult or already has
195:14 been difficult, correct?
195:15  A. Yeah.
195:16  Q. And based upon the complication and the
195:17 difficulty, Bard will have that doctor -- will contact
195:18 you and put you in touch with that doctor?
195:19  A. That's correct.
195:20  Q. And Bard will pay you to talk to that
195:21 doctor on how to address the complications that
195:22 resulted from the filter?
195:23  A. We usually have a short conversation, so
195:24 we're talking about a pretty small payment that is
196:1 really about doc to doc conversation about getting that
196:2 patient better.

**5:24 - 6:2    Trerotola, Scott 01-20-2017 (00:00:04)**

5:24 Would you please state your name for the
6:1 record, please.
6:2  A. Scott Trerotola.

PL Affirmatives = 00:02:33
DEF Affirmatives = 00:08:45
**Total Time = 00:11:18**

# EXHIBIT R

## Designation Run Report

# Stavropoulous_Combo_R02

### Stavropoulos, Spyros 02-01-2017

**PL Affirmatives  00:02:11**

**DEF Affirmatives  00:10:13**

**Total Time  00:12:24**



| Page/Line | Source | ID |
|---|---|---|
| | Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02 | |
| 11:7 - 11:8 | **Stavropoulos, Spyros 02-01-2017 (00:00:02)** | Stavropoulos_COMBO_R02-1 |
| | 11:7   Q. Good morning, Doctor. | |
| | 11:8   A. Good morning. | |
| 12:17 - 12:23 | **Stavropoulos, Spyros 02-01-2017 (00:00:13)** | Stavropoulos_COMBO_R02-2 |
| | 12:17   Q. Tell the jury, | |
| | 12:18 if you would, your name and your current | |
| | 12:19 specialty and affiliation. | |
| | 12:20   A. My name is Spyros William | |
| | 12:21 Stavropoulos.  I am an interventional | |
| | 12:22 radiologist at the University of | |
| | 12:23 Pennsylvania. | |
| 49:16 - 49:20 | **Stavropoulos, Spyros 02-01-2017 (00:00:13)** | Stavropoulos_COMBO_R02-3 |
| | 49:16   Q. Did Bard ever tell you that | |
| | 49:17 it was learning of migration fatalities | |
| | 49:18 in the Recovery device as early as | |
| | 49:19 February of 2004? | |
| | 49:20   A. No. | |
| 57:8 - 57:12 | **Stavropoulos, Spyros 02-01-2017 (00:00:12)** | Stavropoulos_COMBO_R02-7 |
| | 57:8   Q. And to your knowledge, in | |
| | 57:9 that entire time with the Recovery | |
| | 57:10 device, Bard never told you anything | |
| | 57:11 about adverse events resulting in | |
| | 57:12 fatalities.  Correct? | |
| 57:15 - 57:16 | **Stavropoulos, Spyros 02-01-2017 (00:00:01)** | Stavropoulos_COMBO_R02-8 |
| | 57:15 THE WITNESS:  Not that I | |
| | 57:16 remember. | |
| 62:9 - 62:11 | **Stavropoulos, Spyros 02-01-2017 (00:00:04)** | Stavropoulos_COMBO_R02-9 |
| | 62:9   Q. So do you consent your | |
| | 62:10 patients on using the Bard devices? | |
| | 62:11   A. Yes. | |
| 63:7 - 63:24 | **Stavropoulos, Spyros 02-01-2017 (00:00:33)** | Stavropoulos_COMBO_R02-10 |
| | 63:7   Q. And when you do that, do you | |
| | 63:8 differentiate from one device to the | |
| | 63:9 next? | |
| | 63:10   A. No. | |
| | 63:11   Q. Or are your relative risks | |
| | 63:12 the same when you're talking about IVC | |
| | 63:13 filters? | |
| | 63:14   A. That is what I say for all | |
| | 63:15 the different IVC filters. | |

| | Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02 | |
|---|---|---|
| Page/Line | Source | ID |
| | 63:16   Q. And that's your | |
| | 63:17 understanding, that is, the risks are | |
| | 63:18 generally the same as they relate from | |
| | 63:19 one product to the next? | |
| | 63:20   A. Yes. | |
| | 63:21   Q. And if a company knew that | |
| | 63:22 its device actually posed an increased | |
| | 63:23 risk of -- I'll name a couple of what -- | |
| | 63:24 tilting, migration, fracturing | |
| 64:4 - 64:6 | **Stavropoulos, Spyros 02-01-2017 (00:00:03)** | |
| | 64:4 that is something | |
| | 64:5 you would expect a company to tell you. | |
| | 64:6 Correct? | |
| 64:9 - 64:14 | **Stavropoulos, Spyros 02-01-2017 (00:00:13)** | |
| | 64:9 THE WITNESS:  As I said | |
| | 64:10 before, I wouldn't expect that to come | |
| | 64:11 from the company.  We rely on the FDA | |
| | 64:12 for safety of products.  And -- and | |
| | 64:13 that is more the avenue of where I | |
| | 64:14 would expect that to come from. | |
| 149:8 - 149:22 | **Stavropoulos, Spyros 02-01-2017 (00:00:56)** | |
| | 149:8   Q. What period of time were you | |
| | 149:9 using -- did you end up using the G2? | |
| | 149:10   A. Used the G2 during the time | |
| | 149:11 it was available, and then when -- | |
| | 149:12 because we had great results with it, we | |
| | 149:13 continued to use it.  And when the, you | |
| | 149:14 know, G2X came out and Eclipse came out, | |
| | 149:15 we started using those devices. | |
| | 149:16   Q. Was the G2 a safer product | |
| | 149:17 than the Recovery product in your | |
| | 149:18 experience? | |
| | 149:19   A. Both performed very well in | |
| | 149:20 our experience, and for our patients, it | |
| | 149:21 was not a dramatic difference between the | |
| | 149:22 two products. | |
| 180:22 - 181:16 | **Stavropoulos, Spyros 02-01-2017 (00:00:55)** | |
| | 180:22 You participated in a study | |
| | 180:23 that was published in 2011 called the | |
| | 180:24 Removal of Retrievable Inferior Vena Cava | |

| Page/Line | Source | ID |
|---|---|---|
| | Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02 | |
| | 181:1 Filters with Computed Tomography Findings | |
| | 181:2 indicating Tenting or Penetration of the | |
| | 181:3 Inferior Vena Cava Wall.  Correct? | |
| | 181:4   A. Yes. | |
| | 181:5   Q. Now, I've heard -- I've seen | |
| | 181:6 in e-mails and other documents that you | |
| | 181:7 had been working on sort of a grading | |
| | 181:8 system for penetration of filters in the | |
| | 181:9 caval walls.  Correct? | |
| | 181:10   A. Correct. | |
| | 181:11   Q. And this paper that I just | |
| | 181:12 referred to employs some of that grading, | |
| | 181:13 doesn't it? | |
| | 181:14   A. Yes. | |
| | 181:15   Q. All right.  And let me show | |
| | 181:16 it to you.  This is Exhibit 827. | |
| 182:6 - 182:7 | **Stavropoulos, Spyros 02-01-2017 (00:00:02)** | |
| | 182:6   Q. This is your paper. | |
| | 182:7 Correct? | |
| 182:8 - 182:8 | **Stavropoulos, Spyros 02-01-2017 (00:00:01)** | |
| | 182:8   A. Yes. | |
| 182:9 - 182:14 | **Stavropoulos, Spyros 02-01-2017 (00:00:22)** | |
| | 182:9   Q. Now, ultimately, the | |
| | 182:10 conclusion of the paper was that filters | |
| | 182:11 can tent and penetrate through the IVC | |
| | 182:12 wall.  It's a common finding.  And on CT | |
| | 182:13 images obtained before retrieval, that | |
| | 182:14 retrieval of these filters is safe. | |
| 182:19 - 183:3 | **Stavropoulos, Spyros 02-01-2017 (00:00:28)** | |
| | 182:19   A. Correct. | |
| | 182:20   Q. But in the grading system, | |
| | 182:21 you actually compare devices, including | |
| | 182:22 Bard devices, to other devices. | |
| | 182:23 Describe, if you would, what a Grade 0, | |
| | 182:24 Grade 1, Grade 2, Grade 3 is. | |
| | 183:1   A. So a Grade 0 would be no | |
| | 183:2 penetration of the struts of the IVC | |
| | 183:3 filter outside the wall of the IVC. | |
| 183:15 - 184:8 | **Stavropoulos, Spyros 02-01-2017 (00:01:08)** | |
| | 183:15   Q. So in that Grade 3 when a | |

| Page/Line | Source | ID |
|---|---|---|
| | 183:16 penetration would interact with an organ | |
| | 183:17 outside of the IVC, in your study, you | |
| | 183:18 found that as compared to the Gunther | |
| | 183:19 Tulip device, the Recovery was four to | |
| | 183:20 five times more likely to have a Grade 3 | |
| | 183:21 penetration. Correct? And I'm looking | |
| | 183:22 at Table 3. | |
| | 183:23  A. I would disagree with that. | |
| | 183:24 This was not meant to compare among | |
| | 184:1 filter types for this type of grading | |
| | 184:2 system. There are more Recovery and G2 | |
| | 184:3 filters in our study because these were | |
| | 184:4 filters that we placed and -- at Penn at | |
| | 184:5 the time. And so because there were more | |
| | 184:6 of them, that's why there's more of those | |
| | 184:7 types of filters in the study. It's not | |
| | 184:8 meant to ascribe a rate to. | |
| 184:9 - 184:19 | **Stavropoulos, Spyros 02-01-2017 (00:00:32)** | |
| | 184:9  Q. Well, you do have a rate | |
| | 184:10 presented in Table 3. Right? It says | |
| | 184:11 that 52 percent -- 52.2 percent of the | |
| | 184:12 Recoverys had a Grade 3 penetration. | |
| | 184:13 Correct? | |
| | 184:14  A. In this study, among | |
| | 184:15 patients included here, there were 12 | |
| | 184:16 patients that had a Grade 3 | |
| | 184:17 penetration -- | |
| | 184:18  Q. For Recovery? | |
| | 184:19  A. -- that had a Recovery, yes. | |
| 184:20 - 185:12 | **Stavropoulos, Spyros 02-01-2017 (00:00:39)** | |
| | 184:20  Q. And there were 13 patients | |
| | 184:21 with the Recovery G2, which represented | |
| | 184:22 43.3 percent of the study patients. | |
| | 184:23 Correct? | |
| | 184:24  A. Yes. | |
| | 185:1  Q. And when you compare that, | |
| | 185:2 the Gunther Tulip only had one Grade 3 | |
| | 185:3 penetration, and the OptEase had none. | |
| | 185:4 Is that what Table 3 says? | |
| | 185:5  A. For patients in this trial | |

| Page/Line | Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

185:6 or in this -- this retrospective study,
185:7 yes.
185:8  Q. Okay.
185:9  A. But there's many more of the
185:10 Recovery and the G2s in the -- in the
185:11 group of patients, so that's why it
185:12 appears that way.

185:13 - 185:16   **Stavropoulos, Spyros 02-01-2017 (00:00:09)**

185:13  Q. And again, the Grade 3 would
185:14 be penetration to organs surrounding the
185:15 IVC.  Right?
185:16  A. Yes.

194:3 - 194:4   **Stavropoulos, Spyros 02-01-2017 (00:00:03)**

194:3  Q. Dr. Stavropoulos, my name is
194:4 Taylor Daly.  I represent Bard.

195:3 - 195:21   **Stavropoulos, Spyros 02-01-2017 (00:00:45)**

195:3  Q. Of the filters you
195:4 undertake to retrieve, what is the
195:5 percentage of those filters that you're
195:6 finding you're capable of retrieving?
195:7  A. Over the last, say, five
195:8 years, it would be approaching 100%.
195:9  Q. And is that true of filters
195:10 that exhibit perforations, for example?
195:11 Or have you found you're able to retrieve
195:12 those?
195:13  A. Yes.
195:14  Q. Filters with certain tilts?
195:15  A. Yes.
195:16  Q. Filters that have moved,
195:17 perhaps, to other than the initial
195:18 placement spot?
195:19  A. Yes.
195:20  Q. And filters with fracture?
195:21  A. Yes.

198:11 - 198:20   **Stavropoulos, Spyros 02-01-2017 (00:00:29)**

198:11  Q. And do you make an
198:12 individual risk/benefit analysis for each
198:13 patient about when and whether to
198:14 retrieve the filter?

| | Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02 | |
|---|---|---|
| Page/Line | Source | ID |

198:15  A. Yes.

198:16  Q. Overall, how would you

198:17 describe your experience using Bard

198:18 filters, the ones you've described that

198:19 you have used from the Recovery to the

198:20 Denali?

**198:23 - 199:2**    **Stavropoulos, Spyros 02-01-2017 (00:00:07)**

198:23 THE WITNESS:  Overall in my

198:24 experience, the Bard filters in

199:1 patients that we've placed them in

199:2 have performed well.

**208:23 - 209:15**    **Stavropoulos, Spyros 02-01-2017 (00:00:55)**

208:23  Q. Over your career using IVC

208:24 filters, have you known certain doctors

209:1 to like one filter and prefer to use that

209:2 over another filter?

209:3  A. Yes.

209:4  Q. Do you -- have you over --

209:5 at times preferred one filter over

209:6 another?

209:7  A. Yes.

209:8  Q. And what filters have you

209:9 preferred overall?

209:10  A. Well, one thing that comes

209:11 to mind is when optional filters came

209:12 onto the market, I preferred optional

209:13 filters to permanent filters for people

209:14 who had a time-limited need for -- for

209:15 filtration.

**214:20 - 215:21**    **Stavropoulos, Spyros 02-01-2017 (00:00:53)**

214:20  Q. You were asked about the

214:21 study that you did with Dr. Oh, the

214:22 removal of IVC filters with computed

214:23 tomography.

214:24  A. Yes.

215:1  Q. And you remarked that the

215:2 study had many more -- had many Bard

215:3 filters in the study.  Correct?

215:4  A. Yes.

215:5  Q. And, in fact, there was

| | Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02 | |
| Page/Line | Source | ID |
| | 215:6 quite a small number of any other | |
| | 215:7 manufacturer's filters in that study. | |
| | 215:8 True? | |
| | 215:9   A. Yes. | |
| | 215:10   Q. And the study's protocols | |
| | 215:11 were not set up to do a comparison of any | |
| | 215:12 particular filter to determine -- to | |
| | 215:13 ascribe a rate of perforation filter type | |
| | 215:14 by filter type, was it? | |
| | 215:15   A. That is true. | |
| | 215:16   Q. And as a result of that | |
| | 215:17 study, did you find overall good | |
| | 215:18 retrievability of the Bard filters in the | |
| | 215:19 study, irrespective of the degree of | |
| | 215:20 perforation? | |
| | 215:21   A. Yes. | |
| 220:6 - 220:9 | **Stavropoulos, Spyros 02-01-2017 (00:00:10)** | |
| | 220:6   Q. That is a percentage of | |
| | 220:7 what? | |
| | 220:8   A. Of the filters in patients | |
| | 220:9 that were included in this analysis. | |
| 222:3 - 222:12 | **Stavropoulos, Spyros 02-01-2017 (00:00:28)** | |
| | 222:3 So if you're just looking at | |
| | 222:4 the G2 population within your study, of | |
| | 222:5 all of those G2s implanted, 43.3 percent | |
| | 222:6 were Grade 3, that is, the strut was | |
| | 222:7 going through and interfacing or | |
| | 222:8 interacting with an external organ. | |
| | 222:9 Correct? | |
| | 222:10   A. 43.3 percent of the G2 | |
| | 222:11 filters in this analysis had one strut | |
| | 222:12 that was interacting with... | |
| 222:13 - 222:18 | **Stavropoulos, Spyros 02-01-2017 (00:00:20)** | |
| | 222:13   Q. And of all the Gunther Tulip | |
| | 222:14 devices that you studied and looked at, | |
| | 222:15 that number was 12 percent that had a | |
| | 222:16 Grade 3 penetration.  Correct? | |
| | 222:17   A. 12.5 percent, but it was of | |
| | 222:18 a much smaller number, so it's not- | |
| 222:21 - 222:24 | **Stavropoulos, Spyros 02-01-2017 (00:00:07)** | |

| Page/Line | Source | ID |
|---|---|---|

Stavropoulos_COMBO_R02-Stavropoulous_Combo_R02

| Page/Line | Source | ID |
|---|---|---|
| | 222:21 THE WITNESS:  -- really fair | |
| | 222:22 to compare those two percentages. | |
| | 222:23 It's not statistically valid to | |
| | 222:24 compare those two. | |
| 223:21 - 223:24 | **Stavropoulos, Spyros 02-01-2017 (00:00:12)** | |
| | 223:21   Q. And of the G2s, of the 30 | |
| | 223:22 G2s implanted, 43.3 percent of them had | |
| | 223:23 Grade 3 penetrations.  Correct? | |
| | 223:24   A. Correct. | |
| 224:1 - 224:5 | **Stavropoulos, Spyros 02-01-2017 (00:00:15)** | |
| | 224:1   Q. So when you say that you | |
| | 224:2 can't compare the two, you can't compare | |
| | 224:3 a study of 8 versus a study of 30? | |
| | 224:4   A. In this study, you can't | |
| | 224:5 compare the two because of the disparity. | |
| 224:6 - 224:7 | **Stavropoulos, Spyros 02-01-2017 (00:00:02)** | |
| | 224:6   Q. How many Recoverys were | |
| | 224:7 studied? | |
| 224:13 - 224:18 | **Stavropoulos, Spyros 02-01-2017 (00:00:15)** | |
| | 224:13 THE WITNESS:  23. | |
| | 224:14 BY MR. MIGLIORI: | |
| | 224:15   Q. And of the 23 Recoverys, | |
| | 224:16 more than half of them were Grade 3 | |
| | 224:17 penetrations.  Correct? | |
| | 224:18   A. That is correct. | |
| 224:19 - 225:1 | **Stavropoulos, Spyros 02-01-2017 (00:00:18)** | |
| | 224:19   Q. And it's still your position | |
| | 224:20 that you can't compare a study of 23 to a | |
| | 224:21 study of 8 in the Gunther Tulip. | |
| | 224:22 Correct? | |
| | 224:23   A. It's my position that this | |
| | 224:24 study was not designed to compare | |
| | 225:1 penetration rates among filters. | |

PL Affirmatives = 00:02:11
DEF Affirmatives = 00:10:13
**Total Time = 00:12:24**

# EXHIBIT S

**Designation Run Report**

# Syed 03-02-18 Booker Depo Trial Run V6

---

**Syed, Mehdi 03-02-2018**

---

**Our Designations  00:15:32**

**Their Designations  00:03:30**

**Our Counter Counters  00:00:09**

**Total Time  00:19:11**



| 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 |
| :---: |

| Page/Line | Source | ID |
| :--- | :--- | ---: |
| 38:17 - 39:3 | **Syed, Mehdi 03-02-2018 (00:00:37)** | **03_29_18 V6.1** |
| | 38:17   Q.  I'm going to focus first, | |
| | 38:18 if that's all right, on the 10-K for December 31, | |
| | 38:19 2016, which is Exhibit 1131, if that's all right. | |
| | 38:20   A. Yup. | |
| | 38:21   Q. So this document is a document in | |
| | 38:22 which the company reports publicly it's financial | |
| | 38:23 condition, correct? | |
| | 38:24   A. That is correct. | |
| | 38:25   Q. And it is certified by its CEO, in | |
| | 39:1 this case Tim Ring, as being accurate, truthful | |
| | 39:2 and complete, correct? | |
| | 39:3   A. That is correct. | |
| 40:16 - 40:20 | **Syed, Mehdi 03-02-2018 (00:00:15)** | **03_29_18 V6.2** |
| | 40:16   Q. And like the 10-K, this 10-Q is | |
| | 40:17 also signed by the president or CEO of Bard and | |
| | 40:18 certified as being accurate, truthful and | |
| | 40:19 complete; is that correct? | |
| | 40:20   A. That is correct. | |
| 41:6 - 41:23 | **Syed, Mehdi 03-02-2018 (00:00:42)** | **03_29_18 V6.3** |
| | 41:6 And the 10-Q is a quarterly | |
| | 41:7 submission, correct? | |
| | 41:8   A. That is correct. | |
| | 41:9   Q. And the 10-Q we have here, | |
| | 41:10 Exhibit 1132, is for the end of the third quarter | |
| | 41:11 of 2017, correct? | |
| | 41:12   A. That is correct. | |
| | 41:13   Q. So it contains, if we look at the | |
| | 41:14 financial information and its disclosures, | |
| | 41:15 information specific to the three months that | |
| | 41:16 were ended September 30, and it also has | |
| | 41:17 cumulative information for the nine months in | |
| | 41:18 2017 January through September, correct? | |
| | 41:19   A. That is correct. | |
| | 41:20   Q. And this, Exhibit 1132, is the most | |
| | 41:21 recent financial filing by C.R. Bard; is that | |
| | 41:22 correct? | |
| | 41:23   A. That is correct. | |
| 43:7 - 43:8 | **Syed, Mehdi 03-02-2018 (00:00:11)** | **03_29_18 V6.4** |
| | 43:7 Let me ask if you would | |

03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6

| Page/Line | Source | ID |
|---|---|---|

43:8 turn on Exhibit 1131 to what is Page II-2.

**44:5 - 44:23**  **Syed, Mehdi 03-02-2018 (00:00:34)**  **03_29_18 V6.5**

44:5    Q. one of the first items under

44:6 "Income Statement Data" is "Net sales."  Do you

44:7 see that?

44:8    A. I do.

44:9   Q. And immediately under that is "Net

44:10 income."  Do you see that?

44:11    A. I do.

44:12    Q. And net income is, in layman terms,

44:13 profit?

44:14    A. That is correct.

44:15    Q. So if we wanted to see C.R. Bard's

44:16 profit for the year, we would look at that number

44:17 which is $531,400.  Do you see that?

44:18    A. It is in thousands of dollars

44:19 but --

44:20    Q. Well, you've anticipated my next

44:21 question.  That's actually 531,400,000; is that

44:22 correct?

44:23    A. That is correct.

**45:3 - 45:18**  **Syed, Mehdi 03-02-2018 (00:00:39)**  **03_29_18 V6.6**

45:3   Q. So for any of these numbers other

45:4 than share amounts, we should add -- or, sorry,

45:5 per share amounts we should add three zeros at

45:6 the end?

45:7    A. That is correct.

45:8   Q. So in 2016, Bard -- C.R. Bard's

45:9 profit was $531,400,000; is that correct?

45:10    A. That is correct.

45:11    Q. And for 2015, it was $135,000,400?

45:12    A. That is correct.

45:13    Q. And 2014, $294,000,500?

45:14    A. That is correct.

45:15    Q. And for 2013, $689,800,000?

45:16    A. That is correct.

45:17    Q. And, finally, 2012, $530,100,000?

45:18    A. That is correct.

**46:9 - 46:15**  **Syed, Mehdi 03-02-2018 (00:00:24)**  **03_29_18 V6.7**

46:9    Q. Okay.  And if we want to find out

| Page/Line | Source | ID |
|---|---|---|

**03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6**

46:10 the profit for the third quarter of 2017, we
46:11 would look at the 10-Q, correct?
46:12   A. That is correct.
46:13   Q. And if I look at Page 3 of that
46:14 document, there are financial statements that
46:15 start on that page.  You actually have to flip a

46:21 - 47:3   **Syed, Mehdi 03-02-2018 (00:00:19)**      03_29_18 V6.8

46:21   Q. And you'll see there for the nine
46:22 months ended September 30, 2017, the net income
46:23 or profit was $411,900,000, correct?
46:24   A. Yes, the net income was 411
46:25 thousand nine hundred thousand dollars.
47:1   Q. You just said -- let me ask again,
47:2 $411,900,000, correct?
47:3   A. That's right.

47:12 - 47:14   **Syed, Mehdi 03-02-2018 (00:00:09)**      03_29_18 V6.9

47:12   Q. from 2012
47:13 through third quarter 2017, the total profit was
47:14 $2,593,100,000, correct?

47:17 - 47:18   **Syed, Mehdi 03-02-2018 (00:00:04)**      03_29_18 V6.10

47:17   A. That is the sum of all of those net
47:18 income numbers for those periods, that's correct.

58:1 - 58:7   **Syed, Mehdi 03-02-2018 (00:00:12)**      03_29_18 V6.11

58:1 Would you agree with me that net
58:2 worth is determined by the amount by which a
58:3 company's assets exceed its liabilities?
58:4   A. That is correct.
58:5   Q. And sometimes in accounting
58:6 parlance that's called owner's equity.
58:7   A. That is correct.

58:17 - 59:5   **Syed, Mehdi 03-02-2018 (00:00:28)**      03_29_18 V6.12

58:17   Q. So shareholders' investment or
58:18 owners' equity is the net worth of the company as
58:19 demonstrated on these financial statements,
58:20 correct?
58:21   A. That is correct.
58:22   Q. And as of December 31, 2016, the
58:23 number that Bard determined for its -- with its
58:24 accountants for its net worth was $1,675,100,000,
58:25 correct?

| 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 59:1   A. That is the number for the | |
|  | 59:2 shareholders' investment, that's correct. | |
|  | 59:3   Q. Which again is the net worth, | |
|  | 59:4 correct? | |
|  | 59:5   A. That's correct | |
| 59:6 - 59:7 | **Syed, Mehdi 03-02-2018 (00:00:11)** | **03_29_18 V6.13** |
|  | 59:6   Q. If we look at the 10-Q, three | |
|  | 59:7 months later, at the end of September 2017 | |
| 59:9 - 59:14 | **Syed, Mehdi 03-02-2018 (00:00:16)** | **03_29_18 V6.14** |
|  | 59:9   On its balance sheet, which is at Page 5, | |
|  | 59:10 it has a total shareholders' investment of -- are | |
|  | 59:11 you there? | |
|  | 59:12   A. I am. | |
|  | 59:13   Q. 2,017,900,000, correct? | |
|  | 59:14   A. That is correct. | |
| 60:1 - 60:7 | **Syed, Mehdi 03-02-2018 (00:00:32)** | **03_29_18 V6.15** |
|  | 60:1   Q. So 1,675,100,000 as of December 31, | |
|  | 60:2 2016, and $2,017,900,000 as of September 30, | |
|  | 60:3 2017, correct? | |
|  | 60:4   A. That is correct. | |
|  | 60:5   Q. Would you agree that the net worth | |
|  | 60:6 of a company is affected by the amount of | |
|  | 60:7 dividends a company issues to its shareholders? | |
| 60:9 - 60:25 | **Syed, Mehdi 03-02-2018 (00:00:53)** | **03_29_18 V6.16** |
|  | 60:9   A. It does have an impact on it. | |
|  | 60:10   Q. And, in fact, to the extent that a | |
|  | 60:11 company pays out dividends to its shareholders, | |
|  | 60:12 that reduces the company's assets, and therefore | |
|  | 60:13 it reduces directly the net worth of the company, | |
|  | 60:14 correct? | |
|  | 60:15   A. That is correct. | |
|  | 60:16   Q. And as a publicly-traded company, | |
|  | 60:17 C.R. Bard over time paid out dividends to its | |
|  | 60:18 shareholders, correct? | |
|  | 60:19   A. That is correct. | |
|  | 60:20   Q. And, in fact, if we look at the | |
|  | 60:21 10-K, you can find that the dividends are | |
|  | 60:22 identified at least -- well, the full amount are | |
|  | 60:23 identified on Page II-1, which is immediately | |
|  | 60:24 before the "Selected Financial Data" we looked at | |

| | 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 60:25 previously.  Do you see that? | |
| 61:2 - 61:9 | **Syed, Mehdi 03-02-2018 (00:00:25)** | **03_29_18 V6.17** |
| | 61:2   A. I do see that. | |
| | 61:3   Q. And it says the company paid cash | |
| | 61:4 dividends of 74.6 million or $1 per share in 2016 | |
| | 61:5 and 69.4 million or 92 cents per share in 2015, | |
| | 61:6 correct? | |
| | 61:7   A. That is correct. | |
| | 61:8   Q. And we also see, if we look at the | |
| | 61:9 "Selected Financial Data" chart on the next page, | |
| 61:16 - 62:9 | **Syed, Mehdi 03-02-2018 (00:00:42)** | **03_29_18 V6.18** |
| | 61:16   Q. We can see cash dividends | |
| | 61:17 paid per share for each year, correct? | |
| | 61:18   A. Yes. | |
| | 61:19   Q. And so for 2014, there was 86 cents | |
| | 61:20 per share paid in cash dividends out to the | |
| | 61:21 shareholders of C.R. Bard, correct? | |
| | 61:22   A. That is correct. | |
| | 61:23   Q. And it also tells us two rows down | |
| | 61:24 from that the weighted average common shares | |
| | 61:25 outstanding, correct? | |
| | 62:1   A. That is correct. | |
| | 62:2   Q. So we can actually calculate, | |
| | 62:3 roughly, the dividend payment that was made in | |
| | 62:4 2014 from those two numbers, correct? | |
| | 62:5   A. Roughly, if you do the math, yes. | |
| | 62:6   Q. Sure.  And I gave you a calculator | |
| | 62:7 earlier.  Do you mind?  Would you multiply | |
| | 62:8 75,600,000 shares by 86 cents and tell us what | |
| | 62:9 you get? | |
| 62:11 - 62:11 | **Syed, Mehdi 03-02-2018 (00:00:10)** | **03_29_18 V6.19** |
| | 62:11   A. 65,016,000. | |
| 62:15 - 62:17 | **Syed, Mehdi 03-02-2018 (00:00:06)** | **03_29_18 V6.20** |
| | 62:15 So that's | |
| | 62:16 roughly 65 million in 2014, correct? | |
| | 62:17   A. That is correct. | |
| 63:1 - 63:12 | **Syed, Mehdi 03-02-2018 (00:00:43)** | **03_29_18 V6.21** |
| | 63:1   Q. Let's look at 2013.  82 | |
| | 63:2 cents a share and a weighted average common | |
| | 63:3 outstanding -- shares outstanding, 79,300,000. | |

| 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

63:4   A. I get 65,026,000.

63:5   Q. That's what I got as well.  So,

63:6 again, roughly, 65 million or approximately 65

63:7 million, if we round it, for 2013, correct?

63:8   A. Correct.

63:9   Q. Let's do the same thing, if you

63:10 don't mind, for 2012.  78 cents cash dividend per

63:11 share and 83,300,000 weighted average common

63:12 shares outstanding.

| 63:14 - 63:17 | **Syed, Mehdi 03-02-2018 (00:00:10)** | **03_29_18 V6.22** |

63:14   A. I get 64,974,000.

63:15   Q. I got that as well.  So, again,

63:16 roughly, 65 -- rounded to 65 million, correct?

63:17   A. That is correct.

| 64:3 - 64:4 | **Syed, Mehdi 03-02-2018 (00:00:05)** | **03_29_18 V6.23** |

64:3 Bard issued dividends in 2017, correct?

64:4   A. That is correct.

| 65:1 - 65:13 | **Syed, Mehdi 03-02-2018 (00:00:26)** | **03_29_18 V6.24** |

65:1   Q. This indicates that there were --

65:2 in 2016, there's an NA, which I think doesn't

65:3 mean anything, must be an entry error, but it

65:4 indicates in 2017 there were four dividends of 26

65:5 cents each.  Do you see that?

65:6   A. I do see that.

65:7   Q. Would you expect that to be about

65:8 right based on your experience?

65:9   A. I would expect it to be correct,

65:10 yes.

65:11   Q. Which totals I believe a dollar

65:12 four in dividends that year, correct?

65:13   A. That is correct.

| 69:2 - 69:7 | **Syed, Mehdi 03-02-2018 (00:00:19)** | **03_29_18 V6.25** |

69:2   if we use that 72,892,372 shares as our best

69:3 guess of number of outstanding shares in 2016,

69:4 understanding that it varies overtime, we can

69:5 roughly calculate the dividend paid in 2017 by

69:6 Bard, correct?

69:7   A. Yes, you can calculate that.

| 69:11 - 69:11 | **Syed, Mehdi 03-02-2018 (00:00:01)** | **03_29_18 V6.26** |

69:11   Q. Would you do that for me

**03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6**

| Page/Line | Source | ID |
|---|---|---|
| 69:15 - 69:17 | **Syed, Mehdi 03-02-2018 (00:00:17)** | 03_29_18 V6.27 |
| | 69:15  Q. So 72,892,372 times a dollar four | |
| | 69:16 in dividends. | |
| | 69:17  A. I get 75,808,000. | |
| 70:16 - 70:18 | **Syed, Mehdi 03-02-2018 (00:00:07)** | 03_29_18 V6.28 |
| | 70:16  Q. So on that assumption, I've created | |
| | 70:17 1138, which is a summary of the calculations we | |
| | 70:18 just did | |
| 71:10 - 71:13 | **Syed, Mehdi 03-02-2018 (00:00:09)** | 03_29_18 V6.29 |
| | 71:10  Q. So would you use the | |
| | 71:11 handy dandy calculator and check my math and make | |
| | 71:12 sure I didn't mess up again and see if that total | |
| | 71:13 for those years is as set forth in this chart? | |
| 71:16 - 71:20 | **Syed, Mehdi 03-02-2018 (00:00:16)** | 03_29_18 V6.30 |
| | 71:16  A. The total is correct. | |
| | 71:17  Q. Thank you.  So it's $414,800,000 | |
| | 71:18 from 2012 to 2017 that was paid out as -- | |
| | 71:19 approximately was paid out as shareholder | |
| | 71:20 dividends by C.R. Bard, correct? | |
| 71:23 - 71:23 | **Syed, Mehdi 03-02-2018 (00:00:01)** | 03_29_18 V6.31 |
| | 71:23  A. That is correct. | |
| 72:7 - 72:8 | **Syed, Mehdi 03-02-2018 (00:00:05)** | 03_29_18 V6.32 |
| | 72:7  Q. I'd ask you to pull from in front | |
| | 72:8 of you what's been marked as Exhibit 1133. | |
| 72:16 - 72:25 | **Syed, Mehdi 03-02-2018 (00:00:26)** | 03_29_18 V6.33 |
| | 72:16  Q. And this document is called a | |
| | 72:17 "Schedule 14A, Information Required In Proxy | |
| | 72:18 Statement," correct? | |
| | 72:19  A. That is what it says, that's | |
| | 72:20 correct. | |
| | 72:21  Q. And what is the purpose of this | |
| | 72:22 document? | |
| | 72:23  A. It outlines executive compensation, | |
| | 72:24 details of executive share-base compensation, | |
| | 72:25 directors compensation and so on. | |
| 73:1 - 73:2 | **Syed, Mehdi 03-02-2018 (00:00:03)** | 03_29_18 V6.34 |
| | 73:1  Q. And if we turn to page 51 of this | |
| | 73:2 document | |
| 73:10 - 73:16 | **Syed, Mehdi 03-02-2018 (00:00:18)** | 03_29_18 V6.35 |
| | 73:10 That is a summary compensation table, | |

| | | |
|---|---|---|
| | 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 | |
| **Page/Line** | **Source** | **ID** |

73:11 correct?
73:12   A. That is what it says, yes.
73:13   Q. And this is where the company
73:14 identifies its highest paid officers?
73:15   A. I believe it's the CEO, COO, CFO
73:16 and then the next two highest paid officers.

**74:5 - 74:7**       **Syed, Mehdi 03-02-2018 (00:00:11)**                    03_29_18 V6.36

74:5   Q. I'd like to focus just on the first
74:6 three, the CEO, the COO and the CFO of the
74:7 company, Mr. Ring, Mr. Weiland and Mr. Holland.

**74:15 - 75:8**      **Syed, Mehdi 03-02-2018 (00:00:43)**                    03_29_18 V6.37

74:15   Q. The last column, it
74:16 has a number of columns where it breaks out the
74:17 various components of their compensation,
74:18 correct?
74:19   A. That is correct.
74:20   Q. And the -- among the things that
74:21 they receive are a salary, stock awards, option
74:22 awards, non-equity incentive plan compensation, a
74:23 column for change in pension value and
74:24 non-qualified deferred compensation earnings, and
74:25 then a final one that says all other
75:1 compensation, correct?
75:2   A. That is correct.
75:3   Q. And the idea of this is to give you
75:4 the full value -- the full disclosure of all of
75:5 their compensation and the value of that
75:6 compensation each year, correct?
75:7 ***
75:8   A. That is correct.

**76:22 - 76:25**     **Syed, Mehdi 03-02-2018 (00:00:11)**                    03_29_18 V6.38

76:22 So that tells us
76:23 that for 2016 Mr. Ring's total compensation was
76:24 $12,626,500; is that correct?
76:25   A. That is correct.

**77:2 - 77:7**       **Syed, Mehdi 03-02-2018 (00:00:20)**                    03_29_18 V6.39

77:2   Q. And in 2015, his total compensation
77:3 was $11,744,838 thousand, correct?
77:4   A. Correct.
77:5   Q. And in 2014, his total compensation

| | | |
|---|---|---|
| | **03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 77:6 was $10,840,935; is that correct? | |
| | 77:7   A. That is correct. | |
| 77:12 - 78:3 | **Syed, Mehdi 03-02-2018 (00:00:37)** | 03_29_18 V6.40 |
| | 77:12   Q. If we look | |
| | 77:13 at Mr. Weiland, his total compensation in 2016 | |
| | 77:14 was $7,121,005, correct? | |
| | 77:15   A. Yes. | |
| | 77:16   Q. And his total compensation in 2015 | |
| | 77:17 was $6,920,674, correct? | |
| | 77:18   A. Correct. | |
| | 77:19   Q. And in 2014, it was $7,029,873, | |
| | 77:20 correct? | |
| | 77:21   A. Correct. | |
| | 77:22   Q. And I won't go through | |
| | 77:23 Mr. Holland's, but his -- his appear to be for | |
| | 77:24 2016 through '14 backwards, 3.9, 3.6 and 2.6 | |
| | 77:25 million; is that correct? | |
| | 78:1 *** | |
| | 78:2 *** | |
| | 78:3   A. That is correct. | |
| 78:18 - 78:20 | **Syed, Mehdi 03-02-2018 (00:00:12)** | 03_29_18 V6.41 |
| | 78:18   Q. Would you agree with me that one | |
| | 78:19 way to measure the value of something is how much | |
| | 78:20 it costs to acquire it? | |
| 78:22 - 78:25 | **Syed, Mehdi 03-02-2018 (00:00:10)** | 03_29_18 V6.42 |
| | 78:22   A. That is one way to look at it.  It | |
| | 78:23 depends on what you're measuring.  It depends | |
| | 78:24 on -- it could be different by the type of | |
| | 78:25 resource. | |
| 79:12 - 79:16 | **Syed, Mehdi 03-02-2018 (00:00:10)** | 03_29_18 V6.43 |
| | 79:12   Q. And so if I -- if I buy a | |
| | 79:13 candy bar at the store outside where we are right | |
| | 79:14 now for a dollar, we could probably agree that | |
| | 79:15 it's worth a dollar, correct? | |
| | 79:16   A. That is correct. | |
| 80:12 - 80:22 | **Syed, Mehdi 03-02-2018 (00:00:38)** | 03_29_18 V6.44 |
| | 80:12   Q. The very bottom of the first page | |
| | 80:13 of the 10-K.  It says, "The aggregate market | |
| | 80:14 value of the voting stock held by nonaffiliates | |
| | 80:15 of the registrant was approximately 17 million -- | |

| | | |
|---|---|---|
| | **03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6** | |
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 80:16 excuse me, $17,273,587,263 based on the closing | |
| | 80:17 price of stock traded on the New York Stock | |
| | 80:18 Exchange on June 30, 2016." | |
| | 80:19   A. That is -- that is right. | |
| | 80:20   Q. So that would be a measurement of | |
| | 80:21 that value as of the date June 30, 2016? | |
| | 80:22   A. That's correct. | |
| 92:9 - 92:15 | **Syed, Mehdi 03-02-2018 (00:00:20)** | **03_29_18 V6.45** |
| | 92:9 Among its abilities to pay a | |
| | 92:10 punitive damage award would you agree a factor | |
| | 92:11 would be the amount of cash or cash equivalents | |
| | 92:12 that Bard or C.R. Bard had on hand? | |
| | 92:13   A. That is correct.  If Bard were the | |
| | 92:14 standalone entity, that would be one way to | |
| | 92:15 measure that ability. | |
| 93:1 - 93:4 | **Syed, Mehdi 03-02-2018 (00:00:12)** | **03_29_18 V6.46** |
| | 93:1   Q. And as of December 31, 2016, the | |
| | 93:2 cash and cash equivalents of C.R. Bard was $905 | |
| | 93:3 million, correct? | |
| | 93:4   A. That is correct. | |
| 93:13 - 93:15 | **Syed, Mehdi 03-02-2018 (00:00:10)** | **03_29_18 V6.47** |
| | 93:13   Q. As of September 30, 2017, the cash | |
| | 93:14 and cash equivalents is $1,158,100,000, correct? | |
| | 93:15   A. That is correct. | |
| 104:12 - 105:5 | **Syed, Mehdi 03-02-2018 (00:00:29)** | **03_29_18 V6.48** |
| | 104:12   Q. Good afternoon, Mr. Syed.  I've got | |
| | 104:13 a couple questions just so the Jury understands a | |
| | 104:14 bit more about your background. | |
| | 104:15   A. Sure. | |
| | 104:16   Q. Tell us please where you live? | |
| | 104:17   A. I live in East Greenwich, Rhode | |
| | 104:18 Island. | |
| | 104:19   Q. Do you have children? | |
| | 104:20   A. I do. | |
| | 104:21   Q. How many? | |
| | 104:22   A. Three. | |
| | 104:23   Q. What are their ages? | |
| | 104:24   A. 12, 9 and almost 7. | |
| | 104:25   Q. How long have you worked for Bard? | |
| | 105:1   A. A little over 23 years. | |

| Page/Line | Source | ID |
|---|---|---|

105:2   Q. And it's always been in a capacity
105:3 of reviewing the finances for the company?
105:4   A. I have been in the finance function
105:5 all along, yeah.

**106:1 - 107:2**   **Syed, Mehdi 03-02-2018 (00:01:03)**          03_29_18 V6.49

106:1 Now, as an initial matter,
106:2 Mr. Syed, you understand that the lawsuit in
106:3 which you are testifying about has to do with
106:4 Bard's IVC filter products, right?
106:5   A. That is correct.
106:6   Q. Are IVC filters the only product
106:7 that Bard makes?
106:8   A. No, Bard makes several products,
106:9 that's just of them.
106:10   Q. Can you give us and the Jury,
106:11 please, an understanding of the range of
106:12 different types of products that Bard makes?
106:13   A. Also they make surgical equipment,
106:14 meshes, hemostats, biopsy equipment, stents,
106:15 scrubs and such.
106:16   Q. Now, if you take a look at 1134,
106:17 Mr. Stoller, called that "C.R. Bard Profit 2012 -
106:18 Sept. 2017."  Do you see that?
106:19   A. I do see that.
106:20   Q. Now, approximately what percent of
106:21 that profit at any given year is attributable to
106:22 the sale of Bard's IVC filter products?
106:23   A. A very small fraction.
106:24   Q. Can you give us a ballpark of what
106:25 that fraction might be?
107:1   A. It would be a fraction of 1
107:2 percent.

**107:5 - 108:6**   **Syed, Mehdi 03-02-2018 (00:01:03)**          03_29_18 V6.50

107:5   Q.  the other two exhibits that we
107:6 were talking about have to do with 1138
107:7 shareholder dividends and 1136 stockholder
107:8 investment.  I want to talk about those for just
107:9 a minute.
107:10   A. Okay.
107:11   Q. I believe you testified previously

| | | |
|---|---|---|
| | 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 | |

| Page/Line | Source | ID |
|---|---|---|

107:12 that Bard was a publicly-owned company, right?
107:13   A. That is correct.
107:14   Q. What does it mean to be a
107:15 publicly-owned company?
107:16   A. That means that anyone in the
107:17 public can purchase shares of C.R. Bard.  It's
107:18 open to purchase by the general public.
107:19   Q. What exactly is a shareholder?
107:20   A. A shareholder is somebody who owns
107:21 a portion of the company.
107:22   Q. What percentage of the shares of
107:23 Bard are owned by the general public as opposed
107:24 to, say, owned by the top executives of the
107:25 company?
108:1   A. Over 99 percent.
108:2   Q. So the Jury understands, Bard is
108:3 owned over 99 percent by regular investors just
108:4 like any of the people sitting in the courtroom
108:5 today, right?
108:6   A. That is correct.

**108:8 - 108:15**    **Syed, Mehdi 03-02-2018 (00:00:22)**    **03_29_18 V6.51**

108:8   Q. Can you give the Jury some type of
108:9 idea about who the primary shareholders are for
108:10 Bard?
108:11   A. So if I look at the investor
108:12 profile, our top three investors are mutual
108:13 funds, and they're also asset management
108:14 companies that manage assets of pension funds,
108:15 foundations, charities, endowments and such.

**112:15 - 112:16**    **Syed, Mehdi 03-02-2018 (00:00:03)**    **03_29_18 V6.52**

112:15   Q. You would agree that safety is of
112:16 paramount concern for Bard, right?

**112:18 - 112:21**    **Syed, Mehdi 03-02-2018 (00:00:05)**    **03_29_18 V6.53**

112:18   A. Absolutely.
112:19   Q. Bard wouldn't sell a product
112:20 regardless of whether it made a profit if that
112:21 product wasn't safe, right?

**112:25 - 113:4**    **Syed, Mehdi 03-02-2018 (00:00:12)**    **03_29_18 V6.54**

112:25   A. That is correct.
113:1   Q. Now we talked about percentage of

| 03_29_18 V6-Syed 03-02-18 Booker Depo Trial Run V6 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 113:2 profits, but I also wanted to ask you what | |
| | 113:3 percentage of Bard's net value is attributable to | |
| | 113:4 the sale of filter products? | |
| 113:7 - 113:11 | **Syed, Mehdi 03-02-2018 (00:00:08)** | 03_29_18 V6.55 |
| | 113:7   A. Net value or net sales? | |
| | 113:8   Q. Net sales.  Excuse me.  What | |
| | 113:9 percentage of Bard's net sales is attributable to | |
| | 113:10 filter products? | |
| | 113:11   A. Less than 1 percent. | |
| 116:4 - 116:8 | **Syed, Mehdi 03-02-2018 (00:00:06)** | 03_29_18 V6.56 |
| | 116:4   Q. It's one of a lot of products you | |
| | 116:5 guys sell? | |
| | 116:6   A. That is correct. | |
| | 116:7   Q. And in every one of them you want | |
| | 116:8 to make a profit, correct? | |
| 116:10 - 116:11 | **Syed, Mehdi 03-02-2018 (00:00:02)** | 03_29_18 V6.57 |
| | 116:10   A. Logically, yes, we want to make a | |
| | 116:11 profit. | |

Our Designations = 00:15:32
Their Designations = 00:03:30
Our Counter Counters = 00:00:09
**Total Time = 00:19:11**