**UNITED STATES DISTRICT COURT  
FOR THE  
DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Karen Stark, | ) | |
| | ) | |
|     Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
|     v. | ) | Civil Action No.  CV-18-01495-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and  C. R. Bard, Inc., et al., | ) ) ) | |
|     Defendant. | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 24, 2018

/s/ Richard B. North, Jr.  
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)  
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP  
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363  
*Address*

richard.north@nelsonmullins.com  
*E-mail Address*

(404) 322-6000  
*Telephone number*

(404 322-6050  
*FAX number*