UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Honkola,　　　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　） | |
| 　　　Plaintiff,　　　　　　　　　） | MDL Case No. 2:15-md-02641-DGC |
| 　　　　　　　　　　　　　　　　　） | |
| 　　　v.　　　　　　　　　　　　　） | Civil Action No.  CV-18-01449-PHX-DGC |
| 　　　　　　　　　　　　　　　　　） | |
| Bard Peripheral Vascular, Inc. and  C. R.　） | |
| Bard, Inc., et al.,　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　） | |
| 　　　Defendant.　　　　　　　　　 | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 24, 2018　　　　　　　　　　　/s/ Richard B. North, Jr.
　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　Richard B. North, Jr. (Ga. Bar No. 545599)
　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　　　　　201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　richard.north@nelsonmullins.com
　　　　　　　　　　　　　　　　　　　　*E-mail Address*

　　　　　　　　　　　　　　　　　　　　(404) 322-6000
　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　(404 322-6050
　　　　　　　　　　　　　　　　　　　　*FAX number*