Jonathan Sedgh
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY 10003
Phone-(212) 558-5500
Fax-(212) 363-2721
jsedgh@weitzlux.com

Attorney for Plaintiff Rebecca Collins

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION ) | |
| ) | DISTRICT COURT OF ARIZONA |
| REBECCA COLLINS ) | |
| ) | |
| ) | MDL NO. 15-2641 PHX DGC |
| Plaintiff ) | |
| ) | |
| ) | STIPULATION OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| ) | CIVIL ACTION NO.:2:18-CV-00571 |
| ) | |
| C.R. BARD INC. ) | |
| BARD PERIPHERAL VASCULAR, INC. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Rebecca Collins, hereby dismisses all claims in this matter without prejudice against all Defendants in this action, Civil Action No, 2:18-cv-00571 only. This stipulation shall not affect the lawsuit filed by Rebecca Collins, which is currently pending in MDL No. 15-2641 PHX DGC in the United States District Court for the District of Arizona, bearing Case No. 2:17-cv-01639-DGC. All parties shall bear their own costs.

Dated: May 30, 2018

                                                                  Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan M. Sedgh | /s/ Richard B. North, Jr. |
| Jonathan M. Sedgh (JS9395) | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Attorney for Plaintiff | Atlantic Station, 201 17th Street, NW |
| 700 Broadway | Suite 1700 |
| New York, New York 10003 | Atlanta, GA 30363 |
| Phone: (212) 558-5500 | (404) 322-6000 |
| Fax: (212) 363-2721 | *Attorney for Defendant C.R. Bard, Inc.* |
| jsedgh@weitzlux.com | |