# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL NO. 15-02641-PHX-DGC |
| | Civil Action No. 2:18-CV-00571 |
| This document relates to: | |
| Rebecca Collins, | **PROPOSED ORDER OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | |
| C.R. Bard and Bard Peripheral Vascular, Inc., | |
| Defendants. | |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Rebecca Collins.

**IT IS HEREBY ORDERED, ADJUDGE AND DECLARED** that all claims of Plaintiff Rebecca Collins in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs.

Dated: _____

_____

David G. Campbell

United States District Judge