**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 11**

Phoenix Division

MDL 15-2641-PHX-DGC                         DATE: 5/31/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
       Deputy Clerk                    Court Reporter
APPEARANCES:
 Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Ramon Lopez
Attorney(s) for Plaintiff(s)
 Richard North, Elizabeth Helm, James Rogers, Candace Camarata
 Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**      **X   Jury Trial**

**2nd  Bellwether Trial- Plaintiff Doris Jones - Present**

8:30 Court in session. Parties present.  Finalizing of admitted exhibits discussed. Final jury instructions and verdict form discussed.  8:55 Court in recess.

9:00 Court in session. Parties present. Jury present. Final jury instructions read. 9:43 Plaintiff closing argument. 10:37 Court in recess.

10:56 Court in session. Parties present. Jury present. 10:57 Defendant closing argument. 12:20 Plaintiff rebuttal. 12:32 Jury retire to begin deliberations. 12:34 Court in recess.

2:07 Court in session. Parties present. Jury note discussed. A copy of the exhibit list from the JERS program will be given to jury without objection from counsel. 2:10 Court in recess.

4:46 Jury leave for the day and will return at 9:00 a.m. on 6/1/2018 to continue deliberations.

MDL 15-2641
5/31/2018
Day 11 Jury Trial- Jones Trial