**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 12**

Phoenix Division

MDL 15-2641-PHX-DGC                           DATE: 6/1/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
      Deputy Clerk                     Court Reporter
APPEARANCES:
 Mark O'Connor, Shannon Clark, Lincoln Combs, Paul Stoller, Ramon Lopez
Attorney(s) for Plaintiff(s)
 Richard North, Elizabeth Helm, James Rogers, Candace Camarata
 Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**     X   **Jury Trial**

**2nd Bellwether Trial- Plaintiff Doris Jones - Present**

9:04 Jury return and continue deliberations. Jury break from 10:16 to 10:38.

2:00 Court in session. Parties present. Jury note discussed. Jury unable to reach a unanimous decision. Discussion held. Plaintiff moves the Court to give jury the Allen charge. Defendant moves for a mistrial. Court will give the jury the Allen charge.

2:17 Jury present. Allen charge given. Jury retire to continue deliberations. 2:20 Court in recess. Jury break from 2:36 to 2:50.

4:49 Court in session. Parties present. Court informs the parties that the jury has reached a verdict. 4:50 Jury present. Verdict read and recorded. Verdict for defendant. 4:53 Jury excused. Defendant to file a proposed form of judgment. 4:54 Court is adjourned.