UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS ) | |
| PRODUCTS LIABILITY LITIGATION ) | No. 2:15-MD-02641-PHX-DGC |
| ) | |
| ) | |

This document applies to:

James C. Vaughn, Case No. 2:17-cv-02646

### NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, James C. Vaughn, believed to have occurred on or about October 2017.

Respectfully Submitted,

/s/ Gregory J. Pals
Gregory J. Pals #48820
**The Driscoll Firm, P.C.**
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
greg@thedriscollfirm.com

*Attorneys for the Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2018, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Melissa Caliendo