UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☒ Jury Trial

Case Number **MD-15-02641-PHX-DGC**   Judge Code **7020**   Date **May 15, 2018**

**Doris Singleton Jones vs. C.R. Bard, Inc. and Bard Peripheral Vascular**

☒ Plaintiff/Petitioner   ☒ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Abithal Raji-Kubba  Abrihal | | 5-23-18 videodepo |
| Alex Tessmer | 5-22-18 | 5-22-18 |
| Alfred Jones | 5-23-18 | 5-23-18 |
| Andrzej Chanduskzko | 5-24-18 | 5-24-18 - 5-25-18 |
| Anthony Avino, M.D. | | 5-22-18 Apr by Video Depo |
| Audrey Fasching, Ph.D., P.E. | | |
| Bret Baird | 5-18-18 | 5-18-18 |
| Brian Barry | | |
| Brian Hudson | | |
| Bryan Vogel | | |
| Carol Vierling | | 5-17-18 Apr by videodepo |
| Chad Modra | 5-17-18 | 5-17-18  5-30-18 |
| Christopher Ganser | | |
| Christopher S. Morris, M.D. | 5-25-18 | 5-25-18 |
| Christopher Smith | | 5-23-18 Apr by videodepo |
| Clement J. Grassi, M.D., FSIR | 5-24-18 | 5-24-18 |
| Colleen Taylor M.D. | | |
| Daniel Orms | ⓪ | 5-23-18 videodepo |

| | | |
|---|---|---|
| Darren R. Hurst, M.D. | 5-22-18 | 5-22-18 |
| David Chodos, M.D. | ↶ | 5-23-18 Apr. Video Depo |
| David Ciavarella, M.D. | | 5-18-18 apr by video Depo |
| David Dimmit | | |
| David Garcia, M.D. | 5-17-18 | 5-17-18 |
| David Mickey Graves | | |
| David W. Feigal, M.D., M.P.H. | 5-29-18 | 5-29-18 |
| Derek David Muehreke, M.D. | 5-18-18 | 5-18-18 |
| Donna-Bea Tillman, Ph.D., MPA, FRAPS | 5-23-18 | 5-23-18, 5-24-18 |
| Doris Jones | 5-22-18 | 5-22-18 5-23-18 |
| Doug Uelman | | |
| Frederick B. Rogers, M.D. | | 5-23-2018 Video Depo |
| Gin Schulz | | 5-15-18 5-16-18 by video Depo |
| Holly Glass | | |
| J. Matthew Sims, MC, MS | | |
| Jack Sullivan | | |
| Janet Hudnall | | 5-18-18 5-22-18 Apr by video Depo |
| Jason Greer | | 5-18-18 Apr by video Depo |
| John DeFord | | 5-25-18 Apr by video depo |
| John Lehmann, M.D. | | |
| John McDermott | | |
| John Van Vleet | 5-29-18 | 5-29-18 |
| John Weiland | | |
| John Wheeler | | |
| Joni Creal | | |
| Judy Ludwig | | |

| Name | | |
|---|---|---|
| Kay Fuller | | |
| Kenneth Herbst, M.D. | | |
| Kevin Boyle | | |
| Kimberly Romney | | |
| Kirstin Nelson, M.D. | | 5-23-18 Apr. by video Depo |
| Len DeCant | | |
| Lora K. White, RNBC, BSN, CCM, CNLCP | 5-23-18 | 5-23-18 |
| Mark Moritz, M.D. | | 5-30-18 Apr by video depo |
| Mark Wilson | | 5-25-18 apr by video depo |
| Mary Edwards | | |
| Mehdi Syed | | |
| Melanie Vilece Sussman | | 5-29-18 Apr by video Depo |
| Michael Randall | 5-18-18 | 5-18-18 5-30-18 |
| Michael Streiff, M.D. | | |
| Moni Stein, M.D. | 5-25-18 | 5-25-18 |
| Murray R. Asch, M.D. | 5-16-18 | 5-16-18 |
| Natalie Wong | | 5-23-18 Apr by video Depo |
| Patrick McDonald | | |
| Paul Briant, Ph.D., P.E. | 5-25-18 | 5-25-18 |
| Rebecca Betensky, Ph.D. | | |
| Robert Cortelezzi | | |
| Robert M. Carr, Jr. | 5-17-18 | 5-17-18 5-29-18 5-30-18 |
| Robert McMeeking, Ph.D. | 5-16-18 | 5-16-18 |
| Ronald A. Thisted, Ph.D. | | |
| Scott Trerotola, M.D. | | 5-30-18 Apr by video depo |
| Shanice Matthews | 5-22-18 | 5-22-18 |

| Sharese May | | |
|---|---|---|
| Shari Allen O'Quinn | 5-25-18 | 5-25-18 |
| Steve Williamson | | |
| Suzanne Parisian, M.D. | | |
| Thomas Ferari | | |
| Thomas Kinney, M.D., MSME | | |
| William Altonaga, M.D. | | 5-18-2018 appr by video depo |
| William Little | | 5-30-18 Apr by video depo |
| William Stavropoulos, M.D. | | |