UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

| | | | FILED   LODGED |
| | | | RECEIVED   COPY |
| | | | JUN 1 2018 |
| | | | CLERK U S DISTRICT COURT |
| | | | DISTRICT OF ARIZONA |
| | | | BY                    DEPUTY |

☐ Preliminary Injunction      ☐ TRO      ☐ Non-Jury Trial      ☒ Jury Trial

Case Number **MD-15-02641-PHX-DGC**   Judge Code **7020**   Date **May 15, 2018**

**Doris Jones vs. C.R. Bard, Inc. and Bard Peripheral Vascular**

☒ Plaintiff/Petitioner      ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 106 | | | 4/30/2004 Recovery Filter Crisis Communications by Hill & Knowlton |
| 422 | | | 10/24/2007 Email re Recovery G2 Filter Study (Everest) Final Study Report, TD-00456, between 12/7/2005 and 7/24/2006, Protocol BPV-RC-1332, IDE G050134 |
| 443 | | | 11/30/2008 G2 and G2X Fracture Analysis Reporting date range 7/1/2005 thru 11/30/2008 |
| 504 | | 5-30-18 | Eclipse Concept POA |
| 529 | | | Allen Deposition, 10/09/2013, Exhibit 03 - Vena Cava Filter Overview (Glen Falls), detailing NMT's timeline with the modified version of the SNF in the form of the Recovery filter, with handwritten notes that the FDA was "worried about migration…fracture…[and] cava puncture". |
| 545 | | 5-18-18 | Hudnall 24, 2/26-2/27/2004 E-mail exchange b/w Hudnall and David Rauch of BPV Re. "Case for Caval Centering" |
| 546 | | 5-22-18 | Altonaga 04, 4/13-4/15/2004 E-mail exchange b/wLee Lynch, Lehmann, and others Re. "Crisis Plan and Supporting Documents for Your Review" |
| 547 | | | Altonaga Deposition, 10/22/2013, Exhibit 08 and Sullivan Deposition, 09/16/2013, Ex. 428 - Recovery Internal Q&A, Version 8/30/2004 |
| 551 | | | Asch Deposition, 01/05/2011, Exhibit 04 - Grassi, et al. 2003 article entitled "Quality Improvement Guidelines for Percutaneous Permanent IVC Filter Placement for the Prevention of Pulmonary Embolism" |
| 552 | | | Asch 202, 5/18/1999 Letter from Thomas Kinst, Product Manager of Filters at NMT Medical, to Monica Coutanche, Marketing Manager at Bard Canada, Inc. |
| 553 | | | Asch Exh. 203, BPV-17-01-00114165 - 166, Recovery Filter Compassionate Use 9-14-2000 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 555 | | | Asch Deposition, 05/02/2016 - Exhibit 205 - 2005 article by Asch and Cheung et al., entitled "Temporary inferior vena cava filter use in pregnancy" |
| 556 | | 5-16-18 | Asch Exh. 207, BPV-17-01-00052582 -588, 1/26/2001 Letter from Mount Sinai Hospital to Dr. Asch |
| 557 | | 5-16-18 | Asch Exh. 208, BPV-17-01-00056765 -766, /28/2000 E-mail from Paul Stagg to Cavagnaro, Mellen, Uelmen, Vierling, and Field Re. "Fwd[2]: compassionate IVC filters" (from Asch) |
| 558 | | | Asch Deposition, 05/02/2016 - Exhibit 209 - Article by Dr. Murray Asch, entitled "Initial Experience in Humans with a New Retrievable IVC Filter" |
| 559 | | 5-16-18 | Asch Exh. 210, BPV-17-01-00052621, 4/17/2002- Email from George Cavagnaro to Doug Uelmen and Carol Vierling, dated April 18, 2002 |
| 567 | | 5-16-18 | Asch Deposition, 05/02/2016 - Exhibit 223 - 3/10/2003 Letter from Dr. Asch Re support for RF |
| 571 | | 5-18-18 | Baird Deposition, 06/09/2016 - Exhibit 301 - PowerPoint Presentation entitled BPV Filter Franchise Review dated 5/6/2008 (colored and 43 pages) |
| 591 | | 5-18-18 | Baird Deposition, 06/09/2016 - Exhibit 322 - Bard Idea POA on the Denali Filter, Project No. 8108 Rev. 0.0, revised August 2009 by Bret Baird |
| 677 | | 5-22-18 | Filter - Fracture Analysis August 2010, Reporting range 7/1/05 - 8/31/10, G2, G2X, and Eclipse |
| 704 | | | Brauer, 08/02/2017, Exhibit 1039 - Bard Everest Medical Monitor Adjudication Meeting Minutes, August 28, 2006 |
| 709 | | | Brauer, 08/02/2017, Exhibit 1046 - Bard Simon Nitinol Filter, Postmarket Surveillance Study Amendment, August 10, 2014 |
| 730 | | | Carr Deposition, 04/17/2013 - Exhibit 01 - Class of Plaintiffs' Notice of Taking Rule 30(b)(6) Deposition Duces Tecum in Case No. 12-80951- CIV-ROSENBAUM |
| 735 | | 5-15-18 | Carr Deposition, 04/17/2013 - Exhibit 07 - Bard Idea POA - Eclipse Anchor Filter, caudal migration, Rev 0, 4/1/2010 E-mail exchange b/w Tracy Estrada and Ed Fitzpatrick |
| 756 | | | Carr Deposition, 11/05/2013 - Exhibit 01 - PowerPoint slide, "An IVC Filter Must…" prevent recurrent PE, maintain patency over time, be easy to use, and avoid complications |
| 757 | | | Carr Deposition, 11/05/2013 - Exhibit 02 - G3 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 760 | | | Vena Cava Filter - Design Input Summary Report, DIS-8049, Rev 001 |
| 764 | | | Carr Deposition, 11/05/2013 - Exhibit 07 - NMT Medical's 9/1/2000 R&D Technical Report, No. RD-RPT-128, entitled "Investigation Report of a Migrated Recovery Filter in the Human Use Experience at [Redacted]" |
| 800 | | | Carr Deposition, 11/05/2013 - Exhibit 14 - 5/27/2004 E-mail b/w Greer, Carr, Hudnall, and Sullivan re. "Bariatric patients and filters", "Stay out of the buffet line", BPVE-01-00010858-859 |
| 854 | | | Carr Deposition, 12/19/2014 - Exhibit 18 - NMT RNF PDT Meeting Notes re Product Development Team, 01/13/1998 |
| 876 | | 5-22-18 | Carr Deposition, November 5, 2013 - Exhibit 15 - 12/12/2004 E-mail from Uelmen to Kellee Jones, attaching 12/9/2004 Remedial Action Plan (Revised) SPA-04-12-01 *Redacted* |
| 898 | | 5-16-18 | BPV-17-01-00009381 -398, Pages 30-44 of Notebook No. 7013, Project: Recovery Filter Arm Fatigue Testing, Chanduszko Deposition, 04/23/2015 - Exhibit 17 - |
| 905 | | | Chanduszko Deposition, 10/10/2013 - Exhibit 07 - 7/15/2004 E-mail from Hudnall to TPE-Interventional Sales-DG Re. "Vena Cava Filter Complications Q&A" |
| 925 | | | Ciavarella Deposition, 03/01/2011 - Exhibit 07 - 12/20-12/23/2005 E-mail exchange b/w Walcott and Ciavarella Re. "G2 Caudal Migrations" |
| 926 | | 5-18-18 | Ciavarella Exh. 28, BPV-17-01-00180239, PowerPoint presentation entitled "Filters Complaint History Data as of 7/31/2007" by Natalie Wong |
| 927 | | 5-22-18 | Ciavarella Deposition, 11/12/2013 - Exhibit 31 - 8/3/2005 Memo from C. Ganser to T. Ring/J. Weiland Re. IVC Recovery Filter Adverse Events (Migrations/Fractures) *Redacted.* |
| 931 | | 5-18-18 | Ciavarella Exh. 35, BPVE-01-00245379 - 383, Ciavarella Exh. 35, Health Hazard Evaluation 12-17-2004 |
| 932 | | 5-18-18 | Ciavarella Deposition, 11/12/2013 - Exhibit 39 - Draft of Updated Health Hazard Evaluation Memo from Ciavarella to Uelmen, Re: "Limb Fractures of Recovery Filter", dated 7/9/2004 |
| 945 | | 5-22-18 | Ciavarella Deposition, 11/12/2013 - Exhibit 41 - BPV's 5/6/2008 PowerPoint presentation entitled "Filter Franchise Review", including charts of 2007 U.S. Market Share by $ and U.S. filter sales history |
| | | | Cohen Exh. 736, IVC Filters - Covered Stents, Monthly Report April, 2004 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 965 | | | Cohen, 01/25/2017, Exhibit 757 - E-mail dated 12/15/04, with attached FDA Filter Information, FDA called Temple to speak with Cohen |
| 991 | | 5-18-18 | Cortelezzi, 11/11/2016, Exhibit 586 - 12/23/2005 E-mail from David Ciavarella Re. "G2 Caudal Migrations", forwarded to Brian Barry on 12/27 |
| 992 | | 5-18-18 | Cortelezzi, 11/11/2016, Exhibit 588 - 7/16/2005 E-mail from Jason Greer to many Re. "Westy's situation…everyone's situation", detailing Bard's need to respond to Cordis' bringing forward the Maude database to physicians and "causing a problem" |
| 994 | | | D'Ayala Exh. 4  IFU, G2 Filter System , 10/2006, Rev. 5, PK5100030 |
| 1001 | | | D'Ayala Exh. 13, Evidence-Based Evaluation of Inferior Vena Cava Filter Complications Based on Filter Type |
| 1006 | | 5-22-18 | DeCant Deposition, 05/24/2016 - Exhibit 254 - 12/9/2003 Meeting Minutes Memo from Brian Hudson  to Len DeCant, Mike Casanova, Robert Carr, and Alex Tessmer Re. "Special Design Review for Recovery (Project #'s 7081 and 8008)" |
| 1008 | | | DeCant Deposition, 05/24/2016 - Exhibit 257 - 2/13/2004 Meeting Minutes Memo from Doug Uelmen Re. "Filter Migration Meeting Minutes of February 12, 2004" |
| 1009 | | 5-23-18 | DeCant Deposition, 05/24/2016 - Exhibit 258 - 4/6/2004 Memo from Peter Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Nitinol Vena Cava Filter", including the Remedial Action Plan SPA 04-03-01 on the Recovery Filter, dated 3/26/2004 |
| 1020 | | | DeCant Deposition, 05/24/2016 - Exhibit 271 - 10/12/2004 Failure Investigation Report on the Recovery Filter Migration, FIR-04-10-01 |
| 1023 | | 5-22-18 | DeCant Deposition, 05/24/2016 - Exhibit 275 - Internal Presentation on the G2 Filter System for Permanent Use, detailing the design modifications, features/benefits, and comparison to the Recovery Filter |
| 1033 | | | Deford Deposition, 06/02/2016 - Exhibit 289 - Handwritten Notes on concerns about the HHE and design issues |
| 1053 | | 5-18-18 | Edwards Deposition, 01/20/2014 - Exhibit 02 - 3/28/2003 Document RE. "Product Opportunity Appraisal for Recovery Filter", FM070018, Doc No. POA-7081, Version 000 |
| 1058 | | | Edwards Deposition, 01/20/2014 - Exhibit 08 - 2/13/2004 Memo from Uelmen to Distribution Re. "Filter Migration Meeting Minutes of 2/12/2004" |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1062 | | | BPV PowerPoint presentation entitled "BPV/AngioMed New Product Development Review Meeting - April 26, 2004" |
| 1130 | | | Ferrera Deposition, 04/07/2017, Exhibit 03 - Memo from Regina Busenbark dated 01/12/2006 |
| 1133 | | 5-22-18 | Ferrera Deposition, 04/07/2017, Exhibit 11 - Recovery Filter Arm Fracture, Remedial Action Plan September 2, 2004 |
| 1146 | | | Fuller Deposition, 01/11/2016 - Exhibit 120 - Document entitled "Clinical Trial - Began April 25, 2000", an overview of Dr. Murray Asch's study |
| 1216 | | 5-18-18 | Ciavarella Exh. 21, BPV-17-01-00024667 - 684, Regulatory Affairs Manual, RA-STD-002, 10-12-2000 |
| 1217 | | | Ganser Deposition, 10/11/2016 - Exhibit 527 - 4/23/2004 E-mail from John Lehmann to Carr and Uelmen Re. "Draft data set for statistician" |
| 1220 | | | Ganser Deposition, 10/11/2016 - Exhibit 530 - 8/25/2004 E-mail from Avijit Mukherjee to Robert Carr, Janet Hudnall Cced, Re. "Recovery Filter objective statement" |
| 1221 | | 5-18-18 | Ciavarella Exh. 40, BPVEFILTER-01-00008355 357, 2/15/2006 Health Hazard Evaluation from David Ciavarella to Gin Schulz Re. "G2 Inferior Vena Cava Filter - Migration" |
| 1222 | | 5-18-18 | Ganser Deposition, 10/11/2016 - Exhibit 534 - PowerPoint Presentation for a meeting to analyze EVEREST and MAUDE data and provide justifications for proposed changes to G2 filter |
| 1234 | | | Gillette Deposition, 07/11/2014 - Exhibit 11 - 12/21/2004 E-mail from Mary Nielsen to many Re. "Nov.2004 Sales Rankings", Interventional Rankings for November |
| 1295 | | 5-22-18 | Graves Deposition, 02/27/2014 - Exhibit 10 - 3/23/2006 E-mail exchange b/w Mickey Graves and Charlie Simpson, FEA on G2, regarding Historical FEA analysis |
| 1300 | | | Greer Deposition, 08/11/2014 - Exhibit 04 - 3/7/2004 E-mail from Mark Tinsley to Jason Greer and Jack Sullivan |
| 1305 | | | Greer Deposition, 09/26/2011 - Exhibit 09 - Updated Health Hazard Evaluation Memo from Ciavarella to Uelmen, Re: "Limb Fractures of Recovery Filter", dated 11/17/2004 |
| 1333 | | | Hudnall Deposition, 11/01/2013 - Exhibit 31 - Summary of Sales and Adverse Events for all competitors from 01/00 through Q1/04 |
| 1334 | | | Worland Hudnall Deposition, 11/01/2013 - Exhibit 33 - 3/2-3/3/2011 E-mail Re. "BARD IVC Filter Event Report"; Email exchange between |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Ben Haygood and John Worland: No significant difference between the adverse events of the Recovery and Vena Cava filters |
| 1335 | | | Hudnall Deposition, 11/01/2013, Exhibit 21 - Brochure - Recovery Cone Removal System |
| 1336 | | 5-18-18 | Hudnall Deposition, 11/01/2013, Exhibit 22 - Recovery G2 Filter System brochure |
| 1337 | | 5-18-18 | Hudnall Deposition, 11/01/2013, Exhibit 23 - G2 Brochure (permanent) - Patient Questions & Answers and Bard's website page about G2 Filter System, Indicated for removal, 6/10/2010 |
| 1339 | | 5-18-18 | Hudnall Deposition, 11/01/2013, Exhibit 29 - 7/6/2004 E-mail exchange b/w Hudnall and Bob Cortelezzi Re. "Maude Website Discussion" |
| 1367 | | | Hudson Deposition, 01/17/2014 - Exhibit 11 - Patient Comparison Matrix for the Recovery Filter Detached Limbs, dated 11/1/2005 |
| 1369 | | 5-22-18 | Hudson Deposition, 01/17/2014 - Exhibit 16 - 3/24/2004 E-mail from Alex Tessmer to Charlie Benware and Ed Fitzpatrick Re. "Starguide Filter Migration Test Results" |
| 1370 | | 5-22-18 | Hudson Deposition, 01/17/2014 - Exhibit 18 - 12/11/2003 E-mail exchange b/w Brian Hudson and Janet Hudnall, others CC'ed, Re. "Special Design Review for Recovery - Meeting Minutes". |
| 1383 | | 5-22-18 | Hudson Deposition, 01/17/2014 - Exhibit 13 - BPV Engineering Test Report - Characterization of Recovery Filter Migration Resistance in Comparison to Competitive Product - Phase 1, ETR-04-03-02, Rev 0. |
| 1452 | | | Kaufman, 01/04/2017, Exhibit 595 - Written notes from the Recovery Filter/Clinical Panel Review with Dr. Kaufman, Dr. Anthony Venbrux, and H. Houstard, Esq. |
| 1517 | | | Kessler Report - Based on the Fishbone analysis insufficient caudal anchoring is likely the root cause of caudal tilts and caudal migrations, and indirectly of penetrations and fractures." |
| 1578 | | 5-17-18 | Kessler Report ETR-06-28-29, revision 0, project #8049, Caudal Migration Test Method Development and G2 Filter Resistance Test Report, 11/27/06 |
| 1580 | | 5-22-18 | Kessler Report -July 12, 2004 email from Bard's VP of Regulatory Sciences Chris Ganser, to Tim Ring and John Weiland, attached "an executive summary of Recovery Filter adverse events (migration and fracture" Redacted |
| 1585 | | | Kessler Report - Presentation titled "G2 and G2 X Fracture Analysis, Draft 11/30/08" |
| 1594 | | 5-18-18 | Hudnall Exh. 34, 2/16/2005 E-mail from Charlie Simpson to Hudnall Re. "American Venous Forum - |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Mary Protocor presented an evaluation of filter related findings from the Maude database" |
| 1604 | | | Lehmann Deposition, 04/02/2013, Exhibit 12 - 3/12-3/19/2004 E-mail Exchange b/w Lehmann and Holly Glass Re. "Recovery Crisis Communications Plan" |
| 1644 | | | McDermott Deposition, 02/05/2014 - Exhibit 07 - 6/23/2008 E-mail from Mike Randall |
| 1680 | | 5-30-18 | McDonald Deposition, 07/29/2016 - Exhibit 21 - 7/13/2015 Warning Letter from the FDA redacted |
| 1704 | | | McMeeking Expert Report - Eclipse - Femoral and Jugular/Subclavian Delivery Kits Special 510(k) Premarket Submission November 23, 2009 |
| 1714 | | | McMeeking Expert Report - Summary data to Support ECLIPSE Special 510(k) Submission, 25th November 2009 |
| 1735 | | | Email from Gin Schultz to Cindi Walcott re G2 perforations |
| 1740 | | 5-18-18 | Modra Deposition, 06/06/2014 - Exhibit 5 - 1/18/2010 E-mail from Bret Baird (Marketing Manager of IVC Filters) to Sales Team listserve (TPE-PV Sales-DG) Re. "Important: Eclipse Vena Cava Filter Launch Details" |
| 1787 | | 5-23-18 | Orms Deposition, 08/16/2016 - Exhibit 13 - 11/9/2010 E-mail Thread from Chris Smith Re. "Northside(S) Filter Business" |
| 1788 | | 5-18-18 | Orms Deposition, 08/16/2016 - Exhibit 14 - 10/2/2010 E-mail Thread from Jeffrey Pellicio Re. "Meridian Commercialization Plan" |
| 1820 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 304 - Internal Presentation on the G2 Filter System for Permanent Use, detailing the design modifications, features/benefits, and comparison to the Recovery Filter |
| 1821 | | 5-23-18 | Raji-Kubba Deposition, 07/18/2016 - Exhibit 305 - 11/12/2009 E-mail from Bret Baird to Bill Little, John Van Vleet, and Gin Schulz |
| 1822 | | 5-23-18 | Raji-Kubba Deposition, 07/18/2016 - Exhibit 307 - 1/21/2010 Bard Memo from Jeffrey Pellicio to "Reviewers" |
| 1823 | | 5-23-18 | Raji-Kubba Deposition, 07/18/2016 - Exhibit 308 - 1/4/2010 E-mail from Gin Schulz to Beasley, Raji-Kuba, Van Vleet, Doherty, and Little Re. "Potential Actions" |
| 1827 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 312 - 5/3/2009 E-mail from Raji-Kubba to Robert Carr |
| 1828 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 313 - 7/14/2009 E-mail from Raji-Kubba to Mike Randall and Robert Carr |
| 1829 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 314 - Packet entitled "Bard Peripheral Vascular NPD |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Review Meeting, March 11, 2010" |
| 1833 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 318 - 7/8/2008 E-mail from Abtihal Raji-Kubba to Mike Randall and Robert Carr Re. "FW:TrackWise Reportable Event Notification: PROD-Rec.# 180562: RF320J, Limb Detached, CMP32042" |
| 1878 | | | Randall, 02/02/2017, Exhibit 2083 - E-mail From Andre Chanduszko to Mike Randall, Re: Everest and Maude Desktop |
| 1890 | | | Rogers, 07/18/2017, Exhibit 4053 - 2017 JAMA article titled "Vena Cava Filter Use in Trauma and Rates of PE, 2003-2015" |
| 1912 | | 5-18-18 | Greer 7, 3/16/2006 E-mail from Jason Greer to Janet Hudnall |
| 1918 | | | Romney, 01/18/2017, Exhibit 2053 - 3/8/2010 BPV Memo from Jim Beasley to Tim Ring Re. "Monthly Management Report", detailing the recent developments of filters (2/16/2010 phone call with FDA in position to no longer requiring a randomized trial for the prophylactic indication, the product development/launch schedule for the Eclipse and Denali IDE, and the G2X launch on 1/14/2009). Also includes 45 total MDRs in February 2010, including several filter complaints pertaining to the Recovery and G2 filters. |
| 1940 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 11 - Chart of Adverse Events and Deaths for all competitors from Prior Evaluation through Q3 2005 and from Q4 2005 to present |
| 1941 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 12 - 11/30/2005 E-mail exchange b/w Gin Schulz and Kellee Jones re Gin, G2 v. Maude and attachments, Spread Sheet - Filter Sales (IMS Q1 '00 to Q4 '04, + Trend Q1 - Q3 '05) |
| 1943 | | | Schulz Deposition, 01/30/2014 - Exhibit 14 - Draft of the 4/14/2006 Memo from Natalie Wong Re. "RNF Fracture and G2 Caudal Migration update with Brian Barry" |
| 1944 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 15 - 5/19/2006 E-mail from Natalie Wong to Gin Schulz and Candi Long, attaching the PowerPoint Presentation on "Recovery (Gen 1) Fracture Slides" (included in exhibit) and RNF Fracture Report (not included), updated to be current as of 5/18/2006 for the Management Review |
| 1945 | | | Schulz Deposition, 01/30/2014 - Exhibit 16 - 10/1/2006 E-mail from Nataile Wong to Several Re. "Fracture Docs" |
| 1946 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 17 - 2/2/2006 E-mail from Gin Schulz to Several Re. "Minutes" |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1947 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 19 - 5/10/2006 E-mail from Natalie Wong Re. "FDA Proposed Response" |
| 1948 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 2 - 1/31/2006 E-mail from Gin Schulz to Mickey Graves and Natalie Wong Re. "Caudal" |
| 1949 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 21 - 6/28/2011 Email Chain from Brian Hudson to Kevin Bovee and Chad Modra Re Talking Points Including attachment |
| 1950 | | 5-15-18 5-18-18 | Schulz Deposition, 01/30/2014 - Exhibit 4 - Meeting Summary of the IVC Filter Focus Group meeting held on 6/1/2006 in Chicago, IL at Hilton O'Hare |
| 1951 | | 5-15-18 | Schulz Deposition, 01/30/2014 - Exhibit 5 - 1/31/2005 Memo from Peter Palermo to Kerry Chunko Re. "Quality Plan 2005" |
| 2044 | | | Sullivan Deposition, 09/16/2016 - Exhibit 430 - Recovery Timeless Performance Vena Cava Filter Brochure |
| 2045 | | 5-30-18 | Sullivan Deposition, 09/16/2016 - Exhibit 431 - Marketing Brochure - G2 Filter System for Permanent Placement |
| ~~2018~~ | 2052 | 5-22-18 | Sullivan Deposition, 09/16/2016 - Exhibit 437 - Document entitled "Failure Investigations/R002 History Review" |
| | | | Sullivan Deposition, 09/16/2016 - Exhibit 446 - Draft of PowerPoint Presentation entitled "G2 and G2X Fracture Analysis", dated 11/30/2008 |
| 2056 | | | Sullivan Deposition, 09/16/2016 - Exhibit 454 - 3/8/2010 E-mail from Melissa Bui to Many Re. "Filter Weekly Complaint Data Through 3-7-10" |
| 2057 | | 5-22-18 | Sullivan, 11/03/2016, Exhibit 442 - Recovery Filter Migration Remedial Action Plan SPA-04-12-01 dated 1/4/2005, including the Lehmann Report and Dr. Ciavarella's 12/17/2004 HHE titled "Recovery Filter - Consultant's report" |
| 2059 | | 5-22-18 | Tessmer Deposition, 06/12/2013 - Exhibit 02 - Project Status Report Form for the Recovery Filter, Project No. 7081, initiated 7/1/2002 with the goal to "Investigate Migration"; FM0700160, Rev. 1. |
| 2061 | | 5-22-18 | Tessmer Deposition, 06/12/2013 - Exhibit 05 - 2/4/2004 E-mail from Alex Tessmer to Several Re. "Updated: Filter Migration Flow Loop Test Fixture" |
| 2062 | | 5-22-18 | Tessmer Deposition, 06/12/2013 - Exhibit 07 - 1/14/2004 Memo from Rob Carr to File Re. "Design Review Meeting Minutes Response" |
| 2063 | | 5-22-18 | Tessmer Deposition, 06/12/2013 - Exhibit 08 - 2/25/2004 E-mail from Alex Tessmer to Robert Carr and Brian Hudson Re. "Filter Migration |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Test Results |
| 2065 | | 5-22-18 | Tessmer Deposition, 06/12/2013 - Exhibit 11 - BPV Engineering Test Report - Characterization of Recovery Filter Migration Resistance When Legs are Crossed or Hooks Removed - Phase 2, ETR-04-03-10, Rev 0 |
| 2066 | | | Tessmer Deposition, 06/12/2013 - Exhibit 13 - 7/26-7/27/2004 E-mail Exchange b/w Len DeCant and John McDermott |
| 2069 | | 5-22-8 | Tessmer Deposition, 06/12/2013 - Exhibit 19 - 8/26/2004 E-mail from Alex Tessmer to Robert Carr and Avijit Mukherjee Re. "Corporate Presentations" |
| 2090 | | 5-15-18 | NMT Powerpoint, Cprdos, 06/14/2000 |
| 2217 | | 5-30-18 | Williamson Deposition, 09/07/2016 - Exhibit 105 - Cover page entitled "Attachment 1.14", followed by the 1/23/2015 Memo from Ludwig to Chad Modra Re. "IVC FIlters Retrospective Review" |
| 2243 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 537 - 4/23/2004 E-mail from John Lehmann to Carr and Uelmen Re. "Draft data set for statistician" |
| 2244 | | 5-15-18 | Wong Deposition, 10/18/2016 - Exhibit 538 - 12/17/2004 Health Hazard Evaluation from David Ciavarella to Doug Uelmen Re. "Recovery Filter - Consultant's Report", detailing the 76 reports of the Recovery filter, with 32 serious injury and 10 deaths of the 20,827 units sold during the reporting period |
| 2245 | | | Wong Deposition, 10/18/2016 - Exhibit 540 - Confidential PowerPoint Presentation entitled "Recovery (Gen 1) - Fracture and Migration Complaint Update," dated 6/20/2006 |
| 2246 | | | Wong Deposition, 10/18/2016 - Exhibit 541 - 8/4/2006 E-mail from Natalie Wong to Gin Schulz Re. "Updated RNF Draft Report" |
| 2247 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 542 - 12/2/2009 E-mail exchange b/w Sandy Kerns and Natalie Wong Re. "Filter Fractures" |
| 2248 | | 5-17-8 | Wong Deposition, 10/18/2016 - Exhibit 543 - PAT PowerPoint Presentation entitled "G2 Caudal Migration Update," dated 3/2/2006, which Wong circulated via e-mail on 3/2/2006 to several for the presentation that afternoon |
| 2249 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 544 - 5/18/2006 Natalie Wong meeting documents, email re "Caudal Investigation" with attachments of G2 Caudal Report 05.18.06 and Caudal Pre-PAT minutes |
| 2250 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 545 - BPV's Failure Investigation Report on the G2 Filter - Caudal Migration, FIR-06-01-01 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 2251 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 547 - 4/10/2006 High Importance E-mail from Cindi Walcott to Allen, Schulz, and McDermott Re. "FW: FDA Request for Information" |
| 2252 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 548 - 9/25/2007 E-mail from John Lehmann to John Van Vleet and John Reviere Re. "EVEREST FSR rev H and supporting redlines |
| 2253 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 549 - 5/27/2004 E-mail from Natalie Wong to Doug Uelmen Re. "Recovery Stats" |
| 2447 | | | Expert Report of Rebecca Betensky |
| 2449 | | | Expert Report of Robert McMeeking |
| 2450 | | | Robert McMeeking's CV |
| 2451 | | | Expert Report of Dr. Darren Hurst |
| 2452 | | | Dr. Darren Hurst CV |
| 2453 | | | Expert Report of Derrek Muehrcke |
| 2454 | | | Derrek Muehrcke's CV |
| 2459 | | | Expert Report of Mark Moritz |
| 2467 | | | Expert Report of Garcia and Streiff |
| 2468 | | | CV of Streiff |
| 3133 | | | Complaint File - 08/27/2009, 237752, G2 , 1104 Detachment of component(s) |
| 3572 | | | Securities and Exchange Commission Form 10-K for C.R. Bard, Inc. for the fiscal year ended December 31st, 2016 |
| 3573 | | | Securities and Exchange Commission Form 10-Q for C.R. Bard, Inc. for the quarterly period ended September 30th, 2017 |
| 3574 | | | Securities and Exchange Commission Schedule 14A, Definitive Proxy Statement for C.R. Bard, Inc., dated Mar. 15, 2017 |
| 3709 | | | Medical Article - 2005 The PREPIC Study Group Eight-Year Follow-Up of Patients With Permanent Vena Cava Filters in the Prevention of Pulmonary Embolism: The PREPIC (Prévention du Risque d'Embolie Pulmonaire par Interruption Cave) Randomized Study, Circulation. 2005;12:416-422 (PREPIC 2) |
| 3712 | | | Binkert - Retrievability of the recovery vena cava filter after dwell times longer than 180 days |
| 3781 | | | Medical Article: 2009 BPV-15-01-00106166, Binkert, et al., Technical Success and Safety of Retrieval of the G2 Filter in a Prospective, Multicenter Study, J. Vasc. Interv. Radiol. 2009; 20:1449-1453 |
| 3814 | | | Medical Article - 2010 BPV-17-01-00057953-8037 Nicholson, et al., Prevalence of Fracture and |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Fragment Embolization of Bard Retrievable Vena Cava Filters and Clinical Implications Including Cardiac Perforation and Tamponade, Arch. Intern. Med. (2010) 170 (20): 1827-1831 |
| 3856 | | | Medical Article - 2011 Iliescu and Haskal, Advanced Techniques for Removal of Retrievable Inferior Vana Cava Filters, Cardiovasc Intervent Radiol (2012) 35: 741-750 |
| 3912 | | | Medical Article - 2012 Lynch Modified Loop Snare Technique for the removal of Bard Recovery, G2, G2 Express, and Eclipse Inferior Vena Cava Filters, J Vasc Interv Radiol 2012; 23:687-690 |
| 4050 | | | Medical Article - 2014 Andreoli et al., Comparison of Complication Rates Associated with Permanent and Retrievable Inferior Vena Cava Filters: A Review of the MAUDE Database, J. Vasc. Interv. Radiol. 2014; 25:1181-1185 |
| 4055 | | | Medical Article - 2014 BPV-DEP-00014246-247, An et al., Prevalence and Clinical Consequences of Fracture and Fragment Migration of the Bard G2 Filter: Imaging and Clinical Follow-up in 684 Implantations, J. Vasc. Interv. Radiol. 2014; 25:941-948 |
| 4147 | | | Medical Article - 2015 Mismetti, et al., Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism: A Randomized Clinical Trial, JAMA Volume 313, Number 16; 1627-1635 Garcia & Streiff (PREPIC 1) |
| 4185 | | | Medical Article - 2016 Deso, Idakoji, Kuo, Evidence-Based Evaluation of Inferior Vena Cava Filter Complications Based on Filter Type, Semin Intervent Radiol 2016; 33: 93-100 |
| 4282 | | | Exemplar G2 Filter |
| 4283 | | | Demonstrative: Exemplar G2X Filter |
| 4327 | | | Monthly Global PV Report - January 2006, date of memo, 02/10/2006 |
| 4328 | | | Ganser Deposition, 10/11/2016 - Exhibit 517, Device Labeling Guidance, General Program Memorandum |
| 4330 | | 5-16-18 | Asch Deposition, 05/02/2016 - Exhibit 206 , July 21, 1999 letter to Dr. Freeland from Dr. Asch |
| 4332 | | | Updated CV of Murrary Asch |
| 4340 | | | Demonstrative: McMeeking |
| 4342 | | | Demonstrative: McMeeking |
| 4349 | | | Demonstrative: McMeeking |
| 4373 | | | Demonstrative: McMeeking Drawing |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4375 | | | Def Opening PowerPoint Slide |
| 4401 | | 5-22-18 | Implant op report with Avino 8/24/2010 (2 pages) |
| 4402 | | 5-22-18 | Product ID/sticker 8/24/2010 (1 page) |
| 4403 | | 5-22-18 | Chest x-ray report discovers filter fragment in pulm artery 4/22/15 (1 page)  redacted |
| 4404 | | 5-22-18 | CT Angiogram report 4/22/15 (2 pages) |
| 4405 | | 5-22-18 | 8/14/13 XR Chest PA/LAT report |
| 4406 | | 5-22-18 | Retrieval and discharge records 4/22-24/15 (7 pages)  to be redacted |
| 4407 | | 5-22-18 | Removal bills |
| 4408 | | | Migration and fatality comparison thru 6/4 |
| 4409 | | 5-17-18 | G2 brochure 2 |
| 4410 | | | Email from Janet Hudnall to group re "Need Your Help - Time Sensitive" |
| 4411 | | | G3 Project Plan |
| 4412 | | 5-22-18 | Email from: Gin Schulz to Kevin Shifrin regarding Recovery Filter Limb Fractures with attachment of RF Limb detach |
| 4413 | | | BPV District Manager Monthly Report and cover email to group from Amy Strecker |
| 4414 | | 5-18-18 | Email from Brian Reinkensmeyer to Baird cc Pellicio and Randall re "Filter study Idea" |
| 4415 | | 5-29-18 | Email from Mike Randall to Carr and Raji-Kubba re "Misclassified??" |
| 4416 | | 5-18-18 | Bill Little email re Eclipse Filter Naming |
| 4417 | | | Email from Pellicio to Tracey Estrada cc Bret Baird re "Claims Document" attaching Meridian Claims document |
| 4418 | | | Email from Lilee Stomski to group re "June 2016 Fracture and Weiland Report" and attaching Weiland Report and BPV Filter Fracture Draft May'16 documents |
| 4419 | | | Bard internal spreadsheet of Filter Sales and MAUDE data through November 7, 2005/Q3 2005 |
| 4420 | | 5-22-18 | Meridian Vena Cava Filter and Jugular Delivery System Product Performance Specification PPS, Revision 3  redacted |
| 4421 | | | 10/19/1999 RNF Marketing Launch Plan |
| 4422 | | | Eclipse Patient Questions & Answers Brochure |
| 4423 | | | Bard Peripheral Vascular's Supplemental Responses to Plaintiffs Doris and Alfred Jones's First Set of Requests for Admissions to Bard Peripheral Vascular, Inc. |
| 4424 | | | G2X Vena Cava Filter, Femoral Vein Approach, Instructions for Use ("G2X IFU"), Rev. 0 |
| 4425 | | | 8/11/2008 Market Research Executive Summary re IVC Filter Research-SVS Conference - (MR #08032) |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4426 | | | 2/19/2010 Marketing Research Request Form re Next Gen Filter Research, ACC |
| 4427 | | 5-8-18 | Eclipse Vena Cava Filter Ad |
| 4428 | | | Eclipse Vena Cava Filter Ad |
| 4429 | | | Eclipse Vena Cava Filter Ad |
| 4430 | | 5-17-18 | Eclipse Vena Cava Filter Brochure |
| 4431 | | | Eclipse Brochure, 2010 |
| 4432 | | | Eclipse Filter System Training |
| 4433 | | 5-17-18 | Eclipse Vena Cava Filter Patient Questions & Answers |
| 4434 | | | Eclipse Vena Cava Filter Patient Questions & Answers, Rev 2 |
| 4435 | | | Eclipse Vena Cava Filter Training Manual |
| 4436 | | | Eclipse Inferior Vena Cava Filter Ad |
| 4437 | | | Everest Review Webcast January 2008 |
| 4438 | | 5-17-18 | G2 Express Vena Cava Filter Brochure |
| 4439 | | | 2/19/2008 G2 Express Jugular & Filter Design Review Summary |
| 4440 | | | G2 Express Filter /Jugular Feasibility Study, Mike Randall |
| 4441 | | | 11/13/2007 G2 Express Flat Plate Fatigue and Corrosion Examination |
| 4442 | | | G2 Express Test Method Matrix |
| 4443 | | | G2X Vena Cava Filter Ad |
| 4444 | | | G2X Vena Cava Filter Brochure |
| 4445 | | | G2X Vena Cava Filter Sales Training |
| 4446 | | | Simon Nitinol Filter Brochure |
| 4447 | | | Simon Nitinol Filter IFU |
| 4448 | | | Simon Nitinol Filter Patient Questions & Answers |
| 4449 | | | Test Method Validation Results |
| 4450 | | | DV&V Test Protocols and Reports |
| 4451 | | | Meridian (Eclipse Anchors) Filter Concept POA Appraisal |
| 4452 | | | Design Verification & Validation Test Plan |
| 4453 | | | Concept POA, Project name: G3 |
| 4454 | | 5-18-18 | Eclipse Vena Cava Filter Concept POA, Revision 2 |
| 4455 | | 5-18-18 | Vail Vena Cava Filter DIS |
| 4456 | | 5-18-18 | Eclipse Vena Cava Filter Product Performance Specification (PPS) |
| 4457 | | 5-18-18 | Vail Filter System DFMEA |
| 4458 | | | Eclipse Vena Cava Filter Femoral Vein Approach IFU |
| 4459 | | 5-22-18 | Eclipse Vena Cava Filter Jugular Vein Approach |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4460 | | | IFU |
| | | | 6/18/2010 Letter from FDA re Eclipse 510k Premarket submission |
| 4461 | | | 12/5/2012 K Romney memo to BPV Management Board, Filter Franchise Team re 2012 Filter Franchise Marketing Analysis |
| 4462 | | | 9/15/2009 email re August GOC - Filters w/ attached BPV Complaint Summary August 2009 |
| 4463 | | | Flat Plate, Fatigue, and Loading Study Statement of Work, Revision 1 |
| 4464 | | | 9/9/2010 G2 X/G2 Express Filter Post-Market Complaint Summary |
| 4465 | | | PowerPoint Presentation - FDA Statement on Optional Filters |
| 4466 | | | 12/8/2010 email exchange between Heather Harrison and Mike Randall, cc: Joni Creal, Tracy Estrada re Corrosion Ep in Response Letter |
| 4467 | | 5-18-18 | 8/12/2011 email from Mike Randall to Joni Creal re Corp approval needed for Cleveland Clinic Studies w/ attached PowerPoint slides re Filter Fixation and Migration: Forces and Design |
| 4468 | | 5-18-18 | 6/10/2011 email from Mike Randall re Meridian Presentation for SSM 2011 |
| 4469 | | 5-18-18 | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, October 2010 |
| 4470 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, December 2010 |
| 4471 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, January 2011 |
| 4472 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, February 2011 |
| 4473 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, March 2011 |
| 4474 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, April 2011 |
| 4475 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, May 2011 |
| 4476 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, June 2011 |
| 4477 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, July 2011 |
| 4478 | | | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, August 2011 |
| 4479 | | | Filter Sales (Jan 2000 to Nov 2009), MAUDE Data (Jan 2000 to Nov 2009) |
| 4480 | | | Excel Spreadsheet - Major Failure Mode |
| 4481 | | | Clinical Evaluation Report CER0016, Permanent Vena Cava Filter System Simon Nitinol Filter System, June 2014 Revision 2 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4482 | | | 11-25-2009 email chain from Natalie Wong re Filter Info w/ attached Copy of G2 Fracture 9-1-09 analysis |
| 4483 | | | 7-2-2009 email chain re Bard IVC filter letter to customers w/ attached Bard Peripheral Vascular Letter; EverstPosterRev SIR'08 |
| 4484 | | | G2 Express Concept POA-8058 Revision 0 |
| 4485 | | | Product Performance Specification G2 Express Filter Systems - Femoral and Jugular/Subclavian, FM0700190 Revision 1 |
| 4486 | | 5-22-18 | G2 Express Project Plan FM0700150 Rev 6 1-30-07 |
| 4487 | | | G2 Express Femoral V and V Test Plan Release 11-6-2007 |
| 4488 | | | 7-28-2010 Memo from Anisa Kosta to Applicable G2, G2X, and Eclipse Complaint Files re G2, G2X, and Eclipse Filter Fracture Complaint Rates, Revision 7 |
| 4489 | | | 10-14-2010 Memo from Anisa Kosta to Applicable G2, G2X, and Eclipse Complaint Files re G2, G2X, and Eclipse Filter Fracture Complaint Rates, Revision 8 |
| 4490 | | | 2-14-2011 Memorandum from Anisa Kosta to Applicable G2, G2X, and Eclipse Complaint Files re G2, G2X, and Eclipse Filter Fracture Complaint Rates, Revision 98 |
| 4491 | | | Smith, 08/03/2017, Exhibit 4068 - Email from Smith to Baird re Eclipse Jugular filter carton mislabel on certain lots |
| 4492 | | | Smith, 08/03/2017, Exhibit 4069 - 3/19/2010 Email to Smith and sales team re ACC Recap |
| 4493 | | | Smith, 08/03/2017, Exhibit 4073 - Eclipse Vena Cava Filter promotional brochure |
| 4494 | | | Bard Monthly Management Reports Placeholder |
| 4495 | | | Bard Filter Fracture Reports Placeholder |
| 4496 | | | 9/30/2010 Memo to Eclipsse DRT from Bret Baird re Eclipse Post-Market Design Review |
| 4499 | | 5-18-18 | Meridian Vena Cava Filter vs. Eclispse Vena Cava Filter |
| 4500 | | | Monthly Management Report, dated 11/10/2008 |
| 4501 | | | Monthly Management Report, dated 12/8/08 |
| 4502 | | | Monthly Management Report, dated 2/9/09 |
| 4503 | | | Monthly Management Report, dated 3/9/09 |
| 4504 | | 5-23-18 | Monthly Management Report, dated 4/8/09 redacted |
| 4505 | | | Monthly Management Report, dated 5/8/09 |
| 4506 | | | Monthly Management Report, dated 6/8/09 |
| 4507 | | 5-23-18 | Monthly Management Report, dated 7/9/09 |
| 4508 | | | Monthly Management Report, dated 8/10/09 |
| 4509 | | 5-23-18 | Monthly Management Report, dated 10/8/09 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4510 | | | Monthly Management Report, dated 11/9/09 |
| 4511 | | | Monthly Management Report, dated 12/8/09 |
| 4512 | | 5-23-18 | Monthly Management Report, dated 1/1/10 |
| 4513 | | | Monthly Management Report, dated 2/8/10 |
| 4514 | | 5-23-18 | Monthly Management Report, dated 3/8/10 |
| 4515 | | 5-30-18 | Monthly Management Report, dated 4/8/10 redacted |
| 4516 | | | Monthly Management Report, dated 5/10/10 |
| 4517 | | | Monthly Management Report, dated 6/8/10 |
| 4518 | | | Monthly Management Report, dated 7/13/10 |
| 4519 | | 5-30-18 | Monthly Management Report, dated 8/9/10 redacted |
| 4520 | | | Monthly Management Report, dated 9/9/10 |
| 4521 | | | Monthly Management Report, dated 10/8/10 |
| 4522 | | 5-23-18 | Monthly Management Report, dated 11/8/10 redacted |
| 4523 | | | Monthly Management Report, dated 12/8/10 |
| 4524 | | | Monthly Management Report, dated 1/11/11 |
| 4525 | | | Monthly Management Report, dated 2/8/11 |
| 4526 | | | Monthly Management Report, dated 3/8/11 |
| 4527 | | | Monthly Management Report, dated 4/8/11 |
| 4528 | | 5-23-18 | Monthly Management Report, dated 5/9/11 redacted |
| 4529 | | | Monthly Management Report, dated 6/8/11 |
| 4530 | | | Monthly Management Report, dated 7/12/11 |
| 4531 | | | Monthly Management Report, dated 8/8/11 |
| 4532 | | 5-23-18 | Monthly Management Report, dated 9/9/11 |
| 4533 | | 5-23-18 | Monthly Management Report, dated 10/10/11 |
| 4534 | | 5-23-18 | Monthly Management Report, dated 11/8/11 |
| 4535 | | | Monthly Management Report, dated 12/8/11 |
| 4536 | | 5-22-18 | 4-22-15 XR Chest Pa/LAT of Doris Jones (2 images) |
| 4537 | | 5-22-18 | 4-22-15 Topogram of Doris Jones |
| 4538 | | | Expert Report of David Garcia, MD re Doris Jones |
| 4552 | | 5-23-18 | Decant Deposition Exhibit 273, Failure Investigation Report, Recovery Filter Migration FIR-04-12-02, Rev. 00 |
| 4553 | | | Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, 3/22/2005 |
| 4554 | | 5-17-18 | NMT Medical, BSC Presentation, 5/22/2000 |
| 4555 | | | Asch Updated CV March 2016 |
| 4556 | | | Tillman Ex. 12 06.12.14 |
| 4557 | | | McMeeking Demonstrative - Summary of Opinions |
| 4558 | | | McMeeking Demonstrative - Standards of Safe and |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | Reliable Design |
| 4559 | | | McMeeking Demonstrative - Design Defects |
| 4560 | | | McMeeking Demonstrative - Alternative Designs |
| 4561 | | | McMeeking Demonstrative - Recovery Testing Problems |
| 4562 | | | McMeeking Demonstrative - G2 Testing Problems |
| 4563 | | | McMeeking Demonstrative - G2 Express Testing Problems |
| 4564 | | | McMeeking Demonstrative - Eclipse Testing Problems |
| 4565 | | 5-30-18 | FRE 1006 Chart - Plaintiff's Compilation Complaint Record Detail |
| 4566 | | | FRE 1006 Chart - Plaintiff's Compilation Complaint Record Detail |
| 4567 | | | FRE 1006 Chart - Plaintiff's Compilation AER Chart |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 4553 | | | Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, 3/22/2005 |
| 4554 | | | NMT Medical, BSC Presentation, 5/22/2000 |
| 4555 | | | Asch Updated CV March 2016 |
| 4556 | | | Tillman Ex. 12 06.12.14 |
| 4557 | | | McMeeking Demonstrative - Summary of Opinions |
| 4558 | | | McMeeking Demonstrative - Standards of Safe and Reliable Design |
| 4559 | | | McMeeking Demonstrative - Design Defects |
| 4560 | | | McMeeking Demonstrative - Alternative Designs |
| 4561 | | | McMeeking Demonstrative - Recovery Testing Problems |
| 4562 | | | McMeeking Demonstrative - G2 Testing Problems |
| 4563 | | | McMeeking Demonstrative - G2 Express Testing Problems |
| 4564 | | | McMeeking Demonstrative - Eclipse Testing Problems |
| 4565 | | | FRE 1006 Chart - Plaintiff's Compilation Complaint Record Detail |
| 4566 | | | FRE 1006 Chart - Plaintiff's Compilation Complaint Record Detail |
| 4567 | | | FRE 1006 Chart - Plaintiff's Compilation AER Chart |
| 755 | | 5-17-18 | Carr Deposition, 10/29/2014 - Exhibit 3A - E-mail exchange b/w Hudnall and others from 3/9-10/4/2005 Re. "Special Accounts Roadshow" |
| 770 | | 5-17-18 | Carr Deposition, 12/19/2013 - Exhibit 06 - Bard's Denali Concept Product Opportunity Appraisal, POA-8108, Rev. 1.0 |
| 1149 | | 5-17-18 | Fuller Deposition, 01/11/2016 - Exhibit 123 - NMT Report Entitled "Line Extension to the Simon Nitinol Filter®/Straight Line System, To Be Referred As: TRADEMARK Retrievable Filter" |
| 1219 | | 5-17-18 | Ganser Deposition, 10/11/2016 - Exhibit 529 - 6/30/2004 Updated Health Hazard Evaluation from David Ciavarella, M.D. to Doug Uelmen Re. "Migration of Recovery Filter" |
| 1613 | | 5-17-18 | Lehmann Deposition, 08/07/2014, Exhibit 09 - 6/10/2004 E-mail exchange b/w Ciavarella and Cindi Walcott Re. "Recovery Filter/Detachments" |
| 1616 | | 5-17-18 | Little Deposition, 06/27/2016 - Exhibit 2003 - "Patient Questions & Answers" Brochure for the G2 Filter System |
| 2149 | | 5-17-18 | Vierling Deposition, 05/11/2016 - Exhibit 231 - 12/13/2001 E-mail from Carol Vierling to kaufmajo@ohsu.edu, Paul Stagg, and Connie Murray Re. "RF Protocol" |
| 4554 | | 5-17-18 | NMT Medical, BSC Presentation, 5/22/2000 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | |
|---|---|---|---|---|
| 6916 | | 5-24-18 | GAO | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 79 | | 5-22-18 | 2/19/2004 Characterization of RNF - Migration resistance; TPR-04-02-02 REV 0 Test protocol for migration resistance Characterization of RNF - Migration resistance |
| 447 | | 5-22-18 | 4/1/2009 Filter - Fracture Analysis (June 2010) |
| 567 | | | Asch Deposition, 05/02/2016 - Exhibit 223 - 3/10/2003 Letter from Dr. Asch Re support for RF |
| 571 | | | Baird Deposition, 06/09/2016 - Exhibit 301 - PowerPoint Presentation entitled BPV Filter Franchise Review dated 5/6/2008 (colored and 43 pages) |
| 587 | | 5-18-18 | Baird Deposition, 06/09/2016 - Exhibit 318 - Aug. 2010 Article by Nicholson et al. entitled "Online First: Prevalence of Fracture and Fragment Embolization of Bard Retrievable Vena Cava Filters and Clinical Implications Including Cardiac Perforation and Tamponade" |
| 589 | | 5-18-8 | Baird Deposition, 06/09/2016 - Exhibit 320 - ABA Project Agreement with BPV, Inc., dated 11/9/2010 |
| 590 | | 5-18-18 | Baird Deposition, 06/09/2016 - Exhibit 321 - 11/29-12/1/2010 E-mail exchange b/w Bret Baird and Jimmy Balwit Re. "White Paper, Proof 2" |
| 592 | | 5-18-18 | Baird Deposition, 06/09/2016 - Exhibit 325 - 4/28/2010 E-mail from Bret Baird to the Sales Team |
| 614 | | 5-22-18 | Betensky 02/2017 Expert Report - Adverse event reports and monthly sales totals through May 2011 |
| 755 | | | Carr Deposition, 10/29/2014 - Exhibit 3A - E-mail exchange b/w Hudnall and others from 3/9-10/4/2005 Re. "Special Accounts Roadshow" |
| 770 | | | Carr Deposition, 12/19/2013 - Exhibit 06 - Bard's Denali Concept Product Opportunity Appraisal, POA-8108, Rev. 1.0 |
| 925 | | | Ciavarella Deposition, 11/12/2013 - Exhibit 28 - PowerPoint presentation entitled "Filters Complaint History Data as of 7/31/2007" by Natalie Wong. |
| 927 | | | Ciavarella Deposition, 11/12/2013 - Exhibit 35 - Health Hazard Evaluation |

| | | | |
|---|---|---|---|
| | | | Memo from Ciavarella to Uelmen Re. "Recovery Filter - Consultant's report", dated 12/17/2004 |
| 991 | | | Cortelezzi, 11/11/2016, Exhibit 586 - 12/23/2005 E-mail  from David Ciavarella Re. "G2 Caudal Migrations", forwarded to Brian Barry on 12/27. Worst case consequence of migrations - accompanied in a majority of tilt cases. Would like to now look at G2 complaints. |
| 1053 | | | Edwards Deposition, 01/20/2014 - Exhibit 02 - 3/28/2003 Document RE. "Product Opportunity Appraisal for Recovery Filter", FM070018, Doc No. POA-7081, Version 000 |
| 1149 | | | Fuller Deposition, 01/11/2016 - Exhibit 123 -  NMT Report Entitled "Line Extension to the Simon Nitinol Filter®/Straight Line System, To Be Referred As: TRADEMARK Retrievable Filter" |
| 1216 | | | Ganser Deposition, 10/11/2016 - Exhibit 526 - Regulatory Affairs Manual Re. "Product Remedial Actions", RA-STD-002 Rev. 08, dated 10/12/2000 |
| 1219 | | | Ganser Deposition, 10/11/2016 - Exhibit 529 - 6/30/2004 Updated Health Hazard Evaluation from David Ciavarella, M.D. to Doug Uelmen Re. "Migration of Recovery Filter" |
| 1221 | | | Ganser Deposition, 10/11/2016 - Exhibit 533 - 2/15/2006 Health Hazard Evaluation from David Ciavarella to Gin Schulz Re. "G2 Inferior Vena Cava Filter - Migration" |
| 1339 | | | Hudnall Deposition, 11/01/2013, Exhibit 29 - 7/6/2004 E-mail exchange b/w Hudnall and Bob Cortelezzi Re. "Maude Website Discussion" |
| 1568 | | 5-18-18 | Kessler Report - September 30, 2010 memo from Brett Baird to Eclipse DRT, with the subject line "Eclipse Post-Market Design Review/Marketing Summary," stated: "The objective of the Eclipse Filter project was to enhance the G2 X filter surface finish…" |

| 1594 | | | Lehmann Deposition, 04/02/2013 - Exhibit 08 - 2/16/2005 E-mail from Charlie Simpson to Hudnall Re. "American Venous Forum - Mary Protocor presented an evaluation of filter related findings from the Maude database" |
|---|---|---|---|
| 1612 | | 5-22-18 | Lehmann Deposition, 08/07/2014, Exhibit 08 - Updated Health Hazard Evaluation Memo from Ciavarella to Uelmen, Re: "Limb Fractures of Recovery Filter", dated 7/9/2004 |
| 1613 | | | Lehmann Deposition, 08/07/2014, Exhibit 09 - 6/10/2004 E-mail exchange b/w Ciavarella and Cindi Walcott Re. "Recovery Filter/Detachments" |
| 1616 | | | Little Deposition, 06/27/2016 - Exhibit 2003 - "Patient Questions & Answers" Brochure for the G2 Filter System |
| 1621 | | 5-18-18 | Little Deposition, 06/27/2016 - Exhibit 2009 - "Fractures of a Nitinol IVC Filter" presentation by Dr. W. Jay Nicholson on www.CRTonline.org, in which he reviewed a single center experience on fractures with the Bard Recovery and G2 filters |
| 1742 | | 5-18-18 | Modra Deposition, 06/06/2014 - Exhibit 7 - Product Opportunity Appraisal for the G2 Platinum Concept, POA-8088 Rev. 1.0, Revised on 5/5/2009 |
| 1950 | | | Schulz Deposition, 01/30/2014 - Exhibit 4 - Meeting Summary of the IVC Filter Focus Group meeting held on 6/1/2006 in Chicago, IL at Hilton O'Hare |
| 2068 | | 5-22-18 | Tessmer Deposition, 06/12/2013 - Exhibit 17 - 6/8/2004 "High" Importance E-mail from Alex Tessmer to Carr, Chanduszko, and Hudson Re. "Filter Improvement DOE" |
| 2149 | | | Vierling Deposition, 05/11/2016 - Exhibit 231 - 12/13/2001 E-mail from Carol Vierling to kaufmajo@ohsu.edu, Paul Stagg, and Connie Murray Re. "RF Protocol" |
| 2238 | | 5-22-18 | Wilson, 01/31/2017, Exhibit 801 - E-mail string, Subject: Meridian Commercialization Plan |
| 4403 | | 5-23-18 | Chest x-ray report discovers filter fragment in pulm artery 4/22/15 (1 page) Redacted |
| 4486 | | | G2 Express Project Plan FM0700150 Rev 6 1-30-07 |
| | | | |

| 4570 | | 5-22-18 | 4/22/15 Coronal MIP 2 with fragment |
| --- | --- | --- | --- |

| 1014 | | 5-23-18 | DeCant Deposition, 05/24/2016 - Exhibit 264 - 6/11/2004 Memo from Pete Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Filter - Migration" |
| 1018 | | 5-23-18 | DeCant Deposition, 05/24/2016 - Exhibit 268 - 9/27/2004 Memo from Pete Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Filter - Migration (SPA-04-05-01)" |
| 1022 | | 5-23-18 | DeCant Deposition, 05/24/2016 - Exhibit 274 - Failure Investigation Report on the Recovery Filter Migration, FIR-04-12-01 Rev. 00 |
| 1140 | | 5-23-18 | Ferrera Deposition, 04/07/2017, Exhibit 25 - Presentation titled Filter-Fracture Analysis |
| 1817 | | 5-23-18 | Raji-Kubba Deposition, 07/18/2016 - Exhibit 301 - 5/14/2009 E-mail from Bill Edwards to Raji-Kubba and Mike Randall Re. "Tomorrow" |
| 2254 | | 5-23-18 | Wong Deposition, 10/18/2016 - Exhibit 552 - 2/17/2006 Memo from Mickey Graves and Natalie Wong Re. "Recovery Filter (Generation 1) Product Assessment Team Minutes - Fractures" |
| 1031 | | 5-23-18 | Recovery Filter Migration |

| 1014 | | | DeCant Deposition, 05/24/2016 - Exhibit 264 - 6/11/2004 Memo from Pete Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Filter - Migration" |
|------|---|---|---|
| 1018 | | | DeCant Deposition, 05/24/2016 - Exhibit 268 - 9/27/2004 Memo from Pete Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Filter - Migration (SPA-04-05-01)" |
| 1022 | | | DeCant Deposition, 05/24/2016 - Exhibit 274 - Failure Investigation Report on the Recovery Filter Migration, FIR-04-12-01 Rev. 00 |
| 1140 | | | Ferrera Deposition, 04/07/2017, Exhibit 25 - Presentation titled Filter-Fracture Analysis |
| 1817 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 301 - 5/14/2009 E-mail from Bill Edwards to Raji-Kubba and Mike Randall Re. "Tomorrow" |
| 2254 | | | Wong Deposition, 10/18/2016 - Exhibit 552 - 2/17/2006 Memo from Mickey Graves and Natalie Wong Re. "Recovery Filter (Generation 1) Product Assessment Team Minutes - Fractures" |
| 2049 | | 5-23-18 | Sullivan Deposition, 09/16/2016 - Exhibit 439 - 11/17/2004 Updated Health Hazard Evaluation Memo from David Ciavarella, M.D. to Doug Uelmen, Re: "Limb Fractures of Recovery Filter" |

| 1014 | | | DeCant Deposition, 05/24/2016 - Exhibit 264 - 6/11/2004 Memo from Pete Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Filter - Migration" |
|---|---|---|---|
| 1018 | | | DeCant Deposition, 05/24/2016 - Exhibit 268 - 9/27/2004 Memo from Pete Palermo to Doug Uelmen Re. "Remedial Action Plan - BPV Recovery Filter - Migration (SPA-04-05-01)" |
| 1022 | | | DeCant Deposition, 05/24/2016 - Exhibit 274 - Failure Investigation Report on the Recovery Filter Migration, FIR-04-12-01 Rev. 00 |
| 1140 | | | Ferrera Deposition, 04/07/2017, Exhibit 25 - Presentation titled Filter-Fracture Analysis |
| 1817 | | | Raji-Kubba Deposition, 07/18/2016 - Exhibit 301 - 5/14/2009 E-mail from Bill Edwards to Raji-Kubba and Mike Randall Re. "Tomorrow" |
| 2254 | | | Wong Deposition, 10/18/2016 - Exhibit 552 - 2/17/2006 Memo from Mickey Graves and Natalie Wong Re. "Recovery Filter (Generation 1) Product Assessment Team Minutes - Fractures" |
| 2049 | | | Sullivan Deposition, 09/16/2016 - Exhibit 439 - 11/17/2004 Updated Health Hazard Evaluation Memo from David Ciavarella, M.D. to Doug Uelmen, Re: "Limb Fractures of Recovery Filter" |
| 588 | | 5-29-18 | Asch Deposition, 05/02/2016 - Exhibit 209 - Article by Dr. Murray Asch, entitled "Initial Experience in Humans with a New Retrievable IVC Filter" |
| 691 | | 5-29-18 | Boyle, 02/02/2017, Exhibit 842 - E-mail chain first one from John Van Vleet to Steve Williamson, dated 11/5/2015, 6 pages |
| 1036 | | 5-29-18 | Deford Deposition, 06/02/2016 - Exhibit 296 - 9/26-9/27/2007 High Importance E-mail exchange b/w Dennis Salzmann, John Van Vleet, and John Reviere of BPV, with others CCedd, Re. "Comments on Rev H". Discussion about concern for over-reporting of the SIR guidelines re-classification and removal of the retroperitoneal bleed, and replacing consultant John Lehmann |
| 1926 | | 5-29-18 | Romney, 01/18/2017, Exhibit 2061 - 8/6/2014 E-mail from Schyler Smith, Field Manager for BPV in Washington-Idaho-Montana, to Kim Romney, Subject redacted, relaying that a redacted doctor had placed a Meridian in the |

| | | | |
|---|---|---|---|
| | | | past year and discovered at retrieval that an arm fractured, which imaging confirmed had occurred within 1 week of placement, and was now wondering if he should try to remove the filter or leave it in. Van Vleet forwarded to Treratola in a high importance e-mail on 8/7, requesting that he contact the doctor on Bard's behalf |
| 1031 | | 5-25-18 | Deford Deposition, 06/02/2016 - Exhibit 283 - BPV File on The Recovery Filter Migration, including Minutes from the 2/12/2004 Migration Meeting |
| 2105 | | 5-25-18 | Trerotola, 01/20/2017, Exhibit 692 - 4/30/2015 E-mail from Dr. Trerotola to John Van Vleet, forwarding an article from Forbes Magazine about ALN filters entitled "Effect of a Retrievable IVC Filter Plus Anticoagulation vs. Anticoagulation Alone on Risk of Recurrent PE: A Randomized Clinic Trial". Per Trerotola, "not good for ALN...and maybe not good for the industry". The article was discussed through 5/4, as they were meeting that day to review articles before meeting with JVV |
| 1500 | | 5-28-18 | Kessler Report - August 7, 2010, John Van Vleet emailed BPV President Jim Beasley, Marketing Director Bill Little, and V.P. of QA Gin Schulz |

| | | | |
|---|---|---|---|
| | | | past year and discovered at retrieval that an arm fractured, which imaging confirmed had occurred within 1 week of placement, and was now wondering if he should try to remove the filter or leave it in. Van Vleet forwarded to Treratola in a high importance e-mail on 8/7, requesting that he contact the doctor on Bard's behalf |
| 1031 | | 5-29-18 | Deford Deposition, 06/02/2016 - Exhibit 283 - BPV File on The Recovery Filter Migration, including Minutes from the 2/12/2004 Migration Meeting |
| 2105 | | 5-29-18 | Trerotola, 01/20/2017, Exhibit 692 - 4/30/2015 E-mail from Dr. Trerotola to John Van Vleet, forwarding an article from Forbes Magazine about ALN filters entitled "Effect of a Retrievable IVC Filter Plus Anticoagulation vs. Anticoagulation Alone on Risk of Recurrent PE: A Randomized Clinic Trial". Per Trerotola, "not good for ALN...and maybe not good for the industry". The article was discussed through 5/4, as they were meeting that day to review articles before meeting with JVV |
| 1500 | | 5-29-18 | Kessler Report - August 7, 2010, John Van Vleet emailed BPV President Jim Beasley, Marketing Director Bill Little, and V.P. of QA Gin Schulz |
| 769 | | 5-30-18 | Carr Deposition, 12/19/2013 - Exhibit 05 - BPV Meridian Claims Matrix, dated 7/2/2010 |
| 802 | | 5-30-18 | Carr Deposition, 12/19/2014 - Exhibit 20 - NMT R&D Technical Report, RD-RPT-128, 09/01/2000, Investigation Report of a Migrated Recovery Filter in the Human Use Experience at Mt. Sinai Hospital |
| 1617 | | 5-30-18 | Little Deposition, 06/27/2016 - Exhibit 2004 - Chart entitled "EVEREST/Cook Celect Clinical Comparison" |
| 1618 | | 5-30-18 | Little Deposition, 06/27/2016 - Exhibit 2005 - 4/27/2010 BPV Memo from Filter Marketing to Bill Little Re. "Filter |

| | | | |
|---|---|---|---|
| | | | naming", detailing the name rational for the Eclipse and Denali |
| 3262 | | 5-3018 | Complaint File - 03/09/2010, 263280, G2 - RF310F, 2907 Detachment of device or device component |
| 3270 | | 5-3018 | Complaint File - 03/30/2010, 266286, G2 - RF310F, 2907 Detachment of device or device component |
| 3304 | | 53018 | Complaint File - 07/28/2010, 282326, Eclipse - EC500J, 2907 Detachment of device or device component; 2907M Filter Limb(s) |
| | | | |
| | | | |

24