```
FILED        ____ LODGED
RECEIVED     ____ COPY

      JUN  1 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

MDL 15-2641-PhxDGC
DorisJones Trial
Jury Note

Please print out a hard copy exhibit List

Juror 7

You're Honor,

What is the procedure if the end result is we do not agree?

Juror 7

There are two jurors that cannot return to deliberate after today.

#6, #1