FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Doris Jones, an individual,<br>　　　　　Plaintiff,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>　　　　　Defendants. | No. CV-16-00782-PHX-DGC<br><br>**VERDICT** |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find as follows:

**A.    LIABILITY**

　　**1.    Product Liability Design Defect Claim**

Do you find by a preponderance of the evidence that Bard is liable to Mrs. Jones on the product liability design defect claim? _____ Yes __X__ No

　　**2.    Strict Product Liability Failure to Warn Claim**

Do you find by a preponderance of the evidence that Bard is liable to Mrs. Jones on the strict product liability failure to warn claim? _____ Yes __X__ No

      3.     **Negligent Failure to Warn Claim**

Do you find by a preponderance of the evidence that Bard is liable to Mrs. Jones on the negligent failure to warn claim? _____ Yes __X__ No

If you answered "No" to each question in Part A, do not complete Parts B or C. If you answered "Yes" to any question in Part A, please complete Parts B and C.

**B.    COMPENSATORY DAMAGES**

If you found Bard liable on any of the claims set forth above, what amount of damages do you find will reasonably compensate Mrs. Jones for her injuries?

$ _____

**C.    PUNITIVE DAMAGES**

Do you find by clear and convincing evidence that punitive damages should be awarded against Bard? _____ Yes _____ No

_____#7_____     _____6-1-18_____
Presiding Juror Number              Date