IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 2641<br>2:15-md-02641-DGC |
| THIS DOCUMENT RELATES TO: | |
| Beulah Mae Slatten and<br>Sherman Scott Slatten,<br><br>    *Plaintiffs*,<br><br>V.<br><br>C.R. Bard, Inc. and Bard<br>Peripheral Vascular, Inc.<br><br>    *Defendants*. | CIVIL ACTION NO.<br>2:17-cv-01314-DGC |

**SUGGESTION OF DEATH UPON THE
RECORD UNDER RULE 25(a)(1) and
MOTION FOR SUBSTITUTION OF PARTY**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Beulah Mae Slatten, plaintiff in this action. Beulah Mae Slatten passed away on December 12, 2017. Beulah Mae Slatten's Death Certificate is attached hereto as Exhibit A and incorporated by reference.

Shaun Helton, son of Beulah Mae Slatten and consortium plaintiff Sherman Scott Slatten, is one of four next of kin of the Deceased, as evidenced by the Affidavit of Next of Kin dated February 12, 2018. A copy of said Affidavit is attached as Exhibit B. Beulah Mae Slatten's other

1

heirs at law have agreed in writing to the requested substitution, as shown on the Family Settlement Agreement attached hereto as Exhibit C and incorporated by reference.

Pursuant to Rule 25a of the Federal Rules of Civil Procedure, it is hereby requested that "Shaun Helton, Personal Representative of the Estate of Beulah Mae Slatten, Deceased" be substituted in place of Plaintiff Beulah Mae Slatten in this action, so that Decedent's claims survive, and the action on her behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

                                        Respectfully submitted,

                                        /s/ Howard L. Nations
                                        Howard L. Nations
                                        Texas Bar No. 14823000
                                        3131 Briarpark Drive, Suite 208
                                        Houston, TX 77042
                                        (713) 807-8400
                                        (713) 807-8423 (Telecopier)

                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

    I hereby certify that I have attempted to contact Counsel for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., and while my attempt was acknowledged, Counsel has not expressed their position regarding this motion.

                                     /s/ Howard L. Nations  
                                     Howard L. Nations

## CERTIFICATE OF SERVICE

    I hereby certify tht on this 5th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                     /s/ Howard L. Nations  
                                     Howard L. Nations