# EXHIBIT A

# EXHIBIT A

# KENTUCKY CERTIFICATE OF DEATH

116 201742985
Case #: E201712120117

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | BEULAH MAE SLATTEN |
| 1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE | TURNER |
| 2. SEX | FEMALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | December 12, 2017 |
| 5a. AGE LAST BIRTHDAY (Years) | 68 |
| 6. DATE OF BIRTH | 05/01/ |
| 7. COUNTY OF DEATH | FAYETTE |
| 8. PLACE OF DEATH | Hospice Facility |
| 9. FACILITY NAME | HOSPICE CARE CENTER |
| 10. CITY OR TOWN, STATE AND ZIP CODE | LEXINGTON, KY 40504 |
| 11. BIRTHPLACE | JACKSON, KENTUCKY |
| 12. MARITAL STATUS | Married |
| 13. SURVIVING SPOUSE | SCOTT SLATTEN |
| 14. DECEDENT'S USUAL OCCUPATION | MONITOR |
| 15. KIND OF BUSINESS/INDUSTRY | BUS |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | FRANKLIN |
| 17c. CITY OR TOWN | FRANKFORT |
| 17d. STREET AND NUMBER | 3295 VERSAILLES RD APT #30 |
| 17e. ZIP CODE | 40601 |
| 17f. INSIDE CITY LIMITS? | No |
| 18. DECEDENT'S EDUCATION | High School Graduate or GED Completed |
| 19. DECEDENT OF HISPANIC ORIGIN | No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | White |
| 21. FATHER'S NAME | FRED TURNER |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | EFFIE BARRETT |
| 23a. INFORMANT'S NAME | SCOTT SLATTEN |
| 23b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 23c. MAILING ADDRESS | 3295 VERSAILLES RD, 30, FRANKFORT, KY 40601 |
| 24. METHOD OF DISPOSITION | Burial |
| 25. PLACE OF DISPOSITION | ROSE CREST CEMETERY |
| 26. LOCATION | VERSAILLES, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | PENNY J. BAKER |
| 28. DATE SIGNED | 12/12/2017 |
| 28. KY LICENSE NUMBER | 6689 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | BLACKBURN & WARD FUNERAL HOME, 151 BROADWAY, VERSAILLES, KY 40383 |
| 30. DATE PRONOUNCED DEAD | 12/12/2017 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 0415 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | No |

## CAUSE OF DEATH

PART I.
IMMEDIATE CAUSE: a. CHRONIC OBSTRUCTIVE PULMONARY DISEASE — YEAR(S)

Approximate Interval Between Onset and Death: YEAR(S)

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | Natural |
| 35. WAS AN AUTOPSY PERFORMED? | No |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | — |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | Yes |
| 38. IF FEMALE | Not pregnant within past year |
| 47. DATE CERTIFIED | 12/13/2017 |
| SIGNATURE | SALLI E WHISMAN, MD |
| 48. LICENSE NUMBER | 39706 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (ITEM 33) | SALLI WHISMAN, BLUEGRASS HOSPICE CARE (LEXINGTON), 2312 ALEXANDRIA DR, LEXINGTON, KY 40504 |
| 51. REGISTRAR'S SIGNATURE | Paul F. Rogers |
| 52. DATE FILED | 12/14/2017 |

FORM VS NO. 1-A (REVISED 06/2016)