# EXHIBIT B

EXHIBIT B

STATE OF Kentucky §
§
COUNTY OF Woodford §

## AFFIDAVIT

On this 12th day of Feb, 2018, personally appeared Shaun David Helton, and who being first duly sworn, deposed and stated as follows:

1. My name is Shaun David Helton. I am over eighteen years of age, capable of making this Affidavit, and the statements contained herein are true and correct to the best of my knowledge and ability.

2. I am one of the surviving children of Beulah Mae Slatten, who was born on May 1, 1949, and who died on or about December 12, 2017. A true and correct copy of the Certificate of Death for Beulah Mae Slatten is attached hereto and incorporated herein by reference.

3. Beulah Scott Slatten had three children of legal issue: Shaun David Helton, Billy Duwayne Helton and Anthony Wayne Helton, and all three of the aforementioned children of legal issue survive her.

4. No personal representative or executor has been appointed for the decedent's estate in this state or elsewhere, and no application for such an appointment has been filed in this state or elsewhere.

5. This Affidavit is made in support of my request for the release of prescription and/or medical records regarding my mother, Beulah Mae Slatten, Deceased.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on the 12th day of Feb, 2018.

_Shaun David Helton_, Affiant

Sworn to and subscribed before me, the undersigned authority, on this 12th day of Feb, 2018, to which witness my hand and seal of office.

[SEAL]

_Perry J. Baker_
NOTARY PUBLIC, IN AND FOR THE
STATE OF Kentucky