# EXHIBIT C

EXHIBIT C

FAMILY SETTLEMENT AGREEMENT

This Agreement is entered into by and between the following individuals, hereinafter "Parties":

Sherman Scott Slatten
Anthony Wayne Helton
Billy Dwayne Helton
Shawn David Helton

Whereas, Parties are heirs to the estate of Beulah Mae Slatten ("Decedent") and do not wish to open probate proceedings or incur additional probate costs to disburse proceeds from Decedent's lawsuit against C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., and instead wish to enter into this **Family Settlement Agreement** which, in lieu of estate administration, defines the amount each Party shall receive from said lawsuit.

The Parties agree as follows:

1. Sherman Scott Slatten should be substituted in as "Personal Representative of the Estate of Beulah Mae Slatten, Deceased" to continue the action in her place and on behalf of all Parties.

2. All net amounts awarded to the Estate of Decedent shall be divided as follows:

| Sherman Scott Slatten | 1/2 |
| Anthony Wayne Helton | 1/6 |
| Billy Duwayne Helton | 1/6 |
| Shaun David Helton | 1/6 |

3. No Party shall demand from other Party any additional amount above and beyond their allocated portion of the net award.

4. Parties agree to INDEMNIFY and hold Howard L. Nations, P.C./The Nations Law Firm, any co-counsel firms, and Defendant(s) in the above-referenced lawsuit (collectively, "All Case Counsel"), as well as All Case Counsel's employees, officers, directors, agents, and past, present and future subsidiaries, affiliates, and controlling persons, HARMLESS for any disputes among Parties arising from this agreement.

5. Parties agree under penalty of perjury that they have fully disclosed the identity of all potential heirs to the Estate of Decedent to Howard L. Nations, P.C./The Nations Law Firm, and all such heirs are listed as Parties above and in the signature blocks below.

6. This Family Settlement Agreement may be executed in counterparts, which together shall constitute a fully executed original.

7. Parties hereby agree that this Family Settlement Agreement and its related issues shall be governed by Texas law, and they agree that the jurisdiction for resolving issues and claims pertaining to the estate, probate and this Family Settlement Agreement shall be district court in Harris county, Texas.

THEREFORE, in consideration of these promises, Parties hereby agree to and accept all conditions set forth in this Family Settlement Agreement.

_____       02-12-18
Sherman Scott Slatten, entitled to 1/2 %, per this Family Settlement Agreement      DATE

STATE OF Kentucky      §
     §
COUNTY OF Woodford      §

BEFORE ME, the undersigned authority, on this day personally appeared Sherman Scott Slatten, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and sale of office this 12th day of February, 2018.

(SEAL)      _____
     Notary Public in and for the State of Kentuck
     Expires April 2, 2019
     notary ID# 531264

_____       2/7/18
Anthony Wayne Helton, entitled to 1/6, per this Family Settlement Agreement      DATE

STATE OF Kentucky      §
     §
COUNTY OF Breathitt      §

BEFORE ME, the undersigned authority, on this day personally appeared Anthony Helton, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this 7th day of February, 2018.

(SEAL)      _____
     Crystal Clator
     Notary Public in and for the State of Kentucky
     Commission Expires September 16, 2020.

Slatten, Beulah Mae - Family Settlement Agreement      Page 2 of 3

_Billy Helton_                                                                               2/7/18

Billy Duwayne Helton, entitled to 1/6, per this Family Settlement                           DATE
Agreement

STATE OF _Kentucky_    §
                       §
COUNTY OF _Breathitt_  §

BEFORE ME, the undersigned authority, on this day personally appeared _Billy D. Helton_, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this _7th_ day of _February_, 201_8_.

(SEAL)                                     _Crystal Deaton_
                                           Notary Public in and for the State of _Kentucky_
                                           Commission Expires September 16, 2020


_Shaun David Helton_                                                                         2-12-18

Shaun David Helton, entitled to 1/6, per this Family Settlement                             DATE
Agreement

STATE OF _Kentucky_    §
                       §
COUNTY OF _Woodford_   §

BEFORE ME, the undersigned authority, on this day personally appeared _Shaun David Helton_, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this _12th_ day of _February_, 2018.

(SEAL)                                     _Penny J Baker_
                                           Notary Public in and for the State of _Kentucky_
                                           Expires April 2, 2019   Notary ID# 531264

_Slatten, Beulah Mae - Family Settlement Agreement_        Page 3 of 3