# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2641<br>2:15-md-02641-DGC |
| THIS DOCUMENT RELATES TO: | |
| Beulah Mae Slatten and<br>Sherman Scott Slatten,<br><br>    *Plaintiffs*,<br><br>V.<br><br>C.R. Bard, Inc. and Bard<br>Peripheral Vascular, Inc.<br><br>    *Defendants*. | **ORDER SUBSTITUTING PARTY**<br><br>CIVIL ACTION NO.<br>2:17-cv-01314-DGC |

Considering the Motion for Substitution of Party, and finding that said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Shaun Helton, Personal Representative of the Estate of Beulah Mae Slatten, Deceased" be substituted for "Beulah Mae Slatten" in this action, continuing the claims of Beulah Mae Slatten on behalf of her Estate. The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Sherman Scott Slatten's individual claims continue in full force and effect.

Dated: _____, 2018

                                                          HON. DAVID G. CAMPBELL
                                                          UNITED STATES DISTRICT JUDGE