Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **NOTICE OF LODGING OF [AMENDED PROPOSED] JUDGMENT IN A CIVIL ACTION**<br><br>(The Honorable David G. Campbell) |

Plaintiff, Sherr-Una Booker, by and through her attorneys hereto, submits, and lodges, the following document:

**[Amended Proposed] Judgment in a Civil Action.**

RESPECTFULLY SUBMITTED this 5th day of June, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/ Shannon Clark*
Mark S. O'Connor
2575 East Camelback Road
Phoenix, Arizona  85016-9225

                    LOPEZ McHUGH LLP
                        Ramon Rossi Lopez (CA Bar No. 86361)
                        (admitted *pro hac vice*)
                        100 Bayview Circle, Suite 5600
                        Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 5th day of June, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                              */s/ Jessica Gallentine*
                                              Jessica Gallentine

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000