Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **[AMENDED PROPOSED] JUDGMENT IN A CIVIL ACTION**<br><br>(The Honorable David G. Campbell) |

The Court has ordered that Plaintiff Sherr-Una Booker recover from Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. the amount of Three Million Six Hundred Thousand dollars ($3,600,000.00) plus post-judgment interest at the rate of ___ % per annum, along with costs.

This action was tried by a jury with Judge David G. Campbell presiding, and the jury has rendered a verdict.

DATED: _____