AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Julie A. Doorn | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:18-cv-1077-DGC |
| C.R. Bard, Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JULIE A. DOORN .

Date: 06/06/2018

/s/ John R. Crone
*Attorney's signature*

John R. Crone (CO Bar 48284)
*Printed name and bar number*
7171 W. Alaska Dr.
Lakewood, CO 80226

*Address*

John.Crone@Andruswagstaff.com
*E-mail address*

(303) 376-6360
*Telephone number*

(888) 875-2889
*FAX number*