AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Jodi M. McGee | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-3110-DGC |
| C.R. Bard, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jodi M. McGee                                                                                      .

Date:   06/06/2018                                    /s/ John R. Crone
                                                             *Attorney's signature*

                                                             John R. Crone (CO Bar 48284)
                                                             *Printed name and bar number*
                                                             7171 W. Alaska Dr.
                                                             Lakewood, CO 80226

                                                             *Address*

                                                             John.Crone@Andruswagstaff.com
                                                             *E-mail address*

                                                             (303) 376-6360
                                                             *Telephone number*

                                                             (888) 875-2889
                                                             *FAX number*