**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-PHX-DGC |
| Doris Jones, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., a New Jersey Corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | NO. CV-16-00782-PHX-DGC<br><br>**JUDGMENT** |

This case was tried before a jury, Judge David G. Campbell presiding, and the jury entered a verdict in favor of Defendants. (Dkt. 11350).

**IT IS ORDERED** that Defendants have Judgment against the Plaintiff, that Plaintiff's Complaint is dismissed and that Plaintiff take nothing from Defendants by her Complaint.

**IT IS FURTHER ORDERED** that Defendants recover their lawfully taxable costs.

Dated this ___ day of _____, 2018.

_____
David G. Campbell
United States District Judge