**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Valencia Allen<br>Civil Action No.: 2:16-cv-00340-DGC | No. 2:15-MD-02641-DGC |

## MOTION FOR SUBSTITUTION OF COUNSEL

Counsel moves this Court for an Order substituting Ramon R. Lopez of Lopez McHugh LLP for Troy A. Brenes of Brenes Law Group, P.C.

1. Plaintiff, Valiencia Allen, requests that she be represented by Ramon R. Lopez of Lopez McHugh, LLP (See the Consent Order Granting Substitution of Attorney, attached hereto as Exhibit A).

2. Troy A. Brenes of Brenes Law Group, P.C. consents to this substitution (See Consent Order Granting Substitution of Attorney, attached hereto as Exhibit A).

3. Based on the foregoing, Valiencia Allen requests that this Court grant her request for substitution of Ramon R. Lopez of Lopez McHugh LLP in this action.

Date: June 12, 2018         Respectfully submitted,

**LOPEZ McHUGH LLP**

By   */s/*Ramon R. Lopez
     Ramon Rossi Lopez (CA Bar No. 86361)
        (admitted pro hac vice)
     100 Bayview Circle, Suite 5600

---

**MOTION FOR SUBSTITUTION OF COUNSEL**

Newport Beach, California 92660

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Matthew R. Lopez