# Exhibit A

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     Arizona

| | |
|---|---|
| VALENCIA ALLEN<br>Plaintiff(s),<br>V.<br>C. R. BARD, et al.<br>Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 2:16-cv-00340-DGC |

Notice is hereby given that, subject to approval by the court, __Valiencia Allen__ substitutes
(Party (s) Name)

__Ramon Rossi Lopez__, State Bar No. __86361 (CA)__ as counsel of record in
(Name of New Attorney)

place of __Troy A. Brenes, Brenes Law Group__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lopez McHugh LLP |
| Address: | 100 Bayview Circle, Suite 5600, Newport Beach, CA 92660 |
| Telephone: | (949) 737-1501     Facsimile (949) 737-1504 |
| E-Mail (Optional): | rlopez@lopezmchugh.com |

I consent to the above substitution.
Date: 2/5/2018

(Signature of Party (s)) Valiencia Allen

I consent to being substituted.
Date: 6/5/18

(Signature of Former Attorney (s)) Troy A. Brenes

I consent to the above substitution.
Date: 5-10-18

(Signature of New Attorney) Ramon R. Lopez

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]