IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Valencia Allen<br>Civil Action No.: 2:16-cv-00340-DGC | No. 2:15-MD-02641 -DGC |

# ORDER

      IT IS ORDERED that Plaintiff's Motion for Substitution of Counsel (Doc.____) is granted.  Ramon R. Lopez of Lopez McHugh LLP is substituted for Troy A. Brenes of Brenes Law Group, P.C., as counsel of record for Valiencia Allen.

 Dated this ____day of _____, 2018

                                              _____
                                              David G. Campbell
                                              United States District Judge