1  James R. Condo (#005867)
   Amanda C. Sheridan (#027360)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2204
4  Telephone: (602) 382-6000
   jcondo@swlaw.com
5  asheridan@swlaw.com

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
8  NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
9  201 17th Street, NW, Suite 1700
   Atlanta, GA 30363
10 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
11 matthew.lerner@nelsonmullins.com

12 *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
13 *Bard Peripheral Vascular, Inc.*

14 **IN THE UNITED STATES DISTRICT COURT**

15 **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 16  In Re Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| 18  DORIS SINGLETON JONES, an individual, | **STIPULATION AND NOTICE OF LODGING RECORD OF VIDEO DEPOSITION TESTIMONY PRESENTED AT TRIAL** |
| 19  Plaintiff, | (Assigned to the Honorable David G. Campbell) |
| 20  v. | |
| 21  C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
| 23  Defendants. | |

24    The parties give notice that they are lodging the unofficial transcripts of testimony
25 and attached as Exhibits A-T, where were presented via recorded video played to the jury
26 during the *Jones v. C.R. Bard, et al.*
27
28

| Witness | Date Played to Jury | Exhibit |
|---|---|---|
| William Altonaga | May 18, 2018 | A |
| Anthony Avino | May 22, 2018 | B |
| David Chodos | May 23, 2018 | C |
| David Ciavarella | May 18, 2018 | D |
| John DeFord | May 25, 2018 | E |
| Jason Greer | May 18, 2018 | F |
| Janet Hudnall | May 22, 2018 | G |
| William Little | May 30, 2018 | H |
| Mark Moritz | May 31, 2018 | I |
| Kirstin Nelson | May 23, 2018 | J |
| Daniel Orms | May 23, 2018 | K |
| Abithal Raji-Kubba | May 23, 2018 | L |
| Frederick Rogers | May 23, 2018 | M |
| Gin Schultz | May 15-16, 2018 | N |
| Christopher Smith | May 23, 2018 | O |
| Melanie Sussman | May 29, 2018 | P |
| Scott Trerotola | May 30, 2018 | Q |
| Carol Vierling | May 17, 2018 | R |
| Mark Wilson | May 25, 2018 | S |
| Natalie Wong | May 23, 2018 | T |

The parties further stipulate that the above video testimony unofficial transcripts may be entered in the record and accurately reflect the testimony presented to the jury via videotape deposition during the *Jones v. C.R. Bard, et al*. trial.

RESPECTFULLY SUBMITTED this 14th day of June, 2018.

GALLAGHER & KENNEDY, P.A.

By: *s/Mark S. O'Connor*
Mark S. O'Connor
Paul L. Stoller
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

*s/ Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

<i>s/ Richard B. North, Jr.</i><br>
Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- 2 -