# Exhibit A

**Designation Run Report**

# Altonaga 10-22-13 Jones Trial Depo Designations V4

_____

**Altonaga, Bill 10-22-2013**

_____

**Plaintiffs Designations  00:11:34**

**Defense Designations  00:06:02**

**P & D Designations  00:00:04**

**Total Time  00:17:40**



| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4**

7:15 - 8:4

**Altonaga, Bill 10-22-2013 (00:00:48)**     05_14_18 Combo Jones trial V4.1

7:15   Q. All right.  It's my understanding that you are
7:16 a medical doctor, certainly, by education?
7:17   A. Correct.
7:18   Q. And if you would, highlight your educational
7:19 background for us.
7:20   A. Okay.  I went to college here in Miami, and
7:21 then I went to CETEC University in the Dominican
7:22 Republic where I got my medical degree.  Subsequent to
7:23 that, I went back and got my second doctorate in
7:24 optometry in Boston at the New England College of
8:1 Optometry, practiced primarily as a clinical optometrist
8:2 for 19 years.  And like in 2005, I believe, I took a
8:3 career change, and I started working for Alcon
8:4 Laboratories in the medical industry.

8:11 - 8:16

**Altonaga, Bill 10-22-2013 (00:00:16)**     05_14_18 Combo Jones trial V4.2

8:11   Q. Do you have what we typically know
8:12 about here in the States as a four-year bachelor's
8:13 degree or a four-year degree at all?
8:14   A. No, sir, it's not a four-year degree.  It's
8:15 undergraduate courses that allowed me to enter the
8:16 program that they had in the Dominican Republic.

14:4 - 14:9

**Altonaga, Bill 10-22-2013 (00:00:15)**     05_14_18 Combo Jones trial V4.3

14:4   Q. All right.  And just so we all understand one
14:5 another, while you have a medical doctor degree from
14:6 CETEC in the Dominican Republic, you are not a licensed
14:7 medical doctor in Florida or the United States; is that
14:8 correct?
14:9   A. That is correct.

33:17 - 34:10

**Altonaga, Bill 10-22-2013 (00:00:49)**     05_14_18 Combo Jones trial V4.4

33:17   Q. And what is the underlying purpose behind
33:18 postmarket surveillance?
33:19   A. To gather document information, to investigate
33:20 the event that has occurred, or alleged to have
33:21 occurred, and determine the root cause of the problem,
33:22 and, if necessary, implement changes to try to mitigate
33:23 it from happening again.
33:24   Q. All right.  And is there an ultimate safety
34:1 purpose behind that postmarket surveillance concept?
34:2   A. Sure.

| Page/Line | Source | ID |
|---|---|---|
| | 05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4 | |

34:3   Q. What is that ultimate safety purpose?
34:4   A. To assure that the devices are as safe as they
34:5 possibly can be.
34:6   Q. What about from the standpoint of the public,
34:7 what is the underlying safety purpose behind postmarket
34:8 surveillance?
34:9   A. To make sure that the manufacturers are aware
34:10 of things that could harm people.

**71:24 - 72:7**   **Altonaga, Bill 10-22-2013 (00:00:23)**

71:24   Q. All right.  Are you familiar with the term
72:1 "misbranding"?
72:2   A. I am.
72:3   Q. What is it?
72:4   A. Misbranding means that you can mislead or
72:5 provide information that is false or misleading.
72:6   Q. All right.  And give me an example of
72:7 misbranding.

**72:11 - 73:23**   **Altonaga, Bill 10-22-2013 (00:01:35)**

72:11   Q. In the context of promotional materials, does
72:12 misbranding apply to those types of materials, the
72:13 concept?
72:14   A. Yes, it could.
72:15   Q. Does misbranding apply to posters?
72:16   A. Yes, it could.
72:17   Q. Does it apply to tags?
72:18   A. Yes, it could.
72:19   Q. Does it apply to pamphlets?
72:20   A. Yes, it could.
72:21   Q. Circulars?
72:22   A. Yes, it could.
72:23   Q. Booklets?
72:24   A. Yes, it could.
73:1   Q. Brochures?
73:2   A. Yes, it could.
73:3   Q. Instruction books?
73:4   A. Yes, it could.
73:5   Q. Direction sheets?
73:6   A. Yes, it could.
73:7   Q. Information on a manufacturer's website?
73:8   A. Yes, it could.

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4**

73:9   Q. Okay.  So if, for example, Bard, in any one of
73:10 those mediums, said that the failure rate, for example,
73:11 for migration of the Recovery filter is similar to
73:12 competitor filters and that wasn't true, would that be
73:13 an example of misbranding?
73:14   A. It could be.
73:15   Q. Could be or would be?
73:16   A. The way you posed the question, if it were
73:17 untrue?
73:18   Q. If it was false or misleading.
73:19   A. If it's unsubstantiated, then it would be false
73:20 or misleading.
73:21   Q. Well, when you say unsubstantiated --
73:22   A. Meaning you don't have the facts to support
73:23 that particular claim.

**86:2 - 86:10**    **Altonaga, Bill 10-22-2013 (00:00:27)**     05_14_18 Combo Jones trial V4.7

86:2   Q. Do you agree that the performance failures of
86:3 marketed medical devices can pose serious risks to
86:4 public health?
86:5   A. Yes.
86:6   Q. Do you agree that recalls serve both to correct
86:7 defects in current and future devices and to notify
86:8 users of potential risks and steps to minimize the
86:9 impact of failure -- of device failure or malfunction?
86:10   A. Yes.

**87:2 - 87:4**    **Altonaga, Bill 10-22-2013 (00:00:07)**     05_14_18 Combo Jones trial V4.8

87:2   Q. Well, I mean, I'm asking you your
87:3 understanding.  Would that include a medical device that
87:4 fails to perform as intended?

**87:6 - 87:6**    **Altonaga, Bill 10-22-2013 (00:00:02)**     05_14_18 Combo Jones trial V4.9

87:6   A. I would think that that is possible, yes.

**87:18 - 87:22**    **Altonaga, Bill 10-22-2013 (00:00:19)**     05_14_18 Combo Jones trial V4.10

87:18   Q. All right.  In order to come to the conclusion
87:19 as to whether a device should or should not be recalled,
87:20 would it be important to consider the failure mode
87:21 evaluation and the severity of harm evaluation?
87:22   A. Yes.

**90:15 - 90:22**    **Altonaga, Bill 10-22-2013 (00:00:23)**     05_14_18 Combo Jones trial V4.11

90:15   Q. Can we agree, however, that the actual
90:16 universe of adverse reports or complications is

05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4

| Page/Line | Source | ID |
|---|---|---|

90:17 certainly going to be higher than what is actually
90:18 reported?
90:19   A. I have no idea.  I have no idea how to answer
90:20 that.  I can only respond to if someone reports
90:21 something that needs to be reported, it's reported.  How
90:22 many of those would not?  I have no idea.

**90:23 - 91:6**   **Altonaga, Bill 10-22-2013 (00:00:17)**     05_14_18 Combo Jones trial V4.12

90:23   Q. Okay.  But I think you told me a little while
90:24 ago you agree that the MDR reporting system doesn't
91:1 capture the universe of adverse events?
91:2   A. Yes.
91:3   Q. Does it then stand to reason that the actual
91:4 number of adverse events is some percentage higher than
91:5 what's actually reported?
91:6   A. I think that's reasonable.

**91:13 - 91:16**   **Altonaga, Bill 10-22-2013 (00:00:14)**     05_14_18 Combo Jones trial V4.13

91:13   Q. Sir, I'm going to back up for a second.  I
91:14 think you indicated when you started at Bard that was in
91:15 2007?
91:16   A. 2008.

**92:18 - 92:24**   **Altonaga, Bill 10-22-2013 (00:00:27)**     05_14_18 Combo Jones trial V4.14

92:18   Q. All right.  And what was your first exposure to
92:19 IVC filters in your career?
92:20   A. My first exposure to IVC filters was at Bard.
92:21 I don't remember exactly when, but it was when I was
92:22 started working at Bard.
92:23   Q. In 2008?
92:24   A. Correct.  It may have been after 2008.

**124:18 - 125:18**   **Altonaga, Bill 10-22-2013 (00:01:24)**     05_14_18 Combo Jones trial V4.15

124:18   Q. And using a severity of harm
124:19 analysis, what's the difference between penetration and
124:20 perforation?  Which one poses more risk of harm to the
124:21 patient?
124:22   A. I would think that perforation would increase
124:23 the risk of harm.
124:24   Q. Okay.  And why is that?
125:1   A. Just clinically intuitive that if you go all
125:2 the way through a vessel versus just into the vessel
125:3 that there's an increased chance of harm.
125:4   Q. All right.  And tell me based on anatomy and

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4

125:5 what have you why perforation poses a greater risk of
125:6 harm to the patient.
125:7   A. First of all, I think it provides a varying
125:8 degree of harm.  It doesn't mean the worse case every
125:9 time it perforates.  It could mean that in the case of a
125:10 filter, the limb could protrude through the cava and
125:11 touch an adjacent organ or tissue and cause a varying
125:12 degree of injury to that tissue or symptoms to the
125:13 patient as opposed to something that's just penetrated
125:14 or into the wall of the cava.
125:15   Q. And what organs are you referring?
125:16   A. Whatever organs are adjacent to where the
125:17 filter is, so it could be tissue.  It could be the
125:18 spine.  It could be organs next to the cava, the aorta.

**125:22 - 126:1**   **Altonaga, Bill 10-22-2013 (00:00:12)**   05_14_18 Combo Jones trial V4.16

125:22   Q. And if there is perforation of the filter
125:23 outside the vena cava into the aorta, that is likely
125:24 a fatal event, is it not?
126:1   A. No, not necessarily.

**126:2 - 126:3**   **Altonaga, Bill 10-22-2013 (00:00:04)**   05_14_18 Combo Jones trial V4.17

126:2   Q. Significant likelihood?
126:3   A. I don't know what the likelihood is.

**126:4 - 126:16**   **Altonaga, Bill 10-22-2013 (00:00:44)**   05_14_18 Combo Jones trial V4.18

126:4   Q. What would be your concern as a person who has
126:5 an M.D. degree knowing anatomy, knowing physiology, if
126:6 the filter protrudes through, perforates through the
126:7 vena cava and into the aorta?
126:8   A. What are you asking?
126:9   Q. What would be your concerns?
126:10   A. My concerns would be that the presence of that
126:11 limb, of whether it's affecting the aorta or not, I
126:12 would certainly rely on images and experts, vascular
126:13 interventionalists, to assess that case.  And again,
126:14 it's all about risk-benefit to that patient, but the
126:15 mere fact that it's simply into the aorta doesn't mean
126:16 that I think it's the highest severity of issues.

**135:5 - 135:7**   **Altonaga, Bill 10-22-2013 (00:00:05)**   05_14_18 Combo Jones trial V4.19

135:5   Q. And are you familiar with the various types of
135:6 fracture that have occurred with the Bard line of
135:7 filters?

05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4

| Page/Line | Source | ID |
|---|---|---|

**135:10 - 135:10**  **Altonaga, Bill 10-22-2013 (00:00:01)**   05_14_18 Combo Jones trial V4.20

135:10   A. Yes.

**135:20 - 136:6**   **Altonaga, Bill 10-22-2013 (00:00:43)**   05_14_18 Combo Jones trial V4.21

135:20   Q. As part of, again, your job at Bard, in
135:21 terms of performing a severity of harm analysis with a
135:22 fracture of the filter, give us some ideas as to what
135:23 the spectrum of harm would be.
135:24   A. Okay.  I would think that it depends on what
136:1 the consequences of the fracture are.  So if you have a
136:2 fracture that's identified while the filters in place,
136:3 the limb that has fractured is well incorporated within
136:4 the cava, I would say that that probably poses a less
136:5 risk to the patient than one that has fractured and
136:6 embolized or distally moved away from the filter.

**136:7 - 136:18**   **Altonaga, Bill 10-22-2013 (00:00:35)**   05_14_18 Combo Jones trial V4.22

136:7   Q. So you do acknowledge that one of
136:8 the problems with fracture can involve the embolization
136:9 of that fracture fragment to other parts of the body?
136:10   A. I am, yes.
136:11   Q. All right.  And give us some idea as to the
136:12 organs and parts of the body that a fracture can
136:13 embolize to.
136:14   A. I would say that the most likely place for it
136:15 to fracture would be up through the vena cava into the
136:16 right atrium.  Its resting location could be the right
136:17 atrium, it could go into the left ventricle, or it could
136:18 end up in pulmonary circulation.

**137:2 - 137:11**   **Altonaga, Bill 10-22-2013 (00:00:34)**   05_14_18 Combo Jones trial V4.23

137:2   Q. And what is the clinical significance of a
137:3 piece of an IVC filter embolizing to the heart, the
137:4 pulmonary vasculature, and/or the lung?
137:5   A. I think it has a varying degree of risk
137:6 depending on how it's situated, where it ends up, how
137:7 soon it's detected, how long it sits there.  It could be
137:8 clinically insignificant.  It could trap itself in a
137:9 place where it doesn't do anything that's been reported,
137:10 or it could cause perforating injuries to -- or tissue
137:11 injury to the heart or the lungs.

**137:12 - 137:22**   **Altonaga, Bill 10-22-2013 (00:00:38)**   05_14_18 Combo Jones trial V4.24

137:12   Q. Going back to the perforation

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4

137:13 mechanism that we talked about earlier, you indicated
137:14 that the filter could actually protrude through the vena
137:15 cava and into the aorta, for example?
137:16   A. I said it could potentially penetrate into the
137:17 aorta, yes.
137:18   Q. All right.  And we discussed the significance
137:19 of that.  Can the filter also penetrate through the vena
137:20 cava and injure the kidney, the liver, or any of those
137:21 organs?
137:22   A. I guess it could, yes.

**138:4 - 138:6**   **Altonaga, Bill 10-22-2013 (00:00:05)**    05_14_18 Combo Jones trial V4.25

138:4   Q. Can perforation extend also into
138:5 the bowel?
138:6   A. It could.

**142:10 - 142:17**   **Altonaga, Bill 10-22-2013 (00:00:31)**    05_14_18 Combo Jones trial V4.26

142:10   Q. And as a medical doctor, do you acknowledge
142:11 that the vena cava can actually expand by as much up to
142:12 50 percent its resting size?
142:13   A. I believe that that's true.
142:14   Q. Okay.  As an example, if an individual has a
142:15 28-millimeter vena cava, given the various dynamics,
142:16 that could actually expand up to 42 millimeters, agreed?
142:17   A. Agreed.

**149:8 - 149:15**   **Altonaga, Bill 10-22-2013 (00:00:21)**    05_14_18 Combo Jones trial V4.27

149:8  just because certain complications are known to
149:9 occur, isn't it important to know the rate at which
149:10 those complications occur?
149:11   A. Yes.
149:12   Q. All right.  And there becomes a point at which
149:13 a complication, a rate becomes unacceptable, does it
149:14 not?
149:15   A. Yes.

**149:16 - 150:1**   **Altonaga, Bill 10-22-2013 (00:00:27)**    05_14_18 Combo Jones trial V4.28

149:16   Q. All right.  And -- so just simply to throw out
149:17 the idea that filters are known to migrate, perforate,
149:18 or fracture, that sort of begs the question, does it
149:19 not, because you have to have an understanding of the
149:20 rate at which that occurs in order to know whether your
149:21 complication rate is either acceptable or not
149:22 acceptable?

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4**

149:23  A. Okay.

149:24  Q. Do you agree?

150:1  A. I don't disagree with that.

150:2 - 150:11  **Altonaga, Bill 10-22-2013 (00:00:32)**   *05_14_18 Combo Jones trial V4.29*

150:2   Q. And going back to this deposition when

150:3 it started earlier, one of the things that would be

150:4 important to do would be to compare the 510(k) device's

150:5 complication rate, its safety profile, to that of the

150:6 predicate device.  Agreed?

150:7   A. To some extent, yes.

150:8  Q. All right.

150:9  A. But as I said, they may not be apples to

150:10 apples, so you have to take into consideration the data

150:11 sets for which those rates came about.

152:6 - 152:10  **Altonaga, Bill 10-22-2013 (00:00:10)**   *05_14_18 Combo Jones trial V4.30*

152:6   Q. Bard's required to be

152:7 transparent and upfront with all information, whether

152:8 it's good or bad?

152:9  A. I would think that they're required to do so,

152:10 yes.

152:11 - 152:14  **Altonaga, Bill 10-22-2013 (00:00:11)**   *05_14_18 Combo Jones trial V4.31*

152:11   Q. And that also includes conveying bad

152:12 information to the doctors that are implanting these

152:13 devices, correct?

152:14   A. What do you mean by bad information?

152:16 - 152:16  **Altonaga, Bill 10-22-2013 (00:00:02)**   *05_14_18 Combo Jones trial V4.32*

152:16   Q. Rate of complications, for example.

152:17 - 152:20  **Altonaga, Bill 10-22-2013 (00:00:12)**   *05_14_18 Combo Jones trial V4.48*

152:17   A. No, I don't -- I don't think that -- that is a

152:18 responsibility of a medical device company to provide

152:19 rates.  If they're asked or solicited, we may provide

152:20 that.

152:24 - 153:7  **Altonaga, Bill 10-22-2013 (00:00:23)**   *05_14_18 Combo Jones trial V4.33*

152:24   Q. And what is a warning and what's the

153:1 purpose behind issuing a warning to a physician or

153:2 healthcare provider that is using a Bard device?

153:3  A. Just like the warnings that are provided in the

153:4 instructions for use of every medical device.  It's

153:5 known or identified events that may put the patient at

153:6 risk, whether it's in the form of contraindication or

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4

153:7 precaution or warning.

**153:8 - 153:11**    **Altonaga, Bill 10-22-2013 (00:00:16)**

153:8   Q. If Bard became aware that one of its filters
153:9 had a failure rate that exceeded the industry average by
153:10 three times, 300 percent higher, in your opinion, would
153:11 Bard be obligated to warn of that fact?

**153:17 - 153:20**    **Altonaga, Bill 10-22-2013 (00:00:08)**

153:17   A. I don't know how to answer that.  It depends on
153:18 the issue.  It depends on the severity of harm.  It
153:19 depends on a lot of different variables.  So it's a very
153:20 open question.  I don't know.

**154:5 - 154:12**    **Altonaga, Bill 10-22-2013 (00:00:23)**

154:5   Q.  if Bard is aware that the
154:6 migration rate of one of its filters exceeds industry
154:7 average by three times -- we've already spoken about the
154:8 spectrum of harm that can attach to a migrating filter.
154:9 Do you recall that?
154:10   A. Yes.
154:11   Q. All right.  Would Bard, under those
154:12 circumstances, be obligated to warn of that fact?

**155:4 - 155:10**    **Altonaga, Bill 10-22-2013 (00:00:23)**

155:4   A. The reason I'm having difficulty with your
155:5 question is because the warning regarding migration has
155:6 already been posed.  So you're asking if over and above
155:7 a warning that's already been posed, something that's
155:8 been well understood with the use of all IVC filters,
155:9 that why would Bard feel more obligated to warn again.
155:10 So I -- the warning's already there.

**157:19 - 158:4**    **Altonaga, Bill 10-22-2013 (00:00:25)**

157:19 THE COURT REPORTER:  "Would it be your
157:20 expectation that when Bard launches a filter for
157:21 commercial use that Bard would have an awareness
157:22 about the long-term clinical performance of that
157:23 device?"
157:24   A. Yes.
158:1   Q. Why?  Why would that be important?
158:2   A. Because I think it's prudent for the medical
158:3 device company to understand how its device performs
158:4 regarding safety and effectiveness.

**158:5 - 158:6**    **Altonaga, Bill 10-22-2013 (00:00:06)**

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jones trial V4-Altonaga 10-22-13 Jones Trial Depo Designations V4**

158:5   Q. And how would you expect Bard to develop that
158:6 awareness with its IVC filter?

158:10 - 158:12   **Altonaga, Bill 10-22-2013 (00:00:06)**   05_14_18 Combo Jones trial V4.40

158:10   A. Based on postmarket surveillance, based on
158:11 literature, based on clinical trials, a lot of different
158:12 ways.

158:18 - 158:21   **Altonaga, Bill 10-22-2013 (00:00:16)**   05_14_18 Combo Jones trial V4.41

158:18   Q.  if Bard didn't have an awareness about
158:19 the long-term clinical performance of an IVC filter, yet
158:20 its being implanted into individuals, does that become
158:21 problematic in your mind?

158:23 - 159:3   **Altonaga, Bill 10-22-2013 (00:00:09)**   05_14_18 Combo Jones trial V4.42

158:23   A. If they were not aware, yes, I think that would
158:24 be problematic.
159:1   Q. Okay.  Why would that be problematic?
159:2   A. Because you don't know how your product is
159:3 performing.

168:5 - 168:9   **Altonaga, Bill 10-22-2013 (00:00:15)**   05_14_18 Combo Jones trial V4.43

168:5   Q. Well, you're a medical doctor, and do you at
168:6 least acknowledge that the more information a clinical
168:7 physician has, the better he or she can make decisions
168:8 about what medical device to use in a particular
168:9 patient?

168:12 - 168:13   **Altonaga, Bill 10-22-2013 (00:00:02)**   05_14_18 Combo Jones trial V4.44

168:12   A. In very general terms, I don't disagree with
168:13 that.

243:16 - 243:18   **Altonaga, Bill 10-22-2013 (00:00:08)**   05_14_18 Combo Jones trial V4.45

243:16 Don't you think that the
243:17 doctors who are implanting these devices should be aware
243:18 of these significant differences in the safety profile?

243:20 - 243:21   **Altonaga, Bill 10-22-2013 (00:00:06)**   05_14_18 Combo Jones trial V4.46

243:20   A. I think that the doctors should be aware of the
243:21 rates of complications associated with these devices.  I

243:21 - 244:1   **Altonaga, Bill 10-22-2013 (00:00:13)**   05_14_18 Combo Jones trial V4.47

243:21  I
243:22 think that there's also other things that need to be
243:23 considered.  You know, one is retrievable, one wasn't,
243:24 so there's a lot of safety profile issues not discussed
244:1 here that I think need to play into the equation.

251:3 - 251:6   **Altonaga, Bill 10-22-2013 (00:00:08)**   05_14_18 Combo Jones trial V4.48

| Page/Line | Source | ID |
|---|---|---|
| | 251:3   Q. Did Bard, to your knowledge, ever sponsor a | |
| | 251:4 randomized clinical trial to assess the safety of the | |
| | 251:5 Recovery Filter? | |
| | 251:6   A. That I'm aware of, no. | |

Plaintiffs Designations = 00:11:34
Defense Designations = 00:06:02
P & D Designations = 00:00:04
**Total Time = 00:17:40**

# Exhibit B

**Designation Run Report**

# Avino 03-23-17 Jones Trial Run V7.1

---

**Avino, Anthony 03-23-2017**

---

<span style="color:red">**Plaintiff Designations  00:12:20**</span>

<span style="color:blue">**Defense Designations  00:26:31**</span>

<span style="color:green">**Plaintiff and Defense Designations  00:04:48**</span>

**Total Time  00:43:39**



| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1**

| Page/Line | Source | ID |
|---|---|---|
| 8:1 - 8:3 | **Avino, Anthony 03-23-2017 (00:00:09)** | 05_21_18 Combo Jones V7_1.1 |

8:1 So why don't we start by introducing
8:2 yourself to the jury.
8:3   A. Okay.  Anthony Avino.

12:2 - 12:10   **Avino, Anthony 03-23-2017 (00:00:38)**   `05_21_18 Combo Jones V7_1.2`

12:2   Q. Explain to the jury, as a vascular
12:3 surgeon, what your average or typical day is like.
12:4   A. Fairly varied.  It's basically everything
12:5 that has to do with arteries and veins, and it really
12:6 ranges from spider veins, to a lot of catheters and
12:7 ports, to a lot of angioplasties for blockages in
12:8 arteries in the arms and legs, and then a lot of open
12:9 surgery on arteries and veins, again in the arms,
12:10 legs, belly or chest, just not in the heart.

13:2 - 13:13   **Avino, Anthony 03-23-2017 (00:00:38)**   `05_21_18 Combo Jones V7_1.3`

13:2 we're here today because of your
13:3 implanting of IVC filter in Doris Jones in 2010.  In
13:4 2010, you were practicing here?
13:5   A. Yes.
13:6   Q. Where did you see Doris Jones?
13:7   A. In consultation in the hospital at
13:8 Memorial.
13:9   Q. And did you ever see or follow up with her
13:10 again after you implanted the IVC filter in her?
13:11   A. I don't believe so.  Certainly not that I
13:12 have independent recollection, and not that I see
13:13 from our records

13:24 - 14:5   **Avino, Anthony 03-23-2017 (00:00:11)**   `05_21_18 Combo Jones V7_1.4`

13:24   Q. As a vascular surgeon, you use
13:25 medical devices?
14:1   A. Yes.
14:2   Q. Lots of different kinds of medical
14:3 devices, presumably.  You mentioned some earlier;
14:4 catheters and ports and things like that.  Fair?
14:5   A. Right.  Fair.

16:7 - 17:2   **Avino, Anthony 03-23-2017 (00:00:51)**   `05_21_18 Combo Jones V7_1.5`

16:7   Q. Given that you work with so many different
16:8 medical devices and manufacturers and talking to
16:9 sales reps, I would imagine you have certain
16:10 expectations for medical device manufacturers; for

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

16:11 example, that the devices that they would put on the
16:12 market for use in your patients are safe?
16:13   A. Agree, yes.
16:14   Q. And that they're effective; that they do
16:15 what they're supposed to do?
16:16   A. Yes.
16:17   Q. And I would imagine you expect that a
16:18 medical device manufacturer's primary focus should be
16:19 on the health and safety of patients?
16:20   A. Primarily, yep, absolutely.
16:21   Q. And that means putting the safety of
16:22 patients ahead of profits?
16:23   A. Right.
16:24   Q. And you would expect the medical devices
16:25 you use would -- would make the harm they're intended
17:1 to treat better, not worse?
17:2   A. Agree.

**17:10 - 17:20   Avino, Anthony 03-23-2017 (00:00:17)**                05_21_18 Combo Jones V7_1.6

17:10   Q. And you would expect that a medical device
17:11 manufacturer would take all reasonable steps to make
17:12 sure that a device is safe and free of danger before
17:13 putting the device on the market?
17:14   A. I would.
17:15   Q. Including reasonable testing to ensure the
17:16 safety of the device?
17:17   A. Yes.
17:18   Q. And clinical trials to ensure that the
17:19 device is safe for use?
17:20   A. Yes.

**18:3 - 18:8   Avino, Anthony 03-23-2017 (00:00:13)**                05_21_18 Combo Jones V7_1.7

18:3   Q. You would expect that the risks and
18:4 dangers of a medical device should be known by the
18:5 manufacturers through their own development and
18:6 testing of their product before it's put on the
18:7 market?
18:8   A. The -- both the manufacturers and the FDA.

**21:2 - 21:18   Avino, Anthony 03-23-2017 (00:00:42)**                05_21_18 Combo Jones V7_1.8

21:2   Q. If a medical device manufacturer learns
21:3 that a device is less safe than alternative
21:4 treatments or other alternative products by other

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |

21:5 competitors, would you expect them to report that to
21:6 you and other doctors?
21:7   A. I mean, we certainly always expect that
21:8 they report anything that's not safe to the FDA and
21:9 to the physicians.
21:10   Q. And you need to know information about
21:11 safety to make informed decisions about using
21:12 products?
21:13   A. True.
21:14   Q. And because you're advising patients, and
21:15 they can't make informed consent about using products
21:16 unless you have all the information to inform them.
21:17 True?
21:18   A. True.

**21:19 - 21:24**   **Avino, Anthony 03-23-2017 (00:00:18)**    05_21_18 Combo Jones V7_1.9

21:19   Q. And the information that a medical device
21:20 manufacturer provides to you about their product, you
21:21 would expect that to be accurate and complete.  True?
21:22   A. Sure, to the best -- you know, certainly
21:23 to the best of whatever knowledge they have acquired
21:24 regarding safety and problems.

**24:10 - 25:6**   **Avino, Anthony 03-23-2017 (00:01:11)**    05_21_18 Combo Jones V7_1.11

24:10   Q. What are the criteria for determining if
24:11 an IVC filter is appropriate for a patient?
24:12   A. It's mostly -- the general indication and
24:13 decision-making is if the risk of placing the filter
24:14 is lower than the risk of not placing the filter.  So
24:15 if they're at higher risk for throwing a clot without
24:16 the filter, and that's mostly in people who have a
24:17 clot and for one of numerous reasons cannot fully be
24:18 on blood thinners to prevent the clot from worsening
24:19 or propagating and embolizing, or breaking off and
24:20 moving.
24:21 So if someone has surgery, a recent
24:22 surgery, or bleeding complications and they have
24:23 clots, or they have clots that keep worsening despite
24:24 blood thinners, then that's -- that's the main
24:25 indication for placing a filter.
25:1 And then there's a lot of relative
25:2 indications.  People that are just really high-risk,

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 25:3 people that are bedridden, and people that have had | |
|  | 25:4 past clots and who have bleeding complications and | |
|  | 25:5 can't receive blood thinners.  And there's numerous | |
|  | 25:6 reasons people can't receive blood thinners. | |
| 26:2 - 26:7 | **Avino, Anthony 03-23-2017 (00:00:18)** | 05_21_18 Combo Jones V7_1.12 |
|  | 26:2  Q. Putting in an IVC filter, you know, | |
|  | 26:3 threading this sheath through the heart into the IVC | |
|  | 26:4 through a vein in your neck, to a layperson, to me, | |
|  | 26:5 that sounds really scary and dangerous.  But is this | |
|  | 26:6 a risky procedure in the spectrum of work that you do | |
|  | 26:7 as a vascular surgeon? | |
| 26:9 - 26:25 | **Avino, Anthony 03-23-2017 (00:00:44)** | 05_21_18 Combo Jones V7_1.13 |
|  | 26:9 THE WITNESS:  It's one of the least risky | |
|  | 26:10 procedures that we do. | |
|  | 26:11 BY MR. COMBS: | |
|  | 26:12   Q. Explain why that -- why it's safe, when -- | |
|  | 26:13 even though you're involving all these central organs | |
|  | 26:14 and all that. | |
|  | 26:15   A. Right.  For years, physicians have | |
|  | 26:16 performed instrumentation, or passing catheters and | |
|  | 26:17 wires through veins or arteries, really from any | |
|  | 26:18 location to any location, as long as you've done it | |
|  | 26:19 enough and are careful and cautious and you do it all | |
|  | 26:20 under direct visualization with x-ray. | |
|  | 26:21 And that's really why it's safe, because | |
|  | 26:22 you're traveling in a vein; you're on the inside of a | |
|  | 26:23 vein, and if at any point you're traveling outside of | |
|  | 26:24 the vein, you can see it immediately because you're | |
|  | 26:25 watching it all on x-ray, live. | |
| 27:22 - 28:8 | **Avino, Anthony 03-23-2017 (00:00:31)** | 05_21_18 Combo Jones V7_1.14 |
|  | 27:22  Q. How -- I don't know the best way to ask | |
|  | 27:23 this; of how many IVC filters you've put in, a week, | |
|  | 27:24 or a month or what percentage of your practice is IVC | |
|  | 27:25 filter?  But just talk about your experience of IVC | |
|  | 28:1 filters and how that relates to the rest of your | |
|  | 28:2 clinical practice. | |
|  | 28:3   A. I've -- it's always a guess to try to | |
|  | 28:4 remember, because I've practiced more years than | |
|  | 28:5 there -- than I have memory of, I guess.  But I've | |
|  | 28:6 probably put -- I would guess I've put in two or | |

| Page/Line | Source | ID |
|---|---|---|

28:7 three hundred.  It's -- but it's still a small
28:8 percentage of my practice.

**30:1 - 30:23**  **Avino, Anthony 03-23-2017 (00:01:08)**  <span style="font-size:small">05_21_18 Combo Jones V7_1.15</span>

30:1   Q. And as I understand it, some IVC filters
30:2 are permanent and some are optional or retrievable;
30:3 is that correct?
30:4   A. Yes.
30:5   Q. Explain to the jury the difference between
30:6 a permanent IVC filter and a retrievable or optional
30:7 IVC filter.
30:8   A. All of the original filters were
30:9 considered permanent, and there really was no
30:10 technology or mechanism to remove them.  And that was
30:11 the case for decades.  And we, you know, it just --
30:12 there was never even a consideration or a thought of
30:13 retrieving them.  But over time, when more long-term
30:14 concerns arose about leaving these filters in young
30:15 patients, especially, for their whole lifetime,
30:16 technology evolved that there was a fairly simple
30:17 mechanism, basically a hook on top of the filter,
30:18 that you could snag the hook, and with a special
30:19 device, actually retrieve the filter by causing it to
30:20 collapse inside the vein, once you have it secured by
30:21 this snare.  So basically it was a change in design
30:22 of the technology to allow the filter to safely be
30:23 removed.

**31:2 - 31:13**  **Avino, Anthony 03-23-2017 (00:00:40)**  <span style="font-size:small">05_21_18 Combo Jones V7_1.91</span>

31:2 but why would you
31:3 use a permanent filter versus a retrievable filter?
31:4   A. In someone elderly, in someone who has a
31:5 long-term risk of clots breaking off and going to
31:6 their heart and lungs, for example, someone who is
31:7 either noncompliant or has felt to be a long-term
31:8 risk of recurrent bleeding, someone that has
31:9 cirrhosis or medical conditions that cause them to
31:10 have -- to become more prone to bleed, someone that
31:11 falls frequently.  So basically someone that has an
31:12 ongoing risk.  And someone who is elderly; those two
31:13 reasons.

**33:21 - 34:6**  **Avino, Anthony 03-23-2017 (00:00:36)**  <span style="font-size:small">05_21_18 Combo Jones V7_1.16</span>

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

33:21   Q. I guess, since you've been here in
33:22 this practice, Savannah, for -- since completing your
33:23 training, since you've been here, what IVC filter
33:24 models have you used, including up until today?
33:25 Which ones do you use?
34:1   A. We have predominantly always used -- I
34:2 won't say "always"; we have predominantly used the
34:3 Bard filters.  The G2 and the Simon Nitinol was the
34:4 nonretrievable, and the Meridian and now the Denali.
34:5 And a couple in between.  They've changed every few
34:6 years.

**34:10 - 34:20   Avino, Anthony 03-23-2017 (00:00:33)**    05_21_18 Combo Jones V7_1.17

34:10   Q. And why have -- well, when you say -- when
34:11 you talk about using predominantly Bard IVC filters,
34:12 does that go for your whole practice group here?
34:13   A. Predominantly.  You know, there's Cook
34:14 filters, and there's other competitors' filters.
34:15 There's the original Greenfield IVC filter.  But we
34:16 have mostly always stocked -- I would say yes,
34:17 definitely yes, the majority of them that we see
34:18 placed by myself and all my partners have always been
34:19 the Bard filters.
34:20   Q. And why is that?

**34:22 - 35:6   Avino, Anthony 03-23-2017 (00:00:28)**    05_21_18 Combo Jones V7_1.18

34:22 There has been the most
34:23 data on them, and I think they're likely -- it's
34:24 certainly variable from institution to institution,
34:25 but everywhere I've been, they've been the
35:1 predominant filter.
35:2   Q. And today -- when was the last time you
35:3 put an IVC filter in somebody?
35:4   A. About two weeks ago.
35:5   Q. And what device did you use then?
35:6   A. The Denali.

**35:12 - 35:16   Avino, Anthony 03-23-2017 (00:00:15)**    05_21_18 Combo Jones V7_1.19

35:12   Q. Do you still put permanent filters in
35:13 patients, in the last six months?
35:14   A. Yes, I do.  And as far as I know, the -- I
35:15 think it's still the Simon Nitinol.  I think it's
35:16 still the Simon Nitinol brand.

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1**

| Page/Line | Source | ID |
|---|---|---|
| 35:17 - 36:3 | **Avino, Anthony 03-23-2017 (00:00:25)** | 05_21_18 Combo Jones V7_1.20 |

35:17   Q. Any time you put any medical device in
35:18 somebody, including an IVC filter, I know you do it
35:19 every day, but that's still a big deal for the
35:20 patient, right?
35:21   A. Sure.
35:22   Q. You're putting some kind of object for a
35:23 long period of time, maybe permanently, inside their
35:24 body.  Right?
35:25   A. Yes.
36:1   Q. And so whenever you do that, safety is
36:2 always your number one priority?
36:3   A. Agree.

| Page/Line | Source | ID |
|---|---|---|
| 36:4 - 36:25 | **Avino, Anthony 03-23-2017 (00:01:12)** | 05_21_18 Combo Jones V7_1.21 |

36:4   Q. You touched on this, but I want you to, if
36:5 you can, explain to the jury a little bit more about
36:6 the risk/benefit analysis you do when placing an IVC
36:7 filter in one of your patients.
36:8   A. So on the benefit side, the benefit of
36:9 having the filter is that there is a lower chance of
36:10 dying from a pulmonary embolus if they have a filter
36:11 in place.  And so you have to weigh -- I mean,
36:12 obviously the complication is catastrophic.  It's not
36:13 like, you know, getting an infection somewhere.  It's
36:14 a pulmonary embolus, which often means death.
36:15 So it's a matter of weighing what their --
36:16 trying to make an assessment of what their risk of
36:17 death is, and risk of pulmonary embolus, how they
36:18 would tolerate it, and if there's a high or low risk
36:19 of that actually occurring.
36:20 And then you have to weigh that with the
36:21 risks of placing the procedure, not just the risks,
36:22 but the costs and the time and the pain -- not that
36:23 there's a lot of pain, but, you know, it's still a
36:24 procedure, the anxiety.  And then the potential
36:25 long-term complications that we've mentioned.

| Page/Line | Source | ID |
|---|---|---|
| 38:11 - 38:13 | **Avino, Anthony 03-23-2017 (00:00:08)** | 05_21_18 Combo Jones V7_1.22 |

38:11   Q. Did you ever talk with any Bard sales
38:12 representatives about IVC filters?
38:13   A. Yes.

| | 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 38:19 - 38:21 | **Avino, Anthony 03-23-2017 (00:00:10)** | 05_21_18 Combo Jones V7_1.23 |
| | 38:19   Q. Okay. Who were they? | |
| | 38:20   A. Well, I know that it was Melanie Vilece | |
| | 38:21 for my middle years here. | |
| 39:15 - 40:1 | **Avino, Anthony 03-23-2017 (00:00:43)** | 05_21_18 Combo Jones V7_1.24 |
| | 39:15   Q. Do you recall conversations with | |
| | 39:16 her, or any other Bard sales reps, about Bard IVC | |
| | 39:17 filters, what you guys talked about? | |
| | 39:18   A. Well, I do, because it -- the -- obviously | |
| | 39:19 for the reasons we're here, the IVC filters became a | |
| | 39:20 big hot topic when it was -- when it became more well | |
| | 39:21 known that there were complications. | |
| | 39:22 And so, yes, we would talk about | |
| | 39:23 complications, and we would talk about -- you know, | |
| | 39:24 the FDA, and the next generation of filters, and | |
| | 39:25 improvements that were under way, and -- you know, | |
| | 40:1 and what -- and what the complications were. | |
| 40:5 - 40:13 | **Avino, Anthony 03-23-2017 (00:00:20)** | 05_21_18 Combo Jones V7_1.25 |
| | 40:5 The IVC filter model that was put | |
| | 40:6 into Doris Jones, my client, was an Eclipse model. | |
| | 40:7 Are you aware of that? | |
| | 40:8   A. Yes. | |
| | 40:9   Q. Do you recall any conversations with | |
| | 40:10 Ms. Vilece or anyone else at Bard about the Eclipse, | |
| | 40:11 specifically, and if so, what they told you about the | |
| | 40:12 Eclipse? | |
| | 40:13   A. I really don't. | |
| 40:13 - 40:21 | **Avino, Anthony 03-23-2017 (00:00:37)** | 05_21_18 Combo Jones V7_1.26 |
| | 40:13   A. I don't have specific | |
| | 40:14 recollection about the individual devices, except | |
| | 40:15 that, you know, the G2 I think was the one that was | |
| | 40:16 known to be the biggest problem, whenever that became | |
| | 40:17 evident, and then was quickly replaced. | |
| | 40:18   Q. And when you say the G2 became the biggest | |
| | 40:19 problem, what was the problem with the G2? | |
| | 40:20   A. That's the device that had the biggest | |
| | 40:21 reports about migrations and fractures in the device. | |
| 40:22 - 41:10 | **Avino, Anthony 03-23-2017 (00:00:39)** | 05_21_18 Combo Jones V7_1.27 |
| | 40:22   Q. was it a kind of thing where you guys | |
| | 40:23 collectively, at the practice, liked using the Bard | |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

40:24 IVC filters, and so whenever they came out with a new
40:25 one, you would just kind of incorporate and adopt the
41:1 new one into your practice?
41:2   A. Yes.  You know, assuming -- yes, because
41:3 that was always congruent with what we were also
41:4 being told, you know, from our literature, from our
41:5 journals, from the reps, from our meetings; you know,
41:6 all of the above.
41:7 So because that was true, it wasn't like
41:8 it just showed up and -- you know, someone said it
41:9 was cool, or it was -- for all of those reasons,
41:10 that, but yes.

**41:11 - 41:23**   **Avino, Anthony 03-23-2017 (00:00:43)**   05_21_18 Combo Jones V7_1.82

41:11   Q.  And tell the jury a little bit
41:12 about the other ways you learned about IVC filters
41:13 and developments in the field, besides talking with
41:14 the Bard sales rep, or other sales rep.
41:15   A. We all attend meetings annually, usually
41:16 several.  And, you know, meetings might have -- our
41:17 main meeting in New York might have 200 or 300
41:18 topics, you know.  Crazy volume.
41:19 And -- but medical devices are certainly a
41:20 large percentage of what the topics are about, and so
41:21 those are usually presentations, and the person
41:22 chosen to give the presentation is very selectively
41:23 chosen to be considered an expert in that field.

**41:24 - 42:3**   **Avino, Anthony 03-23-2017 (00:00:13)**   05_21_18 Combo Jones V7_1.83

41:24 And so that's the -- one of the main ways,
41:25 because this is someone that's reviewed all the
42:1 literature and someone that's well known and
42:2 respected by your colleagues.  So that's -- that's a
42:3 common area.

**42:4 - 42:10**   **Avino, Anthony 03-23-2017 (00:00:18)**   05_21_18 Combo Jones V7_1.28

42:4 There's certainly advertisements in
42:5 magazines from manufacturers.  There's sales reps.
42:6 There's discussions with your colleagues.  And then
42:7 there's articles written in journals.
42:8 So, really, all of the above.  It's
42:9 inundated with online journals and so -- choice E:
42:10 All of the above.

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1**

47:11 - 47:13   **Avino, Anthony 03-23-2017 (00:00:07)**   05_21_18 Combo Jones V7_1.29

47:11   Q.  do you read the IFU?
47:12   A. Sometimes.  I mean, I have read them.  I
47:13 don't -- certainly don't read them on every package,

47:14 - 47:20   **Avino, Anthony 03-23-2017 (00:00:24)**   05_21_18 Combo Jones V7_1.30

47:14 because they're the same from the same device, but --
47:15 you know, not -- not all the time, but it does come
47:16 up, for example, at meetings, or you're reading about
47:17 and someone's discussing an issue with an IFU.  You
47:18 know, if something is within the IFU or not, to help
47:19 define things that might be outside of the IFU but
47:20 still medically indicated.

47:21 - 47:23   **Avino, Anthony 03-23-2017 (00:00:07)**   05_21_18 Combo Jones V7_1.31

47:21   Q.  Do you know if you ever read the IFU for
47:22 the Eclipse IVC filter?
47:23   A.  Not that I recall.

47:24 - 48:7   **Avino, Anthony 03-23-2017 (00:00:28)**   05_21_18 Combo Jones V7_1.32

47:24   Q. Okay.  And IFUs have warnings on them of
47:25 side effects, complications, things like that, also?
48:1   A. Yes.
48:2   Q. And even if you haven't read the Eclipse
48:3 IFU, you're probably generally familiar with IVC
48:4 filter IFUs, if they warn of things like fractures,
48:5 migration, perforation, tilt; complications like
48:6 that.  Right?
48:7   A. Yes.  Yes.

48:20 - 49:14   **Avino, Anthony 03-23-2017 (00:00:53)**   05_21_18 Combo Jones V7_1.33

48:20   Q. If you can recall your mindset in
48:21 August 2010, when you implanted the Eclipse in Doris
48:22 Jones, what was your understanding of the rarity of
48:23 complications from IVC filters then?
48:24   A. I don't have independent recollection of
48:25 placing that particular filter, but the best I can
49:1 tell from that date and from my note, is that that
49:2 is -- that predates the peak of my concern and the
49:3 release of the warnings about the complications of
49:4 filters.
49:5   Q. You've learned more about filters since
49:6 then --
49:7   A. Right.

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

49:8   Q. -- and their complications?
49:9   A. Right.
49:10   Q. If Bard knew about complications with its
49:11 filters at that time, before you put it -- one in
49:12 Doris Jones, you would have wanted to know that,
49:13 right?
49:14   A. Yes.

**50:15 - 50:20**   **Avino, Anthony 03-23-2017 (00:00:17)**    05_21_18 Combo Jones V7_1.34

50:15   Q. So in front of you now, Doctor,
50:16 Exhibit 4017, is your op notes for the implantation    4401_IMPLANT.1.1
50:17 with Doris Jones.  Correct?
50:18   A. Yes.
50:19   Q. And what date was that?
50:20   A. August 24th, 2010.

**51:1 - 51:16**   **Avino, Anthony 03-23-2017 (00:00:42)**    05_21_18 Combo Jones V7_1.35

51:1 There probably would be some note in the medical    clear
51:2 record from the hospital, but I never -- it's not
51:3 part of our record, our medical record.
51:4 (Exhibit 4018 was marked for identification.)
51:5 BY MR. COMBS:
51:6   Q. And I think you're actually right.  And
51:7 what you've been handed here, Exhibit 4018, is some
51:8 other medical records, including the consent forms
51:9 for the procedure.  And I believe they were signed
51:10 the day before, on the 23rd.  Do you see that?
51:11   A. Yes.  So I -- there is almost always a
51:12 consultation, though, before, just when we see the
51:13 patient, make the decision, talk to the patient,
51:14 consider the data in order to communicate back to the
51:15 other physicians.  So there would have been some
51:16 other note.

**51:17 - 52:12**   **Avino, Anthony 03-23-2017 (00:00:59)**    05_21_18 Combo Jones V7_1.94

51:17   Q. And so I'll ask you about your treatment
51:18 of Doris, brief as it was, and -- and your
51:19 discussions with her and her husband.  And so to the
51:20 extent you need to refer back to any of this -- and
51:21 I'll ask you some specific questions about this,
51:22 too -- but if you need to look at any of this to
51:23 refresh your recollection, go ahead.
51:24 Do you recall how you came to treat Doris,

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

51:25 who called you or consulted with you?

52:1  A. I do not.  I'm not sure if it was -- well,

52:2 actually, I take it back.  The most likely person is

52:3 Dr. Goodman, because I specifically sent him a copy

52:4 of the note, so that would -- but I don't have

52:5 independent recollection of that, but that's usually

52:6 who would -- usually, I would -- just knowing my

52:7 practice, I would send a copy of the note to the

52:8 person who asked me to see the patient.

52:9  Q. And who is Dr. Goodman?

52:10  A. He's a cardiologist and works with the

52:11 residency program, and also did general medicine, not

52:12 just cardiology.

**52:22 - 54:10**     **Avino, Anthony 03-23-2017 (00:02:19)**     05_21_18 Combo Jones V7_1.36

52:22  Q. Do you know why the referring

52:23 doctor, Dr. Goodman, called you in to consult in this

52:24 and see about an IVC filter?

52:25  A. Because a concern about her history of

53:1 having had recurrent blood clots, as well as problems

53:2 with multiple gastrointestinal problems and concern

53:3 over bleeding issues and need to stop her

53:4 anticoagulation over different time periods.  So it

53:5 basically is a whole combination of having an

53:6 increased risk of complications from her blood clots.

53:7  Q. And you'll see here, on the portion of

53:8 Exhibit 4018 that ends in Bates number 1292, there's

53:9 a sticker on there for a Bard Eclipse IVC filter,

53:10 right?

53:11  A. Yes.

53:12  Q. And was -- can you tell anything, from

53:13 either your recall or looking at these records, why

53:14 that filter was chosen for Doris?

53:15  A. It was probably the only retrievable

53:16 filter that we used at the time and that the hospital

53:17 stocked.  And from my note, I indicated that we were

53:18 sort of between wanting the option to be able to

53:19 retrieve the filter, but I even -- but I mentioned

53:20 that we would, I said, "suspecting that this would

53:21 likely remain permanent," meaning that her risk is

53:22 probably not going to go away.

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

53:23 Complicated patient, in and out of the
53:24 hospital frequently, with multiple problems and
53:25 multiple prior clots.  And so for all those reasons,
54:1 you know, she did not have transient risk factors.
54:2 She had persistent risk factors.
54:3 Q. And so essentially she was -- the intent
54:4 was that she would have a permanent filter?
54:5 A. Just slightly short of that, because it
54:6 retains the option to remove it, because if a filter
54:7 does clot off, it's a problem if you can't remove it.
54:8 So there's some advantages to having a retrievable
54:9 filter, if you, even if you think it's going to stay
54:10 in long term.

**54:11 - 54:13**    **Avino, Anthony 03-23-2017 (00:00:05)**    05_21_18 Combo Jones V7_1.37

54:11  Q. Right, but certainly she could keep it in
54:12 permanently; that was the intent?
54:13  A. Yes.

**54:16 - 54:23**    **Avino, Anthony 03-23-2017 (00:00:16)**    05_21_18 Combo Jones V7_1.38

54:16 on the first page of your
54:17 op report, it says:  "After a long discussion with    4401_IMPLANT.1.2
54:18 the patient, she opted for a retrievable filter,
54:19 suspecting this would likely remain permanent."
54:20 Do you recall that -- anything about that    clear
54:21 discussion?  I don't imagine you do, since you don't
54:22 remember Doris.
54:23  A. No, I really don't.

**56:9 - 56:12**    **Avino, Anthony 03-23-2017 (00:00:10)**    05_21_18 Combo Jones V7_1.39

56:9  Q. And the forms there are just
56:10 general procedure consent forms, not specific to IVC
56:11 filters, right?
56:12  A. Correct.

**56:22 - 56:25**    **Avino, Anthony 03-23-2017 (00:00:10)**    05_21_18 Combo Jones V7_1.40

56:22  Q. And the information you provide in those
56:23 discussions about the risks and benefits of a device
56:24 are only as good as the information the manufacturer
56:25 gives you?

**57:4 - 57:5**    **Avino, Anthony 03-23-2017 (00:00:03)**    05_21_18 Combo Jones V7_1.41

57:4  A. Well, the manufacturer or whatever other
57:5 sources we have.

**57:6 - 57:7**    **Avino, Anthony 03-23-2017 (00:00:02)**    05_21_18 Combo Jones V7_1.42

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

|  | 57:6   Q. Right. |  |
|  | 57:7   A. We have our other sources as well. |  |
| 57:8 - 57:16 | **Avino, Anthony 03-23-2017 (00:00:26)** | 05_21_18 Combo Jones V7_1.43 |
|  | 57:8   Q. But if a company fails to provide accurate |  |
|  | 57:9 or complete information about the risks and benefits |  |
|  | 57:10 of its device, that affects your ability to |  |
|  | 57:11 adequately inform the patient? |  |
|  | 57:12   A. Yes, since that's one of the sources of |  |
|  | 57:13 information. |  |
|  | 57:14   Q. Did you have any problems implanting the |  |
|  | 57:15 IVC filter in Doris? |  |
|  | 57:16   A. From my note, I don't think so. |  |
| 58:2 - 58:10 | **Avino, Anthony 03-23-2017 (00:00:23)** | 05_21_18 Combo Jones V7_1.44 |
|  | 58:2   Q. if you had any complications or if |  |
|  | 58:3 she had an unusual anatomy, like an overly large IVC |  |
|  | 58:4 where you would have worries about securing the IVC |  |
|  | 58:5 filter, you would have noted that in your report? |  |
|  | 58:6   A. Right. |  |
|  | 58:7   Q. Or if you were aware that it had been put |  |
|  | 58:8 in malpositioned or somehow off or had difficulty |  |
|  | 58:9 with it, you would have noted that in your report? |  |
|  | 58:10   A. Yes. |  |
| 60:17 - 60:20 | **Avino, Anthony 03-23-2017 (00:00:10)** | 05_21_18 Combo Jones V7_1.45 |
|  | 60:17   Q. And then I think we have established that |  |
|  | 60:18 you never saw or treated Doris again after this |  |
|  | 60:19 implant? |  |
|  | 60:20   A. Not that I have any record of, or recall. |  |
| 62:24 - 63:18 | **Avino, Anthony 03-23-2017 (00:01:01)** | 05_21_18 Combo Jones V7_1.46 |
|  | 62:24 We've talked about the different models of |  |
|  | 62:25 the Bard IVC filters over the years.  Were you aware |  |
|  | 63:1 that one of the reasons that Bard came out with the |  |
|  | 63:2 different versions of its IVC filters was to try to |  |
|  | 63:3 address problems with its filters fracturing? |  |
|  | 63:4   A. Yes.  In that, you know, there were |  |
|  | 63:5 always -- we know there were always complications, |  |
|  | 63:6 some complications of them and that they were -- you |  |
|  | 63:7 know, it just seemed like the filters were similar to |  |
|  | 63:8 all of the stents we used, the -- basically, there's |  |
|  | 63:9 always one out in the market and there's one always |  |
|  | 63:10 under R&D that's the next generation, trying to |  |

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

63:11 improve upon either patency or lower complications
63:12 or -- so we knew there was always one, you know, just
63:13 from this pattern, it became evident that there was
63:14 always another -- another one -- another one coming.
63:15 If that answers your questions.
63:16   Q. Another model of the Bard IVC filters
63:17 coming?
63:18   A. Right, right.

**63:19 - 64:7**     **Avino, Anthony 03-23-2017 (00:00:40)**     <sub>05_21_18 Combo Jones V7_1.47</sub>

63:19   Q. Do you have any idea what those rates of
63:20 complications or fractures were for Bard IVC filters
63:21 or any other manufacturer?
63:22   A. I mean, we were given different -- you
63:23 know, you would hear different numbers from different
63:24 sources.  You'd hear a different presentation at a
63:25 talk, that might talk about certain complications
64:1 based on one study, and then there's retrospective
64:2 studies; there's the meta-analyses of combining
64:3 multiple studies.
64:4 So there is -- there just is no one
64:5 answer, you know, to tell you that there was any
64:6 specific number.  But I don't have a specific number
64:7 in my mind.

**64:7 - 64:16**     **Avino, Anthony 03-23-2017 (00:00:43)**     <sub>05_21_18 Combo Jones V7_1.48</sub>

64:7 But certainly not back years ago.
64:8   Q. Right.  Do you -- do you have any, like,
64:9 ballpark in your head of what would be an acceptable
64:10 rate of fractures for an IVC filter?
64:11   A. No.  I mean, obviously we want it to be
64:12 very low.  Our initial understanding was that the
64:13 fracture rate was very low, in the 5 percent range;
64:14 and then at some point, you know, maybe in the last
64:15 four years or so, is when we learned that they were
64:16 higher than that.  Or maybe six years, or three,

**67:9 - 67:14**     **Avino, Anthony 03-23-2017 (00:00:11)**     <sub>05_21_18 Combo Jones V7_1.49</sub>

67:9 (Exhibit 4020 was marked for identification.)
67:10 BY MR. COMBS:
67:11   Q.  the next document is a product
67:12 opportunity appraisal for the Recovery filter, with a
67:13 date of March 20th, 2003.  Do you see that?

| | 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

67:14   A. Yes.

| 68:22 - 69:1 | **Avino, Anthony 03-23-2017 (00:00:10)** | 05_21_18 Combo Jones V7_1.50 |

68:22   Q. Would you have wanted to know that Bard,
68:23 in 2003, was acknowledging internally that it lacked
68:24 a solid clinical history for the Recovery, and that
68:25 it had documented negative clinical experiences for
69:1 it?

| 69:3 - 69:5 | **Avino, Anthony 03-23-2017 (00:00:07)** | 05_21_18 Combo Jones V7_1.51 |

69:3 THE WITNESS:  Just along the same lines of
69:4 wanting to know anything that's negative about
69:5 any device we use.

| 71:20 - 71:21 | **Avino, Anthony 03-23-2017 (00:00:09)** | 05_21_18 Combo Jones V7_1.52 |

71:20 Let's look at what's been marked
71:21 Exhibit 4021.

| 72:1 - 72:10 | **Avino, Anthony 03-23-2017 (00:00:29)** | 05_21_18 Combo Jones V7_1.53 |

72:1   Q. And if you go to the middle of the middle
72:2 paragraph of Janet Hudnall's February 26th, 2004,
72:3 e-mail to David Rauch, there's a sentence in there
72:4 that says:
72:5 "We know very little about the long-term
72:6 clinical performance of this device when we -- we
72:7 knew very little about the long-term clinical
72:8 performance of this device when we launched it.
72:9 After a year of commercialization, there are still
72:10 many questions that need to be answered."

| 75:13 - 75:18 | **Avino, Anthony 03-23-2017 (00:00:19)** | 05_21_18 Combo Jones V7_1.56 |

75:13 here you had a retrievable IVC
75:14 filter that was different than a permanent filter
75:15 which had been used for decades.  Fair?
75:16   A. Yes.
75:17   Q. And that would raise different -- have a
75:18 different risk profile than the permanent IVC filter?

| 75:21 - 76:4 | **Avino, Anthony 03-23-2017 (00:00:20)** | 05_21_18 Combo Jones V7_1.57 |

75:21 THE WITNESS:  Well, I guess no one -- no
75:22 one really knew for sure.  I mean, there's some
75:23 changes in the design, but the assumption was
75:24 that it would still be -- still have a similar
75:25 risk/benefit ratio.
76:1 BY MR. COMBS:
76:2   Q. Right.  And if the manufacturer doesn't

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

76:3 know, then putting it on the market is just a giant
76:4 clinical trial, right?

| 76:7 - 76:7 | **Avino, Anthony 03-23-2017 (00:00:01)** | 05_21_18 Combo Jones V7_1.58 |

76:7 THE WITNESS:  To some degree.

| 79:15 - 79:20 | **Avino, Anthony 03-23-2017 (00:00:11)** | 05_21_18 Combo Jones V7_1.59 |

79:15  If there was a significant
79:16 difference between Recovery and Greenfield's Go?=nther
79:17 Tulip, Bird's Nest filter, SNF and VenaTech, and Bard
79:18 knew that in 2004, you would want to know that
79:19 information.  Fair?
79:20  A. Yes, that is fair.

| 79:21 - 80:1 | **Avino, Anthony 03-23-2017 (00:00:12)** | 05_21_18 Combo Jones V7_1.60 |

79:21 (Exhibit 4023 was marked for identification.)
79:22 BY MR. COMBS:
79:23  Q. The next document is a Recovery filter arm
79:24 fracture remedial action plan of Bard on
79:25 September 2nd, 2004.  Correct?
80:1  A. Yes.

1133_FERRERA.1

| 81:10 - 81:24 | **Avino, Anthony 03-23-2017 (00:00:40)** | 05_21_18 Combo Jones V7_1.61 |

clear

81:10  Q. Turn to the right -- the
81:11 lower right corner of 884.
81:12  A. Okay.
81:13  Q. And there's a box up towards the top of
81:14 the page, and either the last or second-to-last
81:15 sentence there, in the top paragraph of the box,
81:16 says:  "Recovery filter fracture rates exceed the
81:17 rates reported by other manufacturers in the MAUDE
81:18 database."
81:19 Do you see that?
81:20  A. Yes.
81:21  Q. Is that information you would have wanted
81:22 to know in 2004?
81:23  A. Yes, if there's a higher fracture rate,
81:24 yes.

1133_FERRERA.25.1

clear

| 82:9 - 82:13 | **Avino, Anthony 03-23-2017 (00:00:10)** | 05_21_18 Combo Jones V7_1.62 |

82:9  Q. That's marked 4024.
82:10  A. Okay.
82:11  Q. And this is a Health Hazard Evaluation,
82:12 December 17th, 2004, Bard?
82:13  A. Agreed.

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1**

| Page/Line | Source | ID |
|---|---|---|

82:14 - 82:15 **Avino, Anthony 03-23-2017 (00:00:10)**   05_21_18 Combo Jones V7_1.63

82:14   Q. And on the second page, under number 2, A,
82:15 see there, it says:  "Reports of

82:15 - 82:24 **Avino, Anthony 03-23-2017 (00:00:24)**   05_21_18 Combo Jones V7_1.64

82:15  filter
82:16 migration (movement), IVC perforation, and filter
82:17 fracture associated with Recovery filter were seen in
82:18 the MAUDE database at reporting rates that were 4.6,
82:19 4.4, 4.1 and 5.3 higher, respectively, than reporting
82:20 rates for all other filters."
82:21 Is that information you wanted, that Bard
82:22 knew in December 2004, and that would have been
82:23 important to you?
82:24   A. Yes.

84:15 - 84:21 **Avino, Anthony 03-23-2017 (00:00:21)**   05_21_18 Combo Jones V7_1.65

84:15 Would you have expected Bard in 2008 to still have a
84:16 lack of thorough understanding of the dynamics of the
84:17 caval anatomy?
84:18   A. Not really.  I mean, are we still --
84:19 everyone's still trying to figure out the anatomy of
84:20 the -- all the devices and the anatomy of what we put
84:21 it in, arteries in motion.

84:25 - 85:3 **Avino, Anthony 03-23-2017 (00:00:12)**   05_21_18 Combo Jones V7_1.66

84:25   Q. Is that information that would have been
85:1 important for you to know, that Bard in 2008 was
85:2 still assessing internally that it didn't have a
85:3 thorough understanding of caval anatomy?

85:9 - 85:12 **Avino, Anthony 03-23-2017 (00:00:08)**   05_21_18 Combo Jones V7_1.67

85:9 I don't think anyone
85:10 has great understanding, especially back then,
85:11 of the dynamics of caval anatomy, because it's
85:12 so complicated.

89:14 - 89:22 **Avino, Anthony 03-23-2017 (00:00:17)**   05_21_18 Combo Jones V7_1.97

89:14   Q. the fracture rates they're
89:15 reporting here aren't vague.  True?
89:16   A. Correct.  You're right.
89:17   Q. And is that information that would have
89:18 been important for you in deciding to use Bard IVC
89:19 filters?
89:20   A. Yes.  All of the fracture information rate

| Page/Line | Source | ID |
|---|---|---|
| | 89:21 is something that was important to consider in the<br>89:22 decision. | |
| 90:12 - 90:16 | **Avino, Anthony 03-23-2017 (00:00:14)** | 05_21_18 Combo Jones V7_1.98 |
| | 90:12 Is that information<br>90:13 that would have been important to you, to know that<br>90:14 the medical director for Bard in 2005 was questioning<br>90:15 why Bard was pushing the G2 as a permanent filter<br>90:16 when they already had the SNF one? | |
| 90:19 - 90:22 | **Avino, Anthony 03-23-2017 (00:00:10)** | 05_21_18 Combo Jones V7_1.99 |
| | 90:19 THE WITNESS:  You know, again, all<br>90:20 information is helpful, if there's -- if it is<br>90:21 information regarding concern about one filter<br>90:22 being better than the other. | |
| 90:24 - 91:7 | **Avino, Anthony 03-23-2017 (00:00:25)** | 05_21_18 Combo Jones V7_1.71 |
| | 90:24   Q. And certainly, Doris could have received<br>90:25 an SNF or another permanent filter instead of an<br>91:1 Eclipse or other retrievable filter.  True?<br>91:2   A. Well, not necessarily.  Like I said in the<br>91:3 op note at the beginning, we still wanted -- there<br>91:4 was a -- there was a -- there was a reason I<br>91:5 mentioned for putting the retrievable filter in, just<br>91:6 to have the option to then take it out.  So they're<br>91:7 not completely equivalent. | |
| 91:8 - 91:10 | **Avino, Anthony 03-23-2017 (00:00:07)** | 05_21_18 Combo Jones V7_1.72 |
| | 91:8   Q.  But the option for retrievability<br>91:9 is balanced against the risk of using a retrievable<br>91:10 versus a permanent filter; right? | |
| 91:12 - 91:22 | **Avino, Anthony 03-23-2017 (00:00:22)** | 05_21_18 Combo Jones V7_1.73 |
| | 91:12 THE WITNESS:  Right.  There's the risk of<br>91:13 using the retrievable one when we know that the<br>91:14 Simon Nitinol was a good filter, and then<br>91:15 there's the risks of putting the Simon Nitinol<br>91:16 in, but you can't ever take it out.<br>91:17 BY MR. COMBS:<br>91:18   Q. Right.  And knowing that the medical<br>91:19 director of Bard, as far back as 2005, was<br>91:20 questioning why people weren't using the Simon<br>91:21 Nitinol filter more, that would be important<br>91:22 information to that calculation? | |
| 91:25 - 92:1 | **Avino, Anthony 03-23-2017 (00:00:04)** | 05_21_18 Combo Jones V7_1.74 |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

91:25 THE WITNESS:  It's all additional pieces
92:1 of information, sure.

93:21 - 93:25 **Avino, Anthony 03-23-2017 (00:00:14)**   05_21_18 Combo Jones V7_1.75

93:21 Do you know what Bard did at any time to
93:22 investigate reports of events with any of its
93:23 filters?
93:24  A. No,
93:25 they did.

94:15 - 94:23 **Avino, Anthony 03-23-2017 (00:00:23)**   05_21_18 Combo Jones V7_1.76

94:15  Q. Do you know whether any manufacturer whose
94:16 filters you have used has a filter that never
94:17 fractures?
94:18  A. No, I'm not aware of any.
94:19  Q. Do you know of any of those manufacturers
94:20 that have filters that fracture that have found a
94:21 root cause for why a filter fractures in a patient
94:22 and doesn't fracture in another patient?
94:23  A. No.

104:5 - 104:18 **Avino, Anthony 03-23-2017 (00:00:42)**   05_21_18 Combo Jones V7_1.77

104:5  Q. What was your -- what was your general
104:6 experience with the Eclipse filter that you used in
104:7 Ms. Jones?
104:8  A. It was a good experience.  I never had a
104:9 bad experience with them.  I didn't -- this -- I
104:10 didn't have any fractures that I knew about until
104:11 this one.
104:12  Q. Okay.  You were -- you have been asked a
104:13 lot of questions about information that doctors want
104:14 to know.  And early in the deposition, you were asked
104:15 a question about getting all the information about a
104:16 product.  Do you think you ever have all the
104:17 information about a product?
104:18  A. No.

104:21 - 105:9 **Avino, Anthony 03-23-2017 (00:00:30)**   05_21_18 Combo Jones V7_1.78

104:21  Q. Any device that you've placed, do you have
104:22 all the information?
104:23  A. No.
104:24  Q. And you also testified a little bit ago
104:25 about how the clinical experience with a device adds
105:1 to the body of knowledge, correct?

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

105:2   A. Correct.

105:3   Q. And that whenever a device comes on the

105:4 market, you never know everything that you may find

105:5 out about the device as years go on.  True?

105:6   A. True.

105:7   Q. And that's true of everybody's devices,

105:8 true?

105:9   A. True.

**105:10 - 105:25    Avino, Anthony 03-23-2017 (00:00:48)**      05_21_18 Combo Jones V7_1.79

105:10   Q. You were talking about going to

105:11 presentations about devices, including filters, and I

105:12 assume those are, like, medical continuing

105:13 education-type presentations; is that right?

105:14   A. Yes.

105:15   Q. All right.  And you said that -- that

105:16 there were people who were chosen to make

105:17 presentations at these groups.  Were those chosen by

105:18 the medical community?  How were people chosen to

105:19 present at those meetings?

105:20   A. By the medical community.

105:21   Q. And was the -- was the criteria that those

105:22 people had a certain expertise or deep clinical

105:23 knowledge of those devices, and that's why they were

105:24 speaking?

105:25   A. Yes.

**106:9 - 106:13    Avino, Anthony 03-23-2017 (00:00:11)**      05_21_18 Combo Jones V7_1.95

106:9   Q. Did you feel like at those events, you as

106:10 an attending doctor were able to ask whatever

106:11 questions you wanted, both of the presenters and the

106:12 people around you, about those devices?

106:13   A. Yes.

**106:14 - 107:13    Avino, Anthony 03-23-2017 (00:00:55)**      05_21_18 Combo Jones V7_1.80

106:14   Q. You were asked about the consent process

106:15 for Mrs. Jones.  I want to go back to that a minute.

106:16 And you pointed out that her husband had signed the

106:17 consent.

106:18   A. Yes.

106:19   Q. But then within the consent itself, it

106:20 says -- "long discussion with her," I think, is what

106:21 it says, correct?

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

106:22   A. Right.
106:23   Q. Do you have a recollection sitting here
106:24 today, one way or the other, whether she was a part
106:25 of the conversation or not?
107:1   A. I do not.
107:2   Q. So do you have any way to know whether she
107:3 had an understanding of what you were telling her
107:4 about the filter, as you sit here today?
107:5   A. No.  Only to go by my note, which, you
107:6 know, is not a perfect -- not a very detailed
107:7 description of that.
107:8   Q. Do you typically try to make sure that
107:9 either the patient, or if the patient is unable to
107:10 understand it, the family member has a full
107:11 opportunity to ask questions and to get an
107:12 understanding of the procedure and the device?
107:13   A. Absolutely.

**108:18 - 108:22    Avino, Anthony 03-23-2017 (00:00:16)**    05_21_18 Combo Jones V7_1.81

108:18   Q. do you see publications, even
108:19 in -- as recently as 2016, where the authors are
108:20 commenting about a lack of really deep understanding,
108:21 even today, of caval anatomy and how it and how the
108:22 vena cava operates?

**108:24 - 109:4    Avino, Anthony 03-23-2017 (00:00:18)**    05_21_18 Combo Jones V7_1.82

108:24 THE WITNESS:  Yes.  You know, most studies
108:25 end with a qualifier of "more study, more
109:1 research is necessary."  You know, it's just --
109:2 it's part of scientific research to understand
109:3 the limitations of what's known and what's not
109:4 known.

**109:17 - 109:18    Avino, Anthony 03-23-2017 (00:00:04)**    05_21_18 Combo Jones V7_1.83

109:17   Q. Now, if we could go to the records again
109:18 for Mrs. Jones,

**110:7 - 111:14    Avino, Anthony 03-23-2017 (00:01:34)**    05_21_18 Combo Jones V7_1.84

110:7   Q. And it's 4017, we've called that exhibit.
110:8 Sorry.
110:9   A. Yes.
110:10   Q. All right.  Sorry.  So can you describe
110:11 for me what is meant by -- under the indications,
110:12 where it says, "The patient had a long history of    4401_IMPLANT.1.3

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

110:13 high DVT."  What does that mean?

110:14   A. Well, it may be a typo, or I may have been

110:15 saying -- I wouldn't really use the word "high" so

110:16 I'm not completely sure.  Maybe -- I don't know what

110:17 sounds just like it.

110:18   Q. That may have been a transcription issue?

110:19   A. Yeah, because "high DVT" is not -- that's

110:20 a general laymen's term I wouldn't have used in

110:21 there.

110:22   Q. So we can take that out, and just call it

110:23 a long-standing history of DVT?

110:24   A. Yeah, recurrent, or -- you know, that was

110:25 my understanding, she had had recurrent, prior,

111:1 multiple ...

111:2   Q. Okay.  And then it goes on to say "...and

111:3 now has afferent loop syndrome, scheduled for

111:4 upcoming surgery."

111:5 And then again, "with recurrent DVT."

111:6 What is afferent loop syndrome?

111:7   A. Something I used to know a whole lot more

111:8 about than I do now.

111:9   Q. Okay.

111:10   A. It's a gastrointestinal disorder that

111:11 causes -- sometimes it's surgical; it's related to

111:12 the small bowel and reflux and irritation, bleeding.

111:13 It's a complicated syndrome that, you know, has,

111:14 like, textbooks written about it.

**111:25 - 112:17**   **Avino, Anthony 03-23-2017 (00:00:56)**

111:25   Q. Are these -- are these documents that you

112:1 would have had access to?

112:2   A. Yes.

112:3   Q. And may have reviewed on this patient when

112:4 you did the consult?

112:5   A. Yes.

112:6   Q. All right.  So if you would look for me

112:7 at -- under "Assessment and Plan," it lists there,

112:8 into the next page, several conditions for Ms. Jones.

112:9 And I would -- wanted to ask you whether you can tell

112:10 from this whether these were presenting conditions or

112:11 prior conditions, starting with severe anemia.

| Page/Line | Source | ID |
|---|---|---|

112:12   A. I would say that's a presenting symptom of
112:13 severe anemia.
112:14   Q. Then it talks about history of peptic
112:15 ulcer disease.  That's requiring the surgery she's
112:16 coming in for; is that right?
112:17   A. Yes.

**113:2 - 113:12**   **Avino, Anthony 03-23-2017 (00:00:30)**   05_21_18 Combo Jones V7_1.86

113:2   Q. It goes on to say:  "Makes a GI bill --
113:3 makes a GI bleed most likely source of current
113:4 anemia."
113:5 Do you see that?
113:6   A. Yes.
113:7   Q. All right.  Is there any -- is there any
113:8 relevance to the condition that we have just read
113:9 under 1 to a decision to give her an IVC filter or
113:10 not?
113:11   A. Yes.
113:12   Q. And what's the relevance?

**113:14 - 114:16**   **Avino, Anthony 03-23-2017 (00:01:28)**   05_21_18 Combo Jones V7_1.95

113:14 And
113:15 the other is her severe anemia and her high risk for
113:16 bleeding -- and high risk for recurrent bleeding.  So
113:17 all -- you know, all significant indication --
113:18 significant risks for complications from her DVTs.
113:19   Q. And if she did have a bleed, would use of
113:20 anticoagulants in a patient like that perhaps be
113:21 contraindicated for a period of time?
113:22   A. Yes.
113:23   Q. Would that be another reason why the IVC
113:24 filter might be a good treatment option for her?
113:25   A. Yes.
114:1   Q. Now, also noted that her date of birth --
114:2 it's at the top of the page you're on:  2-10-65.  So
114:3 in 2010, when she was getting this treatment, she was
114:4 a relatively young woman; would you agree?
114:5   A. I was born the same year, so I definitely
114:6 agree.
114:7   Q. And would the fact that she was a
114:8 relatively young woman also be relevant to a decision
114:9 to use a retrievable IVC filter in her case?

| 05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

114:10   A. Yes.

114:11   Q. And why is that?

114:12   A. Because no one knows the long-term

114:13 complications of leaving them in for decades.  And

114:14 everyone is -- has some concern about occlusion.  And

114:15 if you have an occlusion, then you want to be able to

114:16 do lysis and take the filter out.

**115:4 - 115:12**   **Avino, Anthony 03-23-2017 (00:00:19)**   05_21_18 Combo Jones V7_1.87

115:4   Q. And I think the last time you

115:5 reported on the filter in Ms. Jones was on the date

115:6 of implant, and your records indicate that the filter

115:7 was in good position.  Correct?

115:8   A. Correct.

115:9   Q. And that she did not have any

115:10 complications from the implant procedure; is that

115:11 true?

115:12   A. Yes.

**119:16 - 119:23**   **Avino, Anthony 03-23-2017 (00:00:15)**   05_21_18 Combo Jones V7_1.88

119:16 Did you ever hear of fractures occurring

119:17 in other non-Bard filters?

119:18   A. Yes.

119:19   Q. And then I was going to ask you about

119:20 Eclipse.  Did you ever experience a fracture other

119:21 than this one that you know Ms. Jones had in an

119:22 Eclipse?

119:23   A. No.

**119:24 - 120:24**   **Avino, Anthony 03-23-2017 (00:01:07)**   05_21_18 Combo Jones V7_1.89

119:24   Q. With respect to your experience of

119:25 retrievability of the various Bard filters, what's

120:1 been your general experience with retrievability?

120:2   A. They're easily retrievable.

120:3   Q. Has that changed much, iteration by

120:4 iteration?

120:5   A. Well, just like all the other devices,

120:6 they just keep getting easier.

120:7   Q. Okay.  Do you think that is a product of

120:8 the -- the evolution of the filter, or the evolution

120:9 of the doctor?

120:10   A. I was just thinking that.  I would like to

120:11 think it was the evolution of the doctor.  At some

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7_1-Avino 03-23-17 Jones Trial Run V7.1

120:12 point I'll reach a peak and get worse, and hopefully
120:13 technology will keep us looking good.
120:14  Q. But you haven't peaked yet?
120:15  A. No, I don't think I've peaked yet.
120:16  Q. Okay.
120:17  A. No, I do -- I think that along with other
120:18 medical devices, I think the filters have only gotten
120:19 better and easier to -- they've always been easy to
120:20 deploy, but they're definitely easier to retrieve.
120:21  Q. Do you recall any time that you ever asked
120:22 Bard to give you specific information about a device
120:23 of theirs that they did not respond to you?
120:24  A. No.

**124:17 - 124:23   Avino, Anthony 03-23-2017 (00:00:17)**   05_21_18 Combo Jones V7_1.90

124:17  Q. And, in fact, Eclipse is a G2 filter with
124:18 electropolishing as the only modification.  Do you
124:19 know what electropolishing is?
124:20  A. No, I just know -- I've heard the term,
124:21 that it's another surface that was supposed to be
124:22 stronger and better, but I don't know the physics of
124:23 it.

---

Plaintiff Designations = 00:12:20
Defense Designations = 00:26:31
Plaintiff and Defense Designations = 00:04:48
**Total Time = 00:43:39**

**Documents Shown**
1133_FERRERA
4401_IMPLANT

# Exhibit C

**Designation Run Report**

# Chodos 08-05-17 Jones Trial Designation V7

_____

**Chodos, David 08-05-2017**

_____

**Plaintiffs Designations  00:08:18**

**Defense Designations  00:21:50**

**Plaintiffs and Defense Designations  00:02:19**

**Total Time  00:32:27**



ID:05_21_18 Jones Combo V7

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7** | |

| Page/Line | Source | ID |
|---|---|---|
| 5:8 - 5:10 | **Chodos, David 08-05-2017 (00:00:04)** | 05_21_18 Jones Combo V7.1 |
| | 5:8   Q. Would you state your full name for the | |
| | 5:9 record, please. | |
| | 5:10   A. David Jason Chodos. | |
| 11:9 - 11:12 | **Chodos, David 08-05-2017 (00:00:07)** | 05_21_18 Jones Combo V7.2 |
| | 11:9   Q.  are you board certified in internal | |
| | 11:10 medicine? | |
| | 11:11   A. I am board eligible.  I'll be taking my | |
| | 11:12 board exams in the next two weeks. | |
| 12:2 - 12:5 | **Chodos, David 08-05-2017 (00:00:08)** | 05_21_18 Jones Combo V7.3 |
| | 12:2 Now, infectious disease:  Is that a | |
| | 12:3 subspecialty of internal medicine? | |
| | 12:4   A. Yes, infectious disease is one of many | |
| | 12:5 subspecialties from internal medicine. | |
| 12:23 - 12:25 | **Chodos, David 08-05-2017 (00:00:05)** | 05_21_18 Jones Combo V7.4 |
| | 12:23   Q. In the area of internal | |
| | 12:24 medicine, do you diagnose conditions and diseases? | |
| | 12:25   A. Yes, sir. | |
| 13:9 - 13:11 | **Chodos, David 08-05-2017 (00:00:05)** | 05_21_18 Jones Combo V7.5 |
| | 13:9   Q. And the art of diagnosis, does that | |
| | 13:10 involve what's known as a differential diagnosis? | |
| | 13:11   A. Absolutely. | |
| 19:5 - 19:12 | **Chodos, David 08-05-2017 (00:00:22)** | 05_21_18 Jones Combo V7.6 |
| | 19:5   Q. We're here to talk about an individual who | |
| | 19:6 became a patient of yours, Doris Jones.  You reviewed | |
| | 19:7 records before you got here today? | |
| | 19:8   A. Briefly, yes, sir. | |
| | 19:9   Q. And did you actually generate some of the | |
| | 19:10 records in Doris Jones' matter? | |
| | 19:11   A. Yes, sir.  I have generated some of the | |
| | 19:12 records in her medical chart from Memorial. | |
| 22:18 - 22:21 | **Chodos, David 08-05-2017 (00:00:13)** | 05_21_18 Jones Combo V7.8 |
| | 22:18   Q. Let's talk about Doris Jones.  When did | |
| | 22:19 she become a patient of yours? | |
| | 22:20   A. Doris Jones presented to Memorial's | |
| | 22:21 emergency department I believe on April 22nd, 2015. | |
| 22:25 - 23:10 | **Chodos, David 08-05-2017 (00:00:28)** | 05_21_18 Jones Combo V7.10 |
| | 22:25   Q. How was it that you became involved with | |
| | 23:1 Doris' care? | |
| | 23:2   A. The emergency department physicians at | |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7

23:3 Memorial Hospital would triage patients, which is
23:4 basically how they assess risk and what is going on
23:5 with the patient.  Following their assessment and
23:6 risk of a patient, if they believe that a parent -- a
23:7 patient merits admission to the hospital, they will
23:8 usually call a physician, who will admit the patient
23:9 to the hospital based on what they think the
23:10 admission diagnosis is.

**24:4 - 24:10      Chodos, David 08-05-2017 (00:00:16)**      05_21_18 Jones Combo V7.11

24:4   Q. What was your role?
24:5   A. My role was the intern on the team with
24:6 Dr. Jaime Sanchez.  At that point, after he took a
24:7 handoff from the emergency department physician, he
24:8 discussed a bit of the case with me.  We looked at
24:9 the chart together, and he asked me to go see the
24:10 patient in the emergency department.

**27:21 - 28:10      Chodos, David 08-05-2017 (00:00:40)**      05_21_18 Jones Combo V7.14

27:21   Q. So when you started with the history
27:22 process, did you ask and did Doris tell you what
27:23 problems she was having that brought her to the
27:24 hospital?
27:25   A. Yes, sir.
28:1   Q. What did she tell you?
28:2   A. The complaints that she presented with
28:3 were specifically lightheadedness and arm pain.  And
28:4 that would be bilateral arm pain.
28:5   Q. And did she tell you when that onset
28:6 started?
28:7   A. Yes, she stated that the symptoms
28:8 developed on April 21st, so that would be
28:9 approximately a day prior.  And these symptoms came
28:10 on when she was at her place of employment, cleaning.

**29:3 - 29:17      Chodos, David 08-05-2017 (00:00:41)**      05_21_18 Jones Combo V7.15

29:3   Q. What did you learn from Doris?
29:4   A. Oh, that she had some symptoms that were
29:5 basically a little more atypical to what I would have
29:6 expected for any one of those presenting symptoms.
29:7 In addition to that, as I said, I also take a
29:8 thorough past medical history, learning that she has
29:9 a history of high blood pressure, as well as deep

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7

29:10 vein thrombosis, as well as peptic ulcer disease.
29:11 I also scoured her surgical history and
29:12 was able to obtain some information about her past
29:13 surgeries, which included surgery for peptic ulcer
29:14 disease -- actually three of them -- with open
29:15 surgical intervention and procedures, as well as a
29:16 vagotomy, to help reduce what I could assume would be
29:17 the severity of her peptic ulcer disease.

**34:14 - 34:16**   **Chodos, David 08-05-2017 (00:00:03)**   05_21_18 Jones Combo V7.16
34:14   Q. Now, was there any imaging that you
34:15 reviewed?
34:16   A. Yes, sir.

**34:17 - 34:19**   **Chodos, David 08-05-2017 (00:00:05)**   05_21_18 Jones Combo V7.17
34:17  I was able to
34:18 review a chest radiograph, which is an x-ray film of
34:19 the chest.

**35:20 - 35:22**   **Chodos, David 08-05-2017 (00:00:10)**   05_21_18 Jones Combo V7.18
35:20   Q. And then you also looked at a CT imaging
35:21 study as well.  Is that correct?
35:22   A. Yes, sir.

**36:23 - 36:25**   **Chodos, David 08-05-2017 (00:00:04)**   05_21_18 Jones Combo V7.20
36:23   Q. And if you would, tell us about the x-ray
36:24 first.
36:25   A. Okay.

**37:1 - 37:2**   **Chodos, David 08-05-2017 (00:00:01)**   05_21_18 Jones Combo V7.21
37:1   Q. What was in -- what impressed you about
37:2 it?

**37:4 - 37:9**   **Chodos, David 08-05-2017 (00:00:19)**   05_21_18 Jones Combo V7.22
37:4 THE WITNESS:  The x-ray report, as well as
37:5 the imaging, which I personally reviewed on a
37:6 computer station prior to seeing the patient,
37:7 demonstrated a metallic object in the right
37:8 hilum, seen on both PA and lateral projections
37:9 of the chest radiograph.

**39:12 - 40:13**   **Chodos, David 08-05-2017 (00:01:15)**   05_21_18 Jones Combo V7.24
39:12 what is the right -- did you call
39:13 it the "hilum"?
39:14   A. Yes, sir, the hilum.  Loosely, without
39:15 getting into too much medical jargon, it describes
39:16 the portion of a patient's right side of the chest

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7

39:17 that exists just next to what you would see on the
39:18 heart, heart being on the left side.  Then you have
39:19 what they call the mediastinum, which is the middle.
39:20 The right hilum would be basically just that right
39:21 section, just next to the mediastinum, where you have
39:22 a good density of vasculature.  There's lung behind
39:23 all this.  It's an area just adjacent on the
39:24 right-hand side.
39:25   Q. What is the pulmonary artery?
40:1   A. So the pulmonary artery is a branch that
40:2 feeds from the right ventricle to the -- basically to
40:3 the lungs themselves.  The pulmonary arteries are the
40:4 transporting tubes, basically, for blood that goes
40:5 from the heart to the lungs.  And then you'll have
40:6 the pulmonary veins after the lungs, which is where
40:7 the blood is oxygenated, and then brings it back to
40:8 the left side of the heart, where blood can then be
40:9 functioned and purposed to be distributed to the rest
40:10 of the body.
40:11   Q. So does the pulmonary artery take blood
40:12 that is lacking in oxygen and circulate it through
40:13 the lungs?

**40:15 - 40:17**   **Chodos, David 08-05-2017 (00:00:07)**   05_21_18 Jones Combo V7.25

40:15 THE WITNESS:  Yes, sir.  Pulmonary
40:16 arteries will take deoxygenated blood and
40:17 circulate them to the lungs.

**41:21 - 42:4**   **Chodos, David 08-05-2017 (00:00:30)**   05_21_18 Jones Combo V7.26

41:21   Q. And talk to us and tell us about the CT
41:22 angiogram.  What information did that provide you?
41:23   A. The CT angiogram, again, characterize a
41:24 metallic density.  This time it was able to show us a
41:25 little bit better exactly where it was.  Instead of
42:1 being as vague as the right hilum, we now had the
42:2 metallic density in the right middle lobe pulmonary
42:3 artery.  And -- and that's pretty much what it
42:4 showed.

**43:6 - 43:13**   **Chodos, David 08-05-2017 (00:00:20)**   05_21_18 Jones Combo V7.28

43:6   Q. Did you review Dr. Helmly's impression of
43:7 the CT angiogram before seeing Doris?
43:8   A. Yes, sir, I did.

| Page/Line | Source | ID |
|---|---|---|

43:9   Q. And what was that impression?

43:10   A. That impression was, to quote page 136,

43:11 was "metallic density within the right middle lobe

43:12 pulmonary artery.  This likely represents a foreign

43:13 body, possibly a limb of the IVC filter."

**44:12 - 44:22**   **Chodos, David 08-05-2017 (00:00:38)**   <span style="font-size:smaller">05_21_18 Jones Combo V7.29</span>

44:12   Q. Did the CT angiogram, including the

44:13 impressions, provide you any information that helped

44:14 you understand the complaints that Doris had

44:15 presented to you with?

44:16   A. The CT -- the CT angiogram absolutely

44:17 helped us characterize her complaints a little bit

44:18 further.  Again, it's hard to say, because in all of

44:19 my medical experience, albeit limited, I have never

44:20 seen a metallic embolism in the pulmonary

44:21 vasculature.  But this being not normal can

44:22 absolutely explain her presenting symptoms.

**44:23 - 45:8**   **Chodos, David 08-05-2017 (00:00:27)**   <span style="font-size:smaller">05_21_18 Jones Combo V7.30</span>

44:23 However, I would like to note that despite

44:24 this, we still continued to work the patient up for

44:25 very common presenting things, like a heart attack,

45:1 which she -- after a day of our workup showed that

45:2 she did not actually have a heart attack.  And these

45:3 imaging studies also confirmed that we were not

45:4 dealing with an aortic dissection or a pneumothorax,

45:5 other very concerning things that were on our

45:6 differential, very near the top of the differential,

45:7 that we needed to be sure the patient wasn't

45:8 presenting with.

**45:24 - 46:10**   **Chodos, David 08-05-2017 (00:00:31)**   <span style="font-size:smaller">05_21_18 Jones Combo V7.31</span>

45:24   Q. And as I understand it, in addition to the

45:25 metallic foreign body that was in the pulmonary

46:1 artery, there were still other conditions on your

46:2 differential, which included a pneumothorax?

46:3   A. Yes, sir.

46:4   Q. And -- and a dissection of the aorta?

46:5   A. Yes, sir.

46:6   Q. And then also a heart attack?

46:7   A. Yes, sir.  Those are three examples of

46:8 several things that were on the differential.

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7

46:9   Q. Did you eventually rule those three out?

46:10   A. Yes, sir.

**46:10 - 47:1**   **Chodos, David 08-05-2017 (00:00:45)**   05_21_18 Jones Combo V7.32

46:10   A. The heart attack, as I

46:11 mentioned a little earlier, was ruled out with a

46:12 combination of serial EKGs and serial cardiac

46:13 enzymes, cardiac enzymes specifically being

46:14 troponin I, which is a very sensitive blood marker

46:15 assay for cardiac damage.  In addition to that, the

46:16 EKG did not demonstrate anything on repeat

46:17 examination that was concerning for a heart attack.

46:18 In addition to that, to rule out

46:19 pneumothorax, the chest x-ray as well as the CT scan

46:20 did not demonstrate any evidence of pneumothorax,

46:21 which would be very obvious on either -- obvious on

46:22 the chest x-ray, but very obvious on a CT scan.

46:23 And then the aortic dissection would

46:24 again -- can be suggested by a chest x-ray, but

46:25 should be very well elucidated on a CT scan,

47:1 especially with contrast, such as this.

**47:16 - 48:2**   **Chodos, David 08-05-2017 (00:00:35)**   05_21_18 Jones Combo V7.33

47:16   Q. So what was your next step?  Did you order

47:17 additional tests, or what did you order?

47:18   A. So having the tests available ahead of us,

47:19 we felt that our next best step, given the fact that

47:20 we saw a foreign metallic density in an artery where

47:21 a foreign metallic density shouldn't be, regardless

47:22 of what other prior interventions this patient has

47:23 had, we felt it best to obtain counsel from an expert

47:24 in the field of vasculature, anatomy, and radiology,

47:25 someone who could possibly go in and retrieve the

48:1 density and remove it, as we felt that its presence

48:2 wasn't best suited for the patient.

**48:5 - 48:7**   **Chodos, David 08-05-2017 (00:00:05)**   05_21_18 Jones Combo V7.34

48:5   Q.  why is that?  Why wouldn't that be

48:6 best suited for a patient?  Can you elaborate,

48:7 please?

**48:11 - 48:12**   **Chodos, David 08-05-2017 (00:00:03)**   05_21_18 Jones Combo V7.35

48:11   Q. you're talking about the

48:12 metallic foreign body in the pulmonary artery, right?

| 05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 48:14 - 49:24 | **Chodos, David 08-05-2017 (00:01:29)** | 05_21_18 Jones Combo V7.36 |
| | 48:14 THE WITNESS:  Yes, sir. | |
| | 48:15 BY MR. O'CONNOR: | |
| | 48:16   Q. Why was that a concern? | |
| | 48:17   A. Well, just -- just discussing normal | |
| | 48:18 anatomy, in a normal human being, there shouldn't be | |
| | 48:19 any metallic object anywhere in any of our | |
| | 48:20 vasculature.  Once you start talking about higher | |
| | 48:21 risk vasculature, "higher risk" being vasculature | |
| | 48:22 around organs, or in areas where bleeding can be a | |
| | 48:23 big concern, a metal object in a vessel that feeds | |
| | 48:24 from the heart, so a possible high-pressure -- not | |
| | 48:25 "high pressure"; that's not a -- that's not a correct | |
| | 49:1 term, because those vessels aren't very | |
| | 49:2 high-pressure. | |
| | 49:3 But a highly perfused -- that's a much | |
| | 49:4 better way of phrasing that -- a highly perfused | |
| | 49:5 vessel is a very concerning finding.  And metal | |
| | 49:6 shouldn't be there. | |
| | 49:7   Q. When you talk about high-risk vasculature, | |
| | 49:8 is the pulmonary artery -- does it fall into that | |
| | 49:9 class? | |
| | 49:10   A. Again, I -- I'd have to look at a medical | |
| | 49:11 textbook to say exactly, but I would absolutely, in | |
| | 49:12 my experience, consider that a high-risk piece of | |
| | 49:13 vasculature.  Again, because the pulmonary arteries | |
| | 49:14 see a good volume of blood from the heart to the -- | |
| | 49:15 circulated to the lungs. | |
| | 49:16 And again, if you rupture a pulmonary | |
| | 49:17 artery, you're again in the thoracic cavity of | |
| | 49:18 someone's body, the thoracic cavity being the chest | |
| | 49:19 cavity, where there is not much free space to fill up | |
| | 49:20 with blood; and the free space that is available to | |
| | 49:21 fill up with blood would be the area around the | |
| | 49:22 heart, or the lungs themselves, both of which would | |
| | 49:23 be not very good areas for blood to be outside of | |
| | 49:24 blood vessels. | |
| 56:10 - 56:12 | **Chodos, David 08-05-2017 (00:00:05)** | 05_21_18 Jones Combo V7.38 |
| | 56:10 did you conduct an examination? | |
| | 56:11   A. Yes, sir, I did conduct an examination. | |

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7**

56:12   Q. Can you tell us about that?

56:25 - 57:11   **Chodos, David 08-05-2017 (00:00:32)**   05_21_18 Jones Combo V7.39

56:25   A. So my physical examination, as most will
57:1 begin with, is a review of the vital signs, which are
57:2 usually taken by a nursing member, not usually by
57:3 myself.  And that showed a blood pressure of 180 over
57:4 102, which is definitely elevated; a heart rate of
57:5 82, which is normal; respiratory rate of 18, which is
57:6 also normal; and oxygenation saturation of
57:7 100 percent on room air, which is normal.
57:8 Temperature was 98.3 degrees; this was also normal.
57:9 Then a general, basically, assessment of
57:10 the patient.  She was not appearing in any distress,
57:11 and she was sitting up in bed during our interview.

60:2 - 60:9   **Chodos, David 08-05-2017 (00:00:21)**   05_21_18 Jones Combo V7.40

60:2   Q. What was your assessment in this case,
60:3 after you have taken the history, reviewed the data,
60:4 which included the imaging, and performed your
60:5 physical examination of Doris Jones?
60:6   A. So my assessment, as I read from the page
60:7 here, was "foreign body embolism: right middle lobe
60:8 pulmonary artery, probable inferior vena cava filter
60:9 source."

61:8 - 61:21   **Chodos, David 08-05-2017 (00:00:44)**   05_21_18 Jones Combo V7.41

61:8   Q. Why is there a concern when there is a
61:9 foreign embolism in the pulmonary vasculature?
61:10   A. As we mentioned a little earlier, the
61:11 pulmonary vasculature being in a more concerning
61:12 area -- specifically, so close to the heart -- and
61:13 receiving such a high flow of blood from the heart,
61:14 would make it concerning.  Specifically, you would
61:15 not want to end up with any sort of shear on any of
61:16 these vessels, because if they were to start
61:17 bleeding, there could be significant consequences and
61:18 sometimes not illuminated immediately.  Sometimes
61:19 they can occur late.  But you would not want to end
61:20 up with blood anywhere in the chest cavity, and you
61:21 would not want to have that amount of flow.

62:12 - 62:14   **Chodos, David 08-05-2017 (00:00:07)**   05_21_18 Jones Combo V7.42

62:12   Q. with your assessment, did you

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

62:13 arrive at a plan for care of this patient?

62:14   A. Yes, sir.

63:10 - 63:11   **Chodos, David 08-05-2017 (00:00:03)**   `05_21_18 Jones Combo V7.43`

63:10   What

63:11 was your plan for the assessments that you made?

63:16 - 63:23   **Chodos, David 08-05-2017 (00:00:19)**   `05_21_18 Jones Combo V7.44`

63:16   A. So after my assessment, and I subtype A

63:17 here, or as -- it appears that it was formatted as

63:18 subtype A.  Plan will be:  Patient to angio suite

63:19 with interventional radiology for IVC filter removal

63:20 tomorrow.

63:21   Q. And "tomorrow" is --

63:22   A. This was dated on the 22nd, so this would

63:23 assume the 23rd.

64:10 - 64:21   **Chodos, David 08-05-2017 (00:00:28)**   `05_21_18 Jones Combo V7.45`

64:10 Moving forward, "The patient would

64:11 benefit -- may benefit from anticoagulation versus

64:12 antiplatelet agents, as portion of the IVC filter

64:13 will be left in the right pulmonary artery."

64:14 This portion was garnished after

64:15 discussion with the subspecialists, the

64:16 interventional radiologists, who were going to be

64:17 retrieving the -- the filter, and were discussing

64:18 about the portion that was left in the pulmonary

64:19 artery that would probably not be amenable to

64:20 retrieval.

64:21   Q. Why?

64:23 - 65:1   **Chodos, David 08-05-2017 (00:00:06)**   `05_21_18 Jones Combo V7.46`

64:23 THE WITNESS:  To my knowledge -- and

64:24 again, I am not the expert in this field -- to

64:25 my knowledge, it was in a high-risk area for

65:1 retrieval.

65:3 - 65:3   **Chodos, David 08-05-2017 (00:00:01)**   `05_21_18 Jones Combo V7.47`

65:3   Q. Is that what you were told?

65:5 - 65:11   **Chodos, David 08-05-2017 (00:00:13)**   `05_21_18 Jones Combo V7.48`

65:5 THE WITNESS:  That is what I was told.

65:6 BY MR. O'CONNOR:

65:7   Q. By who?

65:8   A. I believe the interventional radiology

65:9 team.  I cannot specify exactly which physician, but

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 67:11 - 67:14 | 65:10 if I had to look back to the notes, it looks like it<br>65:11 would be Dr. Nelson who was seeing the patient.<br>**Chodos, David 08-05-2017 (00:00:12)**<br>67:11   Q.  so in terms of the filter piece that<br>67:12 was seen in the pulmonary artery, can you tell us<br>67:13 what you determined and put in the discharge summary<br>67:14 relating to that? | 05_21_18 Jones Combo V7.49 |
| 67:20 - 68:1 | **Chodos, David 08-05-2017 (00:00:17)**<br>67:20 "The portion that was lodged in the right<br>67:21 pulmonary artery, however remained behind as<br>67:22 that it was in a dangerous area and was not<br>67:23 suitable for removal.  Per interventional<br>67:24 radiology recommendations as well as<br>67:25 recommendations of Dr. Morris, the patient was<br>68:1 not placed on anticoagulation upon discharge." | 05_21_18 Jones Combo V7.50 |
| 69:20 - 69:23 | **Chodos, David 08-05-2017 (00:00:15)**<br>69:20   Q. Now, during the course of the<br>69:21 hospitalization, did those other conditions on your<br>69:22 differential, including pneumothorax, dissection,<br>69:23 heart attack, were they ruled out? | 05_21_18 Jones Combo V7.51 |
| 70:1 - 70:4 | **Chodos, David 08-05-2017 (00:00:08)**<br>70:1 THE WITNESS:  Yes, sir.  Myocardial<br>70:2 infarction, as well as aortic dissection, as<br>70:3 well as pneumothorax, were all ruled out by the<br>70:4 time the patient was discharged. | 05_21_18 Jones Combo V7.52 |
| 70:25 - 71:2 | **Chodos, David 08-05-2017 (00:00:04)**<br>70:25   Q. but you did refer<br>71:1 her to an interventional radiologist to have the<br>71:2 filter removed? | 05_21_18 Jones Combo V7.53 |
| 71:4 - 71:4 | **Chodos, David 08-05-2017 (00:00:01)**<br>71:4 THE WITNESS:  Yes, we did. | 05_21_18 Jones Combo V7.54 |
| 73:2 - 73:4 | **Chodos, David 08-05-2017 (00:00:04)**<br>73:2   Q. Did you know that she underwent a<br>73:3 procedure to have the filter removed?<br>73:4   A. I did. | 05_21_18 Jones Combo V7.55 |
| 75:3 - 75:5 | **Chodos, David 08-05-2017 (00:00:05)**<br>75:3   Q. This document's entitled "Internal<br>75:4 Medicine Admit Note."  Do you see that?<br>75:5   A. Yes, sir. | 05_21_18 Jones Combo V7.56 |
| 76:19 - 77:3 | **Chodos, David 08-05-2017 (00:00:33)** | 05_21_18 Jones Combo V7.57 |

| Page/Line | Source | ID |
|---|---|---|

76:19   A. "Chief complaint, left arm pain and
76:20 dizziness.  History of present illness, 50-year-old
76:21 African American female [abbreviated AAF] with
76:22 history significant for hypertension, DVT [which is
76:23 deep vein thrombosis], and peptic ulcer disease.
76:24 Presented to the emergency department yesterday
76:25 complaining of left arm pain evolving into the right
77:1 arm pain as well -- or right arm pain, dizziness,
77:2 diaphoresis while at work.  Blood pressure at work
77:3 was elevated.

**77:3 - 77:6**   **Chodos, David 08-05-2017 (00:00:13)**   05_21_18 Jones Combo V7.58

77:3 She
77:4 subsequently experienced another episode of the pain
77:5 and dizziness.  On workup in the emergency department
77:6 [or ER], CTA showed a leg of the IVC filter placed

**77:11 - 77:13**   **Chodos, David 08-05-2017 (00:00:08)**   05_21_18 Jones Combo V7.59

77:11 "Placed status post DVT in 2010 in her
77:12 right pulmonary artery.  She denies chest pain,
77:13 nausea/vomiting, dyspnea."

**80:6 - 80:8**   **Chodos, David 08-05-2017 (00:00:07)**   05_21_18 Jones Combo V7.60

80:6 it appears that you saw her again on
80:7 April 23, 2015, at 6:15.  Is that fair?
80:8   A. Yeah, 6:15 in the morning.

**82:21 - 82:22**   **Chodos, David 08-05-2017 (00:00:04)**   05_21_18 Jones Combo V7.61

82:21   Q. Let's look at your discharge summary.
82:22   A. Yes, sir.  Date of discharge was the 24th.

**86:21 - 87:10**   **Chodos, David 08-05-2017 (00:00:51)**   05_21_18 Jones Combo V7.62

86:21   Q. Explain to
86:22 us what your instructions were to this patient at
86:23 discharge.
86:24   A. All right.  So the discharge summary was
86:25 compiled with myself, Dr. Sanchez, and Dr. Jurgensen.
87:1 The advice given to patient will best be seen on
87:2 page 6.
87:3   Q. Go ahead.
87:4   A. "Advice given to patient:  Patient was
87:5 advised to continue with followup appointments with
87:6 her primary care provider.  Patient was also advised
87:7 to watch her blood pressure in the ambulatory
87:8 setting.  Patient was advised to call or directly go

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 94:9 - 94:12 | 87:9 to the emergency department if she experienced any<br>87:10 chest pain or shortness of breath."<br>**Chodos, David 08-05-2017 (00:00:17)**<br>94:9 Assessment 4, "Normocytic anemia.  Iron<br>94:10 deficient and B12 deficient.  Etiology, likely<br>94:11 secondary to multiple gastric surgeries for ulcers.<br>94:12 Patient will eventually need screening colonoscopy, | 05_21_18 Jones Combo V7.63 |
| 94:15 - 95:3 | **Chodos, David 08-05-2017 (00:00:47)**<br>94:15 Sub indent:  "Plan, cyanocobalamin, B12,<br>94:16 1,000-microgram tablet.  Take half tablet,<br>94:17 500 micrograms by mouth daily."<br>94:18 And the dispensary with that, too,<br>94:19 60 tablets with 3 refills.<br>94:20 Next sub indent:  "Ferrous sulfate,<br>94:21 325-milligram tablet.  Take one tablet by mouth three<br>94:22 times daily with meals.  Dispense 90 tablets.<br>94:23 Refills 3."<br>94:24 And then below that, the next assessment<br>94:25 will be "IVC component filter embolizing to lung:<br>95:1 The" -- there's not really much of a plan here, but<br>95:2 more of a statement:  "Remaining component stable, no<br>95:3 action needed." | 05_21_18 Jones Combo V7.107 |
| 99:24 - 100:1 | **Chodos, David 08-05-2017 (00:00:04)**<br>99:24   Q.  You do not consider yourself to be<br>99:25 an expert in IVC filters, do you?<br>100:1   A. No, I do not. | 05_21_18 Jones Combo V7.64 |
| 100:4 - 100:7 | **Chodos, David 08-05-2017 (00:00:06)**<br>100:4   Q.  You ever placed an IVC filter?<br>100:5   A.  I have not.<br>100:6   Q.  Have you ever retrieved an IVC filter?<br>100:7   A.  I have not. | 05_21_18 Jones Combo V7.65 |
| 102:4 - 102:7 | **Chodos, David 08-05-2017 (00:00:15)**<br>102:4   Q.  Let's go back to your care and<br>102:5 treatment of Ms. Jones, and specifically, I'm going<br>102:6 to ask you about your first encounter with her on<br>102:7 April 22, 2015. | 05_21_18 Jones Combo V7.66 |
| 102:9 - 102:11 | **Chodos, David 08-05-2017 (00:00:05)**<br>102:9   A.  Yes, just -- if you want to reference the<br>102:10 Bates number as well as just what the document is, I<br>102:11 can probably find it. | 05_21_18 Jones Combo V7.67 |

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7**

| Page/Line | Source | ID |
|---|---|---|

102:17 - 103:4   **Chodos, David 08-05-2017 (00:00:30)**   05_21_18 Jones Combo V7.68

102:17   Q. Ms. Jones presented to
102:18 the emergency department with complaints of
102:19 lightheartedness -- lightheadedness and bilateral arm
102:20 pain, correct?
102:21   A. Yes, ma'am.
102:22   Q. Okay.  She actually -- in your note, you
102:23 specifically indicate that she denied chest pain.
102:24 Correct?
102:25   A. Allow me to --
103:1   Q. It's about -- middle of the paragraph, if
103:2 you look down the left side.  The sentence starts,
103:3 "She denies."
103:4   A. Yes, ma'am.

103:7 - 104:3   **Chodos, David 08-05-2017 (00:00:39)**   05_21_18 Jones Combo V7.69

103:7   Q. She denied shortness of breath, correct?
103:8   A. Yes, ma'am.
103:9   Q. She denied back pain --
103:10   A. Yes, ma'am.
103:11   Q. -- correct?  She denied abdominal pain?
103:12   A. Yes, ma'am.
103:13   Q. She denied nausea and vomiting?
103:14   A. Yes, ma'am.
103:15   Q. And she denied any focal weakness; is that
103:16 right?
103:17   A. Yes, ma'am.
103:18   Q. Okay.  She told you that she had -- she
103:19 began to have left arm pain, primarily in her
103:20 shoulder, and then it looks like -- it felt like it
103:21 was shooting down her arm to her fingertips; is that
103:22 right?
103:23   A. Yes, ma'am.
103:24   Q. Okay.  She also told you that the pain
103:25 waxed and waned; is that correct?
104:1   A. Yes.
104:2   Q. Came and went?
104:3   A. Yes, exactly.

105:21 - 107:4   **Chodos, David 08-05-2017 (00:01:02)**   05_21_18 Jones Combo V7.71

105:21   Q. And under "Respiratory," she denied
105:22 shortness of breath or cough.  Correct?

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7**

105:23   A. Yes, ma'am.
105:24   Q. Okay.  And again, under "Cardiovascular,"
105:25 she denied chest pain.  Correct?
106:1   A. Yes, ma'am.
106:2   Q. She denied orthopnea?
106:3   A. Yes, ma'am.
106:4   Q. What is that?
106:5   A. Orthopnea is the -- difficulty with
106:6 breathing --
106:7   Q. Okay.
106:8   A. -- when a patient is laying supine or
106:9 flat.
106:10   Q. Okay.  So in other words, she had no
106:11 trouble breathing when she was laying down, correct?
106:12   A. No.
106:13   Q. Okay.  And she also denied -- I'm going to
106:14 let you ...
106:15   A. Paroxysmal nocturnal dyspnea.
106:16   Q. Okay.  What is that?
106:17   A. Paroxysmal nocturnal dyspnea is a
106:18 phenomenon that occurs when a patient is sleeping,
106:19 they awake short of breath.
106:20   Q. Okay.  So she wasn't having any trouble
106:21 waking up with shortness of breath, correct?
106:22   A. No, ma'am.
106:23   Q. Okay.  Well, my statement is correct?
106:24   A. Yes, your statement is correct.
106:25   Q. Okay.
107:1   A. She was not having any of those symptoms.
107:2   Q. Okay.  She also denied any abdominal pain,
107:3 correct?
107:4   A. Correct.

**110:19 - 111:20**   **Chodos, David 08-05-2017 (00:01:08)**   05_21_18 Jones Combo V7-74

110:19   Q. Did she have a history of blood clots?
110:20   A. She did have a history of blood clots, of
110:21 DVTs, and that's presumably why the filter was in
110:22 place initially.  And we wanted to be very sure that
110:23 there was no remaining blood clot burden in the lower
110:24 extremities if we were to remove the filter.
110:25   Q. Okay.  And then under -- your third plan

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7**

111:1 under the assessment for the filter strut was

111:2 "Patient may benefit from anticoagulation versus

111:3 antiplacement agents, as a portion of the IVC filter

111:4 will be left in the right pulmonary artery."

111:5 Again, that is information that you

111:6 obtained from the interventional radiologist,

111:7 correct?

111:8   A. So, I just want to correct, it was

111:9 "antiplatelet agent."

111:10   Q. Thank you.

111:11   A. And so the first portion of that

111:12 statement, "The patient may benefit," this was

111:13 discussion that the team was having as to the next

111:14 steps following.  The second portion, "as a portion

111:15 of the IVC filter will be -- will be left," that was

111:16 after discussion, yes.

111:17   Q. With the interventional radiologist?

111:18   A. Yes.

111:19   Q. To whom you would defer for expertise as

111:20 to that decision, correct?

111:23 - 111:23 | **Chodos, David 08-05-2017 (00:00:00)** | 05_21_18 Jones Combo V7.75

111:23 THE WITNESS:  Yes, ma'am.

115:8 - 115:13 | **Chodos, David 08-05-2017 (00:00:18)** | 05_21_18 Jones Combo V7.80

115:8   Q.  In the set of documents that were

115:9 marked as Exhibit -- I think it's 1071.

115:10   A. Okay.

115:11   Q. Would you look at Bates number 65?

115:12   A. Yeah.

115:13   Q. And is that a progress note

115:16 - 116:4 | **Chodos, David 08-05-2017 (00:00:31)** | 05_21_18 Jones Combo V7.81

115:16   A. I cannot recall ever reviewing the medical

115:17 record in its entirety, but this appears to be a

115:18 document from the record.

115:19   Q. Okay.  And do you see where it says,

115:20 "Nelson," in the bottom right, under the illegible

115:21 signature?

115:22   A. Yes, ma'am.

115:23   Q. And do you understand that Dr. Nelson was

115:24 the interventional radiologist who treated Ms. Jones

115:25 for the IVC filter and the fractured strut?

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7**

116:1   A. Yes, ma'am.

116:2   Q. Okay.  And on the one, two, three, fourth

116:3 line down from the top, do you see the sentence that

116:4 starts "No"?

116:10 - 116:13   **Chodos, David 08-05-2017 (00:00:09)**     05_21_18 Jones Combo V7.82

116:10   A. Yes.

116:11   Q. Okay.  And that sentence reads:  No

116:12 intervention needed for embolized leg as it is in a

116:13 safe location.

116:16 - 116:21   **Chodos, David 08-05-2017 (00:00:10)**     05_21_18 Jones Combo V7.83

116:16   Q. Did I read that correctly?

116:17   A. Yes, that is as it appears.

116:18   Q. Okay.  And you would, again, defer to

116:19 Dr. Nelson, the interventional radiologist, to make

116:20 that determination.  Correct?

116:21   A. Yes, ma'am.

117:2 - 117:22   **Chodos, David 08-05-2017 (00:01:01)**     05_21_18 Jones Combo V7.84

117:2   Q. You noted that Ms. Jones suffered from an

117:3 iron deficiency.  Is that right?

117:4   A. Yes, ma'am.

117:5   Q. And eventually you prescribed her with

117:6 medication for that iron deficiency, correct?

117:7   A. Indeed, we did prescribe medication for

117:8 iron deficiency.

117:9   Q. Okay.  What are some of the symptoms of

117:10 iron deficiency?

117:11   A. Iron deficiency can, again, be a disease

117:12 that has no symptomatic manifestation.  Some of the

117:13 very typical symptoms we will look for would include

117:14 numbness or tingling.  Paresthesias, as they're

117:15 called.

117:16   Q. Okay.

117:17   A. Can also include symptoms such as restless

117:18 leg syndrome, and can also include cravings for ice.

117:19   Q. What about weakness or fatigue?

117:20   A. These can also be manifested with iron

117:21 deficiency.

117:22   Q. And what about lightheadedness?

117:24 - 118:2   **Chodos, David 08-05-2017 (00:00:07)**     05_21_18 Jones Combo V7.85

117:24 THE WITNESS:  Less so with iron

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7

117:25 deficiency.  However, you can see that with
118:1 blood loss, which can sometimes be associated
118:2 with iron deficiency.

**124:16 - 124:23**   **Chodos, David 08-05-2017 (00:00:25)**   05_21_18 Jones Combo V7.86

124:16   Q. Then, for the admitting diagnosis
124:17 of bilateral arm -- I can't say that word --
124:18   A. Paresthesias.
124:19   Q. -- paresthesias, you indicate "secondary
124:20 to iron deficiency."  Did I read that correctly?
124:21   A. Yes, ma'am.
124:22   Q. So you attribute her complaints of
124:23 bilateral arm pain to her iron deficiency, correct?

**124:25 - 124:25**   **Chodos, David 08-05-2017 (00:00:00)**   05_21_18 Jones Combo V7.87

124:25 THE WITNESS:  Yes, ma'am.

**125:13 - 127:22**   **Chodos, David 08-05-2017 (00:02:40)**   05_21_18 Jones Combo V7.108

125:13   Q. Also, while she was in the
125:14 hospital, you determined that she had -- will you say
125:15 that first word for me?
125:16   A. Normocytic.
125:17   Q. Normocytic anemia.  What is that?
125:18   A. Normocytic anemia -- "normocytic" refers
125:19 to the actual size of the red blood cell on a
125:20 conventional CBC, which is a complete blood count.
125:21 You get data such as your white blood cell count,
125:22 your hemoglobin, your hematocrit, but you also get a
125:23 value called your mean MCV.
125:24 And this MCV is reported as basically a
125:25 volume size, and you can have a normal range, which
126:1 is roughly 80 to 100.  You can have macrocytosis,
126:2 which is higher than that, and you can have
126:3 microcytosis, which is roughly lower than that.
126:4 "Normocytic" refers to the fact that there
126:5 was an anemia present, so her hemoglobin and
126:6 hematocrit were low; however, the MCV was within the
126:7 normal range.
126:8   Q. Okay.  In lay terms, you diagnosed her as
126:9 suffering from anemia; is that correct?
126:10   A. Yes, ma'am.
126:11   Q. Okay.  And what are some of the symptoms
126:12 of anemia?

| | 05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

126:13   A. Anemia can present with fatigue, profound
126:14 weakness.  Other symptoms will also -- I mentioned
126:15 earlier, you can see sometimes, depending on the
126:16 etiology of the anemia.  So some can include cravings
126:17 for ice; that's what you'll see with the -- the
126:18 typically iron-deficient anemias.  And you'll
126:19 sometimes see those paresthesias with the iron
126:20 deficiency anemias.
126:21 The B12 deficiency anemias sometimes
126:22 present with balance-related issues, and those are
126:23 usually macrocytic.  Normocytic can be a combination
126:24 of the two.
126:25 So, again, the etiology of the anemia is
127:1 crucially important, and is usually part of our
127:2 workup in the hospital and can determine what the
127:3 symptoms usually are that cause for presentation.
127:4   Q. Okay.  You also noted in your discharge
127:5 her history of upper gastrointestinal bleed; is that
127:6 correct?
127:7   A. Yes, ma'am.
127:8   Q. Okay.  That's something you learned about
127:9 while she was in the hospital, correct?
127:10   A. I believe we learned that from her when
127:11 she was in the emergency department, when we were
127:12 admitting her to the hospital.
127:13   Q. Okay.  You also noted, again, her history
127:14 of pancreatitis as being asymptomatic at the time,
127:15 and her history of deep vein thrombosis, and then
127:16 you've added to that and found that she did not have
127:17 any at that time, correct?
127:18   A. Yes, the ultrasound was negative for lower
127:19 extremity deep vein thrombosis.
127:20   Q. Okay.  And then if we go to the next page
127:21 of your discharge summary, you talked about it
127:22 before, her hospital course.

130:6 - 130:9   **Chodos, David 08-05-2017 (00:00:09)**   05_21_18 Jones Combo V7.90

130:6   Q. But if Dr. Nelson stated in her
130:7 record that the strut was not in an area that was
130:8 going to cause any problems, you would defer to her
130:9 for that; is that correct?

| 05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 130:11 - 130:11 | **Chodos, David 08-05-2017 (00:00:01)** | 05_21_18 Jones Combo V7.91 |
| | 130:11 THE WITNESS: I would defer to Dr. Nelson. | |
| 133:15 - 133:17 | **Chodos, David 08-05-2017 (00:00:09)** | 05_21_18 Jones Combo V7.93 |
| | 133:15 Q. After you discharged Ms. Jones, she | |
| | 133:16 came back to see you on May 11, 2015, correct? | |
| | 133:17 A. Yes, ma'am. | |
| 135:23 - 136:4 | **Chodos, David 08-05-2017 (00:00:23)** | 05_21_18 Jones Combo V7.94 |
| | 135:23 Q. And then you record, "Patient has | |
| | 135:24 not been taking any of her medications." | |
| | 135:25 Did I read that correctly? | |
| | 136:1 A. Yes. | |
| | 136:2 Q. If she was not taking her medications, | |
| | 136:3 then her anemia, her iron deficiency, and her B12 | |
| | 136:4 deficiency were not being treated; is that correct? | |
| 136:6 - 136:25 | **Chodos, David 08-05-2017 (00:00:44)** | 05_21_18 Jones Combo V7.95 |
| | 136:6 THE WITNESS: At -- at that time, no. | |
| | 136:7 However, she did receive treatment in the | |
| | 136:8 hospital. | |
| | 136:9 BY MS. HELM: | |
| | 136:10 Q. Okay. But between her discharge from the | |
| | 136:11 hospital on April 24, 2015, until you saw her on | |
| | 136:12 May 11, 2015, she indicated to you that she had not | |
| | 136:13 been taking the medications you prescribed to her | |
| | 136:14 upon discharge; is that right? | |
| | 136:15 A. That is correct. | |
| | 136:16 Q. Okay. And you prescribed those | |
| | 136:17 medications for a reason, didn't you? | |
| | 136:18 A. Those medications were prescribed for what | |
| | 136:19 was -- what was elucidated on hospital -- her | |
| | 136:20 hospital stay, specifically to treat the various | |
| | 136:21 conditions that were found, and as primary | |
| | 136:22 prophylaxis -- | |
| | 136:23 Q. Okay. | |
| | 136:24 A. -- for vascular disease. | |
| | 136:25 Q. Including her anemia, her iron deficiency, | |
| 137:1 - 137:2 | **Chodos, David 08-05-2017 (00:00:01)** | 05_21_18 Jones Combo V7.169 |
| | 137:1 correct? | |
| | 137:2 A. Yes, ma'am. | |
| 137:19 - 138:10 | **Chodos, David 08-05-2017 (00:00:40)** | 05_21_18 Jones Combo V7.96 |
| | 137:19 Q. Okay. And then you again said, "Patient | |

| Page/Line | Source | ID |
|---|---|---|

137:20 was stressed medication adherence and to check her
137:21 blood pressure ambulatory."  Correct?
137:22   A. Yes.
137:23   Q. Okay.  You're telling Ms. Jones she needs
137:24 to take her medication, correct?
137:25   A. We reinforced the importance of taking
138:1 medicine as well as checking blood pressure.
138:2   Q. Okay.
138:3   A. And again, I'd like -- I'd like to note
138:4 right now that this note was reviewed by Dr. Laura
138:5 Denton, so there may be amendments that she has made
138:6 to the clinic note.
138:7   Q. Okay.  Either you or Dr. Denton stressed
138:8 to Ms. Jones that she needed to be taking her
138:9 medication, correct?
138:10   A. Yes.

**141:23 - 142:16**   **Chodos, David 08-05-2017 (00:00:52)**          05_21_18 Jones Combo V7.98

141:23   Q. And then below that it says, "IVC
141:24 filter component embolizing to lung.  Remaining
141:25 component stable.  No action needed."
142:1 Did I read that correct?
142:2   A. You did.
142:3   Q. And that "remaining component" refers to
142:4 the strut in the pulmonary artery, correct?
142:5   A. That it does.
142:6   Q. Okay.  And as you've discussed earlier,
142:7 the team of physicians at Memorial Hospital -- and
142:8 you defer to the interventional radiologist --
142:9 decided that no future action was needed regarding
142:10 that remaining strut, correct?
142:11   A. To the best of my knowledge, yes, as well
142:12 as their expertise I have to defer to.
142:13   Q. Okay.  And you defer to the other experts
142:14 who decided not to place Ms. Jones on
142:15 anticoagulation, correct?
142:16   A. Yes.

**152:3 - 152:19**   **Chodos, David 08-05-2017 (00:00:58)**          05_21_18 Jones Combo V7.102

152:3   Q. did Dr. Nelson describe
152:4 why she decided to remove the filter?
152:5   A. In her note, I do not believe there's --

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Jones Combo V7-Chodos 08-05-17 Jones Trial Designation V7**

152:6   Q. See where she begins, it says, "No
152:7 intervention for embolized leg, as it is in a safe
152:8 location, but will remove filter."
152:9 Do you see the rest of that?
152:10   A. Yeah.
152:11   Q. Can you read that into the record?
152:12   A. I certainly can.  So, following that:
152:13 "... but will remove filter due to
152:14 embolization risks if additional struts should break
152:15 as [something] is showing signs of structural fatigue
152:16 and stress."
152:17   Q. And finish --
152:18   A. "As filter" -- I'm sorry, yes, "as filter
152:19 is showing signs of structural fatigue and stress."

**160:4 - 160:7**   **Chodos, David 08-05-2017 (00:00:07)**   05_21_18 Jones Combo V7.103

160:4   Q. And you wrote in your record why it
160:5 remained behind.  Is that fair?
160:6   A. Yes.
160:7   Q. Read what you said.

**160:16 - 160:21**   **Chodos, David 08-05-2017 (00:00:18)**   05_21_18 Jones Combo V7.106

160:16 "Patient also went to the angio suite to
160:17 have her IVC filter removed with interventional
160:18 radiology.  The portion that was lodged in the right
160:19 pulmonary artery, however remained behind as that it
160:20 was in a dangerous area and was not suitable for
160:21 removal."

**176:13 - 176:18**   **Chodos, David 08-05-2017 (00:00:25)**   05_21_18 Jones Combo V7.104

176:13   Q. And certainly you cannot say, will not say
176:14 that any of her other conditions -- hypertension,
176:15 B12 deficiency, iron deficiency, anemia, peptic ulcer
176:16 disease -- you cannot and will not say that those
176:17 have any relation to the need to have her filter
176:18 removed.  Is that fair?

**176:20 - 176:21**   **Chodos, David 08-05-2017 (00:00:06)**   05_21_18 Jones Combo V7.105

176:20 THE WITNESS:  The comorbidities have no
176:21 bearing on her filter needing to be removed.

Plaintiffs Designations = 00:08:18

| Page/Line | Source | ID |
|-----------|--------|----|

Defense Designations = 00:21:50

Plaintiffs and Defense Designations = 00:02:19

**Total Time = 00:32:27**

# Exhibit D

**Designation Run Report**

# Civarella 11-12-14 Jones Trial Depo Designations V3

---

**Ciavarella, David 11-12-2013**

---

**Plaintiffs Designations  00:20:25**

**Defense Designations  00:08:18**

**P & D Affimatives  00:09:33**

**Total Time  00:38:16**



| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3**

| Page/Line | Source | ID |
|---|---|---|
| 11:9 - 11:11 | **Ciavarella, David 11-12-2013 (00:00:04)** | 05_14_18 Combo Jone V3.1 |

11:9   Q. Good morning.  Would you please state
11:10 your full name?
11:11   A. Yeah, David Ciavarella.

| 36:9 - 36:19 | **Ciavarella, David 11-12-2013 (00:00:27)** | 05_14_18 Combo Jone V3.4 |

36:9   Q. Have you ever considered doing a
36:10 retrospective analysis or study to submit to a
36:11 peer-reviewed article as they relate to any of
36:12 the Bard IVC filters?
36:13   A. No.
36:14   Q. Have you ever considered looking at
36:15 any of the adverse events and the details of the
36:16 adverse events and submitting it -- one or more
36:17 of those to publication as a case report or a
36:18 case series?
36:19   A. No.

| 36:20 - 37:3 | **Ciavarella, David 11-12-2013 (00:00:26)** | 05_14_18 Combo Jone V3.5 |

36:20   Q. Why wouldn't you want to do something
36:21 like that?
36:22   A. Well, two main reasons.  One is it's
36:23 not my expertise.  The people who utilize, treat
36:24 patients every day are the experts.  My role is
36:25 no longer direct patient care.
37:1   Q. Right.
37:2   A. And, you know, secondly, it's a matter
37:3 of priority.  I have other things to do.

| 43:15 - 43:20 | **Ciavarella, David 11-12-2013 (00:00:16)** | 05_14_18 Combo Jone V3.6 |

43:15   Q. And when was the last time before 2003
43:16 that you had actually had an interaction with a
43:17 patient where you were getting their informed
43:18 consent or recommending various types of
43:19 alternative therapeutic, you know, remedies?
43:20   A. 1995.

| 45:7 - 45:13 | **Ciavarella, David 11-12-2013 (00:00:17)** | 05_14_18 Combo Jone V3.7 |

45:7   Q. Well, what's a health hazard
45:8 evaluation?
45:9   A. Well, it's a document -- it's a
45:10 document written to provide a health care
45:11 professional evaluation of a complaint or a
45:12 hazard reported to a company concerning one of

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3**

| Page/Line | Source | ID |
|---|---|---|
| | 45:13 its products. | 05_14_18 Combo Jone V3.8 |
| 48:25 - 49:8 | **Ciavarella, David 11-12-2013 (00:00:39)** | |
| | 48:25   Q. Now, these health hazard evaluations | |
| | 49:1 that you agreed with the definition that I gave | |
| | 49:2 you, they involve also whoever was doing these, | |
| | 49:3 that person making decisions about whether or | |
| | 49:4 not, you know, there was a likelihood of a | |
| | 49:5 recurrence of the problem; right?  They made | |
| | 49:6 those calls? | |
| | 49:7   A. They didn't make those calls.  We | |
| | 49:8 provided our assessment. | |
| 61:13 - 61:17 | **Ciavarella, David 11-12-2013 (00:00:13)** | 05_14_18 Combo Jone V3.9 |
| | 61:13   Q. And that's why we -- some doctors | |
| | 61:14 think that these filters should be put in place | |
| | 61:15 to prevent that sort of event from happening in | |
| | 61:16 patients who are at risk of that happening? | |
| | 61:17   A. Yes. | |
| 61:18 - 61:24 | **Ciavarella, David 11-12-2013 (00:00:19)** | 05_14_18 Combo Jone V3.10 |
| | 61:18   Q. And that -- when we talk about the | |
| | 61:19 benefit of an IVC filter and risk analysis, | |
| | 61:20 we're talking about the benefit of that filter | |
| | 61:21 staying where it was put and stopping a clot | |
| | 61:22 from reaching either the heart or the lungs; | |
| | 61:23 right? | |
| | 61:24   A. Yes. | |
| 75:14 - 75:17 | **Ciavarella, David 11-12-2013 (00:00:21)** | 05_14_18 Combo Jone V3.11 |
| | 75:14 MR. LOPEZ:  No. 21 is regulatory | CIAVARELLA21.1.2 |
| | 75:15 affairs manual, Bard, with Bates Nos. | CIAVARELLA21.1.4 |
| | 75:16 BPV-17-01-00024667, through and including | |
| | 75:17 684. | |
| 76:6 - 76:13 | **Ciavarella, David 11-12-2013 (00:00:26)** | 05_14_18 Combo Jone V3.12 |
| | 76:6   Q. And this was the manual that -- | clear |
| | 76:7 at least internally at Bard that they imposed | |
| | 76:8 upon themselves to dictate whether a product | |
| | 76:9 should be recalled or whatever type of safety | |
| | 76:10 action should be taken with respect to their | |
| | 76:11 products; correct? | |
| | 76:12   A. Yeah, well, it's a document describing | |
| | 76:13 how they should go about remedial action plans. | |
| 77:2 - 77:9 | **Ciavarella, David 11-12-2013 (00:00:38)** | 05_14_18 Combo Jone V3.13 |

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

77:2  Q. And would you agree with me that if a
77:3 product had an unacceptable risk, that it's a
77:4 product that probably should be recalled?
77:5  A. If a product has an unacceptable risk
77:6 that can't be mitigated in any way or if the
77:7 benefit to patients is outweighed by the risk,
77:8 then I imagine that a company would decide to no
77:9 longer sell that product.

**80:4 - 80:13    Ciavarella, David 11-12-2013 (00:00:32)**   05_14_18 Combo Jone V3.14

80:4  Q. And, by the way, the company shouldn't
80:5 make these decisions based in any way on a
80:6 potential adverse effect on market share or
80:7 profitability or income; right?  That would be
80:8 wrong?
80:9  A. The decision to recall a product
80:10 should be based upon the safety profile, the
80:11 risk/benefit analysis of that product and its
80:12 effect on patients and on, you know, the users
80:13 of the product.

**84:22 - 85:3    Ciavarella, David 11-12-2013 (00:00:15)**   05_14_18 Combo Jone V3.15

84:22  Q. The company shouldn't
84:23 determine whether or not this type of severity
84:24 and this type of adverse reaction and this
84:25 frequency is at a level that all doctors should
85:1 accept, doctors have -- all doctors and patients
85:2 have a right to make that decision on their
85:3 own --

**86:7 - 86:16    Ciavarella, David 11-12-2013 (00:00:42)**   05_14_18 Combo Jone V3.16

86:7 THE WITNESS:  Yeah, I don't know
86:8 how to answer that question.  Whenever a
86:9 company makes a product, develops a product
86:10 for use, it makes an assessment of the
86:11 frequency with which it might fail or be
86:12 associated with an adverse outcome.  And
86:13 when those numbers are low enough, I don't
86:14 know what would be gained by trying to
86:15 describe in every circumstance that much
86:16 detail.

**94:3 - 94:7    Ciavarella, David 11-12-2013 (00:00:14)**   05_14_18 Combo Jone V3.17

94:3  Q. Okay.  I understand.  And if the

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

94:4 doctor has a certain expectation about a device,
94:5 it's important for him to have that information
94:6 as to whether or not this device is going to
94:7 meet his expectations; right?

**94:9 - 94:9**　**Ciavarella, David 11-12-2013 (00:00:00)**　　05_14_18 Combo Jone V3.18

94:9 THE WITNESS:  Yes.

**104:16 - 104:18**　**Ciavarella, David 11-12-2013 (00:00:10)**　　05_14_18 Combo Jone V3.19

104:16  Q. What is MAUDE?
104:17  A. That's the FDA's database for medical
104:18 device reporting.

**106:9 - 106:23**　**Ciavarella, David 11-12-2013 (00:00:42)**　　05_14_18 Combo Jone V3.20

106:9  Q. I'm just trying to find out
106:10 from you what your position and Bard's position
106:11 is about the significance of what is being
106:12 reported and trended via the MAUDE database.
106:13  A. Well --
106:14  Q. Can you tell me what that is?
106:15  A. -- with respect to our own reports
106:16 that we provide to the MAUDE database, we
106:17 already know that information.  So whether that
106:18 information goes to the MAUDE database or not,
106:19 Bard has access to that information and can use
106:20 it to assure the quality of its product.
106:21 With respect to our competitors'
106:22 information, it's a very imperfect and,
106:23 therefore, unreliable database.

**110:21 - 111:3**　**Ciavarella, David 11-12-2013 (00:00:23)**　　05_14_18 Combo Jone V3.21

110:21  Q. Again, looking at Exhibit
110:22 21, this is the -- at least the internal
110:23 document that should have guided Bard in its
110:24 assessment and evaluation and determination as
110:25 to whether or not the Recovery or any version of
111:1 the G2 should have been recalled from the
111:2 market; is that right?
111:3  A. Yes.

**131:6 - 131:12**　**Ciavarella, David 11-12-2013 (00:00:15)**　　05_14_18 Combo Jone V3.22

131:6  Q. But there's a general consensus
131:7 that that might be, in fact, the case, you're
131:8 only getting 1 to 5 percent of what's actually
131:9 happening, actually reported to the company or

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

131:10 FDA?

131:11   A. I mean, maybe yes, maybe no.  That's

131:12 the problem with it is you don't know.

**131:16 - 131:23**   **Ciavarella, David 11-12-2013 (00:00:19)**          05_14_18 Combo Jone V3.23

131:16   Q. But there was at one point in

131:17 time -- I can show you the document later --

131:18 where you, Dr. Ciavarella, said one of the

131:19 problems with reporting of events, voluntary

131:20 reporting, is there's a consensus that you might

131:21 be only getting 1 to 5 percent of the actual

131:22 events; right?

131:23   A. Could be.  Yeah, there's a consensus.

**174:22 - 175:9**   **Ciavarella, David 11-12-2013 (00:00:50)**          05_14_18 Combo Jone V3.24

174:22   Q.  let's look at the caval

174:23 perforation issue that we talked about earlier

174:24 as it relates to the G2.  If you look at the

174:25 rates -- by the way, that does say "Rates,"

175:1 doesn't it, in the column?  They use the word

175:2 "Rates"?

175:3   A. Down at the bottom they do, yeah.

175:4   Q. Okay.  And according to this data, the

175:5 rates of caval perforations compared to the SNF

175:6 and the G2, is the G2 is still, at least

175:7 according to this data, about -- what's that,

175:8 about 800 percent greater?

175:9   A. No.

**175:10 - 175:12**   **Ciavarella, David 11-12-2013 (00:00:02)**          05_14_18 Combo Jone V3.25

175:10   Q. I'm just asking you to do some math

175:11 with me.

175:12   A. You're misinterpreting the data.

**176:2 - 176:8**   **Ciavarella, David 11-12-2013 (00:00:14)**          05_14_18 Combo Jone V3.26

176:2   Q. If you

176:3 look at the difference between the rates that

176:4 are reported on this document, the rates of

176:5 caval perforations are greater for the G2 when

176:6 compared to both the Recovery and the Simon

176:7 Nitinol filter?

176:8   A. Yes.

**179:16 - 179:25**   **Ciavarella, David 11-12-2013 (00:00:32)**          05_14_18 Combo Jone V3.27

179:16   Q. Well, eventually didn't Dr. Lehmann

| 05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

179:17 take some of this data -- I don't know what time
179:18 period it was -- the MAUDE data, and determine
179:19 that there was a statistically significant
179:20 increased risk of migration, perforation,
179:21 fractures, and other complications involved with
179:22 the Recovery filter when compared to all other
179:23 filters on the market by a factor of somewhere
179:24 between the low 4s and the mid 5s?
179:25   A. Yeah.

**180:2 - 180:9**   **Ciavarella, David 11-12-2013 (00:00:28)**   05_14_18 Combo Jone V3.28

180:2   A. He did an analysis based on reported
180:3 rates from MAUDE and made some statistical
180:4 comparisons which he said were really not valid.
180:5   Q. Well, he said they were statistically
180:6 significant.
180:7   A. Well, the statistical test was done,
180:8 but the use of those data are not appropriate
180:9 for comparison rates.

**180:15 - 180:21**   **Ciavarella, David 11-12-2013 (00:00:20)**   05_14_18 Combo Jone V3.29

180:15   Q. -- he said that these increased risks
180:16 of somewhere between 400 percent and 500 percent
180:17 were statistically significant when compared to
180:18 all other filters on the market; right?
180:19   A. I don't remember the exact numbers,
180:20 but, yes, he did make some statements about
180:21 statistically significant differences.

**182:24 - 182:25**   **Ciavarella, David 11-12-2013 (00:00:06)**   05_14_18 Combo Jone V3.30

182:24 Exhibit 28 is                                    CIAVARELLA26.1.1
182:25 a PowerPoint.

**183:4 - 183:5**   **Ciavarella, David 11-12-2013 (00:00:07)**   05_14_18 Combo Jone V3.31

183:4 And it's a filters                                CIAVARELLA26.1.0
183:5 complaint history data as of 7/31/07.

**184:21 - 184:24**   **Ciavarella, David 11-12-2013 (00:00:11)**   05_14_18 Combo Jone V3.32

184:21 aren't we talking about frequency                clear
184:22 when you look at rates?
184:23   A. Yes, frequency.  Rate is just a way
184:24 to -- one way to describe a frequency.

**184:25 - 185:11**   **Ciavarella, David 11-12-2013 (00:00:33)**   05_14_18 Combo Jone V3.33

184:25   Q. Did you have any better data, by the
185:1 way, that would give us rates or frequency in

| 05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

185:2 comparing Recovery or G2 to competitive products
185:3 or the Recovery in G2 to the Simon Nitinol
185:4 filter?
185:5   A. Well, I think the only other way to
185:6 make comparisons, and it's very difficult to do
185:7 so, would be by analysis of published literature
185:8 in journal articles, so if you had an article
185:9 published about an adverse event profile of one
185:10 of our competitors versus papers that had been
185:11 published on our filter.

205:25 - 206:8   **Ciavarella, David 11-12-2013 (00:00:27)**   05_14_18 Combo Jone V3.34

205:25   Q. We've been talking about, you know,
206:1 migration and embolization of the entire filter,
206:2 but you've learned that you can have
206:3 embolization of just a fragment of an IVC filter
206:4 that can migrate to the heart and cause a
206:5 fatality; true?
206:6   A. Yes, true.  I just don't remember if
206:7 it caused a fatality.  I know it caused some
206:8 serious adverse events.

206:16 - 207:11   **Ciavarella, David 11-12-2013 (00:01:10)**   05_14_18 Combo Jone V3.35

206:16   What are some of the
206:17 risks associated with such an event?
206:18   A. Well, if a -- if the piece of metal
206:19 moves up into the heart, the danger is that it
206:20 could potentially pierce some critical structure
206:21 in the heart, either a heart valve or the heart
206:22 muscle itself, cause an arrhythmia, cause
206:23 bleeding around the heart.
206:24   Q. I think you wrote in one of your HHEs
206:25 that it could even cause a stroke, you can have
207:1 a stroke from a fragment?
207:2   A. If the fragment moved from the right
207:3 atrium to the left atrium and then entered the
207:4 circulation on the left side, you could have a
207:5 stroke, yes.
207:6   Q. So that's a risk -- that's a
207:7 catastrophic risk associated with a fracture
207:8 fragment from an IVC filter?
207:9   A. That's a -- those are theoretical

| Page/Line | Source | ID |
|---|---|---|

| | | |
|---|---|---|
| | 207:10 risks and I believe, as I remember fairly well, | |
| | 207:11 that of those happened. | |
| 247:15 - 247:20 | **Ciavarella, David 11-12-2013 (00:00:20)** | 05_14_18 Combo Jone V3.36 |
| | 247:15   Q. Well, let me ask you, how many of the | |
| | 247:16 five people between December 2004 and June of | |
| | 247:17 2005 who had these migrations were aware of the | |
| | 247:18 ten that happened before? | |
| | 247:19   A. I don't know. | |
| | 247:20   Q. Probably none of them; right? | |
| 247:22 - 247:23 | **Ciavarella, David 11-12-2013 (00:00:01)** | 05_14_18 Combo Jone V3.37 |
| | 247:22 THE WITNESS:  Potentially none of | |
| | 247:23 them. | |
| 250:2 - 250:5 | **Ciavarella, David 11-12-2013 (00:00:10)** | 05_14_18 Combo Jone V3.38 |
| | 250:2   Q. Would it be reasonable for a doctor | |
| | 250:3 who's considering using a Recovery filter in | |
| | 250:4 2005 to want to know whether or not that device | |
| | 250:5 had a higher failure rate than other devices? | |
| 250:7 - 250:7 | **Ciavarella, David 11-12-2013 (00:00:00)** | 05_14_18 Combo Jone V3.39 |
| | 250:7 THE WITNESS:  Yes. | |
| 250:9 - 250:12 | **Ciavarella, David 11-12-2013 (00:00:09)** | 05_14_18 Combo Jone V3.40 |
| | 250:9   Q. Would you also agree that he couldn't | |
| | 250:10 do a proper analysis without knowing all of the | |
| | 250:11 risks, not only the type of risk but the | |
| | 250:12 frequency of risk? | |
| 250:14 - 250:15 | **Ciavarella, David 11-12-2013 (00:00:03)** | 05_14_18 Combo Jone V3.41 |
| | 250:14 THE WITNESS:  Well, if he -- | |
| | 250:15 sure, if he didn't have the information. | |
| 265:18 - 265:21 | **Ciavarella, David 11-12-2013 (00:00:30)** | 05_14_18 Combo Jone V3.42 |
| | 265:18   Q. No. 33 is a December 27, 2005, | BPVE.1 - BPVE.1.1 |
| | 265:19 document, which is an e-mail string that starts | |
| | 265:20 with a December 20, 2005, e-mail from a Cindi | BPVE.2 - BPVE.2.1 |
| | 265:21 Walcott to you, Dr. Ciavarella. | |
| 267:16 - 267:23 | **Ciavarella, David 11-12-2013 (00:00:17)** | 05_14_18 Combo Jone V3.43 |
| | 267:16   Q. you can read the | |
| | 267:17 whole thing if you need to and I'll, of course, | |
| | 267:18 allow you, but this involved a conference call | BPVE.2.2 |
| | 267:19 with the design team of the G2 filter and Chris | |
| | 267:20 Ganser, caudal migrations of the G2 were briefly | |
| | 267:21 discussed, that's what it says there in the | |
| | 267:22 e-mail; right? | |

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

267:23  A. Yes.

267:24 - 267:24   **Ciavarella, David 11-12-2013 (00:00:01)**   05_14_18 Combo Jone V3.44

267:24  Q. And what's a caudal migration?

268:4 - 268:5   **Ciavarella, David 11-12-2013 (00:00:04)**   05_14_18 Combo Jone V3.45

268:4  A. It means downward basically, so toward
268:5 the feet.

268:6 - 268:15   **Ciavarella, David 11-12-2013 (00:00:40)**   05_14_18 Combo Jone V3.46

268:6  Q. And from a patient safety and even
268:7 from an efficacy standpoint, why would a company
268:8 want to be concerned about caudal migrations?
268:9  A. Well, first, the filter is designed
268:10 with the intent of staying in place, and so
268:11 migrations in either direction would be
268:12 something that they would try to understand the
268:13 cause for that and -- you know, and also
268:14 understand if there were any possible adverse
268:15 outcomes based on a caudal migration.

272:5 - 272:15   **Ciavarella, David 11-12-2013 (00:00:18)**   05_14_18 Combo Jone V3.47

272:5  Q. Well, we know that the G2 is a
272:6 different design than the Recovery; right?
272:7  A. We do.
272:8  Q. And we do know that it was a different
272:9 design than the Simon Nitinol filter?
272:10  A. Yes.
272:11  Q. There was something about the design
272:12 of the G2 that for some reason you were getting
272:13 reports of a downward migration of more than
272:14 2 centimeters; correct?
272:15  A. Yes.

272:24 - 273:21   **Ciavarella, David 11-12-2013 (00:00:55)**   05_14_18 Combo Jone V3.48

272:24 And this was something
272:25 that the company was recognizing early in the
273:1 marketing of the G2?
273:2  A. Yes.
273:3  Q. And, by the way, the G2 went through a
273:4 510(k), you know, process as well?
273:5  A. Yes.
273:6  Q. And it was represented to be,
273:7 therefore, substantially equivalent from safety
273:8 and efficacy to all of its predicate devices?

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3**

273:9  A. Yes.  Again, you know, the regulatory
273:10 terminology, right.
273:11 equivalent to whatever predicates were used, I
273:12 presume the Recovery, but I don't -- I think it
273:13 was much closer in design to the Recovery than
273:14 it was to the Simon Nitinol.
273:15  Q. And would you agree with others that
273:16 have testified before you that it was designed
273:17 to resolve some of the issues that existed with
273:18 the Recovery filter --
273:19  A. Yes.
273:20  Q. -- migration, fracture?
273:21  A. Those are the two biggest.

**273:22 - 274:6**   **Ciavarella, David 11-12-2013 (00:00:27)**          05_14_18 Combo Jone V3.49

273:22  Q. And then you write back to Cindi and
273:23 again carbon copy Shari Allen and Gin Schulz on
273:24 Page 1, the first -- the top page of this
273:25 Exhibit -- what's the number again, thirty --
274:1  A. 3.
274:2  Q. -- 33 -- I'm going to write 33 on my          BPVE.1.2
274:3 copy -- "Thank you Cindi.  I think we should
274:4 discuss these further so I can get a better
274:5 understanding of each one.  But first, it would
274:6 help if I had a little more information."

**274:7 - 275:6**   **Ciavarella, David 11-12-2013 (00:01:00)**          05_14_18 Combo Jone V3.50

274:7 Did I read that correctly?                        clear
274:8  A. Uh-huh, yes.
274:9  Q. And then you wrote:  "From what you've          BPVE.1.3
274:10 sent me, it seems to me that the biggest (worst
274:11 case) consequence of these migrations is that
274:12 they are accompanied in a majority of cases by
274:13 tilting."
274:14 Do you see that?
274:15  A. Yes.
274:16  Q. And by "these migrations," you mean a          clear
274:17 downward -- i.e., caudal -- migration?
274:18  A. Yes.
274:19  Q. And we talked about tilting earlier.
274:20 Remember that?
274:21  A. Yes.

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

274:22   Q. And what did you mean by the worst
274:23 case/biggest consequence would be tilting?
274:24   A. Well, what my concern with in that
274:25 paragraph was that the filter, which is
275:1 conically shaped when it's placed upright, as it
275:2 fell would also turn over on its side like a
275:3 Christmas tree when it was placed and then
275:4 fallen over lying in the vein in a -- in a
275:5 horizontal orientation instead of a vertical
275:6 orientation.

**275:19 - 276:9**    **Ciavarella, David 11-12-2013 (00:00:44)**    05_14_18 Combo Jone V3.51

BPVE.1.4

275:19   Q. And then you wrote:  "This raises the
275:20 concern of lack of efficacy..."; right?  And by
275:21 "lack of efficacy," meaning in that position the
275:22 device may not be able to stop the type of clots
275:23 that it's designed to stop and for the reason
275:24 for which it was placed?
275:25   A. That's my concern, yeah.  That was it.

clear

276:1   Q. In fact, you say "...to perform clot
276:2 interruption," you actually say it in this
276:3 e-mail; right?
276:4   A. Yes.
276:5   Q. While I'm thinking about it, when the
276:6 G2 was approved for marketing, it was approved
276:7 as a permanent device, not a retrievable device;
276:8 correct?
276:9   A. Correct.

**276:17 - 276:20**    **Ciavarella, David 11-12-2013 (00:00:10)**    05_14_18 Combo Jone V3.52

276:17   Q. So when the Recovery was removed from
276:18 the market, the company no longer had a
276:19 retrievable device that it could sell?
276:20   A. Correct.

**276:21 - 276:23**    **Ciavarella, David 11-12-2013 (00:00:06)**    05_14_18 Combo Jone V3.53

276:21   Q. Until the G2 got its retrievable
276:22 indication about two years later; right?
276:23   A. Correct.

**277:11 - 278:10**    **Ciavarella, David 11-12-2013 (00:01:00)**    05_14_18 Combo Jone V3.54

BPVE.1.6

277:11   Q. Okay.  The next sentence is:  "I would
277:12 like to look more generally at the G2
277:13 complaints.  I have seen problems with caudal

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

277:14 migration, tilting, perforation, mis-deployment
277:15 and maybe one or two additional things."
277:16 You wrote that?
277:17  A. Yes.
277:18  Q. And so in the early weeks or few
277:19 months that the product was on the market, you
277:20 were already seeing yourself personally issues
277:21 involving caudal migration, tilting, and
277:22 perforation; right?
277:23  A. Yes.
277:24  Q. And then you ask:  "Can you tell me
277:25 the total number of complaints (not damaged
278:1 packages and the like) and total number of units
278:2 distributed?"
278:3 You asked that important question?
278:4  A. Yes.
278:5  Q. And that important question dealt with
278:6 a lot of the data we've been talking about
278:7 today, that is, how many units do we have that
278:8 are sold and how many complaints do we have from
278:9 doctors that have been using the product?
278:10  A. Right.

**278:13 - 278:16    Ciavarella, David 11-12-2013 (00:00:09)**                      05_14_18 Combo Jone V3.55

278:13  Q. Why would you want that information?
278:14  A. Well, it's -- it's part of the
278:15 information that we have been collecting and
278:16 looking at all this time.

**279:5 - 279:12    Ciavarella, David 11-12-2013 (00:00:22)**                      05_14_18 Combo Jone V3.56

279:5  Q. I'm saying as
279:6 far as data that you requested of Cindi, you
279:7 asked her specifically for the number of MDRs
279:8 that you had for G2, the total number of
279:9 complaints, and the total number of units
279:10 distributed.  That was important for you to have
279:11 to evaluate this problem?
279:12  A. Right

**279:12 - 279:16    Ciavarella, David 11-12-2013 (00:00:11)**                      05_14_18 Combo Jone V3.57

279:12  A. But it was just a starting
279:13 point.  So then I would go on to our TrackWise
279:14 system in which details of the complaints were

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

279:15 entered and review all of them, which is what I
279:16 would do.

280:8 - 280:20 **Ciavarella, David 11-12-2013 (00:00:31)**      *05_14_18 Combo Jone V3.58*

280:8   Q. And the reason you would want to know
280:9 the total number of complaints and the total
280:10 numbers of units distributed because you were
280:11 trying to see what the rate was at least based
280:12 on that data?
280:13   A. Yeah.  I wanted to see what the rate
280:14 of reported events was.
280:15   Q. Because it was important from the
280:16 standpoint of whether or not this device may
280:17 have a unique design problem or may be
280:18 unnecessarily exposing patients to a risk that
280:19 you didn't realize existed with the product;
280:20 right?

280:21 - 280:23 **Ciavarella, David 11-12-2013 (00:00:03)**      *05_14_18 Combo Jone V3.59*

280:21   A. Well, I mean, eventually --
280:22   Q. Is that yes or no?  You can't answer
280:23 that yes or no?

281:1 - 281:1 **Ciavarella, David 11-12-2013 (00:00:01)**      *05_14_18 Combo Jone V3.60*

281:1 THE WITNESS:  Well, yes.

281:4 - 281:8 **Ciavarella, David 11-12-2013 (00:00:09)**      *05_14_18 Combo Jone V3.61*

281:4   A. I mean, eventually that's the outcome
281:5 of my investigation, to try to get that
281:6 information.  When I first asked -- asked for
281:7 it, it's just to put the number of events into
281:8 context.

281:9 - 281:13 **Ciavarella, David 11-12-2013 (00:00:14)**      *05_14_18 Combo Jone V3.62*

281:9   Q. The G -- then you state at the bottom:
281:10 "The G2 is a permanent filter; we also have one
281:11 (the SNF) that has virtually no complaints
281:12 associated with it.  Why shouldn't doctors be
281:13 using that one rather than the G2?"      *CIAVARELLA33.1.1*

281:14 - 281:15 **Ciavarella, David 11-12-2013 (00:00:02)**      *05_14_18 Combo Jone V3.63*

281:14 You asked that question?
281:15   A. Uh-huh.

281:16 - 283:19 **Ciavarella, David 11-12-2013 (00:03:07)**      *05_14_18 Combo Jone V3.64*

281:16   Q. Why did you ask that question or is
281:17 the question pretty obvious?

| Page/Line | Source | ID |
|-----------|--------|-----|

281:18   A. Well, I mean, the question is obvious

281:19 in terms of I'm saying the G2 is a permanent

281:20 filter, the SNF is a permanent filter, we've had

281:21 very few complaints.  It was a request for

281:22 information.  I mean, I'd have to say it was

281:23 probably a -- in looking back on it now naive on

281:24 my part or lack of familiarity with the SNF

281:25 other than these tables and things which listed

282:1 reports.  So --

282:2   Q. Well, you were suggesting that -- you

282:3 know, that if you have another device available

282:4 to you that was potentially safer and could

282:5 perform as well as or better than the G2, why

282:6 even sell the G2 right now until we resolve some

282:7 of these issues?  Weren't you suggesting that?

282:8   A. Yeah, that's what I would conclude.

282:9   Q. And then you also ask:  "Can you also

282:10 send me the total" complaint rates --

282:11 "complaints rate and MDR complaint rate for

282:12 SNF?"

282:13 You asked for that?

282:14   A. Right, because I didn't know very much

282:15 about the SNF.  That's why I asked for the

282:16 rates.  And I think that Bard has a process by

282:17 which all of the TrackWise complaints would be

282:18 sent to me by e-mail as well as several other

282:19 people, such as Mr. Ganser and Mr. Barry.  So in

282:20 the past year or so I would see complaints

282:21 related to the Recovery filter, I would see

282:22 complaints related to the G2 filter, but I

282:23 didn't see any complaints related to the SNF.

282:24 So, you know, I had no idea how much

282:25 was sold, you know, what were the pros and cons

283:1 of using it, what were the different situations.

283:2 So that sort of explains my naive question but

283:3 also why I wanted to get more information about

283:4 the complaint rate for the Simon Nitinol.

283:5   Q. But you thought, at least as of

283:6 December 23rd, 2005, that a good exercise for

283:7 you as the medical affairs director would be to

| | 05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

283:8 see how the G2 in its short period on the market
283:9 compares from a complication and risk standpoint
283:10 to the Simon Nitinol filter?
283:11   A. Yeah, I wanted to -- I wanted to make
283:12 that comparison that -- I guess comparison's the
283:13 right word between the filters as part of my
283:14 review of the adverse event profile of the G2.
283:15   Q. Did someone prepare a report like that
283:16 for you?
283:17   A. You know, I don't remember.  I don't
283:18 think that -- I don't think they would ignore
283:19 it, you know, my question.

clear

**287:16 - 287:17**   **Ciavarella, David 11-12-2013 (00:00:13)**

05_14_18 Combo Jone V3.65

287:16   Q. So No. 35 will be your related health
287:17 hazard evaluation dated December 17, 2004.

CIAVARELLA.05.1.1

**287:18 - 287:24**   **Ciavarella, David 11-12-2013 (00:00:26)**

05_14_18 Combo Jone V3.66

clear

287:18 just confirm for us that that's the health
287:19 hazard evaluation that you prepared as part of
287:20 your duties as the medical director and within
287:21 which -- from which you gained information and
287:22 knowledge from having read Dr. Lehmann's report
287:23 dated December 15.
287:24   A. Yes.

**293:11 - 293:23**   **Ciavarella, David 11-12-2013 (00:00:44)**

05_14_18 Combo Jone V3.67

293:11   Q. Isn't this like an early signal that
293:12 maybe there's more -- that the fracture problem
293:13 with the Recovery has not been fixed by the G2?
293:14   A. Right.  And what I was trying to say
293:15 is it depends on a couple of things, including
293:16 the frequency.  So these are all very small
293:17 numbers of reports and, therefore, it's hard to
293:18 know the true frequency.  There are very wide
293:19 confidence intervals around these things.  So
293:20 there would have to be a really powerful signal
293:21 before I would be led to conclude that -- or
293:22 even suggest that the G2 had a higher fracture
293:23 rate than Recovery.

**294:2 - 294:16**   **Ciavarella, David 11-12-2013 (00:00:48)**

05_14_18 Combo Jone V3.68

clear

294:2 If you look at Page 2 -- well, it's
294:3 not Page 2.  It's actually Page 3 of the

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

294:4 exhibit.  And there's reference there to
294:5 Dr. Scott Trerotola.  Do you know Dr. Trerotola?
294:6   A. Yes, I've met him.
294:7   Q. He's Stanley Baum professor of
294:8 radiology, University of Pennsylvania, chief
294:9 interventional radiologist in Philadelphia.
294:10 Do you see that?
294:11   A. Yes.
294:12   Q. And does -- assuming that the G1A is,
294:13 in fact, the G2 filter, is Dr. Trerotola telling
294:14 the company as of February 2005 that he is still
294:15 very concerned about fracture with that device?
294:16   A. Yeah

*CIAVARELLA36.3.1*

*clear*

*CIAVARELLA36.3.2*

**294:18 - 294:20    Ciavarella, David 11-12-2013 (00:00:07)**    *05_14_18 Combo Jone V3.69*

294:18 THE WITNESS:  It appeared that
294:19 that's what Janet Hudnall recorded from her
294:20 conversations with him.

*clear*

**351:16 - 351:20    Ciavarella, David 11-12-2013 (00:00:16)**    *05_14_18 Combo Jone V3.70*

351:16   Q. Here's No. 39.  No. 39 is a June --
351:17 July 9 HHE again authored by David Ciavarella
351:18 regarding limb fractures of Recovery filter.  Do
351:19 you see that?
351:20   A. I do.

*CIAVARELLA39.1.1*

**353:10 - 353:14    Ciavarella, David 11-12-2013 (00:00:13)**    *05_14_18 Combo Jone V3.71*

353:10   Q. so this deals with 17
353:11 reports of limb fractures from the time period
353:12 July -- January 2002 through June 2004; is that
353:13 right?
353:14   A. Yes.

*CIAVARELLA39.1.6*

**353:22 - 354:3    Ciavarella, David 11-12-2013 (00:00:32)**    *05_14_18 Combo Jone V3.72*

353:22   Q. And you calculated from just this
353:23 information, recognizing underreporting and such
353:24 but at least from the actual data that the
353:25 company had, that the fracture rate was 1 per
354:1 600 or 0.2 percent; is that right?  Do you see
354:2 that?
354:3   A. Yes.

*CIAVARELLA39.1.7*

**354:18 - 356:11    Ciavarella, David 11-12-2013 (00:02:04)**    *05_14_18 Combo Jone V3.73*

354:18   Q. "In the second symptomatic case, the
354:19 patient presented with sudden shortness of

*CIAVARELLA39.1.8*

| Page/Line | Source | ID |
|---|---|---|

354:20 breath and syncope."

354:21 Syncope is what?

354:22   A. Loss of consciousness.

354:23   Q. "Hemopericardium and cardiac

354:24 arrhythmia were diagnosed."

354:25 Do you see that?

355:1   A. I do.

355:2   Q. Those are serious potentially

355:3 catastrophic events; would you agree?

355:4   A. Yes.

355:5   Q. "A detached filter arm was noted in

355:6 the ventricular wall, and it was removed during

355:7 open heart surgery."

355:8 Did I read that correctly?

355:9   A. Yes.

355:10   Q. So what has been concluded here is

355:11 that one of these 17 fractures that were

355:12 reported carried with it symptoms and a

355:13 condition that could have very readily killed

355:14 the patient?

355:15   A. Yes.

355:16   Q. As a matter of fact, just having to

355:17 have open heart surgery puts the patient at risk

355:18 of death; right?

355:19   A. It does.

355:20   Q. And you further report that there were

355:21 20 arm fragments reported in 14 cases, meaning

355:22 there were actually more than one arm fragment

355:23 that fractured in some instances?

355:24   A. Yes.

355:25   Q. And in six of the patients the

356:1 detached arm migrated to the heart or lungs;

356:2 right?

356:3   A. Yes.

356:4   Q. And, by the way, the other fractures

356:5 that didn't migrate to the heart or lung or

356:6 cause, you know, hemopericardium and cardiac

356:7 arrhythmia and open heart surgery, the mere fact

356:8 that the limb fractured still put the patients

356:9 at the potential risk of those occurrences; am I

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3**

356:10 right about that?
356:11   A. Yes.

**356:16 - 356:19**   **Ciavarella, David 11-12-2013 (00:00:07)**   05_14_18 Combo Jone V3.74

356:16   Q. Now, down at the bottom:  "The root
356:17 cause of the fractures has not been determined,"
356:18 do you see where I am?
356:19   A. Yes.

**357:4 - 357:19**   **Ciavarella, David 11-12-2013 (00:00:39)**   05_14_18 Combo Jone V3.75

357:4   Q. Let me ask you, when you read that,
357:5 didn't you think to yourself we might have a
357:6 design issue with this product, it may not be
357:7 designed in the manner in which we intended and
357:8 expected it to perform from a fracture
357:9 standpoint?
357:10   A. Well, yes, I wrote the sentence
357:11 because I thought it might be relevant to the
357:12 root cause.
357:13   Q. Did you tell physicians -- by the way,
357:14 after the June HHE, did word go out, an eBlast,
357:15 information to salespeople giving them the
357:16 precise information about what the company was
357:17 seeing with other physicians' experiences with
357:18 the Recovery filter from the standpoint of
357:19 migrations

**357:20 - 357:23**   **Ciavarella, David 11-12-2013 (00:00:06)**   05_14_18 Combo Jone V3.76

357:20   A. I don't know.
357:21   Q. How about with respect to these
357:22 fractures?
357:23   A. Yeah, again, I don't know.

**358:2 - 358:6**   **Ciavarella, David 11-12-2013 (00:00:14)**   05_14_18 Combo Jone V3.77

358:2   Q. Do you know whether or not physicians
358:3 who were making risk/benefit assessments and
358:4 having informed consent discussions with their
358:5 patients might want to know whether or not there
358:6 have been 12 full filter migrations

**358:7 - 358:9**   **Ciavarella, David 11-12-2013 (00:00:05)**   05_14_18 Combo Jone V3.78

358:7  two resulting in
358:8 open heart surgery, they'd want to know that
358:9 before they decide to use that filter?

**358:12 - 358:13**   **Ciavarella, David 11-12-2013 (00:00:03)**   05_14_18 Combo Jone V3.79

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

358:12 THE WITNESS:  I don't know that
358:13 they weren't aware of it.

**358:15 - 358:20**  **Ciavarella, David 11-12-2013 (00:00:24)**   05_14_18 Combo Jone V3.80

358:15   Q.  Well, I mean, how would they become
358:16 aware of them if the company didn't tell them?
358:17   A.  Well, two things:  One, they were
358:18 reported on the MAUDE database.  Secondly, the
358:19 instructions for use contained information about
358:20 migrations and fractures.

**358:22 - 359:1**  **Ciavarella, David 11-12-2013 (00:00:14)**   05_14_18 Combo Jone V3.81

358:22 Do you know if
358:23 the company put out any type of information,
358:24 precise information, that describes the events
358:25 that you describe in your HHE in June of 2004?
359:1   A.  Not that I recall.

**359:14 - 359:20**  **Ciavarella, David 11-12-2013 (00:00:21)**   05_14_18 Combo Jone V3.82

359:14   Q.  On this team that is looking
359:15 at this -- these issues, migration and fracture
359:16 and the potential catastrophic event in
359:17 patients, is there anyone else on this team
359:18 that's a medical doctor besides David
359:19 Ciavarella?
359:20   A.  No.

**359:24 - 360:6**  **Ciavarella, David 11-12-2013 (00:00:23)**   05_14_18 Combo Jone V3.83
CIAVARELLA39.2.5

359:24   Q.  And let's look at the "Nature &
359:25 Seriousness of the Risk:  The effect of filter
360:1 fracture is no" -- "The effect of filter
360:2 fracture is no discernible effect in most cases.
360:3 Serious injury or even sudden death may occur in
360:4 rare cases."
360:5 Right?
360:6   A.  Yes.

**360:25 - 361:5**  **Ciavarella, David 11-12-2013 (00:00:13)**   05_14_18 Combo Jone V3.84
CIAVARELLA39.2.6

360:25   Q.  "Likelihood of Occurrence of the
361:1 Problem," you wrote:  No well-controlled trials
361:2 exist to answer this question definitively for
361:3 other filters.
361:4 You wrote that?
361:5   A.  Yes.

**362:6 - 363:16**  **Ciavarella, David 11-12-2013 (00:01:52)**   05_14_18 Combo Jone V3.85

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3

362:6   Q. The very last sentence I believe on

362:7 Page 3 you wrote:  "However, there is no way to

362:8 predict which patients will develop this

362:9 complication.  More frequent monitoring of the

362:10 filter once placed may facilitate discovery of

362:11 abnormal placement (a possible but not proven

362:12 predisposing factor for fracture) or indeed of a

362:13 fractured filter, but could not prevent all

362:14 potential adverse events."

362:15 You wrote that; right?

362:16   A. I did.

362:17   Q. Did the company ever engage on a

362:18 recommendation to physicians either with a "Dear

362:19 Doctor" letter, a change in the IFU, eBlasts,

362:20 information given to their salespeople that it

362:21 was time for doctors to start monitoring the

362:22 Recovery filter once placed to see if they

362:23 could -- they might be able to find fractures?

362:24   A. I don't know.

362:25   Q. Wouldn't that have been a good idea

363:1 had the only doctor working on this case had

363:2 recommended it?

363:3   A. Not necessarily.

363:4   Q. But that was something that you

363:5 recommended in July of 2004 and, as far as you

363:6 know, the company did not do that; right?

363:7   A. I wouldn't say that I recommended it.

363:8   Q. Did you think it was a good idea?

363:9   A. I think I just put it out there as a

363:10 potential suggestion or something to think

363:11 about.

363:12   Q. Something that could potentially save

363:13 people from a fracture or device migrating to

363:14 the heart if you could catch it early in that

363:15 phase?

363:16   A. You know, my words are what they are.

| 364:4 - 364:5 | **Ciavarella, David 11-12-2013 (00:00:09)** | 05_14_18 Combo Jone V3.86 |

364:4   Q. Exhibit 40 is a February 15, 2006, HHE

364:5 authored by Dr. Ciavarella

| 364:14 - 365:2 | **Ciavarella, David 11-12-2013 (00:00:51)** | 05_14_18 Combo Jone V3.87 |

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3**

364:14   Q. And you report that -- and this is                    CIAVARELLA46.1
364:15 February 2006.  The G2 had been on the market
364:16 for approximately, what, four or five months?
364:17   A. Yeah, probably.  I don't remember
364:18 exactly.
364:19   Q. There had been ten reports of                         CIAVARELLA46.1.3
364:20 migration, one cephalad and nine caudal, as of
364:21 February 9, 2006; correct?
364:22   A. Yes.
364:23   Q. And your conclusion is that "the
364:24 Severity of this hazard is Critical, due to the
364:25 possibility of alteration of primary function as
365:1 a result of the migration events"; right?
365:2   A. Yes.

366:1 - 366:19   **Ciavarella, David 11-12-2013 (00:00:53)**        05_14_18 Combo Jone V3.88
366:1 You write that "...unlike literature                      CIAVARELLA46.1.4
366:2 reports, the migration events with the G2 filter
366:3 have been associated with a high percentage of
366:4 caudal" migration -- "migrations accompanied by
366:5 significant filter tilting and limb
366:6 displacement," and that there was a single case
366:7 of fatal pulmonary embolus, clinically
366:8 diagnosed, in a patient with a G2 filter
366:9 reported.
366:10 Do you see that?
366:11   A. I do.
366:12   Q. And did you write that in there
366:13 because of the way
366:14 the device tilted, it didn't prevent the
366:15 pulmonary embolism?
366:16   A. That was my potential possibility of
366:17 alteration of pulmonary function, meaning it
366:18 wouldn't stop a clot.  So the reported rate of
366:19 pulmonary embolism is -- was relevant to that.

369:2 - 369:6   **Ciavarella, David 11-12-2013 (00:00:13)**        05_14_18 Combo Jone V3.89
369:2 "Likelihood of Occurrence of the Problem."  You      CIAVARELLA46.2.1
369:3 have the rate at 0.16 percent, meaning the
369:4 likelihood of there being a filter migration
369:5 with the G2, most of which would be caudal?
369:6   A. Uh-huh.

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jone V3-Civarella 11-12-14 Jones Trial Depo Designations V3**

369:18 - 369:24   **Ciavarella, David 11-12-2013 (00:00:17)**

05_14_18 Combo Jone V3.90

CIAVARELLA40.2.2

369:18   Q. In fact, you even say after that
369:19 .16 percent that "The actual rate is probably
369:20 higher than this, due to the asymptomatic nature
369:21 of some of the migration events and because the
369:22 actual number of G2 filters implanted is very
369:23 probably less than the number distributed."
369:24   A. Yes.

370:3 - 370:10   **Ciavarella, David 11-12-2013 (00:00:31)**

05_14_18 Combo Jone V3.91

CIAVARELLA40.2.3

370:3   Q. And then you wrote "Likelihood of Harm
370:4 if the Problem Occurs:"  "No serious injuries
370:5 have occurred, although the need for filter

CIAVARELLA40.3.1

370:6 removal and placement of alternative filters in
370:7 many cases points out the potential for harm if
370:8 a migration event is not discovered and
370:9 treated"; right?
370:10   A. Yes.

370:19 - 370:23   **Ciavarella, David 11-12-2013 (00:00:12)**

05_14_18 Combo Jone V3.92

clear

370:19   Q. And then other alternatives available,
370:20 you agree that there are both alternative
370:21 permanent and retrievable IVC filters that exist
370:22 as an alternative to the G2?
370:23   A. Yes.

Plaintiffs Designations = 00:20:25
Defense Designations = 00:08:18
P & D Affimatives = 00:09:33
**Total Time = 00:38:16**

**Documents Shown**
BPVE
CIAVARELLA21
CIAVARELLA28
CIAVARELLA33
CIAVARELLA35
CIAVARELLA36
CIAVARELLA39
CIAVARELLA40

Plaintiffs Designations          Defense Designations          P & D Affimatives

# Exhibit E

**Designation Run Report**

# DeFord_COMBO_0522_R05

---

**DEFORD, John 06-02-2016**

---

<span style="color:orange">**PL  00:06:02**</span>

<span style="color:blue">**DEF  00:23:43**</span>

<span style="color:green">**Both  00:00:24**</span>

**Total Time  00:30:09**



| Page/Line | Source | ID |
|---|---|---|

**DeFord_COMBO_0522_R05**

13:6 - 13:15   **DEFORD, John 06-02-2016 (00:00:23)**   DeFord_COMBO_0522_R05.1

13:6  Q. All right.  Why don't you
13:7 explain then what your current position
13:8 is with the company?
13:9  A. Certainly.  My -- I believe
13:10 this is probably prior to 2007, because
13:11 my title now is senior vice president for
13:12 science, technology, and clinical
13:13 affairs; and in 2007, the clinical
13:14 affairs piece was added to my
13:15 responsibilities.

14:21 - 15:20   **DEFORD, John 06-02-2016 (00:01:03)**   DeFord_COMBO_0522_R05.2

14:21  Q. So prior to Bard, what was
14:22 your experience in medical device
14:23 manufacturing?
14:24  A. I worked for a private
15:1 medical company, the Cook Group of
15:2 Companies, that's now called Cook
15:3 Medical, based in Indiana; and so I
15:4 worked in a number of their businesses
15:5 and was fortunate enough to be involved
15:6 in helping start some of their other
15:7 businesses.
15:8  Q. And per your C.V., you
15:9 actually began with Cook -- a Cook
15:10 company in 19 -- let's see what it was --
15:11 1990, which was MED Institute, Inc.?
15:12  A. I was actually with MED
15:13 before that, after a Master's in --
15:14 probably around 1986, and then I took a
15:15 leave of absence to complete a Ph.D. and
15:16 then came back to MED Institute in 1990.
15:17  Q. And your Ph.D. is in what
15:18 field?
15:19  A. Electrical and biomedical
15:20 engineering.

16:6 - 18:18   **DEFORD, John 06-02-2016 (00:02:33)**   DeFord_COMBO_0522_R05.3

16:6  Q. So beginning in 1990
16:7 until the time that you left in November
16:8 of 2001, so about 11 years, what type of

DeFord_COMBO_0522_R05

| Page/Line | Source | ID |
|---|---|---|

16:9 roles did you have at the company that
16:10 would have educated you about the
16:11 operations of a medical device company?
16:12   A. Well, I started as a product
16:13 development engineer or project engineer
16:14 with MED Institute, primarily working on
16:15 class 3 devices, which were PMA devices,
16:16 and so then began interfacing -- MED
16:17 Institute was really a consulting
16:18 organization for the Cook Group of
16:19 Companies at that time, really doing
16:20 development work for the other Cook
16:21 Groups of Companies.
16:22   Q. And as you continued on with
16:23 the company, just per your -- your C.V.,
16:24 it appears that you received promotions
17:1 along the way; is that correct?
17:2   A. Yes.
17:3   Q. Okay.
17:4 And one of your promotions
17:5 was to go from general manager of Cook
17:6 Endovascular to senior vice president,
17:7 product development administration in
17:8 1999; is that correct?
17:9   A. That's correct.
17:10   Q. And as senior vice president
17:11 of product development at that point at
17:12 Cook, you were dealing with some
17:13 diagnostic and interventional products;
17:14 is that correct?
17:15   A. That's right.
17:16   Q. Did your work at that point
17:17 include vena cava filters?
17:18   A. To a limited extent, yes.
17:19   Q. Can you explain what you
17:20 mean by to a limited extent?
17:21   A. Certainly.  Cook had
17:22 developed the Bird's Nest Vena Cava
17:23 Filter, and then that was actually going
17:24 through the development process and the

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_0522_R05

18:1 regulatory process while I was with the
18:2 company; and I had some peripheral
18:3 involvement, not -- not a great deal.
18:4 Similarly, the Guenther
18:5 Tulip Filter, which was developed in the
18:6 early '90s in Europe, was a product that
18:7 I was familiar with, although it wasn't
18:8 available in the U.S.
18:9 And then within diagnostic
18:10 and interventional products -- the way
18:11 Cook was structured at that time when I
18:12 received that promotion, that was a
18:13 position that was essentially general
18:14 manager for all of the radiology and
18:15 vascular products; and so diagnostic and
18:16 interventional really covered diagnostic
18:17 catheters, wires, interventional
18:18 products, which would include filters.

**20:22 - 21:5** — **DEFORD, John 06-02-2016 (00:00:14)**   DeFord_COMBO_0522_R05.4

20:22   Q. Have you not yourself
20:23 conducted clinical research in 2000-2001
20:24 regarding the use of removable vena cava
21:1 filter for the prevention of pulmonary
21:2 embolus?
21:3   A. There was -- again, it was
21:4 research that was being conducted, yes,
21:5 and I was involved.

**21:13 - 23:18** — **DEFORD, John 06-02-2016 (00:01:56)**   DeFord_COMBO_0522_R05.5

21:13   Q. And that clinical research
21:14 that you did, explain that for us, if you
21:15 would, just tell us what the parameters
21:16 were of the research and who you
21:17 conducted it with and what it was for.
21:18   A. Sure.  Well, my recollection
21:19 -- and it's been awhile, but my
21:20 recollection was that the Guenther Tulip
21:21 was technology being used in Europe.
21:22 There was a desire by the Cook
21:23 organization to bring that technology
21:24 into the U.S. with retrievability.

DeFord_COMBO_0522_R05

| Page/Line | Source | ID |
|---|---|---|

22:1 And so there was research
22:2 that was being conducted in Europe and
22:3 evaluations, both animal and
22:4 retrospective human analysis, for
22:5 devices.
22:6 And at that particular time,
22:7 there was a concern about the length of
22:8 retrievability in the Guenther Tulip.
22:9 The view had been in those days that
22:10 probably 10 to 14 days was the
22:11 appropriate time period.
22:12 And so there were some
22:13 evaluations, as I recall, that were being
22:14 -- that we were conducting when I was at
22:15 Cook to determine retrievability and then
22:16 looking at the filters, once they were
22:17 retrieved, to see if there was
22:18 endothelial tissue that had adhered or
22:19 fibrous tissue growth, those types of
22:20 things.
22:21   Q. And what were the results of
22:22 your clinical research on that issue?
22:23   A. I don't remember all of the
22:24 details, but the results were that we
23:1 concluded there should be some additional
23:2 development of a next-generation
23:3 technology that would make it more
23:4 retrievable.
23:5   Q. Were there negative findings
23:6 in your clinical research regarding that
23:7 particular device and its ability to
23:8 retrieve --
23:9   A. I don't recall --
23:10   Q. -- be retrieved?
23:11   A. -- negative findings.  I
23:12 think there were conformational findings
23:13 of the -- and, again, this is going back
23:14 a number of years, but there were some
23:15 conformational findings, as I recall,
23:16 that the device was not easy to remove.

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_0522_R05

23:17 And after it had been in for a period of
23:18 time, it became more difficult to remove.

24:19 - 24:22   **DEFORD, John 06-02-2016 (00:00:07)**   DeFord_COMBO_0522_R05.6

24:19 You proceeded and progressed
24:20 at Cook to president and CEO; is that
24:21 correct?
24:22   A. That's correct.

35:13 - 35:22   **DEFORD, John 06-02-2016 (00:00:29)**   DeFord_COMBO_0522_R05.7

35:13   Q. What was your understanding
35:14 of the status of the IVC filter efforts
35:15 being made by Bard as of January 2004?
35:16   A. Well, my recollection going
35:17 back that time period was that -- I was
35:18 aware that Bard was working on some
35:19 really innovative technology that they
35:20 felt would allow retrievability of a
35:21 technology for long periods of time,
35:22 maybe even more than a year.

78:12 - 78:16   **DEFORD, John 06-02-2016 (00:00:09)**   DeFord_COMBO_0522_R05.8

78:12   Q. Would you agree that a
78:13 medical device manager -- excuse me --
78:14 manufacturer must ensure that its device
78:15 is as safe as it can be before it sells
78:16 it to the public?

78:19 - 79:18   **DEFORD, John 06-02-2016 (00:00:50)**   DeFord_COMBO_0522_R05.9

78:19 THE WITNESS:  I agree.  I
78:20 think medical device manufacturers
78:21 should, to the best of their
78:22 ability, make devices that are
78:23 safe for the intended use.
78:24 BY MS. BOSSIER:
79:1   Q. And if there is no clinical
79:2 study that a medical device manufacturer
79:3 has to rely upon for safety when it puts
79:4 a device into the market, what is it
79:5 supposed to do to ensure safety of the
79:6 patients who receive the device?
79:7   A. Well, there's a lot of other
79:8 evaluation and testing that can be done
79:9 prior to clinical study, human clinical

| | DeFord_COMBO_0522_R05 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

79:10 study.  So there are animal studies with
79:11 animal vasculature -- for example, when
79:12 we're talking about filters, there's a
79:13 tremendous amount of bench testing that
79:14 existed then and has been augmented and,
79:15 you know, as knowledge has increased, all
79:16 of that new information has been taken
79:17 into account to develop new tests and new
79:18 ways to evaluate the technology.

102:19 - 103:4    **DEFORD, John 06-02-2016 (00:00:33)**     DeFord_COMBO_0522_R05.10

102:19 So if you -- on this
102:20 document that I have shown you that ends
102:21 in the numbers 154050, there's some
102:22 further updates to that original meeting.
102:23 And if you look at the page
102:24 that ends in 059 --
103:1    A. 05 -- okay.
103:2    Q. -- the section that says
103:3 "Threshold Level for Migration" -- do you
103:4 see that?  Up at the top?

103:8 - 103:16    **DEFORD, John 06-02-2016 (00:00:17)**     DeFord_COMBO_0522_R05.11

103:8    Q. -- it says:  The migration
103:9 threshold statement will be modified to
103:10 show the product assessment team will
103:11 consider placing the Recovery filters on
103:12 hold if a migration requiring surgical
103:13 intervention is reported during this
103:14 investigation.  The determination will be
103:15 made quickly in cooperation with the
103:16 corporate product assessment team.

103:23 - 104:3    **DEFORD, John 06-02-2016 (00:00:11)**     DeFord_COMBO_0522_R05.12

103:23 The process was that a threshold was set,
103:24 but my involvement in placing a product
104:1 on hold that -- from a process
104:2 perspective isn't something that I would
104:3 be involved with.

105:11 - 105:14    **DEFORD, John 06-02-2016 (00:00:07)**     DeFord_COMBO_0522_R05.13

105:11    Q. And was the decision at the
105:12 time it was presented to keep the
105:13 Recovery filter on the market?

| DeFord_COMBO_0522_R05 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

105:14  A. Yes.

**105:15 - 106:2**    **DEFORD, John 06-02-2016 (00:00:27)**    DeFord_COMBO_0522_R05.14

105:15   Q. And who ultimately made that
105:16 decision?
105:17   A. Well, it's a group decision,
105:18 if you will.  The process, though, is one
105:19 where the division assessment team and
105:20 this group would have met and reviewed
105:21 all of the available information.
105:22 My recollection is, we also
105:23 brought in outside clinicians and
105:24 experts, had an expert panel to discuss
106:1 things that we were, again -- didn't
106:2 anticipate with the use of the device;

**120:7 - 120:13**    **DEFORD, John 06-02-2016 (00:00:13)**    DeFord_COMBO_0522_R05.15

120:7 That, as you can see by
120:8 these documents, Bard took a lot of time
120:9 and care trying to analyze each one of
120:10 these and understand the situations
120:11 behind them to see if there were specific
120:12 issues with the product or ways to
120:13 improve the product.

**120:16 - 120:17**    **DEFORD, John 06-02-2016 (00:00:04)**    DeFord_COMBO_0522_R05.16

120:16 but the truth is that Bard was
120:17 investigating this device

**120:18 - 120:22**    **DEFORD, John 06-02-2016 (00:00:11)**    DeFord_COMBO_0522_R05.17

120:18 and
120:19 undertook to put this entire plan into
120:20 place about this particular device with a
120:21 particular problem of migration
120:22 occurring

**121:1 - 121:3**    **DEFORD, John 06-02-2016 (00:00:09)**    DeFord_COMBO_0522_R05.18

121:1 At what point did Bard think
121:2 it was appropriate to take the device off
121:3 the market?

**121:12 - 122:6**    **DEFORD, John 06-02-2016 (00:00:35)**    DeFord_COMBO_0522_R05.19

121:12 The device is still adding
121:13 value.  It couldn't stop a massive
121:14 thrombus, just like your seatbelt
121:15 can't stop a train from hitting

| | DeFord_COMBO_0522_R05 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

121:16 you and destroying your car.  This
121:17 thing was -- these kind of events
121:18 were beyond anything that Bard or
121:19 anyone in the industry to my
121:20 knowledge knew about.
121:21 And -- and so it was being
121:22 evaluated very vigorously.  As you
121:23 can see by this documentation, we
121:24 were looking at it very closely,
122:1 very carefully, and trying to
122:2 understand every single event to
122:3 put the very best products on the
122:4 market and keep them as safe as
122:5 they possibly could be and keep
122:6 patients safe.

**129:3 - 129:5**    **DEFORD, John 06-02-2016 (00:00:04)**    DeFord_COMBO_0522_R05.20

129:3  Q. Okay.  So there were any
129:4 number of migrations -- and we could
129:5 count them all

**129:6 - 129:16**    **DEFORD, John 06-02-2016 (00:00:24)**    DeFord_COMBO_0522_R05.21

129:6 that occurred after
129:7 the original decision that if one more
129:8 happened, you all would -- Bard would put
129:9 it on hold and that didn't happen.
129:10  A. That's right.  The original
129:11 decision was, if we had another one of
129:12 these incidents during the investigation,
129:13 the product would be put on hold; but as
129:14 more information came in and the
129:15 investigation continued, that decision
129:16 was changed.

**129:23 - 130:3**    **DEFORD, John 06-02-2016 (00:00:08)**    DeFord_COMBO_0522_R05.22

129:23 I think the risk to
129:24 patients was absolutely evaluated,
130:1 but the decision was made that the
130:2 product continued to add value and
130:3 shouldn't be placed on hold.

**130:5 - 130:19**    **DEFORD, John 06-02-2016 (00:00:30)**    DeFord_COMBO_0522_R05.23

130:5  Q. Well, if the product had
130:6 been placed on hold, then you would not

| DeFord_COMBO_0522_R05 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 130:7 have had a retrievable filter on the |  |
|  | 130:8 market.  Right? |  |
|  | 130:9   A. Well, that's -- that's |  |
|  | 130:10 correct, but that -- that wasn't part of |  |
|  | 130:11 the analysis, except that clinicians |  |
|  | 130:12 wanted a device they could retrieve.  It |  |
|  | 130:13 wasn't a company decision, well, we're |  |
|  | 130:14 not going to put it on hold because we're |  |
|  | 130:15 selling a retrievable product. |  |
|  | 130:16 It was the belief and our |  |
|  | 130:17 continued belief that this product added |  |
|  | 130:18 unique, special value and patients' lives |  |
|  | 130:19 were being saved. |  |
| 133:7 - 133:10 | **DEFORD, John 06-02-2016 (00:00:06)** | DeFord_COMBO_0522_R05.24 |
|  | 133:7   Q. Part of |  |
|  | 133:8 a physician's decision to want to use a |  |
|  | 133:9 device is to know what the risk and |  |
|  | 133:10 benefits are.  Right? |  |
| 133:21 - 133:24 | **DEFORD, John 06-02-2016 (00:00:04)** | DeFord_COMBO_0522_R05.25 |
|  | 133:21 First, there |  |
|  | 133:22 was a tremendous amount of |  |
|  | 133:23 discussion with clinicians |  |
|  | 133:24 ongoing. |  |
| 134:3 - 134:23 | **DEFORD, John 06-02-2016 (00:00:37)** | DeFord_COMBO_0522_R05.26 |
|  | 134:3 This |  |
|  | 134:4 wasn't happening in a vacuum. |  |
|  | 134:5 There was a tremendous amount of |  |
|  | 134:6 discussion in the medical |  |
|  | 134:7 community about the technology, |  |
|  | 134:8 about the use, and about these |  |
|  | 134:9 cases, and about these situations. |  |
|  | 134:10 So Bard wasn't withholding |  |
|  | 134:11 this information.  Although Bard |  |
|  | 134:12 didn't in a broad way, you know, |  |
|  | 134:13 send something out, Bard was |  |
|  | 134:14 actively engaged with the FDA |  |
|  | 134:15 discussing these situations, too, |  |
|  | 134:16 and as you can see in all of this |  |
|  | 134:17 documentation that we have, there |  |
|  | 134:18 was a tremendous amount of |  |

| DeFord_COMBO_0522_R05 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

134:19 activity ongoing that involved
134:20 clinicians to evaluate the
134:21 technology, understand the
134:22 situations, and see what could be
134:23 done about it.

137:1 - 137:5   **DEFORD, John 06-02-2016 (00:00:13)**   DeFord_COMBO_0522_R05.27

137:1 own -- in Bard's own documentation.  You
137:2 know, when you talk about putting patient
137:3 safety first, one of the things that Bard
137:4 could have done at the time of the filter
137:5 migration

137:5 - 137:8   **DEFORD, John 06-02-2016 (00:00:07)**   DeFord_COMBO_0522_R05.28

137:5 in February 2004 was
137:6 place the product on hold, not wait one
137:7 more time.  Right?
137:8   A. We certainly could have.

137:14 - 137:20   **DEFORD, John 06-02-2016 (00:00:16)**   DeFord_COMBO_0522_R05.29

137:14   Q. Okay.  And if patient safety
137:15 was at the forefront of Bard's intentions
137:16 at that time, then putting the product on
137:17 hold and stepping back and ensuring that
137:18 the product was safe before it was sold
137:19 again would have been putting the patient
137:20 safety first; correct?

137:23 - 138:11   **DEFORD, John 06-02-2016 (00:00:25)**   DeFord_COMBO_0522_R05.30

137:23 THE WITNESS:  I disagree
137:24 with that in that the evaluation,
138:1 as I recall, and the discussions
138:2 that we've had around filters was
138:3 that this technology was saving
138:4 many more lives than it was unable
138:5 to save.
138:6 And by -- and if we took it
138:7 off the market and did not have
138:8 that technology available, then
138:9 that would further increase the
138:10 risk to patients versus decrease
138:11 the risk to patients.

138:13 - 139:6   **DEFORD, John 06-02-2016 (00:00:39)**   DeFord_COMBO_0522_R05.31

138:13   Q. You had another product on

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_0522_R05

138:14 the market that was just as equally
138:15 capable, if not better, shown to be
138:16 better and more capable, of helping
138:17 patients than the Recovery filter;
138:18 correct?
138:19   A. I'm not -- we certainly had
138:20 another vena cava filter on the market,
138:21 the Simon Nitinol filter, very different
138:22 technology, certainly known to prevent
138:23 pulmonary embolism death, but didn't have
138:24 all of the features and benefits of
139:1 Recovery.
139:2   Q. Okay.  I understand it
139:3 didn't have the bells and whistles of the
139:4 Recovery, but you are aware that it was a
139:5 much safer device than the Recovery
139:6 filter ended up being; correct?

**139:21 - 140:11**   **DEFORD, John 06-02-2016 (00:00:27)**   DeFord_COMBO_0522_R05.32

139:21 The Simon Nitinol filter was
139:22 used in a very different class of
139:23 patients, as we came to learn,
139:24 from the Recovery filter.  Simon
140:1 Nitinol primarily used in patients
140:2 that were -- where retrievability
140:3 wasn't a concern.
140:4 And so these were patients
140:5 that were -- terminal cancer
140:6 patients, for example, brain
140:7 cancer, has a high incidence of
140:8 thrombosis associated with it and
140:9 so trying to give patients quality
140:10 of life, other cancers, other
140:11 neoplasms.

**140:23 - 141:5**   **DEFORD, John 06-02-2016 (00:00:14)**   DeFord_COMBO_0522_R05.33

140:23 And so it's kind of trying
140:24 to compare the technologies that
141:1 were really designed for different
141:2 kind of application.  Same goal of
141:3 preventing fatal pulmonary
141:4 embolism, but used in a different

**DeFord_COMBO_0522_R05**

| Page/Line | Source | ID |
|---|---|---|

141:5 type of situation.

**141:7 - 142:5**   **DEFORD, John 06-02-2016 (00:00:37)**   DeFord_COMBO_0522_R05.34

141:7   Q. The Recovery was originally
141:8 designed for permanent placement;
141:9 correct?
141:10   A. Sure.
141:11   Q. So it was intended to be
141:12 permanent.
141:13   A. That's right, with the
141:14 retrievability option.
141:15   Q. Correct.  So the Simon
141:16 Nitinol filter was a permanent filter;
141:17 correct?
141:18   A. That's correct.
141:19   Q. So when Bard was weighing do
141:20 we take this off the market, do we keep
141:21 it on the market, and you're telling me
141:22 that Bard decided, well, we need to go
141:23 save all these patients from all these
141:24 massive pulmonary embolisms that are
142:1 killing people all over the country, you
142:2 had a device that was already doing that.
142:3 Right?  You had the Simon Nitinol filter.
142:4 Right?
142:5   A. Yes --

**142:8 - 142:9**   **DEFORD, John 06-02-2016 (00:00:01)**   DeFord_COMBO_0522_R05.35

142:8 THE WITNESS:  -- yes, we had
142:9 the Simon Nitinol filter --

**218:9 - 218:14**   **DEFORD, John 06-02-2016 (00:00:18)**   DeFord_COMBO_0522_R05.36

218:9   Q. At this point in December of
218:10 '04, are you aware of anything Bard did
218:11 to study the Recovery filter to determine
218:12 whether or not there was safety -- to
218:13 determine whether or not it was safe to
218:14 be implanted in patients?

**218:17 - 219:5**   **DEFORD, John 06-02-2016 (00:00:17)**   DeFord_COMBO_0522_R05.37

218:17 THE WITNESS:  There were a
218:18 lot of activities and we talked a
218:19 little bit about that this
218:20 morning, but there were ongoing

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_0522_R05

|  | 218:21 series of evaluations and new |  |
|  | 218:22 tests being developed and |  |
|  | 218:23 additional information and all the |  |
|  | 218:24 matrix that we talked about |  |
|  | 219:1 before. |  |
|  | 219:2 So there was a lot of |  |
|  | 219:3 analysis ongoing to better |  |
|  | 219:4 understand the technology and its |  |
|  | 219:5 use. |  |

219:7 - 220:21   **DEFORD, John 06-02-2016 (00:01:21)**    DeFord_COMBO_0522_R05.38

219:7   Q. So my question was, did Bard
219:8 undertake any studies --
219:9   A. Yes.
219:10   Q. Okay.
219:11   A. There were a host of
219:12 internal studies, bench tests.  My
219:13 recollection is, again, all of that was
219:14 ongoing.
219:15   Q. Can you point to anything
219:16 definitive that occurred, any -- any
219:17 specific testing that you're aware of
219:18 where you participated in with regard to
219:19 Recovery that would have -- that would
219:20 have -- Recovery specific -- the specific
219:21 Recovery filter we're talking about right
219:22 now that would have supported a statement
219:23 by Bard that the Recovery filter was safe
219:24 for implantation in patients?
220:1   A. Again, there was the initial
220:2 testing that was done and then ongoing
220:3 testing.  Trying to pull out a specific
220:4 test, 12 years later, I don't recall, but
220:5 I'm sure that there -- I mean, my
220:6 recollection is, there was a lot of
220:7 activity ongoing and a lot of testing and
220:8 discussion and analysis that was taking
220:9 place.
220:10   Q. There was certainly nothing
220:11 published by Bard or any of its key
220:12 opinion leaders or researchers on this

| | DeFord_COMBO_0522_R05 | |
|---|---|---|
| Page/Line | Source | ID |

220:13 issue --

220:14   A. I'm not aware that there

220:15 were publications of some of the tests

220:16 that were developed and so on.  I believe

220:17 there were presentations by clinicians.

220:18 Again, none of this was happening in a

220:19 vacuum.  There was a lot of ongoing

220:20 discussion, but I'm not aware that Bard

220:21 published anything,

**226:14 - 227:5**   **DEFORD, John 06-02-2016 (00:00:27)**   DeFord_COMBO_0522_R05.39

226:14   Q. Well, in September of 2015,

226:15 on the video we just listened to, you

226:16 stated:  They, being the IVC filters, are

226:17 implanted by physicians only after a

226:18 careful assessment of the risk and

226:19 benefits for the individual patient and

226:20 they should be removed after protection

226:21 from pulmonary embolism is no longer

226:22 needed.

226:23 Correct?

226:24   A. Correct.

227:1   Q. And that's what you said in

227:2 that video; correct?

227:3   A. Yes.

227:4   Q. Now, that is not something

227:5 that you told the doctors in -- in

**227:9 - 227:10**   **DEFORD, John 06-02-2016 (00:00:01)**   DeFord_COMBO_0522_R05.66

227:9   Q.  in the IFU.

227:10   A. No.

**227:12 - 227:14**   **DEFORD, John 06-02-2016 (00:00:06)**   DeFord_COMBO_0522_R05.40

227:12 And yet you knew in -- Bard

227:13 knew in 2004 the need for retrieving an

227:14 IVC filter.

**227:17 - 228:16**   **DEFORD, John 06-02-2016 (00:00:43)**   DeFord_COMBO_0522_R05.41

227:17 THE WITNESS:  I -- I don't

227:18 understand -- and to the extent I

227:19 understand the question, I guess

227:20 I'd say no.  IVC filters were

227:21 designed, so the Recovery was

227:22 designed to be retrievable.  We

| | DeFord_COMBO_0522_R05 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

227:23 thought and still believe that
227:24 that added significant value to
228:1 the patient with the ability to
228:2 retrieve it.
228:3 But we didn't specifically
228:4 say, you must retrieve it or you
228:5 should retrieve it, although my
228:6 belief is that that was common
228:7 knowledge:  That this is a
228:8 retrievable device.  If you don't
228:9 need it anymore, why are you
228:10 leaving it in?  It's designed
228:11 specifically so you can take it
228:12 out.
228:13 BY MS. BOSSIER:
228:14   Q. Well, it obviously wasn't
228:15 common knowledge because the rates of
228:16 retrieval were so terribly low; correct?

**228:19 - 230:4    DEFORD, John 06-02-2016 (00:00:57)**      DeFord_COMBO_0522_R05.42

228:19 THE WITNESS:  I disagree.  I
228:20 don't think it was a fact of not
228:21 being common knowledge.  I think
228:22 it was more a function of the way
228:23 these patients are treated.
228:24 So at that particular time
229:1 in history, interventional
229:2 radiologists were the primary
229:3 placers.  Interventional
229:4 radiologists don't usually track
229:5 the patient.  The patient is
229:6 referred to them for a filter
229:7 placement by a surgeon or some
229:8 other clinician, oncologist, for
229:9 example.  They place it and at
229:10 that particular time, those
229:11 patients wouldn't necessarily know
229:12 to go back to the radiologist for
229:13 retrieval.
229:14 And so it kind of got lost
229:15 in the system.  It wasn't until

| Page/Line | Source | ID |
|---|---|---|

229:16 later that better systems were
229:17 devised to track those patients to
229:18 be able to call them and get them
229:19 back and have the product
229:20 retrieved.
229:21 So I don't think it was a
229:22 matter of not common knowledge
229:23 that the products were retrievable
229:24 and could be retrieved or even
230:1 should be retrieved. It was a
230:2 matter of those patients weren't
230:3 in a pool where they could be
230:4 found to have them retrieved.

**230:9 - 230:14**   **DEFORD, John 06-02-2016 (00:00:15)**   DeFord_COMBO_0522_R05.43

230:9 Where we are right now is,
230:10 in 2004, December 2004, Bard was aware of
230:11 the risk associated with allowing a
230:12 retrievable filter to remain in dwelling
230:13 for an extended period of time, was it
230:14 not?

**230:21 - 231:17**   **DEFORD, John 06-02-2016 (00:00:40)**   DeFord_COMBO_0522_R05.44

230:21 THE WITNESS: I'd like to
230:22 say yes or no, but it's more
230:23 complicated than that in that
230:24 there was a body of evidence,
231:1 small body of evidence, suggesting
231:2 that -- that filters should be
231:3 removed. This was back in 1998.
231:4 That led to the development of
231:5 some of the retrievable devices
231:6 and so I don't think that -- at
231:7 that time, my recollection is, at
231:8 that time, there wasn't a sense
231:9 that the devices must be retrieved
231:10 or should be retrieved, but could
231:11 be retrieved.
231:12 And then clinicians
231:13 understood that this technology,
231:14 because of its retrievable nature,
231:15 was such that if the risk was no

| DeFord_COMBO_0522_R05 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

237:5 - 237:22   231:16 longer there, you could take it
231:17 out.
**DEFORD, John 06-02-2016 (00:00:44)**   DeFord_COMBO_0522_R05.45
237:5   Q. The issue of advising
237:6 physicians to monitor patients who have
237:7 been implanted with the IVC filter, that
237:8 is not a new notion to Bard, is it?
237:9   A. I mean, it's not an
237:10 immediate notion.  I mean, I think any
237:11 time a device is used, there should be
237:12 monitoring of that technology regardless
237:13 of where it's used, and so that's
237:14 independent of vena cava filter.
237:15 And, again, I would view
237:16 that as sort of common knowledge that
237:17 you'd want to watch these devices, you
237:18 know, whether it's a knee implant, a hip
237:19 implant, a stent placed anywhere in the
237:20 body, or a vena cava filter.
237:21 So the -- certainly the idea
237:22 of monitoring is not new.

237:23 - 238:4   **DEFORD, John 06-02-2016 (00:00:15)**   DeFord_COMBO_0522_R05.46
237:23   Q. And it is certainly
237:24 something that Bard could have warned
238:1 physicians about in 2004; correct?
238:2   A. We could have, that's right.
238:3 There's a lot of things that we could
238:4 have done that we didn't -- either didn't

238:5 - 238:12   **DEFORD, John 06-02-2016 (00:00:15)**   DeFord_COMBO_0522_R05.47
238:5 think it was -- you know, it was
238:6 something that was common knowledge that
238:7 we thought didn't need to be done or it
238:8 didn't cross our mind as something that
238:9 needed to be put into a document.
238:10 So I don't think it was a
238:11 matter of intentionally choosing to leave
238:12 things out.

238:23 - 239:5   **DEFORD, John 06-02-2016 (00:00:18)**   DeFord_COMBO_0522_R05.49
238:23   Q. And so it is important for a
238:24 medical device manufacturer, in fact it's

| Page/Line | Source | ID |
|---|---|---|

239:1 essential for a medical device
239:2 manufacturer, to advise a physician of
239:3 all the known risks and benefits of the
239:4 use of their device; is that correct?
239:5   A. Certainly, yes.

**239:6 - 239:12**   **DEFORD, John 06-02-2016 (00:00:24)**          DeFord_COMBO_0522_R05.50

239:6   Q. And by not -- and wouldn't a
239:7 doctor need to know the frequency and
239:8 severity of the migration issues and the
239:9 filter fracture issues that Bard knew
239:10 about in December of 2004 in order to
239:11 adequately assess the risk and benefits
239:12 for using this device on their patients?

**239:16 - 240:22**   **DEFORD, John 06-02-2016 (00:01:10)**          DeFord_COMBO_0522_R05.51

239:16 There were ongoing
239:17 clinician and public discussions in
239:18 public forums and meetings and
239:19 conferences and with doctors during this
239:20 entire time period.
239:21 So none of this was
239:22 happening in a vacuum and it's akin to,
239:23 you know, leaving a message for a family
239:24 member, there's a whole lot more
240:1 background behind that than is just in
240:2 it.
240:3 And so I think there was
240:4 knowledge of the issues that were
240:5 associated with retrievable vena cava
240:6 filters and the issues that we were
240:7 seeing here, again, with the continued
240:8 belief that these products were saving
240:9 lives, but as we got more information, we
240:10 needed to share the details of that
240:11 information here.
240:12 So I'm not sure that
240:13 specific rate information at a snapshot
240:14 in time necessarily would change their
240:15 decision-making process; and that because
240:16 there was so much discussion going on in
240:17 the medical community, this was sort of

DeFord_COMBO_0522_R05

| Page/Line | Source | ID |
|-----------|--------|-----|

DeFord_COMBO_0522_R05

240:18 the -- another level of detail coming
240:19 from the company.
240:20   Q. But it was not as detailed
240:21 of information as the company actually
240:22 had in its possession; correct?

**241:1 - 241:18**   **DEFORD, John 06-02-2016 (00:00:35)**   DeFord_COMBO_0522_R05.52

241:1 THE WITNESS:  No, it
241:2 certainly wasn't.  I mean, there's
241:3 always a decision on how much
241:4 information is appropriate and
241:5 gives the right level of detail.
241:6 You know, we could have sent
241:7 volumes and volumes of information
241:8 and all the tests and matrices and
241:9 those kind of things.
241:10 At the time, we felt, and in
241:11 conjunction with FDA -- again,
241:12 this was not happening in a
241:13 vacuum.  There were lots of
241:14 discussions with the U.S. Food and
241:15 Drug Administration to discuss the
241:16 level of detail that was to be
241:17 provided, and this was I think
241:18 informative and appropriate.

**242:23 - 244:1**   **DEFORD, John 06-02-2016 (00:00:57)**   DeFord_COMBO_0522_R05.53

242:23   Q. And then perhaps anything
242:24 they may have learned in the literature
243:1 or at different conferences or other
243:2 types of events, maybe learning events
243:3 with other colleagues; is that right?
243:4   A. Certainly.  And then the
243:5 physician panel that was pulled together
243:6 and those kind of events, which were also
243:7 -- those physicians were then
243:8 disseminating additional information to
243:9 their colleagues and so on.
243:10   Q. Tell me about the physician
243:11 panel.
243:12   A. So I don't remember the time
243:13 period, but over the course of the

| | DeFord_COMBO_0522_R05 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

243:14 discussion of the analysis of some of the
243:15 events, I recall that a physician panel
243:16 was convened to discuss the adverse
243:17 events -- all the details were provided,
243:18 is my recollection -- and get their input
243:19 on risks, benefits.
243:20 And, again, this was in my
243:21 view one of the important things that,
243:22 you know, continued to point to the value
243:23 of the technology and the importance of
243:24 continuing to keep it available to
244:1 patients.

**278:21 - 279:4**   **DEFORD, John 06-02-2016 (00:00:26)**   DeFord_COMBO_0522_R05.54

278:21   Q. When you told members of the
278:22 public in your video that your -- that
278:23 Bard's IVC filters had been -- had
278:24 undergone testing and were evaluated by
279:1 the FDA, did you intend to tell the
279:2 public that the FDA's evaluation was
279:3 somehow akin to it saying that the
279:4 devices were safe?

**279:7 - 279:19**   **DEFORD, John 06-02-2016 (00:00:25)**   DeFord_COMBO_0522_R05.55

279:7 THE WITNESS:  You know, I
279:8 think FDA does evaluate even
279:9 510(k) devices based on safety and
279:10 efficacy and the information
279:11 available, although they would
279:12 say, and it's my understanding
279:13 they would say, that safety and
279:14 efficacy are not their primary
279:15 review process in the 510(k).
279:16 But their overall function
279:17 as the Food and Drug
279:18 Administration is to ensure safe
279:19 and effective devices and drugs.

**279:21 - 279:24**   **DEFORD, John 06-02-2016 (00:00:11)**   DeFord_COMBO_0522_R05.56

279:21   Q. But don't they rely upon the
279:22 medical device manufacturer for -- for a
279:23 lot of the information that they have,
279:24 especially safety?

**DeFord_COMBO_0522_R05**

| Page/Line | Source | ID |
|---|---|---|

280:4 - 280:12    **DEFORD, John 06-02-2016 (00:00:17)**        DeFord_COMBO_0522_R05.57

280:4 THE WITNESS:  -- they rely
280:5 on the medical device manufacturer
280:6 for most all of the information,
280:7 as we're the ones who do the
280:8 development and the testing and,
280:9 by and large, have more sort of
280:10 technical knowledge of the
280:11 products and technologies than the
280:12 FDA would.

280:14 - 281:4    **DEFORD, John 06-02-2016 (00:00:32)**        DeFord_COMBO_0522_R05.58

280:14   Q. And you understand and you
280:15 would agree with me that the 510(k)
280:16 process is not an opportunity for the FDA
280:17 to evaluate a medical device for safety
280:18 or efficacy.
280:19   A. I'm not -- I don't agree
280:20 with that.  They can.  They do.  They ask
280:21 questions.  They can ask for additional
280:22 detail or clinical studies or other
280:23 information if they deem that that's
280:24 appropriate, and they also set guidance
281:1 documents and standards for testing and
281:2 evaluation for a host of medical devices,
281:3 and I believe there are guidance
281:4 documents for filters.

281:15 - 281:24    **DEFORD, John 06-02-2016 (00:00:23)**        DeFord_COMBO_0522_R05.59

281:15   Q. The
281:16 FDA's position is that when it clears a
281:17 device through the 510(k) process, it's
281:18 not saying that it -- that device is safe
281:19 or effective, is it?
281:20   A. I don't believe -- yeah, I
281:21 don't think they take the -- the strict
281:22 safety/efficacy -- I think their comment
281:23 to the public is that they -- that that's
281:24 not their primary function.

281:24 - 282:3    **DEFORD, John 06-02-2016 (00:00:06)**        DeFord_COMBO_0522_R05.60

281:24 But I do
282:1 think they would say that safety and

**DeFord_COMBO_0522_R05**

| Page/Line | Source | ID |
|---|---|---|

282:12 - 282:20

282:2 effectiveness is a part of their
282:3 evaluation process.

**DEFORD, John 06-02-2016 (00:00:23)**   DeFord_COMBO_0522_R05.61

282:12   Q. The -- part of the 510(k)
282:13 process allows a medical device
282:14 manufacturer to rely upon a predecessor
282:15 product or predicate product for
282:16 clearance of a new device if that new
282:17 device is substantially equivalent; isn't
282:18 that correct?
282:19   A. Yes, that's my
282:20 understanding.

318:18 - 318:21

**DEFORD, John 06-02-2016 (00:00:08)**   DeFord_COMBO_0522_R05.62

318:18   Q. I mean, Bard knew that it
318:19 was important to monitor devices that
318:20 were remaining in dwelling for long
318:21 periods of time, didn't it?

318:24 - 319:20

**DEFORD, John 06-02-2016 (00:00:47)**   DeFord_COMBO_0522_R05.63

318:24 THE WITNESS:  Well, first
319:1 off, I think the body of knowledge
319:2 on monitoring vena cava filters in
319:3 particular was advancing at that
319:4 particular time period because,
319:5 again, the history was, only
319:6 permanent devices usually placed
319:7 in patients where you weren't
319:8 concerned about retrieval, often
319:9 terminal patients, and so now
319:10 we're into a different class.
319:11 And so although I'd say
319:12 there was general knowledge to
319:13 monitor any implants, today, as in
319:14 2004, the body of knowledge
319:15 specific to filters was advancing
319:16 and I don't think there was the
319:17 same kind of sense or knowledge
319:18 base that we have today about the
319:19 importance of monitoring the
319:20 devices.

322:13 - 322:20

**DEFORD, John 06-02-2016 (00:00:16)**   DeFord_COMBO_0522_R05.64

| Page/Line | Source | ID |
|---|---|---|

DeFord_COMBO_0522_R05

322:13   Q. I'm showing you another
322:14 document, Dr. DeFord, that is another
322:15 health hazard evaluation and this one is
322:16 dated February 15, 2006, again from David
322:17 Ciavarella, Dr. Ciavarella, re:  G2
322:18 Inferior Vena Cava Filter migration.
322:19 Do you see that?
322:20   A. Yes.

**325:17 - 326:3**   **DEFORD, John 06-02-2016 (00:00:34)**   DeFord_COMBO_0522_R05.65

325:17   Q. Do you know whether or not
325:18 Bard ever advised physicians about this
325:19 increased risk of caudal migration?
325:20   A. I'm not aware of specific
325:21 communication directly to physicians
325:22 concerning caudal migration.  I know
325:23 there were discussions about it, and I
325:24 know again it was an ongoing discussion
326:1 in the medical community and that this
326:2 was a new or more frequent event with the
326:3 G2 than it was seen before.

PL  = 00:06:02
DEF  = 00:23:43
Both = 00:00:24
**Total Time = 00:30:09**

# Exhibit F

**Designation Run Report**

# Greer 08-11-14 Jones Trial Depo Designations V2

---

**Greer, Jason 08-11-2014**

---

**PlaintiffsDesignations  00:06:18**

**Defense Designations  00:02:13**

**Total Time  00:08:31**



| | 05_11_18 Jones Combo V2-Greer 08-11-14 Jones Trial Depo Designations V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 5:21 - 5:24 | **Greer, Jason 08-11-2014 (00:00:06)** | 05_11_18 Jones Combo V2.1 |
| | 5:21  Q. Good morning, Mr. Greer. | |
| | 5:22  A. Morning. | |
| | 5:23  Q. Have you ever given a deposition before? | |
| | 5:24  A. Yes. | |
| 22:6 - 22:11 | **Greer, Jason 08-11-2014 (00:00:31)** | 05_11_18 Jones Combo V2.2 |
| | 22:6  Q. When did you first start working for Bard? | |
| | 22:7  A. It was -- I think it was towards the end of '99. | |
| | 22:8  Q. Okay.  And when did you leave Bard? | |
| | 22:9  A. It was sometime in 2007. | |
| | 22:10  Q. Okay.  What was your first position at Bard? | |
| | 22:11  A. It was a territory manager, sales rep. | |
| 22:12 - 22:16 | **Greer, Jason 08-11-2014 (00:00:15)** | 05_11_18 Jones Combo V2.3 |
| | 22:12  Q. And was that the Lone Star territory? | |
| | 22:13  A. No.  That was my region when I was a regional sales | |
| | 22:14 manager.  My territory when I had it was Memphis.  It didn't | |
| | 22:15 really have a territory name.  It may have been called Memphis. | |
| | 22:16 I don't know. | |
| 23:7 - 23:13 | **Greer, Jason 08-11-2014 (00:00:27)** | 05_11_18 Jones Combo V2.4 |
| | 23:7  Q.  what point were you promoted to a district | |
| | 23:8 manager? | |
| | 23:9  A. It would have to be -- 2006.  Yeah.  2005 time frame. | |
| | 23:10 2004.  2004, 2005. | |
| | 23:11  Q. What I saw was very late 2004.  Does that seem | |
| | 23:12 right? | |
| | 23:13  A. That's probably right.  That makes sense. | |
| 23:23 - 24:7 | **Greer, Jason 08-11-2014 (00:00:21)** | 05_11_18 Jones Combo V2.5 |
| | 23:23  Q. While you were a district manager, your | |
| | 23:24 district was called the Lone Star State district, though, | |
| | 23:25 right? | |
| | 24:1  A. Yes. | |
| | 24:2  Q. Okay. | |
| | 24:3  A. Well, I believe it was -- yeah.  I can't remember if | |
| | 24:4 it was a period when I had Texas and part of Tennessee where we | |
| | 24:5 weren't Lone Star, and then there was a period when I just had | |
| | 24:6 Memphis and Texas, but I think it's all semantics.  I had | |
| | 24:7 Texas. | |
| 59:22 - 59:24 | **Greer, Jason 08-11-2014 (00:00:08)** | 05_11_18 Jones Combo V2.6 |
| | 59:22  Q. Now, were you ever made aware that according to | |
| | 59:23 Bard's own policy and procedure, the Recovery filter had an | |

| Page/Line | Source | ID |
|---|---|---|
| | | |

**05_11_18 Jones Combo V2-Greer 08-11-14 Jones Trial Depo Designations V2**

| | | |
|---|---|---|
| | 59:24 unacceptable risk level and required product correction? | 05_11_18 Jones Combo V2.7 |
| 60:1 - 60:5 | **Greer, Jason 08-11-2014 (00:00:22)** | |
| | 60:1   A. I was aware that, as with every product I've ever | |
| | 60:2 sold, that there are opportunities to develop and improve the | |
| | 60:3 product, especially when the rates are more in the median of | |
| | 60:4 accepted rates, that you work to improve them, and there's | |
| | 60:5 constantly engineers working on improving current products. | 05_11_18 Jones Combo V2.8 |
| 60:6 - 60:9 | **Greer, Jason 08-11-2014 (00:00:06)** | |
| | 60:6   Q.  When you were at | |
| | 60:7 Bard, were you ever made aware that the Recovery filter | |
| | 60:8 according to Bard's own policy and procedure had an | |
| | 60:9 unacceptable risk level? | 05_11_18 Jones Combo V2.9 |
| 60:11 - 60:13 | **Greer, Jason 08-11-2014 (00:00:12)** | |
| | 60:11   A. There was -- there was -- the question was raised by | |
| | 60:12 sales people when I was a sales manager, and the response of | |
| | 60:13 the company was always that the rates were acceptable. | 05_11_18 Jones Combo V2.10 |
| 115:12 - 115:18 | **Greer, Jason 08-11-2014 (00:00:28)** | |
| | 115:12 it's -- it's in defense, in the defensive position.  I don't | |
| | 115:13 know how Mark did it.  You would have to ask him.  But I can | |
| | 115:14 only tell you when I read that, I would think, in a defensive | |
| | 115:15 position, where a competitor is bringing up the subject that | |
| | 115:16 the purpose of the MAUDE database is not to bash the other | |
| | 115:17 filters, which I previously stated, but to illustrate there's | |
| | 115:18 not a perfect filter and there's ongoing reporting database. | 05_11_18 Jones Combo V2.11 |
| 145:15 - 145:15 | **Greer, Jason 08-11-2014 (00:00:02)** | GREER.1 |
| | 145:15   Q. Let's mark this as Exhibit No. 7, I believe. | 05_11_18 Jones Combo V2.12 |
| 146:5 - 147:9 | **Greer, Jason 08-11-2014 (00:01:26)** | GREER.1.1 |
| | 146:5   Q. Do you agree that this is an e-mail from you dated | |
| | 146:6 March 16, 2006, to Janet Hudnall? | |
| | 146:7   A. Yes. | |
| | 146:8   Q. Okay.  See this paragraph here I'm pointing to? | |
| | 146:9   A. (Reviews.)  Yeah. | |
| | 146:10   Q. Okay.  Can you read that e-mail to the jury, please? | |
| | 146:11   A. Sure.  "I was thinking how far we've come in a year | |
| | 146:12 as" -- | |
| | 146:13   Q. I'm sorry.  Start at the beginning, "By the way." | |
| | 146:14   A. By the way, you know what I was thinking about | GREER.1.2 |
| | 146:15 today.  I was thinking about how far we've come in a year as | |
| | 146:16 far as filter problems.  I know we are having a few problems, | |
| | 146:17 but do you freaking remember what it was like a year ago?  Do | |

| Page/Line | Source | ID |
|---|---|---|

05_11_18 Jones Combo V2-Greer 08-11-14 Jones Trial Depo Designations V2

146:18 you remember what it was like two years ago?  I don't know if
146:19 it can get any worse.  You weathered the storm as well as
146:20 anyone -- anyone could have.  If you do decide to interview
146:21 for new positions, you better document what you did because I
146:22 don't think there are many better business case studies for a
146:23 terrible situation that was held together with scotch tape,
146:24 smoke, mirrors, crying, et cetera.  You should be pretty proud
146:25 of yourself.
147:1   Q. In this e-mail you are referring to Bard's filters.
147:2 Right?
147:3   A. Yeah.
147:4   Q. And at that time, it was the Recovery filter that you
147:5 were referring to.  Correct?
147:6   A. Yes.
147:7   Q. Okay.  And you are stating that in 2004, the
147:8 situation was bad; in 2005, it was terrible.  Right?
147:9   A. That's correct.  It was -- it was rough.

**147:20 - 148:2   Greer, Jason 08-11-2014 (00:00:35)**   *05_11_18 Jones Combo V2.13*

147:20   Q. In this e-mail are you stating that
147:21 Janet Hudnall held together the Recovery filter situation in
147:22 2004 and 2005 with scotch tape, smoke, mirrors, crying,
147:23 et cetera?
147:24   A. I would say that we all take patient complications
147:25 very hard.  And then it was an incredibly emotional time where
148:1 our customers were emotional.  And holding all of that together
148:2 was -- was difficult.

**148:18 - 148:22   Greer, Jason 08-11-2014 (00:00:17)**   *05_11_18 Jones Combo V2.14*

148:18 In this e-mail, are you
148:19 stating that -- to Janet Hudnall, that in 2004 and 2005 she
148:20 held together a terrible situation regarding the Recovery
148:21 filter with scotch tape, smoke, mirrors, crying, et cetera?
148:22   A. That's what is written there, yes, sir.   *GREER.1.3*

**170:3 - 170:6   Greer, Jason 08-11-2014 (00:00:09)**   *05_11_18 Jones Combo V2.15*

170:3   Q. Do you have any reason to believe that you would have
170:4 ever warned a physician that the Recovery filter had a higher
170:5 reported failure rate than other devices?
170:6   A. No. I don't think so.

**173:7 - 173:8   Greer, Jason 08-11-2014 (00:00:05)**   *05_11_18 Jones Combo V2.16*

173:7   Q. That's Exhibit No. 12.  It was No. 13 to your
173:8 prior deposition.

| 05_11_18 Jones Combo V2-Greer 08-11-14 Jones Trial Depo Designations V2 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

174:10 - 175:9   **Greer, Jason 08-11-2014 (00:01:28)**   05_11_18 Jones Combo V2.17

174:10   Q. Do you agree that this is an e-mail from you
174:11 dated July 16, 2005 to at this point your sales
174:12 representatives working under you?
174:13   A. Yes.
174:14   Q. Okay.  And you copy Robert DeLeon and Janet Hudnall?
174:15   A. Uh-huh.
174:16   Q. In this e-mail, are you giving your salespeople
174:17 direction on how to respond if a physician is made concerned by
174:18 someone using the MAUDE data base?
174:19   A. This is an e-mail -- yes, how to deal with -- when
174:20 one of your competitors brings forward the MAUDE database,
174:21 that's correct.
174:22   Q. Look at the second-to-last bullet point on the second
174:23 page.  See where it says, If you are doing them and you are
174:24 concerned, may I suggest the safest filter on the market that
174:25 has been on the market the longest time in its current form,
175:1 dot, dot, dot, the Simon Nitinol?  You see that?
175:2   A. Uh-huh.
175:3   Q. Did you write that?
175:4   A. Yes.
175:5   Q. Okay.  Are you telling your sales force that the
175:6 Simon Nitinol filter is the safest filter on the market?
175:7   A. I'm telling them that -- I'm suggesting that the
175:8 safest filter on the market has been on the market for the
175:9 longest time in its current form is the Simon Nitinol.

176:10 - 176:11   **Greer, Jason 08-11-2014 (00:00:05)**   05_11_18 Jones Combo V2.18

176:10   Q.  In this e-mail are you stating that the Simon
176:11 Nitinol filter is the safest filter on the market at this time?

176:13 - 176:23   **Greer, Jason 08-11-2014 (00:00:36)**   05_11_18 Jones Combo V2.19

176:13   A. I'm saying if you read the -- I noticed you
176:14 highlighted this and you haven't highlighted before.  But if
176:15 you want to read this, the sentences leading up to that, it
176:16 makes it very important.  But it says, "If your doctor wants a
176:17 permanent filter, it's a fantastic permanent filter, and here's
176:18 why.  It's been on the market longer than any other filter in
176:19 its current form."
176:20   Q. Sir, where do you see "permanent filter" in that
176:21 bullet point?
176:22   A. I don't have bullet point.  I was explaining the

| Page/Line | Source | ID |
|---|---|---|
| | 05_11_18 Jones Combo V2-Greer 08-11-14 Jones Trial Depo Designations V2 | |

176:23 statement.

| | | |
|---|---|---|
| 176:24 - 177:5 | **Greer, Jason 08-11-2014 (00:00:13)** | 05_11_18 Jones Combo V2.20 |

176:24   Q. I'm asking you what is in this statement.  You said
176:25 it says "permanent filter."  It don't say "permanent filter."

177:1   A. Did you ask me what I meant or what I said?

177:2   Q. Okay.  Sir --

177:3   A. I don't -- the word "permanent," obviously isn't in
177:4 there.  I mean, do you think I'm going to say that a word is in
177:5 there that is not?

| | | |
|---|---|---|
| 177:12 - 177:23 | **Greer, Jason 08-11-2014 (00:00:28)** | 05_11_18 Jones Combo V2.21 |

177:12   Q. Are you also telling the jury that this statement is
177:13 not making the representation that the Simon Nitinol filter
177:14 will give you the greatest chance of reducing your
177:15 complications?

177:16   A. It's a permanent filter.  A permanent filter is not
177:17 for everybody.

177:18   Q. Sir, it doesn't say "permanent filter" in this bullet
177:19 point, does it?

177:20   A. Well, I didn't -- I never called the Simon Nitinol --
177:21 the Simon Nitinol permanent filter and the Recovery the
177:22 retrievable filter.  It was just referred to -- people -- it
177:23 was inferred that it was a permanent filter.

---

PlaintiffsDesignations = 00:06:18
Defense Designations = 00:02:13
**Total Time = 00:08:31**

**Documents Shown**
GREER

# Exhibit G

**Designation Run Report**

# Hudnall  11-03-13 Jones Trial Designations V3

---

**Hudnall, Janet 11-01-2013**

---

**Plaintiffs Designations  00:23:58**

**DefenseDesignations  00:03:49**

**P & D Designations  00:00:23**

**Total Time  00:28:10**



| | 05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 5:20 - 5:22 | **Hudnall, Janet 11-01-2013 (00:00:03)** | 05_16_18 Combo Jones V3.1 |
| | 5:20   Q. Could you state your full name for the | |
| | 5:21 record, please? | |
| | 5:22   A. Janet Hudnall. | |
| 17:4 - 17:20 | **Hudnall, Janet 11-01-2013 (00:00:33)** | 05_16_18 Combo Jones V3.2 |
| | 17:4   Q. when you were | |
| | 17:5 at Bard, in addition to your salary, was there any | |
| | 17:6 incentive or bonus or -- | |
| | 17:7   A. There was a bonus program. | |
| | 17:8   Q. Okay.  How did the bonus program work at | |
| | 17:9 Bard? | |
| | 17:10   A. 25 percent of the annual salary. | |
| | 17:11   Q. Based on what kind of performance? | |
| | 17:12   A. Based on -- based on meeting company or | |
| | 17:13 the divisional objectives, as well as personal | |
| | 17:14 objectives, for the year. | |
| | 17:15   Q. Okay.  And was it -- was that across the | |
| | 17:16 product line of Bard, C.R. Bard? | |
| | 17:17   A. What does that mean? | |
| | 17:18   Q. In other words, it -- it was a | |
| | 17:19 performance-based bonus, right? | |
| | 17:20   A. Performance-based bonus, yes. | |
| 21:2 - 21:4 | **Hudnall, Janet 11-01-2013 (00:00:04)** | 05_16_18 Combo Jones V3.3 |
| | 21:2   Q. When did you first become involved in any | |
| | 21:3 capacity with IVC filters? | |
| | 21:4   A. 2002. | |
| 35:1 - 35:10 | **Hudnall, Janet 11-01-2013 (00:00:31)** | 05_16_18 Combo Jones V3.4 |
| | 35:1   Q. Distinguish for me the difference between | |
| | 35:2 sales and marketing at Bard. | |
| | 35:3   A. The difference between sales and marketing | |
| | 35:4 is salespeople go out and get orders and get -- and | |
| | 35:5 actually -- actually execute the transaction to get | |
| | 35:6 the revenue. | |
| | 35:7 Marketing people set the strategy for the | |
| | 35:8 product line and are responsible for the | |
| | 35:9 commercialization of the product and transfer of | |
| | 35:10 the product to the salespeople. | |
| 35:16 - 35:19 | **Hudnall, Janet 11-01-2013 (00:00:10)** | 05_16_18 Combo Jones V3.5 |
| | 35:16   Q. You have also been described as the | |
| | 35:17 liaison between the company and its customers; is | |

| Page/Line | Source | ID |
|---|---|---|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

35:18 that a fair representation of what you did?

35:19   A. Myself among others, yes.

**36:4 - 36:7**   **Hudnall, Janet 11-01-2013 (00:00:11)**   05_16_18 Combo Jones V3.6

36:4   Q. Do you know if the sales representatives

36:5 or the sales managers were incentivized by reaching

36:6 particular sales volumes or quotas?

36:7   A. Yes, yes.

**36:8 - 36:9**   **Hudnall, Janet 11-01-2013 (00:00:01)**   05_16_18 Combo Jones V3.81

36:8   Q. Do you know how that worked?

36:9   A. No.

**36:10 - 36:11**   **Hudnall, Janet 11-01-2013 (00:00:04)**   05_16_18 Combo Jones V3.82

36:10   Q. It was based on a quota or a volume?

36:11   A. Probably.  That's how it usually works.

**44:14 - 44:15**   **Hudnall, Janet 11-01-2013 (00:00:03)**   05_16_18 Combo Jones V3.7

44:14   Q. Do you know what a 510 application is?

44:15   A. A 510(k)?

**44:18 - 45:9**   **Hudnall, Janet 11-01-2013 (00:00:31)**   05_16_18 Combo Jones V3.8

44:18   Q. Yeah, 510(k) application is?

44:19   A. Yes.

44:20   Q. What is it?

44:21   A. It's a premarket authorization to

44:22 commercialize a device based on the fact that it's

44:23 substantially equivalent to a device that's already

44:24 on the market.

44:25   Q. And -- and what did you -- what did you

45:1 understand substantial equivalence to mean?

45:2   A. Substantial equivalence means that it's

45:3 not any worse than the device that's out there

45:4 previously.

45:5   Q. In other words, that it's -- it's -- when

45:6 you say "not any worse," it's at least as safe --

45:7   A. Correct.

45:8   Q. -- and at least as effective, right?

45:9   A. Right.

**53:12 - 53:20**   **Hudnall, Janet 11-01-2013 (00:00:24)**   05_16_18 Combo Jones V3.9

53:12   Q. And as a marketing person, didn't

53:13 you learn somewhere along the line that the

53:14 benefit/risk decisions about using a medical device

53:15 or any product with -- with a patient is that

53:16 within the exclusive province of the physician and

| Page/Line | Source | ID |
|-----------|--------|-----|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

53:17 the patient?

53:18  A. You're right.  You're right about that.

53:19 And it's the company's responsibility to give them

53:20 the information required to make that assessment.

**54:3 - 54:8**   **Hudnall, Janet 11-01-2013 (00:00:18)**   05_16_18 Combo Jones V3.10

54:3 well, first of all, before I move on to that, the

54:4 reason doctors have to know the risks and the

54:5 benefits of a product is so that they can make

54:6 informed decisions about a variety of therapeutic

54:7 options they may have for a patient, correct?

54:8  A. Correct.

**55:16 - 56:8**   **Hudnall, Janet 11-01-2013 (00:00:34)**   05_16_18 Combo Jones V3.11

55:16  Q. Well, for example, I mean, you -- you have

55:17 a sales force to go out and -- and discuss fair --

55:18 in a fair, balanced way the benefits and risks of

55:19 products, right, while you were at Bard?

55:20  A. Yes.

55:21  Q. And you know what fair balance means?

55:22  A. Yes.

55:23  Q. That means you can't go in and just talk

55:24 about all the wonderful things the product can do,

55:25 right?

56:1  A. Yes.

56:2  Q. You have to talk about what some of the

56:3 downside risks are, right?

56:4  A. Yes.

56:5  Q. And sometimes, that you have to expose

56:6 risks that are -- that may even put you at a

56:7 disadvantage with a competitor?

56:8  A. Sure.

**56:15 - 56:23**   **Hudnall, Janet 11-01-2013 (00:00:20)**   05_16_18 Combo Jones V3.12

56:15  Q. Well, in other words, you shouldn't hold

56:16 back information you have about risks just to

56:17 maintain a competitive advantage over someone when

56:18 you know that's the kind of risk a physician needs

56:19 to know for him to do a benefit risk analysis?

56:20  A. Sure.  Of course not.

56:21  Q. And the message needs to be honest at all

56:22 times?

56:23  A. Yes.

| Page/Line | Source | ID |
|---|---|---|

**56:24 - 57:12**  **Hudnall, Janet 11-01-2013 (00:00:44)**  <span style="font-size:6px">05_16_18 Combo Jones V3.13</span>

56:24   Q. And part of your position as a marketing
56:25 person at Bard, in addition to you knowing what
57:1 type of things a physician might like about a
57:2 product for purposes of using it, it was your job
57:3 to also understand what are some of the things
57:4 physicians would like to know about relative risks
57:5 and the severity and frequency of risks to
57:6 determine whether or not to use the product, right?
57:7   A. Yes.
57:8   Q. And in a competitive market, it would be
57:9 wrong to downplay your risks against a competitor
57:10 when you had -- if you had information that your
57:11 risks were actually greater than the competitor;
57:12 would you agree with that?

**57:14 - 57:16**  **Hudnall, Janet 11-01-2013 (00:00:06)**  <span style="font-size:6px">05_16_18 Combo Jones V3.14</span>

57:14 THE WITNESS:  If we had information that
57:15 the risks that -- if the risks were actually
57:16 greater, yes, it would be wrong.

**67:9 - 67:13**  **Hudnall, Janet 11-01-2013 (00:00:24)**  <span style="font-size:6px">05_16_18 Combo Jones V3.15</span>

67:9   Q. And by the way, has Bard ever done a study
67:10 that you know of that established that you can
67:11 safely remove a Recovery or G2 filter after a year?
67:12   A. That specific endpoint?  No.  You have to
67:13 leave it open.

**91:2 - 91:4**  **Hudnall, Janet 11-01-2013 (00:00:06)**  <span style="font-size:6px">05_16_18 Combo Jones V3.16</span>

91:2   Q. BY MR. LOPEZ:  Okay.  I have marked this
91:3 as Exhibit 20, which was Exhibit 15 to the
91:4 deposition that you gave three years ago.

**92:17 - 92:18**  **Hudnall, Janet 11-01-2013 (00:00:02)**  <span style="font-size:6px">05_16_18 Combo Jones V3.17</span>

92:17   Q. Have you seen this document recently?
92:18   A. Yes.

**93:9 - 93:10**  **Hudnall, Janet 11-01-2013 (00:00:02)**  <span style="font-size:6px">05_16_18 Combo Jones V3.18</span>

93:9   Q. Who prepared this document, do you know?
93:10   A. I did.

**94:5 - 94:12**  **Hudnall, Janet 11-01-2013 (00:00:22)**  <span style="font-size:6px">05_16_18 Combo Jones V3.19</span>

94:5   Q. And then here, this -- this was on the --
94:6 Page 2 of 16, there's a section called "Market
94:7 Customer/Device."
94:8 Do you see that?

| Page/Line | Source | ID |
|---|---|---|

94:9   A. Yes.

94:10   Q. What's the purpose of that section?

94:11   A. Description of the market landscape,

94:12 what's going on in the market.

**94:13 - 94:19**   **Hudnall, Janet 11-01-2013 (00:00:12)**   05_16_18 Combo Jones V3.20

94:13   Q. Was Recovery already on the market at this

94:14 time?

94:15   A. No.

94:16   Q. Even -- even -- not even in a permanent?

94:17   A. I don't believe so.  Each project is

94:18 supposed to get a product opportunity appraisal

94:19 done at the very beginning.

**94:20 - 95:24**   **Hudnall, Janet 11-01-2013 (00:01:13)**   05_16_18 Combo Jones V3.21

94:20   Q. what is this figure up here in

94:21 the upper left-hand corner, 25-point?

94:22   A. Net present value.

94:23   Q. But what is that?  What is net present

94:24 value?

94:25   A. I am going to show -- I am going to be

95:1 embarrassed, an MBA -- MBA who can't really

95:2 describe what NPV is.  The net present value of the

95:3 project as it stands today.

95:4   Q. Was that, like, a forecast?  Is that

95:5 another way --

95:6   A. It's -- it's a -- it's a combination of

95:7 the revenues as well as the costs.  So it's sort of

95:8 what the -- the project is worth to us today.

95:9   Q. So are you looking at this from the

95:10 standpoint of if -- you know, if we do -- if we do

95:11 launch this, that it has the potential of doing

95:12 that -- those types of numbers annually?

95:13   A. Yes, yes.

95:14   Q. Okay.  And then this is the budget.

95:15 You -- you must have done an analysis of what it

95:16 would cost to -- what, to get it through the 510(k)

95:17 process?

95:18   A. That is done -- that is done by R&D, but

95:19 yes.

95:20   Q. Okay.  And then it describes the market,

95:21 right, market description?  And then you knew here

| Page/Line | Source | ID |
|---|---|---|
| | 95:22 that the current US IVC filter market was | |
| | 95:23 $114 million, right? | |
| | 95:24   A. Yes. | |
| 99:1 - 100:5 | **Hudnall, Janet 11-01-2013 (00:01:28)** | 05_16_18 Combo Jones V3.22 |
| | 99:1   Q. And it talks about, see here, it says, | |
| | 99:2 "Bard's Simon Nitinol filter has maintained its | HUDNALL.20.4.1 |
| | 99:3 market share position at 11 to 12 percent"? | |
| | 99:4   A. Yes. | |
| | 99:5   Q. So in other words, even though some of | |
| | 99:6 these other products were coming on the market and | |
| | 99:7 affecting the sales of Greenfield, the Simon | |
| | 99:8 Nitinol filter seemed to be maintaining its market | |
| | 99:9 share? | |
| | 99:10   A. Yes. | |
| | 99:11   Q. And then you wrote, "However, we will need | HUDNALL.20.4.2 |
| | 99:12 to introduce a new device with clear advantages in | |
| | 99:13 order to maintain and grow our IVC market business | |
| | 99:14 moving forward."  You wrote that? | |
| | 99:15   A. Yes, I did. | |
| | 99:16   Q. And what did you mean by that? | |
| | 99:17   A. Just what it says. | |
| | 99:18   Q. In other words, if you wanted to capture | clear |
| | 99:19 more than 11 or 12 percent of the market share in | |
| | 99:20 the IVC filter arena, you'd have to come up with a | |
| | 99:21 new device? | |
| | 99:22   A. New device, yes. | |
| | 99:23   Q. With clear advantages? | |
| | 99:24   A. Yes. | |
| | 99:25   Q. And what -- what do you mean by | |
| | 100:1 "advantages"? | |
| | 100:2   A. Advantages -- advantages, it's hard to | |
| | 100:3 explain things that are so basic.  "Advantages" | |
| | 100:4 meaning lower profile, retrievable, just next | |
| | 100:5 generation devices. | |
| 100:14 - 100:23 | **Hudnall, Janet 11-01-2013 (00:00:15)** | 05_16_18 Combo Jones V3.23 |
| | 100:14   Q. By the way, what does "lower profile" | |
| | 100:15 mean? | |
| | 100:16   A. It's smaller in diameter. | |
| | 100:17   Q. Smaller in diameter? | |
| | 100:18   A. Yes. | |

| Page/Line | Source | ID |
|-----------|--------|-----|

100:19   Q. Why would -- why would that be an
100:20 advantage?
100:21   A. Because you want a smaller entry site so
100:22 that you have a smaller wound in your -- in your
100:23 skin.

**101:4 - 101:9**   **Hudnall, Janet 11-01-2013 (00:00:13)**

05_16_18 Combo Jones V3.34

HUDNALL20.4.6

101:4   Q. And then you wrote, "Users can be swayed
101:5 by ease of use, low profile, and aggressive
101:6 marketing, even in the absence of solid clinical
101:7 history and in spite of documented negative
101:8 clinical experiences"?
101:9   A. Yes.

**101:10 - 101:22**   **Hudnall, Janet 11-01-2013 (00:00:42)**

05_16_18 Combo Jones V3.35

clear

101:10   Q. And how did you learn that?
101:11   A. Through the Cordis TrapEASE experience.
101:12   Q. And so if you were to -- to develop a
101:13 product that was -- had -- was ease of use -- or
101:14 that was easy to use and had a low profile that you
101:15 just talked about, and even if it had documented
101:16 negative clinical experiences, aggressive marketing
101:17 could still make that a successful product?
101:18   A. What I was talking about here is that
101:19 these are the market conditions I am describing.
101:20 This is not a plan of action here.  These are the
101:21 market conditions.  So users can be swayed.  They
101:22 have been swayed.

**108:2 - 108:8**   **Hudnall, Janet 11-01-2013 (00:00:23)**

05_16_18 Combo Jones V3.36

108:2   Q.  as a marketer and the person in charge
108:3 of marketing the Recovery and the G2 -- the G2 and
108:4 the Recovery line of products until you left, it
108:5 would be wrong and unethical to, if you had a
108:6 negative clinical experience with those devices, to
108:7 just use aggressive marketing to continue to sell
108:8 them, right?

**108:10 - 108:11**   **Hudnall, Janet 11-01-2013 (00:00:07)**

05_16_18 Combo Jones V3.37

108:10 THE WITNESS:  It would be wrong if we were
108:11 providing a lot of risks without any benefits, yes.

**108:13 - 108:17**   **Hudnall, Janet 11-01-2013 (00:00:11)**

05_16_18 Combo Jones V3.38

108:13 If there was documented
108:14 negative clinical experience, for you to ignore

| Page/Line | Source | ID |
|---|---|---|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

108:15 that and just use aggressive marketing to --
108:16   A. To ignore it would be wrong.
108:17   Q. Okay.  And to continue to sell it?

**108:19 - 108:22   Hudnall, Janet 11-01-2013 (00:00:07)**          05_16_18 Combo Jones V3.29

108:19 THE WITNESS:  To ignore it would be wrong.
108:20   Q. BY MR. LOPEZ:  And to not maybe share that
108:21 with physicians would be wrong, too, correct?
108:22   A. Yes.

**108:23 - 109:2   Hudnall, Janet 11-01-2013 (00:00:18)**          05_16_18 Combo Jones V3.30

108:23   Q. And out of this, we have also on Page 6 of          HUDNALL.20.8.1
108:24 10, these are -- this -- well, why don't you
108:25 describe what this is?
109:1   A. Just a projection of how much you think
109:2 you can sell.

**109:16 - 109:25   Hudnall, Janet 11-01-2013 (00:00:17)**          05_16_18 Combo Jones V3.31

109:16   Q. You thought you could grow          HUDNALL.20.8.2
109:17 from 3 percent to 25 percent --
109:18   A. Yes.
109:19   Q. -- market share, and that the units could
109:20 go from 3,000 in the first year to 41,000 in year
109:21 five, right?
109:22   A. Yes.
109:23   Q. In fact, you did -- actually did better          clear
109:24 than that, didn't you?
109:25   A. Great.  I don't know.  I don't know.

**115:4 - 115:9   Hudnall, Janet 11-01-2013 (00:00:13)**          05_16_18 Combo Jones V3.32

115:4   Q. So you prepared the
115:5 document, you signed -- you sent it off to these
115:6 folks, and the people signed off on it, meaning
115:7 what?
115:8   A. Signing off means they have reviewed it
115:9 and approved it, or agree with it.

**115:24 - 116:1   Hudnall, Janet 11-01-2013 (00:00:05)**          05_16_18 Combo Jones V3.33

115:24   Q. And how were you involved in preparing for
115:25 the launch?
116:1   A. I -- I was the architect of the launch.

**120:25 - 121:14   Hudnall, Janet 11-01-2013 (00:00:28)**          05_16_18 Combo Jones V3.34

120:25 And there's other things that could
121:1 happen, with the vena cava being where it's
121:2 located, if this device isn't built as robustly and

| Page/Line | Source | ID |
|---|---|---|

121:3 as safely as possible, are there not?

121:4   A. Like what?

121:5   Q. Well, I don't know.  You -- you don't

121:6 know?

121:7   A. You must have some sort of an answer in

121:8 mind when you're asking a question.

121:9   Q. Well, I was hoping you would -- you would

121:10 know what those are.

121:11   A. Well, why don't you -- why don't you tell

121:12 me, and I'll give you yes or no answers.

121:13   Q. You'd rather do it that way?

121:14   A. Yeah.

**127:11 - 127:19    Hudnall, Janet 11-01-2013 (00:00:14)**   05_16_18 Combo Jones V3.35

127:11   Q. As a marketer --

127:12   A. Yes.

127:13   Q. -- of a pharmaceutical or medical device?

127:14   A. Don't know anything about pharmaceuticals.

127:15   Q. Of a medical device, you need to know what

127:16 fair balance means, don't you?

127:17   A. I do.

127:18   Q. And you -- and just give me your

127:19 description of fair balance?

**127:21 - 127:22    Hudnall, Janet 11-01-2013 (00:00:02)**   05_16_18 Combo Jones V3.36

127:21 THE WITNESS:  I -- why do I need to give

127:22 that to you?

**129:6 - 129:9    Hudnall, Janet 11-01-2013 (00:00:09)**   05_16_18 Combo Jones V3.37

129:6   Q. BY MR. LOPEZ:  My question is:  What does

129:7 "fair balance" mean to you when it comes to

129:8 marketing a medical device?  You don't know?

129:9   A. You -- I guess I don't.  I guess I don't.

**136:13 - 136:20    Hudnall, Janet 11-01-2013 (00:00:27)**   05_16_18 Combo Jones V3.38

136:13   Q. Did you ever receive any data during the

136:14 entire time that the Recovery was on the market

136:15 which revealed any statistics about how many -- of

136:16 how many patients were saved from a pulmonary

136:17 embolism going to their heart by having a Recovery

136:18 filter in them, any statistics?

136:19   A. That's theoretically the same number of

136:20 units that -- that were implanted.

**138:9 - 138:24    Hudnall, Janet 11-01-2013 (00:00:28)**   05_16_18 Combo Jones V3.39

| Page/Line | Source | ID |
|-----------|--------|-----|

138:9 You wouldn't be able to give a number for
138:10 that, would you?
138:11   A. Nobody can, and we certainly couldn't.
138:12   Q. What do you mean "nobody can"?
138:13   A. How would you know that?
138:14   Q. Well, I don't know.  I mean, how would
138:15 you -- you tell me.
138:16   A. Nobody can know that.
138:17   Q. How could --
138:18   A. Unless you -- unless you take every
138:19 patient who has ever had a filter placed and you
138:20 put realtime imaging on them, 24 hours a day, every
138:21 single day, and see what's going on with any kind
138:22 of thrombus that's forming in their legs and their
138:23 hips and you see and you visualize it, there's no
138:24 way to know that.

**139:19 - 139:23**   **Hudnall, Janet 11-01-2013 (00:00:16)**   05_16_18 Combo Jones V3.40

139:19 that's not what I'm asking.  I am asking you just
139:20 pure data.  There's no data that exists that shows
139:21 that in a Recovery filter, there was a thrombus
139:22 that was stopped by a Recovery or G2 filter from
139:23 going beyond the filter?

**139:25 - 140:6**   **Hudnall, Janet 11-01-2013 (00:00:08)**   05_16_18 Combo Jones V3.41

139:25   Q. BY MR. LOPEZ:  Right?
140:1   A. No one -- no one else, either.
140:2   Q. So is the answer am I right?
140:3   A. Are you right?
140:4   Q. Yeah.
140:5   A. If you need to hear that, yes, you are
140:6 right.

**143:4 - 143:7**   **Hudnall, Janet 11-01-2013 (00:00:11)**   05_16_18 Combo Jones V3.42
                                                                                      _1_HUDNALL21.1.1

143:4   Q. Caval trapping and caval patency; that was
143:5 a feature that you were selling as a benefit of the
143:6 product?
143:7   A. Yes.

**143:8 - 143:21**   **Hudnall, Janet 11-01-2013 (00:00:42)**   05_16_18 Combo Jones V3.83
                                                                                       HUDNALL21.1.4

143:8   Q. what's the significance of
143:9 self-centering?
143:10   A. So the device is a conical device that has
143:11 a single layer coming in from the below.  Just

| Page/Line | Source | ID |
|---|---|---|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

143:12 because of the mechanical forces, it has to tilt.
143:13 Because this device had a delivery system that had
143:14 some specific features on it, had a better chance
143:15 of deploying in a centered manner upon deployment.
143:16  Q. And -- and centering is important because
143:17 tilting could cause some problems in a filter,
143:18 right?
143:19  A. I think they later found out -- well,
143:20 theoretically, yes.  A -- a single-level filter
143:21 which tilts could potentially have issues.

clear

**154:8 - 154:10**   **Hudnall, Janet 11-01-2013 (00:00:03)**

05_16_18 Combo Jones V3-43

_1_HUDNALL22.1.1

154:8  Q. Then the next one is Exhibit 22.
154:9 (Reporter marked Exhibit No. 22 for
154:10 identification.)

**154:18 - 155:19**   **Hudnall, Janet 11-01-2013 (00:01:11)**

05_16_18 Combo Jones V3-44

154:18  Q. what
154:19 would you call this piece?
154:20  A. It's the same thing.  It's a screen shot
154:21 of a web page.
154:22  Q. Okay.  And again, this would contain the
154:23 same information that you would have in a brochure
154:24 that you would leave with a doctor or what you
154:25 would put in a journal?

clear

155:1  A. The journal wouldn't contain this much
155:2 information, but yes, it would be in a brochure.
155:3  Q. Okay.  So this is the -- by the way, the
155:4 G2 is just the next -- they call it a G2 because
155:5 it's the next generation of Recovery, correct?
155:6  A. Correct.
155:7  Q. And according to this marketing piece, one
155:8 of the advantages -- some of the advantages of the
155:9 G2 were increased migration resistance, improved
155:10 centering, and enhanced fracture resistance.

HUDNALL22.1.2

155:11  A. Yes.
155:12  Q. Compared to what?
155:13  A. Compared to the previous generation.
155:14  Q. Okay.  And again, you have this comment
155:15 about secure fixation?

_1_HUDNALL22.1.1

155:16  A. Yes.
155:17  Q. And was it true that the G2 was designed

clear

| Page/Line | Source | ID |
|---|---|---|
| | 155:18 because of issues with migration resistance, | |
| | 155:19 centering issues, and some fractures? | |
| 155:21 - 156:1 | **Hudnall, Janet 11-01-2013 (00:00:09)** | 05_16_18 Combo Jones V3.45 |
| | 155:21 THE WITNESS:  It's an improvement to the | |
| | 155:22 previous device, yes. | |
| | 155:23   Q. BY MR. LOPEZ:  But it was designed | |
| | 155:24 specifically because of migration resistance | |
| | 155:25 issues, centering issues, and fracture issues with | |
| | 156:1 the recovery? | |
| 156:3 - 156:5 | **Hudnall, Janet 11-01-2013 (00:00:03)** | 05_16_18 Combo Jones V3.46 |
| | 156:3 THE WITNESS:  Because of? | |
| | 156:4   Q. BY MR. LOPEZ:  Yeah. | |
| | 156:5   A. Yeah, you could call it that. | |
| 156:9 - 156:13 | **Hudnall, Janet 11-01-2013 (00:00:22)** | 05_16_18 Combo Jones V3.47 |
| | 156:9 Then the next document is -- I am going to | |
| | 156:10 give you this as one big document, although it | _1_HUDNALL23.1 |
| | 156:11 appears to be more than one document, but they are | |
| | 156:12 consecutively Bates stamped, and this is going to | |
| | 156:13 be -- am I on 23? | |
| 157:13 - 157:18 | **Hudnall, Janet 11-01-2013 (00:00:17)** | 05_16_18 Combo Jones V3.48 |
| | 157:13   Q. And however, the messages are -- with | HUDNALL23.1.2 |
| | 157:14 respect to migration resistance, improved | |
| | 157:15 centering, and fracture resistance are the same, | |
| | 157:16 right? | |
| | 157:17 Do you see that? | |
| | 157:18   A. Yes. | |
| 166:6 - 166:11 | **Hudnall, Janet 11-01-2013 (00:00:11)** | 05_16_18 Combo Jones V3.49 |
| | 166:6   Q. If it did not have increased migration | |
| | 166:7 resistance when compared to your competitive | clear |
| | 166:8 products and you had data to suggest that, would | |
| | 166:9 that be misleading? | |
| | 166:10   A. If we had data to suggest that it would be | |
| | 166:11 misleading, yes. | |
| 166:12 - 166:14 | **Hudnall, Janet 11-01-2013 (00:00:07)** | 05_16_18 Combo Jones V3.50 |
| | 166:12   Q. So if the G2 was cleared for | |
| | 166:13 retrievability indication in January of 2008, | |
| | 166:14 this -- this is -- this would be your piece, right? | |
| 166:17 - 166:17 | **Hudnall, Janet 11-01-2013 (00:00:01)** | 05_16_18 Combo Jones V3.51 |
| | 166:17 THE WITNESS:  Yes. | |
| 178:4 - 178:5 | **Hudnall, Janet 11-01-2013 (00:00:02)** | 05_16_18 Combo Jones V3.52 |

| Page/Line | Source | ID |
|---|---|---|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

178:4 MR. LOPEZ:  What number are we on, please?

178:5 THE REPORTER:  24.

**178:9 - 178:19    Hudnall, Janet 11-01-2013 (00:00:36)**    05_16_18 Combo Jones V3.53

178:9   Q. BY MR. LOPEZ:  This is a February 27,    HUDNALL 24RAUCH.1.1

178:10 2004, email from David Rauch to Janet Hudnall.  Did

178:11 you see this before the deposition?

178:12   A. Yes.

178:13   Q. Who is David Rauch?    HUDNALL 24RAUCH.1

178:14   A. He, I think, at the time was a -- he used

178:15 to be a sales rep.  I think at the time he was --

178:16 was a sales trainer.    HUDNALL 24RAUCH.1.2

178:17   Q. And then this was -- the subject here is

178:18 "Case for caval centering"?

178:19   A. Uh-huh.

**179:1 - 180:15    Hudnall, Janet 11-01-2013 (00:01:22)**    05_16_18 Combo Jones V3.54

179:1 He's commenting on a training piece.

179:2 Would that be one of your training pieces, right?

179:3   A. Maybe.

179:4   Q. "Having said that, however, I must    HUDNALL 24RAUCH.1.3

179:5 strongly caution against emphasizing Recovery's

179:6 ability to center in the cava to the point where it

179:7 is the focus of product positioning."

179:8   A. Uh-huh.

179:9   Q. "We knew very little about long-term

179:10 clinical performance of this" -- "of this device

179:11 when we launched it.  After a year of

179:12 commercialization, there are still many questions

179:13 that need to be answered."

179:14   A. Uh-huh.

179:15   Q. "One thing that we do know, however, is

179:16 that Recovery does not always stay centered in the

179:17 cava."

179:18   A. Uh-huh.

179:19   Q. Right?

179:20   A. Yep.

179:21   Q. And that even says here at the bottom, "I    HUDNALL 24RAUCH.1.4

179:22 think for a piece like this, it's critical to

179:23 clearly reference the entire body of the text so

179:24 that the reader can differentiate between what is

179:25 documented in the literature and what is

| Page/Line | Source | ID |
|---|---|---|

180:1 anecdotal/opinion."

180:2   A. Uh-huh.

180:3   Q. And then you answered -- I'm sorry,

180:4 then -- that was -- no, actually, that was from you

180:5 to David?

180:6   A. Right.

180:7   Q. And then you wrote back to David, "Thank

180:8 you for your valuable feedback.  You are right.

180:9 Now that we have more experience with Recovery, the

180:10 positioning and tilt resistance should probably be

180:11 downplayed."

180:12   A. Uh-huh.

180:13   Q. You saw this before the deposition; you

180:14 knew I was going to probably ask you questions

180:15 about this, right?

**180:17 - 180:17**   **Hudnall, Janet 11-01-2013 (00:00:01)**

180:17 THE WITNESS:  Possibly.

**181:24 - 182:7**   **Hudnall, Janet 11-01-2013 (00:00:23)**

181:24   Q. Okay.  "Should probably be played down."

181:25 So if -- if a doctor were to ask Mr. Rauch, or

182:1 anybody, including you, "Tell me about the tilt

182:2 resistance of your product," was your instruction

182:3 to play that down?

182:4   A. No.

182:5   Q. Okay.  What was your instruction?

182:6   A. I don't remember what my instruction would

182:7 have been.

**184:2 - 184:17**   **Hudnall, Janet 11-01-2013 (00:00:29)**

184:2 You're

184:3 saying to Dave, that, in fact, physicians will

184:4 often find that it's tilted quite a bit when they

184:5 go to retrieve it, even though it seemed perfectly

184:6 centered upon deployment, right?

184:7   A. Okay.

184:8   Q. How did you know that?

184:9   A. I guess we -- I guess people were calling

184:10 and saying that that's what they saw when they went

184:11 in to retrieve it.

184:12   Q. And "quite a bit" means what to you?

184:13   A. "Quite a bit" is -- I don't know.  At the

Plaintiffs Designations    DefenseDesignations    P & D Designations

| Page/Line | Source | ID |
|---|---|---|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

184:14 time --
184:15   Q. More than you expected?
184:16 (Speaking simultaneously.)
184:17 THE WITNESS:  Yeah, sure.

**185:10 - 185:24   Hudnall, Janet 11-01-2013 (00:00:41)**          *05_16_18 Combo Jones V3.58*
185:10   Q. The question is:  What did you mean when
185:11 you said that if you sell the device solely on this
185:12 feature, it could set the sales rep up for some
185:13 uncomfortable situations in the long run?
185:14   A. Oh, sure.  Okay.  Okay.  So we have had
185:15 some people say that when they go in to retrieve
185:16 it, it looks tilted.  So if -- apparently, Dave
185:17 created this document that talks all about how it
185:18 stays centered or it is centered, whatever it was,
185:19 and it was full of opinions, it sounds like.  Okay?
185:20 So if a sales rep were to go in and sell based on
185:21 that approach, then he's going to have the hard
185:22 time passing the red-face test later on when the
185:23 physician goes in to retrieve it and it looks
185:24 tilted, because he's made these promises.

**186:18 - 187:2   Hudnall, Janet 11-01-2013 (00:00:29)**          *05_16_18 Combo Jones V3.59*
186:18   Q. If, in fact, you had an unexpected number
186:19 of tilting of this device, even after properly was
186:20 deployed and centering, and you knew that tilting
186:21 led to other evils with respect to the device,
186:22 including migration, perforation, and fracture,
186:23 isn't that something that doctors ought to know?
186:24   A. I did not know that at the time.
186:25   Q. But isn't that something that doctors
187:1 ought to know?
187:2   A. Sure, sure.

**187:10 - 187:14   Hudnall, Janet 11-01-2013 (00:00:08)**          *05_16_18 Combo Jones V3.60*
187:10   Q. BY MR. LOPEZ:  No one told you that?  No
187:11 one told you that tilting --
187:12   A. I don't have to be told things to know,
187:13 first of all, but no, we never concluded that it
187:14 leads to these evils.

**273:3 - 274:4   Hudnall, Janet 11-01-2013 (00:01:03)**          *05_16_18 Combo Jones V3.62*
                                                                      *HUDNALL.20.3.1*
273:3   Q. And there's a question here, "What is the
273:4 migration rate for Recovery?"

| Page/Line | Source | ID |
|---|---|---|

05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3

273:5   A. Okay.

273:6   Q. Was that a question?  Why is that question

273:7 there?  Because you anticipate those line of

273:8 questions from the marketplace?

273:9   A. Probably.

273:10   Q. And your answer was, "It is very difficult

273:11 to determine actual rates because it is impossible

273:12 to know the exact number of filters implanted, not

273:13 only for Recovery, but for all commercially

273:14 available filters," right?

273:15   A. That's true.

273:16   Q. "The only way to come close to comparing

273:17 apples to apples is to review the number of

273:18 reported incidents to the FDA MAUDE database,"

273:19 right?

273:20   A. Okay.

273:21   Q. I asked you earlier about this.  You're

273:22 saying here that the only thing that the world has

273:23 available to get any idea about how devices compare

273:24 to each other from the standpoint of risk and

273:25 complications is the MAUDE database?

274:1   A. Okay.

274:2   Q. Okay.  That's what you're saying in this

274:3 memo, best you got, right?

274:4   A. I guess so.

**296:9 - 296:19**   **Hudnall, Janet 11-01-2013 (00:00:25)**

296:9 Let's look at the next one:  "Is Recovery

296:10 a safe device?"  And you told them to answer it

296:11 this way:  "The Recovery filter was rigorously

296:12 tested for all physical performance -- performance

296:13 characteristics according to our established tested

296:14 methods and protocols.  For all performance

296:15 criteria, the Recovery performed as well as or

296:16 better than the Simon Nitinol filter, the predicate

296:17 device."

296:18 That's what you wanted them to tell

296:19 people, right?

**296:21 - 297:7**   **Hudnall, Janet 11-01-2013 (00:00:22)**

296:21 THE WITNESS:  That was the truth.

296:22   Q. BY MR. LOPEZ:  Okay.  Now, "As for

| 05_16_18 Combo Jones V3-Hudnall  11-03-13 Jones Trial Designations V3 |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |

296:23 migration resistance, we first determined the
296:24 pressure graded," and you went on to talk about
296:25 what you did to determine migration resistance,
297:1 correct?
297:2   A. Uh-huh.
297:3   Q. Is that right?
297:4   A. Yes.
297:5   Q. So you wanted the world to believe that
297:6 the Simon Nitinol -- the Recovery filter actually
297:7 performed better than the Simon Nitinol filter?

HUDNALL29.4

**297:9 - 297:18   Hudnall, Janet 11-01-2013 (00:00:23)**

05_16_18 Combo Jones V3.65

clear

297:9   Q. BY MR. LOPEZ:  Effectiveness and safety?
297:10   A. I wanted the world to know exactly what it
297:11 says here.
297:12   Q. Okay.  But isn't the takeaway message from
297:13 whatever is said there to the listener, this
297:14 product is outperforming the Simon Nitinol filter
297:15 from a safety and efficacy standpoint?  You don't
297:16 think that's --
297:17   A. The takeaway message is exactly what's
297:18 written.

**297:19 - 298:11   Hudnall, Janet 11-01-2013 (00:00:38)**

05_16_18 Combo Jones V3.66

HUDNALL29.4.4

297:19   Q. Well, I am asking you as a marketer when
297:20 you say that these things, that the Recovery
297:21 performed as well or better than the Simon Nitinol
297:22 filter, aren't you telling the world that the
297:23 Recovery filter is safer and more effective than
297:24 the Simon Nitinol filter?
297:25   A. No.
298:1   Q. You don't think so?
298:2   A. No.  I wrote it.
298:3   Q. I know, but this is meant --
298:4   A. This is at face value.  Take this at face
298:5 value.
298:6   Q. I am not going to take it at face value.
298:7 I am asking you as a marketer, isn't your message:
298:8 Our Recovery filter is safer and more effective
298:9 than the Simon Nitinol filter?
298:10   A. I was asking the reader to take this at
298:11 face value.

| Page/Line | Source | ID |
|---|---|---|

316:9 - 316:16   **Hudnall, Janet 11-01-2013 (00:00:24)**   05_16_18 Combo Jones V3.67

316:9   Q. If you look at it compared to the Simon
316:10 Nitinol filter, at least from a percentage-basis,
316:11 there's almost a 20 -- what is that -- almost a
316:12 2500 percent increase in migrations between the
316:13 Recovery and the Simon Nitinol filter?
316:14   A. Okay.
316:15   Q. Do you agree with me?
316:16   A. I agree with you on that.

316:19 - 317:9   **Hudnall, Janet 11-01-2013 (00:00:28)**   05_16_18 Combo Jones V3.68

316:19   Q. BY MR. LOPEZ:  Do you think that's
316:20 equivalent?
316:21   A. I have to go back to risk/benefit.
316:22   Q. I am asking you from just a pure
316:23 standpoint of that being --
316:24   A. Just looking at numbers, no, it is not
316:25 comparable.
317:1   Q. Just looking at it from pure safety
317:2 standpoint?
317:3   A. Looking at purely these numbers, no.
317:4   Q. From a pure safety standpoint?
317:5   A. Looking at a pure numbers standpoint, it
317:6 looks like they are not comparable.
317:7   Q. It looks like the Recovery from a
317:8 migration standpoint is more dangerous than the
317:9 Simon Nitinol filter?

317:11 - 317:13   **Hudnall, Janet 11-01-2013 (00:00:05)**   05_16_18 Combo Jones V3.69

317:11 THE WITNESS:  Looking at these numbers,
317:12 purely at these numbers, I am not going to make
317:13 judgment, they are not comparable.

358:5 - 358:15   **Hudnall, Janet 11-01-2013 (00:00:34)**   05_16_18 Combo Jones V3.70

358:5   Q. You were asked at some
358:6 point in time to deal with another FAQ regarding
358:7 the G2 filter, and one of the questions was what
358:8 other databases are out there to track medical
358:9 device-related injuries, and you recall that your
358:10 answer was unfortunately MAUDE is the only source
358:11 of this type of information?
358:12   A. Yes.
358:13   Q. It was the best information the company

| Page/Line | Source | ID |
|---|---|---|

<table>
<tr><td></td><td>358:14 had?</td><td></td></tr>
<tr><td></td><td>358:15   A. It's the only information.</td><td></td></tr>
<tr><td>359:9 - 359:13</td><td>**Hudnall, Janet 11-01-2013 (00:00:25)**</td><td>05_16_18 Combo Jones V3.71</td></tr>
<tr><td></td><td>359:9   Q. And the number of migrations significantly</td><td></td></tr>
<tr><td></td><td>359:10 different, not comparable, not the same, .13</td><td></td></tr>
<tr><td></td><td>359:11 percent migration versus the Simon Nitinol filter,</td><td></td></tr>
<tr><td></td><td>359:12 I don't know, what's that about 15,000 percent</td><td></td></tr>
<tr><td>359:16 - 360:8</td><td>359:13 different?</td><td></td></tr>
<tr><td></td><td>**Hudnall, Janet 11-01-2013 (00:00:43)**</td><td>05_16_18 Combo Jones V3.72</td></tr>
<tr><td></td><td>359:16   Q. BY MR. LOPEZ:  Isn't that just a dramatic</td><td></td></tr>
<tr><td></td><td>359:17 difference when you compare the Recovery to the</td><td></td></tr>
<tr><td></td><td>359:18 Simon Nitinol filter?</td><td></td></tr>
<tr><td></td><td>359:19</td><td></td></tr>
<tr><td></td><td>359:20   Q. BY MR. LOPEZ:  When it comes to migration?</td><td></td></tr>
<tr><td></td><td>359:21   A. Based on that information, yes.</td><td></td></tr>
<tr><td></td><td>359:22   Q. This is based on information from actual</td><td></td></tr>
<tr><td></td><td>359:23 data that the company had?</td><td></td></tr>
<tr><td></td><td>359:24   A. Based on actual data the company had, yes.</td><td></td></tr>
<tr><td></td><td>359:25   Q. And filter embolization, that means the</td><td></td></tr>
<tr><td></td><td>360:1 filter is going somewhere distant to another part</td><td></td></tr>
<tr><td></td><td>360:2 of the body, right?</td><td></td></tr>
<tr><td></td><td>360:3   A. Okay.</td><td></td></tr>
<tr><td></td><td>360:4   Q. Look at the difference between the</td><td></td></tr>
<tr><td></td><td>360:5 Recovery filter and the Simon Nitinol filter for</td><td></td></tr>
<tr><td></td><td>360:6 embolizations.</td><td></td></tr>
<tr><td></td><td>360:7   A. Is there a question there?</td><td></td></tr>
<tr><td>360:10 - 360:12</td><td>360:8   Q. Isn't that a dramatic difference?</td><td></td></tr>
<tr><td></td><td>**Hudnall, Janet 11-01-2013 (00:00:05)**</td><td>05_16_18 Combo Jones V3.73</td></tr>
<tr><td></td><td>360:10 THE WITNESS:  Yes.</td><td></td></tr>
<tr><td></td><td>360:11   Q. BY MR. LOPEZ:  That's like 4,000 percent</td><td></td></tr>
<tr><td>360:14 - 360:14</td><td>360:12 difference?</td><td></td></tr>
<tr><td></td><td>**Hudnall, Janet 11-01-2013 (00:00:00)**</td><td>05_16_18 Combo Jones V3.74</td></tr>
<tr><td></td><td>360:14 THE WITNESS:  Okay.</td><td></td></tr>
<tr><td>361:8 - 361:11</td><td>**Hudnall, Janet 11-01-2013 (00:00:10)**</td><td>05_16_18 Combo Jones V3.75</td></tr>
<tr><td></td><td>361:8 The</td><td></td></tr>
<tr><td></td><td>361:9 differences in these significant complications that</td><td></td></tr>
<tr><td></td><td>361:10 could lead to death are dramatic?</td><td></td></tr>
<tr><td></td><td>361:11   A. Okay.</td><td></td></tr>
<tr><td>361:13 - 361:13</td><td>**Hudnall, Janet 11-01-2013 (00:00:00)**</td><td>05_16_18 Combo Jones V3.76</td></tr>
<tr><td></td><td>361:13   Q. BY MR. LOPEZ:  Would you agree with me,</td><td></td></tr>
</table>

| Page/Line | Source | ID |
|---|---|---|
| 361:17 - 361:22 | **Hudnall, Janet 11-01-2013 (00:00:10)**<br>361:17 THE WITNESS:  They are higher, yes.<br>361:18   Q. BY MR. LOPEZ:  If you had to choose<br>361:19 between "comparable" or "dramatic," which word<br>361:20 would you use?<br>361:21   A. I wouldn't use either.  I would say it is<br>361:22 higher. | 05_16_18 Combo Jones V3.77 |
| 380:3 - 380:7 | **Hudnall, Janet 11-01-2013 (00:00:12)**<br>380:3   Q. Well, but we knew -- we<br>380:4 know that there was -- with respect to the G2 was<br>380:5 being designed to have a greater adherence and<br>380:6 attachment to the cava wall?<br>380:7   A. And still allow retrievability, yes. | 05_16_18 Combo Jones V3.78 |
| 380:11 - 380:16 | **Hudnall, Janet 11-01-2013 (00:00:09)**<br>380:11   Q.  But to still allow retrievability<br>380:12 but still have the same protection against<br>380:13 migration that a permanent device would have?<br>380:14   A. Yes, yes.<br>380:15   Q. And the reason that this thing was<br>380:16 migrating | 05_16_18 Combo Jones V3.79 |
| 380:16 - 380:20 | **Hudnall, Janet 11-01-2013 (00:00:13)**<br>380:16 is because the<br>380:17 Recovery did, in fact, quote, have a weak<br>380:18 attachment, end quote, that didn't allow it to stop<br>380:19 thrombi from dislodging it and sending it to the<br>380:20 heart, true? | 05_16_18 Combo Jones V3.84<br><br>HUDNALL 34  236_BPV.1.5<br><br>clear |
| 380:22 - 380:23 | **Hudnall, Janet 11-01-2013 (00:00:04)**<br>380:22 THE WITNESS:  Very, very simplified, yeah,<br>380:23 I guess it is true.  I don't know. | 05_16_18 Combo Jones V3.80 |

Plaintiffs Designations = 00:23:58

DefenseDesignations = 00:03:49

P & D Designations = 00:00:23

**Total Time = 00:28:10**

**Documents Shown**
_1_HUDNALL21
_1_HUDNALL22
_1_HUDNALL23

| Page/Line | Source | ID |
|---|---|---|

HUDNALL 34  236_BPV
HUDNALL20
HUDNALL21
HUDNALL22
HUDNALL23
HUDNALL29
HUNDNALL 24RAUCH

# Exhibit H

**Designation Run Report**

# Little_COMBO_0522_R09

---

**Little, William 07-27-2016**

---

**PL   00:05:32**

**DEF   00:15:46**

**Both   00:01:00**

**Total Time  00:22:18**



| Little_COMBO_0522_R09-Little_COMBO_0522_R09 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 10:7 - 10:9 | **Little, William 07-27-2016 (00:00:07)** | Little_COMBO_0522_R09.1 |
| | 10:7   Q. All right.  It's my understanding that you have | |
| | 10:8 been in the medical device industry since April | |
| | 10:9 of 2001? | |
| 10:12 - 10:12 | **Little, William 07-27-2016 (00:00:04)** | Little_COMBO_0522_R09.2 |
| | 10:12   A. I started long before that, approximately 1995. | |
| 20:21 - 20:22 | **Little, William 07-27-2016 (00:00:03)** | Little_COMBO_0522_R09.3 |
| | 20:21   Q. Tell us quickly from your perspective what an | |
| | 20:22 IVC filter is. | |
| 21:11 - 21:14 | **Little, William 07-27-2016 (00:00:08)** | Little_COMBO_0522_R09.4 |
| | 21:11 So these devices are designed to be put in | |
| | 21:12 place to prevent those blood clots from | |
| | 21:13 ultimately causing tremendous harm to these | |
| | 21:14 patients. | |
| 48:10 - 49:8 | **Little, William 07-27-2016 (00:00:51)** | Little_COMBO_0522_R09.5 |
| | 48:10   Q. If there was a fracture of the filter that | |
| | 48:11 traveled to the heart and perforated through her | |
| | 48:12 heart, that would be a significant clinical | |
| | 48:13 event? | |
| | 48:14   A. Did -- was she injured by it?  Did she -- I just | |
| | 48:15 don't remember the outcome. | |
| | 48:16   Q. You don't recall that she required emergency | |
| | 48:17 open-heart surgery to correct the problem? | |
| | 48:18   A. I don't, but I'll take your word for it. | |
| | 48:19   Q. Okay. | |
| | 48:20   A. And that would be a significant event. | |
| | 48:21   Q. Okay. | |
| | 48:22   A. If somebody had to undergo emergency open-heart | |
| | 48:23 surgery, yeah, that's a significant adverse | |
| | 48:24 event.  And those things happen.  And, again, | |
| | 48:25 they're bad when they happen. | |
| | 49:1 So yes, I would certainly characterize if | |
| | 49:2 somebody had to have emergent surgery as a | |
| | 49:3 significant adverse event, and so would the FDA. | |
| | 49:4   Q. And I think you commented a little while ago | |
| | 49:5 that filters -- these filters are not supposed | |
| | 49:6 to break apart? | |
| | 49:7   A. Right.  That's not what they're designed to do, | |
| | 49:8 no. | |
| 55:9 - 56:9 | **Little, William 07-27-2016 (00:01:12)** | Little_COMBO_0522_R09.6 |

PL          DEF          Both

| Page/Line | Source | ID |
|---|---|---|

Little_COMBO_0522_R09-Little_COMBO_0522_R09

55:9   Q. With respect to IVC filters and
55:10 during the three years that you were with Bard,
55:11 would you agree that it was absolutely mandatory
55:12 that Bard be transparent in their dealings with
55:13 doctors and provide not only good information
55:14 about their IVC filter line but also the bad
55:15 information?
55:16   A. Yeah.  So when you start saying absolutely
55:17 mandatory, what our clinicians want is
55:18 actionable information that's appropriate.
55:19 So we tried to avoid information overload;
55:20 but generally, yeah, we're trying to give them
55:21 appropriate balanced information about the risks
55:22 and benefits of our devices in an appropriate
55:23 context so that they can make informed decisions
55:24 about their patients.
55:25 So I'm careful about absolute statements
56:1 because, you know, generally those tend to
56:2 overstate, but generally, yeah, we're trying to
56:3 provide fair and balanced information about
56:4 risks and benefits of our devices and that goes
56:5 back to FDA guidance.
56:6   Q. Setting aside FDA guidelines, do you understand
56:7 that to be an obligation of Bard; that is, to
56:8 provide good and bad information about its IVC
56:9 filter line in its dealings with doctors?

**56:13 - 56:18**  **Little, William 07-27-2016 (00:00:16)**  Little_COMBO_0522_R09.7

56:13 communication, the -- you know, the instructions
56:14 for use.  It's also, you know, as marketing guy,
56:15 we had our own internal policies that talked
56:16 about, you know, fair balance, and that we have
56:17 appropriate backup for whatever claims, you
56:18 know, we would make.

**57:4 - 57:25**  **Little, William 07-27-2016 (00:00:59)**  Little_COMBO_0522_R09.8

57:4   Q. Why is it important to give a doctor not only
57:5 the good information about an IVC filter, but
57:6 also the bad information?
57:7   A. Well, I think it's important that you provide
57:8 appropriate balance in what we give clinicians.
57:9 And with any device, there are risks and

| Page/Line | Source | ID |
|---|---|---|

57:10 benefits.
57:11 It's important because, A, the FDA mandates
57:12 it and, B, it's the right thing to do.
57:13 And giving clinicians appropriate
57:14 information about risks and benefits of devices
57:15 helps them take better care of patients and
57:16 ultimately helps us sell more stuff.
57:17 If we over the long-run provide good
57:18 information and we are trustworthy, that helps
57:19 the long-term growth of the company.  And if we
57:20 take something shortsighted or unbalanced, you
57:21 know, that short little peak that you may have
57:22 ultimately comes back to -- to harm the overall
57:23 company.
57:24 So it's doing the right thing over time was
57:25 kind of what we tried to do.

**64:16 - 65:1**   **Little, William 07-27-2016 (00:00:29)**   Little_COMBO_0522_R09.9

64:16   Q. Do you agree that a company like Bard should not
64:17 put profits for the sales of its IVC filters
64:18 over patient safety?
64:19   A. I do agree with that.
64:20   Q. All right.
64:21   A. Patient safety is paramount to what we do and
64:22 they go hand in hand.  And if you make devices
64:23 that aren't safe, profits ultimately go away.
64:24 And the way for us to be successful was to focus
64:25 on continuous improvement, put the patient
65:1 first.  And we really did that.

**144:13 - 145:8**   **Little, William 07-27-2016 (00:00:52)**   Little_COMBO_0522_R09.10

144:13   Q. All right.  As part of your work at Bard --
144:14   A. Mm-hmm (affirmative).
144:15   Q. -- did you gain a general understanding of how
144:16 the vena cava works; that is, the dynamics of
144:17 the vena cava?
144:18   A. Generally.  I mean, I know that they're
144:19 pulsatile, that they're dynamic, that they
144:20 stretch and move.  And I learn generally by
144:21 reading the occasional clinical article or
144:22 hearing from clinicians or even from our own
144:23 bench testing.  So I would say generally, yes,

| Page/Line | Source | ID |
|---|---|---|

144:24 but I wouldn't consider myself an expert.

144:25   Q. And what bench testing data do you recall

145:1 reviewing that addressed the issue of vena caval

145:2 dynamics?

145:3   A. I recall that we had seen maybe some imaging

145:4 testing where we saw how the vena cava is

145:5 dynamic and that it moved.  I couldn't point you

145:6 specifically to what that was, but I do remember

145:7 that.  It's five or six years ago, but I

145:8 remember something about that.

**145:9 - 145:25**   **Little, William 07-27-2016 (00:00:40)**    Little_COMBO_0522_R09.11

145:9   Q. Was that something that was learned, I guess, in

145:10 2008 after you joined Bard?

145:11   A. I don't know if it was -- I learned it after

145:12 2008.  I don't know when we learned it.  I

145:13 suspect we did.  But I don't know for sure when

145:14 that was originally learned.

145:15   Q. Do you have a firsthand understanding of how

145:16 Bard accounted for vena caval dynamics in its

145:17 bench testing?

145:18   A. I don't.

145:19   Q. You would agree, though, it would be important

145:20 to account for vena caval dynamics in bench

145:21 testing?

145:22   A. Yeah.  I think that if we were aware of

145:23 something about dynamics, then that would be a

145:24 design input that could be important to

145:25 designing a filter.

**146:1 - 146:14**   **Little, William 07-27-2016 (00:00:35)**    Little_COMBO_0522_R09.12

146:1   Q. Well, when designing a filter, doesn't it make,

146:2 you know, common sense that you have to have an

146:3 understanding of your environment of use when

146:4 designing and conducting bench testing on a

146:5 medical device like an IVC filter?

146:6   A. So you do the best you can, right?  We have

146:7 incomplete information.  The more we can get

146:8 the, better.  And, you know, a lot of this as

146:9 we're going, we're learning alongside our

146:10 clinicians and the FDA.

146:11 So, yes, it's important that we know what

| Page/Line | Source | ID |
|---|---|---|

146:12 we can know but with the limitation that we
146:13 can't know everything and it's a continuous
146:14 improvement-type process.

**157:5 - 157:8**   **Little, William 07-27-2016 (00:00:14)**   Little_COMBO_0522_R09:13

157:5   Q. All right.  Go ahead and review that document
157:6 and tell me whether it identifies warnings or
157:7 concerns or references, filter tilt, filter
157:8 migration, or filter fracture?

**157:10 - 157:10**   **Little, William 07-27-2016 (00:00:02)**   Little_COMBO_0522_R09:14

157:10 I don't see any of that in here.

**160:6 - 160:13**   **Little, William 07-27-2016 (00:00:18)**   Little_COMBO_0522_R09:16

160:6   Q. All right.
160:7   A. We would need broader information.  Certainly a
160:8 clinician, you know, as part of their
160:9 discussions with patients would absolutely be
160:10 required to discuss the risks and benefits of
160:11 any procedure.  And this is one important part,
160:12 but this is not in isolation the complete story
160:13 for a patient.

**160:18 - 161:2**   **Little, William 07-27-2016 (00:00:30)**   Little_COMBO_0522_R09:17

160:18   Q. My question is:  Looking at this language in the
160:19 document prepared by Bard to be provided to a
160:20 patient, it does not tell the complete truth
160:21 with respect to removability of the G2 filter?
160:22   A. I wouldn't say that.  I wouldn't say that it
160:23 doesn't tell the complete truth.  I mean,
160:24 certainly, devices can be removed.  You can
160:25 remove them one way or another, whether it is
161:1 through retrieval cone, through surgical option,
161:2 through a snare.

**167:22 - 168:5**   **Little, William 07-27-2016 (00:00:21)**   Little_COMBO_0522_R09:18

167:22   Q. And these documents are given to patients so
167:23 that they can read them and they can then be
167:24 prepared to ask questions, correct?
167:25   A. Certainly they're given to the patients for a
168:1 lot of reasons.  And then their discussion with
168:2 the clinician is part of it.  And we always talk
168:3 about clinicians having discussions with
168:4 patients about risks and benefits of both
168:5 implant or any procedure that they go under.

| Page/Line | Source | ID |
|---|---|---|

**Little_COMBO_0522_R09-Little_COMBO_0522_R09**

| Page/Line | Source | ID |
|---|---|---|

**170:8 - 170:13** — **Little, William 07-27-2016 (00:00:12)**    Little_COMBO_0522_R09.19

170:8 They should get discussions with
170:9 clinicians, and they should have access to
170:10 additional information beyond this.
170:11 Hopefully, this is helpful.  But this would
170:12 not be the lone piece of information a patient
170:13 should get.

**187:3 - 187:7** — **Little, William 07-27-2016 (00:00:22)**    Little_COMBO_0522_R09.20

187:3   Q. All right.  The next exhibit, this is the
187:4 document that appears to have been sent to you
187:5 from Filter Marketing.  It's dated April 27,
187:6 2010.  Do you see that?
187:7   A. Yeah.

**187:18 - 187:24** — **Little, William 07-27-2016 (00:00:17)**    Little_COMBO_0522_R09.21

187:18   Q. Eclipse Anchors, do you have a recollection of
187:19 what those were?
187:20   A. So Eclipse was a product line.  And then
187:21 Anchors, you know, this was probably a project
187:22 name of the Eclipse filter that we were going to
187:23 put anchors on.  And it looks like a naming
187:24 document of, How should we brand this.

**187:25 - 188:11** — **Little, William 07-27-2016 (00:00:29)**    Little_COMBO_0522_R09.22

187:25   Q. And what we know is that as of April 27, 2010,
188:1 Bard had this concept of Eclipse Anchors;
188:2 correct?
188:3   A. Again, I don't recall this document, so I don't
188:4 know.
188:5   Q. All right.
188:6   A. Oh, "proposed named, Denali."  Okay.  So that
188:7 became Denali.
188:8 Now it's tracking when I see on page 2, I
188:9 see Denali, which, we did have a project that we
188:10 ultimately called Denali.  So that makes more
188:11 sense now.

**188:12 - 188:15** — **Little, William 07-27-2016 (00:00:09)**    Little_COMBO_0522_R09.23

188:12   Q. But the concept, the technology of Eclipse
188:13 Anchors, is being discussed as of April 27,
188:14 2010?
188:15   A. Yes.

**188:16 - 188:25** — **Little, William 07-27-2016 (00:00:26)**    Little_COMBO_0522_R09.24

| Little_COMBO_0522_R09-Little_COMBO_0522_R09 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

188:16   Q. And there's a heading in this
188:17 document titled "Value Proposition."  What is a
188:18 "value proposition"?
188:19   A. So a value proposition is how we describe the
188:20 essential benefits of a device to a given
188:21 audience.  And it can vary, so you can have a
188:22 value proposition for a patient, for a
188:23 clinician, for a payer, for a nurse.  The value
188:24 propositions can vary.  But it is, you know,
188:25 what is it that's valuable about this.

189:1 - 189:6    **Little, William 07-27-2016 (00:00:15)**    <span style="font-size:smaller">Little_COMBO_0522_R09.25</span>

189:1   Q. And this first sentence states "The Eclipse
189:2 Anchor filter will retain the advantages of G2,
189:3 G2X, Eclipse, including the retrievable
189:4 indication while improving caudal migration
189:5 resistance."
189:6   A. Yep.

189:7 - 189:20    **Little, William 07-27-2016 (00:00:30)**    <span style="font-size:smaller">Little_COMBO_0522_R09.26</span>

189:7   Q. What was the problem with caudal migration
189:8 resistance that related to the G2, G2X, and
189:9 Eclipse?
189:10   A. Well, I don't know that I would describe it as a
189:11 problem, but the device -- what you're trying to
189:12 improve upon is any movement, right?  And in the
189:13 spirit of continuous improvement we just showed
189:14 in the previous document, that, at least in the
189:15 EVEREST study, there was some caudal migration
189:16 of filters moving down.
189:17 So in the spirit of, Okay, let's try to
189:18 make that better, well, then, you make design
189:19 improvements that would reduce the likelihood of
189:20 that happening.  So that's how I take it.

189:21 - 190:11    **Little, William 07-27-2016 (00:00:39)**    <span style="font-size:smaller">Little_COMBO_0522_R09.27</span>

189:21   Q. Well, referring back to Exhibit 2002, which was
189:22 the G2 filter brochure --
189:23   A. Yeah.
189:24   Q. -- it discusses increased migration resistance.
189:25   A. Yep.
190:1   Q. All right.  So there appears to be a problem
190:2 with the G2 filter based on this document?

| Page/Line | Source | ID |
|---|---|---|

190:3   A. So things can migrate two different ways.  You
190:4 can migrate cranial towards the head or caudally
190:5 towards the feet.  So as I recall, caudal
190:6 migration was fairly new, and we hadn't seen a
190:7 lot of that.  And I think that's what drove the
190:8 desire for, okay, let's improve caudal
190:9 migration, too.
190:10 That's how I recall this.  But, again, it's
190:11 been a little while.

**190:12 - 191:6    Little, William 07-27-2016 (00:00:41)**    Little_COMBO_0522_R09.28

190:12   Q. Well, if G2 was first cleared in 2005, we're now
190:13 in 2010, why is it taking so long to correct
190:14 this migration issue?
190:15   A. Well, I don't know that "correcting" is the
190:16 right term.  And it takes a long time to develop
190:17 medical devices.  There's R&D work.  There's
190:18 bench work.  There's design work.
190:19 And nothing happens overnight.  We all wish
190:20 it would happen faster, but iterations take time
190:21 to improve devices.  It just takes a while.
190:22 MR. LOPEZ:  I think the question
190:23 was why five years.
190:24 THE WITNESS:  Yeah.  I don't know.
190:25 I don't know.  But that doesn't seem that
191:1 unusual to me.  I mean, typically, we'll
191:2 have five-year product life cycle cadences
191:3 where you'll look and say, Here's our
191:4 pipeline of products.
191:5 Or, like, when we do a strategic
191:6 plan, it's typically a five-year plan.

**194:7 - 194:14    Little, William 07-27-2016 (00:00:15)**    Little_COMBO_0522_R09.29

194:7   Q. All right.  And so you're referring to Exhibit
194:8 2004 would be potentially a source of
194:9 information that a sales representative could
194:10 give the medical community about caudal
194:11 migration?
194:12   A. I don't know that it was approved for
194:13 internal-external use.  You'd have to be careful
194:14 with that so --

**200:5 - 200:10    Little, William 07-27-2016 (00:00:10)**    Little_COMBO_0522_R09.31

| Page/Line | Source | ID |
|---|---|---|

Little_COMBO_0522_R09-Little_COMBO_0522_R09

200:5   Q. All right.
200:6 How is it that improving caudal migration
200:7 resistance should reduce tilt, fracture,
200:8 and penetration?
200:9   A. That's why I'm not sure I believe it.  I'm not
200:10 sure that it does.

**200:17 - 200:23**   **Little, William 07-27-2016 (00:00:20)**   Little_COMBO_0522_R09.32

200:17   Q. Have you learned or did you become aware that
200:18 when a filter caudally migrates, it tends to
200:19 tilt; that, in turn, leads to fracture -- I'm
200:20 sorry -- that, in turn, leads to penetration;
200:21 which can, in turn, lead to fracture?
200:22   A. I don't doubt that that's true.  But I'm not
200:23 expert enough to know that.

**200:24 - 201:4**   **Little, William 07-27-2016 (00:00:15)**   Little_COMBO_0522_R09.33

200:24   Q. All right.  But, obviously, somebody was
200:25 concerned about caudal migration as it relates
201:1 to tilt, fracture, and penetration?
201:2   A. Yeah.  And this was likely written by a
201:3 marketing team member, not necessarily one of
201:4 the clinicians or R&D guys.

**202:11 - 203:7**   **Little, William 07-27-2016 (00:00:50)**   Little_COMBO_0522_R09.35

202:11   Q. What is it about improved stability that is
202:12 being referenced here?
202:13   A. Yeah.  I mean, to oversimplify it, so if you're
202:14 a clinician and I went to you and said, Okay,
202:15 Doctor, do you want the filter that's stable or
202:16 the filter that's unstable?  Generally, they
202:17 would say, Well, if everything else were equal,
202:18 I'll take the one that's stable.
202:19 And that oversimplifies it, but yeah.
202:20   Q. Well, let me oversimplify it as well.
202:21   A. Yeah.
202:22   Q. We can agree that stability of the filter is the
202:23 foundation for a safe and effective filter?
202:24   A. Oh, I'm not sure of that, no.  I disagree.
202:25 The foundation of "effective" is how well
203:1 does it block clot.  That is the foundation.
203:2   Q. All right.  Tell me where my disconnect is.
203:3   A. So if you had a filter that didn't move at all

| Page/Line | Source | ID |
|---|---|---|

Little_COMBO_0522_R09-Little_COMBO_0522_R09

203:4 and didn't block a clot at all, that would be
203:5 bad.
203:6 And if you had one that moved a little bit
203:7 but blocked all the clots, that would be better.

**205:3 - 205:15**   **Little, William 07-27-2016 (00:00:36)**   Little_COMBO_0522_R09.36

205:3   Q. And as of April of 2010, what baggage existed
205:4 with the G2, the G2X, and the Eclipse filters?
205:5   A. Well, so a lot of this was probably related to
205:6 the filter law website.  Look, that was a lot of
205:7 baggage we had to deal with.  It was really hard
205:8 for us to deal with.
205:9 We had that.  We also had competitors
205:10 pointing at the MAUDE database, which by its
205:11 very nature you can't use it to compare rates.
205:12 But that's what they were doing, and the
205:13 realty is we had to deal with that.  And if you
205:14 want to call that "baggage," that was baggage.
205:15 We had to deal with.

clear
Little_COMBO_0522_R09.38

**207:25 - 208:14**   **Little, William 07-27-2016 (00:00:37)**

207:25   Q. And you understand that the reason for
208:1 electropolishing was to improve the fracture
208:2 resistance of the filters?
208:3   A. We thought that.  We thought that it would
208:4 reduce surface imperfections, which could
208:5 potentially lead to fractures.  And I don't know
208:6 that that ever played out that way.  But at the
208:7 time that was the thinking.
208:8   Q. All right.  Do you know what the results were
208:9 with respect to electropolishing as of the time
208:10 you left Bard?
208:11   A. I don't.  I don't know.  I don't recall.
208:12   Q. All right.
208:13   A. We electropolished it, but I don't know if that
208:14 translated into changes in fracture rates.

**208:16 - 208:24**   **Little, William 07-27-2016 (00:00:19)**   Little_COMBO_0522_R09.39

208:16   Q. The next sentence:  "The change in brand name
208:17 and codes was to create a break with the baggage
208:18 associated with the previous versions despite
208:19 the fact that the new iteration was the same as
208:20 G2X in every way but one."

| Page/Line | Source | ID |
|---|---|---|

208:21 Did I read that correctly?
208:22   A. Mm-hmm (affirmative).
208:23   Q. Yes?
208:24   A. Yes.

**208:25 - 209:2**   **Little, William 07-27-2016 (00:00:06)**   Little_COMBO_0522_R09.40

208:25   Q. All right.  And it doesn't tell us what the
209:1 baggage is that that is referring to, does it?
209:2   A. No.

**209:3 - 209:14**   **Little, William 07-27-2016 (00:00:35)**   Little_COMBO_0522_R09.41

209:3   Q. And what they're saying is, We're
209:4 going to change the name of this filter and
209:5 we're going to disassociate ourselves with the
209:6 baggage even though it's the same filter other
209:7 than the fact that it's been electropolished?
209:8   A. Well, and as we talked about before, that
209:9 baggage, I think a lot of that was unjust,
209:10 unfair baggage.  I mean, if we looked at what
209:11 came with filter law and what came with our
209:12 competitors out there, so having something that
209:13 could potentially improve upon any kind of
209:14 fracture rates is a good thing.

**210:4 - 210:6**   **Little, William 07-27-2016 (00:00:06)**   Little_COMBO_0522_R09.42

210:4   Q. Yeah.  And baggage can be the perception of this
210:5 filter in the eyes of doctors, correct?
210:6   A. Yeah, it could have been.

**229:18 - 229:19**   **Little, William 07-27-2016 (00:00:05)**   Little_COMBO_0522_R09.43

229:18   Q. All right.  So she's identifying that as an
229:19 enemy of Bard?

**229:22 - 230:10**   **Little, William 07-27-2016 (00:00:27)**   Little_COMBO_0522_R09.44

229:22 We could talk about this all day.  I mean,
229:23 this to me is -- this is -- so reinforces the
229:24 culture of we've got this cross-functional team
229:25 that's out here taking an honest assessment of
230:1 ourselves, saying, "Hey, we have to make sure we
230:2 don't have processes that get in the way.  We've
230:3 got to build robust products.  We have to
230:4 develop evidence.  We have to do all these right
230:5 things.
230:6 There is a culture of do the right thing
230:7 here.  And this is a pretty good document that

| Page/Line | Source | ID |
|---|---|---|

Little_COMBO_0522_R09-Little_COMBO_0522_R09

230:8 says that.  And, you know, what's so
230:9 interesting, when I look at the bottom one,
230:10 which isn't highlighted --

**359:1 - 359:2** · **Little, William 07-27-2016 (00:00:04)**   *Little_COMBO_0522_R09.45*

359:1   Q. Take a look at Exhibit 2009.
359:2   A. Okay.

**359:20 - 360:9** · **Little, William 07-27-2016 (00:00:37)**   *Little_COMBO_0522_R09.46*

359:20   Q. And how is it that you, as vice president of
359:21 global marketing, would have been tasked with
359:22 the preparation of this document?
359:23   A. So it looks like this is a communication
359:24 document, and part of our role in marketing is
359:25 to work on communication.  I mean, we talk about
360:1 talking points; what are we going to say?
360:2 People are going to ask us and say, "Okay, what
360:3 do you know about this?"
360:4 And what we try to do is get them the facts
360:5 and, you know, stick to what we know to be true.
360:6 And so we write that down, and we vet it and
360:7 make sure that it's accurate because, you know,
360:8 this stuff's important.  So when I told you we
360:9 saw the video, this was something we acted on.

**390:14 - 390:14** · **Little, William 07-27-2016 (00:00:01)**   *Little_COMBO_0522_R09.47*

390:14   Q. What are the SIR guidelines?

**390:19 - 391:11** · **Little, William 07-27-2016 (00:00:35)**   *Little_COMBO_0522_R09.48*

390:19   A. The Society of Interventional Radiology is sort
390:20 of the guiding society for interventional
390:21 radiologists.
390:22 BY MR. LOPEZ:
390:23   Q. Right.
390:24   A. They issue guidelines which are how they think
390:25 they should -- that their members should treat
391:1 patients.  And then with that, they frequently
391:2 will cite literature that would give clinicians
391:3 ranges in which they would expect outcomes to
391:4 be.
391:5   Q. Right.
391:6   A. Those outcomes could be clinical outcomes.  They
391:7 could be complication rates.  And then within
391:8 SIR guidelines, I believe there are guidelines

| Page/Line | Source | ID |
|---|---|---|

391:9 around filters.  And then within filters, there
391:10 are ranges of what you should expect for things
391:11 like fracture or migration.

**392:1 - 392:10**  **Little, William 07-27-2016 (00:00:22)**  *Little_COMBO_0522_R09.49*

392:1   Q. It's just a report of the historical nature of
392:2 some of the reports in the literature about a
392:3 variety of IVC filters.
392:4   A. No.  That's not what guidelines are.  Guidelines
392:5 are not a report about some of the literature
392:6 that are out there.  That's wildly different.
392:7 When you're talking about guidelines from a
392:8 society, that is the highest level document that
392:9 they have.  It's not just some amalgamation of
392:10 some data.

**430:18 - 430:25**  **Little, William 07-27-2016 (00:00:12)**  *Little_COMBO_0522_R09.50*

430:18   Q. Mr. Little, good afternoon.
430:19   A. Good afternoon.
430:20   Q. As you know, I am one of the attorneys
430:21 representing C.R. Bard and also here
430:22 representing you in your personal capacity
430:23 today, and my name is Jim Rogers, and I'm going
430:24 to ask you a few additional questions.
430:25   A. Okay.

**441:5 - 441:24**  **Little, William 07-27-2016 (00:00:56)**  *Little_COMBO_0522_R09.51*

441:5   Q. And is it important for a business like Bard
441:6 that is selling medical devices to have sound
441:7 relationships with doctors?
441:8   A. Yes.
441:9   Q. And is that something that is important from a
441:10 long-term perspective?
441:11   A. It's critical from a long-term perspective.
441:12   Q. Can you explain that?
441:13   A. Yeah.  So, you know, Bard's a company that's
441:14 been around for over a hundred years, and we
441:15 think about the business over the long run.  And
441:16 making sound decisions, good investments, being
441:17 thoughtful about how we communicate to patients,
441:18 to investors, to the FDA, all of that goes into
441:19 being a company that's successful over a
441:20 century.  And we were serious about that.

| Page/Line | Source | ID |
|---|---|---|

441:21 It wasn't about, you know, this quarter,
441:22 this sale, this product.  It was about long term
441:23 doing the right thing and building the value of
441:24 the company, and I think we did that.

**442:10 - 442:13**   **Little, William 07-27-2016 (00:00:11)**   Little_COMBO_0522_R09.52

442:10   Q. If there has been any suggestion during your
442:11 deposition or in this case that Bard made
442:12 decisions motivated by profits over patient
442:13 safety, how would you respond to that?

**442:18 - 443:2**   **Little, William 07-27-2016 (00:00:22)**   Little_COMBO_0522_R09.53

442:18   A. I would disagree, and I would say that that was
442:19 not what I saw when I was there.  These were
442:20 good people working hard, trying to do the right
442:21 thing; trying to do, you know, continuous
442:22 improvements.  When they saw potential adverse
442:23 events, they didn't run from them.  In fact,
442:24 they went the other way.  They highlighted them
442:25 and said, "Let's get after this.  Let's fix
443:1 this."  And that was the culture there when I
443:2 was there.  That's what I saw.

**463:8 - 463:24**   **Little, William 07-27-2016 (00:00:43)**   Little_COMBO_0522_R09.54

463:8   Q. And describe generally what is Filter Facts.
463:9   A. So Filter Facts was a website that Bard
463:10 Peripheral Vascular put up where we could direct
463:11 any inquiries, whether it was patient,
463:12 physician, to a single site that was available
463:13 to all where they could get unbiased, balanced
463:14 information about risks and benefits.
463:15 We would put, you know, fair, balanced
463:16 clinical articles up there.  We would put IFUs
463:17 up there.  We had expert testimony up there so
463:18 that clinicians and patients could get a
463:19 different perspective other than the
463:20 fear mongering website that was up there.
463:21 It was intentionally designed to be fair
463:22 and balanced; not designed to be, you know, a
463:23 one-sided fear mongering website, which is what
463:24 we were dealing with.

**482:16 - 482:17**   **Little, William 07-27-2016 (00:00:03)**   Little_COMBO_0522_R09.55

482:16   Q. Well, with respect to the Warning section of

| | Little_COMBO_0522_R09-Little_COMBO_0522_R09 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

482:17 this IFU --

482:19 - 482:20     **Little, William 07-27-2016 (00:00:05)**     Little_COMBO_0522_R09.56

482:19   Q. -- would you agree with me that Bard cannot warn
482:20 away a device defect?

483:19 - 484:5     **Little, William 07-27-2016 (00:00:26)**     Little_COMBO_0522_R09.57

483:19   A. If you're suggesting that by putting it in a
483:20 warning that it doesn't happen, no, of course
483:21 that's not going to happen.  But by putting it
483:22 in a warning in a section where clinicians are
483:23 taught to go look and to be aware, there's no
483:24 better place to put it.
483:25 So by labeling it there, it doesn't make it
484:1 go away.  What it does is draw attention to it
484:2 and make sure that we fully disclose what's out
484:3 there so that clinicians and patients can
484:4 accurately understand risks and benefits of
484:5 procedures, and that is how we do it.

485:6 - 485:9     **Little, William 07-27-2016 (00:00:08)**     Little_COMBO_0522_R09.58

485:6   Q. And you raised an interesting point.  You have
485:7 told us that you are the vice president of
485:8 global marketing.  You are a marketing guy.
485:9   A. Yep.

490:8 - 490:25     **Little, William 07-27-2016 (00:00:43)**     Little_COMBO_0522_R09.60

490:8   Q. That was internal to Bard that they wanted to
490:9 get out to the public and to doctors, they could
490:10 have used a website like Filter Facts, right?
490:11   A. Could have, yes.
490:12   Q. For example, if Bard had statistically
490:13 significant data analysis that their device was
490:14 a lot more dangerous than other devices or even
490:15 a predicate device, they could have used Filter
490:16 Facts to let people know about that, right?
490:17 That Filter Facts --
490:18   A. Could have.  That's a website.  You can put
490:19 anything -- what you want on a website.
490:20   Q. Anything you want?
490:21   A. Sure.
490:22   Q. No limitation?  The FDA doesn't even have to
490:23 approve it?
490:24   A. I don't know about that.  I don't think they

| Page/Line | Source | ID |
|---|---|---|

490:25 did, but I suspect that's true.

---

PL  = 00:05:32
DEF  = 00:15:46
Both = 00:01:00
**Total Time = 00:22:18**

# Exhibit I

**Designation Run Report**

# Moritz 07-18-17 Jones Trial Depo Designations V2

**Moritz, Mark 07-18-2017**

<span style="color:red">**Plaintiffs Designations 00:08:24**</span>

<span style="color:blue">**Defense Designations 00:00:25**</span>

**Total Time 00:08:49**



ID:05_01_18 Jones Combo V2

| | 05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 6:8 - 6:13 | **Moritz, Mark 07-18-2017 (00:00:07)** | 05_01_18 Jones Combo V2.1 |
| | 6:8   Q. Doctor, would you state your | |
| | 6:9 full name for the record, please. | |
| | 6:10   A. Mark William Moritz. | |
| | 6:11   Q. And, Dr. Moritz, you are a | |
| | 6:12 vascular surgeon? | |
| | 6:13   A. I am. | |
| 43:11 - 43:19 | **Moritz, Mark 07-18-2017 (00:00:19)** | 05_01_18 Jones Combo V2.2 |
| | 43:11   Q. And do you agree that in | |
| | 43:12 those interactions that a doctor must act | |
| | 43:13 in the best interest of his patients? | |
| | 43:14   A. I agree. | |
| | 43:15   Q. And that means that a doctor | |
| | 43:16 must rely on the medical device company | |
| | 43:17 to give it complete, accurate and | |
| | 43:18 thorough information about its devices, | |
| | 43:19 fair? | |
| 43:22 - 44:12 | **Moritz, Mark 07-18-2017 (00:00:33)** | 05_01_18 Jones Combo V2.3 |
| | 43:22 THE WITNESS:  Yes. | |
| | 43:23 BY MR. O'CONNOR: | |
| | 43:24   Q. Okay.  And among reasons | |
| | 44:1 that's important is because as a medical | |
| | 44:2 doctor and in treating your patients in | |
| | 44:3 advising your plaintiffs -- your | |
| | 44:4 patients, you need to be versed in risks | |
| | 44:5 and benefits of a device, correct? | |
| | 44:6   A. Correct. | |
| | 44:7   Q. And when you engage in the | |
| | 44:8 informed consent process, a patient | |
| | 44:9 relies on you to not only advise him or | |
| | 44:10 her of the risks or the benefits, but | |
| | 44:11 also of the risks, correct? | |
| | 44:12   A. Correct. | |
| 101:5 - 101:10 | **Moritz, Mark 07-18-2017 (00:00:18)** | 05_01_18 Jones Combo V2.11 |
| | 101:5   Q. If you look at the last full | |
| | 101:6 paragraph on Page 9, you've seen evidence | |
| | 101:7 that Bard filters do fracture and that | |
| | 101:8 those fractured pieces do embolize, | |
| | 101:9 correct? | |
| | 101:10   A. Correct. | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2** | |

| Page/Line | Source | ID |
|---|---|---|
| 112:16 - 113:7 | **Moritz, Mark 07-18-2017 (00:00:35)** | 05_01_18 Jones Combo V2.27 |
| | 112:16   Q. Do you agree -- you talked | |
| | 112:17 about it earlier.  It seems as though | |
| | 112:18 that over the years anticoagulation | |
| | 112:19 therapy treatments have improved and have | |
| | 112:20 become very effective? | |
| | 112:21   A. Yes. | |
| | 112:22   Q. And it sounds as though that | |
| | 112:23 you're of the school of thought that if | |
| | 112:24 anticoagulation is working, don't put a | |
| | 113:1 filter in? | |
| | 113:2   A. It depends on the | |
| | 113:3 circumstance. | |
| | 113:4   Q. But for sure you know from | |
| | 113:5 the risk of failures that can occur, that | |
| | 113:6 filters, Bard filters need to be removed | |
| | 113:7 immediately after use? | |
| 113:10 - 113:14 | **Moritz, Mark 07-18-2017 (00:00:07)** | 05_01_18 Jones Combo V2.23 |
| | 113:10 THE WITNESS:  I don't agree | |
| | 113:11 with the way that you put that.  I | |
| | 113:12 think all filters, not just Bard, | |
| | 113:13 should be retrieved as soon as | |
| | 113:14 they are no longer needed. | |
| 113:21 - 114:4 | **Moritz, Mark 07-18-2017 (00:00:16)** | 05_01_18 Jones Combo V2.29 |
| | 113:21   Q. And I think one thing that | |
| | 113:22 you have said, at least as it relates to | |
| | 113:23 Bard filters and the work you've done in | |
| | 113:24 this case, that you understand that for | |
| | 114:1 these Bard retrievable filters, there's a | |
| | 114:2 relationship between indwell time and the | |
| | 114:3 risk of a complication? | |
| | 114:4   A. Yes. | |
| 122:2 - 122:6 | **Moritz, Mark 07-18-2017 (00:00:10)** | 05_01_18 Jones Combo V2.83 |
| | 122:2   Q. But one thing is for sure. | |
| | 122:3 You would agree that the Bard filters | |
| | 122:4 studied in Tam, Angel, and Nicholson were | |
| | 122:5 not behaving as doctors would reasonably | |
| | 122:6 expect permanent filters to behave? | |
| 122:9 - 122:13 | **Moritz, Mark 07-18-2017 (00:00:02)** | 05_01_18 Jones Combo V2.84 |
| | 122:9 THE WITNESS:  I would say | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2 | |

|  |  |  |
|---|---|---|
| | 122:10 so. | |
| | 122:11 BY MR. O'CONNOR: | |
| | 122:12   Q. You agree with me? | |
| | 122:13   A. Yeah. | |
| 122:14 - 124:1 | **Moritz, Mark 07-18-2017 (00:01:24)** | 05_01_18 Jones Combo V2.85 |
| | 122:14   Q. And then, is it -- how do | |
| | 122:15 you say that?  Vijay?  Vijay? | |
| | 122:16   A. We usually would say Vijay. | |
| | 122:17 I think I know someone by that name. | |
| | 122:18 MR. DEGREEFF:  Vijay. | |
| | 122:19 THE WITNESS:  Yeah. | |
| | 122:20 BY MR. O'CONNOR: | |
| | 122:21   Q. It talks about risk of | |
| | 122:22 fracture increase with indwell time of | |
| | 122:23 the G2 -- the Recovery, G2, and G2X? | |
| | 122:24   A. Yes. | |
| | 123:1   Q. Correct? | |
| | 123:2   A. Yes. | |
| | 123:3   Q. And one thing that that | |
| | 123:4 article mentioned is the concern about | |
| | 123:5 embolization of fragments into the | |
| | 123:6 pulmonary arteries? | |
| | 123:7   A. Yes. | |
| | 123:8   Q. And you agree that when a | |
| | 123:9 fragment embolizes into the pulmonary | |
| | 123:10 artery, that exposes a patient to a risk | |
| | 123:11 of further complications? | |
| | 123:12   A. It does. | |
| | 123:13   Q. Which would include | |
| | 123:14 bleeding, erosion, infection, vascular | |
| | 123:15 thrombosis, true? | |
| | 123:16   A. True. | |
| | 123:17   Q. Or occlusion? | |
| | 123:18   A. Probably not occlusion. | |
| | 123:19   Q. And then is it An on Page | |
| | 123:20 13?  A-N? | |
| | 123:21   A. Right. | |
| | 123:22   Q. That article talked about | |
| | 123:23 the G2 and how the risk of fracture | |
| | 123:24 increased with indwell time. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2 | |

| Page/Line | Source | ID |
|---|---|---|
| 125:2 - 125:6 | 124:1   A. Yes.<br>**Moritz, Mark 07-18-2017 (00:00:15)**<br>125:2   Q. and just above that,<br>125:3 Andreoli noted that fractures were more<br>125:4 commonly reported among Bard filters,<br>125:5 true?<br>125:6   A. True. | 05_01_18 Jones Combo V2.37 |
| 129:10 - 129:16 | **Moritz, Mark 07-18-2017 (00:00:17)**<br>129:10   Q. And that if Bard is aware<br>129:11 that its filters are experiencing<br>129:12 significant -- statistically significant<br>129:13 rates of complications, you as a<br>129:14 physician have a right to know that and<br>129:15 have a right to expect Bard to<br>129:16 communicate that to you? | 05_01_18 Jones Combo V2.40 |
| 129:19 - 129:23 | **Moritz, Mark 07-18-2017 (00:00:07)**<br>129:19 THE WITNESS:  What I expect<br>129:20 is that Bard communicates with the<br>129:21 FDA, and together they confirm<br>129:22 that this is significant.  And<br>129:23 then they notify me. | 05_01_18 Jones Combo V2.41 |
| 135:23 - 136:19 | **Moritz, Mark 07-18-2017 (00:00:42)**<br>135:23   Q. Where exactly in the<br>135:24 pulmonary artery?<br>136:1   A. The right side.<br>136:2   Q. And the pulmonary artery is,<br>136:3 I think you would agree, an important<br>136:4 vessel?<br>136:5   A. Yes.<br>136:6   Q. Why?<br>136:7   A. Well, the main pulmonary<br>136:8 artery on each side takes approximately<br>136:9 half the blood flow of the entire body<br>136:10 and delivers it to the lungs where it's<br>136:11 oxygenated.<br>136:12   Q. It's important for a<br>136:13 patients ability to live and to strive,<br>136:14 correct?<br>136:15   A. Correct.<br>136:16   Q. And when that vessel is | 05_01_18 Jones Combo V2.45 |

| | 05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 136:17 placed in jeopardy, that means that the | |
| | 136:18 patients at risk of having her health and | |
| | 136:19 wellbeing jeopardized? | |
| 136:22 - 137:7 | **Moritz, Mark 07-18-2017 (00:00:25)** | 05_01_18 Jones Combo V2.45 |
| | 136:22 THE WITNESS:  Correct. | |
| | 136:23 BY MR. O'CONNOR: | |
| | 136:24   Q. And I think you would agree, | |
| | 137:1 while you've talked about the use of | |
| | 137:2 other types of devices and where they may | |
| | 137:3 be inserted, certainly the Bard Eclipse | |
| | 137:4 filter was never represented as a filter | |
| | 137:5 that would fracture, break, and have a | |
| | 137:6 piece embolize into the pulmonary artery, | |
| | 137:7 correct? | |
| 137:10 - 137:14 | **Moritz, Mark 07-18-2017 (00:00:05)** | 05_01_18 Jones Combo V2.47 |
| | 137:10 THE WITNESS:  Correct. | |
| | 137:11 BY MR. O'CONNOR: | |
| | 137:12   Q. And that certainly is | |
| | 137:13 contrary to the patient's reasonable | |
| | 137:14 expectations, correct? | |
| 137:17 - 137:17 | **Moritz, Mark 07-18-2017 (00:00:00)** | 05_01_18 Jones Combo V2.48 |
| | 137:17 THE WITNESS:  Yes. | |
| 138:24 - 139:9 | **Moritz, Mark 07-18-2017 (00:00:22)** | 05_01_18 Jones Combo V2.49 |
| | 138:24   Q. And in fairness to | |
| | 139:1 Mrs. Jones, certainly you agree that | |
| | 139:2 neither her doctors nor her should have | |
| | 139:3 expected this complication to occur? | |
| | 139:4   A. Correct. | |
| | 139:5   Q. And that it is -- the | |
| | 139:6 fracture -- the fragment is lodged and | |
| | 139:7 embedded into her right pulmonary artery | |
| | 139:8 in the middle lobe? | |
| | 139:9   A. Yes, that's what it says. | |
| 139:18 - 139:19 | **Moritz, Mark 07-18-2017 (00:00:03)** | 05_01_18 Jones Combo V2.50 |
| | 139:18   Q. Certainly it exposes her to | |
| | 139:19 a risk of further complications? | |
| 139:22 - 140:11 | **Moritz, Mark 07-18-2017 (00:00:19)** | 05_01_18 Jones Combo V2.51 |
| | 139:22 THE WITNESS:  I agree with | |
| | 139:23 that. | |
| | 139:24 BY MR. O'CONNOR: | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2** | |

| Page/Line | Source | ID |
|---|---|---|
| | 140:1   Q. And, certainly, if she was | |
| | 140:2 your patient, as her doctor, and I can | |
| | 140:3 tell this about you, it's something that | |
| | 140:4 you would certainly be concerned about | |
| | 140:5 for your patient? | |
| | 140:6   A. Correct. | |
| | 140:7   Q. And your advice to a patient | |
| | 140:8 like Doris who had that problem would be | |
| | 140:9 we need to keep our eyes on that at the | |
| | 140:10 very least? | |
| | 140:11   A. I agree with that. | |
| 141:4 - 141:15 | **Moritz, Mark 07-18-2017 (00:00:25)** | 05_01_18 Jones Combo V2.33 |
| | 141:4   Q. Well, that is a delicate | |
| | 141:5 part of the anatomy, a blood vessel in | |
| | 141:6 the pulmonary -- the pulmonary artery, | |
| | 141:7 correct? | |
| | 141:8   A. Correct. | |
| | 141:9   Q. And certainly something that | |
| | 141:10 makes the filter complication even more | |
| | 141:11 complex and more complicated because of | |
| | 141:12 where it's embedded? | |
| | 141:13   A. More complicated than what? | |
| | 141:14   Q. Than you would expect it to | |
| | 141:15 be if it never failed. | |
| 141:19 - 141:20 | **Moritz, Mark 07-18-2017 (00:00:01)** | 05_01_18 Jones Combo V2.33 |
| | 141:19   Q. True? | |
| | 141:20   A. Yes. | |
| 143:24 - 144:6 | **Moritz, Mark 07-18-2017 (00:00:12)** | 05_01_18 Jones Combo V2.34 |
| | 143:24   Q. I guess I was thinking of | |
| | 144:1 something more in my mind as a layperson, | |
| | 144:2 if it becomes further detached -- | |
| | 144:3 detached and migrates further, that's | |
| | 144:4 certainly something that you cannot rule | |
| | 144:5 out, true? | |
| | 144:6   A. Perhaps. | |
| 144:15 - 145:3 | **Moritz, Mark 07-18-2017 (00:00:16)** | 05_01_18 Jones Combo V2.39 |
| | 144:15   Q. But certainly something that | |
| | 144:16 you have to be concerned about as a | |
| | 144:17 medical doctor? | |
| | 144:18   A. Have to be concerned about | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2 | |

| Page/Line | Source | ID |
|---|---|---|
| | 144:19 it being there. | |
| | 144:20   Q. You certainly encourage her | |
| | 144:21 to continue to follow-up with her doctor | |
| | 144:22 to monitor that, true? | |
| | 144:23   A. I do. | |
| | 144:24   Q. And you think she should go | |
| | 145:1 to her doctor on a regular basis to have | |
| | 145:2 it monitored, correct? | |
| | 145:3   A. Correct. | |
| 146:11 - 147:9 | **Moritz, Mark 07-18-2017 (00:00:41)** | 05_01_18 Jones Combo V2.06 |
| | 146:11   Q.  setting aside whether | |
| | 146:12 it's his logic, Doris Jones has got a | |
| | 146:13 fractured filter in her pulmonary artery, | |
| | 146:14 and I think you and I can leave here | |
| | 146:15 today agreeing that's a bad thing | |
| | 146:16 medically, fair? | |
| | 146:17 | |
| | 146:18   · | |
| | 146:19 THE WITNESS:  Correct. | |
| | 146:20 BY MR. O'CONNOR: | |
| | 146:21   Q. And certainly we can agree | |
| | 146:22 that Doris Jones deserves and is entitled | |
| | 146:23 to every chance she can to be safe from | |
| | 146:24 that fragment, correct? | |
| | 147:1   A. Correct. | |
| | 147:2   Q. And certainly something that | |
| | 147:3 if she were your patient, you would agree | |
| | 147:4 and that if you're consulted with a | |
| | 147:5 doctor from another discipline, you would | |
| | 147:6 be open to any suggestion that doctor had | |
| | 147:7 to protect Doris Jones and give her every | |
| | 147:8 opportunity, every chance to survive from | |
| | 147:9 this failure that's exposing her to harm? | |
| 147:12 - 147:16 | **Moritz, Mark 07-18-2017 (00:00:05)** | 05_01_18 Jones Combo V2.07 |
| | 147:12 THE WITNESS:  I agree. | |
| | 147:13 BY MR. O'CONNOR: | |
| | 147:14   Q. And Doris Jones is exposed | |
| | 147:15 to harm every day that fragment is with | |
| | 147:16 her, true? | |
| 147:19 - 148:5 | **Moritz, Mark 07-18-2017 (00:00:06)** | 05_01_18 Jones Combo V2.08 |

| Page/Line | Source | ID |
|---|---|---|
| | 05_01_18 Jones Combo V2-Moritz 07-18-17 Jones Trial Depo Designations V2 | |

| Page/Line | Source | ID |
|---|---|---|
| | 147:19 THE WITNESS:  A very small | |
| | 147:20 amount. | |
| | 147:21 BY MR. O'CONNOR: | |
| | 147:22  Q. But that can change at any | |
| | 147:23 moment? | |
| | 147:24 | |
| | 148:1 | |
| | 148:2 THE WITNESS:  It can change. | |
| | 148:3 BY MR. O'CONNOR: | |
| | 148:4  Q. You agree with that? | |
| | 148:5  A. Yes. | |
| 149:3 - 149:14 | **Moritz, Mark 07-18-2017 (00:00:23)** | 05_01_18 Jones Combo V2.69 |
| | 149:3   Q. But certainly it caused | |
| | 149:4 enough of a medical condition that it | |
| | 149:5 warrants serious attention by doctors? | |
| | 149:6   A. I agree. | |
| | 149:7   Q. And if there was an | |
| | 149:8 opportunity to remove it, that's what you | |
| | 149:9 would recommend? | |
| | 149:10  A. I would. | |
| | 149:11  Q. Your concern is, is that | |
| | 149:12 it's in such a position that it can't be | |
| | 149:13 removed and how much more harm can you | |
| | 149:14 expose this lady to? | |
| 149:17 - 149:18 | **Moritz, Mark 07-18-2017 (00:00:01)** | 05_01_18 Jones Combo V2.69 |
| | 149:17 THE WITNESS:  I think it's | |
| | 149:18 removable. | |

Plaintiffs  Designations = 00:08:24
Defense Designations = 00:00:25
**Total Time = 00:08:49**

# Exhibit J

Designation Run Report

# Nelson 03-23-17 Jones Trial run V6

**Nelson, Kirstin 03-23-2017**

**Plaintiffs  Designations  00:15:02**

**Defense Designations  00:09:39**

**Plaintiffs and Defense Designations  00:09:47**

**Total Time  00:34:28**



ID:05_21_18 Combo V6

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V6 Nelson 03-23-17 Jones Trial run V4 | |

| Page/Line | Source | ID |
|---|---|---|
| 12:4 - 12:19 | Nelson, Kirstin 03-23-2017 (00:00:44)<br>12:4  Do you have experience<br>12:5 with IVC filters?<br>12:6   A. I have placed many IVC filters and removed<br>12:7 many IVC filters.<br>12:8   Q. Okay.  And how long have you had<br>12:9 experience in both implanting and removing filters?<br>12:10   A. As a solo operator for, you know, the<br>12:11 11 years, but also during that previous seven years,<br>12:12 during which I was in training in both radiology and<br>12:13 in fellowship, we also did IVC filter procedures.<br>12:14   Q. About how frequently -- and if there's a<br>12:15 difference in different points in time, let us<br>12:16 know -- but about how frequently do you implant IVC<br>12:17 filters in patients?<br>12:18   A. Things always vary, but I would say in<br>12:19 general, one to two times a week. | 05_21_18 Combo V6.5 |
| 12:20 - 13:7 | Nelson, Kirstin 03-23-2017 (00:00:44)<br>12:20   Q.   And can you explain for the jury<br>12:21 the process of how you implant an IVC filter?<br>12:22   A. Sure.  The first thing is patient<br>12:23 selection.  You need -- typically, IVC filters are<br>12:24 placed to prevent an often fatal event called a<br>12:25 pulmonary embolism, where a blood clot -- typically<br>13:1 from within the pelvic or leg veins -- would break<br>13:2 off, travel through the bloodstream, and go to the<br>13:3 lungs and compromise the perfusion and oxygenation of<br>13:4 the patient and their body.<br>13:5 So there are often cases where patients<br>13:6 who have blood clots cannot receive a blood thinner,<br>13:7 which would typically be the treatment. | 05_21_18 Combo V6.5 |
| 19:8 - 19:16 | Nelson, Kirstin 03-23-2017 (00:00:25)<br>19:8   Q. Let me ask you a question and go back to<br>19:9 your involvement particularly in Mrs. Jones' case.<br>19:10 Do you -- sitting here today, do you recall<br>19:11 Mrs. Jones?<br>19:12   A. Vaguely.  I do recall her case more than<br>19:13 her specifically.  But, you know, I remember seeing<br>19:14 her in the emergency department and discussing things<br>19:15 with her and, you know, then performing her | 05_21_18 Combo V6.6 |

| | 05_21_18 Combo V6 Nelson 03-23-17 Jones Trial run V6 | |
|---|---|---|
| Page/Line | Source | ID |

|  | 19:16 procedure. |  |
|---|---|---|
| 19:22 - 20:3 | Nelson, Kirstin 03-23-2017 (00:00:19) | 05_21_18 Combo V6.01 |
|  | 19:22   Q.  is it fair to say that you remember |  |
|  | 19:23 Mrs. Jones in particular because of the facts and |  |
|  | 19:24 circumstances surrounding her filter removal? |  |
|  | 19:25   A. Yeah.  You know, typically this is -- you |  |
|  | 20:1 know, more of a scheduled kind of elective thing. |  |
|  | 20:2 But, you know, it's not usual we see a patient in the |  |
|  | 20:3 ER for a filter removal. |  |
| 20:10 - 20:13 | Nelson, Kirstin 03-23-2017 (00:00:16) | 05_21_18 Combo V6.5 |
|  | 20:10   Q. So we have handed you -- which is a |  |
|  | 20:11 document that's been marked as 4013, which is a copy |  |
|  | 20:12 of the medical records for Mrs. Jones from the |  |
|  | 20:13 Memorial Health University Center here in Savannah. |  |
| 20:16 - 20:23 | Nelson, Kirstin 03-23-2017 (00:00:33) | 05_21_18 Combo V6.6 |
|  | 20:16   Q. And can you explain to the jury |  |
|  | 20:17 what this is? |  |
|  | 20:18   A. This is a history and physical, basically, |  |
|  | 20:19 from the attending physician and resident who saw |  |
|  | 20:20 Ms. Jones in the emergency room, and their summary of |  |
|  | 20:21 why she was there and some of the findings that she |  |
|  | 20:22 presented with, with her initial encounter, and their |  |
|  | 20:23 plans to systematically address those issues. |  |
| 20:24 - 21:6 | Nelson, Kirstin 03-23-2017 (00:00:20) | 05_21_18 Combo V6.05 |
|  | 20:24   Q. And if we see this, in this record, we see |  |
|  | 20:25 that Mrs. Jones came into the emergency department |  |
|  | 21:1 with complaints of lightheadedness and bilateral arm |  |
|  | 21:2 pain.  And then it -- later on in the record, it |  |
|  | 21:3 indicates she had lightheadedness accompanied with |  |
|  | 21:4 diaphoresis.  Can you tell the jury what diaphoresis |  |
|  | 21:5 is? |  |
|  | 21:6   A. Sweating. |  |
| 21:7 - 21:16 | Nelson, Kirstin 03-23-2017 (00:00:25) | 05_21_18 Combo V6.6 |
|  | 21:7   Q. And then in the last sentence |  |
|  | 21:8 of this Exhibit 4013, it says that: |  |
|  | 21:9 "A chest radiograph in the emergency |  |
|  | 21:10 department did show a metallic object in the right |  |
|  | 21:11 hilum, which was then better elucidated on CT |  |
|  | 21:12 angiogram of the lungs which showed probable IVC |  |
|  | 21:13 filter piece in the right middle lobe pulmonary |  |

05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6

| Page/Line | Source | ID |
|---|---|---|
| | 21:14 artery." | |
| | 21:15 Did I read that correctly? | |
| | 21:16  A. Close enough. | |
| 22:11 - 22:24 | Nelson, Kirstin 03-23-2017 (00:00:42) | 05_21_18 Combo V2.10 |
| | 22:11  Q.  Can you tell the jury what the | |
| | 22:12 right hilum is? | |
| | 22:13  A. The right hilum -- | |
| | 22:14  Q. Hilum.  There we go. | |
| | 22:15  A. -- is kind of a -- it's a combination -- | |
| | 22:16 it's -- basically describes a structure that you | |
| | 22:17 would see on -- on imaging, where the pulmonary | |
| | 22:18 artery, the pulmonary vein and the right and left | |
| | 22:19 main stem bronchi split off on either side.  There's | |
| | 22:20 a right side and a left side, so there's a right | |
| | 22:21 hilum and a left hilum.  And that's a shadow that you | |
| | 22:22 would see on a chest x-ray.  And you would see, | |
| | 22:23 basically, on the chest x-ray, this metallic object | |
| | 22:24 projecting over it. | |
| 23:9 - 23:11 | Nelson, Kirstin 03-23-2017 (00:00:06) | 05_21_18 Combo V2.11 |
| | 23:9  Q. And it indicates here that subsequently | |
| | 23:10 she had a CT angiogram of the lungs done, correct? | |
| | 23:11  A. Correct. | |
| 25:2 - 25:6 | Nelson, Kirstin 03-23-2017 (00:00:06) | 05_21_18 Combo V2.12 |
| | 25:2  Q. in this case, you did | |
| | 25:3 not perform either the original x-ray or the CT? | |
| | 25:4  A. No. | |
| | 25:5  Q. Did you review those films at some point? | |
| | 25:6  A. I did. | |
| 25:7 - 25:17 | Nelson, Kirstin 03-23-2017 (00:00:36) | 05_21_18 Combo V2.13 |
| | 25:7  Q. And how did you, to the best of your | |
| | 25:8 recollection, get involved in the care and treatment | |
| | 25:9 of Mrs. Jones? | |
| | 25:10  A. After it had been discovered that she had | |
| | 25:11 a -- what was most likely a fragment of her IVC | |
| | 25:12 filter in her pulmonary arteries, they had contacted | |
| | 25:13 me to -- and I am unclear if this was the ER | |
| | 25:14 physician, or it may have been the radiologist; I | |
| | 25:15 don't remember quite far that back -- to see | |
| | 25:16 initially about removing that piece of the filter | |
| | 25:17 which had embolized to the pulmonary artery. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V0-Nelson 03-23-17 Jones Trial run V6 | |
| 25:25 - 26:3 | Nelson, Kirstin 03-23-2017 (00:00:11) | 06_21_18 Combo V0.16 |
| | 25:25  Q. Let me ask you if you would turn to page 3 | |
| | 26:1 of the exhibit.  And it has there, towards the | |
| | 26:2 bottom, something that's indicated as an assessment | |
| | 26:3 and plan. | |
| 26:22 - 27:1 | Nelson, Kirstin 03-23-2017 (00:00:11) | 05_21_18 Combo V0.17 |
| | 26:22  Q. So the next thing we see, it says: | |
| | 26:23 "Patient to angio suite with interventional radiology | |
| | 26:24 for IVC filter removal tomorrow." | |
| | 26:25 Under "A."  Do you see that? | |
| | 27:1  A. Yes. | |
| 27:2 - 27:5 | Nelson, Kirstin 03-23-2017 (00:00:09) | 06_21_18 Combo V0.18 |
| | 27:2  Q. And is that a reference to you? | |
| | 27:3  A. That probably was.  At this point, it -- | |
| | 27:4 for that portion of it, they did discuss that with | |
| | 27:5 me. | |
| 27:6 - 27:11 | Nelson, Kirstin 03-23-2017 (00:00:16) | 06_21_18 Combo V2.09 |
| | 27:6  Q.  And the IVC filter removal is | |
| | 27:7 referring to what? | |
| | 27:8  A. The actual -- not the fragment of the IVC, | |
| | 27:9 which was in the pulmonary artery, but the filter | |
| | 27:10 itself, which was still within the inferior vena | |
| | 27:11 cava. | |
| 27:12 - 28:1 | Nelson, Kirstin 03-23-2017 (00:00:41) | 05_21_18 Combo V3.90 |
| | 27:12  Q. at this point, in terms of what we have | |
| | 27:13 is you have the filter, which is at or near its | |
| | 27:14 original point of implant, and the piece of it that's | |
| | 27:15 broken off, and we use the term "migrated," but moved | |
| | 27:16 through the body up into a different position. | |
| | 27:17 Correct? | |
| | 27:18  A. That's correct. | |
| | 27:19  Q. And in terms of the path that we're | |
| | 27:20 talking about here, the piece that broke off, | |
| | 27:21 assuming it started from the filter itself, how did | |
| | 27:22 that travel and where did it end up? | |
| | 27:23  A. So it traveled, you know, from the | |
| | 27:24 inferior vena cava through the chambers of the heart | |
| | 27:25 to the pulmonary outflow tract, and then into the | |
| | 28:1 right middle lobe pulmonary artery. | |
| 28:25 - 29:12 | Nelson, Kirstin 03-23-2017 (00:00:37) | 05_21_18 Combo V3.91 |

05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6

| Page/Line | Source | ID |
|---|---|---|
| | 28:25  Q. So in this case, the filter fragment after | |
| | 29:1 it broke -- I'm going to -- "float" is probably the | |
| | 29:2 wrong word, but got pushed and moved up through -- | |
| | 29:3  A. With the flow of blood. | |
| | 29:4  Q. -- with the flow of blood, through the two | |
| | 29:5 chambers of Mrs. Jones' heart, and into that | |
| | 29:6 pulmonary artery that's traveling to the lungs, and | |
| | 29:7 then got caught there in or about where it meets up | |
| | 29:8 with the lung; is that right? | |
| | 29:9  A. Yeah.  It basically -- if something is | |
| | 29:10 going to embolize, it's going to travel with the flow | |
| | 29:11 of blood and then lodge at the smallest or narrowest | |
| | 29:12 point where it can get through. | |
| 29:13 - 29:17 | Nelson, Kirstin 03-23-2017 (00:00:08) | 05_21_18 Combo V6.22 |
| | 29:13  Q. And in this one, it ended up not in the | |
| | 29:14 lungs but just outside the lungs, in the pulmonary | |
| | 29:15 artery? | |
| | 29:16  A. Right.  This is not in the lung | |
| | 29:17 parenchyma, like people would think of the lungs. | |
| 29:18 - 29:20 | Nelson, Kirstin 03-23-2017 (00:00:03) | 05_21_18 Combo V6.23 |
| | 29:18  Q. You just used a word that I don't | |
| | 29:19 understand. | |
| | 29:20  A. Lung tissue. | |
| 30:9 - 30:14 | Nelson, Kirstin 03-23-2017 (00:00:17) | 05_21_18 Combo V6.62 |
| | 30:9  Q. So is it your understanding, by the time | |
| | 30:10 you were even contacted, that the original treating | |
| | 30:11 doctors thought that the fractured and fragmented | |
| | 30:12 piece that had traveled up through the heart and into | |
| | 30:13 the lungs shouldn't be removed? | |
| | 30:14  A. Yes. | |
| 30:15 - 31:1 | Nelson, Kirstin 03-23-2017 (00:00:44) | 05_21_18 Combo V6.24 |
| | 30:15  Q. And did they consult with you at any point | |
| | 30:16 about that? | |
| | 30:17  A. Yes.  I said that there would be more | |
| | 30:18 danger and more risk in removing that small fragment, | |
| | 30:19 which is -- you know, just like a very thin wire, | |
| | 30:20 maybe a centimeter and a half in length -- to try to | |
| | 30:21 fish that out, than there would be in just leaving it | |
| | 30:22 where it was, because it was such a small -- a small | |
| | 30:23 piece.  It wasn't going to go any place.  It had | |

| | 05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 30:24 already lodged at that furthest point.  And it had | |
| | 30:25 been there probably for quite some time without | |
| | 31:1 causing any ill effect. | |
| 31:2 - 31:12 | Nelson, Kirstin 03-23-2017 (00:00:45) | 05_21_18 Combo V6.26 |
| | 31:2   Q. well, let's talk for a minute | |
| | 31:3 about -- and we will come back to this, but there's a | |
| | 31:4 reference in the records to a comparison between a | |
| | 31:5 couple of different films.  Do you recall that? | |
| | 31:6   A. Yes.  I -- before I had performed | |
| | 31:7 Mrs. Jones' filter removal, I had gone back and | |
| | 31:8 looked at her x-rays which had been performed at | |
| | 31:9 Memorial.  And sometime -- I believe it was 2013 -- | |
| | 31:10 there was not a fragment there, and sometime between | |
| | 31:11 2013 and 2015, at least by imaging, that's when that | |
| | 31:12 filter limb had broken off. | |
| 31:17 - 31:18 | Nelson, Kirstin 03-23-2017 (00:00:05) | 05_21_18 Combo V6.26 |
| | 31:17   Q. The court reporter has handed you what's | |
| | 31:18 been marked as Exhibit 4014 | |
| 31:24 - 32:1 | Nelson, Kirstin 03-23-2017 (00:00:09) | 05_21_18 Combo V6.27 |
| | 31:24   Q. What is this document? | |
| | 31:25   A. This is the report by the reading | |
| | 32:1 radiologist of Mrs. Jones' initial chest x-ray. | |
| 32:21 - 33:14 | Nelson, Kirstin 03-23-2017 (00:00:39) | 05_21_18 Combo V6.28 |
| | 32:21 Dr. Britt indicates here that he -- in the | |
| | 32:22 impression -- well, first it says "Comparison, | |
| | 32:23 April 21, 2015, to August 14, 2013." | |
| | 32:24 Do you see that? | |
| | 32:25   A. Yes. | |
| | 33:1   Q. And that's consistent with what you just | |
| | 33:2 said, which was that there was an image from sometime | |
| | 33:3 in 2013 -- | |
| | 33:4   A. Uh-huh. | |
| | 33:5   Q. -- that you looked at.  And in your review | |
| | 33:6 of the -- you reviewed both films, correct? | |
| | 33:7   A. Correct. | |
| | 33:8   Q. And in your review of that earlier film, | |
| | 33:9 the filter was intact? | |
| | 33:10   A. You did not see that radiopaque density on | |
| | 33:11 the chest x-ray in the 2013 image. | |
| | 33:12   Q. You just said "radiopaque density"; what | |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6

33:13 do you mean?
33:14  A. You do not see the filter limb.

33:21 - 34:16    Nelson, Kirstin 03-23-2017 (00:00:48)    05_21_18 Combo V6.30

33:21  Q. And his review here is consistent with
33:22 what you saw when you looked at those films; is that
33:23 correct?
33:24  A. Yes.
33:25  Q. But you did your own separate review of
34:1 those to make sure that you understood what was going
34:2 on, correct?
34:3  A. Right. I don't issue a separate report.
34:4 I'm not really interpreting those; I'm just looking
34:5 at the imaging to guide my decision-making process.
34:6  Q. And likewise, you looked at the images
34:7 from the CT that were taken at the time?
34:8  A. Yes.
34:9  Q. And what information did those convey to
34:10 you?
34:11  A. Pretty much what we had discussed, that --
34:12 I don't know if you need another exhibit number or
34:13 whatever for the CT report, but basically that this
34:14 did appear to be a limb from the filter which was
34:15 within the right middle lobe pulmonary artery at a
34:16 distal point which was not flow limiting.

34:17 - 34:22    Nelson, Kirstin 03-23-2017 (00:00:15)    05_21_18 Combo V6.31

34:17  Q. you looked at both of
34:18 those images, scans, and had a consistent
34:19 determination that you needed to remove the filter;
34:20 is that correct?
34:21  A. The filter itself, but not the fragment
34:22 within the pulmonary artery.

34:23 - 35:19    Nelson, Kirstin 03-23-2017 (00:01:01)    05_21_18 Combo V6.32

34:23  Q. Let me ask you this question:  At
34:24 that point in time, in April of 2015, why did the
34:25 filter itself need to come out?
35:1  A. Because now that it has a strut or a limb
35:2 or a leg, whatever you want to call it, missing,
35:3 there was concern that the integrity of the filter
35:4 was compromised, and there would be a risk of another
35:5 limb potentially breaking off or the filter itself

| | 05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 35:6 potentially migrating. |  |
|  | 35:7  Q. Okay.  And what are the possible results |  |
|  | 35:8 of those things happening? |  |
|  | 35:9  A. You know, you could have exactly the same |  |
|  | 35:10 thing happen here, where it would just go to a |  |
|  | 35:11 pulmonary artery.  Where you worry about, is the limb |  |
|  | 35:12 or the filter going to the heart and causing an issue |  |
|  | 35:13 there? |  |
|  | 35:14  Q. Okay.  And -- and so your recommendation |  |
|  | 35:15 at the time was to go in, as you've discussed |  |
|  | 35:16 before -- and we will get into the details of how it |  |
|  | 35:17 happens -- but to go in and actually retrieve the |  |
|  | 35:18 filter.  Correct? |  |
|  | 35:19  A. Yes. |  |
| 35:20 - 36:10 | Nelson, Kirstin 03-23-2017 (00:00:52) | 05_21_19 Combo V6.03 |
|  | 35:20  Q. Let me ask you to turn back to the first |  |
|  | 35:21 exhibit, which is 4013, and we were talking about |  |
|  | 35:22 page 3.  But let me ask you if you turn over to |  |
|  | 35:23 page 4. |  |
|  | 35:24  A. Okay. |  |
|  | 35:25  Q. And these are more of the assessment and |  |
|  | 36:1 plan notes made by the attending physician.  But if |  |
|  | 36:2 we go down to items -- item number 6, it says: |  |
|  | 36:3 "There is a history of deep venous thrombosis status |  |
|  | 36:4 post inferior vena cava filter placement." |  |
|  | 36:5 What does that mean? |  |
|  | 36:6  A. Okay.  So it means that she had a blood |  |
|  | 36:7 clot within a deep vein, presumably one of the pelvic |  |
|  | 36:8 or leg veins, that was apparently, they thought, the |  |
|  | 36:9 result of her being somewhat incapacitated from prior |  |
|  | 36:10 surgery. |  |
| 37:12 - 37:18 | Nelson, Kirstin 03-23-2017 (00:00:13) | 05_21_18 Combo V6.04 |
|  | 37:12  Q. So the court reporter had handed you what |  |
|  | 37:13 has been marked as Exhibit 4015 to this deposition, |  |
|  | 37:14 which I believe is your operative report.  Is that |  |
|  | 37:15 correct? |  |
|  | 37:16  A. Yes. |  |
|  | 37:17  Q. And it has the date of April 23, 2015, at |  |
|  | 37:18 the top. |  |
| 38:18 - 38:20 | Nelson, Kirstin 03-23-2017 (00:00:04) | 05_21_18 Combo V6.05 |

| Page/Line | Source | ID |
|---|---|---|
| | 38:18   Q. Let me ask you to | |
| | 38:19 turn to the third page of the document, which appears | |
| | 38:20 to be notes | |
| 39:13 - 40:4 | Nelson, Kirstin 03-23-2017 (00:01:01) | 05_21_18 Combo V6.14 |
| | 39:13   Q. Can you walk us briefly through your notes | |
| | 39:14 here and what they mean? | |
| | 39:15   A. Sure.  My preop diagnosis was what I | |
| | 39:16 abbreviated, fractured filter.  It says "FX'd | |
| | 39:17 filter."  My post-op diagnosis was "Same."  My | |
| | 39:18 procedure was an inferior vena cavagram and filter | |
| | 39:19 retrieval.  The medication that I gave for this were | |
| | 39:20 two drugs called Versed and fentanyl, for sedation of | |
| | 39:21 the patient while we did the procedure.  The surgeon | |
| | 39:22 was myself; I had no assistants. | |
| | 39:23 And my description of my findings was that | |
| | 39:24 the IVC itself appeared intact, and that when the | |
| | 39:25 filter was removed, it did look like one of the | |
| | 40:1 shorter struts on the filter itself was the fractured | |
| | 40:2 portion.  There were no complications.  Specimens | |
| | 40:3 which were removed were the IVC filter.  And blood | |
| | 40:4 loss was essentially none. | |
| 45:10 - 45:18 | Nelson, Kirstin 03-23-2017 (00:00:31) | 05_21_18 Combo V6.28 |
| | 45:10   Q. did you | |
| | 45:11 discuss with Mrs. Jones, any potential benefits of | |
| | 45:12 leaving the broken filter in? | |
| | 45:13   A. Basically the only real benefit of leaving | |
| | 45:14 the filter in would be to avoid a procedure to take | |
| | 45:15 it out.  And her filter had been in for five years or | |
| | 45:16 so, give or take, at this point.  And sometimes | |
| | 45:17 there's more risks associated with taking a filter | |
| | 45:18 which has been indwelling for that time period out. | |
| 45:19 - 46:12 | Nelson, Kirstin 03-23-2017 (00:01:01) | 05_21_18 Combo V6.29 |
| | 45:19   Q. let me ask this:  Because of the | |
| | 45:20 fact that it was broken, did that potentially affect | |
| | 45:21 the -- if it had stayed in, aside from the risk that | |
| | 45:22 you identified of it breaking, independent of that, | |
| | 45:23 does the fact that it was broken and missing one of | |
| | 45:24 the struts potentially affect the efficacy of the | |
| | 45:25 device? | |
| | 46:1   A. It was a very small, shorter strut.  I | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V6 Nelson 03-23-17 Jones Trial run V6 | |

46:2 mean, I think it still would have served its purpose,
46:3 to catch a significant pulmonary embolism.  But, you
46:4 know, I think that she was no longer in that
46:5 perioperative time period, and they had also -- I
46:6 don't know if I'm getting ahead of myself here -- had
46:7 done an ultrasound of her legs to make sure that
46:8 there were no more residual blood clots that would be
46:9 a risk for embolization.
46:10   Q. Okay.  In other words, at the time, you
46:11 weren't worried about a clot coming through?
46:12   A. Correct.

**46:19 - 47:1**  Nelson, Kirstin 03-23-2017 (00:00:32)    05_21_18 Combo V6.69

46:19   Q. And did you discuss with her the
46:20 possibility of doing a procedure to remove the
46:21 fractured part?
46:22   A. I had advised against doing that removal
46:23 of the fractured part.  It was such a small piece,
46:24 and where it was would be a little bit of effort, but
46:25 not impossible to get to.  But, you know, could --
47:1 could carry a little bit more risk with it.

**47:17 - 47:21**  Nelson, Kirstin 03-23-2017 (00:00:09)    05_21_18 Combo V6.72

47:17 You advised the client, the patient,
47:18 Mrs. Jones, that the risk of removal was, you
47:19 thought, greater than necessary to go through the
47:20 procedure of taking out that piece?
47:21   A. Yes.

**47:25 - 48:9**  Nelson, Kirstin 03-23-2017 (00:00:31)    05_21_18 Combo V6.40

47:25   Q. After
48:1 you've done that, what do you do in terms of the
48:2 procedure to remove the filter?
48:3   A. So the -- you know, patient is taken to
48:4 the angiography suite, which is where we have that
48:5 continuous fluoroscopic device that I had described.
48:6 And the patient is typically given, through a
48:7 peripheral IV, some sedation -- in this case, Versed
48:8 and fentanyl -- to make the whole thing a little bit
48:9 easier on them.

**48:10 - 49:2**  Nelson, Kirstin 03-23-2017 (00:01:04)    05_21_18 Combo V6.46

48:10 Following sedation, we prep the area,
48:11 which in this case would be the right jugular vein,

| Page/Line | Source | ID |
|---|---|---|
| | 48:12 with, you know, antiseptic soap, and drape everything | |
| | 48:13 so there's just a small area exposed that we would be | |
| | 48:14 looking through, to minimize any potential risk of | |
| | 48:15 infection.  And then under ultrasound, we would gain | |
| | 48:16 access into the jugular vein with a small needle, and | |
| | 48:17 then place a small wire into that vein.  And then | |
| | 48:18 over that put a small sheath that we can then work | |
| | 48:19 through and put our wire that we're going to use, | |
| | 48:20 which is slightly thicker wire, and navigate that | |
| | 48:21 into the inferior vena cava. | |
| | 48:22 And once we have that working wire, as we | |
| | 48:23 call it, in place, then we're able to put a sheath | |
| | 48:24 in, which is a slightly thicker, hollow tube. | |
| | 48:25 Through that we can take our pictures, which we did, | |
| | 49:1 and did an inferior -- what they call an inferior | |
| | 49:2 vena cavagram, where we would inject x-ray dye into | |
| 49:2 - 49:11 | Nelson, Kirstin 03-23-2017 (00:00:27) | 05_21_18 Combo V6.45 |
| | 49:2  where we would inject x-ray dye into | |
| | 49:3 that vein in the belly where the filter sits.  We do | |
| | 49:4 that to make sure that the filter doesn't have a | |
| | 49:5 large amount of clot within -- within it that we | |
| | 49:6 could potentially dislodge, if we take the filter | |
| | 49:7 itself out.  Her filter looked clean and not full of | |
| | 49:8 thrombus.  So then -- | |
| | 49:9  Q. Let me stop you for just a second, if you | |
| | 49:10 don't mind. | |
| | 49:11  A. Okay. | |
| 49:12 - 50:11 | Nelson, Kirstin 03-23-2017 (00:00:45) | 05_21_18 Combo V6.46 |
| | 49:12  Q.  when you initially put the first wire | |
| | 49:13 in and you run it through, you come into the jugular, | |
| | 49:14 near the -- up in the neck? | |
| | 49:15  A. Uh-huh. | |
| | 49:16  Q. And you insert a wire that travels down | |
| | 49:17 through the jugular, through the heart, into the IVC? | |
| | 49:18  A. Correct. | |
| | 49:19  Q. And then over that, you pass a sheath? | |
| | 49:20  A. Right. | |
| | 49:21  Q. And through that sheath, you inject some | |
| | 49:22 dye or contrast, as you've described before, so that | |
| | 49:23 you can see on the imaging where the -- where the | |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6

49:24 vein is and what's going on in there; is that
49:25 correct?
50:1   A. That's correct.
50:2   Q. Okay.  And then as part of that you said
50:3 you do an angiogram to see if there's any clotting or
50:4 anything in the filter.  Yes?
50:5   A. That's where -- yeah, that is that
50:6 venogram --
50:7   Q. Right.
50:8   A. -- that we're doing to see where it's
50:9 sitting, to see, you know, that the clot -- that
50:10 there is not clot within the filter before we take it
50:11 out.

**51:1 - 51:17**   Nelson, Kirstin 03-23-2017 (00:00:48)   05_21_18 Combo V6.47

51:1   Q. What do you do after you've
51:2 determined that that area is clear?
51:3   A. So if the patient -- if that area is clear
51:4 and it looks like the patient can have their filter
51:5 removed, we put basically a snare, or kind of a
51:6 lasso, in through that sheath to grasp the very apex
51:7 of the filter, which has a little hook on it.  After
51:8 we grasp that little hook to kind of steady the
51:9 filter, we advance that sheath that we're working
51:10 through to recollapse the filter, kind of in the
51:11 reverse way of how we put it in.
51:12   Q. Closing the umbrella?
51:13   A. Closing the umbrella.  So once we close
51:14 the umbrella and have it within the sheath, we just
51:15 take everything out of the patient.
51:16   Q. And that's what you did here?
51:17   A. Yes.

**51:18 - 51:21**   Nelson, Kirstin 03-23-2017 (00:00:05)   03_21_18 Combo V6.48

51:18   Q. And when you take it out of the patient,
51:19 you're running it back over the wire, through the
51:20 heart, and out through the jugular, correct?
51:21   A. Yes.

**55:1 - 55:12**   Nelson, Kirstin 03-23-2017 (00:00:38)   05_21_18 Combo V6.48

55:1   Q. And what did you do next?
55:2   A. So after we did that venogram, the
55:3 retrieval device was put through that sheath and used

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6 | |

55:4 to grasp that top hook or the apex of the filter.
55:5 And then the filter is basically collapsed, like
55:6 you're closing the umbrella again, and withdrawn from
55:7 the patient.
55:8   Q. Okay. And after -- after you do all
55:9 that -- well, let's -- let me -- says: "Inspection
55:10 of the filter reveals fracture one of the six shorter
55:11 struts circumferentially around the filter." Is that
55:12 right?

**55:15 - 55:19**     Nelson, Kirstin 03-23-2017 (00:00:09)     *05_21_18 Combo V6.60*
55:15   A. Yes.
55:16   Q. And that's a reference to the filter --
55:17 you inspected the filter and found that one of the
55:18 arms had been broken off?
55:19   A. Right.  One of the shorter arms.  There

**55:19 - 55:21**     Nelson, Kirstin 03-23-2017 (00:00:06)     *05_21_18 Combo V6.61*
55:19   A. Right.  One of the shorter arms.  There
55:20 were longer -- longer arms and shorter arms, and it
55:21 was one of the shorter arms which had broken off.

**55:22 - 56:16**     Nelson, Kirstin 03-23-2017 (00:00:51)     *05_21_18 Combo V6.62*
55:22   Q. Did you have any further kind of --
55:23 I assume that you pulled out the devices and the
55:24 wires and all that stuff at that point, correct?
55:25   A. Right.  And then, before I -- before I
56:1 actually pulled them out, though, I also did a
56:2 followup inferior vena cavagram.  So after I pulled
56:3 the filter out, I still have the sheath in.  So I
56:4 shot more x-ray dye through there, to make sure that
56:5 the IVC itself wasn't injured in removal of the
56:6 filter.
56:7   Q. And what did you find?
56:8   A. That it was fine.
56:9   Q. And then after you take everything out, do
56:10 you -- did you do anything further with this patient
56:11 at that time?
56:12   A. No, basically it's -- this is all done
56:13 through a small nick in the skin that's only a few
56:14 millimeters in size.  We take the device out.  We do
56:15 our workthrough, hold pressure for five minutes over
56:16 the puncture site, and put a Band-Aid on it.

| | 05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 60:3 - 60:7 | Nelson, Kirstin 03-23-2017 (00:00:15) | 05_21_18 Combo V6.03 |
| | 60:3  Q. The court reporter has handed you | |
| | 60:4 what has been marked as the next exhibit in this | |
| | 60:5 proceeding, which is 4017, which is the operative | |
| | 60:6 report from August 24th, 2010, of Dr. Avino for the | |
| | 60:7 placement of this filter. | |
| 60:17 - 61:2 | Nelson, Kirstin 03-23-2017 (00:00:18) | 05_21_18 Combo V6.55 |
| | 60:17  Q. Let me ask you this question:  At the end | |
| | 60:18 of the first paragraph, under "Indications," that's | |
| | 60:19 where it -- was the language I was reading before, | |
| | 60:20 which says:  "After a long discussion with the | |
| | 60:21 patient, she opted for a retrievable filter, | |
| | 60:22 suspecting this would likely remain permanent." | |
| | 60:23 Do you see that? | |
| | 60:24  A. Yes, I do. | |
| | 60:25  Q. And if you reviewed this record at the | |
| | 61:1 time, that's something you would have seen, correct? | |
| | 61:2  A. Uh-huh. | |
| 61:11 - 61:14 | Nelson, Kirstin 03-23-2017 (00:00:11) | 05_21_18 Combo V6.53 |
| | 61:11  Q. Was it your understanding at the | |
| | 61:12 time that it was marketed by the manufacturer, by | |
| | 61:13 Bard, as appropriate for a permanent filter? | |
| | 61:14  A. To the best of my recollection. | |
| 62:5 - 62:9 | Nelson, Kirstin 03-23-2017 (00:00:16) | 05_21_18 Combo V6.58 |
| | 62:5 Do you recall that during this time | |
| | 62:6 period in 2010, that Bard was marketing the Eclipse | |
| | 62:7 filter as being safe to stay in the body of a patient | |
| | 62:8 as a permanent filter, even though it had a | |
| | 62:9 retrievable indication? | |
| 62:11 - 62:12 | Nelson, Kirstin 03-23-2017 (00:00:03) | 05_21_18 Combo V6.57 |
| | 62:11 THE WITNESS:  As far as I would -- | |
| | 62:12 yes. | |
| 63:21 - 64:5 | Nelson, Kirstin 03-23-2017 (00:00:41) | 05_21_18 Combo V6.58 |
| | 63:21 I think you indicated that at | |
| | 63:22 some point in time, that your practice has -- or the | |
| | 63:23 hospital has only been implanting retrievable | |
| | 63:24 devices; is that correct? | |
| | 63:25  A. I think that's the general -- general | |
| | 64:1 consensus, that -- I'm not sure exactly when that | |
| | 64:2 began, but I think unless there's a reason to -- to | |

05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6

| Page/Line | Source | ID |
|---|---|---|
| | 64:3 not, you know, I think it leaves the door open to | |
| | 64:4 potentially, you know, removing the filter if you | |
| | 64:5 should have a case to do that in the future. | |
| 65:2 - 65:10 | Nelson, Kirstin 03-23-2017 (00:00:28) | 05_21_18 Combo V6.59 |
| | 65:2   Q. Do you recall receiving any information | |
| | 65:3 from -- from Bard, during that period of time that | |
| | 65:4 you started in 2006, comparative information and | |
| | 65:5 comparative risk analysis between its -- its | |
| | 65:6 retrievable filters that it was marketing and selling | |
| | 65:7 at the time, and its permanent device that it -- for | |
| | 65:8 at least a period of that time, the Simon Nitinol | |
| | 65:9 filter, that it was also marketing at that time? | |
| | 65:10   A. I don't recall. | |
| 65:11 - 65:14 | Nelson, Kirstin 03-23-2017 (00:00:14) | 05_21_18 Combo V6.60 |
| | 65:11   Q. Do you recall | |
| | 65:12 receiving any kind of risk -- comparative risk | |
| | 65:13 information from Bard relating to any of its filters? | |
| | 65:14   A. I don't, | |
| 67:25 - 69:5 | Nelson, Kirstin 03-23-2017 (00:01:55) | 05_21_18 Combo V6.61 |
| | 67:25   Q. Will you look at the records in front of | |
| | 68:1 you for the date that she came into the ER?  Which | |
| | 68:2 should be 4013.  Do you see that? | |
| | 68:3   A. Looks like date of admission is 4-22-2015. | |
| | 68:4   Q. Yes. | |
| | 68:5   A. Yes. | |
| | 68:6   Q. And under the History, they've noted | |
| | 68:7 symptoms that apparently she was subjectively | |
| | 68:8 explaining to them; is that right?  The | |
| | 68:9 lightheadedness, bilateral arm pain? | |
| | 68:10   A. Correct.  My understanding, this would be | |
| | 68:11 what brought her to the emergency department. | |
| | 68:12   Q. Okay.  And then down below, it says, "She | |
| | 68:13 denies any chest pain, shortness of breath, back | |
| | 68:14 pain, abdominal pain," and so on.  Correct? | |
| | 68:15   A. Yes. | |
| | 68:16   Q. Did you make any determination with | |
| | 68:17 respect to Ms. Jones that any of the symptoms that | |
| | 68:18 she described when she came to the emergency room | |
| | 68:19 were related in any way to her fractured filter | |
| | 68:20 fragment? | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6 | |

| Page/Line | Source | ID |
|---|---|---|
| | 68:21   A. I thought most likely that this was an | |
| | 68:22 incidental finding on a chest x-ray. | |
| | 68:23   Q. Meaning that you did not think that the | |
| | 68:24 symptoms that she presented with at the ER were | |
| | 68:25 related to the filter fragment? | |
| | 69:1   A. (Moving head from side to side.)   Correct. | |
| | 69:2   Q. All right.  Did you also not believe that | |
| | 69:3 the body of her filter that she had in place was | |
| | 69:4 causing any of those symptoms at that time? | |
| | 69:5   A. Correct. | |
| 69:21 - 70:10 | Nelson, Kirstin 03-23-2017 (00:00:42) | 68_51_18 Combo V6 62 |
| | 69:21   Q. So you were able to look at that imaging, | |
| | 69:22 the CT imaging, and see more than the chest x-ray. | |
| | 69:23 True? | |
| | 69:24   A. Correct. | |
| | 69:25   Q. And from that more 3D imaging, you were | |
| | 70:1 able to see that the -- that the fragment of the | |
| | 70:2 filter was not flow limiting.  Am I right? | |
| | 70:3   A. Yes. | |
| | 70:4   Q. And would you tell the jury what that | |
| | 70:5 means, not flow limiting? | |
| | 70:6   A. It means that the blood vessel in which it | |
| | 70:7 had lodged still had blood flow around it, that it | |
| | 70:8 wasn't acting like a -- a plug, basically, to occlude | |
| | 70:9 or close off that branch, which you would not expect | |
| | 70:10 it to anyways, due to its very small size. | |
| 70:11 - 70:23 | Nelson, Kirstin 03-23-2017 (00:00:35) | 05_21_18 Combo V5 62 |
| | 70:11   Q. Were you able to determine how the | |
| | 70:12 filter came to be fractured? | |
| | 70:13   A. No. | |
| | 70:14   Q. And you've already told us what you do | |
| | 70:15 know is that it wasn't fractured by -- when you | |
| | 70:16 looked at CTs, imaging of it in August of 2013? | |
| | 70:17   A. Chest x-ray that was in 2013. | |
| | 70:18   Q. So it happened sometime thereafter? | |
| | 70:19   A. Right. | |
| | 70:20   Q. And were you aware, at the time that you | |
| | 70:21 retrieved the filter from Ms. Jones, that it had been | |
| | 70:22 implanted in her for close to five years? | |
| | 70:23   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo V6 Nelson 03-23-17 Jones Trial run V6

**71:15 - 71:21**   Nelson, Kirstin 03-23-2017 (00:00:11)   05_21_18 Combo V6.64

71:15  Q.  when you observed it, it was not in
71:16 the condition that it was when it was initially
71:17 placed, when it was complete.  True?
71:18  A. Correct.
71:19  Q. Which caused you to recommend to her that
71:20 the filter should come out?
71:21  A. Yes.

**72:15 - 72:24**   Nelson, Kirstin 03-23-2017 (00:00:21)   05_21_18 Combo V6.65

72:15  Q. Did you believe that the retained
72:16 portion of the filter was causing Ms. Jones any
72:17 symptoms?
72:18  A. The one that was in the pulmonary artery?
72:19  Q. Yes.
72:20  A. No.
72:21  Q. And I think your testimony was that you
72:22 did not believe that it would cause her symptoms in
72:23 the future, either.  True?
72:24  A. Correct.

**73:19 - 74:14**   Nelson, Kirstin 03-23-2017 (00:00:58)   05_21_18 Combo V6.66

73:19  Q.  Was that retrieval procedure
73:20 that you went through any different from the typical
73:21 method that you use to retrieve an Eclipse filter?
73:22  A. No.
73:23  Q. So there was nothing about the
73:24 fractured -- the one fracture from the filter that
73:25 caused you to alter your procedure in that retrieval
74:1 for Mrs. Jones; is that correct?
74:2  A. Correct.  I was concerned primarily about
74:3 the length of time that the filter had been in and
74:4 the ease with which I could get it out without
74:5 damaging the inferior vena cava.
74:6  Q. Okay.  And it seems from your report and
74:7 your discussing the report with us that you were able
74:8 to successfully retrieve it without difficulty?
74:9  A. Correct.  I didn't have to use any
74:10 above-and-beyond measures that we sometimes have to
74:11 do.
74:12  Q. And then without any injury to her, as
74:13 well, correct?

05_21_18 Combo V6 Nelson 03-23-17 Jones Trial run V6

| Page/Line | Source | ID |
|---|---|---|

74:14  A. Right.

75:18 - 75:23

Nelson, Kirstin 03-23-2017 (00:00:15)

05_21_18 Combo V6.57

75:18  Q. Mrs. Daly asked you some questions about
75:19 the term you used, "not flow limiting," and you
75:20 explained that you meant it's not occluding the vein
75:21 or stopping the flow of blood through the pulmonary
75:22 artery; is that correct?
75:23  A. Correct.

76:16 - 76:20

Nelson, Kirstin 03-23-2017 (00:00:09)

05_21_18 Combo V6.58

76:16 sort of in the same way that if there's an IVC filter
76:17 in the bloodstream, it is affecting, even if it's to
76:18 a minimal degree, it's affecting the flow of blood.
76:19 Correct?
76:20  A. Sure.

76:24 - 77:4

Nelson, Kirstin 03-23-2017 (00:00:09)

05_21_18 Combo V6.59

76:24  Q. And it could have similar effects in
76:25 whatever that does in terms of affecting the flow of
77:1 the blood, correct?
77:2  A. In that very small branch.
77:3  Q. Yes.
77:4  A. That's correct.

77:13 - 78:6

Nelson, Kirstin 03-23-2017 (00:00:59)

05_21_18 Combo V6.70

77:13  Is the reason that you recommended
77:14 the removal of the filter in this case because there
77:15 was a fracture?
77:16  A. Yes.
77:17  Q. And it -- can you explain in particular
77:18 why that fracture raised concerns for you, such that
77:19 you recommended removal?
77:20  A. If one of the stents has fractured, or one
77:21 of the struts of the filter had fractured, I felt
77:22 that there would be an increased risk of an
77:23 additional strut potentially fracturing in the future
77:24 and causing issues with that.  So I suggested that we
77:25 would remove her filter and -- you know, if she
78:1 needed to have another filter replaced at some point
78:2 in the future, we could do that then.
78:3  Q. And that -- that advice and
78:4 recommendation, was it based on your training and
78:5 experience as an interventional radiologist?

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V6 Nelson 03-23-17 Jones Trial run V6 | |
| | 78:6  A. Yes. | |
| 79:1 - 79:8 | **Nelson, Kirstin 03-23-2017** (00:00:25) | 05_21_18 Combo V6.71 |
| | 79:1 Let me ask you a couple questions about the patient's | |
| | 79:2 rights and reasonable expectations. | |
| | 79:3 Would you agree with me that if Ms. -- | |
| | 79:4 Mrs. Jones was told, at the time that this device was | |
| | 79:5 implanted, that she could have it as a permanent | |
| | 79:6 device, that it would be reasonable for her to expect | |
| | 79:7 the device to remain in her body as a permanent | |
| | 79:8 device? | |
| 79:11 - 79:23 | **Nelson, Kirstin 03-23-2017** (00:00:22) | 05_21_18 Combo V6.72 |
| | 79:11 THE WITNESS:  Yes, if she was told that, | |
| | 79:12 but I did not talk to her about that portion. | |
| | 79:13 BY MR. STOLLER: | |
| | 79:14  Q. Understood.  But we saw the operative | |
| | 79:15 report from Dr. Avino's implantation indicating that | |
| | 79:16 it likely would remain as a permanent device.  Do you | |
| | 79:17 recall seeing that? | |
| | 79:18  A. Yes, I do. | |
| | 79:19  Q. And if that happened, would it be | |
| | 79:20 reasonable for Mrs. Jones to expect that she would | |
| | 79:21 have this remain as a permanent device? | |
| | 79:22 *** | |
| | 79:23 THE WITNESS:  Yes. | |
| 79:25 - 80:2 | **Nelson, Kirstin 03-23-2017** (00:00:09) | 05_21_18 Combo V6.73 |
| | 79:25  Q. Would it be reasonable for her to expect | |
| | 80:1 that the device that is implanted in her would remain | |
| | 80:2 intact and not fracture? | |
| 80:4 - 80:8 | **Nelson, Kirstin 03-23-2017** (00:00:09) | 05_21_18 Combo V6.74 |
| | 80:4 THE WITNESS:  I would imagine, yes. | |
| | 80:5 BY MR. STOLLER: | |
| | 80:6  Q. I mean, certainly it would be reasonable | |
| | 80:7 for her to have an expectation that the device | |
| | 80:8 wouldn't break; would you agree with that? | |
| 80:10 - 80:14 | **Nelson, Kirstin 03-23-2017** (00:00:08) | 05_21_18 Combo V6.75 |
| | 80:10 THE WITNESS:  Yes. | |
| | 80:11 BY MR. STOLLER: | |
| | 80:12  Q. And in terms of to the extent if she had | |
| | 80:13 that expectation, what she got instead was a device | |
| | 80:14 that broke in her body.  Correct? | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo V6-Nelson 03.23-17 Jones Trial run V6 | |
| 80:16 - 80:16 | Nelson, Kirstin 03-23-2017 (00:00:01) | 05_21_18 Combo V6.76 |
| | 80:16 THE WITNESS:  A part did break. | |
| 81:24 - 82:3 | Nelson, Kirstin 03-23-2017 (00:00:14) | 05_21_18 Combo V6.78 |
| | 81:24   Q. Did you have an understanding from | |
| | 81:25 your review of the medical records about anything | |
| | 82:1 about Mrs. Jones' preexisting medical conditions? | |
| | 82:2   A. It seemed like she had a fairly -- fairly | |
| | 82:3 complex past medical history. | |
| 82:10 - 83:3 | Nelson, Kirstin 03-23-2017 (00:01:00) | 05_21_18 Combo V6.80 |
| | 82:10   Q. Would you agree with me that the fact that | |
| | 82:11 she had a more -- relatively complicated medical | |
| | 82:12 history would leave her -- make it more risky for her | |
| | 82:13 to undergo any kind of an interventional or operative | |
| | 82:14 procedure?  And by "more risky," I mean than the | |
| | 82:15 average citizen, than the average person off the | |
| | 82:16 streets. | |
| | 82:17   A. I mean, probably more so than it would be | |
| | 82:18 for a 18-year-old healthy person, you know, of | |
| | 82:19 course.  But, you know -- and we're talking about | |
| | 82:20 interventional procedures versus operative | |
| | 82:21 procedures, and they're pretty significantly | |
| | 82:22 different in their risk profile. | |
| | 82:23   Q. Okay.  But for a -- for a person or a | |
| | 82:24 patient such as Mrs. Jones, who's got a significant | |
| | 82:25 medical history and gone through a number of | |
| | 83:1 procedures in the past -- | |
| | 83:2   A. Certainly if you can avoid doing | |
| | 83:3 additional procedure on anybody, that is preferable. | |
| 83:9 - 83:12 | Nelson, Kirstin 03-23-2017 (00:00:10) | 05_21_18 Combo V6.89 |
| | 83:9   Q. Do you think that Ms. Jones will have any | |
| | 83:10 issues with blood flow in her body in the future, due | |
| | 83:11 to this small fragment that's placed there? | |
| | 83:12   A. No. | |
| 83:15 - 83:24 | Nelson, Kirstin 03-23-2017 (00:00:27) | 05_21_18 Combo V6.26 |
| | 83:15   Q. When you -- when you treated Ms. Jones, | |
| | 83:16 did you recommend to her that a new filter be placed? | |
| | 83:17   A. No. | |
| | 83:18   Q. And was that because you did not think she | |
| | 83:19 needed the device at that time? | |
| | 83:20   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo V6-Nelson 03-23-17 Jones Trial run V6

83:21   Q. And bottom line is she had her filter
83:22 successfully removed by you without complication.
83:23 True?
83:24   A. True.

Plaintiffs  Designations = 00:15:02
Defense Designations = 00:09:39
Plaintiffs and Defense Designations = 00:09:47
Total Time = 00:34:28