# Exhibit K

Designation Run Report

# Orms 08-16-16 Jones Trial Designations V3

**Orms, Daniel 08-16-2016**

**Plaintiffs Designations  00:19:14**

**DefenseDesignations   00:04:56**

**Total Time  00:24:10**



ID:05_20_18 combo Jones V3

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3 | |
| 12:19 - 12:20 | **Orms, Daniel 08-16-2016 (00:00:02)** | 05_20_18 combo Jones V3-F |
| | 12:19 I went to work for C.R. Bard | |
| | 12:20 in 1997. | |
| 15:11 - 15:13 | **Orms, Daniel 08-16-2016 (00:00:06)** | 05_20_18 combo Jones V3-E |
| | 15:11  Q. And you were in the position of | |
| | 15:12 regional manager from 2008 until? | |
| | 15:13  A. Until I left at the end of 2012. | |
| 23:10 - 23:17 | **Orms, Daniel 08-16-2016 (00:00:14)** | 05_20_18 combo Jones V3-C |
| | 23:10  Q. And part of your job in the beginning and | |
| | 23:11 probably towards the end involved having discussions | |
| | 23:12 with physicians, correct? | |
| | 23:13  A. Uh-hum. | |
| | 23:14  Q. Communicating with physicians? | |
| | 23:15  A. Uh-hum.  Yes, yes.  I'm sorry. | |
| | 23:16  Q. Communicating with physicians? | |
| | 23:17  A. Correct. | |
| 24:17 - 24:24 | **Orms, Daniel 08-16-2016 (00:00:16)** | 05_20_18 combo Jones V3-F |
| | 24:17  Q. Were you provided in your training any | |
| | 24:18 information to relate to physicians about bench | |
| | 24:19 testing with regard to the Recovery filter? | |
| | 24:20  A. No. | |
| | 24:21  Q. Okay.  So you were given no resources to pass | |
| | 24:22 on to physicians in your region with regard to bench | |
| | 24:23 testing. | |
| | 24:24  A. No. | |
| 30:11 - 30:17 | **Orms, Daniel 08-16-2016 (00:00:14)** | 05_20_18 combo Jones V3-E |
| | 30:11  Q. So when you become aware or one of | |
| | 30:12 your sales representatives become aware the | |
| | 30:13 information is reported to Bard and it's sort of a | |
| | 30:14 one-way street of information.  You call them and | |
| | 30:15 report it but they don't necessarily respond with | |
| | 30:16 information about other injuries? | |
| | 30:17  A. Correct. | |
| 32:11 - 32:17 | **Orms, Daniel 08-16-2016 (00:00:16)** | 05_20_18 combo Jones V3-E |
| | 32:11  Q. Are you aware if the Recovery filter | |
| | 32:12 was ever put on hold in 2004? | |
| | 32:13  A. Oh, wow.  I don't remember. | |
| | 32:14  Q. Okay.  So you don't recall if in April of | |
| | 32:15 2004 if there was an internal hold placed on the | |
| | 32:16 Recovery filter not to be sold? | |

05  20  18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3

| Page/Line | Source | ID |
|---|---|---|
| | 32:17  A. I don't recall. | |
| 32:24 - 33:1 | Orms, Daniel 08-16-2016 (00:00:05) | 05_20_18 combo Jones V3.10 |
| | 32:24   Q. Had that ever happened with any | |
| | 33:1 product at Bard while you were there? | |
| 33:3 - 33:10 | Orms, Daniel 08-16-2016 (00:00:15) | 05_20_18 combo Jones V3.11 |
| | 33:3   A. I don't recall.  I don't think so.  I mean, I | |
| | 33:4 would have -- I think I would remember, but I don't | |
| | 33:5 think so. | |
| | 33:6   Q. It seems like an unusual event, correct? | |
| | 33:7   A. Yes. | |
| | 33:8   Q. Something that would be memorable. | |
| | 33:9   A. Yeah.  And I don't remember that happening, so | |
| | 33:10 yeah. | |
| 44:22 - 44:23 | Orms, Daniel 08-16-2016 (00:00:03) | 05_20_18 combo Jones V3.11 |
| | 44:22   Q. Do you know why the Recovery filter | |
| | 44:23 was modified? | |
| 45:4 - 45:7 | Orms, Daniel 08-16-2016 (00:00:14) | 05_20_18 combo Jones V3.12 |
| | 45:4 I think there | |
| | 45:5 was a desire to make it more, I don't know what the | |
| | 45:6 other word is, I guess so that it would sit in the cava | |
| | 45:7 more firmly.  I guess because of that Baptist incident, | |
| 45:10 - 45:13 | Orms, Daniel 08-16-2016 (00:00:06) | 05_20_18 combo Jones V3.17 |
| | 45:10   Q. Okay. | |
| | 45:11   A. And so they were trying to get it to anchor | |
| | 45:12 more firm. | |
| | 45:13   Q. So it was modified for safety reasons. | |
| 45:15 - 45:16 | Orms, Daniel 08-16-2016 (00:00:04) | 05_20_18 combo Jones V3.18 |
| | 45:15   A. Yes, I guess to improve migration resistance | |
| | 45:16 was the only thing I remember. | |
| 46:14 - 46:19 | Orms, Daniel 08-16-2016 (00:00:10) | 05_20_18 combo Jones V3.19 |
| | 46:14   Q. But  the Recovery filter was the first | |
| | 46:15 filter in the United States approved for | |
| | 46:16 retrievability, correct? | |
| | 46:17   A. I believe so. | |
| | 46:18   Q. Okay.  Was that a marketing feature? | |
| | 46:19   A. Yes. | |
| 47:6 - 47:14 | Orms, Daniel 08-16-2016 (00:00:16) | 05_20_18 combo Jones V3.20 |
| | 47:6   Q. Did Bard own and manufacture and sell | |
| | 47:7 every retrievable filter in the market at that time? | |
| | 47:8   A. No. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3 | |
| | 47:9   Q. Okay.  So there were competitors. | |
| | 47:10   A. Correct. | |
| | 47:11   Q. Whereas first when Recovery came out there | |
| | 47:12 were no competitors. | |
| | 47:13   A. Oh, okay, okay.  So, yes, so I guess the | |
| | 47:14 optional filter market became more competitive. | |
| 78:10 - 78:15 | Orms, Daniel 08-16-2016 (00:00:08) | |
| | 78:10   Q. What's the last filter you recall | |
| | 78:11 dealing with? | |
| | 78:12   A. Eclipse. | |
| | 78:13   Q. The Eclipse? | |
| | 78:14   A. Yeah.  When you said "Eclipse" it kind of | |
| | 78:15 triggered a little something. | |
| 96:21 - 97:12 | Orms, Daniel 08-16-2016 (00:00:32) | |
| | 96:21   Q. But did anyone at Bard ever provide | |
| | 96:22 you like say a report -- | |
| | 96:23   A. Uh-hum. | |
| | 96:24   Q. -- comparing failure rates between Bard's | |
| | 97:1 products and competitor products, filters? | |
| | 97:2   A. I don't believe so, other than what's IFU, was | |
| | 97:3 it provided in the IFUs for the devices. | |
| | 97:4   Q. Okay.  Which does not provide comparative | |
| | 97:5 rates between Bard's filters and its competitors. | |
| | 97:6   A. Correct. | |
| | 97:7   Q. Okay.  And if you were never provided such | |
| | 97:8 information you couldn't provide it to physicians, | |
| | 97:9 correct? | |
| | 97:10   A. Correct. | |
| | 97:11   Q. Okay.  And so you did not, correct? | |
| | 97:12   A. Correct. | |
| 99:18 - 100:8 | Orms, Daniel 08-16-2016 (00:00:29) | |
| | 99:18   Q. Do you know who David Ciavarella is? | |
| | 99:19   A. I vaguely remember his name, but I don't | |
| | 99:20 remember what his official role is. | |
| | 99:21   Q. He was the medical director for a period of | |
| | 99:22 time at Bard. | |
| | 99:23   A. Okay. | |
| | 99:24   Q. Does that ring a bell? | |
| | 100:1   A. If you tell me that.  That sounds about right. | |
| | 100:2   Q. Okay.  Just if it sparks something else of a | |

| Page/Line | Source | ID |
|---|---|---|

05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3

|  | 100:3 recollection about him, that's merely why I bring it | |
|  | 100:4 up. When I say "ring a bell," I'm not trying to be | |
|  | 100:5 facetious in any way. | |
|  | 100:6   A. Okay. No, I mean, I just never had any -- any | |
|  | 100:7 involvement with him at his level, if he's the medical | |
|  | 100:8 director. | |
| 101:19 - 102:9 | **Orms, Daniel 08-16-2016 (00:00:28)** | |
|  | 101:19   Q. Complaint rate MDR and complaint rate for SNF | |
|  | 101:20 with regard to G2 and SNF. | |
|  | 101:21   A. So was that provided to us? | |
|  | 101:22   Q. Uh-hum. | |
|  | 101:23   A. No. | |
|  | 101:24   Q. Okay. Were you made aware that the medical | |
|  | 102:1 director of Bard was asking this question of, "The | |
|  | 102:2 G2's a permanent filter; we also have the SNF that has | |
|  | 102:3 virtually no complaints. Why shouldn't doctors be | |
|  | 102:4 using that one rather than the G2?" | |
|  | 102:5   A. No. | |
|  | 102:6   Q. So that information was not provided to you | |
|  | 102:7 while you were on the ground in the territory selling | |
|  | 102:8 or overseeing the sales of G2 filters. | |
|  | 102:9   A. Correct. | |
| 105:1 - 105:7 | **Orms, Daniel 08-16-2016 (00:00:14)** | |
|  | 105:1   Q. And when complaints are reported in | |
|  | 105:2 your region, are they shared amongst the sales | |
|  | 105:3 representatives in your region? | |
|  | 105:4   A. Not as a matter of practice. | |
|  | 105:5   Q. Okay. So that's not a policy at Bard to do | |
|  | 105:6 that? | |
|  | 105:7   A. No. | |
| 105:14 - 105:16 | **Orms, Daniel 08-16-2016 (00:00:03)** | |
|  | 105:14   A. Was it shared? | |
|  | 105:15   Q. Uh-hum. | |
|  | 105:16   A. It would have been word of mouth. | |
| 138:18 - 138:23 | **Orms, Daniel 08-16-2016 (00:00:09)** | |
|  | 138:18   Q. But these filters are sold to be | |
|  | 138:19 placed in patients, correct? | |
|  | 138:20   A. Correct. | |
|  | 138:21   Q. Okay. And you're not aware of whether a | |
|  | 138:22 patient would like to have the safest filter possible | |

05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3

| Page/Line | Source | ID |
|---|---|---|

138:23 available implanted in them?

139:2 - 139:5   **Orms, Daniel 08-16-2016 (00:00:09)**

139:2   A. I guess I would think, yes, they would.

139:3   Q. Okay, okay.  Is that a big assumption to make

139:4 on your part, being someone who's sold filters to be

139:5 used in humans for so long?

139:7 - 139:7   **Orms, Daniel 08-16-2016 (00:00:00)**

139:7   A. No.

143:7 - 143:7   **Orms, Daniel 08-16-2016 (00:00:03)**

143:7   Q. All right.  Exhibit 13 to your deposition.

143:8 - 143:9   **Orms, Daniel 08-16-2016 (00:00:03)**

143:8 And you can take a minute to look at that.

143:9   A. Okay.

143:10 - 143:23   **Orms, Daniel 08-16-2016 (00:00:26)**

143:10   Q. This is an E-mail exchange between you

143:11 and Chris Smith, correct?

143:12   A. Yes.

143:13   Q. And who's Chris Smith?

143:14   A. Chris Smith was, as his title indicates, the

143:15 district manager for the southeast is the geography that

143:16 he was managing at the time.

143:17   Q. And this is dated November 9th, 2010,

143:18 correct?

143:19   A. Correct.

143:20   Q. So the Eclipse has been on the market for

143:21 approximately a year, if it was cleared in January of

143:22 2010?

143:23   A. Okay, yes.

145:7 - 145:22   **Orms, Daniel 08-16-2016 (00:00:38)**

145:7   Q. It says, "As we discussed on Friday,

145:8 we lost all of the Northside IVC filter business.

145:9 They had three Eclipse filter fractures in three

145:10 months as well as another penetration.  I have a great

145:11 relationship with the physicians, but they do not feel

145:12 comfortable using the filter anymore.  Dr. Levy called

145:13 my Friday night and we talked for quite some time but

145:14 unfortunately they have decided to stop using Eclipse.

145:15 This will be over a $200,000 filter loss next year for

145:16 my territory.  I know we have a new filter technology

145:17 coming out next year, but I wanted you to pass this

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3 Orms 08-16-16 Jones Trial Designations V3 | |

| Page/Line | Source | ID |
|---|---|---|
| | 145:18 along as to not surprise anyone.  All of the defective | |
| | 145:19 devices have been reported.  Please let me know if you | |
| | 145:20 need anything else.  Thanks." | |
| | 145:21 Did I read that correctly? | |
| | 145:22  A. Yes. | |
| 146:8 - 146:12 | **Orms, Daniel 08-16-2016 (00:00:14)** | |
| | 146:8   Q. So in the history of the Bard retrievable | |
| | 146:9 filters the Eclipse was an improvement over the G2 and | |
| | 146:10 now it appears that there's an improvement coming out | |
| | 146:11 over the Eclipse, as we see indicated in this E-mail | |
| | 146:12 and the exhibit we just looked at, correct? | |
| 146:14 - 147:5 | **Orms, Daniel 08-16-2016 (00:00:33)** | |
| | 146:14  A. Yes, based on the E-mail. | |
| | 146:15  Q. And so the improved filter, the next | |
| | 146:16 iteration, the modification of the G2, the Eclipse is | |
| | 146:17 also starting to fail, correct? | |
| | 146:18  A. Clearly there's been these filter fractures, | |
| | 146:19 adverse runs. | |
| | 146:20  Q. And as they're discussing the new technology | |
| | 146:21 that's coming out. | |
| | 146:22  A. Yes. | |
| | 146:23  Q. But Eclipse was still being sold, correct? | |
| | 146:24  A. Yes. | |
| | 147:1  Q. Okay.  Did you report any of these three | |
| | 147:2 filter fractures to anyone else, any other physicians | |
| | 147:3 in your territory, when it came up through your sales | |
| | 147:4 rep? | |
| | 147:5  A. I don't remember, but I doubt it. | |
| 147:9 - 147:9 | **Orms, Daniel 08-16-2016 (00:00:01)** | |
| | 147:9  Q. This is Exhibit 14 to your deposition. | |
| 147:19 - 147:24 | **Orms, Daniel 08-16-2016 (00:00:09)** | |
| | 147:19  Q. And it's attached to an E-mail dated | |
| | 147:20 October 2nd, 2010, correct? | |
| | 147:21  A. Yes. | |
| | 147:22  Q. And that was within 30 days of the last | |
| | 147:23 exhibit, correct? | |
| | 147:24  A. Yes. | |
| 148:10 - 149:1 | **Orms, Daniel 08-16-2016 (00:00:34)** | |
| | 148:10  Q. And you are on this E-mail, correct? | |
| | 148:11  A. Yes, I am. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3 | |

| Page/Line | Source | ID |
|---|---|---|
| | 148:12  Q. Okay.  And the cover E-mail states, "All, | |
| | 148:13 commercialization for the plan Meridian filter is | |
| | 148:14 attached.  Please feel free to contact me with any | |
| | 148:15 questions you may have regarding the Meridian filter | |
| | 148:16 or its anticipated launch at the NSM in January.  The | |
| | 148:17 filter team is looking forward to an exciting launch." | |
| | 148:18 This E-mail is from Jeffrey Pellicio. | |
| | 148:19  A. Yes. | |
| | 148:20  Q. Do you know who he is? | |
| | 148:21  A. Yes. | |
| | 148:22  Q. Okay.  Who is he? | |
| | 148:23  A. He was in the filter marketing team. | |
| | 148:24  Q. Filter marketing? | |
| | 149:1  A. Team. | |
| 149:15 - 149:20 | **Orms, Daniel 08-16-2016 (00:00:12)** | |
| | 149:15  So within a month of the E-mail that | |
| | 149:16 we just looked at regarding Eclipse fracture failures | |
| | 149:17 and new technology coming out, they're already | |
| | 149:18 discussing the new technology, correct, which seems to | |
| | 149:19 be the Meridian filter? | |
| | 149:20  A. Yes. | |
| 150:9 - 150:13 | **Orms, Daniel 08-16-2016 (00:00:09)** | |
| | 150:9  Q. So the Meridian was to be an improvement over | |
| | 150:10 the Eclipse, correct? | |
| | 150:11  A. Yes. | |
| | 150:12  Q. And the Eclipse was an improvement over the | |
| | 150:13 G2 filters, correct? | |
| 150:15 - 151:22 | **Orms, Daniel 08-16-2016 (00:01:11)** | |
| | 150:15  A. Yes. | |
| | 150:16  Q. And the G2 filters were improvements over the | |
| | 150:17 Recovery filter, correct? | |
| | 150:18  A. Yes. | |
| | 150:19  Q. Okay.  If you look at the first page of the | |
| | 150:20 commercialization plan, Bates ending 0206. | |
| | 150:21  A. Uh-hum. | |
| | 150:22  Q. It starts, "The commercialization plan | |
| | 150:23 details launch logistics of the Meridian filter which | |
| | 150:24 will launch Q1 2011 at the National Sales Meeting as | |
| | 151:1 BPV's newly-designed premier retrievable filter.  The | |
| | 151:2 Meridian filter will completely phase out the Eclipse | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3 Orms 08-16-16 Jones Trial Designations V3 | |

|  |  |  |
|---|---|---|
| | 151:3 and G2 filters in 2011 and remain on the market until | |
| | 151:4 the launch of BPV's next generation filter, the | |
| | 151:5 Denali, at the end of 2012." | |
| | 151:6 Did I read that properly? | |
| | 151:7   A. Yes. | |
| | 151:8   Q. Okay.  So they're discussing these | |
| | 151:9 reiterations before they even come out but while they | |
| | 151:10 still have their older filters still on the market, | |
| | 151:11 correct? | |
| | 151:12   A. Correct. | |
| | 151:13   Q. Okay.  And the value proposition here is | |
| | 151:14 similar to what we just read.  "The Meridian (Eclipse | |
| | 151:15 anchors) filter will retain the advantages of G2, G2X, | |
| | 151:16 and Eclipse, including the retrieval indication while | |
| | 151:17 improving caudal migration resistance.  The addition | |
| | 151:18 of caudal anchors should limit the amount of tilt | |
| | 151:19 which may reduce the likelihood of penetration and | |
| | 151:20 fracture." | |
| | 151:21 Did I read that correctly? | |
| | 151:22   A. Yes. | |
| 162:3 - 162:5 | **Orms, Daniel 08-16-2016 (00:00:11)** | |
| | 162:3 Meaning, the doctors look to you to advise | |
| | 162:4 them about everything that is available to you about | |
| | 162:5 the product; true? | |
| 162:7 - 162:8 | **Orms, Daniel 08-16-2016 (00:00:07)** | |
| | 162:7   A. Yes. | |
| | 162:8   Q. The good, the bad and the indifferent. | |
| 162:10 - 162:14 | **Orms, Daniel 08-16-2016 (00:00:15)** | |
| | 162:10   A. From my experience, physicians want data that | |
| | 162:11 they can rely on. | |
| | 162:12   Q. Which means open, frank, honest | |
| | 162:13 communications. | |
| | 162:14   A. About data they can rely on, yes. | |
| 167:20 - 167:24 | **Orms, Daniel 08-16-2016 (00:00:12)** | |
| | 167:20   Q. Well, I guess I'm trying to figure out, was | |
| | 167:21 there somebody within Bard that was communicating to | |
| | 167:22 other people in Bard that there were a series of | |
| | 167:23 events going on with say the Recovery.  We talked | |
| | 167:24 about the Recovery before. | |
| 168:2 - 168:2 | **Orms, Daniel 08-16-2016 (00:00:01)** | |

05_20_18 combd Jones V3-Orms 08-16-16 Jones Trial Designations V3

| Page/Line | Source | ID |
|---|---|---|
| | 168:2  A. To my knowledge, no. | |
| 172:14 - 172:15 | **Orms, Daniel 08-16-2016 (00:00:04)** | 05_20_18 combd Jones V3.42 |
| | 172:14  Q. somewhere along the line, Bard | |
| | 172:15 learned that tilting in a filter was a bad thing. | |
| 172:17 - 172:21 | **Orms, Daniel 08-16-2016 (00:00:07)** | 05_20_18 combd Jones V3.43 |
| | 172:17  A. Yeah, it wasn't optimal.  I mean, there's | |
| | 172:18 better -- an improvement to be had. | |
| | 172:19  Q. It was undesirable in a filter, correct? | |
| | 172:20 *** | |
| | 172:21  A. Yes. | |
| 173:14 - 173:19 | **Orms, Daniel 08-16-2016 (00:00:21)** | 05_20_18 combd Jones V3.44 |
| | 173:14  Q. Well, if there was a group in Bard that was | |
| | 173:15 aware of events with the filter such as the Recovery, | |
| | 173:16 and was aware that the Recovery was tilting and either | |
| | 173:17 causing injuries or causing potential complications to | |
| | 173:18 patients, that's information that you would expect to | |
| | 173:19 be given to you people in sales to use, correct? | |
| 173:21 - 173:21 | **Orms, Daniel 08-16-2016 (00:00:03)** | 05_20_18 combd Jones V3.19 |
| | 173:21  A. Yeah, it would be good to know. | |
| 174:13 - 174:16 | **Orms, Daniel 08-16-2016 (00:00:09)** | 05_20_18 combd Jones V3.01 |
| | 174:13  Q. And so you could understand why doctors would | |
| | 174:14 rely on you to -- to, No. 1, assume that you're in the | |
| | 174:15 know and that that you would communicate that to the | |
| | 174:16 doctor, correct? | |
| 174:18 - 174:18 | **Orms, Daniel 08-16-2016 (00:00:01)** | 05_20_18 combd Jones V3.02 |
| | 174:18  A. Yes. | |
| 174:24 - 175:10 | **Orms, Daniel 08-16-2016 (00:00:32)** | 05_20_18 combd Jones V3.01 |
| | 174:24  A. If the data's meaningful and reliable, yes. | |
| | 175:1  Q. And so that's why it would be reasonable for | |
| | 175:2 you, in the position you were at, and for your | |
| | 175:3 salespeople, to be advised from whoever in Bard was | |
| | 175:4 tracking events and knew what complications or | |
| | 175:5 potential complications those events were causing; | |
| | 175:6 fair? | |
| | 175:7  A. Yes. | |
| | 175:8  Q. And from what you told us today, that really | |
| | 175:9 wasn't something that was going on. | |
| | 175:10  A. No.  As a matter of practice, no. | |
| 176:15 - 177:1 | **Orms, Daniel 08-16-2016 (00:00:29)** | 05_20_18 combd Jones V3.04 |
| | 176:15  Q. Well, how would the conversation go? | |

| Page/Line | Source | ID |
|---|---|---|

05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3

176:16  A. The conversation would probably go, again, the
176:17 physician makes the decision to use any device based on
176:18 risk reward, benefit to the patient, and whether it was
176:19 Recovery or G2 or G2X or whatever other iterations, the
176:20 devices were providing a significant benefit to the
176:21 patient.  The doctor has to weigh that versus the risk
176:22 of the device.  And if the risk of the device is within
176:23 the guidelines of that technology, then that's all that
176:24 I can do.  From a sales perspective, that's all that I
177:1 can worry about.

**177:9 - 177:11**  **Orms, Daniel 08-16-2016 (00:00:05)**

177:9 If Bard is aware of problems, with for
177:10 example the Recovery, I'm saying, that's something you
177:11 would expect them to advise you; true?

**177:13 - 177:15**  **Orms, Daniel 08-16-2016 (00:00:06)**

177:13  A. If -- if Bard is aware of problems that are
177:14 outside of the reporting guidelines, yes, that's what --
177:15 I would want to know that.

**178:3 - 178:10**  **Orms, Daniel 08-16-2016 (00:00:12)**

178:3  Q. And you want to be open and you want to be
178:4 honest.
178:5  A. And I answered exactly the way I just told you,
178:6 and I said as far as I know they're well within the SIR
178:7 guidelines.
178:8  Q. Okay.
178:9  A. And the physicians were happy.  That was all
178:10 they wanted to know.

**182:19 - 182:22**  **Orms, Daniel 08-16-2016 (00:00:09)**

182:19  Q. And nobody ever communicated to you about
182:20 trends that Bard became aware of in terms of events
182:21 that were associated with the Recovery filter,
182:22 correct?

**182:24 - 183:1**  **Orms, Daniel 08-16-2016 (00:00:02)**

182:24  A. So, yeah, we were not communicated this
183:1 information.

**208:19 - 208:22**  **Orms, Daniel 08-16-2016 (00:00:06)**

208:19  Q. Does Bard have a
208:20 responsibility to warn if it becomes aware of a danger
208:21 associated with its filters?  Yes or no.
208:22  A. Yes.

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3 Orms 08-16-16 Jones Trial Designations V3 | |

| Page/Line | Source | ID |
|---|---|---|
| 222:4 - 222:4 | **Orms, Daniel 08-16-2016 (00:00:02)** | 05_20_18 combo Jones V3.01 |
| | 222:4  Q. Here you go.  Exhibit 16. | |
| 222:13 - 222:23 | **Orms, Daniel 08-16-2016 (00:00:25)** | 05_20_18 combo Jones V3.02 |
| | 222:13  Q. Now, what we're looking at is a memorandum | |
| | 222:14 entitled, subject, Monthly Management Report, correct? | |
| | 222:15  A. Yes. | |
| | 222:16  Q. And it's prepared by Jim Beasley, right? | |
| | 222:17  A. Yes. | |
| | 222:18  Q. And it's March 8, 2010, is the date.  Do you | |
| | 222:19 see that? | |
| | 222:20  A. Yes. | |
| | 222:21  Q. And at that time you were still responsible | |
| | 222:22 for filters; true? | |
| | 222:23  A. I believe so.  Yes, yes. | |
| 223:10 - 224:13 | **Orms, Daniel 08-16-2016 (00:01:07)** | 05_20_18 combo Jones V3.03 |
| | 223:10  Q. And what we're looking at is a fairly lengthy | |
| | 223:11 document that Jim Beasley has prepared, correct? | |
| | 223:12  A. Yes. | |
| | 223:13  Q. Six pages, and then an additional 14 pages of | |
| | 223:14 attachments, right? | |
| | 223:15  A. Yes. | |
| | 223:16  Q. And he calls it, subject, Monthly Management | |
| | 223:17 Report, right? | |
| | 223:18  A. Correct. | |
| | 223:19  Q. And Jim Beasley at that time, what was his | |
| | 223:20 position? | |
| | 223:21  A. I believe he was still the president of the | |
| | 223:22 division. | |
| | 223:23  Q. President of — | |
| | 223:24  A. Bard Peripheral Vascular. | |
| | 224:1  Q. And his report is entitled Monthly Management | |
| | 224:2 Report.  Were you, as a district manager, responsible | |
| | 224:3 to submit reports on a monthly basis? | |
| | 224:4  A. I believe so. | |
| | 224:5  Q. What type of reports? | |
| | 224:6  A. Well, probably something that looks, probably | |
| | 224:7 not similar to this, but probably, if I remember | |
| | 224:8 correctly, probably something shorter than this, but to | |
| | 224:9 my direct report. | |
| | 224:10  Q. So it would be a report about your district | |

05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3

| Page/Line | Source | ID |
|---|---|---|
| | 224:11 and about all the goings on.  You would have to | |
| | 224:12 prepare something and send it up the chain, right? | |
| | 224:13  A. Yeah. | |
| 228:14 - 228:15 | Orms, Daniel 08-16-2016 (00:00:03) | |
| | 228:14  Q. Now, "reopening doors".  What does that mean | |
| | 228:15 to you? | |
| 228:17 - 228:18 | Orms, Daniel 08-16-2016 (00:00:05) | |
| | 228:17  A. It says "reopening doors with customers," so | |
| | 228:18 probably getting back into accounts that -- | |
| 228:23 - 229:5 | Orms, Daniel 08-16-2016 (00:00:21) | |
| | 228:23  Q. I mean, as a district manager you never | |
| | 228:24 intended to ever eliminate that organization as a | |
| | 229:1 potential opportunity, right? | |
| | 229:2  A. Not totally. | |
| | 229:3  Q. I mean, your job, like Bard's goal, was to | |
| | 229:4 increase customer bases, to increase profits, increase | |
| | 229:5 quotas, right? | |
| 229:7 - 229:24 | Orms, Daniel 08-16-2016 (00:00:47) | |
| | 229:7  A. Yeah; our job was to hit our sales target. | |
| | 229:8  Q. Meaning there were times where you would go | |
| | 229:9 and approach and try to reopen doors that might have | |
| | 229:10 been closed. | |
| | 229:11  A. Yes. | |
| | 229:12  Q. And the Eclipse was one way that salespeople | |
| | 229:13 could reopen doors that were shut. | |
| | 229:14  A. Depending on the account, potentially, yeah. | |
| | 229:15 Any iteration, any launch. | |
| | 229:16  Q. Well, again, the Eclipse came to you, was | |
| | 229:17 told to you that it had features that were over and | |
| | 229:18 above its predecessor devices, correct? | |
| | 229:19  A. Yes. | |
| | 229:20  Q. Something that you could and your people in | |
| | 229:21 your sales force could promote as new and improved, | |
| | 229:22 right? | |
| | 229:23  A. Yes. | |
| | 229:24  Q. Safer. | |
| 230:5 - 230:6 | Orms, Daniel 08-16-2016 (00:00:02) | |
| | 230:5  Q. True? | |
| | 230:6  A. New and improved, yes. | |
| 230:23 - 231:4 | Orms, Daniel 08-16-2016 (00:00:16) | |

| Page/Line | Source | ID |
|---|---|---|
| | 06_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3 | |

| | 230:23   Q. He goes on to say, "Difficult comps will | |
| | 230:24 continue until the June time frame and the product | |
| | 231:1 category will remain a drag on the division's | |
| | 231:2 performance until that time." | |
| | 231:3 With all your experience in sales, what does | |
| | 231:4 that mean to you? | |
| 231:7 - 231:9 | **Orms, Daniel 08-16-2016 (00:00:07)** | |
| | 231:7   A. It means, when he's saying the product will | |
| | 231:8 remain a drag, it means it's not growing as fast as | |
| | 231:9 maybe the other areas. | |
| 240:3 - 240:5 | **Orms, Daniel 08-16-2016 (00:00:08)** | |
| | 240:3   Q. And the G2 filter was told to you and | |
| | 240:4 marketed by your salespeople that it was going to be | |
| | 240:5 resistant to caudal migration, right? | |
| 240:7 - 240:7 | **Orms, Daniel 08-16-2016 (00:00:01)** | |
| | 240:7   A. Resistant to, yes; | |
| 240:7 - 240:8 | **Orms, Daniel 08-16-2016 (00:00:02)** | |
| | 240:7   A.  but all filters do all of | |
| | 240:8 those | |
| 241:15 - 241:18 | **Orms, Daniel 08-16-2016 (00:00:05)** | |
| | 241:15   Q. And resistant to tilt. | |
| | 241:16   A. You know, I mean, again, all these adverse | |
| | 241:17 events are -- are components of every filter on the | |
| | 241:18 market. | |
| 242:6 - 242:8 | **Orms, Daniel 08-16-2016 (00:00:11)** | |
| | 242:6 Is it your understanding that the G2 and the | |
| | 242:7 G2 Express were designed to be tilt resistant -- | |
| | 242:8   A. Yes. | |
| 242:10 - 242:11 | **Orms, Daniel 08-16-2016 (00:00:03)** | |
| | 242:10   A. An improvement over the previous iteration, | |
| | 242:11 yes. | |
| 248:15 - 248:19 | **Orms, Daniel 08-16-2016 (00:00:13)** | |
| | 248:15   Q. Well, you would have expected most of the | |
| | 248:16 effort to have been on Eclipse, especially if the | |
| | 248:17 Eclipse had new features that were better performance | |
| | 248:18 and safer than the G2, right? | |
| | 248:19   A. Yeah. | |
| 248:22 - 249:12 | **Orms, Daniel 08-16-2016 (00:00:42)** | |
| | 248:22   Q. -- we just went through a series of injuries | |
| | 248:23 in the prior report by Mr. Beasley where he writes | |

| Page/Line | Source | ID |
|---|---|---|
| | 248:24 about injuries and events specific to the G2 in the | |
| | 249:1 month of March, right? | |
| | 249:2   A. Yes. | |
| | 249:3   Q. And the whole reason that Bard was developing | |
| | 249:4 new filters was to make sure that doctors knew that | |
| | 249:5 they were on top of things, making things safer than | |
| | 249:6 the predecessors, right? | |
| | 249:7   A. Yes. | |
| | 249:8   Q. And that's important to you, as a district | |
| | 249:9 manager, because that's how you promote it, right? | |
| | 249:10   A. That's how we promote what? | |
| | 249:11   Q. Your filters. | |
| | 249:12   A. Yeah, as improvements. | |
| 253:23 - 254:2 | **Orms, Daniel 08-16-2016 (00:00:10)** | |
| | 253:23   Q. And you knew in this time frame, from what | |
| | 253:24 you've seen today for the first time, you know now, | |
| | 254:1 that tilting and migration were dangerous to patients, | |
| | 254:2 correct? | |
| 254:4 - 254:7 | **Orms, Daniel 08-16-2016 (00:00:16)** | |
| | 254:4   A. At times, yes. | |
| | 254:5   Q. And that tilting and perforation and | |
| | 254:6 migration were caused by a lack of stability in the | |
| | 254:7 filters; true? | |
| 254:9 - 254:16 | **Orms, Daniel 08-16-2016 (00:00:24)** | |
| | 254:9   A. Yeah, to a great extent, yes.  Yes, to a great | |
| | 254:10 extent. | |
| | 254:11   Q. And when Bard -- when Bard developed the | |
| | 254:12 Eclipse and told you to go out and promote it and get | |
| | 254:13 your sales team on it, No. 1, you expected that Bard | |
| | 254:14 had thoroughly tested and evaluated the Eclipse for | |
| | 254:15 safety, right? | |
| | 254:16   A. Yes. | |
| 258:17 - 258:19 | **Orms, Daniel 08-16-2016 (00:00:08)** | |
| | 258:17   Q. Well, no, follow me.  You believed and | |
| | 258:18 trusted Bard to thoroughly test the G2 for safety and | |
| | 258:19 efficacy, right? | |
| 258:21 - 259:6 | **Orms, Daniel 08-16-2016 (00:00:43)** | |
| | 258:21   A. Yes. | |
| | 258:22   Q. And it was that expectation that you had that | |
| | 258:23 gave you the credibility with the doctor, the doctors | |

| Page/Line | Source | ID |
|---|---|---|

**05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3**

| | 258:24 you sold the product to, to give each doctor what you | |
| | 259:1 believed was accurate information about the G2; fair? | |
| | 259:2 A. Yes. | |
| | 259:3 Q. And if, unbeknownst to you, Bard did not | |
| | 259:4 thoroughly test the G2 for efficacy or safety, that | |
| | 259:5 would cause you to give inaccurate information to the | |
| | 259:6 doctor if you believed otherwise; true? | |
| 259:8 - 259:15 | **Orms, Daniel 08-16-2016 (00:00:18)** | |
| | 259:8 A. If unbeknownst to me they did not do their due | |
| | 259:9 diligence? | |
| | 259:10 Q. Yes. | |
| | 259:11 A. They didn't follow kind of the guidelines and | |
| | 259:12 the rules of the road? | |
| | 259:13 Q. Yes. | |
| | 259:14 A. Yeah, I guess if they're doing something wrong | |
| | 259:15 and I'm communicating what they're telling me, then yes. | |
| 264:1 - 264:3 | **Orms, Daniel 08-16-2016 (00:00:06)** | |
| | 264:1 Q. Dan, I have a few more questions for you | |
| | 264:2 today. The first is, where do you live? | |
| | 264:3 A. Here in Miami, Florida. | |
| 264:18 - 265:3 | **Orms, Daniel 08-16-2016 (00:00:29)** | |
| | 264:18 Q. Can you briefly tell us about your | |
| | 264:19 educational background? I know you mentioned it a | |
| | 264:20 little bit earlier. | |
| | 264:21 A. Okay. Yeah, I went to high school here in | |
| | 264:22 Miami. Graduated from Miami Killian Senior High. Went | |
| | 264:23 to the University of Florida in Gainesville for four | |
| | 264:24 years, 1984 through '88, and shortly thereafter got into | |
| | 265:1 my career as a salesperson. | |
| | 265:2 Q. You worked for Bard for about 15 years? | |
| | 265:3 A. Yes, from '97 to 2012. | |
| 265:18 - 266:2 | **Orms, Daniel 08-16-2016 (00:00:19)** | |
| | 265:18 Q. At any point during your time at Bard did you | |
| | 265:19 work on the design and development of products? | |
| | 265:20 A. No. | |
| | 265:21 Q. Did you have any role in tracking or | |
| | 265:22 analyzing adverse events? | |
| | 265:23 A. No. | |
| | 265:24 Q. Did any of your job responsibilities involve | |
| | 266:1 determining rates of complications with Bard's | |

| Page/Line | Source | ID |
|---|---|---|
| | 05-20-18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3 | |

| Page/Line | Source | ID |
|---|---|---|
| | 266:2 filters? | |
| 266:5 - 266:15 | Orms, Daniel 08-16-2016 (00:00:27) | |
| | 266:5   A. No, no. | |
| | 266:6   Q. How about competitor filters? | |
| | 266:7   A. No. | |
| | 266:8   Q. Was evaluating adverse event reports part of | |
| | 266:9 your job responsibilities? | |
| | 266:10  A. No, it was not. | |
| | 266:11  Q. So all of the questions that you were asked | |
| | 266:12 today about should Bard have told certain information | |
| | 266:13 to you, is it part of your job responsibilities when | |
| | 266:14 you were a district manager and later as a regional | |
| | 266:15 manager to make that determination? | |
| 266:17 - 266:17 | Orms, Daniel 08-16-2016 (00:00:01) | |
| | 266:17  A. No, it was not. | |
| 267:1 - 267:5 | Orms, Daniel 08-16-2016 (00:00:16) | |
| | 267:1   Q. How many different medical devices did you | |
| | 267:2 work with at any given time while you were at Bard? | |
| | 267:3   A. Probably 25 to 30 different -- different | |
| | 267:4 devices, device; balloons, catheters, stents, filters, | |
| | 267:5 wires. | |
| 267:18 - 267:19 | Orms, Daniel 08-16-2016 (00:00:02) | |
| | 267:18  Q. Was there an entire department at Bard who | |
| | 267:19 dealt with complaint files? | |
| 267:21 - 268:9 | Orms, Daniel 08-16-2016 (00:00:28) | |
| | 267:21  A. Yeah.  I think it's either quality or field | |
| | 267:22 assurance or whoever it is that we talked about. | |
| | 267:23  Q. And to your understanding part of that | |
| | 267:24 department's role is to analyze those complaint files; | |
| | 268:1 is that right? | |
| | 268:2   A. Yeah, to my limited understanding. | |
| | 268:3   Q. During the course of your career you have | |
| | 268:4 also worked at Ethicon, Steris, and now you're at | |
| | 268:5 Abbott; is that right? | |
| | 268:6   A. Yes. | |
| | 268:7   Q. At any of these companies did the companies | |
| | 268:8 provide you with individual complaint files for | |
| | 268:9 products that you were selling? | |
| 268:11 - 268:14 | Orms, Daniel 08-16-2016 (00:00:08) | |
| | 268:11  A. No, I was not provided with any of them. | |

| | 05_20_18 combo Jones V3 Orms 08-16-16 Jones Trial Designations V3 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 268:12   Q. Did any of these companies provide you with | |
| | 268:13 MAUDE data to share with physicians? | |
| | 268:14   A. No. | |
| 282:18 - 283:10 | **Orms, Daniel 08-16-2016 (00:00:46)** | 05_20_18 combo Jones V3.44 |
| | 282:18   Q. Based on your experience, what are the | |
| | 282:19 sources from which physicians get their information | |
| | 282:20 that they use to make decisions about patient | |
| | 282:21 treatment? | |
| | 282:22   A. The top two are one is certainly the clinical | |
| | 282:23 trial data, so level one data from randomized clinical | |
| | 282:24 trials.  Behind that is peer-to-peer, communications, | |
| | 283:1 conferences, journals, articles that are peer reviewed | |
| | 283:2 by their -- by their peers.  And that's why they have -- | |
| | 283:3 they carry weight with a physician.  So those are really | |
| | 283:4 the top two areas that they look for I think when making | |
| | 283:5 a decision. | |
| | 283:6   Q. Do you believe that physicians rely on | |
| | 283:7 medical device manufacturers as the primary source of | |
| | 283:8 information regarding complications associated with | |
| | 283:9 the medical devices? | |
| | 283:10   A. No. | |
| 284:16 - 284:18 | **Orms, Daniel 08-16-2016 (00:00:09)** | 05_20_18 combo Jones V3.41 |
| | 284:16   Q. We discussed certain adverse events of IVC | |
| | 284:17 filters during today's deposition, including | |
| | 284:18 perforation, fracture, migration, tilting | |
| 284:19 - 285:5 | **Orms, Daniel 08-16-2016 (00:00:23)** | 05_20_18 combo Jones V3.33 |
| | 284:19 Do you remember those questions during the | |
| | 284:20 course of today? | |
| | 284:21   A. Yes, I do. | |
| | 284:22   Q. Are those adverse events risks that are | |
| | 284:23 associated with the G2X filter? | |
| | 284:24   A. Yeah.  I mean, those were adverse events -- | |
| | 285:1 | |
| | 285:2   A. -- that were associated with every -- eery | |
| | 285:3 filter on the market that's included in every -- every | |
| | 285:4 one of their IFUs.  Physicians are well aware of those | |
| | 285:5 -- that potential for adverse events. | |
| 285:17 - 285:21 | **Orms, Daniel 08-16-2016 (00:00:12)** | 05_20_18 combo Jones V3.37 |
| | 285:17   Q. In your experience in your 15 years at Bard, | |
| | 285:18 and to your understanding, did physicians know about | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3 | |

| Page/Line | Source | ID |
|---|---|---|
| | 285:19 the risks of IVC filters to include perforation, | |
| | 285:20 fracture, migration, tilting, and irretrievability of | |
| | 285:21 the filter? | |
| 285:23 - 286:4 | Orms, Daniel 08-16-2016 (00:00:16) | 05_21_18 combo Jones V3-11 |
| | 285:23   A. Yes.  And that's specifically why I kept | |
| | 285:24 referring to the, in this particular case, the SIR | |
| | 286:1 guidelines.  If the SIR, and this is the Society of | |
| | 286:2 major body of interventionalists weren't aware of them | |
| | 286:3 then they wouldn't have guidelines already established | |
| | 286:4 for adverse events. | |
| 300:4 - 301:5 | Orms, Daniel 08-16-2016 (00:00:40) | 05_20_18 combo Jones V3-40 |
| | 300:4 Did you ever have possession of any of Bard's | |
| | 300:5 bench testing? | |
| | 300:6  A. No. | |
| | 300:7  Q. Okay.  With regard to any of its IVC filters. | |
| | 300:8  A. No. | |
| | 300:9  Q. Whether retrievable or permanent. | |
| | 300:10   A. None. | |
| | 300:11   Q. Okay.  And therefore you didn't share any | |
| | 300:12 results of its bench testing on any of its filters | |
| | 300:13 with physicians -- | |
| | 300:14  A. No. | |
| | 300:15   Q. -- that you recall.  Including those at | |
| | 300:16 Cleveland Clinic? | |
| | 300:17   A. No. | |
| | 300:18   Q. Were you ever informed that the G2 filter | |
| | 300:19 failed its migration resistant testing when compared | |
| | 300:20 to the SNF? | |
| | 300:21 *** | |
| | 300:22  A. Was I informed of that? | |
| | 300:23  Q. Uh-hum. | |
| | 300:24  A. No. | |
| | 301:1  Q. You were never informed of that. | |
| | 301:2  A. I don't believe so. | |
| | 301:3  Q. Okay.  Was that something you would have | |
| | 301:4 known wanting to sell the product when you're | |
| | 301:5 marketing both of those products in your territory? | |
| 301:7 - 301:10 | Orms, Daniel 08-16-2016 (00:00:12) | 05_20_18 combo Jones V3-120 |
| | 301:7  A. Is that something I would have wanted to know? | |
| | 301:8 I guess it would have been beneficial to know. | |

| Page/Line | Source | ID |
|---|---|---|

05_20_18 combo Jones V3-Orms 08-16-16 Jones Trial Designations V3

301:9   Q. Okay.  I'm sorry?
301:10   A. It would have been beneficial to know.

Plaintiffs Designations = 00:19:14
DefenseDesignations  = 00:04:56
Total Time = 00:24:10

Plaintiffs Designations          DefenseDesignations

Page 20/20

# Exhibit L

**Designation Run Report**

# Raji-Kubba 07-18-16 Trial depo designations V8

**Raji-Kubba, Abtihal 07-18-2016**

**Plaintiffs Designations  00:11:21**

**Defense Designations  00:04:09**

**Plaintiffs and Defense Designations   00:02:11**

**Total Time  00:17:41**



ID:05_21_18 Jones Combo V8

| Page/Line | Source | ID |
|---|---|---|
| 75:9 - 77:3 | **Raji-Kubba, Abtihal 07-18-2016 (00:01:59)** | 05_21_18 Jones Combo V8 1 |

75:9   Q. Do you have in front of you Exhibit 301?

75:10   A. I do.

75:11   Q. And it's an e-mail, dated May 2009.

75:12 Correct?

75:13   A. Yes.

75:14   Q. And you received it, it was addressed to

75:15 you.  Right?

75:16   A. Yes.

75:17   Q. And it was written by Bill Edwards?

75:18   A. Yes.

75:19   Q. And who was Bill Edwards?

75:20   A. I am trying to go off my memory.  Since he

75:21 wasn't office staff, he must have been in sales.

75:22   Q. Okay.  And he also sent it to Mike Randall?

75:23   A. Yes.

75:24   Q. Do you know who he was?

75:25   A. Yeah, Mike Randall was one -- at the time

76:1 was a program manager who works in R&D.

76:2   Q. And John Ammerman got a copy.  Do you know

76:3 who he is?

76:4   A. I believe he was in sales.

76:5   Q. And what -- and this e-mail is a -- about

76:6 five paragraphs long, and it starts out by talking

76:7 about a meeting that you're going -- that you were

76:8 going to have with Dr. Lynch.  Correct?

76:9   A. Yes.

76:10   Q. Do you remember it -- do you remember

76:11 anything about Dr. Lynch?

76:12   A. Not Dr. Lynch, specifically, but I am

76:13 following through this, I remember a visit, and

76:14 Dr. Agarwal is the one I remember.

76:15   Q. Okay.  But the point about Dr. Lynch is

76:16 he's talking about a particular process that he's

76:17 interested in hearing about, called electropolishing,

76:18 an improvement of -- of using electropolishing.  Do

76:19 you see that?

76:20   A. Yes.

76:21   Q. And was that ever implemented,

76:22 electropolishing?

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8

|  | 76:23  A. Electropolishing was implemented after I |  |
|  | 76:24 started. |  |
|  | 76:25  Q. And with what product? |  |
|  | 77:1  A. So it's on the filter, the G2 filter at |  |
|  | 77:2 that time, and I don't remember the trade name we |  |
|  | 77:3 launched, maybe that was Eclipse, possibly. |  |
| 77:13 - 77:14 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:04)** |  |
|  | 77:13  Q. And the first one that did was the Eclipse? |  |
|  | 77:14  A. The Eclipse, correct. |  |
| 78:13 - 79:5 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:35)** |  |
|  | 78:13  Q. Why? What's it |  |
|  | 78:14 do? What's the advantage? |  |
|  | 78:15  A. It's -- it's actually -- |  |
|  | 78:16  Q. Does it make it shiny? Does it make it |  |
|  | 78:17 clean -- |  |
|  | 78:18  A. As a matter -- |  |
|  | 78:19  Q. -- does it make it stronger? That's what I |  |
|  | 78:20 am asking. |  |
|  | 78:21  A. Yeah. As a matter of fact, it does make it |  |
|  | 78:22 more smoother surface, if that's the way to describe |  |
|  | 78:23 it. |  |
|  | 78:24  Q. Is that -- is that the only thing it does? |  |
|  | 78:25 Is that the only advantage it provides? |  |
|  | 79:1  A. Smoother surface, in general. That's the |  |
|  | 79:2 appearance, that's what -- you asked what does it do, |  |
|  | 79:3 that's what it does. It's actually -- |  |
|  | 79:4 electropolishing actually smooths. It's a way to |  |
|  | 79:5 smooth the surface of the material. |  |
| 79:17 - 79:24 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:20)** |  |
|  | 79:17  Q. What was the advantage besides making it |  |
|  | 79:18 smoother? Why did you want to make it smoother? |  |
|  | 79:19 Does that -- does that make it safer? |  |
|  | 79:20  A. Not -- no. |  |
|  | 79:21  Q. Does it make it more durable? |  |
|  | 79:22  A. Durable, not in the test methods. Not in |  |
|  | 79:23 the testing. What does it -- it does -- sorry, it |  |
|  | 79:24 doesn't. |  |
| 80:2 - 80:4 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:05)** |  |
|  | 80:2  Q. Does it contribute to making it more |  |
|  | 80:3 resistant to fracture? |  |

| Page/Line | 05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8 Source | ID |
|---|---|---|
| | 80:4  A. Not by itself. | 05_21_18 Jones Combo V8.8 |
| 80:8 - 80:13 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:10)** | |
| | 80:8  Q. I didn't ask by itself, I asked does it | |
| | 80:9 contribute, in other words -- | |
| | 80:10  A. Sorry. | |
| | 80:11  Q. -- does it, plus other steps, make the | |
| | 80:12 filter more resistant to fracture? | |
| | 80:13  A. I don't know -- I don't know that. | |
| 89:24 - 90:4 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:05)** | 05_21_18 Jones Combo V8.9 |
| | 89:24  Q. Okay.  So what was the actual percentage | |
| | 89:25 that you -- | |
| | 90:1  A. I don't know. | |
| | 90:2  Q. -- that Bard thought was accurate? | |
| | 90:3  A. I apologize, but I don't recall those | |
| | 90:4 numbers at all. | |
| 90:5 - 90:13 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:30)** | 05_21_18 Jones Combo V8.10 |
| | 90:5  Q. Did Bard publish the findings of their | |
| | 90:6 review? | |
| | 90:7  A. I don't know, but I believe the Journal | |
| | 90:8 published something like a correction or -- I don't | |
| | 90:9 know what happened after that.  You have to realize, | |
| | 90:10 it's been a while, but I do know that -- I do know | |
| | 90:11 two things, we found inaccuracies, the Journal | |
| | 90:12 published something around that.  And I know that we | |
| | 90:13 went to the FDA and shared with them the situation. | |
| 98:3 - 98:8 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:21)** | 05_21_18 Jones Combo V8.11 |
| | 98:3  Q. You've heard it | |
| | 98:4 stated that adverse event reports generally capture | |
| | 98:5 only a small fraction of the full extent of the | |
| | 98:6 adverse events.  Correct? | |
| | 98:7  A. I -- I have heard something to that effect. | |
| | 98:8 I have not heard anything specific about percentages. | |
| 116:2 - 117:14 | **Raji-Kubba, Abtihal 07-18-2016 (00:02:10)** | 05_21_18 Jones Combo V8.12 |
| | 116:2  Q. Was there anything about the G2 and the G2 | |
| | 116:3 Express that was -- any design changes to increase | |
| | 116:4 migra -- migration resistance? | |
| | 116:5  A. I do not remember that. | |
| | 116:6  Q. Were there any changes to reduce tilt? | |
| | 116:7  A. So, again, I'm going back to -- the Eclipse | |
| | 116:8 was the first product that was launched under my -- | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8** | |

| Page/Line | Source | ID |
|---|---|---|
| | 116:9 developed under my watch, and that had the | |
| | 116:10 electropolishing. Then after that was the Meridian, | |
| | 116:11 and after that we were developing the Denali. | |
| | 116:12   Q. And all of those three generations that | |
| | 116:13 followed the G2 were during the period that you were | |
| | 116:14 vice president of research and development? | |
| | 116:15   A. Yes. And I would not necessarily call them | |
| | 116:16 generations, because the principle of operation was | |
| | 116:17 the same. The materials were the same. There were | |
| | 116:18 some differences, except for Denali, where we did a | |
| | 116:19 lot more work in terms of change, more features. So | |
| | 116:20 we had -- that's why we had to do a clinical trial | |
| | 116:21 for it. | |
| | 116:22   Q. What were the changes -- what were the | |
| | 116:23 design changes going from the G2 to the Eclipse? | |
| | 116:24   A. Electropolishing is what I remember. | |
| | 116:25   Q. Okay. Was there anything else done that | |
| | 117:1 would affect going from the G2 to the Eclipse? Was | |
| | 117:2 there anything done that would affect migration | |
| | 117:3 resistance? | |
| | 117:4   A. The Eclipse by itself, the electropolishing | |
| | 117:5 is what I recall was -- was the main change. | |
| | 117:6   Q. And -- and that was to address what? | |
| | 117:7   A. Electropolishing, I think I mentioned | |
| | 117:8 earlier, is -- it's basically they were at the time, | |
| | 117:9 it was becoming more a standard to do | |
| | 117:10 electropolishing, something we had talked to the FDA | |
| | 117:11 about. It basically -- it makes the surface of the | |
| | 117:12 material, nitinol, smoother. So it's -- it's -- so | |
| | 117:13 it made a lot of sense to implement it. There was no | |
| | 117:14 specific benefit that we claimed at the time with it, | |
| 117:16 - 117:21 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:13)** | 05_21_18 Jones Combo V8-23 |
| | 117:16   Q. Why is smoother better? | |
| | 117:17   A. Smoother is just smooth. | |
| | 117:18   Q. So smooth is better because it's smooth? | |
| | 117:19   A. It's smooth. It makes it easier to, in | |
| | 117:20 general, when you're inspecting the material, it just | |
| | 117:21 makes it easier. | |
| 122:7 - 122:22 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:56)** | 05_21_18 Jones Combo V8-44 |
| | 122:7   Q. Do you have 305 in front of you? | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8 | |

|  |  |  |
|---|---|---|
| | 122:8  A. I do. | |
| | 122:9  Q. And 305 is a -- is an e-mail that you | |
| | 122:10 received a copy of.  Correct? | |
| | 122:11  A. Yes. | |
| | 122:12  Q. In November of 2009? | |
| | 122:13  A. Yes. | |
| | 122:14  Q. And the person who sent it to you was Gin | |
| | 122:15 Schultz.  Right? | |
| | 122:16  A. Yes. | |
| | 122:17  Q. And she was in charge of quality assurance? | |
| | 122:18  A. Yes. | |
| | 122:19  Q. And she wrote to you and Bret Baird -- I'm | |
| | 122:20 sorry, she wrote to you and forwarded to you an | |
| | 122:21 e-mail from Bret Baird to three individuals.  Right? | |
| | 122:22  A. Yes. | |
| 122:23 - 123:4 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:19)** | 05_21_18 Jones Combo V8.02 |
| | 122:23  Q. And the e-mail that she forwarded to you -- | |
| | 122:24  A. Sorry, she cc'd me when she forwarded the | |
| | 122:25 e-mail to Jim. | |
| | 123:1  Q. Right.  Correct.  Thank you for correcting | |
| | 123:2 that.  And the e-mail that she forwarded to you was | |
| | 123:3 dealing with Dr. Nicholson.  Right? | |
| | 123:4  A. Yes. | |
| 129:14 - 130:7 | **Raji-Kubba, Abtihal 07-18-2016 (00:01:13)** | 05_21_18 Jones Combo V8.03 |
| | 129:14  Q. going from the G2 to | |
| | 129:15 the Eclipse and the Meridian and the Denali, what | |
| | 129:16 were the -- what were the modifications in the | |
| | 129:17 design, other than electropolishing, that would | |
| | 129:18 affect fracture resistance? | |
| | 129:19  A. Fracture resistance.  So I know -- Eclipse | |
| | 129:20 we already talked, and it wasn't about fracture | |
| | 129:21 resistance, it was we implemented electropolishing. | |
| | 129:22 Meridian was we added caudal anchors, additional -- | |
| | 129:23 additional caudal anchors, and Denali was actually, | |
| | 129:24 in a way, was a more -- more changes. | |
| | 129:25 And, again, it's been a while since I've | |
| | 130:1 looked at the engineering drawings to give you an | |
| | 130:2 accurate assessment, an accurate description that is | |
| | 130:3 technical of the changes, but I know that these were | |
| | 130:4 the three different products that were introduced. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8 | |

| Page/Line | Source | ID |
|---|---|---|
| | 130:5 Q. Yes. The names are Meridian, Denali, and | |
| | 130:6 Eclipse. | |
| | 130:7 A. Eclipse, Meridian, and then Denali. | |
| 131:23 - 132:11 | Raji-Kubba, Abtihal 07-18-2016 (00:00:57) | 05_21_18 Jones Combo V8 22 |
| | 131:23 Q. So as -- as you've gone from G2 to the | |
| | 131:24 subsequent models, I don't think I've heard you | |
| | 131:25 identify any design change that would improve | |
| | 132:1 fracture resistance. | |
| | 132:2 A. There was not a specific change to | |
| | 132:3 performance criteria, and the way we make claims, it | |
| | 132:4 has to be supported by a change to the performance | |
| | 132:5 criteria. Again, going off my memory, I do not | |
| | 132:6 recall. I know for a fact with Eclipse there was | |
| | 132:7 none. And I know with Meridian we basically, simply | |
| | 132:8 stated, we added anchors to it. We did not make | |
| | 132:9 claims based -- again, going off my memory, I'll have | |
| | 132:10 to look at the test itself. I don't remember us | |
| | 132:11 changing the performance criteria or test methods. | |
| 160:4 - 160:6 | Raji-Kubba, Abtihal 07-18-2016 (00:00:04) | 05_21_18 Jones Combo V8 23 |
| | 160:4 Q. Now, I want to go back and talk a little | |
| | 160:5 bit more about electropolish. | |
| | 160:6 A. Yes. | |
| 161:22 - 161:23 | Raji-Kubba, Abtihal 07-18-2016 (00:00:07) | 05_21_18 Jones Combo V8 24 |
| | 161:22 Q. Did Bard expect to see any improvements in | |
| | 161:23 the product with respect to any of the failure modes? | |
| 162:2 - 162:11 | Raji-Kubba, Abtihal 07-18-2016 (00:00:17) | 05_21_18 Jones Combo V8 25 |
| | 162:2 THE WITNESS: We did not make any claims or | |
| | 162:3 change the performance criteria. | |
| | 162:4 BY MR. MANKOFF: | |
| | 162:5 Q. Okay. But I'm asking a slightly different | |
| | 162:6 question. I'm asking whether Bard expected to see | |
| | 162:7 any benefits, other than a smoother surface? | |
| | 162:8 A. Bard in its totality? Who -- who do you | |
| | 162:9 exactly mean at Bard? | |
| | 162:10 Q. Let's start with you. | |
| | 162:11 A. I -- I did not. | |
| 162:16 - 163:3 | Raji-Kubba, Abtihal 07-18-2016 (00:00:36) | 05_21_18 Jones Combo V8 26 |
| | 162:16 Q. You did not expect any benefits from the | |
| | 162:17 electropolish, other than a smoother surface? | |
| | 162:18 A. That's why we did not change performance | |

| Page/Line | Source | ID |
|---|---|---|
| | 162:19 criteria.  That's why we did not put a claim in our | |
| | 162:20 submission for any changes in performance. | |
| | 162:21   Q. Okay.  So you didn't expect it to reduce | |
| | 162:22 the -- or, rather, increase the migration resistance | |
| | 162:23 of the filter? | |
| | 162:24   A. Not specifically, no. | |
| | 162:25   Q. And you didn't expect it to reduce the | |
| | 163:1 fracture rate of the filter? | |
| | 163:2   A. Not -- not the electropolishing by itself, | |
| | 163:3 no. | |
| 167:11 - 168:2 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:49)** | |
| | 167:11   Q. -- when you took the G2X filter and made | |
| | 167:12 one change to it, which was electropolish, it did not | |
| | 167:13 improve on the fracture rate or fracture resistance | |
| | 167:14 or migration resistance or corrosion resistance of | |
| | 167:15 the filter; is that correct? | |
| | 167:16   A. It met the same performance criteria, so it | |
| | 167:17 did not change the performance criteria. | |
| | 167:18   Q. Okay.  But I'm asking a slightly different | |
| | 167:19 question, which is whether when you took the G2X | |
| | 167:20 filter and added electropolish, that was the only | |
| | 167:21 change to get to the Eclipse.  Correct? | |
| | 167:22   A. Yes. | |
| | 167:23   Q. So when you did that, it did not improve | |
| | 167:24 the fracture resistance, the migration resistance, or | |
| | 167:25 corrosion resistance of the filter; is that correct? | |
| | 168:1   A. I don't know that it did.  There's no | |
| | 168:2 evidence. | |
| 168:9 - 168:12 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:10)** | |
| | 168:9   Q. Do you know if anyone else at Bard thought | |
| | 168:10 that it improved on any of those parameters? | |
| | 168:11   A. I cannot speak on behalf of every scientist | |
| | 168:12 at Bard. | |
| 173:5 - 173:16 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:44)** | |
| | 173:5   Q. did Bard implement | |
| | 173:6 electropolishing on the G2X, because that's -- its | |
| | 173:7 competitors had electropolish filters? | |
| | 173:8   A. That is not necessarily the reason exactly. | |
| | 173:9 I don't remember, by the way, if all -- all its | |
| | 173:10 competitors or every one on the market had | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8** | |
| | 173:11 electropolishing. So I can't speak to that. I can | |
| | 173:12 speak to -- it was something that was being done on | |
| | 173:13 stents, and they were nitinol, so it made sense, as a | |
| | 173:14 company, since we also had a stent line, and we were | |
| | 173:15 doing electropolishing, it made sense for us to apply | |
| | 173:16 the same manufacturing practices. | |
| 174:4 - 174:5 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:01)** | |
| | 174:4 MR. MANKOFF: I'm going to mark the next | |
| | 174:5 exhibit. | |
| 174:9 - 175:8 | **Raji-Kubba, Abtihal 07-18-2016 (00:01:06)** | |
| | 174:9 Q. I'm showing you Exhibit 307, which appears | |
| | 174:10 to be a memo involving Eclipse marketing claims. Do | |
| | 174:11 you see that? | |
| | 174:12 A. Uh-huh. | |
| | 174:13 Q. Have you seen this document? | |
| | 174:14 A. I'm trying to remember it. Not | |
| | 174:15 specifically. | |
| | 174:16 Q. Do you see where it says "The | |
| | 174:17 electropolished finish of the equipped filter | |
| | 174:18 provides an ultra-smooth surface finish, minimizing | |
| | 174:19 micro imperfections." It goes on to say "Bench | |
| | 174:20 testing demonstrates a 60 percent improvement of | |
| | 174:21 fatigue resistance when compared to | |
| | 174:22 non-electropolished filters." | |
| | 174:23 A. Yes, I see that. | |
| | 174:24 Q. So as far as you recall, there was no | |
| | 174:25 improvement in fatigue resistance. Correct? | |
| | 175:1 A. If you read this correctly it says, "While | |
| | 175:2 a marketing claim was not initially pursued, bench | |
| | 175:3 testing showed that electropolishing significantly | |
| | 175:4 improved fatigue resistance compared to the | |
| | 175:5 non-electropolished G2X filter." And then bench | |
| | 175:6 testing showed that, but initially, again, we tested | |
| | 175:7 it to the confidence level as the very baseline with | |
| | 175:8 G2. | |
| 176:4 - 176:12 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:20)** | |
| | 176:4 Q. So it's your testimony that there is | |
| | 176:5 substantial improvement in the fatigue resistance -- | |
| | 176:6 A. I -- | |
| | 176:7 Q. -- of the electropolished filter? | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8** | |
| | 176:8   A. I don't have the test results in front of | |
| | 176:9 me, but knowing our process, if there wasn't data, we | |
| | 176:10 would not be making this claim, and I don't know, by | |
| | 176:11 the way, where this ended up being, but we would not | |
| | 176:12 make that claim.  That's the process. | |
| 178:2 - 178:10 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:26)** | 05_21_18 Jones Combo V8 53 |
| | 178:2   Q. I'd like to ask the same question, which | |
| | 178:3 is, is it your testimony that the electropolish | |
| | 178:4 filter is a substantial improvement with respect to | |
| | 178:5 fatigue resistance over the G2? | |
| | 178:6   A. It is my testimony that post approval and | |
| | 178:7 the initial design of the -- the initial testing of | |
| | 178:8 the Eclipse filter, that there is evidence, there was | |
| | 178:9 data that showed 60 percent improvement of the | |
| | 178:10 fatigue resistance. | |
| 204:12 - 204:21 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:26)** | 05_21_18 Jones Combo V8 54 |
| | 204:12   Q. I'm showing you an e-mail, Exhibit 308, the | |
| | 204:13 e-mail on the bottom was sent from Gin Schultz to you | |
| | 204:14 and some others.  Do you see that? | |
| | 204:15   A. Uh-huh. | |
| | 204:16   Q. The subject is "Potential actions."  Do you | |
| | 204:17 see that? | |
| | 204:18   A. Yes. | |
| | 204:19   Q. Do you recall getting this e-mail? | |
| | 204:20   A. Not specifically, but allow me to read it | |
| | 204:21 to know what it is about, potential actions for what. | |
| 204:25 - 205:19 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:52)** | 05_21_18 Jones Combo V8 55 |
| | 204:25   Q. Do you know Gin Schultz? | |
| | 205:1   A. Yes, I do. | |
| | 205:2   Q. And who is he or she? | |
| | 205:3   A. She's -- she was the head of quality at the | |
| | 205:4 time for Bard Peripheral Vascular. | |
| | 205:5   Q. Now, do you see where she lists as a | |
| | 205:6 potential action recalling RNF? | |
| | 205:7   A. I see a list of potential actions.  I don't | |
| | 205:8 know in what context or what was behind this e-mail. | |
| | 205:9   Q. Do you see where it says "recall RNF"? | |
| | 205:10   A. Where?  As a potential action or what? | |
| | 205:11   Q. It's listed on page 2 about five lines | |
| | 205:12 down. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8 | |

|  | 205:13  A. Yes, I see that. | |
|  | 205:14  Q. And this was in 2010, the Recovery was no | |
|  | 205:15 longer being sold at that time.  Correct? | |
|  | 205:16  A. Correct. | |
|  | 205:17  Q. Okay.  And do you see where she mentions | |
|  | 205:18 sending out Dear Colleague letters recommending | |
|  | 205:19 annual monitoring as a potential action? | |
| 205:21 - 206:1 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:15)** | |
|  | 205:21 THE WITNESS:  I don't know -- sending | |
|  | 205:22 out -- and monitoring.  Okay, I see that. | |
|  | 205:23 BY MR. MANKOFF: | |
|  | 205:24  Q. And below that it says "Monitor if no or | |
|  | 205:25 asymptomatic fragment."  Do you see that? | |
|  | 206:1  A. I see that. | |
| 206:5 - 206:16 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:36)** | |
|  | 206:5  Q. Did you consider any of those actions or do | |
|  | 206:6 you recall considering any of those actions, as we | |
|  | 206:7 sit here today? | |
|  | 206:8  A. I don't recall, specifically.  By the way, | |
|  | 206:9 just because I don't remember in what context, what | |
|  | 206:10 was -- what was behind this, or --so this is part of | |
|  | 206:11 something else, and I'm only looking at the list, so | |
|  | 206:12 I can't really, it's -- it's a list of theoretical | |
|  | 206:13 potential actions, but I really don't know how it was | |
|  | 206:14 here being presented. | |
|  | 206:15  Q. Do you think that it would make sense to | |
|  | 206:16 monitor patients with RNF filters? | |
| 206:19 - 206:22 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:12)** | |
|  | 206:19 THE WITNESS:  Would it make sense, I don't | |
|  | 206:20 know.  I'm not a clinician, so it's hard for me to | |
|  | 206:21 comment.  I don't see these patients.  I don't know | |
|  | 206:22 their specific conditions. | |
| 227:20 - 228:1 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:21)** | |
|  | 227:20  Was one of the acceptance criteria for the | |
|  | 227:21 Eclipse filter that it was substantially equivalent | |
|  | 227:22 to the G2 with respect to the bench tests? | |
|  | 227:23  A. Yes. | |
|  | 227:24  Q. And did the Eclipse also have to | |
|  | 227:25 demonstrate substantial equivalence with the | |
|  | 228:1 SNF filter? | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V8-Raji-Kubba 07-18-16 Trial depo designations V8 | |
| 228:4 - 228:7 | **Raji-Kubba, Abtihal 07-18-2016 (00:00:12)** | 05_21_18 Jones Combo V8.V2 |
| | 228:4 THE WITNESS:  So there's one -- typically, | |
| | 228:5 there was one predicate that we picked for that | |
| | 228:6 submission to show substantial equivalence, and I | |
| | 228:7 remember it being G2 Express or G2, one of the two. | |

Plaintiffs Designations = 00:11:21
Defense Designations = 00:04:09
Plaintiffs and Defense Designations  = 00:02:11
Total Time = 00:17:41

# Exhibit M

Designation Run Report

# Rogers 03-21-18 Jones Trial Designations V2

### Rogers, Frederick 07-18-2017

**Our Designations  00:07:35**

**Their Designations  00:02:49**

**Total Time  00:10:24**



ID:05_21_18 Jones Combo V2

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V2-Rogers 03-21-18 Jones Trial Designations V2 | |

| Page/Line | Source | ID |
|---|---|---|
| 46:6 - 46:9 | **Rogers, Frederick 07-18-2017 (00:00:13)**<br>46:6   Q. Now, do you understand that this<br>46:7 deposition that you're giving today is to discuss<br>46:8 Bard and its IVC filters?<br>46:9   A. Yes. | 05_21_18 Jones Combo V2.1 |
| 60:22 - 60:25 | **Rogers, Frederick 07-18-2017 (00:00:12)**<br>60:22   Q. Did Bard ever come to you and request<br>60:23 that you conduct a clinical trial or perform a trial<br>60:24 study of any of its filters?<br>60:25   A. Not that I recall. | 05_21_18 Jones Combo V2.2 |
| 61:8 - 61:25 | **Rogers, Frederick 07-18-2017 (00:01:02)**<br>61:8   Q. When you met with the panel at the<br>61:9 Bard summit we discussed a while ago, do you recall<br>61:10 any discussions about Bard performing a clinical<br>61:11 trial or undertaking a trial study of any of its<br>61:12 filters?<br>61:13   A. I don't recall specifically any<br>61:14 discussions to that extent.  But I will say that<br>61:15 I've had a longstanding interest in doing a study on<br>61:16 the effectiveness of filters and, specifically, in<br>61:17 trauma patients.  I may have talked to Bard about<br>61:18 that.  I don't recall.<br>61:19   Q. You may have spoken to Bard about<br>61:20 that?<br>61:21   A. Yes, sir.<br>61:22   Q. But they have never, in turn,<br>61:23 requested that you conduct such a study of its<br>61:24 filters, for example, correct?<br>61:25   A. Not that I recall. | 05_21_18 Jones Combo V2.3 |
| 106:10 - 106:14 | **Rogers, Frederick 07-18-2017 (00:00:20)**<br>106:10   Q. Doctor, it's my understanding that<br>106:11 you are an author on an article titled, Vena Cava<br>106:12 Filter Use in Trauma and Rates of Pulmonary<br>106:13 Embolism, 2003 to 2015?<br>106:14   A. Yes, sir. | 05_21_18 Jones Combo V2.4 |
| 106:18 - 106:19 | **Rogers, Frederick 07-18-2017 (00:00:05)**<br>106:18 MR. JOHNSON:  And, Amanda, we would<br>106:19 like to mark that as Exhibit-4053, please. | 05_21_18 Jones Combo V2.5 |
| 107:1 - 107:13 | **Rogers, Frederick 07-18-2017 (00:00:39)**<br>107:1   Q. Doctor, take a minute and just | 05_21_18 Jones Combo V2.6 |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V2-Rogers 03-21-18 Jones Trial Designations V2 | |
| | 107:2 confirm that that is the article you are an author | |
| | 107:3 on. | |
| | 107:4  A. Yes, I recognize the article. | |
| | 107:5  Q. It was published in May — I'm sorry, | |
| | 107:6 on May 17th, 2017, in JAMA? | |
| | 107:7  A. JAMA Surgery. | |
| | 107:8  Q. JAMA Surgery.  And JAMA stands for | |
| | 107:9 the Journal of the American Medical Association? | |
| | 107:10  A. Correct. | |
| | 107:11  Q. And the article spans 12 years and | |
| | 107:12 involved many patients; is that correct? | |
| | 107:13  A. Yes. | |
| 108:23 - 108:25 | Rogers, Frederick 07-18-2017 (00:00:08) | 05_21_18 Jones Combo V2 7 |
| | 108:23  Q. I'd like to have at least an estimate | |
| | 108:24 as to how many trauma patients were analyzed with | |
| | 108:25 respect to this article. | |
| 109:5 - 109:6 | Rogers, Frederick 07-18-2017 (00:00:03) | 05_21_18 Jones Combo V2 9 |
| | 109:5 THE WITNESS:  Probably close to 30 | |
| | 109:6 million. | |
| 110:14 - 110:15 | Rogers, Frederick 07-18-2017 (00:00:07) | 05_21_18 Jones Combo V2 20 |
| | 110:14  Q. This article was designed to study | |
| | 110:15 the effectiveness of IVC filters, correct? | |
| 110:17 - 110:19 | Rogers, Frederick 07-18-2017 (00:00:08) | 05_21_18 Jones Combo V2 21 |
| | 110:17 THE WITNESS:  No, I disagree with | |
| | 110:18 that characterization.  We were just noting temporal | |
| | 110:19 trends in filter use during that time period. | |
| 114:17 - 114:20 | Rogers, Frederick 07-18-2017 (00:00:13) | 05_21_18 Jones Combo V2 24 |
| | 114:17  Q. And you indicated that the patient | |
| | 114:18 population that was looked at for purposes of this | |
| | 114:19 article was trauma patients, correct? | |
| | 114:20  A. Yes. | |
| 114:21 - 114:23 | Rogers, Frederick 07-18-2017 (00:00:11) | 05_21_18 Jones Combo V2 8 |
| | 114:21  Q. And do you consider trauma patients | |
| | 114:22 as a whole to be at highest risk for PE compared to | |
| | 114:23 other patient populations? | |
| 114:25 - 115:1 | Rogers, Frederick 07-18-2017 (00:00:04) | 05_21_18 Jones Combo V2 10 |
| | 114:25 THE WITNESS:  I would say one of the | |
| | 115:1 highest risk groups of patients, yes. | |
| 117:4 - 118:5 | Rogers, Frederick 07-18-2017 (00:01:24) | 05_21_18 Jones Combo V2 11 |
| | 117:4  Q. And at the time you and your | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V2-Rogers 03-21-18 Jones Trial Designations V2 | |

| Page/Line | Source | ID |
|---|---|---|
| | 117:5 colleagues began the study, there had been a | |
| | 117:6 precipitous drop in the use of IVC filters in trauma | |
| | 117:7 patients, correct? | |
| | 117:8   A. Well, that's what the purpose of the | |
| | 117:9 study was, was to look at the temporal trends in | |
| | 117:10 vena cava filter use. | |
| | 117:11 We had a perception that there may be | |
| | 117:12 less filters being put in.  But until we, you know, | |
| | 117:13 actually did the study and analyzed the data did we | |
| | 117:14 know for sure. | |
| | 117:15   Q. And you, in fact, found that there | |
| | 117:16 had been a significant decline or drop in the use of | |
| | 117:17 IVC filters in trauma patients, correct? | |
| | 117:18   A. Yes, correct. | |
| | 117:19   Q. All right.  And when you and your | |
| | 117:20 colleagues embarked on this article, you were | |
| | 117:21 expecting to see a rise or an increase in the rate | |
| | 117:22 of pulmonary embolism because of this significant | |
| | 117:23 drop in the use of IVC filters, correct? | |
| | 117:24   A. Correct. | |
| | 117:25   Q. That was your prediction, if you | |
| | 118:1 will, or your hypothesis at the start of this? | |
| | 118:2   A. Yes, sir. | |
| | 118:3   Q. And while it might have been a guess, | |
| | 118:4 it was felt to be an educated guess, that is, your | |
| | 118:5 hypothesis? | |
| 118:7 - 118:12 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 05_21_18 Jones Combo V2 |
| | 118:7 THE WITNESS:  Yes. | |
| | 118:8 BY MR. JOHNSON: | |
| | 118:9   Q. And that's why you do the study, | |
| | 118:10 because unless you do the study predicting an | |
| | 118:11 outcome, there's nothing more than speculation and | |
| | 118:12 conjecture, correct? | |
| 118:14 - 118:23 | **Rogers, Frederick 07-18-2017 (00:00:35)** | 05_21_18 Jones Combo V2 |
| | 118:14 THE WITNESS:  I think that's fair, | |
| | 118:15 yes. | |
| | 118:16 BY MR. JOHNSON: | |
| | 118:17   Q. And that hypothesis was proven to be | |
| | 118:18 not true, correct? | |
| | 118:19   A. Correct. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V2-Rogers 03-21-18 Jones Trial Designations V2 | |
| | 118:20   Q. That is, what you and your colleagues | |
| | 118:21 found was that, despite the significant decline in | |
| | 118:22 the use of IVC filters in trauma patients, there was | |
| | 118:23 no change in the rate of PE, correct? | |
| 118:25 - 118:25 | Rogers, Frederick 07-18-2017 (00:00:01) | 05_21_18 Jones Combo V2.24 |
| | 118:25 THE WITNESS:  Correct. | |
| 119:2 - 119:5 | Rogers, Frederick 07-18-2017 (00:00:14) | 05_21_18 Jones Combo V2.25 |
| | 119:2   Q. So you and your colleagues determined | |
| | 119:3 that because of these findings, IVC filters may have | |
| | 119:4 limited utility in influencing the rates of | |
| | 119:5 pulmonary embolism, correct? | |
| 119:7 - 119:11 | Rogers, Frederick 07-18-2017 (00:00:12) | 05_21_18 Jones Combo V2.26 |
| | 119:7 THE WITNESS:  Yes.  I think the | |
| | 119:8 operative word here is "may."  Because we just don't | |
| | 119:9 know, in a large patient population like this, any | |
| | 119:10 individual patient who may or may not benefit from a | |
| | 119:11 filter. | |
| 119:17 - 119:24 | Rogers, Frederick 07-18-2017 (00:00:25) | 05_21_18 Jones Combo V2.13 |
| | 119:17   Q. That's a pretty large patient | |
| | 119:18 population, isn't it? | |
| | 119:19   A. It certainly is, yes. | |
| | 119:20   Q. And what you folks -- and I'm | |
| | 119:21 referring to you and your colleagues -- found was | |
| | 119:22 that despite the significant decline in IVC filter | |
| | 119:23 use in trauma patients, there was no change in the | |
| | 119:24 rate of pulmonary embolism, correct? | |
| 120:1 - 120:1 | Rogers, Frederick 07-18-2017 (00:00:02) | 05_21_18 Jones Combo V2.14 |
| | 120:1 THE WITNESS:  Correct. | |
| 120:3 - 120:7 | Rogers, Frederick 07-18-2017 (00:00:17) | 05_21_18 Jones Combo V2.02 |
| | 120:3   Q. And when you and your colleagues | |
| | 120:4 determined that filters may have limited utility, | |
| | 120:5 what you're referring to is they may not be | |
| | 120:6 effective in influencing the rates of pulmonary | |
| | 120:7 embolism in trauma patients? | |
| 120:9 - 120:21 | Rogers, Frederick 07-18-2017 (00:00:46) | 05_21_18 Jones Combo V2.15 |
| | 120:9 THE WITNESS:  What we concluded, | |
| | 120:10 based on this study, was that as it currently | |
| | 120:11 stands, we are not doing a very good job in | |
| | 120:12 identifying which patients would benefit from a vena | |
| | 120:13 cava filter.  I think we need to -- I think this | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V2-Rogers 03-21-18 Jones Trial Designations V2 | |
| | 120:14 study generates more questions about what -- who is | |
| | 120:15 best served by having a prophylactic vena cava | |
| | 120:16 filter placed. | |
| | 120:17 BY MR. JOHNSON: | |
| | 120:18   Q. And that's because in your article, | |
| | 120:19 based on your study of all of these trauma patients, | |
| | 120:20 the placement of IVC filters did not improve the | |
| | 120:21 rates of pulmonary embolism, correct? | |
| 120:23 - 121:5 | Rogers, Frederick 07-18-2017 (00:00:25) | |
| | 120:23 THE WITNESS:  Overall -- the overall | |
| | 120:24 rate.  But, again, as was noted in the study, the | |
| | 120:25 real purpose of vena cava filters is to prevent | |
| | 121:1 fatal PEs.  We do not know, based on this study, | |
| | 121:2 whether or not vena cava filters were effective in | |
| | 121:3 decreasing the rate of fatal PE, which is an | |
| | 121:4 important -- you know, an important limitation of | |
| | 121:5 this study. | |
| 125:3 - 125:6 | Rogers, Frederick 07-18-2017 (00:00:21) | |
| | 125:3   Q. And what have you done to | |
| | 125:4 better define or to optimize patient selection to | |
| | 125:5 determine whether that patient is a candidate for | |
| | 125:6 IVC filter implantation? | |
| 125:8 - 125:18 | Rogers, Frederick 07-18-2017 (00:00:48) | |
| | 125:8 THE WITNESS:  Well, since this | |
| | 125:9 article was published, I've, you know -- I've made | |
| | 125:10 it my life's work to try to identify who best would | |
| | 125:11 be served by a vena cava filter. | |
| | 125:12 Have I done it perfectly?  Obviously | |
| | 125:13 not, because there still are patients who get PEs | |
| | 125:14 despite the fact that, you know, we characterize | |
| | 125:15 them as intermediate risk.  And, you know, I think | |
| | 125:16 this study was a bit of an eye-opener for me because | |
| | 125:17 I really did expect that filters would impact the | |
| | 125:18 rate of PE. | |
| 125:19 - 125:22 | Rogers, Frederick 07-18-2017 (00:00:07) | |
| | 125:19 So we have to go back to the drawing | |
| | 125:20 board and re-look at that.  That's how -- | |
| | 125:21   Q. And -- | |
| | 125:22   A. That's how medicine advances. | |
| 125:25 - 126:4 | Rogers, Frederick 07-18-2017 (00:00:17) | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Jones Combo V2-Rogers 03-21-18 Jones Trial Designations V2 | |
| | 125:25 THE WITNESS:  This is, you know — | |
| | 126:1 medicine is an ongoing project.  It's not static, | |
| | 126:2 you know.  You don't make one determination and | |
| | 126:3 that's it; the ironclad evidence that lasts forever. | |
| | 126:4 We learn and grow as we move forward as clinicians. | |
| 126:6 - 126:10 | Rogers, Frederick 07-18-2017 (00:00:20) | 05_21_18 Jones Combo V2.13 |
| | 126:6   Q. And, Doctor, it was an eye-opener for | |
| | 126:7 you because you were expecting this study to | |
| | 126:8 establish that the use of filters in trauma patients | |
| | 126:9 would, in fact, improve the rates of pulmonary | |
| | 126:10 embolism, correct? | |
| 126:12 - 126:16 | Rogers, Frederick 07-18-2017 (00:00:18) | 05_21_18 Jones Combo V1.35 |
| | 126:12 THE WITNESS:  Yes. | |
| | 126:13 BY MR. JOHNSON: | |
| | 126:14   Q. And this study that you were part of | |
| | 126:15 demonstrated that the use of IVC filters did not | |
| | 126:16 improve the rates of pulmonary embolism, correct? | |
| 126:19 - 126:19 | Rogers, Frederick 07-18-2017 (00:00:01) | 05_21_18 Jones Combo V1.35 |
| | 126:19  Yes. | |

Our Designations = 00:07:35
Their Designations = 00:02:49
Total Time = 00:10:24

Our Designations    Their Designations

# Exhibit N

**Designation Run Report**

# Schultz 01-30-14 Jones Trial Designations V3

---

**Shultz, Gin 01-30-2014**

---

<span style="color:red">**Plaintiffs Designations  00:27:23**</span>

<span style="color:blue">**Defense Designations  00:11:00**</span>

**Total Time  00:38:23**



| | | |
|---|---|---|
| | **05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 13:17 - 13:18 | **Shultz, Gin 01-30-2014 (00:00:01)**<br><br>13:17  Q. Good morning, Ms. Schulz.<br>13:18  A. Good morning. | 05_14_18 Jones Combo V3.1 |
| 26:11 - 26:13 | **Shultz, Gin 01-30-2014 (00:00:09)**<br><br>26:11  Q. And when did you first start<br>26:12 working at Bard?<br>26:13  A. 2005.  October 3rd, 2005. | 05_14_18 Jones Combo V3.2 |
| 49:8 - 49:11 | **Shultz, Gin 01-30-2014 (00:00:09)**<br><br>49:8 Okay.  What was your title<br>49:9 when you were hired at Bard?<br>49:10  A. I believe it was VP of<br>49:11 quality assurance. | 05_14_18 Jones Combo V3.3 |
| 50:17 - 50:24 | **Shultz, Gin 01-30-2014 (00:00:24)**<br><br>50:17 I also had responsibility of<br>50:18 monitoring the performance of the overall<br>50:19 system.  I reported -- or had the process<br>50:20 of reporting out to our executive team at<br>50:21 BPV as well as to my supervisor who was<br>50:22 at corporate.<br>50:23  Q. Who was your supervisor?<br>50:24  A. Chris Ganser. | 05_14_18 Jones Combo V3.4 |
| 54:19 - 54:21 | **Shultz, Gin 01-30-2014 (00:00:02)**<br><br>54:19  Q. Okay.  And you're currently<br>54:20 still at Bard, correct?<br>54:21  A. Yes. | 05_14_18 Jones Combo V3.5 |
| 57:24 - 58:11 | **Shultz, Gin 01-30-2014 (00:00:22)**<br><br>57:24  Q. Okay.  I'm just asking your<br>58:1 opinion as a quality person, and you've<br>58:2 been in the field for a long time.  If<br>58:3 you have a device on the market where its<br>58:4 risks exceed its benefits, in the<br>58:5 company's opinion, should you pull it<br>58:6 from the market?<br>58:7  A. You would -- your process<br>58:8 and procedures would pull it -- pull it<br>58:9 from the market.  If -- if the risks<br>58:10 exceeded the benefit, you would do it<br>58:11 much quicker. | 05_14_18 Jones Combo V3.6 |
| 67:22 - 68:4 | **Shultz, Gin 01-30-2014 (00:00:16)**<br><br>67:22  Q. when you were at Bard | 05_14_18 Jones Combo V3.7 |

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

67:23 as the vice president of quality
67:24 assurance, was it your belief that
68:1 customers had a right to be made aware of
68:2 the risks that Bard was aware of
68:3 regarding the devices?
68:4 A. When we had an issue, yes.

**68:24 - 69:2**    **Shultz, Gin 01-30-2014 (00:00:07)**    05_14_18 Jones Combo V3.8

68:24 does a customer have the right to be made
69:1 aware of the -- all known risks that the
69:2 company is aware of regarding the device?

**69:9 - 69:23**    **Shultz, Gin 01-30-2014 (00:00:43)**    05_14_18 Jones Combo V3.9

69:9 A. Through our labeling, we
69:10 will put -- we actually go through and we
69:11 evaluate all of the risks. When we
69:12 determine what the risks are, then we go
69:13 in and look at what the normal use is on
69:14 the device, or even misuse.
69:15 And then we look at the
69:16 labeling, and we look at what the
69:17 indications, the contraindications, the
69:18 warnings, and the precautions. And when
69:19 we look at the risk management, anything
69:20 that is important for the customer to
69:21 know based on the general use of the
69:22 device, we put that in the labeling.
69:23 That's on the normal release.

**71:21 - 71:24**    **Shultz, Gin 01-30-2014 (00:00:07)**    05_14_18 Jones Combo V3.12

71:21 How do you identify what
71:22 risks the company -- or customer has a
71:23 right to be made aware of versus the
71:24 others that you're not going to disclose?

**72:6 - 72:20**    **Shultz, Gin 01-30-2014 (00:00:34)**    05_14_18 Jones Combo V3.13

72:6 A. We'll disclose information
72:7 to the customer.
72:8 Q. Okay.
72:9 A. The IFU, the training
72:10 program, you need to give them the
72:11 information so they know how to safely
72:12 use the device and what to expect from
72:13 the device and what they expect for

| Page/Line | Source | ID |
|---|---|---|
| | 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | |

72:14 complication rates.
72:15 So within that process, we
72:16 identify the function of the device and
72:17 what's important for them to safely use
72:18 the device.  We don't send them the
72:19 design portfolio for every device.
72:20 They're not going to read it.

| 89:1 - 89:14 | **Shultz, Gin 01-30-2014 (00:00:37)** | 05_14_18 Jones Combo V3.19 |

89:1 And did you say the G2
89:2 filter was cleared for use sometime in
89:3 2005?
89:4   A. The -- yes, it was -- it was
89:5 cleared for permanent indication.
89:6   Q. Okay.  And the G2 filter was
89:7 an extension of the Recovery filter with
89:8 certain design modifications, right?
89:9   A. Yes.
89:10   Q. Okay.  And it didn't get
89:11 removal indication for about three years,
89:12 right?
89:13   A. I think it was 2009 it got
89:14 the retrievable indication.

| 110:4 - 110:14 | **Shultz, Gin 01-30-2014 (00:00:21)** | 05_14_18 Jones Combo V3.27 |

110:4 Do you agree that a device
110:5 that fractures can potentially cause
110:6 injury?
110:7   A. Yes.
110:8   Q. Okay.  Do you agree that a
110:9 device that causes perforations can
110:10 potentially cause injury?
110:11   A. Yes.
110:12   Q. Okay.  So those are user
110:13 needs in respect to safety, aren't they?
110:14   A. Yes.

| 120:22 - 121:10 | **Shultz, Gin 01-30-2014 (00:00:18)** | 05_14_18 Jones Combo V3.29 |

120:22   Q. There is -- there is
120:23 requirements that are required in design
120:24 development --
121:1   A. Yes.
121:2   Q. -- to make sure this device

| Page/Line | Source | ID |
|---|---|---|
| | 121:3 is going to be safe and effective for its | |
| | 121:4 intended use before you put it on the | |
| | 121:5 market, right? | |
| | 121:6   A. Yes. | |
| | 121:7   Q. Okay.  And it's never okay | |
| | 121:8 for a manufacturer to skip those steps | |
| | 121:9 and then say," Well, we'll fix it once we | |
| | 121:10 put it on the market," right? | |
| 121:13 - 121:15 | **Shultz, Gin 01-30-14 (00:00:03)** | 05_14_18 Jones Combo V3.30 |
| | 121:13 THE WITNESS:  If it's a | |
| | 121:14 safety issue, I agree with your | |
| | 121:15 statement. | |
| 123:21 - 124:3 | **Shultz, Gin 01-30-2014 (00:00:16)** | 05_14_18 Jones Combo V3.31 |
| | 123:21 if a manufacturer | |
| | 123:22 becomes aware that one of its devices has | |
| | 123:23 substantially higher failure rates than | |
| | 123:24 its other devices that are used for the | |
| | 124:1 same purpose, doesn't -- shouldn't the | |
| | 124:2 manufacturer make consumers aware of | |
| | 124:3 that? | |
| 124:6 - 124:20 | **Shultz, Gin 01-30-2014 (00:00:38)** | 05_14_18 Jones Combo V3.32 |
| | 124:6 THE WITNESS:  We're back to | |
| | 124:7 the question around the | |
| | 124:8 risk/benefit. | |
| | 124:9 So if you have two devices, | |
| | 124:10 and one has a much -- has a | |
| | 124:11 greater benefit, there may be | |
| | 124:12 applications to where you're going | |
| | 124:13 to go with a potential failure | |
| | 124:14 mode because the risk/benefit | |
| | 124:15 analysis shows that it's a benefit | |
| | 124:16 to have that product out in the | |
| | 124:17 field. | |
| | 124:18 It's part of what you look | |
| | 124:19 at when -- even the FDA looks at | |
| | 124:20 it on the approval of the devices. | |
| 125:2 - 125:10 | **Shultz, Gin 01-30-2014 (00:00:14)** | 05_14_18 Jones Combo V3.33 |
| | 125:2   Q. Okay.  So there's a couple | |
| | 125:3 parts to that answer, and I want to | |
| | 125:4 address them. | |

| Page/Line | Source | ID |
|---|---|---|

| | 125:5 First is, it's -- | |
| | 125:6 ultimately, it's the physicians that | |
| | 125:7 should be making the risk/benefit | |
| | 125:8 decision about which device they are | |
| | 125:9 going to use or not use, right? | |
| | 125:10  A. Correct. | |
| 125:11 - 125:16 | **Shultz, Gin 01-30-2014 (00:00:11)** | 05_14_18 Jones Combo V3.34 |
| | 125:11   Q. And they rely in part | |
| | 125:12 on the manufacturer to give them a fair | |
| | 125:13 and balanced disclosure of the risks and | |
| | 125:14 benefits of the device so they can decide | |
| | 125:15 which one to use or not use, right? | |
| | 125:16   A. Correct. | |
| 125:17 - 125:22 | **Shultz, Gin 01-30-2014 (00:00:14)** | 05_14_18 Jones Combo V3.35 |
| | 125:17   Q. Now, if two devices | |
| | 125:18 had the same, exact intended use, and one | |
| | 125:19 has substantially higher reported | |
| | 125:20 failures than the other, is that | |
| | 125:21 information that should be passed on to | |
| | 125:22 the consumers? | |
| 126:1 - 126:12 | **Shultz, Gin 01-30-2014 (00:00:30)** | 05_14_18 Jones Combo V3.36 |
| | 126:1  when we | |
| | 126:2 have a clinical study, which is | |
| | 126:3 prospective and you have good | |
| | 126:4 comparison data, then that's the | |
| | 126:5 type of information that you can | |
| | 126:6 put into your labeling or | |
| | 126:7 disclose, because then it's -- | |
| | 126:8 it's very clear what the data is | |
| | 126:9 telling you. | |
| | 126:10 So we have put that into our | |
| | 126:11 labeling when we've had clinical | |
| | 126:12 data. | |
| 126:12 - 127:6 | **Shultz, Gin 01-30-2014 (00:00:42)** | 05_14_18 Jones Combo V3.37 |
| | 126:12  We've put in fracture rates | |
| | 126:13 or migrate -- some rates in the | |
| | 126:14 labeling. | |
| | 126:15 When you look at the | |
| | 126:16 complaint data, it's -- sometimes | |
| | 126:17 when you get your complaint data, | |

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

126:18 you will file it with whatever
126:19 it's alleged to.  You may get the
126:20 product back and find that the
126:21 product isn't fractured or it
126:22 doesn't have this issue.
126:23 So the complaint data is
126:24 confounded to some degree because
127:1 it's not a scientific study that
127:2 gives you clean data.
127:3 So if you put that in your
127:4 labeling, you're going to
127:5 continually update it for whatever
127:6 you find in your data.

127:8 - 127:17    **Shultz, Gin 01-30-2014 (00:00:14)**    05_14_18 Jones Combo V3.38

127:8   Q. So complaint data
127:9 may -- may not be perfect, but it is a
127:10 potential indicator that there is a
127:11 design problem with the device, right?
127:12
127:13
127:14 THE WITNESS:  It could be.
127:15 BY MR. BRENES:
127:16   Q. It's a potential indicator?
127:17   A. It's a potential indicator.

129:8 - 129:13    **Shultz, Gin 01-30-2014 (00:00:16)**    05_14_18 Jones Combo V3.39

129:8 If the complaint data shows
129:9 that one of Bard's devices is being
129:10 reported to fail substantially more than
129:11 the other device, it is information that
129:12 suggests that one device is safer than
129:13 the other, right?

129:16 - 130:4    **Shultz, Gin 01-30-2014 (00:00:21)**    05_14_18 Jones Combo V3.40

129:16  all
129:17 things -- all things being
129:18 completely the same, if one -- if
129:19 there's a failure rate more on one
129:20 device than another and they do
129:21 exactly the same thing, then the
129:22 device that has the lower
129:23 complaint rate would be a more

| Page/Line | Source | ID |
|---|---|---|

129:24 benign device.
130:1 BY MR. BRENES:
130:2   Q. And it is risk/benefit
130:3 information, right?
130:4   A. Yes, it is.

**139:14 - 139:17   Shultz, Gin 01-30-2014 (00:00:07)**   05_14_18 Jones Combo V3.41

139:14 In claiming a device as
139:15 predicate, Bard is claiming that the
139:16 Recovery filter is substantially similar
139:17 to the Simon Nitinol filter, isn't it?

**139:20 - 139:24   Shultz, Gin 01-30-2014 (00:00:06)**   05_14_18 Jones Combo V3.42

139:20 THE WITNESS:  It's similar
139:21 in the function of the device.
139:22 It's similar in the safety and
139:23 efficacy.  It's safety -- it's
139:24 similar in the technology.

**140:5 - 140:10   Shultz, Gin 01-30-2014 (00:00:13)**   05_14_18 Jones Combo V3.43

140:5 So as physicians who
140:6 previously used the Simon Nitinol filter
140:7 and now Bard is marketing the Recovery
140:8 filter, the presumption was the devices
140:9 had equivalent safety, right?
140:10   A. Yes.

**150:2 - 150:12   Shultz, Gin 01-30-2014 (00:00:26)**   05_14_18 Jones Combo V3.44

150:2   Q.  did the
150:3 FDA have thresholds for failures?  You
150:4 went on for a long time about that and
150:5 maybe some other things.
150:6 But are you representing
150:7 that the FDA adopted the SIR guidelines
150:8 as an acceptable threshold failure rate
150:9 for IVC filters?
150:10   A. At least in our meetings,
150:11 they acknowledged those rates and
150:12 compared against those rates

**168:8 - 168:10   Shultz, Gin 01-30-2014 (00:00:06)**   05_14_18 Jones Combo V3.51

168:8   Q. Do you agree that an
168:9 adulterated product is one that fails to
168:10 meet its minimum safety specifications?

**168:13 - 168:16   Shultz, Gin 01-30-2014 (00:00:04)**   05_14_18 Jones Combo V3.52

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

168:13 THE WITNESS:  It's --
168:14 adulterated product would be
168:15 product that doesn't meet its
168:16 specification period.

168:18 - 169:8 **Shultz, Gin 01-30-2014 (00:00:30)**   05_14_18 Jones Combo V3.53

168:18   Q. Okay.  And --
168:19   A. Of any sort.
168:20   Q. In this case, for the
168:21 filters, that would be migration
168:22 resistance specifications?
168:23   A. The --
168:24   Q. Among others?
169:1   A. It would be -- on
169:2 adulteration, it would be specifications
169:3 of the device.  So there's not a release
169:4 test for releasing a batch from migration
169:5 resistance.
169:6 So the migration resistance
169:7 wouldn't be a specification on the
169:8 device.

175:2 - 175:9 **Shultz, Gin 01-30-2014 (00:00:11)**   05_14_18 Jones Combo V3.58

175:2   Q. Okay.  So you have product
175:3 performance specifications that will lay
175:4 out what the specifications are?
175:5   A. Correct.
175:6   Q. Okay.  So if the product
175:7 isn't meeting those specifications, then
175:8 it's adulterated?
175:9   A. Correct.

177:5 - 178:1 **Shultz, Gin 01-30-2014 (00:00:28)**   05_14_18 Jones Combo V3.59

177:5   Q. Okay.  So as far as if
177:6 you become -- if Bard becomes concerned
177:7 about safety problems with the device --
177:8   A. Yes.
177:9   Q. -- and they want to get that
177:10 information out, there are measures Bard
177:11 can take?
177:12   A. Yes.
177:13   Q. Such as, they can do a field
177:14 correction, right?

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

177:15   A. Yes.
177:16   Q. They can do a medical device
177:17 notification, right?
177:18   A. Yes.
177:19   Q. They can do a safety alert,
177:20 right?
177:21   A. Yes.
177:22   Q. They can do a recall?
177:23   A. Yes.
177:24   Q. Okay.  Did Bard do any of
178:1 those with the Recovery filter?

178:4 - 178:5   **Shultz, Gin 01-30-2014 (00:00:02)**   05_14_18 Jones Combo V3.60
178:4 THE WITNESS:  After -- after
178:5 I started with Bard, no.

178:7 - 178:13   **Shultz, Gin 01-30-2014 (00:00:13)**   05_14_18 Jones Combo V3.61
178:7   Q. Okay.  Are you aware of them
178:8 doing any of those at any time?
178:9   A. I don't remember.  I thought
178:10 they did.
178:11   Q. Okay.  They sent out a Dear
178:12 Colleague letter?  That may be --
178:13   A. That's what I was thinking.

191:7 - 191:13   **Shultz, Gin 01-30-2014 (00:00:12)**   05_14_18 Jones Combo V3.62
191:7   Q. Part of the reason of
191:8 looking at failure rates is try to figure
191:9 out if indeed yours has substantially
191:10 higher than other devices, if that is a
191:11 design issue with your product
191:12 responsible for that, right?
191:13   A. Correct.

203:16 - 203:17   **Shultz, Gin 01-30-2014 (00:00:02)**   05_14_18 Jones Combo V3.63
203:16 MR. BRENES:  Mark this as
203:17 Exhibit Number 2.

204:17 - 204:20   **Shultz, Gin 01-30-2014 (00:00:08)**   SCHULTZDEPOSITIONEXHIBITS-1253092.466.2
204:17   Q. Does this appear to be an
204:18 e-mail from you to Micky Graves, Natalie
204:19 Wong and Brian Hudson?
204:20   A. Yes.

206:3 - 206:7   **Shultz, Gin 01-30-2014 (00:00:06)**   05_14_18 Jones Combo V3.65
206:3   Q. Is this likely when there   SCHULTZDEPOSITIONEXHIBITS-1253092.468

| 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

206:4 started being reports for caudal
206:5 migration?  Is that around the same time
206:6 frame?
206:7  A. Yes.

206:15 - 206:22   **Shultz, Gin 01-30-2014 (00:00:16)**

206:15   Q. It says, "How do we compare
206:16 to SNF (permanent filters) on migration?"
206:17 Do you see that?
206:18   A. Yes, I do.
206:19   Q. So you were asking for a
206:20 comparison of the -- of presumably the G2
206:21 filter here, to the SNF, right?
206:22   A. Yes.

207:24 - 208:19   **Shultz, Gin 01-30-2014 (00:00:42)**

207:24   Q. Okay.  So do you agree that
208:1 this appears to be an e-mail from you
208:2 stating that you're going to use a
208:3 comparison of the safety profile of the
208:4 G2 filter versus that of the Simon
208:5 Nitinol filter in doing an analysis of
208:6 the risks and benefits of the G2 filter,
208:7 correct?
208:8   A. We're doing an evaluation of
208:9 data, and we are looking at comparison to
208:10 the Simon Nitinol, and we are looking at
208:11 the benefits to risk, yes.  I don't know
208:12 what the data is though.
208:13   Q. And it says, "Determines
208:14 options as a company as the benefits to
208:15 risks may have changed."
208:16   A. Yes.
208:17   Q. And you're talking about the
208:18 G2 filter, right?
208:19   A. I'm assuming, yes.

210:12 - 210:19   **Shultz, Gin 01-30-2014 (00:00:25)**

210:12   Q. Is part of the reason Bard
210:13 was asking physicians about what their
210:14 expectations were for failure rates on
210:15 their devices was so that they would know
210:16 if further warnings were required?

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

210:17   A. The physician panel that I
210:18 was talking to was on the G2, and it was
210:19 talking to caudal migration.

210:20 - 211:2   **Shultz, Gin 01-30-2014 (00:00:16)**   05_14_18 Jones Combo V3.69

210:20   Q. Okay.  And that's fine.
210:21 But -- so what's -- the next part of my
210:22 question is, were you asking physicians
210:23 about their expectations about failure
210:24 rates so you would know, are you in line
211:1 with those failures and whether further
211:2 warnings were required?

211:5 - 211:15   **Shultz, Gin 01-30-2014 (00:00:23)**   05_14_18 Jones Combo V3.70

211:5 THE WITNESS:  The -- we were
211:6 actually exploring -- it was a
211:7 much broader question --
211:8
211:9  Q.
211:10   A. -- is what are the
211:11 implications of caudal migration?  How
211:12 does that affect the -- the treatment?
211:13 Is this of a -- what's the severity of
211:14 it?  So we were actually exploring caudal
211:15 migration in much broader terms.

217:15 - 217:20   **Shultz, Gin 01-30-2014 (00:00:08)**   05_14_18 Jones Combo V3.71

217:15   Q.  And then the next
217:16 bullet point, same section, "A filter
217:17 should not migrate no matter what the
217:18 size of the thrombus burden it captures."
217:19 Do you see that?
217:20   A. Yes, I do.

217:21 - 218:4   **Shultz, Gin 01-30-2014 (00:00:20)**   05_14_18 Jones Combo V3.72

217:21   Q. When you were head of
217:22 quality, deciding, you know, what
217:23 additional warnings needed to be given or
217:24 if corrective action needed to be taken,
218:1 were you taking into account this
218:2 physician feedback that had told Bard,
218:3 "No matter what the size of a thrombus,
218:4 filters shouldn't migrate"?

218:7 - 218:19   **Shultz, Gin 01-30-2014 (00:00:38)**   05_14_18 Jones Combo V3.73

| 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

218:7 THE WITNESS:  The -- that is
218:8 part of the feedback.  That is the
218:9 design, what we'd want the filter
218:10 to do.  So that would be
218:11 considered.
218:12 The fact that the filters
218:13 took the recurring PE rate down to
218:14 such a low level showed that the
218:15 filter did a substantial job or
218:16 function in eliminating the
218:17 migration, the PEs.
218:18 So this is -- that is the --
218:19 that is the intent of the filter.

**226:16 - 226:16**   **Shultz, Gin 01-30-2014 (00:00:01)**   05_14_18 Jones Combo V3.78

226:16 Exhibit Number 4.   SCHULTZDEPOSITIONEXHIBITS-1253092.006

**227:4 - 227:13**   **Shultz, Gin 01-30-2014 (00:00:15)**   05_14_18 Jones Combo V3.79

227:4 Ms. Schulz, you mentioned
227:5 there was another physician panel in
227:6 2006; is that right?
227:7   A. There was a physician panel
227:8 that I was involved with.  This is -- I'm
227:9 looking at it now.  It might be the one
227:10 that I was involved in.
227:11   Q. Does it appear to be this
227:12 one?
227:13   A. I think so.

SCHULTZDEPOSITIONEXHIBITS-1253092.506.8

**227:23 - 228:2**   **Shultz, Gin 01-30-2014 (00:00:05)**   05_14_18 Jones Combo V3.80

clear

227:23   Q.  Have you seen this
227:24 document before?
228:1   A. Actually, I'm not sure I
228:2 have.

**228:10 - 228:19**   **Shultz, Gin 01-30-2014 (00:00:13)**   05_14_18 Jones Combo V3.81

SCHULTZDEPOSITIONEXHIBITS-1253092.506.2

228:10   Q. Do you see where it says,
228:11 "Expect as close as possible to zero -
228:12 everyone."
228:13 Do you see that?
228:14   A. Yes.
228:15   Q. So do you agree that all the
228:16 physicians were saying you should try to
228:17 get a device that has zero fracture rate,

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3**

228:18 if possible?
228:19  A. Yes.

228:20 - 228:24   **Shultz, Gin 01-30-2014 (00:00:05)**    05_14_18 Jones Combo V3.82

228:20  Q.  So in other words,
228:21 like we said earlier, make the device --
228:22 manufacturers should make the device as
228:23 safe as possible?
228:24  A. Yes.

275:21 - 275:22   **Shultz, Gin 01-30-2014 (00:00:02)**    05_14_18 Jones Combo V3.83

275:21  Q. I'll hand you what's
275:22 Exhibit 5.

279:5 - 279:10   **Shultz, Gin 01-30-2014 (00:00:10)**    05_14_18 Jones Combo V3.84

279:5  Q. Were you told that
279:6 there was a problem with filter fracture
279:7 with the Recovery filter?
279:8  A. Yes.
279:9  Q. And that the G2 filter was
279:10 to fix those problems?

279:14 - 279:21   **Shultz, Gin 01-30-2014 (00:00:23)**    05_14_18 Jones Combo V3.85

279:14  Q. That was the purpose?
279:15  A. No.  I was told that the --
279:16 there was complaint rates for the --
279:17 there was an investigation.  I read the
279:18 investigation.  It was redesigned.  G2
279:19 was the launch on that.
279:20  Q. Okay.  To fix the problem
279:21 with migration and fractures, right?

279:24 - 280:2   **Shultz, Gin 01-30-2014 (00:00:07)**    05_14_18 Jones Combo V3.86

279:24 THE WITNESS:  It was --
280:1 yeah, to address, minimize filter
280:2 migration, fracture.

280:4 - 280:6   **Shultz, Gin 01-30-2014 (00:00:03)**    05_14_18 Jones Combo V3.87

280:4  Q. And this e-mail I
280:5 handed to you that we marked as Exhibit
280:6 Number 6,

281:24 - 282:1   **Shultz, Gin 01-30-2014 (00:00:03)**    05_14_18 Jones Combo V3.88

281:24  Q. I'll hand you what we'll
282:1 mark as Exhibit Number 7.

282:19 - 283:5   **Shultz, Gin 01-30-2014 (00:00:27)**    05_14_18 Jones Combo V3.89

282:19  Q. What is a health

| 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |

282:20 hazard evaluation, according to your
282:21 understanding from your time at Bard?
282:22   A. It's where we evaluate a
282:23 failure mode or a nonconformance.  It's
282:24 in the field against the potential
283:1 hazards.
283:2   Q. Is it in essence a
283:3 risk/benefit analysis?
283:4   A. It's the -- it's a portion
283:5 of it, yes.

**301:11 - 301:15    Shultz, Gin 01-30-2014 (00:00:15)**                          05_14_18 Jones Combo V3.90

301:11   Q. Okay.  So do you agree or
301:12 disagree that statistically significant
301:13 higher rates of reported failures between
301:14 devices is an important safety signal?
301:15   A. Yes.

**301:19 - 301:20    Shultz, Gin 01-30-2014 (00:00:02)**                          05_14_18 Jones Combo V3.91

301:19   Q. You agree to that?
301:20   A. Yes.

**343:12 - 343:15    Shultz, Gin 01-30-2014 (00:00:02)**                          05_14_18 Jones Combo V3.92

343:12 MR. BRENES:  We're going to                                               SCHULTZDEPOSITIONEXHIBITS-
343:13 mark what -- hand you what we're                                          1253062.548
343:14 going to mark as Exhibit Number
343:15 11.

**343:23 - 344:15    Shultz, Gin 01-30-2014 (00:00:37)**                          05_14_18 Jones Combo V3.93

343:23   Q. Are you familiar with
343:24 documents like this from your time at
344:1 Bard?
344:2   A. Yes.
344:3   Q. And what does it appear to
344:4 be?
344:5   A. It's a comparison by
344:6 complaint type of different filters.
344:7   Q. And this was used to track
344:8 competitive -- competitive failure rates
344:9 between different devices?
344:10   A. Yeah, to evaluate rates
344:11 across the board.
344:12   Q. And to determine if there
344:13 was a safety issue with one of Bard's

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3**

344:14 devices, right?

344:15   A. Yes.

**344:24 - 345:21**   **Shultz, Gin 01-30-2014 (00:00:59)**    *05_14_18 Jones Combo V3.94*

344:24 Do you see towards the

345:1 bottom of the first page, it says, "Bard    *SCHULTZDEPOSITIONEXHIBITS-1253092.540.1*

345:2 data is from Trackwise, not MAUDE,

345:3 through July 2010."

345:4 Do you see that?

345:5   A. Yes.

345:6   Q. Okay.  And Trackwise was

345:7 Bard's internal complaint tracking

345:8 system, right?

345:9   A. Yes.

345:10   Q. Okay.  So this is through

345:11 July of 2010.

345:12 So as of July of 2010,

345:13 there's 179 reported fractures for the    *SCHULTZDEPOSITIONEXHIBITS-1253092.540.1*

345:14 Recovery filter, right?

345:15   A. Correct.

345:16   Q. Okay.  And if we compare    *clear*

345:17 that to that last memorandum from

345:18 November '05, you're looking at over an

345:19 additional 120 fractures since that time,

345:20 right?

345:21   A. Roughly.  Yes.

**346:4 - 346:11**   **Shultz, Gin 01-30-2014 (00:00:15)**    *05_14_18 Jones Combo V3.95*

346:4 THE WITNESS:  The number is

346:5 95.  I'm sorry.  The difference

346:6 between the two, right?

346:7 BY MR. BRENES:

346:8   Q. 179 minus --

346:9   A. 84.

346:10   Q. Oh, you're right.  Yeah.

346:11 Good point.

**346:24 - 347:9**   **Shultz, Gin 01-30-2014 (00:00:23)**    *05_14_18 Jones Combo V3.96*

346:24   Q. Did Bard ever discuss or try

347:1 to figure out how many additional

347:2 fractures there likely would be in

347:3 deciding whether or not to take the

347:4 device off the market or do a recall for

| | | |
|---|---|---|
| | **05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3** | |
| **Page/Line** | **Source** | **ID** |

347:5 the device?
347:6   A. There wasn't, to my memory,
347:7 a prediction or projection of how many
347:8 fractures would be out there before you
347:9 would react to that.

347:10 - 347:16   **Shultz, Gin 01-30-2014 (00:00:16)**   05_14_18 Jones Combo V3.97

347:10   Q. If Bard did do such a
347:11 prediction, and then, in fact, the
347:12 fracture rate exceeded what had been
347:13 predicted, future fracture rate exceeded
347:14 what had been predicted, would that have
347:15 prompted further warnings from Bard to
347:16 physicians?

347:19 - 347:19   **Shultz, Gin 01-30-2014 (00:00:01)**   05_14_18 Jones Combo V3.98

347:19 THE WITNESS:  It could have.

352:22 - 353:5   **Shultz, Gin 01-30-2014 (00:00:18)**   05_14_18 Jones Combo V3.99

352:22   Q. No.  And then looking at the
352:23 G2, the G2 has a reported migration rate
352:24 of 1.2 out of every thousand, right?
353:1   A. Yes.
353:2   Q. Okay.  And is any device,
353:3 other than a Bard device, even close to
353:4 that migration rate?
353:5   A. No.

357:11 - 357:12   **Shultz, Gin 01-30-2014 (00:00:02)**   05_14_18 Jones Combo V3.100

SCHULTZDEPOSITIONEXHIBITS-1253092.550

357:11   Q. Let's mark this as
357:12 Exhibit 12.

357:19 - 357:22   **Shultz, Gin 01-30-2014 (00:00:09)**   05_14_18 Jones Combo V3.101

SCHULTZDEPOSITIONEXHIBITS-1253092.550.6

357:19   Q. Do you agree this appears to
357:20 be an e-mail from Kelly Jones to you
357:21 dated November 30th, 2005?
357:22   A. Yes.

363:7 - 363:13   **Shultz, Gin 01-30-2014 (00:00:17)**   05_14_18 Jones Combo V3.102

clear

363:7   Q. So you agree, again, the
363:8 Recovery filter's failure rates for
363:9 migration, death, fracture, pulmonary
363:10 embolism, perforation, are all
363:11 substantially higher than the SNF,
363:12 correct?
363:13   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3**

378:5 - 378:10   **Shultz, Gin 01-30-2014 (00:00:16)**
05_14_18 Jones Combo V3.103
SCHULTZDEPOSITIONEXHIBITS-1253082.559

378:5   Q. Okay.  I'm going to hand you
378:6 what we'll mark as Exhibit Number --
378:7   A. 15.
378:8   Q. -- 15.  I'm going to hand
378:9 you the e-mail and the attachment that
378:10 went with it.  There you go.

378:19 - 379:2   **Shultz, Gin 01-30-2014 (00:00:22)**
05_14_18 Jones Combo V3.104

378:19   Q. Please take a minute to
378:20 review it.  There's also an attachment
378:21 for caudal migration, which I didn't give
378:22 you.  I just want to talk about fractures
378:23 right now.  You know what?  Let's make it
378:24 complete.  I'm going to give you the
379:1 caudal migration attachment as well just
379:2 so you have all the attachments.

clear

379:19 - 380:3   **Shultz, Gin 01-30-2014 (00:00:25)**
05_14_18 Jones Combo V3.105
SCHULTZDEPOSITIONEXHIBITS-1253082.559
SCHULTZDEPOSITIONEXHIBITS-1253082.559.3

379:19   Q. So do you see the e-mail,
379:20 which is from Natalie Wong to you among
379:21 some others dated May 19th, 2006?
379:22   A. Yes.
379:23   Q. Okay.  And the -- I don't
379:24 see a subject, but the attachments are
380:1 "G2 caudal summary," and "RNF fracture
380:2 report."  Right?
380:3   A. Yes.

385:5 - 385:22   **Shultz, Gin 01-30-2014 (00:00:49)**
05_14_18 Jones Combo V3.106
SCHULTZDEPOSITIONEXHIBITS-1253082.602.1

385:5   Q. Okay.  And does it appear
385:6 that Bard is contemplating some
385:7 additional corrective action regarding
385:8 the Recovery filter in this PowerPoint?
385:9   A. Yes.
385:10   Q. And one of those things is
385:11 potentially a customer letter, right?
385:12   A. Yes.
385:13   Q. Okay.  Content, it says,
385:14 "Notify fracture rate.  Standard of care
385:15 applies, risk/benefit compared to
385:16 competitors."
385:17 Do you see that?

SCHULTZDEPOSITIONEXHIBITS-1253082.602.3

| 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

385:18  A. Yes.

385:19  Q. So it appears to be

385:20 contemplating the potential disclosure of

385:21 competitive fracture rates so doctors can

385:22 do risk/benefit analysis, right?

386:1 - 386:15     **Shultz, Gin 01-30-2014 (00:00:19)**     05_14_18 Jones Combo V3.107

386:1 THE WITNESS:  For the

386:2 content, the risk/benefit was that

386:3 we would provide the risk/benefit

386:4 and compare to competitors.  What

386:5 they do with it was something

386:6 else.

386:7 BY MR. BRENES:

386:8   Q. Got it.  So in other words

386:9 you could -- providing your analysis of

386:10 what the risks and the benefits are of

386:11 the filter --

386:12   A. Right.

386:13   Q. -- in respect to competitive

386:14 failure rates?

386:15   A. Yes.

387:19 - 388:1     **Shultz, Gin 01-30-2014 (00:00:12)**     05_14_18 Jones Combo V3.108

387:19   Q. Now, in fairness let's look

387:20 at the cons.  "Does not provide

387:21 additional information that physician

387:22 does not already know."

387:23 Do you see that?  Do you see

387:24 that?

388:1  A. Yes, I do.

388:2 - 388:16     **Shultz, Gin 01-30-2014 (00:00:32)**     05_14_18 Jones Combo V3.109

388:2   Q. Okay.  Now, physicians don't

388:3 know -- don't necessarily know what

388:4 Bard's complaint files reveal, right?

388:5   A. Correct.  They don't have

388:6 specific information on the complaint

388:7 files.

388:8   Q. And they -- and Bard never

388:9 provided them with competitive failure

388:10 rate information, right, as far as you

388:11 know?

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3**

388:12  A. As far as I know.

388:13  Q. And you would certainly

388:14 agree that Bard's own complaint files and

388:15 sales rate information is more reliable

388:16 than general MAUDE data, right?

**388:19 - 388:21**  **Shultz, Gin 01-30-2014 (00:00:05)**   05_14_18 Jones Combo V3.110

388:19 THE WITNESS:  Bard's

388:20 complaint data is more accurate

388:21 than the MAUDE database.

**388:23 - 389:19**  **Shultz, Gin 01-30-2014 (00:00:54)**   05_14_18 Jones Combo V3.111

388:23  Q. The second con is,

388:24 "Notifying patients that may never have

389:1 complications."

389:2 Do you know what they mean

389:3 by that?

389:4  A. So the -- in some of the

389:5 data analysis, the majority of the

389:6 patients were asymptomatic for fractures.

389:7 And so when they -- similar to the issue

389:8 with monitoring for breast cancer, that

389:9 people will have false negative, so they

389:10 start reacting, and they have additional

389:11 healthcare.  It causes additional issues.

389:12 So, you know, the fact that

389:13 most of the patients were asymptomatic

389:14 and the fact that they start notifying

389:15 them, then you're going to have patients

389:16 trying to figure out what that means or

389:17 not means and that type of issue --

389:18  Q. Okay.

389:19  A. -- is more of that line.

**394:15 - 394:23**  **Shultz, Gin 01-30-2014 (00:00:19)**   05_14_18 Jones Combo V3.112

394:15  Q. Okay.  Go to the next page,

394:16 "Potential next steps," and, "Recall   SCHULTZDEPOSITIONEXHIBITS-1203093.603.11

394:17 existing inventory."  Do you see that?

394:18  A. Yes.

394:19  Q. So it appears Bard was

394:20 contemplating the possibility of

394:21 recalling the Recovery filter, even in

394:22 '06, right?

| 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 394:23   A. Yes. | |
| 394:24 - 395:2 | **Shultz, Gin 01-30-2014 (00:00:05)** | 05_14_18 Jones Combo V3.113 |
| | 394:24   Q. Okay.  The pro is, "Update | clear |
| | 395:1 inventory with better performing filter," | |
| | 395:2 right? | |
| 395:3 - 395:3 | **Shultz, Gin 01-30-2014 (00:00:01)** | 05_14_18 Jones Combo V3.114 |
| | 395:3   A. Yes. | |
| 395:4 - 395:7 | **Shultz, Gin 01-30-2014 (00:00:07)** | 05_14_18 Jones Combo V3.115 |
| | 395:4   Q. Shouldn't that be a | |
| | 395:5 company's goal, is always get a patient | |
| | 395:6 the best and the safest device a company | |
| | 395:7 has? | |
| 395:10 - 395:18 | **Shultz, Gin 01-30-2014 (00:00:13)** | 05_14_18 Jones Combo V3.116 |
| | 395:10 THE WITNESS:  That -- | |
| | 395:11 that's -- if you look at the | |
| | 395:12 iterations of the filter, that is | |
| | 395:13 the desire of the product all the | |
| | 395:14 way through. | |
| | 395:15 BY MR. BRENES: | |
| | 395:16   Q. Okay. | |
| | 395:17   A. We've -- the performance has | |
| | 395:18 improved with every iteration. | |
| 399:21 - 400:9 | **Shultz, Gin 01-30-2014 (00:00:20)** | 05_14_18 Jones Combo V3.121 |
| | 399:21 Bard didn't recall the | |
| | 399:22 Recovery filter, correct? | |
| | 399:23   A. Correct. | |
| | 399:24   Q. Bard didn't suggest that | |
| | 400:1 physicians explant the Recovery filter, | |
| | 400:2 correct? | |
| | 400:3   A. Correct. | |
| | 400:4   Q. And they basically took | |
| | 400:5 Option 3, which was no field action -- | |
| | 400:6   A. Correct. | |
| | 400:7   Q. -- regarding the Recovery | |
| | 400:8 filter, correct? | |
| | 400:9   A. Correct. | |
| 415:22 - 416:2 | **Shultz, Gin 01-30-2014 (00:00:10)** | 05_14_18 Jones Combo V3.146 |
| | 415:22   Q. Simply, did -- are you aware | |
| | 415:23 of Bard -- whether or not Bard shared | |
| | 415:24 information with the doctors about the | |

| Page/Line | Source | ID |
|---|---|---|
| | 416:1 comparative failure rates between Simon | |
| | 416:2 Nitinol filter and the G2 filter? | |
| 416:6 - 416:7 | **Shultz, Gin 01-30-2014 (00:00:01)** | 05_14_18 Jones Combo V3.147 |
| | 416:6 THE WITNESS:  Not to my | |
| | 416:7 knowledge. | |
| 417:9 - 417:11 | **Shultz, Gin 01-30-2014 (00:00:04)** | 05_14_18 Jones Combo V3.148 |
| | 417:9  Q. Okay.  So at some point, did | |
| | 417:10 you become aware that there were | |
| | 417:11 stability problems with the G2 filter? | |
| 417:14 - 418:3 | **Shultz, Gin 01-30-2014 (00:00:25)** | 05_14_18 Jones Combo V3.149 |
| | 417:14 THE WITNESS:  The G2 filter | |
| | 417:15 on launch, we monitored migration, | |
| | 417:16 and that's where we identified | |
| | 417:17 caudal migration. | |
| | 417:18 BY MR. BRENES: | |
| | 417:19  Q. And did you also become | |
| | 417:20 aware that there were problems with the | |
| | 417:21 device tilting? | |
| | 417:22  A. There was complaints of it | |
| | 417:23 tilting as well. | |
| | 417:24  Q. Okay.  And did you also | |
| | 418:1 become aware of fracture rates that were | |
| | 418:2 higher than for the Simon Nitinol filter | |
| | 418:3 for the G2 filter? | |
| 418:6 - 418:17 | **Shultz, Gin 01-30-2014 (00:00:14)** | 05_14_18 Jones Combo V3.150 |
| | 418:6 THE WITNESS:  We monitored | |
| | 418:7 the fracture rates. | |
| | 418:8 BY MR. BRENES: | |
| | 418:9  Q. And those were higher with | |
| | 418:10 the G2 filter than with the Simon Nitinol | |
| | 418:11 filter, correct? | |
| | 418:12  A. Yes.  We've gone through the | |
| | 418:13 exhibits.  Yes. | |
| | 418:14  Q. And the migration rates were | |
| | 418:15 higher for the G2 filter than the Simon | |
| | 418:16 Nitinol filter, correct? | |
| | 418:17  A. Yes. | |
| 422:18 - 422:21 | **Shultz, Gin 01-30-2014 (00:00:08)** | 05_14_18 Jones Combo V3.158 |
| | 422:18 Now, in respect to G2, are | |
| | 422:19 you aware that the G2 was being | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | |

422:20 redesigned because of the caudal
422:21 migration problem?

**422:24 - 423:2**     **Shultz, Gin 01-30-2014 (00:00:03)**     05_14_18 Jones Combo V3.159

422:24 THE WITNESS:  The G2 was
423:1 being redesigned, and we were
423:2 looking at caudal migration.

**431:14 - 431:17**     **Shultz, Gin 01-30-2014 (00:00:11)**     05_14_18 Jones Combo V3.160

431:14   Q.  Okay.  Did Bard send a
431:15 customer letter notifying physicians that
431:16 there was an unexpected level of reported
431:17 caudal migrations?

**431:20 - 431:20**     **Shultz, Gin 01-30-2014 (00:00:00)**     05_14_18 Jones Combo V3.161

431:20 THE WITNESS:  No.

**431:22 - 432:5**     **Shultz, Gin 01-30-2014 (00:00:20)**     05_14_18 Jones Combo V3.162

431:22   Q. And are you aware of a
431:23 communication from Dr. Ciavarella in 2006
431:24 asking why Bard is even selling the G2
432:1 filter when there's another permanent
432:2 filter, the Simon Nitinol filter, with
432:3 virtually no complaints?
432:4   A. That is actually a document
432:5 that we did look at.

**432:13 - 432:14**     **Shultz, Gin 01-30-2014 (00:00:03)**     05_14_18 Jones Combo V3.163

432:13   Q. Okay.  And what do you have
432:14 to say about that e-mail?

**433:1 - 433:4**     **Shultz, Gin 01-30-2014 (00:00:07)**     05_14_18 Jones Combo V3.164

433:1 THE WITNESS:  Dr. Ciavarella
433:2 wasn't at the division.  He didn't
433:3 understand a lot of the details of
433:4 it.

**434:19 - 434:20**     **Shultz, Gin 01-30-2014 (00:00:03)**     05_14_18 Jones Combo V3.165

434:19 MR. BRENES:  We're going to
434:20 mark this as Exhibit Number 17.

**435:4 - 436:5**     **Shultz, Gin 01-30-2014 (00:01:01)**     05_14_18 Jones Combo V3.166

SCHULTZDEPOSITIONEXHIBITS-1253092.642

435:4   Q.  Okay.  And this appears to

SCHULTZDEPOSITIONEXHIBITS-1253092.642.1

435:5 be a document or an e-mail from you to a
435:6 number of people at Bard, right?
435:7   A.  Yes.
435:8   Q.  And it appears to be

SCHULTZDEPOSITIONEXHIBITS-1253092.642.2

435:9 discussing caudal migrations with the G2

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

435:10 filter, correct?
435:11   A. Yes.
435:12   Q. Okay.  The first page under
435:13 "discussion points," do you see the
435:14 bullet point -- I think it's Number 3.
435:15 It says, "Project approved to redesign
435:16 and develop caudal movement test method."
435:17 Do you see that?
435:18   A. Yes.
435:19   Q. Okay.  So does this refresh
435:20 your recollection as to whether or not
435:21 there was a test for caudal migration
435:22 before the G2 filter went on the market?
435:23   A. The -- so there was a test
435:24 method for caudal migration that needed
436:1 to be made.
436:2   Q. Okay.  So there wasn't one
436:3 before?
436:4   A. There -- there may not have
436:5 been, or it may not have been adequate.

**440:4 - 440:5**   **Shultz, Gin 01-30-2014 (00:00:02)**

440:4   Q. I'm going to hand you what
440:5 we'll mark as Exhibit 19.  Please take a

**440:12 - 440:23**   **Shultz, Gin 01-30-2014 (00:00:26)**

440:12   Q. So do you agree that it
440:13 appears to be an e-mail dated May 10,
440:14 2006, between Bard personnel regarding a
440:15 proposed response to FDA questions
440:16 regarding a complaint?
440:17   A. It's in response to an FDA
440:18 question -- yeah, it's about a complaint:
440:19 It's got a manufacturing report number.
440:20   Q. Okay.  And the e-mail is
440:21 dated -- I may have said this -- is dated
440:22 May 10, 2006, right?
440:23   A. Yes.

**441:5 - 442:2**   **Shultz, Gin 01-30-2014 (00:00:51)**

441:5   Q. It says, "As defined in the
441:6 design failure modes and effects analysis
441:7 (DFMEA) for this product, the expected

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

441:8 frequency of occurrence for caudal
441:9 migration is less than or equal to
441:10 0.05 percent."
441:11   A. Yes.
441:12   Q. Okay.  And that is five out
441:13 of every 10,000?
441:14   A. Yes.
441:15   Q. And then it continues, "The
441:16 observed frequency of occurrence is
441:17 .129 percent, as of April 30, 2006,"
441:18 right?
441:19   A. Correct.
441:20   Q. Okay.  And that -- so that's
441:21 1.2 out of every thousand, right?
441:22   A. Correct.
441:23   Q. Okay.  So we agree that
441:24 caudal migration had exceeded Bard's
442:1 expected occurrence levels?
442:2   A. Correct.

**442:6 - 442:14    Shultz, Gin 01-30-2014 (00:00:20)**    05_14_18 Jones Combo V3.170
SCHULTZDEPOSITIONEXHIBITS-1253092.650.2

442:6   Q. Exhibit Number 20, again,
442:7 just because of time concerns, let me
442:8 address some specific things.
442:9 So does this appear to be an
442:10 e-mail from Tracy Estrada, dated
442:11 April 1st, 2010, to some other people at
442:12 Bard with an attachment, "Eclipse Anchor
442:13 Idea POA Final," right?
442:14   A. Yes.

**444:7 - 444:15    Shultz, Gin 01-30-2014 (00:00:14)**    05_14_18 Jones Combo V3.171
SCHULTZDEPOSITIONEXHIBITS-1253092.652.1

444:7   Q. Look under -- actually,
444:8 "situation."  Do you see where it says,
444:9 "Physician perception is that design
444:10 sacrifices were made to optional filters
444:11 that permit retrievability, but also
444:12 allow for a higher rate of movement or
444:13 migration."
444:14 Do you see that?
444:15   A. Yes.

**445:17 - 446:1    Shultz, Gin 01-30-2014 (00:00:22)**    05_14_18 Jones Combo V3.172

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3**

| | | clear |
|---|---|---|

445:17   Q. Either from speaking with
445:18 physicians, from doing surveys, what have
445:19 you?
445:20   A. I don't -- I don't ever
445:21 remember a physician have a perception of
445:22 that.  But I do know that there was
445:23 differences in the way a retrievable or
445:24 optional filter would perform than a
446:1 permanent filter.

**446:14 - 447:6    Shultz, Gin 01-30-2014 (00:00:30)**       05_14_18 Jones Combo V3.173

446:14   Q. Okay.  Look at "problems"
446:15 for me, where it says, "Filter movement       SCHULTZDEPOSITIONEXHIBITS-
446:16 may lead to tilting, undesirable cava       1251092.652.2
446:17 wall incorporation, increased risk of
446:18 filter fracture and vena cava
446:19 penetration."
446:20 Do you see that?
446:21   A. Yes.
446:22   Q. Is that consistent with your
446:23 understanding that movement may lead to
446:24 tilting?
447:1   A. Yes.  That was a hypothesis,
447:2 that the movement would cause the
447:3 tilting.
447:4   Q. Was it consistent with your
447:5 understanding that movement could lead to
447:6 penetration into the vena cava?

**447:9 - 447:19    Shultz, Gin 01-30-2014 (00:00:22)**       05_14_18 Jones Combo V3.174

447:9 THE WITNESS:  It was my
447:10 understanding that tilting could
447:11 lead to penetration.
447:12 BY MR. BRENES:
447:13   Q. Okay.  And was it your
447:14 understanding that movement could lead to
447:15 filter fracture?
447:16   A. More back to the tilted,
447:17 that if you had a tilted filter, then
447:18 you're going to have uneven stresses on
447:19 it.  And that would lead to it.

**448:7 - 448:8    Shultz, Gin 01-30-2014 (00:00:02)**       05_14_18 Jones Combo V3.175

| | | |
|---|---|---|
| **05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3** | | |
| **Page/Line** | **Source** | **ID** |

448:7   A. That that was a potential
448:8 contributor to it.

| 448:9 - 448:13 | **Shultz, Gin 01-30-2014 (00:00:10)** | 05_14_18 Jones Combo V3.176 |

448:9   Q. So maybe the better
448:10 way to ask it is, was it your
448:11 understanding that tilting could lead to
448:12 increased risk of perforation and
448:13 fracture?

| 448:16 - 448:18 | **Shultz, Gin 01-30-2014 (00:00:04)** | 05_14_18 Jones Combo V3.177 |

448:16 THE WITNESS:  Yes.
448:17 BY MR. BRENES:
448:18   Q. Yes to both?

| 448:21 - 449:18 | **Shultz, Gin 01-30-2014 (00:00:42)** | 05_14_18 Jones Combo V3.178 |

448:21 THE WITNESS:  Yes.
448:22 BY MR. BRENES:
448:23   Q. Okay.  Look under
448:24 "hypothesis," where it says, "The
449:1 addition of caudal anchors to Eclipse
449:2 filters will reduce caudal migrations."
449:3 Do you see that?
449:4   A. Yes.
449:5   Q. Okay.  "Reduce complaints
449:6 for tilt," do you see that?
449:7   A. Yes.
449:8   Q. "Reduce complaints for
449:9 fracture," do you see that?
449:10   A. "Reduce complaints for tilt,
449:11 fracture and penetration."
449:12   Q. Okay.  Secondary to -- here
449:13 it says caudal migration, right?
449:14   A. Yes.
449:15   Q. But the main thing was
449:16 reduce the incidence, in your mind of
449:17 tilting, which then would -- could
449:18 potentially lead to those issues, right?

SCHULTZDEPOSITIONEXHIBITS-1283892.652.3

SCHULTZDEPOSITIONEXHIBITS-1283892.653.1

| 449:21 - 449:23 | **Shultz, Gin 01-30-2014 (00:00:07)** | 05_14_18 Jones Combo V3.179 |

449:21 THE WITNESS:  The tilt to me
449:22 was more significant than the
449:23 caudal.

| 450:9 - 450:20 | **Shultz, Gin 01-30-2014 (00:00:33)** | 05_14_18 Jones Combo V3.180 |

| Page/Line | Source | ID |
|---|---|---|

450:9   Q. Yeah.  Look for me on the

450:10 page ending in 860 under "strategic

450:11 rationale."  Second sentence, do you see

450:12 where it says, "Eclipse with caudal

450:13 anchors would be positioned as the

450:14 premier optional filter with existing and

450:15 new customers, infuse enthusiasm for the

450:16 product into the sales team, and address

450:17 quality issues with the predicate filter

450:18 products."

450:19 Do you see that?

450:20   A. Yes.

**451:16 - 452:1      Shultz, Gin 01-30-2014 (00:00:26)**

451:16   Q. Continuing, "The performance

451:17 issues of BPV optional filters have led

451:18 to sales attrition, and these

451:19 complications overshadow the unique

451:20 long-term retrievability of these

451:21 products."

451:22 Were you aware in this time

451:23 frame, April 2010, that the performance

451:24 issues with the -- Bard's filters was

452:1 leading to sales attrition?

**452:4 - 452:13      Shultz, Gin 01-30-2014 (00:00:27)**

452:4 THE WITNESS:  There was a --

452:5 across the industry, of the filter

452:6 product lines, the sales were

452:7 either not growing at the rate or

452:8 growing at a slower rate or

452:9 staying flat.

452:10 And there was general

452:11 communications across many

452:12 regulatory industries around

452:13 filters.

**452:15 - 452:18      Shultz, Gin 01-30-2014 (00:00:05)**

452:15   Q. This isn't talking about

452:16 other people's products.  This is talking

452:17 about Bard's products, right?

452:18   A. Yep.

**453:8 - 453:13      Shultz, Gin 01-30-2014 (00:00:09)**

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

453:8   Q. Okay.  Do you see where it
453:9 continues, "These experiences have
453:10 created a lukewarm opinion of the product
453:11 with the sales team and resulted in lost
453:12 business opportunities"?
453:13   A. Yes.

SCHULTZDEPOSITIONEXHIBITS-
1253092.654.3

**453:22 - 454:9   Shultz, Gin 01-30-2014 (00:00:24)**

05_14_18 Jones Combo V3.185

453:22   Q. It continues, "This project
453:23 should not only reduce physical
453:24 complications but should also help
454:1 address psychological reservations, both
454:2 in the sales teams and with customers
454:3 regarding BPV optional filters."
454:4 Do you see that?
454:5   A. Yes.
454:6   Q. Okay.  So adding caudal
454:7 anchors to Bard's optional filters was --
454:8 it was believed that it was going to
454:9 reduce physical complications, correct?

SCHULTZDEPOSITIONEXHIBITS-
1253092.654.4

**454:12 - 454:14   Shultz, Gin 01-30-2014 (00:00:03)**

05_14_18 Jones Combo V3.186

454:12 THE WITNESS:  The POA
454:13 statement -- has that statement in
454:14 it, yes.

**454:16 - 455:2   Shultz, Gin 01-30-2014 (00:00:25)**

05_14_18 Jones Combo V3.187

clear

454:16   Q. Okay.  Do you have any
454:17 recollection of why -- why caudal anchors
454:18 were being added to the filters?
454:19   A. The -- to give the filter a
454:20 positional stability so you would reduce
454:21 tilting and other complications that come
454:22 from it.
454:23   Q. That result from tilting?
454:24   A. That result from tilting.
455:1   Q. Such as fracture?
455:2   A. And perforation.

**455:10 - 455:11   Shultz, Gin 01-30-2014 (00:00:03)**

05_14_18 Jones Combo V3.188

455:10   Q. Okay.  I'm going to hand you
455:11 what we'll mark as Exhibit Number 21.

SCHULTZDEPOSITIONEXHIBITS-
1253092.656.9

**456:1 - 456:6   Shultz, Gin 01-30-2014 (00:00:11)**

05_14_18 Jones Combo V3.189

456:1   Q. Do you agree that this

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

456:2 appears to be an e-mail with an
456:3 attachment from Brian Hudson to some
456:4 Bard -- two Bard employees, dated
456:5 June 28, 2011?
456:6   A. Yes.

SCHULTZDEPOSITIONEXHIBITS-1253092.656.2

**457:6 - 457:10   Shultz, Gin 01-30-2014 (00:00:11)**

05_14_18 Jones Combo V3.190

457:6   Q. Okay.  Under subject, it
457:7 says, "Fracture talking points."  And
457:8 attachment, it says, "Filter data
457:9 6/27/11," right?
457:10   A. Yes.

**457:19 - 457:22   Shultz, Gin 01-30-2014 (00:00:09)**

05_14_18 Jones Combo V3.191

457:19   Q.  For the Simon Nitinol

SCHULTZDEPOSITIONEXHIBITS-1253092.659.5

457:20 filter, there were 80,187 devices sold,
457:21 right?
457:22   A. Yes.

**458:5 - 458:9   Shultz, Gin 01-30-2014 (00:00:07)**

05_14_18 Jones Combo V3.192

458:5   Q. And the Simon Nitinol

SCHULTZDEPOSITIONEXHIBITS-1253092.659.6

458:6 filter, out of the 80,000-plus units
458:7 sold, had eight fracture complaints,
458:8 right?
458:9   A. Yes.

**459:20 - 460:2   Shultz, Gin 01-30-2014 (00:00:21)**

05_14_18 Jones Combo V3.193

clear

459:20   Q. Okay.  Look for me at the G2
459:21 filter.  It's got 156 fracture complaints
459:22 and it had a -- it looks like 126,369
459:23 devices sold, right?
459:24   A. Yes.
460:1   Q. And its rate is
460:2 .123 percent, right?

**460:3 - 460:6   Shultz, Gin 01-30-2014 (00:00:06)**

05_14_18 Jones Combo V3.194

460:3   A. Yes.
460:4   Q. So it's 12.3 out of every
460:5 thousand, right?
460:6   A. Yes.

**460:20 - 461:6   Shultz, Gin 01-30-2014 (00:00:27)**

05_14_18 Jones Combo V3.195

460:20 The rate for -- according to

SCHULTZDEPOSITIONEXHIBITS-1253092.659.19

460:21 this document, for the G2 for fracture
460:22 complaints was 12 times higher than that
460:23 for the Simon Nitinol filter, correct?

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3

460:24   A. Correct.

461:1   Q. Okay.  Now, again, as far as

461:2 you're aware, failure rate information

461:3 regarding the higher reported failure

461:4 rates for the Recovery and G2 filter

461:5 versus the Simon Nitinol filter was never

461:6 shared with consumers, correct?

461:9 - 461:9      **Shultz, Gin 01-30-2014 (00:00:01)**                    05_14_18 Jones Combo V3.196

461:9 THE WITNESS:  Correct.

467:23 - 468:15   **Shultz, Gin 01-30-2014 (00:00:40)**                    05_14_18 Jones Combo V3.197

467:23   Q. Are you aware of the

467:24 Cantwell study where he compared the

468:1 Recovery and G2 filter?

468:2   A. I'm sure I reviewed --

468:3   Q. In 2009?

468:4   A. I'm sure I would have

468:5 reviewed it.

468:6   Q. And he found a -- a

468:7 migration rate of 46.7 percent for the G2

468:8 filter?

468:9   A. I'm sure I read it.

468:10   Q. Okay.

468:11   A. And whatever numbers you're

468:12 reading off, I'm sure they're there.

468:13   Q. Did a 40 percent --

468:14 46 percent migration rate exceed Bard's

468:15 expected migration rate?

468:18 - 469:13   **Shultz, Gin 01-30-2014 (00:00:44)**                    05_14_18 Jones Combo V3.198

468:18 THE WITNESS:  The details of

468:19 the report, I don't remember.  But

468:20 from what you've stated of

468:21 46 percent, if it was true, it

468:22 would exceed.

468:23 BY MR. BRENES:

468:24   Q. Okay.  And do you know, did

469:1 Bard send this -- or send out a warning

469:2 letter to consumers regarding the

469:3 findings of Dr. Cantwell?

469:4   A. Bard did not send out a

469:5 warning letter.

| Page/Line | Source | ID |
|---|---|---|
| | 05_14_18 Jones Combo V3-Schultz 01-30-14 Jones Trial Designations V3 | |

469:6   Q. Okay.  And do you know he
469:7 wrote that, "Caudal migration is thought
469:8 to be rare and that the incidence
469:9 observed with caudal migration of the G2
469:10 filter in this case was beyond what had
469:11 been previously been reported"?
469:12   A. I'm sure what you're reading
469:13 is correct, so...

**469:14 - 469:17**   **Shultz, Gin 01-30-2014 (00:00:09)**   05_14_18 Jones Combo V3.199

469:14   Q. Was that concerning
469:15 to Bard that this study had found failure
469:16 rates beyond what had previously been
469:17 reported in the medical literature?

**469:22 - 470:1**   **Shultz, Gin 01-30-2014 (00:00:09)**   05_14_18 Jones Combo V3.200

469:22   A. We would evaluate it to
469:23 determine if the data was valid.  We
469:24 would fill out a complaint.  We would
470:1 investigate it.

Plaintiffs Designations = 00:27:23
Defense Designations = 00:11:00
**Total Time = 00:38:23**

**Documents Shown**
SCHULTZDEPOSITIONEXHIBITS-1253092

# Exhibit O

Designation Run Report

# Smith 08-03-17 Jones Trial depo designations V7

Smith, Christopher 08-03-2017

**Plaintiffs Designations  00:14:51**

**Defense Designations  00:02:04**

**Plaintiffs and Defense Designations  00:02:10**

**Total Time  00:19:05**



ID:05_21_18 Combo Jones V7

| Page/Line | Source | iD |
|---|---|---|

| 8:5 - 8:7 | Smith, Christopher 18-03-2017 (00:00:0 | |

8:5  Q. Mr. Smith, state your full name for the
8:6 record, please.
8:7  A. Christopher Kent Smith.

| 8:22 - 8:24 | Smith, Christopher 18-03-2017 (00:00:1 | |

8:22  Q. And before December of 2010, where were
8:23 you?
8:24  A. At Bard Peripheral Vascular.

| 8:25 - 9:8 | Smith, Christopher 18-03-2017 (00:00: | |

8:25  Q. I'm looking at your CV that I was handed
9:1 today.  It looks as though there's a company called
9:2 Covidien?
9:3  A. So I came over from Bard to ev3.  Ev3 was
9:4 purchased by Covidien.  Covidien was then purchased
9:5 by Medtronic.
9:6  Q. I see.  And you were at Bard from when to
9:7 when?
9:8  A. 2006 until 2010.

| 9:9 - 9:14 | Smith, Christopher 18-03-2017 (00:00: | |

9:9  Q. And it looks as though you were a sales
9:10 rep -- I -- you started there as a territory manager?
9:11  A. That's correct.
9:12  Q. In 2006.  And then you were promoted to
9:13 a -- the southeast district manager?
9:14  A. That's correct.

| 9:15 - 9:25 | Smith, Christopher 18-03-2017 (00:00: | |

9:15  Q. And that was in --
9:16  A. 2008.
9:17  Q. Does that mean you reported to a regional
9:18 manager?
9:19  A. That's correct.
9:20  Q. Who was your regional manager?
9:21  A. Dan Orms.
9:22  Q. And when you were a territory manager,
9:23 what were your responsibilities?
9:24  A. I was sales, outside -- direct sales, to
9:25 hospital and physician.

| 20:15 - 21:16 | Smith, Christopher 18-03-2017 (00:01: | |

20:15  Q. Do you agree that a medical device company
20:16 should always put patient safety as a priority?

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V7-Smith 08-03-17 Jones tech depo designations V7

20:17   A. Yes, sir.
20:18   Q. Patient safety should come over a medical
20:19 device company's interests and profits?
20:20   A. Yes, sir.
20:21   Q. Do you agree that a medical device company
20:22 should thoroughly test a device before launching it
20:23 into the market?
20:24   A. Yes, sir.
20:25   Q. And test it for safety and efficacy?
21:1   A. Absolutely.
21:2   Q. And do you agree that a medical device
21:3 company should have an understanding and research the
21:4 environment, the anatomical environment where the --
21:5 where the device is going to be placed?
21:6   A. Sure.  Yes.
21:7   Q. Failure to do so, you agree, would place
21:8 the patient's interest and safety at jeopardy?
21:9   A. I would imagine, yes.
21:10   Q. Is there -- do you agree that a medical
21:11 device company should keep itself apprised of any
21:12 problems or failures that its devices experience
21:13 after they're launched in the market?
21:14   A. Yes.  Every company I've worked for does
21:15 that.
21:16   Q. And take steps to remedy any problems or
21:17 dangers to patients?
21:18   A. Absolutely.

23:21 - 23:23   Smith, Christopher 08-03-2017 (00:00:10)   05_21_18 Combo Jones V7.5

23:21   Q. Doctors rely on sales reps to provide them
23:22 with information, accurate information about the
23:23 devices that they are promoting?

24:2 - 24:3   Smith, Christopher 08-03-2017 (00:00:01)   05_21_18 Combo Jones V7.5

24:2 THE WITNESS:  Yes,
24:3 puzzle.

24:10 - 24:19   Smith, Christopher 08-03-2017 (00:00:24)   05_21_18 Combo Jones V7.5

24:10   Q. And you in turn rely on your
24:11 company to provide you with the information necessary
24:12 to talk to doctors and -- and promote your products
24:13 to doctors, correct?
24:14   A. That's correct.

| Page/Line | Source | ID |
|---|---|---|
| | 24:15  Q. And you expect that a company like Bard | |
| | 24:16 will provide you in sales with all the information | |
| | 24:17 necessary about a product, including the good and the | |
| | 24:18 bad? | |
| | 24:19  A. That's correct. | |
| 25:18 - 25:22 | Smith, Christopher 08-03-2017 (00:00:1 | |
| | 25:18  Q. And if a company like Bard fails to | |
| | 25:19 provide you with complete and accurate information, | |
| | 25:20 that could place your relationship with your doctor | |
| | 25:21 customers in jeopardy, true? | |
| | 25:22  A. True. | |
| 25:23 - 26:8 | Smith, Christopher 08-03-2017 (00:00:2 | |
| | 25:23  Q. in various sales, do you agree | |
| | 25:24 that you, too, must put patient safety first and | |
| | 25:25 foremost? | |
| | 26:1  A. Absolutely. | |
| | 26:2  Q. And do you agree that in sales, you must | |
| | 26:3 act in the -- with the highest ethical standards? | |
| | 26:4  A. Yes. | |
| | 26:5  Q. And you expect the company that employs | |
| | 26:6 you to act the same way, with -- at the highest | |
| | 26:7 ethical standards? | |
| | 26:8  A. Correct. | |
| 29:18 - 29:24 | Smith, Christopher 08-03-2017 (00:00:1 | |
| | 29:18  Q. And you knew that there were patients at | |
| | 29:19 the time you started that had Recovery filters | |
| | 29:20 implanted, correct? | |
| | 29:21  A. That's correct. | |
| | 29:22  Q. And you also had to understand something | |
| | 29:23 about the Recovery in order to understand the G2. | |
| | 29:24 Fair? | |
| 30:1 - 30:3 | Smith, Christopher 08-03-2017 (00:00:0 | |
| | 30:1 THE WITNESS:  Yes. | |
| | 30:2 BY MR. O'CONNOR: | |
| | 30:3  Q. As a predicate device? | |
| 30:5 - 30:10 | Smith, Christopher 08-03-2017 (00:00:0 | |
| | 30:5 THE WITNESS:  Fair. | |
| | 30:6 BY MR. O'CONNOR: | |
| | 30:7  Q. And -- and did you understand that a | |
| | 30:8 device had to be as safe and as effective as its | |

| Page/Line | Source | ID |
|---|---|---|
| | 30:9 predicate device? | |
| | 30:10  A. All medical devices do. | |
| 38:15 - 38:18 | Smith, Christopher 08-03-2017 (00:00:1 | |
| | 38:15  Q. Mr. Smith, we're looking at Exhibit 4055. | |
| | 38:16 It's an e-mail thread between David Rauch and Janet | |
| | 38:17 Hudnall.  Did you know David Rauch? | |
| | 38:18  A. No. | |
| 39:3 - 39:4 | Smith, Christopher 08-03-2017 (00:00:0 | |
| | 39:3  Q. Have you ever seen this exhibit before? | |
| | 39:4  A. No. | |
| 39:5 - 39:11 | Smith, Christopher 08-03-2017 (00:00:1 | |
| | 39:5  Q. How did marketing interact with sales? | |
| | 39:6  A. They provided us with brochures.  Told us | |
| | 39:7 about product development and taught us about the | |
| | 39:8 product itself, and the engineering design. | |
| | 39:9  Q. Is that something that Janet Hudnall did | |
| | 39:10 for you? | |
| | 39:11  A. Correct, yes. | |
| 41:23 - 42:2 | Smith, Christopher 08-03-2017 (00:00:1 | |
| | 41:23  Q. At any point in time, did you become aware | |
| | 41:24 that Bard had concerns and was aware of problems with | |
| | 41:25 the Recovery in terms of tilt resistance? | |
| | 42:1 *** | |
| | 42:2 THE WITNESS:  No. | |
| 42:4 - 42:6 | Smith, Christopher 08-03-2017 (00:00:0 | |
| | 42:4  Q. And you never saw the type of concern | |
| | 42:5 that's stated in Exhibit 4055? | |
| | 42:6  A. No, sir. | |
| 42:18 - 42:25 | Smith, Christopher 08-03-2017 (00:00:2 | |
| | 42:18  Q. And that you expected that Bard would do | |
| | 42:19 the appropriate testing and -- and follow the | |
| | 42:20 appropriate design criteria to -- to address any | |
| | 42:21 problems it was aware of tilt in its filters? | |
| | 42:22  A. Yes. | |
| | 42:23  Q. And if Bard didn't do that, that would | |
| | 42:24 place patient safety in jeopardy; you agree with | |
| | 42:25 that? | |
| 43:2 - 43:2 | Smith, Christopher 08-03-2017 (00:00:2 | |
| | 43:2 THE WITNESS:  Yes. | |
| 53:5 - 53:11 | Smith, Christopher 08-03-2017 (00:00:1 | |

| Page/Line | Source | ID |
|---|---|---|
| | 53:5  Q. 4059, Mr. Smith.  It's a health hazard | |
| | 53:6 evaluation.  Had you ever seen a health hazard | |
| | 53:7 evaluation during the time you were at Bard? | |
| | 53:8   A. Not that I recall, no. | |
| | 53:9   Q. Were you aware that that type of a report | |
| | 53:10 was being prepared? | |
| | 53:11   A. No. | |
| 65:4 - 65:10 | Smith, Christopher 08-03-2017 (00:00: | |
| | 65:4   Q. You agree that filter complications | |
| | 65:5 including tilting, perforation, migration, and | |
| | 65:6 fracture, right? | |
| | 65:7   A. Yes. | |
| | 65:8   Q. And any one of those can be serious -- | |
| | 65:9 have a serious consequence on a patient, right? | |
| | 65:10   A. That's correct. | |
| 75:9 - 75:11 | Smith, Christopher 08-03-2017 (00:00: | |
| | 75:9   Q. But when you were promoting the G2, you | |
| | 75:10 assumed that the G2 was improved over and above the | |
| | 75:11 Recovery in terms of fracture resistance, correct? | |
| 75:13 - 75:24 | Smith, Christopher 08-03-2017 (00:00: | |
| | 75:13 THE WITNESS:  That would be an assumption, | |
| | 75:14 if you're bringing out a next-generation device. | |
| | 75:15 BY MR. O'CONNOR: | |
| | 75:16   Q. And -- and what was done to the G2 filter | |
| | 75:17 to enhance resistance to fracture? | |
| | 75:18   A. That, I can't speak to.  I don't remember. | |
| | 75:19   Q. What did you tell the doctors? | |
| | 75:20   A. Again, I don't remember.  It would be | |
| | 75:21 something that I was taught along the way, but I | |
| | 75:22 don't recall. | |
| | 75:23   Q. But certainly it was a feature that you | |
| | 75:24 understood was important to doctors, correct? | |
| 76:1 - 76:5 | Smith, Christopher 08-03-2017 (00:00: | |
| | 76:1 THE WITNESS:  That's correct. | |
| | 76:2 BY MR. O'CONNOR: | |
| | 76:3   Q. And a feature that you expected that Bard | |
| | 76:4 would have thoroughly tested for.  Fair? | |
| | 76:5   A. I would assume, yes. | |
| 77:10 - 77:13 | Smith, Christopher 08-03-2017 (00:00: | |
| | 77:10 If for some reason Bard did not | |

| Page/Line | Source | ID |
|---|---|---|

|  | 77:11 adequately test for migration resistance, improved | |
|  | 77:12 centering, or fracture resistance, do you agree that | |
|  | 77:13 that would place patient safety in jeopardy? | |
| 77:15 - 77:16 | Smith, Christopher 08-03-2017 (00:00:0 | |
|  | 77:15 THE WITNESS:  You know, I -- again -- | |
|  | 77:16 again, it's assumption.  Yes. | |
| 80:1 - 80:9 | Smith, Christopher 08-03-2017 (00:00:2 | |

80:1   Q.  So one thing that you were promoting to
80:2 the doctors is that the G2, when it was implanted, it
80:3 would become securely fixed to the vena cava wall in
80:4 the position where it was intended to be.  Fair?
80:5   A.  That's correct.
80:6   Q.  And as a permanent device, that the intent
80:7 was that it would remain in that position for the
80:8 duration of a patient's life?
80:9   A.  That's correct.

| 81:6 - 81:9 | Smith, Christopher 08-03-2017 (00:00:1 | |

81:6   Q.  This is 4062.  And this is an e-mail from
81:7 David Ciavarella, who was a medical director at that
81:8 time.  Do you see that?
81:9   A.  I do.

| 81:24 - 82:1 | Smith, Christopher 08-03-2017 (00:00:0 | |

81:24   Q.  The subject is "G2 caudal migrations," and
81:25 again, this is dated December 27, 2005.
82:1   A.  Okay.

| 83:21 - 84:6 | Smith, Christopher 08-03-2017 (00:00:2 | |

83:21 THE WITNESS:  When you say "concern," yes.
83:22 Again, we were mentioned complications, but yes,
83:23 that would be correct.
83:24 BY MR. O'CONNOR:
83:25   Q.  You weren't apprised of -- of the subject
84:1 matter in this e-mail, were you?
84:2   A.  No.
84:3   Q.  And were you ever told that the medical
84:4 director had asked the question about G2 complaints?
84:5   A.  No.  Again, I didn't even know who the
84:6 medical director was.

| 84:17 - 85:9 | Smith, Christopher 08-03-2017 (00:00:1 | |

84:17   Q.  Now, you told me that you were involved in
84:18 promoting the Simon Nitinol filter, correct?

| Page/Line | Source | ID |
|---|---|---|
| | 05_..._VK Comba ...es V2_Smith 18-03-17 Je... ...ing Designations 2 r | |

84:19  A. Yes, I sold -- it was part of our bag,
84:20 yes.
84:21  Q. And when you arrived at Bard, were you
84:22 told -- or at any time told that the SNF had
84:23 virtually no complaints?
84:24  A. Yes. It was a very safe filter.
84:25  Q. And were you told that the G2 filter did
85:1 have complaints and concerns in Bard?
85:2 ****
85:3 THE WITNESS: Yes, there were complaints.
85:4 BY MR. O'CONNOR:
85:5  Q. Okay. And -- were you told that Bard
85:6 even had questioned why were they -- about the safety
85:7 and efficacy of the G2?
85:8 ****
85:9 THE WITNESS: No.

**94:2 - 94:9**    Smith, Christopher 18-03-2017 (00:00:1...)

94:2  Q. Certainly doctors were communicating with
94:3 you about filters and filter complications, right?
94:4  A. Yes, all doctors were aware that there
94:5 were complications with all IVC filters.
94:6  Q. Well, that's -- my question is a little
94:7 different. You don't know what each individual
94:8 doctor was aware of. Fair?
94:9  A. That's correct.

**94:10 - 95:10**    Smith, Christopher 18-03-2017 (00:01:0...)

94:10  Q. But in terms of where you were, your
94:11 position at Bard, it was not unusual for you to
94:12 receive a call or a communication from a doctor if he
94:13 or she had a question or a concern about a filter,
94:14 fair?
94:15  A. I don't know if I'd say "unusual," but
94:16 I -- you would receive calls or have conversations
94:17 about that, yes.
94:18  Q. And you wanted to make sure that you had
94:19 the best and most accurate information to address any
94:20 issues raised by doctors to you, fair?
94:21  A. Sure.
94:22  Q. That goes to the whole issue that we
94:23 talked about earlier: Trust. Right?

| Page/Line | Source | ID |
|---|---|---|
| | 05_Jul_18 Combined Cross Mr Smith 08:01 (1... ...filego designations | |

94:24  A. Uh-huh.
94:25  Q. Yes?
95:1  A. Yes.
95:2  Q. So if Bard had information about tracking
95:3 and trending complications in specific filters, would
95:4 you expect Bard to communicate that to you so you
95:5 could advise your doctors?
95:6  A. Unless there was a major concern with it,
95:7 no.
95:8  Q. A major concern would be if the filter was
95:9 causing complications in patients?
95:10  A. Correct.

120:1 - 120:21 — Smith, Christopher 08-03-2017 (00:00:5...)

120:1  Q. 4065.  And this is another e-mail dated
120:2 May 19, 2006, from Natalie Wong.  Do you see that?
120:3  A. Yes.
120:4  Q. And it talks about a G2 caudal summary and
120:5 RNF or Recovery nitinol filter fracture report.  Do
120:6 you see that?
120:7  A. Yes.
120:8  Q. And again, this was before you were --
120:9  A. I might have been on -- I believe it was
120:10 March, April time frame that I came on board.
120:11  Q. No, no, no, you weren't here yet, because
120:12 it's dated May 19, 2006.
120:13  A. Right.  And I'd have to go back and look.
120:14 I'm not speaking -- but I believe I came in April of
120:15 2006.
120:16  Q. Oh, that's right, I -- you're correct.
120:17 Certainly this is not a document that was
120:18 presented to you?
120:19  A. That's correct.
120:20  Q. And you were unaware of any attempts to --
120:21 to analyze a fracture in any of the filter?

120:23 - 121:15 — Smith, Christopher 08-03-2017 (00:00:...)

120:23 THE WITNESS:  To my knowledge, no.
120:24
120:25 BY MR. O'CONNOR:
121:1  Q. Assuming you were there, certainly nobody
121:2 told you about a fracture analysis that was done with

| Page/Line | Source | ID |
|---|---|---|
| | 05_...8 Combo_...tes W_Smith 08-03-17 J... (repo d... ...ations )/... | |

| Page/Line | Source | ID |
|---|---|---|
| | 121:3 respect to the Recovery? | |
| | 121:4  A. No. | |
| | 121:5   Q. But you knew the product -- the Recovery | |
| | 121:6 was the predicate to the G2? | |
| | 121:7  A. That's correct. | |
| | 121:8  Q. And you knew the G2 was the predicate to | |
| | 121:9 the Eclipse? | |
| | 121:10  A. That's correct. | |
| | 121:11   Q. And what you did expect is that if Bard | |
| | 121:12 became aware of complications, that it would take | |
| | 121:13 steps to -- to do whatever was necessary to protect | |
| | 121:14 patients from their injuries associated with those | |
| | 121:15 complications, correct? | |
| 121:17 - 121:21 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 121:17 THE WITNESS:  Yes, I felt they did. | |
| | 121:18 BY MR. O'CONNOR: | |
| | 121:19  Q. Well, that's certainly something you | |
| | 121:20 expected, right? | |
| | 121:21  A. Correct. | |
| 124:3 - 124:10 | Smith, Christopher  08-03-2017 (00:00: | |
| | 124:3  Q. And if you look, it says "129 pieces | |
| | 124:4 remain implanted in 76 patients." | |
| | 124:5 Do you see that? | |
| | 124:6  A. Yes. | |
| | 124:7   Q. And -- and it's talking about, in this | |
| | 124:8 case, pieces of filter that have detached from the | |
| | 124:9 body of the filter? | |
| | 124:10  A. Correct. | |
| 124:13 - 124:19 | Smith, Christopher  08-03-2017 (00:00: | |
| | 124:13  Q. You've never seen this type of an | |
| | 124:14 analysis? | |
| | 124:15  A. No.  I have not. | |
| | 124:16   Q. But certainly, you would expect that Bard | |
| | 124:17 would take steps to prevent filter fracture | |
| | 124:18 detachment, to avoid having fragments retained in | |
| | 124:19 patients, correct? | |
| 124:21 - 124:21 | Smith, Christopher  08-03-2017 (00:00: | |
| | 124:21 THE WITNESS:  Yes. | |
| 125:24 - 126:7 | Smith, Christopher  08-03-2017 (00:00: | |
| | 125:24  Q. And one thing that you were | |

| Page/Line | Source | ID |
|---|---|---|
| | 05. 10/18 Combo x...nes V - Smith v.Bard / Jc...el depo designations V | |

| | |
|---|---|
| | 125:25 promoting when you promoted the Eclipse was a filter |
| | 126:1 that was improved by way of stability, centering, |
| | 126:2 including migration resistant, correct? |
| | 126:3 *** |
| | 126:4 THE WITNESS:  That was the G2, yes. |
| | 126:5 BY MR. O'CONNOR: |
| | 126:6   Q. And -- and one that was resistant to |
| | 126:7 fracture, as we saw? |
| 126:9 - 126:18 | Smith, Christopher 08-03-2017 (00:00:1 |
| | 126:9 THE WITNESS:  The Eclipse filter was |
| | 126:10 determined to be less resistant due to the |
| | 126:11 electropolishing, yes. |
| | 126:12 BY MR. O'CONNOR: |
| | 126:13   Q. More resistant? |
| | 126:14   A. Yes, more resistant to fracture, correct, |
| | 126:15 yes. |
| | 126:16   Q. I mean, that's how you promoted it? |
| | 126:17 **** |
| | 126:18 THE WITNESS:  That is correct. |
| 128:9 - 128:1 | Smith, Christopher 08-03-2017 (00:00: |
| | 128:9   Q. The way that you and sales were promoting |
| | 128:10 the G2 and the Eclipse was that among other things, |
| | 128:11 it was fracture -- resistant to fracture? |
| | 128:12   A. Uh-huh.  Yes. |
| | 128:13   Q. And you understood that physicians were |
| | 128:14 relying on those representations as accurate, |
| | 128:15 correct? |
| 128:17 - 129:4 | Smith, Christopher 08-03-2017 (00:00: |
| | 128:17 THE WITNESS:  One piece of it, yes, would |
| | 128:18 be from the sales rep. |
| | 128:19 BY MR. O'CONNOR: |
| | 128:20   Q. I understand.  One piece of it is from the |
| | 128:21 sales rep, and the sales reps relied on Bard to give |
| | 128:22 them information, right? |
| | 128:23   A. That's how we got our information, yes. |
| | 128:24   Q. Okay.  And you would expect that Bard |
| | 128:25 would have taken steps to improve both the G2 and the |
| | 129:1 Eclipse in terms of fracture resistance, correct? |
| | 129:2 *** |
| | 129:3 THE WITNESS:  That was my understanding, |

| Page/Line | Source | ID |
|---|---|---|
| | 85_36_18 Combo James '15-Smith 08-03-17 JC... authepo.de Legg hon w7... | |
| | 129:4 yes. | |
| 136:1 - 136:18 | Smith, Christopher 08-03-2017 (00:00:... | |

136:1   Q. But you were never provided any
136:2 information where Bard stated that they were
136:3 concerned about the caudal migration, tilt,
136:4 perforation, and fractures being most -- most
136:5 commonly occurring in the G2?
136:6   A. I was not --
136:7
136:8 THE WITNESS:  -- given any specific data,
136:9 no.
136:10 BY MR. O'CONNOR:
136:11   Q. But you understood when you were promoting
136:12 the G2 that it was designed to be resistant to these
136:13 complications, right?
136:14   A. That's correct.
136:15   Q. And certainly, you would expect Bard to
136:16 take steps to -- to eliminate these type of failure
136:17 modes, correct?
136:18   A. Correct.

| 136:19 - 136:22 | Smith, Christopher 08-03-2017 (00:00:... | |

136:19   Q. And that if there was another iteration of
136:20 the filter, that that filter would be designed and
136:21 tested to confirm that these failure modes were
136:22 reduced or eliminated?

| 136:24 - 137:1 | Smith, Christopher 08-03-2017 (00:00:... | |

136:24 THE WITNESS:  I think the goal would be
136:25 for reduce; ultimately, elimination.  But I
137:1 don't think that's possible.

| 137:14 - 137:21 | Smith, Christopher 08-03-2017 (00:00:... | |

137:14   Q. Go to page 16.  It says "Relationships."
137:15 It says, "It is believed that caudal migration leads
137:16 to tilts, perforation, and fractures."
137:17 Did I read that correctly?
137:18   A. Yes.
137:19   Q. Is that something you understood?
137:20   A. That's what I was taught, yes, it could
137:21 be.

| 144:1 - 144:15 | Smith, Christopher 08-03-2017 (00:00:... | |

144:1   Q. And so if Bard was becoming aware of any

| Page/Line | Source | ID |
|---|---|---|
| | 05, 21-18 Combo Video of Smith 08-18-17 Juvv...on...for Cv 3 client v | |

144:2 risks, increased risks or failure modes, increased
144:3 failure modes with any filter model, and it wanted to
144:4 communicate that information to doctors, it could
144:5 communicate through the sales force, tell you to
144:6 advise your doctors that this filter is experiencing
144:7 problems?
144:8  A. I don't think just -- it's not the filters
144:9 to any device is out there.
144:10  Q. And -- and understand, I'm just here to
144:11 talk about filters, but --
144:12  A. Sure.
144:13  Q. -- I think we're on the same page.  You
144:14 agree with that statement?
144:15  A. Yes.

**159:6 - 159:11**    Smith, Christopher 08-23-2017 (00:00:1

159:6  Q. And as far as you know, Bard never in any
159:7 document advised doctors or patients of a time limit
159:8 when a filter should be removed.  Fair?
159:9 ****
159:10 THE WITNESS:  My understanding was it was
159:11 up to the physician.

**159:13 - 159:20**    Smith, Christopher 08-23-2017 (00:00:

159:13  Q. But also it's your understanding
159:14 that Bard certainly never put in any document, an IFU
159:15 or anything, a specific time and limit when it should
159:16 be removed?
159:17  A. I can't answer that question because I
159:18 don't know the answer.
159:19  Q. You never heard of one or saw one?
159:20  A. Me personally, no.

**160:21 - 160:25**    Smith, Christopher 08-23-2017 (00:00:

160:21  Q. Certainly, if Bard became aware of a
160:22 relationship between the length of indwell time and
160:23 increased risk of complications, that would be
160:24 important information to share with physicians,
160:25 correct?

**161:2 - 161:5**    Smith, Christopher 08-23-2017 (00:00:

161:2 THE WITNESS:  That, I don't believe so.
161:3 You -- it would have to be tested.  I think it's
161:4 something -- it's a theory, so I think that

| Page/Line | Source | ID |
|-----------|--------|-----|

161:5 there'd be more testing needed.

161:24 - 162:3 Smith, Christopher 08-03-2017 (00:00:0

161:24   Q. If
161:25 Bard was aware of a relationship between indwell time
162:1 and complications, number one, you believe that's
162:2 something they should be -- Bard should be
162:3 communicating to doctors.  Fair?

162:6 - 162:20   Smith, Christopher 08-03-2017 (00:00:2

162:6 THE WITNESS:  I think it's a more
162:7 complicated question than you're asking.
162:8 BY MR. O'CONNOR:
162:9   Q. Well, I'm just asking if --
162:10   A. And I can't answer it with just a yes or
162:11 no.
162:12   Q. If Bard was aware of that --
162:13   A. There's too many variables.  Under what
162:14 circumstances did they become aware?  Was it a
162:15 single-center study?  Was it a multicenter study?
162:16 Was it a comparative?
162:17 I need -- I would need to know more
162:18 information to answer your question.  If it was a
162:19 multicenter-faceted, prospective study, yes.  If it
162:20 was a single-arm study that was done on a pig, no.

164:8 - 164:13   Smith, Christopher 08-03-2017 (00:00:4

164:8   Q. Could you go ahead and answer that first,
164:9 so we can move on?
164:10   A. I believe it's a more complicated question
164:11 than a yes or no.  Yes, I think if they can pound
164:12 into more data, the correlation between the two, I
164:13 think that needs to be studied further.

165:2 - 165:8   Smith, Christopher 08-03-2017 (00:00:1

165:2   Q. Patient safety always has to come first,
165:3 right?
165:4   A. Agreed.
165:5   Q. And Bard has to communicate with doctors
165:6 anything that's necessary to promote patient safety,
165:7 right?
165:8   A. I believe they do, yes.

178:23 - 178:23   Smith, Christopher 08-03-2017 (00:00:1

178:23 COURT REPORTER:  4074.

| Page/Line | Source | ID |
|---|---|---|
| 181:9 - 181:18 | Smith, Christopher  08-03-2017 (00:00:1 | |
| | 181:9   Q. In fairness, you understood that | |
| | 181:10 that had been an issue for Bard -- with Bard filters | |
| | 181:11 while you were there? | |
| | 181:12 **** | |
| | 181:13 THE WITNESS:  I believe it was not -- I | |
| | 181:14 won't say issue.  I think it was a complication. | |
| | 181:15 BY MR. O'CONNOR: | |
| | 181:16   Q. A complication that Bard was aware of? | |
| | 181:17   A. I think everyone, every filter on the | |
| | 181:18 market was aware caudal migration could be an issue. | |
| 181:19 - 181:23 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 181:19   Q. But in terms of what we've looked at | |
| | 181:20 today, you can see that Bard was certainly looking at | |
| | 181:21 this as early as 2006, right? | |
| | 181:22 ***** | |
| | 181:23 THE WITNESS:  They were studying it, yes. | |
| 182:1 - 182:3 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 182:1   Q. And nothing had changed in the | |
| | 182:2 design all the way to the Eclipse that addressed | |
| | 182:3 caudal migration, correct? | |
| 182:5 - 182:6 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 182:5 THE WITNESS:  I can't answer that, what | |
| | 182:6 was done. | |
| 186:13 - 186:16 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 186:13   Q. And if an enhancement to resist fracture | |
| | 186:14 was a feature, that's certainly something that you | |
| | 186:15 were providing to a doctor based upon their | |
| | 186:16 expectations, right? | |
| 186:18 - 186:21 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 186:18 THE WITNESS:  Yes. | |
| | 186:19 BY MR. O'CONNOR: | |
| | 186:20   Q. And doctors, you can understand, and | |
| | 186:21 patients, wanted filters that would not fracture? | |
| 186:23 - 186:23 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 186:23 THE WITNESS:  Yes. | |
| 187:14 - 187:16 | Smith, Christopher  08-03-2017 (00:00:0 | |
| | 187:14   Q. Did you know -- go to page 4 of | |
| | 187:15 Exhibit 4074.  Now, I think we can both agree that | |
| | 187:16 the -- Bard was working on the Meridian while the | |

| Page/Line | Source | ID |
|---|---|---|
| | 187:17 Eclipse was being promoted out in the market, right? | |
| | 187:18  A. Yes. | |
| 189:7 - 189:8 | Smith, Christopher 08-03-2017 (00:00:0 | |
| | 189:7  Q. Did you know a doctor named Anthony Avino? | |
| | 189:8  A. Yes, I did. | |
| 189:22 - 190:15 | Smith, Christopher 08-03-2017 (00:00: | |
| | 189:22  Q. What group was he with? | |
| | 189:23  A. Savannah Vascular. | |
| | 189:24  Q. And -- and Melanie, do you know where | |
| | 189:25 she's at these days? | |
| | 190:1  A. She's retired. | |
| | 190:2  Q. But she was somebody who reported to you? | |
| | 190:3  A. She did. | |
| | 190:4  Q. And she was on your sales force? | |
| | 190:5  A. Yes. | |
| | 190:6  Q. And you, like all your sales force, wanted | |
| | 190:7 them to promote the filters consistent with the | |
| | 190:8 information received from Bard, correct? | |
| | 190:9  A. Yes. | |
| | 190:10  Q. And when it came time to promote the | |
| | 190:11 Eclipse, it was your expectation that Melanie was | |
| | 190:12 going to promote the Eclipse as a filter that was | |
| | 190:13 resistant to tilt, migration, and fracture? | |
| | 190:14 **** | |
| | 190:15 THE WITNESS:  My understanding, yes. | |
| 191:21 - 191:25 | Smith, Christopher 08-03-2017 (00:00: | |
| | 191:21  Q. And that a filter being implanted with the | |
| | 191:22 Eclipse, with everything that was represented, you | |
| | 191:23 agree that a fractured strut embolizing to the | |
| | 191:24 pulmonary artery would be contrary to that patient's | |
| | 191:25 expectations? | |
| 192:2 - 192:9 | Smith, Christopher 08-03-2017 (00:00: | |
| | 192:2 THE WITNESS:  I've never had a vena cava | |
| | 192:3 filter implanted, and I've never talked to a | |
| | 192:4 physician about their exact expectations about a | |
| | 192:5 pulmonary -- or a fracture going into the | |
| | 192:6 pulmonary artery. | |
| | 192:7 BY MR. O'CONNOR: | |
| | 192:8  Q. Would that make sense to you, though? | |
| | 192:9  A. It would make sense, yes. | |

| Page/Line | Source | ID |
|-----------|--------|-----|

Plaintiffs Designations = 00:14:51
Defense Designations = 00:02:04
Plaintiffs and Defense Designations = 00:02:10
Total Time = 00:19:05

# Exhibit P

**Designation Run Report**

# Sussman_COMBO_0524_R02

_____

**Sussman, Melanie 04-07-2017**
_____

**PL  00:04:26**
_____
**DEF  00:29:00**
_____

**Total Time  00:33:26**



| Page/Line | Source | ID |
|---|---|---|
| | **Sussman_COMBO_0524_R02** | |

| Page/Line | Source | ID |
|---|---|---|
| 7:11 - 7:12 | **Sussman, Melanie 04-07-2017 (00:00:01)** | Sussman_COMBO_0524_R02.1 |
| | 7:11   Q. Good morning, Ms. Sussman. | |
| | 7:12   A. Good morning. | |
| 32:17 - 33:1 | **Sussman, Melanie 04-07-2017 (00:00:17)** | Sussman_COMBO_0524_R02.3 |
| | 32:17   Q. Where did you -- where did you go to | |
| | 32:18 undergraduate -- where did you go to college? | |
| | 32:19   A. University of Florida. | |
| | 32:20   Q. And what year did you graduate? | |
| | 32:21   A. '91. | |
| | 32:22   Q. And it looks like you had a communications -- | |
| | 32:23 you were a communications major, so you have a degree | |
| | 32:24 in communication and a bachelor of science in | |
| | 32:25 journalism; is that correct? | |
| | 33:1   A. That is correct. | |
| 38:6 - 38:10 | **Sussman, Melanie 04-07-2017 (00:00:23)** | Sussman_COMBO_0524_R02.6 |
| | 38:6   Q. And what were you selling? | |
| | 38:7   A. At the time we were Bard Radiology and I sold | |
| | 38:8 angioplasty balloons, stents, IVC filters, some | |
| | 38:9 biopsy devices, and I believe those were the product | |
| | 38:10 categories. | |
| 38:20 - 39:1 | **Sussman, Melanie 04-07-2017 (00:00:17)** | Sussman_COMBO_0524_R02.7 |
| | 38:20   Q. Okay.  Did you consistently sell IVC filters | |
| | 38:21 from March of '98 until you left Bard in March of | |
| | 38:22 2013? | |
| | 38:23   A. Yes. | |
| | 38:24   Q. What IVC filter -- filter or filters were you | |
| | 38:25 selling in 1998? | |
| | 39:1   A. In 1998 the Simon Nitinol filter. | |
| 39:22 - 40:4 | **Sussman, Melanie 04-07-2017 (00:00:15)** | Sussman_COMBO_0524_R02.9 |
| | 39:22   Q. At some point did you start selling other IVC | |
| | 39:23 filters for Bard? | |
| | 39:24   A. Yes. | |
| | 39:25   Q. Do you recall when that was and what the | |
| | 40:1 filter -- the next filter you sold was? | |
| | 40:2   A. The next filter was the Recovery filter, and | |
| | 40:3 I could not tell you the year unless I went back and | |
| | 40:4 looked. | |
| 42:23 - 43:8 | **Sussman, Melanie 04-07-2017 (00:00:37)** | Sussman_COMBO_0524_R02.11 |
| | 42:23 Was it your understanding that when the | |
| | 42:24 Eclipse filter came out, that you were to continue to | |

| Page/Line | Source | ID |
|---|---|---|
| | Sussman_COMBO_0524_R02 | |

42:25 sell the G2 and G2X?

43:1   A. I know there were some physicians that --

43:2 there are always physicians that like to use newer

43:3 products when they come out, and then there are

43:4 always physicians that say they would like to wait

43:5 until the data is out on new devices.  So we

43:6 continued to sell the Simon Nitinol filter, the G2,

43:7 G2X, so there are some physicians that prefer one or

43:8 the other for various reasons.

**44:17 - 45:1**   **Sussman, Melanie 04-07-2017 (00:00:35)**   Sussman_COMBO_0524_R02.12

44:17   Q. Do you know if you were selling the Eclipse

44:18 filter in March of 2013?

44:19   A. I believe -- I'm not sure.  I believe so.

44:20   Q. Do you -- are you familiar with what

44:21 generation of filter came after the Eclipse filter?

44:22   A. The Meridian filter.

44:23   Q. And are you familiar -- what was different

44:24 about the Meridian filter from the Eclipse filter if

44:25 you recall?

45:1   A. It had anchors on the feet.

**55:12 - 55:23**   **Sussman, Melanie 04-07-2017 (00:00:35)**   Sussman_COMBO_0524_R02.13

55:12 You talked about maintaining your territory,

55:13 attending cases, working with physicians and

55:14 clinicians.

55:15 In terms of maintaining your territory, what

55:16 did you mean -- what do you mean by that?

55:17   A. We were expected to enlighten physicians on

55:18 any new devices we had, delivery systems, attend

55:19 cases, that kind of thing.

55:20   Q. Did you have a quota for the number of

55:21 meetings you were supposed to have with physicians

55:22 during your time as a sales representative at Bard?

55:23   A. No.

**67:12 - 67:24**   **Sussman, Melanie 04-07-2017 (00:00:41)**   Sussman_COMBO_0524_R02.14

67:12   Q. In 2010, to the extent you can recall, who

67:13 were your larger accounts?

67:14   A. In 2010, I believe Augusta Vascular, Savannah

67:15 Vascular.  I could -- oh, I can't look at this.  I'm

67:16 going to have to go back and look at a different one

67:17 at this point.

| Page/Line | Source | ID |
|---|---|---|

67:18   Q. Yeah.  What about -- where does Memorial
67:19 Hospital fit in there?
67:20   A. Memorial Hospital -- sorry.  Savannah
67:21 Vascular is part of Memorial Hospital.
67:22   Q. Did you -- were the filters sold to Savannah
67:23 Vascular or Memorial Hospital, or both?
67:24   A. Both.

**68:5 - 68:19   Sussman, Melanie 04-07-2017 (00:00:40)**   Sussman_COMBO_0524_R02.15

68:5   Q. I believe, based on our discussion earlier,
68:6 that you resigned from Bard in March of 2013?
68:7   A. I did.
68:8   Q. You were there for a long time.  What made
68:9 you decide to leave?
68:10   A. My kids.
68:11   Q. How old were your kids at the time?
68:12   A. At that time?  In 2013 they would have been
68:13 eight and five.
68:14   Q. A busy time?
68:15   A. It is.  It's always busy.
68:16   Q. Now, you're married?
68:17   A. I am.
68:18   Q. Okay.  Who are you married to?
68:19   A. Tony Sussman.

**68:20 - 69:2   Sussman, Melanie 04-07-2017 (00:00:12)**   Sussman_COMBO_0524_R02.16

68:20   Q. Okay.  And is he a physician at Savannah
68:21 Vascular?
68:22   A. He is.
68:23   Q. Okay.  He's one of the founders of Savannah
68:24 Vascular, right?
68:25   A. Yes.
69:1   Q. Okay.  And when did you get married?
69:2   A. 2004.

**74:23 - 75:1   Sussman, Melanie 04-07-2017 (00:00:16)**   Sussman_COMBO_0524_R02.17

74:23 When you were selling IVC filters to your
74:24 customers -- or to Bard's customers, those customers
74:25 were doctors, correct, and hospitals?
75:1   A. Doctors and hospitals, coordinators, but yes.

**75:8 - 75:23   Sussman, Melanie 04-07-2017 (00:00:37)**   Sussman_COMBO_0524_R02.18

75:8   Q. You would agree with me that in selling
75:9 medical devices to a physician, safety is a primary

| Page/Line | Source | ID |
|---|---|---|

**Sussman_COMBO_0524_R02**

75:10 concern -- safety of the patient is a primary concern
75:11 of yours, correct?
75:12   A. Safety is always a concern.
75:13   Q. And that's a primary concern of the
75:14 physicians that you're selling the filters to,
75:15 correct?
75:16   A. It's always a focus, of course, yes.
75:17   Q. And patient safety is really an important
75:18 focus, correct?
75:19   A. That is correct.
75:20   Q. And in your experience as a sales
75:21 representative, is it safe to say that your doctors
75:22 that you interacted with wanted to implant the safest
75:23 device possible in their patients?

**75:25 - 76:9  Sussman, Melanie 04-07-2017 (00:00:27)**  Sussman_COMBO_0524_R02.19

75:25   A. I don't know that you could really say what
76:1 is the safest device.  There are lots of devices out
76:2 there and physicians use different devices for
76:3 different reasons.  I think safety is always a
76:4 concern for the company and for physicians and for
76:5 the patient.
76:6   Q. Sure.  And if you're talking IVC filters, for
76:7 example, the physicians are going to want to use the
76:8 safest IVC filter available on the market in their
76:9 patients, correct?

**76:11 - 76:13  Sussman, Melanie 04-07-2017 (00:00:10)**  Sussman_COMBO_0524_R02.20

76:11   A. They certainly want to use safe devices.  I
76:12 don't think there is any way that you can say what is
76:13 the safest device.  There are so many different --

**78:7 - 78:12  Sussman, Melanie 04-07-2017 (00:00:22)**  Sussman_COMBO_0524_R02.22

78:7   Q. So you rely then on Bard to provide you with
78:8 accurate information that you can then convey to your
78:9 physicians, correct?
78:10   A. Yes.  But, of course, they are going to
78:11 take -- they have all kinds of resources other than
78:12 just information that I give them or Bard gives them.

**78:14 - 78:19  Sussman, Melanie 04-07-2017 (00:00:13)**  Sussman_COMBO_0524_R02.23

78:14 sometimes in your role as a sales representative,
78:15 there would be an article in a medical journal that
78:16 they may perhaps have read and you would get a

| Page/Line | Source | ID |
|---|---|---|

78:17 communication from Bard informing you with talking
78:18 points to discuss those articles with your physicians,
78:19 correct?

**78:21 - 78:23**    **Sussman, Melanie 04-07-2017 (00:00:10)**    Sussman_COMBO_0524_R02.24

78:21   A. They made us aware of them.  I wouldn't say
78:22 that doctors really take our input on clinical
78:23 studies.

**81:9 - 82:1**    **Sussman, Melanie 04-07-2017 (00:01:09)**    Sussman_COMBO_0524_R02.25

81:9   A. Keep it in my head for listening to other
81:10 doctors, and understand -- say that I've heard that
81:11 before or from other physicians.
81:12   Q. Were you at any time asked to provide Bard
81:13 with feedback from physicians?
81:14   A. Certainly.
81:15   Q. Was that part of your role as a sales
81:16 representative, to provide Bard with feedback from
81:17 physicians?
81:18   A. Yes, of course.  I got a lot of feedback on
81:19 suggestions for delivery and deployment, things that
81:20 would make something easier for the physician, and so
81:21 we would always get that information back to Bard.
81:22   Q. In your role as a sales representative, were
81:23 you expected to discuss any concerns that physician --
81:24 your physicians had with regard to IVC filters?
81:25   A. If they had a concern, then I certainly
82:1 relayed it, yes.

**87:12 - 87:15**    **Sussman, Melanie 04-07-2017 (00:00:14)**    Sussman_COMBO_0524_R02.26

87:12 How would you describe your role as a
87:13 salesperson for Bard?
87:14   A. To be knowledgeable about our products, to
87:15 meet with physicians, to attend cases.

**87:16 - 87:23**    **Sussman, Melanie 04-07-2017 (00:00:29)**    Sussman_COMBO_0524_R02.27

87:16   Q. When you say be knowledgeable about our
87:17 products, let's take IVC filters, what do you mean by
87:18 that?
87:19   A. Make sure we know how to deliver the device,
87:20 how to relay those steps to the physicians, and know
87:21 what French size it is, know whether you can go from
87:22 different deployment -- different areas in the body
87:23 for insertion, those kinds of things.

| Page/Line | Source | ID |
|---|---|---|

**Sussman_COMBO_0524_R02**

| Page/Line | Source | ID |
|---|---|---|
| 89:23 - 90:9 | **Sussman, Melanie 04-07-2017 (00:00:40)** | Sussman, COMBO_0524_R02.26 |

89:23  Q. Okay.  You said you would meet with the
89:24 physicians as part of your -- as a salesperson for
89:25 Bard.  What did you mean by meet with physicians?
90:1   A. Face-to-face meetings, obviously, going to
90:2 cases, and work with them.
90:3   Q. What -- the face-to-face meetings, what were
90:4 the purpose of the face-to-face meetings?
90:5   A. To see if they had any questions, to talk to
90:6 them about their experiences, that kind of thing.
90:7   Q. Would they -- would you discuss any concerns
90:8 they had with them at these face-to-face meetings?
90:9   A. If they had a concern, then certainly.

| Page/Line | Source | ID |
|---|---|---|
| 97:7 - 98:22 | **Sussman, Melanie 04-07-2017 (00:01:59)** | Sussman, COMBO_0524_R02.26 |

97:7 Were you ever provided a medical journal article from
97:8 folks at Bard saying pass this along to your
97:9 physicians?
97:10   A. So they would give us the materials because
97:11 they knew that they were being read and the
97:12 physicians were going to read them, so that we needed
97:13 to become familiar with them, and -- just so we could
97:14 listen and hear what they had to say and be aware of
97:15 that information.  But as far as passing them along,
97:16 I don't think they would even -- I don't think the
97:17 physicians would even think that would carry much
97:18 weight if I were to pass it on.  There really are
97:19 no -- I mean, any --
97:20   Q. In terms of --
97:21   A. And when you say articles --
97:22   Q. Medical journal articles.
97:23   A. Okay.
97:24   Q. You're familiar with medical journal
97:25 articles?
98:1   A. Yes, certainly.
98:2   Q. Okay.  You had -- we -- in what we had just
98:3 discussed you said that there were times that Bard
98:4 would educate you on medical journal articles or
98:5 provide you with information from medical journal
98:6 articles so you could essentially become familiar with
98:7 them, and then I think you had said "so we could

| Page/Line | Source | ID |
|---|---|---|

**Sussman_COMBO_0524_R02**

98:8 listen and hear what they had to say and be aware of
98:9 that."
98:10 Meaning that you'd be aware of this for
98:11 purposes of your communications with your physicians,
98:12 correct?
98:13   A. Correct.
98:14   Q. Okay.  Well, did Bard have any rules
98:15 regarding your communications related to medical
98:16 journal articles with physicians, with your
98:17 physicians?
98:18   A. That's not really my -- my area of expertise.
98:19 I mean, I'm not there to educate the physicians on
98:20 how to handle their patients and how to -- how to
98:21 ascertain information or how to interpret those, and
98:22 that information.

**103:5 - 103:20**  **Sussman, Melanie 04-07-2017 (00:00:38)**        Sussman, COMBO_0524_R02.30

103:5   Q. Yeah.  What's your understanding of the MAUDE
103:6 database?  I mean, you have some pretty strong
103:7 opinions about it, so I'm trying to understand the
103:8 bases of those opinions and what they are founded on.
103:9   A. The opinions are it was -- it was very
103:10 difficult because a lot of our competitors were out
103:11 there saying you have a certain number of
103:12 complications that really wasn't -- it wasn't
103:13 factual.  And so it was -- there was a lot of hype
103:14 from our competitors and we had to go out there and
103:15 have discussions and then it -- in the end, it's just
103:16 not something that you can rely on.
103:17   Q. Is it your understanding that Bard has an
103:18 obligation to report complications related to its
103:19 filters to the FDA?
103:20   A. That's my understanding.

**105:14 - 105:24**  **Sussman, Melanie 04-07-2017 (00:00:24)**        Sussman, COMBO_0524_R02.31

105:14   Q. As a sales representative for Bard, if you
105:15 learned of a complication with any filter, you were
105:16 under an obligation to call Quality Assurance and
105:17 report that, correct?
105:18   A. Absolutely.
105:19   Q. Do you have an understanding of whether or
105:20 not that complaint -- strike that.

| Page/Line | Source | ID |
|---|---|---|

**Sussman_COMBO_0524_R02**

105:21 Do you have an understanding as to whether or
105:22 not complaints that went to Quality Assurance
105:23 regarding complications involving IVC filters ended up
105:24 in the MAUDE database?

**106:1 - 106:6**  **Sussman, Melanie 04-07-2017 (00:00:23)**    Sussman_COMBO_0524_R02.32

106:1   A. I believe -- I don't know.
106:2   Q. So your understanding of the MAUDE database
106:3 is that physicians can report, inventory managers can
106:4 report, but you don't know whether or not there is an
106:5 obligation on the part of Bard to also report data
106:6 that ends up in the MAUDE database?

**106:8 - 106:25**  **Sussman, Melanie 04-07-2017 (00:00:43)**    Sussman_COMBO_0524_R02.33

106:8   A. I don't know.
106:9   Q. Okay.  So as you sit here today, can you
106:10 really comment on the reliability of the MAUDE
106:11 database when you're not entirely sure what's in the
106:12 MAUDE database?
106:13   A. I can say it's completely unreliable.
106:14   Q. And the basis of that is?
106:15   A. That anybody can call up and make a
106:16 complaint.
106:17   Q. And how do you know that anybody can call up
106:18 and make a complaint?
106:19   A. I've seen it happen.
106:20   Q. Do you recall when?
106:21   A. I've -- I have heard of inventory managers
106:22 and when physicians were showing me -- showing me
106:23 things on the MAUDE database, it -- it just seems
106:24 completely unreliable and I believe the physicians
106:25 feel the same way.

**107:10 - 107:24**  **Sussman, Melanie 04-07-2017 (00:00:41)**    Sussman_COMBO_0524_R02.34

107:10   Q. Did you ever discuss the MAUDE database with
107:11 any physicians as it pertained to IVC filters?
107:12   A. They certainly brought it up quite a bit,
107:13 yes.
107:14   Q. And what did -- what was the general tenor of
107:15 those discussions?
107:16   A. Your competitor is saying you have a lot of
107:17 complaints and we, you know, have -- what do you have
107:18 to say about that.

| Page/Line | Source | ID |
|---|---|---|

107:19   Q. And what did -- what did you have to say
107:20 about that in those circumstances?
107:21   A. I said I believe there are many filters in
107:22 that database and the physicians that I know, it's
107:23 not a reliable source of information, and that was
107:24 about the end of the conversation.

**108:13 - 108:24   Sussman, Melanie 04-07-2017 (00:00:34)**   Sussman_COMBO_0524_R02.35

108:13   Q. You had mentioned that competitors were
108:14 citing the MAUDE database for complication relate --
108:15 complication rates related to Bard filters.
108:16   A. Right.
108:17   Q. In your discussions with physicians, it was
108:18 your opinion that the MAUDE database was unreliable
108:19 and you conveyed this opinion, correct?
108:20   A. Yes.
108:21   Q. If a physician wanted to know where to look
108:22 to see what type of complication rates Bard had in
108:23 relation to its competitors, where would you direct a
108:24 physician to look?

**109:1 - 109:3   Sussman, Melanie 04-07-2017 (00:00:06)**   Sussman_COMBO_0524_R02.36

109:1   A. And there really is not one.  There are no
109:2 head-to-head studies and you can't really make
109:3 comparisons.

**111:17 - 113:1   Sussman, Melanie 04-07-2017 (00:01:22)**   Sussman_COMBO_0524_R02.37

111:17   Q. Okay.  Do you know that Dr. Avino is the one
111:18 who implanted her --
111:19   A. Yes.
111:20   Q. -- IVC filter?  Okay.  And Dr. Avino is a
111:21 partner of your husband's; is that correct?
111:22   A. That is correct.
111:23   Q. And Dr. Avino is one of the physicians
111:24 that was one of the -- your physicians during your
111:25 time at Bard?
112:1   A. Yes.
112:2   Q. Okay.  So you were -- you were the sales
112:3 representative that interacted with Dr. Avino?
112:4   A. I was one of the sales reps that interacted
112:5 with Dr. Avino, yes.
112:6   Q. In 2010 was there another sales
112:7 representative that interacted with Dr. Avino?

| Page/Line | Source | ID |
|---|---|---|

112:8   A. No.

112:9   Q. And do you --

112:10   A. Not with our division, not in regard to IVC

112:11 filters.

112:12   Q. Do you -- do you have a social

112:13 relationship in -- did -- at the time that you were a

112:14 sales representative for Bard, did you have a social

112:15 relationship with Dr. Avino as well as a professional

112:16 relationship?

112:17   A. Yes.

112:18   Q. Okay.  And what was the nature of the social

112:19 relationship?

112:20   A. Our kids are on the same baseball team.

112:21 He's, as you mentioned, a partner in my husband's

112:22 practice, so we certainly had -- we -- we were

112:23 certainly friendly.

112:24   Q. Okay.  Did you socialize together, go to

112:25 dinners together?

113:1   A. Yes.

**114:16 - 115:11**   **Sussman, Melanie 04-07-2017 (00:00:42)**      Sussman_COMBO_0524_R02.38

114:16   Q. Do you have any independent knowledge, other

114:17 than discussions with counsel, regarding Mrs. Jones'

114:18 case?

114:19   A. No.

114:20   Q. Did you discuss it with Dr. Avino at all?

114:21   A. No.

114:22   Q. Did you discuss it with Dr. Nelson?

114:23   A. No.

114:24   Q. Okay.  And that's Dr. Kristin Nelson?

114:25   A. Kirstin.

115:1   Q. Kirstin.  Okay.  Oh, it's -- yeah, Kirstin.

115:2   A. Everybody makes that mistake.

115:3   Q. And is she also a partner with your husband?

115:4   A. She is.

115:5   Q. Okay.  And do you social -- do you have both

115:6 a professional and social relationship with her as

115:7 well?

115:8   A. Yes, somewhat.

115:9   Q. What's the nature of the social relationship?

115:10   A. I would say mainly holiday dinners and that

**Sussman_COMBO_0524_R02**

| Page/Line | Source | ID |
|-----------|--------|-----|

115:11 kind of thing with the practice.

142:2 - 142:6    **Sussman, Melanie 04-07-2017 (00:00:09)**

142:2 Have you seen this document before?

142:3   A. No.

142:4   Q. Do you know what a Remedial Action Plan is?

142:5   A. I could make a speculation but I don't know

142:6 in this instance, no.

168:22 - 169:1    **Sussman, Melanie 04-07-2017 (00:00:13)**

168:22   Q. Are you familiar with electropolishing?

168:23   A. Somewhat, yes.

168:24   Q. What's your understanding of

168:25 electropolishing?

169:1   A. It smooths the finish of the Nitinol.

178:14 - 178:17    **Sussman, Melanie 04-07-2017 (00:00:07)**

178:14   Q. Okay.  And again, we discussed the Eclipse

178:15 filter is essentially the G2 or G2X with

178:16 electropolishing, correct?

178:17   A. Yes.

185:12 - 185:12    **Sussman, Melanie 04-07-2017 (00:00:00)**

185:12 (Exhibit 2139 was marked for identification.)

186:16 - 186:18    **Sussman, Melanie 04-07-2017 (00:00:07)**

186:16   Q. And what's the difference between the

186:17 Meridian filter and the Eclipse filter?

186:18   A. The Meridian has anchors on its feet.

191:11 - 191:11    **Sussman, Melanie 04-07-2017 (00:00:01)**

191:11   A. That was my understanding.

191:12 - 191:15    **Sussman, Melanie 04-07-2017 (00:00:12)**

191:12   Q. Okay.  And did you ever at any time have any

191:13 discussions with any of your physicians that the

191:14 Eclipse was the same as the G2X and could be expected

191:15 to essentially perform the same as the G2X?

191:17 - 191:20    **Sussman, Melanie 04-07-2017 (00:00:14)**

191:17   A. Again, I can't really make any -- any

191:18 guarantees on a product.  I made my physicians aware

191:19 that we had electropolished the filter in hopes to

191:20 continue improvement.

239:9 - 240:10    **Sussman, Melanie 04-07-2017 (00:01:25)**

239:9 Can you tell me anything you recall

239:10 discussing with Dr. Avino about the Eclipse filter

239:11 prior to August of 2010?

| Page/Line | Source | ID |
|---|---|---|

Sussman_COMBO_0524_R02

239:12   A. Yes.
239:13   Q. Okay.  What do you recall?
239:14   A. I don't recall any specifics but I am certain
239:15 I talked to him about the features and benefits of
239:16 the filter, and I'm sure we even placed some filters
239:17 together, but I -- I don't recall any specifics.
239:18   Q. Do you recall any specifics of the features
239:19 and benefits you might have discussed with Dr. Avino
239:20 with respect to the Eclipse filter prior to August of
239:21 2010?
239:22   A. I can make a -- I can make an educated guess,
239:23 yes.
239:24   Q. Well, no, no.  I want to know if you can
239:25 recall this.  I don't want you to guess.
240:1   A. I can't recall any specifics.
240:2   Q. Yeah.  So -- so you have a -- let me -- let
240:3 me ask another question.
240:4 You have no specific -- is it correct that
240:5 you have no specific recollection of a specific
240:6 conversation with Dr. Avino about the Eclipse?
240:7   A. I had conversations with him talking about
240:8 the filter's introduction and the features and
240:9 benefits.  I do not recall the specifics of the
240:10 conversation.

**243:23 - 244:17**   **Sussman, Melanie 04-07-2017 (00:01:22)**   Sussman_COMBO_0524_R02.64

243:23 about here today, but did you recall generally having
243:24 conversations with Dr. Avino about the G2 filter?
243:25   A. No specifics.
244:1   Q. Okay.  Do you have any similar general
244:2 recollections of having conversations with Dr. Avino
244:3 about the features and benefits of the G2 filter?
244:4   A. Again, I can't -- I couldn't tell you
244:5 verbatim what I talked to him that many years ago,
244:6 but I know I would have talked to him about any
244:7 improvements that we had made over prior generations
244:8 and what might be new about the delivery system and
244:9 what he might expect.
244:10   Q. Now, when you talk about benefits to the
244:11 filer, what kind of things would you have been talking
244:12 about, to the best of your recollection?

| Page/Line | Source | ID |
|-----------|--------|-----|

244:13   A. Ease of deployment, low -- the profile of the
244:14 delivery system, where they might gain access with
244:15 the patients, caval size that they -- that were
244:16 recommended, and the IFUs that were associated with
244:17 the device.

**247:6 - 247:19     Sussman, Melanie 04-07-2017 (00:00:38)**     Sussman_COMBO_0524_R02.67

247:6 Did you discuss with him any of the
247:7 complications -- any complications for the Eclipse
247:8 filter other than what are in the IFU for that filter?
247:9   A. I did not discuss with him any risks or
247:10 complications of the Eclipse filter beyond normal
247:11 inherent risks and complications.
247:12   Q. And is there a distinction that you've drawn
247:13 there between normal inherent complications and what
247:14 is in the IFU?
247:15   A. No.
247:16   Q. So is it fair to say then that you didn't
247:17 discuss with him any complications that are not set
247:18 forth in the IFU?
247:19   A. True.

**247:23 - 249:11     Sussman, Melanie 04-07-2017 (00:01:49)**     Sussman_COMBO_0524_R02.49

247:23   Q. Did you ever discuss with him the risk of
247:24 this particular filter having a fracture and a
247:25 fragment of that filter migrating through the
248:1 patient's heart and into the pulmonary artery?
248:2   A. He was -- again, I think he was well aware of
248:3 those risks.
248:4   Q. That's -- again, ma'am, I apologize if I'm
248:5 not clear but my question isn't about what Dr. Avino
248:6 knew.  It's about what you told him and what you
248:7 discussed with him.
248:8   A. Right.
248:9   Q. Do you understand the difference between
248:10 those two things?
248:11   A. I believe I understand.
248:12   Q. Okay.  So my question again is did you have a
248:13 discussion with Dr. Avino regarding the risk of this
248:14 particular filter having a fracture and a fragment of
248:15 the filter migrating through the patient's heart and
248:16 into the pulmonary artery?

PL     DEF

| Page/Line | Source | ID |
|---|---|---|

248:17   A. I believe we did have conversations in regard
248:18 to the inherent risks of all filters, and I know
248:19 that's not your question, but it was inclusive of the
248:20 Eclipse filter, yes.
248:21   Q. Did you have a conversation about that
248:22 specific risk, of a fracture and a fragment of the
248:23 filter migrating through the heart and into the
248:24 pulmonary artery?
248:25   A. We probably did, yes.
249:1   Q. And how -- is that a routine conversation you
249:2 have with doctors about potential risks of a filter?
249:3   A. In general terms, yes.
249:4   Q. And what do you mean by in general terms?
249:5   A. Risks and benefits of any -- risks and
249:6 complications of any device that we have on the
249:7 market they're well aware of, and as we all know,
249:8 they're in the IFUs and they are well known.
249:9   Q. Well, there is nothing, ma'am, in the IFU
249:10 that says a filter piece may break off and migrate
249:11 into your pulmonary artery, is there?

**249:13 - 249:18**   **Sussman, Melanie 04-07-2017 (00:00:16)**   Sussman_COMBO_0524_R02.76

249:13   A. I have actually witnessed Dr. Avino talking
249:14 to patients, telling them each of those specific
249:15 risks in regard to a filter.  I've actually witnessed
249:16 him saying filter fracture, even death, is an
249:17 unfortunate but rare complication of any filters on
249:18 the market.

**251:24 - 252:6**   **Sussman, Melanie 04-07-2017 (00:00:26)**   Sussman_COMBO_0524_R02.71

251:24   Q. Okay.  Now, would you agree with me that
251:25 there -- there are differences between the various
252:1 devices in the market in terms of the rate at which
252:2 they suffer those adverse events?
252:3   A. I don't think you can make those comparisons.
252:4   Q. And on what do you base that?
252:5   A. I have never seen true data that actually can
252:6 make those comparisons.  If you have it, please show

**264:6 - 264:12**   **Sussman, Melanie 04-07-2017 (00:00:20)**   Sussman_COMBO_0524_R02.77

264:6   Q. So in your role of trying to be a trusted
264:7 advisor to your doctors about the filters you were
264:8 selling, did you go out and review peer-reviewed

| Page/Line | Source | ID |
|---|---|---|

Sussman_COMBO_0524_R02

264:9 literature to see what the potential complication --
264:10 not potential, but what the complication rates were
264:11 for your products as being experienced by doctors in
264:12 the field?

**264:14 - 265:19**   **Sussman, Melanie 04-07-2017 (00:01:38)**

264:14   A. Again, I don't -- I don't think you can
264:15 ascertain those numbers.
264:16   Q. So you -- so you didn't do that then?
264:17   A. I have looked at lots and lots of different
264:18 articles.  I have watched physicians dissect them
264:19 during journal clubs.  I have seen copies of them,
264:20 reads copies of them, yes, but data can be skewed in
264:21 any number of various ways and I don't think that
264:22 there are any head-to-head studies out there that are
264:23 reliable.  I don't think the data is available.  It's
264:24 unfortunate.  I wish -- I wish it were.
264:25   Q. And your testimony that it's not reliable is
265:1 based on what expertise?
265:2   A. As I told you, I don't have any statistics
265:3 background, I don't have a medical degree, none of
265:4 that.  I just know that from -- and especially
265:5 talking to physicians, there is no reliable
265:6 head-to-head study out there.
265:7   Q. And is it your testimony the only way to make
265:8 the determination of relative failure rates is a
265:9 head-to-head study?
265:10   A. If you're going to make comparisons on the
265:11 mark -- in the market.
265:12   Q. What's your basis for that?
265:13   A. How could you possibly do that?  Do you know
265:14 every filter that was ever sold from every
265:15 manufacturer out there?  Do you know how many were
265:16 implanted, how many are still sitting on the shelf,
265:17 how many were reported, not reported?  I don't -- I
265:18 don't -- there are so many different factors, I just
265:19 don't think it's ever plausible.

**266:17 - 266:20**   **Sussman, Melanie 04-07-2017 (00:00:11)**

266:17   Q. Okay.  And what information did you use
266:18 competitively when you were addressing your doctors to
266:19 talk about the Cordis filter, the Cook filter, and the

| Page/Line | Source | ID |
|---|---|---|

**Sussman_COMBO_0524_R02**

266:20 VenaTech filter?

266:22 - 267:11 **Sussman, Melanie 04-07-2017 (00:00:55)**    Sussman_COMBO_0524_R02.80

266:22   A. The only -- I mean, the only thing we could
266:23 really talk about was what was important to them in
266:24 terms of making the delivery and whether it was -- a
266:25 lot of times it was ease of use.  Unfortunately,
267:1 physicians brought up price a lot more recently.
267:2 That was not something I liked to focus on, but
267:3 usually it was an ease of use, it was -- they
267:4 certainly talked about their own history and
267:5 experience with our filter and other filters.  So I
267:6 would --
267:7   Q. Did you talk with any of your doctors about
267:8 comparative rates of complications with those devices?
267:9   A. Unfortunately, or fortunately, my physicians
267:10 don't really rely on sales reps to give them that
267:11 data.

268:8 - 268:13 **Sussman, Melanie 04-07-2017 (00:00:18)**    Sussman_COMBO_0524_R02.81

268:8   Q. And do you recall any of those various
268:9 presentations you had making comparative claims with
268:10 respect to the various filters, that Bard had lower
268:11 complication rates or was more fracture resistant or
268:12 was more migration resistant than a competitive
268:13 filter?

268:15 - 268:16 **Sussman, Melanie 04-07-2017 (00:00:03)**    Sussman_COMBO_0524_R02.82

268:15   A. I don't believe we could make those
268:16 comparisons.

276:14 - 276:17 **Sussman, Melanie 04-07-2017 (00:00:07)**    Sussman_COMBO_0524_R02.83

276:14   Q. And this is Matthew Lerner, for the record.
276:15 Ms. Sussman, I know it's been a long day, so
276:16 I'm just going to ask you just a few additional
276:17 questions.

276:21 - 277:11 **Sussman, Melanie 04-07-2017 (00:00:33)**    Sussman_COMBO_0524_R02.84

276:21   Q. Okay.  And you have two children?
276:22   A. Two children.
276:23   Q. And how old are they?
276:24   A. My son just turned 12 and my daughter just
276:25 turned nine.
277:1   Q. And you live in the Savannah area?
277:2   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

**Sussman_COMBO_0524_R02**

277:3   Q. Okay.  And I know we've talked a lot today
277:4 about things dating back to 2000.  We're in March of
277:5 2017 -- I'm sorry, April of 2017.
277:6   A. That is correct, yes.
277:7   Q. All right.  And so in answering questions
277:8 today, did you, given your medical condition and the
277:9 years, did you try to respond to the best of your
277:10 memory?
277:11   A. To the best of my ability, yes.

**278:3 - 278:7**      **Sussman, Melanie 04-07-2017 (00:00:11)**      Sussman_COMBO_0524_R02.85

278:3   Q. Let's talk a little bit about your experience
278:4 at Bard.  How would you describe your experiences
278:5 working for Bard over the years?
278:6   A. It was very good, very good experience.  No
278:7 problem.  It was wonderful.

**278:12 - 278:23**      **Sussman, Melanie 04-07-2017 (00:00:25)**      Sussman_COMBO_0524_R02.86

278:12 If physicians had any concerns about the
278:13 products that you were -- that were sort of in your
278:14 bag that you were selling, would you address those
278:15 concerns with physicians?
278:16   A. Absolutely.
278:17   Q. And then as a role -- in your role as a sales
278:18 representative, did you ever work within the research
278:19 and design department?
278:20   A. No, sir.
278:21   Q. Okay.  So were you ever responsible for the
278:22 design of any products?
278:23   A. No.

**279:4 - 279:9**      **Sussman, Melanie 04-07-2017 (00:00:10)**      Sussman_COMBO_0524_R02.87

279:4   Q. Were you responsible for tracking and
279:5 trending and analyzing those adverse events?
279:6   A. No, sir.
279:7   Q. Was there a department at Bard that was
279:8 responsible for doing that?
279:9   A. Yes.

**279:11 - 279:18**      **Sussman, Melanie 04-07-2017 (00:00:28)**      Sussman_COMBO_0524_R02.88

279:11 First, when you were
279:12 at Bard, how many different products did you have in
279:13 your bag, so to speak?
279:14   A. It varied.  When I first started, I probably

| Sussman_COMBO_0524_R02 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 279:15 had eight or ten, and when I left I would say -- I<br>279:16 mean, there were about eight different product<br>279:17 categories, but then subcategories, we had, oh,<br>279:18 goodness, dozens. | |
| 279:24 - 280:5 | **Sussman, Melanie 04-07-2017 (00:00:15)**<br>279:24   Q. So for the dozens of products that you had in<br>279:25 your -- your products -- any time that Bard received<br>280:1 an adverse event relating to those products, was it<br>280:2 your expectation that any time there was an adverse<br>280:3 event relating to any of the products in your bag,<br>280:4 that you would get some notification of that?<br>280:5   A. Oh, no.  I wouldn't have gotten my job done. | Sussman_COMBO_0524_R02.90 |
| 283:16 - 283:24 | **Sussman, Melanie 04-07-2017 (00:00:21)**<br>283:16   Q. Okay.  Roughly, what percentage of your<br>283:17 portfolio of products was made up of IVC filters<br>283:18 compared to other products?<br>283:19   A. In our bag, probably 10 to 15 percent.<br>283:20   Q. Okay.  And then what percentage of your time<br>283:21 in meeting with physicians did you spend with visiting<br>283:22 physicians about IVC filters as compared to other<br>283:23 products?<br>283:24   A. Approximately the same percentage. | Sussman_COMBO_0524_R02.91 |
| 284:12 - 284:24 | **Sussman, Melanie 04-07-2017 (00:00:33)**<br>284:12   Q. When you were -- when you were selling the<br>284:13 Bard IVC filters, the optional filters, did you<br>284:14 believe in those products?<br>284:15   A. Absolutely.<br>284:16   Q. Did you believe they were important products<br>284:17 to be on the market?<br>284:18   A. Yes.<br>284:19   Q. And why is that?<br>284:20   A. They were life-saving devices.  These -- we<br>284:21 actually had the first optional filter to market,<br>284:22 which was revolutionary and physicians were ecstatic<br>284:23 and it was -- it's just -- I absolutely believed in<br>284:24 our products. | Sussman_COMBO_0524_R02.92 |
| 285:5 - 285:12 | **Sussman, Melanie 04-07-2017 (00:00:18)**<br>285:5   Q. And did you ever try to downplay<br>285:6 complications with Bard's filters with doctors in the<br>285:7 Savannah area? | Sussman_COMBO_0524_R02.93 |

| Page/Line | Source | ID |
|-----------|--------|-----|

Sussman_COMBO_0524_R02

285:8   A. No.

285:9   Q. With any of your doctors that were in your

285:10 territories, did you ever try to downplay

285:11 complications?

285:12   A. Not at all.

**285:22 - 287:12**     **Sussman, Melanie 04-07-2017 (00:01:54)**     Sussman_COMBO_0524_R02.00

285:22   Q. And so when complications happened in your

285:23 territory, did you make any effort to kind of hide

285:24 those complications or to downplay those

285:25 conversations?

286:1   A. Not at all.

286:2   Q. And why not?

286:3   A. There was -- there was no reason to.

286:4   Q. Based on your experience with talking with

286:5 doctors in your community, in the Savannah community,

286:6 were the risks of complications like perforation,

286:7 fracture, migration, inability to retrieve a filter,

286:8 were those complications generally known in your

286:9 community?

286:10   A. Yes.

286:11   Q. And with each filter that's sold, are they

286:12 accompanied by an Instructions For Use?

286:13   A. Yes.

286:14   Q. Okay.  So each of the Eclipse filters that

286:15 were sold would have had an Instructions For Use with

286:16 it?

286:17   A. They did, yes.

286:18   Q. And those would have included various

286:19 complications?

286:20   A. Absolutely.

286:21   Q. And without naming specific medical

286:22 literature, are you aware of any medical literature

286:23 that discusses complications of IVC filters, including

286:24 Bard's filters, before 2010?

286:25   A. Yes.

287:1   Q. There was some discussion today about the

287:2 fact that Dr. Avino practices with your husband.

287:3   A. That's correct.

287:4   Q. Do you think that would make your job easier

287:5 or harder?

PL          DEF

| Sussman_COMBO_0524_R02 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

287:6   A. It was infinitely harder.  They held me to a
287:7 much higher standard.  The hospital did as well, and
287:8 I was extremely forthright with them, as I mentioned
287:9 earlier, told them about any complications that any
287:10 other accounts might have.  I -- it was -- it was
287:11 almost -- it was probably twice as hard to do my job
287:12 because of that relationship.

287:19 - 288:3   **Sussman, Melanie 04-07-2017 (00:00:21)**   Sussman_COMBO_0524_R02.94

287:19   Q. Mrs. Sussman, is it fair to say in your
287:20 dealing with doctors, that if you had information, you
287:21 were forthright and you gave it to them?
287:22   A. If I had information that they would want to
287:23 know and that was reliable, then yes.
287:24   Q. And if you didn't have information, you
287:25 couldn't give it to them, right?
288:1   A. If I didn't have information, I couldn't give
288:2 it to them.
288:3 MR. STOLLER:  Thank you.

PL = 00:04:26
DEF = 00:29:00
**Total Time = 00:33:26**

# Exhibit Q

**Designation Run Report**

# Trerotola (Jones)

---

**Trerotola, Scott 01-20-2017**

---

**Plaintiff Designations  00:02:33**

**Bard Designations  00:08:43**

**Total Time  00:11:16**



ID:Trerotola_COMBO_R01

| Page/Line | Source | ID |
|---|---|---|

**Trerotola_COMBO_R01-Trerotola (Jones)**

| Page/Line | Source | ID |
|---|---|---|
| 5:24 - 6:2 | **Trerotola, Scott 01-20-2017 (00:00:04)** | Trerotola_COMBO_R01.1 |
| | 5:24 Would you please state your name for the | |
| | 6:1 record, please. | |
| | 6:2  A. Scott Trerotola. | |
| 7:23 - 8:10 | **Trerotola, Scott 01-20-2017 (00:00:22)** | Trerotola_COMBO_R01.32 |
| | 7:23  Q. The deposition here today, I understand | |
| | 7:24 that you have been a consultant for Bard; is that | |
| | 8:1 correct? | |
| | 8:2  A. That is correct. | |
| | 8:3  Q. Are you still a consultant with Bard? | |
| | 8:4  A. Yes, I am. | |
| | 8:5  Q. How long have you been a consultant for | |
| | 8:6 Bard? | |
| | 8:7  A. Since sometime in the 1990s. | |
| | 8:8  Q. Do you currently have a consulting | |
| | 8:9 agreement? | |
| | 8:10  A. Yes, I do. | |
| 8:17 - 8:18 | **Trerotola, Scott 01-20-2017 (00:00:02)** | Trerotola_COMBO_R01.33 |
| | 8:17  Q. And are you paid for that? | |
| | 8:18  A. I am. | |
| 8:22 - 8:24 | **Trerotola, Scott 01-20-2017 (00:00:04)** | Trerotola_COMBO_R01.34 |
| | 8:22  Q. What is the hourly rate that you charge | |
| | 8:23 Bard for consulting? | |
| | 8:24  A. $500. | |
| 9:24 - 10:3 | **Trerotola, Scott 01-20-2017 (00:00:06)** | Trerotola_COMBO_R01.2 |
| | 9:24  Q. Do you consult with any other type -- | |
| | 10:1 any other medical device company? | |
| | 10:2  A. I do consult with other medical device | |
| | 10:3 companies, yes. | |
| 16:4 - 16:7 | **Trerotola, Scott 01-20-2017 (00:00:06)** | Trerotola_COMBO_R01.3 |
| | 16:4  Q. Have you served as an expert for Bard? | |
| | 16:5  A. An expert witness? | |
| | 16:6  Q. Yes. | |
| | 16:7  A. I don't think so. | |
| 19:7 - 19:14 | **Trerotola, Scott 01-20-2017 (00:00:20)** | Trerotola_COMBO_R01.4 |
| | 19:7 Physicians rely on the company that | |
| | 19:8 sells devices among other avenues to provide | |
| | 19:9 information about safety of the device, correct? | |
| | 19:10  A. I would disagree with that. | |
| | 19:11  Q. Why? | |

| Page/Line | Source | ID |
|---|---|---|

Trerotola_COMBO_R01-Trerotola (Jones)

19:12   A. Physicians generally rely on the medical
19:13 literature to learn about their devices and their
19:14 products they're going to use.

**20:6 - 20:9**   **Trerotola, Scott 01-20-2017 (00:00:08)**   Trerotola_COMBO_R01.5

20:6   Q. Have you implanted Bard filters?
20:7   A. I have.
20:8   Q. Do you currently implant filters?
20:9   A. Yes.

**22:24 - 23:6**   **Trerotola, Scott 01-20-2017 (00:00:16)**   Trerotola_COMBO_R01.6

22:24   Q. Well, as a physician, do you expect that
23:1 any information you receive from a company about a
23:2 medical device will be factually accurate and truthful?
23:3   A. Actually, I don't expect that.
23:4   Q. You don't?
23:5   A. I take the brochures and throw them in
23:6 the trash.

**23:14 - 23:21**   **Trerotola, Scott 01-20-2017 (00:00:23)**   Trerotola_COMBO_R01.7

23:14   Q. Do you agree that a company should, when
23:15 it provides information, promotional information about
23:16 its product, be factually accurate in that writing?
23:17   A. That's not for me to say.  For me as a
23:18 physician, my belief is that I'm going to read the
23:19 medical literature, I'm going to use my own experience
23:20 and judge for myself as to whether I am going to use a
23:21 device or not.

**31:17 - 31:24**   **Trerotola, Scott 01-20-2017 (00:00:24)**   Trerotola_COMBO_R01.8

31:17   Q. I mean, have you ever relied on anything
31:18 a sales representative from Bard told you about a
31:19 medical device, such as a filter?
31:20   A. I could tell you that everything that I
31:21 do with a device, I find independently.  I'll read the
31:22 instructions for use, which are something that's just
31:23 been specifically, you know, cleared by the FDA.  Like
31:24 I said, the brochures, they go in the trash.

**35:17 - 35:23**   **Trerotola, Scott 01-20-2017 (00:00:15)**   Trerotola_COMBO_R01.41

35:17   Q. Well, you know that you are here because
35:18 you are a consultant for Bard, correct?
35:19   A. That's correct.
35:20   Q. And you have consulted with Bard on
35:21 filters, correct?

| Page/Line | Source | ID |
|---|---|---|

Trerotola_COMBO_R01-Trerotola (Jones)

35:22   A. Part of my consulting for Bard is with
35:23 filters.

**54:6 - 54:12** — **Trerotola, Scott 01-20-2017 (00:00:17)**   Trerotola_COMBO_R01.9

54:6   Q. Do you understand that optional means
54:7 that the filter is permanent and can also be optionally
54:8 retrieved?
54:9   A. Actually, I don't -- that's not my
54:10 understanding.  I would say it the other way around.  I
54:11 would say that the filter is meant to be retrieved but
54:12 can remain permanent, if desired.

**77:11 - 77:16** — **Trerotola, Scott 01-20-2017 (00:00:18)**   Trerotola_COMBO_R01.10

77:11   Q. Was a feature of the retrievable filter
77:12 the ease of removing the filter?
77:13   A. I wouldn't say that somebody was saying
77:14 the ease of removal, I would say the feature -- the
77:15 attractive feature to us as practicing clinicians was
77:16 the ability to retrieve the filter.

**78:8 - 78:11** — **Trerotola, Scott 01-20-2017 (00:00:12)**   Trerotola_COMBO_R01.11

78:8   Q. And the difficult retrievals may be the
78:9 result of different types of complications experienced
78:10 by the filter while it's in the patient?
78:11   A. That's correct.

**80:2 - 80:10** — **Trerotola, Scott 01-20-2017 (00:00:18)**   Trerotola_COMBO_R01.12

80:2   Q. But when it penetrates through the vena
80:3 cava wall, that does lead to a difficult retrieval,
80:4 using your words?
80:5   A. I didn't say that, no.  I absolutely did
80:6 not say that.
80:7   Q. Is that a -- can that be a feature of a
80:8 difficult retrieval?
80:9   A. Penetration of itself is not really a
80:10 feature of difficult retrieval.

**83:16 - 83:18** — **Trerotola, Scott 01-20-2017 (00:00:07)**   Trerotola_COMBO_R01.13

83:16   Q. And then when the G2 was launched, were
83:17 you using the majority of your optional filters the G2?
83:18   A. Yes.

**92:1 - 92:12** — **Trerotola, Scott 01-20-2017 (00:00:33)**   Trerotola_COMBO_R01.45

92:1   Q. Recovery fractures that you were hearing
92:2 about --
92:3   A. Yeah.

| Page/Line | Source | ID |
|---|---|---|

Trerotola_COMBO_R01-Trerotola (Jones)

92:4   Q. -- understanding they were different
92:5 than your personal experience, did that, among other
92:6 things, cause a concern for patient safety?
92:7   A. That made us pay attention.
92:8   Q. And did you pay attention, among the
92:9 reasons that you paid attention, were in the interest
92:10 of patient safety, among other reasons?
92:11   A. Certainly, we would be concerned about a
92:12 fracture for safety, yes.  Yes, I do say that.

**93:4 - 93:7**   **Trerotola, Scott 01-20-2017 (00:00:12)**   Trerotola_COMBO_R01.14

93:4   Q. And your understanding was that Bard was
93:5 putting the G2 out there as with improved features that
93:6 would, among other things, resist fracture?
93:7   A. That was my understanding, yes.

**93:8 - 93:11**   **Trerotola, Scott 01-20-2017 (00:00:08)**   Trerotola_COMBO_R01.46

93:8   Q. Were you aware of problems with Recovery
93:9 tilting?
93:10   A. We had personally seen problems with
93:11 Recovery tilting, yes.

**93:12 - 94:2**   **Trerotola, Scott 01-20-2017 (00:00:47)**   Trerotola_COMBO_R01.15

93:12   Q. And when Bard launched the G2, did Bard
93:13 indicate to you that the G2 had improved centering and
93:14 stability?
93:15   A. In the course of my consulting with
93:16 Bard, we had discussions about the design changes, and
93:17 one of the goals was to try to reduce tilting, yes.
93:18   Q. And that's what Bard had indicated that
93:19 they were -- was the intent behind the G2, to make an
93:20 improvement, tilt resistance over the Recovery?
93:21   A. I'm not sure that -- I can't speak to
93:22 what Bard's intention was.  My understanding was that
93:23 there were two improvements.  One was that the arms
93:24 were longer and the little sort of indentations on the
94:1 end to keep the legs, arms from poking in, which
94:2 supposedly would reduce fracture, would reduce tilting.

**94:23 - 95:7**   **Trerotola, Scott 01-20-2017 (00:00:26)**   Trerotola_COMBO_R01.16

94:23   Q. Did you ever talk to Bard about its
94:24 experience with tilting, whether it had -- could advise
95:1 you as to how many incidents or events they were aware
95:2 of at Bard that involve tilting?

| Page/Line | Source | ID |
|---|---|---|

**Trerotola_COMBO_R01-Trerotola (Jones)**

95:3   A. To be honest, I don't think we would
95:4 have had that conversation, because tilting is a common
95:5 enough problem with all kinds of filters that that's
95:6 not really a conversation I would think we would have,
95:7 but I don't know for sure.

95:18 - 95:20   **Trerotola, Scott 01-20-2017 (00:00:06)**   Trerotola_COMBO_R01.17

95:18   Q. Is it possible that the G2 became your
95:19 exclusive optional filter?
95:20   A. Yes.

98:19 - 98:21   **Trerotola, Scott 01-20-2017 (00:00:05)**   Trerotola_COMBO_R01.18

98:19   Q. And for what reasons?
98:20   A. Because an alternative filter became
98:21 available.

99:4 - 99:7   **Trerotola, Scott 01-20-2017 (00:00:08)**   Trerotola_COMBO_R01.19

99:4   A. Yeah, I think there were some
99:5 discussions about G2 migration, but we're not talking
99:6 about big migration.  I think a lot of people
99:7 misconstrue, misuse the word migration.

99:15 - 99:21   **Trerotola, Scott 01-20-2017 (00:00:16)**   Trerotola_COMBO_R01.46

99:15   Q. What was the issue about migration and
99:16 G2 that you had talked to other doctors about?
99:17   A. That it appeared to have a tendency to
99:18 move downward a little bit.
99:19   Q. Did you call that caudal migration?
99:20   A. That would be termed caudal migration,
99:21 yeah.

102:12 - 102:18   **Trerotola, Scott 01-20-2017 (00:00:26)**   Trerotola_COMBO_R01.20

102:12   Q. Is caudal migration an indication that
102:13 the filter is not remaining stable?
102:14   A. I'm going to rephrase to say that the
102:15 caudal migration is an indication that at some point
102:16 the filter moved.  You said remaining unstable.  That's
102:17 different.  The filter moved, but then once it moves,
102:18 it may stay there.

105:18 - 105:21   **Trerotola, Scott 01-20-2017 (00:00:12)**   Trerotola_COMBO_R01.21

105:18   Q. And you indicated that an issue with
105:19 penetration is that it could lead to tilt?
105:20   A. Actually, penetration probably reduces
105:21 tilt, in my opinion.  That's only my opinion.

119:15 - 119:18   **Trerotola, Scott 01-20-2017 (00:00:10)**   Trerotola_COMBO_R01.22

Plaintiff Designations     Bard Designations

| Page/Line | Source | ID |
|---|---|---|

**Trerotola_COMBO_R01-Trerotola (Jones)**

119:15   Q. Would that be the reason you didn't
119:16 adopt -- I mean, it sounds to me like if you had your
119:17 option, you're going to stay with the G2?
119:18   A. We really liked the G2.

**125:16 - 125:22**   **Trerotola, Scott 01-20-2017 (00:00:24)**   Trerotola_COMBO_R01.23

125:16   Q. Well, if Bard had indicated to you, for
125:17 example, that they were making a filter, like when the
125:18 G2 came out, that was going to be resistant to fracture
125:19 and some of the problems that the Recovery had
125:20 experienced, you would expect Bard to test that model
125:21 to know that the filter could, in fact, do what they
125:22 said it was going to do?

**125:24 - 126:5**   **Trerotola, Scott 01-20-2017 (00:00:10)**   Trerotola_COMBO_R01.24

125:24 THE WITNESS:  So I would expect Bard to
126:1 test that model, however, you said "know."
126:2 Nobody can know what's going to happen.  You
126:3 can do all the testing in the world, you're
126:4 never going to be able to predict what's going
126:5 to happen in a human being.

**126:7 - 126:18**   **Trerotola, Scott 01-20-2017 (00:00:33)**   Trerotola_COMBO_R01.25

126:7   Q. Well, what's your understanding of the
126:8 purpose of testing?
126:9   A. The purpose of testing is to get to --
126:10 as close as possible to, you know, knowing, but you're
126:11 never going to know, but to try to simulate the
126:12 condition the filter is going to be in and, hopefully,
126:13 get it to perform in the way you want it to perform.  I
126:14 mean, that's sort of a loosely construed sort of
126:15 layman's.
126:16   Q. So you would expect Bard to test the G2
126:17 filter to determine whether it was improved over the
126:18 Recovery?

**126:20 - 126:21**   **Trerotola, Scott 01-20-2017 (00:00:03)**   Trerotola_COMBO_R01.26

126:20 THE WITNESS:  My understanding was that
126:21 such testing was done.

**126:23 - 127:5**   **Trerotola, Scott 01-20-2017 (00:00:22)**   Trerotola_COMBO_R01.54

126:23   Q. And that's something that you, as a
126:24 doctor, would expect that would be done, correct?
127:1   A. Speaking as a physician and as a user of
127:2 medical devices, it would be my hope that and my

| Page/Line | Source | ID |
|---|---|---|

127:3 expectation that somebody presenting a device that is
127:4 expected to address a prior concern would have tested
127:5 that, yes.

**129:6 - 129:9**  **Trerotola, Scott 01-20-2017 (00:00:05)**   Trerotola_COMBO_R01.57

129:6   Q. Were you aware that Dr. Asch had told
129:7 Bard that he had safety concerns regarding the Recovery
129:8 filter?
129:9   A. No.

**129:17 - 129:19**  **Trerotola, Scott 01-20-2017 (00:00:11)**   Trerotola_COMBO_R01.58

129:17   Q. Were you aware that Dr. Asch had told
129:18 Bard that the safety concern should be improved before
129:19 placing the filter on the market?

**129:21 - 129:22**  **Trerotola, Scott 01-20-2017 (00:00:01)**   Trerotola_COMBO_R01.59

129:21 THE WITNESS:  I don't recall hearing
129:22 that.

**135:12 - 135:14**  **Trerotola, Scott 01-20-2017 (00:00:06)**   Trerotola_COMBO_R01.27

135:12   Q. And doctors have expressed to you
135:13 concerns that they had about the Recovery in terms of
135:14 the failures they were seeing?

**135:16 - 135:22**  **Trerotola, Scott 01-20-2017 (00:00:19)**   Trerotola_COMBO_R01.28

135:16 THE WITNESS:  You know, this is a long
135:17 time ago, back, you know, when you're talking
135:18 about them, I mean, we talk about problems with
135:19 filters all the time, including now.  Can I
135:20 tell you exactly whether a doctor came to me
135:21 and said I'm concerned about this, it might
135:22 have happened.  I don't know.

**177:11 - 177:13**  **Trerotola, Scott 01-20-2017 (00:00:05)**   Trerotola_COMBO_R01.29

177:11   Q. Meaning that if they're used as a
177:12 permanent filter, they should last the life of the
177:13 patient?

**177:18 - 177:23**  **Trerotola, Scott 01-20-2017 (00:00:12)**   Trerotola_COMBO_R01.70

177:18 regulatory pathway went.  That's not to say that they
177:19 were ever intended to be permanent filters.  Our intent
177:20 as doctors using these was not to use them as permanent
177:21 filters.  And if you look at everything I've ever
177:22 written on this subject, that's completely consistent
177:23 with what I'm saying.

**178:20 - 179:3**  **Trerotola, Scott 01-20-2017 (00:00:20)**   Trerotola_COMBO_R01.30

178:20   Q. Were you aware that the Simon Nitinol

| Page/Line | Source | ID |
|---|---|---|

**Trerotola_COMBO_R01-Trerotola (Jones)**

178:21 filter, according to Bard, virtually had no complaints
178:22 associated with it?
178:23   A. That I would strongly disagree with that
178:24 statement.  We really thought the Nitinol -- we
179:1 actually called it the Frightenol.  We thought it was
179:2 not a good filter and didn't use it.  These are the
179:3 doctors in the community.

179:4 - 179:7   **Trerotola, Scott 01-20-2017 (00:00:07)**   Trerotola_COMBO_R01.68

179:4   Q. Did you ever ask Bard the number of
179:5 complaints they had with the Simon Nitinol?
179:6   A. I had no reason to.  I didn't use the
179:7 filter.

195:11 - 196:2   **Trerotola, Scott 01-20-2017 (00:00:40)**   Trerotola_COMBO_R01.31

195:11   Q. Has a patient who has experienced
195:12 complications from a Bard filter and now the question
195:13 is whether the retrieval is difficult or already has
195:14 been difficult, correct?
195:15   A. Yeah.
195:16   Q. And based upon the complication and the
195:17 difficulty, Bard will have that doctor -- will contact
195:18 you and put you in touch with that doctor?
195:19   A. That's correct.
195:20   Q. And Bard will pay you to talk to that
195:21 doctor on how to address the complications that
195:22 resulted from the filter?
195:23   A. We usually have a short conversation, so
195:24 we're talking about a pretty small payment that is
196:1 really about doc to doc conversation about getting that
196:2 patient better.

5:24 - 6:2   **Trerotola, Scott 01-20-2017 (00:00:04)**   Trerotola_COMBO_R01.69

5:24 Would you please state your name for the
6:1 record, please.
6:2   A. Scott Trerotola.

Plaintiff Designations = 00:02:33
Bard Designations = 00:08:43
**Total Time = 00:11:16**

# Exhibit R

**Designation Run Report**

# Vierling 05-11-16 Jones Trial Designations V6

---

**Vierling, Carol 05-11-2016**

---

**Plaintiffs Designations  00:17:15**

**Defense Designations  00:05:42**

**Total Time  00:22:57**



| | 05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 8:19 - 8:20 | **Vierling, Carol 05-11-2016 (00:00:02)** | 05_14_18 Combo Jones V6.1 |
| | 8:19  Q. Good morning, Ms. Vierling. | |
| | 8:20  A. Good morning. | |
| 9:24 - 10:7 | **Vierling, Carol 05-11-2016 (00:00:21)** | 05_14_18 Combo Jones V6.2 |
| | 9:24 Tell us about a thumbnail sketch on your | |
| | 10:1 educational background? | |
| | 10:2  A. Sure. | |
| | 10:3 I have a bachelor's degree in nursing and | |
| | 10:4 I also have a master's in business administration. | |
| | 10:5  Q. Okay.  And you also have training and | |
| | 10:6 board certification in a -- in regulatory? | |
| | 10:7  A. Yes.  I am regulatory affairs certified. | |
| 10:18 - 10:23 | **Vierling, Carol 05-11-2016 (00:00:15)** | 05_14_18 Combo Jones V6.3 |
| | 10:18  Q. And when did you go to work with | |
| | 10:19 Bard? | |
| | 10:20  A. In 1994. | |
| | 10:21  Q. And how long were you with Bard? | |
| | 10:22  A. For ten years, just short of ten years in | |
| | 10:23 2002, July was my last day at Bard. | |
| 18:22 - 19:8 | **Vierling, Carol 05-11-2016 (00:00:43)** | 05_14_18 Combo Jones V6.4 |
| | 18:22  Q. Okay.  Specifically, the clinical | |
| | 18:23 information should demonstrate that the RF, which is | |
| | 18:24 the initials they are using here for Recovery filter, | |
| | 19:1 has similar performance characteristics (for example, | |
| | 19:2 deliverability, clot device trapping ability, freedom | |
| | 19:3 from perforation, migration and fracture) as the SNF | |
| | 19:4 and can safely be removed upon misplacement. | |
| | 19:5 So, is this the, more or less the roadmap | |
| | 19:6 that the FDA is saying what you need to follow to get | |
| | 19:7 clearance for the Recovery filter? | |
| | 19:8  A. It seems so, yes. | |
| 27:15 - 27:20 | **Vierling, Carol 05-11-2016 (00:00:21)** | 05_14_18 Combo Jones V6.7 |
| | 27:15 So at this point, this is the | |
| | 27:16 beginning of the study that we are talking about now, | |
| | 27:17 the study that was submitted to the FDA as a special | |
| | 27:18 510(k) submission over your signature, is that -- is | |
| | 27:19 that correct? | |
| | 27:20  A. Yes. | |
| 29:3 - 29:9 | **Vierling, Carol 05-11-2016 (00:00:27)** | 05_14_18 Combo Jones V6.8 |
| | 29:3  Q. Okay.  So as the regulatory liaison, | |

| Page/Line | Source | ID |
|---|---|---|
| | 29:4 the gatekeeper, if you will, were you -- what was your<br>29:5 role in implementing the plan that the FDA had called<br>29:6 for in order to get clearance for the Recovery<br>29:7 device?<br>29:8   A. I certainly was responsible for writing<br>29:9 the 510(k). | |
| 31:23 - 32:3 | **Vierling, Carol 05-11-2016 (00:00:09)**<br>31:23   Q.  the truth and accuracy<br>31:24 statement that we previously talked about is part<br>32:1 of -- is in -- is contained within this document, is<br>32:2 that correct?<br>32:3   A. Yes. | 05_14_18 Combo Jones V6.9 |
| 32:4 - 32:11 | **Vierling, Carol 05-11-2016 (00:00:26)**<br>32:4   Q. So is the effect of that you are<br>32:5 saying that you are verifying to the FDA that all of<br>32:6 the matters contained herein to the best of your<br>32:7 knowledge is -- are true and correct and that it<br>32:8 has -- contains all materials, that there are no<br>32:9 omissions?<br>32:10   A. That's what my statement on the truthful<br>32:11 and accuracy statement says. | 05_14_18 Combo Jones V6.10 |
| 32:16 - 33:7 | **Vierling, Carol 05-11-2016 (00:00:55)**<br>32:16   Q. Now, as the gatekeeper, you<br>32:17 have duties and responsibilities.  What are your<br>32:18 duties to the FDA as the gatekeeper or as the<br>32:19 liaison?<br>32:20   A. My responsibility is to provide FDA with<br>32:21 information about the product, the testing, labeling,<br>32:22 all of the information that FDA needs in order to<br>32:23 determine if it's substantially equivalent to the<br>32:24 predicate device.  And if I had remained with the<br>33:1 company, it would have been my responsibility to<br>33:2 answer any follow-up questions with FDA.<br>33:3   Q. Okay.  Does the FDA work basically on<br>33:4 an honor system with the manufacturers, device<br>33:5 manufacturers and pharmaceutical companies in<br>33:6 that they rely upon the data presented to them by<br>33:7 the manufacturers? | 05_14_18 Combo Jones V6.11 |
| 33:11 - 33:11 | **Vierling, Carol 05-11-2016 (00:00:02)**<br>33:11   A. I would say that's true. | 05_14_18 Combo Jones V6.12 |

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6**

| Page/Line | Source | ID |
|---|---|---|
| 36:17 - 36:19 | **Vierling, Carol 05-11-2016 (00:00:12)** | 05_14_18 Combo Jones V6.13 |

36:17   Q. You also had a duty to the medical

36:18 profession to see to it that the -- you are putting a

36:19 safe and effective product on the market?

| 36:23 - 36:24 | **Vierling, Carol 05-11-2016 (00:00:03)** | 05_14_18 Combo Jones V6.14 |

36:23   A. I believe, yes, I do have that

36:24 responsibility.

| 37:2 - 37:5 | **Vierling, Carol 05-11-2016 (00:00:19)** | 05_14_18 Combo Jones V6.15 |

37:2   Q. Now, most importantly, do you also

37:3 feel as the gatekeeper in the recovery case that you

37:4 owe a duty to the ultimate user, the end user, the

37:5 person in whose body the IVC filter will be implanted?

| 37:9 - 37:9 | **Vierling, Carol 05-11-2016 (00:00:03)** | 05_14_18 Combo Jones V6.16 |

37:9   A. Yes, I do feel responsible.

| 37:11 - 38:1 | **Vierling, Carol 05-11-2016 (00:00:39)** | 05_14_18 Combo Jones V6.17 |

37:11   Q. And basically your guiding light for all

37:12 of this, for the various duties and responsibilities

37:13 that you have, would be the truth and accuracy

37:14 statement that you signed with the FDA, the same thing

37:15 applying to everybody else, is that correct?

37:16   A. Yes, although for me it goes beyond that.

37:17 It's an ethical consideration, a moral obligation to

37:18 be truthful and honest.

37:19   Q. And when you say it goes beyond that too,

37:20 you're saying -- does that apply to the duty to the

37:21 ethical and moral obligation to the end user of the

37:22 products?

37:23   A. Yes.

37:24   Q. And to the medical profession?

38:1   A. Yes.

| 51:13 - 51:22 | **Vierling, Carol 05-11-2016 (00:00:30)** | 05_14_18 Combo Jones V6.18 |

51:13   Q. So what is the proper procedure if you

51:14 cannot make a determination of a root cause analysis

51:15 when you are dealing with something such as this, in

51:16 this case a migration, what is the proper procedure?

51:17   A. You proceed with caution and watch to see

51:18 if it occurs again.  At this point you don't know if

51:19 you have a problem or not because you can't determine

51:20 what caused it.

51:21   Q. And if it does occur again, then what do

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6

51:22 you do?

**51:24 - 52:12**  **Vierling, Carol 05-11-2016 (00:00:43)**    05_14_18 Combo Jones V6.19

51:24 BY THE WITNESS:

52:1   A. The project team would have to get

52:2 together and talk about it.  Research, quality

52:3 assurance, all of the people involved in the team

52:4 would have to talk about the migration, determine what

52:5 plan of action would be taken.

52:6   Q. And Robert Carr says that they would

52:7 revisit the filter design.  So if it occurs

52:8 again and you don't have a root cause analysis from

52:9 the first time, then you have to re -- revisit

52:10 your filter design to see if there is a fundamental

52:11 flaw in the filter itself that's causing the --

52:12 allowing the migration?

**52:14 - 52:19**  **Vierling, Carol 05-11-2016 (00:00:15)**    05_14_18 Combo Jones V6.20

52:14 BY THE WITNESS:

52:15   A. It sounds as if they want to take a look

52:16 at the filter design.  If they don't know what the

52:17 root cause is then they don't know that the design is

52:18 the issue, but it sounds as though they want to

52:19 reevaluate the design if another migration occurs.

**77:8 - 77:12**  **Vierling, Carol 05-11-2016 (00:00:36)**    05_14_18 Combo Jones V6.21

77:8   Q. Okay.  Now, Dr. Asch has testified that he

77:9 indicated to Bard, the people he was dealing with at

77:10 Bard, that the -- his study was not sufficient to

77:11 provide a basis for the only clinical data for a

77:12 510(k) submission.

**77:15 - 77:18**  **Vierling, Carol 05-11-2016 (00:00:05)**    05_14_18 Combo Jones V6.22

77:15   A. I don't remember Dr. Asch ever telling me

77:16 that, no.

77:17   Q. No, no, he didn't -- he doesn't indicate

77:18 he said it to you.

**77:19 - 77:21**  **Vierling, Carol 05-11-2016 (00:00:03)**    05_14_18 Combo Jones V6.23

77:19   A. Oh, that he told it to Bard?

77:20   Q. Yes.

77:21   A. I don't remember.

**78:2 - 78:13**  **Vierling, Carol 05-11-2016 (00:00:27)**    05_14_18 Combo Jones V6.24

78:2   Q. Do you recall Dr. Asch -- the Dr. Asch

78:3 study was supposed to be a retrieval only study, is

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6

78:4 that correct, just studying whether you can put it in
78:5 and take it out safely?
78:6   A. I believe it was looking at
78:7 intraprocedural retrieval.
78:8   Q. He was just trying to establish that it
78:9 can be safely taken out --
78:10   A. Yes.
78:11   Q. -- without tearing the interior surface of
78:12 the vena cava?
78:13   A. Yes.

**78:23 - 79:3**      **Vierling, Carol 05-11-2016 (00:00:22)**    05_14_18 Combo Jones V6.25

78:23   Q. If -- if Dr. Asch told Robert Carr that
78:24 the data from his own clinical trial that we've been
79:1 talking about here is certainly not sufficient to
79:2 support a submission of a 510(k) for a permanent
79:3 device, should that information have come to you?

**79:6 - 79:18**      **Vierling, Carol 05-11-2016 (00:00:33)**    05_14_18 Combo Jones V6.26

79:6 BY THE WITNESS:
79:7   A. If that was Dr. Asch's opinion, I would
79:8 have liked to have known about it.
79:9 BY MR. NATIONS:
79:10   Q. How would it have influenced your handling
79:11 of the data for the 510(k), if at all?
79:12   A. I think we would have pulled the team
79:13 together, discussed his concerns.  We may have talked
79:14 to Dr. Kaufman who was also involved in vena cava
79:15 filters to get additional medical opinion, talked to
79:16 our own scientific officer as well.  I think it's
79:17 important to talk about those concerns and decide if
79:18 we should move forward.

**88:9 - 88:12**      **Vierling, Carol 05-11-2016 (00:00:09)**    05_14_18 Combo Jones V6.29

88:9   Q. And yet after you did the investigation,
88:10 nobody had an answer as to why it happened, did they?
88:11   A. According to the report, they could not
88:12 determine the root cause.

**88:20 - 88:23**      **Vierling, Carol 05-11-2016 (00:00:15)**    05_14_18 Combo Jones V6.30

88:20   Q. But how is not determining a cause an
88:21 answer?  That seems to me the answer of "we looked at
88:22 it and we can't figure it out" would not be
88:23 satisfactory to the person in charge of the submittal?

| | | |
|---|---|---|
| | **05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6** | |
| **Page/Line** | **Source** | **ID** |

89:4 - 89:7      **Vierling, Carol 05-11-2016 (00:00:12)**     05_14_18 Combo Jones V6.31

89:4   A. So if they did all due diligence to try to
89:5 figure out what the root cause was and was not -- were
89:6 not able to determine that, then I would accept that.
89:7 Again, we would watch and wait and see what happened.

97:5 - 97:23     **Vierling, Carol 05-11-2016 (00:00:52)**     05_14_18 Combo Jones V6.32

97:5   Q. Did you know that the -- at the time you
97:6 filed the 510(k) that the reported migration rate for
97:7 the SNF filter on the data -- the only data that Bard
97:8 had was 1,370 times greater than it was for the SNF?
97:9   A. I did not know that.
97:10   Q. Isn't that something you should have
97:11 known?
97:12   A. Failure rates are not part of the 510(k)
97:13 submission.  Marketing data, what happens to the
97:14 product after it's already on the market is very
97:15 different than the data we put in the premarket
97:16 submission.
97:17   Q. And as a person just looking out for the
97:18 safety of patients in the future, that's not something
97:19 you even looked at?
97:20   A. I looked at the safety of the Recovery
97:21 filter based on the data we had and in my mind that
97:22 showed that the Recovery filter was safe.  So, no, I
97:23 did not compare it to the Simon Nitinol filter.

98:1 - 98:10     **Vierling, Carol 05-11-2016 (00:00:25)**     05_14_18 Combo Jones V6.33

98:1 one of the reasons that you thought it was
98:2 okay to do the 510(k) submittal is that you only had
98:3 one failure in a relatively small study, right?
98:4   A. We had one failure in a small study, yes.
98:5   Q. And that's the only study Bard ever did?
98:6   A. I don't know that.
98:7   Q. While you were there?
98:8   A. While I was there, yes.
98:9   Q. Prior to the 510(k) submission?
98:10   A. As far as I know, yes.

98:11 - 98:18     **Vierling, Carol 05-11-2016 (00:00:21)**     05_14_18 Combo Jones V6.34

98:11   Q. And you said you didn't know if the
98:12 migration rate was a trend or an outlier.
98:13 Do you remember that?

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6

98:14   A. Yes.
98:15   Q. So isn't the best way to determine whether
98:16 that migration rate was a trend or an outlier to do a
98:17 more comprehensive clinical study and answer that
98:18 question?

**98:20 - 99:7**   **Vierling, Carol 05-11-2016 (00:00:26)**   *05_14_18 Combo Jones V6.35*

98:20 BY THE WITNESS:
98:21   A. A more comprehensive study could have been
98:22 performed.
98:23 BY MR. BOATMAN:
98:24   Q. Well, I mean, you are sitting here with a
99:1 potentially fatal problem that's been identified in
99:2 the first 32 patients -- or 33 patients, so my
99:3 question to you is:  At that time did you think to
99:4 yourself, we've got to determine whether this is a
99:5 trend or an outlier?
99:6   A. You said potentially fatal.  No one died
99:7 in the clinical study.

**99:12 - 99:14**   **Vierling, Carol 05-11-2016 (00:00:06)**   *05_14_18 Combo Jones V6.36*

99:12   Q. the answer of whether this was a
99:13 trend or an outlier was determined when Bard put the
99:14 product on the market, wasn't it?

**99:18 - 100:5**   **Vierling, Carol 05-11-2016 (00:00:20)**   *05_14_18 Combo Jones V6.37*

99:18 BY THE WITNESS:
99:19   A. Whether it was a trend or an outlier was
99:20 determined as part of the clinical study, yes.
99:21 BY MR. BOATMAN:
99:22   Q. It was determined as far as the clinical
99:23 study?
99:24   A. I believe it was an N of 1, if I'm correct
100:1 in that.
100:2   Q. So, I'm sorry.  I thought you didn't know
100:3 if it was a trend or an outlier.  Which was it?
100:4   A. I don't know.  You are right.  I'm sorry.
100:5 I don't know.

**100:6 - 100:9**   **Vierling, Carol 05-11-2016 (00:00:10)**   *05_14_18 Combo Jones V6.38*

100:6   Q. And the choices were to do a more
100:7 comprehensive clinical study and answer that question
100:8 or put it on the market and see what happens when it
100:9 is put in patients, right?

| Page/Line | Source | ID |
|---|---|---|

**05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6**

| Page/Line | Source | ID |
|---|---|---|
| 100:12 - 100:18 | **Vierling, Carol 05-11-2016 (00:00:11)** | 05_14_18 Combo Jones V6.39 |
| | 100:12   A. I don't know what the decisions were, what | |
| | 100:13 the choices were. | |
| | 100:14 BY MR. BOATMAN: | |
| | 100:15   Q. Well, you were in charge of the decision. | |
| | 100:16 Your decision was -- | |
| | 100:17   A. I filed a 510(k).  What happened after | |
| | 100:18 that was not my responsibility. | |
| 101:1 - 101:4 | **Vierling, Carol 05-11-2016 (00:00:09)** | 05_14_18 Combo Jones V6.40 |
| | 101:1   Q. So to answer the question of | |
| | 101:2 whether it was a trend or an outlier, nothing further | |
| | 101:3 was done, the consuming public was going to have to | |
| | 101:4 answer that question, right? | |
| 101:8 - 101:9 | **Vierling, Carol 05-11-2016 (00:00:02)** | 05_14_18 Combo Jones V6.41 |
| | 101:8   A. Nothing further was done in the clinical | |
| | 101:9 study. | |
| 101:11 - 101:12 | **Vierling, Carol 05-11-2016 (00:00:02)** | 05_14_18 Combo Jones V6.42 |
| | 101:11   Q. And you were comfortable with that? | |
| | 101:12   A. Yes. | |
| 101:13 - 101:17 | **Vierling, Carol 05-11-2016 (00:00:23)** | 05_14_18 Combo Jones V6.43 |
| | 101:13   Q. Does the fact that the migration didn't | |
| | 101:14 happen again in Dr. Asch's small pilot study prove | |
| | 101:15 anything about the design or lead to any further | |
| | 101:16 explanation or clarity about the first migration? | |
| | 101:17   A. I don't understand the question. | |
| 101:18 - 102:6 | **Vierling, Carol 05-11-2016 (00:00:30)** | 05_14_18 Combo Jones V6.44 |
| | 101:18   Q. In other words, does the fact that this | |
| | 101:19 migration occurred tell you anything about whether the | |
| | 101:20 design is safe or effective or changes need to be | |
| | 101:21 made? | |
| | 101:22   A. I believe an investigation was made and | |
| | 101:23 they determined that design changes were not needed, | |
| | 101:24 otherwise we wouldn't have filed a 510(k). | |
| | 102:1   Q. Well, I think they decided we don't know | |
| | 102:2 what happened and if another one occurs then we'll | |
| | 102:3 look at making design changes. | |
| | 102:4 Isn't that what happened? | |
| | 102:5   A. I believe that was stated in one of the | |
| | 102:6 reports. | |
| 106:4 - 106:7 | **Vierling, Carol 05-11-2016 (00:00:10)** | 05_14_18 Combo Jones V6.45 |

| Page/Line | Source | ID |
|-----------|--------|-----|

05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6

106:4   Q. There were no design changes made to the
106:5 filter before you submitted it for approval in the
106:6 510(k) to go to market, correct?
106:7   A. Yes, that's correct.

**106:8 - 106:14    Vierling, Carol 05-11-2016 (00:00:32)**    05_14_18 Combo Jones V6.46

106:8   Q. When you compare the fracture rate in the
106:9 SNF filter to the fracture rate that you had at the
106:10 time of the 510(k) submittal, we had a fracture rate
106:11 1,233 times bigger in the Recovery filter than that
106:12 which existed in the Simon Nitinol filter.
106:13 Were you aware of that at the time you
106:14 made the 510(k) submission?

**106:17 - 106:21    Vierling, Carol 05-11-2016 (00:00:05)**    05_14_18 Combo Jones V6.47

106:17 BY THE WITNESS:
106:18   A. No, I was not.
106:19 BY MR. BOATMAN:
106:20   Q. Is that something that should have been
106:21 brought to your attention?

**106:23 - 107:8    Vierling, Carol 05-11-2016 (00:00:23)**    05_14_18 Combo Jones V6.48

106:23 BY THE WITNESS:
106:24   A. I don't believe it was relevant to the
107:1 510(k).
107:2 BY MR. BOATMAN:
107:3   Q. The fact that the Simon Nitinol filter --
107:4 I'm sorry -- that the Recovery filter is failing at a
107:5 rate of 1,233 times greater than that and at the
107:6 fracture rate of the SNF was not something that you
107:7 deemed material in evaluating the safety and
107:8 effectiveness of the Recovery filter?

**107:11 - 107:15    Vierling, Carol 05-11-2016 (00:00:09)**    05_14_18 Combo Jones V6.49

107:11 BY THE WITNESS:
107:12   A. I base my confidence in the 510(k) on the
107:13 data that we had.  I did not look at the complication
107:14 rate of the Nitinol filter and I don't think it was
107:15 relevant.

**108:3 - 108:7    Vierling, Carol 05-11-2016 (00:00:12)**    05_14_18 Combo Jones V6.50

108:3   Q. Okay.  While you were working on the
108:4 Recovery filter project, isn't it true that you needed
108:5 to know the failure rates of the Simon Nitinol filter
108:6 compared to the Recovery filter?

| Page/Line | Source | ID |
|---|---|---|

05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6

108:7   A. No.

**108:14 - 108:20**   **Vierling, Carol 05-11-2016 (00:00:29)**   05_14_18 Combo Jones V6.51

108:14   Q. I'm showing you what's been marked as   2146_VIERLING.1

108:15 Exhibit 231.   It is Bates numbers BPV-17-01-00051872.   2146_VIERLING.1.4

108:16 Do you have that up in front of you?

108:17   A. Yes.

108:18   Q. And it's an e-mail from you to   2146_VIERLING.1.1

108:19 Dr. Kaufman, right?

108:20   A. Yes.

**109:17 - 110:7**   **Vierling, Carol 05-11-2016 (00:00:39)**   05_14_18 Combo Jones V6.52

109:17   Q. And if you look at this e-mail, you can   2146_VIERLING.1.2

109:18 see you are saying, "I'm attaching to Dr. Kaufman the

109:19 latest version of the protocol with the revisions that

109:20 Dr. Kaufman sent to me today."

109:21 And that's -- this is you writing, right?

109:22   A. Yes.

109:23   Q. And you said, "The statistic" -- "the   2146_VIERLING.1.5

109:24 statistical section needs work.   I need to dig through

110:1 the files to see what the complication rate for the

110:2 SNF was in the final report.   Since we are claiming

110:3 substantial equivalence to the SNF, that seems

110:4 reasonable."

110:5 Isn't that, in fact, what you wrote on

110:6 December 13th, 2001?

110:7   A. Yes.

**110:8 - 110:21**   **Vierling, Carol 05-11-2016 (00:00:39)**   05_14_18 Combo Jones V6.53

110:8   Q. And doesn't that suggest to you that part   clear

110:9 of your analysis in determining substantial

110:10 equivalence is, in fact, to compare the complication

110:11 rate of the SNF to the Recovery filter?

110:12   A. The statistical section I'm referring to

110:13 here is part of how do we determine the sample size

110:14 that's needed to show safety and effectiveness in this

110:15 study.   And so the complication rate of the Simon

110:16 Nitinol filter would have been important in

110:17 determining how many patients we needed to study using

110:18 the Recovery filter.   So I do not believe I was

110:19 talking about the complication rate as it relates to

110:20 the safety and effectiveness but the complication rate

110:21 to determine sample size.

| 05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6 |
|---|

| Page/Line | Source | ID |
|---|---|---|

111:8 - 112:4   **Vierling, Carol 05-11-2016 (00:01:00)**       05_14_18 Combo Jones V6.54

111:8   Q. And just as a matter of common sense when
111:9 you are comparing a new product to the old product,
111:10 don't you want to see how safe the new product is
111:11 compared to the old product as far as failures?
111:12   A. If we had that concern or if FDA had
111:13 required that, we would have performed a head-to-head
111:14 study comparing the Simon Nitinol filter to the
111:15 Recovery filter.  It would have been a randomized
111:16 clinical study.  That wasn't what we performed.  We
111:17 performed the study solely on the Recovery filter and
111:18 that's all FDA required.
111:19   Q. And, again, I'm not asking you about what
111:20 the FDA required.  I'm asking you about what you
111:21 required as a person that's going to be the person
111:22 primarily responsible for putting the new product on
111:23 the market.
111:24   A. As I testified before, I had no concerns
112:1 about the safety of this filter or the study size.
112:2   Q. But you hadn't realized that the failure
112:3 rates of the Recovery filter were dramatically higher
112:4 than the failure rates of the SNF?

112:8 - 112:14   **Vierling, Carol 05-11-2016 (00:00:10)**       05_14_18 Combo Jones V6.55

112:8   A. We had a very small sample size with the
112:9 Recovery filter, so I don't feel we are comparing
112:10 apples to oranges.
112:11 BY MR. BOATMAN:
112:12   Q. And isn't the answer to a small sample
112:13 size to do a larger sample?
112:14   A. It could be.

126:24 - 127:12   **Vierling, Carol 05-11-2016 (00:00:39)**       05_14_18 Combo Jones V6.106

126:24   Q. Showing you Exhibit 236, this is a
127:1 memorandum to the Recovery Filter Project Team from
127:2 Lynne Buchanan-Kopp, CQE.
127:3 Who is she?
127:4   A. Lynne Buchanan-Kopp was a QA person at
127:5 Bard.
127:6   Q. Okay.  And it says, "The purpose of this
127:7 memorandum is to find the phases to the Recovery
127:8 filter."

| Page/Line | Source | ID |
|---|---|---|

127:9 And this memo is documenting that you've
127:10 now gone to a phased approach for the 510(k)
127:11 submittal, correct?
127:12  A. Yes.

139:9 - 139:14    **Vierling, Carol 05-11-2016 (00:00:10)**    <span style="font-size:6px">05_14_18 Combo Jones V6.60</span>

139:9   Q. Bard had an obligation to do an honest and
139:10 complete root cause analysis of any failures that
139:11 occurs in its product?
139:12  A. The law requires that, yes.
139:13  Q. And it's the ethical and moral thing to
139:14 do, right?

139:16 - 139:17    **Vierling, Carol 05-11-2016 (00:00:00)**    <span style="font-size:6px">05_14_18 Combo Jones V6.61</span>

139:16 BY THE WITNESS:
139:17  A. Yes.

141:9 - 141:13    **Vierling, Carol 05-11-2016 (00:00:13)**    <span style="font-size:6px">05_14_18 Combo Jones V6.62</span>

141:9   Q. It can -- and if you don't identify the
141:10 reason for the failure and fix the failure before you
141:11 go to market, there is a risk those failures can
141:12 happen again putting hundreds of thousands of
141:13 potential patients at risk, correct?

141:15 - 142:6    **Vierling, Carol 05-11-2016 (00:00:31)**    <span style="font-size:6px">05_14_18 Combo Jones V6.63</span>

141:15 BY THE WITNESS:
141:16  A. That's a risk, yes.
141:17 BY MR. BOATMAN:
141:18  Q. And that's a consequence of not doing a
141:19 proper root cause analysis, right?
141:20  A. I don't think we established an improper
141:21 root cause analysis was performed.  I think we
141:22 established that no root cause can be determined.
141:23  Q. And I understand.
141:24 And the question is:  What are the
142:1 consequences of not doing a root cause analysis, of
142:2 not doing a proper one, and the reason you have to be
142:3 so careful is because you are putting tens or hundreds
142:4 of thousands of future patients at risk if you don't
142:5 do a proper root cause analysis, correct?
142:6  A. Yes.

142:10 - 142:13    **Vierling, Carol 05-11-2016 (00:00:10)**    <span style="font-size:6px">05_14_18 Combo Jones V6.64</span>

142:10  Q. For those reasons, you would agree that a
142:11 proper root cause analysis is one of the most

| Page/Line | Source | ID |
|---|---|---|
| | 142:12 important responsibilities a company has in the | |
| | 142:13 development of a medical device? | |
| 142:15 - 142:16 | **Vierling, Carol 05-11-2016 (00:00:01)** | 05_14_18 Combo Jones V6.65 |
| | 142:15 BY THE WITNESS: | |
| | 142:16   A. Yes, I would agree with that. | |
| 143:20 - 144:12 | **Vierling, Carol 05-11-2016 (00:00:36)** | 05_14_18 Combo Jones V6.66 |
| | 143:20   Q. Because if you don't identify the reason | |
| | 143:21 it failed, you can't design a fix, right? | |
| | 143:22   A. You don't know why it failed and you are | |
| | 143:23 not able to correct any deficiency, yes. | |
| | 143:24   Q. So once you identify the reason for the | |
| | 144:1 failure, the next step is what? | |
| | 144:2   A. You determine if there are any actions | |
| | 144:3 that can be taken to correct the problem. | |
| | 144:4   Q. You fix the problem? | |
| | 144:5   A. Right. | |
| | 144:6   Q. You find out what the problem is and then | |
| | 144:7 you fix it, right? | |
| | 144:8   A. If you are able to determine why it | |
| | 144:9 failed, yes. | |
| | 144:10   Q. If it's a design issue, you change the | |
| | 144:11 design of the device, right? | |
| | 144:12   A. I would agree with that, yes. | |
| 144:19 - 144:23 | **Vierling, Carol 05-11-2016 (00:00:11)** | 05_14_18 Combo Jones V6.67 |
| | 144:19   Q. Okay.  And then after you've figured out | |
| | 144:20 the problem, designed a fix to the problem, what's the | |
| | 144:21 next step? | |
| | 144:22   A. Then you put the fix in place and you | |
| | 144:23 monitor to see if the fix was successful. | |
| 144:24 - 145:7 | **Vierling, Carol 05-11-2016 (00:00:14)** | 05_14_18 Combo Jones V6.68 |
| | 144:24   Q. You do validity testing of the fix? | |
| | 145:1   A. Right. | |
| | 145:2   Q. To make sure your hypothesis of both the | |
| | 145:3 failure and the fix are correct? | |
| | 145:4   A. Yes. | |
| | 145:5   Q. And that's something any responsible | |
| | 145:6 medical device manufacturer should do when it | |
| | 145:7 encounters a failure, right? | |
| 145:9 - 145:10 | **Vierling, Carol 05-11-2016 (00:00:01)** | 05_14_18 Combo Jones V6.69 |
| | 145:9 BY THE WITNESS: | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_14_18 Combo Jones V6-Vierling 05-11-16 Jones Trial Designations V6** | |

145:10   A. I agree.

| 186:4 - 186:16 | **Vierling, Carol 05-11-2016 (00:00:36)** | 05_14_18 Combo Jones V6.93 |

186:4   Q. Now, the Plaintiffs counsel asked
186:5 you some questions which implied that Bard was making
186:6 an effort to somehow sneak out of a responsibility to
186:7 do a clinical study with respect to the Recovery
186:8 filter.
186:9 What was your experience when you were at
186:10 Bard relative to that?
186:11   A. I didn't have any experience where I
186:12 thought they were trying to sneak out of doing a
186:13 clinical study.  They wanted to show that the device
186:14 was safe and effective.  We believed that the Asch
186:15 data would support that.  And that's what we went
186:16 forward with.

| 203:16 - 203:21 | **Vierling, Carol 05-11-2016 (00:00:29)** | 05_14_18 Combo Jones V6.102 |

203:16   Q. Okay.  If you would look at that and tell
203:17 me what that indicates was reported to the FDA about
203:18 number of fractures in Patient 33?
203:19   A. This talks about the broken arm and it
203:20 also talks about the hook they believe is embedded in
203:21 the bony tissue.

| 204:8 - 204:19 | **Vierling, Carol 05-11-2016 (00:00:29)** | 05_14_18 Combo Jones V6.103 |

204:8 Now, also with respect to the Patient 33,
204:9 Mr. Boatman showed you a portion of the investigation
204:10 report that talked about corrective action, correct?
204:11   A. Yes.
204:12   Q. And you were also asked about if an event
204:13 happens the steps that Bard may take, could take,
204:14 should take with respect to corrective action,
204:15 correct?
204:16   A. Yes.
204:17   Q. So with respect to that corrective action,
204:18 how would you -- how would you describe what that
204:19 corrective action was?

| 205:9 - 205:14 | **Vierling, Carol 05-11-2016 (00:00:17)** | 05_14_18 Combo Jones V6.104 |

205:9   A. So, Bard determined that the labeling
205:10 needed to be revised to specifically address patients
205:11 who were pregnant.
205:12   Q. And is a labeling change another way in

| Page/Line | Source | ID |
|---|---|---|
| 205:17 - 205:19 | 205:13 the world of regulatory to address an event or a<br>205:14 problem?<br>**Vierling, Carol 05-11-2016 (00:00:12)**<br>205:17   A. Yes.  This would let physicians who are<br>205:18 going to use the filter know that the suprarenal<br>205:19 filter placement should be used in pregnant women. | 05_14_18 Combo Jones V6.105 |

Plaintiffs Designations = 00:17:15
Defense Designations = 00:05:42
**Total Time = 00:22:57**

**Documents Shown**
2149_VIERLING

# Exhibit S

**Designation Run Report**

# Wilson_COMBO_0523_R03

---

**Wilson, Mark 01-31-2017**

---

**Plaintiff Designations  00:03:57**

**Def Designations  00:19:46**

**Both  00:00:21**

**Total Time  00:24:04**



**Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03**

| Page/Line | Source | ID |
|---|---|---|

6:5 - 6:7     **Wilson, Mark 01-31-2017 (00:00:04)**     Wilson_COMBO_0523_R03.1

6:5   Q. Good morning, sir.
6:6 Could you please state your name.
6:7   A. Mark Wilson.

6:19 - 6:25    **Wilson, Mark 01-31-2017 (00:00:22)**     Wilson_COMBO_0523_R03.2

6:19   Q. Okay.  When did you last work for Bard?
6:20   A. My employment dates were March 2006 through
6:21 October 2010.
6:22   Q. So that's the period of time I'm going to be
6:23 asking you questions about, your involvement at Bard.
6:24 Did you work in the sales division?
6:25   A. I did.

17:19 - 17:25    **Wilson, Mark 01-31-2017 (00:00:17)**     Wilson_COMBO_0523_R03.3

17:19   Q. Where did you go to college?
17:20   A. University of Southern California.
17:21   Q. What years did you go to USC?
17:22   A. It would have been 1996 to 2000.
17:23   Q. What was your degree in upon graduating from
17:24 the University of Southern California?
17:25   A. Public policy and management.

19:1 - 19:4    **Wilson, Mark 01-31-2017 (00:00:07)**     Wilson_COMBO_0523_R03.4

19:1   Q. Had you taken the prerequisites that you
19:2 would need to take in undergraduate school to apply
19:3 to medical school?
19:4   A. I did.  Yep.

19:7 - 19:8    **Wilson, Mark 01-31-2017 (00:00:04)**     Wilson_COMBO_0523_R03.5

19:7   Q. Have you ever worked in patient care?
19:8   A. No.

19:9 - 19:18    **Wilson, Mark 01-31-2017 (00:00:29)**     Wilson_COMBO_0523_R03.6

19:9   Q. Have you ever taken any classes that dealt
19:10 with the anatomy of the human body?
19:11   A. I have.
19:12   Q. Have you taken classes that discuss the
19:13 anatomy of the inferior vena cava?
19:14   A. I have.
19:15   Q. This is something you took in undergraduate?
19:16   A. Between undergraduate, self-directed
19:17 learning, and then previous organizations where we
19:18 had anatomy courses.

20:5 - 20:9    **Wilson, Mark 01-31-2017 (00:00:17)**     Wilson_COMBO_0523_R03.7

| | Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

20:5   Q. What's your understanding as to the primary
20:6 purpose that the inferior vena cava serves?
20:7   A. It's my understanding that that is the
20:8 largest vein in the body of which the blood is
20:9 returning to the heart.

26:12 - 26:19   **Wilson, Mark 01-31-2017 (00:00:27)**   Wilson_COMBO_0523_R03.8

26:12   Q. So just to make sure I'm understanding your
26:13 role when you first came on board at Bard, it was to
26:14 come in at a management level to train their sales
26:15 force.
26:16   A. That's correct.
26:17   Q. And it pertained to the BPV portfolios.
26:18   A. The Bard peripheral vascular portfolio
26:19 specifically.

28:8 - 28:11   **Wilson, Mark 01-31-2017 (00:00:05)**   Wilson_COMBO_0523_R03.9

28:8   Q. So after about a year of being at Bard, you
28:9 began running the training of the sales force
28:10 yourself.
28:11   A. Yeah.

31:3 - 31:6   **Wilson, Mark 01-31-2017 (00:00:15)**   Wilson_COMBO_0523_R03.10

31:3   Q. So can you describe for me the training Bard
31:4 gave you when you were first hired to learn how to
31:5 manage its sales force, particularly as it relates to
31:6 the IVC portfolio?

31:8 - 31:14   **Wilson, Mark 01-31-2017 (00:00:32)**   Wilson_COMBO_0523_R03.11

31:8 THE WITNESS:  I was provided with clinical
31:9 product and disease state training in addition to a
31:10 animal lab.
31:11 BY MR. SAELTZER:
31:12   Q. Did your training cover products outside of
31:13 the IVC filter family?
31:14   A. Oh, yes.  Quite extensively.

32:25 - 33:8   **Wilson, Mark 01-31-2017 (00:00:25)**   Wilson_COMBO_0523_R03.12

32:25   Q. What background and experience did you have
33:1 relating -- related to IVC filters before you were
33:2 hired at Bard?
33:3   A. I had no background on IVC filters, but I
33:4 did have enough background on pulmonary embolism,
33:5 thromboembolic disease, and everything around the
33:6 disease state.  So, in essence, I was learning the

| Page/Line | Source | ID |
|---|---|---|

33:7 devices, not necessarily the disease state, just
33:8 because I had a little bit of that background.

34:22 - 34:24   **Wilson, Mark 01-31-2017 (00:00:03)**   Wilson_COMBO_0523_R03.13

34:22   Q.  Okay.  I'm sorry.  You were managing the
34:23 training of the sales force.
34:24   A. That's correct.

42:13 - 43:1   **Wilson, Mark 01-31-2017 (00:00:37)**   Wilson_COMBO_0523_R03.14

42:13   Q. In addition to responsibility to train
42:14 new-hires -- which is on-boarding; correct?
42:15   A. Uh-huh.
42:16   Q. Is that a "yes"?
42:17   A. That's correct.
42:18   Q. Did you also have responsibility to train
42:19 the existing sales force on a new product when a new
42:20 product was being launched?
42:21   A. It was a collaborative effort between
42:22 marketing and sales training, and we would do that
42:23 through various regional calls.  We would facilitate
42:24 that through the regional management team, and we
42:25 would also then facilitate workshops at the national
43:1 sales meeting.

43:9 - 43:11   **Wilson, Mark 01-31-2017 (00:00:10)**   Wilson_COMBO_0523_R03.15

43:9 So am I correct that you did have some
43:10 responsibility for training the existing sales force
43:11 when a new product was launched?

43:13 - 44:4   **Wilson, Mark 01-31-2017 (00:00:49)**   Wilson_COMBO_0523_R03.16

43:13 THE WITNESS:  The role that I played was to
43:14 ensure that we were applying good adult learning
43:15 principles.  The primary facilitator for new product
43:16 launches was going to be the marketing organization.
43:17 I would have been able to review the materials.  I
43:18 would have been able to weigh in on how we were going
43:19 to design workshops.
43:20 I may have facilitated a particular session
43:21 because we typically would break the sales force out
43:22 into groups.  But we -- I would also facilitate
43:23 training the trainers if we had multiple product
43:24 managers that reported in to our marketing directors
43:25 that were responsible for training.  So I was also
44:1 helping with their professional development, but my

| Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

44:2 role was specifically around assuring that we were

44:3 applying good adult learning principles and -- and

44:4 facilitating good training for the sales force.

**54:4 - 55:7**   **Wilson, Mark 01-31-2017 (00:01:42)**    Wilson_COMBO_0523_R03.17

54:4   Q. As part of performing your job duties at

54:5 Bard, would you receive any regular reports of

54:6 complication rates for filter -- IVC filters?

54:7   A. No.

54:8   Q. As part of performing your job duties at

54:9 Bard, would you have access to the DFMEAs?

54:10   A. No.

54:11   Q. Have you ever, while at Bard, looked at an

54:12 DFMEA for any IVC filter?

54:13   A. I did not.

54:14   Q. Do you know what a DFMEA is?

54:15   A. I recall the term from my time at Bard but

54:16 don't remember what the acronym stands for.

54:17   Q. Do you have any understanding as to what

54:18 information is within the DFMEA?

54:19   A. I don't know all the scope of what is

54:20 entailed.

54:21   Q. Did anybody at Bard ever train you on what

54:22 information is in there?

54:23   A. I don't believe I was trained on that

54:24 information.

54:25   Q. Were you ever given any training by Bard as

55:1 to their risk evaluation system?

55:2   A. I don't recall ever going through any type

55:3 of training related to risk analysis.

55:4   Q. Do you ever recall receiving any type of

55:5 regular reports of filter complications while you

55:6 were working at Bard?

55:7   A. I don't recall getting any reports.

**60:25 - 61:24**   **Wilson, Mark 01-31-2017 (00:01:34)**    Wilson_COMBO_0523_R03.18

60:25   Q. Would you regular -- regularly receive any

61:1 type of information on how a Bard IVC filter was

61:2 performing in the field?

61:3   A. I did not receive regular updates on product

61:4 performance.  It wasn't in the scope for my role.

61:5   Q. So let me then ask you some questions about

| Page/Line | Source | ID |
|---|---|---|

Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03

61:6 the sales representatives and how they were trained

61:7 and how they were trained to do their job.

61:8 That fell within your responsibility; true?

61:9   A. Yes.

61:10   Q. Were the sales representatives trained to

61:11 interact directly with customers?

61:12   A. Our sales reps were trained on engaging

61:13 customers.  They were also trained on clinical

61:14 product and sales training.

61:15   Q. Would the customers for an IVC filter be

61:16 doctors?

61:17   A. Yes.

61:18   Q. They would include doctors?

61:19   A. They would include doctors, yes.  It could

61:20 be mid-level practitioners, as well.  You know,

61:21 there's techs in -- in these -- in these facilities,

61:22 which would also be customers.  They just wouldn't be

61:23 necessarily the clinicians who were implanting the

61:24 IVC filters.

**62:9 - 63:2    Wilson, Mark 01-31-2017 (00:01:13)**                    Wilson_COMBO_0523_R03.19

62:9   Q. Were the sales force or sales reps trained

62:10 that they were the face of the company to the

62:11 doctors?

62:12   A. The sales force understood that they were

62:13 representing Bard as a territory manager in that

62:14 particular locality.

62:15   Q. Did Bard use the sales representatives as

62:16 one method to communicate information about a product

62:17 to the doctors?

62:18   A. Bard would use the sales reps as one of many

62:19 ways to communicate about Bard products to healthcare

62:20 practitioners.

62:21   Q. Did Bard train the sales reps that it was

62:22 important that they only convey accurate information

62:23 regarding IVC filter performance?

62:24   A. Bard trained the sales force to ensure that

62:25 they were communicating based on the approved claims

63:1 that were provided to us by marketing and what was in

63:2 the instructions for use.

**63:3 - 63:7    Wilson, Mark 01-31-2017 (00:00:13)**                    Wilson_COMBO_0523_R03.20

| Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

63:3   Q. Were the sales force trained on why that's
63:4 important, that they should stick to what's been
63:5 approved comments regarding product performance?
63:6   A. Yes.  We provided context as to why that was
63:7 critical.

63:8 - 63:8   **Wilson, Mark 01-31-2017 (00:00:01)**   Wilson_COMBO_0523_R03.21

63:8   Q. What context did you provide them?

63:10 - 63:16   **Wilson, Mark 01-31-2017 (00:00:21)**   Wilson_COMBO_0523_R03.22

63:10 THE WITNESS:  There are strict regulations
63:11 via the regulatory agencies as to what is considered
63:12 to be on-label and off-label promotion, and we
63:13 provided context as to what the potential
63:14 consequences are.  So the sales reps were very well
63:15 trained on what was acceptable behavior and what was
63:16 not.

64:16 - 64:25   **Wilson, Mark 01-31-2017 (00:00:34)**   Wilson_COMBO_0523_R03.23

64:16   Q. And the sales force is trained that
64:17 it's important they do not make statements regarding
64:18 product performance that haven't gone through Bard's
64:19 approval process; correct?
64:20   A. Anything related to Bard IVC filters would
64:21 have gone through our label review process.  So the
64:22 sales force would not be providing doctors with
64:23 performance data that wouldn't be consistent with our
64:24 instructions for use or anything that has been
64:25 approved through our label review process.

65:2 - 65:6   **Wilson, Mark 01-31-2017 (00:00:17)**   Wilson_COMBO_0523_R03.24

65:2 So the sales force would be trained to limit
65:3 their comments regarding Bard IVC filter performance
65:4 to those statements that had gone through the Bard
65:5 approval process.
65:6   A. That's correct.

67:4 - 68:3   **Wilson, Mark 01-31-2017 (00:01:09)**   Wilson_COMBO_0523_R03.25

67:4   Q. So the first category there was approved
67:5 marketing materials.  Could that include a product
67:6 brochure?
67:7   A. It would include product brochures, yeah.
67:8   Q. Can you give me an example of other type of
67:9 materials it might include?
67:10   A. It might include, like, a leave-behind that

| Page/Line | Source | ID |
|---|---|---|

67:11 we would leave for the physician to reference, with
67:12 sizing -- you know, sizing and -- and stuff that
67:13 would come out of the instructions for use.
67:14 There also might be -- there might be
67:15 materials for procurement or whoever was managing the
67:16 inventory for ordering materials and things of that
67:17 nature.  So it was all approved materials that we
67:18 typically would provide the sales reps for launch and
67:19 then, you know, continuous; they could order these
67:20 materials when they would run out.
67:21   Q. You also mentioned approved training
67:22 manuals.  Am I correct that those training manuals
67:23 would be given to the sales force but were not to be
67:24 distributed to the doctors?
67:25   A. The -- the sales training manuals were all
68:1 for internal use only, and we were very -- very
68:2 particular about marketing materials that were for
68:3 internal use only.

**70:18 - 71:15**   **Wilson, Mark 01-31-2017 (00:01:28)**   Wilson_COMBO_0523_R03.26

70:18   Q. As head of training for Bard's IVC sales
70:19 force, was it your understanding that doctors would
70:20 rely upon their sales representative to provide them
70:21 accurate information regarding the risk associated
70:22 with IVC filters?
70:23   A. It's my understanding and personal belief
70:24 that the sales rep is only one small component of how
70:25 a physician should be acquiring information.  They
71:1 should also be leveraging their own clinical
71:2 experience, their own education, as well as their
71:3 peers, as well as clinical data to support the use
71:4 and decision-making in clinical practice.
71:5   Q. But was it your understanding that
71:6 physicians would use their sales rep- --
71:7 representative as one source of information to learn
71:8 about the risk associated with the product?
71:9   A. They would use the Bard sales force as one
71:10 source of many, a multitude of sources, to make a
71:11 clinical decision.
71:12   Q. Do you have any criticisms of a physician
71:13 who used a product manufacturer as an important

| Page/Line | Source | ID |
|---|---|---|

**Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03**

71:14 source of information about the risk associated with
71:15 that product?

71:17 - 72:2 **Wilson, Mark 01-31-2017 (00:00:37)**   Wilson_COMBO_0523_R03.27

71:17 THE WITNESS:  I'm not a medical
71:18 professional, so I don't feel I'm qualified to answer
71:19 that question, but it is my personal belief that a
71:20 physician should use all of their resources in the
71:21 armamentarium at their disposal to make good clinical
71:22 decisions.
71:23 BY MR. SAELTZER:
71:24   Q. Is one of those information from the product
71:25 manufacturer?
72:1   A. I would say that would be included in all of
72:2 the resources available to them.

72:23 - 73:10 **Wilson, Mark 01-31-2017 (00:00:55)**   Wilson_COMBO_0523_R03.28

72:23   Q. Were Bard sales representatives given
72:24 material regarding IVC filters to provide to doctors
72:25 that con- -- contained comparisons of how Bard
73:1 IVC filters' performance compared to other
73:2 IVC filters?
73:3   A. I don't recall a particular piece of
73:4 marketing collateral that made a competitive
73:5 comparison.  I can't recall.  It's been, again,
73:6 quite some time.  But I know that Bard's stance would
73:7 be that, unless a randomized controlled trial
73:8 comparing them was done, we wouldn't be making a
73:9 competitive comparison like that in -- in writing.
73:10 And that's consistent with any medical manufacturer.

73:16 - 73:19 **Wilson, Mark 01-31-2017 (00:00:14)**   Wilson_COMBO_0523_R03.29

73:16 How do you know that Bard wouldn't make a
73:17 comparison like we've discussed between its product
73:18 and a competitor's product without a randomized
73:19 controlled study to back it up?

73:21 - 73:25 **Wilson, Mark 01-31-2017 (00:00:14)**   Wilson_COMBO_0523_R03.30

73:21 THE WITNESS:  When I joined the
73:22 organization, I was trained that that would be --
73:23 that would not be consistent with what a medical
73:24 manufacturer and, specifically, what Bard would do
73:25 without a randomized controlled trial.

79:11 - 79:12 **Wilson, Mark 01-31-2017 (00:00:05)**   Wilson_COMBO_0523_R03.31

| | Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 79:14 - 79:18 | 79:11   Q. Were representatives informed they would be<br>79:12 expected to sell a certain number of product?<br>**Wilson, Mark 01-31-2017 (00:00:16)**<br>79:14 THE WITNESS:  They were given their -- what<br>79:15 we would call their baseline, and then there would be<br>79:16 a quota that was provided to them, and it would be<br>79:17 consistent with every manufacturer.<br>79:18 BY MR. SAELTZER: | Wilson_COMBO_0523_R03.32 |
| 79:19 - 79:22 | **Wilson, Mark 01-31-2017 (00:00:12)**<br>79:19   Q. The baseline or quota would be a certain<br>79:20 number of units to sell over a given time period.<br>79:21   A. They were given a dollar amount as well as<br>79:22 that correlating unit amount, yeah. | Wilson_COMBO_0523_R03.33 |
| 79:23 - 79:25 | **Wilson, Mark 01-31-2017 (00:00:06)**<br>79:23   Q. Okay.  So it would be probably expressed in<br>79:24 terms of a dollar amount over a given period of time.<br>79:25   A. Dollars and units. | Wilson_COMBO_0523_R03.34 |
| 80:1 - 80:9 | **Wilson, Mark 01-31-2017 (00:00:28)**<br>80:1   Q. Were they trained on what they would<br>80:2 be expected or could expect to need to do to achieve<br>80:3 those goals?<br>80:4   A. The district managers would probably run<br>80:5 scenarios for them so they could understand, because<br>80:6 it was some -- during my tenure, they were -- their<br>80:7 variable compensation was done in buckets.  So there<br>80:8 was never any one emphasis on those buckets, or<br>80:9 overemphasis, if you will. | Wilson_COMBO_0523_R03.35 |
| 91:14 - 91:17 | **Wilson, Mark 01-31-2017 (00:00:24)**<br>91:14   Q. Was it your understanding that Bard<br>91:15 territory managers were also having to spend time<br>91:16 defending the IVC filter portfolio against questions<br>91:17 regarding complication and complication rates? | Wilson_COMBO_0523_R03.36 |
| 91:19 - 91:24 | **Wilson, Mark 01-31-2017 (00:00:19)**<br>91:19 THE WITNESS:  I don't believe that it had<br>91:20 anything to do with Bard filters in particular, but<br>91:21 I -- I do believe it was very difficult in a<br>91:22 competitive market to compete with -- with Cook and<br>91:23 Cordis, two viable competitors with educated and<br>91:24 well-trained reps, just like Bard. | Wilson_COMBO_0523_R03.39 |
| 92:10 - 92:16 | **Wilson, Mark 01-31-2017 (00:00:30)** | |

| Page/Line | Source | ID |
|---|---|---|

Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03

92:10   Q. Have you ever undertaken any investigation
92:11 to verify the statement you just made?
92:12   A. I'm not qualified to make that assessment,
92:13 but there are several employees within BPV who would
92:14 be qualified.  And I've been trained on that -- that
92:15 notion, that complication rates for all filters are
92:16 very similar.

**93:5 - 93:8**   **Wilson, Mark 01-31-2017 (00:00:11)**   Wilson_COMBO_0523_R03.40

93:5   Q. Well, one of the questions that sales
93:6 representatives were trained to field from doctors
93:7 was:  How does your product stack up against the
93:8 competitors' products?  True?

**93:10 - 93:22**   **Wilson, Mark 01-31-2017 (00:00:53)**   Wilson_COMBO_0523_R03.41

93:10 THE WITNESS:  We would specifically train
93:11 the sales reps on the approved marketing claims and
93:12 instructions for use for Bard filters.  So we didn't
93:13 necessarily train them on how to make a comparison,
93:14 because we didn't have data that would allow us to be
93:15 able to train them to make a competitive comparison
93:16 between the two, other than what was public
93:17 information from a Cook or from a Cordis.
93:18 BY MR. SAELTZER:
93:19   Q. Isn't it true that one of the questions that
93:20 sales representatives were trained to field from
93:21 doctors was how Bard IVC filters compared in
93:22 performance to other IVC filters?

**93:24 - 93:24**   **Wilson, Mark 01-31-2017 (00:00:02)**   Wilson_COMBO_0523_R03.42

93:24 THE WITNESS:  That's not correct.

**94:1 - 94:4**   **Wilson, Mark 01-31-2017 (00:00:10)**   Wilson_COMBO_0523_R03.43

94:1 BY MR. SAELTZER:
94:2   Q. Isn't that one of the questions that Bard
94:3 expected to be asked of their sales representatives
94:4 by doctors?

**94:6 - 94:9**   **Wilson, Mark 01-31-2017 (00:00:10)**   Wilson_COMBO_0523_R03.44

94:6 THE WITNESS:  We would anticipate that
94:7 question would come up, but what the reps were
94:8 trained to do was to inform the physicians that a
94:9 comparison between these two filters cannot be made.

**95:11 - 95:16**   **Wilson, Mark 01-31-2017 (00:00:25)**   Wilson_COMBO_0523_R03.47

95:11   Q. One of the topics you expected sales

| Page/Line | Source | ID |
|---|---|---|

95:12 representatives to be able to manage is the
95:13 expectations of doctors regarding filter
95:14 complications.
95:15   A. Yes.  New -- new physicians oftentimes would
95:16 inquire about complications related to filters.

**97:15 - 97:25**   **Wilson, Mark 01-31-2017 (00:00:38)**   Wilson_COMBO_0523_R03.48

97:15   Q. Then, if you look at the first sentence,
97:16 you're telling Mr. Baird that one element learned
97:17 from his research is that physicians don't want a
97:18 filter to move; is that correct?
97:19   A. I think that looks like something that I may
97:20 have learned and I summarized in the e-mail.
97:21   Q. And what you learned was that doctors do not
97:22 want filters to migrate after they've been implanted;
97:23 true?
97:24   A. Yes.  "Move" would be synonymous with
97:25 "migration."

**107:19 - 107:23**   **Wilson, Mark 01-31-2017 (00:00:20)**   Wilson_COMBO_0523_R03.49

107:19   Q. Certainly you would never instruct the sales
107:20 force to pass along a sales brochure saying the G2
107:21 had increased migration resistance if Bard's own
107:22 prediction was that the G2 would migrate more
107:23 frequently than the SNF; true?

**107:25 - 108:3**   **Wilson, Mark 01-31-2017 (00:00:09)**   Wilson_COMBO_0523_R03.50

107:25 THE WITNESS:  That would be outside the
108:1 scope of my decision-making.  What we would train the
108:2 sales force on is what was contained in the sales
108:3 brochure.

**110:18 - 110:20**   **Wilson, Mark 01-31-2017 (00:00:10)**   Wilson_COMBO_0523_R03.57

110:18   Q. As the head of training of sales at Bard,
110:19 that's the type of information you would have liked
110:20 to have known; true?

**110:22 - 111:20**   **Wilson, Mark 01-31-2017 (00:01:17)**   Wilson_COMBO_0523_R03.58

110:22 THE WITNESS:  I don't have any expectation
110:23 on anyone to share data.  That wouldn't be
110:24 necessarily something we would share with the broader
110:25 sales force.
111:1 So, at some point, if somebody in the
111:2 regulatory, kind of, medical services and executive
111:3 team made a decision not to share that information

| | Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03 | |
|---|---|---|
| Page/Line | Source | ID |

111:4 specifically with me, I -- I trust that there --
111:5 there was not a reason for me to have that
111:6 information to share with the sales force, because we
111:7 typically would train the sales force on objection
111:8 handling, what's -- happens to be in the brochure,
111:9 the FAQs that marketing provides.
111:10 So I trust in the -- the leadership and
111:11 appropriate people within the Bard organization to
111:12 share with me what I needed to know in order to
111:13 support the sales organization.
111:14 BY MR. SAELTZER:
111:15   Q. Would you have felt comfortable training
111:16 sales representatives to hand doctors this G2 sales
111:17 brochure stating that the G2 had enhanced fracture
111:18 resistance if Bard's own internal risk estimate was
111:19 that the G2 was ten times more likely to fracture and
111:20 cause life-threatening injury than the SNF?

**111:22 - 112:3**   **Wilson, Mark 01-31-2017 (00:00:25)**   Wilson_COMBO_0523_R03.59

111:22 THE WITNESS:  I had no quarrels with putting
111:23 this into the hands of the sales force, because this
111:24 had obviously been vetted through our label review
111:25 process, and I trusted in our process.  We had some
112:1 very educated and well-informed reviewers from
112:2 regulatory, legal, and medical reviewing materials
112:3 before we handed them to the sales force.

**112:4 - 112:16**   **Wilson, Mark 01-31-2017 (00:00:50)**   Wilson_COMBO_0523_R03.60

112:4 BY MR. SAELTZER:
112:5   Q. And I understand you trusted in the process
112:6 to give you accurate information, but what I'm asking
112:7 you is:  If you learned what I'm telling you, that,
112:8 at the time this sales brochure was created for the
112:9 launch of the G2, Bard had done a risk analysis that
112:10 estimated the G2 would fracture and cause
112:11 life-threatening -- potentially life-threatening
112:12 injuries at a rate ten times that of the SNF and that
112:13 the system didn't work; it broke down in that
112:14 regards -- if you knew that, you wouldn't feel
112:15 comfortable training sales representatives to
112:16 distribute this brochure; true?

**112:18 - 112:21**   **Wilson, Mark 01-31-2017 (00:00:09)**   Wilson_COMBO_0523_R03.61

| Wilson_COMBO_0523_R03-Wilson_COMBO_0523_R03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

112:18 THE WITNESS:  I would ask questions about
112:19 the -- the data, and it would flag me to have a
112:20 conversation with someone before distributing the
112:21 brochure.

Plaintiff Designations = 00:03:57
Def Designations = 00:19:46
Both = 00:00:21
**Total Time = 00:24:04**

# Exhibit T

Designation Run Report

# Wong 10-18-16 Jones Trial Designations V9

**Wong, Natalie 10-18-2016**

**Plaintiffs Designations  00:24:46**

**Defense Designations  00:14:58**

**Pliaintiffs and Defense Designations  00:03:05**

**Total Time  00:42:49**



ID:05_21_18 Combo Jones V9

| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 8:10 - 8:12 | **Wong, Natalie 10-18-2016 (00:00:03)** | 05_21_18 Combo Jones V9-1 |
| | 8:10  Q. Hey, good morning, ma'am.  Will you please | |
| | 8:11 tell us your name? | |
| | 8:12  A. Natalie Wong. | |
| 10:3 - 10:6 | **Wong, Natalie 10-18-2016 (00:00:10)** | 05_21_18 Combo Jones V9-103 |
| | 10:3  Q. What is your educational background?  Can | |
| | 10:4 you give us just a quick snapshot? | |
| | 10:5  A. Sure.  I have a bachelor's of engineering | |
| | 10:6 from ASU.  And I have an MBA from ASU. | |
| 10:7 - 10:16 | **Wong, Natalie 10-18-2016 (00:00:29)** | 05_21_18 Combo Jones V9-2 |
| | 10:7  Q. Any particular kind of engineering? | |
| | 10:8  A. Industrial. | |
| | 10:9  Q. And what does industrial engineering | |
| | 10:10 entail? | |
| | 10:11  A. The first two years is the same as any | |
| | 10:12 other engineering curriculum, it's the basic statics, | |
| | 10:13 dynamics, statistics, Engineering 101.  And then the | |
| | 10:14 upper-level classes are more towards quality, | |
| | 10:15 production, molding, simulation, those type of | |
| | 10:16 courses. | |
| 13:6 - 13:8 | **Wong, Natalie 10-18-2016 (00:00:03)** | 05_21_18 Combo Jones V9-3 |
| | 13:6  Q. Is calculating statistical significance | |
| | 13:7 something you know how to do? | |
| | 13:8  A. Yes. | |
| 13:16 - 13:21 | **Wong, Natalie 10-18-2016 (00:00:09)** | 05_21_18 Combo Jones V9-4 |
| | 13:16  Q. When you started at Bard, you were | |
| | 13:17 doing statist -- statistical calculations.  Fair? | |
| | 13:18  A. Yes. | |
| | 13:19  Q. Okay.  And some of those calculations were | |
| | 13:20 calculating statistical significance? | |
| | 13:21  A. Yes. | |
| 17:10 - 17:15 | **Wong, Natalie 10-18-2016 (00:00:12)** | 05_21_18 Combo Jones V9-5 |
| | 17:10 You're currently employed with Bard | |
| | 17:11 Peripheral Vascular; is that correct? | |
| | 17:12  A. Yes. | |
| | 17:13  Q. And what is your current position? | |
| | 17:14  A. I'm quality engineering manager for new | |
| | 17:15 product development under biopsy products. | |
| 20:4 - 20:12 | **Wong, Natalie 10-18-2016 (00:00:30)** | 05_21_18 Combo Jones V9-6 |
| | 20:4  Q. what is a DFMEA? | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |

| Page/Line | Source | ID |
|---|---|---|
| | 20:5   A. It stands for design, failure, modes, | |
| | 20:6 effects and analysis and we go through an entire | |
| | 20:7 procedure and help identify what are the risks that | |
| | 20:8 can occur.  The severity of the risk to the patient | |
| | 20:9 or physician?  What causes occurred.  What type of | |
| | 20:10 things could have occur that would result in a | |
| | 20:11 certain failure mode.  What controls we have in place | |
| | 20:12 to mitigate those risks. | |
| 20:13 - 20:16 | **Wong, Natalie 10-18-2016 (00:00:08)** | 05_21_18 Combo Jones V9.7 |
| | 20:13   Q. So what is the overall purpose of a -- of a | |
| | 20:14 what's Bard really use that for? | |
| | 20:15   A. To identify failure modes and risks to the | |
| | 20:16 patient. | |
| 20:17 - 20:21 | **Wong, Natalie 10-18-2016 (00:00:13)** | 05_21_18 Combo Jones V9.8 |
| | 20:17   Q. Okay.  And what happens if a -- if a risk | |
| | 20:18 to the patient or failure mode is identified?  What | |
| | 20:19 happens from there? | |
| | 20:20   A. We do -- we identify the appropriate | |
| | 20:21 testing to mitigate that risk. | |
| 22:23 - 23:21 | **Wong, Natalie 10-18-2016 (00:01:01)** | 05_21_18 Combo Jones V9.9 |
| | 22:23   Q. And if a new failure mode is identified | |
| | 22:24 and -- and you're in the process of updating the | |
| | 22:25 DFMEA, what is done with regard to that product | |
| | 23:1 that's already being sold? | |
| | 23:2   A. That would need to go through the | |
| | 23:3 investigation process. | |
| | 23:4   Q. Well, what if -- what if a product is | |
| | 23:5 already being sold and the updated DFMEA shows that | |
| | 23:6 it's in a Quad 3, for example?  What -- what would | |
| | 23:7 happen from that point? | |
| | 23:8   A. We would need to evaluate it.  We would | |
| | 23:9 need to investigate it, and understand what it means. | |
| | 23:10   Q. Okay.  What is done during that evaluation | |
| | 23:11 to -- to warn physicians and patients about the fact | |
| | 23:12 that -- that this new failure mode has been | |
| | 23:13 identified, and that there's additional testing being | |
| | 23:14 done? | |
| | 23:15   A. I think, first off, we need to understand | |
| | 23:16 what the failure mode is.  We need to investigate it. | |
| | 23:17 We need to, as part of the investigation, we would | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9** | |
| | 23:18 probably request an HHE, a Health Hazard Evaluation. | |
| | 23:19 And all those inputs coming together into, you know, | |
| | 23:20 what we call our CAPA system right now.  And that | |
| | 23:21 would go through management approval. | |
| 23:25 - 24:9 | **Wong, Natalie 10-18-2016 (00:00:20)** | 05_21_18 Combo Jones V9-114 |
| | 23:25   Q.  What is | |
| | 24:1 done to let the physicians and patients know that | |
| | 24:2 there is this new failure mode that warrants further | |
| | 24:3 investigation by the -- by the company?  What's -- | |
| | 24:4 what's done to let them know about that while that's | |
| | 24:5 going on? | |
| | 24:6   A.  We don't know what it is yet.  We don't | |
| | 24:7 know what this new failure mode is.  We need to do a | |
| | 24:8 thorough investigation to understand what it is | |
| | 24:9 before we communicate anything. | |
| 26:24 - 26:25 | **Wong, Natalie 10-18-2016 (00:00:04)** | 05_21_18 Combo Jones V9-16 |
| | 26:24   Q.  Are the results of a DFMEA analysis | |
| | 26:25 important? | |
| 27:1 - 27:1 | **Wong, Natalie 10-18-2016 (00:00:01)** | 05_21_18 Combo Jones V9-115 |
| | 27:1   A.  Yes.  Absolutely. | |
| 27:2 - 27:6 | **Wong, Natalie 10-18-2016 (00:00:12)** | 05_21_18 Combo Jones V9-11 |
| | 27:2   Q.  Why? | |
| | 27:3   A.  Because you identified the severity of the | |
| | 27:4 failure modes.  You know, you -- it identifies the | |
| | 27:5 failure modes that potentially occur in the | |
| | 27:6 device before you launch. | |
| 27:7 - 27:11 | **Wong, Natalie 10-18-2016 (00:00:12)** | 05_21_18 Combo Jones V9-12 |
| | 27:7   Q.  And if it ends up in, for example, a Quad 3 | |
| | 27:8 or a Quad 4, what does that mean? | |
| | 27:9   A.  It means that it's a high -- it's an | |
| | 27:10 alarming -- it's a high issue that we need to look at | |
| | 27:11 more deeply. | |
| 27:12 - 27:15 | **Wong, Natalie 10-18-2016 (00:00:09)** | 05_21_18 Combo Jones V9-13 |
| | 27:12   Q.  Okay. | |
| | 27:13   A.  You know, and do we have the controls to | |
| | 27:14 mitigate that risk?  Can we reduce that risk from a | |
| | 27:15 Quad 3 to a Quad 2? | |
| 27:16 - 27:25 | **Wong, Natalie 10-18-2016 (00:00:23)** | 05_21_18 Combo Jones V9-14 |
| | 27:16   Q.  And if you've got -- if you've got | |
| | 27:17 something that ends up in a Quad 3 or Quad 4, that's | |

| Page/Line | Source | ID |
|---|---|---|
| | 27:18 something that Bard needs to take action on.  Right? | |
| | 27:19   A. On a team level, yes, before we launch. | |
| | 27:20   Q. Or if its something that's -- that's | |
| | 27:21 already been launched, and it's a new failure mode, | |
| | 27:22 same deal, right, something they need to take action | |
| | 27:23 on? | |
| | 27:24   A. They need to evaluate and determine what | |
| | 27:25 the action would be, yes. | |
| 28:9 - 28:12 | **Wong, Natalie 10-18-2016 (00:00:05)** | |
| | 28:9   Q. So since you started back in | |
| | 28:10 February of 2004 at Bard, you've been involved in | |
| | 28:11 DFMEA analysis? | |
| | 28:12   A. Yes. | |
| 28:15 - 28:20 | **Wong, Natalie 10-18-2016 (00:00:19)** | |
| | 28:15 as part of the DFMEA | |
| | 28:16 analysis, is a root cause analysis performed for -- | |
| | 28:17 for various failure modes? | |
| | 28:18   A. It's kind of built in, in a way, because | |
| | 28:19 you identify the causes of failure for a certain | |
| | 28:20 failure mode within the DFMEA. | |
| 29:17 - 29:25 | **Wong, Natalie 10-18-2016 (00:00:22)** | |
| | 29:17   Q. Okay.  And what do you -- what do you mean | |
| | 29:18 when you say "failure mode," just so the jury | |
| | 29:19 understands? | |
| | 29:20   A. So something that happens, you know, if a | |
| | 29:21 product -- you know, if something didn't work | |
| | 29:22 correctly, as the physician intended. | |
| | 29:23   Q. Okay.  Or as the manufacturer intended. | |
| | 29:24 Right? | |
| | 29:25   A. Or the manufacturer intended, yes. | |
| 32:13 - 32:16 | **Wong, Natalie 10-18-2016 (00:00:07)** | |
| | 32:13   Q. why does Bard do root cause | |
| | 32:14 analysis, I mean, what's their -- why do they do | |
| | 32:15 them? | |
| | 32:16   A. To prevent failure modes from occurring. | |
| 32:17 - 32:19 | **Wong, Natalie 10-18-2016 (00:00:05)** | |
| | 32:17   Q. And is that something that's important to | |
| | 32:18 do? | |
| | 32:19   A. Yes, absolutely. | |
| 32:20 - 32:22 | **Wong, Natalie 10-18-2016 (00:00:04)** | |

| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 32:20   Q.  why is it important? | |
| | 32:21   A. Because we don't want complaints.  We don't | |
| | 32:22 want patient injury. | |
| 32:23 - 33:1 | **Wong, Natalie 10-18-2016 (00:00:06)** | 05_21_18 Combo Jones V9 20 |
| | 32:23   Q. It's important to understand the root cause | |
| | 32:24 of failure modes to prevent injury to patients. | |
| | 32:25 Fair? | |
| | 33:1   A. Yes. | |
| 33:11 - 33:16 | **Wong, Natalie 10-18-2016 (00:00:11)** | 05_21_18 Combo Jones V9 21 |
| | 33:11   Q. As of the time you left filters in -- in | |
| | 33:12 2012, has Bard figured out the root cause of filter | |
| | 33:13 fracture? | |
| | 33:14   A. No, not that I know of. | |
| | 33:15   Q. How about filter migration? | |
| | 33:16   A. No, not that I know of. | |
| 34:1 - 34:6 | **Wong, Natalie 10-18-2016 (00:00:15)** | 05_21_18 Combo Jones V9 22 |
| | 34:1   Q. Bard continues to sell, despite not having | |
| | 34:2 identified a root cause of -- of the failures of -- | |
| | 34:3 of its failure modes, its IVC filters for placement | |
| | 34:4 in veins in patients -- in a vein that leads directly | |
| | 34:5 to the heart and lungs? | |
| | 34:6   A. Yes. | |
| 34:20 - 34:24 | **Wong, Natalie 10-18-2016 (00:00:15)** | 05_21_18 Combo Jones V9 23 |
| | 34:20   Q. Do you think that the fact that Bard has | |
| | 34:21 not now, in 12 years of selling its filters, been | |
| | 34:22 able to identify the root cause of the failure modes | |
| | 34:23 associated with those filters, is something a | |
| | 34:24 physician would want to know? | |
| 35:6 - 35:12 | **Wong, Natalie 10-18-2016 (00:00:14)** | 05_21_18 Combo Jones V9 24 |
| | 35:6 Yeah, I think physicians should know, and I | |
| | 35:7 think we do communicate through the IFU. | |
| | 35:8 BY MR. DEGREEFF: | |
| | 35:9   Q. So you believe that in the IFU it states | |
| | 35:10 that Bard has failed to identify the root cause of | |
| | 35:11 the failure modes? | |
| | 35:12   A. Sorry, no, not that part. | |
| 38:21 - 38:22 | **Wong, Natalie 10-18-2016 (00:00:07)** | 05_21_18 Combo Jones V9 25 |
| | 38:21   Q. So prior to 2012, you were a quality | |
| | 38:22 engineering manager at BPV; is that correct? | |
| 38:24 - 38:24 | **Wong, Natalie 10-18-2016 (00:00:00)** | 05_21_18 Combo Jones V9 26 |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
| | 38:24  Yes. | |
| 39:15 - 39:17 | **Wong, Natalie 10-18-2016 (00:00:03)** | 05_21_18 Combo Jones V9.27 |
| | 39:15 were you tracking and trending complaints and | |
| | 39:16 adverse events? | |
| | 39:17   A. Yes. | |
| 41:24 - 42:1 | **Wong, Natalie 10-18-2016 (00:00:10)** | 05_21_18 Combo Jones V9.28 |
| | 41:24 What adverse event data did you consider in | |
| | 41:25 the tracking and trending? | |
| | 42:1   A. We cons -- we considered all data. | |
| 42:5 - 42:7 | **Wong, Natalie 10-18-2016 (00:00:04)** | 05_21_18 Combo Jones V9.29 |
| | 42:5   Q. Where did you get the adverse | |
| | 42:6 event data from? | |
| | 42:7   A. The complaint system. | |
| 42:12 - 42:18 | **Wong, Natalie 10-18-2016 (00:00:24)** | 05_21_18 Combo Jones V9.30 |
| | 42:12   Q. And would it also include MAUDE data? | |
| | 42:13   A. It -- so the complaints were reported to us | |
| | 42:14 and we entered them into TrackWise, which is our | |
| | 42:15 complaint-handling system.  And in the system we | |
| | 42:16 would identify whether or not it was an adverse | |
| | 42:17 event.  If it was an adverse event, then we reported | |
| | 42:18 it to the FDA, which gets rolled into the MAUDE. | |
| 43:14 - 43:18 | **Wong, Natalie 10-18-2016 (00:00:11)** | 05_21_18 Combo Jones V9.31 |
| | 43:14   Q. And why is it important to --to | |
| | 43:15 track and trend the complaint data? | |
| | 43:16   A. To understand if something is going on | |
| | 43:17 that's unusual, so we can mitigate those type of | |
| | 43:18 complaints. | |
| 43:18 - 44:1 | **Wong, Natalie 10-18-2016 (00:00:19)** | 05_21_18 Combo Jones V9.32 |
| | 43:18 What if all of a sudden we got a spike | |
| | 43:19 in a certain type of complaint for a certain failure | |
| | 43:20 mode, we would want to go and investigate that. | |
| | 43:21   Q. And why is it important to investigate | |
| | 43:22 failure modes? | |
| | 43:23   A. So we -- so we prevent future occurrence of | |
| | 43:24 these complaints. | |
| | 43:25   Q. And is that for -- for patient safety? | |
| | 44:1   A. For patient safety, yes. | |
| 49:1 - 49:5 | **Wong, Natalie 10-18-2016 (00:00:11)** | 05_21_18 Combo Jones V9.33 |
| | 49:1 When you were working on IVC filters, was | |
| | 49:2 there ever a literature review performed to see | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |

| Page/Line | Source | ID |
|---|---|---|
| | 49:3 what -- what adverse events were -- were referenced | |
| | 49:4 in those -- in that literature? | |
| | 49:5   A. When I was on the project team, yes. | |
| 58:5 - 58:19 | **Wong, Natalie 10-18-2016 (00:00:39)** | 05_21_18 Combo Jones V9 15 |
| | 58:5   Q. Bard often looks at the statistical | |
| | 58:6 significance of an -- an increased risk.  Correct? | |
| | 58:7   A. That's one of the ways that we look at it. | |
| | 58:8   Q. It's one of the things they look at? | |
| | 58:9   A. It is one of the things they look at, but | |
| | 58:10 they look at other things as well. | |
| | 58:11   Q. They also look at the -- at the -- for | |
| | 58:12 example, the rate of adverse events with their filter | |
| | 58:13 versus competitor filters.  Fair? | |
| | 58:14   A. Yes. | |
| | 58:15   Q. And is the rate an important thing for them | |
| | 58:16 to look at? | |
| | 58:17   A. It's hard to look at it with a competitor | |
| | 58:18 filter, because most of the time we do not have | |
| | 58:19 competitor sales numbers. | |
| 59:2 - 59:2 | **Wong, Natalie 10-18-2016 (00:00:01)** | 05_21_18 Combo Jones V9 16 |
| | 59:2   Q. Well, that's an analysis -- | |
| 59:5 - 59:7 | **Wong, Natalie 10-18-2016 (00:00:07)** | 05_21_18 Combo Jones V9 17 |
| | 59:5   A. So I don't know if that rate is truly | |
| | 59:6 accurate when we compare our rates to our competitor | |
| | 59:7 rates. | |
| 59:8 - 59:18 | **Wong, Natalie 10-18-2016 (00:00:22)** | 05_21_18 Combo Jones V9 18 |
| | 59:8   Q. That's analysis Bard does.  Right? | |
| | 59:9   A. On a regular basis? | |
| | 59:10   Q. Well, no, I'm asking you, that's an | |
| | 59:11 analysis they do, right, they compare their rates to | |
| | 59:12 competitor rates? | |
| | 59:13   A. I -- when I worked on filters, yes, that's | |
| | 59:14 something we did compare. | |
| | 59:15   Q. And if that wasn't important, why would you | |
| | 59:16 do that calculation? | |
| | 59:17   A. We wanted to see how we compared to our | |
| | 59:18 competitors. | |
| 62:25 - 63:4 | **Wong, Natalie 10-18-2016 (00:00:11)** | 05_21_18 Combo Jones V9 63 |
| | 62:25   Q. Ma'am, I'm handing you what has been marked | WONG 537.1 |
| | 63:1 as Deposition Exhibit 537. | |

| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 63:2 Is that -- is that an e-mail chain you've | |
| | 63:3 seen before? | |
| | 63:4 A. Yes. | |
| 63:5 - 63:7 | **Wong, Natalie 10-18-2016 (00:00:06)** | 05_21_18 Combo Jones V9.44 |
| | 63:5 Q. Is it an e-mail chain that was provided to | |
| | 63:6 you by counsel in preparation for your deposition? | |
| | 63:7 A. Yes. | |
| 63:12 - 63:15 | **Wong, Natalie 10-18-2016 (00:00:08)** | 05_21_18 Combo Jones V9.42 |
| | 63:12 So this is an e-mail from John Lehmann to | WONG 337.4.1 |
| | 63:13 Robert Carr and Doug Uelmen, cc: Chris Ganser. | |
| | 63:14 Correct? | |
| | 63:15 A. Yes. | |
| 63:16 - 63:18 | **Wong, Natalie 10-18-2016 (00:00:07)** | 05_21_18 Combo Jones V9.43 |
| | 63:16 Q. Who are Robert Carr and Doug Uelmen? | clear |
| | 63:17 A. Robert Carr was in R&D. Doug Uelmen was | |
| | 63:18 the VP of quality. | |
| 64:7 - 64:10 | **Wong, Natalie 10-18-2016 (00:00:06)** | 05_21_18 Combo Jones V9.44 |
| | 64:7 Q. And the subject | |
| | 64:8 matter is "Draft data set for statistician." Did I | WONG 337.4.1 |
| | 64:9 read that correctly? | |
| | 64:10 A. Yes. | |
| 68:5 - 68:7 | **Wong, Natalie 10-18-2016 (00:00:02)** | 05_21_18 Combo Jones V9.45 |
| | 68:5 Q. And that was sent to you on May 18th of | clear |
| | 68:6 2004? | |
| | 68:7 A. Yes. | |
| 68:11 - 68:14 | **Wong, Natalie 10-18-2016 (00:00:05)** | 05_21_18 Combo Jones V9.46 |
| | 68:11 Q. What was the purpose of sending you this | |
| | 68:12 data? | |
| | 68:13 A. He wanted me to do a quick analysis of the | |
| | 68:14 data. | |
| 69:22 - 69:25 | **Wong, Natalie 10-18-2016 (00:00:08)** | 05_21_18 Combo Jones V9.47 |
| | 69:22 Q. And your ultimate conclusion there, | WONG 337.2.1 |
| | 69:23 on May 20th of 2004 -- that's an e-mail from you. | |
| | 69:24 Correct? | |
| | 69:25 A. Yes. | |
| 70:3 - 70:9 | **Wong, Natalie 10-18-2016 (00:00:16)** | 05_21_18 Combo Jones V9.48 |
| | 70:3 Q. And you said, "Doug, I've evaluated the | WONG 337.2.2 |
| | 70:4 data comparing Recovery with the other products. | |
| | 70:5 These results included quarter 2, 2004." Right? | |
| | 70:6 A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9**

|  | 70:7   Q. And you say, "Based on the limited amount |  |
|  | 70:8 of data, the following can be concluded." Right? |  |
|  | 70:9   A. Yes. |  |
| 70:10 - 70:17 | **Wong, Natalie 10-18-2016 (00:00:23)** | 05_21_18 Combo Jones V9-99 |
|  | 70:10   Q. And the first one is, there's not a |  |
|  | 70:11 significant difference between the Recovery and the |  |
|  | 70:12 TrapEase, OptEase, Greenfield, and VenaTech.  Fair? |  |
|  | 70:13   A. Yes. |  |
|  | 70:14   Q. And that's -- but -- but you're careful to |  |
|  | 70:15 say "at a 95 percent confidence interval."  Right? | WONG 567 2.1 |
|  | 70:16   A. Well, I remember I was careful, because I |  |
|  | 70:17 said that there was a limited amount of data. | 05_21_18 Combo Jones V9-100 |
| 71:7 - 71:14 | **Wong, Natalie 10-18-2016 (00:00:18)** |  |
|  | 71:7   Q. as for number two, |  |
|  | 71:8 though, you say, "At a 95 percent confidence | WONG 567 2.1 |
|  | 71:9 interval, there is a significant difference between |  |
|  | 71:10 Recovery and G\|nther Tulip, Birds Nest, and SNF." |  |
|  | 71:11   A. Yes. |  |
|  | 71:12   Q. Right? |  |
|  | 71:13 And that significant difference is the | 567 |
|  | 71:14 Recovery has a higher risk |  |
| 71:14 - 71:17 | **Wong, Natalie 10-18-2016 (00:00:09)** | 05_21_18 Combo Jones V9-101 |
|  | 71:14  associated with |  |
|  | 71:15 it than those other filters.  Right? |  |
|  | 71:16   A. I think the math showed there was a |  |
|  | 71:17 difference, yes. |  |
| 71:21 - 72:1 | **Wong, Natalie 10-18-2016 (00:00:12)** | 05_21_18 Combo Jones V9-102 |
|  | 71:21   Q.   And the G\|nther Tulip and the Birds |  |
|  | 71:22 Nest, those are competitors of the Recovery.  Right? |  |
|  | 71:23   A. Yes. |  |
|  | 71:24   Q. And the SNF is actually the predicate |  |
|  | 71:25 device for the Recovery.  Right? |  |
|  | 72:1   A. Yes. |  |
| 72:6 - 72:7 | **Wong, Natalie 10-18-2016 (00:00:08)** | 05_21_18 Combo Jones V9-103 |
|  | 72:6   Q. The Recovery was not statistically |  |
|  | 72:7 equivalent to the SNF, based on your calculations |  |
| 72:9 - 72:10 | **Wong, Natalie 10-18-2016 (00:00:00)** | 05_21_18 Combo Jones V9-104 |
|  | 72:9 Right? |  |
|  | 72:10   A. Yes. |  |
| 73:10 - 73:22 | **Wong, Natalie 10-18-2016 (00:00:37)** | 05_21_18 Combo Jones V9-105 |

| Page/Line | Source | ID |
|---|---|---|
| | 73:10  Q. And my question is, based on your | |
| | 73:11 calculations here, would it be inaccurate to say that | |
| | 73:12 the Recovery filter is better than the SNF filter. | |
| | 73:13 Fair? | |
| | 73:14  A. Yes. | |
| | 73:15  Q. And it would be inaccurate to say it's -- | |
| | 73:16 it's the equivalent of the SNF filter? | |
| | 73:17  A. I don't know, no. | |
| | 73:18 Yes, they are not equivalent. | |
| | 73:19  Q. The SNF -- | |
| | 73:20  A. If that was your question. | |
| | 73:21  Q. Yeah, the -- the -- the Recovery filter is | |
| | 73:22 worse than the SNF, based on your calculations | |
| 73:23 - 73:24 | **Wong, Natalie 10-18-2016 (00:00:03)** | 05_21_18 Combo Jones V9.56 |
| | 73:23 Fair? | |
| | 73:24  A. Based on the limited data, yes. | |
| 73:25 - 74:4 | **Wong, Natalie 10-18-2016 (00:00:11)** | 05_21_18 Combo Jones V9.57 |
| | 73:25  Q. And that was the data you had | |
| | 74:1 available.  Right? | |
| | 74:2  A. Right.  And, normally, I wouldn't do this | |
| | 74:3 analysis without more datapoints, which is why I said | |
| | 74:4 "limited data," because I wasn't very confident. | |
| 77:7 - 77:8 | **Wong, Natalie 10-18-2016 (00:00:02)** | 05_21_18 Combo Jones V9.58 |
| | 77:7  Q. And is that something that you think | |
| | 77:8 physicians need to know? | |
| 77:12 - 77:20 | **Wong, Natalie 10-18-2016 (00:00:26)** | 05_21_18 Combo Jones V9.59 |
| | 77:12  A. Yes. | |
| | 77:13  Q. And is that something you're aware of ever | |
| | 77:14 being provided to physicians? | |
| | 77:15  A. That I don't know. | |
| | 77:16  Q. And, based on your calculations, let's look | |
| | 77:17 at page -- let's look at this chart that you did, the | |
| | 77:18 Product Statistical Summary chart.  Do you see where | Wong 10-7 |
| | 77:19 I'm looking? | |
| | 77:20  A. Yes. | |
| 78:1 - 78:4 | **Wong, Natalie 10-18-2016 (00:00:14)** | 05_21_18 Combo Jones V9.60 |
| | 78:1  Q. And despite not finding statistical | |
| | 78:2 significance with regards to any of the other | |
| | 78:3 filters, none of the other filters had even half of | |
| | 78:4 the -- the adverse | |

| Page/Line | 06_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | ID |
| --- | --- | --- |
| | Source | |
| 78:4 - 78:7 | **Wong, Natalie 10-18-2016 (00:00:07)** | 06_21_18 Combo Jones V9-01 |
| | 78:4 average that the | |
| | 78:5 Recovery did.  Fair? | |
| | 78:6  A.  Yes.  Based on the data provided. | |
| | 78:7  Q. And the Recovery had a higher average | WONG 517.3.4 |
| 78:8 - 78:21 | **Wong, Natalie 10-18-2016 (00:00:30)** | 06_21_18 Combo Jones V9-02 |
| | 78:8 associated with those filters than any of the | |
| | 78:9 other filters that you did the calculation for? | |
| | 78:10  A. Yes. | |
| | 78:11  Q. At least twice as much? | |
| | 78:12  A. Yes. | |
| | 78:13  Q. And with regard to the SNF, the average was | WONG 517.7.5 |
| | 78:14 literally zero.  Right? | |
| | 78:15  A. Yes. | |
| | 78:16  Q. And that was the predicate device for the | 1Nvl |
| | 78:17 Recovery? | |
| | 78:18  A. Yes. | |
| | 78:19  Q. And the Recovery is -- the Recovery is | |
| | 78:20 certainly not equivalent to or better than the SNF, | |
| | 78:21 fair, in this issue? | |
| 78:23 - 78:24 | **Wong, Natalie 10-18-2016 (00:00:05)** | 06_21_18 Combo Jones V9-03 |
| | 78:23 THE WITNESS:  Just based on these numbers, | |
| | 78:24 no, they're not equivalent. | |
| 79:2 - 79:9 | **Wong, Natalie 10-18-2016 (00:00:24)** | 06_21_18 Combo Jones V9-04 |
| | 79:2  Q. And what was this chart used for? | |
| | 79:3  A. I don't know what was -- what it was used | |
| | 79:4 for.  I summarize what I was looking at to provide to | |
| | 79:5 Doug, but it -- | |
| | 79:6  Q. And it was for -- oh, sorry, go ahead. | |
| | 79:7  A. You know, the number of samples for this | |
| | 79:8 data analysis was really low.  Typically, we want 30 | |
| | 79:9 samples to do -- | |
| 79:25 - 80:4 | **Wong, Natalie 10-18-2016 (00:00:16)** | 06_21_18 Combo Jones V9-05 |
| | 79:25  Q. But, just by your calculation, it | |
| | 80:1 wasn't statistically significant, within a 95 percent | |
| | 80:2 confidence interval? | |
| | 80:3  A. To calculate statistical significance, | |
| | 80:4 usually you need around 30 samples. | |
| 83:1 - 83:4 | **Wong, Natalie 10-18-2016 (00:00:14)** | 06_21_18 Combo Jones V9-06 |
| | 83:1  Q. To calculate the percent failure? | 1Nvl |

| Page/Line | Source | ID |
|---|---|---|

**05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9**

| Page/Line | Source | ID |
|---|---|---|
| | 83:2   A. I couldn't -- yeah, I couldn't predict the | |
| | 83:3 percent failure, because I think I needed more | |
| | 83:4 datapoints to help with analysis of it. | |
| 109:24 - 110:3 | **Wong, Natalie 10-18-2016 (00:00:15)** | |
| | 109:24   Q. All right, ma'am, I'm handing you what's | |
| | 109:25 been marked as Deposition Exhibit 540.  And this is | |
| | 110:1 titled -- this is a June 20th, 2006 "Recovery | |
| | 110:2 Fracture and Migration Complaint Update."  Correct? | |
| | 110:3   A. Yes. | |
| 110:7 - 110:9 | **Wong, Natalie 10-18-2016 (00:00:06)** | |
| | 110:7   Q. Is this something that you would have | |
| | 110:8 prepared? | |
| | 110:9   A. Yes.  Let me flip through real quick.  Yes. | |
| 111:16 - 111:21 | **Wong, Natalie 10-18-2016 (00:00:18)** | |
| | 111:16   Q. and if we look at SNF, SNF had | |
| | 111:17 three filter fractures in 84,520 units sold.  Right? | |
| | 111:18   A. Yes. | |
| | 111:19   Q. Versus the Recovery had 66 fractures in | |
| | 111:20 only 34,467 units sold.  Right? | |
| | 111:21   A. Yes. | |
| 114:18 - 114:20 | **Wong, Natalie 10-18-2016 (00:00:07)** | |
| | 114:18   A. Okay.  So this table is comparing the | |
| | 114:19 complaints that we have received and comparing it | |
| | 114:20 against the DFMEA rankings. | |
| 120:16 - 120:20 | **Wong, Natalie 10-18-2016 (00:00:13)** | |
| | 120:16   Q. You don't think it's important that an | |
| | 120:17 internal Bard analysis finding an undesirable risk | |
| | 120:18 assessment ranking for -- for fracture with regard to | |
| | 120:19 the Recovery is something that physicians and | |
| | 120:20 patients need to know about? | |
| 120:22 - 120:22 | **Wong, Natalie 10-18-2016 (00:00:06)** | |
| | 120:22 THE WITNESS:  I don't know. | |
| 121:15 - 121:16 | **Wong, Natalie 10-18-2016 (00:00:02)** | |
| | 121:15 THE WITNESS:  I think physicians should | |
| | 121:16 know. | |
| 129:1 - 129:9 | **Wong, Natalie 10-18-2016 (00:00:23)** | |
| | 129:1   Q. So if this is not an | |
| | 129:2 acceptable rate then why is it being used -- why is | |
| | 129:3 it included here as -- why is it relevant? | |
| | 129:4   A. It's a comparison. | |

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
| | 129:5  Q. Why compare something you don't think is | |
| | 129:6 acceptable? | |
| | 129:7  A. It was accepted by industry for the SIR | |
| | 129:8 guidelines.  We were just comparing our numbers to | |
| | 129:9 what those rates were in that article. | 05_21_18 Combo Jones V9.74 |
| 130:19 - 130:19 | **Wong, Natalie 10-18-2016 (00:00:01)** | |
| | 130:19  Q. Is that significant? | 05_21_18 Combo Jones V9.75 |
| 130:21 - 130:22 | **Wong, Natalie 10-18-2016 (00:00:06)** | |
| | 130:21 THE WITNESS:  It's higher.  I don't know if | |
| | 130:22 it's statistically significant.  It is higher. | 05_21_18 Combo Jones V9.76 |
| 131:7 - 131:12 | **Wong, Natalie 10-18-2016 (00:00:18)** | |
| | 131:7 It's not accurate to say that the RNF was | |
| | 131:8 an improvement on the SNF with regard to fracture. | |
| | 131:9 Fair? | |
| | 131:10  A. I don't know.  SNF is a permanent filter, | |
| | 131:11 Recovery's retrievable.  So the true rate of fracture | |
| | 131:12 on a SNF, I don't know what that is. | 05_21_18 Combo Jones V9.77 |
| 135:3 - 135:13 | **Wong, Natalie 10-18-2016 (00:00:41)** | 5/20/0 542.1 |
| | 135:3  Q. What is being marked as Deposition Exhibit | |
| | 135:4 542. | |
| | 135:5  A. Thank you. | |
| | 135:6  Q. And this is an e-mail exchange between you | W212/0 542.1.1 |
| | 135:7 and Sandy Kerns, on December 2nd of 2009.  Correct? | |
| | 135:8  A. Yes.  I was in field assurance at the time. | |
| | 135:9  Q. And who is Sandy Kerns? | |
| | 135:10  A. She's a field assurance coordinator. | |
| | 135:11  Q. Okay.  And she e-mails you and says "How | 5/20/0 542.1.2 |
| | 135:12 many filters fractures were in November?"  Right? | |
| | 135:13  A. Yes. | 05_21_18 Combo Jones V9.78 |
| 135:18 - 136:5 | **Wong, Natalie 10-18-2016 (00:00:36)** | 5/20/0 542.1.3 |
| | 135:18  Q. And your -- your response was "19." | |
| | 135:19 Correct? | |
| | 135:20  A. Yes. | |
| | 135:21  Q. That means there was 19 filter fractures | |
| | 135:22 reported in November of 2009 -- | |
| | 135:23  A. Yes. | |
| | 135:24  Q. -- is that right? | |
| | 135:25 Is 19 a lot of fractures for a month? | |
| | 136:1  A. I don't remember.  It sounds like a lot. | 13132 |
| | 136:2  Q. Well, if there was 19 reported for one | |

| Page/Line | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 Source | ID |
|---|---|---|
| | 136:3 month, over the course of a year, that extrapolates | |
| | 136:4 to 221.  Right? | |
| | 136:5  A. Yeah, around that. | |
| 136:10 - 136:13 | Wong, Natalie 10-18-2016 (00:00:07) | 05_21_18 Combo Jones V9 74 |
| | 136:10   Q. It sounds like you're | |
| | 136:11 right, because Sandy's response is "youch."  Correct? | WONG 542-1-4 |
| | 136:12   A. Uh-huh.  Yup. | |
| | 136:13   Q. And what do you think she meant by that? | |
| 136:15 - 136:15 | Wong, Natalie 10-18-2016 (00:00:02) | 05_21_18 Combo Jones V9 80 |
| | 136:15 THE WITNESS:  That it's a lot for a month. | |
| 136:17 - 137:4 | Wong, Natalie 10-18-2016 (00:00:37) | 05_21_18 Combo Jones V9 81 |
| | 136:17   Q. what was done within Bard about | EWP |
| | 136:18 the fact that there was 19 filter fractures reported | |
| | 136:19 in a single month? | |
| | 136:20   A. I don't know.  I mean, I would have to look | |
| | 136:21 at what those 19 were.  I don't know -- I don't | |
| | 136:22 recall, from 2009, if there was a trend. | |
| | 136:23   Q. Okay.  If you're -- if Bard is seeing | |
| | 136:24 something like 19 filter fractures in a single month, | |
| | 136:25 is -- how would they let physicians or patients know | |
| | 137:1 about this? | |
| | 137:2   A. They wouldn't let physicians or patients | |
| | 137:3 know yet.  I think we would look at the 19 and | |
| | 137:4 understand why there were 19. | |
| 140:5 - 140:10 | Wong, Natalie 10-18-2016 (00:00:12) | 05_21_18 Combo Jones V9 82 |
| | 140:5   Q. At what point in the process would -- would | |
| | 140:6 physicians and patients be made aware of a spike in | |
| | 140:7 fractures? | |
| | 140:8   A. If it was a true spike, and we couldn't | |
| | 140:9 explain it, it would go down the investigation | |
| | 140:10 pathway. | |
| 141:17 - 142:6 | Wong, Natalie 10-18-2016 (00:00:46) | 05_21_18 Combo Jones V9 83 |
| | 141:17   Q. And do you have 543 in front of you? | WONG 543-1 |
| | 141:18   A. Yes. | |
| | 141:19   Q. And this is an e-mail from you to several | WONG 543-1-3 |
| | 141:20 people attaching a presentation on caudal migration. | |
| | 141:21 Correct? | |
| | 141:22   A. Yes, for G2. | |
| | 141:23   Q. Yeah, excuse me, for G2.  And it's dated | |
| | 141:24 March 2nd of 2006? | |

| 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

141:25  A. Yes.

142:1  Q. And was this something you prepared?

142:2  A. Yes.

142:3  Q. And you were actually the lead investigator

142:4 on the G2 caudal migration failure investigations

142:5 report. Right?

142:6  A. Yes. With the support of my team.

145:19 - 145:22  **Wong, Natalie 10-18-2016 (00:00:08)**

145:19  Q. And now look at the next page, if you

145:20 would. Here we've got "G2 Compared to SNF and RNF,"

145:21 is the heading. Right?

145:22  A. Yes.

146:14 - 146:20  **Wong, Natalie 10-18-2016 (00:00:37)**

146:14  Q. And fair to say that the Recovery is more

146:15 resistant to caudal migration than the G2?

146:16  A. Yeah, I don't think we had that many

146:17 reports of caudal migration with Recovery.

146:18  Q. And the SNF is, given that it had zero

146:19 caudal migrations reported, it's certainly more

146:20 resistant to caudal migration than the G2. Correct?

146:22 - 146:23  **Wong, Natalie 10-18-2016 (00:00:03)**

146:22 THE WITNESS: Yes, there were no caudal

146:23 migrations of the SNF.

148:6 - 148:10  **Wong, Natalie 10-18-2016 (00:00:16)**

148:6  Q. And it would be -- based on the data

148:7 that's -- the available data that's in this

148:8 spreadsheet, it would be inaccurate to say that the

148:9 G2 was more stable than the -- than the RNF.

148:10 Correct?

148:12 - 148:12  **Wong, Natalie 10-18-2016 (00:00:05)**

148:12 THE WITNESS: Yes.

151:19 - 152:9  **Wong, Natalie 10-18-2016 (00:00:50)**

151:19  Q. Okay. Look at the next page, if you would.

151:20 This is the caudal severity description. And I'm

151:21 looking at type III and type IV. Caudal migration

151:22 can be -- can result in a reintervention to remove

151:23 the filter. Right?

151:24  A. Yes, for -- for the type III.

151:25  Q. And, yeah, and caudal migration can result

152:1 in the need to repair damage to a patient's anatomy?

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |

152:2  A. Yes.

152:3  Q. And caudal migration can result in patient

152:4 injury?

152:5  A. Yes.

152:6  Q. And caudal migration can result in a filter

152:7 no longer providing its primary function of -- of

152:8 protection from pulmonary embolism?

152:9  A. Yes.

**153:13 - 153:17  Wong, Natalie 10-18-2016 (00:00:09)**

153:13  Q. And caudal migration can result in -- in

153:14 death, correct, according to the type IV?

153:15  A. Yes.

153:16  Q. And life-threatening injury?

153:17  A. Yes.

**154:8 - 156:3  Wong, Natalie 10-18-2016 (00:02:28)**

154:8  Q. Okay.  Well, the -- the ultimate ranking on

154:9 this, and you -- it's in a red box, pointing to quad

154:10 level states, that for type III and type IV the quad

154:11 level was, "Unacceptable risk per FMEA, type III

154:12 above threshold."  Correct?

154:13  A. Yes, that's what it says.

154:14  Q. And -- and what does that mean?

154:15  A. So it's saying, with the severity that's

154:16 been established with our complaint rate, that our --

154:17 that for type III, it's above the threshold of .05

154:18 percent.

154:19  Q. And so if you look down in the -- in the

154:20 left-hand corner, it -- if you look at quad versus

154:21 detection ranking, B says, Quad 3 or 4, which we've

154:22 got, right?  It's a Quad 3 or 4, isn't it, type III

154:23 or type --

154:24  A. Sorry, yes.

154:25  Q. And then it says "with detection of three

155:1 to five" -- and we've got detection of five.

155:2 Correct?

155:3  A. Yes.

155:4  Q. -- "requires recommended action prior to

155:5 product release."  Right?

155:6  A. Yes.

155:7  Q. And in this case, the G2 has already been

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |

155:8 released. Right?
155:9   A. Right.
155:10   Q. And so what was done to inform patients and
155:11 physicians that additional recommend -- that
155:12 additional actions were needed, and that there was an
155:13 unacceptable risk?
155:14   A. There was no communication.
155:15   Q. Why not?
155:16   A. Because I think when we started
155:17 investigating this, there were 13 and we're still
155:18 investigating why we haven't gone through the whole
155:19 investigation process yet.
155:20   Q. But you've got a -- you've got a product
155:21 that's already on the market. Right?
155:22   A. Yes.
155:23   Q. And you've got an unacceptable risk per
155:24 Bard's internal FMEA analysis. Right?
155:25   A. Through this analysis, yes.
156:1   Q. And you've got -- and -- and that requires
156:2 action to be taken by Bard. Correct?
156:3   A. Yes.

**156:19 - 157:3    Wong, Natalie 10-18-2016 (00:00:32)**
156:19   Q. You've had 13 complaints in 8,000 sales
156:20 with this -- with this G2 filter of caudal migration,
156:21 and only three in over 30,000 with the RNF. Right?
156:22   A. Right.
156:23   Q. So that's -- that's trending in a bad
156:24 direction for -- with regard to caudal migration.
156:25 Fair?
157:1   A. Yes, but it's also limited data, because
157:2 when I put the summary together, I think we're four
157:3 months.

**157:11 - 157:15    Wong, Natalie 10-18-2016 (00:00:26)**
157:11   Q. And type III includes that "the filter is
157:12 no longer providing primary function of protection
157:13 from PE," right? Or a perforation or an injury.
157:14 Correct?
157:15   A. Yes.

**157:16 - 157:21    Wong, Natalie 10-18-2016 (00:00:19)**
157:16   Q. So this is -- this is a relatively

| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

157:17 significant typing, right, I mean, type III is the

157:18 second -- second to highest?

157:19   A. If the complaint came in and if -- and

157:20 if -- it was any one of those three, being

157:21 conservative, we'd marked it as a type III.

**158:7 - 158:25**   Wong, Natalie 10-18-2016 (00:00:50)

158:7   Q. So even under Bard's own analysis,

158:8 the G2 caudal migration risk was unacceptable as of

158:9 this date?

158:10   A. Unacceptable -- unacceptable per the FMEA.

158:11   Q. Which is Bard's internal analysis.

158:12 Correct?

158:13   A. Yes.

158:14   Q. Now, looking at the next page, this is the

158:15 R002 ranking.  Correct?

158:16   A. Yes.

158:17   Q. And it ranks type III migrations as a

158:18 potential severity of critical.  Right?

158:19   A. Yes.

158:20   Q. And critical means, "A failure that can

158:21 contribute to death, severe injury, permanent

158:22 significant disability or severe occupational illness

158:23 in a patient or device user."

158:24 Did I read that correctly?

158:25   A. Yes.

**160:12 - 160:14**   Wong, Natalie 10-18-2016 (00:00:07)

160:12 MR. DEGREEFF:  All right.  I'm handing you

160:13 what's being marked as Deposition Exhibit 544, I

160:14 believe.

**160:17 - 160:22**   Wong, Natalie 10-18-2016 (00:00:17)

160:17   Q. And this is an e-mail from you to a bunch

160:18 of people.  Right?

160:19   A. Yes.

160:20   Q. And you are providing documents for a

160:21 meeting on May 18th of 2006?

160:22   A. Yes.

**164:9 - 164:13**   Wong, Natalie 10-18-2016 (00:00:17)

164:9   Q. Well, as of April 28th, 2006, in your

164:10 memorandum right here is a statement about how to

164:11 prevent caudal migration.  Correct?

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9** | |
| | 164:12   A. It's a statement of what Greenfield did to | |
| | 164:13 prevent caudal migration. | |
| 164:14 - 164:15 | **Wong, Natalie 10-18-2016 (00:00:01)** | |
| | 164:14   Q. and that worked for | |
| | 164:15 Greenfield.  Fair? | |
| 164:17 - 164:17 | **Wong, Natalie 10-18-2016 (00:00:01)** | |
| | 164:17 THE WITNESS:  That I don't know. | |
| 164:19 - 164:23 | **Wong, Natalie 10-18-2016 (00:00:21)** | |
| | 164:19   Q. Well, if you have this as an -- as an | |
| | 164:20 option in 2006, and this is what was ultimately done | |
| | 164:21 on the Meridian, why did it take over five years to | |
| | 164:22 release a product with caudal anchors? | |
| | 164:23   A. I don't know.  I wasn't on the team. | |
| 167:18 - 167:20 | **Wong, Natalie 10-18-2016 (00:00:02)** | |
| | 167:18   Q. Aren't you a -- a part of new product | |
| | 167:19 development? | |
| | 167:20   A. Yes. | |
| 167:22 - 168:2 | **Wong, Natalie 10-18-2016 (00:00:18)** | |
| | 167:22 do you not have an | |
| | 167:23 understanding of how long it should take to -- to | |
| | 167:24 make a change to a product? | |
| | 167:25   A. I have an understanding of the steps we | |
| | 168:1 need to release a product, but for an implant, like a | |
| | 168:2 filter, I don't know what is a reasonable time frame. | |
| 168:9 - 168:16 | **Wong, Natalie 10-18-2016 (00:00:23)** | |
| | 168:9   Q. I mean, you can literally get a new device | |
| | 168:10 up and running with the bench testing and everything | |
| | 168:11 else in less than five years? | |
| | 168:12   A. I don't know.  I don't know what new test | |
| | 168:13 methods we would have needed to develop during that | |
| | 168:14 time frame.  I don't know the animal studies that we | |
| | 168:15 would need to do.  I don't know.  I wasn't part of | |
| | 168:16 filter development. | |
| 168:22 - 168:24 | **Wong, Natalie 10-18-2016 (00:00:07)** | |
| | 168:22   Q. And this was essentially the -- Meridian | |
| | 168:23 was essentially the same product with caudal anchors | |
| | 168:24 added.  Correct? | |
| 169:1 - 169:2 | **Wong, Natalie 10-18-2016 (00:00:02)** | |
| | 169:1 THE WITNESS: I don't know.  I was not on | |
| | 169:2 Meridian. | |

| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

170:6 - 170:12 **Wong, Natalie 10-18-2016 (00:00:15)**
170:6   Q. you've been handed what's
170:7 marked as Deposition -- and I have no idea -- can you
170:8 tell us what the number is?
170:9   A. 545.
170:10  Q. Okay.  And this is an e-mail from you to
170:11 Gin Schulz on July 13th of 2006.  Correct?
170:12  A. Yes.

170:19 - 170:23 **Wong, Natalie 10-18-2016 (00:00:17)**
170:19   Q. Okay.  And if you look on page 2 of 15 of
170:20 the caudal migration, it lists -- it lists -- under
170:21 2.0 it lists you as the primary investigator.
170:22 Correct?
170:23  A. Yes.

176:7 - 176:10 **Wong, Natalie 10-18-2016 (00:00:12)**
176:7   Q. So, per Bard's -- per Bard's rationale in
176:8 this -- in this failure investigation report, the
176:9 over -- the -- a caudal migration represents a
176:10 significant risk.  Fair?

176:12 - 176:13 **Wong, Natalie 10-18-2016 (00:00:03)**
176:12 THE WITNESS: Per the DFMEA, it's a
176:13 Quad 3 significant risk.

178:18 - 178:20 **Wong, Natalie 10-18-2016 (00:00:04)**
178:18   Q. During your time on the G2 filter, was a
178:19 root cause ever identified?
178:20   A. No.

179:4 - 179:13 **Wong, Natalie 10-18-2016 (00:00:25)**
179:4   Q. If you look down at -- at 10.3, it says
179:5 "Preventative Action."
179:6   A. Yes.
179:7   Q. Under that it says, "none."
179:8   A. Yes.
179:9   Q. So Bard essentially opted to do nothing
179:10 with regard to preventative action on the caudal
179:11 migration?
179:12   A. No preventative actions, but there were
179:13 corrective actions.

179:19 - 179:22 **Wong, Natalie 10-18-2016 (00:00:06)**
179:19   Q. that doesn't help any, any
179:20 physicians or patients, unless they're told about the

| Page/Line | Source | ID |
|---|---|---|
| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |

| Page/Line | Source | ID |
|---|---|---|
| | 179:21 issue.  Right? | |
| | 179:22  A. Yes. | |
| 181:11 - 181:14 | **Wong, Natalie 10-18-2016 (00:00:06)** | 05_21_18 Combo Jones V9.114 |
| | 181:11   Q. what they decided | |
| | 181:12 to do with regard to remedial action and preventative | |
| | 181:13 action was nothing.  Right? | |
| | 181:14   A. At this time, no. | |
| 181:18 - 181:22 | **Wong, Natalie 10-18-2016 (00:00:11)** | 05_21_18 Combo Jones V9.115 |
| | 181:18   Q. Preventative actions and remedial actions | |
| | 181:19 would be something that done outside of the company | |
| | 181:20 to actually try to -- try to prevent injuries from | |
| | 181:21 occurring? | |
| | 181:22   A. Yes.  There were none. | |
| 184:6 - 185:5 | **Wong, Natalie 10-18-2016 (00:01:08)** | 05_21_18 Combo Jones V9.116 |
| | 184:6   Q. So does this mean that the G2, | |
| | 184:7 percentagewise, had a greater number of leg | |
| | 184:8 detachments than the RNF? | |
| | 184:9   A. Yes. | |
| | 184:10   Q. And then if you look down further | |
| | 184:11 there's -- it says, "Caudal migration."  Correct? | |
| | 184:12   A. Yes. | |
| | 184:13   Q. G2, 14 percent; RNF, 3 percent? | |
| | 184:14   A. Yes. | |
| | 184:15   Q. Comments says, "G2 more caudal than RNF"? | |
| | 184:16   A. Yes. | |
| | 184:17   Q. And this is in November 30th of 2008. | |
| | 184:18 Correct? | |
| | 184:19   A. Yes. | |
| | 184:20   Q. And this was -- this increased rate of | |
| | 184:21 caudal migration with the G2 versus the RNF is | |
| | 184:22 consistent with everything we looked at in your 2006 | |
| | 184:23 PowerPoints also.  Right? | |
| | 184:24   A. Yes, G2 had more caudal than RNF, yes. | |
| | 184:25   Q. And caudal migration is an aspect of | |
| | 185:1 stability of the filter.  Fair? | |
| | 185:2   A. Yes. | |
| | 185:3   Q. So would it be inaccurate to say that the | |
| | 185:4 G2 had increased stability over the Recovery? | |
| | 185:5   A. I don't know. | |
| 185:6 - 186:7 | **Wong, Natalie 10-18-2016 (00:01:27)** | 05_21_18 Combo Jones V9.117 |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9

| Page/Line | Source | ID |
|---|---|---|
| | 185:6   Q. Well, certainly, with regard to caudal | |
| | 185:7 migration, it lacks stability in comparison to the | |
| | 185:8 Recovery.  Correct? | |
| | 185:9   A. In the caudal migration direction. | |
| | 185:10   Q. Okay.  Well, look at the next one down, | |
| | 185:11 cephalad migration, that's -- that's towards the | |
| | 185:12 head.  Correct? | |
| | 185:13   A. Yes. | |
| | 185:14   Q. And you've got the G2 and the RNF both have | |
| | 185:15 4 percent migration rate, right, cephalad migration | |
| | 185:16 rate? | |
| | 185:17   A. Yes. | |
| | 185:18   Q. And the comment is "same."  Correct? | |
| | 185:19   A. Yes, I'm just confused, though, with this | |
| | 185:20 chart. | |
| | 185:21   Q. Well, so you're looking at -- you've got | |
| | 185:22 the G2 has a higher rate of migration, of caudal | |
| | 185:23 migration rate than the RNF.  Right? | |
| | 185:24   A. Yes, but I think it might be relative to | |
| | 185:25 filter fracture. | |
| | 186:1   Q. Well, there's -- there's a separate line | |
| | 186:2 item in here that deals with limb detachments. | |
| | 186:3 Right? | |
| | 186:4   A. Yes, but this packet is for G2 and G2X | |
| | 186:5 fracture analysis.  So I think these are fractures. | |
| | 186:6 And of those fractures, how many were caudal | |
| | 186:7 migration in association with the fracture. | |
| 191:8 - 191:23 | **Wong, Natalie 10-18-2016 (00:00:33)** | |
| | 191:8   Q. You're going to be handed what's been | |
| | 191:9 marked as Deposition Exhibit 547.  Have you got that | |
| | 191:10 in front of you? | |
| | 191:11   A. Yes. | |
| | 191:12   Q. And if you look at the very top, there's an | |
| | 191:13 e-mail from you to Brian Hudson with the subject | |
| | 191:14 line, "FDA Request for Information."  Correct? | |
| | 191:15   A. Yes. | |
| | 191:16   Q. And the date is May 9th of 2006? | |
| | 191:17   A. Yes. | |
| | 191:18   Q. And there are some attachments to that.  It | |
| | 191:19 looks like three different attachments? | |

| Page/Line | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | ID |
|---|---|---|
| | **Source** | |

|  |  |  |
|---|---|---|
| | 191:20  A. Yes. | |
| | 191:21  Q. And your e-mail says, "Please see | |
| | 191:22 attached"? | |
| | 191:23  A. Yes. | |
| 201:5 - 201:15 | **Wong, Natalie 10-18-2016 (00:00:27)** | 05_21_18 Combo Jones V9 118 |
| | 201:5   Q. it's your understanding of the | |
| | 201:6 SIR guidelines as the -- one of the people that's in | |
| | 201:7 new product development and a member of the quality | |
| | 201:8 engineering team, that the SIR guidelines represent a | |
| | 201:9 threshold for migra -- for caudal migration? | |
| | 201:10   A. There's threshold numbers in the SIR | |
| | 201:11 guidelines, but we set our own internal threshold to | |
| | 201:12 be lower than that. | |
| | 201:13   Q. You set your own internal threshold lower | |
| | 201:14 than the SIR guidelines? | |
| | 201:15   A. Yeah, which -- yeah. | |
| 201:16 - 202:11 | **Wong, Natalie 10-18-2016 (00:01:06)** | 05_21_18 Combo Jones V9 119 |
| | 201:16   Q. Then why would Bard | |
| | 201:17 tell the FDA that the SIR thresh -- SIR guidelines | |
| | 201:18 thresholds were -- were important? | |
| | 201:19   A. Because I think that's what was out there | |
| | 201:20 in industry was this SIR guidelines. | |
| | 201:21   Q. Isn't it more likely that it's because Bard | |
| | 201:22 failed its own internal threshold, so it had to come | |
| | 201:23 up with some threshold that it passed? | |
| | 201:24   A. I don't know. | |
| | 201:25   Q. That's certainly possible, isn't it? | |
| | 202:1   A. It is possible, but I think the SIR | |
| | 202:2 guidelines are what industry was saying is clinically | |
| | 202:3 relevant threshold percentage. | |
| | 202:4   Q. And if you look at -- so, there was a | |
| | 202:5 threshold of 2 percent, as reported to the FDA here? | |
| | 202:6 You see the threshold -- movement migration, | |
| | 202:7 threshold from SIR guidelines 2 percent? | |
| | 202:8   A. Yes. | |
| | 202:9   Q. That would mean it was acceptable for 1 in | |
| | 202:10 50 -- for 1 in 50 filters to migrate.  Right? | |
| | 202:11   A. Yes, per the guidelines. | |
| 202:12 - 202:15 | **Wong, Natalie 10-18-2016 (00:00:14)** | 05_21_18 Combo Jones V9 120 |
| | 202:12   Q. Does that sound acceptable to you? | |

| 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 202:13   A. I don't know.  It's -- I think it's up to | |
| | 202:14 the physician to under -- to determine what's | |
| | 202:15 significantly -- what's a significant migration. | |
| 202:18 - 203:8 | **Wong, Natalie 10-18-2016 (00:00:35)** | |
| | 202:18   Q. My question is, does 1 in 50 filter | |
| | 202:19 migrations sound like something that Bard would deem | |
| | 202:20 acceptable? | |
| | 202:21   A. No. | |
| | 202:22   Q. But -- but here Bard is telling the FDA | |
| | 202:23 that's an acceptable threshold? | |
| | 202:24   A. From industry guidelines, SIR guidelines. | |
| | 202:25   Q. Yeah, but Bard -- | |
| | 203:1   A. But we're not close to that number, we're | |
| | 203:2 at .129 percent. | |
| | 203:3   Q. Yeah, but my question is, I mean, here Bard | |
| | 203:4 is telling the FDA that a clinically relevant | |
| | 203:5 threshold for migration is 2 percent, but yet | |
| | 203:6 internally applying a much stricter threshold. | |
| | 203:7 Right? | |
| | 203:8   A. Yes. | |
| 203:9 - 203:14 | **Wong, Natalie 10-18-2016 (00:00:17)** | |
| | 203:9   Q. Why would you need to pass | |
| | 203:10 on that -- that 2 percent threshold to the FDA, | |
| | 203:11 unless it was because Bard didn't pass its own | |
| | 203:12 internal thresholds? | |
| | 203:13   A. I mean, I know we set our -- ours more | |
| | 203:14 rigorous. | |
| 204:1 - 205:2 | **Wong, Natalie 10-18-2016 (00:01:13)** | |
| | 204:1   Q. Well, let's look at the next | |
| | 204:2 paragraph down, it says, "Per table 1 above, BPV's | |
| | 204:3 overall migration rate is within the range of | |
| | 204:4 reported (0 to 18 percent), and below the threshold | |
| | 204:5 (2 percent) rates, as described in the SIR quality | |
| | 204:6 improvement guidelines.  In conclusion, the G2 filter | |
| | 204:7 migration rate is below the risk threshold per BPV's | |
| | 204:8 internal risk management system, and is below the | |
| | 204:9 event rates and threshold reported in the SIR quality | |
| | 204:10 improvement guidelines." | |
| | 204:11 Did I read that correctly? | |
| | 204:12   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | **05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9** | |
| | 204:13  Q. So Bard is certainly using the | |
| | 204:14 SIR threshold here as the threshold -- one of the | |
| | 204:15 threshold rates that it is better than.  Correct? | |
| | 204:16  A. Yes. | |
| | 204:17   Q. But yet it's not using that internally as a | |
| | 204:18 threshold.  Right? | |
| | 204:19  A. No. | |
| | 204:20  Q. And Bard would never consider 1 in 50 | |
| | 204:21 filters migrating to be -- to be a reasonable | |
| | 204:22 standard, would they? | |
| | 204:23  A. No, which is why we set ours lower. | |
| | 204:24  Q. Okay.  And it then says that Bard's G2 | |
| | 204:25 filter migration rate is below the risk threshold per | |
| | 205:1 its risk management system.  Right? | |
| | 205:2  A. Yes. | 05_21_18 Combo Jones V9.124 |
| 205:3 - 205:8 | **Wong, Natalie 10-18-2016 (00:00:15)** | |
| | 205:3  Q. Well, that's not right.  I know -- we know | |
| | 205:4 that it -- we know that it initially failed it until | |
| | 205:5 it did the reassessment.  Right? | |
| | 205:6  A. But I need to look at the DFMEA, to see if | |
| | 205:7 we increased our overall risk profile, because I -- I | |
| | 205:8 can't derive that from this paragraph. | 05_21_18 Combo Jones V9.125 |
| 206:2 - 206:10 | **Wong, Natalie 10-18-2016 (00:00:19)** | |
| | 206:2   Q. But it's cool, because we reassessed. | |
| | 206:3 Right? | |
| | 206:4  A. No, it's not.  We reevaluated it, but I | |
| | 206:5 need to see that DFMEA to see what that means. | |
| | 206:6   Q. As you sit here as the person who was in | |
| | 206:7 charge of the G2 caudal migration failure | |
| | 206:8 investigation, you don't remember anything about | |
| | 206:9 that? | |
| | 206:10  A. I need to go back to the document. | 05_21_18 Combo Jones V9.126 |
| 206:15 - 206:15 | **Wong, Natalie 10-18-2016 (00:00:01)** | |
| | 206:15  Q. what they say here is, | 05_21_18 Combo Jones V9.127 |
| 206:18 - 206:22 | **Wong, Natalie 10-18-2016 (00:00:19)** | |
| | | 00:00:147.2.2 |
| | 206:18 "design failure modes and effects analysis | |
| | 206:19 for this product, the expected frequency of | |
| | 206:20 occurrence for a cephalad migration, resulting in an | |
| | 206:21 effect (i.e., severity) similar to this complaint, is | |
| | 206:22 less than or equal to .05 percent." | |

| | 05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 206:24 - 207:3 | **Wong, Natalie 10-18-2016 (00:00:10)** | 05_21_18 Combo Jones V9 124 |
| | 206:24  A. Yes. | |
| | 206:25  Q. And it then says "The observed frequency of | 206:24-247.3.3 |
| | 207:1 occurrence is .016 percent as of April 30th, 2006." | |
| | 207:2 Right? | |
| | 207:3  A. Yes. | |
| 214:2 - 214:10 | **Wong, Natalie 10-18-2016 (00:00:20)** | 05_21_18 Combo Jones V9.125 |
| | 214:2  Q. There was nothing done to the G2X to | CXYL |
| | 214:3 improve its potential for complications, like tilt, | |
| | 214:4 fracture, migration, perforation, things like that. | |
| | 214:5 Correct? | |
| | 214:6  A. Correct. | |
| | 214:7  Q. So it makes sense to combine those two | |
| | 214:8 devices in doing an analysis of not just fractures, | |
| | 214:9 but other complications.  True? | |
| | 214:10  A. Yes. | |
| 249:13 - 250:9 | **Wong, Natalie 10-18-2016 (00:01:13)** | 05_21_18 Combo Jones V9.187 |
| | 249:13  Q. Okay.  549 is an e-mail -- well, it | |
| | 249:14 actually is -- yes, it is an e-mail, dated May 27, | |
| | 249:15 2004 from Natalie Wong to Doug Uelmen.  Does this | |
| | 249:16 help refresh your recollection as to whether or not | |
| | 249:17 you might have actually gotten more involved in this | |
| | 249:18 analysis and procedure than after May 21? | |
| | 249:19  A. I think -- yeah, I remember -- I remember | |
| | 249:20 seeing this e-mail now. | |
| | 249:21   Q. And you wrote -- and you wrote this e-mail | |
| | 249:22 to Mr. Uelmen on May 27, 2004? | |
| | 249:23  A. Yes. | |
| | 249:24  Q. And it's -- the subject matter is Recovery | |
| | 249:25 stats.  Right? | |
| | 250:1  A. Yes. | |
| | 250:2  Q. And do you see where you report to Doug | |
| | 250:3 that you're "using the criteria you indicated this | |
| | 250:4 morning," meaning Doug.  Right? | |
| | 250:5  A. Yes. | |
| | 250:6  Q. "I have evaluated the data."  Right? | |
| | 250:7  A. Yes. | |
| | 250:8  Q. So he's having you evaluate more data? | |
| | 250:9  A. Yes. | |
| 253:11 - 253:15 | **Wong, Natalie 10-18-2016 (00:00:10)** | 05_21_18 Combo Jones V9 124 |

| Page/Line | Source | ID |
|---|---|---|

05_21_18 Combo Jones V9-Wong 10-18-16 Jones Trial Designations V9

253:11  Q.   So as more data's coming in, you're
253:12 being provided -- you're using the same computer
253:13 program to see if you can come up with statistical
253:14 significance, 95 percent confidence level.  True?
253:15  A. Yes.

**254:21 - 255:14**   **Wong, Natalie 10-18-2016 (00:00:46)**
254:21  Q.   I mean, did you know as of May of
254:22 2004, they were actually in the process of
254:23 redesigning the Recovery filter because they knew
254:24 they had a crisis with respect to its propensity to
254:25 migrate and fracture?
255:1  A. I didn't know that at that point.
255:2  Q. You found that out at some point.  Right?
255:3  A. Yeah, some point later.
255:4  Q. That this thing was not designed to take
255:5 care of the type of -- type of clots that it was
255:6 designed to take care of.  You learned that.  Right?
255:7  A. Yes.
255:8  Q. But yet it continued to sell the product,
255:9 knowing that it had design issues and failures.
255:10 True?
255:11  A. Yes.
255:12  Q. And it didn't stop until it had the G2
255:13 filter available to -- to market?
255:14  A. Yes.

**257:2 - 257:10**   **Wong, Natalie 10-18-2016 (00:00:23)**
257:2  Q. So then, as of May 27, 2004, the Recovery's
257:3 reporting rate for death events was statistically
257:4 significantly higher than five of the seven other
257:5 filters on the market.  Right?  True?
257:6  A. Compared to five --
257:7  Q. Five other --
257:8  A. Yes.
257:9  Q. Five other devices on the market?
257:10  A. Yes.

**283:12 - 283:12**   **Wong, Natalie 10-18-2016 (00:00:03)**
283:12 THE REPORTER: 552.

**283:15 - 283:22**   **Wong, Natalie 10-18-2016 (00:00:16)**
283:15  Q. Do you recognize this document?
283:16  A. In general, yes.

| Page/Line | Source | ID |
|---|---|---|
| | 283:17  Q. Okay.  And this is you here.  Right? | |
| | 283:18  A. Yes. | |
| | 283:19  Q. This is a memorandum you prepared? | |
| | 283:20  A. Along with Micky, yes. | |
| | 283:21  Q. With Micky Graves.  Who is Micky Graves? | |
| | 283:22  A. He's an R&D engineer. | |
| 287:20 - 287:23 | Wong, Natalie 10-18-2016 (00:00:06) | 05_21_18 Combo Jones V9 143 |
| | 287:20  Q. So somebody asked you for the data | |
| | 287:21 comparing the Recovery filter to the Simon Nitinol | |
| | 287:22 filter.  Right? | |
| | 287:23  A. Yes. | |
| 288:19 - 289:3 | Wong, Natalie 10-18-2016 (00:00:30) | 05_21_18 Combo Jones V9 144 |
| | 288:19  Q. And you determined that as of January 31, | |
| | 288:20 '06, that in the lifetime of the Recovery filter, | |
| | 288:21 there were 95 fractures, including one in a clinical | |
| | 288:22 trial, and the Simon Nitinol filter as of the third | |
| | 288:23 quarter of 2005 had three fractures.  Right? | |
| | 288:24  A. Yes. | |
| | 288:25  Q. And the Simon Nitinol filter had been on | |
| | 289:1 the market for at least 10 years longer than the | |
| | 289:2 Recovery filter.  Right? | |
| | 289:3  A. I don't remember. | |

Plaintiffs Designations = 00:24:46
Defense Designations = 00:14:58
Pliaintiffs and Defense Designations = 00:03:05
Total Time = 00:42:49

Documents Shown
WONG 537
WONG 540
WONG 542
WONG 543
WONG 544
WONG 545
WONG 546
WONG 547