## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No. 2:15-md-2641-DGC

**THIS DOCUMENT RELATES TO:**
Amanda Barnes v. C.R. Bard, et al
Civil Action No..: 2:18-cv-01056-DGC

DAVID G. CAMPBELL
U.S. DISTRICT JUDGE

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Amanda Barnes, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

It is further agreed that the voluntary dismissal will only apply to docket number 2:18-cv-01056-DGC and will not have any effect on any other cases filed in regard to Plaintiff Amanda Barnes with different docket numbers.

RESPECTFULLY SUBMITTED this 14th day of June 2018.

*/s/ William B. Curtis*
William B. Curtis, Esq.
CURTIS LAW GROUP
12225 Greenville Ave., Suite 750
Dallas, TX 75243
Telephone: (214) 890-1000
Facsimile: (225) 890-1010
bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


By: /s/ William Curtis
WILLIAM B. CURTIS, ESQ.