IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Mary Maslayak

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   n/a

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:
Pennsylvania Eastern District Court, Philadelphia

8. Defendants (check Defendants against whom Complaint is made):
   - ☑ C. R. Bard Inc.
   - ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☑ Diversity of Citizenship
   - ☑ Other: MDL 2641 Centralization
   
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   
   _____
   
   _____
   
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☑ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

| | ☐ | Denali® Vena Cava Filter |
|---|---|---|
| | ☐ | Other: _____ |

11. Date of Implantation as to each product:
    04/18/2011
    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | | |
|---|---|---|---|
| ☑ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☑ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☑ | Count III: | Strict Products Liability – Design Defect |
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable __Pennsylvania__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☑ | | Punitive Damages |

☑ Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below):

On or about November 30, 2017, I had a CT Scan and it showed that my IVC Filter struts are perforating the IVC, including a strut abutting the posterior aspect of the aorta, and it is tilting.

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 14th day of June, 20 18.

**JOHNSON LAW GROUP**

By: /s/ Clint Reed
TX Bar No. 24084674
2925 Richmond Ave.,
Suite 1700
Houston, Texas 77098
Tel: 713-626-9336
Fax: 713-626-3394

I hereby certify that on this 14th day of June, 20 18, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Clint Reed