CIVIL MINUTES
**UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX**

| | |
|---|---|
| United States District Judge David G. Campbell | **Date:** June 13, 2018 |
| IN RE: Bard IVC Filters Products Liability Litigation | **Case Number:** MD-15-02641-PHX-DGC |
| **APPEARANCES:** **Mark O'Connor, Ramon Lopez, David DeGreef** – Telehonic for plaintiff Debra Mulkey<br><br>**Elizabeth Helm Telephonic for defendant** | **Court Reporter** – Patricia Lyons<br>**Courtroom Deputy** – Traci Abraham |

**PROCEEDINGS** ☒ Open Court   ☐ Chambers   ☐ Other:

Telephonic hearing held re: 3rd bellwether jury yrial September 2018 and health issues of plaintiff Debra Mulkey. Discussion held.   Parties by 3:00 p.m. on June 22, 2018 shall file a short notice on the docket indicating if plaintiff Mulkey will be able to proceed to trial in September. If her ability to proceed with trial in September is uncertain, the Court will review existing briefing and issue a decision week of June 25, 2018 on another plaintiff for the September bellwether trial. Court will then turn to the briefing on the relevant motion for summary judgment. Remaining schedule affirmed.

Briefing due 6/15/2018 on the Cisson argument discussed.  If plaintiff Mulkey is replaced, parties to propose a schedule for redoing the briefing, based on the new plaintiff's state law.