Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) - mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

PLEASE TAKE NOTICE that on June 13, 2018, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

*Plaintiffs' Amended Cross-Notice of Videotaped Deposition of Person Designated by Boston Biomedical Associates with the most knowledge concerning the records generated in the ordinary course of business kept and maintained by Boston Biomedical Associates*

*Plaintiffs' Amended Cross-Notice of Videotaped Deposition Duces Tecum of Krishna Kandarpa, M.D.*

Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

RESPECTFULLY SUBMITTED this 15th day of June 2018.

GALLAGHER & KENNEDY, P.A.

By: *s/ Mark S. O'Connor*
Mark S. O'Connor
Paul L. Stoller
2575 East Camelback Road
Phoenix, Arizona  85016-9225

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

### **Certificate of Service**

I hereby certify that on this 15th day of June, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gay Mennuti*
Gay Mennuti