**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS                MDL No. 2641
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO:**
<u>Ruth Wade</u>

**Civil Action No.:**   <u>2:18-cv-01147-DGC</u>
**Member Case No.:** <u>cv-18-1147-PHX-DGC</u>

**CERTIFICATE OF SERVICE FOR PLAINTIFF PROFILE FORM**

      Pursuant to Rule 33 of the Federal Rules of Civil Procedure and Case Management Order #5, counsel for Plaintiff in the above-captioned matter certify that on June 15, 2018, Plaintiff served Defendant Bard with her Plaintiff Profile Form and attachments via electronic mail to lead counsel and co-counsel addressed as follows:

filterppf-pfs@nelsonmullins.com
wespita@lopezmchugh.com
karin.scheehle@gknet.com

Date:   June 15, 2018

                                                                   Respectfully submitted,

                                                                     **/s/Thomas O. Plouff**
                                                                     Attorney for Plaintiff