# EXHIBIT A

## Mature Cases

| Plaintiff | Original Jurisdiction |
|---|---|
| 1.  Cason, Pamela | GA – N.D. Ga.; 1:12-cv-1288 |
| 2.  Coker, Jennifer | GA – N.D. Ga.; 1:13-cv-515 |
| 3.  Ebert, Melissa | PA – E.D. Pa.; 5:12-cv-1253 |
| 4.  Fox, Susan | TX– N.D. Tex.; 3:14-cv-133 |
| 5.  Henley, Angela | WI – E.D. Wis.; 2:14-cv-59 |
| 6.  Keen, Harry | PA – E.D. Pa.; 5:13-cv-5361 |
| 7.  Ocasio, Denise | FL – M.D. Fla.; 8:13-cv-1962 |
| 8.  Rivera (McClarty), Vicki | MI—E.D. Mich.; 4:14-v-13627 |
| 9.  Smith, Erin | TX – E.D. Tex.; 1:13-cv-633 |
| 10. Tillman, Leslie | FL – M.D. Fla.; 3:13-cv-222 |