IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-MD-02641-DGC |
| This Document Relates to: | Individual Civil Case #2:18-cv-00969-DGC |
| VERNISHA HERBERT, Plaintiff | **PLAINTIFF'S CERTIFICATE OF SERVICE OF ATTORNEY LIEN NOTICE** |

Plaintiff, by and through her counsel, hereby certify that on June 11, 2018, she served the following:

1. Attorney Lien Notice

via Certified Mail upon:
Kevin Klein, Esq.
Rosenbaum & Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
Email: kk@rosenbaumnylaw.com

                          Douglass A. Kreis
                          Aylstock, Witkin, Kreis & Overholtz, PLLC
                          17 East Main Street, Suite 200
                          Pensacola, FL 32502
                          Telephone: 850-202-1010
                          Facsimile: 850-916-7449
                          Email: DKreis@awkolaw.com

                          By:/s/ Douglass A. Kreis

I hereby certify that on this  19th  day of  June , 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and mailed a true and correct copy of the foregoing via electronic mail, and USPS to Kevin Klein, Esq., Rosenbaum & Rosenbaum, P.C., at 100 Wall Street, 15th Floor, New York, NY 10005, kk@rosenbaumnylaw.com.

                          /s/ Douglass A. Kreis