# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC |
| This document relates to:<br>*Betsie Deane v. C.R. Bard, Inc., et al.,* | No. CV17-3288 PHX DGC |

## SUGGESTION OF DEATH

Counsel hereby gives notice of the death of plaintiff Betsie Deane. Mrs. Deane passed away on February 14, 2018. A copy of Mrs. Deane's death certificate is attached as Exhibit A.

Dated: June 19, 2018

    Respectfully submitted,

    **BERTRAM & GRAF, LLC**

    /s/ Benjamin A. Bertram
    Benjamin A. Bertram   MO Bar #56945
    Blair B. Matyszczyk   MO Bar #66067
    4717 Grand Avenue, Suite 800
    Kansas City, MO 64112
    Telephone: (816) 523-2205
    Facsimile: (816) 523-8258
    benbertram@bertramgraf.com
    blair@bertramgraf.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. I further certify that a hard-copy of same was sent to the following individual(s) via First Class Mail:

James R. Deane
36 Cranberry Lane
Levittown, PA 19055
*Surviving Spouse of Decedent*
*Betsie Deane*

                                                */s/ Benjamin A. Bertram*
                                                *Attorney for Plaintiff*