**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Darren Mooneyham, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-18-01754-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc.; C. R. Bard, Inc., et al., | ) ) ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: June 15, 2018				/s/ Richard B. North, Jr.
						*Attorney's signature*

						Richard B. North, Jr. (Ga. Bar No. 545599)
						*Printed name and bar number*

						Nelson Mullins Riley & Scarborough, LLP
						201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
						*Address*

						richard.north@nelsonmullins.com
						*E-mail Address*

						(404) 322-6000
						*Telephone number*

						(404 322-6050
						*FAX number*