# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF CHANGE OF PLAINTIFF'S FIRM ADDRESS** |
|---|---|

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Los Angeles office of Kasdan LippSmith Weber Turner LLP has moved to a new location.  Please serve all pleadings, documents and other papers to the Los Angeles office at the following:

Graham B. LippSmith
glippsmith@klwtlaw.com
Jaclyn L. Anderson
janderson@klwtlaw.com
**KASDAN LIPPSMITH WEBER TURNER LLP**
360 East 2nd Street, Suite 300
Los Angeles, California 90012
Tel: 213-254-4800
Fax: 213-254-4801

1  RESPECTFULLY SUBMITTED this 20th day of June, 2018.

2

3  KASDAN LIPPSMITH WEBER TURNER LLP

4

5  By:      s/ Graham B. LippSmith
           Graham B. LippSmith
6          Jaclyn L. Anderson
           Kasdan LippSmith Weber Turner LLP
7          360 East 2nd Street, Suite 300
8          Los Angeles, CA  90012
           Tel: (213) 254-4800
9          Fax: (213) 254-4801
10         Email: glippsmith@klwtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2018, I electronically transmitted the foregoing NOTICE OF CHANGE OF PLAINTIFF'S FIRM ADDRESS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                          s/ Graham B. LippSmith
                                          Graham B. LippSmith