IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No:<br>MDL: No. 2641 |

This Document Relates to Plaintiff

MARIA BAKER

Lead **Case: 2:15-md-2641-DGC**

## NOTICE OF APPEARANCE

The undersigned attorneys, ERIC P. CZELUSTA, of the law firm of FLORIN ROEBIG, P.A., hereby gives notice of his appearance as counsel for Plaintiff, MARIA BAKER, in this action.  Copies of all pleadings, motions and correspondence concerning this case should be served upon the undersigned.

Dated:  June 21, 2018		Respectfully submitted,

**FLORIN ROEBIG, P.A.**

   *s/ ERIC P. CZELUSTA*
**ERIC P. CZELUSTA, ESQUIRE**
Florida Bar No: 152315
Primary Email:  WHF@FlorinRoebig.com
Secondary Emails:  ECzelusta@FlorinRoebig.com
Dewing@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida  34653
Telephone No: (727) 786-5000
Facsimile No: (727) 772-9833
Attorneys for Plaintiff Baker