Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DEBRA MULKEY,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | No. CV-16-00853-PHX-DGC<br><br>**NOTICE OF PLAINTIFF DEBRA MULKEY'S STATUS FOR TRIAL BEGINNING SEPTEMBER 18, 2018** |

Pursuant to the Court's June 13, 2018 Minute Entry, Plaintiff Debra Mulkey provides the following update on her ability to proceed with trial beginning on September 18, 2018:

1. Plaintiff's preference is to have her trial go forward on September 18, 2018, as planned and her counsel has continued to work diligently in preparation for trial on that date; however, uncertainty remains as to Plaintiff's ability to proceed with trial on that date.

2. Plaintiff's counsel, David DeGreeff, recently spoke with Dr. Hanif's nurse. Dr. Hanif is Plaintiff's treating neurologist for her seizure-like symptoms. Her nurse passed on the following from Dr. Hanif:

   a. Plaintiff's physicians are just beginning efforts to diagnose her problem.
   b. Currently, the plan is to do the following tests (none of which have been started and ongoing issues with insurance exist):
      i. An EEG to determine if Plaintiff is having seizures;
      ii. Requiring Plaintiff to wear an event monitor for 7 days to ascertain whether she is having heart problems;
      iii. Tilt table testing to determine if Plaintiff is having issues with sudden blood pressure changes; and
      iv. Any other testing implicated by the results of the above.
   c. It will be at least a month before Plaintiff's physicians have a preliminary diagnosis.
   d. It is important to understand Plaintiff's medical issues before subjecting her to the stress of a 3-week trial across the country.
   e. When a diagnosis is made, there may be additional timing issues. For example, if Plaintiff is having seizures her doctors will have to work with her medications over a period of time to get everything properly regulated. This is also true for some of her potential heart issues

3. Based on the foregoing, this Court's Minute Entry and instructions during the recent phone conference, and the associated lack of certainty about Plaintiff's availability for trial, it is clear this bellwether needs to be moved back to a later bellwether trial setting. To ensure enough time is available to resolve her health issues and to avoid a similar issue

prior to the November 2018 bellwether trial, Plaintiff's counsel requests this case be reset as the fifth bellwether trial – i.e. the trial starting in the first quarter of 2019. This should allow enough time to resolve all potential health concerns.

4. Without waiving the prior position set forth in Plaintiffs' motion in *limine* No. 1 (Doc. 9529; Order, Doc. 9881), Plaintiffs do not intend to re-urge this motion in bellwether number 3, whichever case is chosen.

RESPECTFULLY SUBMITTED this 21st day of June, 2018.

        GALLAGHER & KENNEDY, P.A.

        By: /s/ Mark O'Connor
            Mark S. O'Connor
            2575 East Camelback Road
            Phoenix, Arizona  85016-9225

        LOPEZ McHUGH LLP
            Ramon Rossi Lopez (CA Bar No. 86361)
            (admitted *pro hac vice*)
            100 Bayview Circle, Suite 5600
            Newport Beach, California 92660

        *Co-Lead/Liaison Counsel for Plaintiffs*

        WAGSTAFF & CARTMELL

        By: /s/ David C. DeGreeff
            Thomas P. Cartmell (MO Bar No. 45366 )
            (admitted *pro hac vice*)
            David C. DeGreeff (MO Bar No. 55019)
            (admitted *pro hac vice*)
            4740 Grand Ave., Suite 300
            Kansas City, MO 64112

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018 a true and correct copy of the foregoing was sent via U.S. Mail and/or Electronic Mail to:

James R. Condo
Amanda Sheridan
Snell & Wilmer LLP
400 East Van Buren Street, Suite 1900
Phoenix, Arizona  85004
*Attorneys for Defendants*

Richard B. North, Jr.
Matthew Lerner
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
*Attorneys for Defendants*

*Counsel for Plaintiffs will be served in accordance with the Court's Case Management Order No. 1

/s/ Jessica Gallentine