James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE re: BELLWETHER CASES**<br><br>(Assigned to the Honorable David G. Campbell) |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") have no basis or evidence to challenge the representations made by Plaintiffs' counsel regarding Ms. Mulkey's medical situation, and hence, have no ground to object to the plaintiffs' claim that Ms. Mulkey cannot travel to Phoenix for a September trial. At the same time, Bard believes it is premature to move Ms. Mulkey's case to the "Fifth Bellwether" place (as opposed to the "Fourth Bellwether" place), until her medical condition is better understood and defined.

In the meantime, if Ms. Mulkey is moved from the next bellwether "slot", Bard submits that it becomes even more imperative that the Kruse case becomes the next bellwether case. The two bellwether cases that have been tried thus far have been fracture cases. However, as pointed out in previous submissions, a very small percentage of the cases in this MDL involve a claim that the filter fractured (the most severe complication alleged for the most part in this MDL). To properly assess the value of the vast majority of cases in this MDL, the parties (and the Court) very much need to begin testing the sort of cases that make up the vast majority of the cases in this MDL. Kruse is one of those (as is Mulkey).

For those reasons, Bard believes that -- if Mulkey is postponed as a bellwether case -- the trial of another non-fracture case (Kruse) should be the highest priority in this MDL.

In addition, in the event that Mulkey is delayed and another case is designated as the next trial bellwether case, Bard respectfully requests the right to re-urge one motion in limine. Specifically, Bard would like to re-urge the motion (no. 1; Doc. No. 9862) regarding the admissibility of Recovery Filter migration death evidence, regardless whether the case involves a G2 or Eclipse Filter.

RESPECTFULLY SUBMITTED this 22nd day of June, 2018.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station

- 1 -

201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/ Richard B. North, Jr.
Richard B. North, Jr.