AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VERNISHA HERBERT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   MDL Docket No. 15-2641 |
| C. R. BARD, INC., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vernisha Herbert .

Date:   06/21/2018

/s/ Craig Rosenbaum
*Attorney's signature*

Craig Rosenbaum 2761997
*Printed name and bar number*

100 Wall Street
New York, NY, 10005

*Address*

cr@rosenbaumnylaw.com
*E-mail address*

(212) 514-5007
*Telephone number*

(212) 514-9178
*FAX number*