Timothy E. Grochocinski (IL Bar#6295055)
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
T: 708-675-1975
tim@nbafirm.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION, <br><br> GILLIAM LYLES, JR. <br><br> Plaintiff, <br><br> vs. <br><br> C.R. BARD INC., BARD PERIPHERAL VASCULAR, INC. <br><br> Defendant. | MDL NO. 15-2641 PHX DGC <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> CIVIL ACTION NO. 2:17-CV-00613-DGC |

### STIPULATION OF DISMISSAL OF CIVIL ACTION NO. 2:17-CV-00613-DGC WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Gilliam Lyles, Jr. and Defendants C.R. Bard Inc. and Bard Peripheral Vascular, Inc. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and attorney fees.

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.2:15-MD-02641-DGC

DATED: June 25, 2018        Respectfully,

/s/ *Timothy E. Grochocinski*
Timothy E. Grochocinski
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708.675.1975
F. 708.675.1786
tim@nbafirm.com

*/s/ Richard B. North, Jr.*
Richard B. North Jr.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17th St., Suite 1700
Atlantic Station
Atlanta, GA  30363
P. 404.322.6000
F. 404.322.6050
Richard.north@nelsonmullins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record on June 25, 2018 via the Court's electronic filing system.

*/s/ Timothy E. Grochocinski*

*Attorney for Plaintiff, Gilliam Lyles Jr.*

2
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.2:15-MD-02641-DGC