**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION,<br><br>GILLIAM LYLES, JR.<br>                                Plaintiff,<br>vs.<br><br>C.R. BARD INC., BARD PERIPHERAL VASCULAR, INC.<br>                                Defendant. | MDL NO. 15-2641 PHX DGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>CIVIL ACTION NO. 2:17-CV-00613-DGC |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Gilliam Lyles, Jr.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Gilliam Lyles, Jr. in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

DATED:

                                                                                 _____
                                                                                   David G. Campbell
                                                                                   United States District Judge

1
PROPOSED ORDER OF STIPULATION WITHOUT PREJUDICE
  Case No.2:15-MD-02641-DGC