# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS                                     No. MDL15-2641 PHX DGC
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Beulah Mae Slatten and Sherman Scott Slatten,    )       No.  CV17-1314 PHX DGC
                                                 )
                    *Plaintiffs*,                )          **ORDER**
                                                 )
v.                                               )
                                                 )
C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,  )
                                                 )
                    *Defendants.*                )

---

The Court has considered the Motion for Substitution of Party.  Doc. 11351.

**IT IS ORDERED** that the motion for substitution of party (Doc. 11351) is **granted.** Shaun Helton, Personal Representative of the Estate of Beulah Mae Slatten, Deceased is substituted for Beulah Mae Slatten in this action, continuing the claims of Beulah Mae Slatten on behalf of her Estate.  The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.  Sherman Scott Slatten's individual claims continue in full force and effect.

Dated this 28th day of June, 2018.

_____
David G. Campbell
United States District Judge