# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641 PHX DGC |
| Gilliam Lyles, Jr.,<br><br>               Plaintiff,<br><br>vs.<br><br>C.R. Bard Inc., Bard Peripheral Vascular, Inc.,<br><br>               Defendant. | **No. CV17-0613 PHX DGC**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Gilliam Lyles, Jr. Doc. 11643.

**IT IS ORDERED** that the stipulation of dismissal without prejudice (Doc. 11643) is **granted.** All claims of Plaintiff Gilliam Lyles, Jr. in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

Dated this 28th day of June, 2018.

_____
David G. Campbell
United States District Judge