# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641 PHX DGC |
| This Document Relates to: | **ORDER** |
| Valencia Allen v. C.R. Bard, et al., | |
| Civil Action No.: CV16-0340-PHX DGC | |

Pending before the Court is Plaintiff's motion for substitution of counsel. Doc. 11478.

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Counsel (Doc. 11478) is granted. Ramon R. Lopez of Lopez McHugh LLP is substituted for Troy A. Brenes of Brenes Law Group, P.C., as counsel of record for Valencia Allen.

Dated this 28th day of June, 2018.

_David G. Campbell_
David G. Campbell
United States District Judge