# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION        No. MDL 15-2641 PHX DC
_____

This Document Relates to Plaintiff        **ORDER**

John Lacour III, et al. v.
C.R. Bard, Inc., et al.,
No. CV18-1290 PHX DGC

_____

The Court has considered the Parties' Stipulation of Dismissal.  Doc. 11644.

**IT IS ORDERED** that the parties' stipulation of dismissal (Doc. 11644) is **granted.**

This case, John Lacour, III, et al. v. Bard Peripheral Vascular, Inc., et al, No.  CV-18-01290-PHX-DGC, is hereby dismissed without prejudice.

Costs of Court shall be taxed against the party incurring same.

Dated this 28th day of June, 2018.

_____
David G. Campbell
United States District Judge