Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) –
mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| DORIS JONES and ALFRED JONES, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **AFFIDAVIT OF LINCOLN COMBS IN SUPPORT OF MOTION TO CONTACT JURORS**<br><br>(Assigned to the Honorable David G. Campbell) |

STATE OF ARIZONA )
                 ) ss.
County of Maricopa )

Lincoln Combs, being first duly sworn, upon oath, deposes and says:

1. I am one of the attorneys for Plaintiff Doris Jones in this action, and

authorized to speak on behalf of Plaintiff, the other members of Plaintiff's trial team, and the Plaintiffs' Steering Committee for purposes of this affidavit and the instant motion.

2. Plaintiff and the Plaintiffs' Steering Committee believe that communicating with the Jones jurors about their answers to the interrogatories discussed in the motion will maximize the benefit of the bellwether process by allowing them to learn how neutral finders of fact view the cases in this MDL based on the evidence presented at trial.

3. The jurors in this case were deadlocked after approximately 10 hours of deliberations and informed the Court they were at impasse. Only after the Court gave an instruction to keep deliberating did they jury come back with a defense verdict.

4. Plaintiff and her counsel are concerned that there was a fundamental misunderstanding by the jurors that they could hold their positions and that a mistrial and another trial at a later date would result.

5. Notably, at least three jurors were visibly emotional when they were polled, strongly suggesting that they truly would have found for the Plaintiff but felt that they needed to capitulate to reach a unanimous verdict before the weekend.

6. Plaintiff, her counsel, and the Plaintiff's Steering Committee believe that determining exactly how divided the jury was and why they ultimately reached a defense verdict is important information that will help both sides resolve other cases in this MDL.

7. Plaintiff, her counsel, and the Plaintiff's Steering Committee believe that there is good cause to support this motion and that granting the requested relief will help the parties and the Court prepare for future trials and more accurately determine the value

of other cases for settlement purposes.

Further Affiant Sayeth Naught.

_____
LINCOLN COMBS

SUBSCRIBED AND SWORN to before me on this 28th day of June_____,
2018, by LINCOLN COMBS.

OFFICIAL SEAL
KELLY SALTSMAN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 8, 2020

_____
Notary Public

My Commission Expires: May 8, 2020

6679832v1/26997-0031

3