UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DORIS JONES and ALFRED JONES, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER RE PLAINTIFF'S MOTION TO CONTACT JURORS** |

Having reviewed Plaintiff's Motion to Contact Jurors, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff's Motion is granted;

IT IS FURTHER ORDERED that Plaintiff's counsel may send out the letter attached as Exhibit A to Plaintiff's Motion to Contact Jurors by certified mail to the last known contact information for the *Jones* trial jurors.

IT IS FURTHER ORDERED that if any *Jones* trial jurors respond to the letter indicating that they are willing to communicate with Plaintiff's counsel, that Plaintiff's counsel is granted leave to reasonably communicate by phone, e-mail, or in person with those jurors to obtain their answers to the following interrogatories:

1. Did all nine jurors find that Plaintiff failed to prove her case on each of the claims?
2. After the jury was initially deadlocked, what facts or arguments changed the vote of those jurors who had previously favored Plaintiff?
3. What was the most important fact or facts that lead you to conclude that the Eclipse was not defectively designed?
4. Are there other facts about the design of the Eclipse that you would have wanted to know?
5. Would your opinion about the nature of the Eclipse's design have been different if Mrs. Jones had died from the filter fragment?
6. Did you believe that Mrs. Jones suffered actual harm?
7. Had you found the Eclipse filter defective, would you have been inclined to award damages for future harm to her? If so, what amount? Were any amounts for damages ever discussed?
8. Did you or any other juror express that punitive damages were appropriate in this case?
9. Was FDA evidence important to you?
10. Did you feel a decision by the FDA was dispositive and could not be questioned by you?
11. Did you feel the Society for Interventional Radiology Guidelines applied to a medical device company?

12. Did you feel the SIR Guidelines provided acceptable thresholds for IVC filter failure rates?

IT IS FURTHER ORDERED that within 15 days of any such communication with any juror discussing their answers to the interrogatories listed above, pursuant to LRCiv 39.2(b) Plaintiff's Counsel will file an affidavit indicating the scope and results of the interviews with jurors and setting out the answers given to the interrogatories.