# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641 PHX DGC |
| This Document Relates to: | **ORDER** |
| Vernisha Herbert v. C.R. Bard, et al., | |
| Civil Action No.: CV18-0969-PHX DGC | |

Pending before the Court is Plaintiff's counsel, Douglass A, Kreis', motion to withdraw as counsel.  Doc. 11585.

**IT IS ORDERED** that Plaintiff's counsel's motion to withdraw as counsel (Doc. 11585) is **granted.**  Douglass A. Kreis of Aylstock, Witkin, Kreis & Overholtz, PLLC, is hereby permitted to withdraw from any further representation of Plaintiff Vernisha Herbert. Plaintiff Herbert will continue to be represented by attorney Kevin Klein who shall, if he has not already done so, file a notice of appearance on or before **June 29, 2018**.

Dated this 28th day of June, 2018.

*David G. Campbell*
David G. Campbell
United States District Judge