# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Connie Hilt, | ) |
| | ) |
|     Plaintiff, | )      MDL Case No. 2:15-md-02641-DGC |
| | ) |
|     v. | )      Civil Action No. CV-18-01905-PHX-DGC |
| | ) |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) |
| | ) |
|     Defendant. | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: June 27, 2018                    /s/ Richard B. North, Jr.
                                                        *Attorney's signature*

                                                        Richard B. North, Jr. (Ga. Bar No. 545599)
                                                        *Printed name and bar number*

                                                        Nelson Mullins Riley & Scarborough, LLP
                                                        201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                        *Address*

                                                        richard.north@nelsonmullins.com
                                                        *E-mail Address*

                                                        (404) 322-6000
                                                        *Telephone number*

                                                        (404 322-6050
                                                       *FAX number*