IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |

This Document Relates to Plaintiff(s):

*McCoy, Veronique v. C.R. Bard, Inc., et al*     Civil Action No. 2:17-cv-2646

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of their voluntary dismissal without prejudice:

Veronique McCoy

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: June 29, 2018                    Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:     */s/ Gregory J. Pals*
        Gregory J. Pals #48820 (MO)
        211 N. Broadway, 40th Floor
        St. Louis, MO 63102
        Tel: (314) 932-3232
        Fax: (314) 932-3233
        greg@thedriscollfirm.com
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                */s/ Melissa Caliendo*