IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Consent Motion for Redaction Request Deadline Extension and Date Certain for Sealing Trial Exhibits in *Jones* MDL Case, and for other good cause shown, the Motion is hereby granted, and a combined redaction request and motion to seal trial exhibits will be due July 30, 2018.