IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS　　　　　　　　MDL No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s):

*Converse, John v. C.R. Bard, Inc., et al*　　　Civil Action No. 2:17-cv-02646

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of their voluntary dismissal without prejudice:

John Converse

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: July 2, 2018　　　　　　　　　　　Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:　*/s/ Gregory J. Pals*
　　Gregory J. Pals #48820 (MO)
　　211 N. Broadway, 40th Floor
　　St. Louis, MO 63102
　　Tel: (314) 932-3232
　　Fax: (314) 932-3233
　　greg@thedriscollfirm.com
　　*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　*/s/ Melissa Caliendo*