1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF ARIZONA

9

| IN RE BARD IVC FILTERS | No. MD-15-02641-PHX-DGC |
| PRODUCTS LIABILITY LITIGATION | **SECOND AMNEDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

10
11
12
13
14

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

15
16
17

1.   Plaintiff/Deceased Party:
     Whitney Russell AKA Whitney Russell-Coble

18
19
20

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
     N/A

21
22
23

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
     N/A

24
25
26

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
     North Carolina

27
28

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

North Carolina

7.  District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the Northern District of Georgia, Atlanta Division

8.  Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express Vena Cava Filter

☑   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

2

1    ☐   Other: _____

2   11.   Date of Implantation as to each product:

3      7/12/2010 _____

4   12.   Counts in the Master Complaint brought by Plaintiff(s):

5    ☑   Count I:     Strict Products Liability – Manufacturing Defect

6    ☑   Count II:    Strict Products Liability – Information Defect (Failure

7      to Warn)

8    ☑   Count III:   Strict Products Liability – Design Defect

9    ☑   Count IV:   Negligence – Design

10    ☑   Count V:    Negligence – Manufacture

11    ☑   Count VI:   Negligence – Failure to Recall/Retrofit

12    ☑   Count VII:   Negligence – Failure to Warn

13    ☑   Count VIII:   Negligent Misrepresentation

14    ☑   Count IX:   Negligence *Per Se*

15    ☑   Count X:    Breach of Express Warranty

16    ☑   Count XI:   Breach of Implied Warranty

17    ☑   Count XII:   Fraudulent Misrepresentation

18    ☑   Count XIII:   Fraudulent Concealment

19    ☑   Count XIV:   Violations of Applicable __Georgia__ Law

20      Prohibiting Consumer Fraud and Unfair and Deceptive Trade

21      Practices

22    ☐   Count XV:   Loss of Consortium

23    ☐   Count XVI:   Wrongful Death

24    ☐   Count XVII: Survival

25    ☑   Punitive Damages

26    ☐   Other(s): _____: (please state the facts

27      supporting this Count in the space immediately below)

28      _____

13.    Jury Trial demanded for all issues so triable?

☑    Yes

☐    No

RESPECTFULLY SUBMITTED this 3rd  day of  July                , 2018 

BERTRAM & GRAF, L.L.C.

By: /s/ Blair B. Matyszczyk
   Blair B. Matyszczyk, Benjamin A. Bertram
   (admitted *pro hac vice*)
   4717 Grand Avenue, Suite 800
   Kansas City, MO 64112
   Telephone: (816) 523-2205
   Email: blair@bertramgraf.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd   day of July        , 2018   I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Blair B. Matyszczyk
*Attorney for Plaintiff*

4