IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>22:15-md-02641 <br><br>JAMES A. MAYS <br><br>    Plaintiff, <br><br>  v. <br><br>C. R. BARD, INC., et al., <br><br>    Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO: The Clerk of the Court and all parties of record:

  We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, James A. Mays.

Dated: 07/03/2018        Respectfully submitted,

                  By: /s/Thomas P. Cartmell
                  Thomas P. Cartmell (MO Bar No. 45366 )
                  (admitted *pro hac vice*)
                  **Wagstaff & Cartmell, LLP**
                  4740 Grand Ave., Suite 300
                  Kansas City, MO 64112
                  (816) 701-1100
                  (816) 531-2372 (fax)

                  By: /s/David C. DeGreeff
                  David C. DeGreeff (MO Bar No. 55019)
                  (admitted *pro hac vice*)
                  **Wagstaff & Cartmell, LLP**

>4740 Grand Ave., Suite 300
>Kansas City, MO 64112
>(816) 701-1100
>(816) 531-2372 (fax)
>ddegreeff@wcllp.com
>
>***Attorneys for Plaintiff***

    I hereby certify that on this 3rd day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*/s/ David C. DeGreeff*