1  James R. Condo (#005867)
   Kristine L. Gallardo (#033975)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, AZ  85004-2202
4  Telephone:  602.382.6000
   jcondo@swlaw.com
5  kgallardo@swlaw.com

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
8  NELSON MULLINS RILEY &
     SCARBOROUGH LLP
9  201 17th Street, NW / Suite 1700
   Atlanta, GA  30363
10 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
11 matthew.lerner@nelsonmullins.com
   *Attorneys for Defendants C. R. Bard, Inc. and*
12 *Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SUBSTITUTION OF COUNSEL (WITHIN FIRM)** |

**NOTICE IS HEREBY GIVEN** to the Court and to the parties of the substitution of Kristine L. Gallardo of the law firm of Snell & Wilmer L.L.P. in place of Amanda C. Sheridan, for representation of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Undersigned counsel requests that the Court's records and mailing certificate be modified to reflect this change.

DATED this 5th day of July, 2018.

SNELL & WILMER L.L.P.

By: *s/Kristine L. Gallardo*
James R. Condo
Kristine L. Gallardo
400 E. Van Buren, One Arizona Center
Phoenix, AZ 85004

~ and ~

Richard B. North, Jr.
(admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner
(admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this action.

                                    *s/ Kathy Sprinkle*

4842-0845-4252