# Exhibit A

MD15-02641 - 03-02-18 - Bard FPTC.txt

```
 1                  UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ARIZONA

 3                   _____

 4   In Re: Bard IVC Filters        ) MD-15-02641-PHX-DGC
     Products Liability Litigation  )
 5                                   ) Phoenix, Arizona
                                     ) March 2, 2018
 6   _____)

 7

 8

 9

10

11        BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                    FINAL PRETRIAL CONFERENCE

14

15

16

17

18

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
```

Page 1

```
                    MD15-02641 - 03-02-18 - Bard FPTC.txt
          401 West Washington Street, SPC 41
23        Phoenix, Arizona  85003-2150
          (602) 322-7257
24
          Proceedings Reported by Stenographic Court Reporter
25        Transcript Prepared with Computer-Aided Transcription
                                                                         2




1                              A P P E A R A N C E S

2        Plaintiffs' Co-Lead/Liaison Counsel and State/Federal Liaison
         Counsel:
3
                 Lopez McHugh
4                By: RAMON ROSSI LOPEZ, ESQ.
                 100 Bayview Circle, Suite 5600
5                Newport Beach, CA   92660

6                Gallagher & Kennedy
                 By: MARK S. O'CONNOR, ESQ.
7                2575 East Camelback Road, Suite 1100
                 Phoenix, AZ   85016
8

9        Plaintiffs' Steering Committee Counsel:

10               Heaviside Reed Zaic
                 By: JULIA REED ZAIC, ESQ.
11               312 Broadway, Ste. 203
                 Laguna Beach, CA   92651
12

13       Also for Plaintiff (in PM session):

14               Snyder & Wenner, PC
                 By: DAVID A. WENNER, ESQ.
15               2200 E. Camelback Rd., Ste. 213
                 Phoenix, AZ   85016
16

17       For Defendants:

18               Nelson Mullins Riley & Scarborough
                 By: RICHARD B. NORTH, JR., ESQ.
19               By: MATTHEW B. LERNER, ESQ.
                                     Page 2
```

EXHIBIT A, Page 2

```
                    MD15-02641 - 03-02-18 - Bard FPTC.txt
                    By: BRANDEE J. KOWALZYK, ESQ.
  20                By: ELIZABETH C. HELM, ESQ.
                    By: TAYLOR T. DALY, ESQ.
  21                201 17th Street NW, Suite 1700
                    Atlanta, GA  30363
  22

  23                Snell & Wilmer
                    By: JAMES R. CONDO, ESQ.
  24                By: AMANDA C. SHERIDAN, ESQ.
                    400 East Van Buren
  25                Phoenix, AZ  85004
                                                                     3



   1                       P R O C E E D I N G S

   2

   3             THE COURTROOM DEPUTY:  MDL 2015-2641, in the matter

   4   of Bard IVC Filters Product Liability, on for a final pretrial

   5   conference.

   6             Will the parties please announce.

   7             MS. REED ZAIC:  Julia Reed Zaic on behalf of

   8   plaintiff steering committee.

   9             MR. O'CONNOR:  Mark O'Connor, co-lead for plaintiffs.

  10             MR. LOPEZ:  Ramon Lopez on behalf of the plaintiffs.

  11             THE COURT:  Morning.

  12             MR. LOPEZ:  Morning, Your Honor.

  13             MR. NORTH:  Good morning, Your Honor.

  14             Richard North, James Condo, Elizabeth Helm,

  15   Brandee Kowalzyk, Taylor Daly, Amanda Sheridan, and

  16   Matthew Lerner on behalf of the defendants.
                                  Page 3
```

MD15-02641 - 03-02-18 - Bard FPTC.txt

81

```
1              MS. HELM:  24.  24 hours notice.
2              THE COURT:  24.  Yeah, it's shorter.
3              MR. LERNER:  Okay.
4              THE COURT:  I wanted to talk about paragraph A on
5    page 62 and this issue of sealing exhibits.  Here's what I was
6    unsure about:  The fact that exhibits are given to Traci and
7    admitted into evidence does nothing to make them public.  They
8    don't go into the Court's docket.  They're evidence for
9    purposes of the trial, but they stay in the courtroom in their
10   box.  They go on the software to be shown to the jury.  They
11   never get into the district court docket.  Where they
12   eventually get into the record that might be public is when
13   they go to the Court of Appeals if they're attached to a brief
14   or something.
15             And so I didn't understand what the concern was on
16   page 62 from the defendants about us possibly making them
17   available to the public during trial.
18             MS. HELM:  Your Honor, may I address that?
19             THE COURT:  Yeah.
20             MS. HELM:  Frankly, the concern is that we have to
21   raise the issue of confidentiality to make sure that we
22   preserve it and we don't waive it.  And so the purpose of this
```

Page 91

MD15-02641 - 03-02-18 - Bard FPTC.txt

23   paragraph, maybe not so artfully written, was to preserve our

24   right to move to seal exhibits and/or portions of the

25   transcript after the trial, and not knowing what the Court did

                                          82

 1   with them.  We wanted to make sure that we weren't in some way

 2   waiving that by asking to address it at the conclusion of the

 3   trial and asking that it be maintained confidentially during

 4   the trial.

 5              THE COURT:  Okay.  That issue's preserved.  You have

 6   not waived it.

 7              MS. HELM:  Thank you.

 8              THE COURT:  So if you decide we need to address it

 9   later, we can do that.

10              MS. HELM:  Thank you, Your Honor.

11              THE COURT:  Page 67.  You mention -- well, let me

12   look.  You mention on line 11, 12 that you all are talking

13   about developing stipulated summaries of background

14   information for witnesses, which is great.  That will save

15   time.

16              How did you want to present that information to the

17   jury?

18              MR. LOPEZ:  Well, my thought was right before we play

19   the video, whoever is offering the video can stand up and read

                                  Page 92