# Exhibit B

MD15-02641 - 05-04-18 - Bard Jones FPTC.txt

```
 1                  UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ARIZONA

 3                    _____

 4   In Re: Bard IVC Filters        )  MD-15-02641-PHX-DGC
     Products Liability Litigation  )
 5                                  )  Phoenix, Arizona
                                    )  May 4, 2018
 6   _____)
     Doris Jones, an individual,    )
 7                                  )
                   Plaintiff,       )
 8                                  )  CV-16-00782-PHX-DGC
            v.                      )
 9                                  )
     C.R. Bard, Inc., a New Jersey  )
10   corporation; and Bard Peripheral)
     Vascular, Inc., an Arizona     )
11   corporation,                   )
                                    )
12                 Defendants.      )
     _____)
13

14

15       BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                  FINAL PRETRIAL CONFERENCE

18

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
```

Page 1

```
              MD15-02641 - 05-04-18 - Bard Jones FPTC.txt
        401 West Washington Street, SPC 41
23      Phoenix, Arizona   85003-2150
        (602) 322-7257
24
        Proceedings Reported by Stenographic Court Reporter
25      Transcript Prepared with Computer-Aided Transcription
                                                                    2




 1                          A P P E A R A N C E S

 2      For Plaintiff:

 3              Gallagher & Kennedy
                By: MARK S. O'CONNOR, ESQ.
 4              By: PAUL L. STOLLER, ESQ.
                By: SHANNON L. CLARK, ESQ.
 5              By: C. LINCOLN COMBS, ESQ.
                2575 East Camelback Road, Suite 1100
 6              Phoenix, AZ   85016

 7
                Lopez McHugh
 8              By: RAMON ROSSI LOPEZ, ESQ.
                100 Bayview Circle, Suite 5600
 9              Newport Beach, CA   92660

10

11

12      For Defendants:

13              Nelson Mullins Riley & Scarborough
                By: RICHARD B. NORTH, JR. ESQ.
14              By: ELIZABETH C. HELM, ESQ.
                By: JAMES F. ROGERS, ESQ.
15              By: BRANDEE J. KOWALZYK, ESQ.
                By: MATTHEW B. LERNER, ESQ.
16              201 17th Street NW, Suite 1700
                Atlanta, GA   30363
17
                Snell & Wilmer
18              By: JAMES R. CONDO, ESQ.
                By: AMANDA C. SHERIDAN, ESQ.
19              400 East Van Buren
                                  Page 2
```

MD15-02641 - 05-04-18 - Bard Jones FPTC.txt

14    conference.

15            THE COURT:  All right.  I will get you a ruling on
16    that issue.

17            The next issue is page 24 of the final pretrial
18    order.  It concerns a deposition of Mehdi, M-E-D-H-I, Syed,
19    S-Y-E-D.  I'm not understanding the defendants' objection.

20            MS. HELM:  Your Honor, we simply want the deposition
21    submitted to you for ruling on objections.  It didn't happen
22    in Booker.  We have our objections drafted.  We'll get them to
23    the plaintiff.  We just want it submitted.  We can do it by
24    Monday.

25            THE COURT:  Okay.  Well, you're going to be

                                                            61


1     submitting additional designations on Monday, just include it
2     with those.

3             MS. HELM:  Okay.  We will.  Thank you.

4             THE COURT:  All right.

5             On page 64, the question of a motion to seal exhibits
6     is raised.  We will deal with that in the same way we did in
7     the Booker trial.  That motion will be due 21 days after the
8     last trial transcript is placed on the docket for the Jones
9     case.

10            You have an issue you've raised on the bottom half of