IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

The Court having reviewed Bard's Motion for Reconsideration, and finds that Bard made a convincing showing that the Court failed to consider material facts that were known to the Court before it ruled on the Motion to Seal. The Motion for Reconsideration is GRANTED. The Court finds that Bard did not waive its right to file a motion to seal and further finds that Bard met the compelling reasons standard to seal the exhibits. The Motion to Seal is therefore granted.