# Exhibit A

MD15-02641 - 03-02-18 - Bard FPTC.txt

```
 1                  UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ARIZONA

 3                  _____

 4   In Re: Bard IVC Filters            ) MD-15-02641-PHX-DGC
     Products Liability Litigation      )
 5                                      ) Phoenix, Arizona
                                        ) March 2, 2018
 6   _____)

 7

 8

 9

10

11      BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

12           REPORTER'S TRANSCRIPT OF PROCEEDINGS

13               FINAL PRETRIAL CONFERENCE

14

15

16

17

18

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
```

Page 1

EXHIBIT A, Page 1

```
                    MD15-02641 - 03-02-18 - Bard FPTC.txt
            401 West Washington Street, SPC 41
 23         Phoenix, Arizona  85003-2150
            (602) 322-7257
 24
            Proceedings Reported by Stenographic Court Reporter
 25         Transcript Prepared with Computer-Aided Transcription
                                                                         2




  1                           A P P E A R A N C E S

  2         Plaintiffs' Co-Lead/Liaison Counsel and State/Federal Liaison
            Counsel:
  3
                    Lopez McHugh
  4                 By: RAMON ROSSI LOPEZ, ESQ.
                    100 Bayview Circle, Suite 5600
  5                 Newport Beach, CA  92660

  6                 Gallagher & Kennedy
                    By: MARK S. O'CONNOR, ESQ.
  7                 2575 East Camelback Road, Suite 1100
                    Phoenix, AZ  85016
  8

  9         Plaintiffs' Steering Committee Counsel:

 10                 Heaviside Reed Zaic
                    By: JULIA REED ZAIC, ESQ.
 11                 312 Broadway, Ste. 203
                    Laguna Beach, CA  92651
 12

 13         Also for Plaintiff (in PM session):

 14                 Snyder & Wenner, PC
                    By: DAVID A. WENNER, ESQ.
 15                 2200 E. Camelback Rd., Ste. 213
                    Phoenix, AZ  85016
 16

 17         For Defendants:

 18                 Nelson Mullins Riley & Scarborough
                    By: RICHARD B. NORTH, JR., ESQ.
 19                 By: MATTHEW B. LERNER, ESQ.
                                     Page 2
```

```
                 MD15-02641 - 03-02-18 - Bard FPTC.txt
                 By: BRANDEE J. KOWALZYK, ESQ.
20               By: ELIZABETH C. HELM, ESQ.
                 By: TAYLOR T. DALY, ESQ.
21               201 17th Street NW, Suite 1700
                 Atlanta, GA   30363
22

23               Snell & Wilmer
                 By: JAMES R. CONDO, ESQ.
24               By: AMANDA C. SHERIDAN, ESQ.
                 400 East Van Buren
25               Phoenix, AZ   85004
                                                                    3



 1                       P R O C E E D I N G S

 2

 3          THE COURTROOM DEPUTY:   MDL 2015-2641, in the matter

 4   of Bard IVC Filters Product Liability, on for a final pretrial

 5   conference.

 6          Will the parties please announce.

 7          MS. REED ZAIC:   Julia Reed Zaic on behalf of

 8   plaintiff steering committee.

 9          MR. O'CONNOR:   Mark O'Connor, co-lead for plaintiffs.

10          MR. LOPEZ:   Ramon Lopez on behalf of the plaintiffs.

11          THE COURT:   Morning.

12          MR. LOPEZ:   Morning, Your Honor.

13          MR. NORTH:   Good morning, Your Honor.

14          Richard North, James Condo, Elizabeth Helm,

15   Brandee Kowalzyk, Taylor Daly, Amanda Sheridan, and

16   Matthew Lerner on behalf of the defendants.
                              Page 3
```

MD15-02641 - 03-02-18 - Bard FPTC.txt
                                                            81

1        MS. HELM:  24.  24 hours notice.

2        THE COURT:  24.  Yeah, it's shorter.

3        MR. LERNER:  Okay.

4        THE COURT:  I wanted to talk about paragraph A on

5   page 62 and this issue of sealing exhibits.  Here's what I was

6   unsure about:  The fact that exhibits are given to Traci and

7   admitted into evidence does nothing to make them public.  They

8   don't go into the Court's docket.  They're evidence for

9   purposes of the trial, but they stay in the courtroom in their

10  box.  They go on the software to be shown to the jury.  They

11  never get into the district court docket.  Where they

12  eventually get into the record that might be public is when

13  they go to the Court of Appeals if they're attached to a brief

14  or something.

15       And so I didn't understand what the concern was on

16  page 62 from the defendants about us possibly making them

17  available to the public during trial.

18       MS. HELM:  Your Honor, may I address that?

19       THE COURT:  Yeah.

20       MS. HELM:  Frankly, the concern is that we have to

21  raise the issue of confidentiality to make sure that we

22  preserve it and we don't waive it.  And so the purpose of this

                        Page 91

EXHIBIT A, Page 4

MD15-02641 - 03-02-18 - Bard FPTC.txt

23    paragraph, maybe not so artfully written, was to preserve our

24    right to move to seal exhibits and/or portions of the

25    transcript after the trial, and not knowing what the Court did

                                                                 82

1     with them.  We wanted to make sure that we weren't in some way

2     waiving that by asking to address it at the conclusion of the

3     trial and asking that it be maintained confidentially during

4     the trial.

5            THE COURT:  Okay.  That issue's preserved.  You have

6     not waived it.

7            MS. HELM:  Thank you.

8            THE COURT:  So if you decide we need to address it

9     later, we can do that.

10           MS. HELM:  Thank you, Your Honor.

11           THE COURT:  Page 67.  You mention -- well, let me

12    look.  You mention on line 11, 12 that you all are talking

13    about developing stipulated summaries of background

14    information for witnesses, which is great.  That will save

15    time.

16           How did you want to present that information to the

17    jury?

18           MR. LOPEZ:  Well, my thought was right before we play

19    the video, whoever is offering the video can stand up and read

Page 92