# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, _____ | No. MDL 15-02641-PHX DGC |
| Sherr-Una Booker, an individual,<br>　　　　Plaintiff,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>　　　　Defendants. | No. CV-16-00474-PHX-DGC<br><br>**JUDGMENT** |

This action was tried by a jury in March 2018. Based on the jury's verdict (Docs. 10595, 10596),

**IT IS ORDERED** that Plaintiff Sherr-Una Booker recover from Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. the amount of three million six hundred thousand dollars ($3,600,000.00) plus post-judgment interest at the rate of 2.33% per annum, along with lawfully taxable costs.

Dated this 6th day of July, 2018.

_____
David G. Campbell
United States District Judge