# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, _____ | No. MDL 15-02641-PHX-DGC |
| Doris Jones, an individual, Plaintiff, v. C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, Defendants. | No. CV-16-00782-PHX-DGC  **JUDGMENT** |

This action was tried by a jury in May 2018. Based on the jury's verdict (Doc. 11350),

**IT IS ORDERED** that judgment is entered against Plaintiff Doris Jones and in favor of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., Plaintiff's complaint is dismissed, and Plaintiff shall recover nothing from Defendants by her complaint. Defendants are entitled to recover their lawfully taxable costs.

Dated this 6th day of July, 2018.

_____
David G. Campbell
United States District Judge