**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Andrew Evans, | ) | |
| | ) | |
|   Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
|   v. | ) | Civil Action No. CV-18-01695-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc.; C. R. Bard, | ) | |
| Inc., et al., | ) | |
| | ) | |
|   Defendant. | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 6, 2018        /s/ Richard B. North, Jr.
                *Attorney's signature*

                Richard B. North, Jr. (Ga. Bar No. 545599)
                *Printed name and bar number*

                Nelson Mullins Riley & Scarborough, LLP
                201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                *Address*

                richard.north@nelsonmullins.com
                *E-mail Address*

                (404) 322-6000
                *Telephone number*

                (404 322-6050
                *FAX number*