# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Daniel Barker, as Personal Representative of the Estate of Sherri Hughes

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Daniel Barker, as Personal Representative of the Estate of Sherri Hughes

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Oklahoma

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Oklahoma and/or Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Texas, Beaumont Division; or Eastern District of Oklahoma, Muskogee Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

-2-

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☑    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11. Date of Implantation as to each product:

<u>On or about June 13, 2013</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:    Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence – Design

☑    Count V:    Negligence – Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Texas or Oklahoma Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☑ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 10th day of July, 2018

**LOPEZ McHUGH LLP**

By: /s/Matthew R. Lopez
    Ramon Rossi Lopez (CA Bar No. 86361)
     (admitted *pro hac vice*)
    Matthew Ramon Lopez (CA Bar No. 263134)
     (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiffs*