# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| This Document Relates to: Sherri Hughes Civil Action No.: 2:17-cv-04243-DGC | |

## ORDER

IT IS ORDERED that the Unopposed Motion to Substitute Party and for Leave to File Amended Short Form Complaint is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2018.

_____
Honorable Judge David G. Campbell
United States District Judge
District of Arizona

A copy of the foregoing was served to all registered counsel of record via the Court's ECF system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.