# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Consent Motion for Redaction Request Deadline Extension and Date Certain for Sealing Trial Exhibits in *Jones* MDL Case.  Doc. 11697.

**IT IS ORDERED** that the consent motion (Doc. 11697) is **granted.**  A combined redaction request and motion to seal trial exhibits will be due July 30, 2018.

Dated this 10th day of July, 2018.

_____
David G. Campbell
United States District Judge