UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| James A. Mays, | )<br>) |
| Plaintiff, | )  MDL Case No. 2:15-md-02641-DGC<br>) |
| v. | )  Civil Action No. CV-18-02077-PHX-DGC<br>) |
| Bard Peripheral Vascular, Inc.; C. R. Bard, Inc., et al., | )<br>)<br>) |
| Defendant. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  July 6, 2018             /s/ Richard B. North, Jr.
                                *Attorney's signature*

                                Richard B. North, Jr. (Ga. Bar No. 545599)
                                *Printed name and bar number*

                                Nelson Mullins Riley & Scarborough, LLP
                                201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                *Address*

                                richard.north@nelsonmullins.com
                                *E-mail Address*

                                (404) 322-6000
                                *Telephone number*

                                (404 322-6050
                                *FAX number*