1  Matthew D. Schultz
   Levin, Papanontio, Thomas, Mitchell,
2  Rafferty & Proctor, P.A.
   316 S. Baylen Street, Suite 600
3  Pensacola, FL 32502
   FL Bar # 640328
4  mschultz@levinlaw.com
   (850) 435-7140
5  *Attorneys for Plaintiff Nancy James*

6  Richard B. North, Jr.
   Nelson Mullins Riley & Scarborough, LLP
7  201 17th St., NW
   Suite 1700, Atlantic Station
8  Atlanta, GA 30363
   GA Bar # 545599
9  (404) 322-6000 (telephone)
   (404) 322-6050 (facsimile)
10 richard.north@nelsonmullins.com
   *Attorneys for Defendants C. R. Bard, Inc.*
11 *and Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:   Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-PHX-DGC |
| This Document Relates To:<br><br>Nancy James<br>Civil Case # 2:16-CV-02506-PHX-DGC | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: July 11, 2018.

| | |
|---|---|
| By: /s/ Matthew D. Schultz<br>Matthew D. Schultz, FL Bar #640328<br>Levin, Papantonio, Thomas, Mitchell,<br>  Rafferty & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, Florida 32502<br>(850) 435-7140 (telephone)<br>(850) 436-7020 (facsimile)<br>mschultz@levinlaw.com<br><br>*Attorney for Plaintiff Nancy James* | By: /s/ Richard B. North, Jr.<br>Richard B. North, Jr., GA Bar # 545599<br>Nelson Mullins Riley & Scarborough, LLP<br>201 17th St., NW<br>Suite 1700, Atlantic Station<br>Atlanta, GA 30363<br>(404) 322-6000 (telephone)<br>(404) 322-6050 (facsimile)<br>richard.north@nelsonmullins.com<br><br>*Attorneys for Defendants C. R. Bard, Inc.<br>and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Matthew D. Schultz*
Matthew D. Schultz