# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL15-2641 –PHX DGC |
| This Document Relates to: | **ORDER** |
| Sherri Hughes v. C.R. Bard, et al.<br>Civil Action No.:CV17-4243-PHX DGC | |

The Court has reviewed the parties' unopposed motion to substitute party and for leave to file amended short form complaint. Doc. 11796.

**IT IS ORDERED** that the Unopposed Motion to Substitute Party and for Leave to File Amended Short Form Complaint (Doc. 11796) is **granted.** Counsel for Plaintiff shall file an amended short form complaint with the Clerk of Court on or before **July 17, 2018.**

Dated this 12th day of July, 2018.

_____
David G. Campbell
United States District Judge