# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTER PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641 PHX DGC |
| Nancy James, | **No. CV16-2506 PHX DGC** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| C.R. Bard Inc., Bard Peripheral Vascular, Inc., | |
| Defendant. | |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Nancy James. Doc. 11818.

**IT IS ORDERED** that the stipulation of dismissal without prejudice (Doc. 11818) is **granted.** All claims of Plaintiff Nancy James in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

Dated this 12th day of July, 2018.

_____
David G. Campbell
United States District Judge