# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re:  BARD IVC FILTERS    ) | MDL Case No. 2:15-md-02641-DGC |
| PRODUCTS LIABILITY LITIGATION    ) | MDL No. 2641 |
| ) | |
| THIS DOCUMENT RELATES TO:    ) | |
| ) | |
| SHELIA SLOAN    ) | |
| CV-16-02525-PHX-DGC    ) | |
| _____    ) | |
| ) | |
| SHELIA SLOAN,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| C.R. BARD, INC., *et al*    ) | |
| ) | |
| Defendants.    ) | |

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

**TO:   CLERK OF COURT AND ALL OTHER PARTIES:**

Pursuant to Local Rule 83.3, the undersigned counsel notifies the Clerk's office of the following changes:

Previous information:   Edward Blizzard
BLIZZARD & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
T:  (713) 844-3750
F:  (713) 844-3755
E:  eblizzard@blizzardlaw.com

Current/Updated
Information:   Edward Blizzard
BLIZZARD LAW, PLLC
5020 Montrose Blvd., Suite 410
Houston, TX 77006
T:  (713) 844-3750
F:  (713) 844-3755
E:  eblizzard@blizzardlaw.com

1

This the 13th day of July, 2018.

/s/   Edward Blizzard
Edward Blizzard (TX Bar #02495000)
BLIZZARD LAW, PLLC
5020 Montrose Blvd., Suite 410
Houston, TX 77006
T:  (713) 844-3750
F:  (713) 844-3755
E:  eblizzard@blizzardlaw.com

*Attorney for Plaintiff Shelia Sloan*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically filed the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/   Edward Blizzard
Edward Blizzard