UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re:  BARD IVC FILTERS ) | MDL Case No. 2:15-md-02641-DGC |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2641 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| MARGARET WILLARD ) | |
| CV-16-04574-PHX-DGC ) | |
| _____ ) | |
| ) | |
| MARGARET WILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| C.R. BARD, INC., *et al* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

**TO:   CLERK OF COURT AND ALL OTHER PARTIES:**

Pursuant to Local Rule 83.3, the undersigned counsel notifies the Clerk's office of the following changes:

Previous information:   Edward Blizzard
BLIZZARD & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
T:  (713) 844-3750
F:  (713) 844-3755
E:  eblizzard@blizzardlaw.com

Current/Updated
Information:   Edward Blizzard
BLIZZARD LAW, PLLC
5020 Montrose Blvd., Suite 410
Houston, TX 77006
T:  (713) 844-3750
F:  (713) 844-3755
E:  eblizzard@blizzardlaw.com

1

This the 13th day of July, 2018.

>  */s/   Edward Blizzard*
>  Edward Blizzard (TX Bar #02495000)
>  BLIZZARD LAW, PLLC
>  5020 Montrose Blvd., Suite 410
>  Houston, TX 77006
>  T:  (713) 844-3750
>  F:  (713) 844-3755
>  E:  eblizzard@blizzardlaw.com
>
>  *Attorney for Plaintiff Margaret Willard*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically filed the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>  */s/   Edward Blizzard*
>  Edward Blizzard