UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS ) | |
| PRODUCTS LIABILITY LITIGATION ) | No. 2:15-MD-02641-PHX-DGC |
| ) | |
| ) | |

This document applies to:

James C. Vaughn, Case No. 2:17-cv-02646

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Joyce Ann Vaughn, Anticipated Representative of the Estate of James C. Vaughn, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, moves to substitute herself as Plaintiff in this action based on the death of James C. Vaughn. The death certificate is attached hereto as Exhibit A.

A Notice and Suggestion of Death was previously filed in this matter on June 4, 2018.

Respectfully Submitted,

/s/ Gregory J. Pals
Gregory J. Pals #48820
**The Driscoll Firm, P.C.**
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
greg@thedriscollfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2018, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Melissa Caliendo