# EXHIBIT A



## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS




12825193

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: OCT 17 2017

STATE FILE NUMBER: 1232017-071952

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last) | James Christopher Vaughn |
| 2. SEX | M |
| 3a. HOUR OF DEATH | 10:39 p.m. |
| 3b. DATE OF DEATH (Month, Day, Year) | September 13, 2017 |

4. RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☒ White ☐ Black or African American ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Native Hawaiian ☐ Samoan ☐ Asian Indian ☐ Guamanian or Chamorro ☐ Other Asian (Specify) ☐ Other Pacific Islander (Specify) ☐ American Indian or Alaska Native (Name of the enrolled tribe or principal tribe) ☐ Other (Specify)

| 5a. AGE AT LAST BIRTHDAY | 37 Years | 6. DATE OF BIRTH (Month, Day, Year) 10/15/1979 | 7. BIRTH PLACE (State or Foreign Country) Mississippi |
|---|---|---|---|

8. PLACE OF DEATH (Check only one box)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☒ Other (Specify) hotel

| 9a. FACILITY NAME (If not a facility, give street address, route number, or location) 3120 I-55 North Park Side Inn | 9b. CITY, TOWN OR LOCATION OF DEATH Jackson | 9c. ZIP CODE 39211 | 9d. COUNTY OF DEATH Hinds |
|---|---|---|---|

10. DECEDENT'S EDUCATION – Check the box that best describes the highest degree or level of school completed at time of death.
☒ 8th grade or less ☐ 9th - 12th grade, no diploma ☐ High school graduate or GED completed ☐ Some college, no degree ☐ Associate degree (e.g., AA, AS) ☐ Bachelor degree (e.g., BA, AB, BS) ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) ☐ Unknown

11. MARTIAL STATUS AT TIME OF DEATH
☐ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☒ Never married ☐ Unknown

12. SURVIVING SPOUSE (If wife, give maiden name)

13. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes or No) NO

14. DECEDENT OF HISPANIC ORIGIN? Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino
☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify)

| 15. SOCIAL SECURITY NUMBER 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 | 16a. USUAL OCCUPATION (Kind of work done most of working life) Tile | 16b. KIND OF BUSINESS OR INDUSTRY Self |
|---|---|---|

| 17a. RESIDENCE - STATE MS | 17b. COUNTY Hinds | 17c. CITY OR TOWN Jackson | 17d. ZIP CODE 39204 | 17e. STREET AND NUMBER OR RURAL LOCATION (Include apartment number) 1789 Raymond Rd Apt 114 | 17f. INSIDE CITY LIMITS (Yes or No) Yes |
|---|---|---|---|---|---|

| 18. FATHER'S NAME (First, Middle, Last) Raymond Leavell Vaughn Sr. | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) Joyce Ann Roberson |
|---|---|

| 20a. INFORMANT - NAME (Type or print) Brian Scott Vaughn | 20b. RELATIONSHIP TO DECEDENT Brother | 20c. MAILING ADDRESS (Street and number, City or town, State, ZIP Code) 103 Magee Ave Richland MS 39218 |
|---|---|---|

| 21a. DISPOSITION OF BODY (Specify: Burial, Cremation, Removal, etc.) Cremation | 21b. CEMETERY/CREMATORY - NAME Greater Jackson Crematory | 21c. LOCATION (City and State) Jackson MS | 22a. FUNERAL DIRECTOR - SIGNATURE AND LICENSE NUMBER Felita B. Otts FD-1762 |
|---|---|---|---|

| 22b. FUNERAL HOME (Who first assumed custody of body) Sebrell Funeral Home 45C | 22c. FUNERAL HOME LICENSE FE-9081 | 22d. MAILING ADDRESS (Street and number, City or town, State, ZIP Code) P O Box 2714 Ridgeland MS 39158 |
|---|---|---|

22e. FUNERAL HOME (If body was transferred prior to disposition)
22f. MAILING ADDRESS (Street and number, City or town, State, ZIP Code)

| 23a. PERSON WHO PRONOUNCED DEATH – NAME AND TITLE (Type or print) Victor Beckley DMEI | 23b. PRONOUNCED DEAD (Month, Day, Year) ON 09/14/2017 | 23c. PRONOUNCED DEAD (Time) AT 1:18 p.m. |
|---|---|---|

24a. NAME OF CERTIFYING PHYSICIAN OR CORONER (Type or print) Victor Beckley
24b. MAILING ADDRESS (Street and number, City or town, State, ZIP Code) P.O. Box 1452 Jackson, MS 39215

25a. To the best of my knowledge, death occurred due to the cause(s) and manner as stated.
This section to be completed by physician if NOT a medical examiner:
25b. SIGNATURE ► ___ MD/DO
25b. DATE SIGNED (Month, Day, Year)
25c. STATE LICENSE NUMBER

25e. On the basis of examination and/or investigation, in my opinion, death occurred due to the cause(s) and manner as stated.
This section to be completed by coroner or medical examiner ONLY:
25e. SIGNATURE ► Felita Beckley
25f. TITLE DMEI
25g. DATE SIGNED (Month, Day, Year) 10/02/2017

25d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or print)

26. CAUSE OF DEATH PART I – Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, shock, or heart failure without showing the etiology. List only one cause on each line. DO NOT USE ABBREVIATIONS.

| | Interval between onset and death |
|---|---|
| IMMEDIATE CAUSE (final disease or condition resulting in death) (a) Pending Toxicology | |
| DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only) (b) | |
| DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only) (c) | |
| UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST. DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only) (d) | |

*CAUSE AMENDED* — DEC 27 2017 — SUPPLEMENT ON REVERSE SIDE

27. PART II: OTHER SIGNIFICANT CONDITIONS – Conditions contributing to death but not resulting in the underlying cause given in PART I.

| 28a. AUTOPSY (Yes or No) NO | 28b. AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? (Yes or No) | 29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Yes or No) Yes |
|---|---|---|

30. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☒ Probably ☐ No ☐ Unknown

31. IF FEMALE: ☐ NOT pregnant within the past year ☐ PREGNANT at the time of death ☐ Not pregnant, BUT PREGNANT within 42 DAYS OF DEATH ☐ Not pregnant, BUT PREGNANT 43 DAYS TO 1 YEAR BEFORE DEATH ☐ Unknown if pregnant within the past year

This section MUST be completed if Death due to natural causes:
32a. ACCIDENT, SUICIDE, HOMICIDE, PENDING INVESTIGATION, OR UNDETERMINED (Specify)
32b. DATE OF INJURY (Month, Day, Year)
32c. TIME OF INJURY m.
32d. DESCRIBE HOW OR BY WHAT MEANS INJURY OCCURRED

32e. IF TRANSPORTATION INJURY, SPECIFY ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

| 32f. INJURY AT WORK (Yes or No) | 32g. PLACE OF INJURY (Specify Home, Farm, Street, Factory, Office building, etc.) | 32h. LOCATION Street or route number | City or town | State |
|---|---|---|---|---|

Mississippi State Department of Health     Revised 01/2012     Form 511

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

12/27/2017     *Judy Moulder*

Judy Moulder
**STATE REGISTRAR**



**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

**VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

2010

**STATEMENT TO AMEND CAUSE OF DEATH**

ATTACHED
DEC 2 7 2017

THE DEATH CERTIFICATE OF **James Christopher Vaughn**, WHO DIED ON 09-13-2017 IN THE COUNTY OF Hinds ORIGINALLY CONTAINED THE FOLLOWING INFORMATION IN THE CAUSE-OF-DEATH SECTION.

**ORIGINAL (Do not write in this section)**

26. CAUSE OF DEATH PART 1 - Enter the chain of events - diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, shock, or heart failure without showing the etiology. List only one cause on each line. DO NOT USE ABBREVIATIONS.

IMMEDIATE CAUSE (final disease or condition resulting in death)
(a) Pending Toxicology

DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
(b)

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST.

DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
(c)

DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
(d)

27. PART II. OTHER SIGNIFICANT CONDITIONS - Conditions contributing to death but not resulting in the underlying cause given in PART I

28a. AUTOPSY (Yes or No) No
28b. AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? (Yes or No)
29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Yes or No) Yes

30. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☐ Unknown

31. IF FEMALE: ☐ NOT pregnant within the past year ☐ PREGNANT at the time of death ☐ Not pregnant, BUT PREGNANT WITHIN 42 DAYS OF DEATH ☐ Not pregnant, BUT PREGNANT 43 TO 1 YEAR BEFORE DEATH ☐ Unknown if pregnant within the past year

This section MUST be completed if Death NOT due to natural causes.

32a. ACCIDENT, SUICIDE, HOMICIDE, PENDING INVESTIGATION, OR UNDETERMINED (Specify)
32b. DATE OF INJURY (Month, Day, Year)
32c. TIME OF INJURY m.
32d. DESCRIBE HOW OR BY WHAT MEANS INJURY OCCURRED

32e. IF TRANSPORTATION INJURY, SPECIFY ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

32f. INJURY AT WORK (Yes or No)
32g. PLACE OF INJURY (Specify Home, Farm, Street, Factory, Office building, etc.)
32h. LOCATION   Street or route number   City or town   State

THIS INFORMATION SHOULD NOW BE AMENDED TO READ AS FOLLOWS : <u>FILL IN THIS ENTIRE SECTION AGAIN</u>. EVEN IF ONLY ONE PART OF IT IS TO BE CHANGED OR AMENDED.

**AMENDED SECTION**

26. CAUSE OF DEATH PART 1 - Enter the chain of events - diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, shock, or heart failure without showing the etiology. List only one cause on each line. DO NOT USE ABBREVIATIONS.

IMMEDIATE CAUSE (final disease or condition resulting in death)
(a) Acute Cardiorespiratory Failure

DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
(b) Multi Substance Toxicity (Morphine, Heroin, Xanax)

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST.

DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
(c)

DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only):
(d)

27. PART II. OTHER SIGNIFICANT CONDITIONS - Conditions contributing to death but not resulting in the underlying cause given in PART I

28a. AUTOPSY (Yes or No) NO
28b. AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? (Yes or No)
29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Yes or No) Yes

30. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☒ No ☐ Unknown

31. IF FEMALE: ☐ NOT pregnant within the past year ☐ PREGNANT at the time of death ☐ Not pregnant, BUT PREGNANT WITHIN 42 DAYS OF DEATH ☐ Not pregnant, BUT PREGNANT 43 DAYS TO 1 YEAR BEFORE DEATH ☐ Unknown if pregnant within the past year

This section MUST be completed if Death NOT due to natural causes.

32a. ACCIDENT, SUICIDE, HOMICIDE, PENDING INVESTIGATION, OR UNDETERMINED (Specify) Accident
32b. DATE OF INJURY (Month, Day, Year) 09/13/17
32c. TIME OF INJURY 10:39p m.
32d. DESCRIBE HOW OR BY WHAT MEANS INJURY OCCURRED Self Administered

32e. IF TRANSPORTATION INJURY, SPECIFY ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

32f. INJURY AT WORK (Yes or No) No
32g. PLACE OF INJURY (Specify Home, Farm, Street, Factory, Office building, etc.) motel room
32h. LOCATION   Street or route number 3720 I-55 N   City or town Jackson   State MS

SIGNATURE AND TITLE _(signature)_   Victor Beckley; Hinds County DMEI

DATE SIGNED 11/30/17

12/27/2017

ALTERED BEFORE RECD BY VPF

12825193