Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF STATUS OF SNF CASES**<br><br>(Assigned to the Honorable David G. Campbell) |

Pursuant Case Management No. 34 ¶ IV, Plaintiffs hereby provide the Court with notice of the status of Simon Nitinol Filters (SNF) cases.  Plaintiffs' co-lead counsel, Ramon R. Lopez, has communicated with all attorneys representing plaintiffs with Simon Nitinol Filters, but has not received decisions or responses from all about the future of these cases.  While some attorneys have indicated that they are amenable to dismissal of their clients' respective actions, others have requested more time to make decisions.  In addition, some attorneys are considering remand.

Defendants have agreed that any dismissals of SNF cases will be without prejudice and each party will bear its own cost and fees.  Meanwhile, Plaintiffs co-lead counsel are working diligently to provide the Court and Defense counsel with decisions regarding all SNF cases within the thirty-day period ordered by the Court on June 28, 2018.

RESPECTFULLY SUBMITTED this 16th day of July, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor (011029)
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

    Ramon Rossi Lopez
    (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ McHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Attorneys for Plaintiff Carol Kruse*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                */s/ Jessica Gallentine*