UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| GEORGE LEUS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | No. CV-15-01623-PHX-DGC<br><br>**ORDER RE PLAINTIFF GEORGE LEUS' MOTION FOR REMAND TO THE TRANSFEROR DISTRICT COURT** |

Having reviewed Plaintiff's Motion for Remand to the Transferor District Court and Memorandum in Support, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff's Motion is granted.