# Exhibit A

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY
 & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MD-15-02641-PHX-DGC<br><br>**SUPPLEMENTAL RESPONSES TO PLAINTIFFS LISA AND MARK HYDE'S FIRST SET OF REQUESTS FOR ADMISSION TO BARD PERIPHERAL VASCULAR, INC.** |
| LISA HYDE and MARK HYDE, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | |

## SUPPLEMENTAL RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION

Defendant Bard Peripheral Vascular, Inc. (referred to herein as "Bard," "BPV," or "Defendant") hereby serves the following Supplemental Responses and Objections to Plaintiffs Lisa Hyde's and Mark Hyde's First Set of Requests for Admissions to Bard Peripheral Vascular, Inc. as follows:

**REQUEST FOR ADMISSION NO. 1:**

Admit that Plaintiff was implanted with a G2X IVC Filter on February 25, 2011.

**RESPONSE:**

Defendant objects to this Request on the grounds that it is untimely as described fully in Defendant's Preliminary Statement and Objection, which is incorporated herein by reference.

**SUPPLEMENTAL RESPONSE:**

Defendant states that the information known or readily obtainable to Defendant is insufficient to enable it to admit or deny this Request after reasonable inquiry. The sales history of Bard IVC filters to Wheaton Franciscan Healthcare, Franklin during the relevant time period shows that Plaintiff was likely treated with an Eclipse filter. Defendant has not had an opportunity to inspect the subject filter, as a result Defendant cannot admit that Plaintiff was implanted with a G2X filter.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you were the manufacturer of the G2X IVC Filter implanted in Plaintiff on February 25, 2011.

**RESPONSE:**

Defendant objects to this Request on the grounds that it is untimely as described fully in Defendant's Preliminary Statement and Objection, which is incorporated herein by reference.

**SUPPLEMENTAL RESPONSE:**

Defendant admits that C. R. Bard was the manufacturer of the IVC filter that was

1   implanted in Plaintiff.  Defendant states that the information known or readily obtainable
2   to Defendant is insufficient to enable it to admit or deny this Request after reasonable
3   inquiry.  The sales history of Bard IVC filters to Wheaton Franciscan Healthcare, Franklin
4   during the relevant time period shows that Plaintiff was likely treated with an Eclipse
5   filter.  Defendant has not had an opportunity to inspect the subject filter, as a result
6   Defendant cannot admit that Plaintiff was implanted with a G2X filter.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you were the seller of the G2X IVC Filter implanted in Plaintiff on February 25, 2011.

**RESPONSE:**

Defendant objects to this Request on the grounds that it is untimely as described fully in Defendant's Preliminary Statement and Objection, which is incorporated herein by reference.

**SUPPLEMENTAL RESPONSE:**

Defendant admits that BPV was the original seller of the IVC filter to Wheaton Franciscan Healthcare, Franklin that was implanted in Plaintiff.  Defendant further states that the information known or readily obtainable to Defendant is insufficient to enable it to admit or deny this Request after reasonable inquiry.  The sales history of Bard IVC filters to Wheaton Franciscan Healthcare, Franklin during the relevant time period shows that Plaintiff was likely treated with an Eclipse filter.  Defendant has not had an opportunity to inspect the subject filter, as a result Defendant cannot admit that Plaintiff was implanted with a G2X filter.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you provided or sold to Wheaton Franciscan Healthcare – Franklin Hospital in Franklin, WIX the G2 IVC Filter that was implanted in Plaintiff on February 25, 2011.

**RESPONSE:**

Defendant objects to this Request on the grounds that it is untimely as described

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served by First Class postage prepaid U.S. Mail on August 21, 2017, to the following:

Mark S. O'Connor, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225

Ramon Rossi Lopez, Esq.
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Co-Lead/Liaison Counsel for Plaintiffs

*/s/ Matthew B. Lerner*
Matthew B. Lerner
Georgia Bar No. 446986