

# ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Sandra Day O'Connor United States Courthouse
401 West Washington Street, Suite 130
Phoenix, AZ 85003
(602) 322-7200

Evo A. DeConcini United States Courthouse
405 West Congress Street
Tucson, AZ 85701
(520) 205-4200

May 2018

filing and exhibits or other documents must be served on the other parties by the filer.

3. **Evidentiary and Trial Exhibits**

Evidentiary and trial exhibits must be submitted directly to the appropriate courtroom deputy clerk and will not be filed with the court.

**O. FILING ERRORS/TECHNICAL FAILURES**

1. **Correcting Filing or Docket Errors**

    a. Once a document is submitted and becomes part of the case docket, corrections to the docket may be made only by the Clerk's Office. The ECF system will not permit the filing party to make changes to the document or docket entry once the transaction has been accepted.

    b. The filing party should not attempt to re-file an incorrectly filed document.

    c. The filing party must contact the Clerk's Office ECF Help Desk as soon as an error has been discovered and provide the case number and document number. If appropriate, the Clerk's Office will make a docket entry indicating the document was filed in error. The filing party will be advised if the document needs to be re-filed.

    d. If the Clerk's Office discovers filing or docketing errors, the filer will be advised of what further action, if any, is required to address the error. However, if the error is minor, the Clerk's Office may correct the error, with or without notifying the parties.

    e. In the event it appears a document has been filed in the wrong case, the Clerk's Office will docket an entry indicating this possible error and notify the filing party. If it is confirmed as an error, the party will be directed to re-file the document in the correct case. The Clerk's Office will not delete any documents filed by a party unless ordered by the court.

2. **Technical Failures**

    a. Known court systems outages will be posted on the court's Internet web site, if possible.

    b. Problems on the filer's end, such as problems with the filer's Internet service provider (ISP), or hardware or software problems, will not generally excuse an untimely filing. A filer who cannot electronically file a document because of a problem on the filer's end must seek an alternative means of filing.

    c. If a filer needs to use the court's equipment to e-file, the filer should bring a form of electronic media containing the document(s) to the Clerk's office.