James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **DEFENDANTS C.R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S NOTICE OF APPEAL** |
| SHERR-UNA BOOKER, an individual, | (Assigned to the Honorable David G. Campbell) |
| Plaintiff, | |
| v. | CASE NO. CV-16-00474-PHX-DGC |
| C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, | |
| Defendants. | |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") appeal to the United States Court of Appeals for the Ninth Circuit from: (i) the order entered on June 19, 2018 denying Bard's motions for judgment as a matter of law and for new trial (MDL Case ECF No. 11598); and (ii) the judgment entered on July 9, 2017 in favor of Plaintiff Sherr-Una Booker ("Plaintiff") and against Bard in the amount of $3,600,000.00 plus post-judgment interest (Civil Case ECF No. 8; MDL Case ECF No. 11771) as well as all interlocutory orders that have merged into the judgment including, specifically, the order entered on November 22, 2017 denying Bard's motion for summary judgment (MDL Case ECF No. 8872), the order entered on March 1, 2018 resolving various motions in limine (MDL Case ECF No. 10258), the March 2, 2018 case management order (ECF No. 10323), as well as various rulings made during trial.

A representation statement that identifies all parties to this appeal along with the names, addresses, and telephone numbers of their counsel is attached hereto as Exhibit A.

DATED: July 19, 2018.

> s/ Richard B. North, Jr.
> Richard B. North, Jr.
> Georgia Bar No. 545599
> Matthew B. Lerner
> Georgia Bar No. 446986
> NELSON MULLINS RILEY & SCARBOROUGH, LLP
> Atlantic Station
> 201 17th Street, NW / Suite 1700
> Atlanta, GA  30363
> PH: (404) 322-6000
> FX: (404) 322-6050
> richard.north@nelsonmullins.com
> matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                       s/Richard B. North, Jr.
                                       Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000