# Exhibit A

## REPRESENTATION STATEMENT

**Party**                                           **Counsel**

*Defendants/Appellants C. R. Bard, Inc.*            James R. Condo
*and Bard Peripheral Vascular, Inc.*                Amanda C. Sheridan
                                                    SNELL & WILMER L.L.P.
                                                    One Arizona Center
                                                    400 E. Van Buren, Suite 1900
                                                    Phoenix, AZ 85004-2204
                                                    Telephone: (602) 382-6000
                                                    Facsimile: (602) 382-6070
                                                    jcondo@swlaw.com
                                                    asheridan@swlaw.com

                                                    Richard B. North, Jr.
                                                    Matthew B. Lerner
                                                    NELSON MULLINS RILEY &
                                                    SCARBOROUGH LLP
                                                    Atlantic Station
                                                    201 17th Street, NW, Suite 1700
                                                    Atlanta, GA 30363
                                                    Telephone: (404) 322-6000
                                                    Facsimile: (404) 322-6050
                                                    richard.north@nelsonmullins.com
                                                    matthew.lerner@nelsonmullins.com

*Plaintiff/Appellee Sherr-Una Booker*               Robin P. Lourie
                                                    Robert Dale Roll
                                                    WATKINS LOURIE ROLL &
                                                    CHANCE PC
                                                    5607 Glenridge Dr., Suite 500
                                                    Atlanta, GA 30342
                                                    Telephone: (404) 760-7400
                                                    Facsimile (404) 760-7409
                                                    rpl@wlr.net
                                                    rdr@wlr.net


| **Party** | **Counsel** |
|---|---|
| | Ramon Rossi Lopez<br>LOPEZ MCHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660<br>Telephone: (949) 812-5771<br>Facsimile: (949) 737-1504<br>rlopez@lopezmchugh.com |
| | Mark S. O'Connor<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225<br>Telephone: 602.530.8000<br>Facsimile: (602) 530-8500<br>mark.oconnor@gknet.com |
| | Joseph R. Johnson<br>BABBITT & JOHNSON, P.A.<br>1641 Worthington Rd Suite 100<br>P.O. Box 4426 (3302-4426)<br>West Palm Beach, FL 33409<br>Telephone: (561) 684-2500<br>Facsimile: (561) 684-6308<br>jjohnson@babbitt-johnson.com |
| | Julia Reed Zaic<br>HEAVISIDE REED ZAIC<br>312 Broadway, Suite 203<br>Laguna Beach, CA 92660<br>Telephone: (949) 715-5228<br>Facsimile: (949) 715-5123<br>julia@hrzlaw.com |