James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' UNOPPOSED MOTION TO STAY EXECUTION OF THE JUDGMENT PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND** |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>Defendants. | (Assigned to the Honorable David G. Campbell)<br><br>CASE NO. CV-16-00474-PHX-DGC |

Plaintiff Sherr-Una Booker has represented that she does not oppose this motion.

On July 9, 2018, this Court entered a judgment in the amount of three million six hundred dollars ($3,600,000.00) plus post-judgment interest at the rate of 2.33% per annum for Plaintiff in this action which was tried by a jury in March 2018. Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") request that the Court stay execution of the judgment pending appeal and approve supersedeas bond, attached as Exhibit A, in the amount of $3,767,760.00 to cover the judgment as well as post-judgment interest.

Rule 62(d) of the Federal Rules of Civil Procedure provides: "If an appeal is taken the appellant may obtain a stay by supersedeas bond. The bond may be given upon or after filing the notice of appeal or after obtaining the order allowing the appeal. The stay takes effect when the court approves the bond." Fed. R. Civ. P. 62(d). It is well settled that under Rule 62(d), an appellant is entitled to a stay as a matter of right pending the posting of a supersedeas bond in a sufficient amount. *See Am. Mfrs. Mut. Ins. Co. v. Am. Broadcasting–Paramount Theatres*, 87 S. Ct.1, 3 (1966) (holding that "a party taking an appeal from the District Court is entitled to a stay of a money judgment as a matter of right if he posts a bond in accordance with" the relevant federal rules); *In Re: Wymer*, 5 B.R. 802, 804 (B.A.P. 9th Cir. 1980).

Bard now requests approval of its supersedeas bond in the amount of $3,767,760.00, which will stay execution on the judgment pending appeal. This amount covers the judgment of $3,600,000.00 and post-judgment interest in the amount of $167,760.00.[1]

---

[1] The total for post-judgment interest was calculated based on the Court's per annum figure of 2.33% and for a period of 24 months. According to the Administrative Office of the United States Courts' most recent statistics, in the Ninth Circuit for the 2016–2017 period, the median time from filing of a notice of appeal to disposition of that appeal was 21.9 months (without oral argument) to 22.8 months (with oral argument). The 24-month post-judgment interest period is therefore above the high-end of the median period for disposition in the Ninth Circuit. *See* U.S. Courts of Appeals—Median Times for Civil and Criminal Cases Terminated on the Merits—During the 12-Month Periods Ending September 30, 2016 and 2017, *available at* http://www.uscourts.gov/statistics/table/b-4a/judicial-business/2017/09/30.

## **CONCLUSION**

For the foregoing reasons, Bard respectfully requests that the Court grant this Motion and approve its supersedeas bond in the amount of $3,767,760.00 and for all other just and proper relief.

RESPECTFULLY SUBMITTED this 19th day of July, 2018.

        s/ Richard B. North, Jr.
        Richard B. North, Jr.
        Georgia Bar No. 545599
        Matthew B. Lerner
        Georgia Bar No. 446986
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW / Suite 1700
        Atlanta, GA  30363
        PH: (404) 322-6000
        FX: (404) 322-6050
        richard.north@nelsonmullins.com
        matthew.lerner@nelsonmullins.com

        James R. Condo (#005867)
        Amanda Sheridan (#027360)
        SNELL & WILMER L.L.P.
        One Arizona Center
        400 E. Van Buren
        Phoenix, AZ 85004-2204
        PH: (602) 382-6000
        jcondo@swlaw.com
        asheridan@swlaw.com

        **Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                         s/Richard B. North, Jr.
                                         Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000