IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>Defendants. | |

Upon consideration of the motion filed by Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") seeking to (1) Stay Execution of the Judgment Pending Appeal and (2) to Approve Supersedeas Bond," IT IS HEREBY ORDERED that the motion is GRANTED and:

1. The supersedeas bond proffered by Bard, in the amount of $3,767,760.00, secured by Liberty Mutual Insurance Company, a Massachusetts corporation, as surety on behalf of Bard as principal is HEREBY APPROVED; and

2. Execution upon the Order entering Judgment in favor of Plaintiff Sherr-Una Booker dated July 9, 2018, is HEREBY STAYED pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, pending disposition of Bard's appeal from said Order before the

United States Court of Appeals for the Ninth Circuit.