# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | )<br>) No. MDL 15-2641 PHX DGC<br>) |
| This document relates to: | )<br>) **ORDER** |
| James C. Vaughn v. CR Bard, et al.,<br>Case No. 2:17-cv-02646 | )<br>) |

    Pending before the Court is Plaintiff's Motion to Substitute Joyce Ann Vaughn, as Anticipated Representative for the deceased, James C. Vaughn, as the Plaintiff in this action. Doc. 11873.

    **IT IS ORDERED** that Plaintiff's motion to substitute Joyce Ann Vaughn as anticipated representative (Doc. 11873) is **granted.** The Clerk is directed to alter the caption to reflect the proper party as "Joyce Ann Vaughn, Anticipated Representative for the deceased, James C. Vaughn", Plaintiff.

    Dated this 19th day of July, 2018.

_____
David G. Campbell
United States District Judge