1

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

9  IN RE:  Bard IVC Filters Products Liability         No. MDL 15-02641-PHX-DGC
    Litigation,

10  _____

11  Sherr-Una Booker, an individual,                   No. CV-16-00474-PHX-DGC

12         Plaintiff,

13  v.                                                 **ORDER**

14  C. R. Bard, Inc., a New Jersey corporation;
    and Bard Peripheral Vascular, Inc., an
15  Arizona corporation,

16         Defendants.

17

18

19

20         The Court has considered the motion filed by Defendants C.R. Bard, Inc. and Bard

21  Peripheral Vascular, Inc. ("Bard") seeking to (1) stay execution of the judgment pending

22  appeal and (2) to approve supersedeas bond.  Doc. 11935.

23         **IT IS ORDERED** that Defendants' motion (Doc. 11935) is **granted.**

24         1.     The supersedeas bond proffered by Bard, in the amount of $3,767,760.00,

25  secured by Liberty Mutual Insurance Company, a Massachusetts corporation, as surety

26  on behalf of Bard as principal is **approved.**

27         2.     Execution upon the order entering judgment in favor of Plaintiff Sherr-Una

28  Booker dated July 9, 2018 is **stayed** pursuant to Rule 62(d) of the Federal Rules of Civil

1    Procedure, pending disposition of Bard's appeal from said order before the United States

2    Court of Appeals for the Ninth Circuit.

3        Dated this 23rd day of July, 2018.

4

5

6

7

8

                                     David G. Campbell
                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28