AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Keith Dingman and Susan Dingman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-02321-DGC |
| Bard Peripheral Vascular, Inc, C.R. Bard Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Dingman and Susan Dingman                                                                                            .

Date:    07/25/2018                                                           /s/ Eric Roslansky
                                                                                              *Attorney's signature*

                                                                               Eric Roslansky FL Bar # 42067
                                                                                  *Printed name and bar number*

                                                                                     The Ruth Law Team
                                                                                      PO Box 16847
                                                                                  St. Petersburg, FL 33733
                                                                                              *Address*

                                                                          eroslansky@getjustice.com;ivc@getjustice.com
                                                                                          *E-mail address*

                                                                                       (888) 783-8378
                                                                                      *Telephone number*

                                                                                       (727) 323-7720
                                                                                         *FAX number*