James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**STIPULATION TO EXTEND TIME TO FILE PROPOSED SUMMARY FOR PURPOSES OF SUGGESTION OF REMAND OF MATURE CASES**<br><br>(Assigned to the Honorable David G. Campbell) |
|---|---|

Pursuant to the Court's Order dated July 9, 2018 (Doc. 11774), the Parties are required to confer and file the joint proposed summary for purposes of the suggestion of remand of the ten mature cases in this MDL by July 27, 2018. The parties have conferred and are working cooperatively to prepare the joint proposed summary, but they need additional time to complete the submission.  Accordingly, the Parties respectfully request that the Court extend the deadline to August 9, 2018.

RESPECTFULLY SUBMITTED this 25th day of July, 2018.

| GALLAGHER & KENNEDY, P.A. | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Mark O'Connor*<br>    Mark S. O'Connor (011029)<br>    Paul L. Stoller (016773)<br>    2575 East Camelback Road<br>    Phoenix, Arizona 85016-9225<br><br>    Ramon Rossi Lopez<br>    (admitted *pro hac vice*)<br>    CA Bar No. 86361<br>    LOPEZ McHUGH LLP<br>    100 Bayview Circle, Suite 5600<br>    Newport Beach, California 92660<br><br>    *Attorneys for Plaintiffs* | By: */s/ Matthew Lerner* (with permission)<br>    Richard B. North, Jr. (admitted *pro hac vice*)<br>    Georgia Bar No. 545599<br>    Matthew B. Lerner (admitted *pro hac vice*)<br>    Georgia Bar No. 446986<br>    Nelson Mullins Riley & Scarborough LLP<br>    201 17th Street, NW / Suite 1700<br>    Atlanta, GA 30363<br><br>    James R. Condo (005867)<br>    Amanda C. Sheridan (027360)<br>    One Arizona Center<br>    400 E. Van Buren, Suite 1900<br>    Phoenix, Arizona 85004-2202<br><br>    *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jessica Gallentine*
Jessica Gallentine

- 3 -