IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of the parties' Stipulation to Extend Time to File Proposed Summary For Purposes of Suggestion of Remand of Mature Cases, the Court hereby GRANTS the stipulation.

IT IS HEREBY ORDERED that the deadline to file a joint proposed summary for purposes of the suggestion of remand is extended to August 9, 2018.