# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**ORDER** |

The Court has considered the parties' stipulation to extend time to file proposed summary for purposes of suggestion of remand of mature cases. Doc. 11997.

**IT IS ORDERED** that the parties' stipulation (Doc. 11997) is **granted.** The deadline to file a joint proposed summary for purposes of suggestion of remand is extended to **August 9, 2018**.

Dated this 25th day of July, 2018.

_____
David G. Campbell
United States District Judge