IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>James Mays<br><br>                      Plaintiff,<br><br>vs.<br><br>C.R. BARD INC., BARD PERIPHERAL VASCULAR, INC.<br><br>                      Defendant. | No. 2:15-MD-02641-DGC<br><br>Regarding No. CV-18-02077-DGC<br>(Mays v. C.R. Bard, Inc. et al.)<br><br>**ORDER** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff James Mays,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff James Mays in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

DATED:

                                                          _____
                                                          David G. Campbell
                                                           United States District Judge