1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
5  Mark S. O'Connor (011029) – mark.oconnor@gknet.com
   Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
9          **IN THE UNITED STATES DISTRICT COURT**
10
             **FOR THE DISTRICT OF ARIZONA**
11

| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
|---|---|
| | **STIPULATION FOR EXTENSION TO PROVIDE STATUS OF SNF CASES** |
| | (Assigned to the Honorable David G. Campbell) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that Plaintiff will have an additional thirty (30) days to provide decisions regarding all SNF cases filed in this MDL. Plaintiffs' co-lead counsel, Ramon R. Lopez, has communicated with attorneys representing plaintiffs with SNF cases, but has not received decisions or responses from all about the future of these cases. By August 24, 2018, Plaintiffs' co-lead counsel will provide the decisions received from those attorneys and status of any outstanding communications. Until then, Plaintiffs co-lead counsel will continue to work diligently to provide the Court and Defense counsel with decisions regarding all SNF cases.

Accordingly, the parties respectfully request that the Court extend the deadline for the status of SNF cases to August 24, 2018.

RESPECTFULLY SUBMITTED this 27th day of July, 2018.

                                    GALLAGHER & KENNEDY, P.A.

                                    By: */s/ Mark S. O'Connor*
                                            Mark S. O'Connor (011029)
                                            2575 East Camelback Road
                                            Phoenix, Arizona 85016-9225

                                            Ramon Rossi Lopez
                                            (admitted *pro hac vice*)
                                            CA Bar No. 86361
                                            LOPEZ McHUGH LLP
                                            100 Bayview Circle, Suite 5600
                                            Newport Beach, California 92660

                                     *Attorneys for Plaintiff Carol Kruse*

| | |
|---|---|
|1| **CERTIFICATE OF SERVICE** |

I hereby certify that on the 27th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                  */s/ Karen L. Trumpower*

6726065v1/26997-0001