**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **PROPOSED ORDER RE: STIPULATION FOR EXTENSION TO PROVIDE STATUS OF SNF CASES** |
| | (Assigned to the Honorable David G. Campbell) |

Based upon the parties' Stipulation and good cause appearing,

IT IS ORDERED extending the deadline for the parties to provide the status of SNF cases to August 24, 2018.