IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX DGC |
| James Mays<br>                    Plaintiff,<br>vs.<br><br>C.R. BARD INC., BARD PERIPHERAL VASCULAR, INC.<br>                    Defendant. | No. CV-18-02077-PHX DGC<br><br>**ORDER** |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff James Mays.  Doc. 12008.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the parties' stipulation of dismissal without prejudice of Plaintiff James Mays (Doc. 12008) is **granted.** All claims of Plaintiff James Mays in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

Dated this 27th day of July, 2018.

_____
David G. Campbell
United States District Judge