James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' CONSENT MOTION FOR REDACTION REQUEST DEADLINE EXTENSION AND DATE CERTAIN FOR SEALING TRIAL EXHIBITS IN *JONES* MDL CASE** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby respectfully move this Court, with Plaintiffs' consent, for an additional extension of the redaction request deadlines by 30 days and to set a date certain for motions addressing the confidentiality of exhibits admitted into evidence during the *Jones v. Bard* trial. Bard requests, and Plaintiffs consent to this extension based on Bard's pending Motion for Reconsideration of the Order regarding the corresponding motion for redaction and to seal in *Booker v. Bard*. [Dkt. 11766].

The current redaction request deadline is July 30, 2018. [Dkt. Nos. 11797]. Bard

requests that the Court extend the deadline by 30 days to August 30, 2018. Bard does not anticipate requesting that much, if any, of the trial transcript be redacted.[1] However, Bard believes that this revised deadline will be more efficient for the parties and the Court in addressing the voluminous trial exhibits at issue.

RESPECTFULLY SUBMITTED this 30th day of July, 2018.

/s/ Richard B. North, Jr.
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

**Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

/s/ Paul L. Stoller
Mark S. O'Connor
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted pro hac *vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

**Co-Lead/Liaison Counsel for Plaintiffs**

---

[1] Bard assumes that Ms. Jones will seek to redact portions of the transcript relating to her medical care.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                      s/ Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000