# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

IN RE: BARD IVC FILTER
PRODUCTS LIABILITY LITIGATION

MDL No. 2:15-MD-02641-DGC

This Document Relates To:

Case No.  18-cv-2349

CAROLINE E. BECKETT,

       Plaintiff,

   v.

C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.

       Defendants.

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned attorney hereby appears on behalf of Plaintiff Caroline E. Beckett and requests that all pleadings and documents hereafter be served upon the undersigned.

Dated:  July 30, 2018

                                  s/ *Gail C. Groy*
                                  Gail C. Groy
                                  AXLEY BRYNELSON, LLP
                                  2 East Mifflin Street, Suite 200
                                  Post Office Box 1767
                                  Madison, WI  53701-1767
                                  Telephone: (608) 257-5661
                                  Facsimile: (608) 257-5444
                                  ggroy@axley.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: July 30, 2018

                                        s/ *Gail C. Groy*
                                        Gail C. Groy
                                        AXLEY BRYNELSON, LLP
                                        2 East Mifflin Street, Suite 200
                                        Post Office Box 1767
                                        Madison, WI  53701-1767
                                        Telephone: (608) 257-5661
                                        Facsimile: (608) 257-5444
                                        ggroy@axley.com