1
2  William B. Curtis, Esq. (TX SBN 00783918)
   (*admitted pro hac vice*)
3  **CURTIS LAW GROUP**
   12225 Greenville Ave., Suite 750
4  Dallas, Texas 75243
   Telephone:    (214) 890-1000
5  Facsimile:    (214) 890-1010
6
7  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF ARIZONA**
8
9  **IN RE: BARD IVC FILTER PRODUCTS**
   **LIABILITY LITIGATION**
10
11 This document relates to:                      **MDL No. 2:15-MD-02641-PHX-DGC**

12 *BELINDA HAVARD*                               **Civil Action No.** 2:17-cv-03569

13         *Plaintiff,*                          **STIPULATION OF DISMISSAL**
                                                 **WITHOUT PREJUDICE**
14 *v.*

15 *C.R. BARD AND BARD PERIPHERAL*
   *VASCULAR, INC.*
16
           *Defendants.*
17

18
19     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Belinda Havard,
20 and Defendants, C.R. Bard and Bard Peripheral Vascular, Inc., through their undersigned counsel,
21 that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule
22 of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.
23     The voluntary dismissal will only apply to docket number 2:17-cv-03569 and will not have any
24 effect on any other cases filed in regard to Plaintiff Belinda Havard with different docket numbers.
25     Dated this 31st day of July, 2018.
26
27
28

Respectfully submitted,

  /s/ William B. Curtis
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

  /s/ Richard B. North
Richard B. North, Jr., GA Bar #545599
Nelson Mullins Riley & Scarborogh, LLP
2017 17th St. NW, Suite 1700
Atlanta, GA 30363
Tel: 404-322-6000
Fax: 404-322-6050
Richard.north@nelsonmullins.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

  /s/ William Curtis
WILLIAM CURTIS

---

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE