1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark S. O'Connor (011029) - mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY PAPERS** |

   PLEASE TAKE NOTICE that on July 31, 2018, Plaintiffs served (by email and mail) upon Defendants the following discovery papers:

   *Plaintiffs' Amended Notice of Videotaped Deposition of Boston Biomedical Associates*

   Plaintiffs are filing this notice in lieu of filing the original discovery papers pursuant to LRCiv 5.2.

   RESPECTFULLY SUBMITTED this 31st day of July 2018.

                            GALLAGHER & KENNEDY, P.A.

                            By: *s/ Mark S. O'Connor*
                                Mark S. O'Connor
                                Paul L. Stoller
                                2575 East Camelback Road
                                Phoenix, Arizona  85016-9225

                            LOPEZ McHUGH LLP
                                Ramon Rossi Lopez (CA Bar No. 86361)
                                (admitted *pro hac vice*)
                                100 Bayview Circle, Suite 5600
                                Newport Beach, California 92660

                            *Co-Lead/Liaison Counsel for Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that on this 31st day of July 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo