# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff Brenda Jackson, as Expected Administrator of the Estate of Gladys Trawick, 2:17-cv-00677-DGC | **FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*.

Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Gladys Trawick

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of

   consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Brenda Jackson, as Expected Personal Representative of the Estate of Gladys

   Trawick

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   Florida

1

6. Plaintiff's current state(s) of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Florida

8. Defendants against whom Complaint is made:

☒     C.R. Bard, Inc.

☒     Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒     Diversity of Citizenship

☐     Other:

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☒     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☐     Other: _____

11. Date of Implantation as to each product: 05/19/2014 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability — Manufacturing Defect

☒     Count II:     Strict Products Liability — Information Defect (Failure to

Warn)

☒     Count III:     Strict Products Liability — Design Defect

☒     Count IV:     Negligence — Design

☒     Count V:     Negligence — Manufacture

☒     Count VI:     Negligence — Failure to Recall/Retrofit

☒     Count VII:     Negligence — Failure to Warn

☒     Count VIII:     Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:     Fraudulent Concealment

3

☒     Count XIV:   Violations of Applicable Florida Law Prohibiting Consumer

Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:   Loss of Consortium

☐     Count XVI:   Wrongful Death

☒     Count XVII:  Survival

☒     Punitive Damages

☐     Other(s):_____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

4

1    Respectfully submitted this August 1, 2018.

2    /s/ Marlene J. Goldenberg
3    Stuart L. Goldenberg *(pro hac vice)*
     Marlene J. Goldenberg *(pro hac vice)*
4    **GOLDENBERGLAW, PLLC**
5    800 LaSalle Avenue, Suite 2150
     Minneapolis, MN 55402
6    Tel:    (612) 333-4662
7    slgoldenberg@goldenberglaw.com
     mjgoldenberg@goldenberglaw.com
8
     *Attorneys for Plaintiffs*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5