# EXHIBIT A

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018069744  
**DATE ISSUED:** APRIL 30, 2018  
**DATE FILED:** APRIL 27, 2018

### DECEDENT INFORMATION

NAME: GLADYS MAE TRAWICK  
DATE OF DEATH: APRIL 20, 2018  SEX: FEMALE  SSN: [redacted]  AGE: 091 YEARS  
DATE OF BIRTH: [redacted]  BIRTHPLACE: CENTURY, FLORIDA, UNITED STATES  
PLACE OF DEATH: DAUGHTER'S HOME  
FACILITY NAME OR STREET ADDRESS: 7311 MOBILE HWY.  
LOCATION OF DEATH: PENSACOLA, ESCAMBIA COUNTY, 32526  
RESIDENCE: [redacted]  COUNTY: ESCAMBIA  
OCCUPATION, INDUSTRY: HOUSEWIFE, HOMEOWNER  
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED  EVER IN U.S. ARMED FORCES? NO  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: AMERICAN INDIAN OR ALASKAN NATIVE: CREEK

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: WIDOWED  
SURVIVING SPOUSE NAME: NONE  
FATHER'S/PARENT'S NAME: CHARLIE WOODS  
MOTHER'S/PARENT'S NAME: ISABELL GIBSON

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: BRENDA JACKSON  
RELATIONSHIP TO DECEDENT: DAUGHTER  
INFORMANT'S ADDRESS: [redacted]  
FUNERAL DIRECTOR/LICENSE NUMBER: JEFFREY S. HEATON, F048941  
FUNERAL FACILITY: ROSE LAWN FUNERAL HOME F039975  
2942 GULF BREEZE PKWY, GULF BREEZE, FLORIDA 32563  
METHOD OF DISPOSITION: BURIAL  
PLACE OF DISPOSITION: KLONDIKE BAPTIST CHURCH CEMETERY  
PENSACOLA, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR): 2108  DATE CERTIFIED: APRIL 27, 2018  
CERTIFIER'S NAME: JAMES M SMITH  
CERTIFIER'S LICENSE NUMBER: OS7458  
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH  
a. SEVERE PROTEIN CALORIE MALNUTRITION  YEARS  
b.  
c.  
d.  

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:  DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED  
REASON FOR SURGERY:  
PREGNANCY INFORMATION: NOT PREGNANT WITHIN PAST YEAR  
DATE OF INJURY: NOT APPLICABLE  TIME OF INJURY (24 HOUR):  INJURY AT WORK?  
LOCATION OF INJURY:

VOID IF ALTERED OR ERASED

PLACE OF INJURY
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:

TYPE OF VEHICLE:

*Ken Jones*, STATE REGISTRAR

REQ: 2019241220

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

*55398738*

**CERTIFICATION OF VITAL RECORD**

Florida HEALTH