**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Gladys Trawick, 2:17-cv-00677-DGC | No. MD-15-02641-PHX-DGC<br><br>**[PROPOSED] ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Gladys Trawick and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Brenda Jackson be substituted as Plaintiff of record on behalf of her deceased mother, Gladys Trawick. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. ____) is **GRANTED.** The Clerk of Court is directed to substitute Brenda Jackson as Plaintiff of record in Case No. 2:17-cv-00677-DGC.

Dated this ___ day of August, 2018.

1