Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>CV-16-00782-PHX-DGC |
| DORIS JONES,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>                    Defendants. | **NOTICE OF APPEAL**<br><br>(Assigned to the Honorable David G. Campbell) |

NOTICE IS HEREBY GIVEN that Doris Jones, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Clerk's Judgment entered on July 9, 2018.

A representation statement that identifies all parties to this appeal along with the names, addresses, and telephone numbers of their counsel is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 1st day of August, 2018.

GALLAGHER & KENNEDY, P.A.

By: */s/ Shannon Clark*
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*