**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                */s/ Jessica Gallentine*

6720015v1/26997-0031

3

# Exhibit A

## Representation Statement

**Party** | **Counsel**

*Plaintiff/Appellant Doris Jones*

Mark S. O'Connor
Robert W. Boatman
Shannon L. Clark
C. Lincoln Combs
Paul L. Stoller
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Telephone: 602.530.8000
Facsimile: (602) 530-8500
mark.oconnor@gknet.com
rwb@gknet.com
slc@gknet.com
lincoln.combs@gknet.com
paul.stoller@gknet.com

Ramon Rossi Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 812-5771
Facsimile: (949) 737-1504
rlopez@lopezmchugh.com

Julia Reed Zaic
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA 92660
Telephone: (949) 715-5228
Facsimile: (949) 715-5123
julia@hrzlaw.com

| **Party** | **Counsel** |
|---|---|
| *Defendants/Appellees C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* | James R. Condo<br>Amanda C. Sheridan<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2204<br>Telephone: (602) 382-6000<br>Facsimile: (602) 382-6070<br>jcondo@swlaw.com<br>asheridan@swlaw.com<br><br>Richard B. North, Jr.<br>Matthew B. Lerner<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Atlantic Station<br>201 17th Street, NW, Suite 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Facsimile: (404) 322-6050<br>richard.north@nelsonmullins.com<br>matthew.lerner@nelsonmullins.com |