1
2
3
4

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

5
6
7

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

8

*Co-Lead/Liaison Counsel for Plaintiffs*

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF ARIZONA

11
12

In Re Bard IVC Filters Products
Liability Litigation

No. MD-15-02641-PHX-DGC

13

SHERR-UNA BOOKER, an individual,

CV-16-00474-DGC

14

Plaintiff,

**NOTICE OF CROSS APPEAL**

15

v.

16
17

C.R. BARD, INC., a New Jersey
corporation and BARD PERIPHERAL
VASCULAR, an Arizona corporation,

18

Defendants.

19

20
21
22
23
24
25

NOTICE IS HEREBY GIVEN THAT Sherr-Una Booker, Plaintiff in the above-named case, hereby cross appeals to the United States Court of Appeal for the Ninth Circuit from the Clerk's Judgment entered in this action on the 9th day of July 2018 as well as all interlocutory orders that have merged into the judgment and various rulings made during trial.  Specifically, Plaintiff appeals the Court's denial of Plaintiff's motion for judgment as a matter of law concerning Defendants' non-party at fault defense (Doc. 10573).

26
27

A representation statement that identifies all parties to this appeal along with the names, addresses, and telephone numbers of their counsel is attached hereto as Exhibit A.

28

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1

2      RESPECTFULLY SUBMITTED this 1st day of August 2018.

3                              GALLAGHER & KENNEDY, P.A.

4                              By: /s/ Shannon Clark
5                                  Mark S. O'Connor
                                   2575 East Camelback Road
6                                  Phoenix, Arizona  85016-9225

7                              LOPEZ McHUGH LLP
                                   Ramon Rossi Lopez (CA Bar No. 86361)
8                                  (admitted *pro hac vice*)
                                   100 Bayview Circle, Suite 5600
9                                  Newport Beach, California 92660

10                             *Co-Lead/Liaison Counsel for Plaintiffs*

11                             **Certificate of Service**

12             I hereby certify that on this 1st day of August 2018, I electronically transmitted the

13   attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

14   of a Notice of Electronic Filing.

15

16

17                                  */s/ Jessica Gallentine*
                                    Jessica Gallentine

18

19

20

21

22

23

24

25

26

27

28

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000