# Exhibit A

## Representation Statement

| **Party** | **Counsel** |
|---|---|
| *Plaintiff/Cross-Appellant Sherr-Una Booker* | Robin P. Lourie<br>Robert Dale Roll<br>WATKINS LOURIE ROLL & CHANCE PC<br>5607 Glenridge Dr., Suite 500<br>Atlanta, GA 30342<br>Telephone: (404) 760-7400<br>Facsimile (404) 760-7409<br>rpl@wlr.net<br>rdr@wlr.net<br><br>Ramon Rossi Lopez<br>LOPEZ MCHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660<br>Telephone: (949) 812-5771<br>Facsimile: (949) 737-1504<br>rlopez@lopezmchugh.com<br><br>Mark S. O'Connor<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225<br>Telephone: 602.530.8000<br>Facsimile: (602) 530-8500<br>mark.oconnor@gknet.com<br><br>Joseph R. Johnson<br>BABBITT & JOHNSON, P.A.<br>1641 Worthington Rd Suite 100<br>P.O. Box 4426 (3302-4426)<br>West Palm Beach, FL 33409<br>Telephone: (561) 684-2500<br>Facsimile: (561) 684-6308<br>jjohnson@babbitt-johnson.com |

| **Party** | **Counsel** |
|---|---|
| | Julia Reed Zaic<br>HEAVISIDE REED ZAIC<br>312 Broadway, Suite 203<br>Laguna Beach, CA 92660<br>Telephone: (949) 715-5228<br>Facsimile: (949) 715-5123<br>julia@hrzlaw.com |
| *Defendants/Cross-Appellees C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* | James R. Condo<br>Amanda C. Sheridan<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2204<br>Telephone: (602) 382-6000<br>Facsimile: (602) 382-6070<br>jcondo@swlaw.com<br>asheridan@swlaw.com<br><br>Richard B. North, Jr.<br>Matthew B. Lerner<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Atlantic Station<br>201 17th Street, NW, Suite 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Facsimile: (404) 322-6050<br>richard.north@nelsonmullins.com<br>matthew.lerner@nelsonmullins.com |