# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| This Document Relates to | **ORDER** |
| Gladys Trawick v. C.R. Bard, et al. CV17-0677-PHX DGC | |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Gladys Trawick and Motion to Substitute Plaintiff. Doc. 12056. Plaintiff has requested that Brenda Jackson be substituted as Plaintiff of record on behalf of her deceased mother, Gladys Trawick. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. 12056) is **granted**. The Clerk of Court is directed to substitute Brenda Jackson as Plaintiff of record in Case No. CV17-0677-PHX DGC.

Dated this 1st day of August, 2018.

_____
David G. Campbell
United States District Judge

1