IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Aldona Lulie, 2:17-cv-00193-DGC | No. MD-15-02641-PHX-DGC |

### PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Plaintiff Aldona Lulie, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Jerald Lulie, Expected Administrator of the Estate of Aldona Lulie, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Aldona Lulie was implanted with a Bard IVC Filter and subsequently discovered her injuries in 2017. Plaintiff retained undersigned counsel, who filed a Complaint on her behalf against the Defendants for Aldona Lulie's IVC Filter-related injuries.

2. Plaintiff Aldona Lulie unexpectedly passed away March 6, 2017.

3. Plaintiff's counsel recently learned of Mrs. Lulie's passing.

4. Jerald Lulie is the Expected Administrator of the Estate of Aldona Lulie.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

1

motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Jerald Lulie, Expected Administrator of the Estate of Aldona Lulie, as Plaintiff.

7. The death certificate of Aldona Lulie is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Aldona Lulie was filed contemporaneously herewith.

9. Counsel for Defendants has indicated that they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Unopposed Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: 08/02/2018

Respectfully Submitted,

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*