# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Jerald Lulie, as Expected Administrator of the Estate of Aldona Lulie, 2:17-cv-00193-DGC | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*. Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Aldona Lulie

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   Jerald Lulie

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Jerald Lulie, as Expected Personal Representative of the Estate of Aldona Lulie

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   Maryland

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   Maryland

6. Plaintiff's current state(s) of residence:

   Maryland

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Maryland

8. Defendants against whom Complaint is made:

   ☒   C.R. Bard, Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other:

   a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express (G2®X) Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

2

☒ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product: 01/21/2014

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability — Manufacturing Defect

☒ Count II: Strict Products Liability — Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability — Design Defect

☒ Count IV: Negligence — Design

☒ Count V: Negligence — Manufacture

☒ Count VI: Negligence — Failure to Recall/Retrofit

☒ Count VII: Negligence — Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

3

☒ Count XIV:   Violations of Applicable Maryland Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☒ Count XVII:  Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

4

Respectfully submitted this August 2, 2018.

<u>/s/ Marlene J. Goldenberg</u>
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:     (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*