# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

VIEW PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

## STATE OF MARYLAND
### Department of Health and Mental Hygiene
### Division of Vital Records

*320170091830000*

**Certificate of Death**

File Number *32017MD009121*

| | |
|---|---|
| 1. Decedent's Name, AKA Name (if any): ALDONA T. LULIE | 2. Date of Death: 03/06/2017 — 3. Time of Death: 1110 |
| 4a. Facility Name: 902 WASHBURN AVENUE | 4b. City, Town or Location of Death: BALTIMORE — 4c. County of Death: BALTIMORE CITY |
| 5. Social Security Number: [redacted] — 6. Sex: F — 7. Age: 66 YR — 8. Date of Birth: [redacted] | 9. Birthplace: GERMANY |
| Usual Residence of Decedent — 10a. State: MARYLAND — 10b. County: BALTIMORE CITY | 10c. City, Town or Location: BALTIMORE — 10d. Inside City Limits? YES |
| 10e. Address: 902 WASHBURN AVENUE | 10f. Zip Code: 21225 |
| 11. Marital Status: MARRIED — 12. Ever in U.S. Armed Forces? NO — 13. Hispanic Origin? NO | 14. Race: WHITE |
| 15. Decedent's Education: ASSOCIATE — 16a. Decedent's Usual Occupation: NURSE | 16b. Business/Industry: NURSING |
| 17. Father's Name: ALIGIRDAS RIMCAVICIOUS | 18. Mother's Name Prior to First Marriage: BIRUTE BINDAUKAITE |
| 19. Surviving Spouse's Name: JERALD F. LULIE, SR | |
| 20a. Informant's Name: JERALD F. LULIE, SR — 20b. Informant's Relationship: HUSBAND | 20c. Informant's Mailing Address: [redacted] |
| 21a. Method of Disposition: BURIAL — 21b. Place of Disposition: GLEN HAVEN MEMORIAL PARK — 21c. Date of Disposition: 03/10/2017 | 21d. Location: GLEN BURNIE, MD |
| 22a. Signature of Funeral Service Licensee: RENO ALDRIDGE — 22b. License No: M01266 | 22c. Name and Address of Funeral Facility: GONCE FUNERAL SERVICE, P.A. 4001 RITCHIE HIGHWAY, BALTIMORE, MD 21225 |

23a. Part I. Disease, injuries, or complications that directly caused the death

Immediate Cause (final disease or condition resulting in death):
a. BONE SARCOMA

Conditions if any, leading to immediate cause:
Due to (or as a consequence of):
b. COLON CANCER

Due to (or as a consequence of):
c. BLADDER CANCER

Due to (or as a consequence of):
d. CHRONIC OBSTRUCTIVE PULMONARY DISEASE

Approximate Interval Between Onset and Death: —

Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I:
HYPERTENSIVE ARTERIOSCLEROTIC CORDIOVASCULAR DISEASE

23b. Did tobacco use contribute to the cause of death? PROBABLY

| | | | |
|---|---|---|---|
| 24a. Was an autopsy performed? NO | 24b. Were autopsy findings available prior to completion of cause of death? NO | 25a. Was case referred to medical examiner? NO | 25b. Medical Examiner Countersignature: |
| 26. Place of Death: HOME | 27. Manner of Death: NATURAL | 28a. Date of Injury: | 28b. Time of Injury: |
| 28c. How injury occurred: | 28d. Injury at work? — 28e. Transportation Injury? | 28f. Place of injury: | |

28g. Location of Injury:

| | | | |
|---|---|---|---|
| 29a. Certifier Type: CERTIFYING PHYSICIAN | 29b. Signature and Title of Certifier: CHRISTOPHER DEBORJA | 29c. License No: D42820 | 29d. Date signed: 03/07/2017 |
| 30a. Name of person who completed cause of death: CHRISTOPHER DEBORJA | 30b. Address of person who completed cause of death: 3708 MOUNTAIN ROAD, PASADENA, MD 21122 | | |

For Office Use Only:

| 31. Date Filed | 32. Registrar at Filing | 33. Date Issued | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. |
|---|---|---|---|
| 03/09/2017 | GENEVA G. SPARKS | 03/20/2017 | Registrar's Signature: Geneva R. Sparks |

2863212




DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE