**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br><br>**CASE MANAGEMENT ORDER NO. 36** |

The Court has reviewed the parties' memoranda on Plaintiff Debra Mulkey's status and the possibility of trying the Tinlin case in November 2018. Docs. 11951, 11952. The memorandum on Ms. Mulkey makes clear that her case should not be scheduled for trial in November. She continues to undergo medical testing attempting to identify the cause of her concerning health issues, and scheduling her for the stress of a three-week trial in November would be unwise. The Court will try Ms. Mulkey's case in 2019.

The Court had fully intended to try a fourth bellwether trial in November, but the Court's grant of summary judgment in the Kruse case and the unavailability of Ms. Mulkey for trial this year mean that the only remaining bellwether plaintiff is Debra Tinlin. Unfortunately, much of the case-specific discovery and expert disclosures required for the Tinlin trial have not been completed. Plaintiffs propose an aggressive schedule to have the Tinlin case ready for trial in November, but the Court concludes that the schedule is unrealistic. A year's worth of medical records for Plaintiff Tinlin's many medical conditions will need to be collected, many treating physicians likely will need to

be deposed, plaintiff-specific expert reports must be prepared and disclosed, expert depositions must be completed, and *Daubert* and summary judgment motions must be briefed and decided. For a trial to begin on November 5, 2018, the Court would need to rule on the *Daubert* and summary judgment motions in early October, something that would be very difficult in light of the Court's administrative responsibilities that month and the fact that the Hyde bellwether trial will not end until October 5.

The Court is reluctant to lose the November bellwether trial slot, but circumstances make a Tinlin trial in November unreasonable. As a result, the Court will plan to try the Tinlin and Mulkey cases in February and May of 2019. The Court will decide the order of the trials, and the dates for the trial in May, after the Hyde trial.

The parties shall follow this schedule in preparing the Tinlin case for trial:

1. Plaintiff shall provide an updated provider list and executed medical authorizations to Defendants by **August 10, 2018**.

2. The parties shall obtain updated medical records from known treaters and newly identified treaters by **September 28, 2018**.

3. The parties shall identify treating physicians and fact witnesses to be deposed, and shall complete the depositions on a rolling basis, by **October 5, 2018**.

4. Plaintiff's case-specific expert disclosures shall be completed by **September 28, 2018**.

5. Defendants' case-specific expert disclosures shall be completed by **October 26, 2018**.

6. Case-specific experts shall be deposed by **November 16, 2018**.

7. Dispositive and *Daubert* motions shall be filed by **December 7, 2018,** responses by **December 28, 2018,** and replies by **January 11, 2019**.

Dated this 2nd day of August, 2018.

_____
David G. Campbell
United States District Judge