# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re: BARD IVC FILTERS § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> The Cases Listed on the attached Exhibit A § | MDL Case No. 2:15-md-02641-DGC <br> MDL No. 2641 |

## NOTICE OF CHANGE OF FIRM NAME AND ATTORNEY INFORMATION

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

Pursuant to Local Rule 83.3, the undersigned counsel hereby gives notice of the following changes:

Previous Information:

John H. "Trey" Allen, III
JACKSON ALLEN & WILLIAMS, LLP
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
tallen@jacksonallenfirm.com

Current/Updated Information:

John H. "Trey" Allen, III
ALLEN & NOLTE, PLLC
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
trey@allennolte.com

Dated August 2, 2018

**ALLEN & NOLTE, PLLC**

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219

>Tel: (214) 521-2300
>Fax: (214) 452-5637
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>/s/ John H. "Trey" Allen, III
>John H. "Trey" Allen, III

**EXHIBIT A**

| Last Name | First Name | Jurisdiction | Civil Action No. |
| --- | --- | --- | --- |
| Copple | Gerald | USDC District of Arizona | 2:16-cv-00306-DGC |
| Carlson | Brittnee | USDC District of Arizona | 2:16-cv-01244-DGC |
| Ibarra | Rebecca | USDC District of Arizona | 2:16-cv-01561-DGC |
| Orange | Linda | USDC District of Arizona | 2:16-cv-02145-DGC |
| Hare | Betty | USDC District of Arizona | 2:16-cv-02589-DGC |
| Bryant | Debra | USDC District of Arizona | 2:16-cv-03046-DGC |
| Holland | Betty | USDC District of Arizona | 2:16-cv-03147-DGC |
| Johnson | Tammy | USDC District of Arizona | 2:16-cv-04046-DGC |
| Skinner | William | USDC District of Arizona | 2:17-cv-00151-DGC |
| Lewis | Benjamin | USDC District of Arizona | 2:17-cv-01279-DGC |
| Chapman | Robert | USDC District of Arizona | 2:17-cv-01370-DGC |
| Ewan | Damon | USDC District of Arizona | 2:17-cv-02030-DGC |
| Binns | Brenda | USDC District of Arizona | 2:17-cv-02156-DGC |
| Westmoreland | Trina | USDC District of Arizona | 2:17-cv-02349-DGC |
| Garthwait | Carmela | USDC District of Arizona | 2:17-cv-02519-DGC |
| Whitlow | Doug | USDC District of Arizona | 2:17-cv-02747-DGC |
| Johnson | Mary | USDC District of Arizona | 2:17-cv-02988-DGC |
| Powell | Candy | USDC District of Arizona | 2:17-cv-02989-DGC |
| Moya | Humberto | USDC District of Arizona | 2:17-cv-02990-DGC |
| Likes | Ronald | USDC District of Arizona | 2:17-cv-02991-DGC |
| Christenson | Charlotte | USDC District of Arizona | 2:17-cv-03052-DGC |
| Ballard | Danielle | USDC District of Arizona | 2:17-cv-03124-DGC |
| Buckley | Sandra | USDC District of Arizona | 2:17-cv-03162-DGC |
| Quinteros | Anisha | USDC District of Arizona | 2:17-cv-03163-DGC |
| Alexandre | Vanessa | USDC District of Arizona | 2:17-cv-03616-DGC |
| Guidry | Noah | USDC District of Arizona | 2:17-cv-03711-DGC |
| Obiala | Jill | USDC District of Arizona | 2:18-cv-00163-DGC |
| Sordi | Aldo | USDC District of Arizona | 2:18-cv-01665-DGC |