# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates to: | **ORDER** |
| Aldona Lulie v. C.R. Bard, et al., CV17-0193-PHX DGC | |

Pending before the Court is Plaintiff's unopposed motion to substitute party and amend complaint. Doc. 12060. Plaintiff has requested that Jerald Lulie be substituted as Plaintiff of record on behalf of his deceased spouse, Aldona Lulie. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. 12060) is **granted**. The Clerk of Court is directed to substitute Jerald Lulie as Plaintiff of record in Case No. CV17-0193-PHX DGC.

Dated this 2nd day of August, 2018.

_____
David G. Campbell
United States District Judge

1