UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS                    MDL Case No. 2:15-md-02641-DGC
PRODUCTS LIABILITY LITIGATION              MDL No. 2641

THIS DOCUMENT RELATES TO:

The cases listed on the attached Exhibit A

## NOTICE OF CHANGE OF ADDRESS

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

Pursuant to Local Rule 83.3, the undersigned counsel hereby gives notice of the following changes:

Previous Information:            Blair B. Matyszczyk
                                 4717 Grand Ave., Suite 800
                                 Kansas City, MO 64112
                                 Tel:    816-523-2205
                                 Fax:    816-523-8258
                                 blair@bertramgraf.com

Current/Updated Information:     Blair B. Matyszczyk
                                 2345 Grand Blvd., Suite 1925
                                 Kansas City, MO 64108
                                 Tel:    816-523-2205
                                 Fax:    816-523-8258
                                 blair@bertramgraf.com

Dated:  August 3, 2018

                                 Respectfully submitted,

                                 **BERTRAM & GRAF, L.L.C.**

                                  /s/ Blair B. Matyszczyk
                                 Blair B. Matyszczyk, MO #66067
                                 2345 Grand Blvd., Suite 1925
                                 Kansas City, MO  64108

2

        Telephone:   816-523-2205
        Fax:          816-523-8258
        blair@bertramgraf.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ Blair B. Matyszczyk
        Blair B. Matyszczyk

2

## EXHIBIT A

| Last Name | First Name | Jurisdiction | Civil Action No. |
|---|---|---|---|
| May | Anthony | USDC District of Arizona | 2:17-cv-02765 |
| Moore | Rebecca | USDC District of Arizona | 2:17-cv-04163 |
| Purdee | Charles | USDC District of Arizona | 2:18-cv-1372 |
| Robinson | Susan | USDC District of Arizona | 2:17-cv-04287 |
| Rocker | Michael | USDC District of Arizona | 2:18-cv-01508 |
| Russell | Whitney | USDC District of Arizona | 2:18-cv-2060 |
| Self | Sandra | USDC District of Arizona | 2:18-cv-1977 |
| Seymour | Richard | USDC District of Arizona | 2:17-cv-04660 |
| Shaw | Margie | USDC District of Arizona | 2:18-cv-01782 |
| Sikes | Rebecca | USDC District of Arizona | 2:17-cv-02954 |
| Smetak | Jerry | USDC District of Arizona | 2:16-cv-02279 |
| Stender | Patricia | USDC District of Arizona | 2:17-cv-02893 |
| Stevenson | Monica | USDC District of Arizona | 2:17-cv-03192 |
| Strickland | Wayne | USDC District of Arizona | 2:17-cv-03289 |
| VonKanel | Janet | USDC District of Arizona | 2:17-cv-02928 |
| Watkins | Duane | USDC District of Arizona | 2:18-cv-2257 |
| Weaver | Krysta | USDC District of Arizona | 2:17-cv-02924 |
| Wessel | Susann | USDC District of Arizona | 2:18-cv-01781 |
| West | Lisa | USDC District of Arizona | 2:17-cv-02992 |
| Will | Nancy | USDC District of Arizona | 2:16-cv-02195 |
| Young | Carolyn | USDC District of Arizona | 2:16-cv-02278 |