UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC<br>MDL No. 2641 |

THIS DOCUMENT RELATES TO:

The cases listed on the attached Exhibit A

### NOTICE OF CHANGE OF ADDRESS

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

Pursuant to Local Rule 83.3, the undersigned counsel hereby gives notice of the following changes:

Previous Information:           Benjamin A. Bertram
                                4717 Grand Ave., Suite 800
                                Kansas City, MO 64112
                                Tel:    816-523-2205
                                Fax:    816-523-8258
                                benbertram@bertramgraf.com

Current/Updated Information:    Benjamin A. Bertram
                                2345 Grand Blvd., Suite 1925
                                Kansas City, MO 64108
                                Tel:    816-523-2205
                                Fax:    816-523-8258
                                benbertram@bertramgraf.com

Dated:  August 3, 2018

                                Respectfully submitted,

                                **BERTRAM & GRAF, L.L.C.**

                                 /s/ Benjamin A. Bertram
                                Benjamin A. Bertram, MO #56945
                                2345 Grand Blvd., Suite 1925
                                Kansas City, MO  64108

Telephone: 816-523-2205
Fax: 816-523-8258
benbertram@bertramgraf.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

     /s/ Benjamin A. Bertram
     Benjamin A. Bertram

## EXHIBIT A

| Last Name | First Name | Jurisdiction | Civil Action No. |
|---|---|---|---|
| May | Anthony | USDC District of Arizona | 2:17-cv-02765 |
| Moore | Rebecca | USDC District of Arizona | 2:17-cv-04163 |
| Purdee | Charles | USDC District of Arizona | 2:18-cv-1372 |
| Robinson | Susan | USDC District of Arizona | 2:17-cv-04287 |
| Rocker | Michael | USDC District of Arizona | 2:18-cv-01508 |
| Russell | Whitney | USDC District of Arizona | 2:18-cv-2060 |
| Self | Sandra | USDC District of Arizona | 2:18-cv-1977 |
| Seymour | Richard | USDC District of Arizona | 2:17-cv-04660 |
| Shaw | Margie | USDC District of Arizona | 2:18-cv-01782 |
| Sikes | Rebecca | USDC District of Arizona | 2:17-cv-02954 |
| Smetak | Jerry | USDC District of Arizona | 2:16-cv-02279 |
| Stender | Patricia | USDC District of Arizona | 2:17-cv-02893 |
| Stevenson | Monica | USDC District of Arizona | 2:17-cv-03192 |
| Strickland | Wayne | USDC District of Arizona | 2:17-cv-03289 |
| VonKanel | Janet | USDC District of Arizona | 2:17-cv-02928 |
| Watkins | Duane | USDC District of Arizona | 2:18-cv-2257 |
| Weaver | Krysta | USDC District of Arizona | 2:17-cv-02924 |
| Wessel | Susann | USDC District of Arizona | 2:18-cv-01781 |
| West | Lisa | USDC District of Arizona | 2:17-cv-02992 |
| Will | Nancy | USDC District of Arizona | 2:16-cv-02195 |
| Young | Carolyn | USDC District of Arizona | 2:16-cv-02278 |