## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Melvin Austin, et al. v. C.R. Bard, Inc., et al.<br>2:16-cv-01514-DGC | No. MD-15-02641-PHX-DGC |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs Melvin Austin and Jennifer Austin hereby dismiss all claims in this matter against all Defendants in this action, Civil Action No. 2:16-cv-01514-DGC without prejudice.  All parties shall bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| By:  /s/David M. Langevin | By:  /s/ Richard B. North, Jr.<br>(with permission) |
| Rhett A. McSweeney (269542)<br>David M. Langevin (329563)<br>2116 2nd Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 746-4646<br>Facsimile: (612) 454-2678<br>RAM@westrikeback.com<br>Dave@westrikeback.com | Richard B. North, Jr.<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, Georgia 30363<br>Phone: (404) 322-6155<br>Facsimile:  (404) 332-6050<br>richard.north@nelsonmullins.com |
| **MCSWEENEY / LANGEVIN LLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| *Attorneys for the Plaintiff Melvin Austin* | *Attorneys for Defendants* |
| Dated: August 6, 2018 | Dated:  August 6, 2018 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel.

                     ___s/David M. Langevin___