**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: | |
| Melvin Austin, et al. v. C.R. Bard, Inc., et al. 2:16-cv-01514-DGC | **ORDER** |
| _____ | |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff, Melvin Austin, 2:16-cv-01514-DGC.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiffs, Melvin Austin and Jennifer Austin, against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX DGC (Civil Action No. 2:16-cv-01514-DGC) are dismissed in their entirety without prejudice. Each party shall bear its own fees and costs.

Dated this _____ day of _____, 2018.

_____

David G. Campbell

United States District Judge