UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION
*This document relates to:*

| | |
|---|---|
| Lisa Jenkins, | MDL NO. 2641 |
| | 2:15-md-02641-DGC |
| Plaintiff, | |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | Civil Action No.: CV-17-201-PHX-DGC |
| *Defendants*. | |

**SUGGESTION OF DEATH UPON THE RECORD
AND MOTION FOR SUBSTITUTION OF PARTY**

Counsel for plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's discovered death of the plaintiff in this action. Lisa Jenkins' Death Certificate is attached hereto as **Exhibit "A"** and incorporated by reference.

Sean Grace, daughter of Lisa Jenkins, is one of three next of kin of the decedent, as evidenced by the Family Tree attested to on August 1, 2018, which is attached hereto as **Exhibit "B"** and incorporated by reference. Temporary Letters of Administration were issued to Sean Grace on August 3, 2018, for the purpose of the instant lawsuit and are attached hereto as **Exhibit "C."**

Pursuant to Rule 25a of the Federal Rules of Civil Procedure, it is hereby requested that "Sean Grace, As Administratrix of the Estate of Lisa Jenkins, Deceased" be substituted in place of

the plaintiff Lisa Jenkins, so that decedent's claims survive and the action on her behalf may proceed.

The request under this Motion is sought so that justice may be done and Lisa Jenkins' meritorious claims are not barred.

DATED:  August 6, 2018

                                  Respectfully submitted,

                                  *s/Michael Bottar, Esq.*
                                  NYS Bar No. 4227609
                                  Bottar Law, PLLC
                                  *Attorney for Plaintiff*
                                  120 Madison St #1600
                                  Syracuse, NY 13202
                                  (315) 422-3466