# CERTIFICATE OF DEATH

**DEPARTMENT OF HEALTH**

RESIDENCE · REGISTER NUMBER  14

LOCAL REGISTRAR COPY  11/1/2017

**1. NAME: FIRST** Lisa  **MIDDLE** A.  **LAST** Jenkins

**2. SEX:** MALE ☐ FEMALE ☒  **3a. DATE OF DEATH: MONTH** 08 **DAY** 10 **YEAR** 2017  **3b. HOUR:** 03:1?

**4A. PLACE OF DEATH (Check one):** HOSPITAL DOA ☐ · HOSPITAL OUTPATIENT ☐ · HOSPITAL INPATIENT ☐ · NURSING HOME ☐ · PRIVATE RESIDENCE ☒ · HOSPICE FACILITY ☐ · OTHER (Specify) ☐

**4B. IF FACILITY, DATE ADMITTED: MONTH / DAY / YEAR**

**4B. NAME OF FACILITY (If not listed, give address)** 1420 Conklin Rd.

**4D. LOCALITY (Check one and specify):** CITY ☐ VILLAGE ☐ TOWN ☒ Conklin

**4E. COUNTY OF DEATH** Broome

**4F. MEDICAL RECORD NO.**

**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** (If yes, specify institution name, city or town, and county and state) NO ☒ YES ☐

**DECEDENT**

**5. DATE OF BIRTH: MONTH / DAY** 1966  **6A. AGE IN YEARS:** 51 yrs.  **6B. IF UNDER 1 YEAR ENTER: months / days**  **6C. IF UNDER 1 DAY ENTER: hours / minutes**

**7A. CITY AND STATE OF BIRTH:** (If not USA, Country and Region/Province) Perth Amboy, NJ  **7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:**

**8. SERVED IN U.S. ARMED FORCES?** (Specify years) NO ☒ YES ☐

**9. DECEDENT OF HISPANIC ORIGIN?** NO, not Spanish/Hispanic/Latino ☒ · Yes, Mexican, Mexican American, Chicano ☐ · Yes, Puerto Rican ☐ · Yes, Cuban ☐ · Yes, Other Spanish/Hispanic/Latino (Specify) ☐

**10. DECEDENT'S RACE:** White/Caucasian ☒ · Black or African American ☐ · Asian Indian ☐ · Chinese ☐ · Filipino ☐ · Japanese ☐ · Korean ☐ · Vietnamese ☐ · Native Hawaiian ☐ · Guamanian or Chamorro ☐ · Samoan ☐ · American Indian or Alaska Native (Specify) ☐ · Other Asian (Specify) ☐ · Other Pacific Islander (Specify) ☐

**11. DECEDENT'S EDUCATION:** 8th grade or less ☐ · 9th–12th grade, no diploma ☐ · High school graduate or GED ☐ · Some college credit, but no degree ☐ · Associate's degree ☐ · Bachelor's degree ☒ · Master's degree ☐ · Doctorate/Professional degree ☐

**12. SOCIAL SECURITY NUMBER:** ···-··-8393  **13. MARITAL STATUS:** NEVER MARRIED ☐ MARRIED ☒ WIDOWED ☐ DIVORCED ☐ SEPARATED ☐

**14. SURVIVING SPOUSE** (Enter both name of spouse if married or separated.) Jay Jenkins

**16A. USUAL OCCUPATION:** (Do not abbreviate) Drug/Alcohol Counselor  **16B. KIND OF BUSINESS OR INDUSTRY:** Counseling  **15. NAME AND LOCALITY OF COMPANY OR FIRM:** Binghamton General

**16D. STATE or Country (If not USA)** NY  **16E. County or Region/Province** Broome  **16C. LOCALITY (Check one and specify):** CITY ☐ VILLAGE ☐ TOWN ☒ Conklin  **16F. IF CITY OR VILLAGE IS RESIDENCE SAY SO:** YES ☐ NO ☐ IF NO, SPECIFY TOWN:

**16D. STREET AND NUMBER OF RESIDENCE:** 1120 Conklin Rd.  **16E. ZIP CODE:** 13748

**17. BIRTH NAME OF FATHER/PARENT:** Alberto  **FIRST**  **MI** Fuentes  **18. BIRTH NAME OF MOTHER/PARENT:** Lorrina  **FIRST** Uter  **MI**

**19A. NAME OF INFORMANT** Sean Grace  **19B. MAILING ADDRESS: (Include zip code)** 116 Prospect Ave. Apt. 5 Binghamton, NY 13···

**DISPOSITION**

**20A. 1.** BURIAL ☐ 2. CREMATION ☒ 3. REMOVAL ☐ 4. HELD ☐ 5. OTHER ☐ 6. ENTOMBMENT ☐  08 14 2017  **20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION.** N. Bradford Crematory  **20. LOCATION: (City or town and state)** S. Waverly, Pa

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Aegis Cremation & Funeral Services  796 Clinton St. Binghamton, NY 13905  **21B. REGISTRATION NUMBER:** 00028

**22. NAME OF FUNERAL DIRECTOR:** James Coletta  **22B. SIGNATURE OF FUNERAL DIRECTOR:** James Coletta  **21B. REGISTRATION NUMBER:** 10689

**23A. SIGNATURE OF REGISTRAR:** Sherrie L. Jacobs  **23B. DATE FILED: MONTH** 08 **DAY** 14 **YEAR** 2017  **24A. SIGNATURE OF BURIAL OR REMOVAL PERMIT ISSUED BY:** Sherrie L. Jacobs  **24B. DATE ISSUED: MONTH** 08 **DAY** 14 **YEAR**

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN · OR · CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**VERIFICATION**

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.  **Certifier's Name:** Stacey Rendell pa/pbc  **License No.:** F381533  **Signature:** [signature]  **Month** 8 **Day** 11

**25B. Certifier's Title:** Attending Physician ☐ · Physician acting on behalf of Attending Physician ☐ · Medical Examiner / Deputy Medical Examiner ☒  **Address:** 20 Hawley St 6th floor, Binghamton

**25C. If Coroner is not a physician, enter Coroner's Physician's name & title:**  **License No.:**  **Address:**

**25D. If certifier is not attending physician, enter Attending Physician's name & title:**  **License No.:**  **Address:**

**26A. Attending physician attended deceased: FROM Month / Day / Year TO Month / Day / Year**  **26B. Deceased last seen alive by attending physician: Month / Day / Year**  **26C. Pronounced dead: Month** 8 **Day** 10 **Year** 17 **Hour**

**27. MANNER OF DEATH:** NATURAL CAUSE ☐ · ACCIDENT ☒ · HOMICIDE ☐ · SUICIDE ☐ · UNDETERMINED CIRCUMSTANCES ☐ · PENDING INVESTIGATION ☐  **28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** NO ☐ YES ☒  **29. AUTOPSY?** YES ☐ NO ☒ REFUSED ☐  **IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** NO ☐ YES ☒

**CONFIDENTIAL**  **SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH**  **CONFIDENTIAL**

**CAUSE OF DEATH**

**30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)**

**PART I. IMMEDIATE CAUSE:**  **APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH**

**(A)** Acute Opiate Toxicity  —  Minutes

**DUE TO OR AS A CONSEQUENCE OF:** Oxycodone Misuse

**DUE TO OR AS A CONSEQUENCE OF:**

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):**  **DID TOBACCO USE CONTRIBUTE TO DEATH?** NO ☐ YES ☐ PROBABLY ☐ UNKNOWN ☐

**31A. INJURY DATE: MONTH** 8 **DAY** 10 **YEAR** 17  **HOUR** 3:11 Pm  **31B. INJURY LOCALITY: (City or town and county and state)** Conklin, Broome, NY  **31C. DESCRIBE HOW INJURY OCCURRED:** Overdose  **31D. PLACE OF INJURY:** Home

**31F. IF TRANSPORTATION INJURY, SPECIFY:** Driver ☐ Passenger ☐ Pedestrian ☐ Other (specify) ☐  **32. WAS DECEASED HOSPITALIZED IN LAST 2 MONTHS?** NO ☒ YES ☐  **33A. IF FEMALE:** Not pregnant within past year ☐ · Pregnant at time of death ☐ · Not pregnant, but pregnant within 42 days of death ☐ · Not pregnant, but pregnant 43 days to 1 year before death ☐ · Unknown if pregnant within past year ☐  **31E. INJURY AT WORK?** NO ☒ YES ☐  **33B. DATE OF DELIVERY: MONTH / DAY / YEAR**

**Left margin (vertical text):** ... a true copy of a death certificate on file in the office of the Registrar of Vital Statistics, Town of Conklin, Conklin, New York. Date of Issue: 8/21/2018 · Certified by: [signature] · Sherrie L. Jacobs, Registrar