# FAMILY TREE

| Cross Out Class That is Not Applicable | Children or Brothers/Sisters | Grandchildren or Nieces/Nephews | Great Grandchildren or Grandnieces/Grandnephews |
|---|---|---|---|
| Lisa Jenkins aka Lisa Fuentes **Decedent** | Sean Grace (daughter) (12/06/91) | | |
| Jay Jenkins (separated on d/o/d) **Name of Spouse** | Dennis Lamp (son) (08/03/1988) | | |
| ___ Deceased ___ **Date** | | | |
| ___ Divorced ___ **Date** | Rebecca Lamp (predeceased) | | |
| ___ Never Married | | | |

STATE OF NEW YORK
COUNTY OF Broome

Sean Grace _____ being duly sworn, states that the charts contained on this paper are correct.

_Sean E. Grace_
Sworn to me on August 1, 2018

_[signature]_
NOTARY PUBLIC

SAMANTHA C. ROBBINS
Notary Public, State of New York
No. 02RO6328040
Qualified in Onondaga County
Commission Expires July 20, 20__

NOTE: Complete reverse side of family tree form also

Form FT-1

| Grandparents | Aunts and Uncles | First Cousins # | **First Cousins Once Removed # |
|---|---|---|---|
| | | (_) _____ | (_) _____ |
| | _____ | (_) _____ | (_) _____ |
| | | (_) _____ | (_) _____ |
| | | | (_) _____ |
| | | (_) _____ | (_) _____ |
| | _____ | (_) _____ | (_) _____ |
| | | (_) _____ | (_) _____ |
| | | | (_) _____ |
| Carlos Fuentes | | (_) _____ | (_) _____ |
| Paternal Grandfather | | (_) _____ | (_) _____ |
| | | (_) _____ | (_) _____ |
| Haydee Fuentes | Alberto Fuentes | | (_) _____ |
| Paternal Grandmother | Father of Decedent | | |
| | | (_) _____ | (_) _____ |
| | _____ | (_) _____ | (_) _____ |
| | | (_) _____ | (_) _____ |
| | | | (_) _____ |
| | | (_) _____ | (_) _____ |
| | _____ | (_) _____ | (_) _____ |
| | | (_) _____ | (_) _____ |
| | | | (_) _____ |
| Stanley Uter | | (_) _____ | (_) _____ |
| Maternal Grandfather | | (_) _____ | (_) _____ |
| | | (_) _____ | (_) _____ |
| Nellie Uter | Lorrina Fuentes | | (_) _____ |
| Maternal Grandmother | Mother of Decedent | | |

STATE OF NEW YORK
COUNTY OF Broome

Sean Grace _____ being duly sworn, states that the charts contained on this paper are correct.

*Sean E. Grace* (signature)

Sworn to before me on August 1, 2018

*(signature)*
NOTARY PUBLIC

SAMANTHA C. ROBBINS
Notary Public, State of New York
No. 02RO6328040
Qualified in Onondaga County
Commission Expires July 20, 20 19

**List First Cousins Once Removed by # that corresponds with deceased first cousin.