At a Surrogate's Court of the State of New York held in and for the County of Broome at Binghamton, New York.

PRESENT: Hon. David H. Guy, Surrogate

| | |
|---|---|
| **Administration Proceeding, Estate of Lisa Jenkins** aka Lisa Fuentes <u>Deceased.</u> | **DECREE GRANTING TEMPORARY LIMITED LETTERS OF ADMINISTRATION File No. 2018-460** |

A verified petition having been filed by Sean Grace praying for a decree granting Temporary Letters of Administration, and it appearing that it is in the best interest of the estate that Temporary Letters of Administration issue; now it is

ORDERED AND DECREED, that Temporary Letters of Administration issue to Sean Grace upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: The Temporary Administrator's authority is limited to substituted the estate as the party regarding personal injury/products liabilty litigation in the U.S. District Court of Arizona and Broome County Supreme Court. Pursuant to SCPA 702, and EPTL 5-4.6 and Uniform Rules for Surrogate's Court 207.38, no final compromise of any wrongful death or related action(s) or proceeding(s) shall be made, nor any attorney's fees taken relating to the wrongful death action, without prior application to the Surrogate for leave to compromise said action(s) or proceeding(s) and obtaining an Order from the Surrogate approving said compromise and distribution of proceeds, if any. The Temporary Administrator hereby appointed shall not make any distributions from the estate until further Order of this Court. The letters issued by the court shall remain in full force and effect for a period of six months from the date granted and issued by the court.

DATED: August 3, 2018

_____
David H. Guy
Surrogate

**On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:**

| | | |
|---|---|---|
| Name of Decedent: | Lisa Jenkins<br>AKA   Lisa Fuentes | File #: 2018-460<br>Date of Death: August 10, 2017 |
| Domicile of Decedent: | County Of Broome | |
| Fiduciary Appointed:<br>Mailing Address | Sean Grace<br>116 Prospect Avenue<br>Apt. 5<br>Binghamton NY  13901 | |
| Letters Issued: | **LETTERS OF TEMPORARY ADMINISTRATION** | |
| Letters Expire: | **February 3, 2019** | |

Limitations:    The Temporary Administrator's authority is limited to substituted the estate as the party regarding personal injury/products liabilty litigation in the U.S. District Court of Arizona and Broome County Supreme Court.  Pursuant to SCPA 702, and EPTL 5-4.6 and Uniform Rules for Surrogate's Court 207.38, no final compromise of any wrongful death or related action(s) or proceeding(s) shall be made, nor any attorney's fees taken relating to the wrongful death action, without prior application to the Surrogate for leave to compromise said action(s) or proceeding(s) and obtaining an Order from the Surrogate approving said compromise and distribution of proceeds, if any.  The Temporary Administrator hereby appointed shall not make any distributions from the estate until further Order of this Court.  The letters issued by the court shall remain in full force and effect for a period of six months from the date granted and issued by the court.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

**Dated: August 3, 2018**

IN TESTIMONY WHEREOF,   the seal of the Broome County Surrogate's Court has been affixed.

WITNESS, Hon David H. Guy, Judge of the Broome County Surrogate's Court.

*Rebecca A. Malmquist*
_____
Rebecca A Malmquist, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Broome County Surrogate's Court*

**Attorney:**
**Samantha C Riggi**
**Bottar Law  PLLC**
1600 AXA Tower II 120 Madison Street
Syracuse NY  13202