UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION
*This document relates to:*                                                **ORDER**

Lisa Jenkins,                                                                                MDL NO. 2641
                                                                                                       2:15-md-02641-DGC
        Plaintiff,

v.

C.R. Bard, Inc. and Bard Peripheral                                             Civil Action No.:
Vascular, Inc.                                                                              CV-17-201-PHX-DGC

        *Defendants*.
_____

      The Court has considered the Motion for Substitution of Party. Doc. _____.

      **IT IS ORDERED** that the motion for substitution of party (Doc. _____) is granted. Sean Grace, As Administratrix of the Estate of Lisa Jenkins, Deceased, is substituted for Lisa Jenkins in this action, continuing the claims of Sean Grace on behalf of her Estate.

      The clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Lisa Jenkins' individual claims continue in full force and effect.

Dated this ____ day of August, 2018

                                                       _____
                                                          David G. Campbell
                                                         United States District Judge