# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| This Document Relates to: | **SUGGESTION OF DEATH** |
| Richard Delgiorno Civil Action No.: 2:18-cv-00466-DGC | |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Richard Delgiorno, which occurred in or around January 2018. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Richard Delgiorno's estate within the appropriate time period.

Dated: August 6, 2018                     Respectfully submitted,

**LOPEZ McHUGH LLP**

By      */s/*Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted pro hac vice)
Matthew Ramon Lopez (CA Bar No. 263134)
    (admitted pro hac vice)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          /s/Matthew R. Lopez

---

SUGGESTION OF DEATH