# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation,<br><br>This Document Relates to:<br><br>Cheryl Jordan, as Executor of the Estate of Terry Arndt v. C. R. Bard, Inc., et al.<br>CV-16-04383-PHX-DGC | No. 2:15-MD-02641-DGC |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Cheryl Jordan, as Executor of the Estate of Terry Arndt, hereby dismisses all claims in this matter against all Defendants in this action, Civil Action No. CV-16-04383-PHX-DGC without prejudice. All parties shall bear their own fees and costs.

Respectfully submitted this 7th day of August, 2018.

By: /s/David C. DeGreeff (*w/ permission*)
  Thomas P. Cartmell
  Missouri Bar No. 45366
  David C. DeGreeff
  Missouri Bar No. 55019
  WAGSTAFF & CARTMELL LLP
  4740 Grand Avenue, Suite 300
  Kansas City, MO 64112
  Phone: (816) 701-1100
  Facsimile: (816) 531-2372
  tcartmell@wcllp.com
  ddegreeff@wcllp.com

*Attorneys for Plaintiff Cheryl Jordan, as Executor of the Estate of Terry Arndt*

By: /s/Richard B. North, Jr.
  Richard B. North, Jr.
  Georgia Bar No. 545599
  NELSON MULLINS RILEY & SCARBOROUGH, LLP
  Atlantic Station
  201 17th Street, NW / Suite 1700
  Atlanta, GA  30363
  Phone: (404) 322-6000
  Facsimile: (404) 322-6050
  richard.north@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/ Richard B. North, Jr.