IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **ORDER** |

This Document Relates to:

Cheryl Jordan, as Executor of the Estate of Terry Arndt v. C. R. Bard, Inc., et al.
CV-16-04383-PHX-DGC

    Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Cheryl Jordan, as Executor of the Estate of Terry Arndt,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Cheryl Jordan, as Executor of the Estate of Terry Arndt, in the above-captioned action against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.