IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Consent Motion for Redaction Request Deadline Extension and Date Certain for Sealing Trial Exhibits in *Jones* MDL Case. Doc. 12034.

**IT IS ORDERED** that the consent motion for redaction (Doc. 12034) is **granted.** A combined redaction request and motion to seal trial exhibits is due August 30, 2018.

Dated this 8th day of August, 2018.

_____
David G. Campbell
United States District Judge