**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC<br>MDL No. 2641 |

THIS DOCUMENT RELATES TO:

Shantel Brockman-Brown

Case No. 2:17-cv-2718

**NOTICE OF ERRATA OF SHORT FORM COMPLAINT**

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

Please take notice that because of a typographical error the date of product implantation on the SHORT FORM COMPLAINT was incorrectly left blank. The correct date is December 3, 2007. Plaintiffs submit as Exhibit 1 the Corrected SHORT FORM COMPLAINT, correcting the typographical error by changing the date from a blank to December 3, 2007.

Dated:  August 8, 2018

>Respectfully submitted,
>
>**BERTRAM & GRAF, L.L.C.**
>
> /s/ Benjamin A. Bertram
>Benjamin A. Bertram, MO #56945
>2345 Grand Ave., Suite 1925
>Kansas City, MO  64108
>Telephone:    816-523-2205
>Fax:               816-523-8258
>benbertram@bertramgraf.com
>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Benjamin A. Bertram
                Benjamin A. Bertram