# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**CORRECTED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Shantel Brockman-Brown

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
Virginia

7. District Court and Division in which venue would be proper absent direct filing:
Eastern District of Virginia, Norfolk Division

8. Defendants (check Defendants against whom Complaint is made):
- [✓] C.R. Bard Inc.
- [✓] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
- [✓] Diversity of Citizenship
- [ ] Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
- [✓] Recovery® Vena Cava Filter
- [ ] G2® Vena Cava Filter
- [ ] G2® Express Vena Cava Filter
- [ ] G2® X Vena Cava Filter
- [ ] Eclipse® Vena Cava Filter
- [ ] Meridian® Vena Cava Filter
- [ ] Denali® Vena Cava Filter

|     |     |       |                                                                                           |
| --- | --- | ----- | ----------------------------------------------------------------------------------------- |
| 1   |     | ☐     | Other: _____                                                  |
| 2   | 11. |       | Date of Implantation as to each product:                                                  |
| 3   |     |       | December 3, 2007                                                                          |
| 4   | 12. |       | Counts in the Master Complaint brought by Plaintiff(s):                                   |
| 5   |     | ☑     | Count I:       Strict Products Liability – Manufacturing Defect                           |
| 6   |     | ☑     | Count II:      Strict Products Liability – Information Defect (Failure                    |
| 7   |     |       | to Warn)                                                                                  |
| 8   |     | ☑     | Count III:     Strict Products Liability – Design Defect                                  |
| 9   |     | ☑     | Count IV:      Negligence – Design                                                        |
| 10  |     | ☑     | Count V:       Negligence – Manufacture                                                   |
| 11  |     | ☑     | Count VI:      Negligence – Failure to Recall/Retrofit                                    |
| 12  |     | ☑     | Count VII:     Negligence – Failure to Warn                                               |
| 13  |     | ☑     | Count VIII:    Negligent Misrepresentation                                                |
| 14  |     | ☑     | Count IX:      Negligence *Per Se*                                                        |
| 15  |     | ☑     | Count X:       Breach of Express Warranty                                                 |
| 16  |     | ☑     | Count XI:      Breach of Implied Warranty                                                 |
| 17  |     | ☑     | Count XII:     Fraudulent Misrepresentation                                               |
| 18  |     | ☑     | Count XIII:    Fraudulent Concealment                                                     |
| 19  |     | ☑     | Count XIV:     Violations of Applicable Virginia Law                                      |
| 20  |     |       | Prohibiting Consumer Fraud and Unfair and Deceptive                                       |
| 21  |     |       | Trade Practices                                                                           |
| 22  |     | ☐     | Count XV:      Loss of Consortium                                                         |
| 23  |     | ☐     | Count XVI:     Wrongful Death                                                             |
| 24  |     | ☐     | Count XVII:    Survival                                                                   |
| 25  |     | ☑     | Punitive Damages                                                                          |
| 26  |     | ☐     | Other(s): _____: (please state the facts                              |
| 27  |     |       | supporting this Count in the space immediately below)                                     |
| 28  |     |       |                                                                                           |

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  8th  day of __August__, 2018

**BERTRAM & GRAF, L.L.C.**

By: _/s/ Benjamin A. Bertram_
Benjamin A. Bertram
(admitted *pro hac vice*)
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Email: benbertram@bertramgraf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this  8th  day of  August  2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_/s/ Benjamin A. Bertram_
*Attorney for Plaintiff*

4