IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX DGC |
| | **ORDER** |
| This Document Relates to: | |
| Cheryl Jordan, as Executor of the Estate of Terry Arndt v. C. R. Bard, Inc., et al. | |
| CV-16-04383-PHX-DGC | |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Cheryl Jordan, as Executor of the Estate of Terry Arndt. Doc. 12076.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the stipulation of dismissal (Doc. 12076) is **granted.** All claims of Plaintiff Cheryl Jordan, as Executor of the Estate of Terry Arndt, in the above-captioned action against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

Dated this 8th day of August, 2018.

_____
David G. Campbell
United States District Judge