# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| This Document Relates to: | |
| Melvin Austin, et al. v. C.R. Bard, Inc., et al. CV16-1514-PHX DGC | **ORDER** |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Melvin Austin. Doc. 12073.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the stipulation of dismissal (Doc. 12073) is **granted.** All claims of Plaintiffs, Melvin Austin and Jennifer Austin against Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX DGC (Civil Action No. CV16-1514-PHX DGC) are dismissed in their entirety without prejudice. Each party shall bear its own fees and costs.

Dated this 8th day of August, 2018.

_____
David G. Campbell
United States District Judge