UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                                  MDL15-2641 PHX DGC
*This document relates to:*

Lisa Jenkins,                                         No.  CV17-0201 PHX DGC

        Plaintiff,

v.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

        Defendants.

    The Court has considered the Motion for Substitution of Party.  Doc. 12074.

    **IT IS ORDERED** that the motion for substitution of party (Doc. 12074) is **granted**. Sean Grace, As Administratrix of the Estate of Lisa Jenkins, Deceased, is substituted for Lisa Jenkins in this action, continuing the claims of Sean Grace on behalf of her Estate.

    The clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.  Lisa Jenkins' individual claims continue in full force and effect.

    Dated this 8th day of August, 2018.

_____
David G. Campbell
United States District Judge