James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**STIPULATION EXTENDING TIME TO FILE CASE SPECIFIC OBJECTIONS TO CERTAIN DEPOSITION TESTIMONY** |

Plaintiffs Mark and Lisa Hyde and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby stipulate and agree to the following:

1. The parties will submit any new depositions not previously reviewed by the Court on August 22, 2018 pursuant to the Court's Order (Dkt. 11871).

2. The parties will submit to the Court for ruling on objections based on the Court's Order on Bard's Motion for Summary Judgement (Dkt. 12007) and unique Wisconsin law to certain deposition testimony previously reviewed by the Court on or before August 31, 2018.

So STIPULATED this 8th day of August, 2018.

| | |
|---|---|
| /s/ Richard B. North, Jr.<br>James R. Condo<br><br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>**Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.** | /s/ Ramon Lopez<br><br>LOPEZ McHUGH LLP<br>Ramon Rossi Lopez (CA Bar No. 86361)<br>(admitted pro hac *vice*)<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>**Co-Lead/Liaison Counsel for Plaintiffs** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

          s/ Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000