# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**ORDER ON STIPULATION** |

Upon consideration of the parties' Stipulation relating to submitted depositions designations and objections to the Court for review and ruling.  The Stipulation is hereby granted.  The parties shall submit any new depositions not previously reviewed by the Court on August 22, 2018 pursuant to the Court's Order (Dkt. 11871). The parties shall submit to the Court for ruling any objections based only on the Court's Order on Bard's Motion for Summary Judgement (Dkt. 12007) and unique Wisconsin law to certain deposition testimony previously reviewed by the Court on or before August 31, 2018.