# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX DGC<br>**ORDER** |

Upon consideration of the parties' Stipulation relating to submitted depositions designations and objections to the Court for review and ruling. Doc. 12082.

**IT IS ORDERED** that the Stipulation (Doc. 12082) is **granted**. The parties shall submit any new depositions not previously reviewed by the Court on August 22, 2018 pursuant to the Court's Order (Doc. 11871). The parties shall submit to the Court for ruling any objections based only on the Court's Order on Bard's Motion for Summary Judgement (Doc. 12007) and unique Wisconsin law to certain deposition testimony previously reviewed by the Court on or before August 31, 2018.

Dated this 8th day of August, 2018.

_____
David G. Campbell
United States District Judge