IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: IVC FILTERS ) | MDL 2641 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | JUDGE DAVID G. CAMPBELL |
| ) | |
| CLYDE MURRIEL ) | |
|    Plaintiff, ) | Civil Action No.: 2:15-md-02641-PHK- DGC |
| ) | |
| vs. ) | |
| ) | Case Reference No.: 2:16-cv-02040 |
| C R BARD, INC. ) | |
|    Defendant. ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL OF RECORD**

    Counsel on behalf of Plaintiff tenders his Notice of Appearance for attorney Roger Orlando, Esq. to be enrolled as co-counsel of record in the above entitled and numbered action.

    Submitted this 9th day of August, 2018.

                        Respectfully submitted,

                         ORLANDO FIRM, P.C.

                         /s/:  *Roger Orlando, Esq.*
                         Roger Orlando
                         Georgia Bar No. 544295
                         roger@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: IVC FILTERS PRODUCTS LIABILITY LITIGATION | ) MDL 2641 ) ) JUDGE DAVID G. CAMPBELL ) |
| CLYDE MURRIEL<br>    Plaintiff,<br><br>vs.<br><br>C R BARD, INC.<br>    Defendant. | ) ) Civil Action No.: 2:15-md-02641-PHK- DGC ) ) )Case Reference No.: 2:16-cv-02040 ) ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 9th day of August, 2018.

    Respectfully submitted,

    ORLANDO FIRM, P.C.

    /s/:  *Roger Orlando, Esq.*
    Roger Orlando
    Georgia Bar No. 544295
    roger@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800