IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  IVC FILTERS ) PRODUCTS LIABILITY LITIGATION ) ) MARY E. WETZEL )    Plaintiff, ) ) vs. ) ) C R BARD, INC. )    Defendant. ) | MDL 2641<br><br>JUDGE DAVID G. CAMPBELL<br><br>Civil Action No.:  2:15-md-02641-PHK- DGC<br><br>Case Reference No.:  2:16-cv-03843 |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL OF RECORD**

    Counsel on behalf of Plaintiff tenders his Notice of Appearance for attorney Roger Orlando, Esq. to be enrolled as co-counsel of record in the above entitled and numbered action.

    Submitted this 9th day of August, 2018.

                                      Respectfully submitted,

                                      ORLANDO FIRM, P.C.

                                      /s/:  *Roger Orlando, Esq.*
                                      Roger Orlando
                                      Georgia Bar No. 544295
                                      roger@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  IVC FILTERS ) | MDL 2641 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | JUDGE DAVID G. CAMPBELL |
| ) | |
| MARY E. WETZEL ) | |
| Plaintiff, ) | Civil Action No.:  2:15-md-02641-PHK- DGC |
| ) | |
| vs. ) | |
| ) | Case Reference No.:  2:16-cv-03843 |
| C R BARD, INC. ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 9th day of August, 2018.

Respectfully submitted,

ORLANDO FIRM, P.C.

/s/:  *Roger Orlando, Esq.*
Roger Orlando
Georgia Bar No. 544295
roger@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800