IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

This Document Relates to Plaintiff

Civil Action No. 2:17-cv-00497-DGC

Yvette Arterbridge

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 10th day of August, 2018.

By: /s/*Samuel M. Wendt*
Samuel M. Wendt
WENDT LAW FIRM, P.C.
1100 Main Street, Ste 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile (816) 531-2507
sam@wendtlaw.com

*Attorney for Plaintiff*

By: /s/*Richard North*
Richard North
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17TH Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 332-6397
richard.north@nelsonmullins.com
*Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this 10th[th] day of August, 2018, a copy of the foregoing Joint Stipulation of Dismissal without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                           */s/ Samuel M. Wendt*
                                                           Samuel M. Wendt