# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2: 15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff(s) | ORDER DISMISSING CLAIMS OF YVETTE ARTERBRIDGE WITHOUT PREJUDICE |
| Civil Action No. 2:17-cv-00497-DGC | |
| Yvette Arterbridge | |

**ORDER**

Considering the parties' Stipulation of Dismissal without Prejudice of Yvette Arterbridge,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Yvette Arterbridge against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-00497-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this         day of August, 2018.

HONORABLE DAVID G. CAMPBELL
Judge, United States District Court