# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff(s)<br><br>Civil Action No. 2:17-cv-02645-DGC<br><br>Eleanor Yovanovic | ORDER DISMISSING CLAIMS<br>OF ELEANOR YOVANOVIC<br>WITHOUT PREJUDICE |

## ORDER

Considering the parties' Stipulation of Dismissal without Prejudice of Eleanor Yovanovic,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Eleanor Yovanovic against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:17-cv-02645-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this ____ day of August, 2018.

HONORABLE DAVID G. CAMPBELL
Judge, United States District Court