# Exhibit A



BPV-17-01-00142912
LMD1
EXHIBIT A, Page 1



BPV-17-01-00142913
LMD1
EXHIBIT A, Page 2

### CLOT TRAPPING & CAVAL PATENCY

G2™ Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

### SECURE FIXATION

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced G2™ Filter resists migration across an even broader range of caval distension and higher pressures.*

*Maximum indicated caval diameter is 28 mm
Data on File

### LOW-PROFILE

7F delivery system is the lowest profile of any conical filter on the market.

### SELF-CENTERING

Specially designed pusher wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

PERFORMANCE

BPV-17-01-00142914
LMD1









BPV-17-01-00251381

4430.001

EXHIBIT A, Page 7

# ECLIPSE™
# Vena Cava Filter

## The first choice in IVC filters, now with an enhanced finish

The electropolished ECLIPSE™ Vena Cava Filter combines proven performance with long-term retrievability and improved fracture resistance.*

### Long-Term Retrievability

- Demonstrated safe and successful filter removal out to 300 days (mean indwell time = 140 days)[1]
- Atraumatic filter removal even after extended indwell times




### Optimal Performance

- Bi-level filtration promotes effective PE protection
- Efficient preloaded delivery system
- Effective caval-centering in challenging anatomies
- Migration resistant across a broad range of caval diameters



BPV-17-01-00251382

4430.002

EXHIBIT A, Page 8

## Enhanced Surface

Electropolished finish creates an ultra-smooth surface, minimizing micro-imperfections



Non-electropolished Nitinol Wire

Electropolished Nitinol Wire

Proven retrievability with new enhanced electropolished finish promotes long-term confidence.

*Bench testing demonstrates an improved resistance to fracture when compared to the G2® X Filter.

BPV-17-01-00251383

4430.003

# ECLIPSE™ Vena Cava Filter

### ECLIPSE™ Vena Cava Filter

| ☐ EC500F | ECLIPSE™ Vena Cava Filter, Femoral Delivery Kit |
| ☐ EC500J | ECLIPSE™ Vena Cava Filter, Jugular Delivery Kit |

REPRESENTATIVE NAME

CONTACT PHONE NO.

PHYSICIAN'S SIGNATURE

1. Binkert CA, Drooz AT, Caridi JG, et al. Technical success and safety of retrieval of the G2 Filter in a prospective, multicenter study. *JVIR.* 2009;20:1449-1453.

**ECLIPSE™ Vena Cava Filter**
**Warnings – ECLIPSE™ Filter Implantation:** 1) The ECLIPSE™ Filter is pre-loaded into the storage tube and is intended for single use only. Do not deploy the filter prior to proper positioning in the IVC, as the ECLIPSE™ Filter cannot be safely reloaded into the storage tube. 2) This device has been designed for single use only. Reusing this medical device bears the risk of cross-patient contamination as medical devices – particularly those with long and small lumina, joints and/or crevices between components – are difficult or impossible to clean once body fluids or tissues with potential pyrogenic or microbial contamination have had contact with the medical device for an indeterminable period of time. The residue of biological material can promote the contamination of the device with pyrogens or microorganisms, which may lead to infectious complications. 3) Do not resterilize. After resterilization, the sterility of the product is not guaranteed because of an indeterminable degree of potential pyrogenic or microbial contamination, which may lead to infectious complications. Cleaning, reprocessing and/or resterilization of the present medical device increases the probability that the device will malfunction due to potential adverse effects on components that are influenced by thermal and/or mechanical changes. 4) Do not deploy the filter unless IVC has been properly measured. (Refer to Precaution #6.) 5) Delivery of the ECLIPSE™ Filter through the introducer sheath is advance only. Retraction of the pusher wire during delivery could result in dislodgment of the filter, crossing of filter legs or arms, and could prevent the filter from further advancement within the introducer sheath. 6) The femoral ECLIPSE™ Filter is designed for femoral approach only. Never use for superior approaches (jugular/subclavian/antecubital), as this will result in improper ECLIPSE™ Filter orientation within the IVC. The jugular/subclavian ECLIPSE™ Filter is designed for jugular approach only. Never use for femoral approaches as this will result in improper ECLIPSE™ Filter orientation within the IVC. 7) If large thrombus is demonstrated at the initial delivery site, do not attempt to deliver the filter through it, as migration of the clot and/or filter may occur. Attempt filter delivery through an alternate site. A small thrombus may be bypassed by the guidewire and introducer sheath. 8) Never re-deploy a removed filter. 9) When injecting contrast medium through the dilator, do not exceed the maximum pressure rating of 800 psi. 10) Never advance the guidewire or introducer sheath/dilator or deploy the filter without fluoroscopic guidance. 11) Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques. 12) Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have been some reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens. 13) Persons with allergic reactions to nickel may suffer an allergic response to this implant. 14) Alter use, the ECLIPSE™ Filter and accessories may be considered a potential biohazard. Handle and dispose of in accordance with accepted medical practice and applicable laws and regulations.
**Warnings – ECLIPSE™ Filter Removal:** 1) Do not attempt to remove the ECLIPSE™ Filter if significant amounts of thrombus are trapped within the filter or if the retrieval hook is embedded within the vena cava wall. NOTE: It is possible that complications such as those described in the "Warnings," "Precautions" or "Potential Complications" sections of this Instructions for Use may affect the recoverability of the device and result in the clinician's decision to have the device remain permanently implanted. 2) Never re-deploy a removed filter. 3) Remove the ECLIPSE™ Filter using an intravascular snare or the RECOVERY Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details.
**Precautions – ECLIPSE™ Filter Implantation:** 1) This product is intended for use by physicians trained and experienced in diagnostic and interventional techniques. 2) The safety and effectiveness of this device has not been established for pregnancy, nor in suprarenal placement position. 3) The safety and effectiveness of this device has not been established for morbidly obese patients. Open abdominal procedures such as bariatric surgery may affect the integrity and stability of the filter. 4) Anatomical variances may complicate filter insertion and deployment. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties. 5) Procedures or activities that lead to changes in intra-abdominal pressure could affect the integrity or stability of the filter. 6) Position the retrieval hook 1 cm below the lowest renal vein. Venacavography must always be performed to confirm proper implant site. Radiographs without contrast, which do not clearly show the wall of the IVC, may be misleading. 7) When measuring caval dimensions, consider an angiographic catheter or Intravascular Ultrasound (IVUS) if there is any question about caval morphology. 8) If misplacement, sub-optimal placement, or tilting of the filter occurs, consider immediate removal. Do not attempt to reposition the filter. Retrieve the ECLIPSE™ Filter using an intravascular snare or a RECOVERY Cone® Removal System only. Refer to the Optional Procedure for Filter Removal section for details. 9) Spinal deformations: It is important to exercise care when contemplating implantation in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may make percutaneous removal of the filter more difficult. 10) In patients with continued risk of chronic, recurrent pulmonary embolism, patients should be returned to antithrombotic therapy as soon as it is deemed safe. 11) If resistance is encountered during a femoral insertion procedure, withdraw the guidewire and check vein patency fluoroscopically with a small injection of contrast medium. If a large thrombus is demonstrated, remove the venipuncture needle and use the vein on the opposite side. A small thrombus may be bypassed by the guidewire and introducer. 12) The introducer sheath has a radiopaque distal tip to assist in visualization and predeployment filter positioning. The radiopaque distal tip on the introducer sheath, when used in conjunction with the radiopacity of the pusher wire spline, provides a "target" location between which the filter should be positioned just prior to unsheathing and deployment. 13) Do not attempt to attach a syringe or power injection line to the proximal end of the introducer sheath hub. 14) Care should be taken to ensure the connection between the introducer sheath hub and the filter storage tube is tight; however, the use of excessive force which can cause slippage of the threads and/or breakage of the hub should be avoided. 15) It is very important to maintain introducer sheath patency with the saline flush so that the grooved segment that holds and properly orients the filter legs does not become covered by clot. This will interfere with filter deployment. 16) Do not deliver the filter by pushing it beyond the end of the introducer sheath. To achieve proper placement, unsheath the stationary filter by withdrawing the introducer sheath. Do not twist the pusher wire handle at any time during this procedure. 17) Aspirating the introducer sheath while leaving the guidewire in place may lead to the introduction of air into the system.
**Precautions – ECLIPSE™ Filter Removal:** 1) Anatomical variances may complicate the removal procedure. Careful attention to these Instructions for Use can shorten insertion time and reduce the likelihood of difficulties. 2) Spinal deformations: It is important to exercise care when contemplating removing the ECLIPSE™ Filter in patients with significant kyphoscoliotic spinal deformations because the IVC may follow the general course of such anatomic deformations. This may require advanced interventional techniques to remove the filter. 3) When using the RECOVERY Cone® Removal System, the cone must be fully retracted into the Y-adapter before connecting the system to the introducer catheter to ensure that the cone can be properly delivered through the catheter.
**Potential Complications:** Procedures requiring percutaneous interventional techniques should not be attempted by physicians unfamiliar with the possible complications. Complications may occur at any time during or after the procedure. Possible complications include, but are not limited to, the following: • Movement, migration or tilt of the filter are known complications of vena cava filters. Migration of filters to the heart or lungs has been reported. There have also been reports of caudal migration of the filter. Migration may be caused by placement in IVCs with diameters exceeding the appropriate labeled dimensions specified in this IFU. Migration may also be caused by improper deployment, deployment into clots and/or dislodgement due to large clot burdens. • Filter fractures are a known complication of vena cava filters. There have been some reports of serious pulmonary and cardiac complications with vena cava filters requiring the retrieval of the fragment utilizing endovascular and/or surgical techniques • Perforation or other acute or chronic damage of the IVC wall. • Acute or recurrent pulmonary embolism. This has been reported despite filter usage. It is not known if thrombi passed through the filter, or originated from superior or collateral vessels. • Deep vein thrombosis • Caval thrombosis/occlusion • Extravasation of contrast material at time of venacavogram. • Air embolism • Hematoma or nerve injury at the puncture site or subsequent retrieval site • Hemorrhage • Restriction of blood flow • Occlusion of small vessels • Distal embolization • Infection • Intimal tear • Stenosis at implant site • Failure of filter expansion/incomplete expansion. • Insertion site thrombosis • Filter malposition • Vessel injury • Arteriovenous fistula • Back or abdominal pain • Filter tilt • Hemothorax • Organ injury • Phlegmasia cerulea dolens • Pneumothorax • Postphlebitic syndrome • Stroke • Thrombophlebitis • Venous ulceration • Blood loss • Guidewire entrapment • Pain. All of the above complications may be associated with serious adverse events such as medical intervention and/or death. There have been reports of complications, including death, associated with the use of vena cava filters in morbidly obese patients. The risk/benefit ratio of any of these complications should be weighed against the inherent risk/benefit ratio for a patient who is at risk of pulmonary embolism without intervention.

For more information, contact:

**Bard Peripheral Vascular, Inc.**
1625 W. 3rd Street
Tempe, AZ 85281
USA
Tel: 1.480.894.9515
     1.800.321.4254
Fax: 1.480.966.7062
     1.800.440.5376
www.bardpv.com

Please consult product labels and package inserts for indications, contraindications, hazards, warnings, cautions and instructions for use.

Bard, Eclipse, G2 and Recovery Cone are trademarks and/or registered trademarks of C. R. Bard, Inc.

Copyright © 2010, C. R. Bard, Inc. All Rights Reserved. S11739 Rev. 1


BARD | PERIPHERAL VASCULAR

BPV-17-01-00251384

4430.004