James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This Document Relates to:<br><br>Lisa Hyde, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00893-PHX-DGC | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE OF THE SIMON NITINOL FILTER AS A REASONABLE ALTERNATIVE DESIGN**<br><br>(Assigned to the Honorable David G. Campbell) |

Bard moves in *limine to* exclude any reference, evidence, or argument that the Simon Nitinol filter is a reasonable alternative design for purposes of Plaintiff's burden under Wis. Stat. 895.047(1)(a) (the "strict liability statute").

## ARGUMENT AND CITATION OF AUTHORITY

Under Wis. Stat. 895.047(1)(a) to establish a design defect, proof of a reasonable alternative design is mandatory. *In re: Zimmer Nexgen Knee Implant Products Liability Litigation*, 218 F. Supp. 3d 700, 723 (N.D.IL. 2016). In their response to Bard's motion for summary judgment, Plaintiffs made the contention that the Simon Nitinol filter is a reasonable alternative design for the filter implanted in Ms. Hyde. Bard anticipates that Plaintiff will attempt to introduce evidence of the Simon Nitinol Filter as a safer alternative design at trial. The Simon Nitinol filter is a permanent filter only and, unlike the G2®X or the Eclipse,[1] is not a retrievable filter that may remain in a patient permanently at the discretion of a physician. The undisputed evidence in this case is that the implanting physician who implanted Mrs. Hyde's filter chose it because it could be retrieved. Henry deposition 89:25 – 90:12 (Attached as Exhibit A). Dr. Henry also acknowledged in response to questions from Plaintiffs' counsel, that there is a "permanent filter market," and a "retrievable filter market." Henry 19:6-24 (Exhibit A). Additionally, Dr. McMeeking, Plaintiff's only expert on filter design, testified that the Simon Nitinol filter is "not meant to be used in situations where retrieveability is – is advised by the doctor." McMeeking deposition 222:15-17 (Attached as Exhibit B). Dr. McMeeking further testified that he is <u>not</u> offering an opinion about the Simon Nitinol as a safer alternative design for a retrievable filter. McMeeking 222:1-6 (Exhibit B).

As a result, any evidence or testimony about the Simon Nitnol filter as a reasonable alternative design to the retrievable filter at issue should be excluded.

Under Wisconsin law, a product is not evidence of a reasonable alternative design

---

[1] For purposes of this motion the analysis is the same whether the filter at issue is a G2X or an Eclipse as both are retrievable filters.

- 2 -

if it makes the product "something else." *See Godoy ex rel. Gramling v. E.I. du Pont de Nemours & Co.*, 743 N.W.2d 159, 162 (2007) (noting that an alternative design cannot make the product "something else"), aff'd as modified, 768 N.W.2d 674 (2009) Dr. McMeeking admits that the Simon Nitinol is a different filter than the filter at issue in this case and it is "not meant to be used in situations where retrieveability is – is advised." A different product is not a safer alternative design. *See*, *e.g.*, *Burks v. Abbott Labs*, No. 08-3414 (JRT/JSM), 2010 WL 1576779, at *4 (D. Minn. Apr. 20, 2010) (rejecting liquid infant formula as an alternative design to a powdered infant formula); Hosford v. BRK Brands, Inc., 223 So.3d 199, 207 (Ala. 2016) (affirming judgment as a matter of law that "dual-sensor smoke alarms" are not reasonable alternative designs to "ionization smoke alarms"); *Caterpillar v. Shears*, 911 S.W.2d 379, 384-85 (Tex. 1995) ("A convertible can be made safer by fully enclosing the cab, but then it is just an ordinary car. . . . It is not rational, however, to impose liability in such a way as to eliminate whole categories of useful products from the market."); *Niedner v. Ortho-McNeil Pharm., Inc*., 58 N.E.3d 1080, 1087 (Mass. Ct. App. 2016) (rejecting that oral contraceptives are a feasible alternative design to a patch contraceptive); *Brockert v. Wyeth Pharms., Inc*., 287 S.W.3d 760, 770 (Tex. Ct. App. 2009) ("a safer alternative design must be one for the product at issue").

## **CONCLUSION**

For these reasons, Bard respectfully requests that the Court grant its Motion and enter an order excluding any argument, evidence, or suggestions to the jury that the Simon Nitinol filter is a reasonable alternative design to the retrievable filter at issue.

//
//
//
//
//
//

RESPECTFULLY SUBMITTED this 10th day of August, 2018.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                            s/Richard B. North, Jr.
                                            Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000