# Exhibit A

Do Not Disclose - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

* * * * * * * * * * * * * * *

In Re Bard IVC Filters Products
Liability Litigation
　　　　　　　　　No. MD-15-02641-PHX-DGC

* * * * * * * * * * * * * * *

DO NOT DISCLOSE - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

VIDEOTAPED DEPOSITION OF DAVID HENRY, M.D.

TAKEN AT: Leib Knott Gaynor
LOCATED AT: 219 North Milwaukee Street
Milwaukee, WI

April 6, 2017
10:07 a.m. to 12:28 p.m.
REPORTED BY ANITA K. FOSS
REGISTERED PROFESSIONAL REPORTER

* * * * * * * * * * * * * * *

Golkow Technologies, Inc. - 1.877.370.DEPS

Do Not Disclose - Subject to Further Confidentiality Review

Page 19

1    A.   Yes.
2    Q.   Do you currently ever implant permanent
3    as opposed to retrievable IVC filters?
4    A.   Recently, almost all of the manufacturers
5    have veered towards the temporary filters.
6    Q.   And has recently your practice been to
7    implant most all -- always a retrievable filter?
8    A.   Yes.
9    Q.   When you were implanting a permanent
10   filter, do you recall any particular brand you
11   used?
12   A.   I forgot the names of the brands that are
13   permanent.  There's so many of them.
14   Q.   Is it fair to say, even back in 2011,
15   there was more than one brand of IVC filter?
16   A.   Yes.
17   Q.   There were competitors in the
18   marketplace?
19   A.   Yes.
20   Q.   That included in the permanent filter
21   market, true?
22   A.   Yes.
23   Q.   And the retrievable filter market?
24   A.   Yes.
25   Q.   You, as a practicing physician, had a

Do Not Disclose - Subject to Further Confidentiality Review

Page 89

1  the FDA?
2      A.  I don't know.
3      Q.  So with respect to how rigorous a process
4  that is, you don't know what that would be;
5  correct?
6      A.  Correct.
7      Q.  When you -- when you placed the filter in
8  Mrs. Hyde, did you yourself have any expectation of
9  whether that filter would definitely be permanent
10 or whether it might be retrieved at some point?
11     A.  I would say that the patient's health
12 care is a dynamic thing, and a patient that's had a
13 couple of episodes of clots and pulmonary emboli,
14 that the decision about whether it should stay or
15 be retrieved, it's hard to speculate whether and
16 under what circumstances that the filter may no
17 longer be necessary.
18              And it's hard to prejudge the
19 situation, and so I can't speculate.  But now that
20 I understand the record -- and I don't know what's
21 happened with this patient, but I think it would be
22 reasonable to get a hematologist or somebody else
23 stating that it's no longer needed rather than me
24 try to speculate on whether it was or wasn't.
25     Q.  Is it fair to say then that at the time

Do Not Disclose - Subject to Further Confidentiality Review

Page 90
1  that you implanted her filter and selected the G2X,
2  a retrievable filter, that one of the benefits you
3  considered in placing the G2X filter was the fact
4  that it did have the option to be retrieved?
5       A.   Yes.  Yes, definitely.  When -- when
6  she's kind of cleared of her risk -- and that's a
7  difficult decision; I assume that's made up by
8  other subspecialties -- then it could potentially
9  be retrieved.  But I would probably wait for them
10 to consult me before I would take it out without
11 their -- without their opinion or without their
12 knowing.
13      Q.   Right.  And to your point, the decision
14 to leave the filter or retrieve the filter is a
15 fairly complex decision -- decision tree, if you
16 will, that takes into consideration a lot of things
17 about the patient; correct?
18      A.   It's extremely dynamic, yes.  You phrased
19 that well.
20      Q.   All right.  What has your general
21 experience been with the Bard G2X filter in your
22 own clinical practice?
23           MR. SAELTZER:  Objection, vague, lacks
24 foundation.
25           MR. LEIB:  I'm okay with it as long as