# Exhibit B



Deposition of:
# Robert McMeeking , Ph.D.

*July 6, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Robert McMeeking , Ph.D.                              July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 222

1   Q   But you would agree that the Simon nitinol
2   will not serve populations of people whose doctors
3   believe they need a retrievable filter, true?
4           MR. O'CONNOR:  Form.
5           THE WITNESS:  I'm -- I'm not offering that
6   opinion.  Was that -- could you ask the question
7   again?
8           MS. DALY:  Can you read that question.
9           (Record read Lines 1-3.)
10          MR. O'CONNOR:  Form.
11          THE WITNESS:  Well, since I'm not a
12  medical doctor and I can't really answer that
13  question properly, but since it's -- since it's
14  represented as a permanent filter, that would
15  suggest that it's not meant to be used in
16  situations where retrievability is -- is advised by
17  the doctor.
18  BY MS. DALY:
19  Q   The Simon nitinol isn't?
20  A   The Simon nitinol.
21  Q   Okay.  Did you make any effort to look at
22  modifications that would have had to be made to the
23  Simon nitinol filter to allow it to maintain what
24  you conclude is low complications rate but make it
25  percutaneously retrievable?