# Exhibit A

Page 720

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| In Re:  Bard IVC Filters ) | MD-15-02641-PHX-DGC |
| Products Liability Litigation ) | |
| ) | Phoenix, Arizona |
| ) | May 18, 2018 |
| Doris Jones, an individual, ) | 8:30 a.m. |
| ) | |
|          Plaintiff,      ) | |
| ) | CV 16-00782-PHX-DGC |
|      vs.                 ) | |
| ) | |
| C.R. Bard, Inc., a New   ) | |
| Jersey corporation; and Bard ) | |
| Peripheral Vascular, Inc., an ) | |
| Arizona corporation,     ) | |
| ) | |
|          Defendants.     ) | |
| _____ ) | |


BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS-AMENDED

(Jury Trial - Day 4 - A.M. Session)
(Pages 720 through 861, inclusive.)

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

Page 760

1   A.   I do not use Bard filters after I had an opportunity to see
2   the internal documents that Bard had showing that there have
3   been problems with their filters over a long period of time.
4   And those problems were not relayed to physicians in their
5   marketing material or through their representatives so that we
6   could talk to our patients and give them an honest estimate of
7   what their risk factors were when they had these filters
8   placed.
9           I personally felt betrayed by that.  I was a loyal
10  user of Bard at the time.  Our interventional radiologist in my
11  hospital stopped using the Bard device, but I stuck with them.
12  And when I had an opportunity to kind of see the internal
13  documents and see that there were problems known for a long
14  time, and that when these problems were dealt with, they were
15  never studied in humans.  They were just sold.  They were put
16  back into humans to see how they did without any real testing
17  with them.  And I have a moral and ethical issue with that.
18  Q.   And in addition to implanting IVC filters, have you removed
19  them?
20  A.   I have removed them, yes.
21  Q.   In private practice, have you been provided with brochures
22  on the Bard IVC filters?
23  A.   Yes, we have.
24  Q.   Have you seen the brochure for the Eclipse permanent
25  filter?

CERTIFICATE

I, LAURIE A. ADAMS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 18th day of May, 2018.

s/Laurie A. Adams
_____
Laurie A. Adams, RMR, CRR