IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |
| This Document Relates to:<br><br>Lisa Hyde, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00893-PHX-DGC | |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion in Limine to Exclude Testimony About Personal Opinions of Dr. Meuhrcke in the *Hyde* MDL Case, and for other good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that any argument, evidence, or testimony concerning marketing materials as described in Bard's motion and memorandum, shall be excluded from trial in this case.