# Exhibit C

Page 720

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

In Re:  Bard IVC Filters        ) MD-15-02641-PHX-DGC
Products Liability Litigation )
                                ) Phoenix, Arizona
                                ) May 18, 2018
Doris Jones, an individual,     ) 8:30 a.m.
                                )
            Plaintiff,          )
                                ) CV 16-00782-PHX-DGC
       vs.                      )
                                )
C.R. Bard, Inc., a New          )
Jersey corporation; and Bard    )
Peripheral Vascular, Inc., an   )
Arizona corporation,            )
                                )
            Defendants.         )
_____ )


BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS-AMENDED

(Jury Trial - Day 4 - A.M. Session)
(Pages 720 through 861, inclusive.)




Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

Page 780

1    of questions?

2         THE COURT:  Yeah.  Otherwise, every objection we're

3    going to be searching for in that transcript to figure out how

4    I ruled.  That's going to be impossible.  And I'm going to use

5    my best judgment in this trial to make the rulings to

6    objections as --

7         MR. COMBS:  That's fair, Your Honor.  Now that I

8    understand, I understand.

9         THE COURT:  Okay.

10        (In open court.)

11        THE COURT:  Thank you, Ladies and Gentlemen.

12   BY MR. COMBS:

13   Q.  Dr. Muehrcke, in Exhibit 2248, Page 20 here, there's a box

14   and a circle around some figures in a chart that talks about

15   unacceptable risk.  Do you see that?

16   A.  Yes, I do.

17   Q.  If Bard's IVC filters, specifically the G2 Filter, had an

18   unacceptable risk, is that something you, as a treating

19   physician using G2 Filters and the filters after them like the

20   Eclipse Filter, that were the same design and performance as a

21   G2 Filter, is that information you would have wanted to know?

22   A.  Absolutely.

23   Q.  Why?

24   A.  Because when I go to put a filter in the patient I have to

25   obtain an informed consent, and I have to tell them what the

Page 781

1   risk/benefits alternatives are in the procedure, and I try to

2   use the best filter for the patient.  And if I'm not aware of

3   what the best filter is when I talk to the patient then I'm

4   really not giving them the information that they need to know

5   to make a decision about whether to have the filter or not.

6   Q.   And Doctor, what was the subsequent Bard model that came

7   out that replaced the Eclipse?

8   A.   The Meridian Filter came out, I think, in 2011.

9   Q.   What was the difference between the Eclipse Filter and the

10  Meridian Filter?

11  A.   Well, the Meridian Filter had the caudal anchors.

12          MR. NORTH:   Your Honor, I'm sorry.  I hate to object

13  but it's not within the report.

14          THE COURT:   Show me where it is in the report.

15          MR. COMBS:   I will, Your Honor.

16          THE COURT:   I have got the report.  Just point it out

17  to me.

18          MR. COMBS:   Bottom of case-specific opinions regarding

19  Doris Jones.  It goes on to the next page.

20          THE COURT:   Hold on just a minute, please.

21          The objection is overruled.

22  BY MR. COMBS:

23  Q.   What was the difference between the Eclipse Filter and the

24  Meridian Filter?

25  A.   So the Meridian Filter was the next iteration of the Bard

```
 1

 2

 3

 4

 5

 6                    C E R T I F I C A T E

 7

 8          I, LAURIE A. ADAMS, do hereby certify that I am duly

 9   appointed and qualified to act as Official Court Reporter for

10   the United States District Court for the District of Arizona.

11          I FURTHER CERTIFY that the foregoing pages constitute

12   a full, true, and accurate transcript of all of that portion of

13   the proceedings contained herein, had in the above-entitled

14   cause on the date specified therein, and that said transcript

15   was prepared under my direction and control.

16          DATED at Phoenix, Arizona, this 18th day of May, 2018.

17

18                              s/Laurie A. Adams
                                _____
19                              Laurie A. Adams, RMR, CRR

20

21

22

23

24

25
```