# Exhibit E

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

```
In re:  Bard IVC Filters,            )
Products Liability Litigation        )
                                     )
                                     )
                                     ) MD-15-02641-PHX-DGC
_____)
Sherr-Una Booker, an individual,     )
                                     ) Phoenix, Arizona
                      Plaintiff,     ) March 28, 2018
                 v.                  ) 12:50 p.m.
                                     )
C.R. Bard, Inc., a New Jersey        )
corporation; and Bard Peripheral     ) CV-16-00474-PHX-DGC
Vascular, Inc., an Arizona           )
corporation,                         )
                                     )
                      Defendants.    )
_____)
```

BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY 10 P.M.

(Pages 2297 through 2438)

Official Court Reporter:
Elaine Cropper, RDR, CRR, CCP
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 312, SPC 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

DRAFT COPY

1  though this was not a long-term safety study and it completed    03:31:53
2  after six months of follow-up, that was still a 12 percent
3  caudal migration rate, a 1.2 percent fracture rate, 18 percent
4  tilt rate, and 26 percent of the filters penetrated.
5          We saw evidence that they had few, and in many cases    03:32:11
6  no reports of such failures with the SNF filter.  So right
7  there is a difference in rates that they are complaining of
8  wasn't shown.
9          Ms. Hudnall agreed that the company's responsible for
10 giving risk-benefit information to doctors and doctors need     03:32:35
11 this information for informed consent and that doctors should
12 be told if Bard knew that the filters were tilting.  So, again,
13 all of this gets incorporated into the information that Bard
14 should have provided and there's no evidence that they did
15 provide to any doctor, let alone Dr. D'Ayala.                    03:32:53
16         Ms. Wong also testified that the G2 was not
17 statistically the same as the Recovery and that it would be
18 wrong to say that it was as good as the SNF filter so another
19 comparison that came out unfavorably for the G2 filter.
20         We also saw statistical comparisons with competitor    03:33:26
21 filters, Exhibit 2243.  And there was a statistically
22 significant difference in deaths between -- for the Recovery
23 versus the Greenfield, SNF, and some other competitor filters.
24         Dr. Streiff testified that the IFU for the G2 was
25 inadequate and Dr. Muehrcke testified that doctors would have    03:33:57

DRAFT COPY

```
 1                    C E R T I F I C A T E              04:38:32
 2
 3            I, ELAINE M. CROPPER, do hereby certify that I am
 4   duly appointed and qualified to act as Official Court Reporter
 5   for the United States District Court for the District of   04:38:32
 6   Arizona.
 7
 8            I FURTHER CERTIFY that the foregoing pages constitute
 9   a full, true, and accurate transcript of all of that portion of
10   the proceedings contained herein, had in the above-entitled  04:38:32
11   cause on the date specified therein, and that said transcript
12   was prepared under my direction and control, and to the best of
13   my ability.
14
15            DATED at Phoenix, Arizona, this 29th day of March,  04:38:32
16   2018.
17
18
19
20                               s/Elaine M. Cropper           04:38:32
21                              _____
                                  Elaine M. Cropper, RDR, CRR, CCP
22
23
24
25                                                              04:38:32
```

DRAFT COPY