# Exhibit A

# The Defendants

# Thorough and Rigorous Testing

- Bard worked hand-in-hand with FDA

- Submitted extensive test data to the FDA

- Answered multiple questions from the FDA

