# Exhibit B

1  modified RF, Recovery filter.  Look how much better the                03:35:03
2  fracture resistance is for the G2 filter than it was for the
3  Recovery filter.
4           Similarly, the testing showed the same thing when it
5  comes to migration.  The migration percentage is much less in           03:35:17
6  the testing, the ability to avoid migration is much greater for
7  G2 than it ever was for the Recovery filter but there's more.
8  The guidance and what Bard did pursuant to the guidance, and
9  even going beyond what the FDA guidance required, included
10 many, many different types of studies.  Bard worked hand in             03:35:41
11 hand with the FDA.  You'll see the submissions Bard made to the
12 agency.  Pages and pages of test summaries and data and the FDA
13 didn't just say, "Okay, fine.  Go sell it."  The FDA came back
14 with questions, many questions, requiring additional data.
15          And only after Bard answered all of their questions            03:36:08
16 did the FDA eventually clear the device and it cleared the G2
17 three times effectively essentially.  First in August of 2005,
18 as I indicated, for permanent use.  Several months later it
19 approved a jugular delivery system for the G2 filter, and then
20 for retrievable use in January of 2008.                                  03:36:32
21          Bard's collaboration with the FDA did not end there.
22 Bard conducted what was called the EVEREST study.  The study
23 protocol had to be reviewed and approved by the FDA.  Bard
24 provided updates to the FDA on the progress of the study.  Bard
25 provided the FDA, and you will see it, with data about every            03:36:56