# Exhibit M

1   A.   It says "partially" in the next paragraph.

2   Q.   Sir, is it your testimony that retrievable filters should

3   be at least as safe and effective as permanent filters?

4   A.   They are safe and effective.

5   Q.   Could I have Mr. Carr's deposition, October 25, 2013, Page

6   165.

7            "QUESTION:  And would you agree that the retrievable

8   filters ought to be at least as safe as the permanent ones?

9            "ANSWER:  Yes."

10           That's testimony you gave under oath in October of

11  2013.  True?

12  A.   Yes.

13  Q.   Thank you.

14           MR. LOPEZ:  Your Honor, no further questions.  Pass

15  the witness.

16           THE COURT:  All right.  Cross-examination?

17           MR. NORTH:  Your Honor, we will reserve our

18  questioning of Mr. Carr until our case in chief.

19           THE COURT:  All right.  You can step down, Mr. Carr.

20           THE WITNESS:  Thank you.

21           MR. COMBS:  Your Honor, the plaintiff at this time

22  calls Dr. Derek Muehrcke.

23           THE COURT:  All right. Do you have a copy of his

24  report?  I didn't mention this this morning, but I think it

25  would be helpful whenever we're calling an expert -- hold on