# Defendants' Exhibit 6

Message

**From:** Starr, Mary Christine [Mary.Starr@wfhc.org]
**Sent:** 2/17/2011 3:30:18 PM
**To:** Fermanich, Matt [/O=BARD/OU=MHL-E2K3 AG/cn=Recipients/cn=MFermanich]
**Subject:** RE: Technician Registration

Thanks Matt. We still have a G2 in stock. Are those still being used? If I can't get in this workshop I can do the next no biggy. I know that the cath lab cant send anyone this round either.

**Mary Starr R.T. (R), V.I.**

Interventional Radiology Coordinator

WFHC-Franklin

414-325-4980

Mary.C.Starr@wfhc.org

---

**From:** Fermanich, Matt [mailto:Matt.Fermanich@crbard.com]
**Sent:** Wednesday, February 16, 2011 7:17 PM
**To:** Starr, Mary Christine
**Subject:** RE: Technician Registration

Mary you want the Eclipse...here are the product codes

1. Jugular – EC500J
2. Femoral – EC500F
3. Retrieval Cone – FBRC

I submitted your registration. I soon as I hear back I will let you know. If this class is full we'll get you in the next one if the dates work on your end.

Thanks Mary and let me know if you need anything else



EXHIBIT 21 Fermanich

BPVEFILTER-48-00004804

-Matt ☺

**From:** Starr, Mary Christine [mailto:Mary.Starr@wfhc.org]
**Sent:** Wednesday, February 16, 2011 3:41 PM
**To:** Fermanich, Matt
**Subject:** RE: Technician Registration

Matt I filled out the first half of the form the second half you fill out? Also I need to order some filters is it the Eclipes or the G2?

**Mary Starr R.T. (R), V.I.**

Interventional Radiology Coordinator

WFHC-Franklin

414-325-4980

Mary.C.Starr@wfhc.org

---

**From:** Fermanich, Matt [mailto:Matt.Fermanich@crbard.com]
**Sent:** Wednesday, February 16, 2011 3:57 PM
**To:** Starr, Mary Christine
**Subject:** Technician Registration

Mary...here is the form I need completed ASAP to forward along for approval.

Please let me know if you have any questions at all.

Thanks and I will talk to you soon

-Matt

Matt Fermanich

Territory Manager - Milwaukee

Bard PV

Phone: 414.736.3191

Fax: 262.354.0007

Email: Matt.Fermanich@crbard.com

Confidentiality Notice: This e-mail and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments..[v1.0]

Privileged/Confidential information may be contained in this message. The information contained in this message is intended only for the use of the recipient(s) named above and their co-workers who are working on the same matter. The recipient of this information is prohibited from disclosing the information to any other party unless this disclosure has been authorized in advance.

If you are not intended recipient of this message or any agent responsible for delivery of the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this message is strictly prohibited. You should immediately destroy this message and kindly notify the sender by reply E-Mail. Please advise immediately if you or your employer does not consent to Internet E-Mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the firm shall be understood as neither given nor endorsed by it.

Important Security Information about Wheaton Franciscan Healthcare Email Communications

Wheaton Franciscan Healthcare has implemented an email encryption service to protect the privacy of email containing PHI and other confidential information. To learn more about our secure email system, please visit www.wfhealthcare.org/Wheaton/AboutUs/SecureEmail.aspx

Privileged/Confidential information may be contained in this message. The information contained in this message is intended only for the use of the recipient(s) named above and their co-workers who are working on the same matter. The recipient of this information is prohibited from disclosing the information to any other party unless this disclosure

has been authorized in advance.

If you are not intended recipient of this message or any agent responsible for delivery of the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this message is strictly prohibited. You should immediately destroy this message and kindly notify the sender by reply E-Mail. Please advise immediately if you or your employer does not consent to Internet E-Mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the firm shall be understood as neither given nor endorsed by it.

Important Security Information about Wheaton Franciscan Healthcare Email Communications

Wheaton Franciscan Healthcare has implemented an email encryption service to protect the privacy of email containing PHI and other confidential information. To learn more about our secure email system, please visit www.wfhealthcare.org/Wheaton/AboutUs/SecureEmail.aspx

BPVEFILTER-48-00004807