Defendants' Exhibit 7

```
 1                   UNITED STATES DISTRICT COURT
 2                       DISTRICT OF ARIZONA
 3
 4
 5

     In Re Bard IVC Filters Products
 6   Liability Litigation                  No.
                                              MD-15-02641-PHX-DGC
 7

     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 8
 9
10                        Do Not Disclose
11           Subject to Further Confidentiality Review
12
                       VIDEOTAPED DEPOSITION OF
13
                              TIM HUG
14
15                        AUGUST 23, 2017
16                           10:00 a.m.
17
18
              2575 East Camelback Road, 11th Floor
19
                          Phoenix, Arizona
20
21
22
            SOMMER E. GREENE, CSR, RPR, CR No. 50622
23
24
25
```

 1    can't call medical affairs to get the answer.  It's a
 2    physician/medical affairs connection there.
 3         Q.    Do you recall -- in this particular instance,
 4    do you remember if Mr. Fermanich got back to this
 5    physician?
 6         A.    I would be angry if Matt did not.  I don't
 7    know, though.
 8         Q.    And what would you have expected him -- or if
 9    you recall, tell me what he provided to the physician.
10         A.    I don't know, but I would expect Matt to say,
11    At the end of the day, we don't know the answer to that,
12    but I would encourage you to reach out on this phone
13    number, and perhaps they can do some additional research
14    to find the answer to that.
15         Q.    Okay.  This is one I want to show you.
16               (Exhibit 1115 was marked for
17    identification.)
18         Q.    BY MR. LOPEZ:  This is Exhibit 1115.  All
19    right.  Okay.  Just go to the second page real quick.
20         A.    Okay.
21         Q.    This is an e-mail between Mary Starr and Matt
22    Fermanich, and you know who Mary Starr is?
23         A.    Yeah.  I'm not sure what her role was at this
24    time, but I do know Mary Starr.
25         Q.    Okay.  Actually it looks like she says --

Do Not Disclose - Subject to Further Confidentiality Review

 1      A.      Oh, there it is.

 2      Q.      -- interventional radiology coordinator?

 3      A.      Yeah.  So I knew her when she worked in the
 4   cath lab at saint Francis, another Wheaton facility.  So
 5   that's how I knew her.

 6      Q.      She writes just on the second page at the top,
 7   "Matt, I filled out the first half of the form.  The
 8   second half you fill out" --

 9      A.      Yes.

10      Q.      -- "question" -- I don't know if I read that
11   right.

12      A.      Right.

13      Q.      "Also I need to order some filters.  Is it the
14   Eclipse or the G2," she's asking, and let's keep in mind
15   the date here.

16      A.      Okay.

17      Q.      This is February 16, 2011.

18      A.      Okay.

19      Q.      And she needs more filters, or the group does,
20   and then Matt responds.  You can go to the first page.

21      A.      Yep.

22      Q.      "Mary, you want the Eclipse.  Here are the
23   product codes."  Okay.  And then he provides them.

24      A.      Yes.

25      Q.      And this was in -- this comported to the

```
 1    instructions or the -- you know, the company directive
 2    that he's aware of.
 3        A.    Uh-huh.
 4        Q.    That's a yes?
 5        A.    It is correct, yes.  Sorry.
 6        Q.    Sorry, it's annoying, but you've got to give
 7    audible responses.
 8        A.    Yes.
 9        Q.    And Mary responds and says, "Thanks, Matt.  We
10    still have a G2 in stock.  Are those still being used?"
11    And at least at this time, it's fair to say that this
12    hospital is using the G2.  Right?
13        A.    I think that would be fair that it sounds like
14    they have some in stock, yes.
15        Q.    And do you know what Matt replied?
16        A.    I don't.  I can't recall that.
17        Q.    Okay.  Yeah, I don't have it --
18        A.    I could make an assumption on that, but, yes.
19        Q.    What would you expect Matt to have responded?
20              MR. LERNER:  Objection to form.
21              THE WITNESS:  I would assume that Matt would
22    probably tell her that the G2 -- to go ahead and utilize
23    the G2 and that when she does her reorders to order the
24    Eclipse.  Right?
25              I mean, that's -- that's the direction that
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   we have, and that's the communication that we have, and I
 2   would assume that -- that Matt could carry that out, but
 3   I can't say that with certainty obviously.
 4       Q.   BY MR. LOPEZ:  Okay.  You can put that one
 5   aside.
 6       A.   Okay.
 7       Q.   All right.  This is Exhibit 1116.
 8            (Exhibit 1116 was marked for
 9   identification.)
10       Q.   BY MR. LOPEZ:  And let's try to go through this
11   one a little more quickly than it might look like we're
12   going to.
13       A.   Okay.
14       Q.   I know it's a big one, but go to page 18,
15   please.
16       A.   Okay.
17       Q.   And you'll see it's a chart at the top.  It
18   says, "What is G2 trend relative to RNF?"  And do you
19   understand the RNF to be the Recovery filter?
20       A.   Yes.
21       Q.   Okay.  Do you see in the left column, second
22   row, limb detachments, arm/leg hook?
23       A.   Yes.
24       Q.   And the far right column says, "G2 has less arm
25   and hook complaints than RNF.  G2 has more leg complaints
```