# Defendants' Exhibit 9

| CUSTOMER | CITY | STATE | TERR | MONTH | YEAR | GROUP | ITEM | UNITS | SALES |
|---|---|---|---|---|---|---|---|---|---|
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | January | 2010 | G2 X FEM | RF400F  G2 EXPRESS FEM DELIVER | 1 | 1,250 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | January | 2010 | G2 X JUGULAR | RF400J  G2 EXPRESS JUG/SUB DEL | 1 | 1,250 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | February | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | March | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | April | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | May | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | June | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | July | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | August | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | September | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | October | 2010 | | | - | - |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | November | 2010 | ECLISPE FILTER | EC500F  ECLIPSE FEMORAL FILTER | 2 | 2,600 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | November | 2010 | ECLISPE FILTER | EC500F  ECLIPSE FEMORAL FILTER | 2 | 2,600 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | December | 2010 | ECLISPE FILTER | EC500F  ECLIPSE FEMORAL FILTER | 1 | 1,300 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | January | 2011 | ECLISPE FILTER | EC500F  ECLIPSE FEMORAL FILTER | 1 | 1,250 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | February | 2011 | ECLISPE FILTER | EC500F  ECLIPSE FEMORAL FILTER | 1 | 1,250 |
| WHEATON FRANCISCAN HLTHCARE  FRANKLIN, WI [12001637] | FRANKLIN | WI | 342 | February | 2011 | ECLISPE FILTER | EC500J  ECLIPSE FEMORAL JUGULAR | 1 | 1,250 |
| | | | | | | | Totals | 10 | 12,750 |