# Defendants' Exhibit 10



# INVOICE

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

**SHIP TO:**
WHEATON FRANCISCAN HLTHCARE
10101 S 27TH ST
FRANKLIN, WI 53132

| INVOICE NO. | PURCHASE ORDER NO. | |
|---|---|---|
| 08550029 | K1710424 | |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 01/07/10 |

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 01/07/10 | 424697536105 | BESTWAY | S3664562 | 1 | 0 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!! | | |
| 1 | EA | RF400F | G2 EXPRESS FEM DELIVERY KIT  1/EACH | 1,250.00 | 1,250.00 |
| | | RF400F | | | |
| 1 | EA | RF400J | G2 EXPRESS JUG/SUB DEL KIT  1/EACH | 1,250.00 | 1,250.00 |
| | | RF400J | | | |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

**DUPLICATE**

| INVOICE TOTAL | 2,500.00 |
|---|---|

Page 1 of 1



# INVOICE

**SHIP TO:**
WHEATON FRANCISCAN HLTHCARE
10101 S 27TH ST
FRANKLIN, WI 53132

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

| INVOICE NO. | PURCHASE ORDER NO. | |
|---|---|---|
| 08813587 | K1892443 | |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 11/29/10 |

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 11/29/10 | 462534285793 | FX1PPD | S3915492 | 1 | 4 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!! (ACTIVE 08-24-09) If shipping charges do not apply to this order please ship | | |
| 2 | EA | EC500F | ECLIPSE FEMORAL FILTER 1/EACH | 1,300.00 | 2,600.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

DUPLICATE

| | INVOICE TOTAL | 2,600.00 |
|---|---|---|

Page 1 of 1



| | |
|---|---|
| **SHIP TO:** | **INVOICE** |
| WHEATON FRANCISCAN HLTHCARE<br>10101 S 27TH ST<br>FRANKLIN, WI 53132 | |

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

| INVOICE NO. | PURCHASE ORDER NO. |
|---|---|
| 08814398 | K1892801 |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 11/30/10 |

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**REMIT TO:**   C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:**   NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 11/30/10 | 462534290830 | FX1PPD | S3916218 | 1 | 4 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!!<br>(ACTIVE 08-24-09) | | |
| 2 | EA | EC500F | ECLIPSE FEMORAL FILTER<br>1/EACH | 1,300.00 | 2,600.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

**DUPLICATE**

| | INVOICE TOTAL | 2,600.00 |
|---|---|---|

Page 1 of 1

BPV-17-01-00262751



# INVOICE

**SHIP TO:**
WHEATON FRANCISCAN HLTHCARE
10101 S 27TH ST
FRANKLIN, WI 53132

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

| INVOICE NO. | PURCHASE ORDER NO. | |
|---|---|---|
| 08827802 | K1900907 | |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 12/15/10 |

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 12/15/10 | 462534386314 | FX1PPD | S3929077 | 1 | 3 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!! (ACTIVE 08-24-09) |  |  |
| 1 | EA | EC500F | ECLIPSE FEMORAL FILTER 1/EACH | 1,300.00 | 1,300.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products   When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same.  Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

**DUPLICATE**

| | INVOICE TOTAL | 1,300.00 |
|---|---|---|

Page 1 of 1

BPV-17-01-00262752



| | |
|---|---|
| **SHIP TO:** | **INVOICE** |
| WHEATON FRANCISCAN HLTHCARE<br>10101 S 27TH ST<br>FRANKLIN, WI 53132 | |

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

| INVOICE NO. | PURCHASE ORDER NO. |
|---|---|
| 08847565 | K1913720 |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 01/12/11 |

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 01/12/11 | 462534532099 | FX1PPD | S3947923 | 1 | 3 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!!<br>(ACTIVE 08-24-09) | | |
| 1 | EA | EC500F | ECLIPSE FEMORAL FILTER<br>1/EACH | 1,250.00 | 1,250.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

**DUPLICATE**

| INVOICE TOTAL | 1,250.00 |
|---|---|

Page 1 of 1

BPV-17-01-00262753



# INVOICE

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

**SHIP TO:**
WHEATON FRANCISCAN HLTHCARE
10101 S 27TH ST
FRANKLIN, WI 53132

| INVOICE NO. | PURCHASE ORDER NO. | |
|---|---|---|
| 08886693 | K1938221 | |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 02/23/11 |

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 02/23/11 | 462534801000 | FX1PPD | S3985358 | 1 | 4 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!! (ACTIVE 08-24-09) HSS | | |
| 1 | EA | EC500J | ECLIPSE JUGULAR FILTER 1/EACH | 1,250.00 | 1,250.00 |
| 1 | EA | EC500F | ECLIPSE FEMORAL FILTER 1/EACH | 1,250.00 | 1,250.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

DUPLICATE

| INVOICE TOTAL | 2,500.00 |
|---|---|

Page 1 of 1

BPV-17-01-00262754



| | |
|---|---|
| **SHIP TO:** | **INVOICE** |

**SHIP TO:**
WHEATON FRANCISCAN HLTHCARE
10101 S 27TH ST
FRANKLIN, WI 53132

**BILL TO:**
WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**SEND INQUIRIES ONLY TO:**
Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

| INVOICE NO. | PURCHASE ORDER NO. |
|---|---|
| 08905942 | K1950259 |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 03/16/11 |

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 03/16/11 | 462534918692 | FX1PPD | S4004339 | 1 | 3 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!! (ACTIVE 08-24-09) HSS | | |
| 1 | EA | EC500F | ECLIPSE FEMORAL FILTER 1/EACH | 1,250.00 | 1,250.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

**DUPLICATE**

| | INVOICE TOTAL | 1,250.00 |
|---|---|---|

Page 1 of 1

BPV-17-01-00262755



| | | | INVOICE | | SEND INQUIRIES ONLY TO: |
|---|---|---|---|---|---|

Bard Peripheral Vascular Inc
1415 W 3RD ST STE 109
TEMPE, AZ 85281

**SHIP TO:**

WHEATON FRANCISCAN HLTHCARE
10101 S 27TH ST
FRANKLIN, WI 53132

| INVOICE NO. | PURCHASE ORDER NO. | |
|---|---|---|
| 08892156 | K1941801 | |
| SHIP TO | SOLD TO | ACCOUNT |
| 12001637 | 12001637 | 72014 |
| SALES REP. | A/R REP. | DATE |
| 34342 | 11 | 03/01/11 |

**BILL TO:**

WHEATON FRANCISCAN HLTHCARE
ATTN ACCTS PAYBALE
PO BOX 14487
MILWAUKEE, WI 53214

**REMIT TO:** C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE, NC 28275

**FOR CUSTOMER SERVICE INQUIRIES CALL:**
800-321-4254

**TERMS:** NET 30 - A/R

| DATE SHIPPED | BILL OF LADING NUMBER | SHIP VIA | SALES ORDER NO. | CTNS. | WEIGHT | FRT. CHARGES |
|---|---|---|---|---|---|---|
| 03/01/11 | 462534835122 | FX1PPD | S3990839 | 1 | 3 | FREIGHT |

| QTY. SHIP | U/M | CATALOG NUMBER | DESCRIPTION | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SHIPPING PLEASE USE THE CUSTOMERS ACCT FEDEX/476590167 TO SHIP THEIR ITEMS 2ND DAY!! (ACTIVE 08-24-09) | | |
| 1 | EA | EC500J | ECLIPSE JUGULAR FILTER 1/EACH | 1,250.00 | 1,250.00 |

The above charges may not reflect the true net cost for the above products as other discounts, rebates or reductions in price (collectively 'discounts') may be provided to customer for such products. When the value of any such further discounts become Known, Bard will provide customer with further documentation relative to the same. Customer is reminded of its obligation under 42 U.S.C. sec. 1320a-7b(b)(3)(A) and the 'safe harbor' regulations regarding discounts or other reductions in price set for at 42 C.F.R. sec. 1001.952(h), to fully and accurately report any discounts earned to any federal or state health care programs, including Medicare and Medicaid.

**DUPLICATE**

| | INVOICE TOTAL | 1,250.00 |
|---|---|---|

Page 1 of 1

BPV-17-01-00262756