# Defendants' Exhibit 11

This is a snapshot of a document produced at BPVEFILTER-28-00402336

| | A | B | C | D-P (Month 1-12, Annual) |
|---|---|---|---|---|
| 1 | SHAD - August 2009 | | | |
| 2 | COMM | (All) | REG | (All) |
| 3 | BSGP | (All) | TERR | (All) |
| 4 | CAT | (All) | DIST | (All) |
| 5 | CHANNEL | (All) | | |
| 6 | | | | |
| 7 | UNITS | | | MONTH |
| 8 | CUSTOMER | GROUP | YEAR | 1 2 3 4 5 6 7 8 9 10 11 12 Annual |
| 82878 | WHEATON FRANCISCAN HLTHCARE FRANKLIN, WI 12001637 | G2 X JUGULAR | 2009 | |
| 82879 | | | 2010 | 1                                                                    1 |
| 82880 | | G2 X JUGULAR Total | | 1                                                                   1 |
| 82881 | | G2 X FEM | 2009 | |
| 82882 | | | 2010 | 1                                                                    1 |
| 82883 | | G2 X FEM Total | | 1                                                                    1 |
| 82884 | | ECLISPE FILTER | 2009 | |
| 82885 | | | 2010 |                                                        4    1     5 |
| 82886 | | ECLISPE FILTER Total | |                                                        4    1     5 |

Callout: This report displays monthly sales by year. The Reg, Dist, Terr, and Customer Name fields may be added/removed to the report by dragging. Filter the report using the drop-down fields at the top.