# PLAINTIFFS' EXHIBIT 6

```
 1         Q.    How big is Wheaton?
 2         A.    In terms of what?
 3         Q.    In terms of numbers.
 4               MR. BROWN:  Object to the form.
 5               THE WITNESS:  I have no idea off the top
 6   of my head.
 7   BY MR. O'CONNOR:
 8         Q.    Did they bring you good numbers?
 9         A.    I don't know what the answer to that is.
10         Q.    Well, we know that back in April 2010,
11   Bard wanted G2s -- Eclipse switched out for the G2,
12   and here now we're at February 17, 2011.
13         A.    Okay.
14         Q.    Not quite a year, but several months
15   after this e-mail came from Bret Baird; right?
16         A.    Sure.
17         Q.    And you have, I'm going to hazard a
18   guess, a relatively good customer who's still using
19   the G2.
20         A.    Okay.
21         Q.    Right?
22         A.    Looks like it, yes.
23         Q.    And you took this opportunity to tell
24   Mary Starr, the interventional radiology
25   coordinator at Wheaton, that she needs to be
```

```
 1         Q.    How big is Wheaton?
 2         A.    In terms of what?
 3         Q.    In terms of numbers.
 4               MR. BROWN:  Object to the form.
 5               THE WITNESS:  I have no idea off the top
 6   of my head.
 7   BY MR. O'CONNOR:
 8         Q.    Did they bring you good numbers?
 9         A.    I don't know what the answer to that is.
10         Q.    Well, we know that back in April 2010,
11   Bard wanted G2s -- Eclipse switched out for the G2,
12   and here now we're at February 17, 2011.
13         A.    Okay.
14         Q.    Not quite a year, but several months
15   after this e-mail came from Bret Baird; right?
16         A.    Sure.
17         Q.    And you have, I'm going to hazard a
18   guess, a relatively good customer who's still using
19   the G2.
20         A.    Okay.
21         Q.    Right?
22         A.    Looks like it, yes.
23         Q.    And you took this opportunity to tell
24   Mary Starr, the interventional radiology
25   coordinator at Wheaton, that she needs to be
```