# PLAINTIFFS'
# EXHIBIT 10

Do Not Disclose - Subject to Further Confidentiality Review

 1  can't call medical affairs to get the answer.  It's a

 2  physician/medical affairs connection there.

 3      Q.    Do you recall -- in this particular instance,

 4  do you remember if Mr. Fermanich got back to this

 5  physician?

 6      A.    I would be angry if Matt did not.  I don't

 7  know, though.

 8      Q.    And what would you have expected him -- or if

 9  you recall, tell me what he provided to the physician.

10      A.    I don't know, but I would expect Matt to say,

11  At the end of the day, we don't know the answer to that,

12  but I would encourage you to reach out on this phone

13  number, and perhaps they can do some additional research

14  to find the answer to that.

15      Q.    Okay.  This is one I want to show you.

16            (Exhibit 1115 was marked for

17  identification.)

18      Q.    BY MR. LOPEZ:  This is Exhibit 1115.  All

19  right.  Okay.  Just go to the second page real quick.

20      A.    Okay.

21      Q.    This is an e-mail between Mary Starr and Matt

22  Fermanich, and you know who Mary Starr is?

23      A.    Yeah.  I'm not sure what her role was at this

24  time, but I do know Mary Starr.

25      Q.    Okay.  Actually it looks like she says --

Do Not Disclose - Subject to Further Confidentiality Review

```
 1        A.    Oh, there it is.

 2        Q.    -- interventional radiology coordinator?

 3        A.    Yeah.  So I knew her when she worked in the

 4   cath lab at saint Francis, another Wheaton facility.  So

 5   that's how I knew her.

 6        Q.    She writes just on the second page at the top,

 7   "Matt, I filled out the first half of the form.  The

 8   second half you fill out" --

 9        A.    Yes.

10        Q.    -- "question" -- I don't know if I read that

11   right.

12        A.    Right.

13        Q.    "Also I need to order some filters.  Is it the

14   Eclipse or the G2," she's asking, and let's keep in mind

15   the date here.

16        A.    Okay.

17        Q.    This is February 16, 2011.

18        A.    Okay.

19        Q.    And she needs more filters, or the group does,

20   and then Matt responds.  You can go to the first page.

21        A.    Yep.

22        Q.    "Mary, you want the Eclipse.  Here are the

23   product codes."  Okay.  And then he provides them.

24        A.    Yes.

25        Q.    And this was in -- this comported to the
```

Do Not Disclose - Subject to Further Confidentiality Review

1    instructions or the -- you know, the company directive

2    that he's aware of.

3        A.    Uh-huh.

4        Q.    That's a yes?

5        A.    It is correct, yes.  Sorry.

6        Q.    Sorry, it's annoying, but you've got to give

7    audible responses.

8        A.    Yes.

9        Q.    And Mary responds and says, "Thanks, Matt.  We

10   still have a G2 in stock.  Are those still being used?"

11   And at least at this time, it's fair to say that this

12   hospital is using the G2.  Right?

13       A.    I think that would be fair that it sounds like

14   they have some in stock, yes.

15       Q.    And do you know what Matt replied?

16       A.    I don't.  I can't recall that.

17       Q.    Okay.  Yeah, I don't have it --

18       A.    I could make an assumption on that, but, yes.

19       Q.    What would you expect Matt to have responded?

20             MR. LERNER:  Objection to form.

21             THE WITNESS:  I would assume that Matt would

22   probably tell her that the G2 -- to go ahead and utilize

23   the G2 and that when she does her reorders to order the

24   Eclipse.  Right?

25             I mean, that's -- that's the direction that

Do Not Disclose - Subject to Further Confidentiality Review

1   we have, and that's the communication that we have, and I

2   would assume that -- that Matt could carry that out, but

3   I can't say that with certainty obviously.

4       Q.   BY MR. LOPEZ:   Okay.   You can put that one

5   aside.

6       A.   Okay.

7       Q.   All right.   This is Exhibit 1116.

8            (Exhibit 1116 was marked for

9   identification.)

10      Q.   BY MR. LOPEZ:   And let's try to go through this

11  one a little more quickly than it might look like we're

12  going to.

13      A.   Okay.

14      Q.   I know it's a big one, but go to page 18,

15  please.

16      A.   Okay.

17      Q.   And you'll see it's a chart at the top.   It

18  says, "What is G2 trend relative to RNF?"   And do you

19  understand the RNF to be the Recovery filter?

20      A.   Yes.

21      Q.   Okay.   Do you see in the left column, second

22  row, limb detachments, arm/leg hook?

23      A.   Yes.

24      Q.   And the far right column says, "G2 has less arm

25  and hook complaints than RNF.   G2 has more leg complaints