MARCH 14, 2018 P.M.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| **In re: Bard IVC Filters, Products Liability Litigation** ) ) ) ) ) _____ ) **Sherr-Una Booker, an individual,** ) ) Plaintiff, ) v. ) ) **C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,** ) ) ) ) ) ) ) Defendants. ) _____ ) | MD-15-02641-PHX-DGC<br><br>Phoenix, Arizona<br>March 14, 2018<br>1:06 p.m.<br><br>CV-16-00474-PHX-DGC |

**BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

<u>**JURY TRIAL - DAY 1 P.M.**</u>

(Pages 115 through 215)

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 312, SPC 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

United States District Court

|  |  |  |
|---|---|---|
| 1 | analysts and quality assurance specialists, men and women | 03:01:37 |
| 2 | seeking to follow core values to introduce innovative medical | |
| 3 | products for the treatment of serious illnesses and conditions. | |
| 4 | Let's go to the second stop on this road trip, the | |
| 5 | roadmap, the device itself.  It's called the G2 and it's pretty | 03:01:58 |
| 6 | easy to figure out that's because it's Bard's second generation | |
| 7 | retrievable filter, the G2. | |
| 8 | What is it designed to treat?  I think most of us are | |
| 9 | familiar with these conditions but just to be certain, deep | |
| 10 | vein thrombosis, that's where clots develop in the legs.  You | 03:02:21 |
| 11 | often hear of people complaining or suffering from that after | |
| 12 | long airplane rides, for example. | |
| 13 | Deep vein thrombosis, when the clots break loose, can | |
| 14 | become a pulmonary embolism.  That is when the clot travels | |
| 15 | generally to the heart, brain or lungs and it can be a fatal | 03:02:39 |
| 16 | event.  Each year, because of deep vein thrombosis, | |
| 17 | approximately two million Americans are affected.  Statistics | |
| 18 | and the evidence will show up to 600,000 are hospitalized. | |
| 19 | Estimates are that 300,000 of our fellow Americans die every | |
| 20 | year from pulmonary embolism.  Estimates show that almost a | 03:03:05 |
| 21 | third of the patients who have had a pulmonary embolism like | |
| 22 | Ms. Booker did first in 2002, will have a recurrent one within | |
| 23 | ten years. | |
| 24 | And this is a statistic that I always find startling. | |
| 25 | That DVT related pulmonary embolisms, in other words, pulmonary | 03:03:26 |

| | | |
|---|---|---|
| 1 | emboli caused by the deep vein thrombosis is the leading cause | 03:03:33 |
| 2 | of preventable death in American hospitals.  This is not a | |
| 3 | cosmetic problem.  This is not a superficial condition.  This | |
| 4 | is a life-threatening condition that this filter is intended to | |
| 5 | be treating. | 03:03:49 |
| 6 |        The United States Surgeon General has recognized that | |
| 7 | pulmonary embolism is a major health issue in this country and | |
| 8 | in 2008 he issued a call to arms to the medical community to | |
| 9 | mobilize, to treat this disease. | |
| 10 |        So what is the IVC filter?  As Ms. Zaic told you, and | 03:04:19 |
| 11 | showed you in her animation, it's placed into the interior vena | |
| 12 | cava and its purpose is to block clots coming from the legs to | |
| 13 | the heart and lungs.  It is inserted, and I'm going to show you | |
| 14 | how that's done, what's called percutaneously.  It's not an | |
| 15 | open surgical procedure but it's usually through an incision in | 03:04:46 |
| 16 | the groin or in the jugular and it's inserted through a | |
| 17 | catheter and it's a procedure that only takes about 30 minutes | |
| 18 | to put this filter inside someone. | |
| 19 |        And the filter is intended and cleared by the FDA for | |
| 20 | the treatment of individuals who, for whatever reason, cannot | 03:05:04 |
| 21 | be taking anticoagulants because if you have a clotting issue, | |
| 22 | anticoagulants are the first line of defense in medical | |
| 23 | treatment.  But if you can't be on anticoagulants just like | |
| 24 | Ms. Booker could not when she had to have that surgical | |
| 25 | procedure for the cervical cancer, then a filter is a device | 03:05:26 |

MARCH 14, 2018 P.M.

| | | |
|---|---|---|
| 1 | intended to prevent clots and work the same way or a similar | 03:05:31 |
| 2 | way in that scenario. | |
| 3 | And what the filter is supposed to do is just like a | |
| 4 | strainer.  You might have at home in the kitchen.  It's | |
| 5 | supposed to strain the blood of the clots and to break them up | 03:05:48 |
| 6 | as they strike. | |
| 7 | Now I would like to show you a little animation of a | |
| 8 | filter showing the clot.  This is not the exact G2 filter but | |
| 9 | it's the same configuration, but we had this animation and it | |
| 10 | shows the same way that any filter would be breaking up clots. | 03:06:04 |
| 11 | Like a strainer. | |
| 12 | Let me tell you a little bit about the history of the | |
| 13 | G2 filter.  You heard a lot about the Simon Nitinol filter | |
| 14 | developed by a well-known physician in Boston by the name of | |
| 15 | Dr. Morris Simon.  It was introduced in 1990 and it was a | 03:06:41 |
| 16 | permanent filter. | |
| 17 | Once you put it into a person, it was there for a | |
| 18 | lifetime.  The only way it could be removed would be with some | |
| 19 | open, extremely invasive, potentially dangerous surgery.  Bard | |
| 20 | acquired the rights to the Recovery filter which was under | 03:07:05 |
| 21 | development at the time by the NMT company and the Simon | |
| 22 | Nitinol filter in October of 2001 and then in January of 2003 | |
| 23 | Bard introduced, after it was cleared by the US FDA the | |
| 24 | Recovery filter. | |
| 25 | Within two years and will you hear how Bard is -- its | 03:07:27 |