1               UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF ARIZONA

3                   _____

4

   In Re:  Bard IVC Filters      )  MD-15-02641-PHX-DGC
5  Products Liability Litigation )
                                  )  Phoenix, Arizona
6  _____)  May 15, 2018
   Doris Jones, an individual,   )  1:11 p.m.
7                                 )
                Plaintiff,        )
8                                 )  CV 16-00782-PHX-DGC
            vs.                   )
9                                 )
   C.R. Bard, Inc., a New         )
10 Jersey corporation; and Bard   )
   Peripheral Vascular, Inc., an  )
11 Arizona corporation,           )
                                  )
12              Defendants.       )
   _____)

13

14

15       BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

            REPORTER'S TRANSCRIPT OF PROCEEDINGS
16

            (*Jury Trial - Day 1 - P.M. Session*)
17           (*Pages 125 through 230, inclusive*.)

18

19

20

21 Official Court Reporter:
   Laurie A. Adams, RMR, CRR
22 Sandra Day O'Connor U.S. Courthouse, Suite 312
   401 West Washington Street, Spc 43
23 Phoenix, Arizona 85003-2151
   (602) 322-7256

24

   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription

5-15-18-MD-15-02641-PHX-DGC-Jones-Jury Trial-Day 1

1   I think we have all heard of them.  Most of us have friends and

2   relatives that have suffered from them.  They are a pervasive

3   and life threatening medical condition that unfortunately

4   affects too many of us and too many of the people we love.

5   Deep vein thrombosis are blood clots develop in the legs, the          03:11PM

6   lower extremities.  We often hear about deep vein thrombosis or

7   DVT from people who are riding on airplanes for long distances.

8   We have all been told or read if you are riding on the

9   airplane, get up and walk around, drink lots of water.  It's to

10  avoid that condition, deep vein thrombosis.  It's not just          03:11PM

11  airplane flights.  There are many other things and health

12  conditions that can cause that.

13          Deep vein thrombosis, while usually treatable, can

14  quickly become fatal if it develops into pulmonary embolism.

15  And that's when the blood clots in the leg break free and          03:11PM

16  travel up and clog either the heart or the lungs, this massive

17  clot, and it kills people.  It kills people in this country

18  every day.

19          Each year due to DVT, approximately two million of our

20  fellow citizens are affected.  Up to 600,000 people a year are          03:12PM

21  hospitalized.  And doctors and experts estimate that as many as

22  2- to 300,000 people die from pulmonary emboli caused by deep

23  vein thrombosis every year.  33 percent, one-third of all

24  people who have had an incident of DVT are going to have a

25  recurrent DVT in the future.          03:12PM

5-15-18-MD-15-02641-PHX-DGC-Jones-Jury Trial-Day 1

1     And I have always been shocked by this particular

2   statistic:  DVT-related pulmonary embolism is the leading cause

3   of preventable hospital deaths in United States hospitals.  It

4   is a serious issue, an issue that the medical community and the

5   government recognizes.                                            03:13PM

6           In 2008, the United States Surgeon General issued a

7   call to arms because they were so alarmed about the deaths and

8   the problem of pulmonary embolism in our country.  They noted

9   the seriousness of the disease.  They noted that it causes more

10  deaths in this country each year than breast cancer, than AIDS,  03:13PM

11  or even motor vehicle accidents.  And they said that the status

12  quo is unacceptable.  And they also recognized that inferior

13  vena cava filters, like the Eclipse Filter, are an appropriate

14  method of treating this disease in a number of patients.

15          And it is to treat that disease, that life-threatening   03:13PM

16  disease, that the men and women of Bard developed retrievable

17  inferior vena cava filters, including fourth generation filter,

18  the Eclipse.

19          Now, as Mr. O'Connor indicated, the inferior vena cava

20  is the largest vein in the body.  It's that big blue vein that   03:14PM

21  comes up the center.  The veins from your legs feed into it,

22  merge, and meet into the inferior vena cava and it returns the

23  blood from the lower legs up to the heart.  The filter is

24  implanted, and you can see approximately where it is implanted,

25  not far from the kidneys.  It's implanted in patients to break   03:14PM