March 27, 2018 P.M.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| **In re: Bard IVC Filters,** ) | |
| **Products Liability Litigation** ) | |
| ) | |
| ) | MD-15-02641-PHX-DGC |
| _____ ) | |
| **Sherr-Una Booker, an individual,** ) | |
| ) | Phoenix, Arizona |
| Plaintiff, ) | March 27, 2018 |
| v. ) | 1:00 p.m. |
| ) | |
| **C.R. Bard, Inc., a New Jersey** ) | |
| **corporation; and Bard Peripheral** ) | CV-16-00474-PHX-DGC |
| **Vascular, Inc., an Arizona** ) | |
| **corporation,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

<u>**JURY TRIAL - DAY 9 P.M.**</u>

(Pages 2001 through 2160)

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 312, SPC 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

United States District Court

|    |    |    |
|---:|----|---:|
| 1  | are really prone to developing DVT are those that involve the | 02:18:23 |
| 2  | brain that interrupt what we call the blood brain barrier.  It |  |
| 3  | has something to do with releasing phospholipids into the |  |
| 4  | bloodstream that becomes very thrombogenic to the patient. |  |
| 5  | Urologic type cancers are also very thrombogenic, predispose | 02:18:35 |
| 6  | patients to DVT. |  |
| 7  |         And then the other group -- I mean, there's lots of |  |
| 8  | other additional groups but injury and just in general like |  |
| 9  | trauma, particularly trauma involving extremities also |  |
| 10 | predisposes patients to DVT. | 02:18:58 |
| 11 | Q.   What about bariatric surgery patients, are they at risk |  |
| 12 | for pulmonary emboli? |  |
| 13 | A.   Obesity is another one of those others that I mentioned |  |
| 14 | briefly.  That's another risk factor, yes. |  |
| 15 | Q.   Has the federal government taken any action or made any | 02:19:19 |
| 16 | pronouncement regarding the public health risk associated with |  |
| 17 | pulmonary embolism? |  |
| 18 | A.   Yes.  In 2008 the U.S. Surgeon General submitted a call to |  |
| 19 | action on pulmonary embolism and deep venous thrombosis. |  |
| 20 |         MR. NORTH:  If we could pull up Exhibit 7411. | 02:19:41 |
| 21 | BY MR. NORTH: |  |
| 22 | Q.   Is this the Government publication that you just |  |
| 23 | referenced? |  |
| 24 | A.   Yes. |  |
| 25 | Q.   And are you familiar with that publication? | 02:19:57 |

| | | |
|---|---|---|
| 1 | A.   I have read it.  Not recently but I am familiar with it, | 02:19:59 |
| 2 | yes. | |
| 3 | MR. NORTH:  Your Honor, we would tender 7411 as an | |
| 4 | exhibit. | |
| 5 | MR. O'CONNOR:  Objection.  Hearsay, Your Honor. | 02:20:12 |
| 6 | THE COURT:  What's your response, Mr. North? | |
| 7 | MR. NORTH:  803(8) I believe is a public record. | |
| 8 | THE COURT:  Your response on 803(8), Mr. O'Connor? | |
| 9 | MR. O'CONNOR:  Well, Your Honor, I mean, is he going | |
| 10 | to just read from it or is he going to publish the entire | 02:20:55 |
| 11 | document? | |
| 12 | THE COURT:  He's moving the whole thing into evidence | |
| 13 | under 803(8). | |
| 14 | MR. O'CONNOR:  Objection.  Lack of foundation, Your | |
| 15 | Honor. | 02:21:07 |
| 16 | THE COURT:  Okay. | |
| 17 | So are you changing the objection from hearsay to | |
| 18 | lack of foundation? | |
| 19 | MR. O'CONNOR:  Well, foundation for the public | |
| 20 | records exception hasn't been met. | 02:21:19 |
| 21 | THE COURT:  Okay. | |
| 22 | I'm going to overrule that.  I think it is | |
| 23 | sufficiently authenticated under Rule 901(a) and, therefore, | |
| 24 | I'm going to overrule the objection based on lack of | |
| 25 | authentication and admit Exhibit 7411. | 02:21:41 |

| | | |
|---|---|---|
| 1 | MR. NORTH:  Thank you, Your Honor. | 02:21:44 |
| 2 | (Exhibit Number 7411 was admitted into evidence.) | |
| 3 | MR. NORTH:  If we could publish this to the jury, | |
| 4 | Your Honor. | |
| 5 | THE COURT:  You may. | 02:21:53 |
| 6 | BY MR. NORTH: | |
| 7 | Q.   So is this the publication we have been talking about from | |
| 8 | the Surgeon General? | |
| 9 | A.   Yes, it is. | |
| 10 | Q.   If we could turn to page nine.  In the first paragraph, | 02:22:03 |
| 11 | about midway down the Surgeon General talks about estimates of | |
| 12 | PE.  Do you see that? | |
| 13 | A.   Yes, I do. | |
| 14 | Q.   Is that generally consistent with your understanding of | |
| 15 | the current -- | 02:22:23 |
| 16 | A.   Yes, it is. | |
| 17 | Q.   -- current rates in this country? | |
| 18 | You told us just a few minutes ago I believe that you | |
| 19 | believe there are 50,000 to 200,000 deaths per year from PE in | |
| 20 | the United States.  Here the Surgeon General says 100,000.  We | 02:22:38 |
| 21 | have seen lots of different numbers.  Do you have any idea why | |
| 22 | there is this large range of numbers here? | |
| 23 | A.   Well, different studies have used different, you know, | |
| 24 | parameters looking at those numbers and they have come up with | |
| 25 | different numbers.  So, you know, some of the studies were done | 02:22:56 |

1  quite a while ago and others more recently.  So they have come    02:23:03
2  up with a range of figures.
3  Q.   If we could turn to page 11, please, and on the second
4  paragraph, the Surgeon General here suggests that estimates
5  indicate that PE causes more deaths each year than breast        02:23:30
6  cancer, AIDS, or motor vehicle incidents, illnesses or injuries
7  that are well understood.
8           Do you agree with that?
9  A.   Yes, I do.
10          MR. NORTH:  And then if we could turn to page 19.       02:23:50
11 BY MR. NORTH:
12 Q.   Let me ask you this, Doctor.  What is the standard
13 treatment for pulmonary embolism?
14 A.   Systemic anticoagulation.
15 Q.   And in those patients where anticoagulation is not an       02:24:24
16 option, what is alternative treatments that are available?
17 A.   IVC filtration or an IVC filter.
18 Q.   Tell me some of the specific patient types where you would
19 recommend in your practice using an IVC filter.
20 A.   I mentioned before that we would in the nineties and        02:24:51
21 actually up to about the mid-2000s, one of our patient groups
22 that we placed filters in were those that did not have a
23 documented diagnosis of venous thromboembolism, meaning DVT or
24 PE.  Those are called prophylactic filters.  But more than ten
25 years ago we stopped placing IVC filters in that group for       02:25:16