```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA

                    _____


In Re:  Bard IVC Filters      ) MD-15-02641-PHX-DGC
Products Liability Litigation )
                              ) Phoenix, Arizona
_____) May 30, 2018
Doris Jones, an individual,   ) 12:57 p.m.
                              )
              Plaintiff,      )
                              ) CV 16-00782-PHX-DGC
         vs.                  )
                              )
C.R. Bard, Inc., a New        )
Jersey corporation; and Bard  )
Peripheral Vascular, Inc., an )
Arizona corporation,          )
                              )
              Defendants.     )
_____)



         BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

               REPORTER'S TRANSCRIPT OF PROCEEDINGS

               (Jury Trial - Day 10 - P.M. Session)
               (Pages 2266 through 2381, inclusive.)




Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription
```

```
1   BY MR. NORTH:
2   Q.   Are you familiar with this document?
3   A.   Uh-huh.  Yes.
4   Q.   And what is it?
5   A.   Surgeon general's -- it's a call to action, but it's a             02:18PM
6   report on just how big a problem the pulmonary embolism is in
7   our country.
8   Q.   Have you reviewed this before?
9   A.   I have.
10  Q.   Is it available on the surgeon general's website?              02:18PM
11  A.   I believe so, yes.
12            MR. NORTH:  Your Honor, at this time we would offer
13  for admission Exhibit 7411.
14            MR. O'CONNOR:  Well, objection, 803.18 and lack of
15  foundation.                                                         02:18PM
16            THE COURT:  Well, overruled on 803.18.  And overruled
17  on foundation.  I believe it's admissible under 803.8.
18            MR. NORTH:  Your Honor, may we publish, please?
19            THE COURT:  Yes.
20  BY MR. NORTH:                                                       02:19PM
21  Q.   If we could turn to Page 9, please, looking at the first
22  paragraph, the sentence that becomes, "Estimates."
23  A.   Yes.
24  Q.   Begins, "Estimates."
25            Does the FDA provide an estimated rate of DVT and         02:19PM
```

| | |
|---|---|
| 1 | pulmonary embolism in this country every year? |
| 2 | A.  It provides the total numbers for each of those.  They |
| 3 | calculate a rate from there. |
| 4 | Q.  And in the sentence above that does the FDA advise what the |
| 5 | purpose of its call to arms is? |
| 6 | A.  It does. |
| 7 | Q.  If we could turn to Page 11, please. |
| 8 | Looking at the second paragraph, what does it say with |
| 9 | regard to the estimated number of deaths every year from deep |
| 10 | vein thrombosis and pulmonary embolism? |
| 11 | A.  Some estimates suggest that there are more than breast |
| 12 | cancer, AIDS, or motor vehicle incidences. |
| 13 | Q.  If we could turn to Page 25 at Section 2, right-hand |
| 14 | column.  Right above the bolded caption. |
| 15 | MR. O'CONNOR:  Excuse me.  Are you talking about Bates |
| 16 | Number 25 or the document number? |
| 17 | THE COURT:  What page number? |
| 18 | MR. NORTH:  25. |
| 19 | MR. O'CONNOR:  Which page?  There's two page numbers. |
| 20 | MS. HELM:  The exhibit Number 25. |
| 21 | MR. O'CONNOR:  Okay.  Thank you. |
| 22 | BY MR. NORTH: |
| 23 | Q.  Does the surgeon general here discuss in this paragraph IVC |
| 24 | filters? |
| 25 | A.  It does. |

Timestamps: 02:19PM, 02:20PM, 02:21PM, 02:21PM, 02:21PM