1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT

8                          DISTRICT OF ARIZONA

9  In Re Bard IVC Filters Products          No. MD-15-02641-PHX-DGC
   Liability Litigation
10

11 LISA HYDE and MARK HYDE, a               **ORDER**
   married couple,
12
                    Plaintiff,
13
   v.
14
   C.R. BARD, INC., a New Jersey
15 corporation and BARD PERIPHERAL
   VASCULAR, an Arizona corporation,
16
   Defendants.
17
          Upon consideration of Plaintiffs Lisa and Mark Hyde's Motion in *Limine* #2 to
18
   exclude or limit argument and evidence regarding the 2008 Surgeon General's call to
19
   action at trial, and good cause appearing, the Court hereby GRANTS the motion.
20
21
22
23
24
25
26
27
28