Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| This Document Relates to:<br><br>Lisa Hyde, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00893-PHX-DGC | **JOINT NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF JOINT REPORT ON DETERMINING FILTER TYPE**<br><br>(Assigned to the Honorable David G. Campbell) |

1     Pursuant to the Stipulated Protective Order (Doc. 269) and Local Civil Rule 5.6, the Parties file this Notice of Lodging Under Seal certain exhibits attached in support of the Joint Report on Determining Filter Type. These exhibits contain Plaintiff's personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order. Because the documents lodged under seal only relate to Plaintiff's personal healthcare information, the Parties agree that it is Plaintiff's burden to file a motion to seal, to the extent one is needed. A list of the exhibits lodged under seal are attached hereto as Exhibit A.

    RESPECTFULLY SUBMITTED this 10th day of August, 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ *Mark O'Connor* (with permission)
    Mark S. O'Connor (011029)
    2575 East Camelback Road
    Phoenix, AZ 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ MCHUGH LLP
Phoenix, AZ 85016-9225
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: /s/ *Richard B. North, Jr.*
    Richard B. North, Jr. (*pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (*pro hac vice*)
    Georgia Bar No. 446986
    Atlantic Station
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363
    PH: (404) 322-6000
    FX: (404) 322-6050
    richard.north@nelsonmullins.com
    matthew.lerner@nelsonmullins.com

James R. Condo (005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/Richard B. North, Jr.
Richard B. North, Jr.

# EXHIBIT A
# DOCUMENTS PROPOSED TO BE FILED UNDER SEAL

Defendants request they be permitted to file under seal the following documents in support of the parties' Joint Report on Determining Filter Type:

1. Defendants' Exhibit 1 – Plaintiffs' Profile Form
2. Defendants' Exhibit 2 – Plaintiffs' Fact Sheet
3. Defendants' Exhibit 3 – Selected Plaintiff Medical Records
4. Defendants' Exhibit 4 – Excerpts of deposition of Dr. David Henry
5. Defendants' Exhibit 5 – Excerpts of deposition of Dr. William Kuo
6. Defendants' Exhibit 8 – Excerpts of deposition of Matt Fermanich
7. Defendants' Exhibit 12 – Original Complaint File
8. Defendants' Exhibit 13 – Supplemental Complaint File
9. Defendants' Exhibit 14 – Second Supplemental Complaint File
10. Plaintiffs' Exhibit 3 – Supplemental Complaint File
11. Plaintiffs' Exhibit 4 – Selected Plaintiff Medical Records
12. Plaintiffs' Exhibit 5 – Excerpts of deposition of Dr. David Henry
13. Plaintiffs' Exhibit 11 – Selected Plaintiff Medical Records
14. Plaintiffs' Exhibit 12 – Excerpts of deposition of Dr. William Kuo
15. Plaintiffs' Exhibit 13 – Excerpts of deposition of Dr. David Henry
16. Plaintiffs' Exhibit 14 – Selected Plaintiff Medical Records