UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| LISA HYDE and MARK HYDE, a married couple, | **ORDER** |
| Plaintiff, | |
| v. | |
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
| Defendants. | |

    Upon consideration of Plaintiffs Lisa and Mark Hyde's Motion in *Limine* #3 to exclude at trial evidence that Plaintiff Lisa Hyde's November 2012 and May 2013 incidents caused or contributed to the Bard G2X filter failure and fracture, and good cause appearing, the Court hereby GRANTS the motion.