UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| LISA HYDE and MARK HYDE, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **ORDER** |

   Upon consideration of Plaintiffs Lisa and Mark Hyde's Motion in *Limine* #4 to exclude or limit argument and evidence regarding Bard's G2X information for use ("IFU") at trial, and good cause appearing, the Court hereby GRANTS the motion.