# Exhibit A

1  A.  No.  I would say that the establishment of the guidelines
2  was not limited to doctors or physicians alone in the same way
3  it wasn't limited to interventional radiologists.  Anyone who
4  would be placing an IVC filter, working with patients with IVC
5  filters, in fairness could read and benefit from the                  02:55PM
6  information contained in the guidelines.
7  Q.  Let's see if we can agree on something.  You would agree
8  that the guidelines are not meant to establish a standard of
9  care for physicians using IVC filters.  Is that right?
10 A.  They are meant to be educational.                                  02:55PM
11 Q.  In other words not the standard of care.  It's educational.
12 It's information?
13 A.  They certainly are guidelines, that's right, and a summary
14 for physicians and those working with filters.
15 Q.  And it's not meant to establish a standard of care for             02:55PM
16 medical device companies who may be working with IVC filters,
17 right?  That's not its design?
18 A.  Well, it's not for me to comment on what a company would or
19 would not use as a standard.  I can only say that as one
20 involved in the guidelines our goal was to be informative,             02:56PM
21 educational, and be helpful with the summary.
22 Q.  But would you agree with the statement that SIR guidelines
23 do not create safety thresholds for filters that relate to
24 perforation, fracture, migration, tilt, or the inability to
25 remove a filter?                                                       02:56PM

5-24-18-MD 15-2641-Jones v Bard-Jury Trial-Day 7-Grassi-Cross

1  A.  Overall, I would.

2  Q.  And that the SIR guidelines are not meant to be an

3  instruction manual for medical device companies like Bard when

4  they are designing a filter?

5  A.  Certainly the guidelines were, as I think I have just                02:56PM

6  described, any instruction manual or directives to the company

7  would, of course, come from engineers and their own staff.

8           MR. CLARK:  Gay, could you pull up Exhibit 6842.

9           Your Honor, in light of the Court's prior ruling

10  concerning the SIR guidelines and their admissibility, I would   02:57PM

11  move to admit 6842 into evidence.

12          THE COURT:  What is it?

13          MR. CLARK:  It is the update to the SIR guidelines.

14          THE COURT:  The 2017?

15          MR. CLARK:  Correct.                                     02:57PM

16          THE COURT:  Any objection to having it admitted on the

17  same basis?

18          MR. ROGERS:  Your Honor, I do object.  We admitted it

19  for the purpose of the knowledge of the medical community in

20  2001 prior to the introduction of the Eclipse Filter.  And as   02:57PM

21  you just pointed out this was published in 2017.

22          THE COURT:  Your response?

23          MR. CLARK:  I was actually listening very carefully.

24  I think Mr. Rogers established the same foundation that he laid

25  for that in that this was published.  It was disseminated to    02:57PM