UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

This Document Relates to:

Ellen Schmid, et al. v. C.R. Bard, Inc., et al
2:17-cv-00392-DGC

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs Ellen Schmid and James Schmid hereby dismiss all claims in this matter against all Defendants in this action, Civil Action No. 2:17-cv-00392-DGC without prejudice. All parties shall bear their own fees and costs.

Respectfully submitted,

By: */s/Marlene J. Goldenberg*
Marlene J. Goldenberg (394943)
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
Facsimile: (612) 367-8107
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

Dated: August 13, 2018

By: */s/Richard B. North, Jr.*
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6155
Facsimile: (404) 332-6050
richard.north@nelsonmullins.com

*Attorneys for Defendants*

Dated: August 13, 2018

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
