**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This Document Relates to:

Ellen Schmid, et al. v. C.R. Bard, Inc., et al
2:17-cv-00392-DGC

**ORDER**

Considering the parties' Stipulation of Dismissal without Prejudice of Ellen Schmid, IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims of Plaintiffs, Ellen Schmid and James Schmid, against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Civil Action No. 2:17-cv-00392-DGC) are dismissed in their entirety without prejudice. Each party shall bear its own fees and costs.

Dated this _____ day of August, 2018