## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> _____ ) | No. 2:15-md-02641-DGC <br><br> **MASTER SHORT FORM COMPLAINT FOR DAMGES FOR INDIVIDUAL CLAIMS** |

### DECLARATION OF HENRY S. QUEENER

Pursuant to 28 U.S.C. § 1746, I, Henry S. Queener, hereby declare the following:

1. I am over 18 years of age and I am not under any mental, physical, or legal disability.

2. I have attempted, but been unable to contact this plaintiff, and as a last attempt to notify the plaintiff of the status of this case I have sent a copy of my motion to withdraw, this declaration, and the proposed order granting the motion to the last address I know of for the plaintiff.

Respectfully submitted,
LAW OFFICES OF HENRY S. QUEENER, III

_/s/ Henry S. Queener___
HENRY S. QUEENER
TN BPR #:021249
KY BAR #: 97840
213 5TH AVENUE NORTH
SUITE 200
NASHVILLE, TN 37219
PHONE (615) 933-9000
FAX (615) 732-1531
HQUEENER@QUEENERLAW.COM
ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on this _13th_ day of _August_, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Further, I certify a true and exact copy of the foregoing was forwarded to the following:

Deborah Lee Jarem
205 Capri Cove Place
Sanford, FL 32771

    _/s/ Henry S. Queener____
    Henry S. Queener