IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to:<br><br>DANIEL LEONARD<br><br>v.<br><br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>         Defendants<br>_____ | MDL No. 2:15-MD-02641-PHX-DGC<br><br><br><br><br><br>Civil Action No. 2:18-cv-02513-DGC |

### STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:18-CV-02513-DGC

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Daniel Leonard hereby dismisses all claims in this matter against Defendants C.R. BARD. INC. and BARD PERIPHERAL VASCULAR, INC. in this action, Civil Action No. 2:18-cv-02513-DGC only without prejudice. All parties shall bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Willard J. Moody, Jr.<br>Willard J. Moody, Jr. (22866)<br>500 Crawford Street, Suite 200<br>Portsmouth, VA 23704<br>Phone: (757) 393-6020<br>Facsimile: (757) 399-3019<br>will@moodyrrlaw.com<br><br>**THE MOODY LAW FIRM**<br><br>*Attorneys for Plaintiff Daniel Leonard* | By: /s/ Richard B. North, Jr.<br>Richard B. North, Jr.<br>201 17st Street NW, Suite 1700<br>Atlanta, GA 30363<br>Phone: (404) 322-6155<br>Facsimile: (404) 332-6050<br>richardnorth@nelsonmullins.com<br><br>**NELSON MULLINS RILEY &<br>SCARBOROUGH LLP**<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 10, 2018, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                                              /s/ Willard J. Moody, Jr.
                                              Willard J. Moody, Jr.