# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to:<br><br>DANIEL LEONARD<br><br>v.<br><br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>        Defendants | Civil Action No. 2:18-cv-02513-DGC |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff, Daniel Leonard, against Defendants, C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX-DGC (Civil Action No. 2:18-cv-02513 only) are dismissed in their entirety without prejudice. Each party shall bear its own fees and costs.

DATED this _____ day of _____, 2018.

_____
United States District Judge

1