James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' NOTICE OF FILING SUBMISSION REGARDING MATURE CASES**<br><br>(Assigned to the Honorable David G. Campbell) |

Pursuant to the Court's Order dated July 9, 2018 (Doc. 11774), the Plaintiffs and the Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. submit the attached summary for the Court's consideration regarding the mature cases.

The following materials are attached:

Exhibit "A" – A list of pertinent orders to be attached to the summary provided to the transferor courts;

Exhibit "B" – A compilation of the remaining discovery and activities to be completed in the mature cases (which has been agreed upon by the parties);

Exhibit "C" – A proposed summary of the MDL proposed by the Defendants; and

Exhibit "D" – A red line version of Exhibit "C" reflecting the Plaintiffs' objections and proposed edits to that summary.

The parties stand ready to address any questions the Court may have.

RESPECTFULLY SUBMITTED this 13th day of August, 2018.

GALLAGHER & KENNEDY, P.A.

By: s_____
　　Mark S. O'Connor (011029)
　　Paul L. Stoller (016773)
　　2575 East Camelback Road
　　Phoenix, Arizona 85016-9225

　　Ramon Rossi Lopez
　　(admitted *pro hac vice*)
　　CA Bar No. 86361
　　LOPEZ McHUGH LLP
　　100 Bayview Circle, Suite 5600
　　Newport Beach, California 92660

*Attorneys for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Richard B. North, Jr.*
　　Richard B. North, Jr. (admitted *pro hac vice*)
　　Georgia Bar No. 545599
　　Matthew B. Lerner (admitted *pro hac vice*)
　　Georgia Bar No. 446986
　　Nelson Mullins Riley & Scarborough LLP
　　201 17th Street, NW / Suite 1700
　　Atlanta, GA  30363

　　James R. Condo (005867)
　　Amanda C. Sheridan (027360)
　　One Arizona Center
　　400 E. Van Buren, Suite 1900
　　Phoenix, Arizona  85004-2202

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

        s/Richard B. North, Jr.
        Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000