IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS                                             MDL15-02641-PHX-DGC

PRODUCTS LIABILITY LITIGATION                          ORDER

_____

This Document Relates to:

Eleanor Yovanovic v. C.R. Bard, et al.,
No. CV17-2645-PHX DGC

 

The Court has considered the parties' Stipulation of Dismissal without Prejudice of Eleanor Yovanovic. Doc. 12087.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Eleanor Yovanovic against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-2645-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 13th day of August, 2018.

_____
David G. Campbell
Senior United States District Judge