**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

IN RE: BARD IVC FILTERS                                         MDL15-02641-PHX-DGC

PRODUCTS LIABILITY LITIGATION                      ORDER

_____

This Document Relates to:

Ellen Schmid, et al. v. C.R. Bard, et al.,
No. CV17-0392-PHX DGC
_____

  The Court has considered the parties' Stipulation of Dismissal without Prejudice of Ellen Schmid and James Schmid.  Doc. 12103.

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs Ellen Schmid and James Schmid against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-0392-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

  Dated this 13th day of August, 2018.

David G. Campbell
Senior United States District Judge