1

2

3

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

4

IN RE:  Bard IVC Filters Products Liability          No. 2:15-MD-02641-DGC
Litigation,

5

This Document Relates to:

6

Laura Bass v. C. R. Bard, Inc., et al.
7     CV-17-00558-PHX-DGC

8

9                          **STIPULATION OF DISMISSAL**

10          IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Laura Bass hereby

11   dismisses all claims in this matter against all Defendants in this action, Civil Action No.

12   CV-17-00558-PHX-DGC without prejudice.   All parties shall bear their own fees and

13   costs.

14          Respectfully submitted this 15th day of August, 2018.

15   By: /s/David M. Langevin (w/ permission)     By: /s/Richard B. North, Jr.
        Rhett A. McSweeney (269542)                   Richard B. North, Jr.
16      David M. Langevin (329563)                    Georgia Bar No. 545599
        SWEENEY MERRIGAN LAW                          NELSON MULLINS RILEY &
17      2116 2nd Avenue South                         SCARBOROUGH, LLP
        Minneapolis, MN 55404                         Atlantic Station
18      Phone: (612) 746-4646                         201 17th Street, NW / Suite 1700
        Facsimile: (612) 454-2678                     Atlanta, GA  30363
19      RAM@westrikeback.com                          Phone: (404) 322-6000
        Dave@westrikeback.com                         Facsimile: (404) 322-6050
20                                                    richard.north@nelsonmullins.com

     *Attorneys for Plaintiff Laura Bass*
21                                                    *Attorneys for Defendants C. R. Bard, Inc.*
                                                      *and Bard Peripheral Vascular, Inc.*
22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I HEREBY CERTIFY that on August 15, 2018, I electronically filed the foregoing

3   with the Clerk of the Court by using the CM/ECF system which will send notification of

4   such filing to all counsel of record.

5                                                          /s/ Richard B. North, Jr.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -