1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8             FOR THE DISTRICT OF ARIZONA

9    IN RE:  Bard IVC Filters Products Liability          No. 2:15-MD-02641-DGC
     Litigation
10                                                         **ORDER**

11   This Document Relates to:

12   Laura Bass v. C. R. Bard, Inc., et al.
     CV-17-00558-PHX-DGC
13

14          Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Laura

15   Bass,

16          IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of

17   Plaintiff Laura Bass, in the above-captioned action against Defendants C. R. Bard, Inc. and

18   Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party

19   shall bear its own costs and attorney fees.

20

21

22

23

24

25

26

27

28