IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |

This Document Relates to:

Annette Gwinn Potts v. C. R. Bard, Inc., et al.
CV-17-04797-PHX-DGC

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Annette Gwinn Potts hereby dismisses all claims in this matter against all Defendants in this action, Civil Action No. CV-17-04797-PHX-DGC without prejudice.  All parties shall bear their own fees and costs.

Respectfully submitted this 15th day of August, 2018.

By: /s/David M. Langevin (w/ permission)
Rhett A. McSweeney (269542)
David M. Langevin (329563)
SWEENEY MERRIGAN LAW, LLP
2116 2nd Avenue South
Minneapolis, MN 55404
Phone: (612) 746-4646
Facsimile: (612) 454-2678
RAM@westrikeback.com
Dave@westrikeback.com

*Attorneys for Plaintiff Annette Gwinn Potts*

By: /s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Phone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

1 **CERTIFICATE OF SERVICE**

2   I HEREBY CERTIFY that on August 15, 2018, I electronically filed the foregoing
3 with the Clerk of the Court by using the CM/ECF system which will send notification of
4 such filing to all counsel of record.

5   /s/ Richard B. North, Jr.