# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Lisa Hyde and Mark Hyde, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | No. CV16-0893 PHX DGC |

The Court proposes to excuse the following jurors for hardship. Counsel should be prepared to state any objections to excusing these jurors, and any challenges for cause based on the juror questionnaires, at the hearing on **September 6, 2018 at 10:00 a.m.**

1
7
8
10
11
17
27
33
34
37
39
41
45
47
48
53

| | |
|---|---|
| 1 | 54 |
| | 60 |
| 2 | 65 |
| | 79 |
| 3 | 81 |
| | 91 |
| 4 | 94 |
| | 96 |
| 5 | 98 |
| | 108 |
| 6 | 112 |
| | 115 |
| 7 | 122 |
| | 124 |
| 8 | 125 |
| | 126 |
| 9 | 127 |
| | 130 |
| 10 | 132 |
| | 133 |
| 11 | 134 |
| | 140 |
| 12 | 143 |
| | 147 |
| 13 | 149 |
| | 150 |
| 14 | 154 |
| | 155 |
| 15 | 161 |
| | 162 |
| 16 | 167 |
| | 174 |
| 17 | 176 |
| | 178 |
| 18 | 180 |
| | 182 |
| 19 | 186 |
| | 187 |
| 20 | 189 |
| | 190 |
| 21 | 191 |
| | 193 |
| 22 | 195 |
| | 197 |
| 23 | 200 |

Dated this 15th day of August, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge