UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. MD-15-02641-PHX-DGC |
| NEIL R. FAINT and KARLA FAINT,<br><br>Plaintiff, | AMENDED COMPLAINT AND JURY DEMAND |
| v. | Civil Action No.: 2:18-CV-01520 |
| C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.<br><br>Defendants. | DIRECT FILED ACTION |

### NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby gives notice that pursuant to F.R.Civ.P. 15, Plaintiff Neal Faint hereby files his Amended Complaint and Jury Demand in this action, prior to service of any responsive pleadings for the following reason:

A.  To add Karla Faint as a Plaintiff to the Complaint.

Dated: August 15, 2018.

                                                  Respectfully submitted,

                                                  */s/* M. Brandon Smith
                                                  M. BRANDON SMITH, Esq.
                                                  Georgia Bar Number: 141418
                                                  CHILDERS, SCHLUETER & SMITH, LLC
                                                  1932 N. Druid Hills Road, Suite 100
                                                  Atlanta, GA 30319
                                                  Phone: 404.419.9500
                                                  Fax: 404.419.9501
                                                  bsmith@cssfirm.com
                                                  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                  */s/* M. Brandon Smith
                                                  M. BRANDON SMITH, Esq.

                                                  *Attorney for Plaintiffs*