IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br><br>Laura Bass v. C.R. Bard, Inc., et al.<br>CV17-0558 PHX DGC | No. MDL15-02641-PHX DGC<br><br>**ORDER** |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Laura Bass. Doc. 12111.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Laura Bass against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (CV17-0558 PHX DGC) are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

Dated this 15th day of August, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge