1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX DGC |
| This document relates to: | **ORDER** |
| Annette Gwinn Potts v. C.R. Bard, Inc., et al. | |
| CV17-4797 PHX DGC | |

The Court has considered the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Annette Gwinn Potts.  Doc. 12112.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Annette Gwinn Potts against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (CV17-4797 PHX DGC) are dismissed in their entirety without prejudice and each party shall bear its own costs and attorney fees.

Dated this 15th day of August, 2018.

David G. Campbell
Senior United States District Judge