### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

_____

This Document Relates to:

WILLIAM J. KRAMER AND CHRISTI
L. KRAMER


VS.


C.R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.
                    Defendants

MDL No. 2:15-MD-02641-PHX-DGC




Civil Action No. 2:17-cv-00850-DGC

### STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:17-CV-00850-DGC

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs William J. Kramer

and Christi L. Kramer hereby dismiss all claims in this matter against Defendants

C.R. BARD. INC. and BARD PERIPHERAL VASCULAR, INC. in this action, Civil

Action No. 2:17-cv-00850-DGC only without prejudice. All parties shall bear their own fees

and costs.


Respectfully submitted,
By: /s/ Barry D. Levy
Barry D. Levy  (OH Reg #0018986)
600 Vine Street, Suite 1600
Cincinnati, OH 45202
Phone: (513) 241-7111
Facsimile: (513) 241-7197
bdl@oal-law.com


**O'CONNOR, ACCIANI & LEVY LPA**


*Attorney for Plaintiffs William J. Kramer
and Christi L. Kramer*

By: /s/ Richard B. North, Jr.
Richard B. North, Jr.
201 17st Street NW, Suite 1700
Atlanta, GA 30363
Phone: (404) 322-6155
Facsimile: (404) 332-6050
richardnorth@nelsonmullins.com


**NELSON MULLINS RILEY &
SCARBOROUGH LLP**


*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16th 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Barry D. Levy
Barry D. Levy - OH Reg 0018986
Attorney for William J. Kramer and Christi L. Kramer