## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| WILLIAM J. KRAMER and CHRISTI L. KRAMER | |
| vs. | Civil Action No. 2:17-cv-00850-DGC |
| C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.        Defendants | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiffs, William J. Kramer and Christi L. Kramer, against Defendants, C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX-DGC (Civil Action No. 2:17-cv-00850 only) are dismissed in their entirety without prejudice. Each party shall bear its own fees and costs.

DATED this _____ day of _____, 2018.

_____
United States District Judge

1