## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |

This Document Relates to:

MARGARET G. WATKINS AND GERALD
C. WATKINS

Civil Action No. 2:17-cv-01807-DGC

v.

C.R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.
                    Defendants

_____

### STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:17-cv-01807-DGC

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs Margaret G. Watkins and Gerald C. Watkins hereby dismiss all claims in this matter against Defendants C.R. BARD. INC. and BARD PERIPHERAL VASCULAR, INC. in this action, Civil Action No. 2:17-cv-01807-DGC only without prejudice. All parties shall bear their own fees and costs.

Respectfully submitted,

By: /s/ Barry D. Levy
Barry D. Levy  (OH Reg #0018986)
600 Vine Street, Suite 1600 Cincinnati,
OH 45202
Phone: (513) 241-7111
Facsimile: (513) 241-7197
bdl@oal-law.com

**O'CONNOR, ACCIANI & LEVY LPA**

*Attorney for Plaintiffs Margaret G.
Watkins and Gerald C. Watkins*

By: /s/ Richard B. North, Jr.
Richard B. North, Jr.
201 17st Street NW, Suite 1700
Atlanta, GA 30363
Phone: (404) 322-6155
Facsimile: (404) 332-6050
richardnorth@nelsonmullins.com

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16th 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

 /s/ Barry D. Levy
Barry D. Levy - OH Reg 0018986
Attorney for Plaintiffs Margaret G. Watkins
and Gerald C. Watkins