## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL No. 2:15-MD-02641-PHX-DGC

This Document Relates to:

MARGARET G. WATKINS AND GERALD
C. WATKINS

Civil Action No. 2:17-cv-01807-DGC

v.

C.R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.
　　　　　Defendants

### [PROPOSED] ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiffs,

Margaret G. Watkins and Gerald C. Watkins, against Defendants, C.R. Bard, Inc., and Bard

Peripheral Vascular, Inc. in MDL Case No. MDL 15-2641-PHX-DGC (Civil Action No. 2:17-

cv-01807 only) are dismissed in their entirety without prejudice. Each party shall bear its own fees

and costs.

DATED this _____day of_____, 2018.


_____
United States District Judge

1