UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gase Abdalah, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-18-01662-PHX-DGC |
| | ) | |
| C. R. Bard, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C. R. Bard, Inc.


Date:  August 16, 2018	/s/ Richard B. North, Jr.
	*Attorney's signature*

	Richard B. North, Jr. (Ga. Bar No. 545599)
	*Printed Name and bar number*

	Nelson Mullins Riley & Scarborough, LLP
	201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
	*Address*

	richard.north@nelsonmullins.com
	*E-mail address*

	(404) 322-6155
	*Telephone number*

	(404) 322-6050
	*FAX number*