IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX-DGC<br><br>ORDER |

This Document Relates to:

William J. Kramer and Christie L. Kramer
v. C.R. Bard, et al.,

No. CV17-0850-PHX DGC

      The Court has considered the parties' Stipulation of Dismissal without Prejudice of William J. Kramer and Christi L. Kramer. Doc. 12117.

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs William J. Kramer and Christi L. Kramer against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-0850-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

      Dated this 16th day of August, 2018.

*/s/ David G. Campbell*

David G. Campbell
Senior United States District Judge