IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

_____

MDL15-02641-PHX-DGC

ORDER

This Document Relates to:

Margaret G. Watkins and Gerald C. Watkins
v. C.R. Bard, et al.,

No. CV17-1807-PHX DGC
_____

      The Court has considered the parties' Stipulation of Dismissal without Prejudice of Margaret G. Watkins and Gerald C. Watkins.  Doc. 12119.

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs Margaret G. Watkins and Gerald C. Watkins against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-1807-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

      Dated this 16th day of August, 2018.

_____
David G. Campbell
Senior United States District Judge