IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC<br>MDL No. 2641 |

This Document Relates to Plaintiff(s)

Kevin Sanchez

Civil Case No. 2:18-cv-1889

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Plaintiff  Kevin Sanchez                  .

Dated: 8/17/18                    Respectfully submitted,

                                       **BERTRAM & GRAF, L.L.C.**

                                       /s/ Blair B. Matyszczyk
                                       Blair B. Matyszczyk, MO Bar #66067
                                       2345 Grand Blvd, Suite 1925
                                       Kansas City, MO 64108
                                       Telephone: (816) 523-2205
                                       Facsimile:  (816) 523-8258
                                       blair@bertramgraf.com

                                       ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on 8/17/18, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Blair B. Matyszczyk
*Attorney for Plaintiff*