# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**[Proposed] ORDER AMENDING SECTION IV OF CASE MANAGEMENT ORDER 6** |

Upon consideration of Plaintiffs' *Ex Parte* Request to Amend Case Management Order No. 6, Section VI Quarter Reports of the Court, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that Case Management Order No. 6, Section IV is amended to allow Plaintiffs to submit reports on a bi-annual basis regarding fees and expenses submitted by various Plaintiffs' counsel for eventual reimbursement from the common fund in this case with next report due at the end of the second full week of November 2018 and subsequent reports due each six months thereafter.