UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-PHX-DGC

_____

## MOTION TO SUBSTITUTE COUNSEL (WITHIN FIRM)

Please take notice of the substitution of Attorney Christian Fannin of Kreindler & Kreindler, LLP in place of Julie Ferraro of Kreindler & Kreindler LLP as counsel of record for the following Plaintiffs: Ann Denzer, David Denzer, Michael Messer, Jennifer Richards, and Carol Zimmerman.

Please take notice that Julie Ferraro hereby withdraws as counsel of record for the above referenced Plaintiffs and therefore requests to be removed from any further notice on the above case.

BY PLAINTIFFS' ATTORNEYS,

By: ____/S/ Christian Fannin_____

Christian Fannin, Louisiana Bar Number 33120
KREINDLER & KREINDLER LLP
855 Boylston Street
Boston, MA 02116
T: (617) 424-9100
F: (617) 424-9120
CFannin@Kreindler.com

1

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 16, 2018 a copy of the foregoing was electronically filed through the Court's ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this action.

                                      _/S/ Christian Fannin_____
                                      Christian Fannin