**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **MARSHA GAMBLE,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,**<br><br>　　　　　　　**Defendant.** | **Case No. 2:18-cv-00368-DGC**<br><br><br>**MDL No. 2641** |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Marsha Gamble ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: August 17, 2018　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/Debra Humphrey* | */s/ Richard North* |
| Debra Humphrey | Richard B. North |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| MARC J. BERN & PARTNERS, LLP | NELSON MULLINS, LLP |
| 60 East 42nd Street, #950 | Atlantic Station, 201 17th Street NW |
| New York, New York 10165 | Atlanta, GA 30363 |
| Tel: (212) 702-5000 | Tel: (404) 322-6233 |
| Dhumphrey@bernllp.com | Richard.North@nelsonmullins.com |