IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **MARSHA GAMBLE,**<br><br>Plaintiff,<br><br>v.<br><br>**C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,**<br><br>Defendant. | **Case No. 2:18-cv-00368-DGC**<br><br>**MDL No. 2641** |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Marsha Gamble, against Defendants, C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in MDL Case No.: MDL15-2641-PHX-DGC (Civil Action No. **2:18-cv-00368-DGC**) are dismissed in its entirety without prejudice. Each party shall bear its own fees and costs.

DATED this _____ day of _____, 2018.

_____

United States District Judge

1