**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Shaquavia Harris,                                    )
                                                     )
                    Plaintiff,                       )        MDL Case No. 2:15-md-02641-DGC
                                                     )
                    v.                               )        Civil Action No.  CV-18-02559-PHX-DGC
                                                     )
Bard Peripheral Vascular, Inc. and  C. R.            )
Bard, Inc., et al.,                                  )
                                                     )
                    Defendant.                       )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>August 16, 2018</u>              <u>/s/ Richard B. North, Jr.</u>
                                           *Attorney's signature*

                                           <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                           *Printed name and bar number*

                                           Nelson Mullins Riley & Scarborough, LLP
                                           <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                           *Address*

                                           <u>richard.north@nelsonmullins.com</u>
                                           *E-mail Address*

                                           <u>(404) 322-6000</u>
                                           *Telephone number*

                                           <u>(404) 322-6050</u>
                                           *FAX number*