## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing document be electronically filed via this Court's CM/ECF system, which will serve notice of such filing to all registered attorneys of record.

Dated: August 22, 2018

                                            Respectfully submitted by,

                                            /s/: Randi A. Kassan
                                            Randi A. Kassan, Esq.
                                            SANDERS PHILLIPS GROSSMAN, LLC
                                            100 Garden City Plaza, Ste. 500
                                            Garden City, NY 11530
                                            Phone: (516) 741-5600
                                            Fax: (516) 741-0128
                                            rkassan@thesandersfirm.com