AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Ginger Henley, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-03968-DGC |
| C.R. Bard, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ginger Henley and Glen Henley                                                             .

Date:    08/22/2018

/s/ Randi Kassan
*Attorney's signature*

Randi Kassan, Esq. (4375754 - NY)
*Printed name and bar number*

Sanders Phillips Grossman, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
*Address*

rkassan@thesandersfirm.com
*E-mail address*

(516) 741-5600
*Telephone number*

(516) 741-0128
*FAX number*