1   Michael T. Gallagher
    Federal ID: 5395
2   The Gallagher Law Firm
    2905 Sackett Street
3   Houston, Texas 77098
    (713) 222-8080
4   (713) 222-0066 - Facsimile
    donnaf@gld-law.com

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8   IN RE BARD IVC FILTERS PRODUCTS          No. MDL-15-02641-PHX-DGC
    LIABILITY LITIGATION
9                                            **DEMAND FOR JURY TRIAL**
    This Document Relates To:
10
    William Krolls
11
    Civil Case # 2:18-cv-02661-PHX-DGC
12

13          Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and

    the Seventh Amendment of the U.S. Constitution.
14

15   Dated:  August 22, 2018              Respectfully submitted,

16                                        /s/ Michael T. Gallagher
                                          Michael T. Gallagher
17                                        Federal ID: 5395
                                          The Gallagher Law Firm
18                                        2905 Sackett Street
                                          Houston, Texas 77098
19                                        (713) 222-8080
                                          (713) 222-0066 - Facsimile
20                                        donnaf@gld-law.com

21

22

*The Gallagher Law Firm, PLLC*
*2905 Sackett Street*
*Houston, TX 77098*
*(713) 222-8080*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 22, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher