UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Pero Philip, | ) |
| | ) |
| Plaintiff, | )    MDL Case No. 2:15-md-02641-DGC |
| | ) |
| v. | )    Civil Action No.  CV-18-02395-PHX-DGC |
| | ) |
| Bard Peripheral Vascular, Inc. and  C. R. Bard, Inc., et al., | ) |
| | ) |
| Defendant. | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: August 16, 2018        /s/ Richard B. North, Jr.
    *Attorney's signature*

    Richard B. North, Jr. (Ga. Bar No. 545599)
    *Printed name and bar number*

    Nelson Mullins Riley & Scarborough, LLP
    201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
    *Address*

    richard.north@nelsonmullins.com
    *E-mail Address*

    (404) 322-6000
    *Telephone number*

    (404 322-6050
    *FAX number*