# Exhibit A

1                    UNITED STATES DISTRICT COURT

2                      FOR THE DISTRICT OF ARIZONA

3                      _____

4

   In Re:  Bard IVC Filters      ) MD-15-02641-PHX-DGC
5  Products Liability Litigation )
                                  ) Phoenix, Arizona
6  _____) May 18, 2018
   Doris Jones, an individual,   ) 8:30 a.m.
7                                 )
                    Plaintiff,    )
8                                 ) CV 16-00782-PHX-DGC
             vs.                  )
9                                 )
   C.R. Bard, Inc., a New         )
10 Jersey corporation; and Bard   )
   Peripheral Vascular, Inc., an  )
11 Arizona corporation,           )
                                  )
12                  Defendants.   )
   _____)
13

14
        BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE
15
            REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
             (*Jury Trial - Day 4 - A.M. Session*)
17             (*Pages 720 through 861, inclusive.*)

18

19

20

21 Official Court Reporter:
   Laurie A. Adams, RMR, CRR
22 Sandra Day O'Connor U.S. Courthouse, Suite 312
   401 West Washington Street, Spc 43
23 Phoenix, Arizona 85003-2151
   (602) 322-7256
24
   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription

1   Jones had in her.  The next iteration was the Meridian Filter,

2   and then the final iteration is the Denali Filter.  Six

3   different filters.

4   Q.  And I want to focus on the G2, G2X, and Eclipse.  How were

5   those distinguished, or maybe a better way to ask it is, how      09:23AM

6   was the Eclipse different than the G2X and G2?

7   A.  How is the Eclipse?  The Eclipse has a electropolishing to

8   the surface of the G2X.  It's the same dimensions, same wire

9   width, same -- basically the same filter except it's

10  electropolished.  And that was done in an effort to help           09:23AM

11  prevent fractures.

12  Q.  Is the Eclipse functionally, from your perspective as a

13  surgeon who implants the filters, the same as a G2?

14  A.  Yes, it is.

15  Q.  What filters do you currently use?                             09:23AM

16  A.  I use the Argon Option Filter.

17  Q.  Have you, in the past, used other filters besides Bard

18  filters?

19  A.  Yes, I have used --

20  Q.  And the Argon?                                                 09:24AM

21  A.  I have used the Argon.  I have used the Trapease, OptEase,

22  Cook, Celect Filters.

23  Q.  Do you currently use Bard filters?

24  A.  I do not use Bard filters.

25  Q.  Why not?                                                       09:24AM

5-18-18-MD 15-2641-Jones v Bard-Jury Trial-Day 4-A.M.-Carr-Direct

1   A.   I do not use Bard filters after I had an opportunity to see

2   the internal documents that Bard had showing that there have

3   been problems with their filters over a long period of time.

4   And those problems were not relayed to physicians in their

5   marketing material or through their representatives so that we     09:24AM

6   could talk to our patients and give them an honest estimate of

7   what their risk factors were when they had these filters

8   placed.

9        I personally felt betrayed by that.  I was a loyal

10  user of Bard at the time.  Our interventional radiologist in my   09:25AM

11  hospital stopped using the Bard device, but I stuck with them.

12  And when I had an opportunity to kind of see the internal

13  documents and see that there were problems known for a long

14  time, and that when these problems were dealt with, they were

15  never studied in humans.  They were just sold.  They were put     09:25AM

16  back into humans to see how they did without any real testing

17  with them.  And I have a moral and ethical issue with that.

18  Q.   And in addition to implanting IVC filters, have you removed

19  them?

20  A.   I have removed them, yes.                                    09:25AM

21  Q.   In private practice, have you been provided with brochures

22  on the Bard IVC filters?

23  A.   Yes, we have.

24  Q.   Have you seen the brochure for the Eclipse permanent

25  filter?                                                           09:26AM