# Exhibit B



Deposition of:

# Derek Muehrcke , M.D.

*July 24, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 26

1  litigation?
2     A   I -- I got -- I -- I've had complications with
3  the other renditions. I don't know if I've had
4  specifically a Denali, but I have had complications and
5  I have learned a lot more about the BARD filters. And
6  I've spoken to our interventional radiologists who have
7  told me that they think that the conical filters have a
8  design flaw, and the BARD has -- has more complications
9  than most. I have had specific complications in my
10 patients where I've had filters perforate, things like
11 that.
12        I'm bound by a gag order what I can disclose to
13 my patients. I've not given them any information, but I
14 have brought them in and talked to them, tried to do the
15 best thing for them based on what I think is the most
16 appropriate way to try to get those filters out, if
17 possible. I'll send them on to people who can do a lot
18 better job than I can with advanced techniques.
19        MR. NORTH:  Move to strike as nonresponsive.
20     Q   My question was this:  You do not recall
21 specific complications involving the Denali filter, not
22 other BARD filters, the Denali filter?
23     A   I cannot remember specific complications in the
24 Denali filter.
25     Q   So you did not quit using BARD filters because

Page 27

1  of complications with the Denali; correct?
2        MR. O'CONNOR:  Form.
3     A   That's not correct. I can give you an analogy.
4        I stopped using BARD filters because I have
5  concerns about what the Denali is going to show. For
6  instance, let me give you an example, and please bear
7  with me.
8        There's a new valve that came out called the
9  mitral flow valve, and the mitral flow valve is a
10 prosthetic valve. We're finding out 7, 8 years later
11 that that valve structure deteriorates quickly.
12       It takes time for these -- to develop a track
13 record. And I'm not giving the new mitral flow valve an
14 option. I can't waste 7 more years putting these things
15 in and taking them out.
16       So I'm not going to trust the new BARD filter.
17 I've lost my trust in the filter. I felt that the other
18 filters, which BARD had out there, of similar design,
19 minor modifications, the Denali may be a better filter,
20 but it's got to -- it's almost got to prove that
21 themselves. I'm not going to put them in.
22       So predicated on the other BARD filters I'm not
23 going to -- I'm not going to start putting those things
24 in a bunch of patients. I can put a lot of them in, and
25 I've got to deal with them.

Page 28

1     Q   How many Denali filters do you believe you
2  implanted before you quit using them?
3     A   Oh, I bet you I put in -- well, I mean, you can
4  look it up. I bet you I put in a couple hundred at
5  least.
6     Q   Did you implant the Meridian filter in
7  patients?
8     A   Yes, sir.
9     Q   And do you recall any specific instances of
10 complications with the Meridian filter?
11    A   I -- I --
12       MR. O'CONNOR:  Object to form.
13    A   I -- I -- I have had problems. Looking back at
14 my patients as they have cycled through my office, I've
15 had problems with all the BARD filters. I cannot
16 remember a specific Meridian, because I'm not looking.
17       I -- I cannot remember specific patient names,
18 but I have seen complications of Meridian filters, yes.
19    Q   What sort of complications have you seen
20 specifically with the Meridian?
21    A   Tilting and fracturing.
22    Q   In your practice have you ever had a fracture
23 of a BARD filter that necessitated open surgery?
24    A   I don't believe I've had one that's required
25 open surgery. I've taken out Greenfield filters from

Page 29

1  the right atrium, but not -- not a BARD.
2     Q   Can you estimate for me how many instances of
3  fracture with a BARD filter you've seen in your practice
4  over the years?
5        MR. O'CONNOR:  Form and foundation.
6     A   I don't know. It would be a guess.
7     Q   Were the majority of those instances
8  symptomatic or asymptomatic?
9     A   You know, they've --
10       MR. O'CONNOR:  Form.
11    A   Probably the majority of them were
12 asymptomatic, but several were symptomatic, especially
13 with pelvic pain.
14    Q   Did you read the rough draft of Dr. Hurst's
15 deposition that was taken on Friday?
16    A   No. I've read his reports.
17    Q   So you are still implanting filters of some
18 sort today?
19    A   I am. My usage of filters has decreased
20 significantly.
21       (Dave DeGreeff joined by conference call.)
22    Q   Doctor, so there are still a class of patients
23 where you believe that filters provide therapeutic
24 benefit to them?
25    A   Yes, there are.