# Exhibit D



CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES, P.A.

Nathan R. Bates, M.D., F.A.C.S.

Sara E. Clark, M.D.

Charles D. Cousar, M.D., F.A.C.S.

Alfred D. Harding, Jr., M.D., F.A.C.S.

Samuel P. Jacks, M.D.

Vasant Jayasankar, M.D., F.A.C.S.

Fawad N. Khawaja, M.D., F.A.C.S.

Raymond Lee, M.D., F.A.C.S.

Erin M. Moore, M.D., F.A.C.S.

Mark A. Mostovych, M.D., F.A.C.S.

Derek D. Muehrcke, M.D., F.A.C.S.

Geoffrey L. Risley, M.D., F.A.C.S.

Robert J. Still, M.D., F.A.C.S.

Danny Vo, M.D., F.A.C.S.

■    ■    ■

1824 King Street, Suite 200
Jacksonville, FL 32204
(904) 384-3343
(904) 400-6671 Fax

3599 University Blvd. S., Suite 602
Jacksonville, FL 32216
(904) 398-8147
(904) 400-6674 Fax

836 Prudential Drive, Suite 1804
Jacksonville, Fl 32207
(904) 398-3888
(904) 400-6675 Fax

300 Health Park Blvd., Suite 5000
St. Augustine, FL 32086
(904) 494-2394
(904) 400-6676 Fax

1893 Kingsley Avenue, Suite A
Orange Park, FL 32073
(904) 592-4940
(904) 400-6673 Fax

## Introduction

I have been asked to review records and imaging studies and provide a case report on Lisa Hyde who was implanted with a Bard G2 filter that subsequently failed resulting in injuries to her vena cava, lumbar vertebra, aorta, and right ventricle. The G2 Filter implanted in Ms. Hyde exhibited the following failure modes: caudal migration, tilt, fracture, perforation of the vena cava, penetration of adjacent organs and structures, and embolization of a fragment of the filter that fractured.

My expert opinions are based on: (1) my personal experience with IVC filters, (2) my background, education, training and clinical experience, (3) my review and understanding of the IVC filter literature, (4) my review of Lisa Hyde's medical records and radiology, (5) recognized and accepted principles of medicine, (6) my review of depositions previously taken in the IVC litigation, and (7) my review of Bard's internal documents. This methodology allows me to testify regarding medical facts specific to this case and to render the opinions contained in this report.

## Training

I have practiced as a board certified cardiothoracic surgeon for the past 24 years. I attended a 7 year college-medical school curriculum at Grinnell College and Rush Presbyterian St. Luke Medical Center in Chicago, Illinois. My formal specialty training took place at Harvard Medical School and Massachusetts General Hospital, where I completed my general surgery residency and training in adult cardiothoracic surgery. I was then accepted in and completed a congenital heart surgery fellowship at Boston Children's Hospital, also at Harvard.

After completing the above mentioned training and fellowship programs, my first position was at the Cleveland Clinic where I practiced for three years performing adult cardiac surgery.

After completing the above mentioned training and fellowship programs, my first position was at the Cleveland Clinic where I practiced for three years performing adult cardiac surgery. I then moved to Florida to join four former Harvard trained cardiovascular surgeons in private practice. Our current group, of which I am one of four partners, is comprised of eight heart surgeons and five vascular surgeons. We perform all the cardiac, thoracic and vascular surgery at seven hospitals in Jacksonville, Florida. For the past 21 years I have routinely implanted and removed (once optional filters became available) IVC filters. I have implanted and removed every iteration of Bard's retrievable filters from the Recovery filter through the Denali. I have also implanted the Cordis Optease and Trapease filters, the Cook Celect filter, the Greenfield filter, and the Argon Ultra filter.

My practice is equally divided between cardiac, thoracic and vascular surgery. Yearly, I perform close to 700 cases. I implant approximately 20 IVC filters a year and remove approximately 25 a year. I am the Chief of Cardiothoracic surgery at Flagler Hospital in Saint Augustine, Florida. As a result of the recent litigation surrounding the use of retrievable IVC filters, in 2004, I began following all of our hospital patients implanted with removable IVC filters. These include filters implanted by myself, my partners and the interventional radiologists at Flagler Hospital. This has resulted in patients being referred to me for retrieval of their optional IVC filters placed not only at Flagler Hospital but also at other institutions.

Attached is my CV which further details my background, education, training and experience.



2