# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX-DGC |
| | ORDER |

This Document Relates to:

Marsha Gamble v. C.R. Bard, et al.,

No. CV18-0368-PHX DGC

The Court has considered the parties' Stipulation of Dismissal without Prejudice of Marsha Gamble.  Doc. 12206.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs Marsha Gamble against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV18-0368-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 24th day of August, 2018.

David G. Campbell
Senior United States District Judge