UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL15-2641 PHX DGC |

The Court has considered the Motion to Substitute Counsel.  Doc. 12203.

**IT IS ORDERED** that the motion to substitute counsel (Doc. 12203) is **granted**. Attorney Christian Fannin of Kreindler & Kreindler, LLP is substituted in place of Julie Ferrero of Kreindler & Kreindler, LLP for Plaintiffs Ann Denzer, David Denzer, Michael Messer, Jennifer Richards, and Carol Zimmerman.

Dated this 24th day of August, 2018.

David G. Campbell
Senior United States District Judge