AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Donald Daniels ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:17-cv-03609-DGC |
| C.R. Bard, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald Dennis                                                                                           .

Date:   08/24/2018                                        /s/ Randi Kassan
                                                        *Attorney's signature*

                                           Randi Kassan, Esq. (4375754 - NY)
                                             *Printed name and bar number*

                                             Sanders Phillips Grossman, LLC
                                                 100 Garden City Plaza
                                                      Suite 500
                                                 Garden City, NY 11530
                                                       *Address*

                                              rkassan@thesandersfirm.com
                                                    *E-mail address*

                                                    (516) 741-5600
                                                  *Telephone number*

                                                    (516) 741-0128
                                                     *FAX number*