AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| John Hinchman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-00025-DGC |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Hinchman                                                                                                              .

Date:   08/24/2018                                   /s/ Randi Kassan
                                                                *Attorney's signature*

                                                    Randi Kassan, Esq. (4375754 - NY)
                                                    *Printed name and bar number*

                                                    Sanders Phillips Grossman, LLC
                                                    100 Garden City Plaza
                                                    Suite 500
                                                    Garden City, NY 11530
                                                    *Address*

                                                    rkassan@thesandersfirm.com
                                                    *E-mail address*

                                                    (516) 741-5600
                                                    *Telephone number*

                                                    (516) 741-0128
                                                    *FAX number*