AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Athena Fagan | ) |
| *Plaintiff* | ) |
| v. | )   Case No.    2:16-cv-03964-DGC |
| C.R. Bard, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Athena Fagan                                                                                                                       .

Date:      08/24/2018                                             /s/ Randi Kassan
                                                                                    *Attorney's signature*


                                                            Randi Kassan, Esq. (4375754 - NY)
                                                            *Printed name and bar number*

                                                            Sanders Phillips Grossman, LLC
                                                            100 Garden City Plaza
                                                            Suite 500
                                                            Garden City, NY 11530
                                                            *Address*

                                                            rkassan@thesandersfirm.com
                                                            *E-mail address*

                                                            (516) 741-5600
                                                            *Telephone number*

                                                            (516) 741-0128
                                                            *FAX number*