AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| James Ferguson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-03918-DGC |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Ferguson                                                                    .

Date:   08/24/2018                                       /s/ Randi Kassan
                                                            *Attorney's signature*

                                             Randi Kassan, Esq. (4375754 - NY)
                                              *Printed name and bar number*

                                                Sanders Phillips Grossman, LLC
                                                    100 Garden City Plaza
                                                          Suite 500
                                                    Garden City, NY 11530
                                                            *Address*

                                                rkassan@thesandersfirm.com
                                                        *E-mail address*

                                                       (516) 741-5600
                                                      *Telephone number*

                                                       (516) 741-0128
                                                         *FAX number*