## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing document be electronically filed via this Court's CM/ECF system, which will serve notice of such filing to all registered attorneys of record.

Dated: August 27, 2018

Respectfully submitted by,

/s/: Randi A. Kassan
Randi A. Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Ste. 500
Garden City, NY 11530
Phone: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com