AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Tiffany McRae | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-02708-DGC |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tiffany McRae                                    .

Date:   08/27/2018                                         /s/ Randi Kassan
                                                           *Attorney's signature*

                                              Randi Kassan, Esq. (4375754 - NY)
                                              *Printed name and bar number*

                                              Sanders Phillips Grossman, LLC
                                              100 Garden City Plaza
                                              Suite 500
                                              Garden City, NY 11530
                                              *Address*

                                              rkassan@thesandersfirm.com
                                              *E-mail address*

                                              (516) 741-5600
                                              *Telephone number*

                                              (516) 741-0128
                                              *FAX number*