Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**AMENDED NOTICE RE:  STATUS OF SNF CASES**<br><br>(Assigned to the Honorable David G. Campbell) |

Pursuant to CMO 34, Plaintiffs provide the following amended report to the Court regarding the status of the SNF cases.

**I.     Cases to Seek Remand:**  Plaintiffs in the following 39 cases will seek remand:

| CASE | Case No | PLAINTIFF'S COUNSEL |
|---|---|---|
| Zido, Pasquale (deceased) | 2:17-cv-02638 | Anapol Weiss |
| Coffman, Douglas Ray | 2:17-cv-00188 | Aylstock, Witkin, Kreis & Overholtz |
| Wadoud, Raheemah Abdul | 2:17-cv-01062 | Aylstock, Witkin, Kreis & Overholtz |
| Daniels, Florine | 2:16-cv-03672 | Babbitt Johnson |
| Duncan, Vernon Rex | 2:18-cv-01661 | Baum Hedlund Aristei Goldman PC |
| Salmon, Danny Marvin | 2:17-cv-02866 | Baum Hedlund Aristei Goldman PC |
| Valentine, Scott James (deceased) | 2:17-cv-00579 | Baum Hedlund Aristei Goldman PC |

| | | |
|---|---|---|
| Brown, Corrine (deceased) | 2:17-cv-03111 | Burnett Law Firm |
| Maggiacomo-Sackler, Rosemarie | 2:17-cv-04786 | Burnett Law Firm |
| Caudle, Sandra Jean | 2:16--cv-03587 | Law Office Baird Brown |
| Arkle, Jr., Thomas Dudley | 2:16-cv-03588 | Marc J. Bern & Partners |
| Austin, Marcia | 2:17-cv-03687 | Marc J. Bern & Partners |
| Berrigan, Madeline | 2:17-cv-04572 | Marc J. Bern & Partners |
| Boykin, Gladys | 2:17-17-03589 | Marc J. Bern & Partners |
| Bratcher, James L | 2:17-cv-03585 | Marc J. Bern & Partners |
| Confer, Sr. Robert | 2:17-cv-04678 | Marc J. Bern & Partners |
| Conyers, Danielle | 2:17-cv-03793 | Marc J. Bern & Partners |
| Crawley, mary | 2:17-cv-04467 | Marc J. Bern & Partners |
| Gage, Darlene | 2:17-cv-03277 | Marc J. Bern & Partners |
| Gaston, Reita | 2:17-cv-04084 | Marc J. Bern & Partners |
| Geist, Donna | 2:17-cv-03686 | Marc J. Bern & Partners |
| Goode, Donna | 2:17-cv-04484 | Marc J. Bern & Partners |
| Grayson, JaHazel | 2:17-cv-04012 | Marc J. Bern & Partners |
| Hall, Rebecca Lynn | 2:17-cv-04010 | Marc J. Bern & Partners |
| Marshall, Ronald | 2:17-cv-04137 | Marc J. Bern & Partners |
| Neal, Eugene | 2:17-cv-03807 | Marc J. Bern & Partners |
| Sackal, Michael W | 2:17-cv-04239 | Marc J. Bern & Partners |
| Stith, Roy R. | 2:17-cv-03682 | Marc J. Bern & Partners |
| Sutton, James D | 2:17-cv-02496 | Marc J. Bern & Partners |
| Taylor, Bernard | 2:17-cv-03689 | Marc J. Bern & Partners |
| Thomas, Deanna | 2:17-cv-04141 | Marc J. Bern & Partners |
| Thomas, Nicole | 2:18-cv-0402 | Marc J. Bern & Partners |
| Wiggins, Elevenia | 2:18-cv-00213 | Marc J. Bern & Partners |
| Yankun, Strephen | 2:17-cv-03237 | Marc J. Bern & Partners |
| Jill Tesell | 2:17-cv-01843 | Tautfest Bond, PLLC |
| Joseph Schutz | 2:17-cv-01206 | TorHoerman Law LLC |
| Weinsheimer, James | 2:18cv-00446 | Wilshire Law Firm |
| Olim, John | 2:17-cv-03960 | Wilshire Law Firm |
| Turner, Melissa | 2:17-cv-00285 | Wilshire Law Firm |

II.  **Cases to Seek Dismissal**:  Plaintiffs in the following 36 cases will seek dismissal:

| CASE | Case No | PLAINTIFF'S COUNSEL |
|---|---|---|
| Deane, Betsie*** | 2:17-cv-03288 | Bertram & Graf LLC |
| Boyd, Robert M | 2:17-cv-03652 | Freese & Goss/Matthews & Assoc. |
| Butts, Eddie Marvin | 2:17-cv-03703 | Freese & Goss/Matthews & Assoc. |

2

| Name | Case No. | Firm |
|---|---|---|
| Elder, June | 2:18-cv-00325 | Freese & Goss/Matthews & Assoc. |
| Fucci, Pasquale | 2:17-cv-00877 | Freese & Goss/Matthews & Assoc. |
| Hughes, Billy | 2:17-cv-03505 | Freese & Goss/Matthews & Assoc. |
| Jackson, Ruby Dell | 2:18-cv-00326 | Freese & Goss/Matthews & Assoc. |
| Johnson, Donald | 2:17-cv-03404 | Freese & Goss/Matthews & Assoc. |
| Kristoff, Elizabeth A | 2:17-cv-01959 | Freese & Goss/Matthews & Assoc. |
| Kustra, Bernard G | 2:17-cv-03529 | Freese & Goss/Matthews & Assoc. |
| Mahoney, Terry Jean | 2:17-cv-03696 | Freese & Goss/Matthews & Assoc. |
| McDaniel-Meeks, Mashell | 2:17-cv-03516 | Freese & Goss/Matthews & Assoc. |
| McMorris, Lenora | 2:17-cv-03445 | Freese & Goss/Matthews & Assoc. |
| Smith, Josephine | 2:17-cv-03852 | Freese & Goss/Matthews & Assoc. |
| Will, Anne L | 2:17-cv-03483 | Freese & Goss/Matthews & Assoc. |
| Williams, Prencilla | 2:17-cv-03727 | Freese & Goss/Matthews & Assoc. |
| Winnegan, Stephanie & | 2:17-cv-03544 | Freese & Goss/Matthews & Assoc. |
| Anderson, Claus | 2:16-cv-02089 | Gallagher Law Firm |
| Craven, James | 2:17-cv-00451 | Gallagher Law Firm |
| O'Dell, Christina | 2:18-cv-01528 | Gallagher Law Firm |
| Verge , Barbara Jane | 2:17-cv-02489 | Gallagher Law Firm |
| Wetzell, Horace E | 2:17-cv-00444 | Gallagher Law Firm |
| Benson, Tammy Truitt | 2:16:cv-03336 | Murphy Law Firm LLC |
| Christopher , Timothy | 2:16-cv-03698 | Murphy Law Firm LLC |
| Cole, Rhonda S | 2:17-cv-02550 | Murphy Law Firm LLC |
| Johnson, Wendel K. | 2:18-cv-00570 | Murphy Law Firm LLC |
| Nichols, Betty Ann | 2:17-cv-00861 | Murphy Law Firm LLC |
| Savage-Mykel, Debra J. | 2:17-cv-00084 | Murphy Law Firm LLC |
| Singer, Jeffrey S. | 2:16-cv-04051 | Murphy Law Firm LLC |
| Waldron, Connie Leon | 2:17-cv-02127 | Murphy Law Firm LLC |
| Altschuh, Henry | 2:17-cv-03999 | Padberg, Corrigan & Appelbaum |
| Brasfield, Darlene | 2:18-cv-01402 | Simon Law Firm, PC |
| Bass, Laura | 2:17-cv-00558 | Sweeney Merrigan Law, LLP |
| Potts, Annette Gwinn | 2:17-cv-04797 | Sweeney Merrigan Law, LLP |
| Arndt, Terry (Cheryl Jordan Exec) | 2:16-cv-04383 | Wagstaff & Cartmell LLP |
| Arterbridge, Yvette | 2:17-cv-00497 | Wendt Law Firm |
| Yovanovic, Eleanor | 2:17-cv-02645 | Wendt Law Firm |

\*\*\*Counsel in the Deane case (2:17-cv-03288) indicates that a "Suggestion of Death" was filed on June 19, 2018 and is awaiting substitution of a representative claimant or dismissal pursuant to Rule 25.

III. **Dismissed Cases:** The following four cases have been dismissed:

| CASE | Case No | Docket No. | PLAINTIFF'S COUNSEL |
|---|---|---|---|
| Austin, Melvin | 2:16-cv-01514 | 12080 | McSweeney Langevin, LLC |
| Lyles, Jr., Gilliam | 2:17-cv-00613 | 11658 | Nelson Bumgardner Albritton, PC |
| Kramer, William | 2:17-cv-00850 | 12143 | O'Connor, Acciani & Levy LPA |
| Watkins, Margaret | 2:17-cv-01807 | 12146 | O'Connor, Acciani & Levy LPA |

IV. **No Determination:** No determination has yet been made in the following 10 cases; in all but one of these cases, plaintiff's counsel has indicated they are working to determine whether they will seek to dismiss or remand:

| CASE | Case No | PLAINTIFF'S |
|---|---|---|
| Pedersen, Charlene | 2:17-cv-04308 | Branch Law Firm/Meyers Flowers |
| Rosenberger, Mary Grace | 2:17-cv-03739 | Chaffin Luhana LLP |
| Herod, Brad | 2:17-cv-00441 | Gallagher Law Firm |
| Smith, Slater (deceased) | 2:16-cv-03205 | Gray & White*** |
|  |  |  |
| Griffin, Mary | 2:17-cv-03175 | Meyers Flowers |
| Boykin, Deanna | 2:16-cv-04607 | Miller Law Firm LLC |
| Bray, Rebecca | 2:17-cv-02455 | Miller Law Firm LLC |
| Stith, Andrea | 2:16-cv-01849 | Nemeroff Law Firm |
| Kidwell, Karen | 2:17-cv-00324 | Roxell Richards Law Firm |

***Plaintiff's counsel has been non-responsive to requests for status.

V. Plaintiff's counsel in the following two cases contend that these cases are not SNF cases, and will remain in the MDL:

| CASE | Case No | FIRM |
|---|---|---|
| Jones, Anita J | 2:16-cv-04195 | Freese/Matthews |
| Edwards, Florence (deceased) | 2:16-cv-00953 | Hausfeld |

RESPECTFULLY SUBMITTED this 24th day of August, 2018.

                                                      GALLAGHER & KENNEDY, P.A.

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor (011029)
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

    Ramon Rossi Lopez
    (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ McHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                  */s/ Jessica Gallentine*