# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, <br> _____ <br><br> Lisa Hyde and Mark E. Hyde, a married couple, <br><br>      Plaintiffs, <br><br> v. <br><br> C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, <br><br>      Defendants. | No. MDL 15-02641-PHX-DGC <br><br><br><br> No. CV-16-00893-PHX-DGC <br><br> **ORDER** |

The parties have submitted deposition excerpts in advance of trial. This order will set forth the Court's ruling on objections contained in some of these excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A.  Dr. William T. Kuo.

   1.   8 — overruled; no objection stated.

2. 18:1 — overruled.
3. 18:25 and 19 — overruled.
4. 20 — overruled.
5. 22 — overruled.
6. 26:6 — overruled.
7. 26:21-25 — sustained.
8. 36-37 — overruled.
9. 53 — overruled; shows witness experience.
10. 55-57 — overruled; same.
11. 59 — overruled; same.
12. 68 — overruled.
13. 79-80 — overruled.
14. 82 — overruled.

B. Dr. Amy R. Sparks.

1. 9 — overruled; no objection stated.
2. 13 — overruled.
3. 16:11 — overruled.
4. 16:25 and 17 — overruled.
5. 18 — overruled.
6. 19-22 — overruled.
7. 32:12-19 — sustained.
8. 34 — overruled.
9. 35:8 — overruled.
10. 35:17 — overruled.
11. 36 — overruled.
12. 37 — overruled.
13. 38 — overruled.

1  C.   Joseph Dejohn — no objections.
2  D.   Tom Ferrari — no objections.
3  E.   Dr. John Lehmann — no objections.

   Dated this 27th day of August, 2018.

   *David G. Campbell*
   David G. Campbell
   Senior United States District Judge