# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Lisa Hyde and Mark Hyde, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | No. CV16-0893 PHX DGC |

In addition to the jurors the Court proposes to excuse for hardship in the Court's August 15, 2018 order (Doc. 12113), the Court proposes to excuse the following jurors for hardship. Counsel should be prepared to state any objections to excusing these jurors, as well as the jurors listed in Doc. 12113, and any challenges for cause based on the juror questionnaires, at the hearing on **September 6, 2018 at 10:00 a.m.**

24
36
56
69
77
89
93
97
99
100
101
102

```
113
121
128
138
141
142
157
158
160
169
171
198
```

Dated this 28th day of August, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge

- 2 -