James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| This Document Relates to:<br><br>Lisa Hyde, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00893-PHX-DGC | **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE THAT NOVEMBER 2012 AND MAY 2013 INCIDENTS CAUSED OR CONTRIBUTED TO HYDE'S G2X FILTER FAILURE/FRACTURE**<br><br>**(Assigned to the Honorable David G. Campbell)** |

Bard submits this response in opposition to Plaintiffs' Motion *in Limine* No. 3 and respectfully shows the Court as follows:

### ARGUMENT AND CITATION OF AUTHORITY

Plaintiff's IVC filter was implanted in February 2011 and removed in August 2014. Plaintiffs move *in limine* for this Court to exclude evidence suggesting that injuries Ms. Hyde suffered in November 2012 and May 2013 (in between the time of her filter implant and its removal) caused or contributed to her filter failures or fracture.

Evidence relating to Ms. Hyde's November 2012 and May 2013 injuries is relevant and admissible, but not, as the plaintiffs suggest, to show that those injuries contributed to her filter fracture or failure. Rather, Bard intends to introduce this evidence to rebut the Mrs. Hyde's claims of injuries and damages she alleges she suffered as a result of her IVC filter.

Ms. Hyde's November 2012 slip and fall involved injuries to her chest. *See* doc. 12099, p. 2. At the same time, Ms. Hyde, along with her expert international radiologist Dr. Hurst, claims that she suffered chest pain as a result of her IVC filter. *See* Ms. Hyde's Plaintiff Fact Sheet at pages 8, 17, relevant portions attached as Exhibit A; June 2, 2017 report of Dr. Darren Hurst, p. 6, relevant portions attached as Exhibit B. Accordingly, evidence relating to Ms. Hyde's November 2012 chest injury is relevant for the jury to consider whether her alleged chest pain and damages arising from it were caused, at least in part, by something other than her filter. Likewise, evidence pertaining to the event described in plaintiff's medical records from May 2013 is relevant because the incident caused her back pain (doc. 12099, p. 2), but she also claims injuries and resulting damages from back pain attributed to her IVC filter. *See* Exhibit A at page 11.

This evidence is highly relevant to the plaintiffs' damages claim. Further, its probative value is not substantially outweighed by a danger of unfair prejudice to the plaintiffs because Bard will not suggest or argue that the plaintiffs' November 2012 and May 2013 injuries impacted her filter-related complications.

## **CONCLUSION**

For these reasons, Bard respectfully requests that the Court deny Plaintiffs' Motion *in Limine* No. 3.

RESPECTFULLY SUBMITTED this 28th day of August, 2018.

*s/ Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*s/Richard B. North, Jr.*
Richard B. North, Jr.

- 4 -