# Exhibit A

(b) What portion of the Bard Inferior Vena Cava Filter(s) was removed on the date indicated in response to question 9(a) above? <u>The filter and fractured strut were removed.</u>

(c) Please check <u>all</u> that apply regarding the removal procedure(s):

☑ Removed percutaneously

☐ Removed via an open abdominal procedure

☐ Removed via an open chest procedure

☐ Other, Describe: _____

☐ Unknown

(d) Does any portion of the Bard Inferior Vena Cava Filter(s) remain implanted in you?   Yes _____   No __X__   Don't Know _____

If Yes, explain what portion of the Bard Inferior Vena Cava Filter(s) you believe is still implanted in you: _____

(e) Explain why you consented to have the Bard Inferior Vena Cava Filter(s), or any portion thereof, removed?
<u>Plaintiff was having pain in her abdomen, back, and chest. It was discovered that a strut had fractured from Plaintiff's filter and had migrated to the heart, where it was lodged in the right ventricle. The filter was also penetrating through the caval wall into the retroperitoneum, with components abutting the adjacent aorta and eroding into the adjacent vertebral body.</u>

(f) Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Bard Inferior Vena Cava Filter that was previously implanted in you and subsequently removed?
Yes _____   No _____   Don't Know __X__

If Yes, please state the name and address of the person or entity having possession of same. _____

11. Has any doctor or healthcare provider unsuccessfully attempted to remove the Bard Inferior Vena Cava Filter(s) implanted in you?
Yes _____   No __X__   Don't Know _____
If Yes:

8

5450502v2/26997-0001

      (2)    Provide the name and address of the doctor who removed (or attempted to remove) the <u>filter strut(s)</u> and the hospital or medical facility at which it was removed (or attempted to be removed).

Filter *Strut* Removal

Doctor: <u>William Kuo, M.D.</u>

Hospital/Medical Facility: <u>Stanford University Medical Center</u>

Date: <u>On or about August 26, 2014</u>

13. Do you claim that you suffered bodily injuries as a result of the implantation of the Bard Inferior Vena Cava Filter(s)? Yes <u>  X  </u>     No<u>     </u>

If Yes:

   (a)    Describe the bodily injuries, including any emotional or psychological injuries that you claim resulted from the implantation, attempted removal and/or removal of the Bard Inferior Vena Cava Filter(s)?

<u>Plaintiff refers Defendants to her medical records for complete details of the injuries she has suffered stemming from Defendants' IVC filter. Plaintiff's symptoms and injuries include, but are not limited to, emotional and physical pain and suffering. Specifically, Plaintiff suffered from abdominal pain, dizziness, lack of energy, and weakness beginning in 2012 and her primary care physician referred her to numerous specialists for further evaluation, pain management, and physical therapy. She went to physical therapy two to three times a week from June to August 2013, with no relief, so she was sent to a massage therapist, who she saw several times from September to December 2013. In May 2014, she continued to have back and lower abdominal pain and now had a one-week history of blood in her urine, so a CT scan was ordered. An abdominal CT scan on May 16, 2014 discovered that a filter strut had broken off, migrated, and was lodged in the right ventricle, with the apex just below the pulmonary outflow tract; further, the filter was penetrating through the caval wall into the retroperitoneum, with components abutting the adjacent aorta and eroding into the adjacent vertebral body. On August 26, 2014, Plaintiff underwent complex retrieval of the filter and the fragment from her right ventricle. Plaintiff's symptoms and injuries have greatly subsided since the filter and strut were removed.</u>

   (b)    When was the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Bard Inferior Vena Cava Filter(s)?

<u>In or around 2012</u>

11

have received medical advice and/or treatment from ten (10) years before the date the filter was implanted to the present:

| Name and Specialty | Address | Approximate Date/Years of Visits |
|---|---|---|
| Clifford J. Molin, M.D. Primary Care Physician | 2481 Professional Court Las Vegas, NV 89128 | In or around 2014 to present |
| William Stineman, M.D. Primary Care Physician | 9200 W. Loomis Road Suite 215 Franklin, WI 53132 | In or around February 2009 to August 2011 |
| Rachael Weiderhold, M.D. Primary Care Physician | 9004 W. Lincoln Avenue Suite 101 West Allis, WI 53227 | In or around 2000 to February 2009 |
| Anu R. Thummala, M.D. Hematology | 7445 Peak Drive Las Vegas, NV 89128 | In or around April 2012 to present |
| Karen E. Dobbs, M.D. Ob-GYN | 8905 W. Lincoln Avenue Suite 501 West Allis, WI 53227 | In or around 1997 to August 2011 |

6. *Before the implantation* of the Bard Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity? (Please include all physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

   Yes X        No ____

   If yes, please describe each activity in detail.

   Walking, aerobic exercise, daily household chores, house cleaning, cutting grass, yardwork

7. *Since the implantation* of the Bard Inferior Vena Cava Filter(s), have you regularly exercised or participated in activities that required lifting or strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

   Yes X        No ____

   If yes, please describe each activity in detail.

   Walking, aerobic exercise, pilates, yoga, elliptical machine, daily household chores, house cleaning, cutting grass, yardwork, and weight lifting until Plaintiff developed intense chest pain and the strut was subsequently discovered in her right ventricle