# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS  
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**THIS DOCUMENT RELATES TO**

**MDL No. 2641**

McClurg, Desirre - 2:18-cv-02352-DGC  
Ward, Marie -      2:16-cv-02619-DGC

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL No. 2641 and each individual case in which attorneys Rachel Abrams, Amy Eskin, and Meghan McCormick are associated.  In support of this Notice, the undersigned states the firm's new name and address are as follows:

**LEVIN SIMES ABRAMS LLP**  
**1160 Battery Street East, Suite 100, San Francisco, CA  94111**  
**Telephone:  (415) 426-3000**  
**Facsimile:  (415) 426-3001**

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the firm contact information in MDL NO. 2641 and in the individual cases in which attorneys Rachel Abrams, Amy Eskin, and Meghan McCormick are associated.

Dated: August 28, 2018

**LEVIN SIMES ABRAMS LLP**

 /s/ *Rachel Abrams*  
Rachel Abrams  rabrams@levinsimes.com  
Amy Eskin  aeskin@levinsimes.com  
Meghan McCormick  mmcormick@levinsimes.com  
**Levin Simes Abrams LLP**  
**1160 Battery Street East, Suite 100**  
**San Francisco, CA  94111**  
**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ *Rachel Abrams*
      Rachel Abrams