Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (#011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com
*Attorneys for Plaintiffs*

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| This Document Relates to: | **JOINT NOTICE TO COURT REPORTER RE TERMS AND WITNESS NAMES** |
| Lisa Hyde, et al. v. C. R. Bard, Inc., et al. CV-16-00893-PHX-DGC | (Assigned to the Honorable David G. Campbell) |

Pursuant to section O of the Joint Pretrial Order, the parties hereby jointly file the following list of names and terms, including case-specific medical providers and terminology, that may be used at the *Hyde* trial beginning on September 18, 2018. Please see the attached list as Exhibit A. By submitting this notice, neither party concedes that any of the witnesses or evidence is relevant or admissible, and Plaintiffs expressly reserve their objections to irrelevant medical information and treatment and those issues on which they moved in limine.

RESPECTFULLY SUBMITTED this 28th day of August, 2018.

By: s/ Ramon Rossi Lopez
Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Mark S. O'Connor (#011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

*Attorneys for Plaintiffs*

By: s/ Richard B. North, Jr.
Richard B. North, Jr.
(admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner
(admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

<pre>
                                    s/Richard B. North, Jr.
                                    Richard B. North, Jr.
                                    Georgia Bar No. 545599
                                    NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                    Atlantic Station
                                    201 17th Street, NW / Suite 1700
                                    Atlanta, GA  30363
                                    PH:  (404) 322-6000
                                    FX:  (404) 322-6050
                                    Richard.North@nelsonmullins.com
</pre>

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**