# Exhibit A

Lisa Hyde
Medical Providers and Terminology

**Treating Physicians**
Ahmed, MD, Osman
Allison, MD, Kimberly
Bader, MD, Iftekhar
Bonkowski, MD, Colleen
Candela, MD, Joseph
Carullo, MD, Ralph
Cesaretti, MD, Luke
Chen, MD, Christina
Cology, PA, Jay
Dash, MD, Rajesh
Dobbs, MD, Karen
Edwards, PT, Mike
Francois, MD, Howard
Grant, MD, Kenneth
Green, MD, Skyler
Hamer, MD, John
Henry, MD, David
Hinkle, PA, Juwaun
Katz, MD, Joel
Katz, NP, Danielle
Kuo, MD, William
Lehrner, DO, Stephanie
Milford, MD, Christopher
Molin, MD, Clifford
Moss, MD, Nicole
Nauroz, MD, Ali
Ng, MD, Joshua
Nguyen, MD, Cuong
Parker, ANP, Maureen
Pasha, MD, Tousif
Pirani, MD, Nadeer
Reyes, DO, Joseph
Ruben, MD, Saul
Shah, MD, Vinodkumar
Shehane, MD, Richard
Shih, MD, Jimmy
Smukowski, MD, Joel
Soni, MD, Nalin
Sparks, MD, Amy
Stineman, MD, William

1

EXHIBIT A

Thummala, MD, Anu
Treisman, MD, Jonathan
Van Nostrand, MD Allen
Weiderhold, DO, Rachael
Wiedmeyer, MD, Debra



**Medical Facilities and Locations**
Aurora Medical Group – Milwaukee, WI
Aurora West Allis Medical Center – West Allis, WI
Center for Colon and Digestive Disease – Las Vegas, NV
Comprehensive Cancer Centers of Nevada – Las Vegas, NV
Comprehensive and Interventional Pain Management – Henderson, NV
D Keith Klevin Institute – Las Vegas, NV
Las Vegas Immediate Care – Las Vegas, NV
Las Vegas Radiology-Smoke Ranch – Las Vegas, NV
Las Vegas Urology Northwest – Las Vegas, NV
Matt Smith Physical Therapy – Las Vegas, NV
Mountain View Hospital – Las Vegas, NV
Nevada Heart and Vascular Center – Las Vegas, NV
Silver State Neurology – Las Vegas, NV
Sparks Family Medicine – Las Vegas, NV
Stanford Medical Center – Stanford, CA
Steinberg Diagnostic Medical Imaging – Las Vegas, NV
Summerlin Hospital – Las Vegas, NV
Touro University Medical Center – Las Vegas, NV
Werner Institute of Balance and Dizziness – Las Vegas, NV
West Valley Imaging – Las Vegas, NV
Wheaton Franciscan Healthcare – Franklin, WI
Wheaton Franciscan Medical Group – West Allis, WI



**Medical Terms and Medications**
2D Echo
Aberrant Subclavian Artery
Albuterol
Ambien
Angiography
Anticoagulation
Ativan
Atrophic Vaginitis
Breo
Budesonide

2

EXHIBIT A

Bundle Branch Block
Candidal Esophagitis
Candidal Stomatitis
Carpal Tunnel
Cervicalgia
Cervical Stenosis
Clavicular Nodule
Colonoscopy
CPAP – Continuous Positive Airway Pressure
Cymbalta
Cystoscopy
Darvocet
Diverticulitis
Diverticulosis
Duloxetine
Dymista
Dyslipidemia
Dyspnea
Echocardiogram
Embolus
Endometriosis
Epworth Sleepiness Scale/Score
Erythema
Esophagitis
Estroven
ESWL – Extracorporeal Shock Wave Lithotripsy
Exacerbation
Fibromyalgia
Flagyl
Fluconazole
Fluroscopic
Fluticasone
G2X IVC Filter
Hematuria
Hemopericardium
Hemorrhoids
Hemostasis
Herpes Zoster
Herpetic Lesions
Hydronephrosis
Hypercholesterolemia
Hypercoagulable
Hyperglycemia
Hyperglyceridemia
Inferior Venacavagram
Infrarenal

3

EXHIBIT A

Jugular
KUB X-ray – Kidney Ureter Bladder
Laparoscopic Oophorectomy
Levaquin
Levofloxacin
Lexapro
Lexiscan Stress Test
Lisinopril
Lithotripsy
Lorazepam
Lumbago
Lyrica
Menorrhagia
Metronidazole
Montelukast
Myalgia
Myositis
Nephrolithiasis
Neuropathy
Norel
Obstructive Sleep Apnea
Omeprazole
Orthopnea
Otalgia
Otogenic
Palpitations
Percutaneous
Pericardial Effusion
Pleuritic Chest Pain
Polymyalgias
Prednisone
Pregabalin
Protein C Deficiency
Pulmicort
Pure Hypertriglyceridemia
Radiculopathy
Radiopaque
Restoril
Retroperitoneum
Salpingo-oophorectomy
Simvastatin
Singulair
Snare Retrieval
Spot Radiograph
Subclavian
Tamponade

4

EXHIBIT A

Temazepam
Tessalon Perles
Tri-lobbed Snare
Troponins
Tubular Adenoma
UTI – Urinary Tract Infection
Valtrex
V/Q Scan – Ventilation Perfusion Scan
VTE – Venous Thromboembolism
Warfarin
Xarelto
Xopenex
Zolpidem
Zyrtec

EXHIBIT A