James R. Condo (#005867)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (602) 382-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| This Document Relates to:<br>Lisa Hyde, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00893-PHX-DGC | **DEFENDANTS' PROPOSED VERDICT FORM**<br><br>(Assigned to the Honorable David G. Campbell) |

In accordance with the Case Management Order No. ____ [Doc. ____], Defendants hereby submit their proposed Verdict Form:

We, the jury empaneled and sworn in the above action, upon our oaths, find as follows:

**A. LIABILITY**

    **1. Strict Product Liability Design Defect Claim[1]**

        a. Do you find with reasonable certainty that the foreseeable risks of the harm posed by the design of the filter implanted in Mrs. Hyde could have been reduced or avoided by the adoption of a reasonable alternative design by Bard? _____Yes _____No

If you answered "No" go to Question 1.a. do not complete parts 1.b. and 1.c. and go to Question 2.

        b. If you answered yes to 1.a., Do you find with reasonable certainty that the omission of an alternative design renders the filter implanted in Mrs. Hyde not reasonably safe? _____Yes _____No

If you answered "No" go to Question 1.a. and 1.b. do not complete Question 1.c. and go to Question 2.

        c. If you answered yes to 1.b., Do you find with reasonable certainty that the defective condition of the filter implanted in Mrs. Hyde rendered the filter unreasonably dangerous to her? _____Yes _____No

If you answered "No" go to Question 1.a., 1.b. and 1. c do not complete Question 1.d. and go to Question 2.

        d. If you answered yes to 1.c., Do you find that Mrs. Hyde's injuries were caused by an inherent characteristic of the filter that would be recognized by physicians who implanted the filters? _____Yes _____No

    **2. Negligent Design Claim**

---

[1] Bard notes that Wisconsin Pattern Instruction 3260.1 contemplates an interrogatory on the strict liability claim.

Do you find with reasonable certainty that Bard is liable to Mrs. Hyde Jones on the negligent design claim? _____Yes _____No

If you answered "No" to each any Question in A.1. and "No" to Question A.2., do not complete Part A.3 or Parts B or C. If you answered "Yes" to any question in Part A.1, or Question A.2. and please complete Question A.3, Questions B and C.

### 3. Loss of Consortium Claim

Do you find with reasonable certainty that Bard is liable to Mr. Hyde for loss of consortium? _____Yes _____No

### B. COMPENSATORY DAMAGES

1. If you found Bard liable on any of the claims set forth above, what amount of damages do you find will reasonably compensate Mrs. Hyde for her injuries?

$ _____

2. If you found Bard liable on Mr. Hyde's claims for loss of consortium, what amount do you find will reasonably compensate Mr. Hyde for his claim?

$ _____

### C. PUNITIVE DAMAGES

Do you find by clear, satisfactory, and convincing evidence to a reasonable certainty that punitive damages should be awarded against Bard? _____Yes _____No

_____            _____
Presiding Juror Number                                               Date

- 3 -

DATED this 28th day of August, 2018.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
Elizabeth C. Helm
Georgia Bar No. 289930
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com
Jim.Rogers@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com
