# Exhibit A

# *Sherr-Una Booker*
# *vs.*
# *C. R. Bard, Inc.*

Bard's Opening Statement

# The Evidence Will Show That Bard Stands Wrongly Accused

# The Design Process

- IVC filters are regulated by the U.S. Food and Drug Administration (FDA)

  - Before Bard can make an IVC filter available for a doctor to use, FDA must "clear" the device

  - FDA must find a device is "substantially equivalent" to an earlier, already "cleared" device