# Exhibit D

```
 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ARIZONA

 3                   _____

 4   In Re: Bard IVC Filters          )  MD-15-02641-PHX-DGC
     Products Liability Litigation    )
 5                                    )  Phoenix, Arizona
                                      )  May 30, 2018
 6   _____)
     Doris Jones, an individual,      )
 7                                    )
                         Plaintiff,   )
 8                                    )  CV-16-00782-PHX-DGC
              v.                      )
 9                                    )
     C.R. Bard, Inc., a New Jersey    )
10   corporation; and Bard Peripheral )
     Vascular, Inc., an Arizona       )
11   corporation,                     )
                                      )
12                       Defendants.  )
     _____)
13

14

15       BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

16            REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                 TRIAL DAY 10 - A.M. SESSION

18                    (Pages 2131 - 2265)

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
     401 West Washington Street, SPC 41
23   Phoenix, Arizona  85003-2150
     (602) 322-7257
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared with Computer-Aided Transcription
```

```
 1                    A P P E A R A N C E S

 2     For Plaintiff:

 3            Gallagher & Kennedy
              By: MARK S. O'CONNOR, ESQ.
 4            By: PAUL L. STOLLER, ESQ.
              By: SHANNON L. CLARK, ESQ.
 5            By: C. LINCOLN COMBS, ESQ.
              2575 East Camelback Road, Suite 1100
 6            Phoenix, AZ  85016

 7            Lopez McHugh, LLP
              By: RAMON ROSSI LOPEZ, ESQ.
 8            100 Bayview Circle, Suite 5600
              Newport Beach, CA  92660
 9
              Lopez McHugh, LLP
10            By: JOSHUA MANKOFF, ESQ.
              214 Flynn Ave.
11            Moorestown, NJ  08057

12            Heaviside Reed Zaic
              By: JULIA REED ZAIC, ESQ.
13            By: LAURA E. SMITH, ESQ.
              312 Broadway, Ste. 203
14            Laguna Beach, CA  92651

15

16     For Defendants:

17            Nelson Mullins Riley & Scarborough
              By: RICHARD B. NORTH, JR. ESQ.
18            By: ELIZABETH C. HELM, ESQ.
              201 17th Street NW, Suite 1700
19            Atlanta, GA  30363

20            Nelson Mullins Riley & Scarborough.
              BY: JAMES F. ROGERS, ESQ.
21            1320 Main St.
              Columbia, SC  29201
22
              Snell & Wilmer
23            By: AMANDA C. SHERIDAN, ESQ.
              400 East Van Buren
24            Phoenix, AZ  85004

25
```

11:04:22   1   on this. There was an advancement in technology.

2   Q   And did you plan to do a clinical trial involving the
3   Denali filter?
4   A   Yes.

11:04:35   5   Q   Did that ultimately come to pass?
6   A   Yes.
7   Q   Mr. Randall, let me ask you this: The case that we're
8   here for today involves an Eclipse filter that was implanted
9   in August of 2010. Did Bard have the technology and ability
11:04:54   10   to add caudal anchors onto Bard's filters that was ultimately
11   done with the Meridian project at that time?
12   A   No, we did not.
13   Q   And did Bard have the technology and ability to create a
14   filter completely out of Nitinol tubing like it did with the
11:05:14   15   Denali filter in 2010?
16   A   No, we did not.
17   Q   Mr. Randall, the jury has heard at various points in the
18   trial about a cascade of events. And is that something that
19   you have heard of in the engineering world?
11:05:34   20   A   No, I have not. The only time I've ever heard it is
21   preparing for this case.
22   Q   And when -- at certain points in time did Bard look to see
23   whether there was potentially some interrelatedness between
24   various failure modes like tilt, perforation, and fracture?
11:05:53   25   A   Yes, we did.

## **C E R T I F I C A T E**

I, PATRICIA LYONS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

DATED at Phoenix, Arizona, this 30th day of May, 2018.

s/ Patricia Lyons, RMR, CRR
Official Court Reporter