# Exhibit E

```
 1                      UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF ARIZONA

 3                      _____

 4   In Re: Bard IVC Filters         )    MD-15-02641-PHX-DGC
     Products Liability Litigation   )
 5                                   )    Phoenix, Arizona
                                     )    May 18, 2018
 6   _____)
     Doris Jones, an individual,     )
 7                                   )
                        Plaintiff,   )
 8                                   )    CV-16-00782-PHX-DGC
              v.                     )
 9                                   )
     C.R. Bard, Inc., a New Jersey   )
10   corporation; and Bard Peripheral)
     Vascular, Inc., an Arizona      )
11   corporation,                    )
                                     )
12                      Defendants.  )
     _____)
13

14

15       BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

16              REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                    TRIAL DAY 4 - P.M. SESSION

18                        (Pages 862 - 934)

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Ste. 312
     401 West Washington Street, SPC 41
23   Phoenix, Arizona  85003-2150
     (602) 322-7257
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared with Computer-Aided Transcription
```

```
 1                       A P P E A R A N C E S

 2     For Plaintiff:

 3            Gallagher & Kennedy
              By: MARK S. O'CONNOR, ESQ.
 4            By: PAUL L. STOLLER, ESQ.
              By: SHANNON L. CLARK, ESQ.
 5            By: C. LINCOLN COMBS, ESQ.
              2575 East Camelback Road, Suite 1100
 6            Phoenix, AZ  85016

 7            Lopez McHugh, LLP
              By: RAMON ROSSI LOPEZ, ESQ.
 8            100 Bayview Circle, Suite 5600
              Newport Beach, CA  92660
 9
              Lopez McHugh, LLP
10            By: JOSHUA MANKOFF, ESQ.
              214 Flynn Ave.
11            Moorestown, NJ  08057

12            Heaviside Reed Zaic
              By: JULIA REED ZAIC, ESQ.
13            By: LAURA E. SMITH, ESQ.
              312 Broadway, Ste. 203
14            Laguna Beach, CA  92651

15


16     For Defendants:

17            Nelson Mullins Riley & Scarborough
              By: RICHARD B. NORTH, JR. ESQ.
18            By: ELIZABETH C. HELM, ESQ.
              201 17th Street NW, Suite 1700
19            Atlanta, GA  30363

20            Nelson Mullins Riley & Scarborough.
              BY: JAMES F. ROGERS, ESQ.
21            1320 Main St.
              Columbia, SC  29201
22
              Snell & Wilmer
23            By: AMANDA C. SHERIDAN, ESQ.
              400 East Van Buren
24            Phoenix, AZ  85004

25
```

13:10:50   1   A   To improve the reputation?  No.
           2   Q   For marketing to have a purpose to improve the reputation
           3   of the product.
           4   A   No.  That's the role of marketing.
13:10:58   5   Q   In any company anywhere?
           6   A   Any company anywhere, any industry.
           7   Q   That's what marketing's supposed to do; right?
           8   A   That's what we're supposed to do.
           9   Q   You were also asked a number of questions about changes to
13:11:12  10   the G2 for the Eclipse and then subsequent filters.  Do you
          11   recall that?
          12   A   Yes.
          13   Q   Okay.  Before a product can go to market, before a filter
          14   could go to market, what has to happen?  Just generally what's
13:11:25  15   the big picture of what has to happen?
          16   A   It's very complex.  Complex procedure.  Typically you
          17   start with an idea.  We talked about idea POAs.  The team
          18   comes together and they discuss all sorts of things -- it's a
          19   very complex system.  So once you've identified an
13:11:42  20   opportunity, R&D works on it.  There's potentially years of
          21   testing.  There's innovations that you can try to implement
          22   onto the product or innovate, as we talked about, a brand-new
          23   product, but there's a whole slew of activities.  And once you
          24   do that, you even have other team members who are involved in
13:12:00  25   it.

# C E R T I F I C A T E

I, PATRICIA LYONS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

DATED at Phoenix, Arizona, this 18th day of May, 2018.


s/ Patricia Lyons, RMR, CRR
Official Court Reporter