# Exhibit A

# RECOVERY G2 FILTER SYSTEM

## Timeless Performance†

**NOW AVAILABLE - JUGULAR DELIVERY SYSTEM**



The Recovery† G2 Filter combines **the best design features** of Bard's existing vena cava filters to create a **brand-new filter platform** — taking strength and stability to a new level.

The newly enhanced Recovery† G2 Filter continues the Bard tradition of filter innovation spanning over a decade.

- Increased **MIGRATION RESISTANCE***
- **IMPROVED CENTERING***
- Enhanced **FRACTURE RESISTANCE***

\* Data on File

### Clot Trapping and Caval Patency

The Recovery† G2 Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

### Secure Fixation

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced Recovery† G2 Filter resists migration across an even broader range of caval distension and higher pressures.*

\* Maximum indicated caval diameter is 28 mm. Data on File



### Low-Profile

7F delivery system is the lowest profile of any conical filter on the market.

### Self-Centering

Specially designed pusher wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

† Bard, Recovery and Timeless Performance are registered trademarks or trademarks of C. R. Bard, Inc. or an affiliate.
Copyright 2005 C. R. Bard, Inc. All rights reserved. Legal Notice

Please consult product labels and package inserts for indications, contraindications, hazards, warnings, cautions, and information for use.

Copyright © 2006, C. R. Bard, Inc. All Rights Reserved

BPV-17-01-00137588
LMD1