# Exhibit A



## G2 EXPRESS™ Filter System –
## Femoral and Jugular/Subclavian Delivery Kits

### Special 510(k) Submission

### March 7, 2008

---

**CONFIDENTIALITY STATEMENT**

This document contains information that is confidential and proprietary property of C. R. Bard, Inc. Neither this document nor the information therein may be reproduced, used or distributed to or for the benefit of any third party without the proper written consent of Bard Peripheral Vascular, Inc.

---

**Bard Peripheral Vascular, Inc.**
C. R. Bard
1625 West Third Street
P.O. Box 1740
Tempe, AZ 85280-1740

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00130498
5373.0001

# Indications for Use

**510(k) Number (if known):**

**Device Name:** G2 EXPRESS™ Filter System – Femoral and Jugular/Subclavian Delivery Kits

**Indications for Use:**

The G2 EXPRESS™ Filter System – Femoral and Jugular/Subclavian Delivery Kits are indicated for use in the prevention of recurrent pulmonary embolism via permanent placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulants are contraindicated.

- Failure of anticoagulant therapy for thromboembolic disease.

- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced.

- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

- G2 EXPRESS™ Filter may be removed according to the instructions supplied under the section labeled: Optional Procedure for Filter Removal.

Prescription Use  X          AND/OR          Over-The-Counter Use _____
(Part21 CFR 801 Subpart D)                   (21CFR 801 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

Concurrence of CDRH, Office of Device Evaluation (ODE)

Page 1 of 1

**Bard Peripheral Vascular, Inc.**   TRADE SECRET/CONFIDENTIAL INFORMATION   **BARD**
Notify CR Bard Before Releasing this Document.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00130663
5373.0166