# Exhibit C

From: Ciavarella, David
Date: 12/27/2005 2:33:22 PM
To: Barry, Brian [Brian.Barry@crbard.com], Ganser, Christopher [Christopher.Ganser@crbard.com]
Subject: FW: G2 Caudal Migrations

My comments to Cindi and Gin.

Exhibit No. 1
CHARLENE FRIEDMAN

From: Ciavarella, David
Sent: Friday, December 23, 2005 2:32 PM
To: Walcott, Cindi
Cc: Allen, Shari; Schulz, Gin
Subject: RE: G2 Caudal Migrations

Thank you Cindi.

I think we should discuss these further so I can get a better understanding of each one. But first, it would help if I had a little more information.

From what you've sent me, it seems to me that the biggest (worst case) consequence of these migrations is that they are accompanied in a majority of cases by tilting. This raises the concern of lack of efficacy, that is, are the filters now in place to perform clot interruption? I would guess not in several of these cases at least.

I would like to look more generally at the G2 complaints. I have seen problems with caudal migration, tilting, perforation, mis-deployment and maybe one or two additional things. Can you tell me the total number of complaints (not damaged packages and the like) and total number of units distributed?

How many MDRs have we had for G2?

==The G2 is a permanent filter; we also have one (the SNF) that has virtually no complaints associated with it.== Why shouldn't doctors be using that one rather than the G2? Can you also send me the total

CONFIDENTIAL
This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil Action No. CV2009-019232

BPVE-01-00245186

BPV-DEP-00004804

LMD1
905.001

complaints rate and MDR complaint rate for SNF?

I'll be in the office next Tues and Wed; maybe we can talk one of those days.

David

From: Walcott, Cindi
Sent: Tue 12/20/2005 6:14 PM
To: Ciavarella, David
Cc: Allen, Shari; Schulz, Gin
Subject: G2 Caudal Migrations

David,

During a conference call with the design team of the G2 filter and Chris Ganser today, the caudal migrations of the G2 were briefly discussed.

Chris asked if I had submitted any MDRs on these events yet and I answered yes. Chris asked me to review the events with you to determine what events have the potential for serious injury and establish a baseline for the future. Presently, based on the description of the events and the history of a filter being removed, I have coded them all as reportable. Please note that I cut the descriptions straight out of what was entered into Trackwise. I can see that some of the descriptions are a bit rough.

Please see the attachment, which has a description of the events to date.

1. Record 63855- I submitted that one as an MDR because there was also a report of perforation with this patient. Perforations have caused serious injuries with previous filters. We have always reported perforations of the Recovery Filter and the Simon Nitinol filters. The doctor also removed the filter due to the perforation and migration.
2. Record 65220- I submitted this one as an MDR, as the filter migrated into the renal veins and caused the patient flank pain.
3. Record 65851- I reported this one as it migrated 3cm and is currently at the iliac confluence.

CONFIDENTIAL.
This document is subject to the Protective Order entered by the Superior Court of Maricopa County, State of Arizona, in Civil Action No. CV2009-019232

BPVE-01-00245187

BPV-DEP-00004805

LMD1
905.002

- Thanks for your assistance,

  Cindi

-

-

CONFIDENTIAL.
This document is subject to the Protective Order entered by the Superior Court
of Maricopa County, State of Arizona, in Civil Action No. CV2009-019232

BPVE-01-00245188

BPV-DEP-00004806
LMD1
905.003