# Exhibit E

# G2™ FILTER SYSTEM

## for Permanent Placement

BARD™
PERIPHERAL
VASCULAR

BPV-17-01-00142912
LMD1

INTRODUCING THE



**G2™ VENA CAVA FILTER**
*for Permanent Placement*

The G2™ Filter combines the **best design features** of Bard's existing vena cava filters to create a **brand-new permanent filter platform** — taking strength and stability to a new level.

- Increased **MIGRATION RESISTANCE**\*
- **IMPROVED CENTERING**\*
- Enhanced **FRACTURE RESISTANCE**\*

**The newly enhanced G2™ Filter** continues the Bard tradition of filter **INNOVATION** spanning over a decade.

\* Data on File

TIMELESS PE

BPV-17-01-00142913
LMD1

## CLOT TRAPPING & CAVAL PATENCY

G2™ Filter utilizes the proven conical filter shape arranged into two offset layers that effectively trap large and small emboli without compromising caval patency.

## SECURE FIXATION

Now featuring a wider leg span and thicker fixation hooks, the newly enhanced G2™ Filter resists migration across an even broader range of caval distension and higher pressures.*

\* Maximum indicated caval diameter is 28 mm
   Data on File

## LOW-PROFILE

7F delivery system is the lowest profile of any conical filter on the market.



## SELF-CENTERING

Specially designed pusher wire and articulated arms promote a centered filter placement, even through tortuous anatomy.

RFORMANCE

BPV-17-01-00142914
LMD1



# G2™ FILTER SYSTEM

## for Permanent Placement



## ORDER INFORMATION

| Catalog No. | Description |
| --- | --- |
| RF-310F | G2™ Filter System — Femoral Delivery Kit |

PHYSICIAN'S SIGNATURE

For more information, contact:

**Bard Peripheral Vascular, Inc.**
P. O. Box 1740
Tempe, AZ 85280-1740
USA

Tel: 1-480-894-9515
     1-800-321-4254
Fax: 1-480-966-7062
     1-800-440-5376
www.bardpv.com

The safety and effectiveness of the G2 Filter System for use
as a retrievable or temporary filter have not been established.

Please consult product labels and package inserts for indications,
contraindications, hazards, warnings, cautions, and information for use.
Bard and Timeless Performance are registered trademarks of C. R. Bard, Inc.
or an affiliate. G2 is a trademark of C. R. Bard, Inc. or an affiliate.
Copyright © 2005, C. R. Bard, Inc. All Rights Reserved.     S11551-



**BARD**
PERIPHERAL
VASCULAR

BPV-17-01-00142915
LMD1