# Exhibit F

Robert Michael Carr, Jr.

Page 1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO, EAST COUNTY REGIONAL CENTER

MARY GIORDANO, individually )
and on behalf of the Estate of )
Jacqueline Keith and other )
qualified survivors, )
                                  Case No.
    Plaintiffs, )
                                  00069363-CU-PO-EC
vs. )
)
C.R. BARD, INC., a )
corporation, BARD PERIPHERAL )
VASCULAR, INC., a corporation, )
THOMAS BRANNIGAN, M.D, an )
individual, FRANKLIN KALMAR, )
M.D., an individual, SHARP )
GROSSMONT HOSPITAL, a )
corporation, SHARP HEALTHCARE, )
a corporation, and DOES 1 )
through 100 inclusive, )
)
    Defendants. )

VIDEOTAPED DEPOSITION OF ROBERT MICHAEL CARR, JR.

Phoenix, Arizona
November 5, 2013

BY: KIM BATA, RMR/CSR
Certified Reporter 50233

Golkow Technologies, Inc. - 1.877.370.DEPS

Robert Michael Carr, Jr.

Page 41

```
 1        A.   Again, the goal of the design is to
 2   minimize each of those.
 3        Q.   But was it your expectation that an
 4   IVC filter -- a Recovery filter, a G2 or G2
 5   Express -- must avoid complications of the type
 6   mentioned in that document?
 7        A.   No.
 8             MR. NORTH:  Objection to the form.
 9             THE WITNESS:  No.
10   BY MR. JOHNSON:
11        Q.   Sir, would you agree that optional
12   filters -- the Recovery, the G2, the G2
13   Express -- should perform as well as permanent
14   filters?
15        A.   Yes.
16             MR. NORTH:  Objection to the form.
17   BY MR. JOHNSON:
18        Q.   And during this time frame -- that is
19   the Recovery era, the G2 era and the G2 Express
20   era -- did Bard have a truly permanent filter
21   that was commercially available?
22             MR. NORTH:  Objection to the form.
23             THE WITNESS:  All of them are truly
24   permanent.
```