# Exhibit G

Do Not Disclose - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF ARIZONA
 3     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4
       In Re Bard IVC Filters Products
 5     Liability Litigation
 6                     No. MD-15-02641-PHX-DGC
 7
 8
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 9
10        DO NOT DISCLOSE - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
11
        VIDEOTAPED DEPOSITION OF DAVID HENRY, M.D.
12
                TAKEN AT: Leib Knott Gaynor
13       LOCATED AT: 219 North Milwaukee Street
                       Milwaukee, WI
14
                       April 6, 2017
15               10:07 a.m. to 12:28 p.m.
16             REPORTED BY ANITA K. FOSS
              REGISTERED PROFESSIONAL REPORTER
17
18
19
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
20
21
22
23
24
25
```

```
 1   in addition to the medication?
 2       A.  Well, we're not always certain how the
 3   body will react to blood thinning medication.  And
 4   if the patient has a pattern of -- of getting
 5   clots, there's concern that one more clot could --
 6   could be devastating.  You err on the side of
 7   caution, and you want to make sure that somehow the
 8   patient is protected.  And henceforth the notion of
 9   a filter would serve that purpose.
10       Q.  Somewhat of a belt-and-suspenders
11   approach here with the medicine and the filter?
12       A.  Yes.
13       Q.  Getting to the type of filter and your
14   discussions with the patient.  Did you have any
15   plan or follow-up that you implemented at the time
16   you saw Ms. Hyde for her to return so that she
17   could be evaluated for removal of the filter?
18       A.  Yes.  I said to her -- or I may have
19   said; I don't recall specifically speaking to
20   her -- but in the patients that I put temporary
21   filters in, ==I usually say to them, depending upon==
22   ==how you do over the interim and many other factors,==
23   ==that there's the potential that this filter could==
24   ==be permanent or be temporary.==
25       Q.  ==It could be either?==
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1        A.   Yes.
 2        Q.   Did you make any plan, or chart anywhere
 3   in the record, a follow-up appointment for her to
 4   have an assessment about whether or not it was
 5   appropriate in the future to remove the filter?
 6        A.   I don't specifically recall --
 7        Q.   I don't see one, but I --
 8        A.   -- if it's in writing or -- I do not -- I
 9   do not recall.
10        Q.   Well, if it was an appointment that you
11   made, there would typically be a notation of that
12   appointment?
13             MR. LEIB:  In his chart?
14   BY MR. SAELTZER:
15        Q.   Yes.  Yeah, you chart those type of
16   things?
17             MR. LEIB:  If you know.  If you recall.
18             THE WITNESS:  I don't particularly
19   recall.  But I see something here makes mention of
20   the fact that she was also seeing a hematologist
21   who would be fairly expert on her blood, the makeup
22   of her blood, hematology, her risk for clots, her
23   treatment options as well as anything I had to
24   offer or the internal medicine care doctor.  And
25   that's -- that's noted in here.
```