# Exhibit H

Lisa A. Hyde

Vol. 1

01/25/2017

```
 1   time?

 2        A    The benefits or risks?

 3        Q    Yeah.

 4        A    When I was in the hospital, no.

 5        Q    So Dr. Henry was the only physician that you

 6   discussed the IVC filter with?

 7        A    I believe so.

 8        Q    Do you recall that Dr. Henry mentioning

 9   anything about filter fracture or perforation?

10        A    No.

11        Q    Do you recall any conversation with

12   Dr. Henry about his recommendation of a temporary IVC

13   filter?

14        A    What I remember was he said these are

15   temporary filters but we're leaving them in. We leave

16   them in, and it's okay.

17        Q    Was there any discussion with Dr. Henry or

18   any other doctor at that time about potentially

19   retrieving the filter in the future?

20        A    No.

21        Q    You were under the belief that the filter

22   was going to be left in?

23        A    Yes.

24        Q    And that it was going to be left in

25   permanently, was that your belief?
```

1      A      Indefinitely.

2      Q      Was this the first time placement of an IVC

3      filter was suggested to you by a doctor?

4      A      Yes.

5      Q      Was anyone besides your husband present for

6      your conversation with Dr. Henry?

7      A      No.

8      Q      Were there any other doctors present?

9      A      Not that I remember.

10     Q      Were you given any written information or

11     pamphlets about IVC filters that you recall?

12     A      I don't recall.

13     Q      Is there anything else about your

14     conversation with Dr. Henry on that day that we have

15     not discussed that you can recall?

16     A      No.

17     Q      On February 25th, 2011, you received an IVC

18     filter; is that correct?

19     A      Yes.

20     Q      And that was implanted by Dr. Henry?

21     A      Yes.

22     Q      And you consented to treatment with an IVC

23     filter; is that correct?

24     A      Yes.

25             (Defendant's Exhibit D was marked for

```
 1        Q     Did you see that hematologist in hospital,

 2    while you were in the hospital?

 3        A     I believe I saw him in the hospital, then

 4    after.

 5        Q     And he is the one that told you that you

 6    needed to be on blood thinners the rest of your

 7    life?

 8        A     Yes.

 9        Q     Was there any discussion upon discharge that

10    the filter should be periodically checked for any

11    reason?

12        A     No.

13        Q     Was there any discussion of follow-up

14    treatment regarding potential removal?

15        A     No.

16        Q     Do you recall ever speaking to Dr. Henry

17    again after he placed your filter?

18        A     No.

19        Q     You stated in your Plaintiff Fact Sheet you

20    were first informed about your filter fracture on May

21    16th, 2014; is that correct?

22        A     I had the CT scan that day.

23        Q     Okay.

24        A     Yes.  And I was notified on May 19th --

25        Q     Okay.
```

```
 1    sense?

 2         A    Yes.

 3         Q    And you mentioned, so you were on blood

 4    thinners at that time; correct?

 5         A    Yes.

 6         Q    During that time, did you speak to any

 7    doctors about removing your IVC filter?

 8         A    No.

 9         Q    Or checking it any way with a scan?

10         A    No.

11         Q    The record shows a few weeks after your

12    filter implant on March 16th, 2011, you went to the

13    Wheaton Franciscan Healthcare Hospital E.R. for chest

14    pain; is that correct?

15         A    Yes.

16         Q    Can you describe that event, please.

17         A    I felt short of breath.  Something -- I felt

18    something wasn't right, so I thought I should have it

19    checked out.

20              My sister actually met me at the hospital,

21    so she was there.

22         Q    Any other symptoms that led you to go to the

23    E.R. on that day?

24         A    No.

25         Q    Do you recall about when the shortness of
```