# Exhibit I

Do Not Disclose - Subject to Confidentiality Review

```
 1                 IN THE CIRCUIT COURT OF

 2            THE SEVENTEENTH JUDICIAL CIRCUIT, IN

 3               AND FOR BROWARD COUNTY, FLORIDA

 4

 5    ----------------------------x

 6    CLARE AUSTIN,                 )  Case No.

 7                  Plaintiff,      )  CACE-15-008373

 8       v.                        )

 9    C.R. BARD, INC., a foreign    )

10    corporation and BARD          )

11    PERIPHERAL VASCULAR, INC.,     )

12    an Arizona corporation,        )

13                  Defendants.     )

14    ----------------------------x

15     Do Not Disclose – Subject to Further Confidentiality Review

16

17     VIDEOTAPED DEPOSITION OF KRISHNA KANDARPA, M.D.

18                  BETHESDA, MARYLAND

19                THURSDAY, JULY 19, 2018

20                    12:57 P.M.

21

22

23    Pages: 1 - 237

24    Reported by: Leslie A. Todd
```

Do Not Disclose - Subject to Confidentiality Review

```
 1    knew about this.  But, yes, I do recall that,

 2    yeah.

 3         Q    All right.  The third bullet point the

 4    question is asked:  "At what point must the filter

 5    be considered permanent?"  Do you see that?

 6         A    Yes.

 7         Q    Did you ask that question?

 8         A    Yeah.

 9         Q    What were you told?

10         A    It says:  "Six months."

11         Q    Okay.  Meaning what to you as the

12    medical monitor?

13         A    It means to me that it can be removed up

14    to six months of placement.  That's what it means

15    to me, yeah.

16         Q    And what did that mean to you as the

17    medical monitor with respect to a filter that

18    remains implanted after six months?

19         A    That means it -- it could not be taken

20    out because it's probably fibrosed into the --

21    into the structure of the venous wall, the IVC

22    wall.

23         Q    All right.  As the medical monitor in

24    this study, did you form a belief as to whether
```

Do Not Disclose - Subject to Confidentiality Review

```
1       A      Yeah.

2       Q      -- 39 patients, correct?

3       A      Well, I -- that's right, yeah, because

4   they said that four of them didn't get retrieved.

5   Three of them because of -- I mean, and -- and

6   they got lost to -- ten got lost to follow-up.

7       Q      Right.

8       A      But I don't know what happened to the

9   other 30.

10      Q      Okay.  Do we know what happened to any

11  of these 39 patients with respect to the

12  performance of the G2 filter after they left the

13  EVEREST Study?

14      A      Long term, I don't know.

15      Q      Do we know how many of those people

16  experienced an inability to have the device

17  retrieved like the three patients that were

18  adjudicated in the EVEREST Study?

19      A      As opposed to the doctor deciding they

20  needed to have it inside?

21      Q      Right.

22      A      I -- no, I don't know.

23      Q      In fact, this study was not designed to

24  look at patients beyond six months, correct?
```

```
 1        A    Correct.  Correct.

 2        Q    And the 39 patients that were not

 3   adjudicated, do we know how many of those patients

 4   suffered -- who may have had a migration, say, of

 5   less than 2 centimeters went on to have migrations

 6   of 2 centimeters or more?

 7        A    It's not that they were not adjudicated.

 8   They were not adjudicated for the retrieval

 9   because they were -- they were not retrieved.

10        Q    Right.

11        A    No, I don't know what happened to them

12   after that.  No.

13        Q    And this study certainly could have been

14   designed to follow those patients, true?

15        A    It could have been, yeah.

16        Q    And if Bard wanted to know how

17   patients -- how this device would perform in

18   patients beyond six months, they could have easily

19   have designed the study to have those patients

20   followed to see how the -- how the device would

21   perform beyond six months.

22        A    That's right.

23             MR. NORTH:  Objection to the form.

24             THE WITNESS:  I suppose they could.
```