Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation<br><br>LISA HYDE and MARK HYDE, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF LODGING CERTAIN EXHIBITS RELATED TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS *IN LIMINE*** |

Pursuant to LRCiv 5.6(d), Plaintiffs submit this Notice of Lodging Certain Exhibits Related to Plaintiffs' Responses to Defendants' Motions *in Limine*.

Plaintiffs provide notice that, pursuant to LRCiv 5.6(d), they have lodged with the Court the documents listed on Exhibit A to this Notice.

Defendants contend that the documents listed in Exhibit A are confidential and should be filed under seal.  As required under LRCiv 5.6(d), Plaintiffs certify that on August 28, 2018, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be

filed under seal.  Plaintiffs do not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

This dispute notwithstanding, the parties have agreed to continue to meet and confer on the documents at issue.

RESPECTFULLY SUBMITTED this 28th day of August, 2018.

>GALLAGHER & KENNEDY, P.A.
>
>By: */s/ Mark S. O'Connor*
>    Mark S. O'Connor
>    2575 East Camelback Road
>    Phoenix, Arizona  85016-9225
>
>LOPEZ McHUGH LLP
>    Ramon Rossi Lopez (CA Bar No. 86361)
>    (admitted *pro hac vice*)
>    100 Bayview Circle, Suite 5600
>    Newport Beach, California 92660
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*/s/ Jessica Gallentine*

# EXHIBIT A

| Plaintiffs' Response to Defendants' Motion *in Limine* No. 3 to Exclude Evidence of the SNF as a Reasonable Alternative Design | Ex. J, Medical Monitor Meeting Minutes, 08/29/2005 |
|---|---|
| Plaintiffs' Response to Defendants' Motion *in Limine* No. 3 to Exclude Evidence of the SNF as a Reasonable Alternative Design | Ex. K, McMeeking Rebuttal Report, 05/11/17 |

Case 2:15-md-02641-DGC   Document 12395   Filed 08/28/18   Page 3 of 3