1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER RE NOTICE OF LODGING EXHIBITS RELATED PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS *IN LIMINE*** |

Plaintiffs' filed a Notice of Lodging Exhibits Under Seal Related to Plaintiff's Responses to Defendants' Motions *in Limine* docket number 12394.

Based on Plaintiffs' Notice and good cause appearing, it is ordered that the Clerk shall file under seal the documents lodged by Plaintiffs at docket number 12394.