Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| LISA HYDE and MARK HYDE, a married couple,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>             Defendants. | **PLAINTIFFS' PROPOSED VERDICT FORM**<br><br>(Assigned to the Honorable David G. Campbell) |

In accordance with the Court's Order dated July 13, 2018 (Doc. 11872), Plaintiffs hereby submit their proposed Verdict Form.

We, the jury empaneled and sworn in the above action, upon our oaths, find as follows:

A. LIABILITY 1. Strict Product Liability Design Defect Claim (Reference WI JI-CIVIL 3209.1)

1. When the Filter left the control of the Bard Defendants and reached Ms. Hyde, was it in such a defective condition as to be unreasonably dangerous to Ms. Hyde?

_____Yes     _____No

2. If you answered "yes" to Question No. 1, then answer this question. Otherwise do not answer it. Was the defective condition a cause of the injury?

_____Yes     _____No

3.  Were the Bard Defendants negligent?

_____Yes     _____No

4.  If you answered "yes" to Question No. 3, then answer this question. Otherwise do not answer it. Was the negligence a cause of the injury?

_____Yes     _____No

B.     DAMAGES-(Reference WI JI_CIVIL 1700,1750.1)

You must answer the following damage questions no matter how you answered any of the previous questions in the verdict. The amount of damages, if any, found by you should in no way be influenced by how answered any previous questions in the verdict.

5.  Did Mr. Hyde sustain a loss of consortium?

\_\_\_\_\_Yes    _____No

6. What sum of money will fairly and reasonably compensate the Plaintiffs with respect to:

    (a) Past health care expenses?                                    $_____
    (b) Future health care expenses?                                 $_____
    (c) Past pain, suffering and disability?                           $_____
    (d) Future pain, suffering and disability?                        $_____

2

     (e) Loss of consortium          $_____

C.    PUNITIVE DAMAGES (Reference WI JI_CIVIL 1707.2)

7. Did the Bard Defendants act maliciously toward Ms. Hyde or in an intentional disregard of the rights of Ms. Hyde?

    _____Yes _____No

If you answered the previous question "yes", answer this question:

8. What sum, if any, do you award against the Bard defendants as punitive damages?

    Answer:  $_____

---

Presiding Juror Number                                      Date

RESPECTFULLY SUBMITTED this 28th day of August, 2018.

                                        GALLAGHER & KENNEDY, P.A.

                                        By:*/s/ Mark S. O'Connor*
                                               Mark S. O'Connor
                                               2575 East Camelback Road
                                               Phoenix, Arizona 85016-9225

                                        LOPEZ McHUGH LLP
                                               Ramon Rossi Lopez (CA Bar No. 86361)
                                               (admitted *pro hac vice*)
                                               100 Bayview Circle, Suite 5600
                                               Newport Beach, California 92660

                                        *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                  */s/ Jessica Gallentine*