IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No: **cv-18-2731-PHX-DGC**<br>MDL: No. 2641 |
| This Document Relates to Plaintiff<br><br>LARRY MACE | MDL **Case: 2:15-md-2641-DGC** |

### NOTICE OF APPEARANCE

The undersigned attorneys, WIL H. FLORIN, of the law firm of FLORIN ROEBIG, P.A., hereby gives notice of his appearance as counsel for Plaintiff, LARRY MACE, in this action. Copies of all pleadings, motions and correspondence concerning this case should be served upon the undersigned.

Dated:  August 29, 2018

Respectfully submitted,

**FLORIN ROEBIG, P.A.**

_s/ WIL H. FLORIN_
**WIL H. FLORIN, ESQUIRE**
Florida Bar No: 0337234
**ERIC P. CZELUSTA, ESQUIRE**
Florida Bar No: 152315
Primary Email:  WHF@FlorinRoebig.com
Secondary Emails:  ECzelusta@FlorinRoebig.com
Dewing@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida  34683
Telephone No: (727) 786-5000
Facsimile No: (727) 772-9833
Attorneys for Plaintiff MACE