James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **DEFENDANTS' MOTION FOR EXTENSION AND DATE CERTAIN FOR SEALING TRIAL EXHIBITS IN *JONES* MDL CASE** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") hereby respectfully move this Court, for an additional extension of the redaction request deadlines and to set a date certain for motions addressing the confidentiality of exhibits admitted into evidence during the *Jones v. Bard* trial.

The current redaction request deadline is August 30, 2018. Bard requests that the Court extend the deadline and set a date certain after the Pretrial Conference in *Hyde v. Bard* on September 6, 2018, when the Court has indicated that it will address the issues of redaction and sealing of exhibits. Bard  only seeks the opportunity to seal certain exhibits

that were admitted in *Jones* and that were not admitted in *Booker* and were not addressed by the Court's prior rulings. Bard believes that this revised deadline will be more efficient for the parties and the Court in addressing these issues after the parties have further discussed it on September 6, 2018.

RESPECTFULLY SUBMITTED this 30th day of August, 2018.

/s/ Richard B. North, Jr.
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

**Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000