IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC  **ORDER** |
| This Document Relates to:  Lisa Hyde, et al. v. C. R. Bard, Inc., et al. CV-16-00893-PHX-DGC | |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Extension and Date Certain for Sealing Trial Exhibits in *Jones* MDL Case, and for other good cause shown, the Motion is hereby granted, and the Court will set a date certain for sealing trial exhibits in *Jones* MDL case at the Pretrial Conference scheduled on September 6, 2018.