## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                MDL 2641

THIS DOCUMENT RELATES TO:

*Betty Ann Nichols v. C.R. Bard, Inc.*
*Civil Action No.: 2:17-cv-00861-DGC*

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW, Plaintiff and Defendants in the above-referenced action, and through their respective counsel of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

STIPULATED & AGREED:
*By: Attorney for Plaintiff*                            *Attorney for Defendant*

*/s/ Peyton P. Murphy*                                  */s/Richard B. North, Jr.*
Peyton P. Murphy                                        Richard B. North, Jr.
MURPHY LAW FIRM, LLC                                    NELSON MULLINS RILEY &
2354 S. Acadian Thruway                                 SCARBOROUGH, LLP
Baton Rouge, LA 70808                                   201 17th Street, Suite 1700, Atlantic Station
Peyton@murphylawfirm.com                                Atlanta, GA 30363
Telephone: (225) 928-8800                               Richard.North@NelsonMullins.com
Facsimile: (225) 246-8780                               Telephone: (404) 322-6155

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

**MURPHY LAW FIRM, LLC**
*Attorney for Plaintiff*

*/s/ Peyton P. Murphy*
Peyton P. Murphy
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Peyton@murphylawfirm.com
Telephone: (225) 928-8800
Facsimile: (225) 246-8780