UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No. MD-15-02641-PHX-DGC

**THIS DOCUMENT RELATES TO:**

Peggy Duhe v. C.R. Bard, Inc., et al            Cival Action No. 2:16-cv-03359

**NOTICE OF CHANGE OF ADDRESS AND FIRM NAME**

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

Pursuant to Local Rule 8.3, the undersigned counsel notified the Clerk's office of the following changes:

Previous Information:   Matthew B. Moreland
Jennifer L. Crose
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445
Email: mmoreland@becnellaw.com
jcrose@becnellaw.com

Current/Updated
Information:            Matthew B. Moreland
Jennifer L. Crose
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799
Email: mmoreland@jimshall.com
jcrose@jimshall.com

This the 31st day of August, 2018

/s/Jennifer L. Crose
Matthew B. Moreland (LA Bar #24567)
Jennifer L. Crose (LA Bar #32116)

Jim S. Hall & Associates, LLC  
800 N. Causeway Blvd, Ste 100  
Metairie, LA 70001  
(504) 832-3000  
Fax: (504) 832-1799  
Email: mmoreland@jimshall.com  
jcrose@jimshall.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record on this 31st day of August, 2018.

>/s/*Jennifer L. Crose*
> Matthew B. Moreland (LA Bar #24567)
> Jennifer L. Crose (LA Bar #32116)
> Jim S. Hall & Associates, LLC
> 800 N. Causeway Blvd, Ste 100
> Metairie, LA 70001
> (504) 832-3000
> Fax: (504) 832-1799
> Email: mmoreland@jimshall.com
> jcrose@jimshall.com