AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Joann Copeland | ) | MDL Case No. 2:15-md-02641-DGC |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.  2:18-cv-02747-DGC |
| C.R. Bard, Inc., et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joann Copeland

Date:  09/04/2018

/s/ Todd E. Hilton
*Attorney's signature*

Todd E. Hilton, MO Bar #51388
*Printed name and bar number*

Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
*Address*

hilton@stuevesiegel.com
*E-mail address*

(816) 714-7100
*Telephone number*

(816) 714-7101
*FAX number*