AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Donald Hill | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-02755-DGC |
| C.R Bard, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald Hill, Plaintiff .

Date:  08/31/2018

/s/ Daniel C. Burke
*Attorney's signature*

Daniel C. Burke (Bar No: NY-2626240)
*Printed name and bar number*

Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
*Address*

dburke@bernlieb.com
*E-mail address*

(212) 779-1414
*Telephone number*

(212) 779-3218
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ Daniel C. Burke