FARACI LANGE, LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614
(585) 325-5150 (telephone)
(585) 325-3285 (facsimile)
hmatarazzo@faraci.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This applies to:<br><br>Maureen A. DeWitt and Ward DeWitt v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | SUGGESTION OF DEATH<br><br>No. MD-15-02641-PHX-DGC<br><br>Civil Action No. CV-18-02271-PHX-DGC |

Hadley L. Matarazzo, attorney for the Petitioner in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Maureen A. DeWitt during the pendency of this action.

Dated: Rochester, New York
August 31, 2018

**FARACI LANGE, LLP**

By:*/s/* Hadley L. Matarazzo

Hadley L. Matarazzo (NY Bar No. 437785)
(admitted *pro hac vice*)
28 E. Main Street, Suite 1100
Rochester, New York 14614
(585) 325-5150 (telephone)
(585) 325-3285 (facsimile)
hmatarazzo@faraci.com

*Attorneys for Plaintiff*

- 1

I hereby certify that on this 31st day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Hadley L. Matarazzo

- 2