IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This document relates to Plaintiffs:<br><br>*Keely Niemyer v. C.R. Bard, Inc.*<br>*No. 16-cv-02236*<br><br>*Harleigh Alverson v. C.R. Bard, Inc.*<br>*No. 17-cv-00642*<br><br>*Robert Waldon v. C.R. Bard, Inc.*<br>*No. 17-cv-00762*<br><br>*Gary Grantham v. C.R. Bard, Inc.*<br>*No. 17-cv-03180* | No. MDL 15-02641-DGC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF'S COUNSEL** |

### NOTICE OF WITHDRAWAL AND SUBSTITUION OF PLAINTIFF'S COUNSEL

PLEASE TAKE NOTE THAT pursuant to LRCiv 83.3(b)(4) Anne R. Vankirk of Driggs, Bills & Day, PLLC, withdraws as counsel of record for Plaintiffs in the above referenced actions and that Brandon L. Rich of Driggs, Bills & Day, PLLC, is substituted as counsel for Plaintiffs in the schedule of action attached hereto as Exhibit A.

//

//

//

//

RESPECTFULLY SUBMITTED this 7th day of September, 2018

*/s/ Anne R. Vankirk (with consent)*
Anne R. Vankirk, WA #
Driggs, Bills & Day, PLLC
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 607-9098
avankirk@lawdbd.com

*/s/ Brandon L. Rich*
Brandon L. Rich, WA #49181
Driggs, Bills & Day, PLLC
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 607-9098
brich@lawdbd.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

> */s/ Brandon L. Rich*
> Brandon L. Rich, WA #49181
> Driggs, Bills & Day, PLLC
> 2125 Western Avenue, Ste. 500
> Seattle, WA 98121
> (206) 607-9098
> brich@lawdbd.com