**EXHIBIT A**

Keely Niemyer v. C.R. Bard, Inc.
No. 16-cv-02236

Harleigh Alverson v. C.R. Bard, Inc.
No. 17-cv-00642

Robert Waldon v. C.R. Bard, Inc.
No. 17-cv-00762

Gary Grantham v. C.R. Bard, Inc.
No. 17-cv-03180