IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>2:18-cv-02822-DGC <br><br>LAZETA AND BRIAN DAVIS <br><br>Plaintiff, <br><br>v. <br><br>C. R. BARD, INC., et al., <br><br>Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Lazeta and Brian Davis.

Dated: 09/10/2018                   Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**

                                           4740 Grand Ave., Suite 300
                                           Kansas City, MO 64112
                                           (816) 701-1100
                                           (816) 531-2372 (fax)
                                           ddegreeff@wcllp.com

                                           ***Attorneys for Plaintiff***

      I hereby certify that on this 10th day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    */s/ David C. DeGreeff*