IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/~~Deceased~~ Party:
   VICTORIA C. ATILLA

2. Spousal Plaintiff/~~Deceased~~ Party's spouse or other party making loss of consortium claim:
   TARIK ATILLA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____

4. Plaintiff's/~~Deceased~~ Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   NEW YORK

5. Plaintiff's/~~Deceased~~ Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   NEW YORK

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   NEW YORK

7. District Court and Division in which venue would be proper absent direct filing:
   US DISTRICT COURT - WESTERN DISTRICT OF NEW YORK

8. Defendants (check Defendants against whom Complaint is made):
   - ☑ C. R. Bard Inc.
   - ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☑ Diversity of Citizenship
   - ☐ Other: _____
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☑ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

- 2 -

|   |   |   |
|---|---|---|
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:
June 25, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Manufacturing Defect
- ✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ✓ Count III: Strict Products Liability – Design Defect
- ✓ Count IV: Negligence - Design
- ✓ Count V: Negligence - Manufacture
- ✓ Count VI: Negligence – Failure to Recall/Retrofit
- ✓ Count VII: Negligence – Failure to Warn
- ✓ Count VIII: Negligent Misrepresentation
- ✓ Count IX: Negligence *Per Se*
- ✓ Count X: Breach of Express Warranty
- ✓ Count XI: Breach of Implied Warranty
- ✓ Count XII: Fraudulent Misrepresentation
- ✓ Count XIII: Fraudulent Concealment
- ✓ Count XIV: Violations of Applicable New York (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ✓ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ✓ Punitive Damages

- 3 -

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 11th day of September, 20 18.

CELLINO & BARNES, P.C.C

By: /s/ Brian A. Goldstein
Brian A. Goldstein
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 888-8888 / Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

I hereby certify that on this 11th day of September, 20 18, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Brian A. Goldstein