IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Donald Butterbaugh

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   New York

5. Plaintiff's/~~Deceased~~ Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court-Western District of New York

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C. R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

- 2 -

|   |   |   |   |
|---|---|---|---|
| 1 |   | ☑ | Denali® Vena Cava Filter |
| 2 |   | ☐ | Other: _____ |

11. Date of Implantation as to each product:

    April 10, 2016
    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:     Strict Products Liability – Manufacturing Defect
    ☒ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
    ☒ Count III:   Strict Products Liability – Design Defect
    ☒ Count IV:    Negligence - Design
    ☒ Count V:     Negligence - Manufacture
    ☒ Count VI:    Negligence – Failure to Recall/Retrofit
    ☒ Count VII:   Negligence – Failure to Warn
    ☒ Count VIII:  Negligent Misrepresentation
    ☒ Count IX:    Negligence *Per Se*
    ☒ Count X:     Breach of Express Warranty
    ☒ Count XI:    Breach of Implied Warranty
    ☒ Count XII:   Fraudulent Misrepresentation
    ☒ Count XIII:  Fraudulent Concealment
    ☒ Count XIV:   Violations of Applicable  New York  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    ☐ Count XV:    Loss of Consortium
    ☐ Count XVI:   Wrongful Death
    ☐ Count XVII:  Survival
    ☒ Punitive Damages

- 3 -

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 11th day of September, 20 18.

CELLINO & BARNES, P.C.C

By: /s/ Brian A. Goldstein
Brian A. Goldstein
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 888-8888 / Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

I hereby certify that on this 11th day of September, 20 18, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Brian A. Goldstein

- 4 -