# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Lisa Hyde and Mark E. Hyde, a married couple, | No. CV-16-00893-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

The parties have submitted deposition and trial excerpts for the Court's review. This order includes the Court's ruling on objections contained in some of these excerpts. The order will identify objections by the number of the transcript page on which they appear. If more than one objection appears on a page, the order will either identify the line on which the objection starts or, if the ruling is the same for all objections on the page, will simply identify the page. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page. The Court notes that some of the objections in these transcripts are very confusing, with multiple colors, no indication of which party is making which objection, and some apparent

1  references to prior Court rulings without explanation.  (Example – Sullivan page 62.)
2  The Court has done its best to understand what the parties are asserting on these pages,
3  and has no time for the parties to redo the submissions.

4  A.     Dr. Kandarpa.  The Court ruled at the final pretrial conference that Plaintiffs could
5  present non-opinion testimony from Dr. Kandarpa and opinion testimony admissible
6  under Rule 701, but could not present opinion testimony admissible under Rule 702
7  because they had never identified Dr. Kandarpa as an expert or made the disclosures
8  required by Rule 26(a)(2).  The rulings below reflect the Court's application of this
9  decision to Dr. Kandarpa's testimony.  When Dr. Kandarpa's opinion appears to be based
10 primarily on his role as medical monitor of the Everest study, the Court has overruled the
11 objection.  Where his opinion appears to be unrelated to the study and based on his
12 general expertise, the Court has sustained the objection.

13        1.    26 – overruled.
14        2.    28 – overruled.
15        3.    29 – overruled.
16        4.    33 – overruled.
17        5.    35 – overruled.
18        6.    47 – overruled.
19        7.    49:18 to 50:5 – sustained.
20        8.    51 – overruled.
21        9.    53 – overruled.
22        10.   55 – overruled.
23        11.   57 – overruled.
24        12.   58 – overruled.
25        13.   59 – overruled.
26        14.   60:4-16 – sustained.
27        15.   63 – sustained.
28        16.   66 – overruled.

1     17.    72 – overruled.
2     18.    73:16-22 – overruled.
3     19.    73:23 – overruled.
4     20.    74 – sustained.
5     21.    81 – overruled.
6     22.    95 – overruled.
7     23.    96 – overruled.
8     24.    98 – overruled.
9     25.    100:2 – overruled.
10    26.    100:8-22 – sustained.
11    27.    100:24 – overruled.
12    28.    101 – overruled.
13    29.    102 – overruled.
14    30.    103 – overruled.
15    31.    104 – overruled.
16    32.    105 – overruled.
17    33.    106 – overruled.
18    34.    107 – overruled.
19    35.    112 – overruled.
20    36.    115 – overruled.
21    37.    116 – overruled.
22    38.    117 – overruled.
23    39.    119 – overruled.
24    40.    122 – overruled.
25    41.    125 – overruled.
26    42.    126:1-15 – sustained.
27    43.    126:17 – overruled.
28    44.    128:1-12 – sustained.

| | | |
|---|---|---|
| 1 | 45. | 131:11 to 132:10 – sustained. |
| 2 | 46. | 133:3-15 – sustained. |
| 3 | 47. | 136 – overruled. |
| 4 | 48. | 137:9 – overruled. |
| 5 | 49. | 150 – overruled. |
| 6 | 50. | 151:9-20 – sustained. |
| 7 | 51. | 152 – overruled. |
| 8 | 52. | 169:2-12 – overruled. |
| 9-10 | 53. | 169:19 to 174:22 – overruled if Defendants can overcome the hearsay objection (i.e., if the Everest study is admitted at trial). |
| 11 | 54. | 176 – overruled. |
| 12 | 55. | 181 – overruled. |
| 13-14 | 56. | 182:17 to 183:16 – overruled if Defendants can overcome the hearsay objection. |
| 15 | 57. | 193 – overruled. |
| 16-17 | 58. | 196 – overruled (counsel made no objection to the leading question; this is true of all leading objections that follow, unless noted). |
| 18 | 59. | 197:2 – overruled. |
| 19 | 60. | 197:13 – overruled. |
| 20 | 61. | 199 – overruled. |
| 21 | 62. | 200 – overruled. |
| 22 | 63. | 206 – overruled. |
| 23 | 64. | 208 – overruled. |
| 24 | 65. | 209 – overruled. |
| 25 | 66. | 210 – overruled. |
| 26 | 67. | 211 – overruled. |
| 27 | 68. | 212 – overruled. |
| 28 | 69. | 215 – overruled. |

|   |   |   |   |
|---|---|---|---|
| 1 |    | 70. | 217:12 to 218:3 – sustained, leading, objected to by defense counsel. |
| 2 |    | 71. | 218:23 to 2109:8 – sustained. |
| 3 |    | 72. | 219:16 to 220:2 – sustained. |
| 4 |    | 73. | 220:3-21 – overruled. |
| 5 |    | 74. | 224 – overruled. |
| 6 |    | 75. | 226 – overruled. |
| 7 |    | 76. | 231 – overruled. |
| 8 | B. | Dr. Ciavarella. | |
| 9 |    | 1. | 166 – no testimony designated. |
| 10-12 |  | 2. | 174-76 – no basis provided for the Court to rule on the 602 objection – the parties did not include the portion of the deposition where the witness states what he knows about the document. Overruled. |
| 13 |    | 3. | 175:10 – overruled. |
| 14 |    | 4. | 247:15- 23 – sustained. |
| 15 |    | 5. | 250:2-15 – sustained. |
| 16-17 |  | 6. | 293 – no basis for the Court to rule because the parties have not provided context for this testimony. Overruled. |
| 18 |    | 7. | 294 – sustained. Rule 602. |
| 19 |    | 8. | 357:13-23 – sustained. Rule 402. |
| 20 |    | 9. | 358:2-25 – sustained. Rule 402. |
| 21 |    | 10. | 362:17 to 363:16 – sustained. Rule 402. |
| 22 | C. | Dr. Trerotola. | |
| 23 |    | 1. | 19:7-14 – sustained. Rule 402. |
| 24 |    | 2. | 22:24 to 23:22 – sustained. Rule 402. |
| 25 |    | 3. | 27 – overruled. |
| 26 |    | 4. | 31:17-24 – sustained. Rule 402. |
| 27 |    | 5. | 77 – overruled. |
| 28 |    | 6. | 80 – overruled. |

|   |   |   |   |
|---|---|---|---|
| 1 |   | 7. | 93 – overruled. |
| 2 |   | 8. | 94 – overruled. |
| 3 |   | 9. | 99:4-7 – sustained.  No question designated. |
| 4 |   | 10. | 105 – overruled. |
| 5 |   | 11. | 109 – overruled. |
| 6 |   | 12. | 119 – overruled. |
| 7 |   | 13. | 127-29 – overruled. |
| 8 |   | 14. | 134 – overruled. |
| 9 |   | 15. | 135 – overruled. |
| 10 |   | 16. | 177 – overruled. |
| 11 |   | 17. | 178-79 – overruled. |
| 12 | D. | Dr. Brauer. | |
| 13 |   | 1. | 242 – overruled. |
| 14 |   | 2. | 262 – sustained. |
| 15 |   | 3. | 356-57 – sustained. |
| 16 |   | 4. | 358-59 – sustained. |
| 17 |   | 5. | 360:17 to 361:13 – sustained. |
| 18 | E. | Jack Sullivan. | |
| 19 |   | 1. | 62:14 to 63:1 – sustained.  Rule 402. |
| 20 |   | 2. | 64:20 to 65:1 – sustained,  Rule 402. |
| 21 |   | 3. | 64:17-22 – sustained.  Rule 402. |
| 22 |   | 4. | 83:23 to 84:18 – sustained.  Rule 402. |
| 23 |   | 5. | 85:25 to 86:2 – sustained.  Rule 402. |
| 24-26 |   | 6. | 92, 251 – overruled.  If Defendants are going to present evidence of warnings to doctors as part of their design defect defense, Plaintiffs may present evidence to show the warnings were incomplete or inaccurate. |
| 27 |   | 7. | 265-66 – sustained.  Rule 402. |
| 28 |   | 8. | 317-18 – sustained.  Rule 402. |

9. 354:5-16 – sustained.  Rule 402.
10. 434:6 to 435:4 – sustained.  Rule 402.
11. 448:18-25 – sustained.  Rule 402.
12. 450 – overruled.
13. 457:13-25 – sustained.  Rule 602.
14. 458:13 to 459:23 – sustained.  Rule 602.
15. 461 – sustained.  Rule 602.
16. 462:15-18 – sustained.  Rule 402.
17. 463 – overruled.
18. 464:18 to 465:15 – sustained.  Rule 602.
19. 465:14 to 466:4 – sustained.  Rule 602.
20. 466:14-22 – sustained.  Rule 402.
21. 467 – overruled.
22. 468 – overruled.
23. 535:10 – overruled.
24. 525:22 – overruled.
25. 526-27 – overruled.
26. 528 – overruled.
27. 533 – overruled.
28. 535 – sustained.
29. 536:9-25 – sustained.  Rule 402.
30. 537:25 to 539:4 – sustained.  Rule 402.

F. Robert Cortelezzi.
1. 66:19 to 67:18 – sustained.  Rule 402.
2. 260 – overruled.
3. 264 – sustained.  Rule 402.
4. 308:6 – overruled.
5. 308:17 – sustained.  Rule 402.

1       6.    349 – overruled.

2       7.    367-68 – overruled.

3   G.    Len DeCant.

4       1.    287 – sustained.  Rule 402.

5       2.    304:10-17 – sustained.  Rule 402.

6   H.    Robert Ferrara.

7       1.    100 – no testimony designated.

8       2.    103:16 to 104:11 – sustained.

9       3.    104:12-24 – sustained.  Rule 402.

10      4.    111:6-22 – sustained.  Rule 402.

11      5.    113 – overruled.

12      6.    116:9-24 – sustained.  Rule 402.

13      7.    117 – sustained.  Rule 402.

14      8.    121:20 to 122:11 – sustained.  Rule 402.

15      9.    231:22 to 232:16 – sustained.  Rule 602.

16      10.    233 – sustained.  Rule 402.

17      11.    249 – overruled.

18      12.    250 – overruled.

19      13.    251 – overruled.

20      14.    281 – sustained.  No answer designated.

21      15.    291:2 to 293:1 – sustained.  Rule 402.

22  I.    Natalie Wong.

23      1.    34:1 – overruled.

24      2.    34:20 to 35:6 – sustained.  Rule 602.

25      3.    35:13 – overruled.

26      4.    120 – overruled.

27      5.    121 – sustained.  No question designated.

28

1  J.   Dr. Moritz.
2       1.   101 – sustained.
3       2.   114 – overruled.
4       3.   123 – overruled.
5       4.   129 – overruled.
6       5.   137 – sustained.
7       6.   205 – overruled.
8       7.   207 – overruled.
9  K.   Douglas Uelmen.
10      1.   64-65 – sustained.
11      2.   67 – Plaintiffs' objection overruled.  Bard objects, but also states that it is including for completeness.  ?
13      3.   68 – sustained.  Rule 402.
14      4.   325 – overruled.  The Court has precluded evidence regarding Recovery cephalad migration deaths, not all references to death as a risk of filter migration.
17      5.   326:20 to 327:2 – sustained.
18      6.   327-28 – overruled.
19      7.   329:5 to 330:3 – sustained.
20      8.   332 – overruled.
21      9.   333 – overruled.
22      10.  367-68 – overruled.
23      11.  387-88 – overruled.
24      12.  389:2-13 – should be excluded consistent with ruling on Recovery migration deaths.
26 L.   Brian Hudson.
27      1.   137 – overruled.
28      2.   153 – no answer designated.

3. 245 – overruled.
4. 246 – overruled.
5. 288:5 – overruled.
6. 288:18 – overruled.
7. 289 – overruled.

M. Patrick McDonald.

1. 171-74, 192 – sustained.  Same instruction as the Court provided before (see red-typed language quoted in upper left-hand corner of 171).
2. 175 to 178:17 – sustained.  Rule 602.
3. 194:18 to 195:10 – sustained.
4. 201-02 – sustained.

N. John McDermott.

1. 142-44, 166, 168, 310 – the Court stands by its previous rulings.
2. 153-54 – sustained.  Rule 402.
3. 228 – no answer designated.
4. 288-89 – sustained.  Rule 402.
5. 290:15-25 – sustained.
6. 349 – sustained.  Rule 402.

O. Jason Greer.

1. 59-60, 145, 146-47, 176 – the Court stands by its previous rulings.
2. 115 – sustained.
3. 170 – sustained.
4. 174-75 – overruled.

Dated this 12th day of September, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge