# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for his Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Gary Levingston

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Melissa Levingston, as Representative of the Estate of Gary Levingston, Deceased

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Missouri

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Missouri

6. Plaintiff's currents state(s) [if more than one Plaintiff] of residence:

Missouri

7. District Court and Division in which venue would be proper absent direct filing:

United Stated District Court for the Western District of Missouri

8. Defendants (check Defendants against whom Complaint is made):

   ■ C.R. Bard Inc.

   ■ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ■ Diversity of Citizenship

   □ Other: _____

   □ Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inverior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    □ Recovery® Vena Cava Filter

    □ G2® Vena Cava Filter

    □ G2® Express (G2®X) Vena Cava Filter

    ■ Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

June 1, 2010

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

■    Count I:     Strict Products Liability – Manufacturing Defect

■    Count II:     Strict Products Liability – Information Defect (Failure to Warn)

■    Count III:     Strict Products Liability – Design Defect

■    Count IV:     Negligence - Design

■    Count V:     Negligence - Manufacture

■    Count VI:     Negligence – Failure to Recall/Retrofit

■    Count VII:     Negligence – Failure to Warn

■    Count VIII:     Negligent Misrepresentation

■    Count IX:     Negligence *Per Se*

■    Count X:     Breach of Express Warranty

■    Count XI:     Breach of Implied Warranty

■    Count XII:     Fraudulent Misrepresentation

■    Count XIII:     Fraudulent Concealment

■    Count XIV:     Violations of Applicable MO (insert state)

Missouri Merchandising Practices Act Chapter 407

| | | |
|---|---|---|
| ■ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ■ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below: | |

_____

_____

RESPECTFULLY SUBMITTED this 13th day of September 2018.

**PIERCE SKRABANEK, PLLC**

*/s/ Sofia E. Bruera*
Sofia E. Bruera
Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-Mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that on this 13th day of September, 2018, I electronically transmitted the attached documents to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Sofia E. Bruera*
Sofia E. Bruera