# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff:<br><br>GARY LEVINGSTON<br>2:18-cv-00476-DGC | Case No. MD-15-02641-PHX-DGC |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Substitute Party and Motion for Leave to Amend Short Complaint filed by Plaintiff is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this \_\_\_\_\_ day of _____, 2018.

_____
Honorable Judge David G. Campbell
United States District Court Judge