# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS                     MDL Case No. 2:15-md-02641-DGC
PRODUCTS LIABILITY LITIGATION               MDL No. 2641

THIS DOCUMENT RELATES TO:

Kevin Sanchez

Case No. 2:17-cv-1889

## NOTICE OF ERRATA OF SHORT FORM COMPLAINT

TO:    CLERK OF COURT AND ALL OTHER PARTIES:

Please take notice that because of a typographical error the product identification (Question 10) on the SHORT FORM COMPLAINT was incorrectly marked Other. The correct product identification is Recovery® Vena Cava Filter. Plaintiffs submit as Exhibit 1 the Corrected SHORT FORM COMPLAINT, correcting the typographical error by changing the product identification from Other to Recovery® Vena Cava Filter.

Dated:  September 14, 2018

                                        Respectfully submitted,

                                        **BERTRAM & GRAF, L.L.C.**

                                         /s/ Benjamin A. Bertram
                                        Benjamin A. Bertram, MO #56945
                                        2345 Grand Blvd., Suite 1925
                                        Kansas City, MO  64108
                                        Telephone:   816-523-2205
                                        Fax:         816-523-8258
                                        benbertram@bertramgraf.com
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Benjamin A. Bertram
Benjamin A. Bertram