# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**CORRECTED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Kevin Sanchez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New Mexico

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Mexico

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Mexico

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for New Mexico

8. Defendants (check Defendants against whom Complaint is made):

   x    C.R. Bard Inc.

   x    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   x    Diversity of Citizenship

   ☐    Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    x    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

Meridian® Vena Cava Filter

Denali® Vena Cava Filter

Other: _____

11. Date of Implantation as to each product:

March 26, 2004

12. Counts in the Master Complaint brought by Plaintiff(s):

- x  Count I: Strict Products Liability – Manufacturing Defect
- x  Count II: Strict Products Liability – Information Defect (Failure to Warn)
- x  Count III: Strict Products Liability – Design Defect
- x  Count IV: Negligence - Design
- x  Count V: Negligence - Manufacture
- x  Count VI: Negligence – Failure to Recall/Retrofit
- x  Count VII: Negligence – Failure to Warn
- x  Count VIII: Negligent Misrepresentation
- x  Count IX: Negligence *Per Se*
- x  Count X: Breach of Express Warranty
- x  Count XI: Breach of Implied Warranty
- x  Count XII: Fraudulent Misrepresentation

-3-

| | | |
|---|---|---|
| x | Count XIII: | Fraudulent Concealment |
| x | Count XIV: | Violations of Applicable <u>New Mexico</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| x | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 14th day of September, 2018.

**BERTRAM & GRAF, L.L.C.**

By: /s/ Benjamin A. Bertram

Benjamin A. Bertram, MO Bar #56945
2345 Grand Blvd. Suite 1925
Kansas City, MO 64108
Telephone: (816)523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com

*Attorneys for Plaintiff*