IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX-DGC<br><br>ORDER |

This Document Relates to:

Tammy Pruitt Benson and Shawn T. Benson v. C.R. Bard, et al.,

No. CV16-3336-PHX DGC

  The Court has considered the parties' Stipulation of Dismissal without Prejudice of Tammy Pruitt Benson and Shawn T. Benson.  Doc. 12448.

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs Tammy Pruitt Benson and Shawn T. Benson against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV16-3336-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

  Dated this 17th day of September, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge