# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Rhonda S. Cole v. C.R. Bard, et al.,

No. CV17-2550-PHX DGC

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

MDL15-02641-PHX-DGC

ORDER

 

 

The Court has considered the parties' Stipulation of Dismissal without Prejudice of Rhonda S. Cole.  Doc. 12450.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs Rhonda S. Cole against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV17-2550-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 17th day of September, 2018.

_____

David G. Campbell
Senior United States District Judge