# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX-DGC |
| | ORDER |

This Document Relates to:

Wendell K. Johnson v. C.R. Bard, et al.,

No. CV18-0570-PHX DGC

    The Court has considered the parties' Stipulation of Dismissal without Prejudice of Wendell K. Johnson. Doc. 12451.

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Wendell K. Johnson against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV18-0570-PHX DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this 17th day of September, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge