UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. MD-15-02641 PHX-DGC |
| MICHAEL HUGHES, <br><br>   Plaintiff, <br><br> v. <br><br> C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC. <br><br>   Defendants, | AMENDED COMPLAINT <br><br> Civil Action No.: 2:17-cv-04482-DGC <br> DIRECT FILED ACTION |

### NOTICE OF FILING OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, Plaintiff, Michael Hughes, hereby files its Amended Master Short Form Complaint for the following reasons:

1. Changes made in amended complaint of Date of Implant from August 31, 2013 to the correct Date of Implant as December 4, 2010.

RESPECTFULLY SUBMITTED this 18th day of September 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000
*Attorneys for Plaintiff(s)*