# CERTIFICATE OF SERVICE

I hereby certify that on September 18th, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

          **MARC J. BERN & PARTNERS LLP**

          By: */s/ Debra J. Humphrey*
          Debra J. Humphrey
          One Grand Central Place
          60 East 42nd St., Suite 950
          New York, New York 10165
          (212) 702-5000
          *Attorneys for Plaintiff(s)*