IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID DIECKOW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-03588-DGC<br><br>MDL No. 2641 |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff David Dieckow ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: September 19, 2018　　　　　　　　　　　Respectfully submitted,

/s/Debra Humphrey　　　　　　　　　　　　　　/s/ Richard North
Debra Humphrey　　　　　　　　　　　　　　　Richard B. North
*Attorney for Plaintiff*　　　　　　　　　　　　　*Attorney for Defendants*
MARC J. BERN & PARTNERS, LLP　　　　　　NELSON MULLINS, LLP
60 East 42nd Street, #950　　　　　　　　　　　Atlantic Station, 201 17th Street NW
New York, New York 10165　　　　　　　　　　Atlanta, GA 30363
Tel: (212) 702-5000　　　　　　　　　　　　　　Tel: (404) 322-6233
Dhumphrey@bernllp.com　　　　　　　　　　　Richard.North@nelsonmullins.com

1