**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Coursey, </br></br>    Plaintiff, </br></br>v. </br></br>Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., </br></br>    Defendant. | MDL Case No. 2:15-md-02641-DGC </br></br> Civil Action No. CV-18-02781-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 13, 2018              /s/ Richard B. North, Jr.
                                                               *Attorney's signature*

                                                               Richard B. North, Jr. (Ga. Bar No. 545599)
                                                               *Printed name and bar number*

                                                               Nelson Mullins Riley & Scarborough, LLP
                                                               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                               *Address*

                                                               richard.north@nelsonmullins.com
                                                               *E-mail Address*

                                                               (404) 322-6000
                                                               *Telephone number*

                                                               (404 322-6050
                                                               *FAX number*