**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 2**

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 9/19/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Jennifer Pancratz |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Ramon Lopez, Mark O'Connor, Julia Reed-Zaic
Attorney(s) for Plaintiff(s)
James Condo, Elizabeth Helm, James Rogers, Greg Dadika
Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:**     X    Jury Trial DAY 2

**3rd Bellwether Trial- Plaintiffs Lisa Hyde - Present**

8:30 Court is in session. Witness Dr. Darren Hurst and exhibits used with testimony discussed.  Contact with jurors #3 and #15 discussed. 8:34 Court is in recess.

9:02 Court is in session. Parties are present. Jury is present. 9:02 Dr. Darren Robert Hurst is sworn and examined. Exhibits 4921,4873,4922,4923,4924, 4820,443, 1861(pages38,70 only) are admitted. 10:30 Court is in recess.

10:45 Court is in session. Parties are present. Jury is present. Dr. Darren Robert Hurst examination continues. Exhibits 8695,8694,8697,8512,8705,8706,8709,4873,8710,8521,8523,8740,8516,8517,8518,8519,8520 admitted. 12:00 Court is in recess.

1:00 Court is in session. Parties are present. Jury is present. Dr. Darren Robert Hurst examination continues. Exhibit 8325 admitted. 1:33 Dr. Michael Streiff sworn and examined. 2:35 Court is in recess.

2:50 Court is in session. Parties are present. Jury is present. Dr. Michael Streiff examination continues. 3:28 Dr. Frederick B. Rogers appears by video deposition. 3:41 Dr. Robert McMeeking sworn and examined. 4:30 Jury excused until 9:00 a.m. on 9/20/2018.

Jury trial continues on 9/20/2018 at 8:30 a.m.