# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This Document Relates to Plaintiff(s)

Jeanette Giesen

Civil Case #: 2:18-cv-01360

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Jeanette Giesen ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard Defendants") in this particular Civil Action No. 2:18-cv-01360 filed on May 2, 2018. The Short Form Complaint was served on or forwarded to the Cook Defendants on May 3, 2018.

Respectfully submitted,

**McGLYNN, GLISSON & MOUTON**

Dated: September 20, 2018

By: /s/Amanda L. Washington
Amanda L. Washington, LA #34811
340 Florida Street
Baton Rouge, LA 70801
Telephone: 225-344-3555
Fax: 225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>September 20, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              /s/ Amanda L. Washington
                                              Amanda L. Washington
                                              340 Florida Street
                                              Baton Rouge, LA 70801
                                              Telephone:  225-344-3555
                                              Fax:  225-344-3666
                                              amanda@mcglynnglisson.com
                                              **Attorney for Plaintiff**