# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL15-02641-PHX-DGC |
| | ORDER |

This Document Relates to:

Julie and John Doorn v. C.R. Bard, et al.,

No. CV18-1077-PHX DGC

The Court has considered Plaintiffs' motion to dismiss with prejudice. Doc. 12591.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiffs Julie and John Doorn against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MDL15-02641-PHX-DGC (Member Case CV18-1077-PHX DGC) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 19th day of September, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge