**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 3**

Phoenix Division

MDL 15-2641-PHX-DGC                          DATE: 9/20/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons/Jennifer Pancratz
       Deputy Clerk                           Court Reporter
 APPEARANCES:
 Mark O'Connor, Julia Reed-Zaic, Paul Stoller, Joshua Mankoff, Ramon Lopez, Laura Smith, Mark Chavez
Attorney(s) for Plaintiff(s)
 James Condo, Elizabeth Helm, James Rogers, Greg Dadika
 Attorney(s) for Defendant(s)
========================================================================
**PROCEEDINGS:    X   Jury Trial DAY 3**

**3rd Bellwether Trial- Plaintiffs Lisa Hyde - Present**

8:31 Court is in session. Parties are present. Dr. Robert McMeeking testimony discussed. 8:48 Court is in recess.

9:01 Court is in session. Parties are present. Jury is present. Dr. Robert McMeeking examination continues. Exhibits 4885,4342,4349 demonstrative only and displayed to jury without objection. Exhibit 876 admitted. 10:31 Court is in recess.

10:47 Court is in session. Parties are present. Jury is present. Dr. Robert McMeeking examination continues. Exhibits 1295,5385, 8359,5929 admitted. 12:00 Jury excused until 1:15 p.m. Discussion held with counsel. Testimony of Dr. McMeeking discussed. 12:09 Court in recess.

1:12 Court is in session. Parties are present. Parties propose jury instruction. Discussion held. 1:15 Jury is present. Dr. Robert McMeeking examination continues. 1:34 Dr. Rebecca Betensky is sworn and examined. Exhibit 1763,631,635,2063 admitted. Exhibit 641 pages 5,6,8,9,10 and 665 demonstrative only and displayed to jury without objection. 2:45 Court is in recess.

3:00 Court is in session. Parties are present. Jury is present. Dr. Rebecca Betensky examination continues. Exhibit 1940 admitted. 3:53 Court is in recess.

Page 2
MDL 15-2641 PHX DGC
9/20/2018- Jury trial day 3

4:02 Court is in session. Parties are present. Jury is present. Dr. Rebecca Betensky examination continues. Exhibit 614 admitted. 4:11 Dr. Murray Asch appears by video deposition. Exhibits 552,553,561,563,567 admitted. 4:30 Jury excused until 9:00 a.m. on 9/21/2018. 4:30 Discussion held with counsel. 4:35 Court is in recess.

Jury trial continues at 8:30 a.m. on 9/21/2018.