# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff(s): | **Case No: 2:17-cv-00688-DGC** |
| LAURIE PLANAMENTO, | |
| v. | |
| C.R. BARD INC., et al. | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), Plaintiff files this Suggestion of Death in the above-captioned action. LAURIE PLANAMENTO, Plaintiff in Planamento v. C.R. Bard Inc., et al., Case Number 2:17-cv-00688-DGC, died on January 14, 2017. Plaintiff will be filing a Motion for Substitution of Parties.

Dated: September 21, 2018

                                              Respectfully Submitted,

                                                 */s/ Joseph A. Osborne*
                                                Joseph A. Osborne
                                                Osborne & Francis Law Firm, P.A.
                                                433 Plaza Real, Suite 271
                                                Boca Raton, FL 33432
                                                (561) 293-2600
                                                Fax:  (561) 923-8100
                                                Email:  josborne@realtoughlawyers.com

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Joseph A. Osborne*