# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Michael Hughes

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Texas

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☑ G2® Vena Cava Filter

-2-

1  ☐ G2® Express (G2®X) Vena Cava Filter

2  ☐ Eclipse® Vena Cava Filter

3  ☐ Meridian® Vena Cava Filter

4  ☐ Denali® Vena Cava Filter

5  ☐ Other: _____

6  11. Date of Implantation as to each product:

7  <u>December 4th, 2010</u>

8  _____

9  12. Counts in the Master Complaint brought by Plaintiff(s):

10  ☑ Count I: Strict Products Liability – Manufacturing Defect

11  ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)

13  ☑ Count III: Strict Products Liability – Design Defect

14  ☑ Count IV: Negligence - Design

15  ☑ Count V: Negligence - Manufacture

16  ☑ Count VI: Negligence – Failure to Recall/Retrofit

17  ☑ Count VII: Negligence – Failure to Warn

18  ☑ Count VIII: Negligent Misrepresentation

19  ☑ Count IX: Negligence *Per Se*

20  ☑ Count X: Breach of Express Warranty

21  ☑ Count XI: Breach of Implied Warranty

22  ☑ Count XII: Fraudulent Misrepresentation

-3-

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>Texas</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

1    RESPECTFULLY SUBMITTED this 21st day of September, 2018.

2    **MARC J. BERN & PARTNERS LLP**

3    By: */s/ Debra J. Humphrey*
     Debra J. Humphrey
     One Grand Central Place
     60 East 42nd St., Suite 950
     New York, New York 10165
     (212) 702-5000

     *Attorneys for Plaintiff(s)*

I hereby certify that on this 21st day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

-5-