IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 4

Phoenix Division

MDL 15-2641-PHX-DGC             DATE: 9/21/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Jennifer Pancratz |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Julia Reed-Zaic, Ramon Lopez, Paul Stoller
Attorney(s) for Plaintiff(s)
James Condo, Elizabeth Helm, James Rogers, Greg Dadika
Attorney(s) for Defendant(s)
================================================================
**PROCEEDINGS:**      X    Jury Trial DAY 4

**3rd Bellwether Trial- Plaintiffs Lisa Hyde - Present**

8:31 Court is in session. Parties are present. Draft final jury instructions to counsel next week for review. Witnesses discussed. 8:33 Court is in recess.

9:00 Court is in session. Parties are present. Jury is present. Dr. Murray Asch video deposition continues. 9:44 Dr. Derek Muehrcke sworn and examined. Exhibit 2248 admitted. 10:30 Court is in recess.

10:45 Court is in session. Parties are present. Jury is present. Dr. Derek Muehrcke examination continues. Exhibit 4800,8528,8712,8732,8729,8731 admitted. 12:00 Court is in recess.

12:55 Court is in session. Parties are present. Non-disclosure of impeachment exhibits discussed. 1:00 Jury is present. Dr. Derek Muehrcke examination continues. Exhibits 8756,8757,8758,8760 admitted. 1:25 Alex Tessmer sworn and examined. Exhibits 2059, 1006,2062,1383,79,2065,1369 admitted. 2:45 Court is in recess.

3:00 Court is in session. Parties are present. Jury is present. Alex Tessmer examination continues. Exhibit 2068,1023 admitted. 3:22 Timothy Hug sworn and examined. Exhibit 4798, 4806(page 2 only), 4804(page 1 2nd part only), 4842 admitted. 4:30 Jury excused until 1:00 p.m. on 9/24/2018. Counsel to be present at 12:30 p.m. 4:31 Court in recess.

Jury trial continues on 9/24/2018 at 12:30 p.m.