# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Laura Ann Grimes<br><br>      Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.<br><br>      Defendants. | No. MD-15-02641-PHX-DGC<br><br>Civil Action No.: 2-17-CV-00410-DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice.  Doc. _____.

**IT IS ORDERED** that the stipulation (Doc. _____) is **granted**.  This matter is dismissed without prejudice, without cost against any party.