# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | Civil Action No.: 2-16-CV-004420-DGC |
| Maranda Thompson, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice.  Doc. _____.

**IT IS ORDERED** that the stipulation (Doc. _____) is **granted**.  This matter is dismissed without prejudice, without cost against any party.