# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| Reba June Begley, | Civil Action No.: CV16-1220-PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice. Doc. 12716.

**IT IS ORDERED** that the stipulation (Doc. 12716) is **granted**. This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 24th day of September, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge