# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Laura Ann Grimes<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br><br>    Defendants. | No. MDL15-02641-PHX-DGC<br><br>Civil Action No.: CV17-0410-PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 12718.

**IT IS ORDERED** that the stipulation (Doc. 12718) is **granted**. This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 24th day of September, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge