IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/~~Deceased Party~~:

    David E. Groomes Jr.

2. Spousal Plaintiff/~~Deceased Party~~ spouse or other party making loss of consortium claim:

    Elizabeth Venable-Groomes

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/~~Deceased Party's~~ state(s) [if more than one Plaintiff] of residence at the time of implant:

    New York

5.  Plaintiff's/~~Deceased Party's~~ state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New York

7.  District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court-Western District of New York-Buffalo Division

8.  Defendants (check Defendants against whom Complaint is made):

    ☒ C. R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

-2-

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
| 1   |     | ☐   | Denali® Vena Cava Filter | |
| 2   |     | ☐   | Other: _____ | |
| 3   | 11. | Date of Implantation as to each product: | | |
| 4   |     | April 2, 2008 | | |

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*
- ☒ Count X: Breach of Express Warranty
- ☒ Count XI: Breach of Implied Warranty
- ☒ Count XII: Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable  New York  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☒ Punitive Damages

- 3 -

| | | | | |
|---|---|---|---|---|
| 1 | ☐ | Other(s): | _____ | (please state the facts |
| 2 | | | supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

_____

13.  Jury Trial demanded for all issues so triable?

☒  Yes

☐  No

RESPECTFULLY SUBMITTED this 21st day of September, 2018.

                CELLINO & BARNES, P.C.

                By: /s/ Brian A. Goldstein
                Brian A. Goldstein
                2500 Main Place Tower
                350 Main Street
                Buffalo, NY 14202-3725
                (716) 888-8888 / Fax: (716) 854-6291
                brian.goldstein@cellinoandbarnes.com

I hereby certify that on this 21st day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                /s/ Brian A. Goldstein

- 4 -