**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 5**

Phoenix Division

MDL 15-2641-PHX-DGC                              DATE: 9/24/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                          Patricia Lyons
       Deputy Clerk                         Court Reporter
 APPEARANCES:
 Mark O'Connor, Julia Reed-Zaic, Ramon Lopez, Laura Smith, Stuart Goldenberg
 Attorney(s) for Plaintiff(s)
 James Condo, Elizabeth Helm, James Rogers, Candace Camarate
 Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**     **X**   **Jury Trial DAY 5**

**3rd Bellwether Trial- Plaintiffs Lisa Hyde - Present**

12:30 Court is in session. Parties are present. Failure to warn evidence discussed. Availability and testimony of witnesses Tim Hug and Bret Baird discussed. Attorney advertising discussed.  1:07 Jury is present. Tim Hug examination continues. Exhibit 8837 admitted. 1:50 Bret Baird is sworn and examined. Exhibit 571,4454 admitted. 2:20 Court is in recess.

2:37 Court is in session. Parties are present. Jury is present. Bret Baird examination continues. Exhibits 4455, 592,1568,4416,1788 admitted. 3:51 Dr. John Lehmann appears by video deposition. 3:54 Joseph DeJohn appears by video deposition. Exhibits 1149 and 1643 admitted. 3:57 Carol Vierling appears by video deposition. Exhibits 4392, 2149,2153 admitted. 4:20 Dr. David Henry appears by video deposition. 4:30 Jury excused until 9:00 a.m. on 9/25/2018. 4:30  Discussion held with counsel. 4:34 Court is in recess.

Jury trial continues at 8:30 a.m. on 9/25/2018.