IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/~~Deceased Party~~:

    Florence J. Dulski

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/~~Deceased Party's~~ state(s) [if more than one Plaintiff] of residence at the time of implant:

    New York

5. Plaintiff's ~~Decedent/Party's Name(s)~~ [if more than one Plaintiff] of residence at the time of injury:

   New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court-Western District of New York-Buffalo Division

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C. R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

- 2 -

| | ☐ | Denali® Vena Cava Filter |
| | ☐ | Other: _____ |

11. Date of Implantation as to each product:

    January 27, 2011 _____

12. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I: Strict Products Liability – Manufacturing Defect
    - ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
    - ☒ Count III: Strict Products Liability – Design Defect
    - ☒ Count IV: Negligence - Design
    - ☒ Count V: Negligence - Manufacture
    - ☒ Count VI: Negligence – Failure to Recall/Retrofit
    - ☒ Count VII: Negligence – Failure to Warn
    - ☒ Count VIII: Negligent Misrepresentation
    - ☒ Count IX: Negligence *Per Se*
    - ☒ Count X: Breach of Express Warranty
    - ☒ Count XI: Breach of Implied Warranty
    - ☒ Count XII: Fraudulent Misrepresentation
    - ☒ Count XIII: Fraudulent Concealment
    - ☒ Count XIV: Violations of Applicable New York (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count XV: Loss of Consortium
    - ☐ Count XVI: Wrongful Death
    - ☐ Count XVII: Survival
    - ☒ Punitive Damages

- 3 -

1. ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

  ☒ Yes

  ☐ No

RESPECTFULLY SUBMITTED this <u>25th</u> day of <u>September</u>, 20<u>18</u>.

CELLINO & BARNES, P.C.C

By: <u>/s/ Brian A. Goldstein</u>
Brian A. Goldstein
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 888-8888 / Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

I hereby certify that on this <u>25th</u> day of <u>September</u>, 20<u>18</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Brian A. Goldstein</u>

- 4 -