Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
602-530-8000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE AND FACT WITNESS DEPOSITION DEADLINES PURSUANT TO CMO 36** |

Plaintiffs, through their attorneys undersigned, respectfully request that the Court extend several pre-trial deadlines from CMO 36 relating to the *Tinlin* bellwether case. Plaintiffs certify that they have conferred with Defendants about the matters set forth below and hereby represent the following:

1.  The parties shall obtain updated medical records from known treaters and newly identified treaters.  The parties agree to a two-week extension of time to October 12, 2018 (extended from Friday, September 28, 2018) to complete this ongoing undertaking.

2.  Plaintiffs' case-specific expert disclosures.  Plaintiffs respectfully request a two-week extension of time to provide their case-specific expert disclosures to Defendants on October 12, 2018 (extended from Friday, September 28, 2018).  Defendants do not oppose the extension.

3.  The parties shall identify treating physicians and fact witnesses to be deposed, and shall complete the depositions on a rolling basis.  The parties agree to a two-week extension of time to October 19, 2018 (extended from October 5, 2018) to complete

1 the depositions. Defendants recently identified five physicians for deposition and Plaintiffs are in the process of trying to coordinate dates for each within the currently set deadline.

4. Defendants' case-specific expert disclosures. The parties agree to extend Defendants' deadline to provide their case-specific expert disclosures to Plaintiffs by two weeks, or to November 9, 2018 (extended from October 26, 2018).

Plaintiffs believe that good cause exists for the requested extensions given the logistical and scheduling issues that have arisen as a result of the current bellwether trial (*Hyde*), as well as other logistical issues that arose beyond the parties' control and respectfully request that the Court approve the requested extensions. The parties agree to the extensions sought and all other deadlines in CMO 36 remain unaffected.

Respectfully submitted this 26th day of September 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark S. O'Connor
Mark S. O'Connor (011029)
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jessica Gallentine