UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER EXTENDING PAGE LIMITS AND DEADLINES FOR MOTION FOR SUMMARY JUDGMENT RESPONSES AND REPLIES** |
|---|---|

The Court has reviewed Plaintiffs' Unopposed Motion to Extend Expert Disclosure and Fact Witness Deposition Deadlines Pursuant to CMO 36 ("Unopposed Motion to Extend") [Doc. _____.]

**IT IS ORDERED:**

1. Plaintiffs' Unopposed Motion to Extend [Doc. _____] is granted.

6865960v1/26997-0001