IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 7

Phoenix Division

MDL 15-2641-PHX-DGC            DATE: 9/26/2018
Year    Case No    Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
==========================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Jennifer Pancratz |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Ramon Lopez, Laura Smith, Stuart Goldenberg, Julia Reed-Zaic
Attorney(s) for Plaintiff(s)
James Condo, Elizabeth Helm, James Rogers, Candace Camarate
Attorney(s) for Defendant(s)
==========================================================================
**PROCEEDINGS:**     X    Jury Trial DAY 7

**3rd Bellwether Trial- Plaintiffs Lisa Hyde and Mark Hyde- Present**

8:30 Court is in session. Parties are present. Defendant objections to reference and exhibits about prior cases or trials in front of the jury discussed. Defendant advises the Court of a potential motion for mistrial. Exhibit 4668 discussed. Exhibit is inadmissible. Defendant reserves their Rule 50 motion at the conclusion of plaintiff case. 8:57 Court is in recess.

9:01 Court is in session. Parties are present. Jury is present. 9:02 Matthew Fermanich video deposition continues. 9:12 Dr. William Altonaga appears by video deposition. 9:21 Natalie Wong appears by video deposition. Exhibits 2243,2245,2247,2249 admitted. 10:04 Jason Greer appears by video deposition. Exhibit 1912 admitted. Additional exhibits 2250, 2254 admitted. 10:13 Janet Hudnall appears by video deposition. Exhibits 545,1337,1053,1335,1336,1339(redacted) admitted. 10:30 Court is in recess.

10:45 Court is in session. Parties are present. Jury is present. Janet Hudnall video deposition continues. 10:56 Lora White sworn and examined. Exhibit 4887,4888 demonstrative only and displayed to jury. 11:23 James Michael Sims sworn and examined. Exhibit 4886 demonstrative only and displayed to jury. 11:32 Dr. Krishna Kandarpa appears by video deposition. Exhibits 4595,4596,4599,4600,4601,4602,4603,4604,4607 admitted. 12:00 Jury excused for lunch. 12:00 Defendant oral motion for mistrial. Motion under advisement. 12:05 Court is in recess.

1:00 Court is in session. Parties are present. Jury is present. Dr. Krishna Kandarpa video deposition continues.

Page 2
MDL 15-2641 Hyde Trial
9/26/2018

1:43 Michael Randall sworn and examined. Exhibits 1222, 354,4894,4895, 4420(redacted),4896, 4893,1825,4897 admitted. 2:30 Court is in recess.

2:45 Court is in session. Parties are present. Jury is present. Michael Randall examination continues. Exhibit 737 admitted. 2:50 Christopher Ganser appears by video deposition. Exhibits 1211,4328,2048,1214,1220 admitted as redacted. 3:34 Dr. Suzanne Parisian sworn and examined. Exhibit 5126,5177 admitted. 4:30 Jury excused. 4:30 Discussion with counsel. 4:33 Court is in recess.

Jury trial continues on 9/27/2018 at 8:30 a.m.