# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER EXTENDING DEADLINES FOR EXPERT DISCLOSURE AND FACT WITNESS DEPOSITION DEADLINES PURSUANT TO CMO 36** |

The Court has reviewed Plaintiffs' Unopposed Motion to Extend Expert Disclosure and Fact Witness Deposition Deadlines Pursuant to CMO 36. Doc. 12745.

**IT IS ORDERED:**

1. Plaintiffs' Unopposed Motion to Extend (Doc. 12745) is **granted**.

2. The parties shall obtain updated medical records from known treaters and newly identified treaters by October 12, 2018.

2. Plaintiffs shall provide their case-specific expert disclosures to Defendants by October 12, 2018.

3. The parties shall identify treating physicians and fact witnesses to be deposed by October 19, 2018, and shall complete the depositions on a rolling basis.

4. The deadline to provide Defendants case-specific expert disclosures to Plaintiffs is extended to November 9, 2018.

All other deadlines in CMO 36 remain unaffected.

Dated this 27th day of September, 2018.

David G. Campbell
Senior United States District Judge