**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 8**

Phoenix Division

MDL 15-2641-PHX-DGC                                 DATE: 9/27/2018
Year    Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Jennifer Pancratz |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Ramon Lopez, Joshua Mankoff, Julia Reed-Zaic, Laura Smith
Attorney(s) for Plaintiff(s)
James Condo, Elizabeth Helm, James Rogers, Candace Camarate
Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:**        **X    Jury Trial DAY 8**

**3rd Bellwether Trial- Plaintiffs Lisa Hyde and Mark Hyde- Present**

8:30 Court is in session. Parties are present. Motion for mistrial discussed. Motion is denied for the reasons stated on the record. Parties given proposed verdict form and final jury instructions. Parties shall be prepared to discuss on 10/2/2018 at 4:30 p.m. 8:36 Court is in recess.

9:00 Court is in session. Parties are present. Jury is present. 9:01 Dr. Suzanne Parisia examination continues. Exhibits 5339,5340,7411,5877 admitted. Exhibit 8483 demonstrative only and displayed to jury. 10:19 Dr. William Kuo appears by video deposition. 11:08 Mark Hyde sworn and examined. 11:26 Lisa Hyde sworn and examined. 12:00 Court is in recess.

1:00 Court is in session. Parties are present. Jury is present. Lisa Hyde examination continues. 1:10 Plaintiff rest. 1:10 Defendant reserves Rule 50 motion. Defense case begins. 1:10 Chad Modra called and examined. Exhibit 5565,7961 admitted. 2:30 Court is in recess.

2:45 Court is in session. Parties are present. Jury is present. Chad Modra examination continues. Exhibit 7962,5874,5872 admitted. 4:11 Dr. Clement Grassi sworn and examined. 4:30 Jury excused. 4:31 Court is in recess.

Jury trial continues on 9/28/2018 at 8:30 a.m.