# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| Gary Levingston, | Civil Action No.: CV18-0476-PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to substitute party and motion for leave to file amended short form complaint. Doc. 12594.

**IT IS ORDERED** that Plaintiff's motion to substitute party and motion for leave to file amended short form complaint (Doc. 12594) is **granted.** Melissa Levingston is substituted for Gary Levingston in the above matter. Plaintiff shall file an amended short form complaint on or before **October 4, 2018.**

Dated this 27th day of September, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge