**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 9**

Phoenix Division

MDL 15-2641-PHX-DGC                           DATE: 9/28/2018
Year    Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Jennifer Pancratz |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Ramon Lopez, Joshua Mankoff, Julia Reed-Zaic, Laura Smith, Stuart Goldenbert, Mark Chavez
Attorney(s) for Plaintiff(s)
James Condo, Elizabeth Helm, James Rogers, Candace Camarate
Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:    X   Jury Trial DAY 9**

**3rd Bellwether Trial- Plaintiffs Lisa Hyde and Mark Hyde- Present**

8:30 Court is in session. Parties are present. Defendant's oral motion for Rule 50 judgment as a matter of law made and argued. Motion is taken under advisement.   9:01 Jury is present. Dr. Clement Grassi examination continues Exhibit 7312,6842 admitted.  10:30 Court is in recess.

10:46 Court is in session. Parties are present. Jury is present. Dr. Clement Grassi examination continues. 11:00 Dr. Christopher Morris sworn and examined. Exhibit 6993,5286,8485 admitted. 12:00 Court is in recess.

1:00 Court is in session. Parties are present.  Jury is present.  Dr. Christopher Morris examination continues. Exhibits 8538,8527,8529,8643,8539,4938 admitted. 2:11 Dr. David Feigal sworn and examined.  Exhibit 8540 demonstrative only and displayed to jury 2:35 Court is in recess.

2:50 Court is in session. Parties are present. Jury is present. Dr. David Feigal examination continues.3:37 Robert Carr Jr. called and examined. Exhibit 6089,5189,5187,5182,5179,5178,5169,5197,5301,5304 admitted. 4:30 Jury excused. 4:31 Discussion with counsel. 4:31 Court is in recess.

Jury trial continues on 10/1/2018 at 8:30 a.m.