IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 10

Phoenix Division

MDL 15-2641-PHX-DGC                    DATE: 10/1/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons/Jennifer Pancratz
         Deputy Clerk                         Court Reporter
 APPEARANCES:
 Mark O'Connor, Ramon Lopez, Julia Reed-Zaic, Stuart Goldenberg, Mark
Chavez, Laura Smith, Paul Stoller
Attorney(s) for Plaintiff(s)
 James Condo, Elizabeth Helm, James Rogers, Candace Camarate
 Attorney(s) for Defendant(s)
========================================================================
**PROCEEDINGS:**    **X**   **Jury Trial DAY 9**

**3rd Bellwether Trial- Plaintiffs Lisa Hyde- Present**

8:30 Court is in session. Parties are present. Rule 50 motion discussed. Matter is still under advisement. 8:32 Court is in recess.

9:00 Court is in session. Parties are present. Jury is present. Robert Carr Jr. examination continues. Exhibits 5302, 5303,5949,7900,4767,4768,4775,4554,1219,755 admitted. 10:21 Shari O'Quinn sworn and examined. Exhibit 5349,5905 admitted. 10:35 Court is in recess.

10:53 Court is in session. Parties are present. Jury is present. Shari O'Quinn examination continues. Exhibit 5348 (redacted), 5350,5344,5352,5343,5354,5353,5361(redacted), 5362,5324,5323,5325(redacted),5322,5333,5881,5879,5880,5539 admitted. 12:00 Jury excused. 12:01 Discussion with counsel. Each side is allotted an additional 50 minutes. 12:11 Court is in recess.

12:55 Court is in session. Parties are present. Note from juror #2 discussed. 1:00 Jury is present. Court addresses note from juror #2. 1:01 Shari O'Quinn examination continues. Exhibits 5537, 5536,6046 admitted. 1:50 Dr. David Poll sworn and examined. Exhibit 4766 ( redacted),8721 admitted. 2:30 Court is in recess.

2:45 Court is in session. Parties are present. Jury is present. Dr. David Poll examination continues. 2:53 Andrzej Chanduskzko sworn and examined. Exhibit 5233,5234,5022,5037.8583,8572,8573 admitted.

Page 2
MDL 15-2641-PHX-DGC
Day 10 Hyde Trial
10/1/2018

4:12 Dr. John DeFord appears by video deposition. 4:30 Jury is excused. 4:33 Court is in recess.

Jury trial continues on 10/2/2018 at 8:30 a.m.