# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to:<br><br>LAMONA AMAN<br><br><br>         Plaintiffs<br>v.<br><br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>         Defendants<br>_____ | MDL No. 2:15-MD-02641-PHX-DGC<br><br><br><br><br><br>Civil Action No. 2:18-cv-02939-DGC |

## STIPULATION FOR DISMISSAL OF CIVIL ACTION NO. 2:18-cv-02939-DGC WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LAMONA AMAN and Defendants C.R. BARD. INC. and BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

RESPECTFULLY SUBMITTED this 2nd day of October, 2018.

                                                        **THE MOODY LAW FIRM**

                                        By: */s/ Willard J. Moody, Jr.*
                                        Willard J. Moody, Jr.
                                        500 Crawford Street, Suite 200
                                        Portsmouth, VA 23704
                                        (757) 393-6020
                                        will@moodyrrlaw.com
                                        *Attorney for Plaintiff*

                                        By*: /s/ Richard B. North, Jr.*
                                        Richard B. North, Jr.
                                        201 17st Street NW, Suite 1700
                                        Atlanta, GA 30363
                                        Phone: (404) 322-6155
                                        Facsimile: (404) 332-6050
                                        richardnorth@nelsonmullins.com
                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 02, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.