IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| LAMONA AMAN<br>　　　　　Plaintiff<br>v.<br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>　　　　　Defendants | Civil Action No. 2:18-cv-02939-DGC |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Lamona Aman against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. MDL No. 2641 (Member Case 2:18-cv-02939-DGC only) are dismissed and in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED this _____ day of _____, 2018.

_____
United States District Judge

1