James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| This Document Relates to: | **THE DEFENDANTS' SUBMISSION OF ADDITIONAL PROPOSED JURY INSTRUCTIONS** |
| Lisa Hyde, et al. v. C. R. Bard, Inc., et al. CV-16-00893-PHX-DGC | (Assigned to the Honorable David G. Campbell) |

The Defendants hereby submit the attached additional jury instructions for the Court's consideration.

- 1 -

**DEFENDANTS' PROPOSED INSTRUCTION RE: DESIGN DEFECT**

In determining whether the filter is defectively designed, you must consider not only the risks associated with the product but also the benefits.

Godoy v. E. I. Du Pont De Nemours and Co., 768 N.W.2d 674, 697 (Wis. 2009) (Prosser, J. concurring)

**DEFENDANTS' PROPOSED INSTRUCTION RE:  DESIGN DEFECT**

The balancing of risks and benefits in judging product design must be done in light of the knowledge of risks and risk-avoidance techniques reasonably attainable at the time of distribution.

Godoy v. E. I. Du Pont De Nemours and Co., 768 N.W.2d 674, 696 (Wis. 2009) (Prosser, J. concurring)

**DEFENDANTS' PROPOSED INSTRUCTION RE:  DESIGN DEFECT**

The burden of presenting sufficient evidence of a reasonable alternative design requires proof of the availability of technologically feasible and practical alternative design that would have reduced or prevented the plaintiff's harm.

Godoy v. E. I. Du Pont De Nemours and Co., 768 N.W.2d 674, 698 (Wis. 2009) (Prosser, J. concurring)

- 4 -

**DEFENDANTS' PROPOSED INSTRUCTION RE:  DESIGN DEFECT**

In determining whether the design of the filter is defective, you may consider the following factors:

1) Conformity of the design to the practices of other manufacturers in the industry at the time of manufacture;

2) the open and obvious nature of the alleged danger;

3) the extent of the claimant's use of the very product alleged to have caused the injury and the period of time involved in such use by the claimant and others prior to the injury without any harmful incident;

4) the ability of the manufacturer to eliminate danger without impairing the product's usefulness or making it unduly expensive; and

5) the relative likelihood of injury resulting from the product's present design.

Sumnicht v. Toyota Motor Sales, U.S.A., Inc., 360 N.W.2d 2 Wis. 1984; see also Green v. Smith & Nephew AHP, Inc.), 629 N.W.2d 727, 767 (Wis. 2001) (Sykes, J. dissenting) (noting traditional factors cited in Sumnicht are comparable to Restatement (Third) test).

RESPECTFULLY SUBMITTED this 2nd day of October, 2018.

        s/ Richard B. North, Jr.
        Richard B. North, Jr.
        Georgia Bar No. 545599
        Matthew B. Lerner
        Georgia Bar No. 446986
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW / Suite 1700
        Atlanta, GA  30363
        PH: (404) 322-6000
        FX: (404) 322-6050
        richard.north@nelsonmullins.com
        matthew.lerner@nelsonmullins.com

        James R. Condo (#005867)
        SNELL & WILMER L.L.P.
        One Arizona Center
        400 E. Van Buren
        Phoenix, AZ 85004-2204
        PH: (602) 382-6000
        jcondo@swlaw.com

        **Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                        s/Richard B. North, Jr.
                                        Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000