1
2
3
4

Troy A. Brenes (CA SBN 249776)
Brenes Law Group, P.C.
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
tbrenes@breneslawgroup.com
(949)-397-9360 - Telephone
(949)-607-4192 - Facsimile

5    *Attorney for Plaintiff Sara Roberts*

6

7    **IN THE UNITED STATES DISTRICT COURT**

8    **FOR THE DISTRICT OF ARIZONA**

9    IN RE BARD IVC FILTERS
     PRODUCTS LIABILITY LITIGATION

10

11

12   v.

13

14

15

|  |  |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | Civil Action No.: 2:17-CV-01167-DGC |
| Sara Roberts, | |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

16       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through

17   their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

18   above matter is dismissed without prejudice and without costs against any party.

19       The voluntary dismissal will only apply to Docket Number 2:17-CV-01167 and will not

20   have any effect on any other cases filed in regard to Plaintiff Sara Roberts with different

21   docket numbers.

22

DATED:  October 2, 2018

BRENES LAW GROUP, P.C.                    NELSON MULLINS RILEY & SCARBOROUGH

By:   /s/ Troy A. Brenes                             By:   /s/   Richard B. North
Troy A. Brenes (CA Bar No. 249776)        Richard B. North, Jr. (GA. Bar No. 545599)
27141 Aliso Creek Rd., Ste 270               (Admitted Pro Hac Vice)
Aliso Viejo, CA 92656                            201 17th St., NW, Ste 1700, Atlantic Station
(949) 397-9360 telephone                       Atlanta, Georgia 30363
(949) 607-4192 facsimile                        (404) 322-6000 telephone
tbrenes@breneslawgroup.com                 (404) 322-6050 facsimile
                                                        richard.north@nelsonmullins.com

Attorney for Plaintiff                            Attorneys for Defendants

## Certificate of Service

I hereby certify that on this 2nd day of October 2018, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Troy A. Brenes
Troy A. Brenes