# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Lisa Hyde and Mark E. Hyde, a married couple,<br>    Plaintiff,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>    Defendants. | No. CV-16-00893-PHX-DGC<br><br>**PROPOSED VERDICT FORM** |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find as follows:

**A.  LIABILITY**

1. Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Hyde on the strict product liability design defect claim?

    _____ Yes  _____ No

2. Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Hyde on the negligent design claim?

    _____ Yes  _____ No

If you answered "No" to each question in Part A, do not complete Parts B or C. If you answered "Yes" to either question in Part A, please complete Parts B and C.

**B.   COMPENSATORY DAMAGES**

1. If you found Bard liable to Mrs. Hyde on either of the claims set forth above, what amount of damages do you find will reasonably compensate Mrs. Hyde for her injuries?

$_____

2. Do you find by the greater weight of the evidence, to a reasonable certainty, that Mr. Hyde sustained a loss of consortium?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

3. If you answered "Yes" to Question B.2, then answer this question. Otherwise do not answer it.   What amount of damages do you find will reasonably compensate Mr. Hyde for his loss of consortium?

$_____

**C.   PUNITIVE DAMAGES**

Do you find by clear, satisfactory, and convincing evidence, to a reasonable certainty, that punitive damages should be awarded against Bard?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

_____          _____
Presiding Juror Number                                            Date