# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Lisa Hyde and Mark E. Hyde, a married couple, | No. CV-16-00893-PHX-DGC |
| Plaintiff, | |
| v. | **PROPOSED VERDICT FORM** |
| C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, | **(Punitive Damages)** |
| Defendants. | |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find the amount of punitive damages to be:

$_____

_____     _____
Presiding Juror Number                                Date