**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| | Civil Action No.: CV18-2939-PHX DGC |
| Lamona Aman, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 12802.

**IT IS ORDERED** that the stipulation (Doc. 12802) is **granted**.  This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 2nd day of October, 2018.

.

_David G. Campbell_
David G. Campbell
Senior United States District Judge