**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – JURY TRIAL DAY 11**

Phoenix Division

MDL 15-2641-PHX-DGC                          DATE: 10/2/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
========================================================================

HON: DAVID G. CAMPBELL

| Traci C. Abraham | Patricia Lyons/Jennifer Pancratz |
|---|---|
| Deputy Clerk | Court Reporter |

APPEARANCES:
Mark O'Connor, Ramon Lopez, Julia Reed-Zaic, Paul Stoller, Laura Smith, Joshua Mankoff, Stuart Goldenberg
Attorney(s) for Plaintiff(s)
James Condo, Elizabeth Helm, James Rogers, Richard North, Candace Camarate
Attorney(s) for Defendant(s)
========================================================================
**PROCEEDINGS:**       X   Jury Trial DAY 11

**3rd Bellwether Trial- Plaintiffs Lisa Hyde and Mark Hyde- Present**

8:30 Court is in session. Parties are present. Rule 50 motion discussed. Court order to be entered.  8:34 Court is in recess.

9:00 Court is in session. Parties are present. Jury is present. Dr. John DeFord video deposition continues.  Exhibit 992 admitted. 9:09 Donna-Bea Tillman sworn and examined. Exhibits 7758, 7753,6064(redacted),6061 (redacted ),5373,5272 admitted. 10:30 Court is in recess.

10:47 Court is in session. Parties are present. Exhibit 6064 discussed. Note from juror #6 discussed. 10:58 Jury is present. Note is addressed. 11:00 Donna-Bea Tillman examination continues. Exhibits 5588,5486, 5586,7787,7771,696 admitted. 11:36 Dr. Scott Trerotola appears by video deposition. 11:55 Dr. Paul Briant sworn and examined. 12:00 Jury excused. 12:04 Court is in recess.

1:00 Court is in session. Parties are present. Jury is present. Dr. Paul Briant examination continues. Exhibits 7944,7813,7945,7677,7816,7815 demonstrative only and displayed to jury. 2:06 John Van Vleet called and examined. Exhibits 5335,5334,5336 admitted.  2:30 Court is in recess.

2:45 Court is in session. Parties are present. Jury is present. John Van Vleet examination continues. Exhibit 9080,6892,5368,5273,5587,5589,8362,5931,6991,5923,7960,4499,4892 admitted. 4:26 Jury excused.

Page 2
MDL 15-2641 PHX DGC
Day 11 Hyde Trial
10/2/2018


4:27 Discussion held with counsel. Counsel to be available on 10/4/2018 at 11:00 a.m. to discuss case management issues. Final Jury instructions and verdict forms discussed. Exhibits 6061 and 6064 discussed. Court will not strike the exhibits. 5:26 Court is in recess.

Jury trial will continue on 10/3/2018 at 8:30 a.m.