James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| This Document Relates to:<br><br>Lisa Hyde, et al. v. C. R. Bard, Inc., et al.<br><br>CV-16-00893-PHX-DGC | **DEFENDANTS' AMENDED OBJECTIONS TO THE ADMISSION OF MONTHLY MANAGEMENT REPORTS AND COMPLAINT REPORT FILES**<br><br>**(Assigned to the Honorable David G. Campbell)** |

During trial proceedings on September 25, 2018, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") objected to admission of the following exhibits identified by Plaintiffs: (1) Bard's monthly management reports; (2) Bard's complaint files; and (3) Plaintiffs' complaint summary chart. Bard lodged the same objections to these exhibits as it did in the *Jones* bellwether case (*see* Dkt. 11075) and filed its objection (Dkt. 12735). However, Plaintiffs did not ultimately seek to admit a "complaint summary chart." Bard therefore amends its objection conform to the evidence admitted: the monthly management reports and complaint files admitted in evidence.

RESPECTFULLY SUBMITTED this 3rd day of October, 2018.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/Richard B. North, Jr.
Richard B. North, Jr.