CIVIL MINUTES
UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| | |
|---|---|
| United States District Judge David G. Campbell | **Date:** October 4, 2018 |
| IN RE: Bard IVC Filters Products Liability Litigation | **Case Number:** MD-15-02641-PHX-DGC |

| | | |
|---|---|---|
| **APPEARANCES:** | **Mark O'Connor, Ramon Lopez, Julia Reed-Zaic, Laura Smith, Paul Stoller for plaintiffs** | |
| | **Richard North, Matthew Lerner, Elizabeth Helm, James Rogers, James Condo, Candace Camarate for defendant** | **Court Reporter – Patricia Lyons** **Courtroom Deputy – Traci Abraham** |

**PROCEEDINGS** ☒ **Open Court**  ☐ **Chambers**  ☐ **Other:**

Case management conference held.

Court addresses the following issues:  (1) Bellwether trials as to plaintiffs Mulkey and Tinlin ; (2)  6th bellwether trial in light of the ruling in the Kruse case;(3) Schedules for the February and May trials; (4) Simon Nitinol cases; (5) Settlement talks and remand (6) Form of jury instructions submitted by the parties; (7) Motion to seal as to the Jones and Hyde cases.

Discussion held.

Court will enter an order.