Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ISAIH COUNTY<br><br>Civil Case # 2:18-cv-03174-PHX-DGC | No. MDL-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  October 5, 2018				Respectfully submitted,

						/s/ Michael T. Gallagher
						Michael T. Gallagher
						Federal ID: 5395
						The Gallagher Law Firm, PLLC
						2905 Sackett Street
						Houston, Texas 77098
						(713) 222-8080
						(713) 222-0066 - Facsimile
						donnaf@gld-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher  
Michael T. Gallagher