IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – JURY TRIAL DAY 14

Phoenix Division

MDL 15-2641-PHX-DGC                        DATE: 10/5/2018
Year   Case No   Initials

Title: IN RE: Bard IVC Filters Products Liability Litigation
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                     Patricia Lyons
       Deputy Clerk                    Court Reporter
 APPEARANCES:
 Mark O'Connor, Ramon Lopez, Julia Reed-Zaic, Paul Stoller, Laura Smith, Attorney(s) for Plaintiff(s)
 James Condo, Elizabeth Helm, James Rogers, Richard North
 Attorney(s) for Defendant(s)
======================================================================
**PROCEEDINGS:     X   Jury Trial DAY 14**

**3rd Bellwether Trial- Plaintiffs Lisa Hyde and Mark Hyde- Present**

9:33 Jury return and continue deliberations.

9:59 Court is in session. Parties are present. Objections to evidence and additional time for punitive damages phase discussed. 10:06 Court notified jury has reached a verdict. Court will take the verdict and discuss punitive damages evidence, if necessary, after verdict is read. 10:15 Court is in recess.

10:16 Court is in session. Parties are present. Jury is present. Verdict read and recorded. Jury is polled. 10:21 Jury released and excused. 10:22 Discussion held with counsel. Plaintiff request to file a memorandum in light of discussions held on 10/4/2018. Court will permit counsel to file memorandum. Defendant shall response within a week of the filing.

10:26 Court is adjourned.