1  James R. Condo (#005867)
   Kristine L. Gallardo (#033975)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
5  jcondo@swlaw.com
   kgallardo@swlaw.com
6
   Richard B. North, Jr. (admitted *pro hac vice*)
7  Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
8  Georgia Bar No. 446986
   NELSON MULLINS RILEY & SCARBOROUGH LLP
9  201 17th Street, NW / Suite 1700
   Atlanta, GA 30363
10 Telephone: (404) 322-6000
   Facsimile: (404) 322-6050
11 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
12
   *Attorneys for Defendants C. R. Bard, Inc. and*
13 *Bard Peripheral Vascular, Inc.*

14                IN THE UNITED STATES DISTRICT COURT

15                       FOR THE DISTRICT OF ARIZONA

16 | IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
   |---|---|
   | | **NOTICE OF SERVICE OF DISCOVERY** |

20     Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through
21 counsel, hereby give notice that on October 9, 2018, they served on Plaintiffs, via U.S.
22 Mail and email, the following:
23     • Defendants' Notice of Videotaped Deposition Duces Tecum of Heather
24        Stanko, M.D.

4850-0153-4328

DATED this 9th day of October, 2018.

SNELL & WILMER L.L.P.

By: *s/Kristine L. Gallardo*
James R. Condo
Kristine L. Gallardo
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2204

-and-

Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

*s/Kathy Sprinkle*

- 2 -

4850-0153-4328