Laura J. Baughman
Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-DGC |
| This document relates to Plaintiff(s): | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Tiffany Sell, Case No.: 2:18-cv-03111-DGC | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tiffany Sell through her undersigned counsel, hereby gives notice that the above-captioned action, Case No. 2:18-cv-03111-DGC, is voluntarily dismissed without prejudice, against all defendants.

RESPECTFULLY SUBMITTED this 10th day of October, 2018.

**BARON & BUDD, P.C.**

By: /s/ Laura J. Baughman
Laura J. Baughman
Russell W. Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Laura J. Baughman
Laura J. Baughman
