UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL WITNESS LIST

FILED ___ LODGED
RECEIVED ___ COPY
OCT 5 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

☐ Preliminary Injunction    ☐ TRO    ☐ Non-Jury Trial    ☒ Jury Trial

Case Number **MD-15-02641-PHX-DGC** Judge Code **7020** Date **September 18, 2018**

**Doris Singleton Jones vs. C.R. Bard, Inc. and Bard Peripheral Vascular**

☒ Plaintiff/Petitioner    ☒ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Abithal Raji-Kubba | | |
| Alex Tessmer | 9-21-18 | 9-21-18 |
| Amy Sparks, M.D. | | |
| Andrzej Chanduskzko | 10-1-18 | 10-1-18 |
| Anna Roberts, M.D. | | |
| Audrey Fasching, Ph.D., P.E. | | |
| Bret Baird | 9-24-18 | 9-24-18 |
| Brian Barry | | |
| Brian Hudson | | |
| Bryan Vogel | | |
| Carol Vierling | 9-24-18 aprs by video depo | |
| Chad Modra | 9-25-18 | 9-25-18  9-27-18 |
| Charis Campbell | | |
| Christopher Ganser | 9-26-18 apr by video depo | |
| Christopher S. Morris, M.D. | 9-28-18 | 9-28-18 |
| Christopher Smith | | |
| Clement J. Grassi, M.D., FSIR | 9-27-18 | 9-27-18  9-28-18 |
| Daniel Orms | | |

| Name | | |
|---|---|---|
| Darren R. Hurst, M.D. | 9-19-18 | 9-19-18 |
| David Ciavarella, M.D. | 9-25-18 apr by video depo | |
| David Dimmit | | |
| David W. Feigal, M.D., M.P.H. | 9-28-18 | 9-28-18 |
| David Garcia, M.D. | | |
| David Mickey Graves | | |
| David Henry, M.D. | 9-24-18 apr by video depo | 9-25-18 |
| David Kessler, M.D. | | |
| David Poll, M.D. | 10-1-18 | 10-1-18 |
| Derek David Muehrcke, M.D. | 9-21-18 | 9-21-18 |
| Donna-Bea Tillman, Ph.D., MPA, FRAPS | 10-2-18 | 10-2-18 |
| Doug Uelman | | |
| Frank Lynch, M.D. | | |
| Frederick B. Rogers, M.D. | | 9-19-18 apr by video depo |
| Gary S. Cohen, M.D. | | |
| Gin Schulz | | |
| Holly Glass | | |
| J. Matthew Sims, MC, MS | 9-26-18 | 9-26-18 |
| Jack Sullivan | | |
| Janet Hudnall | 9-26-18 Apr by video depo | |
| Jason Greer | 9-26-18 apr by video depo | |
| John DeFord | 10-1-18 app. by video depo | 10-2-18 |
| John Lehmann, M.D. | 9-24-18 Aprs by video depo | |
| John McDermott | | |
| John Van Vleet | 9-25-18 | 9-25-18 10-2-18 |
| John Weiland | | |

2

| | | |
|---|---|---|
| John Wheeler | | |
| Joni Creal | | |
| Judy Ludwig | | |
| Kay Fuller | | |
| Kevin Boyle | | |
| Kimberly Romney | | |
| Krishna Kandarpa, M.D. | 9-26-18 Apr. by Video Dep | |
| Len DeCant | | |
| Lisa Hyde | 9-27-18 | 9-27-18 |
| Lora K. White, RNBC, BSN, CCM, CNLCP | 9-26-18 | 9-26-18 |
| Mark Hyde | 9-27-18 | 9-27-18 |
| Mark Moritz, M.D. | | |
| Mark Wilson | | |
| Mary Edwards | | |
| Matthew Fermanich | 9-25-18 Apr. by Video Dep | 9-26-18 |
| Mehdi Syed | | |
| Michael Randall | 9-26-18 | 9-26-18 10-3-18 |
| Michael Streiff, M.D. | 9-19-18 | 9-19-18 |
| Moni Stein, M.D. | | |
| Murray R. Asch, M.D. | Apr by video Depo | 9-20-18<br>9-21-18 |
| Natalie Wong | Apr by Video Depo | 9-26-18 |
| Patrick McDonald | | |
| Paul Briant, Ph.D., P.E. | 10-2-18 | 10-2-18 |
| Rebecca Betensky, Ph.D. | 9-20-18 | 9-20-18 |
| Robert Cortelezzi | | |
| Robert M. Carr, Jr. | 9-25-18 | 9-25-18  9-28-18<br>10-1-18 |

| Name | | |
|---|---|---|
| Robert Ferrara | | |
| Robert McMeeking, Ph.D. | 9-15-18 | 9-19-18<br>9-20-18 |
| Ronald A. Thisted, Ph.D. | | |
| Scott Trerotola, M.D. | 10-2-18 Apr by video depo | |
| Sanjeeva Kalva, M.D. | | |
| Shari Allen O'Quinn | 10-1-18 | 10-1-18 |
| Steve Williamson | | |
| Suzanne Parisian, M.D. | 9-26-18 | 9-26-18 9-27-18 |
| Tim Hug | 9-21-18 | 9-21-18, 9-24-18 |
| Thomas Ferari | | |
| Thomas Kinney, M.D., MSME | | |
| William Altonaga, M.D. | 9-26-18 Apr by video depo | |
| William Kuo, M.D. | 9-27-18 Apr. by video depo | |
| William Little | | |
| William Stavropoulos, M.D. | | |

Joseph DeJohn    9-24-18
aprs by video depo

4