WEINSTEIN COUTURE PLLC
Brian D. Weinstein
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: brian@weinsteincouture.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641-PHX-DGC |

_____

This document relates to Plaintiff Gene Braffith

Civil Case No.  2:16-cv-03642-DGC

_____

## MOTION TO WITHDRAW APPEARANCE

     Pursuant to the District of Arizona's Local Rules of Civil Procedure 83.3(b), attorney Brian D. Weinstein, of the law firm Weinstein Couture PLLC, respectfully moves to withdraw his appearance on behalf of Plaintiff Gene Braffith. In support of this motion, Mr. Weinstein states the following:

    1. Weinstein Couture contacted Mr. Braffith numerous times in September regarding his case. Mr. Braffith never responded to these telephone calls.

    2. Instead, on October 2, 2018, Plaintiff Gene Braffith sent a letter to Weinstein Couture to request that a copy of his entire case file be provided to him.

    3. On October 10, 2018, Weinstein Couture mailed a letter to Plaintiff Gene Braffith notifying him that it was withdrawing as his counsel in the above-captioned case on October 24,

2018, and providing him with the requested case file—including a copy of this Motion and Proposed Order as is required under Local rule 83.8(b)(2).

4. Mr. Braffith currently resides at 1714 ½ Sequalish Street, Steilacoom, WA 98388. His phone number is: (253) 924-9754.

Dated at Seattle, Washington, this 10th day of October, 2018.

Respectfully submitted,

WEINSTEIN COUTURE PLLC

*s/ Brian D. Weinstein*_____
Brian D. Weinstein
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: brian@weinsteincouture.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ Brian D. Weinstein*_____
Brian D. Weinstein