MDL 15-2641 PHX DGC

HYDE TRIAL

JURY NOTES



MR CARR

- WHEN DOING AMINAL TESTING ARE THE ANIMAL PINED UP OR LET RUN FREE LIKE YOU WOULD AS HUMAN?

- YOU SAY YOU HAVE A PATENT, FOR WHAT? IS IT A MEDICAL DEVICE?

JURY #2

Juror 6:

Please help me understand "House keeping" that results in Evidence being ~~add~~ admitted that has not been ~~brought~~ ~~be~~ discussed in the course of the trial (at least not obviously to me).
Thank you.

(i.e. Do we need to review those exhibits as we go about determining which facts are relevant?)