```
              FILED        ____ LODGED
              RECEIVED     ____ COPY

                OCT   5 2018

          CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Lisa Hyde and Mark E. Hyde, a married couple,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>　　　　Defendants. | No. CV-16-00893-PHX-DGC<br><br>**VERDICT** |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find as follows:

**A.    LIABILITY**

1.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Hyde on the strict product liability design defect claim?

_____ Yes    ✓ No

2.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Hyde on the negligent design claim?

_____ Yes    ✓ No

If you answered "No" to each question in Part A, do not complete Parts B or C. If you answered "Yes" to either question in Part A, please complete Parts B and C.

**B.    COMPENSATORY DAMAGES**

1.    If you found Bard liable to Mrs. Hyde on either of the claims set forth above, what amount of damages do you find will reasonably compensate Mrs. Hyde for her injuries?

$_____

2.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Mr. Hyde sustained a loss of consortium?

_____ Yes _____ No

3.    If you answered "Yes" to Question B.2, then answer this question. Otherwise do not answer it.    What amount of damages do you find will reasonably compensate Mr. Hyde for his loss of consortium?

$_____

**C.    PUNITIVE DAMAGES**

Do you find by clear, satisfactory, and convincing evidence, to a reasonable certainty, that punitive damages should be awarded against Bard?

_____ Yes _____ No

_Juror #6_
Presiding Juror Number

_5 October 2018_
Date