IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, _____ Lisa Hyde and Mark Hyde, Plaintiffs, v. C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, Defendants. | No. MDL15-2641-PHX-DGC No. CV-16-00782-PHX-DGC **JUDGMENT** |

This case was tried by a jury in September 2018. Based on the jury's verdict in favor of Defendants (Doc. 12891),

**IT IS ORDERED** that judgment is entered against Plaintiffs Lisa Hyde and Mark Hyde and in favor of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., Plaintiffs' Complaint is dismissed, and Plaintiffs shall recover nothing from Defendants by their Complaint.

**IT IS FURTHER ORDERED** that Defendants recover their lawfully taxable costs.

Dated this _____ day of October, 2018.

_____
David G. Campbell
United States District Judge