# UNITED STATES DISTRICT COURT
# ARIZONA

| | | |
|---|---|---|
| **Allen Durough, et al.,** | ) | **MDL No. 2:15-MD-2641** |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Bard Peripheral Vascular, Inc.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as Counsel for:

SEE CASE LIST ATTACHED AS EXHIBIT A.

DATED:  October 12, 2018

                         */s/ Calle Mendenhall*
                         CALLE MENDENDALL (ASB-7985-W37E)
                         ATTORNEY FOR PLAINTIFFS
                         FARRIS, RILEY & PITT, L.L.P.
                         1700 Financial Center
                         505 20th Street North
                         Birmingham, AL 35203
                         T:  (205) 324-1212
                         F:  (205) 324-1255
                         calle@frplegal.com

EXHIBIT A

| Case Name | Docket Number |
| --- | --- |
| Allen Durough | 2:16-cv-02664-DGC |
| Jason Busser | 2:16-cv-00830-DGC |
| John Crepeau | 2:16-cv-02665-DGC |
| Alvin Cuttler | 2:16-cv-02834-DGC |
| Jacqueline Hill | 2:16-cv-00202-PHX-DGC |
| April Davis | 2:16-cv-03561-DGC |
| Kenneth Gleaton | 2:16-cv-02253-DGC |
| Lloyd Levins | 2:16-cv-00085-DGC |

Farris, Riley & Pitt, LLP
505 20th Street N., Suite 1700, Birmingham, ALABAMA  35203
(205) 324-1212, fax (205) 324-1255