Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF ERRATA REGARDING STIPULATION TO AMEND CASE MANAGEMENT ORDER NO. 38** |

Plaintiff, by and through undersigned counsel, files this Notice of Errata to correct an error in the Parties' Stipulation to Amend Case Management Order No. 38 (Doc. 12895). The Stipulation addresses issues in CMO No. 38 and dates originally set in CMO No. 36, which were subsequently amended by Order Extending Deadlines For Expert Disclosure and Fact Witness Deposition Deadlines Pursuant to CMO No. 36 (Doc. 12759). Accordingly, the Stipulation has been revised and renamed to reflect that it is amending CMO No. 36 in addition to CMO No. 38.

A corrected version of the Stipulation is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 12th day of October, 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ Paul L. Stoller
    Mark S. O'Connor
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            /s/ Felice Wortman