AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Donald Hill | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-02755-DGC |
| C.R Bard Inc, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald Hill, Plaintiff                    .

Date:  10/15/2018

/s/ Daniel C. Burke
*Attorney's signature*

Daniel C. Burke (Bar No: NY-2626240)
*Printed name and bar number*

Bernstein Liebhard LLP
10 East 40th Street, 28th Floor
New York, NY 10016
*Address*

dburke@bernlieb.com
*E-mail address*

(212) 779-1414
*Telephone number*

(212) 779-3218
*FAX number*