AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Zunilda Cruz ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-03060-DGC |
| C.R Bard Inc, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zunilda Cruz, Plaintiff                                                                                                           .

Date:    10/15/2018                                                     /s/ Daniel C. Burke
                                                                                   *Attorney's signature*

                                                                      Daniel C. Burke (Bar No: NY-2626240)
                                                                          *Printed name and bar number*

                                                                                  Bernstein Liebhard LLP
                                                                           10 East 40th Street, 28th Floor
                                                                                   New York, NY 10016
                                                                                          *Address*

                                                                                  dburke@bernlieb.com
                                                                                     *E-mail address*

                                                                                     (212) 779-1414
                                                                                   *Telephone number*

                                                                                     (212) 779-3218
                                                                                       *FAX number*