IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff(s): *Carter, Sandra Marie v. C.R. Bard, Inc., et al* | Civil Action No. 2:17-cv-02646 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of her voluntary dismissal without prejudice:

Sandra Marie Carter

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: October 15, 2018            Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:  */s/ Gregory J. Pals*
Gregory J. Pals #48820 (MO)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
greg@thedriscollfirm.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Melissa Caliendo*