IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   **Christopher Grasso**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   **n/a**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   **n/a**

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   **Connecticut**

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   n/a

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   **Connecticut**

7. District Court and Division in which venue would be proper absent direct filing:
   **District of Connecticut**

8. Defendants (check Defendants against whom Complaint is made):
   - [✓] C. R. Bard Inc.
   - [✓] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - [✓] Diversity of Citizenship
   - [ ] Other: _____
   
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   
   _____
   
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - [ ] Recovery® Vena Cava Filter
    - [✓] G2® Vena Cava Filter
    - [ ] G2® Express Vena Cava Filter
    - [ ] G2® X Vena Cava Filter
    - [ ] Eclipse® Vena Cava Filter
    - [ ] Meridian® Vena Cava Filter

- 2 -

|   |   |   |
|---|---|---|
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:
7/13/08

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*
- ☑ Count X: Breach of Express Warranty
- ☑ Count XI: Breach of Implied Warranty
- ☑ Count XII: Fraudulent Misrepresentation
- ☑ Count XIII: Fraudulent Concealment
- ☑ Count XIV: Violations of Applicable Connecticut (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☑ Punitive Damages

- 3 -

| | | |
|---|---|---|
|1| ☐  Other(s): _____ (please state the facts|
|2| supporting this Count in the space immediately below)|

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this ____ day of _____, 20___.

[SIGNATURE BLOCK]

By: /s/ _____
Sean J. Stokes
RisCassi & Davis, P.C.
Juris No.:

I hereby certify that on this 15 day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ _____