| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL-15-02641-PHX-DGC |
| This Document Relates to Plaintiff:<br><br>Joan Murray,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br>     Defendants. | Case No. 2:18-cv-03067<br><br>**Unopposed Motion to Substitute Counsel** |

## UNOPPOSED MOTION TO SUBSTITUE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JOAN MURRAY, Plaintiff, and brings this Unopposed Motion to Substitute Counsel, requesting the Court grant permission for Amanda Washington to withdraw and to substitute Clint Reed as attorney of record for Defendant in this cause, and in support thereof would show:

1. Amanda Washington was previously appointed to represent Plaintiff in this cause. Plaintiff no longer desires to be represented by Amanda Washington.

2. Clint Reed has been employed to represent Joan Murray in this case. Joan Murray approves of this substitution. This Motion is not brought for delay, but to allow Plaintiff to be represented by counsel of her choice.

**WHEREFORE, PREMISES CONSIDERED**, Joan Murray prays that the Court enter an order allowing Amanda Washington to withdraw from representing Defendant and to substitute Clint Reed as attorney of record in this cause.

Respectfully submitted,

/s/ Clint Reed
Clint Reed
Attorney and Counselor
State Bar No.
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
Phone: (713) 626-9336
Fax: (713) 626-3394

AGREED:

/s/ Joan Murray
Joan Murray

CERTIFICATE OF CONFERENCE

I, Clint Reed, certify that on the 16th day of October 2018, Amanda Washington was notified, and I conferred with Amanda Washington about the filing of this motion, and she is unopposed.

/s/ Clint Reed
CLINT REED

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.

/s/ Clint Reed
CLINT REED