| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | § §  § Case No. MDL-15-02641-PHX-DGC |
| This Document Relates to Plaintiff: Joan Murray,       Plaintiff, v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.       Defendants. | § § § § § § § § § § § § § § Case No. 2:18-cv-03067  **Order for Unopposed Motion to Substitute Counsel** |

## ORDER ON PLAINTIFF'S
## UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY

On this day, came to be heard the Plaintiff Joni Murray's Unopposed Motion to Substitute Attorney, and the same is hereby GRANTED.

Date: _____

_____
David G. Campbell
United States District Judge