# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**CASE MANAGEMENT ORDER NO. 39**<br>**(Tinlin Bellwether Case)** |

In Case Management Order ("CMO") No. 36, issued August 2, 2018, the Court set a schedule for the parties to follow in preparing the Tinlin bellwether case for trial. Doc. 12061. Certain of those deadlines were extended two months later. Doc. 12759. In CMO No. 38, the Court set a schedule for the final two bellwether trials, Mulkey and Tinlin, to be held in February and May 2019. Doc. 12853 at 2-6. The Court determined that Mulkey should be tried in February unless the Court were to grant summary judgment in the case or Ms. Mulkey's health were to worsen. *Id.* at 1-2. The Court left open the possibility that Tinlin could be tried in February instead of May. *Id.*

The parties have now filed a stipulation that Tinlin should be tried only in the May bellwether slot given that the present schedule for completion of discovery in Tinlin is not feasible. Docs. 12895, 12924. The parties propose an amended discovery schedule for Tinlin. *Id.*

The Court will accept the parties' stipulation that Tinlin should be tried in May and approve the proposed changes to the discovery schedule. This order will control the

schedule for the Tinlin trial. The deadlines and dates for the February bellwether trial, as set forth in CMO 38, will continue to apply to Mulkey. *See* Doc. 12538 at 2-4.

**I.     Tinlin Discovery Schedule.**

The parties shall follow this amended schedule in preparing the Tinlin case for trial in May 2019:

1. The parties shall obtain updated medical records by **November 12, 2018**.

2. The parties shall complete the depositions of treating physicians and fact witnesses by **December 10, 2018**.

3. Plaintiff's case-specific expert disclosures shall be completed by **November 16, 2018**

4. Defendants' case-specific expert disclosures shall be completed by **December 17, 2018**.

5. Case-specific experts shall be deposed by **January 18, 2019**.

**II.    Tinlin Trial Schedule**.

**A.     Jury Questionnaire and Jury Selection.**

1. By **March 1, 2019**, the parties shall provide the Court with proposed changes to the questionnaire. The Court will consider these proposals in finalizing the questionnaire.

2. The Clerk shall mail the questionnaire to 200 jurors no later than **March 8, 2019.** The questionnaire will instruct the prospective jurors to return it to the Court no later than **April 5, 2019**.

3. A thumb drive will be prepared for counsel (one for each side) containing copies of the questionnaires and will be available for pickup at the jury office on **April 12, 2019.** The thumb drive and any paper copies made by counsel must be returned to the Court by counsel on the day of jury selection.

4. On **April 19, 2019**, the Court will provide the parties with a list of prospective jurors the Court proposes to excuse for hardship on the basis of their

responses to the first question in the questionnaire.

5. The Court will hold a final pretrial conference on **April 30, 2019 at 10:00 a.m.**  At the final pretrial conference, counsel will be permitted to challenge the Court's excusal of any of the listed jurors for hardship.  If counsel do not object to the Court's proposed excusal of a particular juror for hardship, that juror will be excused from further involvement in this case.  After hearing counsel's objections to hardship excusals, the Court will determine which of the challenged jurors should be excused for hardship and which should appear for voir dire.  In addition, counsel shall be prepared to make challenges for cause to jurors on the basis of information contained in their questionnaires.  These challenges should be limited to jurors who clearly could not serve as a fair juror on the basis of their questionnaire answers.  The Court will rule on these challenges at the final pretrial conference.  All prospective jurors who returned questionnaires and who have not been excused for hardship or successfully challenged for cause will be candidates for voir dire.

6. On **May 13, 2019, at 9:00 a.m.,** 50 prospective jurors will be called to Court to appear for voir dire.  The Court will permit counsel to ask follow-up questions of individual jurors based on information contained in the juror questionnaires.  Counsel should not venture into new subjects – they should limit their follow-up questions to the items covered in the questionnaire.  Following voir dire, the Court will hear and rule on challenges for cause.

7. The Court will seat 9 jurors.  Each side will have 3 pre-emptory strikes.

8. The Court anticipates that opening statements and evidence will begin on the afternoon of **May 13, 2019**.

**B.    Dispositive and *Daubert* Motions**.

Dispositive and *Daubert* motions shall be filed by **February 1, 2019,** responses by **March 1, 2019,** and replies by **March 15, 2019**.

**C.     Motions in Limine**.

Motions in limine, limited to three pages each, shall be filed by **March 29, 2018**. Responses to motions in limine, limited to three pages each, shall be filed by **April 12, 2019**.  No replies shall be filed.

**D.     Deposition Designations**.

The parties shall provide deposition designations by **March 29, 2019**.

**E.     Final Pretrial Order.**

The proposed final pretrial order shall be submitted by **April 12, 2019**.  The Court will enter a separate order governing the materials that should be submitted with the final pretrial order.

**F.     Final Pretrial Conference.**

The Court will hold a final pretrial conference on **April 30, 2019 at 10:00 a.m.**

**G.     Trial Days.**

Trial will be held on **May 13-17**, **20-24**, **and 28-31**.  Plaintiff will be allotted 33 hours of trial time and Defendants will be allotted 30 hours of trial time.  This schedule should allow the case to get to the jury by the morning of May 30, 2019.

Dated this 16th day of October, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge