IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS  　　　　　　　　　　No. 2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to:

SCOTT ROBERT HENNAGER

Civil Case No. 2:17-CV-03878

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## SUGGESTION OF DEATH

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 25(a)(1), that Plaintiff Scott Robert Hennager died in Big Timber, Montana, on or about August 27, 2016.

RESPECTFULLY SUBMITTED this 17th day of October, 2018.

　　　　　　　　　　　　　　　　　　MURRAY LAW FIRM

　　　　　　　　　　　　　　　　　　*/s/Stephen B. Murray, Jr.*
　　　　　　　　　　　　　　　　　　Stephen B. Murray, Jr. (LA Bar No. 23877)
　　　　　　　　　　　　　　　　　　650 Poydras Street, Suite 2150
　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　(504) 525-8100
　　　　　　　　　　　　　　　　　　smurrayjr@murray-lawfirm.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

*/s/Stephen B. Murray, Jr*
Stephen B. Murray, Jr.