AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | MDL No. 2:15-md-02641-DGC |
| | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

# UNITED STATES DISTRICT COUT
# FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL DOCKET NO. 2:15-md-02641-DGC |

This Document Relates to:
 2:17-cv-00271-DGC

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiff Harvey L. Talbert of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

/s/ Troy A. Brenes
Troy A. Brenes