IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 2:15-MD-02641-DGC |
| Gary Lee Evans,<br><br>    Plaintiff, | AMENDED COMPLAINT AND JURY DEMAND |
| v. | Civil Action No.: 2:18-cv-03292-DGC |
| C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | DIRECT FILED ACTION |

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby gives notice that pursuant to F.R.Civ.P. 15 and LRCiv 15.1 (b), Plaintiff Gary Lee Evans hereby files his First Amended Complaint in this action, as a matter of course for the following reason:

A. To amend the applicable Inferior Vena Cava Filter (s).

Dated: October 18, 2018.

                                            Respectfully submitted,

                                            /s/Leslie MacLean
                                            Leslie MacLean
                                            TX Bar No. 00794209
                                            lmaclean@waterskraus.com
                                            Sally R. Bage
                                            TX Bar No. 24098961
                                            sbage@waterskraus.com
                                            **Waters & Kraus, LLP**
                                            3141 Hood Street, Suite 700
                                            Dallas, Texas 75219
                                            Tel. (214) 357-6244

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/Leslie MacLean
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

*Attorney for Plaintiffs*