IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No.        2:15-MD-02641-DGC<br>Civil Action No.     2:18-cv-03292-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

<u>**FIRST AMENDED SHORT FORM COMPLAINT**</u>

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   <u>Gary Lee Evans</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>Not Applicable</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   <u>None</u>

4. Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   <u>Florida</u>

5. Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Florida

6. Plaintiffs current state(s) [if more than one Plaintiff] of residence:

    Florida

7. District Court and Division in which venue would be proper absent direct filing:

    <u>U.S. District Court, Middle District of Florida</u>

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C. R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    <u>None</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☒ <u>Denali® Vena Cava Filter</u>

    ☒ ~~Other:   Access~~

11. Date of Implantation as to each product:

    <u>June 2, 2016</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability - Manufacturing Defect
- ☒ Count II: Strict Products Liability - Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability - Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence - Failure to Recall/Retrofit
- ☒ Count VII: Negligence -Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*
- ☒ Count X: Breach of Express Warranty
- ☒ Count XI: Breach of Implied Warranty
- ☒ Count XII: Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☒ Punitive Damages
- ☐ Other(s): (please state the facts supporting this Count in the space immediately below)

13. Jury Trial demanded for all issues so triable?

- ☒ Yes
- ☐ No

RESPECTFULLY SUBMITTED this  18  day of October, 2018.

        Respectfully submitted,

        By: /s/Leslie MacLean
        Leslie MacLean
        TX Bar No. 00794209
        lmaclean@waterskraus.com
        Sally R. Bage
        TX Bar No. 24098961
        sbage@waterskraus.com
        **Waters & Kraus, LLP**
        3141 Hood Street, Suite 700
        Dallas, Texas 75219
        Tel. (214) 357-6244
        Fax (214) 357-7252

I hereby certify that on this  18 day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/Leslie MacLean
        LESLIE MACLEAN