# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| Joan Murray, | Civil Action No.: CV18-3067-PHX DGC |
| Plaintiff, v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Counsel for Plaintiff Joan Murray has filed an unopposed motion to substitute counsel. Doc. 12970.

**IT IS ORDERED** that the unopposed motion to substitute counsel (Doc. 12970) is **granted.** Amanda Washington is withdrawn as counsel of record for Joan Murray in the above matter and Clint Reed is substituted as attorney of record for Plaintiff in this case.

Dated this 17th day of October, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge