William Rivera-Alvarez, PR Bar No. 304111
Christopher Kyle Johnston, CA Bar No. 261474
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Suite 1020
San Juan, PR 00918
Office: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com
kyle@masstortslaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to Plaintiff:<br><br>Philip Pero<br>2:18-cv-2395-DGC | No. 2:15-MD-02641-DGC |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Substitute Party and Motion for Leave to Amend Short Form Complaint filed by Plaintiff is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this ____ day of _____, 2018.

                                                      _____
                                                      Honorable Judge David G. Campbell
                                                      United States District Court Judge

Second Amended Master Short Form Complaint