IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No.        2:15-MD-02641-DGC<br>Civil Action No.    2:18-cv-03292-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

**<u>FIRST AMENDED SHORT FORM COMPLAINT</u>**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).  Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

<u>Gary Lee Evans</u>

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

<u>Not Applicable</u>

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
<u>None</u>

4.  Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

<u>Florida</u>

5.  Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence
at the time of injury:

   Florida

6.  Plaintiffs current state(s) [if more than one Plaintiff] of residence:

   Florida

7.  District Court and Division in which venue would be proper absent direct filing:

   <u>U.S. District Court, Middle District of Florida</u>

8.  Defendants (check Defendants against whom Complaint is made):

   ☒   C. R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

      <u>None</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check
    applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

   ☐   G2® Express Vena Cava Filter

   ☐   G2® X Vena Cava Filter

   ☐   Eclipse® Vena Cava Filter

   ☐   Meridian® Vena Cava Filter

   ☒   Denali® Vena Cava Filter

   ☐   Other: _____

11. Date of Implantation as to each product:

   <u>June 2, 2016</u>

12.  Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I: Strict Products Liability - Manufacturing Defect

☒      Count II: Strict Products Liability - Information Defect (Failure to Warn)

☒      Count III: Strict Products Liability - Design Defect

☒      Count IV: Negligence - Design

☒      Count V: Negligence - Manufacture

☒      Count VI: Negligence - Failure to Recall/Retrofit

☒      Count VII: Negligence -Failure to Warn

☒      Count VIII: Negligent Misrepresentation

☒      Count IX: Negligence *Per Se*

☒      Count X: Breach of Express Warranty

☒      Count XI: Breach of Implied Warranty

☒      Count XII: Fraudulent Misrepresentation

☒      Count XIII: Fraudulent Concealment

☒      Count XIV: Violations of Applicable Florida Law Prohibiting Consumer Fraud and
        Unfair and Deceptive Trade Practices

☐      Count XV: Loss of Consortium

☐      Count XVI: Wrongful Death

☐      Count XVII: Survival

☒      Punitive Damages

☐      Other(s): (please state the facts supporting this Count in the space immediately below)

13. Jury Trial demanded for all issues so triable?

☒      Yes

☐      No

RESPECTFULLY SUBMITTED this __18__ day of October, 2018.

Respectfully submitted,

By: _/s/Leslie MacLean_____
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244
Fax (214) 357-7252

I hereby certify that on this __18__ day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Leslie MacLean_____
LESLIE MACLEAN