| ✏ AO 435 | Administrative Office of the United States Courts | **FOR COURT USE ONLY** |
|---|---|---|
| AZ Form (Rev. 10/2018) | **TRANSCRIPT ORDER** | **DUE DATE:** |

| 1. NAME Cindy Schmidt | 2. PHONE NUMBER 504-589-9700 | 3. DATE 10/22/2018 |
|---|---|---|
| 4. FIRM NAME Barrasso, Usdin, Kupperman, Freeman & Sarver | | |

| 5. MAILING ADDRESS 909 Poydras Street, 24th Floor | 6. CITY New Orleans | 7. STATE La | 8. ZIP CODE 70112 |
|---|---|---|---|
| 9. CASE NUMBER 2:15-md-02641 | 10. JUDGE David Campbell | DATES OF PROCEEDINGS | |
| | | 11. 10/04/2008 (closings) | 12. |
| 13. CASE NAME In re Bard IVC Filters Products Liability Litigation (Hyde) | | LOCATION OF PROCEEDINGS | |
| | 14. | | 15. STATE Arizona |

**16. ORDER FOR**
- ☐ APPEAL
- ☑ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☑ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☑ CLOSING ARGUMENT (Plaintiff) | October 2018 | ☐ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | October 2018 | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | $121.00 |
| 3 DAYS | ☐ | ☑ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS cschmidt@barrassousdin.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/Cindy Schmidt

20. DATE 10/22/2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY