1 | Julia Reed Zaic
2 | (CA Bar No. 224671, admitted *pro hac vice*)
  | Heaviside Reed Zaic
3 | 312 Broadway Street, Suite 203
  | Laguna Beach, California 92651

4 | *Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
|---|---|
| Pertaining to case 2:18-cv-00282 | **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| | (Assigned to the Honorable David G. Campbell) |

Plaintiff, Steven A. Kessman, in the above referenced action moves that Julia Reed Zaic and Laura Smith, and the firm of Heaviside Reed Zaic, and Ramon Rossi Lopez, and the law firm of Lopez McHugh be substituted as counsel of record; and, in conjunction therewith, that David M. Langevin and Rhett A. McSweeney, and the firm of McSweeney Langevin, be withdrawn as counsel of record in this action. The Plaintiff, as well as the attorneys of Heaviside Reed Zaic, Lopez McHugh, and McSweeney Langevin, consent to the proposed substitution and withdrawal.

Contact information for new counsel is as follows:

Firm Name: Heaviside Reed Zaic

Address: 312 Broadway Street, Suite 203, Laguna Beach, California 92651

Telephone: (949) 715-5121

E-Mail: julia@hrzlaw.com and laura@hrzalaw.com

Firm Name: Lopez McHugh

Address: 100 Bayview Pl # 5600, Newport Beach, CA 92660

Telephone: (877) 737-8525

E-Mail: rlopez@lopezmchugh.com

Contact information for Plaintiff is as follows:

Name: Steven Kessman

Address: 3391 Sorksbill Drive, Hemet, California 92545

Telephone: (951) 990-8877

RESPECTFULLY SUBMITTED this 22nd day of October, 2018.

| HEAVISIDE REED ZAIC | MCSWEENEY LANGEVIN |
|---|---|
| By: */s/ Julia Reed Zaic*<br>    Julia Reed Zaic<br>    (CA Bar No. 224671, admitted *pro hac vice*)<br>    Laura Smith<br>    (CA Bar No. 313879, admitted *pro hac vice*)<br>    Heaviside Reed Zaic<br>    312 Broadway Street, Suite 203<br>    Laguna Beach, California 92651<br><br>By: */s/ Ramon Rossi Lopez*<br>    Ramon Rossi Lopez<br>    (CA Bar No. 86361, admitted *pro hac vice*)<br>    100 Bayview Pl # 5600, Newport Beach, CA 92660<br><br>*New Counsel for Plaintiff* | By: */s/ David M. Langevin*<br>    David M. Langevin<br>    (MN Bar No. 329563; admitted *pro hac vice*)<br>    Rhett A. McSweeney<br>    (MN Bar No. 269542; admitted *pro hac vice*)<br>    McSweeney Langevin<br>    2116 2nd Avenue South<br>    Minneapolis, Minnesota, 55404<br><br>*Former Counsel for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                     */s/ Melissa Jones*