# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>Pertaining to case 2:18-cv-00282 | No. 2:15-MD-02641-DGC<br><br>**ORDER GRANTING MOTION TO WITHDRAWAL AND SUBSTITUTE COUNSEL**<br><br>(Assigned to the Honorable David G. Campbell) |

Counsel for Plaintiff Steven A. Kessman has filed a Motion to Withdrawal and Substitute Counsel.

**IT IS ORDERED** that the Motion to Withdrawal and Substitute Counsel is granted.

Date:_____     _____
                                                              Honorable David G. Campbell
                                                              United States District Judge