UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILERS ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) | Case No. MD-15-02641-PHX-DGC <br><br> *Applies to all cases listed on Exhibit A.* |

## MOTION FOR SUBSTITUTION OF COUNSEL

COME NOW, Plaintiffs listed on Exhibit A and file this Motion for Substitution of Counsel showing that attorney, Calle Mendenhall, is now lead attorney for the Plaintiffs replacing Nathan VanDerVeer who is no longer associated with the firm, Farris, Riley & Pitt, LLP.

WHEREFORE, premises considered, Plaintiffs request that this Court enter an Order substituting Calle Mendenhall as attorney of record for Nathan VanDerVeer.

DATED: October 22, 2018

*/s/ Calle Mendenhall*
CALLE MENDENHALL
ATTORNEY FOR PLAINTIFFS
FARRIS, RILEY & PITT, L.L.P.
1700 Financial Center
505 20th Street North
Birmingham, AL 35203
T: (205) 324-1212
F: (205) 324-1255
calle@frplegal.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 22nd day of October, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will automatically serve and send notice of electronic filing to all registered attorneys of record.

                                                                  */s/ Calle Mendenhall*

**EXHIBIT A**

| Case Name | Docket Number |
|---|---|
| Allen Durough v. C.R. Bard, Inc., et al., | 2:16-cv-02640-DGC |
| Jason Busser v. C.R. Bard, Inc., et al., | 2:16-cv-00830-DGC |
| John Crepeau v. C.R. Bard, Inc., et al., | 2:16-cv-02665-DGC |
| Alvin Cuttler v. C.R. Bard, Inc., et al., | 2:16-cv-02834-DGC |
| Jacqueline Hill v. C.R. Bard, Inc., et al., | 2:17-cv-00202-DGC |
| Jessica Parker v. C.R. Bard, Inc., et al., | 2:15-cv-01739-DGC |
| April Davis v. C.R. Bard, Inc., et al., | 2:17-cv-03561-DGC |
| Kenneth Gleaton v. C.R. Bard, Inc., et al., | 2:17-cv-02253-DGC |
| Lloyd Levins v. C.R. Bard, Inc., et al., | 2:18-cv-00085-DGC |