**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| **IN RE BARD IVC FILERS** | **)** | |
| **PRODUCTS LIABILITY** | **)** | **No. MD-15-02641-PHX-DGC** |
| **LITIGATION** | **)** | |
| | **)** | *Applies to all cases listed on Exhibit A.* |
| _____ | **)** | |

**[PROPOSED] ORDER**

This matter having come before the Court to substitute Calle Mendenhall as attorney of record in the cases listed on Exhibit A, hereby Orders that Calle Mendenhall will be substituted in as counsel of record thereby replacing Nathan VanDerVeer in the actions.

_____

David G. Campbell
United States District Judge

**EXHIBIT A**

| Case Name | Docket Number |
| --- | --- |
| Allen Durough v. C.R. Bard, Inc., et al., | 2:16-cv-02640-DGC |
| Jason Busser v. C.R. Bard, Inc., et al., | 2:16-cv-00830-DGC |
| John Crepeau v. C.R. Bard, Inc., et al., | 2:16-cv-02665-DGC |
| Alvin Cuttler v. C.R. Bard, Inc., et al., | 2:16-cv-02834-DGC |
| Jacqueline Hill v. C.R. Bard, Inc., et al., | 2:17-cv-00202-DGC |
| Jessica Parker v. C.R. Bard, Inc., et al., | 2:15-cv-01739-DGC |
| April Davis v. C.R. Bard, Inc., et al., | 2:17-cv-03561-DGC |
| Kenneth Gleaton v. C.R. Bard, Inc., et al., | 2:17-cv-02253-DGC |
| Lloyd Levins v. C.R. Bard, Inc., et al., | 2:18-cv-00085-DGC |