UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                                          MDL15-2641 PHX DGC
*This document relates to:*

Philip Pero,                                                            No. CV18-2395 PHX DGC

          Plaintiff,

v.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

          Defendants.

      The Court has considered the Motion for Substitution of Party. Doc. 12988.

      **IT IS ORDERED** that the motion for substitution of party (Doc. 12988) is **granted**. Barbara J. Pero, as proposed Personal Representative of the Estate of Philip Pero, deceased, is substituted for Philip Pero in this action, continuing the claims of Philip Pero on behalf of his Estate.

      The clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Philip Pero's individual claims continue in full force and effect.

      Dated this 22nd day of October, 2018.

                                                                            David G. Campbell
                                                             United States District Judge