# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX DGC |
| Steven Kessman v. Bard Peripheral Vascular, Inc. and C.R. Bard, Inc., | No. CV18-0282 PHX DGC |
| | **ORDER** |

Counsel for Plaintiff Steven A. Kessman has filed a motion to withdraw and substitute counsel.  Doc. 13029.

**IT IS ORDERED** that the motion to withdraw and substitute counsel (Doc. 13029) is **granted.**  David M. Langevin and Rhett A. McSweeney and the law firm of McSweeney Langevin are withdrawn as counsel of record in this action.  Julie Reed Zaic and Laura Smith of the firm of Heaviside Reed Zaic and Ramon Rossi Lopez of the firm of Lopez McHugh are hereby substituted as counsel of record for Plaintiff.

Dated this 22nd day of October, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge