IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION**          MDL No. 2:15-MD-02641-PHX-DGC

This Document Relates to Plaintiff(s)

**DANIEL LEONARD**

Civil Case: 2:18-cv-02513-DGC

## MOTION FOR REFUND

    COMES NOW, Plaintiff Daniel Leonard (2:18-cv-02513-DGC only) and moves this Court for an order to return filing fees in the above entitled matter. The reason for the overpayment in the amount of $400.00 was due to a clerical error resulting in the duplicate filing of Daniel Leonard.

October 23, 2018                    Respectfully submitted,

                                                        By: /s/ Willard J. Moody_____
                                                        Willard J. Moody, Jr., Esquire (VSB #22866)
                                                        THE MOODY LAW FIRM, INC.
                                                        500 Crawford Street, Suite 200
                                                        Portsmouth, VA 23704
                                                        (757) 393-4093
                                                        will@moodyrrlaw.com
                                                        TRIAL ATTORNEY

                                                        Jonathan A. Hogins, Esquire (VSB #83982)
                                                       THE MOODY LAW FIRM, INC.
                                                       500 Crawford Street, Suite 200
                                                       Portsmouth, VA 23704
                                                      (757) 393-4093
                                                        jhogins@moodyrrlaw.com

                                                        ATTORNEYS FOR THE PLAINTIFFS