IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |

This Document Relates to:

**DANIEL LEONARD**

Civil Action No. 2:18-cv-02513-DGC

**[PROPOSED ORDER]**

Plaintiff's Motion for Refund of payment is hereby:

☐ Granted

☐ Denied

So Ordered this _____ day of _____ 2018.

_____
United States District Judge

1