# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| Daniel Leonard, | No.: CV18-2513-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff has filed a motion for refund of his filing fee in the above individual case. Doc. 13052.

**IT IS ORDERED** that Plaintiff's motion for refund (Doc. 13052) is **granted.** The Clerk of Court shall refund the filing fee of $400.00 to Plaintiff and his attorneys.

Dated this 23rd day of October, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge