IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

I, NICOLE K.H. MALDONADO, hereby provide this Notice of Change of Attorney Information to the Court and request the Clerk's Office to:

Please update my firm information for the above-entitled action as follows:

| | |
|---|---|
| Firm name: | Baum Hedlund Aristei & Goldman, P.C. |
| Former firm address: | 12100 Wilshire Boulevard, Suite 950<br>Los Angeles, CA 90025 |
| New firm address: | 10940 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90024 |

The firm telephone number, fax number and email addresses remain unchanged.

Date: October 23, 2018

Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: 310-207-3233
Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
Counsel for Plaintiffs