# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No.  MDL15-2641-PHX-DGC |
| Lisa Hyde and Mark Hyde, | No. CV16-00782-PHX-DGC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
| Defendants. | |

This case was tried by a jury in September 2018.  Based on the jury's verdict in favor of Defendants.  Doc. 12891.

**IT IS ORDERED** that judgment is entered against Plaintiffs Lisa Hyde and Mark Hyde and in favor of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., Plaintiffs' Complaint is dismissed, and Plaintiffs shall recover nothing from Defendants by their Complaint.  Defendants may recover their lawfully taxable costs.

Dated this 24th day of October, 2018.

David G. Campbell
Senior United States District Judge