# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, <br><br>_____ <br><br>Deborah Lee Jarem, <br>     Plaintiffs, <br>v. <br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, <br>     Defendants. | No. MDL 15-2641-PHX-DGC <br><br><br><br>No. CV-17-4725-PHX-DGC <br><br>**ORDER** |

Counsel for Plaintiff Deborah Lee Jarem has filed a motion for leave to withdraw as counsel.  Doc. 12104.

**IT IS ORDERED:**

1. A telephonic hearing on Plaintiff's counsel's motion for leave to withdraw will be held on **December 4, 2018 at 3:30 p.m.** before Senior Judge David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003.  Counsel for Plaintiff, **Plaintiff Deborah Lee Jarem**, and counsel for Defendants **shall** appear telephonically at the hearing.  Counsel for Plaintiff shall be responsible for initiating a telephone conference to include counsel for Plaintiff, Plaintiff Deborah Lee Jarem, counsel for Defendants, and the Court.  If a dial in number is to be used, counsel for

1. Plaintiff shall provide the dial-in number to Plaintiff Deborah Lee Jarem, counsel for Defendants, and the Court no later than December 3, 2018 at 12:00 noon.

2. Counsel for Plaintiff Deborah Lee Jarem shall provide a copy of this Order to Ms. Jarem on or before **November 23, 2018** and shall file a notice with the Court indicating how and when Ms. Jarem received the Order.

Dated this 24th day of October, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge