# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-2641-PHX-DGC |
| _____ | |
| Gene Curtis Braffith, | |
|     Plaintiffs, | No. CV-16-3642-PHX-DGC |
| v. | **ORDER** |
| C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, | |
|     Defendants. | |

Counsel for Plaintiff Gene Curtis Braffith has filed a motion for leave to withdraw as counsel. Doc. 12889.

**IT IS ORDERED:**

1. A telephonic hearing on Plaintiff's counsel's motion for leave to withdraw will be held on **December 4, 2018 at 4:00 p.m.** before Senior Judge David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003. Counsel for Plaintiff, **Plaintiff Gene Curtis Braffith**, and counsel for Defendants **shall** appear telephonically at the hearing. Counsel for Plaintiff shall be responsible for initiating a telephone conference to include counsel for Plaintiff, Plaintiff Gene Curtis Braffith, counsel for Defendants, and the Court. If a dial in number is to be used, counsel for

Plaintiff shall provide the dial-in number to Plaintiff Gene Curtis Braffith, counsel for Defendants, and the Court no later than December 3, 2018 at 12:00 noon.

2. Counsel for Plaintiff Gene Curtis Braffith shall provide a copy of this Order to Mr. Braffith on or before **November 23, 2018** and shall file a notice with the Court indicating how and when Mr. Braffith received the Order.

Dated this 24th day of October, 2018.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge