# EXHIBIT B

Page 1

1        IN THE UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF ARIZONA
2

3                         NO. MD-15-92641-PHX-DGC

4

  In re Bard IVC Filters Products
5 Liability Litigation

6

7     Videotaped Deposition of DEREK D. MUEHRCKE, M.D.,
8 taken on behalf of defendant herein, pursuant to Notice
9 of Taking Deposition, at 32 Avienda Menendez St., St.
10 Augustine, St. Johns County, Florida, on July 24, 2017,
11 at 9:00 a.m., before Terry T. Hurley, Registered
12 Professional Reporter, and Notary Public in and for the
13 State of Florida at Large.

Page 155

1  removal.
2      Q   Well, in the case of Ms. Kruse you gave the
3  opinion that you did not think it could be -- the filter
4  could be percutaneously removed.
5          Do you believe there's a possibility that Ms.
6  Mulkey's can?
7      A   I think it's more likely Ms. Mulkey's will be
8  able to be removed.  I don't see the tip or cap outside
9  the vena cava in Ms. Mulkey.
10     Q   So you think in Ms. Mulkey case the cap is
11 protruding outside the vena cava?
12     A   No, I do not think the cap is tipping outside
13 the vena cava in Miss Mulkey.  I think she'd be an
14 easier retrieval than Ms. Kruse would.
15         Ms. Kruse, I'm very dubious about the ability
16 to get that filter out.
17     Q   And where -- what was your evidence of a
18 fracture with regard to Ms. Mulkey?
19     A   I think she's missing -- one of the arms is
20 missing on her filter again.
21         MR. NORTH:  Who just joined?
22         (David DeGreeff rejoined the deposition.)
23     Q   And again, even though you believe a strut
24 fractured you do not know where that strut is located?
25     A   I do not.

Page 156

1   Q   And as a consequence, as with Ms. Kruse, you
2   are unable to say what sort of potential complications
3   if any might be associated with a fractured strut?
4   A   That's correct.
5       MR. O'CONNOR:  Object to the form of the
6   question.
7   Q   Now, what organs were -- are the penetrating
8   struts close to or abutting?
9   A   Well, they're interact with the duodenum
10  posteriorly, the L4 disk space, the L3-4 disk space, and
11  one close to but not touching her aorta.
12  Q   With regard to the strut in the duodenum, is it
13  actually penetrating the duodenum, or is it just
14  adjacent to it?
15  A   It's touching it.  That's a question -- that
16  question is beyond the resolution of a CT scan.
17  Q   Well, are you able to say one way or the other
18  whether Ms. Mulkey's history of gastrointestinal
19  difficulties are associated with the filter?
20      MR. O'CONNOR:  Form.
21  A   I think -- I think more likely than not I can
22  just say her back pain is associated with the filter.  I
23  don't know about her gastrointestinal things.  It's
24  possible you can have pain from the -- from the
25  intestine.  I don't feel so comfortable saying that.