# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA
                   _____

In Re: Bard IVC Filters          ) MD-15-02641-PHX-DGC
Products Liability Litigation    )
                                 ) Phoenix, Arizona
                                 ) October 4, 2018
_____)




          BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

                REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   CASE MANAGEMENT CONFERENCE







Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona  85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription
```

```
                                                              Page 6
 1              THE COURT:  Read the next sentence.
 2              MR. LOPEZ:  "The Court will decide the order of the
 3   trials" -- Okay.
 4              THE COURT:  I think that was left open.
 5              MR. LOPEZ:  And we should discuss it because when --
 6   you gave a scheduling order for the Tinlin case.
 7              So we've tried a G2 case, we've tried an Eclipse
 8   case, and we've tried maybe a G2 -- well, we certainly tried
 9   a G2X case.  Whether or not that's where that comes out on a
10   product ID issue, we're still waiting for that.
11              We need to try a Recovery case.
12              I know counsel will be quick to point out that the
13   Recovery cases only make up about 11 percent of the docket,
14   but from a global perspective, historically from what's
15   happened in the past cases and just looking at the evidence
16   and the injuries that happened with the Recovery, and,
17   frankly, the potential for the plaintiff, and I don't want
18   anyone to quote me on this because people that are trying to
19   settle G2X and G2 and Eclipse cases are going to say why did
20   you say it, but I'm going to say it.  11 percent of the cases
21   are probably 50 percent of the value the global litigation.
22   I mean, the Recovery cases simply have more value for a
23   number of reasons.  Mainly because of the liability case,
24   potential for punitives and, frankly, the damages that are
25   caused by the Recovery.
```