IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff(s): *James Duncan v. C.R. Bard, Inc., et al* | Civil Action No. 2:17-cv-04680 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff JAMES DUNCAN., and his counsel listed below, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

DATED: October 25, 2018
New York, New York

**MARC J. BERN & PARTNERS LLP**
*Attorneys for Plaintiff*

Debra Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164