Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>CAROL FELDBERG<br><br>Civil Case # 2:18-cv-03467-PHX-DGC | No. MDL-15-02641-PHX-DGC<br><br>**DEMAND FOR JURY TRIAL** |

   Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  October 25, 2018           Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

*The Gallagher Law Firm, PLLC*
*2905 Sackett Street*
*Houston, TX  77098*
*(713) 222-8080*

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

                                                          /s/ Michael T. Gallagher
                                                          Michael T. Gallagher