1  Michael T. Gallagher
   Federal ID: 5395
2  The Gallagher Law Firm, PLLC
   2905 Sackett Street
3  Houston, Texas 77098
   (713) 222-8080
4  (713) 222-0066 - Facsimile
   donnaf@gld-law.com

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8  IN RE BARD IVC FILTERS PRODUCTS          No. MDL-15-02641-PHX-DGC
   LIABILITY LITIGATION
                                            **DEMAND FOR JURY TRIAL**
9
   This Document Relates To:

10
   MICHAEL FASELER

11
   Civil Case # 2:18-cv-03486-PHX-DGC

12

13        Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and

   the Seventh Amendment of the U.S. Constitution.

14

15  Dated:  October 26, 2018          Respectfully submitted,

16                                    /s/ Michael T. Gallagher
                                      Michael T. Gallagher
17                                    Federal ID: 5395
                                      The Gallagher Law Firm, PLLC
18                                    2905 Sackett Street
                                      Houston, Texas 77098
19                                    (713) 222-8080
                                      (713) 222-0066 - Facsimile
                                      donnaf@gld-law.com
20

21

22

*The Gallagher Law Firm, PLLC*
*2905 Sackett Street*
*Houston, TX 77098*
*(713) 222-8080*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 26, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher