# Exhibit 1

James R. Condo (#005867)
Amanda C. Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DECLARATION OF ROBERT CARR IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER OVER CERTAIN TRIAL EXHIBITS**<br><br>(Assigned to the Honorable David G. Campbell) |

I, Robert Carr, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

1.      I am over 18 years of age and am competent to testify about the matters contained herein. The statements contained herein are based on my personal knowledge and upon the basis of the documents maintained by Defendants C. R. Bard, Inc. and Bard

Peripheral Vascular, Inc. (collectively, "Bard") in the regular course of business.

2. I am presently employed as the Vice President of International at Bard Peripheral Vascular, Inc. ("BPV") a subsidiary of C. R. Bard, Inc. ("C. R. Bard"). Until October 2015, I was Senior Director of Research and Development at BPV. Bard manufactures and distributes inferior vena cava ("IVC") filters and has manufactured and distributed the Recovery® Filter, G2® Filter, G2® Express Filter, G2®X Filter, Eclipse® Filter, Meridian® Filter, and Denali® Filter (collectively, "Bard IVC Filters"), each of which is a medical device cleared by the Food and Drug Administration ("FDA") indicated for treatment of blood flow problems posing the risk of pulmonary embolism. Before joining BPV in 2002, I was employed by Nitinol Medical Technologies ("NMT"), where I was also responsible for that company's research and development of IVC filters.

3. This declaration is based upon my personal knowledge and review of certain business records prepared and maintained in the ordinary course of business of Bard that were, to a limited extent, used during the trials in this MDL. This declaration is also based upon my personal knowledge of how the trial exhibits were used during my testimony during trial. Many of the documents at issue relate to Bard Filters other than the generations implanted in the plaintiffs, and/or include information related to Bard's medical devices other than IVC filters. I could and would competently testify to the matters set forth herein if called as a witness in this matter.

4. Attached as Exhibit "A" is a chart further discussing the documents identified in parentheses below by trial exhibit number.

5. As part of and during the course of my work with Bard and NMT, I have become familiar with documentation and records associated with the design, development, manufacture, regulatory compliance, and testing (including clinical testing) of the Bard IVC Filters. The documentation and records include:

    a. Design assessment documents, including analysis of adverse events to inform design modifications (0354) and Design Failure Mode and Effects Analyses (0631, 0635, 1763, 4457);

- 2 -

    b. Volume 2 of the Meridian Design History File, which alone is over 1,500 pages, and only one page of which was admitted during trial (1861);

    c. Design input and performance documents, including Design Input Summaries (4455), Product Performance Specifications (4420, 4456, 4897), Project Plans (4486), and product development documents (6089, 8572, 8573, 8583);

    d. Animal and bench testing (4896, 5384, 5385, 5929, 5934, 8358, 8359, 8368, 8373, 8546, 8574, 8575); and,

    e. Documents related to regulatory requirements such as FDA filings and correspondence that include, incorporate, or otherwise discuss some or all of the above types of design and testing documents (0691, 4603, 5272, 5273, 5379, 5486, 5488, 5586, 5587, 5588, 5593, 5512, 6013).

6. As part of and during the course of my work with NMT and Bard, I have become familiar with documentation and records associated with quality system procedures, complaint and adverse event responses, reporting, and handling, device tracking procedures, and corrective action procedures with regard to Bard Filters. The documentation and records include:

    a. Internal adverse event analyses, including complaint tracking and trending, Failure Investigation Memoranda, and Health Hazard Evaluations (0443, 0447, 0614, 0677, 0769, 0924, 1140, 4469, 4607, 4820, 4895, 5970);

    b. Monthly management reports providing senior management with adverse event analyses (4504, 4507, 4509, 4512, 4514, 4515, 4519, 4522, 4528, 4532, 4533, 4534);

    c. A chart of various adverse event analyses compiled for this litigation (4565);

    d. Risk analyses for different IVC filter generations, including risks of the manufacturing process and inherent characteristics of the product (4895, 5967);

    e. Quality Management Board Review presentation, which includes Quality Assurance analysis, such as adverse event tracking and trending, corrective action and audit information, and other extensive Quality Assurance information for all of BPV's products (5946); and,

    f. Standard and Division Operating Procedures and corporate policies for risk analysis and management (5563, 5565, 7961, 7962).

7. As part of and during the course of my work with NMT and Bard, I have become familiar with documentation and records associated with the sales and market analysis of the Bard Filters. The documentation and records include:

    a. Concept and Idea Product Opportunity Appraisals analyzing the IVC filter market, various design issues, and financial data (0504, 0591, 0770, 1742, 4454);

    b. Filter Franchise Reviews analyzing Bard's and competitors' lines of IVC filters, including design issues and financial data (0571); and,

    c. Commercialization Plans, Post-Market Reviews, and other sales and competitor analysis including market strategies and financial analysis (1568, 1788, 2238, 4468, 7900).

8. As part of and during the course of my work with Bard, I have become familiar with Bard's record-keeping procedures. I have personal knowledge of the roles and responsibilities of Bard's employees responsible for this record-keeping process. The business documents referenced herein were prepared and maintained in the ordinary course of Bard's business, and it was the regular practice of Bard to make such records. These documents were prepared at or near the time of the events they record by persons with knowledge of the recorded events or from information transmitted by persons with knowledge of the recorded events.

9. Bard or its affiliates are engaged in the development, design, manufacturing, and distribution of medical devices, including the Bard Filters. Many documents

involving the Bard IVC Filters are confidential and are maintained as such by Bard for the reasons listed below.

10. The medical device business for IVC filters is a highly technical and sophisticated industry. It is also a highly competitive industry in which each company carefully guards its company documents, data, systems, processes, research and development, analysis, marketing strategies and trade secrets from competitors.

11. As part of and during the course of my work with Bard, I have become familiar with Bard's efforts to protect its trade secret and confidential proprietary information and documents. This information is maintained internally at Bard and distributed to employees who need to know the information to perform their duties. It is not available outside the company. Outside physician consultants working with the company who have access to this information sign confidentiality agreements. Additionally, Bard has always sought a Protective Order or Confidentiality Agreement during the course of civil lawsuits in order to protect their confidential, proprietary and trade secret information

12. The information contained in the documents referenced in Exhibit "A" required years for Bard to develop and is Bard's critical business information which is not made public by Bard.

13. The information contained in the documents referenced in Exhibit "A" would be of economic value to Bard's competitors. Moreover, such value would extend not only to manufacturers of other IVC filters, but also to manufacturers of other medical devices, as the value and utility of this information is not limited to IVC filters. The information contained in these documents could not only be used to benefit Bard's competitors, but also used actively against Bard to harm Bard's current and future interests.

14. Bard invests very substantial sums of money in medical device research, testing (including clinical testing), development, design, analysis, regulatory compliance, evaluation, and marketing. If the information Bard has developed over the years

pertaining to the Bard IVC Filters was obtained by its competitors, it would give an unfair economic advantage to those competitors.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on this 26th day of October, 2018.

Robert Carr

Case 2:15-md-02641-DGC   Document 13126-1   Filed 10/26/18   Page 8 of 11

# EXHIBIT A

# EXHIBIT A

| Exhibit | Admitted | Category | Carr Para. | DESCRIPTION | Jones Transcript | Hyde Transcript | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|---|---|
| 0354 | Hyde | Design | 5(a) | 9/19/2006 PPT re G2; Caudal Movement causes tilting which leads to perforation PPT last modified 3/16/2009 (custodian Mike Randall) | | Admitted on transcript page 1497. Pages 1, 2, 5 and 9 displayed and discussed | BPVE-01-00665809 | BPVE-01-00665809 |
| 0443 | Hyde | Quality Assurance | 6(a) | 11/30/2008 G2 and G2X Fracture Analysis Reporting date range 7/1/2005 thru 11/30/2008 | | Admitted on transcript page 287. Pages 1, 2, 4, 6, 17, and 18 were displayed and discussed. | BPV-17-01-00170803 | BPV-17-01-00170821 |
| 0447 | Jones | Quality Assurance | 6(a) | 4/1/2009 Filter - Fracture Analysis (June 2010) | Admitted on transcript page 967, but not discussed or displayed | | BPV-17-01-00170362 | BPV-17-01-00170369 |
| 0504 | Jones, Hyde | Market | 7(a) | Eclipse Concept POA | Admitted on transcript page 2168, page 1 displayed at page 2169. | Admitted on transcript page 1398. First page displayed and discussed. | BPV-15-01-00108349 | BPV-15-01-00108353 |
| 0571 | Jones, Hyde | Market | 7(b) | Baird Deposition 06/09/2016, Exhibit 301 - PowerPoint Presentation entitled BPV Filter Franchise Review dated 5/6/2008 (colored and 43 pages) | Admitted on transcript page 812. First page displayed on Page 822, Page 2 and 7 on transcript page 823 | Admitted on transcript page 1100. Pages 2 and 7 displayed and discussed. | | |
| 0591 | Jones, Hyde | Market | 7(a) | Baird Deposition 06/09/2016, Exhibit 322 - Bard Idea POA on the Denali Filter, Project No. 8108 Rev. 0.0, revised August 2009 by BretBaird | Admitted on transcript page 591. Pages 1 and 2 discussed and displayed on transcript page 853. Page 1 also displayed on transcript page 870 and 916 | Admitted on transcript page 1134. Pages 2 and 3 discussed and displayed | BPVE-01-00546971 | BPVE-01-00546975 |
| 0614 | Jones, Hyde | Quality Assurance | 6(a) | Betensky 02/2017 Expert Report - Adverse event reports and monthly sales totals through May 2011 | Admitted on transcript page 1082, but not discussed or displayed. | Admitted on transcript page 754. First page published and discussed. | BPVEFILTER-01-00037664 | BPVEFILTER-01-00037664 |
| 0631 | Hyde | Design | 5(a) | Betensky Expert Report - DFMEA070044, Rev. 3: G2 Express - Design Failure Mode and Effects Analysis | | Admitted on transcript page 682. Pages 16, 20 and 26 displayed and discussed. | BPV-17-01-00139367 | BPV-17-01-00139408 |
| 0635 | Hyde | Design | 5(a) | Betensky Expert Report - DFMEA070077, Rev. 1: Eclipse (Vail) Filter System - Design Failure Mode and Effects Analysis | | Admitted on transcript page 684. Not displayed or discussed other than generally. | BPV-17-01-00191123 | BPV-17-01-00191166 |
| 0677 - R | Jones | Quality Assurance | 6(a) | Booker SOF Filter Fracture Analysis, August 2010, Reporting range 7/1/05 - 8/31/10, G2, G2X, and Eclipse | Admitted on transcript page 967 and 1297, but not displayed or discussed. | | BPV-17-01-00170378 | BPV-17-01-00170385 |
| 0691 | Jones | Design | 5(e) | Boyle, 02/02/2017, Exhibit 842 - E-mail chain first one from John Van Vleet to Steve Williamson, dated 11/5/2015, 6 pages | Admitted on transcript page 1890, but not discussed or displayed. | | BPVEFILTER-37-00005826 | BPVEFILTER-37-00005831 |
| 0769 | Jones, Hyde | Quality Assurance | 6(a) | Carr Deposition 12/19/2013, Exhibit 05 - BPV Meridian Claims Matrix, dated 7/2/2010 | Admitted on transcript page 2173, page 1 displayed at page 2174. | Admitted on transcript page 1401, first page displayed and discussed. | BPV-17-02030532 | BPV-17-02030534 |
| 0770 | Jones, Hyde | Market | 7(a) | Carr Deposition 12/19/2013, Exhibit 06 - Bard's Denali Concept Product Opportunity Appraisal, POA-8108, Rev. 1.0 | Admitted on transcript page 705 and first page published, second page published on transcript page 707, and page 5 displayed on transcript page 744 | Admitted on transcript page 1392. Pages 1 and 5 displayed and discussed. | BPV-DEP-00022350 | BPV-DEP-00022358 |
| 0924 - R | Hyde | Quality Assurance | 6(b) | Ciavarella Deposition 11/12/2013, Exhibit 26 - Chart of Sales and Adverse Events for all competitors from 01/00 through Q1 2006, according to the MAUDE database. | | Admitted on transcript page 1371 before deposition of Dr. Ciavarella. Exhiit was not displayed or discussed in the as played deposition transcript. | BPVE-01-01631586 | BPVE-01-01631679 |
| 1140 - R | Jones | Quality Assurance | 6(a) | Ferrera Deposition 04/07/2017, Exhibit 25 - Presentation titled Filter-Fracture Analysis | Admitted on transcript page 1297, but not otherwise discusssed. | | BPVEFILTER-01-00303182 | BPVEFILTER-01-00303190 |
| 1568 | Jones, Hyde | Market | 7(c) | Kessler Report - September 30, 2010 memo from Brett Baird to Eclipse DRT, with the subject line ?Eclipse Post-Market Design Review/Marketing Summary,? stated: ?The objective of the Eclipse Filter project was to enhance the G2X filter surface finish?" | Admitted on transcript page 812, first page only displayed on page 847 | Admited on transcript page 1124. Pages 1 and 3 displayed and discussed | BPV-17-01-00170358 | BPV-17-01-00170361 |
| 1742 | Jones | Market | 7(a) | Modra Deposition 06/06/2014, Exhibit 7 - Product Opportunity Appraisal for the G2 Platinum Concept, POA-8088 Rev. 1.0, Revised on5/5/2009 | Admitted on transcript page 885 and first page displayed. | | BPVE-01-00597792 | BPVE-01-00596801 |
| 1763 | Hyde | Design | 5(a) | Modra, 01/26/2017, Exhibit 771A - Chart entitled "Design Failure Mode and Effects Analysis" on the Simon Nitinol Filter - SNF/SL Filter Sets (DFMEA070042 Rev. 1) | | Admitted on transcript page 680. Pages 1, 18 and 21 displayed and discussed. | BPVEFILTER-01-01725504 | BPVEFILTER-01-01725526 |
| 1788 | Jones, Hyde | Market | 7(c) | Orms Deposition 08/16/2016, Exhibit 14 - 10/2/2010 E-mail Thread from Jeffrey Pellicio Re. "Meridian Commercialization Plan" | Admitted on transcript page 812, page 4 only published and discussed on page 868 | Admitted on transcript page 1142. Pages 1, 4, 6 and 19 displayed and discussed. | BPVE-01-00580203 | BPVE-01-00580233 |
| 1861 | Hyde | Design | 5(b) | Randall, 01/18/2017, Exhibit 634 - Binder labeled "Meridian Design History File DHF, Vol. II" | | Page 70 of exhibit admitted on transcript page 301 and Page 38 of exhibit admitted on transcript page 303. No other pages admitted or discussed. | BPV-17-01-00149351 | BPV-17-01-00151046 |
| 2238 | Jones | Market | 7(c) | Wilson, 01/31/2017, Exhibit 801 - E-mail string, Subject: Meridian Commercialization Plan | Admitted on transcript page 1082, but not otherwise discussed. | | BPVEFILTER-01-00669757 | BPVEFILTER-01-00669788 |
| 4420 - R | Jones, Hyde | Design | 5(c) | Meridian Vena Cava Filter and Jugular Delivery System Product Performance Specification PPS, Revision 3 | Admitted on transcript page 1082, but not otherwise discussed. | Admitted redacted on transcript page 1507. Pages 22 and 23 displayed and discussed. | BPV-17-01-00148748 | BPV-17-01-00148749 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4454 | Jones, Hyde | Market | 7(a) | Eclipse Vena Cava Filter Concept POA, Revision 2 | Admitted on transcript page 812, pages 3 and 4 published and discussed on page 836 | Admitted on transcript page 1111. Pages 3, 4 and 5 displayed and discussed. | BPV-17-01-00108346 | BPV-17-01-00108353 |
| 4455 | Jones, Hyde | Design | 5(c) | Vail Vena Cava Filter DIS | Admitted on transcript page 812, page 1 displayed and discussed on page 837, page 3 displayed and discussed on page 838 | Admitted on transcript page 1115. Page 3 displayed and discussed. | BPV-17-01-00108435 | BPV-17-01-00108435 |
| 4456 | Jones | Design | 5(c) | Eclipse Vena Cava Filter Product Performance Specification (PPS) | Admitted on transcript page 812, but not otherwise discussed or displayed | | BPV-17-01-00108440 | BPV-17-01-00108508 |
| 4457 | Jones | Design | 5(a) | Vail Filter System DFMEA | Admitted on transcript page 812, but not otherwise discussed or displayed | | BPV-17-01-00108531 | BPV-17-01-00108578 |
| 4468 | Jones | Market | 7(c) | 6/10/2011 email from Mike Randall re Meridian Presentation for SSM 2011 | Admitted on transcript page 812, but not otherwise discussed or displayed | | BPVEFILTER-09-00039353 | BPVEFILTER-09-00039354 |
| 4469 | Jones | Quality Assurance | 6(a) | Data Source Evaluation memo from Natalie Wong to Quality Systems Coordinator, October 2010 | Admitted on transcript page 812, wrong document displayed on page 855.  Not otherwise discussed. | | BPVEFILTER-29-00099320 | BPVEFILTER-29-00099320 |
| 4486 | Jones | Design | 5(c) | G2 Express Project Plan FM0700150 Rev 6 1-30-07 | Admitted on transcript page 1082, but not otherwise discussed. | | BPV-17-01-00132328 | BPV-17-01-00132337 |
| 4504 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 4/8/09 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00340832 | BPVEFILTER-01-00340851 |
| 4507 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 7/9/09 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00229095 | BPVEFILTER-01-00229114 |
| 4509 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 10/8/09 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00193887 | BPVEFILTER-01-00193907 |
| 4512 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 1/1/10 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00191866 | BPVEFILTER-01-00191886 |
| 4514 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 3/8/10 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00195112 | BPVEFILTER-01-00195131 |
| 4515 - R | Jones, Hyde | Quality Assurance | 6(b) | Monthly Management Report, dated 4/8/10 | Admitted at page 2160, discussed page 12 at page 553, page 13 discussed at page 544. | Pages 12 and 13 only admitted on transcript page 1364 | BPVEFILTER-01-00191818 | BPVEFILTER-01-00191840 |
| 4519 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 8/9/10 | Admitted at page 2160, discussed page 14 at page 563, page 5 discussed at page 2175 | | BPVEFILTER-01-00191842 | BPVEFILTER-01-00191864 |
| 4522 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 11/8/10 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00194224 | BPVEFILTER-01-00194246 |
| 4528 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 5/9/11 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00195979 | BPVEFILTER-01-00195998 |
| 4532 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 9/9/11 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00196071 | BPVEFILTER-01-00196090 |
| 4533 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 10/10/11 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00196207 | BPVEFILTER-01-00196230 |
| 4534 - R | Jones | Quality Assurance | 6(b) | Monthly Management Report, dated 11/8/11 | Admitted redacted on transcript page 1297, but not otherwise discussed. | | BPVEFILTER-01-00105750 | BPVEFILTER-01-00105775 |
| 4565 | Jones | Quality Assurance | 6(c) | FRE 1006 Chart - Plaintiff's Compilation Complaint Record Detail | Admitted at page 2160, pages 2-3 discussed at page 2343, page 283 discussed at page 564 | | | |
| 4603 | Hyde | Design | 5(e) | Kandarpa Deposition 07/19/2018 - Exhibit 13 - Recovery G2 Filter System - Femoral and Jugular/Subclavian Delivery Kits, Tradition 510(k),  October 31, 2007 | | Admitted on transcript page 1477, but not displayed or discussed | BPV-17-01-00123629 | BPV-17-01-124057 |
| 4607 | Hyde | Quality Assurance | 6(a) | Kandarpa Deposition 07/19/2018 - Exhibit 17 - Memorandum dated June 21, 2006 Subject: G2 Caudal Migration Failure Investigation Team Agenda, From Natatlie Wong | | Admitted on transcript page 1477, page 1 displayed and document discussed generally | BPVE-01-01656342 | BPVE-01-01656343 |
| 4820 | Hyde | Quality Assurance | 6(a) | Fermanich Deposition 3/17/17 - Exhibit 37:  Health Hazard Evaluation memo from David Ciavarella to Gin Schulz,, 2/15/06, Re:  G2 Inferior Vena Cava Filter - Migration (3 pages) | | Admitted on transcript page 284.  First page displayed.  Document only discussed generally. | BPVEFILTER-01-00008355 | BPVEFILTER-01-00008357 |
| 4895 | Hyde | Quality Assurance | 6(d) | Meridian Filters Risk Analysis | | Admitted on transcript page 1505.  First and last pages displayed and discussed generally. | | |
| 4896 | Hyde | Design | 5(d) | Caudal Migration Testing of Meridian Optease | | Admitted on transcript page 1511.  First two pages displayed and discussed generally. | | |
| 4897 | Hyde | Design | 5(c) | G2 Express Product Performance Specification | | Admitted on transcript page 1523.  Page 37 displayed and discussed. | | |
| 5272 | Jones, Hyde | Design | 5(e) | Nov. 23, 2009 BPV's Eclipse Filter System Special 510(k) (K093659) | Admitted on transcript page 1422, page 2 discussed pages 1422 and 2027 | Admitted on transcript page 1456.  Pages 2 and 35 displayed and discussed. | BPV-17-01-00116991 | BPV-17-01-00117153 |
| 5373 | Jones, Hyde | Design | 5(e) | Mar. 7, 2008 BPV's G2 Express Filter Special 510(k) (K080668) | Admitted on transcript page 1418, discussed generally and not displayed on pages 1418 and 2023 | Admitted on transcript page 2454.  Pages 1, 68, 70, 130 and 131 displayed and discussed. | BPV-17-01-00130498 | BPV-17-01-00130730 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5379 | Jones | Design | 5(e) | Aug. 12, 2008 BPV's G2X Filter Special 510(k) (K082305) | Admitted on transcript page 1419, discussed generally and not displayed on pages 1419 and 2023 | | BPV-17-01-00131320 | BPV-17-01-00131596 |
| 5384 | Hyde | Design | 5(d) | G2 Express Feasibility Acute Animal study Report TR-07-05-18 | | Admitted on transcript page 5384.  Pages 2 and 3 displayed and discussed. | BPV-17-01-00133028 | BPV-17-01-00133050 |
| 5385 | Jones, Hyde | Design | 5(d) | G2 Express Filter Arm Fatigue Comparison TR-07-07-04 | Admitted on transcript page 1643, only page 7 displayed | Admitted on transcript page 609.  Pages 2, 5 and 13 displayed and discussed. | BPV-17-01-00133064 | BPV-17-01-00133077 |
| 5486 | Jones, Hyde | Design | 5(e) | Dec. 17, 2009 Letter from BPV to FDA re Eclipse Filter System Response to FDA Questions (K093659) | Admitted on trancript page 1428, pages 7-9 displayed on pages 1428-30 | Admited on transcript page 2470.  Pages 7, 8 and 9 displayed and discussed. | BPV-17-01-00145607 | BPV-17-01-00145616 |
| 5488 | Jones | Design | 5(e) | June 21, 2010 Letter from BPV to FDA re Eclipse Filter System Response to FDA Questions (K101431) | Admitted on trascript page 1890, page 6 displayed at 2031 | | BPV-17-01-00145617 | BPV-17-01-00145633 |
| 5563 | Jones | Quality Assurance | 6(f) | Standard Operating Procedures / Division Operating Procedures -- CQuality Assurance-STD-R002 REv 14 | Admitted on trascript pages 2318-19, page 12 displayed at 2319 | | BPV-17-01-00166838 | BPV-17-01-00166868 |
| 5565 | Jones, Hyde | Quality Assurance | 6(f) | Standard Operating Procedures / Division Operating Procedures -- RA-STD-002 Rev 10 | Admitted on transcript page 1709, page 18 displayed | Admitted on transcript page 1727.  Page 1 displayed.  Page 18 displayed and discussed. | BPV-17-01-00166947 | BPV-17-01-00166968 |
| 5586 | Jones, Hyde | Design | 5(e) | May 20, 2010 BPV's Eclipse Filter Special 510(k) (K101431) | Admitted on transcript page 1432, pages 78-79 displayed at page 2029-30 | Admitted on transcript page 2472.  Pages 78, 79 and 80 displayed and discussed. | BPV-17-01-00171679 | BPV-17-01-00171793 |
| 5587 | Jones, Hyde | Design | 5(e) | June 18, 2010 Letter FDA to BPV re FDA AI Demand re Eclipse (K101431) | Admitted on transcript page 1890, page 1 displayed at 2030 | Admitted on transcript page 2615.  Page 1 displayed and discussed. | BPV-17-01-00171794 | BPV-17-01-00171796 |
| 5588 | Jones, Hyde | Design | 5(e) | Dec. 15, 2009 Letter FDA to BPV re FDA AI Demand re Eclipse (K093659) | Admitted on transcript page 1425, page 1 displayed | Admitted on transcript page 2469.  Page 1 discussed. | BPV-17-01-00171797 | BPV-17-01-00171799 |
| 5612 | Jones | Design | 5(e) | Nov. 17, 2009, FDA Contact Report re: cadual anchors (Filters and future submissions) | Admitted on transcript page 1890, not displayed | | BPV-17-01-00171875 | BPV-17-01-00171876 |
| 5929 | Hyde | Design | 5(d) | TR-07-12-01 (Test Report re G2 Express DV& V Flat Plate Fatigue and Corrosion) | | Admitted at transcript page 616. Pages 1 and 17 displayed and discussed. | BPVE-01-00689537 | BPVE-01-00689554 |
| 5934 | Hyde | Design | 5(d) | TP 07-02-12 (Flat Plate Fatigue Testing Protocol) | | Admitted at transcript page 2742. Page 1 displayed and discussed. | BPVE-01-00769120 | BPVE-01-00769127 |
| 5946 | Hyde | Quality Assurance | 6(e) | QMBR--July 2006 | | Admitted on transcript page page 2273.  Page 22 displayed and discussed. | BPVE-01-01247634 | BPVE-01-01247733 |
| 5967 | Jones, Hyde | Quality Assurance | 6(d) | G2 Risk Benefit Analysis (RBA-0003, Rev. 0) | Admitted on transcript page 1708, pages 1 and 3 displayed at 1709 | Admitted on transcript page 2723.  Page 2 displayed and discussed. | BPVE-01-01981272 | BPVE-01-01981274 |
| 5970 | Jones | Quality Assurance | 6(a) | HHE re G2 Caudal Migration Febuary 15, 2006 | Admitted on transcript page 1700, page 1 displayed | | BPVEFILTER-01-00008355 | BPVEFILTER-01-00008357 |
| 6013 | Hyde | Design | 5(e) | Dec. 27, 2010 Letter from BPV to FDA re Meridian | | Admitted on transcript  page 1285. Pages 1 and 4 displayed and discussed. | BPVEFILTER-01-01201729 | BPVEFILTER-01-01201779 |
| 6089 | Jones, Hyde | Design | 5(c) | Product Development Cycle PPT | Admitted on transcript page 2089, page 3 displayed, page 13 displayed at page 2091 | Admitted on transcript page 2084.  Page 3 displayed and discussed. | | |
| 7961 | Hyde | Quality Assurance | 6(f) | Subset of CQuality Assurance-STD-24 is part of Def. Ex. 5691 | | Admitted on transcript page 1756.  Page 1 displayed. | | |
| 7962 | Hyde | Quality Assurance | 6(f) | CQuality Assurance-STD-54 is part of Def. Ex. 5706 | | Admitted on transcript page 1767.  Page 1 displayed. | | |
| 8358 | Jones, Hyde | Design | 5(d) | TR-09-10-15 -- Eclipse Flat Plate Fatigue and Corrosion Examination of the Vail (Eclipse) Filter | Admitted on transcript page 1890, page 6 displayed at page 2219 | Admitted on transcript page 2759.  Page 8 displayed and discussed. | BPV-17-01-00109017 | BPV-17-01-00109024 |
| 8359 | Jones, Hyde | Design | 5(d) | TR-09-10-16 DV&V Eclipse Filter Arm Fatigue Comparison Study (Project #8113) | Admitted on transcript page 1638, page 1, 5, and 9 displayed at 1639-40 | Admitted on transcript page 612.  Pages 7 and 9 displayed and discussed. | BPV-17-01-00109027 | BPV-17-01-00109036 |
| 8368 | Jones | Design | 5(d) | TP-09-10-15 Rev. 0 - Eclipse DV&V Flat Plate Fatigue and Corrosion Test Protocol | Admitted on transcript page 1890, page 1 and 7 discussed at page 2216-17 | | BPVEFILTER-42-00017728 | BPVEFILTER-42-00017743 |
| 8373 | Jones | Design | 5(d) | TP-09-10-16 Rev. 0 - Eclipse Filter DV&V Arm Fatigue Evaluation Test Protocol | Admitted on transcript page 1890, generally discussed and not displayed | | BPVEFILTER-20-00043369 | BPVEFILTER-20-00043377 |
| 8546 | Jones, Hyde | Design | 5(d) | Draft Test Report re Rotary Beam Fatigue of Nitinol Wire | Admitted on transcript page 2210, generally discussed and page 3 discuseed at page 2212 | Admitted on transcript page 2757.  Page 1 displayed and discussed. | BPV-17-01-00188406 | BPV-17-01-00188410 |
| 8572 | Hyde | Design | 5(c) | G3 Meeting Minutes July 25, 2006 | | Admitted on transcript page 2359.  Page 1 displayed and discussed. | BPV-17-01-00181762 | BPV-17-01-00181763 |
| 8573 | Hyde | Design | 5(c) | G3 Meeting Minutes Nov 27, 2007 | | Admitted on transcript page 2360. Pages 1 and 4 displayed and discussed. | BPV-17-01-00181911 | BPV-17-01-00181914 |
| 8574 | Jones, Hyde | Design | 5(d) | TR 09-10-10, Test Report Cyclic Fatigue Testing of Electropolished Vail Filter Wire | Admitted on transcript page 1635, page 3 and last page discussed at pages 1635-36 | Admitted on transcript page 2755. Page 10 displayed and discussed. | BPVEFILTER-11-00027094 | BPVEFILTER-11-00027103 |
| 8575 | Jones, Hyde | Design | 5(d) | TP 09-10-10, Test Protocol Cyclic Fatigue Testing of Electropolished Vail Filter Wire | Admitted on transcript page 1890, and 5 discussed at page 2199 | Admitted on transcript page 2754.  Page 5 displayed and discussed. | BPVE-01-00930038 | BPVE-01-00930050 |
| 8583 | Hyde | Design | 5(c) | G3 Project Status Report April 19, 2006 | | Admitted on transcript page 2357.  Page 1 displayed. | BPV-17-01-00183521 | BPV-17-01-00183521 |