# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC <br><br> **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER OVER CERTAIN TRIAL EXHIBITS** <br><br> (Assigned to the Honorable David G. Campbell) |

Having reviewed Defendants' Motion to Enforce Protective Order Over Certain Trial Exhibits, this Court orders that portions of the documents not used during trial as identified in Exhibit A of Exhibit 1 of the Motion remain subject to this Court's Protective Order (Doc. 269). This Protective Order in place will continue to keep documents confidential.

4844-7702-5913