### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br><br>PRODUCTSLIABILITY LITIGATION<br><br><br>This Document Relates To:<br><br>    Tricia Rees and Garrett Rees<br>    Case No. 2:18-CV-00252-PHX-DGC | Case No.<br>MDL-15-02641-PHX-DGC |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This matter has come before the Court upon Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Matthew D. Schultz and the law firm Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. shall be withdrawn as counsel of record in this action.

SO ORDERED this _____ day of _____, 2018.

_____
David G. Campbell,
Senior United States District Judge