Mark S. O'Connor (011029)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
mark.oconnor@gknet.com

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This Document Relates to:<br><br>*Tillman v. C. R. Bard, Inc., et al.*<br>No. 3:13-cv-0222 (M.D. Fla.) | No. 2:15-MD-02641-DGC<br><br>**JOINT STIPULATION OF DESIGNATION OF RECORD ON REMAND PURSUANT TO JPML RULE 10.4(a)**<br><br>(Assigned to the Honorable David G. Campbell) |

*Ocasio v. C. R. Bard, Inc., et al.*
No. 8:13-cv-01962 (M.D. Fla.)

*Cason v. C. R. Bard, Inc., et al.*
No. 1:12-cv-01288 (N.D. Ga.)

*Coker v. C. R. Bard, Inc., et al.*
No. 1:13-cv-0515 (N.D. Ga.)

*Rivera (McClarty) v. C. R. Bard, Inc., et al.*
No. 4:14-cv-13627 (E.D. Mich.)

*Ebert v. C. R. Bard, Inc., et al.*
No. 5:12-cv-01253 (E.D. Pa.)

*Keen v. C. R. Bard, Inc., et al.*
No. 5:13-cv-05361 (E.D. Pa.)

*Smith v. C. R. Bard, Inc., et al.*
No. 1:13-cv-00633 (E.D. Tex.)

*Fox v. C. R. Bard, Inc., et al.*
No. 3:14-cv-00133 (N.D. Tex.)

*Henley v. C. R. Bard, Inc., et al.*
No. 2:14-cv-00059 (E.D. Wis.)

Pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the Court's Order of September 7, 2018, and the agreement of all parties, Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. (collectively, "Bard"), hereby submit the following designations for the record to be remanded in the above-captioned cases:

- As required by JPML Rule 10.4(b), all entries in the individual member case dockets for the above-captioned cases; and

- All documents from the Master MDL case file (No. 15-MD-02641) that are listed in **Exhibit "A"**, attached hereto.

The parties reserve the right to challenge the relevance of any document or filing, in whole or in part, or any ruling designated herein upon remand. By entering this stipulation, the parties are not conceding that any ruling binds the parties on the merits or is the law of the case on remand. Further, while the parties were diligent in reviewing the docket and making these designations, the parties reserve the right to present to the transferor court any documents or filings that were inadvertently excluded from this designation.

RESPECTFULLY SUBMITTED this 30th day of October, 2018.

GALLAGHER & KENNEDY, P.A.

By: /s/ *Mark O'Connor* (with permission)
Mark S. O'Connor (011029)
2575 East Camelback Road
Phoenix, AZ 85016-9225

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: /s/ *Richard B. North, Jr.*
Richard B. North, Jr. (*pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (*pro hac vice*)
Georgia Bar No. 446986
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo (005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                        s/Richard B. North, Jr.
                                        Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000