UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| James Bradburn, Sr.,            ) <br>            ) <br>    Plaintiff,           ) <br>            ) <br>    v.           ) <br>            ) <br> Bard Peripheral Vascular, Inc. and C. R.    ) <br> Bard, Inc., et al.,          ) <br>            ) <br>    Defendant. | MDL Case No. 2:15-md-02641-DGC <br><br> Civil Action No. CV-18-03394-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>October 29, 2018</u>                   <u>/s/ Richard B. North, Jr.</u>
                                                                 *Attorney's signature*

                                                                 <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                                                 *Printed name and bar number*

                                                                 Nelson Mullins Riley & Scarborough, LLP
                                                                 <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                                                 *Address*

                                                                 <u>richard.north@nelsonmullins.com</u>
                                                                 *E-mail Address*

                                                                 <u>(404) 322-6000</u>
                                                                 *Telephone number*

                                                                 <u>(404 322-6050</u>
                                                                 *FAX number*