UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **IN RE: Bard IVC Filters Products Liability Litigation.** | )<br>)<br>)<br>) Case No. MDL 15-02641-PHX-DGC<br>)<br>)<br>) |

**NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF**

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties and counsel that Matthew Blair Clinton, Esq., is no longer associated with the law firm of Heninger Garrison Davis, LLC, and further, that the email address of bclinton@hgdlawfirm.com can be removed from the CM/ECF E-filing list.

Dated October 24, 2018

    By: /s/ Caroline U. Hollingsworth\_\_\_\_
         Caroline U. Hollingsworth
         HENINGER GARRISON DAVIS, LLC
         2224 1ST Avenue North
         Birmingham, Alabama 35203
         Phone: (205) 326-3336
         Facsimile: (205) 326-3332
         Email: caroline@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that October 31st, 2018, I electronically filed the foregoing Notice of Disassociation of Counsel by plaintiffs, with the clerk of the court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

/s/ Caroline U. Hollingsworth
Caroline U. Hollingsworth
Heninger Garrison Davis, LLC
