**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 2:15-MD-02641-DGC |
| Krystle Flemming,<br><br>    Plaintiff, | AMENDED COMPLAINT AND JURY DEMAND |
| v. | Civil Action No.: 2:18-cv-03295-DGC |
| C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | DIRECT FILED ACTION |

**NOTICE OF FILING AMENDED COMPLAINT**

Plaintiff hereby gives notice that pursuant to F.R.Civ.P. 15 and LRCiv 15.1 (b), Plaintiff Krystle Flemming hereby files his First Amended Complaint in this action, as a matter of course for the following reason:

    A.  To amend the "Defendants" section.

Dated: October 31, 2018.

                                        Respectfully submitted,

                                        /s/Leslie MacLean
                                        Leslie MacLean
                                        TX Bar No. 00794209
                                        lmaclean@waterskraus.com
                                        Sally R. Bage
                                        TX Bar No. 24098961
                                        sbage@waterskraus.com
                                        **Waters & Kraus, LLP**
                                        3141 Hood Street, Suite 700
                                        Dallas, Texas 75219
                                        Tel. (214) 357-6244

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/Leslie MacLean
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

*Attorney for Plaintiffs*