IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No.  2:15-MD-02641-DGC<br>Case No.         2:15-MD-03295-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

## FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).  Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

Krystle Flemming

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

  Not Applicable_____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
N/A

4.  Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Connecticut

5.  Plaintiffs/Deceased Party's state( s) [if more than one Plaintiff] of residence

at the time of injury:

    <u>Connecticut</u>

6.  Plaintiffs current state(s) [if more than one Plaintiff] of residence:

    <u>Connecticut</u>

7.  District Court and Division in which venue would be proper absent direct filing:

    <u>U.S.District Court, District of Connecticut</u>

8.  Defendants (check Defendants against whom Complaint is made):

    ☒    C. R. Bard Inc.

    **[☒    Bard Peripheral Vascular, Inc.]**

9.  Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    <u>None</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☒    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

    <u>March 6, 2013</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability - Manufacturing Defect

☒ Count II: Strict Products Liability - Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability - Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence - Failure to Recall/Retrofit

☒ Count VII: Negligence -Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable Connecticut Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): (please state the facts supporting this Count in the space immediately below)

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

1

2

3

4    RESPECTFULLY SUBMITTED this 31st day of October 2018.

5

6                                                    Respectfully submitted,

7                                                    By: /s/Leslie MacLean Leslie
8                                                    MacLean
                                                     TX Bar No. 00794209
9                                                    lmaclean@waterskraus.com
                                                     Sally R. Bage
10                                                   sbage@waterskraus.com
                                                     TX Bar No. 24098961
11                                                   3141 Hood Street, Suite 700
                                                     Dallas, TX 75219
12                                                   Tel. (214) 357-6244
                                                     Fax (214) 357-7252
13

14

15        I hereby certify that on this 31st day of October 2018, I electronically transmitted the attached

16   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

17   Electronic Filing.

18

19                                                   /s/Leslie MacLean
20                                                   Leslie MacLean

21

22

23

24

25

26

27

28