Jeff Seldomridge
Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
jseldomridge@millerfirmllc.com

Laura J. Baughman
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cheyenne Carter,<br>C.A. No. 2:17-cv-04782-PHX-DGC | No. MD-15-02641-DGC<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that Plaintiff, Cheyenne Carter, hereby dismisses all claims without prejudice against all Defendants in this action, Civil Action No. 2:17-cv-04782-PHX-DGC, only. This stipulation shall not affect the lawsuit filed by Cheyenne Carter, which is currently pending in MDL No. 2641 in the United States District Court for the District of Arizona, bearing Case No. 2:16-cv-00178-DGC. All parties shall bear their own fees and costs.

RESPECTFULLY SUBMITTED this ___31st____ day of October, 2018.

By: /s/ Jeff Seldomridge
Jeff Seldomridge
**Miller Firm LLC**
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Facsimile: (540) 672-3055
jseldomridge@millerfirmllc.com

*Attorney for Plaintiffs*

By: /s/ Laura J. Baughman
Laura J. Baughman
Russell W. Budd
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorney for Plaintiffs*

By: /s/ Richard B. North, Jr.
Richard B. North, Jr.
**Nelson Mullins Riley & Scarborough, LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Phone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this <u>31st</u> day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Laura J. Baughman
Laura J. Baughman
