IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No.  2:15-MD-02641-DGC<br>Case No.        2:15-MD-03589-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

<u>**FIRST AMENDED SHORT FORM COMPLAINT**</u>

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   <u>William T. Smith</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>Nancy Jones Smith</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   <u>N/A</u>

4. Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   <u>Texas</u>

5. Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Texas

6. Plaintiffs current state(s) [if more than one Plaintiff] of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Texas

8. Defendants (check Defendants against whom Complaint is made):

   [☒    **C. R. Bard Inc.**]

   ☒    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒    Diversity of Citizenship

   ☐    Other: _____

   a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

       _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☒    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

    April 9, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability - Manufacturing Defect
- ☒ Count II: Strict Products Liability - Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability - Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence - Failure to Recall/Retrofit
- ☒ Count VII: Negligence -Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*
- ☒ Count X: Breach of Express Warranty
- ☒ Count XI: Breach of Implied Warranty
- ☒ Count XII: Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☐ Count XIV: Violations of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☒ Punitive Damages
- ☐ Other(s): (please state the facts supporting this Count in the space immediately below)

13. Jury Trial demanded for all issues so triable?

- ☒ Yes
- ☐ No

RESPECTFULLY SUBMITTED this 31st day of October 2018.

          Respectfully submitted,

          By: /s/Leslie MacLean
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244
Fax (214) 357-7252

I hereby certify that on this 31st day of October 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          /s/Leslie MacLean
Leslie MacLean