1    James R. Condo (#005867)
    Kristine L. Gallardo (#033975)
2    SNELL & WILMER L.L.P.
    One Arizona Center
3    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
4    Telephone: (602) 382-6000
    Facsimile: (602) 382-6070
5    jcondo@swlaw.com
    kgallardo@swlaw.com
6
    Richard B. North, Jr. (admitted *pro hac vice*)
7    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
8    Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH
9    LLP
    201 17th Street, NW / Suite 1700
10   Atlanta, GA  30363
    Telephone: (404) 322-6000
11   Facsimile: (404) 322-6050
    richard.north@nelsonmullins.com
12   matthew.lerner@nelsonmullins.com

13   *Attorneys for Defendants C. R. Bard, Inc. and*
    *Bard Peripheral Vascular, Inc.*

14             IN THE UNITED STATES DISTRICT COURT

15               FOR THE DISTRICT OF ARIZONA

16   IN RE:  Bard IVC Filters Products     No. 2:15-MD-02641-DGC
    Liability Litigation,
17                              **NOTICE OF SERVICE OF**
                               **DISCOVERY**
18

19

20        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through

21 counsel, hereby give notice that on November 1, 2018, they served on Plaintiffs, via U.S.

22 Mail and email, the following:

23      •   Defendants' Amended Notice of Videotaped Deposition Duces Tecum of

24         Heather Stanko, M.D.

25

26

27

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

\4833-4294-3354

DATED this 1st day of November, 2018.

SNELL & WILMER L.L.P.


By:   *s/Kristine L. Gallardo*
       James R. Condo
       Kristine L. Gallardo
       One Arizona Center
       400 E. Van Buren
       Phoenix, AZ 85004-2204

       Richard B. North, Jr.
       Matthew B. Lerner
       NELSON MULLINS RILEY & SCARBOROUGH, LLP
       Atlantic Station
       201 17th Street, NW / Suite 1700
       Atlanta, GA  30363

       *Attorneys for Defendants C. R. Bard, Inc. and Bard*
       *Peripheral Vascular, Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.


*s/Kathy Sprinkle*

- 2 -

\4833-4294-3354