UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation. | ) ) ) ) ) Case No. MDL 15-02641-PHX-DGC ) ) ) |

## NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties and counsel that Matthew Blair Clinton, Esq., is no longer associated with the law firm of Heninger Garrison Davis, LLC, and further, that the email address of bclinton@hgdlawfirm.com can be removed from the CM/ECF E-filing list.

Dated: November 1st, 2018

By: /s/ Caroline U. Hollingsworth
Caroline U. Hollingsworth
HENINGER GARRISON DAVIS, LLC
2224 1ST Avenue North
Birmingham, Alabama 35203
Phone: (205) 326-3336
Facsimile: (205) 326-3332
Email: caroline@hgdlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that November 1st , 2018, I electronically filed the foregoing Notice of Disassociation of Counsel by plaintiffs, with the clerk of the court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

      /s/ Caroline U. Hollingsworth
      Caroline U. Hollingsworth
      Heninger Garrison Davis, LLC