## EXHIBIT A

## NOTICE OF APPEARANCE OF CAROLINE U. HOLLINGSWORTH – CASE LIST

| Case Name | Docket Number |
|---|---|
| Brooks v. C.R. Bard Inc, et al.x | 2:16-cv-01049 |
| Bolton v. Cook Incorporated et al | 2:16-cv-01051 |
| Gonzalez. v. C.R. Bard Inc, et al. | 2:16-cv-01288 |
| Rankin v. C.R. Bard Inc, et al. | 2:16-cv-02495 |
| Newcomb v. C.R. Bard Inc, et al. | 2:16-cv-02497 |
| Marshall. v. C.R. Bard Inc, et al. | 2:16-cv-02498 |
| Jurns, et al. v. C.R. Bard Inc, et al. | 2:16-cv-2940 |
| Cudmore v. C.R. Bard Inc, et al. | 2:16-cv-03447 |
| Jones v. C.R. Bard Inc, et al. | 2:16-cv-03933 |
| Alvarado v. C.R. Bard Inc, et al. | 2:17-cv-00002 |
| Monroe et al. v. C.R. Bard Inc, et al. | 2:17-cv-01226 |
| Dickerson, Jr. et al. v. C.R. Bard Inc, et al. | 2:17-cv-01244 |
| Bouknight v. C.R. Bard Inc, et al. | 2:17-cv-01461 |
| Cherasard, et al. v. C.R. Bard Inc, et al. | 2:17-cv-01517 |
| Johnson et al. v. C.R. Bard Inc, et al. | 2:17-cv-01593 |
| Roberts, et al. v. C.R. Bard Inc, et al. | 2:17-cv-02369 |
| Lindsay v. C.R. Bard Inc, et al. | 2:17-cv-02662 |
| West v. C.R. Bard Inc, et al. | 2:17-cv-02665 |
| Bonner. v. C.R. Bard Inc, et al. | 2:17-cv-03035 |