1   James R. Condo (#005867)
    Kristine L. Gallardo (#033975)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren, Suite 1900
    Phoenix, AZ 85004-2204
4   Telephone:  (602) 382-6000
    jcondo@swlaw.com
5   kgallardo@swlaw.com

6   Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
7   Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
8   NELSON MULLINS RILEY & SCARBOROUGH LLP
    Atlantic Station
9   201 17th Street, NW, Suite 1700
    Atlanta, GA  30363
10  Telephone: (404) 322-6000
    richard.north@nelsonmullins.com
11  matthew.lerner@nelsonmullins.com

12  *Attorneys for Defendants*
    *C. R. Bard, Inc. and*
13  *Bard Peripheral Vascular, Inc.*

14          **IN THE UNITED STATES DISTRICT COURT**

15              **FOR THE DISTRICT OF ARIZONA**

16  | | |
    |---|---|
    | IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
17  | | |
18  | | **DEFENDANTS' NOTICE OF FILING MOTION WITH THE JPML REGARDING THE SNF CASES** |
19  | | |
20  | | (Assigned to the Honorable David G. Campbell) |
21  | | |
22  | | |
23

24          Pursuant to the Court's Order dated October 5, 2018 (Doc. 12853), Defendants

25  C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") have filed a

26  motion with the Judicial Panel on Multidistrict Litigation to expand MDL No. 2641 to

27  include cases involving the Simon Nitinol Filter; or, in the alternative, to create a new

28  MDL regarding SNF cases.  A copy of the filing is attached hereto as Exhibit A.

*Nelson Mullins Riley & Scarborough*
*L.L.P.*
*201 17ᵗʰ Street NW, Suite 1700*
*Atlanta, GA 30363*
*(404) 322-6000*

1    RESPECTFULLY SUBMITTED this 1st day of November, 2018.

2                              s/*Richard B. North, Jr.*
                             Richard B. North, Jr.
3                            Georgia Bar No. 545599
                             Matthew B. Lerner
4                            Georgia Bar No. 446986
                             NELSON MULLINS RILEY & SCARBOROUGH, LLP
5                            Atlantic Station
                             201 17th Street, NW / Suite 1700
6                            Atlanta, GA  30363
                             PH: (404) 322-6000
7                            FX: (404) 322-6050
                             richard.north@nelsonmullins.com
8                            matthew.lerner@nelsonmullins.com

9                            James R. Condo (#005867)
                             Kristine L. Gallardo (#033975)
10                           SNELL & WILMER L.L.P.
                             One Arizona Center
11                           400 E. Van Buren
                             Phoenix, AZ 85004-2204
12                           PH: (602) 382-6000
                             jcondo@swlaw.com
13                           kgallardo@swlaw.com

14                           **Attorney for Defendants C. R. Bard, Inc. and
                             Bard Peripheral Vascular, Inc.**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on this 1st day of November, 2018, the foregoing was

3  electronically filed with the Clerk of Court using the CM/ECF system which will

4  automatically send email notification of such filing to all attorneys of record.

5

6                                                      s/*Richard B. North, Jr.*
                                                       Richard B. North, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17ᵗʰ Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

- 3 -