**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: Bard IVC Filters                                    MDL No. 2641
Products Liability Litigation

**BARD'S MOTION TO EXPAND THE SCOPE OF MDL NO. 2641
TO INCLUDE CASES INVOLVING THE SIMON NITINOL FILTER**

COME NOW, the defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.

(collectively "Bard") in the pending cases listed in Schedule A to the accompanying brief, and

respectfully move the Panel for an order either expanding the scope of MDL No. 2641, *IN RE:*

*Bard IVC Filters Products Liability Litigation* to include cases concerning Bard's Simon Nitinol

Filter ("SNF"); alternatively, pursuant to 28 U.S.C. section 1407, the Panel should create a new

MDL for SNF cases before the Honorable David G. Campbell in the District of Arizona.

In support of its Motion, Bard states as follows, as more fully set forth in the accompanying

brief:

1.       Bard has designed, manufactured, and/or sold various inferior vena cava filters over

the years.  An inferior vena cava filter is a prescription, implantable medical device that is placed

into a patient's inferior vena cava (the largest vein in the body that returns blood to the heart) to

prevent large blood clots that develop in the lower extremities from moving through the heart and

into the lungs where they can precipitate a life-threatening condition called a pulmonary embolism.

All of Bard's inferior vena cava filters except one (the SNF) are "retrievable" filters, meaning that

they are designed to be placed into the patient's inferior vena cava for a period of time, and then

later can be removed.  At their discretion, physicians can also decide to leave these filters in the

patient permanently.  The SNF is a "permanent" filter, meaning that it is designed to be placed

into the patient's inferior vena cava for the rest of the patient's life without the option to remove.

Both retrievable and permanent filters are designed to protect the patient against pulmonary embolism.

2.    On August 17, 2015, the Panel established *IN RE: Bard IVC Filters Products Liability Litigation*, MDL No. 2641, before the Honorable David G. Campbell in the District of Arizona.  The Transfer Order directed centralization of cases involving "Bard's <u>retrievable</u> inferior vena cava filters," *In re: Bard IVC Filters Prod. Liab. Litig.*, 122 F. Supp. 3d 1375, 1376 (J.P.M.L. 2015) (emphasis added), which includes Bard's Recovery, G2, G2X/G2 Express, Eclipse, Meridian, and Denali filters.  As currently framed, however, the Transfer Order would exclude the SNF from MDL No. 2641.

3.    Shortly after MDL No. 2641 was formed, Judge Campbell entered a case management order that allowed plaintiffs to directly file their complaints in the MDL using a "Short Form Complaint" that identifies the District Court and Division in which venue would be proper absent direct filing.  Upon completion of pretrial proceedings, the directly filed cases are expected to be transferred to the District Court identified in the Short Form Complaint. Case Management Or. No. 4, Dec. 17, 2015, at 3.

4.    Using the process described in Judge Campbell's case management order, more than 100 cases involving the permanent SNF have been directly filed in the MDL, each identifying the likely transferor court in the Short Form Complaint.  Additionally, one SNF case was filed in state court, removed to federal court, and subsequently transferred to MDL No. 2641.  Several of the SNF cases have been dismissed without prejudice, and 86 SNF cases are currently pending in MDL No. 2641.

5.    The SNF cases identified in Schedule A to the accompanying brief all will involve common questions of fact about the design, testing, risk profile, interactions with the FDA,

manufacturing, interactions with physicians, marketing, warnings to the medical community, and post-market adverse events concerning the SNF.

6.     The SNF cases identified in Schedule A to the accompanying brief also all involve numerous common questions of fact with cases involving Bard's retrievable filters.  For example, all Bard inferior vena cava filter cases—retrievable filter and SNF cases alike—concern whether inferior vena cava filters as a class are effective in preventing pulmonary embolism.  And all SNF cases and retrievable filter cases concern the medical community's general knowledge and understanding about the risks of inferior vena cava filters as far back as the 1970s and 1980s. Additional examples are discussed in the accompanying brief.

7.     Just as the Panel found that coordination or consolidation of the actions involving Bard's retrievable filters was convenient for the parties and witnesses, promoted judicial efficiency, and avoided the potential for inconsistent substantive and procedural determinations, the same is true for the cases involving the SNF.

8.     The District of Arizona is the proper forum for coordinated and/or consolidated pretrial proceedings concerning the SNF because, as with the retrievable filters, Bard Peripheral Vascular, Inc., the division of C. R. Bard, Inc. responsible for the SNF, is located in Arizona.  As a consequence, the regulatory communications, preparation of marketing materials, post-market marketing, post-market surveillance, the sale and distribution of the SNF, and training of the sales force were overseen and dictated by the division located in Arizona.  Likewise, many of the likely corporate fact witnesses concerning the SNF are located in Arizona and are the same witnesses who have been deposed or have been witnesses in the current MDL relating to Bard's retrievable filters.

9.      Expanding MDL No. 2641 from Bard's six retrievable inferior vena cava filters to include the SNF would be the most efficient use of the parties' and the judiciary's resources for numerous reasons:

a) Judge Campbell has informed the parties that he is willing to oversee the SNF cases if the Panel either expands MDL No. 2641 to include the SNF cases or forms a new MDL concerning the SNF cases;

b) Judge Campbell is already familiar with the SNF and issues surrounding the SNF;

c) The SNF has played a prominent role in multiple trials that Judge Campbell has presided over;

d) Judge Campbell has considered SNF issues in multiple dispositive motions during the course of MDL No. 2641;

e) All federal SNF cases are already pending before Judge Campbell in MDL No. 2641;

f) Fact and expert discovery conducted in MDL No. 2641 has demonstrated that issues concerning the SNF are intertwined with, and inextricable from, Bard's retrievable filters.  Thus, MDL No. 2641 already has resulted in SNF-related discovery, including the production of documents regarding the sales and marketing of the SNF, documents comparing filter performance and failure rates to the SNF, and internal and regulatory communications relating to the SNF; and

g) Simply expanding MDL No. 2641 to include SNF cases would ensure that the existing discovery in MDL No. 2641 easily can be used in SNF cases, would

ensure that new discovery concerning SNF cases easily can be used in Bard retrievable filter cases, and would ensure consistency in procedural and substantive legal issues across cases.

10.     Alternatively, a new MDL concerning the SNF cases is warranted.  The SNF MDL should be formed in the District of Arizona before Judge Campbell given his familiarity with the SNF, his familiarity with the allegations in the litigation, his historical knowledge about discovery already completed, his working relationship with counsel for the parties, and his expressed willingness to oversee the SNF cases. Case Management Order No. 38, Oct. 5, 2018, at 6

WHEREFORE, Bard respectfully requests that the Panel expand the scope of MDL No. 2641, *IN RE: Bard IVC Filters Products Liability Litigation* to include cases concerning Bard's SNF; or, alternatively, pursuant to 28 U.S.C. section 1407, establish a new MDL concerning the SNF before Judge Campbell in the District of Arizona.

RESPECTFULLY SUBMITTED this 1st day of November, 2018.

> *s/ Richard B. North, Jr.*
> Richard B. North, Jr.
> Georgia Bar No. 545599
> Matthew B. Lerner
> Georgia Bar No. 446986
> NELSON MULLINS RILEY & SCARBOROUGH, LLP
> Atlantic Station
> 201 17th Street, NW / Suite 1700
> Atlanta, GA  30363
> PH: (404) 322-6000
> FX: (404) 322-6050
> richard.north@nelsonmullins.com
> matthew.lerner@nelsonmullins.com

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: Bard IVC Filters                                    MDL No. 2641
Products Liability Litigation

## BRIEF IN SUPPORT OF BARD'S MOTION TO EXPAND THE SCOPE OF MDL NO. 2641 TO INCLUDE CASES INVOLVING THE SIMON NITINOL FILTER

MDL No. 2641, pending before the Honorable David G. Campbell in the District of Arizona, currently involves product liability cases concerning six Bard <u>retrievable</u> inferior vena cava filters. The only other Bard inferior vena cava filter, the Simon Nitinol Filter ("SNF"), is a <u>permanent</u> inferior vena cava filter that is the subject of similar product liability cases. Although MDL No. 2641 is currently limited to "Bard's retrievable inferior vena cava filters," 86 SNF cases are currently pending in the MDL, and Judge Campbell has informed the parties that he is willing to oversee the SNF cases. All of the cases—permanent and retrievable filter alike—concern common and overlapping factual and legal issues with which Judge Campbell is intimately familiar. Discovery concerning the SNF has already occurred in MDL No. 2641: many documents that have been produced discuss the SNF, many witnesses have testified about the SNF, and many experts have offered opinions about the SNF. Thus, given the overlapping issues, the number of cases involved, and likelihood for inconsistent substantive and procedural determinations if the cases progress independently, coordination or consolidation of the SNF cases is warranted. Expanding MDL No. 2641 to include one additional filter would be the most convenient and efficient path forward, but creating a new MDL, pursuant to 28 U.S.C. section 1407, before Judge Campbell that concerns the SNF would be an alternative approach.

## FACTS

An inferior vena cava filter is a prescription, implantable medical device that is placed into a patient's inferior vena cava (the largest vein in the body that returns blood to the heart) to prevent

large blood clots that develop in the lower extremities from moving through the heart and into the lungs where they can precipitate a life-threatening condition called a pulmonary embolism. Bard has designed, manufactured, and/or sold various inferior vena cava filters over the years. All of Bard's inferior vena cava filters except one (the SNF) are "retrievable" filters, meaning that they are designed to be placed into the patient's inferior vena cava for a period of time, and then later can be removed. At their discretion, physicians can also decide to leave these filters in the patient permanently. The SNF is a "permanent" filter, meaning that it is designed to be placed into the patient's inferior vena cava for the rest of the patient's life without the option to remove. Both retrievable and permanent filters are designed to protect the patient against pulmonary embolism.

On August 17, 2015, the Panel established *IN RE: Bard IVC Filters Products Liability Litigation*, MDL No. 2641, before the Honorable David G. Campbell in the District of Arizona. The Transfer Order directed centralization of cases involving "Bard's retrievable inferior vena cava filters . . . ." *In re: Bard IVC Filters Prod. Liab. Litig.*, 122 F. Supp. 3d 1375, 1376 (J.P.M.L. 2015). Bard's retrievable filters are the Recovery Filter, G2 Filter, G2X/G2 Express Filter, Eclipse Filter, Meridian Filter, and Denali Filter. Cases involving each of these filters are currently pending in MDL No. 2641.

In December 2015, Judge Campbell entered a case management order to allow the plaintiffs to file complaints directly in the MDL, rather than going through the transfer process from the venues in which the cases would otherwise be filed. The plaintiffs were permitted to file a "Short Form Complaint" that identified the District Court and Division in which venue would be proper absent direct filing. Upon completion of pretrial proceedings, the directly filed cases are expected to be transferred to the District Court identified in the Short Form Complaint. Case Management Or. No. 4, Dec. 17, 2015, at 3, attached as Exhibit A.

Since December 2015, more than 100 SNF cases have been directly filed in the MDL, and each Short Form Complaint identified the likely transferor court.  Additionally, one SNF case was filed in California state court, removed to federal court, and then transferred to MDL No. 2641.  All federal-court SNF cases are currently pending in MDL No. 2641, and a listing of all such cases is attached as Schedule of Actions, attached as Exhibit C.  Although several of the SNF cases have been dismissed, and the plaintiffs in several other cases have announced their intent to dismiss their actions, 86 SNF cases are still pending in MDL No. 2641.  Judge Campbell has informed the parties that he is willing to oversee the SNF cases if the Panel either expands MDL No. 2641 to include the SNF cases or forms a new MDL concerning the SNF cases. Case Management Order No. 38, Oct. 5, 2018, at 6, attached as Exhibit B.

As product liability cases involving the same product, the SNF cases will involve common questions of fact about the SNF's design, testing, risk profile, manufacturing, and labeling.  The SNF cases also involve common questions of fact about Bard's interactions with the FDA, sales activity, marketing, employee training, interactions with physicians, warnings provided to the medical community, and post-market adverse event monitoring and analysis concerning the SNF.  Nearly all of these issues concern information and activities that occurred in, or were directed from, Arizona.  Most of the Bard current and former employees who are the likely corporate fact witnesses in the SNF cases are likewise located in Arizona, and many of them are the same witnesses who have been deposed or testified at bellwether trials in MDL No. 2641.

Fact and expert discovery in MDL No. 2641 have demonstrated that issues concerning the SNF and Bard's retrievable filters are intertwined and inextricable.  For example, discovery concerning Bard's retrievable filters has resulted in the production of over 145,000 documents that discuss the SNF.  These documents concern SNF-related submissions to the FDA, the sales and

marketing of the SNF, documents comparing filter performance and failure rates to the SNF, and internal and regulatory communications relating to the SNF.  These documents have been used already in cases involving Bard's retrievable filters.

Additionally, in their depositions about Bard's retrievable filters, 88 Bard witnesses have been questioned about and/or testified about the SNF.  Bard expects that when its witnesses are deposed about the SNF, the witnesses likewise will face questions about retrievable filters. Moreover, in the three MDL trials concerning Bard's retrievable filters, the jury considered extensive evidence, testimony, expert opinion, and arguments concerning the SNF.  Bard expects that the trials involving the SNF will similarly concern evidence, testimony, expert opinion, and arguments concerning retrievable filters.

Finally, several major issues in the litigation are common to both the SNF and Bard's retrievable filters.  Every case involves factual questions about whether inferior vena cava filters as a whole are effective in preventing pulmonary embolism.  Every case involves factual questions about what the medical community has known for decades (stretching back to the 1970s and 1980s) about the risks associated with inferior vena cava filters as a whole.  Every case involves factual questions about FDA's role in considering and overseeing pre-market and post-market issues concerning implantable medical devices and inferior vena cava filters.  Every case involves the same metallurgical (all of the filters are made of the metal nitinol) issues about fracture resistance and use of electron microscopy to evaluate surface finishes.  And every case involves evidence of different types of, and sufficiency of, bench testing of the filters, as well as types of, and sufficiency of, animal and clinical testing of the filters.

## ARGUMENT

For the convenience of parties and witnesses and to promote the just and efficient conduct of the SNF cases, the Panel should expand the scope of MDL No. 2641 to include cases concerning Bard's SNF.  Alternatively, pursuant to 28 U.S.C. section 1407, the Panel should establish a new MDL concerning the SNF before Judge Campbell in the District of Arizona.

### A.  The Panel should expand MDL No. 2641 to include SNF cases.

The Panel is empowered to expand the scope of an existing MDL where the cases proposed to be consolidated involve common questions of fact with the actions in the existing MDL. *See, e.g., In re Generic Digoxin & Doxycycline Antitrust Litig*., 222 F. Supp. 3d 1341, 1343-44 (J.P.M.L. 2017) (expanding scope of MDL No. 2724 beyond generic digoxin and doxycycline to include additional generic drugs that shared common questions of fact with the actions in MDL No. 2724); *In re Viagra (Sildenafil Citrate) Prod. Liab. Litig*., 224 F. Supp. 3d 1330, 1332 (J.P.M.L. 2016) (expanding scope of MDL No. 2691 from cases involving only Viagra to include Cialis cases where both types of cases involved common questions of fact).

Here, MDL No. 2641 already involves six types of Bard filters:  Recovery Filter, G2 Filter, G2X/G2 Express Filter, Eclipse Filter, Meridian Filter, and Denali Filter.  Just as the Panel found that cases involving each of the six "retrievable" Bard filters shared facts in common with one another, cases involving the SNF share facts in common with cases involving the retrievable filters.  As noted above, over 140,000 documents discussing the SNF have already been produced in MDL No. 2641, 88 Bard witnesses have been questioned about and/or testified about SNF, and the three trials in MDL No. 2641 dealt with issues involving the SNF.  Bard anticipates that SNF cases will likewise involve documents, deposition testimony, and trials that deal with issues regarding Bard retrievable filters. *In re Generic Digoxin & Doxycycline Antitrust Litig*., 222 F. Supp. 3d at 1343

5

(J.P.M.L. 2017) (noting, as a factor in expanding the MDL, that "the same witnesses are likely [to be] subject to discovery across all actions").  Moreover, numerous global questions of fact concern all Bard filters, retrievable and SNF alike, including whether inferior vena cava filters as a whole are effective; the medical community's knowledge about risks associated with inferior vena cava filters as a whole; the nature of the scientific literature about inferior vena cava filters as a whole; the FDA's role in considering safety and efficacy of implantable medical devices and inferior vena cava filters; the metallurgical properties of nitinol, which comprise all of Bard's inferior vena cava filters; and the nature and sufficiency of bench testing, animal testing, and clinical studies about inferior vena cava filters as a whole. *In re Viagra (Sildenafil Citrate) Prod. Liab. Litig*., 224 F. Supp. 3d at 1332 (noting, as a factor in expanding the MDL, that "[t]he actions likely will involve overlapping discovery concerning many of the same scientific studies, common expert witness issues, and duplicative pretrial motions.")  Given these circumstances, "including an additional product in the MDL is warranted." *Id.*

Moreover, other practical considerations weigh in favor of expanding MDL No. 2641. Judge Campbell, having presided over MDL No. 2641 for over three years, is intimately familiar with the parties, counsel, the factual issues concerning Bard's retrievable filters and the SNF, as well as the recurring procedural and substantive legal issues.  And Judge Campbell has informed the parties that he is willing to oversee the SNF cases if the Panel expands MDL No. 2641 to include the SNF cases.  The SNF cases can proceed most expeditiously with several dozen case management orders already in place that govern nearly every aspect of discovery, and significant fact and expert discovery already having occurred concerning the SNF.

Expanding MDL No. 2641 to include the SNF cases also will avoid a host of inefficiencies, many of which likely will not be apparent until in the throes of discovery (should the MDL not be

expanded to include SNF cases).  However, readily identifiable inefficiencies would include potentially changing the venue of 86 SNF cases, starting any coordinated or consolidated proceedings from scratch, re-litigating the scope and contents of a protective order, re-litigating the scope and contents of an ESI protocol, isolating and re-producing SNF-related documents, re-doing privilege logs, re-doing a deposition protocol, re-deposing witnesses about SNF-related issues, rehashing expert issues that involve common questions of fact with the retrievable filter cases (e.g., filter efficacy, metallurgical issues, and regulatory issues), reconfiguring and reproducing expert reports, and litigating potentially redundant *Daubert* challenges.  All of these issues, and likely many more, can be avoided by expanding MDL No. 2641 to include SNF cases. Finally, any discovery conducted in SNF cases that is separate from MDL No. 2641 will need to be constantly re-produced and/or cross-noticed in MDL No. 2641 (and vice versa).

For all of these reasons, expanding the existing MDL No. 2641 to include SNF cases best promotes the just and efficient conduct of both the SNF cases and the retrievable filter cases.

### B. <u>Alternatively, the Panel should form a new MDL concerning the SNF in the District of Arizona before Judge Campbell.</u>

Pursuant to 28 U.S.C. section 1407(c), a party to a civil action suitable for coordinated or consolidated pretrial proceedings may move to initiate such proceedings.  Coordinated or consolidated proceedings are warranted when one or more common questions of fact are pending in different districts, and such proceedings will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions. 28 U.S.C. § 1407(a).

Here, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. are named defendants in each of the 86 cases listed in Exhibit C.  Pursuant to a case management order in MDL No. 2641, 85 of the 86 SNF cases were filed directly in MDL No. 2641, and the district courts that the plaintiffs identified as the proper venue absent direct filing reflect 40 different district courts (this

information is also included in Exhibit C).  Thus, for purposes of this Motion, the SNF cases should be treated as venued across 40 different district courts.

The 86 SNF cases are product liability actions that will concern many common questions of fact related to the SNF's design, testing, risk profile, manufacturing, and labeling.  The SNF cases also involve common questions of fact about Bard's interactions with the FDA, sales activity, marketing, employee training, interactions with physicians, warnings provided to the medical community, and post-market adverse event monitoring and analysis concerning the SNF.

Centralization of the cases will serve the convenience of the parties and witnesses and will promote the just and efficient conduct of the litigation.  Without an MDL, the 86 SNF cases will be dispersed across more than 40 different district courts, thereby virtually assuring duplicative and inconsistent discovery, inconsistent pretrial rulings, inconsistent privilege rulings, and inconsistent *Daubert* rulings—centralization of the cases will eliminate these issues, and will conserve the resources of the parties, their counsel, and the judiciary. *In re: Bard IVC Filters Prod. Liab. Litig*., 122 F. Supp. 3d 1375, 1376 (J.P.M.L. 2015) (citing these issues as factors warranting centralization of cases involving Bard's retrievable filters).

Finally, the District of Arizona is the appropriate transferee district.  Nearly all of the relevant SNF-related activity occurred in, or was directed from, Arizona.  Most of the Bard current and former employees who are the likely fact witnesses in the SNF cases are likewise located in Arizona where Bard Peripheral Vascular is headquartered and have also been fact witnesses in the current MDL.  Judge Campbell has informed the parties that he is willing to oversee the SNF cases if the Panel forms a new MDL.  As discussed above, Judge Campbell is already familiar with the factual and legal issues involved in the cases, and he has worked with the parties' counsel for several years already. *In re Am. Investors Life Ins. Co. Annuity Mktg. and Sales Practices Litig.*,

398 F. Supp. 2d 1361, 1362 (establishing an MDL before a judge who "has already developed familiarity with the issues present in this docket as a result of presiding over motion practice and other pretrial proceedings in the actions pending before her for the past year").  As such, the District of Arizona has the capacity and resources to successfully manage an SNF-related MDL.

Accordingly, if the Panel determines that expanding MDL No. 2641 is not warranted, it should establish an MDL for the SNF cases before Judge Campbell in the District of Arizona.

## CONCLUSION

For the foregoing reasons, Bard respectfully requests that the Panel expand the scope of MDL No. 2641, *IN RE: Bard IVC Filters Products Liability Litigation* to include cases concerning Bard's SNF; or, alternatively, pursuant to 28 U.S.C. section 1407, establish a new MDL concerning the SNF before Judge Campbell in the District of Arizona.

RESPECTFULLY SUBMITTED this 1st day of November, 2018.

s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC

**CASE MANAGEMENT ORDER NO. 4**

**(Master Complaint, Master Responsive Pleading, Use of Short Form Complaint, and Waiver of Service for Bard Defendants)** |

The parties have submitted a Master Long Form Complaint and Jury Demand (previously docketed as Doc. 303-1) and a Master Responsive Pleading (previously docketed as Doc. 303-3).  The Court has reviewed these proposed pleadings, finds them sufficient, and directs the Clerk to file them as separate documents in the Court's docket.[1]  The parties have also submitted a proposed Short Form Complaint, a copy of which is attached to this order.  The Court also finds this proposed pleading to be sufficient.

**IT IS ORDERED:**

All allegations pled in the Master Complaint and all responses pled in the Master Responsive Pleading are deemed pled in any previously filed Complaint and Responsive Pleading in this MDL proceeding, except as expressly noted below.  They are also deemed pled in any Short Form Complaint and Entry of Appearance filed after the entry of this

---

[1] The reference to "Federal Rule of Evidence 8" on the first page of the Master Complaint shall be deemed to be a reference to Federal Rule of Civil Procedure 8.

order, except that the Master Complaint applies only against the Defendant or Defendants identified in such future-filed Short Form Complaints.

The following cases will not be governed by the Master Complaint and Master Responsive Pleading, but will continue to be governed by the complaints (including any amended complaints) and answers filed in the various transferor courts prior to transfer:

| Plaintiff | Original Jurisdiction |
|-----------|----------------------|
| 1. Cason, Pamela | GA – N.D. Ga. 1:12-cv-1288 |
| 2. Coker, Jennifer | GA – N.D. Ga. 1:13-cv-515 |
| 3. Conn, Charles | TX – S.D. Tex. 4:14-cv-298 |
| 4. Ebert, Melissa | PA – E.D. Pa. 5:12-cv-1253 |
| 5. Fox, Susan | TX – N.D. Tex. 3:14-cv-133 |
| 6. Henley, Angela | WI – E.D. Wis. 2:14-cv-59 |
| 7. Keen, Harry | PA – E.D. Pa. 5:13-cv-5361 |
| 8. Milton, Gary | GA – M.D. Ga. 5:14-cv-351 |
| 9. Mintz, Jessica | NY – E.D.N.Y. 2:14-v-4942 |
| 10. Ocasio, Denise | FL – M.D. Fla. 8:13-cv-1962 |

| Plaintiff | Original Jurisdiction |
|---|---|
| 11. Rivera (McClarty), Vicki | MI – E.D. Mich.<br>4:14-cv-13627 |
| 12. Smith, Erin | TX – E.D. Tex.<br>1:13-cv-633 |
| 13. Tillman, Lessie | FL – M.D. Fla.<br>3:13-cv-222 |

On or after **December 28, 2015**, any plaintiff whose case would be subject to transfer to MDL 2641 may file his or her case directly in this Court by using the Short Form Complaint. If such a case is filed in this Court without the use of the Short Form Complaint, Plaintiffs' Co-Lead Counsel shall promptly advise the filing party to file an amended complaint using the Short Form Complaint. If the filing party fails to do so, Plaintiffs' Co-Lead Counsel shall promptly notify the Court.

Defendants are not required to file answers to Short Form or Amended Short Form Complaints. An Entry of Appearance shall constitute a denial of all allegations in the Short Form or Amended Short Form Complaints except as herein provided, and an assertion of all defenses included in the Master Responsive Pleading. By filing an Entry of Appearance in response to a Short Form Complaint, in lieu of an answer, Defendants do not waive any defenses, including jurisdictional and service defenses.

Defendants shall have 60 days from the entry of this order to file any motion for failure of the Master Complaint to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) and 12(h)(2), and Plaintiff's shall have 30 days to respond.

Civil actions in this MDL were transferred to this Court by the Judicial Panel on Multidistrict Litigation for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Upon completion of the pretrial proceedings related to a civil action as determined by this Court, the case shall be transferred pursuant to 28 U.S.C. § 1404(a) or § 1406(a) to the District Court identified in the Short Form Complaint, provided the

parties choose not to waive *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998). The fact that a case was filed directly in this District and MDL proceeding shall not constitute a determination by this Court that jurisdiction or venue are proper in this District, and shall not result in this Court being deemed the "transferor court" for purposes of this MDL. In addition, filing a Short Form Complaint in this District shall have no impact on the conflict of law rules to be applied to the case. Instead, the law of the jurisdiction where the case is ultimately transferred will govern any conflict of law. Prior to transfer, Defendants may object to the district specified in the Short Form Complaint, based on venue or jurisdiction (including a lack of personal jurisdiction based on *Daimler AG v. Bauman*, 134 S. Ct. 746 (2014)), and propose an alternative jurisdiction for the Court's consideration.

Subject to the conditions set forth in this order, Defendant C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") waive service of process in cases filed in this Court using the Short Form Complaint and in which they are named as defendants and one or more IVC filter products either manufactured or distributed by Bard is alleged to be at issue. For such cases, Plaintiffs shall send a Short Form Complaint and a request for waiver of service pursuant to the provisions of Fed. R. Civ. P. 4 to Richard B. North, Jr. by email to richard.north@nelsonmullins.com; maria.turner@nelsonmullins.com; and matthew.lerner@nelsonmullins.com. Counsel for Bard shall return the signed waiver requests to the Court within the time permitted by Fed. R. Civ. P. 4. Plaintiffs submitting a request for waiver shall not seek to hold Bard in default for failure to timely answer or otherwise respond to a complaint in which service has been accomplished pursuant to the terms of this order without first giving Bard written notice of the alleged default and ten business days in which to cure any alleged default.

Prior to a Plaintiff's attorney filing a Short Form Complaint in this Court, that attorney must register for or already have a District of Arizona CM/ECF log-in name and password. If the Plaintiff's attorney does not already have a District of Arizona CM/ECF log-in name and password, that attorney **must** file the Short Form Complaint in paper

form with the Clerk of Court and simultaneously file an Application of Attorney for Admission to Practice Pro Hac Vice pursuant to LRCiv 83.1(b)(2) (including all necessary attachments and filing fee).

Dated this 17th day of December, 2015.

David G. Campbell
United States District Judge

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.____).

Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of injury:

_____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7.    District Court and Division in which venue would be proper absent direct filing:

_____

8.    Defendants (check Defendants against whom Complaint is made):

☐    C.R. Bard Inc.

☐    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☐    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master

Complaint:

_____

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

€      G2® Express (G2®X) Vena Cava Filter

€      Eclipse® Vena Cava Filter

€      Meridian® Vena Cava Filter

€      Denali® Vena Cava Filter

€      Other: _____

11.    Date of Implantation as to each product:

_____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☐    Count I:      Strict Products Liability – Manufacturing Defect

☐    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☐    Count III:      Strict Products Liability – Design Defect

☐    Count IV:      Negligence - Design

☐    Count V:      Negligence - Manufacture

☐    Count VI:      Negligence – Failure to Recall/Retrofit

☐    Count VII:      Negligence – Failure to Warn

☐    Count VIII:      Negligent Misrepresentation

☐    Count IX:      Negligence *Per Se*

☐    Count X:      Breach of Express Warranty

☐    Count XI:      Breach of Implied Warranty

☐    Count XII:      Fraudulent Misrepresentation

☐    Count XIII:   Fraudulent Concealment

☐    Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:   Loss of Consortium

☐    Count XVI:  Wrongful Death

☐    Count XVII: Survival

☐    Punitive Damages

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this ____ day of November, 2015.

**GALLAGHER & KENNEDY, P.A.**

By: ___/s/_____

    Robert W. Boatman
    Mark S. O'Connor
    Paul L. Stoller
    Shannon L. Clark
    C. Lincoln Combs
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

**LOPEZ McHUGH LLP**
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

    *Attorneys for Plaintiffs*

I hereby certify that on this ____ day of November, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    ___/s/_____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**CASE MANAGEMENT ORDER NO. 38** |

Following the close of evidence in the Hyde case, the Court conferred with the parties regarding scheduling matters.  On the basis of the conference, the Court enters the following order.

## I.    Future Bellwether Trials.

The Court confirmed that it will hold two more bellwether trials in this MDL proceeding – Plaintiffs Mulkey and Tinlin.  The Court will not hold a sixth bellwether trial.  Because discovery in the Tinlin case is still being completed and Ms. Mulkey's health appears at this time to permit a trial, the Court will hold the Mulkey trial in February and the Tinlin trial in May.  In the meantime, the Tinlin discovery schedule set forth in Doc. 12061, as modified by Doc. 12759, shall remain in place.  The Court will rule as promptly as possible on the motion for summary judgment in the Mulkey case.  If the Court grants summary judgment in Mulkey, the Tinlin trial will be held in February.  If Ms. Mulkey's health worsens, the Court will hear from the parties on whether the Tinlin trial should be moved to February, but this issue should be raised with the Court

during the week of November 12, 2018, in light of the jury questionnaire schedule set forth below.

**II.     February Bellwether Trial**.

        **A.     Jury Questionnaire and Jury Selection.**

          1.     By **November 26, 2018**, the parties shall provide the Court with proposed changes to the questionnaire used in the Hyde bellwether trial.  The Court will consider these proposals in finalizing the questionnaire for the February trial.

          2.     The Clerk shall mail the questionnaire to 200 jurors no later than **November 30, 2018.**  The questionnaire will instruct the prospective jurors to return it to the Court no later than **January 4, 2019**.

          3.     A thumb drive will be prepared for counsel (one for each side) containing copies of the questionnaires and will be available for pickup at the jury office on **January 11, 2019.**  The thumb drive and any paper copies made by counsel must be returned to the Court by counsel on the day of jury selection.

          4.     On **January 18, 2019**, the Court will provide the parties with a list of prospective jurors the Court proposes to excuse for hardship on the basis of their responses to the first question in the questionnaire.

          5.     The Court will hold a final pretrial conference case on **January 28, 2019 at 10:00 a.m.**   At the final pretrial conference, counsel will be permitted to challenge the Court's excusal of any of the listed jurors for hardship.  If counsel do not object to the Court's proposed excusal of a particular juror for hardship, that juror will be excused from further involvement in this case.  After hearing counsel's objections to hardship excusals, the Court will determine which of the challenged jurors should be excused for hardship and which should appear for voir dire.  In addition, counsel shall be prepared to make challenges for cause to jurors on the basis of information contained in their questionnaires.  These challenges should be limited to jurors who clearly could not serve as a fair juror on the basis of their questionnaire answers.  The Court will rule on these challenges at the final pretrial conference.  All

prospective jurors who returned questionnaires and who have not been excused for hardship or successfully challenged for cause will be candidates for voir dire.

6.    On **February 11, 2019, at 9:00 a.m.,** 50 prospective jurors will be called to Court to appear for voir dire.  The Court will permit counsel to ask follow-up questions of individual jurors based on information contained in the juror questionnaires.  Counsel should not venture into new subjects – they should limit their follow-up questions to the items covered in the questionnaire.  Following voir dire, the Court will hear and rule on challenges for cause.

7.    The Court will seat 9 jurors.  Each side will have 3 pre-emptory strikes.

8.    The Court anticipates that opening statements and evidence trial will begin on the afternoon of **February 11, 2019**.

**B.    Dispositive and *Daubert* Motions**.

Dispositive and *Daubert* motions in the Tinlin case shall be filed by **December 7, 2018,** responses by **December 21, 2018,** and replies by **December 28, 2019**.  *See* Doc. 12061 ¶ 7.

**C.    Motions in Limine**.

Motions in limine, limited to three pages each, shall be filed by **December 14, 2018**.  Responses to motions in limine, limited to three pages each, shall be filed by **December 28, 2019**.  No replies shall be filed.

**D.    Deposition Designations**.

The parties shall provide deposition designations by **December 14, 2019**.

**E.    Final Pretrial Order.**

The proposed final pretrial order shall be submitted by **January 11, 2019**.  The Court will enter a separate order governing the materials that should be submitted with the final pretrial order.

**F.    Final Pretrial Conference.**

The Court will hold a final pretrial conference on **January 28, 2019 at 10:00 a.m.**

- 3 -

**G. Trial Days.**

Trial in will be held on **February 11-15**, **19-22**, **25-28**, and **March 1, 2019**. Plaintiff will be allotted 33 hours of trial time and Defendants will be allotted 30 hours of trial time. This schedule should allow the case to get to the jury by the morning of February 28, 2019.

**III. May Bellwether Trial.**

**A. Jury Questionnaire and Jury Selection.**

1. By **March 1, 2019**, the parties shall provide the Court with proposed changes to the questionnaire. The Court will consider these proposals in finalizing the questionnaire.

2. The Clerk shall mail the questionnaire to 200 jurors no later than **March 8, 2019.** The questionnaire will instruct the prospective jurors to return it to the Court no later than **April 5, 2019**.

3. A thumb drive will be prepared for counsel (one for each side) containing copies of the questionnaires and will be available for pickup at the jury office on **April 12, 2019.** The thumb drive and any paper copies made by counsel must be returned to the Court by counsel on the day of jury selection.

4. On **April 19, 2019**, the Court will provide the parties with a list of prospective jurors the Court proposes to excuse for hardship on the basis of their responses to the first question in the questionnaire.

5. The Court will hold a final pretrial conference case on **April 30, 2019 at 10:00 a.m.** At the final pretrial conference, counsel will be permitted to challenge the Court's excusal of any of the listed jurors for hardship. If counsel do not object to the Court's proposed excusal of a particular juror for hardship, that juror will be excused from further involvement in this case. After hearing counsel's objections to hardship excusals, the Court will determine which of the challenged jurors should be excused for hardship and which should appear for voir dire. In addition, counsel shall be prepared to make challenges for cause to jurors on the basis of information contained in

their questionnaires.  These challenges should be limited to jurors who clearly could not serve as a fair juror on the basis of their questionnaire answers.  The Court will rule on these challenges at the final pretrial conference.  All prospective jurors who returned questionnaires and who have not been excused for hardship or successfully challenged for cause will be candidates for voir dire.

6. On **May 13, 2019, at 9:00 a.m.,** 50 prospective jurors will be called to Court to appear for voir dire.  The Court will permit counsel to ask follow-up questions of individual jurors based on information contained in the juror questionnaires.  Counsel should not venture into new subjects – they should limit their follow-up questions to the items covered in the questionnaire.  Following voir dire, the Court will hear and rule on challenges for cause.

7. The Court will seat 9 jurors.  Each side will have 3 pre-emptory strikes.

8. The Court anticipates that opening statements and evidence will begin on the afternoon of **May 13, 2019**.

**B.** **Dispositive and *Daubert* Motions**.

Dispositive and *Daubert* motions shall be filed by **February 1, 2019,** responses by **March 1, 2019,** and replies by **March 15, 2019**.

**C.** **Motions in Limine**.

Motions in limine, limited to three pages each, shall be filed by **March 29, 2018**.  Responses to motions in limine, limited to three pages each, shall be filed by **April 12, 2019**.  No replies shall be filed.

**D.** **Deposition Designations**.

The parties shall provide deposition designations by **March 29, 2019**.

**E.** **Final Pretrial Order.**

The proposed final pretrial order shall be submitted by **April 12, 2019**.  The Court will enter a separate order governing the materials that should be submitted with the final pretrial order.

**F.     Final Pretrial Conference.**

The Court will hold a final pretrial conference on **April 30, 2019 at 10:00 a.m.**

**G.     Trial Days.**

Trial will be held on **May 13-17**, **20-24**, **and 28-31**.  Plaintiff will be allotted 33 hours of trial time and Defendants will be allotted 30 hours of trial time.  This schedule should allow the case to get to the jury by the morning of May 30, 2019.

**IV.     Motion to Seal Trial Exhibits.**

Defendants shall file any motion to seal trial exhibits in the Jones and Hyde cases by **October 26, 2018**.

**V.     Settlement Talks and Remand.**

Counsel shall meet in person and engage in good faith global settlement talks no later than **November 30, 2018**.  Within five working days after the talks, the parties shall file a joint report informing the Court that good faith settlement talks have been held and reporting generally on the outcome of such talks.

The Court intends to remand all cases in this MDL shortly after completion of the May 2019 bellwether trial.

**VI.     SNF Cases.**

Defendants shall, by **November 2, 2018**, file a motion with the panel on multidistrict litigation to expand this MDL to include the SNF cases or to create a new MDL including the SNF cases.  If the panel concludes that the motion should be granted in some respect, the undersigned judge will be willing to oversee the SNF cases.

Dated this 5th day of October, 2018.

David G. Campbell
United States District Judge

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| **IN RE: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION** | : : : : | **MDL DOCKET NO. 2641** |

**SCHEDULE OF SIMON NITINOL ACTIONS PENDING IN MDL NO. 2641**

| **CAPTION** | **CIVIL ACTION NUMBER** | **DISTRICT COURT** | **JUDGE** | **LIKELY TRANSFEROR VENUE** |
|---|---|---|---|---|
| Henry Altschuh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03999 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Northern District |
| Claus Anderson and Joan Anderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:16-cv-02089 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC IA, Northern District |
| Thomas Arkle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03583 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC FL, Middle District |
| Marcia Austin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03687 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC DC |
| Tanchanika Austin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-02156 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Eastern District |
| Madeline Berrigan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04572 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Southern District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Robert Boyd v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03652 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Western District |
| Deanna Boykin and Eugene Boykin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:16-cv-04207 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Southern District |
| Gladys Boykin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03589 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MD |
| Darlene Brasfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-01402 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC TN, Western District |
| James Bratcher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03585 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NC, Eastern District |
| Rebecca Bray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-02455 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC FL, Middle District |
| Jarvis Brown, as Personal Representative of the Estate of Corrine Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03111 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC VA, Eastern District |
| Paul Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-02823 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MA |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Eddie M. Butts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03703 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Middle District |
| Sandra Jean Caudle v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. | 2:16-cv-03588 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC OH, Northern District |
| Douglas Ray Coffman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00188 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC TX, Northern District |
| Robert Confer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04678 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Middle District |
| Danielle Conyers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03793 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MD |
| James Craven v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00451 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC DC |
| Mary Crawley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04467 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC DC |
| Hank Crutchfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:16-cv-02499 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MO, Western District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Florine Daniels v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:16-cv-03672 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC RI |
| Betsie Deane v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03288 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Eastern District |
| Vernon R. Duncan, Gena Duncan, Jeremy Duncan and LeAnn Parm v. C. R. Bard, Inc. | 2:18-cv-01661 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MI, Eastern District |
| June Elder v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-00325 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Southern District |
| Danielle L. Fenderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03371 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Northern District |
| Antoinette Fucci as Personal Representative of the Estate of Pasquale Fucci v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00877 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC FL, Middle District |
| Darlene M. Gage v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03277 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC IL, Northern District |
| Joann Games v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03309 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC IL, Northern District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Reita Gaston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04084 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Northern District |
| Donna Geist v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03686 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Eastern District |
| Donna L. Goode v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04484 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Western District |
| JaHazel Grayson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04012 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC TX, Northern District |
| Mary Griffin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03175 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Southern District |
| Rebecca Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04010 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MD |
| Brad Herod v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00441 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC WY |
| Marlon Holmes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-02326 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC LA, Eastern District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Billy R. Hughes, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03505 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Middle District |
| Mary C. Irons v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03369 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MS, Northern District |
| Ruby Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-00326 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC FL, Middle District |
| Donald Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03404 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC AL, Southern District |
| Karen Kidwell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00324 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC KS |
| Elizabeth A. Kristoff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-01959 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NV |
| Bernard G. Kustra v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03529 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Western District |
| Rosemarie Maggiacomo-Sackler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04786 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC RI |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Terry J. Mahoney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03696 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Middle District |
| Ronald Marshall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04137 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Eastern District |
| Mashell McDaniel-Meeks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03516 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MS, Southern District |
| Lenora McMorris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03445 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MS, Southern District |
| Timothy Miller v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. | 2:16-cv-01115 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC CA, Northern District |
| Eugene Neal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03807 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Western District |
| Christina ODell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-01528 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC AL, Southern District |
| John Olim v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03960 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC CA, Central District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Charlene Pedersen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00941 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NH |
| Tracy Pirl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00899 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Western District |
| Mary Grace Rosenberger and Peter Rosenberger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03739 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC TN, Middle District |
| Mike Sackal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04239 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC AZ |
| Danny M. Salmon, Mildred "Kay" Salmon and Rodney D. Salmon as Adult Son v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-02866 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NE |
| Debra J Savage-Mykel v. C. R. Bard, Inc. | 2:17-cv-00084 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC OH, Southern District |
| Joseph Schutz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-01206 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC IL, Northern District |
| Jeffrey S. Singer v. C. R. Bard, Inc. | 2:16-cv-04051 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MD |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---------|---------------------|----------------|-------|-------------------------|
| Josephine E. Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03852 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MI, Eastern District |
| Ouida Garner, Personal Representative of the Estate of Slater Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:16-cv-03205 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC AL, Southern District |
| Levi Spruell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03370 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC IL, Northern District |
| Andrea Stith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:16-cv-01849 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC VA, Eastern District |
| Roy Stith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03682 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Eastern District |
| J.D. Sutton and Wanda Sutton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-02496 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC IL, Northern District |
| Harry Tarasi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-00082 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Western District |
| Bernard Taylor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03689 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Southern District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| Jill Tesell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-01843 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MA |
| Deanna Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-04141 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MD |
| Nicole Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-00402 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC VA, Eastern District |
| Melissa Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00285 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC CA, Eastern District |
| Michelle Valentine, individually and as Successor in Interest of the Estate of Scott Valentine v. C. R. Bard, Inc. | 2:17-cv-00579 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC CA, Central District |
| Barbara Verge v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-02489 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Northern District |
| Raheemah Abdul Wadoud v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-01062 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC TX, Northern District |
| Roy Walker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-02820 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC GA, Southern District |

| CAPTION | CIVIL ACTION NUMBER | DISTRICT COURT | JUDGE | LIKELY TRANSFEROR VENUE |
|---|---|---|---|---|
| James Weinsheimer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-00446 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Middle District |
| Horace Wetzell and Carole Wetzell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-00444 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC OH, Northern District |
| Elvenia Wiggins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:18-cv-00213 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC OK, Eastern District |
| Anne Will v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03483 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC NY, Eastern District |
| Prencilla Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03727 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC AL, Southern District |
| Stephanie Winnegan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03544 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC VA, Eastern District |
| Stephen Yankun v. C. R., Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-03237 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC MA |
| Piero J. Zito, as Administratix of the Estate of Pasquale Zito v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. | 2:17-cv-02638 | United States District Court, District of Arizona (Phoenix) | The Honorable David G. Campbell | USDC PA, Middle District |

# Exhibit D

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03999–DGC

Altschuh v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/31/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Henry Altschuh**                     represented by **David W Bauman**
Corrigan & Appelbaum
1926 Chouteau Ave.
St. Louis, MO 63103
314–621–2900
Fax: 314–621–7607
Email: colin@padberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**     represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14815003 filed by Henry Altschuh. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/31/2017) |
| 10/31/2017 | 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Henry Altschuh. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/31/2017) |
| 10/31/2017 | 3 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–3999–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/31/2017) |

| 11/02/2017 | 4 | *NOTICE of Appearance by David W Bauman on behalf of Henry Altschuh. (Bauman, David) *Document filed in the wrong case. Attorney notice to re–file document in correct case on 11/2/2017 (LSP). (Entered: 11/02/2017) |
|---|---|---|
| 11/02/2017 | 5 | NOTICE TO FILER OF DEFICIENCY re: 4 Notice of Appearance/Association of Counsel filed by Henry Altschuh. Document entered in wrong case. ***FOLLOW–UP ACTION REQUIRED:*** Please refile document in correct case: 2:15–md–2641–DGC. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 11/02/2017) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____

7.   District Court and Division in which venue would be proper absent direct filing:

_____

8.   Defendants (check Defendants against whom Complaint is made):

   ☒   C.R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

   ☐   G2® Express Vena Cava Filter

   ☐   G2® X Vena Cava Filter

   ☐   Eclipse® Vena Cava Filter

   ☐   Meridian® Vena Cava Filter

   ☐   Denali® Vena Cava Filter

   ☐   Other: _____

11.  Date of Implantation as to each product:

_____

12.  Counts in the Master Complaint brought by Plaintiff(s):

   ☒   Count I:    Strict Products Liability – Manufacturing Defect

☒     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability – Design Defect

☒     Count IV:     Negligence – Design

☒     Count V:     Negligence – Manufacture

☒     Count VI:     Negligence – Failure to Recall/Retrofit

☒     Count VII:     Negligence – Failure to Warn

☒     Count VIII:     Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:     Fraudulent Concealment

☒     Count XIV:     Violations of Applicable _____ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:     Survival

☒     Punitive Damages

☒     Other(s): _____: (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

3

RESPECTFULLY SUBMITTED this _____ day of October, 2017.

**PADBERG, CORRIGAN & APPELBAUM**

By: */s/ David W. Bauman*
David Bauman, MO Bar No 52481; IL Bar No 6274534
48 Mt Vernon Street
Suite 206
Winchester, MA 01890
Telephone: (781) 721-4400
Facsimile: (781) 721-4402
dave@padberglaw.com

*Attorneys for Plaintiff(s)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>6th</u> day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David W. Bauman*

4

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:16–cv–02089–DGC

Anderson et al v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 06/28/2016
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Claus Anderson**

represented by **Michael T Gallagher**
Gallagher Law Firm LLP
2905 Sackett St.
Houston, TX 77098
713–222–8080
Fax: 713–222–0066
Email: donnaf@gld–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Anderson**

represented by **Michael T Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC – Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–13117251 filed by Claus Anderson, Joan Anderson. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 06/28/2016) |
| 06/28/2016 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–16–2089–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/28/2016) |

Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
|---|---|
| This Document Relates To: | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| Claus Anderson | |
| Civil Case # _____ | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:

Claus Anderson

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Joan Anderson

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

*The Gallagher Law Firm, LLP*
*2905 Sackett Street*
*Houston, TX 77098*
*(713) 222-8080*

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Iowa

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Iowa

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Iowa

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Iowa

8.  Defendants (check Defendants against whom Complaint is made):

√   C.R. Bard Inc.

√   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

√   Diversity of Citizenship

☐   Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐       Recovery® Vena Cava Filter

-2-

☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

Other:  Simon Nitinol Filter

11.    Date of Implantation as to each product:

July 11, 2003

12.    Counts in the Master Complaint brought by Plaintiff(s):

√    Count I:        Strict Products Liability – Manufacturing Defect

√    Count II:       Strict Products Liability – Information Defect (Failure to Warn)

√    Count III:      Strict Products Liability – Design Defect

√    Count IV:      Negligence - Design

√    Count V:       Negligence - Manufacture

√    Count VI:      Negligence – Failure to Recall/Retrofit

√    Count VII:     Negligence – Failure to Warn

√    Count VIII:    Negligent Misrepresentation

√    Count IX:      Negligence *Per Se*

√    Count X:       Breach of Express Warranty

√    Count XI:      Breach of Implied Warranty

√    Count XII:     Fraudulent Misrepresentation

√    Count XIII:    Fraudulent Concealment

√ Count XIV: Violations of Applicable Iowa Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

√ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☐ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

Dated: June 28, 2016                    Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03583-DGC

| | |
|---|---|
| Arkle v. C R Bard Incorporated et al | Date Filed: 10/06/2017 |
| Assigned to: Judge David G Campbell | Jury Demand: Plaintiff |
| Lead case: 2:15-md-02641-DGC | Nature of Suit: 365 Personal Injury: Prod. |
| Member case: (View Member Case) | Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Thomas Arkle**                         represented by    **Debra J Humphrey**
                                                          Marc J Bern & Associates LLP
                                                          60 E 42nd St., Ste. 950
                                                          New York, NY 10165
                                                          212-702-5000
                                                          Fax: 212-818-0164
                                                          Email: dhumphrey@bernllp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by    **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough LLC
                                                          – Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email: richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by    **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14735007 filed by C R Bard Incorporated. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/10/2017) |
| 10/06/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3583-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/10/2017) |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS | No. |
| PRODUCTS LIABILITY LITIGATION | |

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:

    Thomas Arkle

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Florida

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Florida

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

  Florida

7.     District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Middle District of Florida

8.     Defendants (check Defendants against whom Complaint is made):

    ☑     C.R. Bard Inc.

    ☑     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

    ☑     Diversity of Citizenship

    ☐     Other: _____

    a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐     Recovery® Vena Cava Filter

    ☐     G2® Vena Cava Filter

-2-

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other: <u>Bard Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>May 3, 2011</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:     Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:   Negligence – Failure to Warn

☑    Count VIII:   Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:     Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:   Fraudulent Misrepresentation

☑      Count XIII:    Fraudulent Concealment

☑      Count XIV:    Violations of Applicable <u>Michigan</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑      Count XV:    Loss of Consortium

☐      Count XVI:    Wrongful Death

☐      Count XVII: Survival

☑      Punitive Damages

☐      Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

     ☑ Yes

     ☐ No

RESPECTFULLY SUBMITTED this 6th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: *_/s/ Debra J. Humphrey_*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

      I hereby certify that on this 6th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

           */s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03687-DGC

Austin v. C R Bard Incorporated et al                      Date Filed: 10/11/2017
Assigned to: Judge David G Campbell                        Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                               Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                            Prod. Liability
Cause: 28:1332 Diversity-Product Liability                 Jurisdiction: Diversity

**Plaintiff**

**Marcia Austin**                         represented by   **Debra J Humphrey**
                                                           Marc J Bern & Associates LLP
                                                           60 E 42nd St., Ste. 950
                                                           New York, NY 10165
                                                           212-702-5000
                                                           Fax: 212-818-0164
                                                           Email: dhumphrey@bernllp.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**                 represented by   **Richard B North , Jr**
                                                           Nelson Mullins Riley & Scarborough
                                                           LLC - Atlanta, GA
                                                           Atlantic Station
                                                           201 17th St. NW, Ste. 1700
                                                           Atlanta, GA 30363
                                                           404-322-6000
                                                           Fax: 404-322-6050
                                                           Email:
                                                           richard.north@nelsonmullins.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**              represented by   **Richard B North , Jr**
**Incorporated**                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14746315 filed by Marcia Austin. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/11/2017) |
| 10/11/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3687-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/11/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2018 05:22:16 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03687-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

1

2

3          **IN THE UNITED STATES DISTRICT COURT**

4          **FOR THE DISTRICT OF ARIZONA**

5   IN RE BARD IVC FILTERS              No.
    PRODUCTS LIABILITY LITIGATION
6                                       **AMENDED MASTER SHORT FORM**
                                        **COMPLAINT FOR DAMAGES FOR**
7                                       **INDIVIDUAL CLAIMS**

8          Plaintiff(s) named below, for their Complaint against Defendants named below,

9   incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

10  Plaintiff(s) further show the Court as follows:

11         1.     Plaintiff/Deceased Party:

12                Marcia Austin

13         2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14                consortium claim:

15                 N/A

16         3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17                conservator):

18                 N/A

19         4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20         the time of implant: Washington DC

21

22

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Washington DC

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Washington DC

7.      District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Columbia

8.      Defendants (check Defendants against whom Complaint is made):

☑      C.R. Bard Inc.

☑      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

☑      Diversity of Citizenship

☐      Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐      Recovery® Vena Cava Filter

☐      G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other:  <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>May 14, 2008</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:  Violations of Applicable  Michigan  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count XV:  Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☐ Other(s):  _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.  Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 11th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: _/s/ Debra J. Humphrey_
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    _Attorneys for Plaintiff(s)_

I hereby certify that on this 11th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    _/s/ Debra J. Humphrey_

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-02156-DGC

Austin v. C R Bard Incorporated et al                Date Filed: 07/10/2018
Assigned to: Judge David G Campbell                  Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                         Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                      Prod. Liability
Cause: 28:1332 Diversity-Product Liability           Jurisdiction: Diversity

**Plaintiff**

**Tanchanika Austin**                    represented by   **Debra J Humphrey**
                                                          Marc J Bern & Associates LLP
                                                          60 E 42nd St., Ste. 950
                                                          New York, NY 10165
                                                          212-702-5000
                                                          Fax: 212-818-0164
                                                          Email: dhumphrey@bernllp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**                represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**             represented by   **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15707274 filed by Tanchanika Austin. (Attachments: # 1 Civil Cover Sheet)(SLQ) (Entered: 07/10/2018) |
| 07/10/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-02156-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 07/10/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2018 05:27:15 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02156-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. |
|---|---|
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Tanchanika Austin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Pennsylvania

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7.     District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Pennsylvania

8.     Defendants (check Defendants against whom Complaint is made):

☑     C.R. Bard Inc.

☑     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

☑     Diversity of Citizenship

☐     Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

1    ☐    G2® Express (G2® X) Vena Cava Filter

2    ☐    Eclipse® Vena Cava Filter

3    ☐    Meridian® Vena Cava Filter

4    ☐    Denali® Vena Cava Filter

5    ☑    Other:  Bard Simon-Nitinol

6    11.   Date of Implantation as to each product:

7         2005; implant operative records are purged.

8         _____

9    12.   Counts in the Master Complaint brought by Plaintiff(s):

10   ☑    Count I:      Strict Products Liability – Manufacturing Defect

11   ☑    Count II:     Strict Products Liability – Information Defect (Failure to

12                Warn)

13   ☑    Count III:    Strict Products Liability – Design Defect

14   ☑    Count IV:     Negligence - Design

15   ☑    Count V:      Negligence - Manufacture

16   ☑    Count VI:     Negligence – Failure to Recall/Retrofit

17   ☑    Count VII:    Negligence – Failure to Warn

18   ☑    Count VIII:   Negligent Misrepresentation

19   ☑    Count IX:     Negligence *Per Se*

20   ☑    Count X:      Breach of Express Warranty

21   ☑    Count XI:     Breach of Implied Warranty

22   ☑    Count XII:    Fraudulent Misrepresentation

-3-

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable    __Pennsylvania__

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐     Count XV:   Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s):   _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑   Yes

☐   No

RESPECTFULLY SUBMITTED this <u>10th</u> day of <u>July, 2018</u>.

**MARC J. BERN & PARTNERS LLP**

By: *<u>/s/ Debra Humphrey</u>*
    Debra Humphrey
    One Grand Central Place
    60 East 42nd Street, Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 10th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Debra J. Humphrey*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-04572-DGC

Berrigan v. C R Bard Incorporated et al            Date Filed: 12/11/2017
Assigned to: Judge David G Campbell               Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                      Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                   Prod. Liability
Cause: 28:1332 Diversity-Product Liability        Jurisdiction: Diversity

**Plaintiff**

**Madeline Berrigan**                  represented by   **Debra J Humphrey**
                                                        Marc J Bern & Associates LLP
                                                        60 E 42nd St., Ste. 950
                                                        New York, NY 10165
                                                        212-702-5000
                                                        Fax: 212-818-0164
                                                        Email: dhumphrey@bernllp.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by   **Richard B North , Jr**
                                                        Nelson Mullins Riley & Scarborough
                                                        LLC - Atlanta, GA
                                                        Atlantic Station
                                                        201 17th St. NW, Ste. 1700
                                                        Atlanta, GA 30363
                                                        404-322-6000
                                                        Fax: 404-322-6050
                                                        Email:
                                                        richard.north@nelsonmullins.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**           represented by   **Richard B North , Jr**
**Incorporated**                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14949185 filed by Madeline Berrigan. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 12/11/2017) |
| 12/11/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-04572-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/11/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/31/2018 05:31:34 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-rbn |
| Description: | Docket Report | Search Criteria: | 2:17-cv-04572-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Madeline Berrigan

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: New York

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Southern District of New York

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐     G2®Express(G2®X)VenaCavaFilter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali®VenaCavaFilter

☑     Other:  <u>Simon Nitinol</u>

11.     Date of Implantation as to each product:

<u>September 13, 2011</u>

_____

12.     Counts in the Master Complaint brought byPlaintiff(s):

☑     Count I:        Strict Products Liability – Manufacturing Defect

☑     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:     Strict Products Liability – Design Defect

☑     Count IV:     Negligence - Design

☑     Count V:      Negligence - Manufacture

☑     Count VI:     Negligence – Failure to Recall/Retrofit

☑     Count VII:    Negligence – Failure to Warn

☑     Count VIII:   Negligent Misrepresentation

☑     Count IX:     Negligence *Per Se*

☑     Count X:      Breach of Express Warranty

☑     Count XI:     Breach of Implied Warranty

☑     Count XII:    Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>New York </u>(insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____(please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 11th day of December 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 11th day of December 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ Debra J. Humphrey*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03652-DGC

Boyd v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/10/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert Boyd**                        represented by  **Calle M Mendenhall**
                                                        Farris Riley & Pitt LLP
                                                        505 20th St. N, Ste. 1700
                                                        Birmingham, AL 35203
                                                        205-324-1212
                                                        Fax: 205-324-1255
                                                        Email: cmendenhall@frplegal.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David P Matthews**
                                                        Matthews & Associates
                                                        2905 Sackett St.
                                                        Houston, TX 77098
                                                        713-522-5250
                                                        Fax: 713-535-7184
                                                        Email: dmatthews@dmlawfirm.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard Arthur Freese**
                                                        Freese & Goss PLLC
                                                        1901 6th Ave. Ste. 3120
                                                        Birmingham, AL 35203
                                                        205-871-4144
                                                        Fax: 205-871-4104
                                                        Email: rich@freeseandgoss.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                 represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                  represented by **Richard B North , Jr**
**Incorporated**                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14740968 filed by Robert Boyd. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/11/2017) |
| 10/10/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3652-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/11/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:44:30 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03652-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robert Boyd

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.   Plaintiff's/Deceased Party's state (s) [if more than one Plaintiff] of residence at the time of implant:

PA

5.   Plaintiff's/Deceased Party's state (s) [if more than one Plaintiff] of residence at the time of injury:

PA

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

PA

7.   District Court and Division in which venue would be proper absent direct filing:

USDC, Western District of Pennsylvania

8.   Defendants (check Defendants against whom Complaint is made):

☒   C.R. Bard Inc.

☒   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☒   Diversity of Citizenship

☐   Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express Vena Cava Filter

☐     G2® X Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☒     Other: Simon Nitinol

11.     Date of Implantation as to each product:

9/03/2007

12.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability – Manufacturing Defect

☒     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability – Design Defect

-3-

☒     Count IV:     Negligence - Design

☒     Count V:     Negligence - Manufacture

☒     Count VI:     Negligence – Failure to Recall/Retrofit

☒     Count VII:     Negligence – Failure to Warn

☒     Count VIII:     Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:     Fraudulent Concealment

☒     Count XIV:     Violations of Applicable __PA___ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:     Survival

☒     Punitive Damages

☐     Other(s):     _____ (please state the facts supporting

this Count in the space immediately below)

_____ ___

_____

_____

-4-

_____

_____ _____

13.     Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 10th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120
    Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 10th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ David P. Matthews*
    David P. Matthews

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16-cv-04207-DGC

Boykin et al v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/05/2016
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Deanna Boykin**                    represented by  **Jeff Seldomridge**
                                                      Miller Law Firm LLC
                                                      108 Railroad Ave.
                                                      Orange, VA 22960
                                                      540-672-4224
                                                      Email: jseldomridge@millerfirmllc.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Boykin**                    represented by  **Jeff Seldomridge**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**            represented by  **Richard B North , Jr**
                                                      Nelson Mullins Riley & Scarborough
                                                      LLC - Atlanta, GA
                                                      Atlantic Station
                                                      201 17th St. NW, Ste. 1700
                                                      Atlanta, GA 30363
                                                      404-322-6000
                                                      Fax: 404-322-6050
                                                      Email:
                                                      richard.north@nelsonmullins.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

                                     represented by

**Bard Peripheral Vascular**
**Incorporated**

**Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13673389 filed by Eugene Boykin, Deanna Boykin. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 12/05/2016) |
| 12/05/2016 | 2 | SUMMONS Submitted by Deanna Boykin, Eugene Boykin. (Attachments: # 1 Summons)(LSP) (Entered: 12/05/2016) |
| 12/05/2016 | 3 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-16-4207-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/05/2016) |
| 12/05/2016 | 4 | Summons Issued as to Bard Peripheral Vascular Incorporated, C R Bard Incorporated. (Attachments: # 1 Summons)(LSP). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 12/05/2016) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:46:56 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-04207-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, and for Complaint against the Defendants named below,

incorporate The Master Complaint in MDL No. 2641 by reference (Document 364).

Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Deanna Boykin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

Eugene Boykin

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time

of implant:

Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time

of injury:

Georgia

1
SHORT FORM COMPLAINT

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of Georgia – Augusta Division

8. Defendants (Check Defendants against whom Complaint is made):

       ✓ C.R. Bard Inc.

       ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

       ✓ Diversity of Citizenship

       □ Other: _____

      a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
(Check applicable Inferior Vena Cava Filters):

      □ Recovery® Vena Cava Filter

      □ G2® Vena Cava Filter

      □ G2 Express® (G2® X) Vena Cava Filter

      □ Eclipse® Vena Cava Filter

      □ Meridian® Vena Cava Filter

      □ Denali® Vena Cava Filter

      ✓ Other: Simon Nitinol

11. Date of Implantation as to each product:

      11/20/09

2

SHORT FORM COMPLAINT

12. Counts in the Master Complaint brought by Plaintiff(s):

✓ Count I: Strict Products Liability – Manufacturing Defect

✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)

✓ Count III: Strict Products Liability – Design Defect

✓ Count IV: Negligence – Design Defect

✓ Count V: Negligence – Manufacture

✓ Count VI: Negligence – Failure to Recall/Retrofit

✓ Count VII: Negligence – Failure to Warn

✓ Count VIII: Negligent Misrepresentation

✓ Count IX: Negligence *Per Se*

✓ Count X: Breach of Express Warranty

✓ Count XI: Breach of Implied Warranty

✓ Count XII: Fraudulent Misrepresentation

✓ Count XIII: Fraudulent Concealment

✓ Count XIV: Violations of Applicable _Georgia_____ (insert State) Law
        Prohibiting Consumer Fraud and Unfair and Deceptive Trade
        Practices

✓ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

✓ Punitive Damages

SHORT FORM COMPLAINT

☐ Other(s): _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

13.	Jury Trial demanded for all issues so triable?

✓	Yes

☐	No

Respectfully submitted this 5th day of December, 2016

*/s/ Jeff Seldomridge*
JEFF SELDOMRIDGE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiffs*

I hereby certify that on December 5, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jeff Seldomridge*
Jeff Seldomridge
Virginia Bar No. 89552

4

SHORT FORM COMPLAINT

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03589-DGC

Boykin v. C R Bard Incorporated et al          Date Filed: 10/06/2017
Assigned to: Judge David G Campbell           Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                  Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)               Prod. Liability
Cause: 28:1332 Diversity-Product Liability    Jurisdiction: Diversity

**Plaintiff**

**Gladys Boykin**                    represented by   **Debra J Humphrey**
                                                      Marc J Bern & Associates LLP
                                                      60 E 42nd St., Ste. 950
                                                      New York, NY 10165
                                                      212-702-5000
                                                      Fax: 212-818-0164
                                                      Email: dhumphrey@bernllp.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**            represented by   **Richard B North , Jr**
                                                      Nelson Mullins Riley & Scarborough
                                                      LLC - Atlanta, GA
                                                      Atlantic Station
                                                      201 17th St. NW, Ste. 1700
                                                      Atlanta, GA 30363
                                                      404-322-6000
                                                      Fax: 404-322-6050
                                                      Email:
                                                      richard.north@nelsonmullins.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**         represented by   **Richard B North , Jr**
**Incorporated**                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14735874 filed by Gladys Boykin. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/10/2017) |
| 10/06/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3589-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/10/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:51:57 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** 2:17-cv-03589-DGC |
| **Billable Pages:** | 1 | **Cost:** 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM<br>COMPLAINT FOR DAMAGES FOR<br>INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Gladys Boykin

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant: Maryland

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Maryland

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Maryland

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Maryland

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

1    ☐    G2® Express (G2® X) Vena Cava Filter

2    ☐    Eclipse® Vena Cava Filter

3    ☐    Meridian® Vena Cava Filter

4    ☐    Denali® Vena Cava Filter

5    ☑    Other:  Bard Simon Nitinol _____

6    11.    Date of Implantation as to each product:

7         July 23, 2003 _____

8         _____

9    12.    Counts in the Master Complaint brought by Plaintiff(s):

10        ☑    Count I:        Strict Products Liability – Manufacturing Defect

11        ☑    Count II:       Strict Products Liability – Information Defect (Failure to

12                Warn)

13        ☑    Count III:      Strict Products Liability – Design Defect

14        ☑    Count IV:       Negligence - Design

15        ☑    Count V:        Negligence - Manufacture

16        ☑    Count VI:       Negligence – Failure to Recall/Retrofit

17        ☑    Count VII:      Negligence – Failure to Warn

18        ☑    Count VIII:     Negligent Misrepresentation

19        ☑    Count IX:       Negligence *Per Se*

20        ☑    Count X:        Breach of Express Warranty

21        ☑    Count XI:       Breach of Implied Warranty

22        ☑    Count XII:      Fraudulent Misrepresentation

-3-

☑      Count XIII:    Fraudulent Concealment

☑      Count XIV:    Violations of Applicable <u> Michigan </u>(insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑      Count XV:     Loss of Consortium

☐      Count XVI:    Wrongful Death

☐      Count XVII:   Survival

☑      Punitive Damages

☐      Other(s):     _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

☑   Yes

☐   No

-4-

RESPECTFULLY SUBMITTED this 6th day of October 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 6th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-01402-DGC

Brasfield v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/07/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Darlene Brasfield**                    represented by    **Amy Collignon Gunn**
                                                           Simon Law Firm
                                                           800 Market St., Ste. 1700
                                                           St. Louis, MO 63101
                                                           314-241-2929
                                                           Fax: 314-241-2929
                                                           Email: agunn@simonlawpc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John G Simon**
                                                           Simon Law Firm
                                                           800 Market St., Ste. 1700
                                                           St. Louis, MO 63101
                                                           314-241-2929
                                                           Fax: 314-241-2929
                                                           Email: jsimon@simonlawpc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by    **Richard B North , Jr**
                                                           Nelson Mullins Riley & Scarborough
                                                           LLC - Atlanta, GA
                                                           Atlantic Station
                                                           201 17th St. NW, Ste. 1700
                                                           Atlanta, GA 30363
                                                           404-322-6000
                                                           Fax: 404-322-6050
                                                           Email:
                                                           richard.north@nelsonmullins.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by   **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15468526 filed by Darlene Brasfield. (Attachments: # 1 Civil Cover Sheet)(SLQ) (Entered: 05/07/2018) |
| 05/07/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-01402-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 05/07/2018) |
| 05/07/2018 | 3 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Darlene Brasfield. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 05/07/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:54:02 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-01402-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

No. 2:15-MD-02641-DGC

**SECOND AMENDED MASTER
SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL
CLAIMS AND DEMAND FOR JURY
TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   **<u>Darlene Brasfield</u>**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   **<u>N/A</u>**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **<u>N/A</u>**

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the

   time of implant:

   **<u>N/A</u>**

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the

   time of injury:

   **<u>N/A</u>**

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   **Tennessee**

7. District Court and Division in which venue would be proper absent direct filing:

   **Western District of Tennessee**

8. Defendants (check Defendants against whom Complaint is made):

   ☒   C.R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master

       Complaint:

       _____

       _____

       _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☒     Other: **Simon Nitinol Vena Cava Filter**

11. Date of Implantation as to each product:

**October 27, 2005**

12. Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability – Manufacturing Defect

☒     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability – Design Defect

☒     Count IV:     Negligence – Design

☒     Count V:     Negligence – Manufacture

☒     Count VI:     Negligence – Failure to Recall/Retrofit

☒     Count VII:     Negligence – Failure to Warn

☒     Count VIII:     Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:     Fraudulent Concealment

☒     Count XIV:     Violations of Applicable **Tennessee** (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:  Survival

☒     Punitive Damages

☐     Other(s):     _____(please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this **7th** day of **May**, **2018**.

                               **THE SIMON LAW FIRM, P.C.**

                               By: /s/Amy Collignon Gunn
                                      John G. Simon
                                      Amy Collignon Gunn
                                      800 Market Street, Ste. 1700
                                      St. Louis, MO 63101
                                      Phone: 314-241-2929
                                      Fax: 314-241-2029
                                      jsimon@simonlawpc.com
                                      agunn@simonlawpc.com

                                      *Attorneys for Plaintiffs*

I hereby certify that on this **7th** day of **May**, **2018**, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

                                      /s/ Amy Collignon Gunn

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03585-DGC

Bratcher v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/06/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **James Bratcher** | represented by | **Debra J Humphrey** |
| | | Marc J Bern & Associates LLP |
| | | 60 E 42nd St., Ste. 950 |
| | | New York, NY 10165 |
| | | 212-702-5000 |
| | | Fax: 212-818-0164 |
| | | Email: dhumphrey@bernllp.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **C R Bard Incorporated** | represented by | **Richard B North , Jr** |
| | | Nelson Mullins Riley & Scarborough |
| | | LLC - Atlanta, GA |
| | | Atlantic Station |
| | | 201 17th St. NW, Ste. 1700 |
| | | Atlanta, GA 30363 |
| | | 404-322-6000 |
| | | Fax: 404-322-6050 |
| | | Email: |
| | | richard.north@nelsonmullins.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bard Peripheral Vascular Incorporated** | represented by | **Richard B North , Jr** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14735303 filed by James Bratcher. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/10/2017) |
| 10/06/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3585-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/10/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:05:58 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03585-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.      Plaintiff/Deceased Party:

     James Bratcher

2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

     N/A

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     N/A

4.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:    North Carolina

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

North Carolina

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

North Carolina

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of North Carolina

8.  Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other:  Bard Simon Nitinol

11.    Date of Implantation as to each product:

   March 23, 2003

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:     Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:   Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:     Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable <u>Michigan</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑     Count XV:   Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☑ Yes

☐   No

RESPECTFULLY SUBMITTED this 6th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 6th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-02455-DGC

Bray v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/24/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rebecca Bray**                    represented by   **Jeff Seldomridge**
                                                     Miller Law Firm LLC
                                                     108 Railroad Ave.
                                                     Orange, VA 22960
                                                     540-672-4224
                                                     Email: jseldomridge@millerfirmllc.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**           represented by   **Richard B North , Jr**
                                                     Nelson Mullins Riley & Scarborough
                                                     LLC - Atlanta, GA
                                                     Atlantic Station
                                                     201 17th St. NW, Ste. 1700
                                                     Atlanta, GA 30363
                                                     404-322-6000
                                                     Fax: 404-322-6050
                                                     Email:
                                                     richard.north@nelsonmullins.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**        represented by   **Richard B North , Jr**
**Incorporated**                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
|  |  |  |

| 07/24/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14465969 filed by Rebecca Bray. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 07/24/2017) |
| --- | --- | --- |
| 07/24/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-2455-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 07/24/2017) |
| 07/24/2017 | 3 | SUMMONS Submitted by Rebecca Bray. (submitted by Jeff Seldomridge) (Attachments: # 1 Summons)(REK) (Entered: 07/24/2017) |
| 07/24/2017 | 4 | Summons Issued as to Bard Peripheral Vascular Incorporated, C R Bard Incorporated. (Attachments: # 1 Summons) (MAP) *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 07/24/2017) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/30/2018 12:20:19 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-rbn |
| Description: | Docket Report | Search Criteria: | 2:17-cv-02455-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, and for Complaint against the Defendants named below,

incorporate The Master Complaint in MDL No. 2641 by reference (Document 364).

Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Rebecca Bray

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time

of implant:

Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time

of injury:

Florida

1
SHORT FORM COMPLAINT

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

Middle District of Florida, Tampa Division

8. Defendants (Check Defendants against whom Complaint is made):

      ✓ C.R. Bard Inc.

      ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

      ✓ Diversity of Citizenship

      □ Other: _____

     a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

      □ Recovery® Vena Cava Filter

      □ G2® Vena Cava Filter

      □ G2 Express® (G2® X) Vena Cava Filter

      □ Eclipse® Vena Cava Filter

      □ Meridian® Vena Cava Filter

      □ Denali® Vena Cava Filter

      ✓ Other: Simon Nitinol

11. Date of Implantation as to each product:

    8/24/05

2

SHORT FORM COMPLAINT

12. Counts in the Master Complaint brought by Plaintiff(s):

✓ Count I: Strict Products Liability – Manufacturing Defect

✓ Count II: Strict Products Liability – Information Defect (Failure to Warn)

✓ Count III: Strict Products Liability – Design Defect

✓ Count IV: Negligence – Design Defect

✓ Count V: Negligence – Manufacture

✓ Count VI: Negligence – Failure to Recall/Retrofit

✓ Count VII: Negligence – Failure to Warn

✓ Count VIII: Negligent Misrepresentation

✓ Count IX: Negligence *Per Se*

✓ Count X: Breach of Express Warranty

✓ Count XI: Breach of Implied Warranty

✓ Count XII: Fraudulent Misrepresentation

✓ Count XIII: Fraudulent Concealment

✓ Count XIV: Violations of Applicable <u>Florida</u>_____ (insert State) Law
   Prohibiting Consumer Fraud and Unfair and Deceptive Trade
   Practices

□ Count XV: Loss of Consortium

□ Count XVI: Wrongful Death

□ Count XVII: Survival

✓ Punitive Damages

3

SHORT FORM COMPLAINT

☐ Other(s): _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

✓       Yes

☐       No

Respectfully submitted this 24th day of July, 2017

                                        */s/ Jeff Seldomridge*
                                        JEFF SELDOMRIDGE
                                        **THE MILLER FIRM LLC**
                                        108 Railroad Avenue
                                        Orange, VA 22960
                                        Tel: (540) 672-4224
                                        Fax: (540) 672-3055
                                        jseldomridge@millerfirmllc.com
                                        *Attorneys for Plaintiffs*

        I hereby certify that on July 24, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        */s/ Jeff Seldomridge*
                                        Jeff Seldomridge
                                        Virginia Bar No. 89552

4

SHORT FORM COMPLAINT

MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03111-DGC

Brown v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/12/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Corrine Brown**                    represented by   **Karen Hope Beyea-Schroeder**
                                                     Schroeder Law Office PLLC
                                                     P.O. Box 131747
                                                     The Woodlands, TX 77393
                                                     832-585-9829
                                                     Fax: 832-900-2120
                                                     Email: karen.schroeder@schroeder-
                                                     lawoffice.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Riley L Burnett , Jr.**
                                                     Burnett Law Firm
                                                     3737 Buffalo Speedway, 18th Fl.
                                                     Houston, TX 77098
                                                     832-413-4410
                                                     Fax: 832-900-2120
                                                     Email: RBurnett@RBurnettLaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**            represented by   **Richard B North , Jr**
                                                     Nelson Mullins Riley & Scarborough
                                                     LLC - Atlanta, GA
                                                     Atlantic Station
                                                     201 17th St. NW, Ste. 1700
                                                     Atlanta, GA 30363
                                                     404-322-6000
                                                     Fax: 404-322-6050
                                                     Email:
                                                     richard.north@nelsonmullins.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                represented by   **Richard B North , Jr**
**Incorporated**                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14137739 filed by Corrine Brown. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 09/12/2017) |
| 09/12/2017 | 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Corrine Brown. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 09/12/2017) |
| 09/12/2017 | 3 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3111-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 09/12/2017) |
| 09/20/2017 | 4 | *NOTICE of Appearance by Riley L Burnett, Jr on behalf of Corrine Brown. (Burnett, Riley) *Document filed in the wrong case. Attorney noticed to re-file document in correct case on 9/20/2017 (LSP). (Entered: 09/20/2017) |
| 09/20/2017 | 5 | *NOTICE of Appearance by Karen Hope Beyea-Schroeder on behalf of Corrine Brown. (Beyea-Schroeder, Karen) *Document filed in the wrong case. Attorney noticed to re-file document in correct case on 9/20/2017 (LSP). (Entered: 09/20/2017) |
| 09/20/2017 | 6 | NOTICE TO FILER OF DEFICIENCY re: 5 Notice of Appearance/Association of Counsel filed by Corrine Brown, 4 Notice of Appearance/Association of Counsel filed by Corrine Brown. ***FOLLOW-UP ACTION REQUIRED:*** Please refile document in correct case: 2:15-md-2641-DGC. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 09/20/2017) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 10/30/2018 12:22:28 |

| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-rbn |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:17-cv-03111-DGC |
| Billable Pages: | 2 | Cost: | 0.20 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

    Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

<u>Corrine Brown</u>

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

<u>N/A</u>

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

<u>Jarvis Brown, Individually and as Representative for the Estate</u>

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

<u>Virginia</u>

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Virginia</u>

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

1      Virginia

2    7.   District Court and Division in which venue would be proper absent direct

3        filing:

4        U.S. District Court for the Eastern District of Virginia, Norfolk Division

5

6    8.   Defendants (check Defendants against whom Complaint is made):

7        ☒   C.R. Bard Inc.

8        ☒   Bard Peripheral Vascular, Inc.

9    9.   Basis of Jurisdiction:

10       ☒   Diversity of Citizenship

11       ☐   Other: _____

12      a.   Other allegations of jurisdiction and venue not expressed in Master

13        Complaint:

14

15

16

17    10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

18       claim (Check applicable Inferior Vena Cava Filter(s)):

19      ☐   Recovery® Vena Cava Filter

20      ☐   G2® Vena Cava Filter

21      ☐   G2® Express Vena Cava Filter

22      ☐   G2® X Vena Cava Filter

23      ☐   Eclipse® Vena Cava Filter

24      ☐   Meridian® Vena Cava Filter

25      ☐   Denali® Vena Cava Filter

26      ☒   Other: _____ Simon Nitinol Filter _____

27    11.  Date of Implantation as to each product:

28        September 26, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence – Design

☒ Count V: Negligence – Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable Virginia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count XV: Loss of Consortium

☒ Count XVI: Wrongful Death

☒ Count XVII: Survival

☒ Punitive Damages

☒ Other(s): Tolling of Statute of Limitations: (please state the facts supporting this Count in the space immediately below)

Plaintiff and the physicians reasonably relied upon the skill and judgment of Defendants. As soon as the true nature of the IVC FILTER and the fact that the warranty and representations were false were ascertained, Plaintiff was notified of the breach. Due to Defendants' deception, and failure to notify

1         individuals of the defects, Plaintiff could not have known of the falsehood

2         and therefore could not have taken action before this time.

3    13.    Jury Trial demanded for all issues so triable?

4       ☒    Yes

5       ☐    No

6    RESPECTFULLY SUBMITTED this 12th day of September, 2017.

7                      **BURNETT LAW FIRM**

8

9                By: */s/ Karen H. Beyea-Schroeder*

                     Karen H. Beyea-Schroeder

10                  3737 Buffalo Speedway, 18th Floor

                   Houston, Texas 77098

11                 Office Tel: (832) 413-4410

12                 Cell Tel: (832) 585-9829

                   Fax: (832) 900-2120

13                 Email:

14                 Karen.Schroeder@RBurnettLaw.com

                  *Attorneys for Plaintiff(s)*

15

16   *To Be Admitted Pro Hac Vice:*

    Riley L. Burnett, Jr.

17   BURNETT LAW FIRM

18   3737 Buffalo Speedway, 18th Floor

    Houston, Texas 77098

19   Tel: (832) 413-4410

    Fax: (832) 900-2120

20   Email: RBurnett@RBurnettLaw.com

21   *Attorneys for Plaintiff(s)*

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Email:
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-02823-DGC

Brown v. C R Bard Incorporated et al
Assigned to: Senior Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/10/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Paul Brown**                     represented by   **Nicholas Farnolo**
Napoli Shkolnik PLLC
400 Broadhollow Rd., Ste. 305
Melville, NY 11747
212-397-1000
Email: Nfarnolo@napolilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

**Defendant**

**Bard Peripheral Vascular
Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15936839 filed by Paul Brown. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 09/10/2018) |
| 09/10/2018 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-18-2823-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 09/10/2018) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/30/2018 12:25:00 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02823-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.    Plaintiff(s) further show the Court as follows:

1. Plaintiff/ Deceased Party:

   Paul Brown
   _____

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim :

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator) :

   _____

4. Plaintiff's/ Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Massachusetts

5. Plaintiff's Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Massachusetts

7. District Court and Division in which venue would be proper absent direct filing:

District of Massachusetts

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not express in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☑ Other:  Simon Nitinol _____

11. Date of implantation as to each product :

May 5, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:    Strict Products Liability- Manufacturing Defect

☑ Count II:   Strict Products Liability- Information Defect (Failure)

☑ Count III:  Strict Products Liability- Design Defect

☑ Count IV:   Negligence- Design

☑ Count V:    Negligence- Manufacture

☑ Count VI:   Negligence- Failure to Recall/ Retrofit

☑ Count VII:  Negligence- Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX:   Negligence Per Se

☑ Count X:    Breach of Express Warranty

☑ County XI:  Breach of Implied Warranty

☑ Count XII:  Fraudulent Misrepresentation

☑ Count XIV:  Violation of Applicable Massachusetts Law Prohibiting Consumer Fraud and Unfair Deceptive Trade Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☐ Other(s):          (please state the facts supporting this Count in the space
immediately below.

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this September 10, 2018

Napoli Shkolnik, PLLC

By: /s/ Nicholas R. Farnolo
      Nicholas R. Farnolo, Esq.
      (Admitted *pro hac vice)*
      400 Broadhollow Road
      Melville, NY 11747

## CERTIFICATE OF SERVICE

I hereby certify that on this September 10, 2018          I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for

filing and transmittal of a Notice of Electronic Filing.

/s/ Nicholas R. Farnolo
Nicholas R. Farnolo, Esq.
(Admitted *pro hac vice)*
400 Broadhollow Road
Melville, NY 11747

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03703-DGC

Butts v. C R Bard Incorporated et al                Date Filed: 10/11/2017
Assigned to: Judge David G Campbell                 Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                        Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                     Prod. Liability
Cause: 28:1332 Diversity-Product Liability          Jurisdiction: Diversity

**Plaintiff**

**Eddie M Butts**                   represented by   **Calle M Mendenhall**
                                                     Farris Riley & Pitt LLP
                                                     505 20th St. N, Ste. 1700
                                                     Birmingham, AL 35203
                                                     205-324-1212
                                                     Fax: 205-324-1255
                                                     Email: cmendenhall@frplegal.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David P Matthews**
                                                     Matthews & Associates
                                                     2905 Sackett St.
                                                     Houston, TX 77098
                                                     713-522-5250
                                                     Fax: 713-535-7184
                                                     Email: dmatthews@dmlawfirm.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Richard Arthur Freese**
                                                     Freese & Goss PLLC
                                                     1901 6th Ave. Ste. 3120
                                                     Birmingham, AL 35203
                                                     205-871-4144
                                                     Fax: 205-871-4104
                                                     Email: rich@freeseandgoss.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**           represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                represented by   **Richard B North , Jr**
**Incorporated**                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14747967 filed by Eddie M Butts. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/12/2017) |
| 10/11/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3703-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/12/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:27:07 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03703-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows :

1.     Plaintiff/Deceased Party:

Eddie M. Butts

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state (s) [if more than one Plaintiff] of residence at the time of implant:

GA

5. Plaintiff's/Deceased Party's state (s) [if more than one Plaintiff] of residence at the time of injury:

GA

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

GA

7. District Court and Division in which venue would be proper absent direct filing:

USDC, Middle District of Georgia – Macon Division

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A _____

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter (s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express Vena Cava Filter

☐   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☒   Other: Simon Nitinol _____

11.   Date of Implantation as to each product:

03/25/2011 _____

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:     Strict Products Liability – Manufacturing Defect

☒   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

-3-

☒  Count III:    Strict Products Liability – Design Defect

☒  Count IV:    Negligence - Design

☒  Count V:     Negligence - Manufacture

☒  Count VI:    Negligence – Failure to Recall/Retrofit

☒  Count VII:   Negligence – Failure to Warn

☒  Count VIII:  Negligent Misrepresentation

☒  Count IX:    Negligence *Per Se*

☒  Count X:     Breach of Express Warranty

☒  Count XI:    Breach of Implied Warranty

☒  Count XII:   Fraudulent Misrepresentation

☒  Count XIII:  Fraudulent Concealment

☒  Count XIV:   Violations of Applicable __GA___ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV:    Loss of Consortium

☐  Count XVI:   Wrongful Death

☐  Count XVII:  Survival

☒  Punitive Damages

☐  Other(s):    _____ (please state the facts sup porting

this Count in the space immediately below)

_____ __

_____

_____

_____

_____ _____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this 11th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
        David P. Matthews
        2905 Sackett St.
        Houston, TX 77098

**FREESE & GOSS, PLLC**
        Richard Freese
        Calle M. Mendenhall
        FREESE & GOSS, PLLC
        1901 6th Ave N. Ste. 3120
        Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 11th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ David P. Matthews*
        David P. Matthews

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16-cv-03588-DGC

Caudle v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/18/2016
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sandra Jean Caudle**                    represented by   **Baird Brown**
                                                          Law Offices of Baird Brown
                                                          3055 Wilshire Blvd., Ste. 1200
                                                          Los Angeles, CA 90010
                                                          213-487-8880
                                                          Fax: 213-487-8884
                                                          Email: bairdbrownlaw@gmail.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                 represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**             represented by   **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number PHX177619 filed by Sandra Jean Caudle. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 10/18/2016) |
| 10/18/2016 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-16-3588-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/18/2016) |
| 10/18/2016 | 3 | MOTION for Admission Pro Hac Vice as to attorney Baird Brown on behalf of Sandra Jean Caudle. (LSP) (Entered: 10/18/2016) |
| 10/18/2016 | | PRO HAC VICE FEE PAID. $ 35, receipt number PHX`177619 as to Baird Brown. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 10/18/2016) |
| 10/18/2016 | 4 | ORDER pursuant to General Order 09-08 granting 3 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e-mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 10/18/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:29:09 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-03588-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 1 8 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-16-03588-PHX-DGC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:
       Sandra Jean Caudle
       _____

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
       _____

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
       _____

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
       Ohio
       _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Ohio

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    Northern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

    ☒    C. R. Bard Inc.

    ☒    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

- 2 -

1        ☐    Denali® Vena Cava Filter

2        ☒    Other:    Bard Simon Nitinol Filter REF: 2220J, LOT: GFPD4722

3    11.    Date of Implantation as to each product:

4          11/22/2005

5

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7        ☒    Count I:     Strict Products Liability – Manufacturing Defect

8        ☒    Count II:     Strict Products Liability – Information Defect (Failure

9                             to Warn)

10        ☒    Count III:     Strict Products Liability – Design Defect

11        ☒    Count IV:     Negligence - Design

12        ☒    Count V:     Negligence - Manufacture

13        ☒    Count VI:     Negligence – Failure to Recall/Retrofit

14        ☒    Count VII:     Negligence – Failure to Warn

15        ☒    Count VIII:    Negligent Misrepresentation

16        ☒    Count IX:     Negligence *Per Se*

17        ☒    Count X:     Breach of Express Warranty

18        ☒    Count XI:     Breach of Implied Warranty

19        ☒    Count XII:     Fraudulent Misrepresentation

20        ☒    Count XIII:    Fraudulent Concealment

21        ☐    Count XIV:   Violations of Applicable _____ (insert

22                             state) Law Prohibiting Consumer Fraud and Unfair and

23                             Deceptive Trade Practices

24        ☐    Count XV:    Loss of Consortium

25        ☐    Count XVI:    Wrongful Death

26        ☐    Count XVII: Survival

27        ☒    Punitive Damages

28

1    ☐    Other(s): _____ (please state the facts

2                                supporting this Count in the space immediately below)

3        _____

4        _____

5        _____

6        _____

7        _____

8        _____

9    13.   Jury Trial demanded for all issues so triable?

10        ☒    Yes

11        ☐    No

12    RESPECTFULLY SUBMITTED this ____ day of _____, 20___.

13                          **LAW OFFICES OF BAIRD BROWN**

14

15

16        By: _____

17        Baird A. Brown, CA SBN: 56627

18        LAW OFFICES OF BAIRD BROWN

19        3055 Wilshire Blvd, Suite 1200

20        Los Angeles, CA 90010

21        Telephone: (213) 487-8880

22        Facsimile: (213) 487-8884

23        bairdbrownlaw@gmail.com

24        Counsel for Plaintiff

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00188-DGC

Coffman v. C R Bard Incorporated et al                  Date Filed: 01/20/2017
Assigned to: Judge David G Campbell                     Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                            Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                         Prod. Liability
Cause: 28:1332 Diversity-Product Liability              Jurisdiction: Diversity

**Plaintiff**

**Douglas Ray Coffman**                   represented by   **Douglass Alan Kreis**
                                                           Aylstock Witkin Kreis & Overholtz
                                                           PLLC
                                                           17 E Main St., Ste. 200
                                                           Pensacola, FL 32502
                                                           850-202-1010
                                                           Fax: 850-916-7449
                                                           Email: dkreis@awkolaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                 represented by   **Richard B North , Jr**
                                                           Nelson Mullins Riley & Scarborough
                                                           LLC - Atlanta, GA
                                                           Atlantic Station
                                                           201 17th St. NW, Ste. 1700
                                                           Atlanta, GA 30363
                                                           404-322-6000
                                                           Fax: 404-322-6050
                                                           Email:
                                                           richard.north@nelsonmullins.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**              represented by   **Richard B North , Jr**
**Incorporated**                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number PHX181110 filed by Douglas Ray Coffman. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 01/20/2017) |
| 01/20/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-0188-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 01/20/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:31:21 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-00188-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 2 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CV-17-00188-PHX-DGC

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

MDL Case No. 2:15-MD-02641-DGC

This Document Relates to:

Individual Civil Case #_____

DOUGLAS RAY COFFMAN, Plaintiff

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: Douglas Ray Coffman

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: Texas

7. District Court and Division in which venue would be proper absent direct filing: Texas Northern District Court

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒C.R. Bard Inc.
    ☒Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒Diversity of Citizenship
    ☐Other:_____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filter(s)):

    ☐Recovery® Vena Cava Filter
    ☐G2® Vena Cava Filter
    ☐G2® Express Vena Cava Filter
    ☐G2® X Vena Cava Filter
    ☐Eclipse® Vena Cava Filter
    ☐Meridian® Vena Cava Filter
    ☐Denali® Vena Cava Filter
    ☒Other:_ Simon Nitinol Vena Cava Filter_____

11. Date of Implantation as to each product: 6/27/2001_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒Count I: Strict Products Liability – Manufacturing Defect
    ☒Count II: Strict Products Liability – Information Defect (Failure to Warn)
    ☒Count III: Strict Products Liability – Design Defect
    ☒Count IV: Negligence - Design
    ☒Count V: Negligence – Manufacture
    ☒Count VI: Negligence – Failure to Recall/Retrofit
    ☒Count VII: Negligence – Failure to Warn
    ☒Count VIII: Negligent Misrepresentation
    ☒Count IX: Negligence *Per Se*
    ☒Count X: Breach of Express Warranty
    ☒Count XI: Breach if Implied Warranty
    ☒Count XII: Fraudulent Misrepresentation

☒Count XIII: Fraudulent Concealment

☒Count XIV: Violations of Applicable _____ Texas _ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐Count XV: Loss of Consortium

☐Count XVI: Wrongful Death

☐Count XVII: Survival

☒Punitive Damages

☐Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13. Jury Trial demanded for all issues so triable?

☒Yes

☐No

RESPECTFULLY SUBMITTED this 19th day of January, 2017.

Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
Email: DKreis@awkolaw.com

By:/s/ Douglass A. Kreis _____

I hereby certify that on this ___19[th] day of ___ January _____, 2017, I transmitted the attached document to the Clerk's Office via Federal Express for filing and transmittal of a Notice of Electronic Filing.

/s/ Douglass A. Kreis _____

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-04678-DGC

Confer v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/18/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert Confer**                                   represented by   **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212-702-5000
Fax: 212-818-0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                           represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                        represented by   **Richard B North , Jr**
**Incorporated**                                                     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14974050 filed by Robert Confer. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 12/18/2017) |
| 12/18/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-04678-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/18/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 12:34:06 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-rbn |
| Description: | Docket Report | Search Criteria: | 2:17-cv-04678-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

1

2

3 **IN THE UNITED STATES DISTRICT COURT**

4 **FOR THE DISTRICT OF ARIZONA**

5 IN RE BARD IVC FILTERS    No.
PRODUCTS LIABILITY LITIGATION

6                                                     **AMENDED MASTER SHORT FORM**
                                                    **COMPLAINT FOR DAMAGES FOR**
7                                                     **INDIVIDUAL CLAIMS**

8          Plaintiff(s) named below, for their Complaint against Defendants named below,

9 incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

10 Plaintiff(s) further show the Court as follows:

11          1.       Plaintiff/Deceased Party:

12          Robert Confer

13          2.       Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14                   consortium claim:

15           N/A

16          3.       Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17                   conservator):

18           N/A

19          4.       Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20          the time of implant: Pennsylvania

21

22

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7.      District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Middle District of Pennsylvania

8.      Defendants (check Defendants against whom Complaint is made):

☑     C.R. Bard Inc.

☑     Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

☑     Diversity of Citizenship

☐     Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

1    ☐    G2®Express(G2®X)VenaCavaFilter

2    ☐    Eclipse® Vena Cava Filter

3    ☐    Meridian® Vena Cava Filter

4    ☐    Denali®VenaCavaFilter

5    ☑    Other:  Simon Nitinol

6    11.    Date of Implantation as to each product:

7    October 16, 2006

8    _____

9    12.    Counts in the Master Complaint brought byPlaintiff(s):

10    ☑    Count I:        Strict Products Liability – Manufacturing Defect

11    ☑    Count II:       Strict Products Liability – Information Defect (Failure to

12    Warn)

13    ☑    Count III:      Strict Products Liability – Design Defect

14    ☑    Count IV:       Negligence - Design

15    ☑    Count V:        Negligence - Manufacture

16    ☑    Count VI:       Negligence – Failure to Recall/Retrofit

17    ☑    Count VII:      Negligence – Failure to Warn

18    ☑    Count VIII:    Negligent Misrepresentation

19    ☑    Count IX:       Negligence *Per Se*

20    ☑    Count X:        Breach of Express Warranty

21    ☑    Count XI:       Breach of Implied Warranty

22    ☑    Count XII:     Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:  Violations of Applicable Pennsylvania (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV:  Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____(please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 18th day of December 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
 Debra J. Humphrey
 One Grand Central Place
 60 East 42nd St., Suite 950
 New York, New York 10165
 (212) 702-5000

 *Attorneys for Plaintiff(s)*

I hereby certify that on this 18th day of December 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03793-DGC

Conyers v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/16/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Danielle Conyers**                     represented by   **Debra J Humphrey**
                                                          Marc J Bern & Associates LLP
                                                          60 E 42nd St., Ste. 950
                                                          New York, NY 10165
                                                          212-702-5000
                                                          Fax: 212-818-0164
                                                          Email: dhumphrey@bernllp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**             represented by   **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14759520 filed by Danielle Conyers. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/16/2017) |
| 10/16/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3793-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/16/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:36:05 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-rbn |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03793-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Danielle Conyers

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Maryland

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Maryland

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Maryland

7.     District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Maryland

8.     Defendants (check Defendants against whom Complaint is made):

☑     C.R. Bard Inc.

☑     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

☑     Diversity of Citizenship

☐     Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐    G2® Express (G2® X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other:  <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>May 28, 2002</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:     Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:   Negligence – Failure to Warn

☑    Count VIII:  Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:     Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:   Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable  Michigan  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 16th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
     Debra J. Humphrey
     One Grand Central Place
     60 East 42nd St., Suite 950
     New York, New York 10165
     (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 16th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00451-DGC

Craven v. C R Bard Incorporated et al                Date Filed: 02/13/2017
Assigned to: Judge David G Campbell                  Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                         Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                      Prod. Liability
Cause: 28:1332 Diversity-Product Liability           Jurisdiction: Diversity

**Plaintiff**

**James Craven**                     represented by   **Michael T Gallagher**
                                                      Gallagher Law Firm LLP
                                                      2905 Sackett St.
                                                      Houston, TX 77098
                                                      713-222-8080
                                                      Fax: 713-222-0066
                                                      Email: donnaf@gld-law.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**            represented by   **Richard B North , Jr**
                                                      Nelson Mullins Riley & Scarborough
                                                      LLC - Atlanta, GA
                                                      Atlantic Station
                                                      201 17th St. NW, Ste. 1700
                                                      Atlanta, GA 30363
                                                      404-322-6000
                                                      Fax: 404-322-6050
                                                      Email:
                                                      richard.north@nelsonmullins.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**         represented by   **Richard B North , Jr**
**Incorporated**                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13912358 filed by James Craven. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 02/13/2017) |
| 02/13/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-451-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 02/13/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 12:38:09 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-rbn |
| Description: | Docket Report | Search Criteria: | 2:17-cv-00451-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
|---|---|
| This Document Relates To: | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| James Craven | |
| Civil Case # _____ | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   James Craven

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098
(713) 222-8080

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

District of Columbia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

District of Columbia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

District of Columbia

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of Columbia

8. Defendants (check Defendants against whom Complaint is made):

√ C.R. Bard Inc.

√ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

√ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

-2-

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

Other:  Simon Nitinol

11. Date of Implantation as to each product:

November 20, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

√ Count I: Strict Products Liability – Manufacturing Defect

√ Count II: Strict Products Liability – Information Defect (Failure to Warn)

√ Count III: Strict Products Liability – Design Defect

√ Count IV: Negligence - Design

√ Count V: Negligence - Manufacture

√ Count VI: Negligence – Failure to Recall/Retrofit

√ Count VII: Negligence – Failure to Warn

√ Count VIII: Negligent Misrepresentation

√ Count IX: Negligence *Per Se*

√ Count X: Breach of Express Warranty

√ Count XI: Breach of Implied Warranty

√ Count XII: Fraudulent Misrepresentation

√ Count XIII: Fraudulent Concealment

-3-

√ Count XIV: Violations of Applicable _____ (insert state) Law
Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☐ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this
Count in the space immediately below)

_____

_____

_____

_____

_____

Dated: February 13, 2017                    Respectfully submitted,

                                            /s/ Michael T. Gallagher
                                            Michael T. Gallagher
                                            Federal ID: 5395
                                            The Gallagher Law Firm
                                            2905 Sackett Street
                                            Houston, Texas 77098
                                            (713) 222-8080
                                            (713) 222-0066 - Facsimile
                                            donnaf@gld-law.com

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-04467-DGC

Crawley v. C R Bard Incorporated et al          Date Filed: 12/04/2017
Assigned to: Judge David G Campbell             Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                    Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                 Prod. Liability
Cause: 28:1332 Diversity-Product Liability      Jurisdiction: Diversity

**Plaintiff**

**Mary Crawley**                    represented by   **Debra J Humphrey**
                                                     Marc J Bern & Associates LLP
                                                     60 E 42nd St., Ste. 950
                                                     New York, NY 10165
                                                     212-702-5000
                                                     Fax: 212-818-0164
                                                     Email: dhumphrey@bernllp.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**           represented by   **Richard B North , Jr**
                                                     Nelson Mullins Riley & Scarborough
                                                     LLC - Atlanta, GA
                                                     Atlantic Station
                                                     201 17th St. NW, Ste. 1700
                                                     Atlanta, GA 30363
                                                     404-322-6000
                                                     Fax: 404-322-6050
                                                     Email:
                                                     richard.north@nelsonmullins.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**        represented by   **Richard B North , Jr**
**Incorporated**                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14922561 filed by Mary Crawley. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 12/04/2017) |
| 12/04/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-4467-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 12/04/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:10:50 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** 2:17-cv-04467-DGC |
| **Billable Pages:** | 1 | **Cost:** 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

Mary Crawley _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Washington DC

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Washington DC

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Washington DC

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Columbia

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

1    ☐    G2®Express(G2®X) Vena Cava Filter

2    ☐    Eclipse® Vena Cava Filter

3    ☐    Meridian® Vena Cava Filter

4    ☐    Denali®VenaCavaFilter

5    ☑    Other: Simon Nitinol

6    11.    Date of Implantation as to each product:

7    February 17, 2005

8    _____

9    12.    Counts in the Master Complaint brought byPlaintiff(s):

10    ☑    Count I:        Strict Products Liability – Manufacturing Defect

11    ☑    Count II:       Strict Products Liability – Information Defect (Failure to
12    Warn)

13    ☑    Count III:      Strict Products Liability – Design Defect

14    ☑    Count IV:      Negligence - Design

15    ☑    Count V:       Negligence - Manufacture

16    ☑    Count VI:      Negligence – Failure to Recall/Retrofit

17    ☑    Count VII:     Negligence – Failure to Warn

18    ☑    Count VIII:    Negligent Misrepresentation

19    ☑    Count IX:      Negligence *Per Se*

20    ☑    Count X:       Breach of Express Warranty

21    ☑    Count XI:      Breach of Implied Warranty

22    ☑    Count XII:     Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable __Washington DC__ (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____(please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 4th day of December 2017.

**MARC J. BERN & PARTNERS LLP**

By: _/s/ Debra J. Humphrey_
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 4th day of December 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    _/s/ Debra J. Humphrey_

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16-cv-02499-DGC

Crutchfield v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/25/2016
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Hank Crutchfield**                       represented by  **Calle M Mendenhall**
                                                           Farris Riley & Pitt LLP
                                                           505 20th St. N, Ste. 1700
                                                           Birmingham, AL 35203
                                                           205-324-1212
                                                           Fax: 205-324-1255
                                                           Email: cmendenhall@frplegal.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David P Matthews**
                                                           Matthews & Associates
                                                           2905 Sackett St.
                                                           Houston, TX 77098
                                                           713-522-5250
                                                           Fax: 713-535-7184
                                                           Email: dmatthews@dmlawfirm.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Richard Arthur Freese**
                                                           Freese & Goss PLLC
                                                           1901 6th Ave. Ste. 3120
                                                           Birmingham, AL 35203
                                                           205-871-4144
                                                           Fax: 205-871-4104
                                                           Email: rich@freeseandgoss.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sheila M Bossier**
                                                           Bossier & Associates PLLC
                                                           1520 N State St.
                                                           Jackson, MS 39202

601-352-5450
Fax: 601-352-5452
Email: sbossier@bossier-law.com
*TERMINATED: 08/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                    represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                 represented by   **Richard B North , Jr**
**Incorporated**                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/25/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13211021 filed by Hank Crutchfield. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 07/25/2016) |
| 07/25/2016 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-16-2499-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 07/25/2016) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:24:38 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-ttd |

| Description: | Docket Report | Search Criteria: | 2:16-cv-02499-DGC |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Sheila M. Bossier
MS Bar No. 10618
FREESE & GOSS, PLLC
1520 N. State Street
Jackson, MS 39202
Tel. (601) 352-5485
Fax (601) 352-5452
sbossier@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows :

1.      Plaintiff/Deceased Party:

Hank Crutchfield

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

MO

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

MO

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

MO

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Western District of Missouri – Western Division

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter (s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other:

11. Date of Implantation as to each product:

10/06/2011

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

-3-

☒ Count III:  Strict Products Liability – Design Defect

☒ Count IV:  Negligence - Design

☒ Count V:  Negligence - Manufacture

☒ Count VI:  Negligence – Failure to Recall/Retrofit

☒ Count VII:  Negligence – Failure to Warn

☒ Count VIII:  Negligent Misrepresentation

☒ Count IX:  Negligence *Per Se*

☒ Count X:  Breach of Express Warranty

☒ Count XI:  Breach of Implied Warranty

☒ Count XII:  Fraudulent Misrepresentation

☒ Count XIII:  Fraudulent Concealment

☒ Count XIV:  Violations of Applicable  __MO_____  (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV:  Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII:  Survival

☒ Punitive Damages

☐ Other(s):  _____ (please state the facts sup porting

this Count in the space immediately below)

_____

_____

_____

_____ __

_____   _____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 25th day of July, 2016.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
      David P. Matthews
      2905 Sackett St.
      Houston, TX 77098

**FREESE & GOSS, PLLC**
      Sheila M. Bossier
      1520 N. State Street
      Jackson, MS 39202

*Attorneys for Plaintiff*

I hereby certify that on this 25th day of July, 2016, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16-cv-03672-DGC

Daniels v. C R Bard Incorporated et al  
Assigned to: Judge David G Campbell  
Lead case: 2:15-md-02641-DGC  
Member case: (View Member Case)  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 10/24/2016  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Injury: Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Florine Daniels**                    represented by   **Joseph R Johnson**  
Babbitt & Johnson PA  
1641 Worthington Rd., Ste. 100  
W Palm Beach, FL 33409  
561-684-2500  
Fax: 561-684-6308  
Email: jjohnson@babbitt-johnson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**C R Bard Incorporated**               represented by   **Richard B North , Jr**  
Nelson Mullins Riley & Scarborough  
LLC - Atlanta, GA  
Atlantic Station  
201 17th St. NW, Ste. 1700  
Atlanta, GA 30363  
404-322-6000  
Fax: 404-322-6050  
Email: richard.north@nelsonmullins.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Bard Peripheral Vascular Incorporated**      represented by   **Richard B North , Jr**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-1353181 filed by Florine Daniels. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 10/25/2016) |
| 10/24/2016 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-16-3672-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/25/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:34:17 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-03672-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-DGC

**SECOND AMENDED MASTER SHORT
FORM COMPLAINT FOR DAMAGES
FOR INDIVIDUAL CLAIMS AND
DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____FLORINE DANIELS_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____Rhode Island_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____ Rhode Island _____

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____ Rhode Island _____

7.      District Court and Division in which venue would be proper absent direct filing:

_____ District Court of Rhode Island

Defendants (check Defendants against whom Complaint is made):

**X**      C.R. Bard Inc.

**X**      Bard Peripheral Vascular, Inc.

8.      Basis of Jurisdiction:

**X**      Diversity of Citizenship

☐      Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

9.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐      Recovery® Vena Cava Filter

☐      G2® Vena Cava Filter

☐      G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

X     Other: __Simon Nitinol_

10.    Date of Implantation as to each product:

           05/04/2006____

11.    Counts in the Master Complaint brought by Plaintiff(s):

**X**    Count I:    Strict Products Liability – Manufacturing Defect

**X**    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

**X**    Count III:    Strict Products Liability – Design Defect

**X**    Count IV:    Negligence - Design

**X**    Count V:    Negligence - Manufacture

**X**    Count VI:    Negligence – Failure to Recall/Retrofit

**X**    Count VII:    Negligence – Failure to Warn

**X**    Count VIII:    Negligent Misrepresentation

**X**    Count IX:    Negligence *Per Se*

**X**    Count X:    Breach of Express Warranty

**X**    Count XI:    Breach of Implied Warranty

**X**    Count XII:    Fraudulent Misrepresentation

**X**    Count XIII:    Fraudulent Concealment

    X       Count XIV:   Violations of Applicable Rhode Island Law

                Prohibiting Consumer Fraud and Unfair and Deceptive Trade

                Practices

    ☐       Count XV:    Loss of Consortium

    ☐       Count XVI:  Wrongful Death

    ☐       Count XVII: Survival

    X       Punitive Damages

    ☐       Other(s):     _____ (please state the facts

                supporting this Count in the space immediately below)

                _____

                _____

12.    Jury Trial demanded for all issues so triable?

    X       Yes

    ☐       No

RESPECTFULLY SUBMITTED this 24th day of October, 2016.

                BABBITT & JOHNSON, P.A.

                By:_____/s/ Joseph R. Johnson_____
                        Joseph R. Johnson (Fla. Bar No. 372250)
                        Suite 100
                        1641 Worthington Road
                        West Palm Beach, FL 33409
                        (561) 684-2500
                        jjohnson@babbitt-johnson.com

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03288-DGC

Deane v. C R Bard Incorporated et al                  Date Filed: 09/22/2017
Assigned to: Judge David G Campbell                   Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                          Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                       Prod. Liability
Cause: 28:1332 Diversity-Product Liability            Jurisdiction: Diversity

**Plaintiff**

**Betsie Deane**                    represented by   **Blair Bertram Matyszczyk**
                                                     Bertram & Graf LLC
                                                     2345 Grand Blvd., Ste. 1925
                                                     Kansas City, MO 64108
                                                     816-523-2205
                                                     Fax: 816-523-8258
                                                     Email: blair@bertramgraf.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**          represented by   **Richard B North , Jr**
                                                     Nelson Mullins Riley & Scarborough
                                                     LLC - Atlanta, GA
                                                     Atlantic Station
                                                     201 17th St. NW, Ste. 1700
                                                     Atlanta, GA 30363
                                                     404-322-6000
                                                     Fax: 404-322-6050
                                                     Email:
                                                     richard.north@nelsonmullins.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**       represented by   **Richard B North , Jr**
**Incorporated**                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/22/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14677884 filed by Betsie Deane. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 09/22/2017) |
| 09/22/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-03288-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 09/22/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 12:41:14 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-ttd |
| Description: | Docket Report | Search Criteria: | 2:17-cv-03288-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **SECOND AMNEDED MASTER SHORT<br>FORM COMPLAINT FOR DAMAGES<br>FOR INDIVIDUAL CLAIMS AND<br>DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Betsie Deane

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Pennsylvania

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Pennsylvania

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Pennsylvania

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Eastern District of Pennsylvania

8.  Defendants (check Defendants against whom Complaint is made):

    ☑ C.R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

        _____

        _____

        _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

2

| | | |
|---|---|---|
| 1 | ☑ | Other: Simon Nitinol |

2  11.  Date of Implantation as to each product:

3  July 22, 2008

4  12.  Counts in the Master Complaint brought by Plaintiff(s):

5  ☑  Count I:  Strict Products Liability – Manufacturing Defect

6  ☑  Count II:  Strict Products Liability – Information Defect (Failure

7  to Warn)

8  ☑  Count III:  Strict Products Liability – Design Defect

9  ☑  Count IV:  Negligence – Design

10  ☑  Count V:  Negligence – Manufacture

11  ☑  Count VI:  Negligence – Failure to Recall/Retrofit

12  ☑  Count VII:  Negligence – Failure to Warn

13  ☑  Count VIII:  Negligent Misrepresentation

14  ☑  Count IX:  Negligence *Per Se*

15  ☑  Count X:  Breach of Express Warranty

16  ☑  Count XI:  Breach of Implied Warranty

17  ☑  Count XII:  Fraudulent Misrepresentation

18  ☑  Count XIII:  Fraudulent Concealment

19  ☑  Count XIV:  Violations of Applicable Pennsylvania Law

20  Prohibiting Consumer Fraud and Unfair and Deceptive Trade

21  Practices

22  ☐  Count XV:  Loss of Consortium

23  ☐  Count XVI:  Wrongful Death

24  ☐  Count XVII: Survival

25  ☑  Punitive Damages

26  ☐  Other(s): _____: (please state the facts

27  supporting this Count in the space immediately below)

28  _____

3

1  _____

2  _____

3     13.   Jury Trial demanded for all issues so triable?

4        ☑   Yes

5        ☐   No

6  RESPECTFULLY SUBMITTED this __22nd__ day of __September__, __2017__

7

8          BERTRAM & GRAF, L.L.C.

9          By: /s/ Blair B. Matyszczyk

10           Blair B. Matyszczyk
             (admitted *pro hac vice*)

11           4717 Grand Avenue, Suite 800
             Kansas City, MO 64112

12           Telephone: (816) 523-2205
             Email: blair@bertramgraf.com

13

14

15

16

17           **<u>CERTIFICATE OF SERVICE</u>**

18     I hereby certify that on this _____ day of _____, _____ I electronically

19 transmitted the attached document to the Clerk's Office using the CM/ECF System for

20 filing and transmittal of a Notice of Electronic Filing.

21

22

23           /s/ Blair B. Matyszczyk

24           *Attorney for Plaintiff*

25

26

27

28

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-01661-DGC

Duncan et al v. C R Bard Incorporated et al                  Date Filed: 05/31/2018
Assigned to: Judge David G Campbell                          Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                                 Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                              Prod. Liability
Cause: 28:1332 Diversity-Product Liability                   Jurisdiction: Diversity

**Plaintiff**

**Vernon R Duncan**                    represented by   **Nicole K H Maldonado**
*Individually*                                          Baum Hedlund Aristei & Goldman PC
                                                        10940 Wilshire Blvd., 17th Fl.
                                                        Los Angeles, CA 90024
                                                        310-207-3233
                                                        Fax: 310-207-4204
                                                        Email:
                                                        nmaldonado@baumhedlundlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gena Duncan**                        represented by   **Nicole K H Maldonado**
*Adult Child*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Duncan**                      represented by   **Nicole K H Maldonado**
*Adult Child*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LeAnn Parm**                         represented by   **Nicole K H Maldonado**
*Adult Child*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by   **Richard B North , Jr**
**Incorporated**                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15559956 filed by Vernon R Duncan, Gena Duncan, LeAnn Parm, Jeremy Duncan. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 06/01/2018) |
| 05/31/2018 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-18-1661-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/01/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:46:16 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** 2:18-cv-01661-DGC |
| **Billable Pages:** | 2 | **Cost:** 0.20 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>Vernon R. Duncan; Individually;<br>and adult children: Gena Duncan;<br>Jeremy Duncan; LeAnn Parm. | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Vernon R. Duncan
    _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Adult children: Gena Duncan, Jeremy Duncan, LeAnn Parm
    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   **Michigan**

7. District Court and Division in which venue would be proper absent direct filing:

   **U.S.D.C., Eastern District of Michigan**

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.

   ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

- 2 -

1     ☐    Denali® Vena Cava Filter

2     ☑    Other: <u>Simon Nitinol Inferior Vena Cava (IVC) Filter</u>

3    11.    Date of Implantation as to each product:

4     <u>On 10/02/07, Plaintiff underwent insertion of the Simon Nitinol Inferior</u>

5     <u>Vena Cava (IVC) Filter</u>

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7     ☑    Count I:     Strict Products Liability – Manufacturing Defect

8     ☑    Count II:     Strict Products Liability – Information Defect (Failure

9                to Warn)

10    ☑    Count III:     Strict Products Liability – Design Defect

11    ☑    Count IV:     Negligence - Design

12    ☑    Count V:     Negligence - Manufacture

13    ☑    Count VI:     Negligence – Failure to Recall/Retrofit

14    ☑    Count VII:     Negligence – Failure to Warn

15    ☑    Count VIII:     Negligent Misrepresentation

16    ☑    Count IX:     Negligence *Per Se*

17    ☑    Count X:     Breach of Express Warranty

18    ☑    Count XI:     Breach of Implied Warranty

19    ☑    Count XII:     Fraudulent Misrepresentation

20    ☑    Count XIII:     Fraudulent Concealment

21    ☑    Count XIV:     Violations of Applicable <u>Michigan</u>    (insert

22                state) Law Prohibiting Consumer Fraud and Unfair and

23                Deceptive Trade Practices

24    ☑    Count XV:     Loss of Consortium

25    ☐    Count XVI:     Wrongful Death

26    ☐    Count XVII: Survival

27    ☑    Punitive Damages

28

☐     Other(s): _____ (please   state   the   facts

supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

    ☑    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 30 day of May _____, 20 18 .


By: _____

Nicole Maldonado
Baum, Hedlund, Aristei and Goldman
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025


I hereby certify that on this 30 day of May _____, 20 18 , I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for

filing and transmittal of a Notice of Electronic Filing.

                          /s/ Nicole K.H. Maldonado
                          _____

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00325-DGC

Elder v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/30/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**June Elder**                          represented by   **Calle M Mendenhall**
                                                          Farris Riley & Pitt LLP
                                                          505 20th St. N, Ste. 1700
                                                          Birmingham, AL 35203
                                                          205-324-1212
                                                          Fax: 205-324-1255
                                                          Email: cmendenhall@frplegal.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David P Matthews**
                                                          Matthews & Associates
                                                          2905 Sackett St.
                                                          Houston, TX 77098
                                                          713-522-5250
                                                          Fax: 713-535-7184
                                                          Email: dmatthews@dmlawfirm.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard Arthur Freese**
                                                          Freese & Goss PLLC
                                                          1901 6th Ave. Ste. 3120
                                                          Birmingham, AL 35203
                                                          205-871-4144
                                                          Fax: 205-871-4104
                                                          Email: rich@freeseandgoss.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**             represented by **Richard B North , Jr**
**Incorporated**                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/30/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15111999 filed by June Elder. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 01/30/2018) |
| 01/30/2018 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-18-325-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 01/30/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:50:50 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-00325-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1. Plaintiff/Deceased Party:

June Elder

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

GA

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

GA

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

GA

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Southern District of GA – Augusta Division

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

-2-

a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

_____

_____

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

     ☐      Recovery® Vena Cava Filter

     ☐      G2® Vena Cava Filter

     ☐      G2® Express Vena Cava Filter

     ☐      G2® X Vena Cava Filter

     ☐      Eclipse® Vena Cava Filter

     ☐      Meridian® Vena Cava Filter

     ☐      Denali® Vena Cava Filter

     ☒      Other: Simon Nitinol (Permanent)

11.      Date of Implantation as to each product:

10/24/2006

_____

12.      Counts in the Master Complaint brought by Plaintiff(s):

     ☒      Count I:      Strict Products Liability – Manufacturing Defect

     ☒      Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☒    Count III:    Strict Products Liability – Design Defect

☒    Count IV:    Negligence - Design

☒    Count V:    Negligence - Manufacture

☒    Count VI:    Negligence – Failure to Recall/Retrofit

☒    Count VII:    Negligence – Failure to Warn

☒    Count VIII:    Negligent Misrepresentation

☒    Count IX:    Negligence *Per Se*

☒    Count X:    Breach of Express Warranty

☒    Count XI:    Breach of Implied Warranty

☒    Count XII:    Fraudulent Misrepresentation

☒    Count XIII:    Fraudulent Concealment

☒    Count XIV:    Violations of Applicable __GA_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:  Survival

☒    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 30th day of January, 2018.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
        David P. Matthews
        2905 Sackett St.
        Houston, TX 77098

**FREESE & GOSS, PLLC**
        Richard Freese
        Calle M. Mendenhall
        FREESE & GOSS, PLLC
        1901 6th Ave N. Ste. 3120
        Birmingham, AL 35203

*Attorneys for Plaintiff*

        I hereby certify that on this 30th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ David P. Matthews*
        David P. Matthews

-5-

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03371-DGC

Fenderson v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/29/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Danielle L Fenderson**

represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212-702-5000
Fax: 212-818-0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

**Defendant**

**Bard Peripheral Vascular
Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14707319 filed by Danielle L Fenderson. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/02/2017) |
| 09/29/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3371-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/02/2017) |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 10/30/2018 12:57:58 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03371-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:
      Danielle L. Fenderson

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
      N/A

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:   Ohio

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Georgia

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Georgia

7.  District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Northern District of Georgia

8.  Defendants (check Defendants against whom Complaint is made):

    ☑    C.R. Bard Inc.

    ☑    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☑    Diversity of Citizenship

    ☐    Other: _____

    a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

     Multi-District Litigation

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

-2-

☐     G2®Express(G2®X) Vena Cava Filter

☑     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☐     Other:   <u>Simon Nitinol Filter</u>

11.    Date of Implantation as to each product:

   <u>November 11, 2014</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Manufacturing Defect

☑     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:     Strict Products Liability – Design Defect

☑     Count IV:     Negligence - Design

☑     Count V:      Negligence - Manufacture

☑     Count VI:     Negligence – Failure to Recall/Retrofit

☑     Count VII:    Negligence – Failure to Warn

☑     Count VIII:   Negligent Misrepresentation

☑     Count IX:     Negligence *Per Se*

☑     Count X:      Breach of Express Warranty

☑     Count XI:     Breach of Implied Warranty

☑     Count XII:    Fraudulent Misrepresentation

-3-

☑    Count XIII:   Fraudulent Concealment

☑    Count XIV:   Violations of Applicable  <u>Georgia</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count XV:   Loss of Consortium

☐    Count XVI:   Wrongful Death

☐    Count XVII: Survival

☑    Punitive Damages

☐    Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑ Yes

☐  No

RESPECTFULLY SUBMITTED this 29th day of September, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 29th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00877-DGC

Fucci v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/24/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Antoinette Fucci**
*as Representative of Pasquale Fucci*
*on behalf of*
Pasquale Fucci

represented by **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205-324-1212
Fax: 205-324-1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713-522-5250
Fax: 713-535-7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205-871-4144
Fax: 205-871-4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                    represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                    represented by   **Richard B North , Jr**
**Incorporated**                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14050678 filed by Antoinette Fucci. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 03/24/2017) |
| 03/24/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-877-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 03/24/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 13:00:12 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-00877-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:

Pasquale Fucci

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Antoinette Fucci

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Antoinette Fucci, as representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

FL

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

FL

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

FL

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A _____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☒ Other: Simon Nitinol (Permanent) _____

11. Date of Implantation as to each product:

12/13/2007 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:  Strict Products Liability – Design Defect

☒ Count IV:  Negligence - Design

☒ Count V:   Negligence - Manufacture

☒ Count VI:  Negligence – Failure to Recall/Retrofit

☒ Count VII:  Negligence – Failure to Warn

☒ Count VIII:  Negligent Misrepresentation

☒ Count IX:  Negligence *Per Se*

☒ Count X:   Breach of Express Warranty

☒ Count XI:  Breach of Implied Warranty

☒ Count XII:  Fraudulent Misrepresentation

☒ Count XIII:  Fraudulent Concealment

☒ Count XIV: Violations of Applicable  FL_____ (insert state)

        Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

        Practices

☒ Count XV:  Loss of Consortium

☒ Count XVI: Wrongful Death

☒ Count XVII: Survival

☒ Punitive Damages

☐ Other(s):  _____ (please state the facts supporting

        this Count in the space immediately below)

_____

_____

_____

_____

_____  _____

13.    Jury Trial demanded for all issues so triable?

    ☒    Yes

    ☐    No

RESPECTFULLY SUBMITTED this <u>24</u><sup>th</sup> day of March, 2017.

**MATTHEWS & ASSOCIATES**

By: <u>*/s/ David P. Matthews*</u>
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120
    Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this <u>24th</u> day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>*/s/ David P. Matthews*</u>
David P. Matthews