# Exhibit D
*continued*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03277-DGC

Gage v. C R Bard Incorporated et al                   Date Filed: 09/21/2017
Assigned to: Judge David G Campbell                   Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                          Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                       Prod. Liability
Cause: 28:1332 Diversity-Product Liability            Jurisdiction: Diversity

**Plaintiff**

**Darlene M Gage**                  represented by   **Debra J Humphrey**
                                                     Marc J Bern & Associates LLP
                                                     60 E 42nd St., Ste. 950
                                                     New York, NY 10165
                                                     212-702-5000
                                                     Fax: 212-818-0164
                                                     Email: dhumphrey@bernllp.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**           represented by   **Richard B North , Jr**
                                                     Nelson Mullins Riley & Scarborough
                                                     LLC - Atlanta, GA
                                                     Atlantic Station
                                                     201 17th St. NW, Ste. 1700
                                                     Atlanta, GA 30363
                                                     404-322-6000
                                                     Fax: 404-322-6050
                                                     Email:
                                                     richard.north@nelsonmullins.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**        represented by   **Richard B North , Jr**
**Incorporated**                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/21/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14675462 filed by Darlene M Gage. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 09/21/2017) |
| 09/21/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-03277-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 09/21/2017) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">10/30/2018 13:02:33</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>nmrs0003:4310666:0</td><td><strong>Client Code:</strong></td><td>000389/08373-ttd</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>2:17-cv-03277-DGC</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td>0.10</td></tr>
</table>

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Darlene M. Gage

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:   Illinois

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Illinois

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Illinois

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Illinois

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐    G2® Express (G2® X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other:  Simon Nitinol Superior Vena Cava

11.    Date of Implantation as to each product:

   October 1, 2002

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:      Strict Products Liability – Design Defect

☑    Count IV:      Negligence - Design

☑    Count V:      Negligence - Manufacture

☑    Count VI:      Negligence – Failure to Recall/Retrofit

☑    Count VII:      Negligence – Failure to Warn

☑    Count VIII:      Negligent Misrepresentation

☑    Count IX:      Negligence *Per Se*

☑    Count X:      Breach of Express Warranty

☑    Count XI:      Breach of Implied Warranty

☑    Count XII:      Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable  <u>Illinois</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:   Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 21st day of September, 2017.

**MARC J. BERN & PARTNERS LLP**

By: _/s/ Debra J. Humphrey_
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 21st day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    _/s/ Debra J. Humphrey_

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03309-DGC

| | |
|---|---|
| Games v. C R Bard Incorporated et al | Date Filed: 09/25/2017 |
| Assigned to: Judge David G Campbell | Jury Demand: Plaintiff |
| Lead case: 2:15-md-02641-DGC | Nature of Suit: 365 Personal Injury: |
| Member case: (View Member Case) | Prod. Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Joann Games**                                represented by  **Debra J Humphrey**
                                                               Marc J Bern & Associates LLP
                                                               60 E 42nd St., Ste. 950
                                                               New York, NY 10165
                                                               212-702-5000
                                                               Fax: 212-818-0164
                                                               Email: dhumphrey@bernllp.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**                      represented by  **Richard B North , Jr**
                                                               Nelson Mullins Riley & Scarborough
                                                               LLC - Atlanta, GA
                                                               Atlantic Station
                                                               201 17th St. NW, Ste. 1700
                                                               Atlanta, GA 30363
                                                               404-322-6000
                                                               Fax: 404-322-6050
                                                               Email:
                                                               richard.north@nelsonmullins.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Defendant**

**Bard Peripheral Vascular**                   represented by  **Richard B North , Jr**
**Incorporated**                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/25/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14684538 filed by Joann Games. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 09/25/2017) |
| 09/25/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-03309-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 09/25/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 13:04:33 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-ttd |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03309-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Joann Games

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Illinois

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Illinois

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Illinois

7.   District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Northern District of Illinois

8.   Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

-2-

☐    G2® Express (G2® X) Vena Cava Filter

☑    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other:  Simon Nitinol Superior Vena Cava

11.    Date of Implantation as to each product:

 October 7, 2010

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:     Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:  Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable  <u>Illinois</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:   Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑  Yes

☐  No

RESPECTFULLY SUBMITTED this 25th day of September, 2017.

**MARC J. BERN & PARTNERS LLP**

By: _/s/ Debra J. Humphrey_
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    _Attorneys for Plaintiff(s)_

I hereby certify that on this 25th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        _/s/ Debra J. Humphrey_

5131774

CONSOLIDATED,MULTI−DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16−cv−03205−DGC

Smith v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15−md−02641−DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity−Product Liability

Date Filed: 09/21/2016
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Slater Smith**                                    represented by **Jacob Edward Levy**
Gray & White
713 E Market St., Ste. 200
Louisville, KY 40202
502−805−1800
Fax: 502−618−4059
Email: jlevy@kstrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Kevin Gray**
Gray & White
713 E Market St., Ste. 200
Louisville, KY 40202
502−805−1800
Fax: 502−618−4059
Email: Mgray@grayandwhitelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lee White**
Gray & White
713 E Market St., Ste. 200
Louisville, KY 40202
502−805−1800
Fax: 502−618−4059
Email: mwhite@grayandwhitelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                          represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
− Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404−322−6000
Fax: 404−322−6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                       represented by **Richard B North , Jr**
**Incorporated**                                                  (See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2016 | <u>1</u> | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−13418713 filed by Slater Smith. (Attachments: # <u>1</u> Civil Cover Sheet)(MAP) (Entered: 09/21/2016) |
| 09/21/2016 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−16−3205−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 09/21/2016) |
| 10/12/2016 | <u>3</u> | *AMENDED COMPLAINT against All Defendants filed by Slater Smith.(Levy, Jacob) *Document filed in the wrong case. Attorney noticed to re−file document in correct case on 10/12/2016 (LSP). (Entered: 10/12/2016) |
| 10/12/2016 | 4 | NOTICE TO FILER OF DEFICIENCY re: <u>3</u> Amended Complaint filed by Slater Smith. Document entered in wrong case. ***FOLLOW−UP ACTION REQUIRED:*** Please refile document in correct case: 2:18−md−2641−DGC. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/12/2016) |

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT
FOR DAMAGES FOR INDIVIDUAL
CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.__). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Slater Smith

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Ouida Garner, personal representative of the estate of Slater Smith

4.    Plaintiff 's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Alabama

5.  Plaintiff 's/Deceased Party's state(s) [if more than one Plaintiff] of residence  at
    the time of injury:

    _____Alabama_____

6.  Plaintiff 's current state(s) [if more than one Plaintiff] of residence:

    _____Alabama_____

7.  District Court and Division in which venue would be proper absent direct  filing:

    _____Southern District of Alabama- Mobile Division_____

8.  Defendants  (check Defendants against whom Complaint is  made):

    X     C.R. Bard  Inc.

    X     Bard Peripheral Vascular,  Inc.

9.  Basis of Jurisdiction:

    x     Diversity of  Citizenship

    ☐     Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in  Master

          Complaint:

          _____

          _____

          _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making  a

    claim (Check applicable Inferior Vena Cava  Filter(s)):

    ☐     Recovery® Vena Cava  Filter

    o           G2® Vena Cava Filter

0       G2® Express (G2®X) Vena Cava  Filter

0       Eclipse® Vena Cava Filter

0       Meridian® Vena Cava Filter

0       Denali® Vena Cava Filter

X       Other __Bard Simon

Nitnol

11.     Date of Implantation as to each product:

                November 10, 2010

12.     Counts in the Master Complaint brought  by  Plaintiff(s):

        x       Count I:        Strict Products Liability - Manufacturing Defect

        x       Count II:       Strict Products Liability - Information Defect (Failure to

                Warn)

        x       Count III:      Strict Products Liability - Design Defect

        x       Count IV:       Negligence - Design

        x       Count V:        Negligence  - Manufacture

        x       Count VI:       Negligence - Failure to Recall/Retrofit

        X       Count VII:      Negligence - Failure to  Warn

        X       Count VIII:     Negligent  Misrepresentation

        X       Count IX:       Negligence *Per Se*

        X       Count X:        Breach of Express  Warranty

        X       Count XI:       Breach of Implied  Warranty

        X       Count XII:      Fraudulent  Misrepresentation

                                -3-

x       Count XIII:   Fraudulent Concealment

X        Count XIV:  Violations of Applicable Kentucky

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

0     Count XV:      Loss of Consortium

X     Count XVI:    Wrongful Death

X    Count XVII: Survival

X    Punitive Damages

o   Other(s):     _____(please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

-4-

RESPECTFULLY SUBMITTED this_____day of April, 2016.


/s/ Jacob Levy
Mark Gray
Matthew White
Jacob Levy
Gray & White
713 E. Market #200
Louisville, KY 40202

*Attorneys for Plaintiffs*


I hereby certify that on this_____day of April, 2016, I mailed

the attached document to the Clerk's Office.


*Is/ Jacob Levy*

-5-

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–04084–DGC

| | |
|---|---|
| Gaston v. C R Bard Incorporated et al | Date Filed: 11/06/2017 |
| Assigned to: Judge David G Campbell | Jury Demand: Both |
| Lead case: 2:15–md–02641–DGC | Nature of Suit: 365 Personal Injury: Prod. |
| Member case: (View Member Case) | Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Reita Gaston**                                      represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                            represented by **Amanda Christine Sheridan**
Snell & Wilmer LLP – Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004–2202
602–382–6304
Fax: 602–382–6070
Email: asheridan@swlaw.com
*TERMINATED: 07/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Condo**
Snell & Wilmer LLP – Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004–2202
602–382–6000
Fax: 602–382–6070
Email: jcondo@swlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**
**Incorporated**

represented by **Amanda Christine Sheridan**
(See above for address)
*TERMINATED: 07/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Condo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 097014826002 filed by Reita Gaston. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 11/06/2017) |
| 11/06/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–4084–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 11/06/2017) |
| 11/08/2017 | 3 | * Document filed in the wrong case. All docket text associated with the entry has been removed on 11/9/2017 (LAD). (Entered: 11/08/2017) |
| 11/08/2017 | 4 | NOTICE TO FILER OF DEFICIENCY re: 3 Amended Complaint filed by Reita Gaston. Document entered in wrong case. ***FOLLOW–UP ACTION REQUIRED:*** Please refile document in correct case, MDL–15–2641. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LAD) (Entered: 11/09/2017) |

1

2

3                    **IN THE UNITED STATES DISTRICT COURT**

4                       **FOR THE DISTRICT OF ARIZONA**

5    IN RE BARD IVC FILTERS              No.
     PRODUCTS LIABILITY LITIGATION
6                                        **AMENDED MASTER SHORT FORM**
                                         **COMPLAINT FOR DAMAGES FOR**
7                                        **INDIVIDUAL CLAIMS**

8            Plaintiff(s) named below, for their Complaint against Defendants named below,

9    incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

10   Plaintiff(s) further show the Court as follows:

11           1.      Plaintiff/Deceased Party:

12                   Reita Gaston

13           2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14                   consortium claim:

15                    N/A

16           3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17                   conservator):

18                    N/A

19           4.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20           the time of implant: Georgia

21

22

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7.    District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Georgia

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

☐    G2®Express(G2®X)VenaCavaFilter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali®VenaCavaFilter

☑    Other: <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>January 12, 2004</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑  Count XIII:  Fraudulent Concealment

☑  Count XIV:  Violations of Applicable  Georgia  Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☑  Count XV:  Loss of Consortium

☐  Count XVI:  Wrongful Death

☐  Count XVII:  Survival

☑  Punitive Damages

☐  Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.  Jury Trial demanded for all issues so triable?

☑  Yes

☐  No

RESPECTFULLY SUBMITTED this 2nd day of November 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 2nd day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03686–DGC

Geist v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/11/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Donna Geist**

represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14746103 filed by Donna Geist. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 10/11/2017) |
| 10/11/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–17–03686–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/11/2017) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. <br><br> **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Donna Geist

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Pennsylvania

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Eastern District of Pennsylvania

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation _____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other:  <u>Simon Nitinol</u>

11.     Date of Implantation as to each product:

    <u>February 27, 2003</u>

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Manufacturing Defect

☑     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:     Strict Products Liability – Design Defect

☑     Count IV:     Negligence - Design

☑     Count V:     Negligence - Manufacture

☑     Count VI:     Negligence – Failure to Recall/Retrofit

☑     Count VII:     Negligence – Failure to Warn

☑     Count VIII:     Negligent Misrepresentation

☑     Count IX:     Negligence *Per Se*

☑     Count X:     Breach of Express Warranty

☑     Count XI:     Breach of Implied Warranty

☑     Count XII:     Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable  Michigan  (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 11th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 11th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI–DISTRICT

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–04484–DGC

Goode v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 12/04/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donna L Goode**   represented by   **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**   represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**   represented by   **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14925393 filed by Donna L Goode. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 12/05/2017) |
| 12/04/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–17–04484–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/05/2017) |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Donna L. Goode

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Pennsylvania

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Western District of Pennsylvania

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

☐     G2®Express(G2®X)VenaCavaFilter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali®VenaCavaFilter

☑     Other:  <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>April 29, 2002</u>

 

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:     Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑     Count XIII:    Fraudulent Concealment

☑     Count XIV:    Violations of Applicable <u>Pennsylvania </u>(insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:    Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s):     _____(please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

     ☑ Yes

     ☐   No

RESPECTFULLY SUBMITTED this 4th day of December 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 4th day of December 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–04012–DGC

Grayson v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/31/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**JaHazel Grayson**

represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14816224 filed by JaHazel Grayson. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 10/31/2017) |
| 10/31/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–17–4012–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/31/2017) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:

JaHazel Grayson

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Northern District of Texas

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐   G2® Express (G2® X) Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☑   Other: <u>Simon Nitinol</u>

11.   Date of Implantation as to each product:

<u>October 09, 2003</u>

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:        Strict Products Liability – Manufacturing Defect

☑   Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:     Strict Products Liability – Design Defect

☑   Count IV:     Negligence - Design

☑   Count V:       Negligence - Manufacture

☑   Count VI:     Negligence – Failure to Recall/Retrofit

☑   Count VII:    Negligence – Failure to Warn

☑   Count VIII:   Negligent Misrepresentation

☑   Count IX:     Negligence *Per Se*

☑   Count X:       Breach of Express Warranty

☑   Count XI:     Breach of Implied Warranty

☑   Count XII:    Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable  <u>Michigan</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑     Count XV:    Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII:  Survival

☑     Punitive Damages

☐     Other(s):      _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☑  Yes

☐  No

RESPECTFULLY SUBMITTED this 31st day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 31st day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

-5-

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03175–DGC

Griffin v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 09/14/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Griffin**                                     represented by **Craig D Brown**
Meyers & Flowers LLC
3 N 2nd St., Ste. 300
St Charles, IL 60174
630–232–6333
Fax: 630–845–8982
Email: cdb@meyers–flowers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly M Brancato**
Meyers & Flowers LLC
3 N 2nd St., Ste. 300
St Charles, IL 60174
630–232–6333
Fax: 630–845–8982
Email: kb@meyers–flowers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                           represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**                                      represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14650949 filed by Mary Griffin. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 09/14/2017) |
| 09/14/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–17–03175–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This |

| | | is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 09/14/2017) |
|---|---|---|
| 09/15/2017 | 3 | NOTICE re: Notice of a Lawsuit and Request to Waive Service of a Summons by Mary Griffin . (Brancato, Kimberly) (Entered: 09/15/2017) |

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF ARIZONA

9   IN RE BARD IVC FILTERS PRODUCTS          No. 2:15-MD-02641-DGC
    LIABILITY LITIGATION
10                                            **SECOND AMENDED MASTER
                                              SHORT FORM COMPLAINT FOR
11                                            DAMAGES FOR INDIVIDUAL
                                              CLAIMS AND DEMAND FOR JURY
12                                            TRIAL**

13

14          Plaintiff(s) named below, for their Complaint against Defendants named below,

15   incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16   Plaintiff(s) further show the Court as follows:

17          1.    Plaintiff/Deceased Party:
18                Mary Griffin

19          2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

20                consortium claim:
                  N/A
21

22          3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

23                conservator):
                  N/A
24

25          4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26                at the time of implant:
                  Georgia
27

28

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of Georgia - Augusta Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C. R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

- 2 -

1    ☐    Denali® Vena Cava Filter
2    ☑    Other:    Simon Nitinol
3    11.    Date of Implantation as to each product:
4    04/15/2011
5
6    12.    Counts in the Master Complaint brought by Plaintiff(s):
7    ☑    Count I:    Strict Products Liability – Manufacturing Defect
8    ☑    Count II:    Strict Products Liability – Information Defect (Failure
9    to Warn)
10   ☑    Count III:    Strict Products Liability – Design Defect
11   ☑    Count IV:    Negligence - Design
12   ☑    Count V:    Negligence - Manufacture
13   ☑    Count VI:    Negligence – Failure to Recall/Retrofit
14   ☑    Count VII:    Negligence – Failure to Warn
15   ☑    Count VIII:    Negligent Misrepresentation
16   ☑    Count IX:    Negligence *Per Se*
17   ☑    Count X:    Breach of Express Warranty
18   ☑    Count XI:    Breach of Implied Warranty
19   ☑    Count XII:    Fraudulent Misrepresentation
20   ☑    Count XIII:    Fraudulent Concealment
21   ☑    Count XIV:    Violations of Applicable Georgia    (insert
22   state) Law Prohibiting Consumer Fraud and Unfair and
23   Deceptive Trade Practices
24   ☐    Count XV:    Loss of Consortium
25   ☐    Count XVI:    Wrongful Death
26   ☐    Count XVII:    Survival
27   ☐    Punitive Damages
28

- 3 -

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑   Yes

☐   No

RESPECTFULLY SUBMITTED this _14_ day of _September_, 20_17_.

By: _/s/_ Craig D. Brown

Meyers & Flowers, LLC
Craig D. Brown *(Pro Hac Vice)*
Kimberly M. Brancato *(Pro Hac Vice)*
3 N. Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982 (facsimile)
cdb@meyers-flowers.com
kb@meyers-flowers.com

I hereby certify that on this _14_ day of _September_, 20_17_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_/s/_ Craig D. Brown

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17−cv−04010−DGC

Hall v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15−md−02641−DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity−Product Liability

Date Filed: 10/31/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Rebecca Hall**
    represented by    **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212−702−5000
Fax: 212−818−0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**
    represented by    **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
− Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404−322−6000
Fax: 404−322−6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**
    represented by    **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14816166 filed by Rebecca Hall. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 10/31/2017) |
| 10/31/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV−17−4010−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/31/2017) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:

Rebecca Hall _____

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

 N/A _____

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

 N/A _____

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant: Maryland _____

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Maryland

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Maryland

7.     District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Maryland

8.     Defendants (check Defendants against whom Complaint is made):

     ☑     C.R. Bard Inc.

     ☑     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

     ☑     Diversity of Citizenship

     ☐     Other: _____

     a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

     ☐     Recovery® Vena Cava Filter

     ☐     G2® Vena Cava Filter

-2-

☐    G2® Express (G2® X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other: <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>May 13, 2013</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:       Strict Products Liability – Manufacturing Defect

☑    Count II:      Strict Products Liability – Information Defect (Failure to
Warn)

☑    Count III:     Strict Products Liability – Design Defect

☑    Count IV:     Negligence - Design

☑    Count V:      Negligence - Manufacture

☑    Count VI:     Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:   Negligent Misrepresentation

☑    Count IX:     Negligence *Per Se*

☑    Count X:      Breach of Express Warranty

☑    Count XI:     Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable  Michigan  (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 31st day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 31st day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

5131774

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17−cv−00441−DGC

Herod v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15−md−02641−DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/13/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Brad Herod**                                 represented by **Michael T Gallagher**
                                               Gallagher Law Firm LLP
                                               2905 Sackett St.
                                               Houston, TX 77098
                                               713−222−8080
                                               Fax: 713−222−0066
                                               Email: donnaf@gld−law.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                      represented by **Richard B North , Jr**
                                               Nelson Mullins Riley & Scarborough LLC
                                               − Atlanta, GA
                                               Atlantic Station
                                               201 17th St. NW, Ste. 1700
                                               Atlanta, GA 30363
                                               404−322−6000
                                               Fax: 404−322−6050
                                               Email: richard.north@nelsonmullins.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                   represented by **Richard B North , Jr**
**Incorporated**                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−13912237 filed by Brad Herod. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 02/13/2017) |
| 02/13/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−441−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 02/13/2017) |

Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

This Document Relates To:

Brad Herod

Civil Case # _____

No. MDL-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:

Brad Herod

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098
(713) 222-8080

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Wyoming

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Wyoming

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Wyoming

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of Wyoming

8.  Defendants (check Defendants against whom Complaint is made):

√  C.R. Bard Inc.

√  Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

√  Diversity of Citizenship

☐  Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐  Recovery® Vena Cava Filter

-2-

☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

    Other:  Simon Nitinol

11.    Date of Implantation as to each product:

May 2, 2007

12.    Counts in the Master Complaint brought by Plaintiff(s):

√    Count I:    Strict Products Liability – Manufacturing Defect

√    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

√    Count III:    Strict Products Liability – Design Defect

√    Count IV:    Negligence - Design

√    Count V:    Negligence - Manufacture

√    Count VI:    Negligence – Failure to Recall/Retrofit

√    Count VII:    Negligence – Failure to Warn

√    Count VIII:    Negligent Misrepresentation

√    Count IX:    Negligence *Per Se*

√    Count X:    Breach of Express Warranty

√    Count XI:    Breach of Implied Warranty

√    Count XII:    Fraudulent Misrepresentation

√    Count XIII:    Fraudulent Concealment

√    Count XIV:    Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

☐    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

Dated: February 13, 2017        Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

-4-

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18–cv–02326–DGC

| | |
|---|---|
| Holmes v. C R Bard Incorporated et al | Date Filed: 07/24/2018 |
| Assigned to: Judge David G Campbell | Jury Demand: Plaintiff |
| Lead case: 2:15–md–02641–DGC | Nature of Suit: 365 Personal Injury: Prod. |
| Member case: (View Member Case) | Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Marlon Holmes**                    represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**           represented by **Richard B North , Jr**
**Incorporated**                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–1576267 filed by Marlon Holmes. (Attachments: # 1 Civil Cover Sheet)(SLQ) (Entered: 07/24/2018) |
| 07/24/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–18–02326–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 07/24/2018) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:17-at-99910 |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Marlon Holmes

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:  Louisiana

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Louisiana

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Louisiana

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Eastern District of Louisiana

8.  Defendants (check Defendants against whom Complaint is made):

    ☑  C.R. Bard Inc.

    ☑  Bard Peripheral Vascular, Inc.

8.  Basis of Jurisdiction:

    ☑  Diversity of Citizenship

    ☐  Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    Multi-District Litigation

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐  Recovery® Vena Cava Filter

    ☐  G2® Vena Cava Filter

-2-

1      ☐    G2®Express(G2®X) Vena Cava Filter

2      ☐    Eclipse® Vena Cava Filter

3      ☐    Meridian® Vena Cava Filter

4      ☐    Denali®Vena Cava Filter

5      ☑    Other:  <u>Simon Nitinol</u>

6    11.    Date of Implantation as to each product:

7      <u>October 12, 2007</u>

8      _____

9    12.    Counts in the Master Complaint brought by Plaintiff(s):

10     ☑    Count I:      Strict Products Liability – Manufacturing Defect

11     ☑    Count II:    Strict Products Liability – Information Defect (Failure to

12     Warn)

13     ☑    Count III:    Strict Products Liability – Design Defect

14     ☑    Count IV:    Negligence - Design

15     ☑    Count V:    Negligence - Manufacture

16     ☑    Count VI:    Negligence – Failure to Recall/Retrofit

17     ☑    Count VII:    Negligence – Failure to Warn

18     ☑    Count VIII:  Negligent Misrepresentation

19     ☑    Count IX:    Negligence *Per Se*

20     ☑    Count X:    Breach of Express Warranty

21     ☑    Count XI:    Breach of Implied Warranty

22     ☑    Count XII:    Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>Louisiana</u> Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____(please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 24th day of July, 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 24th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        */s/ Debra J. Humphrey*

5131774

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03505–DGC

Hughes v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/04/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Billy R Hughes, Sr.**

represented by **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205–324–1212
Fax: 205–324–1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2017 | 1 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−3505−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/05/2017) |
| 10/04/2017 | 2 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14724772 filed by Billy R Hughes, Sr. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/05/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

*Matthews & Associates*
*2905 Sackett St.*
*Houston, TX 77098*
*(713) 522-5250*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.    Plaintiff/Deceased Party:

      Billy R. Hughes, Sr.

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant:

MD

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of injury:

PA

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

PA

7.    District Court and Division in which venue would be proper absent direct filing:

USDC, Middle District of Pennsylvania

8.    Defendants (check Defendants against whom Complaint is made):

☒     C.R. Bard Inc.

☒     Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒     Diversity of Citizenship

☐     Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master

Complaint:

N/A _____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express Vena Cava Filter

☐     G2® X Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☒     Other: Simon Nitinol _____

11.     Date of Implantation as to each product:

06/18/2004 _____

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability – Manufacturing Defect

☒     Count II:     Strict Products Liability – Information Defect (Failure to

Warn)

-3-

☒  Count III:   Strict Products Liability – Design Defect

☒  Count IV:    Negligence - Design

☒  Count V:     Negligence - Manufacture

☒  Count VI:    Negligence – Failure to Recall/Retrofit

☒  Count VII:   Negligence – Failure to Warn

☒  Count VIII:  Negligent Misrepresentation

☒  Count IX:    Negligence *Per Se*

☒  Count X:     Breach of Express Warranty

☒  Count XI:    Breach of Implied Warranty

☒  Count XII:   Fraudulent Misrepresentation

☒  Count XIII:  Fraudulent Concealment

☒  Count XIV:   Violations of Applicable __PA___ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV:    Loss of Consortium

☐  Count XVI:   Wrongful Death

☐  Count XVII:  Survival

☒  Punitive Damages

☐  Other(s):    _____ (please state the facts sup porting

this Count in the space immediately below)

_____ _____

_____

-4-

_____

_____

_____ _____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 4th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 4th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

CONSOLIDATED,MULTI−DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17−cv−03369−DGC

Irons v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15−md−02641−DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity−Product Liability

Date Filed: 09/29/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary C Irons**
represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212−702−5000
Fax: 212−818−0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

**Defendant**

**Bard Peripheral Vascular Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14707227 filed by Mary C Irons. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/02/2017) |
| 09/29/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−3369−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/02/2017) |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:

 Mary C. Irons _____

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

_____

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

 N/A _____

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant:   Mississippi _____

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Mississippi

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Mississippi

7.  District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Northern District of Mississippi

8.  Defendants (check Defendants against whom Complaint is made):

    ☑    C.R. Bard Inc.

    ☑    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☑    Diversity of Citizenship

    ☐    Other: _____

    a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

    Multi-District Litigation

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

-2-

□   G2® Express (G2® X) Vena Cava Filter

□   Eclipse® Vena Cava Filter

□   Meridian® Vena Cava Filter

□   Denali® Vena Cava Filter

☑   Other:  Simon Nitinol Filter

11.   Date of Implantation as to each product:

  February 6, 2015

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:      Strict Products Liability – Manufacturing Defect

☑   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:   Strict Products Liability – Design Defect

☑   Count IV:   Negligence - Design

☑   Count V:   Negligence - Manufacture

☑   Count VI:   Negligence – Failure to Recall/Retrofit

☑   Count VII:  Negligence – Failure to Warn

☑   Count VIII:  Negligent Misrepresentation

☑   Count IX:   Negligence *Per Se*

☑   Count X:    Breach of Express Warranty

☑   Count XI:   Breach of Implied Warranty

☑   Count XII:  Fraudulent Misrepresentation

-3-

☑  Count XIII:   Fraudulent Concealment

☑  Count XIV:   Violations of Applicable  <u>Mississippi</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐  Count XV:   Loss of Consortium

☐  Count XVI:   Wrongful Death

☐  Count XVII: Survival

☑  Punitive Damages

☐  Other(s):   _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑  Yes

☐  No

-4-

RESPECTFULLY SUBMITTED this 29th day of September, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 29th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                              */s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18–cv–00326–DGC

Jackson v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 01/30/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ruby Jackson**                    represented by **David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**            represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**            represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–15112019 filed by Ruby Jackson. (Attachments: # 1 Civil Cover Sheet)(KAS) (Entered: 01/30/2018) |
| 01/30/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–18–00326–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This |

| | | is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KAS) (Entered: 01/30/2018) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.     Plaintiff/Deceased Party:

       Ruby Jackson

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    FL

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    FL

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    FL

7.  District Court and Division in which venue would be proper absent direct filing:

    USDC for the Middle District of Florida

8.  Defendants (check Defendants against whom Complaint is made):

    ☒  C.R. Bard Inc.

    ☒  Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A _____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐  Recovery® Vena Cava Filter

☐  G2® Vena Cava Filter

☐  G2® Express Vena Cava Filter

☐  G2® X Vena Cava Filter

☐  Eclipse® Vena Cava Filter

☐  Meridian® Vena Cava Filter

☐  Denali® Vena Cava Filter

☒  Other: Simon Nitinol (Permanent) _____

11.  Date of Implantation as to each product:

05/07/2010 _____

_____

12.  Counts in the Master Complaint brought by Plaintiff(s):

☒  Count I:   Strict Products Liability – Manufacturing Defect

☒  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

-3-

☒    Count III:      Strict Products Liability – Design Defect

☒    Count IV:      Negligence - Design

☒    Count V:       Negligence - Manufacture

☒    Count VI:      Negligence – Failure to Recall/Retrofit

☒    Count VII:     Negligence – Failure to Warn

☒    Count VIII:    Negligent Misrepresentation

☒    Count IX:      Negligence *Per Se*

☒    Count X:       Breach of Express Warranty

☒    Count XI:      Breach of Implied Warranty

☒    Count XII:     Fraudulent Misrepresentation

☒    Count XIII:    Fraudulent Concealment

☒    Count XIV:     Violations of Applicable  FL      (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:      Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII: Survival

☒    Punitive Damages

☐    Other(s):      _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 30th day of January, 2018.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 30<u>th</u> day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03404–DGC

Johnson v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/03/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Donald Johnson**   represented by   **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205–324–1212
Fax: 205–324–1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**   represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**   represented by   **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14716245 filed by Donald Johnson. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/03/2017) |
| 10/03/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−3404−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/03/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1.      Plaintiff/Deceased Party:

Donald Johnson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

AL

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

AL

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

AL

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Southern District of AL – Southern Division

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master

Complaint:

N/A _____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter (s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express Vena Cava Filter

☐     G2® X Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☒     Other:  Simon Nitinol (Permanent) _____

11.    Date of Implantation as to each product:

06/24/2015 _____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:        Strict Products Liability – Manufacturing Defect

☒     Count II:       Strict Products Liability – Information Defect (Failure to

Warn)

-3-

☒    Count III:      Strict Products Liability – Design Defect

☒    Count IV:      Negligence - Design

☒    Count V:       Negligence - Manufacture

☒    Count VI:      Negligence – Failure to Recall/Retrofit

☒    Count VII:     Negligence – Failure to Warn

☒    Count VIII:    Negligent Misrepresentation

☒    Count IX:      Negligence *Per Se*

☒    Count X:       Breach of Express Warranty

☒    Count XI:      Breach of Implied Warranty

☒    Count XII:     Fraudulent Misrepresentation

☒    Count XIII:    Fraudulent Concealment

☒    Count XIV:    Violations of Applicable __AL____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:     Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII: Survival

☒    Punitive Damages

☐    Other(s):     _____ (please state the facts sup porting

this Count in the space immediately below)

_____

_____

_____

_____

_____ _____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 3rd day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
     David P. Matthews
     2905 Sackett St.
     Houston, TX 77098

**FREESE & GOSS, PLLC**
     Richard Freese
     Calle M. Mendenhall
     FREESE & GOSS, PLLC
     1901 6th Ave N. Ste. 3120
     Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 3rd day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–00324–DGC

Kidwell v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 02/01/2017
Jury Demand: None
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Karen Kidwell**

represented by **Oluwaseun Adetoun Adeyemi**
Roxell Richards Law Firm
6420 Richmond Ave., Ste. 135
Houston, TX 77057
713–974–0388
Fax: 713–974–0003
Email: masstorts@roxellrichards.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roxell Ann Richards**
Roxell Richards Law Firm
6420 Richmond Ave., Ste. 135
Houston, TX 77057
7139740388
Fax: 7139740003
Email: rr@roxellrichards.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–13871393 filed by Karen Kidwell. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 02/01/2017) |
| 02/01/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–17–0324–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This |

| | | is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 02/01/2017) |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 303-3). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Karen Kidwell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kansas

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kansas

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kansas

7.   District Court and Division in which venue would be proper absent direct filing:

KS Third Judicial District

8.   Defendants (check Defendants against whom Complaint is made):

*C.R. Bard Inc.

*Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

*Diversity of Citizenship

☐   Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

*Recovery® Vena Cava Filter

*G2® Vena Cava Filter

1       *     G2® Express (G2® X) Vena Cava Filter

2       *     Eclipse® Vena Cava Filter

3       *     Meridian® Vena Cava Filter

4       *     Denali® Vena Cava Filter

5       ☐     Other:  Bard Simon Nintol

6     11.    Date of Implantation as to each product:

7       November 19, 2007

8

9     12.    Counts in the Master Complaint brought by Plaintiff(s):

10       *     Count I:      Strict Products Liability – Manufacturing Defect

11       *     Count II:     Strict Products Liability – Information Defect (Failure to

12       Warn)

13       *     Count III:    Strict Products Liability – Design Defect

14       *     Count IV:    Negligence - Design

15       *     Count V:     Negligence - Manufacture

16       *     Count VI:    Negligence – Failure to Recall/Retrofit

17       *     Count VII:    Negligence – Failure to Warn

18       *     Count VIII:   Negligent Misrepresentation

19       *     Count IX:     Negligence *Per Se*

20       *     Count X:     Breach of Express Warranty

21       *     Count XI:    Breach of Implied Warranty

22       *     Count XII:   Fraudulent Misrepresentation

\*    ☐    Count XIII:   Fraudulent Concealment

☐    Count XIV:   Violations of Applicable_____(insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:   Wrongful Death

☐    Count XVII: Survival

☐    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

1    RESPECTFULLY SUBMITTED this 1st___ day of February 2017.

2                                    **Roxell Richards Law Firm**

3                              By:____/s/_____
                                   Roxell Richards
                                   TX Bar No. 24049753
4                                  Oluwaseun "Seun" Adeyemi
5                                  TX Bar No. 24094495
                                   Roxell Richards Law Firm
6                                  6420 Richmond Ave Ste. 135
                                   Houston TX, 77057
7
10                                 *Attorneys for Plaintiff*

11

12       I hereby certify that on this 1st day of February, 2017, I electronically transmitted

13   the attached document to the Clerk's Office using the CM/ECF System for filing and

14   transmittal of a Notice of Electronic Filing.

15                                 */s/ Roxell Richards_____

16

17                                 Roxell Richards

18

19

20

21

22

                                         -5-

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–01959–DGC

Kristoff v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 06/22/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Elizabeth A Kristoff**

represented by **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205–324–1212
Fax: 205–324–1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14360024 filed by Elizabeth A Kristoff. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 06/22/2017) |
| 06/22/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−1959−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/22/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| --- | --- |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.    Plaintiff/Deceased Party:

Elizabeth A. Kristoff

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant:

PA

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of injury:

NV

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

NV

7.    District Court and Division in which venue would be proper absent direct filing:

USDC for the District of Nevada

8.    Defendants (check Defendants against whom Complaint is made):

☒    C.R. Bard Inc.

☒    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒    Diversity of Citizenship

☐    Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master

Complaint:

N/A

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter (s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express Vena Cava Filter

☐   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☒   Other:  Simon Nitinol (Permanent)

11.     Date of Implantation as to each product:

03/21/2005

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:       Strict Products Liability – Manufacturing Defect

☒   Count II:      Strict Products Liability – Information Defect (Failure to

Warn)

-3-

| | Count III: | Strict Products Liability – Design Defect |
|---|---|---|
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |

☒ Count XIV: Violations of Applicable __NV_____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts sup porting

this Count in the space immediately below)

_____

_____

-4-

_____

_____

_____ _____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 22nd day of June, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 22nd day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03529–DGC

| | |
|---|---|
| Kustra v. C R Bard Incorporated et al | Date Filed: 10/05/2017 |
| Assigned to: Judge David G Campbell | Jury Demand: Plaintiff |
| Lead case: 2:15–md–02641–DGC | Nature of Suit: 365 Personal Injury: Prod. |
| Member case: (View Member Case) | Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Bernard G Kustra**                    represented by    **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205–324–1212
Fax: 205–324–1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                    represented by    **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                    represented by    **Richard B North , Jr**
**Incorporated**                                             (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14723959 filed by Bernard G Kustra. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/06/2017) |
| 10/05/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−3529−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/06/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS | No. MD-15-02641-PHX-DGC |
| PRODUCTS LIABILITY LITIGATION | |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.    Plaintiff/Deceased Party:

Bernard G. Kustra

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    PA

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    PA

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    PA

7.  District Court and Division in which venue would be proper absent direct filing:

    USDC for the Western District of PA

8.  Defendants (check Defendants against whom Complaint is made):

    ☒  C.R. Bard Inc.

    ☒  Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other: _____

-2-

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A _____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express Vena Cava Filter

☐     G2® X Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☒     Other:  Simon Nitinol (Permanent) _____

11.     Date of Implantation as to each product:

12/01/2014 _____

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:       Strict Products Liability – Manufacturing Defect

☒     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

-3-

☒    Count III:      Strict Products Liability – Design Defect

☒    Count IV:      Negligence - Design

☒    Count V:      Negligence - Manufacture

☒    Count VI:      Negligence – Failure to Recall/Retrofit

☒    Count VII:      Negligence – Failure to Warn

☒    Count VIII:      Negligent Misrepresentation

☒    Count IX:      Negligence *Per Se*

☒    Count X:      Breach of Express Warranty

☒    Count XI:      Breach of Implied Warranty

☒    Count XII:      Fraudulent Misrepresentation

☒    Count XIII:      Fraudulent Concealment

☒    Count XIV:      Violations of Applicable  PA_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:      Loss of Consortium

☐    Count XVI:      Wrongful Death

☐    Count XVII: Survival

☒    Punitive Damages

☐    Other(s):      _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____ _____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this $\underline{5}$th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
         David P. Matthews
         2905 Sackett St.
         Houston, TX 77098

**FREESE & GOSS, PLLC**
         Richard Freese
         Calle M. Mendenhall
         FREESE & GOSS, PLLC
         1901 6th Ave N. Ste. 3120
         Birmingham, AL 35203

*Attorneys for Plaintiff*

        I hereby certify that on this $\underline{5}$th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                         */s/ David P. Matthews*
                                         David P. Matthews

CONSOLIDATED,MULTI−DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17−cv−04786−DGC

Maggiacomo−Sackler v. C R Bard Incorporated et al

Assigned to: Judge David G Campbell

Lead case: 2:15−md−02641−DGC

Member case: (View Member Case)

Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/28/2017

Jury Demand: Plaintiff

Nature of Suit: 365 Personal Injury: Prod.
Liability

Jurisdiction: Diversity

**Plaintiff**

**Rosemarie Maggiacomo−Sackler**                represented by   **Karen Hope Beyea−Schroeder**
Schroeder Law Office PLLC
P.O. Box 131747
The Woodlands, TX 77393
832−585−9829
Fax: 832−900−2120
Email: karen.schroeder@schroeder−lawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Riley L Burnett , Jr.**
Burnett Law Firm
3737 Buffalo Speedway, 18th Fl.
Houston, TX 77098
832−413−4410
Fax: 832−900−2120
Email: RBurnett@RBurnettLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
− Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404−322−6000
Fax: 404−322−6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**                represented by   **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−15004018 filed by Rosemarie Maggiacomo−Sackler. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 12/28/2017) |
| 12/28/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV−17−04786−PHX−DGC. This case is included in MDL−2641. All future |

pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/28/2017)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| --- | --- |
| | **SHORT FORM COMPLAINT FOR**<br>**DAMAGES FOR INDIVIDUAL CLAIMS**<br>**AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

Rosemarie Maggiacomo-Sackler

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Rhode Island

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Rhode Island

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Rhode Island

7.  District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for Rhode Island

8.  Defendants (check Defendants against whom Complaint is made):

⊠ C.R. Bard Inc.

⊠ Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

⊠ Diversity of Citizenship

☐ Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

⊠ Other: Simon Nitinol

11. Date of Implantation as to each product:

September 10, 2001

12. Counts in the Master Complaint brought by Plaintiff(s):

⊠ Count I: Strict Products Liability – Manufacturing Defect

2

| 1  | ☒ | Count II:   | Strict Products Liability – Information Defect (Failure |
|----|---|-------------|--------------------------------------------------------|
| 2  |   |             | to Warn)                                               |
| 3  | ☒ | Count III:  | Strict Products Liability – Design Defect              |
| 4  | ☒ | Count IV:   | Negligence – Design                                    |
| 5  | ☒ | Count V:    | Negligence – Manufacture                               |
| 6  | ☒ | Count VI:   | Negligence – Failure to Recall/Retrofit                |
| 7  | ☒ | Count VII:  | Negligence – Failure to Warn                           |
| 8  | ☒ | Count VIII: | Negligent Misrepresentation                            |
| 9  | ☒ | Count IX:   | Negligence *Per Se*                                    |
| 10 | ☒ | Count X:    | Breach of Express Warranty                             |
| 11 | ☒ | Count XI:   | Breach of Implied Warranty                             |
| 12 | ☒ | Count XII:  | Fraudulent Misrepresentation                           |
| 13 | ☒ | Count XIII: | Fraudulent Concealment                                 |
| 14 | ☒ | Count XIV:  | Violations of Applicable Rhode Island Law Prohibiting  |
| 15 |   |             | Consumer Fraud and Unfair and Deceptive Trade Practices |
| 16 | ☐ | Count XV:   | Loss of Consortium                                     |
| 17 | ☐ | Count XVI:  | Wrongful Death                                         |
| 18 | ☐ | Count XVII: | Survival                                               |
| 19 | ☒ | Punitive Damages | |
| 20 | ☒ | Other(s): _____: (please state the facts |

21        supporting this Count in the space immediately below)

22        Plaintiff and the physicians reasonably relied upon the skill and judgment of

23        Defendants. As soon as the true nature of the IVC FILTER and the fact that

24        the warranty and representations were false were ascertained, Plaintiff was

25        notified of the breach. Due to Defendants' deception, and failure to notify

26        individuals of the defects, Plaintiff could not have known of the falsehood

27        and therefore could not have taken action before this time.

28    13.    Jury Trial demanded for all issues so triable?

3

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 28th day of December, 2017.

**BURNETT LAW FIRM**

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
Riley L. Burnett, Jr.
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Office Tel: (832) 413-4410
Cell Tel: (832) 585-9829
Fax: (832) 900-2120
Email:
Karen.Schroeder@RBurnettLaw.com
RBurnett@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of December, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Email:
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03696–DGC

Mahoney v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/11/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Terry J Mahoney**                    represented by  **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205–324–1212
Fax: 205–324–1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by  **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**    represented by  **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2017 | <u>1</u> | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14747769 filed by Terry J Mahoney. (Attachments: # <u>1</u> Civil Cover Sheet)(LSP) (Entered: 10/12/2017) |
| 10/11/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV−17−03896−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/12/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1.      Plaintiff/Deceased Party:

        Terry J. Mahoney

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of
      consortium claim:

      N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,
      conservator):

      N/A

4.    Plaintiff's/Deceased Party's state (s) [if more than one Plaintiff] of residence at
      the time of implant:

      GA

5.    Plaintiff's/Deceased Party's state (s) [if more than one Plaintiff] of residence at
      the time of injury:

      GA

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

      GA

7.    District Court and Division in which venue would be proper absent direct filing:

      USDC, Middle District of Georgia – Athens Division

8.    Defendants (check Defendants against whom Complaint is made):

      ☒    C.R. Bard Inc.

      ☒    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

      ☒    Diversity of Citizenship

      ☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter (s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☒    Other: Simon Nitinol

11.    Date of Implantation as to each product:

04/29/2011

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:     Strict Products Liability – Manufacturing Defect

☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒   Count III:    Strict Products Liability – Design Defect

☒   Count IV:     Negligence - Design

☒   Count V:      Negligence - Manufacture

☒   Count VI:     Negligence – Failure to Recall/Retrofit

☒   Count VII:    Negligence – Failure to Warn

☒   Count VIII:   Negligent Misrepresentation

☒   Count IX:     Negligence *Per Se*

☒   Count X:      Breach of Express Warranty

☒   Count XI:     Breach of Implied Warranty

☒   Count XII:    Fraudulent Misrepresentation

☒   Count XIII:   Fraudulent Concealment

☒   Count XIV:    Violations of Applicable __GA__ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:     Loss of Consortium

☐   Count XVI:    Wrongful Death

☐   Count XVII:   Survival

☒   Punitive Damages

☐   Other(s):     _____ (please state the facts sup porting

this Count in the space immediately below)

_____

_____

-4-

1    _____

2    _____

3    _____

4    13.    Jury Trial demanded for all issues so triable?

5          ☒    Yes

6          ☐    No

7    RESPECTFULLY SUBMITTED this <u>11th</u> day of October, 2017.

8                                    **MATTHEWS & ASSOCIATES**

9                               By: <u>*/s/ David P. Matthews*</u>
                                     David P. Matthews
10                                   2905 Sackett St.
                                     Houston, TX 77098

11                               **FREESE & GOSS, PLLC**
12                                   Richard Freese
                                     Calle M. Mendenhall
13                                   FREESE & GOSS, PLLC
                                     1901 6th Ave N. Ste. 3120
14                                   Birmingham, AL 35203

15                               *Attorneys for Plaintiff*

16

17    I hereby certify that on this <u>11th</u> day of October, 2017, I electronically transmitted the

18    attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

19    of a Notice of Electronic Filing.

20                                   <u>*/s/ David P. Matthews*</u>
                                     David P. Matthews

21

22

                                    -5-

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–04137–DGC

Marshall v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 11/09/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Ronald Marshall**                     represented by  **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by  **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by  **Richard B North , Jr**
**Incorporated**                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14850987 filed by Ronald Marshall. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 11/09/2017) |
| 11/09/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–4137–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 11/09/2017) |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Ronald Marshall

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: New York

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Eastern District of New York

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2®Express(G2®X)VenaCavaFilter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali®VenaCavaFilter

☑    Other:  <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>June 28, 2001</u>

_____

12.    Counts in the Master Complaint brought byPlaintiff(s):

☑    Count I:        Strict Products Liability – Manufacturing Defect

☑    Count II:       Strict Products Liability – Information Defect (Failure to

Warn)

☑    Count III:      Strict Products Liability – Design Defect

☑    Count IV:      Negligence - Design

☑    Count V:       Negligence - Manufacture

☑    Count VI:      Negligence – Failure to Recall/Retrofit

☑    Count VII:     Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:      Negligence *Per Se*

☑    Count X:       Breach of Express Warranty

☑    Count XI:      Breach of Implied Warranty

☑    Count XII:     Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable <u>New York</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:  Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s):    _____(please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

    ☑ Yes

    ☐  No

RESPECTFULLY SUBMITTED this 9th day of November 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 9th day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

5131774

-5-

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03516–DGC

| | |
|---|---|
| McDaniel–Meeks v. C R Bard Incorporated et al | Date Filed: 10/05/2017 |
| Assigned to: Judge David G Campbell | Jury Demand: Plaintiff |
| Lead case: <u>2:15–md–02641–DGC</u> | Nature of Suit: 365 Personal Injury: Prod. |
| Member case: <u>(View Member Case)</u> | Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Mashell McDaniel–Meeks**    represented by   **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205–324–1212
Fax: 205–324–1255
Email: <u>cmendenhall@frplegal.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713–522–5250
Fax: 713–535–7184
Email: <u>dmatthews@dmlawfirm.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205–871–4144
Fax: 205–871–4104
Email: <u>rich@freeseandgoss.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**    represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: <u>richard.north@nelsonmullins.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**    represented by   **Richard B North , Jr**
**Incorporated**    (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2017 | <u>1</u> | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14725466 filed by Mashell McDaniel–Meeks. (Attachments: # <u>1</u> Civil Cover Sheet)(MAP) (Entered: 10/05/2017) |
| 10/05/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–3516–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/05/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.      Plaintiff/Deceased Party:

        Mashell McDaniel-Meeks

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

AL

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

MS

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

MS

7.     District Court and Division in which venue would be proper absent direct filing:

USDC for the Southern District of MS – Northern Division

8.     Defendants (check Defendants against whom Complaint is made):

        ☒     C.R. Bard Inc.

        ☒     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

        ☒     Diversity of Citizenship

        ☐     Other: _____

-2-

a.     Other allegations of jurisdiction and venue not expressed in Master

Complaint:

N/A                                                          

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter (s)):

   ☐     Recovery® Vena Cava Filter

   ☐     G2® Vena Cava Filter

   ☐     G2® Express Vena Cava Filter

   ☐     G2® X Vena Cava Filter

   ☐     Eclipse® Vena Cava Filter

   ☐     Meridian® Vena Cava Filter

   ☐     Denali® Vena Cava Filter

   ☒     Other:  Simon Nitinol (Permanent)                   

11.     Date of Implantation as to each product:

04/02/2008                                               

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

   ☒     Count I:       Strict Products Liability – Manufacturing Defect

   ☒     Count II:      Strict Products Liability – Information Defect (Failure to

Warn)

-3-

☒  Count III:    Strict Products Liability – Design Defect

☒  Count IV:     Negligence - Design

☒  Count V:      Negligence - Manufacture

☒  Count VI:     Negligence – Failure to Recall/Retrofit

☒  Count VII:    Negligence – Failure to Warn

☒  Count VIII:   Negligent Misrepresentation

☒  Count IX:     Negligence *Per Se*

☒  Count X:      Breach of Express Warranty

☒  Count XI:     Breach of Implied Warranty

☒  Count XII:    Fraudulent Misrepresentation

☒  Count XIII:   Fraudulent Concealment

☒  Count XIV:    Violations of Applicable __MS____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV:     Loss of Consortium

☐  Count XVI:    Wrongful Death

☐  Count XVII:   Survival

☒  Punitive Damages

☐  Other(s):     _____ (please state the facts sup porting

this Count in the space immediately below)

_____

_____

_____

_____

_____ _____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this 5<u>th</u> day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
        David P. Matthews
        2905 Sackett St.
        Houston, TX 77098

**FREESE & GOSS, PLLC**
        Richard Freese
        Calle M. Mendenhall
        FREESE & GOSS, PLLC
        1901 6<u>th</u> Ave N. Ste. 3120
        Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 5<u>th</u> day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ David P. Matthews*
        David P. Matthews

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03445–DGC

McMorris et al v. C R Bard Incorporated
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

**Plaintiff**

Date Filed: 10/04/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Lenora McMorris** | represented by | **Calle M Mendenhall**<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205–324–1212<br>Fax: 205–324–1255<br>Email: cmendenhall@frplegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David P Matthews**<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713–522–5250<br>Fax: 713–535–7184<br>Email: dmatthews@dmlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Arthur Freese**<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205–871–4144<br>Fax: 205–871–4104<br>Email: rich@freeseandgoss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **C R Bard Incorporated** | represented by | **Richard B North , Jr**<br>Nelson Mullins Riley & Scarborough LLC<br>– Atlanta, GA<br>Atlantic Station<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>404–322–6000<br>Fax: 404–322–6050<br>Email: richard.north@nelsonmullins.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bard Peripheral Vascular Incorporated** | represented by | **Richard B North , Jr**<br>(See above for address)<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2017 | <u>1</u> | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14720497 filed by Lenora McMorris. (Attachments: # <u>1</u> Civil Cover Sheet)(MAP) (Entered: 10/04/2017) |
| 10/04/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−3445−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/04/2017) |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1.      Plaintiff/Deceased Party:

Lenora McMorris

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of
      consortium claim:

      N/A _____

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,
      conservator):

      N/A _____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
      the time of implant:

      MS _____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
      the time of injury:

      MS _____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

      MS _____

7.    District Court and Division in which venue would be proper absent direct filing:

      USDC, Southern District of Mississippi – Western Division _____

8.    Defendants (check Defendants against whom Complaint is made):

      ☒      C.R. Bard Inc.

      ☒      Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

      ☒      Diversity of Citizenship

      ☐      Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter (s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express Vena Cava Filter

☐   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☒   Other:  Simon Nitinol

11.   Date of Implantation as to each product:

11/04/2012

12.   Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:       Strict Products Liability – Manufacturing Defect

☒   Count II:      Strict Products Liability – Information Defect (Failure to Warn)

-3-

|     |               |                                                       |
| --- | ------------- | ----------------------------------------------------- |
| ☒   | Count III:    | Strict Products Liability – Design Defect             |
| ☒   | Count IV:     | Negligence - Design                                   |
| ☒   | Count V:      | Negligence - Manufacture                              |
| ☒   | Count VI:     | Negligence – Failure to Recall/Retrofit               |
| ☒   | Count VII:    | Negligence – Failure to Warn                          |
| ☒   | Count VIII:   | Negligent Misrepresentation                           |
| ☒   | Count IX:     | Negligence *Per Se*                                   |
| ☒   | Count X:      | Breach of Express Warranty                            |
| ☒   | Count XI:     | Breach of Implied Warranty                            |
| ☒   | Count XII:    | Fraudulent Misrepresentation                          |
| ☒   | Count XIII:   | Fraudulent Concealment                                |

☒   Count XIV:   Violations of Applicable __MS____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:   Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII: Survival

☒   Punitive Damages

☐   Other(s):   _____ (please state the facts sup porting

this Count in the space immediately below)

_____

_____

_____

_____

_____ _____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 4th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
Calle M. Mendenhall
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 4th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16–cv–01115–DGC

Miller v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 04/19/2016
Jury Demand: None
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Timothy Miller**                    represented by    **David M Langevin**
McSweeney Langevin LLC
2116 2nd Ave. S
Minneapolis, MN 55404
612–746–4646
Email: dave@westrikeback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rhett A McSweeney**
McSweeney Langevin LLC
2116 2nd Ave. S
Minneapolis, MN 55404
612–746–4646
Fax: 612–454–2678
Email: ram@westrikeback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

**Defendant**

**Bard Peripheral Vascular Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–12868131 filed by Timothy Miller. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 04/19/2016) |
| 04/19/2016 | 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Timothy Miller. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. NO FURTHER ACTION IS REQUIRED. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 04/19/2016) |
| 04/19/2016 | 3 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–16–1115–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 04/19/2016) |

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Timothy Miller _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

   consortium claim:

   Not Applicable _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian,

   conservator):

   Not Applicable _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

   the time of implant:

   California _____

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

California

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

California

7.      District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of California

8.      Defendants (check Defendants against whom Complaint is made):

     ☒      C.R. Bard Inc.

     ☒      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

     ☒      Diversity of Citizenship

     ☐      Other: _____

     a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

     ☐      Recovery® Vena Cava Filter

     ☐      G2® Vena Cava Filter

-2-

€ G2® Express (G2®X) Vena Cava Filter

€ Eclipse® Vena Cava Filter

€ Meridian® Vena Cava Filter

€ Denali® Vena Cava Filter

€ Other: <u>Simon Nitinol                                    </u>

11. Date of Implantation as to each product:

<u> 06/23/2006                                                    </u>

<u>                                                                      </u>

12. Counts in the Master Complaint brought by Plaintiff(s):

 X Count I: Strict Products Liability – Manufacturing Defect

 X Count II: Strict Products Liability – Information Defect (Failure to Warn)

 X Count III: Strict Products Liability – Design Defect

 X Count IV: Negligence - Design

 X Count V: Negligence - Manufacture

 X Count VI: Negligence – Failure to Recall/Retrofit

 X Count VII: Negligence – Failure to Warn

 X Count VIII: Negligent Misrepresentation

 X Count IX: Negligence *Per Se*

 X Count X: Breach of Express Warranty

 X Count XI: Breach of Implied Warranty

 X Count XII: Fraudulent Misrepresentation

-3-

☒  Count XIII:  Fraudulent Concealment

☒  Count XIV:  Violations of Applicable __California__ (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐  Count XV:  Loss of Consortium

☐  Count XVI:  Wrongful Death

☐  Count XVII:  Survival

☒  Punitive Damages

☐  Other(s):  _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this __19th__ day of __April__, __2016__.

MCSWEENEY/LANGEVIN LLC

By: _/s/___David M. Langevin___

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>19th</u> day of <u>April</u>, <u>2016</u>, I electronically transmitted

the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

of a Notice of Electronic Filing.

By: <u>/s/ David M. Langevin</u>
    Rhett A. McSweeney
    David M. Langevin
    McSweeney/Langevin LLC
    2116 2nd Avenue South
    Minneapolis, MN 55404
    Phone: (612) 746-4646
    Fax: (612) 454-2678

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03807–DGC

Neal v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/17/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Eugene Neal**　　　　　　　　　　　　　represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**　　　　　　　represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC – Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**　　　　　　　represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14763675 filed by Eugene Neal. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/17/2017) |
| 10/17/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–3807–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/17/2017) |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Eugene Neal

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: New York

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Western District of New York

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation _____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐   G2®Express(G2®X)VenaCavaFilter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali®VenaCavaFilter

☑   Other:  Simon Nitinol

11.   Date of Implantation as to each product:

 February 11, 2003

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:       Strict Products Liability – Manufacturing Defect

☑   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:    Strict Products Liability – Design Defect

☑   Count IV:    Negligence - Design

☑   Count V:      Negligence - Manufacture

☑   Count VI:    Negligence – Failure to Recall/Retrofit

☑   Count VII:   Negligence – Failure to Warn

☑   Count VIII:  Negligent Misrepresentation

☑   Count IX:    Negligence *Per Se*

☑   Count X:      Breach of Express Warranty

☑   Count XI:    Breach of Implied Warranty

☑   Count XII:   Fraudulent Misrepresentation

-3-

☑        Count XIII:    Fraudulent Concealment

☑        Count XIV:    Violations of Applicable  <u>Michigan</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑        Count XV:     Loss of Consortium

☐        Count XVI:    Wrongful Death

☐        Count XVII: Survival

☑        Punitive Damages

☐        Other(s):        _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☑ Yes

☐  No

RESPECTFULLY SUBMITTED this 17th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

    I hereby certify that on this 17th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18–cv–01528–DGC

O'Dell v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 05/21/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Christina O'Dell**     represented by   **Michael T Gallagher**
Gallagher Law Firm LLP
2905 Sackett St.
Houston, TX 77098
713–222–8080
Fax: 713–222–0066
Email: donnaf@gld–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**     represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**     represented by   **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–15521555 filed by Christina O'Dell. (Attachments: # 1 Civil Cover Sheet)(SLQ) (Entered: 05/21/2018) |
| 05/21/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–18–01528–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 05/21/2018) |

Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates To: | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| Christina O'Dell | |
| Civil Case # _____ | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

Christina O'Dell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Alabama

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Alabama

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Alabama

7.     District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Alabama

8.     Defendants (check Defendants against whom Complaint is made):

√     C.R. Bard Inc.

√     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

√     Diversity of Citizenship

□     Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

□     Recovery® Vena Cava Filter

-2-

   ☐ G2® Vena Cava Filter

   ☐ G2® Express (G2®X) Vena Cava Filter

   ☐ Eclipse® Vena Cava Filter

   ☐ Meridian® Vena Cava Filter

   ☐ Denali® Vena Cava Filter

   √ Other:  Simon Nitinol

11. Date of Implantation as to each product:

September 1, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

   √ Count I:  Strict Products Liability – Manufacturing Defect

   √ Count II:  Strict Products Liability – Information Defect (Failure to Warn)

   √ Count III:  Strict Products Liability – Design Defect

   √ Count IV:  Negligence - Design

   √ Count V:  Negligence - Manufacture

   √ Count VI:  Negligence – Failure to Recall/Retrofit

   √ Count VII:  Negligence – Failure to Warn

   √ Count VIII:  Negligent Misrepresentation

   √ Count IX:  Negligence *Per Se*

   √ Count X:  Breach of Express Warranty

   √ Count XI:  Breach of Implied Warranty

   √ Count XII:  Fraudulent Misrepresentation

   √ Count XIII:  Fraudulent Concealment

√    Count XIV:    Violations of Applicable Alabama Law Prohibiting Consumer
                  Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:   Wrongful Death

☐    Count XVII:  Survival

√    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting this
                  Count in the space immediately below)

_____

_____

_____

_____

_____

Dated:  May 21, 2018                Respectfully submitted,

                                    /s/ Michael T. Gallagher
                                    Michael T. Gallagher
                                    Federal ID: 5395
                                    The Gallagher Law Firm
                                    2905 Sackett Street
                                    Houston, Texas 77098
                                    (713) 222-8080
                                    (713) 222-0066 - Facsimile
                                    donnaf@gld-law.com

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17−cv−03960−DGC

Olim v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15−md−02641−DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity−Product Liability

Date Filed: 10/26/2017
Jury Demand: None
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**John Olim**                                   represented by **Bobby Saadian**
Wilshire Law Firm PLC
3055 Wilshire Blvd., 12th Fl.
Los Angeles, CA 90010
213−381−9988
Fax: 213−381−9989
Email: masstorts@wilshirelawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                       represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
− Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404−322−6000
Fax: 404−322−6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                    represented by **Richard B North , Jr**
**Incorporated**                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2017 | 1 | *COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14803661 filed by John Olim. (Attachments: # 1 Civil Cover Sheet)(LSP) *Modified to correct file date to 10/26/17 on 10/27/2017 (LSP). (Entered: 10/27/2017) |
| 10/26/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV−17−03960−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/27/2017) |

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   JOHN OLIM
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   California
   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

California
_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

California
_____

7. District Court and Division in which venue would be proper absent direct filing:

Central District of California
_____

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.

- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship

- ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter

- ☐ G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other: __Bard Nitinol_____

11.    Date of Implantation as to each product:

   Approximately 2001 _____

   _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:      Strict Products Liability – Design Defect

☑    Count IV:      Negligence - Design

☑    Count V:      Negligence - Manufacture

☑    Count VI:      Negligence – Failure to Recall/Retrofit

☑    Count VII:      Negligence – Failure to Warn

☑    Count VIII:      Negligent Misrepresentation

☑    Count IX:      Negligence *Per Se*

☑    Count X:      Breach of Express Warranty

☑    Count XI:      Breach of Implied Warranty

☑    Count XII:      Fraudulent Misrepresentation

☑ Count XIII:   Fraudulent Concealment

☑ Count XIV:   Violations of Applicable __California__ (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s):   _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 26th day of October, 2017.

**WILSHIRE LAW FIRM, PLC**

By: /s/ Bobby Saadian

Bobby Saadian, Esq.
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
(213)381-9988
masstorts@wilshirelawfirm.com
California State Bar No. 250377

*Attorney for Plaintiffs*

I hereby certify that on this 26th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Bobby Saadian

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–00941–DGC

Pedersen v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 03/29/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Charlene Pedersen**

represented by **Adam Tal Funk**
Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
505–243–3500
Fax: 505–243–3534
Email: afunk@branchlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig D Brown**
Meyers & Flowers LLC
3 N 2nd St., Ste. 300
St Charles, IL 60174
630–232–6333
Fax: 630–845–8982
Email: cdb@meyers–flowers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly M Brancato**
Meyers & Flowers LLC
3 N 2nd St., Ste. 300
St Charles, IL 60174
630–232–6333
Fax: 630–845–8982
Email: kb@meyers–flowers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2017 | 1 | *COMPLAINT. Filing fee received: $ 400.00, receipt number 0970−14069667 filed by Charlene Pedersen. (Attachments: # 1 Civil Cover Sheet)(LSP) *Modified on 3/30/2017 to correct file date from 3/30/17 to 3/29/17; NEF regenerated (LSP)/(SCH). (Entered: 03/30/2017) |
| 03/29/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV−17−0941−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 03/30/2017) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Charlene Pedersen

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   California

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Hampshire

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Hampshire

7. District Court and Division in which venue would be proper absent direct filing:

USDC - District of New Hampshire

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C. R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter

- 2 -

| | | | Denali® Vena Cava Filter |
|---|---|---|---|
| | ☑ | Other: | **Simon Nitinol** |

11. Date of Implantation as to each product:

1/20/2011

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:    Strict Products Liability – Manufacturing Defect

☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:  Strict Products Liability – Design Defect

☑ Count IV:   Negligence - Design

☑ Count V:    Negligence - Manufacture

☑ Count VI:   Negligence – Failure to Recall/Retrofit

☑ Count VII:  Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX:   Negligence *Per Se*

☑ Count X:    Breach of Express Warranty

☑ Count XI:   Breach of Implied Warranty

☑ Count XII:  Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV:  Violations of Applicable California & New Hampshire (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII: Survival

☐ Punitive Damages

- 3 -

1    ☐    Other(s): _____ (please state the facts

2    supporting this Count in the space immediately below)

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    13.    Jury Trial demanded for all issues so triable?

10    ☑    Yes

11    ☐    No

12    RESPECTFULLY SUBMITTED this 29 day of March , 20 17 .

13

14

15    By: /s/ Adam T. Funk

16    Branch Law Firm                          Meyers & Flowers, LLC
      Adam T. Funk                             Craig D. Brown
17    2025 Rio Grande Blvd., NW                Kimberly M. Brancato
      Albuquerque, NM 87104                    3 N. Second Street, Suite 300
      (505) 243-3500                           St. Charles, IL 60174
18    (505) 243-3534 (facsimile)               (630) 232-6333
      afunk@branchlawfirm.com                  (630) 845-8982 (facsimile)
                                               cdb@meyers-flowers.com
                                               kb@meyers-flowers.com
19    I hereby certify that on this 29 day of March , 20 17 , I electronically

20    transmitted the attached document to the Clerk's Office using the CM/ECF System for

21    filing and transmittal of a Notice of Electronic Filing.

22    /s/ Adam T. Funk

23    _____

24

25

26

27

28

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–00899–DGC

Pirl v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 03/27/2017
Jury Demand: None
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Tracy Pirl**                          represented by    **Nathaniel Scearcy**
Potts Law Firm
1901 W 47th Pl., Ste. 210
Westwood, KS 66205
816–931–2230
Fax: 816–931–7030
Email: nscearcy@potts–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Lynn Campbell**
Potts Law Firm LLP
1901 W 47th Pl., Ste. 210
Westwood, KS 66205
816–931–2230
Fax: 816–931–7030
Email: tricia@lelaw.com
*TERMINATED: 08/09/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by    **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by    **Richard B North , Jr**
**Incorporated**                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14056134 filed by Tracy Pirl. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 03/27/2017) |
| 03/27/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–899–PHX–DGC. This case is included in MDL–2641. All future |

| | | pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 03/27/2017) |
|---|---|---|
| 08/04/2017 | 3 | *NOTICE of Appearance by Nathaniel Scearcy on behalf of Tracy Pirl. (Scearcy, Nathaniel) *Document filed in the wrong case. Attorney noticed to re−file in correct case on 8/4/2017 (LSP). (Entered: 08/04/2017) |
| 08/04/2017 | 4 | NOTICE TO FILER OF DEFICIENCY re: 3 Notice of Appearance/Association of Counsel filed by Tracy Pirl. Document entered in wrong case. ***FOLLOW−UP ACTION REQUIRED:*** Please refile document in correct case: 2:15−md−2641−DGC. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 08/04/2017) |

# IN THE UNITED STATES DISTRICT COURT

## FOR TH DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.MD-15-026412-PHX-DGC

**SHORT FORM COMPLAINT
FOR DAMAGES FOR INDIVIDUAL
CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Tracy Pirl _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of

    consortium claim:

    N/A _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian conservator):

    N/A _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the

    time of implant:

    Pennsylvania _____

1

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7.  District Court and Division in which venue would be proper absent direct filing:

USDC for the Western District of Pennsylvania

8.  Defendants (check Defendants against whom Complaint is made):

☒   C.R. Bard Inc.

☒   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☒   Diversity of Citizenship

☐   Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendant's Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☒   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

2

☐        G2® Express (G2®X) Vena Cava Filter

☐        Eclipse® Vena Cava Filter

☐        Meridian® Vena Cava Filter

☐        Denali® Vena Cava Filter

☐        Other: _____

11.     Date of Implantation as to each product:

        03/08/2005 _____

        _____

12.     Counts in the Master Complaint brought by Plaintiff(s):

        ☒        Count I:          Strict Products Liability – Manufacturing Defect

        ☒        Count II:         Strict Products Liability – Information Defect (Failure to

                 Warn)

        ☒        Count III:        Strict Products Liability – Design Defect

        ☒        Count IV:         Negligence – Design

        ☒        Count V:          Negligence – Manufacture

        ☒        Count VI:         Negligence – Failure to Recall/Retrofit

        ☒        Count VII:        Negligence – Failure to Warn

        ☒        Count VIII:       Negligence Misrepresentation

        ☒        Count IX:         Negligence *Per Se*

        ☒        Count X:          Breach of Express Warranty

        ☒        Count XI:         Breach of Implied Warranty

        ☒        Count XII:        Fraudulent Misrepresentation

3

☒    Count XIII:    Fraudulent Concealment

☒    Count XIV:    Violations of Applicable  Pennsylvania    (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

☒    Punitive Damages

☐    Other(s): _____ (please state the facts supporting this

Court in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 27th day of March, 2017.

THE POTTS LAW FIRM, LLP

By: /s/ Patricia L. Campbell
Patricia L. Campbell, MO Bar No. 60917
1901 West 47th Place, Suite 210
Westwood, Kansas 66205
Telephone: (816) 931-2230
Facsimile: (816) 931-7030
pcampbell@potts-law.com

*Counsel for the Plaintiff*

4

I hereby certify that on this 27th day of March, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

/s/ Patricia L. Campbell

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–03739–DGC

Rosenberger et al v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/12/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Grace Rosenberger**                represented by   **Roopal P Luhana**
                                                          Chaffin Luhana LLP – New York, NY
                                                          600 3rd Ave., 12th Fl.
                                                          New York, NY 10016
                                                          347–269–4465
                                                          Fax: 888–499–1123
                                                          Email: luhana@chaffinluhana.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Rosenberger**                     represented by   **Roopal P Luhana**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                 represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough LLC
                                                          – Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404–322–6000
                                                          Fax: 404–322–6050
                                                          Email: richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**  represented by   **Richard B North , Jr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2017 | 1 | *COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14751308 filed by Mary Grace Rosenberger, Peter Rosenberger. (Attachments: # 1 Civil Cover Sheet)(MAP) *Modified to regenerate NEF on 10/13/2017 (SCH). (Entered: 10/13/2017) |
| 10/12/2017 | 2 | *NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Peter Rosenberger, Mary Grace Rosenberger. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. |

| | | This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) *Modified to regenerate NEF on 10/13/2017 (SCH). (Entered: 10/13/2017) |
|---|---|---|
| 10/12/2017 | 3 | *This case has been assigned to the Honorable David G. Campbell, with member case number: CV−17−3739−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) *Modified to regenerate NEF on 10/13/2017 (SCH). (Entered: 10/13/2017) |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS :
LIABILITY LITIGATION                :     No. 2:15-MD-02641-DGC
                                    :
                                    :     **SECOND AMENDED MASTER**
                                    :     **SHORT FORM COMPLAINT FOR**
                                    :     **DAMAGES FOR INDIVIDUAL**
                                    :     **CLAIMS AND DEMAND FOR JURY**
                                    :     **TRIAL**
_____ :

 

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

 

1.   Plaintiff/Deceased Party:
     Mary Grace Rosenberger _____

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
     Peter Rosenberger _____

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
     N/A _____

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
     Tennessee _____

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
     Tennessee _____

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:
     Tennessee _____

7.   District Court and Division in which venue would be proper absent direct filing:
     United States District Court for the Middle District of Tennessee _____

8.  Defendants (check Defendants against who Complaint is made):

    ☒    C. R. Bard Inc.

    ☒    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☒    Other: Simon Nitinol Vena Cava Filter _____

11. Date of Implantation as to each product:

    February 7, 2008 _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:    Strict Products Liability – Manufacturing Defect

    ☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒    Count III:       Strict Products Liability – Design Defect

☒    Count IV:       Negligence – Design

☒    Count V:        Negligence – Manufacture

☒    Count VI:       Negligence – Failure to Recall/Retrofit

☒    Count VII:      Negligence – Failure to Warn

☒    Count VIII:     Negligent Misrepresentation

☒    Count IX:       Negligence *Per Se*

☒    Count X:        Breach of Express Warranty

☒    Count XI:       Breach of Implied Warranty

☒    Count XII:      Fraudulent Misrepresentation

☒    Count XIII:     Fraudulent Concealment

☒    Count XIV:      Violations of Applicable ____Tennessee____ (insert

state) Law Prohibiting Consumer Fraud and Unfair and

Deceptive Trade Practices

☒    Count XV:       Loss of Consortium

☐    Count XVI:      Wrongful Death

☐    Count XVII:     Survival

☒    Punitive Damages

☐    Other(s):       _____ (please state the facts

supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 12th day of October, 2017.

s/ Roopal P. Luhana
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Phone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com
*Attorney for Plaintiffs*

I hereby certify that on this 12th day of October, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Roopal P. Luhana

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–04239–DGC

Sackal v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity–Product Liability

Date Filed: 11/17/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mike Sackal**

represented by **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212–702–5000
Fax: 212–818–0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC – Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14877323 filed by Mike Sackal. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 11/20/2017) |
| 11/17/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–17–4239–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 11/20/2017) |

1

2

3          **IN THE UNITED STATES DISTRICT COURT**

4              **FOR THE DISTRICT OF ARIZONA**

5    IN RE BARD IVC FILTERS                No.
     PRODUCTS LIABILITY LITIGATION

6                                          **AMENDED MASTER SHORT FORM**
                                           **COMPLAINT FOR DAMAGES FOR**
7                                          **INDIVIDUAL CLAIMS**

8          Plaintiff(s) named below, for their Complaint against Defendants named below,

9    incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

10   Plaintiff(s) further show the Court as follows:

11         1.    Plaintiff/Deceased Party:

12               Mike Sackal

13         2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14               consortium claim:

15                N/A

16         3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17               conservator):

18                N/A

19         4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20   the time of implant: Arizona

21

22

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Arizona

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Arizona

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Arizona

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation _____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

1          ☐    G2®Express(G2®X) VenaCavaFilter

2          ☐    Eclipse® Vena Cava Filter

3          ☐    Meridian® Vena Cava Filter

4          ☐    Denali®VenaCavaFilter

5          ☑    Other:  <u>Bard Simon Nitinol</u>

6    11.    Date of Implantation as to each product:

7          <u>October 12, 2004</u>

8          _____

9    12.    Counts in the Master Complaint brought by Plaintiff(s):

10          ☑    Count I:      Strict Products Liability – Manufacturing Defect

11          ☑    Count II:     Strict Products Liability – Information Defect (Failure to

12                Warn)

13          ☑    Count III:    Strict Products Liability – Design Defect

14          ☑    Count IV:    Negligence - Design

15          ☑    Count V:      Negligence - Manufacture

16          ☑    Count VI:    Negligence – Failure to Recall/Retrofit

17          ☑    Count VII:    Negligence – Failure to Warn

18          ☑    Count VIII:   Negligent Misrepresentation

19          ☑    Count IX:    Negligence *Per Se*

20          ☑    Count X:      Breach of Express Warranty

21          ☑    Count XI:    Breach of Implied Warranty

22          ☑    Count XII:    Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:  Violations of Applicable  <u>Arizona</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV:  Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.  Jury Trial demanded for all issues so triable?

☑ Yes

☐  No

RESPECTFULLY SUBMITTED this 17th day of November, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 17th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17–cv–02866–DGC

| | |
|---|---|
| Salmon et al v. C R Bard Incorporated et al | Date Filed: 08/24/2017 |
| Assigned to: Judge David G Campbell | Jury Demand: Plaintiff |
| Lead case: 2:15–md–02641–DGC | Nature of Suit: 365 Personal Injury: Prod. |
| Member case: (View Member Case) | Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Danny M Salmon**  represented by  **Nicole K H Maldonado**
Baum Hedlund Aristei & Goldman PC
10940 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90024
310–207–3233
Fax: 310–207–4204
Email: nmaldonado@baumhedlundlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mildred Salmon**  represented by  **Nicole K H Maldonado**
*Spouse*  (See above for address)
*also known as*  *LEAD ATTORNEY*
Kay Salmon  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney D Salmon**  represented by  **Nicole K H Maldonado**
*Adult son*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**  represented by  **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC
– Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**  represented by  **Richard B North , Jr**
**Incorporated**  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14581357 filed by Rodney D Salmon, Danny M Salmon, Mildred Salmon. (Attachments: # 1 Civil Cover |

| | | |
|---|---|---|
| | | Sheet)(LSP) (Entered: 08/25/2017) |
| 08/24/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV−17−02866−PHX−DGC. This case is included in MDL−2641. All future pleadings or documents should be filed in the Lead Case: 2:15−md−2641−DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 08/25/2017) |
| 08/29/2017 | 3 | *NOTICE of Appearance by Nicole K H Maldonado on behalf of Danny M Salmon, Mildred Salmon, Rodney D Salmon. (Maldonado, Nicole) *Document filed in the wrong case. Attorney noticed to re−file document in correct case on 8/30/2017 (LSP). (Entered: 08/29/2017) |
| 08/30/2017 | 4 | NOTICE TO FILER OF DEFICIENCY re: 3 Notice of Appearance/Association of Counsel filed by Rodney D Salmon, Danny M Salmon, Mildred Salmon. Document entered in wrong case. *FOLLOW−UP ACTION REQUIRED:* Please refile document in correct case: 2:15−md−1561−DGC. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 08/30/2017) |

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9  IN RE BARD IVC FILTERS PRODUCTS          No. 2:15-MD-02641-DGC
   LIABILITY LITIGATION
10                                          **SECOND AMENDED MASTER
   This Document Relates to Plaintiffs:     SHORT FORM COMPLAINT FOR
11 DANNY M. SALMON, Individually; Spouse,   DAMAGES FOR INDIVIDUAL
   MILDRED "KAY" SALMON, Individually;      CLAIMS AND DEMAND FOR JURY
12 Son, RODNEY D. SALMON, Individually.     TRIAL**

13

14         Plaintiff(s) named below, for their Complaint against Defendants named below,

15 incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16 Plaintiff(s) further show the Court as follows:

17     1.   Plaintiff/Deceased Party:

18          Danny M. Salmon

19     2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of

20          consortium claim:

21          Spouse, Mildred "Kay" Salmon; Adult Son, Rodney D. Salmon.

22     3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian,

23          conservator):

24

25     4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26          at the time of implant:

27          Central City, Nebraska

28

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Central City, Nebraska

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Central City, Nebraska

7. District Court and Division in which venue would be proper absent direct filing:

U.S.D.C., District of Nebraska, Lincoln Division (Merrick Co.)

8. Defendants (check Defendants against whom Complaint is made):

☑ C. R. Bard Inc.

☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

- 2 -

1        ☐   Denali® Vena Cava Filter

2        ☑   Other: Simon Nitinol Inferior Vena Cava (IVC) Filter

3   11.   Date of Implantation as to each product:

4       On July 1, 2005, Plaintiff underwent insertion of the Simon

5       Nitinol IVC Filter

6   12.   Counts in the Master Complaint brought by Plaintiff(s):

7       ☑   Count I:   Strict Products Liability – Manufacturing Defect

8       ☑   Count II:   Strict Products Liability – Information Defect (Failure

9                  to Warn)

10      ☑   Count III:   Strict Products Liability – Design Defect

11      ☑   Count IV:   Negligence - Design

12      ☑   Count V:   Negligence - Manufacture

13      ☑   Count VI:   Negligence – Failure to Recall/Retrofit

14      ☑   Count VII:   Negligence – Failure to Warn

15      ☑   Count VIII:   Negligent Misrepresentation

16      ☑   Count IX:   Negligence *Per Se*

17      ☑   Count X:   Breach of Express Warranty

18      ☑   Count XI:   Breach of Implied Warranty

19      ☑   Count XII:   Fraudulent Misrepresentation

20      ☑   Count XIII:   Fraudulent Concealment

21      ☑   Count XIV:   Violations of Applicable Nebraska   (insert

22                  state) Law Prohibiting Consumer Fraud and Unfair and

23                  Deceptive Trade Practices

24      ☑   Count XV:   Loss of Consortium

25      ☐   Count XVI:   Wrongful Death

26      ☐   Count XVII: Survival

27      ☑   Punitive Damages

28

- 3 -

1    ☐ Other(s): _____ (please state the facts

2         supporting this Count in the space immediately below)

3         _____

4         _____

5         _____

6         _____

7         _____

8         _____

9  13.  Jury Trial demanded for all issues so triable?

10    ☑ Yes

11    ☐ No

12  RESPECTFULLY SUBMITTED this 24 day of ___August___, 20 17 .

13

14

15         By: _Nicole K.H. Maldonado_

16         Nicole Maldonado
          Baum, Hedlund, Aristei and Goldman

17         12100 Wilshire Blvd., Suite 950
          Los Angeles, CA 90025

18

19  I hereby certify that on this 24 day of ___August___, 20 17 , I electronically

20  transmitted the attached document to the Clerk's Office using the CM/ECF System for

21  filing and transmittal of a Notice of Electronic Filing.

22         /s/ Nicole K.H. Maldonado

23         _____

24

25

26

27

28

- 4 -

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-00084-DGC

Savage-Mykel v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/11/2017
Jury Demand: None
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Debra J Savage-Mykel**                    represented by    **Peyton P Murphy**
                                                             Murphy Law Firm
                                                             2354 S Acadian Thruway
                                                             Baton Rouge, LA 70808
                                                             225-928-8800
                                                             Fax: 225-246-8780
                                                             Email: Peyton@MurphyLawFirm.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Todd C Comeaux**
                                                             Todd C Comeaux LLC
                                                             4880 Bluebonnet Blvd., Ste. A
                                                             Baton Rouge, LA 70809
                                                             225-706-9000
                                                             Fax: 225-706-9001
                                                             Email: TC@ComeauxLawFirm.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                   represented by    **Richard B North , Jr**
                                                             Nelson Mullins Riley & Scarborough
                                                             LLC - Atlanta, GA
                                                             Atlantic Station
                                                             201 17th St. NW, Ste. 1700
                                                             Atlanta, GA 30363
                                                             404-322-6000
                                                             Fax: 404-322-6050
                                                             Email:
                                                             richard.north@nelsonmullins.com

|                                     | *LEAD ATTORNEY* |
|                                     | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Bard Peripheral Vascular Incorporated**              represented by **Richard B North , Jr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13796191 filed by Debra J Savage-Mykel. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 01/11/2017) |
| 01/11/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-0084-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 01/11/2017) |

| **PACER Service Center** | | |
|--------------------------|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 03:57:35 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-00084-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL 2641

**MASTER SHORT FORM COMPLAINT
FOR DAMAGES FOR INDIVIDUAL
CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint in MDL No. 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Debra J. Savage-Mykel
    _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A
    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A
    _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Florida
    _____

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Wisconsin
    _____

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

        Ohio

7.      District Court and Division in which venue would be proper absent direct filing:

        United States District Court for the Southern District of Ohio

8.      Defendants (check Defendants against whom Complaint is made):

        ☑  C.R. Bard Inc.

        ☐  Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

        ☑  Diversity of Citizenship

        ☐  Other: _____

        a.      Other allegations of jurisdiction and venue not expressed in Master
                Complaint:

                _____

                _____

                _____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
        claim (check applicable Inferior Vena Cava Filter(s)):

        ☐  Recovery® Vena Cava Filter

        ☐  G2® Vena Cava Filter

        ☐  G2® Express (G2®X) Vena Cava Filter

        ☐  Eclipse® Vena Cava Filter

        ☐  Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other:   Simon-Nitinol _____

11.     Date of Implantation as to each product:

     06/02/2006 _____

     _____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:      Strict Products Liability – Manufacturing Defect

☑     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:      Strict Products Liability – Design Defect

☑     Count IV:      Negligence - Design

☑     Count V:      Negligence - Manufacture

☑     Count VI:      Negligence – Failure to Recall/Retrofit

☑     Count VII:      Negligence – Failure to Warn

☑     Count VIII:      Negligent Misrepresentation

☑     Count IX:      Negligence *Pro Se*

☑     Count X:      Breach of Express Warranty

☑     Count XI:      Breach of Implied Warranty

☑     Count XII:      Fraudulent Misrepresentation

☑     Count XIII:      Fraudulent Concealment

☑     Count XIV:      Violations of Applicable  Ohio_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:      Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII:     Survival

☑     Punitive Damages

☐     Other(s):     _____    (please state the facts

supporting this Count in the space, immediately below)

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this ___11th___ day of ___January_____, 201_7_.

**MURPHY LAW FIRM, LLC**

*/s/ Peyton P. Murphy*
_____
PEYTON P. MURPHY (LA Bar #22125)
(admitted *pro hac vice*)
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

TODD C. COMEAUX (LA Bar #23453)
TODD C. COMEAUX, LLC.
4880 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: TC@ComeauxLawFirm.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this ___11th___ day of ___January_____, 201_7___, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

*/s/ Peyton P. Murphy*
Peyton P. Murphy (LA Bar #22125)

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-01206-DGC

Schutz v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/24/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joseph Schutz**                represented by   **Eric M Terry**
TorHoerman Law LLC - Edwardsville,
IL
210 S Main St.
Edwardsville, IL 62025
618-656-4400
Fax: 618-656-4401
Email: eric@thlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tor A Hoerman**
TorHoerman Law LLC - Edwardsville,
IL
210 S Main St.
Edwardsville, IL 62025
618-656-4400
Fax: 618-656-4401
Email: tor@thlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**         represented by   **Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:

richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Bard Peripheral Vascular Incorporated** | represented by | **Richard B North , Jr** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14154835 filed by Joseph Schutz. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 04/24/2017) |
| 04/24/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-01206-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 04/24/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 04:47:19 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-01206-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Eric Terry, #6282169
**TORHOERMAN LAW LLC**
11 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
*Attorneys on behalf of Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

       Joseph Schutz

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

       consortium claim:

       N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

       conservator):

       N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Illinois

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

N/A

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Illinois

7.  District Court and Division in which venue would be proper absent direct filing:

Illinois Northern District Court

8.  Defendants (check Defendants against whom Complaint is made):

☑  C.R. Bard Inc.

☑  Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☑  Diversity of Citizenship

☐  Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☑ Other:  Simon Nitnol Filter

11. Date of Implantation as to each product:

May 24, 1999

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:       Strict Products Liability – Manufacturing Defect

☑ Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:     Strict Products Liability – Design Defect

☑ Count IV:     Negligence - Design

☑ Count V:      Negligence - Manufacture

☑ Count VI:     Negligence – Failure to Recall/Retrofit

☑ Count VII:    Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>Illinois</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☑ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

-4-

☐   No

RESPECTFULLY SUBMITTED this <u>24th</u> day of <u>April 2017                    </u>.

**TORHOERMAN LAW LLC**

By: <u>   /s/Eric M. Terry                    </u>
     Eric M. Terry
     Tor A. Hoerman
     101 W. Vandalia Street, Suite 350
     Edwardsville, IL 62025

*Attorneys for Plaintiffs*

I hereby certify that on this <u>24th</u> day of <u>April 2017                </u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/Kristie Stephens                         </u>

5220248v1/26997-0001

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:16-cv-04051-DGC

Singer v. C R Bard Incorporated et al                Date Filed: 11/22/2016
Assigned to: Judge David G Campbell                  Jury Demand: None
Lead case: 2:15-md-02641-DGC                         Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                      Prod. Liability
Cause: 28:1332 Diversity-Product Liability           Jurisdiction: Diversity

**Plaintiff**

**Jeffrey S Singer**                    represented by   **Peyton P Murphy**
                                                         Murphy Law Firm
                                                         2354 S Acadian Thruway
                                                         Baton Rouge, LA 70808
                                                         225-928-8800
                                                         Fax: 225-246-8780
                                                         Email: Peyton@MurphyLawFirm.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Todd C Comeaux**
                                                         Todd C Comeaux LLC
                                                         4880 Bluebonnet Blvd., Ste. A
                                                         Baton Rouge, LA 70809
                                                         225-706-9000
                                                         Fax: 225-706-9001
                                                         Email: TC@ComeauxLawFirm.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by   **Richard B North , Jr**
                                                         Nelson Mullins Riley & Scarborough
                                                         LLC - Atlanta, GA
                                                         Atlantic Station
                                                         201 17th St. NW, Ste. 1700
                                                         Atlanta, GA 30363
                                                         404-322-6000
                                                         Fax: 404-322-6050
                                                         Email:
                                                         richard.north@nelsonmullins.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/22/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13637407 filed by Jeffrey S Singer. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 11/23/2016) |
| 11/22/2016 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-16-4051-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 11/23/2016) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:12:11 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-04051-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br>MDL 2641<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint in MDL No. 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Jeffrey S. Singer

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Maryland

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Maryland

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Maryland

7.      District Court and Division in which venue would be proper absent direct filing:

United States District Court for the State of Maryland

8.      Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☐   Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express (G2®X) Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐  Denali® Vena Cava Filter

☑  Other: Simon Nitinol

11.  Date of Implantation as to each product:

06/10/2010 - CR Bard - Simon Nitinol

01/02/2014 - Cook Medical - Celect IVC Filter

12.  Counts in the Master Complaint brought by Plaintiff(s):

☑  Count I:  Strict Products Liability – Manufacturing Defect

☑  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

☑  Count III:  Strict Products Liability – Design Defect

☑  Count IV:  Negligence - Design

☑  Count V:  Negligence - Manufacture

☑  Count VI:  Negligence – Failure to Recall/Retrofit

☑  Count VII:  Negligence – Failure to Warn

☑  Count VIII:  Negligent Misrepresentation

☑  Count IX:  Negligence *Pro Se*

☑  Count X:  Breach of Express Warranty

☑  Count XI:  Breach of Implied Warranty

☑  Count XII:  Fraudulent Misrepresentation

☑  Count XIII:  Fraudulent Concealment

☑  Count XIV:  Violations of Applicable Pennsylvania (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV:  Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

☑    Punitive Damages

☐    Other(s): _____ (please state the facts

supporting this Count in the space, immediately below)

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _22nd___ day of _November_____, 201_6_.

**MURPHY LAW FIRM, LLC**

*/s/ Peyton P. Murphy*
_____
PEYTON P. MURPHY (LA Bar #22125)
(admitted *pro hac vice*)
2354 S. Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

TODD C. COMEAUX (LA Bar #23453)
TODD C. COMEAUX, LLC.
4880 Bluebonnet Boulevard, Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: TC@ComeauxLawFirm.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this <u>22nd</u> day of <u>November</u>, 201<u>6</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Peyton P. Murphy*
Peyton P. Murphy (LA Bar #22125)

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03852-DGC

Smith v. C R Bard Incorporated et al                  Date Filed: 10/20/2017
Assigned to: Judge David G Campbell                   Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                          Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                       Prod. Liability
Cause: 28:1332 Diversity-Product Liability            Jurisdiction: Diversity

**Plaintiff**

**Josephine E Smith**                represented by   **Calle M Mendenhall**
                                                      Farris Riley & Pitt LLP
                                                      505 20th St. N, Ste. 1700
                                                      Birmingham, AL 35203
                                                      205-324-1212
                                                      Fax: 205-324-1255
                                                      Email: cmendenhall@frplegal.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **David P Matthews**
                                                      Matthews & Associates
                                                      2905 Sackett St.
                                                      Houston, TX 77098
                                                      713-522-5250
                                                      Fax: 713-535-7184
                                                      Email: dmatthews@dmlawfirm.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Richard Arthur Freese**
                                                      Freese & Goss PLLC
                                                      1901 6th Ave. Ste. 3120
                                                      Birmingham, AL 35203
                                                      205-871-4144
                                                      Fax: 205-871-4104
                                                      Email: rich@freeseandgoss.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Bard Peripheral Vascular Incorporated** | represented by **Richard B North , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14780251 filed by Josephine E Smith. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/20/2017) |
| 10/20/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3852-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/20/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 04:57:18 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** 2:17-cv-03852-DGC |
| **Billable Pages:** | 2 | **Cost:** 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.     Plaintiff/Deceased Party:

       Josephine E. Smith

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    MI

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    MI

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    MI

7.  District Court and Division in which venue would be proper absent direct filing:

    USDC for the Eastern District of MI – Southern Division

8.  Defendants (check Defendants against whom Complaint is made):

    ☒   C.R. Bard Inc.

    ☒   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A                                                               

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about wh ich Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter (s)):

☐     Recovery® Vena Cava Filter

☐     G2® Vena Cava Filter

☐     G2® Express Vena Cava Filter

☐     G2® X Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☒     Other: Simon Nitinol (Permanent)             

11.     Date of Implantation as to each product:

01/01/1995                                           

_____

12.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability – Manufacturing Defect

☒     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability – Design Defect

☒     Count IV:     Negligence - Design

☒     Count V:     Negligence - Manufacture

☒     Count VI:     Negligence – Failure to Recall/Retrofit

☒     Count VII:     Negligence – Failure to Warn

☒     Count VIII:     Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:     Fraudulent Concealment

☒     Count XIV:     Violations of Applicable __MI____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:     Wrongful Death

☐     Count XVII: Survival

☒     Punitive Damages

☐     Other(s):     _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this 20th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
     David P. Matthews
     2905 Sackett St.
     Houston, TX 77098

**FREESE & GOSS, PLLC**
     Richard Freese
     Calle M. Mendenhall
     FREESE & GOSS, PLLC
     1901 6th Ave N. Ste. 3120
     Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 20th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

     */s/ David P. Matthews*
     David P. Matthews

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03370-DGC

Spruell v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/29/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Levi Spruell**                            represented by    **Debra J Humphrey**
Marc J Bern & Associates LLP
60 E 42nd St., Ste. 950
New York, NY 10165
212-702-5000
Fax: 212-818-0164
Email: dhumphrey@bernllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

**Defendant**

**Bard Peripheral Vascular
Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14707268 filed by Levi Spruell. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/02/2017) |
| 09/29/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3370-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/02/2017) |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 10/31/2018 04:59:24 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03370-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Levi Spruell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:   Illinois

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
     the time of injury:

     Illinois

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

     Illinois

7.   District Court and Division in which venue would be proper absent direct filing:

     United States District Court for the Northern District of Illinois

8.   Defendants (check Defendants against whom Complaint is made):

     ☑    C.R. Bard Inc.

     ☑    Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

     ☑    Diversity of Citizenship

     ☐    Other: _____

     a.   Other allegations of jurisdiction and venue not expressed in Master
          Complaint:

     Multi-District Litigation

     _____

     _____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
     claim (Check applicable Inferior Vena Cava Filter(s)):

     ☐    Recovery® Vena Cava Filter

     ☐    G2® Vena Cava Filter

-2-

☐    G2® Express (G2® X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other:  Simon Nitinol Filter

11.    Date of Implantation as to each product:

 1992

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:        Strict Products Liability – Manufacturing Defect

☑    Count II:       Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:      Strict Products Liability – Design Defect

☑    Count IV:      Negligence - Design

☑    Count V:       Negligence - Manufacture

☑    Count VI:      Negligence – Failure to Recall/Retrofit

☑    Count VII:     Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:      Negligence *Per Se*

☑    Count X:       Breach of Express Warranty

☑    Count XI:      Breach of Implied Warranty

☑    Count XII:     Fraudulent Misrepresentation

-3-

☑ Count XIII:   Fraudulent Concealment

☑ Count XIV:   Violations of Applicable  <u>Illinois</u>  (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☐ Other(s):      _____  (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 29th day of September, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

      I hereby certify that on this 29th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16-cv-01849-DGC

Stith v. C R Bard Incorporated et al                  Date Filed: 06/10/2016
Assigned to: Judge David G Campbell                   Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                          Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                       Prod. Liability
Cause: 28:1332 Diversity-Product Liability            Jurisdiction: Diversity

**Plaintiff**

**Andrea Stith**                       represented by   **Ellen A Presby**
                                                        Nemeroff Law Firm
                                                        Hillcrest Twr.
                                                        12720 Hillcrest Rd., Ste. 700
                                                        Dallas, TX 75230
                                                        214-774-2558
                                                        Fax: 214-393-7897
                                                        Email: ellenpresby@nemerofflaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**C R Bard Incorporated**              represented by   **Richard B North , Jr**
                                                        Nelson Mullins Riley & Scarborough
                                                        LLC - Atlanta, GA
                                                        Atlantic Station
                                                        201 17th St. NW, Ste. 1700
                                                        Atlanta, GA 30363
                                                        404-322-6000
                                                        Fax: 404-322-6050
                                                        Email:
                                                        richard.north@nelsonmullins.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**           represented by   **Richard B North , Jr**
**Incorporated**                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/10/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13058162 filed by Andrea Stith. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 06/10/2016) |
| 06/10/2016 |   | This case has been assigned to the Honorable David G Campbell, with member case number: CV-16-1849-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 06/10/2016) |
| 06/10/2016 | 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Andrea Stith. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 06/10/2016) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:08:39 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-01849-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Andrea Stith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:



3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):



4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Virginia

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Virginia: Norfolk Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C. R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other:     <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Manufacturing Defect

☑     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:     Strict Products Liability – Design Defect

☑     Count IV:     Negligence - Design

☑     Count V:      Negligence - Manufacture

☑     Count VI:     Negligence – Failure to Recall/Retrofit

☑     Count VII:    Negligence – Failure to Warn

☑     Count VIII:   Negligent Misrepresentation

☑     Count IX:     Negligence *Per Se*

☑     Count X:      Breach of Express Warranty

☑     Count XI:     Breach of Implied Warranty

☑     Count XII:    Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑     Count XIV:   Violations of Applicable <u>Virginia</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:    Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

1  □  Other(s): _____ (please state the facts

2  supporting this Count in the space immediately below)

3  _____

4  _____

5  _____

6  _____

7  _____

8  _____

9  13.  Jury Trial demanded for all issues so triable?

10  ☑  Yes

11  □  No

12  RESPECTFULLY SUBMITTED this __10__ day of __June__, 20_16_.

13

14

15  By:___/s/ Ellen A. Presby___

16  [Attorney name/address]

17

18

19  I hereby certify that on this __10__ day of __June__, 2016, I electronically

20  transmitted the attached document to the Clerk's Office using the CM/ECF System for

21  filing and transmittal of a Notice of Electronic Filing.

22

23  ___/s/___ Ellen A. Presby___

24

25

26

27

28

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03682-DGC

Stith v. C R Bard Incorporated et al                    Date Filed: 10/11/2017
Assigned to: Judge David G Campbell                     Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                            Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                         Prod. Liability
Cause: 28:1332 Diversity-Product Liability              Jurisdiction: Diversity

**Plaintiff**

**Roy Stith**                          represented by   **Debra J Humphrey**
                                                        Marc J Bern & Associates LLP
                                                        60 E 42nd St., Ste. 950
                                                        New York, NY 10165
                                                        212-702-5000
                                                        Fax: 212-818-0164
                                                        Email: dhumphrey@bernllp.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by   **Richard B North , Jr**
                                                        Nelson Mullins Riley & Scarborough
                                                        LLC - Atlanta, GA
                                                        Atlantic Station
                                                        201 17th St. NW, Ste. 1700
                                                        Atlanta, GA 30363
                                                        404-322-6000
                                                        Fax: 404-322-6050
                                                        Email:
                                                        richard.north@nelsonmullins.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**           represented by   **Richard B North , Jr**
**Incorporated**                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14745501 filed by Roy Stith. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 10/11/2017) |
| 10/11/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-03682-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 10/11/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2018 05:16:07 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03682-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

1

2

3    **IN THE UNITED STATES DISTRICT COURT**

4    **FOR THE DISTRICT OF ARIZONA**

5    IN RE BARD IVC FILTERS                    No.
     PRODUCTS LIABILITY LITIGATION
6                                              **AMENDED MASTER SHORT FORM**
                                               **COMPLAINT FOR DAMAGES FOR**
7                                              **INDIVIDUAL CLAIMS**

8          Plaintiff(s) named below, for their Complaint against Defendants named below,

9    incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

10   Plaintiff(s) further show the Court as follows:

11         1.    Plaintiff/Deceased Party:

12               Roy Stith

13         2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14               consortium claim:

15               N/A

16         3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17               conservator):

18               N/A

19         4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20   the time of implant: New York

21

22

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Eastern District of New York

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation _____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

-2-

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other:  Simon Nitinol

11.     Date of Implantation as to each product:

 February 12, 2007

12.     Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Manufacturing Defect

☑     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:     Strict Products Liability – Design Defect

☑     Count IV:     Negligence - Design

☑     Count V:      Negligence - Manufacture

☑     Count VI:     Negligence – Failure to Recall/Retrofit

☑     Count VII:    Negligence – Failure to Warn

☑     Count VIII:   Negligent Misrepresentation

☑     Count IX:     Negligence *Per Se*

☑     Count X:      Breach of Express Warranty

☑     Count XI:     Breach of Implied Warranty

☑     Count XII:    Fraudulent Misrepresentation

☑     Count XIII:    Fraudulent Concealment

☑     Count XIV:    Violations of Applicable <u>Michigan</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑     Count XV:    Loss of Consortium

☐     Count XVI:    Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 11ᵗʰ day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42ⁿᵈ St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

    I hereby certify that on this 11ᵗʰ day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-02496-DGC

Sutton et al v. C R Bard Incorporated et al          Date Filed: 07/26/2017
Assigned to: Judge David G Campbell                  Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                         Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                      Prod. Liability
Cause: 28:1332 Diversity-Product Liability           Jurisdiction: Diversity

**Plaintiff**

**JD Sutton**                          represented by  **Joseph J Cappelli**
                                                       Bern Cappelli
                                                       101 W Elm St., Ste. 215
                                                       Conshohocken, PA 19428
                                                       610-941-4444
                                                       Fax: 610-941-9880
                                                       Email: jcappelli@bernllp.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Sutton**                       represented by  **Joseph J Cappelli**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by  **Richard B North , Jr**
                                                       Nelson Mullins Riley & Scarborough
                                                       LLC - Atlanta, GA
                                                       Atlantic Station
                                                       201 17th St. NW, Ste. 1700
                                                       Atlanta, GA 30363
                                                       404-322-6000
                                                       Fax: 404-322-6050
                                                       Email:
                                                       richard.north@nelsonmullins.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**   represented by **Richard B North , Jr**
**Incorporated**           (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14476441 filed by JD Sutton, Wanda Sutton. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 07/26/2017) |
| 07/26/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-02496-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 07/26/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2018 05:18:48 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** 2:17-cv-02496-DGC |
| **Billable Pages:** | 1 | **Cost:** 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    J.D. Sutton

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Wanda Sutton

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Illinois

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Illinois

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Illinois

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Illinois

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐     G2®Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other:   BARD Simon Nitinol 2120F, Lot GFPK4138

11.    Date of Implantation as to each product:

   March 13, 2006

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Manufacturing Defect

☑     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:    Strict Products Liability – Design Defect

☑     Count IV:    Negligence - Design

☑     Count V:     Negligence - Manufacture

☑     Count VI:    Negligence – Failure to Recall/Retrofit

☑     Count VII:   Negligence – Failure to Warn

☑     Count VIII:   Negligent Misrepresentation

☑     Count IX:    Negligence *Per Se*

☑     Count X:     Breach of Express Warranty

☑     Count XI:    Breach of Implied Warranty

☑     Count XII:   Fraudulent Misrepresentation

    ☑    Count XIII:   Fraudulent Concealment

    ☑    Count XIV:   Violations of Applicable <u>Illinois</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☑    Count XV:   Loss of Consortium

    ☐    Count XVI:   Wrongful Death

    ☐    Count XVII: Survival

    ☑    Punitive Damages

    ☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

    ☑ Yes

    ☐ No

RESPECTFULLY SUBMITTED this 26th day of July, 2017.

**BERN CAPPELLI LLP**

By: */s/ Joseph J. Cappelli*
     Joseph J. Cappelli
     101 West Elm Street
     Suite 215
     Conshohocken, PA 19428

     *Attorneys for Plaintiff(s)*

I hereby certify that on this 26th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

     */s/Joseph J. Cappelli*

5131774