# Exhibit D
*continued*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00082-DGC

Tarasi v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/09/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Harry Tarasi**                          represented by   **Richard J Plezia**
                                                            Richard J Plezia & Associates
                                                            2909 Hillcroft Ave., Ste. 575
                                                            Houston, TX 77057
                                                            713-800-1151
                                                            Fax: 281-602-7735
                                                            Email: efile@rplezialaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

**Defendant**

**Bard Peripheral Vascular
Incorporated**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/09/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15037932 filed by Harry Tarasi. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 01/09/2018) |
| 01/09/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-0082-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 01/09/2018) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/31/2018 05:20:48 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-00082-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS PRODUCTS LIABILILTY LITIGATION

No. 2:15-MD-02641-DGC

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.　Plaintiff: **Harry Tarasi**

_____

2.　Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: **Not Applicable**

_____

3.　Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): **Not Applicable**

_____

4.　Plaintiff's state of residence at the time of implant: **Pennsylvania**

_____

5.　Plaintiff's residence at the time of injury: **Pennsylvania**

_____

6.　Plaintiff's current state of residence: **Pennsylvania**

_____

7.   District Court and Division in which venue would be proper absent direct filing: **United States District Court for the Western District of Pennsylvania**

8.   Defendants (check Defendants against whom Complaint is made):

☒   **C.R. Bard Inc.**

☒   **Bard Peripheral Vascular, Inc.**

9.   Basis of Jurisdiction:

☒   **Diversity of Citizenship**

☐   Other

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express Vena Cava Filter

☐   G2® X Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☒   **Other: Simon Nitinol**

11.  Date of Implantation as to each product: **August 3, 1999**

_____

_____

12.     Counts in the Master Complaint brought be Plaintiff(s):

☒     Count I:      **Strict Products Liability – Manufacturing Defect**

☒     Count II:     **Strict Products Liability – Information Defect (Failure to Warn)**

☒     Count III:    **Strict Products Liability – Design defect**

☒     Count IV:     **Negligence – Design**

☒     Count V:      **Negligence – Manufacture**

☒     Count VI:     **Negligence – Failure to Recall/Retrofit**

☒     Count VII:    **Negligence – Failure to Warn**

☒     Count VIII:   **Negligent Misrepresentation**

☒     Count IX:     **Negligence *Per Se***

☒     Count X:      **Breach of Express Warranty**

☒     Count XI:     **Breach of Implied Warranty**

☒     Count XII:    **Fraudulent Misrepresentation**

☒     Count XIII:   **Fraudulent Concealment**

☐     Count XIV:    Violations of Applicable **Arizona** and **Pennsylvania** Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:     Loss of Consortium

☐     Count XVI:    Wrongful Death

☐     Count XVII:   Survival

☒     **Punitive Damages**

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ **Yes**

☐ No

RESPECTFULLY SUBMITTED this 9th day of January, 2018.

/s/ Richard J. Plezia_____
RICHARD J. PLEZIA
Texas Bar No. 16072800
SANA ABID
Texas Bar No. 24092012
**RICHARD J. PLEZIA & ASSOCIATES**
2909 Hillcroft Ave., Suite 575
Houston, Texas 77057
Telephone: 713-800-1151
Facsimile: 281-602-7735
**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy was furnished via electronic filing, U.S. Mail and/or facsimile to the following counsel on January 9, 2018.

*/s/ Richard J. Plezia*_____
RICHARD J. PLEZIA

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03689-DGC

Taylor v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/11/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Bernard Taylor**                          represented by   **Debra J Humphrey**
                                                             Marc J Bern & Associates LLP
                                                             60 E 42nd St., Ste. 950
                                                             New York, NY 10165
                                                             212-702-5000
                                                             Fax: 212-818-0164
                                                             Email: dhumphrey@bernllp.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                   represented by   **Richard B North , Jr**
                                                             Nelson Mullins Riley & Scarborough
                                                             LLC - Atlanta, GA
                                                             Atlantic Station
                                                             201 17th St. NW, Ste. 1700
                                                             Atlanta, GA 30363
                                                             404-322-6000
                                                             Fax: 404-322-6050
                                                             Email:
                                                             richard.north@nelsonmullins.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**               represented by   **Richard B North , Jr**
**Incorporated**                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/11/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14746533 filed by Bernard Taylor. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/11/2017) |
| 10/11/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3689-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/11/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2018 05:22:56 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03689-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM<br>COMPLAINT FOR DAMAGES FOR<br>INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Bernard Taylor

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Georgia

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7.  District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Southern District of Georgia

8.  Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

-2-

1    ☐    G2® Express (G2®X) Vena Cava Filter

2    ☐    Eclipse® Vena Cava Filter

3    ☐    Meridian® Vena Cava Filter

4    ☐    Denali® Vena Cava Filter

5    ☑    Other:  Simon Nitinol

6    11.    Date of Implantation as to each product:

7    July 20, 2004

8    

9    12.    Counts in the Master Complaint brought by Plaintiff(s):

10    ☑    Count I:        Strict Products Liability – Manufacturing Defect

11    ☑    Count II:      Strict Products Liability – Information Defect (Failure to
12    Warn)

13    ☑    Count III:     Strict Products Liability – Design Defect

14    ☑    Count IV:     Negligence - Design

15    ☑    Count V:      Negligence - Manufacture

16    ☑    Count VI:     Negligence – Failure to Recall/Retrofit

17    ☑    Count VII:    Negligence – Failure to Warn

18    ☑    Count VIII:   Negligent Misrepresentation

19    ☑    Count IX:     Negligence *Per Se*

20    ☑    Count X:      Breach of Express Warranty

21    ☑    Count XI:     Breach of Implied Warranty

22    ☑    Count XII:    Fraudulent Misrepresentation

-3-

☑     Count XIII:    Fraudulent Concealment

☑     Count XIV:    Violations of Applicable <u>Michigan</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑     Count XV:    Loss of Consortium

☐     Count XVI:    Wrongful Death

☐     Count XVII: Survival

☑     Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 11th day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 11th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-01843-DGC

Tesell v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/15/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jill Tesell**                          represented by   **Monte Bond**
                                                          Tautfest Bond PLLC
                                                          5151 Beltline Rd., Ste. 1000
                                                          Dallas, TX 75254
                                                          214-617-9980
                                                          Fax: 214-853-4281
                                                          Email: mbond@tautfestbond.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by   **Richard B North , Jr**
**Incorporated**                                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14334607 filed by Jill Tesell. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 06/15/2017) |
| 06/15/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-1843-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/15/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2018 05:24:53 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-gc01 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-01843-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641DGC

**SECOND AMENDED MASTER
SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL
CLAIMS AND DEMAND FOR JURY
TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Jill Tesell _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

   consortium claim:

   N/A _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian,

   conservator):

   N/A _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

   the time of implant:

   Massachusetts _____

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Massachusetts                                  

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Massachusetts                                  

7.     District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Massachusetts    

8.     Defendants (check Defendants against whom Complaint is made):

    X      C.R. Bard Inc.

    X      Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

    X      Diversity of Citizenship

    ☐      Other: _____

    a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐      Recovery® Vena Cava Filter

    ☐      G2® Vena Cava Filter

-2-

□   G2® Express (G2®X) Vena Cava Filter

□   Eclipse® Vena Cava Filter

□   Meridian® Vena Cava Filter

□   Denali® Vena Cava Filter

X   Other:  Simon Nitinol

11.   Date of Implantation as to each product:

October 18, 2007

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

   X     Count I:     Strict Products Liability – Manufacturing Defect

   X     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

   X     Count III:     Strict Products Liability – Design Defect

   X     Count IV:     Negligence - Design

   X     Count V:     Negligence - Manufacture

   X     Count VI:     Negligence – Failure to Recall/Retrofit

   X     Count VII:     Negligence – Failure to Warn

   X     Count VIII:     Negligent Misrepresentation

   X     Count IX:     Negligence Per Se

   X     Count X:     Breach of Express Warranty

   X     Count XI:     Breach of Implied Warranty

   X     Count XII:     Fraudulent Misrepresentation

X  Count XIII: Fraudulent Concealment

X  Count XIV: Violations of Applicable <u>Louisiana</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐  Count XV: Loss of Consortium

☐  Count XVI: Wrongful Death

☐  Count XVII: Survival

X  Punitive Damages

☐  Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X Yes

☐ No

RESPECTFULLY SUBMITTED this 15th day of June, 2017.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*
Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Fax: (214) 853-4281

Attorney for Plaintiff

I hereby certify that on this 15th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Monte Bond*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-04141-DGC

Thomas v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/10/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Deanna Thomas**                      represented by **Debra J Humphrey**
                                       Marc J Bern & Associates LLP
                                       60 E 42nd St., Ste. 950
                                       New York, NY 10165
                                       212-702-5000
                                       Fax: 212-818-0164
                                       Email: dhumphrey@bernllp.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by **Richard B North , Jr**
                                       Nelson Mullins Riley & Scarborough
                                       LLC - Atlanta, GA
                                       Atlantic Station
                                       201 17th St. NW, Ste. 1700
                                       Atlanta, GA 30363
                                       404-322-6000
                                       Fax: 404-322-6050
                                       Email:
                                       richard.north@nelsonmullins.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**          represented by **Richard B North , Jr**
**Incorporated**                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14852629 filed by Deanna Thomas. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 11/13/2017) |
| 11/10/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-4141-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 11/13/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 12:16:22 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-JC30 |
| Description: | Docket Report | Search Criteria: | 2:17-cv-04141-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Deanna Thomas

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

 N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

 N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Maryland

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Maryland

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Maryland

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of Maryland

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐    G2®Express(G2®X)VenaCavaFilter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali®VenaCavaFilter

☑    Other:  Simon Nitinol

11.    Date of Implantation as to each product:

March 19, 2010

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:       Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:  Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:   Fraudulent Misrepresentation

☑     Count XIII:   Fraudulent Concealment

☑   Count XIV:   Violations of Applicable <u>Maryland</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

      Count XV:    Loss of Consortium

□   Count XVI:   Wrongful Death

□   Count XVII: Survival

☑   Punitive Damages

□   Other(s):     _____(please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

     ☑ Yes

     □ No

-4-

RESPECTFULLY SUBMITTED this 9th day of November 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
One Grand Central Place
60 East 42nd St., Suite 950
New York, New York 10165
(212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 9th day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00402-DGC

Thomas v. C R Bard Incorporated et al                    Date Filed: 02/05/2018
Assigned to: Judge David G Campbell                      Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                             Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                          Prod. Liability
Cause: 28:1332 Diversity-Product Liability               Jurisdiction: Diversity

**Plaintiff**

**Nicole Thomas**                        represented by   **Debra J Humphrey**
                                                          Marc J Bern & Associates LLP
                                                          60 E 42nd St., Ste. 950
                                                          New York, NY 10165
                                                          212-702-5000
                                                          Fax: 212-818-0164
                                                          Email: dhumphrey@bernllp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**             represented by   **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15132525 filed by Nicole Thomas. (Attachments: # 1 Civil Cover Sheet)(KAS) (Entered: 02/06/2018) |
| 02/05/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-00402-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KAS) (Entered: 02/06/2018) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">10/30/2018 12:19:05</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>nmrs0003:4310666:0</td><td><strong>Client Code:</strong></td><td>000389/08373-JC30</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>2:18-cv-00402-DGC</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td>0.10</td></tr>
</table>

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

    1.    Plaintiff/Deceased Party:

        Nicole Thomas

    2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

        consortium claim:

        N/A

    3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

        conservator):

        N/A

    4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

    the time of implant: Virginia

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
the time of injury:

Virginia

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Virginia

7.    District Court and Division in which venue would be proper absent direct filing:

 United States District Court for Eastern District of Virginia

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master
Complaint:

Multi-District Litigation

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐   G2®Express(G2®X)VenaCavaFilter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali®VenaCavaFilter

☑   Other:  Bard Simon Nitinol

11.   Date of Implantation as to each product:

Year of 2005

12.   Counts in the Master Complaint brought byPlaintiff(s):

☑   Count I:        Strict Products Liability – Manufacturing Defect

☑   Count II:       Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:      Strict Products Liability – Design Defect

☑   Count IV:      Negligence - Design

☑   Count V:       Negligence - Manufacture

☑   Count VI:      Negligence – Failure to Recall/Retrofit

☑   Count VII:     Negligence – Failure to Warn

☑   Count VIII:    Negligent Misrepresentation

☑   Count IX:      Negligence *Per Se*

☑   Count X:       Breach of Express Warranty

☑   Count XI:      Breach of Implied Warranty

☑   Count XII:     Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>Virginia</u>
Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade
Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____(please state the facts supporting
this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of February 5, 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 5th day of February 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Nicole Thomas**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant**(s): **C.R. Bard, Inc. ; Bard Peripheral Vascular, Inc.**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Debra J. Humphrey**
**MARC J. BERN & PARTNERS LLP**
**60 East 42nd St., Suite 950**
**New York, New York  10165**
**(212) 702-5000**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:          **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**
Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin :          **6. Multidistrict Litigation**

V. Nature of Suit:          **367 Health Care/Pharmaceutical Personal Injury Product Liability**

VI.Cause of Action:          **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

VII. Requested in Complaint
          Class Action: **No**
          Dollar Demand:
          Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **MDL No. 2641** assigned to Judge **David G. Campbell.**

---

**Signature:**  <u>**Debra J. Humphrey**</u>

    **Date:**  <u>**2/5/2018**</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00285-DGC

Turner v. C R Bard Incorporated et al                Date Filed: 01/30/2017
Assigned to: Judge David G Campbell                  Jury Demand: None
Lead case: 2:15-md-02641-DGC                          Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                       Prod. Liability
Cause: 28:1332 Diversity-Product Liability           Jurisdiction: Diversity

**Plaintiff**

**Melissa Turner**                    represented by   **Bobby Saadian**
                                                       Wilshire Law Firm PLC
                                                       3055 Wilshire Blvd., 12th Fl.
                                                       Los Angeles, CA 90010
                                                       213-381-9988
                                                       Fax: 213-381-9989
                                                       Email: masstorts@wilshirelawfirm.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**             represented by   **Richard B North , Jr**
                                                       Nelson Mullins Riley & Scarborough
                                                       LLC - Atlanta, GA
                                                       Atlantic Station
                                                       201 17th St. NW, Ste. 1700
                                                       Atlanta, GA 30363
                                                       404-322-6000
                                                       Fax: 404-322-6050
                                                       Email:
                                                       richard.north@nelsonmullins.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**          represented by   **Richard B North , Jr**
**Incorporated**                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number PHX181395 filed by Melissa Turner. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 01/30/2017) |
| 01/30/2017 | 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Melissa Turner. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 01/30/2017) |
| 01/30/2017 | 3 | MOTION for Admission Pro Hac Vice as to attorney Bobby Saadian on behalf of Melissa Turner. (MAP) (Entered: 01/30/2017) |
| 01/30/2017 | 4 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-285-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 01/30/2017) |
| 01/30/2017 | 5 | SUMMONS Submitted by Melissa Turner. (REK) (Entered: 01/30/2017) |
| 01/30/2017 | 6 | Summons Issued as to C R Bard Incorporated. (REK). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 01/30/2017) |
| 01/30/2017 |  | PRO HAC VICE FEE PAID. $ 35, receipt number PHX181394 as to Bobby Saadian. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/30/2017) |
| 01/30/2017 | 7 | ORDER pursuant to General Order 09-08 granting 3 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e-mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 01/30/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:19:59 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** 2:17-cv-00285-DGC |
| **Billable Pages:** | 2 | **Cost:** 0.20 |

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MELISSA TURNER

**DEFENDANTS**
C.R. Bard, Inc., et al.

**(b)** County of Residence of First Listed Plaintiff    Nevada County, California
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Union County, New Jersey
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Wilshire Law Firm
3055 Wilshire Blvd., 12th Floor, Los Angeles, CA 90010
(213)381-9988

Attorneys *(If Known)*
Nelson Mullins Riley & Scarborough, LLP
Atlanta Station, 201 17th Street, NW Suite 1700
Atlanta, GA 30363

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question *(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Civil Statute: 28 U.S.C. 1332; Pelvic Repair Systems Product Liability
Brief description of cause:
PROD. LIAB., STRICT LIAB., NEGL., BREACH OF WARRANTIES, FRAUD, NEGL. MISREP., NIED, PUNITIVE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
1,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE   David G. Campbell

DOCKET NUMBER   2:15-md-2641

DATE   1/20/17

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

JS 44 Reverse (Rev. 11/15)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. **(See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

FILED _____ LODGED
RECEIVED _____ COPY

JAN 3 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-17-00285-PHX-DGC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.___).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   **MELISSA TURNER**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   **California**

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

California

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

California

7.   District Court and Division in which venue would be proper absent direct filing:

Eastern District of California

8.   Defendants (check Defendants against whom Complaint is made):

☑  C.R. Bard Inc.

☑  Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑  Diversity of Citizenship

☐  Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐  Recovery® Vena Cava Filter

☐  G2® Vena Cava Filter

-2-

1    ☐  G2® Express (G2®X) Vena Cava Filter

2    ☐  Eclipse® Vena Cava Filter

3    ☐  Meridian® Vena Cava Filter

4    ☐  Denali® Vena Cava Filter

5    ☑  Other:  **Simon Nitinol Filter**

6    11.  Date of Implantation as to each product:

7         **8/27/2013**

8

9    12.  Counts in the Master Complaint brought by Plaintiff(s):

10        ☑  Count I:      Strict Products Liability – Manufacturing Defect

11        ☑  Count II:     Strict Products Liability – Information Defect (Failure to

12            Warn)

13        ☑  Count III:    Strict Products Liability – Design Defect

14        ☑  Count IV:     Negligence - Design

15        ☑  Count V:      Negligence - Manufacture

16        ☑  Count VI:     Negligence – Failure to Recall/Retrofit

17        ☑  Count VII:    Negligence – Failure to Warn

18        ☑  Count VIII:   Negligent Misrepresentation

19        ☑  Count IX:     Negligence *Per Se*

20        ☑  Count X:      Breach of Express Warranty

21        ☑  Count XI:     Breach of Implied Warranty

22        ☑  Count XII:    Fraudulent Misrepresentation

-3-

1    ☑    Count XIII:   Fraudulent Concealment

2    ☑    Count XIV:   Violations of Applicable ___California___ (insert state)

3         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4         Practices

5    ☐    Count XV:   Loss of Consortium

6    ☐    Count XVI:   Wrongful Death

7    ☐    Count XVII:  Survival

8    ☑    Punitive Damages

9    ☐    Other(s): _____ (please state the facts supporting

10        this Count in the space immediately below)

11        _____

12        _____

13        _____

14        _____

15        _____

16

17

18

19

20

21

22

RESPECTFULLY SUBMITTED this <u>26th</u> day of <u>January</u>, 2017.

**WILSHIRE LAW FIRM, PLC**

By: _____

Bobby Saadian, Esq.
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
(213)381-9988
masstorts@wilshirelawfirm.com
California State Bar No. 250377

*Attorney for Plaintiffs*

I hereby certify that on this <u>26th</u> day of <u>January</u>, 2017, I mailed the attached document to the Clerk's Office for filing and a Notice of Filing.

/s/ _____

-5-

CONSOLIDATED,MULTI-DISTRICT,TRANSFER-IN

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00579-DGC

Valentine v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Case in other court: California Central, 2:17-cv-00384
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 02/27/2017
Jury Demand: Both
Nature of Suit: 367 Personal Injury:
Health Care/Pharmaceutical Personal
Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Michelle Valentine**                    represented by   **Nicole K H Maldonado**
*Individually and as Successor in*                         Baum Hedlund Aristei & Goldman PC
*Interest to Scott Valentine, Decedent*                    10940 Wilshire Blvd., 17th Fl.
*estate of*                                                Los Angeles, CA 90024
Scott Valentine                                            310-207-3233
                                                           Fax: 310-207-4204
                                                           Email:
                                                           nmaldonado@baumhedlundlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sydney Valentine**                      represented by   **Nicole K H Maldonado**
*Surviving Daughter*                                       (See above for address)
*on behalf of*                                             *LEAD ATTORNEY*
Scott Valentine                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Valentine**                      represented by   **Nicole K H Maldonado**
*Surviving Daughter*                                       (See above for address)
*on behalf of*                                             *LEAD ATTORNEY*
Scott Valentine                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reilly Valentine**                      represented by   **Nicole K H Maldonado**
*Surviving Daughter*                                       (See above for address)
*on behalf of*                                             *LEAD ATTORNEY*
Scott Valentine                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**
*a Delaware company doing business in California*

represented by **Amanda Christine Sheridan**
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
602-382-6304
Fax: 602-382-6070
Email: asheridan@swlaw.com
*TERMINATED: 07/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Condo**
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
602-382-6000
Fax: 602-382-6070
Email: jcondo@swlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin George Lohman**
Reed Smith LLP - Los Angeles, CA
355 S Grand Ave., Ste. 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: klohman@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin M Hara**
Reed Smith LLP - San Francisco, CA
2nd St.

101 2nd St., 18th Fl.
San Francisco, CA 94105
415-543-8700
Fax: 415-391-8525
Email: Khara@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Michael Kevin Brown**
Reed Smith LLP - Los Angeles, CA
355 S Grand Ave., Ste. 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: mkbrown@reedsmith.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2017 | 1 | NOTICE OF REMOVAL from Los Angeles Superior Court, case number BC645612 Receipt No: 0973-19206616 - Fee: $400, filed by Defendant C.R. BARD, INC.. (Attachments: # 1 Exhibit 1 Transfer Order, # 2 Complaint, # 3 Civil Cover Sheet, # 4 Civil Case Cover Sheet Addendum) (Attorney Kevin George Lohman added to party C.R. BARD, INC.(pty:dft))(Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 2 | CIVIL COVER SHEET filed by Defendant C.R. BARD, INC.. (Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 3 | CERTIFICATE of Interested Parties filed by Defendant C.R. BARD, INC., identifying Michelle Valentine, Sydney Valentine, Jordan Valentine, Reilly Valentine, C.R. Bard, Inc.. (Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Defendant C.R. BARD, INC. (Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 5 | DEMAND for Jury Trial filed by Defendant C.R. BARD, INC... (Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 6 | NOTICE of Related Case(s) filed by Defendant C.R. BARD, INC.. *Notice of Pendency of Other Actions or Proceedings* Related Case(s): 2:15-cv-01945-MWF-PJW, 2:15-cv-04213-ODW-JPR, 2:15-cv-04494-JAK-GJS, 2:15-cv-07937-ODW-PJW, 8:15-cv-00698-CJC-DFM (Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 7 | PROOF OF SERVICE filed by Defendant C.R. BARD, INC., re Corporate Disclosure Statement 4 , Certificate/Notice of Interested Parties 3 , Civil Cover Sheet (CV-71) 2 , Notice of Related Case(s), 6 , Jury Demand 5 , Notice of Removal (Attorney Civil Case Opening), 1 served on 1/18/17. (Lohman, Kevin) [Transferred from cacd on 2/27/2017.] (Entered: 01/18/2017) |

| 01/18/2017 | | CONFORMED FILED COPY OF COMPLAINT against Defendants C.R. Bard, Inc., Does 1 through 100. Jury Demanded., filed by plaintiff Michelle Valentine. (FILED IN STATE COURT ON 1/4/2017 SUBMITTED ATTACHED TO NOTICE OF REMOVAL) (ghap) [Transferred from cacd on 2/27/2017.] (Entered: 01/19/2017) |
| 01/19/2017 | 8 | NOTICE OF ASSIGNMENT to District Judge John A. Kronstadt and Magistrate Judge Michael R. Wilner. (ghap) [Transferred from cacd on 2/27/2017.] (Entered: 01/19/2017) |
| 01/19/2017 | 9 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) [Transferred from cacd on 2/27/2017.] (Entered: 01/19/2017) |
| 01/25/2017 | 10 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Case) filed. Transfer of case declined by Judge Michael W. Fitzgerald, for the reasons set forth on this order. Related Case No. 2:15-cv-01945 MWF(PJWx) (rn) [Transferred from cacd on 2/27/2017.] (Entered: 01/25/2017) |
| 02/02/2017 | 11 | STANDING ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT by Judge John A. Kronstadt. (ah) [Transferred from cacd on 2/27/2017.] (Entered: 02/02/2017) |
| 02/02/2017 | 12 | ORDER SETTING RULE 16(b)/26(f)SCHEDULING CONFERENCE by Judge John A. Kronstadt. Scheduling Conference set for April 3, 2017 at 01:30 PM before Judge John A. Kronstadt. Joint Rule 16(b)/26(f) Report due March 24, 2017. (ah) [Transferred from cacd on 2/27/2017.] (Entered: 02/02/2017) |
| 02/10/2017 | 13 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANTS SYDNEY VALENTINE, JORDAN VALENTINE, AND REILLY VALENTINE by Judge John A. Kronstadt: The case was removed to this Court. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. A proof of service indicating that Defendants have been served with the Complaint, or a response to the Complaint have not been filed. Accordingly, Plaintiff is ordered to show cause in writing on or before February 24, 2017, why these Defendants should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. Therefore, the Order to Show Cause will stand submitted upon the filing of an appropriate response and/or the filing of an answer by Defendant(s) or an application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY [Transferred from cacd on 2/27/2017.] (Entered: 02/10/2017) |
| 02/23/2017 | 14 | Conditional Transfer Order - 2641 from the United States Judicial Panel on Multidistrict Litigation MDL ORDER. The action is transferred to the District of Arizona for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. 1407 being conducted by the Honorable G. Campbell. (bp) [Transferred from cacd on 2/27/2017.] (Entered: 02/27/2017) |
| | | |

| 02/27/2017 | 15 | Transfer Out Transmittal Letter sent to USDC District of Arizona at Phoenix. (bp) [Transferred from cacd on 2/27/2017.] (Entered: 02/27/2017) |
|---|---|---|
| 02/27/2017 | 16 | CASE TRANSFERRED IN from District of California Central; Case Number 2:17-cv-00384 . Original file certified copy of transfer order and docket sheet received (Entered: 02/27/2017) |
| 02/27/2017 | 17 | NOTICE That CV-17-579-PHX-DGC (formerly Central District of California 2:17-cv-384) is now consolidated with and part of MDL No. 2641. Therefore, future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. (MAP) (Entered: 02/27/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 12:20:54 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-JC30 |
| Description: | Docket Report | Search Criteria: | 2:17-cv-00579-DGC |
| Billable Pages: | 4 | Cost: | 0.40 |

(Page 1 of 28)

1  Michelle Valentine
2  25350 Malibu Road
   Malibu, CA 90265
3  Email: michelleavalentine@me.com
   Telephone: (818) 303-6819
4
   MICHELLE VALENTINE, and the ESTATE OF SCOTT VALENTINE,
5  by and through its successor in interest, MICHELLE VALENTINE, *in Propria Persona*

A 7220
90265
D 98 Fujie

**FILED**
Superior Court Of California
County Of Los Angeles

JAN 04 2017

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Charlie L. Coleman

6              SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                   FOR THE COUNTY OF LOS ANGELES

8

9   MICHELLE VALENTINE, individually and as      Case No. BC 645612
    successor in interest to SCOTT VALENTINE,
10  Decedent, and the ESTATE OF SCOTT
    VALENTINE,                                   **COMPLAINT FOR WRONGFUL DEATH**
11                                               **DAMAGES; DEMAND FOR JURY TRIAL**
                Plaintiffs,
12                                                1.  Strict Liability – Design Defect
       v.                                         2.  Strict Liability – Failure to Warn
13                                                3.  Negligence
    C.R. BARD, INC., a Delaware corporation doing 4.  Breach of Express Warranty
14  business in California; and DOES 1 through 100, 5.  Breach of Implied Warranty
                                                  6.  Negligent Misrepresentation
15              Defendants,                        7.  Fraud
16
    SYDNEY VALENTINE, surviving daughter,
17  JORDAN VALENTINE, surviving daughter, and
    REILLY VALENTINE, surviving daughter,
18
                Nominal Defendants.
19

20

21

22

23

24

25

26

27

28

RECEIPT #: CCN243111035
DATE PAID: 01/04/17 04:14 PM
PAYMENT: $435.00
RECEIVED:
  CHECK:               $435.00
  CASH:                  $0.00
  CHANGE:                $0.00
  CARD:                  $0.00

                                    1
         COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Plaintiff, MICHELLE VALENTINE, individually and as successor in interest to SCOTT VALENTINE, Decedent, in pro per, for her and Decedent's causes of action against Defendants C.R. Bard, Inc. and DOES 1 through 100 (collectively, "Defendants"), allege as follows:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff Michelle Valentine is a competent individual, over the age of 18, a citizen of the United States, a resident of Los Angeles County in the state of California, and is the surviving spouse of Decedent Scott Valentine (hereinafter referred to as "Decedent").

2.     The following individuals are named as nominal defendants pursuant to CCP Section 382: Sydney Valentine, surviving daughter, Jordan Valentine, surviving daughter, and Reilly Valentine, surviving daughter.  At all relevant times herein, each of the nominal defendants were residents of the County of Los Angeles.

3.     Although nominal defendants Sydney Valentine, Jordan Valentine, and Reilly Valentine are persons entitled to bring this action pursuant to CCP Section 377.60, they are named as nominal defendants pursuant to CCP Section 382 because consent for them to join the instant action was not obtained at the time of this filing.

4.     Decedent, who was also citizen of the United States and a resident of Los Angeles County in the state of California, died on January 4, 2015, at the age of 56.

5.     All claims in this action are a direct and proximate result of the negligent, willful, and wrongful acts and/or omissions of Defendants, and each of them, and/or their corporate predecessors in connection with the design, development, manufacture, testing, packaging, promoting, marketing, distribution, labeling, implantation, and/or sale of the medical device known as the Simon Nitinol Inferior Vena Cava Non-Retrievable Filter (hereinafter "SNF") throughout the United States including the state of California.

6.     Plaintiff is informed and believes, and based thereon allege that, at all relevant times, Defendant C.R. BARD, INC., and Does 1-50, and each of them (hereinafter "C.R.BARD"), is a Delaware corporation doing business in and authorized to do business in the state of California, with its principal place of business in the state of New Jersey.

2

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

7.    Plaintiff is informed and believes, and based thereon allege, that at all relevant times C.R. BARD. maintains offices worldwide, including locations within the state of California, and has approximately 15,000 employees worldwide, including the state of California.

8.    Plaintiff is informed and believes, and based thereon allege that at all relevant times C.R. BARD markets its products and services worldwide to hospitals, individual health care professionals, extended care facilities, and alternate site facilities, and has locations in more than 30 countries including the state of California.

9.    Plaintiff is informed and believes, and based thereon allege at all relevant times, Defendant C.R. BARD is a Delaware Corporation doing business in the state of California, and engaged in substantial, continuous economic activity in California, including marketing, distribution, and sale of millions of dollars of medical devices implanted into Californians, including but not limited to, the SNF, and that said activity by Defendants is substantially connected to Plaintiff's and Decedent's claims as alleged herein.

10.    Plaintiff is informed and believes, and based thereon allege that, at all relevant times, Defendant Does 51-100, a sales representative, is employed by C.R. BARD, INC., is a citizen and resident of Los Angeles County, state of California, and was responsible for promoting, marketing, distributing, and selling the Bard IVC Filter to Decedent's physician(s) located in Los Angeles, California, on or about November 20, 2013 (hereinafter "SALES REPRESENTATIVE".)

11.    Plaintiff is informed and believes, and based thereon allege that, at all relevant times, the true names or capacities, whether individual, corporate, or otherwise, of Defendants Does 1 through 100, inclusive, were unknown to Plaintiff at the time of original filing of the underlying complaint in this action and, therefore sue said Defendants by such fictitious names.

12.    Plaintiff is informed and believes and based thereon alleges that each of the Defendants designated herein by fictitious names is in some manner legally responsible for the events and happenings herein referred to, including exposing Californians to the SNF, and caused damages proximately and foreseeably to Plaintiff and Decedent as alleged herein.

13.    Plaintiff is informed and believes and based thereon allege that, at all relevant times, all of said Defendants herein, including DOES 1 through 100, inclusive, are collectively referred to herein as

3
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Doc# 1 Page# 3 - Doc ID = 1676225341 - Doc Type = OTHER

1   "Defendants" and all acts and omissions of Defendants as alleged herein were undertaken by each of the

2   Defendants or said Defendants agents, servants, employees and/or owners, acting in the course and scope

3   of its respective agencies, services, employments and/or ownerships.

4        14.    Plaintiff is informed and believes, and based thereon allege that, at all relevant times, all

5   allegations concerning Defendants includes Defendants' parents, subsidiaries, affiliates, divisions,

6   franchises, partners, joint venturers, organizational units of any kind, predecessors, successors and

7   assigns, and their officers, directors, employees, agents, representatives, and any and all other persons

8   acting on behalf of Defendants.

9        15.    At all relevant times alleged herein, while a citizen and resident of the state of California,

10   and a citizen and resident of the County of Los Angeles, the SNF was implanted into Decedent for

11   treatment of right lower extremity deep vein thrombosis ("DVT") on or about November 20, 2013, at

12   Providence Health Systems Southern California /dba/ Providence Tarzana Medical Centers (hereinafter

13   "Providence").

14        16.    At all relevant times alleged herein, on January 4, 2015, Decedent was transported via

15   ambulance to Los Robles Regional Medical Center, Thousand Oaks, California, with complaints of groin

16   pain and inability to bear weight. Once admitted to the hospital, Decedent passed away. The autopsy

17   report stated that the cause of death was hypovolemic shock secondary to retroperitoneal hemorrhage

18   from the inferior vena cava perforated by three struts of the SNF.

19        17.    As a direct and proximate result of the injuries and death alleged herein, Plaintiff, heirs

20   and Decedent have incurred medical expenses, endured pain, suffering, and death, and loss of enjoyment

21   of life, and have otherwise been damaged in a pecuniary nature.

22        18.    Plaintiff is informed and believes, and based thereon allege that, all claims in this action

23   are a direct and proximate result of Defendants' and/or their corporate predecessors negligent, willful,

24   and wrongful conduct in connection with the design, development, manufacture, testing, packaging,

25   promoting, marketing, distribution, labeling, implanting, and/or sale of the SNF.

26        19.    Plaintiff seeks recovery for damages as a result of her husband's death, which was

27   directly and proximately caused by such wrongful conduct by Defendants, the unreasonably dangerous

28   and defective nature of the SNF, and the attendant effects of defective filter.

4

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

20.    Plaintiff is informed and believes, and based thereon allege that, at all relevant times, Defendants expected or should have expected that their acts would have consequences within the United States, including the state of California, and said Defendants derived and continue to derive substantial revenue therefrom.

21.    This Court has jurisdiction over all causes of action alleged in this Complaint pursuant to the California Constitution, Article VI, § 10. Further, this Court should exercise jurisdiction over all causes of action alleged in the Complaint because Plaintiff, individually and as successor in interest to Decedent, has a pending medical malpractice case involving similar claims arising from the same or substantially identical transactions, incidents, or events and is likely to require substantial duplication of judicial resources if heard by different judges. The pending medical malpractice case was filed in this Court on or about December 28, 2015, and is titled *Valentine vs. Providence Tarzana Regional Medical Center et al,* Case No.: BC 605391.[1]

22.    Venue is proper in this Court because Plaintiff and Decedent is/was a citizen and resident of the state of California, and a citizen and resident of Los Angeles County, Defendant Sales Representative and Does 1 – 100 is/was a citizen and resident of the state of California, and a citizen and resident of Los Angeles County, and the SNF was implanted in Decedent on or about November 20, 2013, in the state of California, Los Angeles County.

## GENERAL ALLEGATIONS

23.    An inferior vena cava filter ("IVC") is a device that is designed to filter or "catch" blood clots that travel from the lower portions of the body to the heart and lungs.

24.    The inferior vena cava is a vein that returns blood to the heart from the lower portions of the body.  In certain people, for various reasons, blood clots travel from the vessels in the legs and pelvis, through the vena cava and into the lungs. Oftentimes, these blood clots develop in the deep leg veins, a condition called deep vein thrombosis or "DVT."  Once blood clots reach the lungs, they are considered pulmonary emboli or "PE." Pulmonary emboli present risks to human health.

25.    People at risk for DVT/PE can undergo medical treatment to manage the risk. For example, a doctor may prescribe anticoagulant therapies such as medications like Heparin, Warfarin, or

---

[1] Please note that Plaintiff is simultaneously filing a Notice of Related Case.

5

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

1    Lovenox to regulate the clotting factor of the blood. In some people who are at high risk for DVT/PE

2    and who cannot manage their conditions with medications, physicians may recommend surgically

3    implanting an IVC filter to prevent thromboembolitic events.

4         26.    Use of the IVC filters was limited primarily to patients who were contraindicated for

5    anticoagulation therapy.

6         27.    C.R. BARD has distributed and marketed the SNF device since 1992. The SNF was

7    initially manufactured by a company known as Nitinol Medical Technologies.

8         28.    In order to increase sales of these devices, C.R. BARD sought to expand the market for

9    prophylactic use among nontraditional patient populations that were temporarily at risk of developing

10   blood clots.

11        29.    Specifically, C.R. BARD engaged in aggressive marketing campaigns that targeted the

12   bariatric, trauma, orthopedic and cancer patient population. Expansion to these new patient groups

13   would triple sales and the first manufacturer to market would capture market share.

14        30.    The medical community has just recently begun to realize that despite marketing claims

15   by Defendants, there is no reliable evidence that any IVC filter offers a benefit and that these products

16   expose patients to substantial safety hazards.  For example, an October 2015 article published in the

17   *Annals of Surgery* concerning trauma patients inserted with IVC filters concluded that IVC filters were

18   not effective in preventing pulmonary emboli, and instead actually caused thrombi to occur.

19        31.    Comparing the results of over 30,000 trauma patients who had not received IVC filters

20   with those who had received them, the *Annals of Surgery* study published its alarming results:

21       •    Almost twice the percentage of patients with IVC filters in the study died compared to

22           those that had not received them.

23       •    Over five times the relative number of patients with IVC filters developed DVTs.

24       •    Over four times the relative percentage of patients with filters developed thromboemboli.

25        32.    Over twice the percentage of patients developed a pulmonary embolus -- the very

26   condition Defendants represented to the FDA, physicians, and the public that its IVC filters would

27   prevent.

28   / / /

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Doc# 1 Page# 6 - Doc ID = 1676225341 - Doc Type = OTHER

33.     Other studies have also revealed that these devices suffer common failure modes such as migration, perforation, thrombosis, fracture all of which can cause serious injury or death. These studies, including the *Annals of Surgery* study, have now shown that not only is there no reliable evidence establishing that IVC filters are efficacious but that they also pose substantial health hazards.

34.     Defendants, and each of them, concealed material risk information and promoted unproven benefits of the SNF.

35.     The information distributed by Defendants was in the form of reports, press releases, advertising campaigns, labeling materials, consent forms, print advertisements, commercial media containing material representations, instructions for use and direction, and it was communicated from Defendants, including Decedent's health care providers and their sales representatives, ultimately to Decedent.

36.     Decedent's physician that prescribed the SNF, reviewed marketing and labeling materials regarding these filters, which were distributed by C.R. BARD.

37.     These marketing and labeling materials, as well as direct representations from Defendants, ultimately to Decedent, misrepresented and concealed the risks and benefits of the SNF.

38.     These marketing, labeling and consent materials used and/or distributed by Defendants also intentionally concealed the risks associated with these filters, such as: migration, fracture, perforation, tilt, thrombosis, the prothrombotic nature of the devices; that these failures were known to be causing severe injuries and death; and the rate at which these events were occurring.

39.     Had Defendants not engaged in a marketing scheme and/or properly informed Decedent of the risk information, as described above, Decedent would not have consented to the prescribed SNF as part of the informed consent process.

40.     Prior to Decedent's implantation of the SNF (on or about November 2013), Defendants were aware of reported side effects of the SNF complications, including migration, detachment of device parts which moved through the vein to other locations, perforation, and facture of the device, but continued to market the filter, distribute it in the stream of commerce, and implant it without disclosing these adverse events and despite of the filter's dangerous and defective condition.

/ / /

7

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

(Page 8 of 28)

Case 2:15-md-02641-DGC Document 13206-3 Filed 11/01/18 Page 60 of 174
Case 2:17-cv-00579-DGC Document 12-3 Filed 01/18/18 Page 8 of 21

41.     Defendants have not informed the general public, including Decedent, how often such adverse events occur.

42.     Plaintiff is informed and believes, and based thereon alleges that, Defendants had a duty to know and warn about the hazards associated with the use of the SNF.

43.     Plaintiff is informed and believes, and based thereon alleges that, Defendants failed to inform the medical community and the general public about the catastrophic health hazards associated with the use of the SNF. In addition, Defendants procured and disseminated false, misleading, and biased information regarding the safety of the SNF. As a direct and proximate result of the conduct of Defendants herein, and each of them, Scott Valentine sustained personal injuries for a measurable period of time from the first trauma causing injury to decedent before decedent's death such that decedent consciously suffered injuries and damages for a measurable period of time before death.

44.     As a direct and proximate result of the conduct of defendants, and each of them, before decedent's death, decedent's personal property, and the use thereof, was damaged, destroyed, and tortuously interfered with, all to the damage of decedent, according to proof.

45.     As a direct and proximate result of the conduct of defendants, and each of them, decedent's beneficiaries, survivors, and heirs have been, and continue to be, deprived of decedent's future services, support, and other economic losses according to proof.

46.     As a direct and proximate result of the conduct of defendants, and each of them, plaintiffs' decedent died and his beneficiaries, survivors, and heirs have suffered, and continue to suffer, non-economic damages which include, among other things, loss of comfort, care, society, love, affection, guidance, presence, attention, companionship, protection, and consortium, according to proof.

47.     As a direct and proximate result of the conduct of defendants, and each of them, plaintiffs' decedent died, and decedent's beneficiaries, survivors, and heirs have incurred funeral, burial, travel, and related expenses and property damage, according to proof.

## FIRST CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY – DESIGN DEFECT

### (All Defendants)

48.     Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

8

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

49.    Plaintiff is informed and believes, and based thereon alleges that, at all relevant times alleged herein, Defendants designed, developed, manufactured, tested, packaged, promoted, marketed, distributed, labeled, implanted and/or sold the SNF for treatment of a lower extremity DVT.

50.    The device implanted in Decedent was in a condition unreasonably dangerous at the time they left the control of Defendants.

51.    The device implanted in Decedent was expected to, and did, reach its intended consumer without substantial change in the condition in which it was in when it left Defendants' possession. In the alternative, any changes that were made to the device implanted in Decedent were reasonably foreseeable to Defendants.

52.    The SNF was defective in design and unreasonably dangerous at the time they left the control of Defendants, because it failed to perform as safely as an ordinary consumer would expect when used as intended or in a manner reasonably foreseeable, and because the foreseeable risks of these devices exceeded any benefits associated with their use.

53.    At the time Defendants placed the filters, including the device implanted in Decedent, into the stream of commerce and/or implanted it, safer alternative designs and/or methods were commercially, technologically, and scientifically attainable and feasible.

54.    The SNF device was used in a manner that was reasonably foreseeable to Defendants.

55.    Decedent could not have by the exercise of reasonable care discovered the defective condition or perceived the unreasonable dangers with these devices prior to Decedent's implantation of the device.

56.    As a proximate result of Defendants' design, manufacture, marketing, sale, implantation, and/or distribution of the SNF, Decedent and his heirs, including Plaintiff, suffered injuries, death, and damages as alleged herein.

## SECOND CAUSE OF ACTION

## STRICT LIABILITY IN TORT – FAILURE TO WARN

### (All Defendants)

57.    Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

58.    Defendants designed and/or manufactured the SNF and implanted it in Decedent.

9

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

59.     Defendants also engaged in post-market surveillance, quality control, marketing, use and distribution of the SNF.

60.     At the time the SNF was implanted in Decedent, Defendants knew or it was knowable that the it posed a significant and high risk of failure, including for fracture, migration, tilting, thrombosis, migration, perforation, tilt, and pulmonary embolism and that these failures were resulting in serious patient injuries and death.

61.     At the time the SNF was implanted in Decedent, Defendants knew or it was knowable to them that the SNF increased the risk of pulmonary emboli, that use of these filters did not improve patient outcomes, and that the longer these filters were left implanted increased the likelihood of device failure and resulting injury.

62.     The SNF implanted in Decedent was in a defective condition that was unreasonably and substantially dangerous to any user or consumer implanted with such filter, when used in an intended and reasonably foreseeable way. Such ordinary consumers, including Decedent, would not and could not have recognized or discovered the potential risks and side effects of the device, as set forth herein.

63.     Defendants failed to provide adequate warnings or instructions for use to Decedent regarding the above-described risks and side-effects of the SNF, whether as to existence of the risk, its likelihood, severity, or the comparative risk to other products and/or methods.

64.     The SNF warnings, labels, forms and/or instructions for use provided by Defendants to Decedent were inaccurate, intentionally misleading, and misinformed and misrepresented the risks and benefits and lack of safety and efficacy associated with the device.

65.     The device implanted in Decedent was expected to and did reach him without substantial change in condition, labeling, or warnings as manufactured, distributed, implanted and/or sold by Defendants.

66.     The SNF implanted in Decedent was used in a manner in which it was intended to be used, making such use reasonably foreseeable to Defendants.

67.     The above described failure by Defendants, to provide adequate warnings about the SNF to Decedent was a substantial factor in causing Plaintiff's injuries and damages, and Decedent's ultimate death, as described herein.

10

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

68.    The physicians who prescribed the SNF to Decedent should not have prescribed it without providing adequate warnings, as described above. Defendants should have passed this risk information on to Decedent as part of the informed consent process, and if they had, Decedent would not have consented to the use of this device.

69.    As a direct and proximate result of Defendants' calculated and reprehensible conduct, Decedent and his heirs, including Plaintiff herein, suffered catastrophic injuries, death and damages as alleged herein.

## THIRD CAUSE OF ACTION

### NEGLIGENCE

#### (All Defendants)

70.    Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

71.    Plaintiff is informed and believes, and based thereon allege that, at all relevant times alleged herein, Defendants were negligent in marketing, designing, manufacturing, producing, supplying, inspecting, testing, selling, implanting, and/or distributing the SNF in one or more of the following respects:

- In failing to warn Decedent of the hazards associated with the use of the SNF;
- Designing and distributing a product in which Defendants knew or should have known that the likelihood and severity of potential harm from the product exceeded the burden of taking safety measures to reduce or avoid harm;
- Designing and distributing a product in which they knew or should have known that the likelihood and severity of potential harm from the product exceeded the likelihood of potential harm from other devices and treatment options available for the same purpose;
- Failing to use reasonable care to warn or instruct Decedent about the filter's substantially dangerous condition or about facts making the products likely to be dangerous;
- Failing to recall, retrofit, or provide adequate notice of such actions to Decedent;
- Failing to provide adequate instructions, guidelines, and safety precautions, including pre and post-sale, to those persons to whom it was reasonably foreseeable would have the device implanted;

11

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Doc# 1 Page# 11 - Doc ID = 1676225341 - Doc Type = OTHER

(Page 12 of 28)

Case 2:15-md-02641-DGC Document 13206-3 Filed 11/01/18 Page 64 of 174
Case 2:17-cv-00579-DGC Document 12-2 Filed 11/07/18 Page 12 of 22

- Advertising, marketing and recommending the use of the SNF, while concealing and failing to disclose or warn of the dangers known by Defendants to be connected with and inherent in the use of this filter system;

- Representing that the SNF was safe for its intended use when, in fact, Defendants knew and should have known the products were not safe for their intended uses;

- Continuing to manufacture, sell and/or implant the device with the knowledge that said product was dangerous and not reasonably safe, and failing to comply with good manufacturing regulations;

- Failing to use reasonable and prudent care in the design, research, manufacture, and development of the SNF so as to avoid the risk of serious harm associated with the use of it;

- Advertising, marketing, promoting, implanting, and/or selling the filter for uses other than as approved and indicated in the product's label;

- Failing the design and manufacture so as to present an unreasonable risk of the device's perforating the vena cava wall;

- Failing to act like reasonably prudent Defendants under similar circumstances.

72. Each and all of these acts and omissions, taken singularly or in combination, were a proximate cause of the injuries, damages and death sustained by Decedent and his heirs, including Plaintiff herein.

73. Plaintiff is informed and believes, and based thereon allege that, at all relevant times alleged herein, Defendants knew or should have known that filters were unreasonably dangerous and defective when put to their reasonably anticipated use.

74. Plaintiff is informed and believes, and based thereon allege that, as a direct and proximate result of Defendants' negligence in one or more of the aforementioned ways, the SNF was implanted into Decedent and directly and proximately caused Decedent's ultimate death.

75. Plaintiff is informed and believes, and based thereon allege that, Plaintiff and Decedent, and his heirs, were caused to suffer damages as alleged herein.

///

12

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Doc# 1 Page# 12 - Doc ID = 1676225341 - Doc Type = OTHER

(Page 13 of 28)

Case 2:15-md-02641-DGC Document 13206-3 Filed 11/01/18 Page 65 of 174
Case 2:17-cv-00579-DGC Document 3-2 Filed 01/18/17 Page 13 of 22

1
2
3

## FOURTH CAUSE OF ACTION

### BREACH OF EXPRESS WARRANTY

#### (All Defendants)

4     76.     Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

5     77.     Plaintiff is informed and believes, and based thereon allege that, at all relevant times

6     alleged herein, Defendants expressly warranted, through direct-to-consumer marketing, advertisements,

7     labels, and consent forms that the SNF was safe and effective for its reasonably anticipated uses.

8     78.     Plaintiff is informed and believes, and based thereon allege that, at all relevant times

9     alleged herein, the SNF did not conform to these express representations because it caused serious injury

10    and death by perforating the vena cava and causing Decedent's death.

11    79.     As a direct and proximate result of the Defendants' breach of warranty, Decedent

12    underwent implantation of said device, as aforesaid, and the device directly and proximately caused his

13    death, causing Decedent and his heirs, including Plaintiff herein, to suffer damages, as alleged herein.

14    ## FIFTH CAUSE OF ACTION

15    ### BREACH OF IMPLIED WARRANTY

16    #### (All Defendants)

17    80.     Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

18    81.     Plaintiff is informed and believes, and based thereon allege that at the time Defendants

19    manufactured, marketed, labeled, promoted, distributed, implanted and/or sold the SNF, Defendants

20    knew of the uses for which the devices were intended, and impliedly warranted the device to be of

21    merchantable quality and safe for such use.

22    82.     Defendants breached their implied warranties of the SNF because it was not fit for their

23    common, ordinary and intended uses.

24    83.     As a direct, foreseeable and proximate result of Defendants' breaches of implied

25    warranties, Decedent underwent implantation of the SNF, as aforesaid, and the device directly and

26    proximately caused his death, causing Decedent and his heirs, including Plaintiff herein, to suffer

27    damages as set forth herein.

28    ///

13

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## SIXTH CAUSE OF ACTION

### NEGLIGENT MISREPRESENTAION

### (All Defendants)

84. Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

85. Defendants distributed, marketed and provided the labeling and warning materials distributed with the SNF that was implanted in Decedent.

86. Prior to and on the dates Defendants distributed the SNF that ultimately was implanted into Decedent, they negligently and carelessly represented to Decedent that certain material facts were true. The representations include, *inter* alia, the following:

- That the SNF filters were safe, fit, and effective for use ; and
- That the filters were safer and more effective than other available IVC filters.

87. The information distributed by Defendants to Decedent was in the form of reports, press releases, advertising campaigns, labeling materials, print advertisements, consent forms, commercial media containing material representations and instructions for use, as well as through their officers, directors, agents, and representatives.

88. Decedent's prescribing physicians reviewed these materials, conversed with the sales representatives, and discussed the labeling materials provided with these devices, prior to deciding to use the SNF in Decedent.

89. Prior to, on, and after the dates during which Decedent's filter was distributed, purchased and used, said representations about the filters to Decedent were not true, and there was no reasonable ground for believing that they were true at the times said representations were made.

90. Prior to, on, and after the dates during which Decedent's filter was purchased and used, Defendants intended that Decedent and the general medical community would rely on said representations and prescribe the SNF, which did in fact occur.

91. Defendants' fraudulent misrepresentation to Decedent was a substantial factor in his decision to consent to the use of this device. Thus, Defendants' misrepresentations were a substantial factor in causing Decedent's injuries and ultimate death, and Plaintiff's and the heirs' injuries and damages, as described herein.

14

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Doc# 1 Page# 14 - Doc ID = 1676225341 - Doc Type = OTHER

Case 2:15-md-02641-DGC Document 13206-3 Filed 11/01/18 Page 67 of 174
Case 2:17-cv-00579-DGC Document 12-2 Filed 01/18/18 Page 15 of 22
(Page 15 of 28)

## SEVENTH CAUSE OF ACTION

### FRAUD

### (All Defendants)

92. Plaintiff hereby incorporates each of the preceding paragraphs as if fully set forth herein.

93. At all times relevant to this cause, and as detailed above, Defendants intentionally provided Decedent, the medical community, and the FDA with false or inaccurate information, and/or omitted material information concerning the SNF, including but not limited to, misrepresentations regarding the following topics:

- The safety of the devices;
- The efficacy of the devices;
- The rate of failure of the devices;
- The pre-market testing of the devices; and
- The approved uses of the devices.

94. The information distributed by Defendants to the public, including Decedent, was in the form of reports, press releases, advertising campaigns, labeling materials, print advertisements, consent forms, commercial media containing material representations, and instructions for use, as well as through their officers, directors, agents, and representatives. These materials contained false and misleading material representations, which included:

- That the devices was safe, fit, and effective when used for its intended purpose or in a reasonably foreseeable manner;
- That the devices did not pose dangerous health risks in excess of those associated with the use of other similar devices;
- Failure to disclose the risk associated with perforating the vena cava and how often such risk actually occurred to date; and
- That the device was safer and more effective than other available IVC filters.

95. Defendants made the foregoing misrepresentations knowing that they were false. These materials included instructions for use and a warning document that was included in the package of the devices implanted in Decedent.

15

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

(Page 16 of 28)

Case 2:15-md-02641-DGC Document 13206-3 Filed 11/01/18 Page 68 of 174
Case 2:17-cv-00579-DGC Document 1-2 Filed 01/18/18 Page 66 of 22

96.     Defendants' purpose in making these misrepresentations was to deceive and defraud Decedent and the general medical community; to gain the confidence of Decedent; to falsely assure Decedent of the quality of the device and its fitness for use; and to induce Decedent into consenting to the implant of the SNF, all in reliance on Defendants' misrepresentations.

97.     The foregoing representations and omissions by Defendants were in fact false.

98.     Defendants acted to serve their own interests and having reasons to know consciously disregarded the substantial risk that the device could kill or significantly harm patients.

99.     In reliance upon the concealed information as well as the false representations made by Defendants, Decedent was induced to, and did use the SNF, thereby causing his injuries and ultimate death described herein.

100.    Defendants had sole access to material facts concerning the defective nature of the filter and its propensity to cause serious side effects in the form of dangerous injuries and damages and death to persons who are implanted with the device.

101.    Decedent reasonably relied upon misrepresentations made by Defendants where the concealed and misrepresented facts were critical to understanding the true dangers inherent in the use of the device.

102.    Defendants' fraudulent misrepresentation to Decedent was a substantial factor in his decision to consent to the use of this device. Thus, Defendants' misrepresentations were a substantial factor in causing Decedent's death, and Plaintiff's and heirs' injuries and damages, as described herein.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, and as appropriate to each cause of action alleged and the standing of Plaintiff as follows:

1.      Past and future general damages, the exact amount of which has yet to be ascertained, in an amount which will conform to proof at time of trial;

2.      Past and future economic and special damages according to proof at the time of trial;

3.      Loss of earnings and impaired earning capacity according to proof at the time of trial;

4.      Medical expenses, past and future, according to proof at the time of trial;

5.      For past and future mental and emotional distress, according to proof;

Doc# 1 Page# 16 - Doc ID = 1676225341 - Doc Type = OTHER

Case 2:15-md-02641-DGC Document 13206-3 Filed 11/01/18 Page 69 of 174
Case 2:17-cv-00579-DGC Document 2-3 Filed 01/18/17 Page 76 of 22174

(Page 17 of 28)

6.     Punitive or exemplary damages according to proof at the time of trial;

7.     Attorney's fees;

8.     For costs of suit incurred herein;

9.     For pre-judgment interest as provided by law; and

10.    For such other and further relief as the Court may deem just and proper.

**DATED:**   January 4, 2017          Respectfully submitted,

*Michelle Valentine*

Michelle Valentine, *in Propria Persona*

### DEMAND FOR JURY TRIAL

    Plaintiff hereby demands a jury trial on all counts in this Complaint.

**DATED:**   January 4, 2017          Respectfully submitted,

*Michelle Valentine*

Michelle Valentine, *in Propria Persona*

---

17

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-02489-DGC

Verge v. C R Bard Incorporated et al                     Date Filed: 07/26/2017
Assigned to: Judge David G Campbell                      Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                             Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                          Prod. Liability
Cause: 28:1332 Diversity-Product Liability               Jurisdiction: Diversity

**Plaintiff**

**Barbara Verge**                        represented by   **Michael T Gallagher**
                                                          Gallagher Law Firm LLP
                                                          2905 Sackett St.
                                                          Houston, TX 77098
                                                          713-222-8080
                                                          Fax: 713-222-0066
                                                          Email: donnaf@gld-law.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by   **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by    **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14474352 filed by Barbara Verge. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 07/26/2017) |
| 07/26/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-2489-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 07/26/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:22:05 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-02489-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates To: | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| Barbara Verge | |
| Civil Case # _____ | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.      Plaintiff/Deceased Party:

Barbara Verge

2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098
(713) 222-8080

4.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

New York

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New York

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New York

7.      District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of New York

8.      Defendants (check Defendants against whom Complaint is made):

     √      C.R. Bard Inc.

     √      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

     √      Diversity of Citizenship

     ☐      Other: _____

     a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

     ☐      Recovery® Vena Cava Filter

□ G2® Vena Cava Filter

□ G2® Express (G2®X) Vena Cava Filter

□ Eclipse® Vena Cava Filter

□ Meridian® Vena Cava Filter

□ Denali® Vena Cava Filter

Other:  Simon Nitinol

11. Date of Implantation as to each product:

March 11, 2003

12. Counts in the Master Complaint brought by Plaintiff(s):

&radic; Count I: Strict Products Liability – Manufacturing Defect

&radic; Count II: Strict Products Liability – Information Defect (Failure to Warn)

&radic; Count III: Strict Products Liability – Design Defect

&radic; Count IV: Negligence - Design

&radic; Count V: Negligence - Manufacture

&radic; Count VI: Negligence – Failure to Recall/Retrofit

&radic; Count VII: Negligence – Failure to Warn

&radic; Count VIII: Negligent Misrepresentation

&radic; Count IX: Negligence *Per Se*

&radic; Count X: Breach of Express Warranty

&radic; Count XI: Breach of Implied Warranty

&radic; Count XII: Fraudulent Misrepresentation

&radic; Count XIII: Fraudulent Concealment

√   Count XIV:    Violations of Applicable _____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:    Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

√   Punitive Damages

☐   Other(s):    _____ (please state the facts supporting this

Count in the space immediately below)

_____

_____

_____

_____

_____

Dated:  July 26, 2017                    Respectfully submitted,

                                         /s/ Michael T. Gallagher
                                         Michael T. Gallagher
                                         Federal ID: 5395
                                         The Gallagher Law Firm
                                         2905 Sackett Street
                                         Houston, Texas 77098
                                         (713) 222-8080
                                         (713) 222-0066 - Facsimile
                                         donnaf@gld-law.com

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-01062-DGC

Wadoud v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/10/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Raheemah Abdul Wadoud**                represented by    **Douglass Alan Kreis**
                                                          Aylstock Witkin Kreis & Overholtz
                                                          PLLC
                                                          17 E Main St., Ste. 200
                                                          Pensacola, FL 32502
                                                          850-202-1010
                                                          Fax: 850-916-7449
                                                          Email: dkreis@awkolaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                represented by    **Richard B North , Jr**
                                                          Nelson Mullins Riley & Scarborough
                                                          LLC - Atlanta, GA
                                                          Atlantic Station
                                                          201 17th St. NW, Ste. 1700
                                                          Atlanta, GA 30363
                                                          404-322-6000
                                                          Fax: 404-322-6050
                                                          Email:
                                                          richard.north@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**             represented by    **Richard B North , Jr**
**Incorporated**                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14109131 filed by Raheemah Abdul Wadoud. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 04/10/2017) |
| 04/10/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-1062-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 04/10/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:23:06 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-01062-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

MDL Case No. 2:15-MD-02641-DGC

This Document Relates to:

Individual Civil Case #_____

RAHEEMAH ABDUL WADOUD, Plaintiff

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: Raheemah Abdul Wadoud

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Michigan

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: Texas

7. District Court and Division in which venue would be proper absent direct filing: Texas Northern District Court

8.    Defendants (Check Defendants against whom Complaint is made):

      ☒C.R. Bard Inc.
      ☒Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

      ☒Diversity of Citizenship
      ☐Other:_____

      a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

      _____

      _____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
      (Check applicable Inferior Vena Cava Filter(s)):

      ☐Recovery® Vena Cava Filter
      ☐G2® Vena Cava Filter
      ☐G2® Express Vena Cava Filter
      ☐G2® X Vena Cava Filter
      ☐Eclipse® Vena Cava Filter
      ☐Meridian® Vena Cava Filter
      ☐Denali® Vena Cava Filter
      ☒Other:_Simon Nitinol_____

11.   Date of Implantation as to each product: 6/14/2005_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

      ☒Count I: Strict Products Liability – Manufacturing Defect
      ☒Count II: Strict Products Liability – Information Defect (Failure to Warn)
      ☒Count III: Strict Products Liability – Design Defect
      ☒Count IV: Negligence - Design
      ☒Count V: Negligence – Manufacture
      ☒Count VI: Negligence – Failure to Recall/Retrofit
      ☒Count VII: Negligence – Failure to Warn
      ☒Count VIII: Negligent Misrepresentation
      ☒Count IX: Negligence *Per Se*
      ☒Count X: Breach of Express Warranty
      ☒Count XI: Breach if Implied Warranty
      ☒Count XII: Fraudulent Misrepresentation

☒Count XIII: Fraudulent Concealment

☒Count XIV: Violations of Applicable _____Michigan_____ (insert State)Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐Count XV: Loss of Consortium

☐Count XVI: Wrongful Death

☐Count XVII: Survival

☒Punitive Damages

☐Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13. Jury Trial demanded for all issues so triable?
   ☒Yes

   ☐No

RESPECTFULLY SUBMITTED this 10th day of April, 2017.

                              Douglass A. Kreis
                              Aylstock, Witkin, Kreis & Overholtz, PLLC
                              17 East Main Street, Suite 200
                              Pensacola, FL 32502
                              Telephone: 850-202-1010
                              Facsimile: 850-916-7449
                              Email: DKreis@awkolaw.com

                              By:/s/ Douglass A. Kreis_____

     I hereby certify that on this ___10th___ day of ___April___, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                              /s/ Douglass A. Kreis_____

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-02820-DGC

Walker v. C R Bard Incorporated et al
Assigned to: Senior Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/10/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Roy Walker**                          represented by  **Andrew F Kirkendall**
                                                        Kirkendall Dwyer LLP
                                                        4343 Sigma Rd., Ste. 200
                                                        Dallas, TX 75248
                                                        214-271-4027
                                                        Fax: 214-253-0629
                                                        Email:
                                                        akirkendall@kirkendalldwyer.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by  **Richard B North , Jr**
                                                        Nelson Mullins Riley & Scarborough
                                                        LLC - Atlanta, GA
                                                        Atlantic Station
                                                        201 17th St. NW, Ste. 1700
                                                        Atlanta, GA 30363
                                                        404-322-6000
                                                        Fax: 404-322-6050
                                                        Email:
                                                        richard.north@nelsonmullins.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**            represented by  **Richard B North , Jr**
**Incorporated**                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15936486 filed by Roy Walker. (Attachments: # 1 Civil Cover Sheet)(SLQ) (Entered: 09/10/2018) |
| 09/10/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-02820-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 09/10/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:23:58 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02820-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT**
**FOR DAMAGES FOR INDIVIDUAL**
**CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

Roy Walker

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
N/A

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

Georgia

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

Georgia

6. Plaintiff's current state(s) of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

The Savannah Division of the Southern District of Georgia

8. Defendants (check Defendants against whom Complaint is made):

[ ] C.R. Bard Inc.

[x] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

[x] Diversity of Citizenship

[ ] Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

[ ] Recovery® Vena Cava Filter

[x] G2® Vena Cava Filter

[ ] G2® Express (G2®X) Vena Cava Filter

[ ] Eclipse® Vena Cava Filter

[ ] Meridian® Vena Cava Filter

[ ] Denali® Vena Cava Filter

[x] Other: <u>Simon Nitinol</u>

11. Date of Implantation as to each product:

03/07/2008 for both filters

12. Counts in the Master Complaint brought by Plaintiff(s):

[x] Count I: Strict Products Liability - Manufacturing Defect

[x] Count II: Strict Products Liability - Information Defect (Failure to Warn)

[x] Count III: Strict Products Liability - Design Defect

[x] Count IV: Negligence - Design

[x] Count V: Negligence - Manufacture

[x] Count VI: Negligence - Failure to Recall/Retrofit

[x] Count VII: Negligence - Failure to Warn

[x] Count VIII: Negligent Misrepresentation

[x] Count IX: Negligence *Per Se*

[x] Count X: Breach of Express Warranty

[x] Count XI: Breach of Implied Warranty

[x] Count XII: Fraudulent Misrepresentation

[x] Count XIII: Fraudulent Concealment

[x] Count XIV: Violations of Applicable <u>GA</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

[ ] Count XV: Loss of Consortium

[ ] Count XVI: Wrongful Death

[ ] Count XVII: Survival

[x] Punitive Damages

[ ] Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

13. Jury Trial demanded for all issues so triable?

[x] Yes

[ ] No

RESPECTFULLY SUBMITTED this 10th day of September, 2018.

By: <u>/s/ Andrew F. Kirkendall</u>

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

Certificate of Service

I hereby certify that on this 10th day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Dated: September 10, 2018

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00446-DGC

Weinsheimer v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/08/2018
Jury Demand: None
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**James Weinsheimer**

represented by **Bobby Saadian**
Wilshire Law Firm PLC
3055 Wilshire Blvd., 12th Fl.
Los Angeles, CA 90010
213-381-9988
Fax: 213-381-9989
Email: masstorts@wilshirelawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**

represented by **Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**

represented by **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15145615 filed by James Weinsheimer. (Attachments: # 1 Civil Cover Sheet)(KAS) (Entered: 02/08/2018) |
| 02/08/2018 | | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-00446-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KAS) (Entered: 02/08/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:24:38 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-00446-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   JAMES WEINSHEIMER
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania
_____

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania
_____

7.   District Court and Division in which venue would be proper absent direct filing:

Middle District of Pennsylvania
_____

8.   Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☑    Other:   Simon Nitinol

11.    Date of Implantation as to each product:

     11/14/2011

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Manufacturing Defect

☑    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:      Strict Products Liability – Design Defect

☑    Count IV:      Negligence - Design

☑    Count V:      Negligence - Manufacture

☑    Count VI:      Negligence – Failure to Recall/Retrofit

☑    Count VII:      Negligence – Failure to Warn

☑    Count VIII:      Negligent Misrepresentation

☑    Count IX:      Negligence *Per Se*

☑    Count X:      Breach of Express Warranty

☑    Count XI:      Breach of Implied Warranty

☑    Count XII:      Fraudulent Misrepresentation

1    ☑  Count XIII:   Fraudulent Concealment

2    ☑  Count XIV:   Violations of Applicable __Pennsylvania__ (insert state)

3        Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4        Practices

5    ☐  Count XV:    Loss of Consortium

6    ☐  Count XVI:   Wrongful Death

7    ☐  Count XVII:  Survival

8    ☑  Punitive Damages

9    ☐  Other(s):   _____ (please state the facts supporting

10       this Count in the space immediately below)

11       _____

12       _____

13       _____

14       _____

15       _____

RESPECTFULLY SUBMITTED this 7th day of February, 2018.

**WILSHIRE LAW FIRM, PLC**

By: _/s/ Bobby Saadian_
Bobby Saadian, Esq.
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
(213)381-9988
masstorts@wilshirelawfirm.com
California State Bar No. 250377

*Attorney for Plaintiffs*

I hereby certify that on this 7th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Bobby Saadian*

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00444-DGC

Wetzell et al v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/13/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Horace Wetzell**                    represented by    **Michael T Gallagher**
                                                        Gallagher Law Firm LLP
                                                        2905 Sackett St.
                                                        Houston, TX 77098
                                                        713-222-8080
                                                        Fax: 713-222-0066
                                                        Email: donnaf@gld-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carole Wetzell**                    represented by    **Michael T Gallagher**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**             represented by    **Richard B North , Jr**
                                                        Nelson Mullins Riley & Scarborough
                                                        LLC - Atlanta, GA
                                                        Atlantic Station
                                                        201 17th St. NW, Ste. 1700
                                                        Atlanta, GA 30363
                                                        404-322-6000
                                                        Fax: 404-322-6050
                                                        Email:
                                                        richard.north@nelsonmullins.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**       represented by   **Richard B North , Jr**
**Incorporated**                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/13/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13912279 filed by Horace Wetzell, Carole Wetzell. (Attachments: # 1 Civil Cover Sheet) (LSP) (Entered: 02/13/2017) |
| 02/13/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-0444-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 02/13/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:25:24 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** 2:17-cv-00444-DGC |
| **Billable Pages:** | 1 | **Cost:** 0.10 |

Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
|---|---|
| This Document Relates To: | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| Horace Wetzell | |
| Civil Case # _____ | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Horace Wetzell

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Carole Wetzell

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Ohio

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Ohio

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Ohio

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Ohio

8.  Defendants (check Defendants against whom Complaint is made):

    √   C.R. Bard Inc.

    √   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    √   Diversity of Citizenship

    □   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    □   Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

    Other:  Simon Nitinol

11.    Date of Implantation as to each product:

    _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

√    Count I:    Strict Products Liability – Manufacturing Defect

√    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

√    Count III:    Strict Products Liability – Design Defect

√    Count IV:    Negligence - Design

√    Count V:    Negligence - Manufacture

√    Count VI:    Negligence – Failure to Recall/Retrofit

√    Count VII:    Negligence – Failure to Warn

√    Count VIII:    Negligent Misrepresentation

√    Count IX:    Negligence *Per Se*

√    Count X:    Breach of Express Warranty

√    Count XI:    Breach of Implied Warranty

√    Count XII:    Fraudulent Misrepresentation

√    Count XIII:    Fraudulent Concealment

√     Count XIV:    Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

√     Count XV:     Loss of Consortium

☐     Count XVI:    Wrongful Death

☐     Count XVII:   Survival

☐     Punitive Damages

☐     Other(s):      _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

Dated: February 13, 2017            Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00213-DGC

Wiggins v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/22/2018
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Elvenia Wiggins**                     represented by   **Debra J Humphrey**
                                                         Marc J Bern & Associates LLP
                                                         60 E 42nd St., Ste. 950
                                                         New York, NY 10165
                                                         212-702-5000
                                                         Fax: 212-818-0164
                                                         Email: dhumphrey@bernllp.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**               represented by   **Richard B North , Jr**
                                                         Nelson Mullins Riley & Scarborough
                                                         LLC - Atlanta, GA
                                                         Atlantic Station
                                                         201 17th St. NW, Ste. 1700
                                                         Atlanta, GA 30363
                                                         404-322-6000
                                                         Fax: 404-322-6050
                                                         Email:
                                                         richard.north@nelsonmullins.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular
Incorporated**                          represented by   **Richard B North , Jr**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/22/2018 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-15078000 filed by Elvenia Wiggins. (Attachments: # 1 Civil Cover Sheet)(KAS) (Entered: 01/22/2018) |
| 01/22/2018 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-18-213-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KAS) (Entered: 01/22/2018) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:26:21 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-00213-DGC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No.

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Elvenia Wiggins

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Oklahoma

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Oklahoma

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Middle District of Oklahoma

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation _____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

☐    G2®Express(G2®X)VenaCavaFilter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali®VenaCavaFilter

☑    Other: <u>BARD Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>October 11, 2013</u>

12.    Counts in the Master Complaint brought byPlaintiff(s):

☑    Count I:    Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable <u>North Carolina </u>(insert state)
Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade
Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____(please state the facts supporting
this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 22nd day of January 2018.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

    *Attorneys for Plaintiff(s)*

I hereby certify that on this 22nd day of January 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ Debra J. Humphrey*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Elvenia Wiggins

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant**(s): **C.R. Bard, Inc. ; Bard Peripheral Vascular, Inc.**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Debra J. Humphrey
2 MARC J. BERN & PARTNERS LLP
60 East 42nd St., Suite 950
New York, New York  10165
(212) 702-5000**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:          **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

                    Plaintiff:-**2 Citizen of Another State**
                    Defendant:-**4 AZ corp or Principal place of Bus. in AZ**

IV. Origin :                        **6. Multidistrict Litigation**

V. Nature of Suit:                  **367 Health Care/Pharmaceutical Personal Injury Product Liability**

VI.Cause of Action:                 **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

VII. Requested in Complaint
          Class Action:**No**
          Dollar Demand:
          Jury Demand:**Yes**

VIII. This case **IS RELATED** to Case Number **MDL No. 2641** assigned to Judge **David G. Campbell.**

---

**Signature:** <u>**Debra J. Humphrey**</u>

**Date:** <u>**1/22/2018**</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03483-DGC

Will v. C R Bard Incorporated et al                Date Filed: 10/04/2017
Assigned to: Judge David G Campbell               Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                      Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                   Prod. Liability
Cause: 28:1332 Diversity-Product Liability        Jurisdiction: Diversity

**Plaintiff**

**Anne Will**                    represented by   **Calle M Mendenhall**
                                                  Farris Riley & Pitt LLP
                                                  505 20th St. N, Ste. 1700
                                                  Birmingham, AL 35203
                                                  205-324-1212
                                                  Fax: 205-324-1255
                                                  Email: cmendenhall@frplegal.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **David P Matthews**
                                                  Matthews & Associates
                                                  2905 Sackett St.
                                                  Houston, TX 77098
                                                  713-522-5250
                                                  Fax: 713-535-7184
                                                  Email: dmatthews@dmlawfirm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Richard Arthur Freese**
                                                  Freese & Goss PLLC
                                                  1901 6th Ave. Ste. 3120
                                                  Birmingham, AL 35203
                                                  205-871-4144
                                                  Fax: 205-871-4104
                                                  Email: rich@freeseandgoss.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**           represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**              represented by   **Richard B North , Jr**
**Incorporated**                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14724087 filed by Anne Will. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/05/2017) |
| 10/04/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3483-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/05/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/30/2018 12:27:11 | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03483-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.      Plaintiff/Deceased Party:

        Anne Will _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

PA

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

NY

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

NY

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Eastern District of NY

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

    a.      Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

 

 

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☒    Other:  Simon Nitinol (Permanent)

11.    Date of Implantation as to each product:

08/29/2005

 

12.    Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:      Strict Products Liability – Manufacturing Defect

    ☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable __NY____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____ __

_____

_____

_____

_____ _____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this 4th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
        David P. Matthews
        2905 Sackett St.
        Houston, TX 77098

**FREESE & GOSS, PLLC**
        Richard Freese
        Calle M. Mendenhall
        FREESE & GOSS, PLLC
        1901 6th Ave N. Ste. 3120
        Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 4th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
        David P. Matthews

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:17-cv-03727-DGC

Williams v. C R Bard Incorporated et al                Date Filed: 10/12/2017
Assigned to: Judge David G Campbell                    Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                           Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                        Prod. Liability
Cause: 28:1332 Diversity-Product Liability             Jurisdiction: Diversity

**Plaintiff**

**Prencilla Williams**              represented by   **Calle M Mendenhall**
                                                    Farris Riley & Pitt LLP
                                                    505 20th St. N, Ste. 1700
                                                    Birmingham, AL 35203
                                                    205-324-1212
                                                    Fax: 205-324-1255
                                                    Email: cmendenhall@frplegal.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David P Matthews**
                                                    Matthews & Associates
                                                    2905 Sackett St.
                                                    Houston, TX 77098
                                                    713-522-5250
                                                    Fax: 713-535-7184
                                                    Email: dmatthews@dmlawfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Richard Arthur Freese**
                                                    Freese & Goss PLLC
                                                    1901 6th Ave. Ste. 3120
                                                    Birmingham, AL 35203
                                                    205-871-4144
                                                    Fax: 205-871-4104
                                                    Email: rich@freeseandgoss.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**              represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                   represented by   **Richard B North , Jr**
**Incorporated**                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14750539 filed by Prencilla Williams. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/12/2017) |
| 10/12/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3727-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/12/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:28:06 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03727-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
| --- | --- |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows :

1.    Plaintiff/Deceased Party:

Prencilla Williams

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

AL

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

AL

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

AL

7. District Court and Division in which venue would be proper absent direct filing:

USDC, Southern District of Alabama – Southern Division

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter (s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☒    Other:  Simon Nitinol Vena Cava Filter

11.    Date of Implantation as to each product:

11/03/2014

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:    Strict Products Liability – Manufacturing Defect

☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒    Count III:    Strict Products Liability – Design Defect

☒    Count IV:    Negligence - Design

☒    Count V:    Negligence - Manufacture

☒    Count VI:    Negligence – Failure to Recall/Retrofit

☒    Count VII:    Negligence – Failure to Warn

☒    Count VIII:    Negligent Misrepresentation

☒    Count IX:    Negligence *Per Se*

☒    Count X:    Breach of Express Warranty

☒    Count XI:    Breach of Implied Warranty

☒    Count XII:    Fraudulent Misrepresentation

☒    Count XIII:    Fraudulent Concealment

☒    Count XIV:    Violations of Applicable __AL__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

☒    Punitive Damages

☐    Other(s):    _____ (please state the facts sup porting this Count in the space immediately below)

_____

_____

_____

_____

_____ _____

13.     Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

RESPECTFULLY SUBMITTED this ___12th___ day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120
    Birmingham, AL 35203

*Attorneys for Plaintiff*

    I hereby certify that on this 12th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                    */s/ David P. Matthews*
                    David P. Matthews

<span style="color:green">CONSOLIDATED,MULTI-DISTRICT</span>

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03544-DGC

Winnegan v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/05/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Stephanie Winnegan**                     represented by   **Calle M Mendenhall**
Farris Riley & Pitt LLP
505 20th St. N, Ste. 1700
Birmingham, AL 35203
205-324-1212
Fax: 205-324-1255
Email: cmendenhall@frplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713-522-5250
Fax: 713-535-7184
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Freese**
Freese & Goss PLLC
1901 6th Ave. Ste. 3120
Birmingham, AL 35203
205-871-4144
Fax: 205-871-4104
Email: rich@freeseandgoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                  represented by

**Richard B North , Jr**
Nelson Mullins Riley & Scarborough
LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:
richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                      represented by   **Richard B North , Jr**
**Incorporated**                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14728337 filed by Stephanie Winnegan. (Attachments: # 1 Civil Cover Sheet)(MAP) (Entered: 10/06/2017) |
| 10/05/2017 | 2 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV-17-3544-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 10/06/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2018 12:28:43 | | | |
| **PACER Login:** | nmrs0003:4310666:0 | **Client Code:** | 000389/08373-JC30 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-03544-DGC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

1    David P. Matthews
     TX SBN: 13206200
2    MATTHEWS & ASSOCIATES
     2905 Sackett St.
3    Houston, TX 77098
     Tel. (713) 522-5250
4    Fax (713) 535-7184
     matthewsivc@thematthewslawfirm.com
5    dmatthews@thematthewslawfirm.com

6    Richard Freese
     AL Bar No. 6879-E67R
7    Calle M. Mendenhall
     AL Bar No. 7985-W37E
8    FREESE & GOSS, PLLC
     1901 6th Ave N. Ste. 3120
9    Birmingham, AL 35203
     Tel. (205) 871-4144
10   Fax (205) 871-4104
     rich@freeseandgoss.com
11   calle@freeseandgoss.com

12

     **IN THE UNITED STATES DISTRICT COURT**
13
     **FOR THE DISTRICT OF ARIZONA**
14

     IN RE BARD IVC FILTERS          No. MD-15-02641-PHX-DGC
15   PRODUCTS LIABILITY LITIGATION

16                                   **SECOND AMENDED MASTER SHORT
                                     FORM COMPLAINT FOR DAMAGES
                                     FOR INDIVIDUAL CLAIMS AND
17                                   DEMAND FOR JURY TRIAL**

18          Plaintiff(s) named below, for their Complaint against Defendants named below,

19   incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

20   Plaintiff(s) further show the Court as follows :

21          1.      Plaintiff/Deceased Party:

22                  Stephanie Winnegan

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

VA _____

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

VA _____

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

VA _____

7.  District Court and Division in which venue would be proper absent direct filing:

USDC, Eastern District of Virginia _____

8.  Defendants (check Defendants against whom Complaint is made):

☒   C.R. Bard Inc.

☒   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☒   Diversity of Citizenship

☐   Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A _____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐  Recovery® Vena Cava Filter

☐  G2® Vena Cava Filter

☐  G2® Express Vena Cava Filter

☐  G2® X Vena Cava Filter

☐  Eclipse® Vena Cava Filter

☐  Meridian® Vena Cava Filter

☐  Denali® Vena Cava Filter

☒  Other: Simon Nitinol _____

11.  Date of Implantation as to each product:

06/18/2009 _____

_____

12.  Counts in the Master Complaint brought by Plaintiff(s):

☒  Count I:  Strict Products Liability – Manufacturing Defect

☒  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

-3-

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable ___VA___ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts sup porting

this Count in the space immediately below)

_____ _____

_____

_____

_____

_____ _____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this 5th day of October, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
    David P. Matthews
    2905 Sackett St.
    Houston, TX 77098

**FREESE & GOSS, PLLC**
    Richard Freese
    Calle M. Mendenhall
    FREESE & GOSS, PLLC
    1901 6th Ave N. Ste. 3120
    Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 5th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

10/5/2017

Case 2:15-md-02641-DGC Document 1300-1 Filed 10/05/17 Page 131 of 174
Case 2:17-cv-03544-DGC Document 1-1 Filed 10/05/17 Page 1 of 2

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Stephanie Winnegan** | **Defendant**(s): **C.R. Bard Inc. ; Bard Peripheral Vascular, Inc.** |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Outside the State of Arizona | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **David P. Matthews , Attorney** **Matthews & Associates** **2905 Sackett St.** **Houston, Texas  77098** **713-522-5250** | |

II. Basis of Jurisdiction:          **4. Diversity (complete item III)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**

          Plaintiff:- **2 Citizen of Another State**
          Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin :          **6. Multidistrict Litigation**

V. Nature of Suit:          **365 Personal Injury - Product Liability**

VI.Cause of Action:          **28 U.S.C. 1332(a) - Defective Medical Device**

VII. Requested in Complaint
          Class Action:**No**
          Dollar Demand:
          Jury Demand:**Yes**

VIII. This case **IS RELATED** to Case Number **2:15-md-02641-DGC** assigned to Judge **David G. Campbell.**

10/5/2017

Case 2:15-md-02641-DGC Document 13206-3 Filed 10/04/18 Page 132 of 174
Case 2:17-cv-03544-DGC Document 1-3 Filed 10/05/17 Page 2 of 2

**Signature:** <u>/s/ David P. Matthews</u>

**Date:** <u>10/5/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-03237-DGC

Yankun v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15-md-02641-DGC
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/19/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury:
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Stephen Yankun**                          represented by   **Debra J Humphrey**
                                                             Marc J Bern & Associates LLP
                                                             60 E 42nd St., Ste. 950
                                                             New York, NY 10165
                                                             212-702-5000
                                                             Fax: 212-818-0164
                                                             Email: dhumphrey@bernllp.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                   represented by   **Richard B North , Jr**
                                                             Nelson Mullins Riley & Scarborough
                                                             LLC - Atlanta, GA
                                                             Atlantic Station
                                                             201 17th St. NW, Ste. 1700
                                                             Atlanta, GA 30363
                                                             404-322-6000
                                                             Fax: 404-322-6050
                                                             Email:
                                                             richard.north@nelsonmullins.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**                represented by   **Richard B North , Jr**
**Incorporated**                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2017 | 1 | *COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14666053 filed by Stephen Yankun. (Attachments: # 1 Civil Cover Sheet)(LSP) *Modified on 9/28/2017 to correct party name; NEF regenerated (MAP)/(SCH). (Entered: 09/19/2017) |
| 09/19/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-03237-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 09/19/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 13:45:33 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-JC30 |
| Description: | Docket Report | Search Criteria: | 2:17-cv-03237-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

     Stephen Yankun

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of

     consortium claim:

      widower

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian,

     conservator):

      N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

     the time of implant:   Massachusetts

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Massachusetts

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

  Massachusetts

7.   District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the District of Massachusetts

8.   Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

 Multi-District Litigation

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

-2-

☐     G2® Express (G2® X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☑     Other:  <u>Simon Nitinol</u>

11.    Date of Implantation as to each product:

<u>April 17, 2017</u>

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Manufacturing Defect

☑     Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑     Count III:     Strict Products Liability – Design Defect

☑     Count IV:     Negligence - Design

☑     Count V:      Negligence - Manufacture

☑     Count VI:     Negligence – Failure to Recall/Retrofit

☑     Count VII:     Negligence – Failure to Warn

☑     Count VIII:    Negligent Misrepresentation

☑     Count IX:     Negligence *Per Se*

☑     Count X:      Breach of Express Warranty

☑     Count XI:     Breach of Implied Warranty

☑     Count XII:     Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable  Massachusetts (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 19th day of September, 2017.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra J. Humphrey*
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 19th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Debra J. Humphrey*

5131774

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s): Stephen Yankun**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant(s): C.R. Bard, Inc. ; Bard Peripheral Vascular, Inc.**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Debra J. Humphrey (**Stephen Yankun**)**
**Marc J. Bern & Partners, LLP**
**60 E. 42nd Street, Suite 950**
**New York, NY 10165**
**212-702-5000**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:  **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**

Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin :  **6. Multidistrict Litigation**

V. Nature of Suit:  **367 Health Care/Pharmaceutical Personal Injury Product Liability**

VI.Cause of Action:  **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand:

Jury Demand: Yes

VIII. This case **IS RELATED** to Case Number **MDL No. 2641** assigned to Judge **David G. Campbell.**

---

**Signature:** <u>Debra J. Humphrey</u>

**Date:** <u>9/19/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

CONSOLIDATED,MULTI-DISTRICT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-02638-DGC

Zito v. C R Bard Incorporated et al                Date Filed: 08/07/2017
Assigned to: Judge David G Campbell                Jury Demand: Plaintiff
Lead case: 2:15-md-02641-DGC                       Nature of Suit: 365 Personal Injury:
Member case: (View Member Case)                    Prod. Liability
Cause: 28:1332 Diversity-Product Liability         Jurisdiction: Diversity

**Plaintiff**

**Piero J Zito**                    represented by   **Gregory Steven Spizer**
*Administrator*                                      Anapol Weiss - Philadelphia, PA
*estate of*                                          1 Logan Sq.
Pasquale Zito                                        130 N 18th St., Ste. 1600
                                                     Philadelphia, PA 19103
                                                     215-790-4578
                                                     Fax: 215-875-7722
                                                     Email: gspizer@anapolweiss.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**           represented by   **Richard B North , Jr**
                                                     Nelson Mullins Riley & Scarborough
                                                     LLC - Atlanta, GA
                                                     Atlantic Station
                                                     201 17th St. NW, Ste. 1700
                                                     Atlanta, GA 30363
                                                     404-322-6000
                                                     Fax: 404-322-6050
                                                     Email:
                                                     richard.north@nelsonmullins.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular**        represented by   **Richard B North , Jr**
**Incorporated**                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-14509462 filed by Piero J Zito. (Attachments: # 1 Civil Cover Sheet)(LSP) (Entered: 08/07/2017) |
| 08/07/2017 | 2 | This case has been assigned to the Honorable David G Campbell, with member case number: CV-17-02638-PHX-DGC. This case is included in MDL-2641. All future pleadings or documents should be filed in the Lead Case: 2:15-md-2641-DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 08/07/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2018 13:46:41 | | | |
| PACER Login: | nmrs0003:4310666:0 | Client Code: | 000389/08373-JC30 |
| Description: | Docket Report | Search Criteria: | 2:17-cv-02638-DGC |
| Billable Pages: | 1 | Cost: | 0.10 |

Gregory S. Spizer #82435
**ANAPOL WEISS**
One Logan Square
130 N. 8th Street; Suite 1600
Phone: 215-735-1130
Fax: 215-875-7722
Email: gspizer@anapolweiss.com
*Attorneys on behalf of Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Piero J. Zito, As Administrator to the<br>Estate of Pasquale Zito | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER<br>SHORT FORM COMPLAINT FOR<br>DAMAGES FOR INDIVIDUAL CLAIMS<br>AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

　　　1.　　Plaintiff/Deceased Party:

　　　　　Pasquale Zito

　　　2.　　Spousal Plaintiff/Deceased Party's spouse or other party making loss of

　　　consortium claim:

　　　　　N/A

　　　3.　　Other Plaintiff and capacity (i.e., administrator, executor, guardian,

　　　conservator):

　　　　　Piero J. Zito, Administrator

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

<u>Pennsylvania</u>

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Pennsylvania</u>

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

<u>N/A</u>

7.     District Court and Division in which venue would be proper absent direct filing:

<u>Middle District of Pennsylvania</u>

8.     Defendants (check Defendants against whom Complaint is made):

    X     C.R. Bard Inc.

    X     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

    X     Diversity of Citizenship

    ☐     Other: _____

    a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

     □      Recovery® Vena Cava Filter

     □      G2® Vena Cava Filter

     □      G2® Express Vena Cava Filter

     □      G2® X Vena Cava Filter

     □      Eclipse® Vena Cava Filter

     □      Meridian® Vena Cava Filter

     □      Denali® Vena Cava Filter

     X      Other:  Bard Simon Nitinol Filter

11.      Date of Implantation as to each product:

     September 14, 2006

12.      Counts in the Master Complaint brought by Plaintiff(s):

     X      Count I:      Strict Products Liability – Manufacturing Defect

     X      Count II:      Strict Products Liability – Information Defect (Failure to Warn)

     X      Count III:      Strict Products Liability – Design Defect

     X      Count IV:      Negligence - Design

     X      Count V:      Negligence - Manufacture

     X      Count VI:      Negligence – Failure to Recall/Retrofit

     X      Count VII:      Negligence – Failure to Warn

     X      Count VIII:      Negligent Misrepresentation

X    Count IX:    Negligence *Per Se*

X    Count X:    Breach of Express Warranty

X    Count XI:    Breach of Implied Warranty

X    Count XII:    Fraudulent Misrepresentation

X    Count XIII:    Fraudulent Concealment

X    Count XIV:    Violations of Applicable <u>Pennsylvania</u> (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

     Count XV:    Loss of Consortium

X    Count XVI:    Wrongful Death

X    Count XVII:    Survival

X    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

✓    Yes

     No

RESPECTFULLY SUBMITTED this <u>3rd</u> day of <u>August.</u>

ANAPOL WEISS

By: /s/ *Gregory S. Spizer*
  Gregory S. Spizer #82435
  **ANAPOL WEISS**
  One Logan Square
  130 N. 8th Street; Suite 1600
  *Attorney for Plaintiffs*

I hereby certify that on this <u>3rd</u> day of <u>August</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Gregory S. Spizer*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| **IN RE: BARD IVC FILTERS<br>PRODUCT LIABILITY LITIGATION** | :<br>:<br>:<br>: | **MDL DOCKET NO. 2641** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2018, a copy of Bard's Motion to Expand the Scope of MDL No. 2641 to Include Cases Involving the Simon Nitinol Filter was filed electronically via the Court's electronic filing system and served electronically via ECF, upon the following:

| | |
|---|---|
| David W Bauman, Esq.<br>Corrigan & Appelbaum<br>1926 Chouteau Ave.<br>St. Louis, MO 63103<br>Phone: 314-621-2900<br>Fax: 314-621-7607<br>Email: colin@padberglaw.com | ***Counsel for Henry Altschuh*** |
| Michael T. Gallagher<br>Gallagher Law Firm LLP<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080<br>Fax: 713-222-0066<br>Email: donnaf@gld-law.com | ***Counsel for Claus Anderson and Joan Anderson*** |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Thomas Arkle*** |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Marcia Austin*** |

| | |
|---|---|
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Tanchanika Austin*** |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Madeline Berrigan*** |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenhall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Robert Boyd*** |
| Jeff Seldomridge<br>Miller Law Firm LLC<br>108 Railroad Ave.<br>Orange, VA 22960<br>540-672-4224<br>Email: jseldomridge@millerfirmllc.com | ***Counsel for Deanna Boykin and Eugene Boykin*** |

| | |
|---|---|
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Gladys Boykin*** |
| Amy Collignon Gunn<br>Simon Law Firm<br>John C. Simon<br>800 Market St., Ste. 1700<br>314-241-2929<br>Fax: 314-241-2029<br>Email: agunn@simonlawpc.com<br>Email: jsimon@simonlawpc.com | ***Counsel for Darlene Brasfield*** |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for James Bratcher*** |
| Jeff Seldomridge<br>Miller Law Firm LLC<br>108 Railroad Ave.<br>Orange, VA 22960<br>540-672-4224<br>Email: jseldomridge@millerfirmllc.com | ***Counsel for Rebecca Bray*** |
| Karen Hope Beyea-Schroeder<br>Schroeder Law Office PLLC<br>P.O. Box 131747<br>The Woodlands, TX 77393<br>832-585-9829<br>Fax: 832-900-2120<br>Email: Karen.schroeder@schroeder-lawoffice.com | ***Counsel for Jarvis Brown, as Personal Representative of the Estate of Corrine Brown*** |
| Nicholas Farnolo<br>Napoli Shkolnik PLLC<br>400 Broadhollow Rd., Ste. 305<br>Melville, NY 11747<br>212-397-1000<br>Email: Nfarnolo@napolilaw.com | ***Counsel for Paul Brown*** |

| | |
|---|---|
| Calle M. Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenhall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | *Counsel for Eddie M. Butts* |
| Baird Brown<br>Law Offices of Baird Brown<br>3055 Wilshire Blvd., Ste. 1200<br>Los Angeles, CA 90010<br>213-487-8880<br>Fax: 213-487-8884<br>Email: bairdbrownlaw@gmail.com | *Counsel for Sandra Jean Caudle* |
| Douglas Alan Kreis<br>Aylstock Witkin Kreis & Overholtz PLLC<br>17 E Main St., Ste. 200<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email: dkreis@awkolaw.com | *Counsel for Douglas Ray Coffman* |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | *Counsel for Robert Confer* |

| | |
|---|---|
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Danielle Conyers*** |
| Michael T. Gallagher<br>Gallagher Law Firm LLP<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080<br>Fax: 713-222-0066<br>Email: donnaf@gld-law.com | ***Counsel for James Craven*** |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Mary Crawley*** |

| | |
|---|---|
| Calle M. Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenhall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com<br><br>Sheila M Bossier<br>Bossier & Associates PLLC<br>1520 N State St.<br>Jackson, MS 39202<br>601-352-5450<br>Fax: 601-352-5452<br>Email: sbossier@bossier-law.com | *Counsel for Hank Crutchfield* |
| Joseph R. Johnson<br>Babbitt & Johnson PA<br>1641 Worthington Rd., Ste. 100<br>W Palm Beach, FL 33409<br>561-684-2500<br>Fax: 561-684-6308<br>Email: jjohnson@babbitt-johnson.com | *Counsel for Florine Daniels* |
| Blair Bertram Matyszczyk<br>2345 Grand Blvd., Ste. 1925<br>Kansas City, MO 64108<br>816-523-2205<br>Fax: 816-523-8258<br>Email: blair@bertramgraf.com | *Counsel for Betsie Deane* |

| | |
|---|---|
| Nicole K H Maldonado<br>Baum Hedlund Aristei & Goldman PC<br>10940 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90024<br>310-207-3233<br>Fax: 310-207-4204<br>Email: nmaldonado@baumhedlundlaw.com | *Counsel for Vernon R. Duncan, Gena Duncan, Jeremy Duncan and LeAnn Parm* |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenhall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | *Counsel for June Elder* |
| Debra J. Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | *Counsel for Danielle L. Fenderson* |

| | |
|---|---|
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenhall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Antoinette Fucci as Personal Representative of the Estate of Pasquale Fucci*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Darlene M. Gage*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Joann Games*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Reita Gaston*** |

| | |
|---|---|
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Donna Geist*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Donna L. Goode*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for JaHazel Grayson*** |
| Craig D. Brown<br>Meyers & Flowers LLC<br>3 N 2nd St., Ste 300<br>St Charles, IL 60174<br>630-232-6333<br>Fax: 630-845-8982<br>Email: cdb@meyers-flowers.com<br><br>Kimberly M Brancato<br>Email: kb@meyers-flowers.com | ***Counsel for Mary Griffin*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Rebecca Hall*** |

| | |
|---|---|
| Michael T Gallagher<br>Gallagher Law Firm LLP<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080<br>Fax: 713-222-0666<br>Email: donnaf@gld-law.com | ***Counsel for Brad Herod*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Marlon Holmes*** |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Billy R. Hughes, Sr.*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Mary C. Irons*** |

| | |
|---|---|
| David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Ruby Jackson*** |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Donald Johnson*** |

| | |
|---|---|
| Oluwaseun Adetoun Adeyemi<br>Roxell Richards Law Firm<br>6420 Richmond Ave., Ste. 135<br>Houston, TX 77057<br>713-974-0388<br>Fax: 713-974-0003<br>Email: masstorts@roxellrichards.com<br>Roxell Ann Richards<br>Email: rr@roxellrichards.com | ***Counsel for Karen Kidwell*** |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Elizabeth A. Kristoff*** |

| | |
|---|---|
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Bernard G. Kustra*** |
| Karen Hope Beyea-Schroeder<br>Schroeder Law Office PLLC<br>P.O. Box 131747<br>The Woodlands, TX 77393<br>832-585-9829<br>Fax: 832-900-2120<br>Email: Karen.schroeder@schroeder-lawoffice.com<br><br>Riley L Burnett, Jr.<br>Burnett Law Firm<br>3737 Buffalo Speedway, 18th Fl.<br>Houston, TX 77098<br>832-413-4410<br>Fax: RBurnett@BurnettLaw.com | ***Counsel for Rosemarie Maggiacomo-Sackler*** |

| | |
|---|---|
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Terry J. Mahoney*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Ronald Marshall*** |

| | |
|---|---|
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | *Counsel for Mashell McDaniel-Meeks* |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | *Counsel for Lenora McMorris* |

| | |
|---|---|
| David M. Langevin<br>McSweeney Langevin LLC<br>2116 2nd Ave. S<br>Minneapolis, MN 55404<br>612-746-4646<br>Email: dave@westrikeback.com<br><br>Rhett A McSweeney<br>Fax: 612-454-2678<br>Email: ram@westrikeback.com | *Counsel for Timothy Miller* |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | *Counsel for Eugene Neal* |
| Michael T Gallagher<br>Gallagher Law Firm LLP<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080<br>Fax: 713-222-0066 | *Counsel for Christina ODell* |
| Bobby Saadian<br>Wilshire Law Firm PLC<br>3055 Wilshire Blvd., 12th Fl.<br>Los Angeles, CA 90010<br>213-381-9988<br>Fax: 213-381-9989<br>Email: masstorts@wilshirelawfirm.com | *Counsel for John Olim* |

| | |
|---|---|
| Adam Tal Funk<br>Branch Law Firm<br>2025 Rio Gande Blvd. NW<br>Albuquerque, NM 87104<br>505-243-3500<br>Fax: 505-243-3534<br>Email: afund@branchlawfirm.com<br><br>Craig D Brown<br>Meyers & Flowers LLC<br>3 N 2nd St., Ste. 300<br>St Charles, IL 60174<br>630-232-6333<br>Fax: 630-845-8982<br>Email: cdb@meyers-flowers.com<br><br>Kimberly M Brancato<br>Email: kb@meyers-flowers.com | ***Counsel for Charlene Pedersen*** |
| Nathaniel Scearcy<br>Potts Law Firm<br>1901 W 47th Pl., Ste. 210<br>Westwood, KS 66205<br>816-931-2230<br>Fax: 816-931-7030<br>Email: nscearcy@potts-law.com<br><br>Patricia Lynn Campbell<br>Email: tricia@lelaw.com | ***Counsel for Tracy Pirl*** |
| Roopal P Luhana<br>Chaffin Luhana LLP – New York, NY<br>600 3rd Ave., 12th Fl.<br>New York, NY 10016<br>347-269-4465<br>Fax: 888-499-1123<br>Email: luhana@chaffinluhana.com | ***Counsel for Mary Grace Rosenberger and Peter Rosenberger*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Mike Sackal*** |

| | |
|---|---|
| Nicole K H Maldonado<br>Baum Hedlund Aristei & Goldman PC<br>10940 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90024<br>310-207-3233<br>Fax: 310-207-4204<br>Email: nmaldonado@baumhedlundlaw.com | ***Counsel for Danny M. Salmon, Mildred "Kay" Salmon and Rodney D. Salmon as Adult Son*** |
| Peyton P Murphy<br>Murphy Law Firm<br>2354 Acadian Thruway<br>Baton Rouge, LA 70808<br>225-928-8800<br>Fax: 225-246-8780<br>Email: Peyton@MurphyLawFirm.com<br><br>Todd C Comeaux<br>Todd C Comeaux<br>4880 Bluebonnet Blvd., Ste. A<br>Baton Rouge, LA 70809<br>225-706-9000<br>Fax: 225-706-9001<br>Email: TC@ComeauxLawFirm.com | ***Counsel for Debra J Savage-Mykel*** |
| Eric M Terry<br>TorHoerman Law LLC – Edwardsville, IL<br>210 S Main St.<br>Edwardsville, IL 62025<br>618-656-4400<br>Fax: 618-656-4401<br>Email: eric@thlawyer.com<br><br>Tor A Hoerman<br>Email: tor@thlawyer.com | ***Counsel for Joseph Schutz*** |

| | |
|---|---|
| Peyton P Murphy<br>Murphy Law Firm<br>2354 S Acadian Thruway<br>Baton Rouge, LA 70808<br>225-928-8800<br>Fax; 225-246-8780<br>Email: Peyton@MurphyLawFirm.com<br><br>Todd C Comeaux<br>Todd C Comeaux<br>4880 Bluebonnet Blvd., Ste. A<br>Baton Rouge, LA 70809<br>225-706-9000<br>Fax: 225-706-9001<br>Email: TC@ComeauxLawFirm.com | ***Counsel for Jeffrey S. Singer*** |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Josephine E. Smith*** |

| | |
|---|---|
| Jacob Edward Levy<br>Gray & White<br>713 E Market St., Ste 200<br>Louisville, KY 40202<br>502-805-1800<br>Fax: 502-618-4059<br>Email: jlevy@kstrial.com<br>Mark Kevin Gray<br>Email: Mgray@grayandwhitelaw.com<br>Matthew Lee White<br>Email: mwhite@grayandwhitelaw.com | *Counsel for Ouida Garner, Personal Representative of the Estate of Slater Smith* |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | *Counsel for Levi Spruell* |
| Ellen A Presby<br>Nemeroff Law Firm<br>Hillcrest Twr.<br>12720 Hillcrest Rd., Ste. 700<br>Dallas, TX 75230<br>214-774-2558<br>Fax: 214-393-7897<br>Email: ellenpresby@nemerofflaw.com | *Counsel for Andrea Stith* |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | *Counsel for Roy Stith* |
| Joseph J Cappelli<br>Bern Cappelli<br>101 W Elm St., Ste 215<br>Conshohocken, PA 19428<br>610-941-4444<br>Fax: 610-941-9880<br>Email: jcappelli@bernllp.com | *Counsel for J.D. Sutton and Wanda Sutton* |

| | |
|---|---|
| Richard J Plezia<br>Richard J Plezia & Associates<br>2909 Hillcroft Ave., Ste. 575<br>Houston, TX 77057<br>713-800-1151<br>Fax: 281-602-7735<br>Email: efile@rplezialaw.com | ***Counsel for Harry Tarasi*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Bernard Taylor*** |
| Monte Bond<br>Tautfest Bond PLLC<br>5151 Beltline Rd., Ste. 1000<br>Dallas, TX 75254<br>214-617-9980<br>Fax: 214-853-4281<br>Email: mbond@tautfestbond.com | ***Counsel for Jill Tesell*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Deanna Thomas*** |
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Nicole Thomas*** |
| Bobby Saadian<br>Wilshire Law Firm PLC<br>3055 Wilshire Blvd., 12th Fl.<br>Los Angeles, CA 90010<br>213-381-9988<br>Fax: 213-381-9989<br>Email: masstorts@wilshirelawfirm.com | ***Counsel for Melissa Turner*** |

| | |
|---|---|
| Nicole K H Maldonado<br>Baum Hedlund Aristei & Goldman PC<br>10940 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90024<br>310-207-3233<br>Fax: 310-207-4204<br>Email: nmaldonado@baumhedlundlaw.com | ***Counsel for Michelle Valentine, individually and as Successor in Interest of the Estate of Scott Valentine*** |
| Michael T. Galagher<br>Gallagher Law Firm LLP<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080<br>Fax: 713-222-0066<br>Email: donnaf@gld-law.com | ***Counsel for Barbara Verge*** |
| Douglas Alan Kreis<br>Aylstock Witkin Kreis & Overholtz PLLC<br>17 E Main St., Ste. 200<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email: dkreis@awkolaw.com | ***Counsel for Raheemah Abdul Wadoud*** |
| Andrew F Kirkendall<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Ste. 200<br>Dallas, TX 75248<br>214-271-4027<br>Fax: 214-253-0629<br>Email: akirkendall@kirkendalldwyer.com | ***Counsel for Roy Walker*** |
| Bobby Saadian<br>Wilshire Law Firm PLC<br>3055 Wilshire Blvd., 12th Fl.<br>Los Angeles, CA 90010<br>213-381-9988<br>Fax: 213-381-9989<br>Email: masstorts@wilshirelawfirm.com | ***Counsel for James Weinsheimer*** |
| Michael T. Gallagher<br>Gallagher Law Firm LLP<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080<br>Fax: 713-222-0066<br>Email: donnaf@gld-law.com | ***Counsel for Horace Wetzell and Carole Wetzell*** |

| | |
|---|---|
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Elvenia Wiggins*** |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | ***Counsel for Anne Will*** |

| | |
|---|---|
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | *Counsel for Prencilla Williams* |
| Calle M Mendenhall<br>Farris Riley & Pitt LLP<br>505 20th St. N, Ste. 1700<br>Birmingham, AL 35203<br>205-324-1212<br>Fax: 205-324-1255<br>Email: cmendenall@frplegal.com<br><br>David P Matthews<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dmlawfirm.com<br><br>Richard Arthur Freese<br>Freese & Goss PLLC<br>1901 6th Ave. Ste. 3120<br>Birmingham, AL 35203<br>205-871-4144<br>Fax: 205-871-4104<br>Email: rich@freeseandgoss.com | *Counsel for Stephanie Winnegan* |

| | |
|---|---|
| Debra J Humphrey<br>Marc J Bern & Associates LLP<br>60 E 42nd St., Ste. 950<br>New York, NY 10165<br>212-702-5000<br>Fax: 212-818-0164<br>Email: dhumphrey@bernllp.com | ***Counsel for Stephen Yankun*** |
| Gregory Steven Spizer<br>Anapol Weiss – Philadelphia, PA<br>1 Logan Sq.<br>130 N 18th St., Ste. 1600<br>Philadelphia, PA 19103<br>215-790-4578<br>Fax: 215-875-7722<br>Email: gspizer@anapolweiss.com | ***Counsel for Piero J. Zito, as Administratix of the Estate of Pasquale Zito*** |
| Ramon R. Lopez<br>Lopez McHugh, LLP<br>100 Bayview Cir., Ste. 5600<br>Newport Beach, CA 92660<br>949-737-1501<br>Email: rlopez@lopezmchugh.com | ***Plaintiffs' Co-Lead/Liaison Counsel and State/Federal Liaison Counsel (MDL)*** |
| Mark S. O'Connor<br>Gallagher & Kennedy, PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016<br>602-530-8000<br>Email: mark.oconnor@gknet.com | ***Plaintiffs' Co-Lead/Liaison Counsel and State/Federal Liaison Counsel (MDL)*** |
| Julia Reed Zaic<br>Heaviside Reed Zaic<br>312 Broadway St., Ste. 203<br>Laguna Beach, CA 92651<br>949-715-5120<br>Email: julia@hrzlaw.com | ***Plaintiffs' Executive Committee (MDL)*** |
| Howard L. Nations<br>The Nations Law Firm<br>3131 Briarpark Dr., #208<br>Houston, TX 77042<br>713-807-8400<br>Email: charles@howardnations.com | ***Plaintiffs' Executive Committee (MDL)*** |

| | |
|---|---|
| Russell W. Budd<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave.,. Ste. 1100<br>Dallas, TX 75219<br>214-521-3605<br>Email: rbudd@baronbudd.com | ***Plaintiffs' Executive Committee (MDL)*** |
| Wendy R. Fleishman<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>250 Hudson St., 8th Floor<br>New York, NY 10013<br>212-355-9500<br>Email: wfleishman@lchb.com | ***Plaintiffs' Executive Committee (MDL)*** |

/s/ *Richard B. North, Jr.*
Richard B. North, Jr. (Georgia Bar No. 545599)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station
201 17th St. N.W., Suite 1700
Atlanta, GA  30363
Phone: (404) 322-6000
Fax: (404) 322-6050
richard.north@nelsonmullins.com

***Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.***