IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-MD-02641-DGC |
| **This Document Relates to Plaintiff** **LAURA POWERS** | Civil Case No 2:18-cv-03662-DGC **NOTICE OF FILING AMENDED SECOND AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Laura Powers respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial. Plaintiff amends the compliant to correct the Plaintiff's last name. Attached as *Exhibit A* is a copy of the Amended Complaint that indicates in which respect it differs from the previously filed complaint.

RESPECTFULLY SUBMITTED, this 2nd day of November 2018.

By: /s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Suite 2100
Houston, Texas 77098
Phone: (713) 626-9336
Facsimile: (713) 626-3394
Email: ivc@johnsonlawgroup.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 2nd day of November 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                            /s/ Clint Reed
                                            Clint Reed