IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   ~~Laura Power~~ Laura Powers

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Kansas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kansas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kansas

7. District Court and Division in which venue would be proper absent direct filing:

Kansas District Court, Kansas City

8. Defendants (check Defendants against whom Complaint is made):
   - ☑ C. R. Bard Inc.
   - ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☑ Diversity of Citizenship
   - ☑ Other: MDL 2641 Centralization

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☑ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

1    ☐ Denali® Vena Cava Filter
2    ☐ Other: _____

11. Date of Implantation as to each product:
04/27/2006
_____
_____

12. Counts in the Master Complaint brought by Plaintiff(s):
- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*
- ☑ Count X: Breach of Express Warranty
- ☑ Count XI: Breach of Implied Warranty
- ☑ Count XII: Fraudulent Misrepresentation
- ☑ Count XIII: Fraudulent Concealment
- ☑ Count XIV: Violations of Applicable __Kansas__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☑ Punitive Damages

- 3 -

☑ Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below):

Plaintiff suffers from IVC filter perforation.

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 1st day of November, 2018.

**JOHNSON LAW GROUP**

By: /s/ Clint Reed
TX Bar No. 24084674
2925 Richmond Ave.,
Suite 1700
Houston, Texas 77098
Tel: 713-626-9336
Fax: 713-626-3394

I hereby certify that on this 1st day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Clint Reed

- 4 -