IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| Dwayne Carroll,<br><br>     Plaintiff(s),<br>v.<br><br>Bard Peripheral Vascular, Inc., and<br>C.R. Bard, Inc.,<br><br>     Defendants. | Civil Action No. 2:16-cv-02384-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff(s) Dwayne Carroll.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 05, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      /s/ Douglass A. Kreis
                                      Douglass A. Kreis
                                      AYLSTOCK, WITKIN, KREIS &
                                             OVERHOLTZ, PLLC
                                      Email: DKreis@awkolaw.com
                                      17 East Main Street, Suite 200
                                      Pensacola, Florida 32502
                                      Phone: (850) 202-1010
                                      Facsimile: (850) 916-7449

                                      *Counsel for Plaintiff(s)*