IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| Esther Delois Coleman,<br><br>　　Plaintiff(s),<br>v.<br><br>Bard Peripheral Vascular, Inc., and<br>C.R. Bard, Inc.,<br><br>　　Defendants. | Civil Action No. 2:16-cv-02340-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff(s) Esther Delois Coleman.

## CERTIFICATE OF SERVICE

I hereby certify that on November 05, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

　　　　　　　　　　　　　　　　　　/s/ Douglass A. Kreis
　　　　　　　　　　　　　　　　　　Douglass A. Kreis
　　　　　　　　　　　　　　　　　　AYLSTOCK, WITKIN, KREIS &
　　　　　　　　　　　　　　　　　　　　OVERHOLTZ, PLLC
　　　　　　　　　　　　　　　　　　Email: DKreis@awkolaw.com
　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　Phone: (850) 202-1010
　　　　　　　　　　　　　　　　　　Facsimile: (850) 916-7449

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff(s)*