AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

United States District Court   District of   Arizona

| | |
|---|---|
| Karen Rocourt<br>Plaintiff (s),<br>V.<br>C. R. Bard Inc., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:2018cv01484 |

Notice is hereby given that, subject to approval by the court, __Karen Rocourt__ substitutes
(Party (s) Name)

__Robert E. Joyce__, State Bar No. __0012120336__ as counsel of record in
(Name of New Attorney)

place of __John J. Leppler__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Barry R. Glazer, LLC
Address: P. O. Box 27166, 1010 Light Street, Baltimore, Maryland 21230
Telephone: (410) 547-8568    Facsimile (410) 547-0036
E-Mail (Optional): _____

I consent to the above substitution.
Date: 10/5/2018
(Signature of Party (s))

I consent to being substituted.
Date: 10/5/2018
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/5/2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]