Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC  **UNOPPOSED MOTION TO EXTEND TIME ALLOTED FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER OVER CERTAIN TRIAL EXHIBITS** |
|---|---|

Plaintiffs submit this Unopposed Motion to Extend Time Allotted for Plaintiffs' Response to Defendants' Motion to Enforce Protective Order over Certain Trial Exhibits.

The parties agree to an extension with a due date of Friday, November 16, 2018 for Plaintiffs' response and November 30, 2016 for Defendants' reply.

RESPECTFULLY SUBMITTED this 8th day of November, 2018.

          GALLAGHER & KENNEDY, P.A.

          By:*/s/ Mark S. O'Connor*
              Mark S. O'Connor
              701 N. 44th Street
              Phoenix, Arizona 85008

          LOPEZ McHUGH LLP
              Ramon Rossi Lopez (CA Bar No. 86361)
              (admitted *pro hac vice*)
              100 Bayview Circle, Suite 5600
              Newport Beach, California 92660

          *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 8th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

               */s/ Jessica Gallentine*

2