Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF CHANGE OF ADDRESS AND FIRM NAME** |

**TO: CLERK OF COURT AND ALL OTHER PARTIES:**

I, Mark S. O'Connor, hereby provide this Notice of Change of Address and Firm Name and request the Clerk's Office to make the following changes:

Previous Information:   Mark S. O'Connor (011029)

　　　　　　　　　　　Gallagher & Kennedy, P.A.

　　　　　　　　　　　2575 East Camelback Road

　　　　　　　　　　　Phoenix, Arizona 85016-9225

　　　　　　　　　　　Phone: 602-530-8000

　　　　　　　　　　　Email: mark.oconnor@gknet.com

Current/Updated Information:   Mark S. O'Connor (011029)

　　　　　　　　　　　Beus Gilbert, PLLC

　　　　　　　　　　　701 N 44th Street

　　　　　　　　　　　Phoenix, Arizona 85008

　　　　　　　　　　　Phone: 480-429-3000

　　　　　　　　　　　Email: moconnor@beusgilbert.com

RESPECTFULLY SUBMITTED this 9th day of November 2018.

By: */s/ Mark S. O'Connor*
Mark S. O'Connor

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*