WEINSTEIN COUTURE PLLC
Brian D. Weinstein
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: brian@weinsteincouture.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

Case No. 2:15-md-02641-PHX-DGC

_____

This document relates to Plaintiff Gene Braffith

Civil Case No.  2:16-cv-03642-DGC

_____

## NOTICE OF DELIVERY

Pursuant to the Order received from Judge Campbell on October 24, 2018, please find attached as exhibits the following documents which indicate how and when Mr. Braffith received a copy of the aforementioned Order and dial-in information for the hearing:

1. Attached as **Exhibit 1** is a true and correct copy of the letter informing Mr. Braffith of this Court's Order. The letter was sent by both U.S. mail and FedEx Express on October 31, 2018.

2. Attached as **Exhibit 2** is a true and correct copy of copy of the letter from FedEx containing proof of delivery to Mr. Braffith. The letter was delivered to Mr. Braffith via FedEx on November 8, 2018.

3. Attached as **Exhibit 3** is a true and correct copy of copy of the FedEx "Airbill", which includes the tracking number referenced on the proof of delivery slip to Mr. Braffith.

4. Attached as **Exhibit 4** is a true and correct copy of the envelope and letter sent to Mr. Braffith, providing him with dial-in information for the December 4, 2018 telephonic hearing. This letter was sent via U.S. mail on November 9, 2018.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated at Seattle, Washington, this 9th day of November, 2018.

                                                          Respectfully submitted,

                                                          WEINSTEIN COUTURE PLLC

                                                          *s/ Brian D. Weinstein*              
                                                          Brian D. Weinstein
                                                          601 Union Street, Suite 2420
                                                          Seattle, Washington 98101
                                                          Phone: (206) 508-7070
                                                          Fax: (206) 237-8650
                                                          Email: brian@weinsteincouture.com
                                                          Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2018, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                              *s/ Brian D. Weinstein*_____
                                              Brian D. Weinstein

# EXHIBIT 1

T: (206) 508-7070   F: (206) 237-8650
www.weinsteincouture.com

**Weinstein Couture** PLLC

601 Union Street, Suite 2420
Seattle, Washington 98101

October 31, 2018

**VIA U.S. MAIL &
FEDEX CERTIFIED MAIL**

Mr. Gene Braffith
1714 1/2 Sequalish Street
Steilacoom, WA 98388

Dear Gene,

      Following up on the letter that Alex sent you yesterday, please see the enclosed Court Order concerning our withdrawal of counsel from your case. The Order indicates that you are <u>required to attend a telephonic (conference-call) hearing</u> on <u>December 4, 2018 at 4:00 p.m</u>. The conference call is not necessary if you have already retained other counsel. Accordingly, please let us know if you have indeed retained counsel as soon as possible so we may inform the Court. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Sara Orozco
Legal Secretary

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-2641-PHX-DGC |
| Gene Curtis Braffith,<br>Plaintiffs,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>Defendants. | No. CV-16-3642-PHX-DGC<br><br>**ORDER** |

Counsel for Plaintiff Gene Curtis Braffith has filed a motion for leave to withdraw as counsel. Doc. 12889.

**IT IS ORDERED:**

1. A telephonic hearing on Plaintiff's counsel's motion for leave to withdraw will be held on **December 4, 2018 at 4:00 p.m.** before Senior Judge David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003. Counsel for Plaintiff, **Plaintiff Gene Curtis Braffith**, and counsel for Defendants **shall** appear telephonically at the hearing. Counsel for Plaintiff shall be responsible for initiating a telephone conference to include counsel for Plaintiff, Plaintiff Gene Curtis Braffith, counsel for Defendants, and the Court. If a dial in number is to be used, counsel for

Plaintiff shall provide the dial-in number to Plaintiff Gene Curtis Braffith, counsel for Defendants, and the Court no later than December 3, 2018 at 12:00 noon.

    2.    Counsel for Plaintiff Gene Curtis Braffith shall provide a copy of this Order to Mr. Braffith on or before **November 23, 2018** and shall file a notice with the Court indicating how and when Mr. Braffith received the Order.

Dated this 24th day of October, 2018.

David G. Campbell
Senior United States District Judge

# EXHIBIT 2



November 8, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **8769-2607-7789**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature release on file | **Delivery location:** | WA |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 8, 2018 11:13 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |

NO SIGNATURE IMAGE IS AVAILABLE VIA THIS TRACKING APPLICATION.
The proof of delivery details appear below; however, no signature image is available at this time.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 8769-2607-7789 | **Ship date:** | Oct 31, 2018 |

**Recipient:**
WA US

**Shipper:**
SEA US

Thank you for choosing FedEx.

# EXHIBIT 3

**FedEx Express** — NEW Package US Airbill

FedEx Tracking Number: 8769 2607 7789

Form ID No.: 0200

Sender's Copy

**1 From** Please print and press hard.

Date: 10/31/18

Sender's Name: Sara Orozco
Phone: (206) 508-7070

Company: Weinstein Couture PLLC

Address: 601 Union St. Ste. 2420

City: Seattle   State: WA   ZIP: 98101

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Gene Braffith
Phone: ( )

Address: 1714 1/2 Sequalish St.

City: Steilacoom   State: WA   ZIP: 98388

The FedEx US Airbill has changed. See Section 4.
For shipments over 150 lbs., order the new FedEx Express Freight US Airbill.

**4 Express Package Service** *To most locations.
NOTE: Service order has changed. Please select carefully.
Packages up to 150 lbs.
For packages over 150 lbs., see the new FedEx Express Freight US Airbill.

Next Business Day:
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight

2 or 3 Business Days:
- FedEx 2Day A.M.
- FedEx 2Day
- [X] FedEx Express Saver

**5 Packaging** *Declared value limit $500.
- [X] FedEx Envelope*
- FedEx Pak*
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**
- SATURDAY Delivery
- No Signature Required
- [X] Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- Yes As per attached Shipper's Declaration
- Yes Shipper's Declaration not required
- Dry Ice, 9, UN 1845 ___ x ___ kg
- Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender Acct. No. in Section 1 will be billed.
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages: 1   Total Weight: ___ lbs.   Total Declared Value: $0.00

612

Rev. Date 11/10 • Part #163136 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY

# EXHIBIT 4



**Weinstein Couture** PLLC

601 Union Street, Suite 2420
Seattle, Washington 98101

  

Mr. Gene Braffith
1714 ½ Sequalish Street
Steilacoom, WA 98388

T: (206) 508-7070   F: (206) 237-8650
www.weinsteincouture.com

**Weinstein Couture** PLLC

601 Union Street, Suite 2420
Seattle, Washington 98101

November 9, 2018

**VIA U.S. MAIL**

Mr. Gene Braffith
1714 1/2 Sequalish Street
Steilacoom, WA 98388

Dear Mr. Braffith,

    I am writing to provide you with the call in information for the telephonic conference call hearing on December 4, 2018, at 3 P.M. PST (4 P.M. M.S.T.) in regards to the previous letter and Court Order I sent you on October 31, 2018. You can call in to the hearing at the number provided below, which will prompt you to provide the passcode also noted:

    Dial-In Number:    (866) 640-4044
    Passcode:    867270

    Enclosed is another copy of the Order for your convenience. If you have already retained other counsel, please let us know as soon as possible so that we may inform the Court and cancel the hearing. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Sara Orozco
Legal Secretary

*Enclosure*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-2641-PHX-DGC |
| Gene Curtis Braffith,<br>    Plaintiffs,<br>v.<br>C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>    Defendants. | No. CV-16-3642-PHX-DGC<br><br>**ORDER** |

Counsel for Plaintiff Gene Curtis Braffith has filed a motion for leave to withdraw as counsel. Doc. 12889.

**IT IS ORDERED:**

1. A telephonic hearing on Plaintiff's counsel's motion for leave to withdraw will be held on **December 4, 2018 at 4:00 p.m.** before Senior Judge David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003. Counsel for Plaintiff, **Plaintiff Gene Curtis Braffith**, and counsel for Defendants **shall** appear telephonically at the hearing. Counsel for Plaintiff shall be responsible for initiating a telephone conference to include counsel for Plaintiff, Plaintiff Gene Curtis Braffith, counsel for Defendants, and the Court. If a dial in number is to be used, counsel for

Plaintiff shall provide the dial-in number to Plaintiff Gene Curtis Braffith, counsel for Defendants, and the Court no later than December 3, 2018 at 12:00 noon.

2.  Counsel for Plaintiff Gene Curtis Braffith shall provide a copy of this Order to Mr. Braffith on or before **November 23, 2018** and shall file a notice with the Court indicating how and when Mr. Braffith received the Order.

Dated this 24th day of October, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge