# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>TERRY SNIDER,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. BARD and BARD PERIPHERAL VASCULAR, INC.,<br><br>        Defendants. | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Terry Snider_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not Applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Michigan

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Michigan

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Michigan

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court Northern District of West Virginia

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

 a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

Second Amended Case Management Order No. 4

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

11/29/2007_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes


☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐   No

RESPECTFULLY SUBMITTED this 13th day of November, 2018.

                                            Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 13th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                            */s/ David C. DeGreeff*