| ✏AO 435<br>(Rev. 10/05)<br>*Read Instructions on Back:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| 1. NAME<br>Kristine L. Gallardo | 2. PHONE NUMBER<br>602.382.6236 | 3. DATE<br>November 13, 2018 |
|---|---|---|

| 4. FIRM NAME<br>Snell & Wilmer L.L.P. |
|---|

| 5. MAILING ADDRESS<br>400 E. Van Buren, One Arizona Center | 6. CITY<br>Phoenix | 7. STATE<br>AZ | 8. ZIP CODE<br>85004 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:15-md-02641-DGC | 10. JUDGE<br>David Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. September 6, 2018 | 12. |

| 13. CASE NAME<br>In Re: Bard IVC Filters Product Liability Litigation | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. US District Court | 15. STATE  Arizona |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | Final Pretrial Conference | September 6, 2018 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☑ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☑ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>kgallardo@swlaw.com |
|---|---|
| 19. SIGNATURE<br>s/Kristine L. Gallardo | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE  November 13, 2018 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY