# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

Plaintiff has filed an unopposed motion to extend time allotted for Plaintiffs' response to Defendants' motion to enforce protective order over certain trial exhibits. Doc. 13327.

**IT IS ORDERED** that Plaintiffs' unopposed motion to extend time allotted for Plaintiffs' response to Defendants' motion to enforce protective order (Doc. 13327) is **granted.** Plaintiffs' response is due on **November 16, 2018**; Defendants' reply is due on **November 30, 2018**.

Dated this 13th day of November, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge