| | |
|---|---|
| 1 | James R. Condo (#005867) |
| | Kristine L. Gallardo (#033975) |
| 2 | SNELL & WILMER L.L.P. |
| | One Arizona Center |
| 3 | 400 E. Van Buren, Suite 1900 |
| | Phoenix, Arizona 85004-2202 |
| 4 | Telephone: (602) 382-6000 |
| | Facsimile: (602) 382-6070 |
| 5 | jcondo@swlaw.com |
| | kgallardo@swlaw.com |
| 6 | |
| | Richard B. North, Jr. (admitted *pro hac vice*) |
| 7 | Georgia Bar No. 545599 |
| | Matthew B. Lerner (admitted *pro hac vice*) |
| 8 | Georgia Bar No. 446986 |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 9 | 201 17th Street, NW / Suite 1700 |
| | Atlanta, GA  30363 |
| 10 | Telephone: (404) 322-6000 |
| | Facsimile: (404) 322-6050 |
| 11 | richard.north@nelsonmullins.com |
| | matthew.lerner@nelsonmullins.com |
| 12 | *Attorneys for Defendants C. R. Bard, Inc. and* |
| | *Bard Peripheral Vascular, Inc.* |
| 13 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on November 14, 2018, they served on Plaintiffs, via U.S. Mail and email, the following:

- Defendants' Second Amended Notice of Videotaped Deposition Duces Tecum of Heather Stanko, M.D.

/ / /

/ / /

/ / /

/ / /

\4828-3471-3211

DATED this 14th day of November, 2018.

SNELL & WILMER L.L.P.

By: *s/Kristine L. Gallardo*
James R. Condo
Kristine L. Gallardo
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204

Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

*s/Kathy Sprinkle*

\4828-3471-3211