IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>2:18-cv-04060-DGC <br>_____ <br><br>MARLENE DENISE REED <br><br>           Plaintiff, <br><br>           v. <br><br>C. R. BARD, INC., et al., <br><br>           Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

     We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Marlene Denise Reed.

Dated: 11/14/2018                                 Respectfully submitted,

                                                       By: /s/Thomas P. Cartmell
                                                       Thomas P. Cartmell (MO Bar No. 45366 )
                                                       (admitted *pro hac vice*)
                                                       **Wagstaff & Cartmell, LLP**
                                                       4740 Grand Ave., Suite 300
                                                       Kansas City, MO 64112
                                                       (816) 701-1100
                                                       (816) 531-2372 (fax)

                                                       By: /s/David C. DeGreeff
                                                       David C. DeGreeff (MO Bar No. 55019)
                                                       (admitted *pro hac vice*)
                                                       **Wagstaff & Cartmell, LLP**

                                                  4740 Grand Ave., Suite 300
                                                  Kansas City, MO 64112
                                                  (816) 701-1100
                                                  (816) 531-2372 (fax)
                                                  ddegreeff@wcllp.com

                                                  ***Attorneys for Plaintiff***

      I hereby certify that on this 14th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                          */s/ David C. DeGreeff*