IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, </br></br>THIS DOCUMENT RELATES TO:</br></br>2:18-cv-04062-DGC</br></br>ROSIE D. MAGGIO</br></br>       Plaintiff,</br></br>       v.</br></br>C. R. BARD, INC., et al.,</br></br>       Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:    The Clerk of the Court and all parties of record:

    We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Rosie D. Maggio.

Dated: 11/14/2018                        Respectfully submitted,

                                                    By: /s/Thomas P. Cartmell
                                                    Thomas P. Cartmell (MO Bar No. 45366 )
                                                    (admitted *pro hac vice*)
                                                    **Wagstaff & Cartmell, LLP**
                                                    4740 Grand Ave., Suite 300
                                                    Kansas City, MO 64112
                                                    (816) 701-1100
                                                    (816) 531-2372 (fax)

                                                      By: /s/David C. DeGreeff
                                                    David C. DeGreeff (MO Bar No. 55019)
                                                    (admitted *pro hac vice*)
                                                    **Wagstaff & Cartmell, LLP**

                                             4740 Grand Ave., Suite 300
                                             Kansas City, MO 64112
                                             (816) 701-1100
                                             (816) 531-2372 (fax)
                                             ddegreeff@wcllp.com

                                             ***Attorneys for Plaintiff***

        I hereby certify that on this 14th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                            */s/ David C. DeGreeff*