# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. 2:18-cv-01320-DGC

This Document Relates to Plaintiff(s)     ORDER DISMISSING CLAIMS
                                          OF ANNIE MAE JOHNSON
Civil Action No. 2:18-cv-01320-DGC        WITHOUT PREJUDICE

Annie Mae Johnson

## ORDER

Considering the parties' Stipulation of Dismissal without Prejudice of Annie Mae Johnson,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Annie Mae Johnson against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Civil Action No.: MD-15-02641-PHX-DGC (Member Case 2:18-cv-01320-DGC) are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 14th day of November, 2018.

HONORABLE DAVID G. CAMPBELL
Judge, United States District Court