**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Mitchell Blankumsee
Case No.: 2:17-cv-01953-DGC

No. MD-15-02641-PHX-DGC

## <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

This matter has come before the Court upon Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that A. Layne Stackhouse and the law firm Shrader & Associates, L.L.P. shall be withdrawn as counsel of record in this action.

SO ORDERED this _____ day of _____, 2018.


_____
David G. Campbell,
Senior United States District Judge