Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**JOINT MOTION TO EXTEND DEADLINES FOR EXPERT REPORTS REGARDING PLAINTIFF TINLIN PURSUANT TO CMO 39**<br><br>(Assigned to the Honorable David G. Campbell |

The parties, by and through their respective undersigned counsel, hereby submit this Joint Motion to Extend Deadlines for Expert Reports regarding Plaintiff Tinlin.

The parties stipulate to extend the deadlines set forth in Case Management Order 39 (Doc. 12971) regarding the disclosure of case specific expert reports. Pursuant to this stipulation, the deadline for Plaintiff's case specific expert report disclosure would be December 4, 2018. The deadline for Defendant's case specific expert report disclosure would be January 4, 2019.

RESPECTFULLY SUBMITTED this 16th day of November 2018.

BEUS GILBERT PLLC

By:/s/ *Ramon Rossi Loepz*
Mark S. O'Connor
701 N. 44th Street
Phoenix, Arizona 85008

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

HEAVISIDE REED ZAIC
Julia Reed Zaic, Esq. (CA Bar No. 224671)
(admitted *pro hac vice*)
Laura Smith, Esq. (CA Bar No. 313879)
(admitted *pro hac vice*)
312 Broadway, Suite 203
Laguna Beach, California 92660

*Counsel for Plaintiffs*

NELSON MULLINS, LLP

By: /s/ *Richard B. North*
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

SNELL WILMER, LLP
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

*Counsel for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of November 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                   */s/Marilyn B. Wass*