1  Mark S. O'Connor (011029)
   BEUS GILBERT PLLC
2  701 N 44th Street
   Phoenix, Arizona 85008
3  Telephone: (480) 429-3019
   moconnor@beusgilbert.com
4
   Ramon Rossi Lopez (admitted *pro hac vice*)
5  (CA Bar No. 86361)
   LOPEZ MCHUGH LLP
6  100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
7  rlopez@lopezmchugh.com

   *Attorneys for Plaintiffs*
8
   James R. Condo (#005867)
9  SNELL & WILMER L.L.P.
   One Arizona Center
10 400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2204
11 Telephone: (602) 382-6000
   jcondo@swlaw.com
12
   Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
13 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
14 NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
15 201 17th Street, NW, Suite 1700
   Atlanta, GA  30363
16 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
17 matthew.lerner@nelsonmullins.com

18 *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
19 *Bard Peripheral Vascular, Inc.*

20           **IN THE UNITED STATES DISTRICT COURT**

21               **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT REPORT REGARDING SETTLEMENT MEETING**<br><br>(Assigned to the Honorable David G. Campbell) |

In Case Management Order No. 38, the Court ordered the parties to "meet in person and engage in good faith global settlement talks no later than November 30, 2018." The Court further directed the parties to "file a joint report informing the Court that good faith settlement talks have been held and reporting generally on the outcome of such talks." The parties are therefore submitting this report in compliance with the Court's order.

On Tuesday, November 13, 2018, the parties met in person in New York City, New York. In attendance at that meeting were all members of the Plaintiffs' Executive Committee in this MDL: Ramon Lopez, Mark O'Connor, Russell Budd, Wendy Fleischmann, Julia Reed Zaic, and Howard Nations. Attending on behalf of the Defendants were lead MDL counsel Richard North, Greg Dadika (Associate General Counsel, Litigation at Becton Dickinson and Company); and Russell Gaudreau from the law firm of Greenberg Traurig, LLP, who has been retained by the Defendants as settlement counsel.

During that meeting, the parties discussed a number of topics impacting a potential global resolution of the litigation, including the characteristics of the inventory of cases presently pending and potential procedures for valuing those cases. The parties left the meeting committed to collecting more detailed and comprehensive data concerning the present inventory. The parties contemplate scheduling a follow-up meeting as soon as that data collection is completed and anticipate that follow-up to occur within the next 30 days.

RESPECTFULLY SUBMITTED this 19th day of November, 2018.

| BEUS GILBERT, PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: /s/ *Mark O'Connor* (with permission)<br>Mark S. O'Connor (011029)<br>701 N. 44 Street<br>Phoenix, AZ 85008<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ MCHUGH LLP<br>Phoenix, AZ 85016-9225<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 | By: /s/ *Richard B. North, Jr.*<br>Richard B. North, Jr. (*pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (*pro hac vice*)<br>Georgia Bar No. 446986<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br>PH: (404) 322-6000<br>FX: (404) 322-6050<br>richard.north@nelsonmullins.com<br>matthew.lerner@nelsonmullins.com |

*Co-Lead/Liaison Counsel for Plaintiffs*

James R. Condo (005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
