AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| PENNY GRABOYES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-04079-DGC |
| C.R. BARD INC. ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PENNY GRABOYES.

Date: 11/15/2018

/S/ DAVID W. BAUMAN
*Attorney's signature*

DAVID BAUMAN (MO BAR NO 52481 IL 6274534)
*Printed name and bar number*

48 MT VERNON STREET
SUITE 206
WINCHESTER, MA 01890

*Address*

DAVE@PADBERGLAW.COM
*E-mail address*

(855) 857-4400
*Telephone number*

(781) 721-4402
*FAX number*