IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:18-cv-04127-DGC<br><br>KATHY LUNA<br><br>           Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., et al.,<br><br>           Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Kathy Luna.

Dated: 11/20/2018                           Respectfully submitted,

By: /s/ *Thomas P. Cartmell*
Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)

By: /s/ *David C. DeGreeff*
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**

              4740 Grand Ave., Suite 300
              Kansas City, MO 64112
              (816) 701-1100
              (816) 531-2372 (fax)
              ddegreeff@wcllp.com

              ***Attorneys for Plaintiff***

  I hereby certify that on this 20th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

              */s/ David C. DeGreeff*