IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:18-cv-04126-DGC<br><br>OLIVIA ANDRE AND FRANTZ ANDRE<br><br>                    Plaintiffs,<br><br>         v.<br><br>C. R. BARD, INC., et al.,<br><br>                    Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:  The Clerk of the Court and all parties of record:

   We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiffs, Olivia Andre and Frantz Andre.

Dated: 11/20/2018              Respectfully submitted,

                    By: /s/ *Thomas P. Cartmell*
                    Thomas P. Cartmell (MO Bar No. 45366 )
                    (admitted *pro hac vice*)
                    **Wagstaff & Cartmell, LLP**
                    4740 Grand Ave., Suite 300
                    Kansas City, MO 64112
                    (816) 701-1100
                    (816) 531-2372 (fax)

                    By: /s/ *David C. DeGreeff*
                    David C. DeGreeff (MO Bar No. 55019)
                    (admitted *pro hac vice*)
                    **Wagstaff & Cartmell, LLP**

                                               4740 Grand Ave., Suite 300
                                               Kansas City, MO 64112
                                               (816) 701-1100
                                               (816) 531-2372 (fax)
                                               ddegreeff@wcllp.com

                                               ***Attorneys for Plaintiff***

      I hereby certify that on this 20th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                               */s/ David C. DeGreeff*