IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>2:18-cv-04128-DGC <br><br>THELMA HOLMES <br><br>          Plaintiff, <br><br>v. <br><br>C. R. BARD, INC., et al., <br><br>          Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:  The Clerk of the Court and all parties of record:

    We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Thelma Holmes.

Dated: 11/20/2018                         Respectfully submitted,

                                                      By: /s/ *Thomas P. Cartmell*
                                                      Thomas P. Cartmell (MO Bar No. 45366 )
                                                      (admitted *pro hac vice*)
                                                      **Wagstaff & Cartmell, LLP**
                                                      4740 Grand Ave., Suite 300
                                                      Kansas City, MO 64112
                                                      (816) 701-1100
                                                      (816) 531-2372 (fax)

                                                        By: /s/ *David C. DeGreeff*
                                                      David C. DeGreeff (MO Bar No. 55019)
                                                      (admitted *pro hac vice*)
                                                      **Wagstaff & Cartmell, LLP**

                              4740 Grand Ave., Suite 300
                              Kansas City, MO 64112
                              (816) 701-1100
                              (816) 531-2372 (fax)
                              ddegreeff@wcllp.com

***Attorneys for Plaintiff***

I hereby certify that on this 20th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                  */s/ David C. DeGreeff*