IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:18-cv-04133-DGC<br><br><br>MARIA ALCARAZ AND<br>RODRIGUEZ ALCARAZ,<br><br>           Plaintiffs,<br><br>     v.<br><br>C. R. BARD, INC., et al.,<br><br>           Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiffs, Maria Alcaraz and Rodriguez Alcaraz.

Dated: 11/20/2018                    Respectfully submitted,

By: /s/ *Thomas P. Cartmell*
Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)

By: /s/ *David C. DeGreeff*
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)

**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 20th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*