IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS            No. 2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to:

DAVID RIDENOUR

Civil Case No. 2:17-cv-01161

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff David Ridenour on June 18, 2017.

Plaintiff's sibling Charles Ridenour, Jr. has been named as the executor of the Estate of David Ridenour and is represented by undersigned counsel. The Ohio state court ordered the opening the estate of David Ridenour, naming Charles Ridenour, Jr. as executor.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that "Charles Ridenour, Jr., Personal Representative of the Estate of David Ridenour, Deceased," be substituted in place of Plaintiff David Ridenour in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

RESPECTFULLY SUBMITTED this 20th day of November, 2018.

                MURRAY LAW FIRM

                s/*Stephen B. Murray, Jr.*
                Stephen B. Murray, Jr. (LA Bar No. 23877)
                650 Poydras Street, Suite 2150
                New Orleans, Louisiana 70130
                (504) 525-8100
                smurrayjr@murray-lawfirm.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                /s/ *Stephen B. Murray, Jr.*
                Stephen B. Murray, Jr.