IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS                          No. 2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to:

DAVID RIDENOUR

Civil Case No. 2:17-cv-01161

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the Motion for Substitution of Party, and finding that said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Charles Ridenour, Jr., Personal Representative of the Estate of David Ridenour, Deceased," be substituted in place of "David Ridenour" in this action, continuing the claims of David Ridenour on behalf of his Estate. The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. David Ridenour's individual claims continue in full force and effect.

_____
UNITED STATES JUDGE