Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
(949) 812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, Arizona 85008
(480) 429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX-DGC<br><br>CV16-00893-PHX-DGC |
| LISA HYDE and MARK HYDE,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>(Assigned to the Honorable David G. Campbell) |

NOTICE IS HEREBY GIVEN that Lisa Hyde and Mark Hyde, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Clerk's Amended Judgment entered on October 24, 2018.

A representation statement that identifies all parties to this appeal along with the names, addresses, and telephone numbers of their counsel is attached hereto as Exhibit A.

1  RESPECTFULLY SUBMITTED this 20th day of November, 2018.

2

3  BEUS GILBERT PLLC

4  By:*/s/ Ramon Rossi Lopez*
      Mark S. O'Connor
   701 N 44th Street
5  Phoenix, Arizona 85008

6  LOPEZ McHUGH LLP
      Ramon Rossi Lopez (CA Bar No. 86361)
7     (admitted *pro hac vice*)
      100 Bayview Circle, Suite 5600
8     Newport Beach, California 92660

9  *Co-Lead/Liaison Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Marilyn B. Wass*

3