IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>2:18-cv-4146-DGC <br><br>JOSEPHINE GOLDMAN, <br><br>          Plaintiff, <br><br>    v. <br><br>C. R. BARD, INC., et al., <br><br>          Defendants. | MDL Docket No. 15-2641 |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Josephine Goldman.

Dated: November 21, 2018        Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

   (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 21st day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    */s/ David C. DeGreeff*