# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** <br><br> **TERRY SNIDER,** <br><br> Plaintiff, <br><br> v. <br><br> **C. R. BARD and BARD PERIPHERAL VASCULAR, INC.,** <br><br> Defendants. | No. MD-15-02641-PHX-DGC <br><br> **AMENDED COMPLAINT AND JURY DEMAND** <br><br> Civil Action No.: 2:18-cv-04036-DGC <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby gives notice that pursuant to F.R.Civ.P 15 and LRCiv 15.1(b), Plaintiff Terry Snider, hereby files his First Amended Complaint in this action, as a matter of course for the following reason:

A. To amend the Plaintiff's name in the case caption section.

DATED: November 21, 2018.

        Respectfully submitted,

        By: /s/ *Thomas P. Cartmell*
        Thomas P. Cartmell (MO Bar No. 45366 )
         (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        tcartmell@wcllp.com

        By: /s/ *David C. DeGreeff*
        David C. DeGreeff (MO Bar No. 55019)
         (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**

4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 21st day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                              */s/ David C. DeGreeff*