IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 15-2641 |
| 2:18-cv-04153-DGC | ) ) | |
| _____ | ) | |
| ANTHONY SCATCHELL, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Anthony Scatchell.

Dated: November 21, 2018

Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***

I hereby certify that on this 21ˢᵗ day of November, 2018, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for

filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff