IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>**TERRY SNIDER,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**C. R. BARD and BARD PERIPHERAL VASCULAR, INC.,**<br><br>        **Defendants.** | No. MD-15-02641-PHX-DGC<br><br>AMENDED COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 2:18-cv-04036-DGC<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING AMENDED COMPLAINT**

Plaintiff hereby gives notice that pursuant to F.R.Civ.P 15 and LRCiv 15.1(b), Plaintiff Terry Snider, hereby files his First Amended Complaint in this action, as a matter of course for the following reason:

   A.  To amend the Plaintiff's name in the case caption section.

DATED: November 26, 2018.

        Respectfully submitted,

        By: /s/Thomas P. Cartmell
        Thomas P. Cartmell (MO Bar No. 45366 )
         (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        tcartmell@wcllp.com

        By: /s/David C. DeGreeff
        David C. DeGreeff (MO Bar No. 55019)
         (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**

4740 Grand Ave., Suite 300  
Kansas City, MO 64112  
(816) 701-1100  
(816) 531-2372 (fax)  
ddegreeff@wcllp.com  

***Attorneys for Plaintiff***

I hereby certify that on this 26th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*