1
2
3
4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE DISTRICT OF ARIZONA**

6

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

7

~~MARK PARRISH~~ TERRY SNIDER,

**SECOND AMENDED MASTER SHORT
FORM COMPLAINT FOR DAMAGES
FOR INDIVIDUAL CLAIMS AND
DEMAND FOR JURY TRIAL**

8

Plaintiff,

9

v.

10
11

C. R. BARD and BARD PERIPHERAL
VASCULAR, INC.,

12

Defendants.

13

**FIRST AMENDED SHORT FORM COMPLAINT**

14
15

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16

Plaintiff(s) further show the Court as follows:

17
18

      1.     Plaintiff/Deceased Party:

Terry Snider_____

19
20

      2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

21

Not Applicable_____

22

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

Not Applicable_____

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant:

Michigan_____

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of injury:

Michigan_____

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Michigan_____

7.    District Court and Division in which venue would be proper absent direct filing:

United States District Court Northern District of West Virginia_____

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master

Complaint:

_____Second Amended Case Management Order No. 4_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☑ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

11/29/2007_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Manufacturing Defect

☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:   Strict Products Liability – Design Defect

☑ Count IV:    Negligence - Design

☑ Count V:     Negligence - Manufacture

☑ Count VI:    Negligence – Failure to Recall/Retrofit

☑   Count VII:   Negligence – Failure to Warn

☑   Count VIII:   Negligent Misrepresentation

☑   Count IX:   Negligence *Per Se*

☑   Count X:   Breach of Express Warranty

☑   Count XI:   Breach of Implied Warranty

☑   Count XII:   Fraudulent Misrepresentation

☑   Count XIII:   Fraudulent Concealment

☑   Count XIV:   Violations of Applicable Michigan Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:   Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

☑   Punitive Damages

☐   Other(s):   _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑   Yes

-4-

□       No

RESPECTFULLY SUBMITTED this 26th day of November, 2018.

Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***

I hereby certify that on this 26th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*