Matthew R. McCarley – mccarley@fnlawfirm.com
(TX Bar Number 24041426)
Fears Nachawati PLLC
5473 Blair Road
Dallas, Texas 75231
(214) 890-0711

Arati C. Furness – afurness@fnlawfirm.com
(TX Bar Number 24094382, CA Bar Number 225435)
Fears Nachawati PLLC
5473 Blair Road
Dallas, Texas 75231
(214) 890-0711
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-md-02641-DGC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

### TO: CLERK OF COURT AND ALL OTHER PARTIES:

I, Matthew R. McCarley, hereby provide this Notice of Change of Address and request the Clerk's Office to make the following changes:

Previous Information:        Matthew R. McCarley (24041426)

　　　　　　　　　　　　　　Fears Nachawati PLLC

　　　　　　　　　　　　　　4925 Greenville Avenue, Suite 715

　　　　　　　　　　　　　　Dallas, Texas 75206

　　　　　　　　　　　　　　Phone: (214) 890-0711

　　　　　　　　　　　　　　Email: mccarley@fnlawfirm.com

Current/Updated Information:    Matthew R. McCarley (24041426)

　　　　　　　　　　　　　　　Fears Nachawati PLLC

　　　　　　　　　　　　　　　5473 Blair Road

　　　　　　　　　　　　　　　Dallas, Texas 75231

　　　　　　　　　　　　　　　Phone: (214) 890-0711

　　　　　　　　　　　　　　　Email: mccarley@fnlawfirm.com

RESPECTFULLY SUBMITTED this 26th day of November 2018.

By: */s/ Matthew R. McCarley*
Matthew R. McCarley

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Matthew R. McCarley*