**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>TERRY SNIDER,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. BARD and BARD PERIPHERAL VASCULAR, INC.,<br><br>        Defendants. | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

## FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Terry Snider_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable_____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Michigan_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Michigan_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Michigan_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Northern District of West Virginia_____

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

      _____Second Amended Case Management Order No. 4_____

-2-

Case 2:15-md-02641-DCC Document 13476 Filed 11/26/18 Page 3 of 5

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    11/29/2007 _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit

Case 2:15-md-02641-DGC Document 13476 Filed 11/26/18 Page 4 of 5

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 26th day of November, 2018.

    Respectfully submitted,

    By: /s/Thomas P. Cartmell
    Thomas P. Cartmell (MO Bar No. 45366 )
     (admitted *pro hac vice*)
    **Wagstaff & Cartmell, LLP**
    4740 Grand Ave., Suite 300
    Kansas City, MO 64112
    (816) 701-1100
    (816) 531-2372 (fax)
    tcartmell@wcllp.com

    By: /s/David C. DeGreeff
    David C. DeGreeff (MO Bar No. 55019)
     (admitted *pro hac vice*)
    **Wagstaff & Cartmell, LLP**
    4740 Grand Ave., Suite 300
    Kansas City, MO 64112
    (816) 701-1100
    (816) 531-2372 (fax)
    ddegreeff@wcllp.com

    ***Attorneys for Plaintiff***

I hereby certify that on this 26th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ David C. DeGreeff*