UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MDL15-02641-PHX-DGC<br><br>**AMENDED** ORDER EXTENDING DEADLINES FOR EXPERT REPORTS REGARDING PLAINTIFF TINLIN PURSUANT TO CMO 39 |

The Court has reviewed the Parties Joint Motion to Extend Deadlines for Expert Reports regarding Plaintiff Tinlin Pursuant to CMO 39 (Doc. 12971). Doc. 13434.

**IT IS ORDERED** that the parties' joint motion to extend deadlines (Doc. 13434) is **granted.** Plaintiff's case specific expert report disclosure is due **December 4, 2018**; Defendants' case specific expert report disclosure is due **January 4, 2019. All other deadlines set forth in the Court's CMO 39 remain in place, including the case-specific expert deposition date of January 18, 2019.**

Dated this 26th day of November, 2018.

David G. Campbell
Senior United States District Judge