UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                                            No. MDL15-2641 PHX DGC
*This document relates to:*

David Ridenour,                                                 No. CV17-1161 PHX DGC

        Plaintiff,

v.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

        Defendants.

    The Court has considered the Motion for Substitution of Party. Doc. 13462.

    **IT IS ORDERED** that the motion for substitution of party (Doc. 13462) is **granted**. Charles Ridenour, Jr., as Personal Representative of the Estate of David Ridenour, deceased, is substituted for David Ridenour in this action, continuing the claims of David Ridenour on behalf of his Estate.

    The clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. David Ridenour's individual claims continue in full force and effect.

    Dated this 26th day of November, 2018.

_____
David G. Campbell
United States District Judge