# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Mitchell Blankumsee<br>Case No.: 2:17-cv-01953-DGC | No. MD-15-02641-PHX-DGC |

## SUGGESTION OF DEATH

A. Layne Stackhouse, attorney for Petitioner in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Mitchell Blankumsee during the pendency of this action.

Dated: November 27, 2018.

                                          **SHRADER & ASSOCIATES, L.L.P.**

                                          By: */s/ A. Layne Stackhouse*
                                               A. Layne Stackhouse
                                               3900 Essex Lane, Suite 390
                                               Houston, TX 77027
                                               T: (713) 782-0000
                                               F: (713) 571-9605
                                               layne@shraderlaw.com

                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *A. Layne Stackhouse*