FARACI LANGE, LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614
(585) 325-5150 (telephone)
(585) 325-3285 (facsimile)
hmatarazzo@faraci.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MAUREEN A. DeWITT and WARD DeWITT,<br><br>                Plaintiffs,<br><br>vs.<br><br>C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>                Defendants. | NOTICE OF MOTION<br><br>No. MD-15-02641-PHX-DGC<br><br>Civil Action No. CV-18-02271-PHX-DGC |

### NOTICE OF MOTION TO SUBSTITUTE PARTY

| | |
|---|---|
| Motion By: | Ward DeWitt, Personal Representative of the Estate of Maureen A. DeWitt |
| Relief Requested: | An Order substituting Ward DeWitt, as Personal Representative of the Estate of Maureen A. DeWitt as plaintiff in place of the original named plaintiff, Maureen A. DeWitt. |
| Basis for Relief Requested: | Federal Rule of Civil Procedure 25(a)(1) |
| Supporting Papers: | Unopposed Motion to Substitute Party dated November 27, 2018; |

Place:                          Hon. David A. Campbell
                                United States District Court
                                District of Arizona
                                401 Washington Street
                                Phoenix, Arizona 85003

Date and Time:                  To be determined by the Court

Dated: November 27, 2018
       Rochester, New York

**FARACI LANGE, LLP**

By:*/s/*  Hadley L. Matarazzo
     Hadley L. Matarazzo (NY Bar No. 437785)
     (admitted *pro hac vice*)
     28 E. Main Street, Suite 1100
     Rochester, New York 14614
     (585) 325-5150 (telephone)
     (585) 325-3285 (facsimile)
     hmatarazzo@faraci.com

     *Attorneys for Plaintiff*