FARACI LANGE, LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614
(585) 325-5150 (telephone)
(585) 325-3285 (facsimile)
hmatarazzo@faraci.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MAUREEN A. DeWITT and WARD DeWITT,<br><br>  Plaintiffs,<br><br>vs.<br><br>C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>  Defendants. | **UNOPPOSED MOTION TO SUBSTITUTE PARTY**<br><br>No. MD-15-02641-PHX-DGC<br><br>Civil Action No. CV-18-02271-PHX-DGC |

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Ward DeWitt as Personal Representative of the Estate of Maureen A. DeWitt files this Unopposed Motion to Substitute Party and states as follows:

1. Plaintiff Maureen A. DeWitt died on August 21, 2018.

2. A Suggestion of Death was filed with this Court on August 31, 2018.

3. On November 8, 2018, Ward DeWitt was appointed Personal Representative of the Estate of Maureen A. DeWitt. Mr. DeWitt is the husband of the decedent.

4. Plaintiffs' counsel has conferred with defense counsel regarding this motion, and defense counsel does not oppose the substitution.

WHEREFORE, Ward DeWitt, as Personal Representative of the Estate of Maureen A. DeWitt, respectfully requests the Court grant an order substituting Ward DeWitt, as Personal Representative of the Estate of Maureen A. DeWitt as plaintiff in place of the original named

plaintiff, Maureen A. DeWitt.

Dated: November 27, 2018
      Rochester, New York

                                  Respectfully submitted,

                                  **FARACI LANGE, LLP**

                                  By:<u>/s/  Hadley L. Matarazzo</u>
                                        Hadley L. Matarazzo (NY Bar No. 437785)
                                        (admitted *pro hac vice*)
                                        28 E. Main Street, Suite 1100
                                        Rochester, New York 14614
                                        (585) 325-5150 (telephone)
                                        (585) 325-3285 (facsimile)
                                        hmatarazzo@faraci.com

                                        *Attorneys for Plaintiff*

I hereby certify that on this 14th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*/s/* Hadley L. Matarazzo