**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MAUREEN A. DeWITT and WARD DeWITT,<br><br>             Plaintiffs,<br><br>vs.<br><br>C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>             Defendants. | **ORDER ON MOTION TO SUBSTITUTE PARTY**<br><br>No. MD-15-02641-PHX-DGC<br><br>Civil Action No. CV-18-02271-PHX-DGC |

   BEFORE THE COURT is a motion to substitute Plaintiff Ward DeWitt, as Personal Representative of the Estate of Maureen A. DeWitt, as Plaintiff in both his individual and representative capacities in this action following the death of his wife, Plaintiff Maureen A. DeWitt.  This matter was submitted for consideration unopposed and without oral argument.  The Court has reviewed the briefing and the records and files herein, and is fully informed.

   **IT IS HEREBY ORDERED:**

   1.   The motion is granted and Plaintiff Ward DeWitt, individually and as Personal Representative of the Estate of Maureen A. DeWitt, is substituted as Plaintiff.

   2.   The caption is hereby amended as follows:

---

WARD DeWITT, individual and as
Personal Representative of the Estate
of MAUREEN A. DEWITT,
             Plaintiff,
   vs.

C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,
             Defendants.

---

**DATED**:

_____
Hon. David A. Campbell
United States District Court Judge