# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641 PHX DGC |
| _____ | |
| Maureen A. DeWitt and Ward DeWitt, | No. CV18-2271 PHX DGC |
| Plaintiffs, | |
| vs. | ORDER |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., | |
| Defendants. | |

Pending before the Court is Plaintiffs' motion to substitute Ward DeWitt, as Personal Representative of the Estate of Maureen A. DeWitt, as Plaintiff in both his individual and representative capacities in this action following the death of his wife, Maureen A. DeWitt. Doc. 13488.

**IT IS ORDERED** that the motion to substitute (Doc. 13488) is **granted.** Plaintiff Ward DeWitt, individually and as Personal Representative of the Estate of Maureen A. DeWitt, is substituted as Plaintiff in this individual case.

Dated this 30th day of November, 2018.

David G. Campbell
Senior United States District Judge