# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: Mitchell Blankumsee Case No.: 2:17-cv-01953-DGC | |

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

This matter has come before the Court upon Counsel's *Motion to Voluntarily Dismiss Without Prejudice*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

SO ORDERED this _____ day of _____, 2018.

_____
David G. Campbell,
Senior United States District Judge