IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION _____ Mitchell Blankumsee, Plaintiff, vs. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., Defendants. | No. MDL15-2641 PHX DGC No. CV17-1953 PHX DGC ORDER |

This matter has come before the Court on counsel's motion to voluntarily dismiss without prejudice. Doc. 13495. Counsel for Plaintiff has previously filed a suggestion of death as to Plaintiff Mitchell Blankumsee. Doc. 13487.

**IT IS ORDERED** that counsel's motion to voluntarily dismiss without prejudice (Doc. 13495) is **granted.** This action is dismissed without prejudice.

Dated this 3rd day of December, 2018.

David G. Campbell
Senior United States District Judge