IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 2:15-MD-02641-DGC |
| William Smith and Nancy Smith,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | AMENDED COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 2:18-cv-03589-DGC<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SECOND AMENDED COMPLAINT

Plaintiffs hereby gives notice that pursuant to F.R.Civ.P. 15 and LRCiv 15.1 (b), Plaintiffs William Smith & Nancy Smith hereby file their Second Amended Complaint in this action, as a matter of course for the following reason:

A. To amend spelling of spouse name to "Kathy Joan Smith".

Dated: December 4, 2018.

>
> Respectfully submitted,
>
> /s/Leslie MacLean
> Leslie MacLean
> TX Bar No. 00794209
> lmaclean@waterskraus.com
> Sally R. Bage
> TX Bar No. 24098961
> sbage@waterskraus.com
> **Waters & Kraus, LLP**
> 3141 Hood Street, Suite 700
> Dallas, Texas 75219
> Tel. (214) 357-6244

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/Leslie MacLean
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

*Attorney for Plaintiffs*