Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert PLLC
701 N. 44th Street
Phoenix, Arizona  85008
480-429-3019

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **JOINT STATUS REPORT** |
| | (Assigned to the Honorable David G. Campbell |

The parties, by and through their respective undersigned counsel, and pursuant to Case Management Order 40 (Doc. 13329) hereby submit this Joint Status Report.

Most of fact discovery has been completed, but the parties are still trying to schedule two depositions of treating physicians.

Pursuant to Doc. 13481, Plaintiff's expert disclosures were due on December 4, 2018; however, the parties have agreed to a further extension allowing Plaintiff to disclose expert reports Friday December 7, 2018.

The parties are working to schedule all case specific expert depositions at this time. A tentative schedule for the expert depositions is as follows:

| | |
|---|---|
| 1/07/19 | Darren Hurst, M.D. |
| 1/08/19 | Robert McMeeking |
| 1/09/19 | Lora White* |
| 1/11/19 | Derek Muehrcke, M.D. |

1    The date for Lora White's deposition is currently tentative.   The parties are

2  working together and Plaintiff's counsel is working with Ms. White to confirm a date that

3  will comply with the deadline set forth in CMO 39 for completion case-specific expert

4  depositions.

5    Due to ongoing health problems that may limit Plaintiff Debra Tinlin's ability to

6  travel and be present for the duration of trial, Plaintiff may request the Court to order

7  Plaintiff Tinlin's appearance and testimony in open court by contemporaneous

8  transmission from a different location.

9    RESPECTFULLY SUBMITTED this 4th day of December 2018.

10    BEUS GILBER PLLC

11    By:*/s/ Mark S. O'Connor*
    Mark S. O'Connor
12    701 N. 44th Street
    Phoenix, Arizona 85008
13
    LOPEZ McHUGH LLP
14    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
15    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660
16
    *Counsel for Plaintiffs*
17
18    NELSON MULLINS, LLP

19    By: */s/ Richard B. North* (with permission)
    Richard B. North, Jr. (admitted *pro hac vice*)
20    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
21    Georgia Bar No. 446986
    201 17th Street, NW / Suite 1700
22    Atlanta, GA  30363

23    SNELL WILMER, LLP
24    James R. Condo
    Amanda C. Sheridan
25    One Arizona Center
    400 E. Van Buren, Suite 1900
26    Phoenix, Arizona  85004-2202
27
    *Counsel for C. R. Bard, Inc. and Bard*
28    *Peripheral Vascular, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*