IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br>MDL No. 2641 |
| THIS DOCUMENT RELATES TO:<br><br>William Mitchell v. C.R. Bard Inc., et al.<br>Case No.: 2:18-cv-02423 | DAVID G. CAMPBELL<br>U.S. DISTRICT JUDGE |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action, which is a duplicate filing for this Plaintiff, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated:  December 5, 2018.

*/s/ Richard B. North, Jr.*
Richard B. North, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLC – ATLANTA, GA
ATLANTIC STATION
201 17th St., NW, St. 1700
Atlanta, GA 30363
Phone: (404) 322-6000
Fax: (404) 322-6050
richard.north@nelsonmullins.com
COUNSEL FOR DEFENDANT BARD
PERIPHERAL VASCULAR
INCORPORATED

*/s/ Jacob A. Flint*
Jacob A. Flint, IL, Bar No. 6299777
FLINT LAW FIRM, LLC
222 E. Park Street Suite 500
PO Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
jflint@flintlaw.com
COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Jacob A. Flint, certify that on December 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jacob A. Flint*
