IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br>MDL No. 2641 |
| **THIS DOCUMENT RELATES TO:**<br><br>William Mitchell v. C.R. Bard Inc., et al.<br>Case No.: 2:18-cv-02423 | DAVID G. CAMPBELL<br>U.S. DISTRICT JUDGE |

## ORDER

The foregoing Stipulation of Dismissal is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                     Judge