DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:  David G. Campbell**          **Date: December 4, 2018**

**Case Number: MD-15-02641-PHX-DGC**

**IN RE:  Bard IVC Filters Products Liability Litigation**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Henry Queener, III | None present |

**MOTION HEARING:**

Plaintiff's Counsel appears for Plaintiff Deborah Lee Jarem.  Discussion is held regarding Plaintiff Counsel's Motion to Withdraw (Doc. 12104).

**IT IS ORDERED** granting Plaintiff Counsel's Motion to Withdraw (Doc. 12104).

**IT IS FURTHER ORDERED** the Plaintiff shall be added as pro se.  All filings shall go to Plaintiff at the below address:

Deborah Lee Jarem
205 Capri Cove Place
Sanford, FL 32771

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons                                              Start:  3:31 PM
                                                                            Stop:   3:39 PM