Ashley C. Crowell (AZ Bar No. 027286)
DALIMONTE RUEB LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel. (833) 443-7529
Fax. (855) 203-2035
ashley@drlawllp.com
*Attorneys for Plaintiff Mulkey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF APPEARANCE** |
| DEBRA MULKEY, | |
| Plaintiffs, | |
| v. | |
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Ashley Crowell (f/k/a Ashley Perea), of the law firm of Dalimonte & Rueb, LLP, located at 85 Devonshire Street, Suite 1000, Boston, MA 02109, enters her appearance in the above-captioned matter as counsel for Plaintiff Debra Mulkey and requests that she be added to the ECF notifications for this matter.

RESPECTFULLY SUBMITTED this 6th day of December, 2018.

DALIMONTE RUEB, LLP

By: */s/ Ashley C. Crowell*
Ashley C. Crowell (AZ Bar No. 027286)
DALIMONTE RUEB LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
*Attorneys for Plaintiff Mulkey*

I hereby certify that on this 6th day of December, 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

*/s/ Wendy Espitia*

.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018 a true and correct copy of the foregoing was sent via U.S. Mail and/or Electronic Mail to:

James R. Condo
Snell & Wilmer LLP
400 East Van Buren Street, Suite 1900
Phoenix, Arizona  85004
*Attorneys for Defendants*

Richard B. North, Jr.
Matthew Lerner
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
*Attorneys for Defendants*

*Counsel for Plaintiffs will be served in accordance with the Court's Case Management Order No. 1