DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** David G. Campbell          **Date:** December 4, 2018

**Case Number:** MD-15-02641-PHX-DGC

**IN RE:** Bard IVC Filters Products Liability Litigation

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Brian Weinstein | Matthew Brown |

**MOTION HEARING:**

Plaintiff's Counsel appears for Plaintiff Gene Curtis Braffith.  Discussion is held regarding Plaintiff Counsel's Motion to Withdraw (Doc. 12889).

**IT IS ORDERED** granting Plaintiff Counsel's Motion to Withdraw (Doc. 12889).

**IT IS FURTHER ORDERED** the Plaintiff shall be added as pro se.  All filings shall go to Plaintiff at the below address:

Gene Curtis Braffith
1714 ½ Sequalish Street
Steilacoom, WA 98388
Phone:  (253) 924-9754

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons

Start:  4:03 PM
Stop:   4:07 PM