Ashley C. Crowell (AZ Bar No. 027286)
John A. Dalimonte (Admitted Pro Hac Vice)
DALIMONTE RUEB LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel. (833) 443-7529
Fax. (855) 203-2035
ashley@drlawllp.com
john@drlawllp.com

*Counsel for Plaintiff*

Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DEBRA MULKEY, <br><br> Plaintiffs, <br><br> v. <br><br> C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, <br><br> Defendants. | No. CV-16-00853-PHX-DGC <br><br> **DISCLOSURE OF KRISHNA KANDARPA, M.D., AS NONRETAINED EXPERT WITNESS PURSUANT TO RULE 26(a)(2)(C)** |

Pursuant to F.R.C.P. 26(a)(2)(C), plaintiff submits the following disclosure for Krishna Kandarpa, M.D.:

(i) Dr. Kandarpa is an interventional radiologist hired by Bard to oversee its EVEREST Study as the Medical Monitor.

1

(ii)   Plaintiff expects Dr. Kandarpa to testify concerning the EVEREST Study and all documents related to the same, as well as his observations and findings related to that study, complications and adverse events that occurred during the study, the design and purpose of the study, his recommendations to and interactions with Bard based on the study, and his observations about safety issues with the filters involved in the EVEREST study and failures of those filters.

(iii)  Dr. Kandarpa will also testify about the lack of accuracy and misleading nature of the EVEREST information included in the IFU by Bard, and his expectations, as well as the expectations of other reasonable interventional radiologists, as to what should have been included in the IFU about the EVEREST study.

(iv)  Plaintiff further expects Dr. Kandarpa, as an interventional radiologist, to testify concerning the failures/complications associated with IVC filters, the association between the failures/complications of those filters, and the dangers associated with those filter failures/complications.

(v)   Lastly, to the extent not already covered herein, Plaintiff expects Dr. Kandarpa to provide testimony consistent with his July 19, 2018 deposition.

DALIMONTE RUEB, LLP

By:/s/ Ashley C. Crowell
Ashley C. Crowell (AZ Bar No. 027286)
John A. Dalimonte (Admitted Pro Hac Vice)
85 Devonshire Street, Suite 1000
Boston, MA 02109
*Attorneys for Plaintiff*

WAGSTAFF & CARTMELL

By: /s/David C. DeGreeff
Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
4740 Grand Ave., Suite 300
Kansas City, MO 64112
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018 a true and correct copy of the foregoing was sent via U.S. Mail and/or Electronic Mail to:

James R. Condo
Snell & Wilmer LLP
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004
*Attorneys for Defendants*

Richard B. North, Jr.
Matthew Lerner
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
*Attorneys for Defendants*

*Counsel for Plaintiffs will be served in accordance with the Court's Case Management Order No. 1

        *s/Wendy Espitia*
Wendy Espitia