DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** December 6, 2018 |
| **Case Number:** MD-15-02641-PHX-DGC | |
| **IN RE:** Bard IVC Filters Products Liability Litigation | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Ramon Lopez, Mark O'Connor, Paul Stoller | Jim Rogers, Elizabeth Helm |

**STATUS HEARING:**

Discussion is held regarding Case Management Order 39. Plaintiff's experts will be disclosed on **December 7, 2018**, and defense experts on **January 7, 2019**. The expert deposition deadline is moved to **Friday, February 1, 2019**. The remaining deadlines set forth in the case management order are unchanged. Any experts on which the parties wish to make Daubert motions need to be deposed prior to the February 1, 2019 deadline. Discussion is held regarding Ms. Tinlin's inability to fly and whether she can participate in the scheduled trial remotely. The Court directs counsel to take note of Fed. R. Civ. P. 43. The Court sets a status hearing for **Friday, February 1, 2019 at 10:00a.m.** A status report is due three days prior to the status hearing.

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons

Start: 10:09 a.m.
Stop: 10:23 a.m.