IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| Cynthia Smith-Meeks and Michael Scott Meeks, Plaintiff(s), v. Bard Peripheral Vascular, Inc., and C.R. Bard, Inc., Defendants. | Civil Action No. 2:16-cv-04468-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff(s) Cynthia Smith-Meeks and Michael Scott Meeks.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Douglass A. Kreis
Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS &
  OVERHOLTZ, PLLC
Email: DKreis@awkolaw.com
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiff(s)*