IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| Pamela Webster and Johnny D. Webster,<br><br>    Plaintiff(s),<br>v.<br><br>Bard Peripheral Vascular, Inc., and<br>C.R. Bard, Inc.,<br><br>    Defendants. | Civil Action No. 2:16-cv-03471-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff(s) Pamela Webster and Johnny D. Webster.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Douglass A. Kreis
    Douglass A. Kreis
    AYLSTOCK, WITKIN, KREIS &
        OVERHOLTZ, PLLC
    Email: DKreis@awkolaw.com
    17 East Main Street, Suite 200
    Pensacola, Florida 32502
    Phone: (850) 202-1010
    Facsimile: (850) 916-7449

    *Counsel for Plaintiff(s)*