UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Dean Cheesman, Sr.,         ) | |
|      ) | |
|     Plaintiff,     ) | MDL Case No. 2:15-md-02641-DGC |
|      ) | |
|     v.     ) | Civil Action No. CV-18-03601-PHX-DGC |
|      ) | |
| Bard Peripheral Vascular, Inc. and C. R.    ) | |
| Bard, Inc., et al.,     ) | |
|      ) | |
|     Defendant. | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: December 4, 2018          /s/ Richard B. North, Jr.
                                                            *Attorney's signature*

                                                            Richard B. North, Jr. (Ga. Bar No. 545599)
                                                            *Printed name and bar number*

                                                            Nelson Mullins Riley & Scarborough, LLP
                                                            201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                            *Address*

                                                            richard.north@nelsonmullins.com
                                                           *E-mail Address*

                                                           (404) 322-6000
                                                           *Telephone number*

                                                           (404 322-6050
                                                           *FAX number*