# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2641** |
| | : | |
| | : | |
| | : | **JUDGE DAVID G. CAMPBELL** |
| **Luke Patula** | : | |
| | : | **Civil Action No.: 2:17-CV-04777** |
| Plaintiff | : | |
| | : | |
| **v.** | : | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| **C.R. Bard, Inc., and Bard Peripheral** | : | |
| **Vascular Inc.** | : | |
| | : | |
| Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Luke Patula, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:17-cv-04777, only. This stipulation shall not affect the lawsuit filed by Luke Patula, which is currently pending before this court, bearing Civil Action No. 2:17-cv-01954.  All parties shall bear their own costs.

Dated this 7th day of December, 2018.

**JOHNSON BECKER, PLLC**

By: *Michael K. Johnson*
Michael K. Johnson
444 Cedar St. , Suite 1800
St. Paul, MN 55101
Tel: (612) 436-1852
mjohnson@johnsonbecker.com

Attorney for Plaintiff

**NELSON, MULLINS, RILEY &
SCARBOROUGH, LLP**

By: */s/Richard B. North, Jr.*
Richard B. North
201 17th St, NW, Suite 1700, Atlantic Station
Atlanta, GA  30363
Tel:  (404) 322-6000
Richard.north@nelsonmullins.com

Attorneys for Defendants Bard Peripheral Vascular, Inc. and C.R. Bard, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 7, 2018, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

CM/ECF participants registered to receive service in this MDL.

*/s/ Michael K. Johnson*
Michael K. Johnson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1852
Facsimile: (612) 436-1801
Email: mjohnson@johnsonbecker.com
*Attorneys for Plaintiff Luke Patula*