UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2641 |
| Luke Patula | : : | JUDGE DAVID G. CAMPBELL |
| Plaintiff | : : | Civil Action No.: 2:17-CV-04777 |
| v. | : : | PROPOSED ORDER |
| C.R. Bard, Inc., and Bard Peripheral Vascular Inc. | : : : | |
| Defendants | : : | |

Based upon the filed Stipulation for Dismissal with Prejudice between Plaintiff Luke Patula and Defendants concerning Civil Action No. 2:17-cv-04777, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE each party to bear its own fees and costs. This Order shall not affect the lawsuit filed by Luke Patula, which is currently pending before this court, bearing Civil Action No. 2:17-cv-01954.

Dated _____, 2018.

BY THE COURT

_____
The Honorable David G. Campbell
District of Arizona