# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This document relates to:<br>Vivian Louise Monteiro and<br>Paul John Monteiro<br><br>Member Case No.:<br>2:18-cv-00976-DGC | STIPULATION OF DISMISSAL |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF**
**ALL CLAIMS OF VIVIAN LOUISE MONTEIRO AND PAUL JOHN MONTEIRO**

Come now, Plaintiffs Vivian Louise Monteiro and Paul John Monteiro and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiffs Vivian Louise Monteiro and Paul John Monteiro in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs. This dismissal in no way affects plaintiffs' claims in Cause No: 2:17-cv-03847-DGC.

Respectfully submitted,

 /s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax
ATTORNEYS FOR PLAINTIFFS

    /s/ Richard B. North
Richard B. North
NELSON MULLINS
Atlantic Station
201 17th St. NW, Suite 1700
Atlanta, GA 30363
(404) 322-6155
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Howard L. Nations
Howard L. Nations