# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-02641-PHX-DGC |
| Luke Patula, | Civil Action No.: CV17-4777-PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

The parties have filed a stipulation of dismissal with prejudice.  Doc. 13659.

**IT IS ORDERED** that the stipulation (Doc. 13659) is **granted**.  This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 7th day of December, 2018.

David G. Campbell
Senior United States District Judge