# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Vivian Louise Monteiro and Paul John Monteiro,<br><br>      Plaintiffs,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br><br>      Defendants. | No. MDL15-02641-PHX-DGC<br><br>Civil Action No.: CV18-0976-PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 13716.

**IT IS ORDERED** that the stipulation (Doc. 13716) is **granted**. This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 12th day of December, 2018.

*[signature: David G. Campbell]*

David G. Campbell
Senior United States District Judge