William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone:     (214) 890-1000
Facsimile:      (214) 890-1010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *MARIA FRITZ,* | **Civil Action No.** 2:18-cv-03169-DGC |
| *Plaintiff,* | **ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| *Defendants.* | |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Maria Fritz.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Maria Fritz in the above-captioned action against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. are dismissed in their entirety without prejudice and each party shall bear its own costs. The voluntary dismissal will only apply to docket number 2:18-cv-03169-DGC.

Signed this _____ day of _____, 2018.

_____
Honorable David G. Campbell
United States District Court Judge