# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                MDL 2641

THIS DOCUMENT RELATES TO:

*Katherine Ellsworth v. C.R. Bard, Inc.*
*Civil Action No.: 2:2018cv03393*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff and Defendants in the above-referenced action, and through their respective counsel of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

STIPULATED & AGREED:
*By: Attorney for Plaintiff*                                    *Attorney for Defendant*

*/s/ Craig Rosenbaum*                                           */s/Richard B. North, Jr.*
Craig Rosenbaum                                                 Richard B. North, Jr.
ROSENBAUM &                                                     NELSON MULLINS RILEY &
ROSENBAUM P.C.                                                  SCARBOROUGH, LLP
New York, NY 10005                                              201 17th Street, Suite 1700, Atlantic Station
Cr@rosenbaumnylaw.com                                           Atlanta, GA 30363
Telephone: (212) 514-5007                                       Richard.North@NelsonMullins.com
Facsimile: (212) 514-9178                                       Telephone: (404) 322-6155

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of December 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

**ROSENBAUM & ROSENBAUM, P.C.**

*/s/ Craig Rosenbaum*

Craig Rosenbaum
ROSENBAUM &
ROSENBAUM P.C.
New York, NY 10005
Cr@rosenbaumnylaw.com
Telephone: (212) 514-5007
Facsimile: (212) 514-9178