# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Katherine Ellsworth,<br>       Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>       Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV18-3393 PHX DGC<br><br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 13780.

**IT IS ORDERED** that the stipulation (Doc. 13780) is **granted**. This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 17th day of December, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge