# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF CHANGE OF FIRM'S NAME AND ADDRESS** |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of JTB Law Group, LLC has changed its name to BROWN, LLC.

PLEASE TAKE FURTHER NOTICE that the address has changed to 111 Town Square Place, Suite 400, Jersey City, NJ 07310. The telephone and facsimile numbers will remain the same. Please update your records accordingly.

Dated: December 17, 2018
Jersey City, New Jersey

                                              Respectfully submitted,

                                              BROWN, LLC

                                              By: _____
                                              Jason T. Brown
                                              111 Town Square Pl., Suite 400
                                              Jersey City, NJ 07310
                                              Tele: (877) 561-0000
                                              Fax: (855) 582-5297
                                              *Attorneys for Plaintiffs*

-2-

1  I hereby certify that on this 17th day of December, 2018, I electronically transmitted
2  the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal
3  of a Notice of Electronic Filing.

_____
Jason T. Brown