**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In Re: BARD IVC FILTERS             MDL No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff:

JOANNA DARWACTOR
Civil Action No. 2:17-cv-03548-DGC
_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:17-cv-03548-DGC. This dismissal does not affect case number 2:15-cv-02308-DGC, which shall remain in suit.

Dated this 18$^h$ of December, 2018.

                                         Respectfully submitted,

                                         **MATTHEWS & ASSOCIATES**

                           By: */s/ David P. Matthews*
                                         David P. Matthews
                                         2905 Sackett St.
                                         Houston, TX 77098
                                         Tel. (713) 522-5250
                                         Fax (713) 535-7184

                                         **FREESE & GOSS, PLLC**
                                         Richard Freese
                                         Calle M. Mendenhall
                                         1901 6th Ave N. Ste. 3120
                                         Birmingham, AL 35203
                                         rich@freeseandgoss.com

Tel. (205) 871-4144
Fax (205) 871-4104

*Attorneys for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Richard B. North, Jr.
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Tel. (404) 322-6000
Fax (404) 332-6397
richard.north@nelsonmullins.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18th, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

*/s/ David P. Matthews*
David P. Matthews
