# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to Plaintiff<br><br>JOANNA DARWACTOR<br>Civil Action No. 2:17-cv-03548-DGC<br>_____ | MDL No. 2:15-MD-02641-PHX-DGC<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff JoAnna Darwactor. Doc _____,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the parties' joint stipulation of dismissal without prejudice of Plaintiff JoAnna Darwactor (Doc. _____) is **granted**. All claims of Plaintiff JoAnna Darwactor against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL 15-02641 (Member Case 2:17-cv-03548-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs. This order does not affect case number 2:15-cv-02308-DGC, which shall remain in suit.

Dated this ___ of December, 2018.

                                                                 David G. Campbell
                                                                 United States District Judge