James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on December 18, 2018, they served on Plaintiffs, via U.S. Mail and email, the following:

- Defendants' Third Amended Notice of Videotaped Deposition Duces Tecum of Heather Stanko, M.D.

4822-1033-6643

DATED this 18th day of December, 2018.

SNELL & WILMER L.L.P.

By: *s/Kristine L. Gallardo*
James R. Condo
Kristine L. Gallardo
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204

Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

*s/Kathy Sprinkle*