Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, Arizona 85008
Telephone: (480) 429-3019
moconnor@beusgilbert.com

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **THE PARTIES' JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS** |
| | (Assigned to the Honorable David G. Campbell) |

In Case Management Order No. 38, the Court ordered the parties to "meet in person and engage in good faith global settlement talks no later than November 30, 2018." The Court further directed the parties to "file a joint report informing the Court that good faith settlement talks have been held and reporting generally on the outcome of such talks." The parties then met on November 13, 2018 in New York City, New York. Thereafter, the parties filed a Joint Report Regarding Settlement Meeting (Doc. 13435). In that submission, the parties reported that they intended to collect more detailed data concerning the inventory of cases and that they contemplated "scheduling a follow-up meeting … within the next 30 days." In a minute entry dated November 26, 2018 (Doc. 13473), the Court instructed the parties "to file a second report after these talks occur."

Because of delays in collecting that data, as well as scheduling conflicts and the upcoming holidays, the parties have not yet been able to go forward with the meeting. The parties anticipate meeting now in January 2019. As instructed by the Court, the parties will file a second report immediately thereafter.

The parties stand ready to address any questions the Court may have.

RESPECTFULLY SUBMITTED this 18th day of December, 2018.

BEUS GILBERT, PLLC

By: /s/ *Mark O'Connor* (with permission)
Mark S. O'Connor (011029)
701 N. 44 Street
Phoenix, AZ 85008

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ MCHUGH LLP
Phoenix, AZ 85016-9225
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

*Co-Lead/Liaison Counsel for
Plaintiffs*

NELSON MULLINS RILEY &
SCARBOROUGH, LLP

By: /s/ *Richard B. North, Jr.*
Richard B. North, Jr. (*pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (*pro hac vice*)
Georgia Bar No. 446986
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James R. Condo (005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/Richard B. North, Jr.
Richard B. North, Jr.