IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, )<br>)<br>) | |
| THIS DOCUMENT RELATES TO: ) | MDL Docket No. 15-2641 |
| )<br>2:18-CV-04741-PHX-DGC )<br>)<br>_____ ) | |
| ANTHONY MILLETT, )<br>) | |
| Plaintiff, )<br>) | |
| v. )<br>) | |
| C. R. BARD, INC., et al., )<br>) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff.

Dated: December 19, 2018    Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

                    (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 19th day of December, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                         */s/ David C. DeGreeff*