IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, </br></br>THIS DOCUMENT RELATES TO:</br></br>2:18-CV-04742-PHX-DGC</br></br>_____</br></br>CURTIS JOHNSON,</br></br>              Plaintiff,</br></br>       v.</br></br>C. R. BARD, INC., et al.,</br></br>              Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:    The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff.

Dated: December 19, 2018          Respectfully submitted,

                                                    By: /s/Thomas P. Cartmell
                                                    Thomas P. Cartmell (MO Bar No. 45366 )
                                                      (admitted *pro hac vice*)
                                                    **Wagstaff & Cartmell, LLP**
                                                    4740 Grand Ave., Suite 300
                                                    Kansas City, MO 64112
                                                    (816) 701-1100
                                                    (816) 531-2372 (fax)
                                                    tcartmell@wcllp.com

                                                    By: /s/David C. DeGreeff
                                                    David C. DeGreeff (MO Bar No. 55019)

        (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

    I hereby certify that on this 19th day of December, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                    */s/ David C. DeGreeff*