IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, </br></br>THIS DOCUMENT RELATES TO: </br></br>2:18-CV-04744-PHX-DGC </br>_____ </br></br>GEORGE ARCE, </br></br>　　　　　　　Plaintiff, </br></br>　　　v. </br></br>C. R. BARD, INC., et al., </br></br>　　　　　　　Defendants. | MDL Docket No. 15-2641 |

**NOTICE OF APPEARANCE**

TO:　The Clerk of the Court and all parties of record:

　　We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff.

Dated: December 19, 2018　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/Thomas P. Cartmell
　　　　　　　　　　　　　　　　　　Thomas P. Cartmell (MO Bar No. 45366 )
　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　**Wagstaff & Cartmell, LLP**
　　　　　　　　　　　　　　　　　　4740 Grand Ave., Suite 300
　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　　　(816) 531-2372 (fax)
　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com

　　　　　　　　　　　　　　　　　　By: /s/David C. DeGreeff
　　　　　　　　　　　　　　　　　　David C. DeGreeff (MO Bar No. 55019)

(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 19th day of December, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff