IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| 2:18-CV-04745-PHX-DGC | ) ) ) |
| PEGGY HULTS, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| C. R. BARD, INC., et al., | ) ) |
| Defendants. | ) |

MDL Docket No. 15-2641

**NOTICE OF APPEARANCE**

TO:  The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff.

Dated: December 19, 2018        Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)

                              (admitted *pro hac vice*)
                              **Wagstaff & Cartmell, LLP**
                              4740 Grand Ave., Suite 300
                              Kansas City, MO 64112
                              (816) 701-1100
                              (816) 531-2372 (fax)
                              ddegreeff@wcllp.com

                              *Attorneys for Plaintiff*

I hereby certify that on this 19th day of December, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                */s/ David C. DeGreeff*