IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff:<br><br>SHELLEY DUNKEL<br>Civil Action No. 2:18-cv-01496-DGC | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:18-cv-01496-DGC. This dismissal does not affect case number 2:16-cv-03808-DGC, which shall remain in suit.

Dated this 19th of October 2018.

Respectfully submitted,

**MARC J. BERN & PARTNERS, LLP**
By: */s/ Debra J. Humphrey*
Debra J. Humphrey
60 E. 42nd Street, Suite. 950
New York, NY 10165
Dhumphrey@bernllp.com
Tel. (212) 702-5000
Fax (212) 818-0164

**FERRER POIROT WANSBROUGH**
*/s/ Latoya Chambers*
Latoya Chambers
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
lchambers@lawyerworks.com
Tel. (205) 871-4144
Fax (205) 871-4104

*Attorneys for Plaintiff*

1

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
*/s/ Richard B. North*
Richard B. North, Jr.
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Tel. (404) 322-6000
Fax (404) 332-6397
richard.north@nelsonmullins.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

*/s/ Debra J. Humphrey*
Debra J. Humphrey