**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In Re: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL No. 2:15-MD-02641-PHX-DGC

This Document Relates to Plaintiff

**ORDER GRANTING JOINT STIPULATION**
**OF DISMISSAL WITHOUT PREJUDICE**

SHELLEY DUNKEL
Civil Action No. 2:18-cv-01496-DGC

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Shelley Dunkel.  Doc _____,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the parties' joint stipulation of dismissal without prejudice of Plaintiff Shelley Dunkel (Doc. _____) is **granted**. All claims of Plaintiff Shelley Dunkel against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL 15-02641 (Member Case 2:18-cv-01496-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.  This order does not affect case number 2:16-cv-03808-DGC, which shall remain in suit.

Dated this _____ of _____, 201__.

_____
David G. Campbell
United States District Judge

1