IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE:  Bard IVC Filters Products Liability Litigation

No. 2:15-MD-02641-DGC

**ORDER**

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Seal Exhibits to the Motion to Strike Portions of Dr. McMeeking's Tinlin Rule 26 Report and to the Motion to Strike Dr. Muehrcke's Untimely Generic Recovery Filter Opinions, and for good cause shown, the Motion to Seal is Granted.