# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS                           MDL Case No. 2:15-md-02641-DGC
PRODUCTS LIABILITY LITIGATION                     MDL No. 2641

THIS DOCUMENT RELATES TO:

**The cases listed on the attached Exhibit A**

## NOTICE OF CHANGE OF ADDRESS

TO:    CLERK OF COURT AND ALL OTHER PARTIES:

I am admitted or otherwise authorized to practice in this Court and I appear as counsel for Plaintiffs listed in Exhibit A.

Dated:  December 28, 2018

                                                              Respectfully submitted,

                                                              **BERTRAM & GRAF, L.L.C.**

                                                              /s/ Blair B. Matyszczyk
                                                              Blair B. Matyszczyk, MO #66067
                                                              2345 Grand Ave., Suite 1925
                                                              Kansas City, MO  64108
                                                              Telephone:   816-523-2205
                                                              Fax:             816-523-8258
                                                              blair@bertramgraf.com
                                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                              /s/ Blair B. Matyszczyk
                                                              Blair B. Matyszczyk