# EXHIBIT A

## Case Numbers

| Plaintiff | Civil Action No. |
|---|---|
| Linda Robinson | 2:18-cv-1706 |
| Laphael Battle | 2:17-cv-4756 |
| Russell Benson | 2:17-cv-2537 |
| Phillip Robinson | 2:17-cv-2839 |
| Gary Stewart | 2:17-cv-3286 |
| Karen Shanks | 2:17-cv-3946 |
| Mary Cook | 2:17-cv-3876 |
| Donna Britt | 2:18-cv-0514 |
| Nathaniel Cameron | 2:16-cv-2954 |
| Charletta Carpenter | 2:16-cv-2071 |
| Robert Veneklasen | 2:17-cv-2344 |
| Dennis Ellis | 2:17-cv-3919 |
| Neal Hayward | 2:17-cv-4038 |
| Priscilla James | 2:17-cv-1951 |
| Darrel Martemus | 2:17-cv-4050 |
| Willie Moon | 2:17-cv-3995 |
| Stephen Ogden | 2:16-cv-0566 |
| Victoria Overton | 2:18-cv-0150 |
| Tracy Skalley | 2:17-cv-0713 |
| Craig Smith | 2:16-cv-3448 |
| Neal Stemplinger | 2:17-cv-4371 |
| DeGrant Stevenson | 2:17-cv-3918 |
| Lisa Stovall | 2:17-cv-0196 |
| Laura Tanner | 2:17-cv-3988 |
| Shanikqua Jefferson | 2:17-cv-4465 |