**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS                     MDL Case No. 2:15-md-02641-DGC
PRODUCTS LIABILITY LITIGATION            MDL No. 2641

THIS DOCUMENT RELATES TO:

**The cases listed on the attached Exhibit A**

## NOTICE OF CHANGE OF ADDRESS

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

I am admitted or otherwise authorized to practice in this Court and I appear as counsel for Plaintiffs listed in Exhibit A.

Dated:  December 28, 2018

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

 /s/ Benjamin A. Bertram
Benjamin A. Bertram, MO #56945
2345 Grand Ave., Suite 1925
Kansas City, MO  64108
Telephone:   816-523-2205
Fax:             816-523-8258
benbertram@bertramgraf.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

 /s/ Benjamin A. Bertram
Benjamin A. Bertram