1

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)

2

Lopez McHugh LLP
100 Bayview Circle, Suite 5600

3

Newport Beach, California  92660
949-812-5771

4

5

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert PLLC
701 N. 44th Street

6

Phoenix, Arizona  85008
480-429-3019

7

*Counsel for Plaintiffs*

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF ARIZONA

10

11

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO STRIKE** |
| | (Assigned to the Honorable David G. Campbell |

12

13

14

15

16

On  December  21,  2018,  Defendants  filed  motions  to  strike  portions  of  Dr.

McMeeking's *Tinlin* Rule 26 report (Doc. 14016) and Dr. Muehrcke's untimely generic

17

Recovery filter opinions (Doc. 14015).   The parties, by and through their respective

18

undersigned counsel, hereby stipulate that Plaintiffs' time to respond will be extended two

19

weeks making the responses due January 18, 2019, rather than January 4, 2019.

20

21

22

23

24

25

26

27

28

1

RESPECTFULLY SUBMITTED this 28th day of December 2018.

2

3

BEUS GILBERT PLLC
LOPEZ McHUGH LLP

4

By: */s/ Ramon Rossi Lopez*
    Mark S. O'Connor

5

    701 N. 44th Street
    Phoenix, Arizona 85008

6

7

    LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)

8

    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600

9

    Newport Beach, California 92660

10

*Counsel for Plaintiffs*

11

NELSON MULLINS, LLP

By: */s/ Richard B.  North (with permission)*
    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    201 17th Street, NW / Suite 1700
    Atlanta, GA  30363

SNELL WILMER, LLP
James R. Condo
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

*Counsel for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_/s/Marilyn B. Wass_

3