# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lillian Pezzotti, | ) |
| | ) |
|        Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
| | ) |
|        v. | )   Civil Action No.  CV-18-02374-PHX-DGC |
| | ) |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., | ) |
| | ) |
|        Defendants. | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  December 31, 2018        /s/ Richard B. North, Jr.
                                               *Attorney's signature*

                                               Richard B. North, Jr. (Ga. Bar No. 545599)
                                               *Printed Name and bar number*

                                               Nelson Mullins Riley & Scarborough, LLP
                                               201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                               *Address*

                                               richard.north@nelsonmullins.com
                                               *E-mail address*

                                               (404) 322-6155
                                               *Telephone number*

                                               (404) 322-6050
                                               *FAX number*