UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                                                          MDL No. 2641

## ORDER DEEMING MOTION MOOT

Before the Panel is a motion by defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., to expand the scope of MDL No. 2641, *IN RE: Bard IVC Filters Products Liability Litigation* to include cases concerning Bard's Simon Nitinol Filter ("SNF"). In the alternative, defendants request that, pursuant to 28 U.S.C. §1407, the Panel create a new multidistrict litigation for SNF cases before the Honorable David G. Campbell in the District of Arizona.

Currently, 85 actions that involve the SNF filter have been directly filed in MDL No. 2641. In addition, the Panel previously transferred a civil action from the Central District of California that involved the SNF filter, without objection from any party. On December 20, 2018, the transfer of a Northern District of Oklahoma action involving the SNF filer was finalized, also without objection.

Upon consideration of these developments,

IT IS THEREFORE ORDERED that defendants' motion to expand the scope of MDL No. 2641 (and alternative motion to create a separate litigation) to include the SNF filter is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel