◈AO 435     Administrative Office of the United States Courts     **FOR COURT USE ONLY**
AZ Form (Rev. 3/2018)

**TRANSCRIPT ORDER**

**DUE DATE:**

| 1. NAME Richard B. North, Jr. | 2. PHONE NUMBER (404) 322-6000 | 3. DATE 1/3/2019 |
|---|---|---|

| 4. FIRM NAME Nelson Mullins Riley & Scarborough, LLP |
|---|

| 5. MAILING ADDRESS 201 17th St., N.W., Ste. 1700 | 6. CITY Atlanta | 7. STATE GA | 8. ZIP CODE 30363 |
|---|---|---|---|

| 9. CASE NUMBER 2:15-md-02641 | 10. JUDGE David G. Campbell | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. see below | 12. |

| 13. CASE NAME IN RE: Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**
- ☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
- ☐ NON-APPEAL    ☑ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☑ PRE-TRIAL PROCEEDING | 12/15/2017; 1/19/2018 |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☑ OTHER (Specify) | Booker (3/14/18-3/30/18) |
| ☐ SENTENCING |  | Final trial transcripts for | Jones (5/15/18-6/1/18) |
| ☐ BAIL HEARING |  |  | Hyde (9/18/18-10/5/18) |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ |  |  |  |
| 14 DAYS | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 7 DAYS | ☐ | ☐ |  |  |  |
| 3 DAYS | ☐ | ☐ |  | ☐ PDF (e-mail) |  |
| DAILY | ☑ | ☐ |  |  |  |
| HOURLY | ☐ | ☐ |  | ☑ ASCII (e-mail) |  |
| REALTIME | ☐ | ☐ |  |  |  |

E-MAIL ADDRESS: maria.turner@nelsonmullins.com; cpaulsen@swlaw.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Richard B. North, Jr.

20. DATE 1/3/2019

| TRANSCRIPT TO BE PREPARED BY |  | ESTIMATE TOTAL |  |
|---|---|---|---|
| ORDER RECEIVED | DATE    BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  | TOTAL DUE |  |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY