**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX DGC<br>**ORDER** |

In Case Management Order (CMO) No. 1, entered October 30, 2015, the Court appointed Plaintiffs' Leadership Counsel (PLC) consisting of lead/liaison counsel and a steering committee. Doc. 248. The appointment was to last for a term of one year from the date of the order. *Id.* at 7.

On November 16, 2016, the Court amended CMO No. 1 to add an executive committee to the PLC and extend the term of appointment for one year. Doc. 4016. In the second amended CMO No. 1, the Court approved certain substitutions to the PLC and confirmed that the appointment of all leadership positions shall last until November 16, 2017. Doc. 5285. Lead counsel was directed to file a memorandum notifying the Court of the need to make further appointments 30 days before the term expired. *Id.* at 9. To date, no such memorandum has been filed.

**IT IS ORDERED** that Plaintiffs' lead counsel shall, by **January 11, 2019**, file a report explaining the failure to file the required memorandum or otherwise move for the appointment or re-appointment of Plaintiffs' leadership positions before the last term expired November 16, 2017, and proposing an appropriate course of action to remedy this

oversight.

Dated this 3rd day of January, 2019.

David G. Campbell
Senior United States District Judge