**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| HOWARD PARRY,<br><br>                    **Plaintiff,**<br><br>        v.<br><br>C. R. BARD, INC. AND BARD<br>PERIPHERAL VASCULAR, INC.,<br><br>                    **Defendant.** | **Case No. 2:17-cv-03596-DGC**<br><br><br>**MDL No. 2641** |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Howard Parry ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: January 3rd, 2019                    Respectfully submitted,

/s/*Debra J. Humphrey*          /s/ *Richard B. North*
Debra J.  Humphrey                    Richard B. North
*Attorney for Plaintiff*                    *Attorney for Defendants*
MARC J. BERN & PARTNERS, LLP          NELSON MULLINS, LLP
60 East 42nd Street, #950          Atlantic Station, 201 17th Street NW
New York, New York 10165          Atlanta, GA 30363
Tel: (212) 702-5000                    Tel: (404) 322-6233
Dhumphrey@bernllp.com          Richard.North@nelsonmullins.com

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

|  |  |
|---|---|
| **HOWARD PARRY,**<br><br>                    **Plaintiff,**<br><br>            v.<br><br>**C. R. BARD, INC. AND BARD<br>PERIPHERAL VASCULAR, INC.,**<br><br>                **Defendant.** | **Case No. 2:17-cv-03596-DGC**<br><br><br>**MDL No. 2641** |

### [PROPOSED] ORDER


   **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff, Howard Parry, against Defendants, C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in MDL Case No.: MDL15-2641-PHX-DGC (Civil Action No. **2:17-cv-03596-DGC**) are dismissed in its entirety without prejudice. Each party shall bear its own fees and costs.


DATED this _____ day of _____, 2019.



_____

United States District Judge


1