IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>2:19-cv-00066-DGC )<br>_____ )<br>)<br>THEODORE MOTRIUK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C. R. BARD, INC., et al., )<br>)<br>Defendants. ) | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Theodore Motriuk.

Dated: 01/07/2019                        Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**

4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

I hereby certify that on this 7th day of January, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff