IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> 2:19-cv-00065-DGC <br><br> EDWARD SCOTT <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br> C. R. BARD, INC., et al., <br><br>　　　　　Defendants. | MDL Docket No. 15-2641 |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record:

　　　We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff, Edward Scott.

Dated: 01/07/2019                             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/Thomas P. Cartmell
　　　　　　　　　　　　　　　　　　　　Thomas P. Cartmell (MO Bar No. 45366 )
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**Wagstaff & Cartmell, LLP**
　　　　　　　　　　　　　　　　　　　　4740 Grand Ave., Suite 300
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　　　　　(816) 531-2372 (fax)

　　　　　　　　　　　　　　　　　　　　By: /s/David C. DeGreeff
　　　　　　　　　　　　　　　　　　　　David C. DeGreeff (MO Bar No. 55019)
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**Wagstaff & Cartmell, LLP**

> 4740 Grand Ave., Suite 300
> Kansas City, MO 64112
> (816) 701-1100
> (816) 531-2372 (fax)
> ddegreeff@wcllp.com
>
> ***Attorneys for Plaintiff***

I hereby certify that on this 7th day of January, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

> */s/ David C. DeGreeff*