**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

William Ford,                  )

                                    )

          Plaintiff,          )       MDL Case No. 2:15-md-02641-DGC

                                    )

             v.              )       Civil Action No.  CV-18-04792-PHX-DGC

                                    )

Bard Peripheral Vascular, Inc. and C. R.    )

Bard, Inc., et al.,               )

                                    )

          Defendant.

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

      Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>January 3, 2019</u>             <u>/s/ Richard B. North, Jr.</u>

                                           *Attorney's signature*

                                         <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>

                                         *Printed name and bar number*

                                         Nelson Mullins Riley & Scarborough, LLP

                                         <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>

                                         *Address*

                                         <u>richard.north@nelsonmullins.com</u>

                                         *E-mail Address*

                                         <u>(404) 322-6000</u>

                                         *Telephone number*

                                         <u>(404) 322-6050</u>

                                         *FAX number*