James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | Case No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS C. R. BARD INC. AND BARD PERIPHERAL VASCULAR INC.'S REQUEST FOR AN IN-PERSON STATUS CONFERENCE**<br><br>(Assigned to the Honorable David G. Campbell) |

The Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. hereby submit this request for an in-person status conference in this multi-district proceeding. The plaintiffs' lead counsel have agreed to this request.

At present, the Court has scheduled a telephonic conference for February 1, 2019, beginning at 10:00 a.m., to discuss the progress of discovery in the Tinlin bellwether case. However, the defendants believe that there are a number of additional issues the parties need to discuss with the Court, including (among other things) the Judicial Panel on

1  Multidistrict Litigation's recent Order regarding the Simon Nitinol cases pending in this
2  MDL; the appointment of lead counsel on behalf of the plaintiffs to oversee those Simon
3  Nitinol filter cases; a procedure and schedule for completing discovery regarding those
4  cases; issues regarding the record on remand of the mature cases; and the progress of
5  settlement discussions among the parties. The plaintiffs would like to discuss the
6  procedures for eventual remands. The defendants respectfully submit that an in-person
7  conference (not to exceed two hours) to discuss those issues would assist in advancing this
8  MDL.

9      The defendants therefore respectfully request – with the consent of the plaintiffs –
10  that the Court either convert the February 1 status conference into an in-person
11  conference, or alternatively, schedule an in-person conference for another date or time
12  convenient to the Court.

13      RESPECTFULLY submitted this 8th day of January, 2019.

/s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
Kgallardo@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**