**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Stephanie Rios,

     Plaintiff,

v.

C.R. Bard, Incorporated, et al

     Defendants,

No. MD-15-02641-PHX-DGC
MDL 2641

Civil Action No.: 2:16-cv-04206

**NOTICE OF FILING OF AMENDED COMPLAINT**

     Plaintiff, Stephanie Rios files this notice of filing of Plaintiff's Amended Short Form Complaint.

The amended complaint is attached hererto.

Dated: January 9, 2019

By: */s/ Peyton P. Murphy*
     Peyton P. Murphy, LA 22125
     MURPHY LAW FIRM, LLC
     2354 South Acadian Thruway
     Baton Rouge, LA  70808
     Telephone: (225) 928-8800
     Facsimile: (225) 246-8780
     Email: Peyton@MurphyLawFirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of January, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

     */s/Peyton P. Murphy*
     Peyton P. Murphy, LA 22125
     MURPHY LAW FIRM, LLC
     2354 South Acadian Thruway
     Baton Rouge, LA  70808
     Telephone: (225) 928-8800
     Facsimile: (225) 246-8780
     Email: Peyton@MurphyLawFirm.com