IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br>MDL 2641<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint in MDL No. 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Stephanie Rios

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☑ G2® Express (G2®X) Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

07/15/2009 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Manufacturing Defect

☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III: Strict Products Liability – Design Defect

☑ Count IV: Negligence - Design

☑ Count V: Negligence - Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Pro Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable Pennsylvania (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this __4th__ day of __January__, 201_9_.

                                     **MURPHY LAW FIRM, LLC**

                                     */s/ Peyton P. Murphy*
                                     PEYTON P. MURPHY (LA Bar #22125)
                                     (admitted *pro hac vice*)
                                     2354 S. Acadian Thruway
                                     Baton Rouge, LA 70808
                                     Telephone: (225) 928-8800
                                     Facsimile: (225) 246-8780
                                     Email: Peyton@MurphyLawFirm.com

                                     TODD C. COMEAUX (LA Bar #23453)
                                     TODD C. COMEAUX, LLC.
                                     4880 Bluebonnet Boulevard, Suite A
                                     Baton Rouge, LA 70809
                                     Telephone: (225) 706-9000
                                     Facsimile: (225) 706-9001
                                     Email: TC@ComeauxLawFirm.com
                                     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify on this  <u>4th</u>  day of  <u>January</u>, 201<u>9</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Peyton P. Murphy*
Peyton P. Murphy (LA Bar #22125)
