**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. MD-15-02641-PHX-DGC
                                                                     MDL 2641

Stephanie Rios,

       Plaintiff,

v.                                                                   Civil Action No.: 2:16-cv-04206

C.R. Bard, Incorporated, et al

       Defendants,

**MOTION TO WITHDRAW PLAINTIFF**
**STEPHANIE RIOS' AMENDED COMPLAINT**

On January 9th, 2019, Plaintiff Stephanie Rios filed her Amended Complaint. Plaintiff now files this Motion to inform the Court that she is withdrawing her previously filed Amended Complaint and will re-file as a Motion for Leave to Amend Complaint.

Dated: January 9, 2019                  By:    */s/ Peyton P. Murphy*
                                                              Peyton P. Murphy, LA 22125
                                                              MURPHY LAW FIRM, LLC
                                                              2354 South Acadian Thruway
                                                              Baton Rouge, LA  70808
                                                              Telephone: (225) 928-8800
                                                              Facsimile: (225) 246-8780
                                                              Email: Peyton@MurphyLawFirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                                                 /s/Peyton P. Murphy