# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL 2641

Stephanie Rios,

    Plaintiff,

v.

Civil Action No.: 2:16-cv-04206

C.R. Bard, Incorporated, et al

    Defendants,

## ORDER

**IT IS ORDERED** that Plaintiff STEPHANIE RIOS' Motion to Withdraw her Amended Complaint is hereby **GRANTED**.

Dated: _____ day of January 2019

    HONORABLE JUDGE DAVID G. CAMPBELL