IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL 2641

Stephanie Rios,

    Plaintiff,

v.

Civil Action No.: 2:16-cv-04206

C.R. Bard, Incorporated, et al

    Defendants,

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, **STEPHANIE RIOS**, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, hereby seeks to amend the Complaint.

Plaintiff, **STEPHANIE RIOS'** initial Complaint was filed via CM/ECF on December 5, 2016. Complaint in error did not include the correct filter model: **G2® Express (G2®X) Vena Cava Filter**.

Counsel for Plaintiff has conferred with counsel for Defense who has stated they do not oppose this Motion.

WHEREFOR, Plaintiff, **STEPHANIE RIOS**, respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend Complaint.

1

Dated: January 9, 2019

                        Respectfully submitted,

                        MURPHY LAW FIRM, LLC

                        s/Peyton P. Murphy
                        PEYTON P. MURPHY (LA # 22125)
                        2354 S. Acadian Thruway
                        Baton Rouge, LA  70808
                        Telephone: (225) 928-8800
                        Facsimile: (225) 928-8802
                        Email: Peyton@MurphyLawFirm.com