## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION              No. MD-15-02641-PHX-DGC
                                           MDL 2641

Stephanie Rios,

    Plaintiff,

v.                                         Civil Action No.: 2:16-cv-04206

C.R. Bard, Incorporated, et al

    Defendants,

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff STEPHANIE RIOS' Motion for Leave to Amend the Complaint is **GRANTED**. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of Court is ordered to file the First Amended Complaint into the record of this matter.


Dated: _____ day of January 2019


                              HONORABLE JUDGE DAVID G. CAMPBELL