IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                     No. MD-15-02641-PHX-DGC
                                                  MDL 2641

Martin C. Colman,

    Plaintiff,

v.                                                Civil Action No.: 2:19-cv-00097

C.R. Bard, Incorporated, et al

    Defendants,

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, **MARTIN C. COLMAN**, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(a), by and through the undersigned Counsel, hereby seeks to amend the Complaint.

Plaintiff, **MARTIN C. COLMAN's** initial complaint was filed via CM/ECF on January 8, 2019. Complaint in error had the wrong spelling of his last name: **COLMAN**

WHEREFOR, Plaintiff, **MARTIN C. COLMAN**, respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend Complaint.

Dated: January 10, 2019                       Respectfully submitted,

                                                  MURPHY LAW FIRM

                                                  s/Peyton P. Murphy
                                                  PEYTON P. MURPHY (LA # 22125)
                                                  2354 S. Acadian Thruway
                                                  Baton Rouge, LA  70808
                                                  Telephone: (225) 928-8800
                                                  Facsimile: (225) 928-8802
                                                  Email: Peyton@MurphyLawFirm.com