**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No. MD-15-02641-PHX-DGC
                                                 MDL 2641

Martin C. Colman,

    Plaintiff,

v.                                               Civil Action No.: 2:19-cv-00097

C.R. Bard, Incorporated, et al

    Defendants,

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff MARTIN C. COLMAN'S Motion for Leave to Amend the Complaint is **GRANTED**. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of Court is ordered to file the First Amended Complaint into the record of this matter.

Dated: _____ day of January 2019

                                                    HONORABLE JUDGE DAVID G. CAMPBELL