1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8    IN RE BARD IVC FILTERS PRODUCTS                No. MDL15-2641-PHX-DGC
     LIABILITY LITIGATION,
9

10   THIS DOCUMENT RELATES TO:

11                                                   No. CV16-4206 PHX DGC
     Stephanie Rios,
12
                    Plaintiff,
13                                                   **ORDER**
     v.
14
     C.R. Bard, Inc. and Bard Peripheral Vascular
15   Inc.,

16                  Defendants.

17

18          Plaintiff Stephanie Rios has filed a motion to withdraw her amended complaint.

19   Doc. 14363.   Plaintiff Stephanie Rios has also filed a motion to amend/correct her

20   complaint.  Doc. 14376.

21          **IT IS ORDERED:**

22          1.      Plaintiff's motion to withdraw her amended complaint (Doc. 14363) is

23   **granted**.  Plaintiff's amended complaint (Doc. 14347) is **withdrawn**.

24          2.      Plaintiff's motion to amend/correct (Doc. 14376) is **granted.**  Plaintiff shall

25   file her amended complaint with the Clerk of Court no later than **January 15, 2019**.

26          Dated this 10th day of January, 2019.

27

28                                        _David G. Campbell_
                                          _____
                                          David G. Campbell
                                          Senior United States District Judge