# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION _____ This Document Relates to Plaintiff: LILLIAN PEZZOTTI Civil Action No. 2:18-cv-02374-DGC | MDL No: 2:15-MD-02641-PHX-DGC |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Dated this 10th of January 2019

    Respectfully submitted,

    **THE MORRIS LAW FIRM**

    By: */s/ James A. Morris*
    JAMES A. MORRIS, JR.
    CA Bar No.: 296852
    4111 W. Alameda Avenue
    Suite 611
    Burbank, CA 91505
    (747) 283-1144
    (747) 283-1143– facsimile
    jmorris@jamlawyers.com

    ATTORNEYS FOR PLAINTIFF

                                          **NELSEN MULLINS RILEY & SCARBOROUGH, LLP**

                                          By: */s/ Richard B. North*
JAMES A. MORRIS, JR.
CA Bar No.: 296852
4111 W. Alameda Avenue
Suite 611
Burbank, CA 91505
(747) 283-1144
(747) 283-1143– facsimile
jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          */s/ James A. Morris, Jr.*