**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL 2641

Eddie Hall,
     Plaintiff,

v.

                                    Civil Action No.: 2:17-cv-00489

C.R. Bard, Incorporated, et al
     Defendants,

## MOTION FOR LEAVE TO AMEND COMPLAINT

     Plaintiff, **EDDIE HALL**, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, hereby seeks to amend the Complaint.

     Plaintiff, **EDDIE HALL'S** initial Complaint was filed via CM/ECF on February 15, 2017.  Complaint in error did not include the correct filter model: **G2® Express (G2®X) Vena Cava Filter**.

     Counsel for Plaintiff has conferred with counsel for Defense who has stated they do not oppose this Motion.

     WHEREFOR, Plaintiff, **EDDIE HALL**, respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend Complaint.

Dated: January 11, 2019                Respectfully submitted,

                                     s/Peyton P. Murphy
                                     PEYTON P. MURPHY (LA # 22125)
                                     MURPHY LAW FIRM, LLC
                                     2354 S. Acadian Thruway
                                     Baton Rouge, LA  70808
                                     Telephone: (225) 928-8800
                                     Facsimile: (225) 928-8802
                                     Email: Peyton@MurphyLawFirm.com