**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br>MDL 2641 |
| Eddie Hall,<br>    Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-00489 |
| C.R. Bard, Incorporated, et al<br>    Defendants, | |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff EDDIE HALL'S Motion for Leave to Amend the Complaint is **GRANTED**. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of Court is ordered to file the First Amended Complaint into the record of this matter.

Dated: _____ day of January 2019

                                                                         _____
                                                                         HONORABLE JUDGE DAVID G.
                                                                         CAMPBELL

1