# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No. MD-15-02641-PHX-DGC
                                                 MDL 2641

Julius Heflin,
      Plaintiff,

v.
                                                 Civil Action No.: 2:16-cv-04273

C.R. Bard, Incorporated, et al
      Defendants,

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, **JULIUS HEFLIN**, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, hereby seeks to amend the Complaint.

Plaintiff, **JULIUS HEFLIN'S** initial Complaint was filed via CM/ECF on December 7, 2016. Complaint in error did not include the correct filter model: **G2® Express (G2®X) Vena Cava Filter**.

Counsel for Plaintiff has conferred with counsel for Defense who has stated they do not oppose this Motion.

WHEREFOR, Plaintiff, **JULIUS HEFLIN**, respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend Complaint.

Dated: January 11, 2019                          Respectfully submitted,

                                                 s/Peyton P. Murphy
                                                 PEYTON P. MURPHY (LA # 22125)
                                                 MURPHY LAW FIRM, LLC
                                                 2354 S. Acadian Thruway
                                                 Baton Rouge, LA  70808
                                                 Telephone: (225) 928-8800
                                                 Facsimile: (225) 928-8802
                                                 Email: Peyton@MurphyLawFirm.com

1