**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL 2641

John R. Lowe, Jr.,
    Plaintiff,

v.

Civil Action No.: 2:16-cv-04206

C.R. Bard, Incorporated, et al
    Defendants,

**<u>ORDER</u>**

    **IT IS HEREBY ORDERED** that Plaintiff JOHN R. LOWE, JR.'S Motion for Leave to

Amend the Complaint is **GRANTED**.  Plaintiff is hereby granted leave to file the First Amended

Complaint tendered with the Motion, and the Clerk of Court is ordered to file the First Amended

Complaint into the record of this matter.

Dated: _____ day of January 2019

_____
HONORABLE JUDGE DAVID G.
CAMPBELL