**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL 2641

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint in MDL No. 2641 by reference (Doc 364).  Plaintiff(s) further show the Court as follows:

1.   Plaintiff/Deceased Party:

John R. Lowe, Jr.

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

California

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

California

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

California

7.   District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of California

8.   Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☐ Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master

      Complaint:

_____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☑ G2® Vena Cava Filter

☑ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11.   Date of Implantation as to each product:

09/12/2009 _____

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:         Strict Products Liability – Manufacturing Defect

☑   Count II:        Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:       Strict Products Liability – Design Defect

☑   Count IV:        Negligence - Design

☑   Count V:         Negligence - Manufacture

☑   Count VI:        Negligence – Failure to Recall/Retrofit

☑   Count VII:       Negligence – Failure to Warn

☑   Count VIII:      Negligent Misrepresentation

☑   Count IX:        Negligence *Pro Se*

☑   Count X:         Breach of Express Warranty

☑   Count XI:        Breach of Implied Warranty

☑   Count XII:       Fraudulent Misrepresentation

☑   Count XIII:      Fraudulent Concealment

☑   Count XIV:       Violations of Applicable  California _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:        Loss of Consortium

☐ Count XVI:     Wrongful Death

☐ Count XVII:    Survival

☑ Punitive Damages

☐ Other(s):     _____ (please  state  the  facts

supporting this Count in the space, immediately below)

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this __11____ day of __January_____, 201_9_.

                    **MURPHY LAW FIRM, LLC**

                    */s/ Peyton P. Murphy*
                    _____
                    PEYTON P. MURPHY (LA Bar #22125)
                    (admitted *pro hac vice*)
                    2354 S. Acadian Thruway
                    Baton Rouge, LA  70808
                    Telephone: (225) 928-8800
                    Facsimile: (225) 246-8780
                    Email: Peyton@MurphyLawFirm.com

                    TODD C. COMEAUX (LA Bar #23453)
                    TODD C. COMEAUX, LLC.
                    4880 Bluebonnet Boulevard, Suite A
                    Baton Rouge, LA  70809
                    Telephone: (225) 706-9000
                    Facsimile: (225) 706-9001
                    Email: TC@ComeauxLawFirm.com
                    *Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this _____11_____ day of ___January_____, 201__9__, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing.

*/s/ Peyton P. Murphy*
Peyton P. Murphy (LA Bar #22125)