UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney Lyons,  )<br>  )<br>        Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>Bard Peripheral Vascular, Inc.,  )<br>  )<br>        Defendants.  )<br>  ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-18-04830-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant(s) Bard Peripheral Vascular, Inc.


Date:  January 11, 2019          /s/ Richard B. North, Jr.
                                                  *Attorney's signature*

                                                  Richard B. North, Jr. (Ga. Bar No. 545599)
                                                  *Printed Name and bar number*

                                                  Nelson Mullins Riley & Scarborough, LLP
                                                  201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                                  *Address*

                                                  richard.north@nelsonmullins.com
                                                  *E-mail address*

                                                  (404) 322-6155
                                                  *Telephone number*

                                                  (404) 322-6050
                                                  *FAX number*