Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' CO-LEAD/LIAISON COUNSEL'S MEMORANDUM RE LEADERSHIP APPOINTMENTS**<br><br>(Assigned to the Honorable David G. Campbell |
|---|---|

As noted by the Court in the Order issued January 3, 2019 [Doc. 14138] – "In Case Management Order (CMO) No. 1, entered October 30, 2015, the Court appointed Plaintiffs' Leadership Counsel (PLC) consisting of lead/liaison counsel and a steering committee. [Doc. 248.] The appointment was to last for a term of one year from the date of the order. *Id.* at 7."

CMO No. 1 specifically states "Appointments to leadership positions in this order last for a term of one year from the date of this order unless terminated earlier by the Court. Thirty days before the expirations of this one-year term, Lead/Liaison Counsel shall file a memorandum notifying the Court of the need to make further appointments and making recommendations regarding those appointments." *Id* at 7-8.

On October 31, 2016, Plaintiffs' Lead/Liaison Counsel filed its "Memorandum Re Leadership Appointments" [Doc. 3847] in compliance with CMO No. 1.

As the Court further notes, "On November 16, 2016, the Court amended CMO No. 1 to add an executive committee to the PLC and extend the term of appointment for one year. Doc. 4016. In the Second Amended CMO No. 1, the Court approved certain substitutions to the PLC and confirmed that the appointment of all leadership positions shall last until November 16, 2017. Doc. 5285. Lead counsel was directed to file a memorandum notifying the Court of the need to make further appointments 30 days before the term expired. *Id.* at 9."

As the Court notes in its Order [Doc. 14138], dated January 3, 2019, Plaintiffs' lead counsel failed to adhere to the mandate of CMO No. 1 [Doc. 248] entered October 30, 2015, which approved the appointment of Plaintiffs' Leadership Counsel (PLC) consisting of lead/liaison counsel and a steering committee for one-year terms since having filed said annual report on October 31, 2016, and the November 16, 2016 Amended CMO 1 that followed.

On March 15, 2017, Plaintiffs' Co-Lead/Liaison Counsel filed a Memorandum requesting substitution of leadership appointments. [Doc. 5236] As a result, the Court (1) approved the appointment of Mark S. O'Connor, then with Gallagher & Kennedy, P.A. as Plaintiffs' Co-Lead and Local/Liaison Counsel in place of Robert W. Boatman, also of Gallagher & Kennedy, P.A., and (2) approved the appointment of Sheila Bossier, formerly with and in place of Freese & Goss, as a member of the PSC under the firm name Bossier & Associates.

Since this last change in Plaintiffs' Leadership Counsel, Co-Lead Counsel and the PSC have been actively involved in the finalization of discovery, generic expert discovery, the bellwether selection process and the trials of 3 (three) bellwether cases before the Honorable David G. Campbell, in Phoenix, AZ, the third of which was completed and verdict reached on October 5, 2018, and more recently engaged internally and with defense counsel, in discussions regarding the potential for settlement of cases subject to MDL 2641.

1    While the original one-year report requirement was calendared for the original
2 CMO No.1, and thus was filed, timely, that calendaring did not repeat for the ensuing two
3 years. Lead Counsel respectfully apologizes for this oversight, and assures the Court that
4 this was an inexcusable calendaring error for which Lead Counsel assumes full
5 responsibility, and, if approved to continue it their capacity as Lead Counsel, assures the
6 Court that this compliance failure will not occur again.

7    In accordance with this Court's Amended Case Management Order No. 1 [Doc.
8 4016], Plaintiffs' Co-Lead/Liaison Counsel submits this memorandum regarding
9 appointments to the PLC.

10    After more than three years of this MDL litigation, Plaintiffs' Co-Lead Counsel are
11 proud to report that the leadership structure appointed by this Court has been both highly
12 active and highly effective. The attorneys this Court appointed and their firms have
13 brought considerable experience in mass tort litigation to this MDL and have collectively
14 committed thousands of hours (and millions of dollars of costs assessments) to the
15 litigation. The leadership group has been very effective in working together to prosecute
16 this litigation. Co-Lead Counsel and the PSC firms have been active in discovery with
17 numerous attorneys and law firms taking and participating actively in depositions,
18 ongoing document reviews, expert reports, law and briefing, state-federal coordination,
19 trial preparation, trials, and in some instances, settlements of state court cases with
20 impending trial dates. More recently, all members of the PLC have fully cooperated with
21 the PEC's plans, strategy and need for data and input surrounding the PEC's "global"
22 settlement discussions with Defendants, which is ongoing

23    All counsel has worked together collegially and collectively and for the benefit of
24 all of the plaintiffs in this MDL (a significant number of whom are represented by firms in
25 leadership).

26    Subject to the following proposed changes to the PLC, Co-Lead Counsel and all
27 PLC/PSC members recommend re-appointment of Co-Lead Counsel, Plaintiffs' Executive
28 Committee and all PSC/PLC members.

### Withdrawal from the PSC/PLC

Mr. Nate Van Der Veer has recently terminated his employment at Farris, Riley & Pitt LLP, Birmingham, AL, and will be focusing his ongoing professional career on matters that will not permit the time and commitment required of him in his PSC position on MDL 2641. Mr. Van Der Veer does not seek reappointment to the PSC.

### Substitution of PSC Appointment

Ms. Calle Mendenhall has recently joined the law firm of Farris, Riley & Pitt LLP, specifically to take on the role and responsibilities in the Bard IVC filters litigation and other matters formerly assigned to Mr. Van Der Veer.

Plaintiffs' Co-Lead Counsel and the other PSC Members support Ms. Mendenhall's appointment. A copy of her declaration and résumé supporting her application for substitution appointment are attached as Exhibit A.

Plaintiffs' Co-Lead Counsel and the other members of the PSC support this substitution and request that the Court appoint Ms. Mendenhall to the PSC.

### Change of Firms by Co-Lead Counsel, Mark S. O'Connor

On November 9, 2018, Mr. Mark S. O'Connor filed a Notice of Change of Address and Firm Name [Doc. 13330]. Mr. O'Connor is now a member of the Beus Gilbert PLLC firm in Phoenix, AZ. Mr. O'Connor seeks to keep his position as co-Lead Counsel as a member of his new firm, while Shannon Clarke of Gallagher & Kennedy remains a member of the PLC/PSC.

### Change of Firm Name of PLC/PSC Member, John Dalimonte

As of October, 2016, PLC/PSC member, John Dalimonte, changed law firms. His current firm is Dalimonte Rueb, LLP, 85 Devonshire Street, Suite 1000, Boston, MA 02109. Mr. Dalimonte and his new partner, Mr. Gregory Rueb, have both been very actively involved and committed to this litigation in both this MDL and state courts, having recently prepared and resolved a Recovery device case in Delaware state court on the eve of trial. Mr. Dalimonte desires to maintain his current position on MDL 2641 PLC/PSC as a member of Dalimonte Rueb, LLP.

## Reappointment of Plaintiffs' Executive Committee

While many members of the PSC would qualify and are worthy of such an appointment, Co-Leads previously recommended and requested the following current members of the PLC/PSC to serve in the capacity of a six-member PEC that includes Co-Leads, Mr. Ramon R. Lopez and Mr. Mark O'Connor, and PLC/PSC members, Mr. Howard Nations, Ms. Julia Reed Zaic, Mr. Russell Budd and Ms. Wendy Fleishman, and the Court approved these appointments and the formation of this PEC [Doc. 248]. Each member of this PEC has fulfilled his or her stated duties and commitments to the important work of this committee. Each current member requests to remain a member of the PEC and has renewed his or her commitment to the structure and purpose of this committee. They and other members of their firms have been significantly involved in virtually every aspect of this litigation since inception. This PEC, as constituted, will continue to enhance the ability of our PLC to meet the demands of the completion of our duties and commitment to this case.

## Conclusion

Accordingly, Plaintiffs' Co-Lead/Liaison Counsel and the PSC request that this Court reappoint Plaintiffs' Co-Lead/Liaison Counsel, Plaintiffs' Executive Committee, and reappoint the members of the PSC with the following changes: (1) removing Nate Van Der Veer from the PSC, (2) appointing Calle Mendenhall as Mr. Van Der Veer's replacement on behalf of the Farris, Riley and Pitt firm, and (3), John Dalimonte continuing is role as member of PLC/PSC under the firm name, Dalimonte Rueb, LLP

RESPECTFULLY SUBMITTED this 11th day of January 2019.

BEUS GILBERT PLLC

By:/s/ *Ramon Rossi Lopez*
   Mark S. O'Connor
   701 N. 44th Street
   Phoenix, Arizona 85008

LOPEZ McHUGH LLP

5

| | |
|---|---|
| 1 | Ramon Rossi Lopez (CA Bar No. 86361) |
| 2 | (admitted *pro hac vice*)<br>100 Bayview Circle, Suite 5600 |
| 3 | Newport Beach, California 92660 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Marilyn B. Wass