# EXHIBIT A

Calle M. Mendenhall
Farris, Riley & Pitt, LLP
505 20th Street North, Suite 1700
Birmingham, AL 35203
Phone: (205) 324-1212
Facsimile: (205) 324-1255
Email: cmendenhall@frplegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DECLARATION OF CALLE M. MENDENHALL IN SUPPORT OF APPLICATION FOR APPOINTMENT ON PLAINTIFF STEERING COMMITTEE** |

I, Calle M. Mendenhall declare as follows:

1.  I am an attorney at law duly licensed to practice and appear as Attorney of record in all filings made on behalf of my firm, Farris, Riley & Pitt, LLP in this litigation and in other mass tort litigations in which Farris, Riley & Pitt, LLP is involved. I act as the firm's mass tort director and as such, I have knowledge of the matters contained herein and they are true and correct of my own personal knowledge. If called and sworn as a witness, I could and would testify competently thereto.

2.  I make this declaration in support of my application for appointment on the steering committee in this litigation. A true and correct copy of my curriculum vitae and list of representative mass tort trials is included herewith.

3.  I have represented clients in mass tort litigations involving pharmaceuticals and medical devices for the entirety of my time practicing law. During this time, I have been a member of

roughly six mass tort trials, including MDL bellwether trials. I have handled every facet of a mass tort case from pre-litigation strategy, discovery and motion practice, including aiding current members of this PSC with depositions and dispositive briefing, and helping try cases to verdict in other litigations. I am very familiar with this litigation and its current progress. Additionally, I was appointed to the Plaintiffs' Leadership Committee in the Cordis IVC Filter Alameda County, California Litigation in or around April, 2018, and currently oversee and manage document production and review for all Plaintiff litigants.

4. Current PSC Member, Nathan C. VanDerVeer, was an attorney for Farris, Riley & Pitt, LLP until late September, 2018. At this time, I joined the firm and took over the handling of Farris, Riley & Pitt, LLP's open and active mass tort cases, including all cases with the firm in this litigation.

5. Farris, Riley & Pitt, LLP has handled products liability litigation since its inception over twenty years ago. The firm has been active in mass tort litigations for nearly ten years and is currently working on cases in roughly four other multi-district or state court consolidated litigations. Farris, Riley & Pitt, LLP has timely paid all assessments in this litigation to date as part of Nathan VanDerVeer's inclusion on the Plaintiff Steering Committee. Farris, Riley & Pitt, LLP will continue to honor its agreement to pay assessments and any other further Orders of this Court or directives from the Plaintiffs' Co-Leads.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on January 9, 2019.

*Calle Mendenhall*

Calle M. Mendenhall

# Calle M. Mendenhall

3101 Cliff Road South B5
Birmingham, AL 35205
(713) 775-3930
cmendenhall@frplegal.com

---

| | | |
|---|---|---|
| **LEGAL EXPERIENCE** | **Farris, Riley & Pitt, LLP** <br> *Attorney and Mass Torts Director (2018 – Present)* | Birmingham, AL |

Experience representing clients in pharmaceutical and medical device mass torts, medical malpractice, and catastrophic injury cases. Current member of the Cordis IVC Filter Plaintiff Leadership Committee for the consolidation pending in Alameda County, California.

**Experience includes**: researching and drafting complaints, discovery, and motions; handling hearings regarding evidentiary, procedural, and dispositive issues; taking and defending fact witness, expert witness, and corporate representative depositions; experience at mass tort trials including preparing witnesses and creating examination outlines; preparing, negotiating and arguing deposition designations; handling pre-trial motions and arguments.

**Freese & Goss, PLLC** — Birmingham, AL
*Associate (2012 – Present); Law Clerk (2010 – 2012)*
Represented clients in a wide range of complex litigation including pharmaceutical and medical device mass torts, medical malpractice, and catastrophic injury cases.

**Ball, Ball, Matthews & Novak, P.A.** — Montgomery, AL
*Law Clerk (Summer 2010)*
Researched and drafted various motions in the following areas: personal injury, property, and construction litigation; attended depositions, mediations, and hearings.

**Beckum Kittle LLP** — Birmingham, AL
*Law Clerk (Summer 2010)*
Conducted initial client consultations; researched and prepared various pleadings and motions in employment and personal injury matters.

**EDUCATION**

**Cumberland School of Law** — Birmingham, AL
*Doctor of Jurisprudence, 2012*
**Honors and Activities:** Dean's List; National Negotiation Team Member; Finalist in The Haley Trial Team Competition; Trial Advocacy Board Member

**University of Alabama** — Tuscaloosa, AL
*Bachelor of Arts in English, 2008*
**Honors and Activities:** Sigma Tau Delta (National English Honor Society); Dean's List

**AWARDS / MEMBERSHIPS**

**Super Lawyers**: Mid-South Rising Star; Personal Injury-Products (2018)
**National Trial Lawyers**: Top 100 Trial Lawyers (2014 – Present)
**American Association for Justice**: member
**Alabama Association for Justice**: member

# Calle M. Mendenhall

3101 Cliff Road South B5
Birmingham, AL 35205
(713) 775-3930
cmendenhall@frplegal.com

---

**REPRESENTATIVE CASES**

- *Carolyn Lewis v. Ethicon, Inc. and Johnson & Johnson*, 2:12-cv-04301 (Southern District of West Virginia) – First bellwether trial in the Ethicon/Johnson & Johnson Transvaginal Mesh MDL

- *Linda Batiste v. Ethicon, Inc. and Johnson & Johnson, et al.*, DC-12-14350 (Dallas County, Texas) – Product liability and medical malpractice action involving Ethicon/Johnson & Johnson transvaginal mesh resulting in $1.2 million verdict

- *Martha Salazar v. Jorge Francisco Lopez, M.D. and Boston Scientific Corporation*, DC-12-14349 (Dallas County, Texas) – Product liability and medical malpractice action involving Boston Scientific transvaginal mesh resulting in $74 million verdict

- *Coleen Perry v. Hung T. Luu, M.D. et al.*, S-1500-CV-279123 (Kern County, California) – Product liability and medical malpractice action involving Ethicon/Johnson & Johnson transvaginal mesh resulting in $5.7 million verdict

- *Sharon Carlino, et al. v. Ethicon, Inc. and Johnson & Johnson*, June Term 213, No. 3470 (Philadelphia County, Pennsylvania) – Product liability action involving Ethicon/Johnson & Johnson transvaginal mesh resulting in $13.5 million verdict