# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Eddie Hall, | No. CV17-0489 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Plaintiff Eddie Hall has filed a motion for leave to amend his complaint. Doc. 14390.

**IT IS ORDERED** that Plaintiff's motion for leave to amend (Doc. 14390) is **granted.** Plaintiff shall file his amended complaint with the Clerk of Court no later than **January 16, 2019**.

Dated this 11th day of January, 2019.

David G. Campbell
Senior United States District Judge