1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8    IN RE BARD IVC FILTERS PRODUCTS          No. MDL15-2641-PHX-DGC
     LIABILITY LITIGATION,
9

10   THIS DOCUMENT RELATES TO:

11                                            No. CV16-4273 PHX DGC
     Julius Heflin,
12
                    Plaintiff,
13                                            **ORDER**
     v.
14
     C.R. Bard, Inc. and Bard Peripheral Vascular
15   Inc.,

16                   Defendants.

17

18          Plaintiff Julius Heflin has filed a motion for leave to amend his complaint.

19   Doc. 14391.

20          **IT IS ORDERED** that Plaintiff's motion for leave to amend (Doc. 14391) is

21   **granted.**  Plaintiff shall file his amended complaint with the Clerk of Court no later than

22   **January 16, 2019**.

23          Dated this 11th day of January, 2019.

24

25                                           _David G. Campbell_

26                                           _____

27                                               David G. Campbell
                                             Senior United States District Judge
28