1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**

8    IN RE BARD IVC FILTERS PRODUCTS          No. MDL15-2641-PHX-DGC
     LIABILITY LITIGATION,
9

10   THIS DOCUMENT RELATES TO:

11                                            No. CV17-4466 PHX DGC
     John R. Lowe, Jr.,
12
                  Plaintiff,
13                                            **ORDER**
     v.
14
     C.R. Bard, Inc. and Bard Peripheral Vascular
15   Inc.,

16                Defendants.

17

18        Plaintiff John R. Lowe, Jr. has filed a motion for leave to amend his complaint.

19   Doc. 14392.

20        **IT IS ORDERED** that Plaintiff's motion for leave to amend (Doc. 14392) is

21   **granted.**  Plaintiff shall file his amended complaint with the Clerk of Court no later than

22   **January 16, 2019**.

23        Dated this 11th day of January, 2019.

24

25

26                                            David G. Campbell
27                                        Senior United States District Judge

28