UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | NO. 2:15-MD-02641-PHX-DGC |
| This document relates to:<br><br>*Rosemarie Marengo*   2:16-cv-02991-DGC<br><br>*Jillian Nava*   2:16-cv-03099-DGC | NOTICE OF ATTORNEY'S<br>CHANGE OF FIRM NAME AND<br>EMAIL ADDRESS CHANGE |

NOTICE OF ATTORNEY'S CHANGE OF FIRM NAME
AND EMAIL ADDRESS CHANGE

PLEASE TAKE NOTICE that, pursuant to Rule 83.3(d) of the Local Rules of Civil Procedure, the undersigned counsel files this Notice of Attorney's Change of Firm Name and Email Address Change, effective January 14, 2019. The address and phone number remain the same, the new firm name and email address are as follows:

**Bailey Cowan Heckaman PLLC**
**bailey-svc@bchlaw.com**

RESPECTFULLY SUBMITTED this 14th day of January 2019.

By: */s/ K. Camp Bailey*
K. Camp Bailey
Texas Bar No. 24006782
Bailey Cowan Heckaman PLLC
5555 San Felipe St., Suite 9100
Houston, Texas 77056
713-425-7100 Telephone
713-425-7101 Facsimile
bailey-svc@bchlaw.com
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14$^h$ day of January 2019, a true and correct copy of this Notice of Change of Firm Name and Email Address Change was furnished via electronic filing, using the CM/ECF system for filing and transmittal of Notice of Electronic Filing.

                                                 */s/ K. Camp Bailey* _____
                                                 K. Camp Bailey