UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 02641-DGC |
| | JUDGE DAVID G. CAMPBELL |
| | Civil Action No: 2:17-cv-02498-DGC |

THIS DOCUMENT RELATES TO:
Cynthia D. McNair v.
C R BARD, Incorporated .et al
No. 2:17-cv-02498-DGC

**ORDER**

Considering the foregoing Motion for Withdrawal:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that David B. Owen Jiménez, is withdrawn as the Plaintiffs Attorney of Record.

Signed Phoenix, Arizona this _____ day of _____, 2019.


_____
David G. Campbell, United States District Court Judge