UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Shane Broussard, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>)<br>    Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-00022-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: January 11, 2019                /s/ Richard B. North, Jr.
                                                                *Attorney's signature*

                                                               Richard B. North, Jr. (Ga. Bar No. 545599)
                                                               *Printed name and bar number*

                                                               Nelson Mullins Riley & Scarborough, LLP
                                                               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                               *Address*

                                                               richard.north@nelsonmullins.com
                                                               *E-mail Address*

                                                               (404) 322-6000
                                                               *Telephone number*

                                                               (404 322-6050
                                                               *FAX number*