# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

MDL No. 15-02641-PHX-DGC

This document relates to:
Judy A. Britt

Civil No. 2:19-cv-00187-DGC

Judy A. Britt v. C. R. Bard, et al.,

Defendants.

## ENTRY OF APPEARANCE

Brian A. Goldstein hereby enters his appearance as counsel for plaintiff. Prior to filing this Entry of Appearance, counsel attests that he registered for and obtained a Southern District of Indiana CFM/ECF log in name and password.

Respectfully submitted,

By: /s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
Telephone Number 1.716.888.8888
Fax Number 1.716.854.6291
brian.goldstein@cellinoandbarnes.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein