# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff(s):

James Tucker; James Webb; Ashley Parks-Wolf; Hannah Dire; Layla Abdullah; Nicholas McKean; Scott Hood; Carol Wittig; Pamela Williams

Civil Case #
2:17-cv-04620; 2:18-cv-01723; 2:18-cv-01729;
2:18-cv-01732; 2:18-cv-01734; 2:18-cv-01741;
2:18-cv-01742; 2:18-cv-03936; 2:18-cv-04055

## NOTICE OF CHANGE OF FIRM NAME

TO: The Clerk of Court and All Parties of Record:

    I, Robert J. Fenstersheib, hereby provide this Notice of Change of Firm Name and request the Clerk's Office to make the following changes:

    Previous Information:    Robert J. Fenstersheib
                                        Florida Bar #307300
                                        Law Offices of Robert J. Fenstersheib & Associates, P.A.

    Current Information:    Robert J. Fenstersheib
                                          Florida Bar #307300
                                        Fenstersheib Law Group, P.A.

Dated: 1/15/2019          .

                                                                           Respectfully Submitted,

                                                                           /s/ Robert J. Fenstersheib

                                                                           Robert J. Fenstersheib
                                                                           Florida Bar #307300
                                                                           Fenstersheib Law Group, P.A.
                                                                           520 Hallandale Beach Blvd.
                                                                           Hallandale, FL 33009
                                                                           P: (954) 456-2488
                                                                           F: (954) 212-2757
                                                                           Email: rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

I hereby certify that on  1/15/2019  , I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com