**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   ~~Darlene Dianne Morgan~~   Darline Dianne Allen Morgan
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NA
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA
   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas
   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Texas
   _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Texas
   _____

7. District Court and Division in which venue would be proper absent direct filing:

   Northern District of Texas, Dallas Division
   _____

8. Defendants (check Defendants against whom Complaint is made):

   [X] C.R. Bard Inc.

   [X] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   [X] Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    [X] G2® Vena Cava Filter

-2-

|   |   |
|---|---|
| € | G2® Express (G2®X) Vena Cava Filter |
| € | Eclipse® Vena Cava Filter |
| € | Meridian® Vena Cava Filter |
| € | Denali® Vena Cava Filter |
| € | Other: _____ |

11. Date of Implantation as to each product:

    06/07/2006
    _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Manufacturing Defect

    ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

    ☒ Count III: Strict Products Liability – Design Defect

    ☒ Count IV: Negligence - Design

    ☒ Count V: Negligence - Manufacture

    ☒ Count VI: Negligence – Failure to Recall/Retrofit

    ☒ Count VII: Negligence – Failure to Warn

    ☒ Count VIII: Negligent Misrepresentation

    ☒ Count IX: Negligence *Per Se*

    ☒ Count X: Breach of Express Warranty

    ☒ Count XI: Breach of Implied Warranty

    ☒ Count XII: Fraudulent Misrepresentationmber 16, 2010

-3-

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _11_ th day of _December_, 20_18_.

                                           MCSWEENEY/LANGEVIN LLC

                                           By: /s/ David M. Langevin

                                               David M. Langevin
                                               Rhett A. McSweeney
                                               2116 2nd Avenue South
                                               Minneapolis, MN 55404
                                               Attorneys for Plaintiff(s)