**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Cynthia D. McNair, | No. CV17-2498 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's counsel's motion to withdraw as counsel. Doc. 14498.

**IT IS ORDERED** that Plaintiff's counsel, David B. Owen Jimenez's motion to withdraw as counsel (Doc. 14498) is **granted.** Plaintiff shall continue to be represented by attorney Christopher K. Johnston in this matter.

Dated this 17th day of January, 2019.

David G. Campbell
Senior United States District Judge