Ramon Rossi Lopez
rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029)
moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
602-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF LODGING UNDER SEAL**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Tinlin Bellwether Case)** |

Plaintiff, pursuant to the Stipulated Protective Order (Doc. 269) and Local Civil Rule 5.6, file this Notice of Lodging Under Seal the following:

1. Plaintiff's unredacted Opposition To Defendants C. R. Bard Inc. And Bard Peripheral Vascular Inc.'s Motion To Strike Dr. McMeeking's *Tinlin* Rule 26 Report and exhibits thereto.

2. Plaintiff's unredacted Opposition To Defendants C. R. Bard Inc. And Bard Peripheral Vascular Inc.'s Motion To Exclude the Opinion of Dr. Muehrcke and exhibits thereto.

The documents being placed under seal are referenced and included in a consent motion, to be filed by Defendants, that concerns documents submitted under seal in connection with Defendants' motions to exclude portions of Dr. Muerhcke's and Dr. McMeeking's *Tinlin* reports.

1 | RESPECTFULLY SUBMITTED this 18th day of January, 2019.

BEUS GILBERT, PLLC

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    701 N. 44th Street
    Phoenix, Arizona  85008

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of January 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Jessica Gallentine*

- 3 -

1679713.9