# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Lee Litson, Jr.<br>Case No.: 2:17-cv-1283-DGC | No. MD-15-02641-PHX-DGC |

## SUGGESTION OF DEATH

Kevin J. Boissoneault, attorney for Petitioner in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Lee Litson, Jr. during the pendency of this action.

Dated: January 22, 2019.

**GALLON, TAKACS, BOISSONEAULT
& SCHAFFER, CO., L.P.A.**

By: */s/ Kevin J. Boissoneault*
    Kevin J. Boissoneault
    3516 Granite Circle
    Toledo, OH 43617
    T: (419) 843-2001
    F: (419) 843-8022
    kboisson@gallonlaw.com

*Attorney for Plaintiff*