UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>KENDALL ARMAGOST,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　Defendants. | Case No. 15-02641-PHX-DGC<br>MDL No. 2641<br><br><br><br>Case No. 2:18-cv-4918 |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kendall Armagost, through his attorneys, hereby voluntarily dismisses his complaint without prejudice.

Dated: January 23, 2019

> Respectfully submitted,
>
> BERTRAM & GRAF, L.L.C.
>
> By: */s/* Benjamin A. Bertram
>
> Benjamin A. Bertram, Blair B. Matyszczyk
> (admitted *pro hac vice*)
> 2345 Grand Blvd. Suite 1925
> Kansas City, MO 64108
> Telephone: 816-523-2205
> Email: benbertram@bertramgraf.com
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Benjamin A. Bertram*
Benjamin A. Bertram