1  James R. Condo (#005867)
   Kristine L. Gallardo (#033975)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  jcondo@swlaw.com
   kgallardo@swlaw.com
6
7  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
8  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
9  NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
10 201 17th Street, NW, Suite 1700
   Atlanta, GA 30363
11 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
12 matthew.lerner@nelsonmullins.com

   *Attorneys for Defendants*
13 *C. R. Bard, Inc. and*
   *Bard Peripheral Vascular, Inc.*

14 Ramon Rossi Lopez
   rlopez@lopezmchugh.com
15 (California Bar Number 86361; admitted pro hac vice)
   Lopez McHugh LLP
16 100 Bayview Circle, Suite 5600
   Newport Beach, California 92660
17 949-812-5771

18 Mark S. O'Connor (011029)
   moconnor@beusgilbert.com
19 Beus Gilbert, PLLC
   701 N. 44th Street
20 Phoenix, Arizona 85008
   602-429-3019
21
   *Co-Lead/Liaison Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**AMENDED CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF BARD'S MOTIONS TO** |

**EXCLUDE PORTIONS OF DR. MUEHRCKE AND DR. McMEEKING'S *TINLIN* REPORTS AND PLAINTIFFS' RESPONSES THERETO**

On December 21, 2018, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") filed a Motion to Seal (Dkt. 14017) the exhibits attached in support of Bard's Motions to Exclude the Certain Portions of Dr. Muehrcke and Dr. McMeeking's *Tinlin* Reports served on December 7, 2018. ("the Motions" Dkt. 14015 and 14016). Defendants contend the exhibits to the Motions contain certain trade secrets and confidential information that are protected under the Stipulated Protective Order, warranting protection from public disclosure. Additionally, the exhibits contain confidential medical information about Ms. Tinlin and other MDL plaintiffs that the plaintiffs have sought to seal in prior submissions. In their Responses to the Motions (Dkt. 14656 and 14655), Plaintiffs attached and relied on additional documents that likewise contain information that Defendants contend is protected and that contain confidential medical information, and referred to or quoted such information in their opposition briefs. Plaintiffs lodged those documents, and an unredacted version of their opposition briefs, under seal (Dkt. 14654) The parties have met and conferred and agree that the exhibits to the Motions and Plaintiffs' Responses should be filed and maintained under seal for purposes of consideration of Bard's Motions to Strike. Based on the stipulation and the parties' consent to file these exhibits under seal for purposes of consideration of Bard's Motions to Strike the parties jointly request that the exhibits be sealed, along with Plaintiffs' unredacted opposition briefs.

//
//
//
//

- 2 -

RESPECTFULLY SUBMITTED this 23rd day of January, 2019.

By: *s/ Mark S. O'Connor*
Mark S. O'Connor
BEUS GILBERT, PLLC
701 N. 44th Street
Phoenix, Arizona 85008

Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

**Co-Lead/Liaison Counsel for Plaintiffs**

*- and -*

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo
Kristine L. Gallardo
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
KGallardo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 3 -

# EXHIBIT A

## DOCUMENTS PROPOSED TO BE FILED UNDER SEAL

Defendants request they be permitted to file under seal the following documents:

1. Exhibit A to Dr. Muehrcke motion – Dr. Muehrcke Tinlin Expert Disclosure
2. Exhibit B to Dr. Muehrcke motion – Dr. Muehrcke Reports regarding Booker, Jones, Hyde, Mulkey, and Kruse
3. Exhibit A to Dr. McMeeking motion – Dr. McMeeking's Tinlin Report
4. Exhibit B to Dr. McMeeking motion – Dr. Meeking's Generic Report
5. Exhibit 1 to Response to Dr. McMeeking Motion – Dr. Morris' Tinlin Report
6. Exhibit 2 to Response to Dr. McMeeking Motion – 06/06/2017 Deposition of Dr. McMeeking excerpts
7. Exhibit 3 to Response to Dr. McMeeking Motion – Dr. McMeeking Coker Report
8. Exhibit 1 to Response to Dr. Muehrcke Motion – Dr. Morris' Tinlin Report
9. Exhibit 2 to Response to Dr. Muehrcke Motion – 01/11/2019 Deposition of Dr. Muehrcke excerpts
10. Plaintiff's Opposition to Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc.'s Motion to Strike Dr. McMeeking's *Tinlin* Rule 26 Report (Unredacted version)
11. Plaintiff's Opposition to Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc.'s Motion to Exclude the Opinions of Dr. Muehrcke (Unredacted version)