IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of the parties' Amended Consent Motion for Leave to File Under Seal Exhibits in Support of Bard's Motion to Exclude Portions of Dr. Muehrcke and Dr. McMeeking's *Tinlin* Reports and Plaintiff's Responses thereto, and for good cause shown, the Motion for Leave to File Under Seal is Granted.