IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br>No. MD-15-02641-PHX-DGC | THIS DOCUMENT RELATES TO:<br>CHAVARRI V. C.R. BARD INC. ET AL<br>2:18-cv-04260-DGC |
|---|---|

### UNOPPOSED MOTION TO AMEND PLAINTIFF'S SHORT FORM COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff, by counsel, hereby moves to amend her previously filed Short Form Complaint to include the designation of C.R. Bard Incorporated as a defendant. Plaintiff's previous filing named C.R. Bard Incorporated and Bard Peripheral Vascular in the online filing and civil cover sheet, but inadvertently only designated Bard Peripheral Vascular (via check-mark) as a defendant on page two of the Short Form Complaint.

On January 24, 2019, Plaintiff's counsel received email correspondence indicating that Defendants do not oppose the proposed amendment. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, the Defendants do not oppose Plaintiff's motion and justice so requires that Plaintiff be allowed to amend her Short Form Complaint.

Plaintiff's proposed First Amended Short Form Complaint is attached hereto as Exhibit 1. The caption of the case is correct as it stands.

**Signed: January 24, 2019**

Respectfully submitted,
**Phelan Petty, PLC**

/s/_____
Michael G. Phelan VSB No. 29725
Brielle M. Hunt VSB No. 87652
PHELAN PETTY PLC
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com
bhunt@phelanpetty.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed with the Court on January 24, 2019 through the Court's CM/ECF system, which will serve all counsel of record.

Phelan Petty, PLC

/s/_____
Brielle M. Hunt VSB No. 87652
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  bhunt@phelanpetty.com

*Counsel for Plaintiff*

2