IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Exhibits in Support of Bard's Reply to the Motion to Exclude Portions of Dr. Muehrcke's *Tinlin* Report, and for good cause shown, the Motion for Leave to File Under Seal is Granted.