Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (#011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429.3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile:  404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT STATUS REPORT FOR THE FEBRUARY 1, 2019, CASE MANAGEMENT CONFERENCE** |

In accordance with the Court's January 10, 2019 Minute Entry [Doc. 14385], the Parties hereby submit their Joint Status Report for the July 13, 2017 Case Management Conference.

## I. Tinlin

The parties continue to work cooperatively to complete discovery within the parameters of the schedule agreed upon and ordered by the Court. Daubert motions and a motion for summary judgment will be filed on or before February 1, 2019, as contemplated by the scheduling order. Already pending before the Court are the Defendants' motions to strike the new opinions of Dr. McMeeking (Doc. 14016) and Dr. Muehrcke (Doc. 14015).

Plaintiff Debra Tinlin intends to file a Daubert motion regarding defense expert Christopher Morris, MD on Feb. 1, 2019. Also, due to scheduling issues, the parties anticipate setting the deposition of Dr. Morris sometime in mid-February. Plaintiff may need to supplement the motion after the deposition, but will meet and confer with the defense if that becomes necessary.

## II. The Simon Nitinol Filter ("SNF") Cases

In Case Management Order No. 38 (Doc. 12853), the Court instructed the Defendants to file by November 2, 2018 "a motion with the panel on multidistrict litigation to expand this MDL to include the SNF cases or to create a new MDL including the SNF cases." The Defendants filed the motion on November 1, 2018.

Soon thereafter, a new SNF case was filed in a state court in Tulsa, Oklahoma. Bard removed the case to federal court based on diversity of citizenship, and then filed a notice of tag-along with the Judicial Panel on Multidistrict Litigation ("JPML"). In that notice, Bard specifically pointed out that the action would be governed by the Panel's ruling on the pending motion to expand the existing MDL or create a new one for the SNF cases.

The JPML then issued a Conditional Transfer Order, setting forth the typical time limitation for any party to file an objection to the transfer. When no objection was filed,

the JPML issued a final order transferring the case (Betty Ann Nichols) to this MDL. The case was docketed in this Court. (Doc. 14102).

On January 2, 2019, the Panel issued an order deeming Bard's motion to be "moot." As a basis for that determination, the JPML noted that 85 SNF actions had previously been directly filed in the MDL; another SNF case had earlier been transferred from the Central District of California to the MDL, without objection; and the Nichols case had recently been transferred to the MDL from Oklahoma without objection.

Bard believes that the clear import of the JPML's order is that the Panel already considers those cases to be part of this MDL. Bard respectfully submits that, in light of that order, this Court should be free to oversee the resolution of those actions.

If the Court agrees, then Bard believes the first step will be to devise a leadership structure on behalf of the SNF plaintiffs. The Plaintiffs' present lead counsel has previously suggested the leadership team for the SNF cases may differ to some extent from the current leadership. Either way, that issue needs to be resolved first. As soon as the SNF leadership team is established, the parties should promptly meet and confer about the following issues:

(1) What additional fact discovery, if any, needs to be undertaken regarding the SNF filter;

(2) A schedule for the completion of that fact discovery (if any);

(3) A schedule for the completion of expert discovery;

(4) A schedule for any Daubert motions pertaining to experts designated to testify about the SNF: and

(5) A proposal for the ultimate resolution of the cases (an abbreviated bellwether process; post-discovery remands, etc.).

The parties stand ready to discuss these issues with the Court at the February 1 conference.

3

### III. The Record on Remand for the Mature Cases

In the order suggesting the remand of the mature cases (Doc. 12534), the Court instructed the parties to furnish to the Clerk for the District of Arizona a "stipulation or designation of the contents of the record or part thereof to be remanded." That same order then set forth directions for the Clerk's office regarding the record to be forwarded to the transferor courts.

On October 30, 2018, the parties filed a joint stipulation regarding the record to be remanded to the transferor courts for the mature cases. (Doc. 13158). To the best of the parties' knowledge, however, the record as stipulated has yet to be transmitted to those courts.

The parties stand ready to discuss with the Court anything they can do to facilitate that process.

### IV. Report on Settlement Discussions

Bard continues to discuss potential settlement with the Plaintiffs' Steering Committee in this MDL, as well as with other interested parties. Bard's MDL counsel (Richard North) and settlement counsel (Russell Gaudreau, from Greenberg Traurig) most recently met with the Plaintiffs' Steering Committee on January 24, 2019, in Irvine, California. At the February 1st case management conference, Bard would like to provide the Court with a brief report on the company's various settlement discussions.

Respectfully submitted, this 28th day of January, 2019.

LOPEZ MCHUGH LLP

By: s/ Ramon Rossi Lopez
   Ramon Rossi Lopez
   (admitted *pro hac vice*)
   CA Bar No. 86361
   100 Bayview Circle, Suite 5600
   Newport Beach, CA 92660
   RLopez@lopezmchugh.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Richard B. North, Jr.
   Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
   201 17th Street, NW / Suite 1700
   Atlanta, GA 30363
   Richard.North@nelsonmullins.com
   Matthew.Lerner@nelsonmullins.com

| | |
|---|---|
| Mark S. O'Connor (011029)<br>BEUS GILBERT PLLC<br>701 N 44th Street<br>Phoenix, AZ 85008<br>moconnor@beusgilbert.com | James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2202<br>JCondo@swlaw.com<br>KGallardo@swlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                               s/Richard B. North, Jr.
                                                               Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

6