IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br>No. MD-15-02641-PHX-DGC | SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS |

Plaintiff named below, for her First Amended Short Form Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff further shows the Court as follows:

1. Plaintiff:

   **Ruth Chavarri**

2. Plaintiff's spouse or other party making loss of consortium claim:

   **Widowed, N/A**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **N/A**

4. Plaintiff's state of residence at the time of implant:

   **Virginia**

5. Plaintiff's state of residence at the time of injury:

   **Virginia**

6. Plaintiff's current state of residence:

   **Virginia**

7. District Court and Division in which venue would be proper absent direct filing:
   **Eastern District of Virginia, Richmond Division**

8. Defendants (check Defendants against whom Complaint is made):

1

      **X**   C.R. Bard Inc.
      **X**   Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

      **X**   Diversity of Citizenship
      ____  Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

____  Recovery® Vena Cava Filter
**X**   G2® Vena Cava Filter
____  G2® Express Vena Cava Filter
____  Eclipse® Vena Cava Filter
____  Meridian® Vena Cava Filter
____  Denali® Vena Cava Filter
____  Other:

11.   Date of Implantation as to each product:

**April 25, 2006**

12.   Counts in the Master Complaint brought by Plaintiff(s):

    ____  Count I:     Strict Products Liability - Manufacturing Defect

    ____  Count II:    Strict Products Liability - Information Defect (Failure Warn)

    ____  Count III:   Strict Products Liability - Design Defect

    **X**   Count IV:   Negligence - Design

    **X**   Count V:    Negligence - Manufacture

**_X_**   Count VI:    Negligence - Failure to Recall/Retrofit

**_X_**   Count VII:   Negligence - Failure to Warn

**_X_**   Count VIII:  Negligent Misrepresentation

**_X_**   Count IX:    Negligence *Per Se*

**_X_**   Count X:     Breach of Express Warranty

**_X_**   Count XI:    Breach of Implied Warranty

**_X_**   Count XII:   Fraudulent Misrepresentation

**_X_**   Count XII:   Fraudulent Concealment

___      Count XIV:   Violations of Applicable Wisconsin Law Prohibiting

                      Consumer Fraud and Unfair and Deceptive Trade Practices

___      Count XV:    Loss of Consortium

___      Count XVI:   Wrongful Death

___      Count XVII:  Survival

**_X_**   Punitive Damages

___      Other(s): _____(please state the facts

         Supporting this Count in the space immediately below)

13.   Jury Trial Demanded for all issues so triable?

**_X_**   Yes
___      No

**Dated:  January 28, 2019**          Respectfully submitted,


/s/ Brielle M. Hunt
Michael G. Phelan, Esq. (VSB No. 29725)
Brielle M. Hunt, Esq. (VSB No. 87652)
Phelan Petty, PLC
6641 W. Broad St., Suite 406
Richmond, VA  23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-mail: mphelan@phelanpetty.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed with the Court on January 28, 2019 through the Court's CM/ECF system, which will serve all counsel of record.


Phelan Petty, PLC

/s/ Brielle M. Hunt
Brielle M. Hunt VSB No. 87652
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  bhunt@phelanpetty.com

*Counsel for Plaintiff*

4