**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| Gary Shaw, Sr.,                        ) | |
| )| |
|     Plaintiff,                  ) | MDL Case No. 2:15-md-02641-DGC |
| )| |
|     v.                          ) | Civil Action No. CV-18-04309-PHX-DGC |
| )| |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al.,                    ) | |
| )| |
|     Defendant.                  ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: January 22, 2019

/s/ Richard B. North, Jr.
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail Address*

(404) 322-6000
*Telephone number*

(404 322-6050
*FAX number*