# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION: <br><br> All Cases | No. MDL15-2641-PHX-DGC <br><br> **ORDER** |

Pending before the Court is the parties' joint stipulation of designation of record on remand pursuant to JPML Rule 10.4(a).  Doc. 13158.

**IT IS ORDERED** that the stipulation (Doc. 13158) is **granted.**  The Clerk of Court is directed to provide the court for each remanded case a ZIP file containing the documents listed on Exhibit 1 of the parties' stipulation of designation of record on remand (Doc. 13158) as Relevant MDL Orders.

Dated this 29th day of January, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge