IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD
IVC FILTERS PRODUCTS LIABILITY                    2:15-md-02641-DGC
LITIGATION MDL                                              MDL No: 2641
_____

This Document Relates to Plaintiff(s):

Christine Minor

Civil Case # 2:19-cv-00414-DCG
_____

## NOTICE OF FILING FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff CHRISTINE MINOR, by and through her undersigned counsel, and hereby files her Notice of Filing First Amended Short Form Complaint, pursuant to the Local Rules of Civil Procedure 15.1(b). In conjunction with the LRCiv 15.1(b), Plaintiff attaches a copy of her Amended Short Form Complaint, wherein changes made from her originally filed Short Form Complaint are indicated. (Exhibit A).

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 1/30/2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com