Exhibit A - Copy of Amended Short Form Complaint

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| This Document Applies to: Christine Minor, 2:19-cv-00414-DCG | SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff's First Amended Short Form Complaint

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Christine Minor.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A.

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Florida.

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Florida.

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Florida.

7. District Court and Division in which venue would be proper absent direct filing:

    Middle District of Florida - Fort Myers Division.

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C. R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☑ ~~Recovery® Vena Cava Filter~~

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

| | | |
|---|---|---|
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:
July 17, 2006.

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☑ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☑ | Count III: | Strict Products Liability – Design Defect |
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable Florida (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☑ | | Punitive Damages |


☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this **30** day of **January**, 20**19**.

[SIGNATURE BLOCK]

By: /s/ Robert J. Fenstersheib
[Attorney name/address]
520 W Hallandale Beach Blvd.
Hallandale, FL 33009
rjf@fenstersheib.com

I hereby certify that on this **30** day of **January**, 20**19**, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Robert J. Fenstersheib
_____