**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronnie Duran,              )<br>                                        )<br>       Plaintiff,               )<br>                                        )<br>       v.                         )<br>                                        )<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al.,           )<br>                                        )<br>       Defendant.          ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-19-00315-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: February 1, 2019                    /s/ Richard B. North, Jr.
                                                       *Attorney's signature*

                                                       Richard B. North, Jr. (Ga. Bar No. 545599)
                                                       *Printed name and bar number*

                                                       Nelson Mullins Riley & Scarborough, LLP
                                                       201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                       *Address*

                                                       richard.north@nelsonmullins.com
                                                       *E-mail Address*

                                                       (404) 322-6000
                                                       *Telephone number*

                                                       (404 322-6050
                                                       *FAX number*