# Exhibit A

DOCUMENT SUBMITTED UNDER SEAL