Exhibit B

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF ARIZONA
3
4
5
6     IN RE
7
    BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION
8
9
10                       No. MD-15-02641-PHX-DGC
11
12
13
14
15    VIDEOTAPED DEPOSITION OF DEBRA A. TINLIN
16
        TAKEN AT:  SPRINGHILL SUITES BY MARRIOTT
17         LOCATED AT:  1011 Tony Canadeo Run
                Green Bay, Wisconsin
18              February 8, 2017
             8:58 a.m. to 3:50 p.m.
19
20
21
22
23         REPORTED BY ANNICK M. JAQUET
             REGISTERED MERIT REPORTER
24          CERTIFIED REALTIME REPORTER
25

```
                                                              Page 2

 1                  A P P E A R A N C E S:
 2
           LOPEZ MCHUGH, LLP, by
 3         Mr. Joshua M. Mankoff
           214 Flynn Avenue
 4         Moorestown, New Jersey   08057-1767
           (856) 273-8500
 5         jmankoff@lopezmchugh.com
           Appearing on behalf of the Plaintiff.
 6
 7         NELSON, MULLINS, RILEY & SCARBOROUGH, LLP, by
           Ms. Brandee J. Kowalzyk
 8         201 17th Street, NW #1700
           Atlanta, Georgia   30363-1099
 9         (404) 322-6000
           brandee.kowalzyk@nelsonmullins.com
10         Appearing on behalf of the Defendant.
11
           ALSO PRESENT:   Andrew Gallun, videographer
12
13
14
15
16
17                       I N D E X
18
         Examination by:                              Page:
19
20       Ms. Kowalzyk ............................ 6
21
22
23
24
25
```

```
 1         ER at that time?
 2    A    Pain in my back.
 3    Q    Okay.  So can you describe the pain in your
 4         back that you were experiencing that brought
 5         you to the ER on May 4, 2005?
 6    A    Kind of a sharp pain in back of my lungs.
 7    Q    So is it your understanding that that pain was
 8         a result of the pulmonary embolism?
 9    A    Yes.
10    Q    And did -- did the doctors tell you that you
11         had developed additional clots even though you
12         had been on the Lovenox?
13    A    Yes.
14    Q    Prior to having the recovery filter placed in
15         you on May 7, 2005 had you ever heard of IVC
16         filters before?
17    A    No.
18    Q    Who was the first person to recommend that you
19         have a filter placed?
20    A    I had a pulmonologist and a hematologist at the
21         time I was in the hospital and they were
22         together when they recommended it, and I do not
23         remember their names.
24    Q    Did they tell you that they were recommending a
25         filter because you were at risk of an
```

```
                                                         Page 89

 1          additional pulmonary embolism?
 2    A     Yes.
 3    Q     And did they tell you that the reason they
 4          recommended a filter as an additional mechanism
 5          to try to prevent the pulmonary embolism was
 6          because you were -- you had developed the clots
 7          even while on the blood thinning medication?
 8                  MR. MANKOFF:  Object to form.
 9                  THE WITNESS:  I believe that's what
10          they said, yes.
11          BY MS. KOWALZYK:
12    Q     Did they talk about any other options for
13          treatment other than the filter at that time?
14    A     They told me I would have to be on Coumadin for
15          the rest of my life.
16    Q     And did they tell you if they were recommending
17          that you have a filter placed permanently or
18          temporarily?
19    A     I don't remember anything about -- I thought it
20          was in there forever.
21    Q     Did you understand that the recovery filter or
22          other inferior vena cava filters were a medical
23          device that could be retrieved if your doctors
24          determined it was no longer necessary?
25    A     No.
```

Page 165

```
 1   Q    Do you have a calendar where you write down all
 2        your appointments and stuff?
 3   A    We just have one of those erasable ones on the
 4        refrigerator and, you know, every month if I
 5        have one coming up I write it on there.
 6   Q    Got it.  Have you ever talked to anyone at
 7        Bard?
 8   A    No.
 9   Q    Other than your attorneys and your family have
10        you discussed your lawsuit with anybody else?
11   A    No.
12   Q    And I know that you have a Facebook page.
13   A    I have a Facebook page, but I've never posted
14        anything on it.
15   Q    Okay.  Do you belong to Instagram or any of the
16        other social media?
17   A    No.  I have a Facebook page because my best
18        friend who lived next door for years moved to
19        Indiana and she does a lot of social media and
20        the only way I can see it is to have a Facebook
21        page to look at it.
22   Q    Got it.
23   A    That's the only reason I have a Facebook page.
24        She has posted two pictures on my Facebook
25        page, but I have never put anything on it.
```