# Exhibit C

DOCUMENT SUBMITTED UNDER SEAL