# Exhibit E

DOCUMENT SUBMITTED UNDER SEAL