# Exhibit F

DOCUMENT SUBMITTED UNDER SEAL