# Exhibit G

DOCUMENT SUBMITTED UNDER SEAL