# Exhibit H

DOCUMENT SUBMITTED UNDER SEAL