# Exhibit I

DOCUMENT SUBMITTED UNDER SEAL