# Exhibit B

DOCUMENT SUBMITTED UNDER SEAL