# Exhibit C

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                  UNITED STATES DISTRICT COURT
 2                       DISTRICT OF ARIZONA
 3
 4
 5      -------------------------------
                                       )
 6      IN RE BARD IVC FILTERS         )
        PRODUCTS LIABILITY             ) NO. MD-15-02641-PHX-DGC
 7      LITIGATION,                    )
                                       )
 8      -------------------------------
 9                        DO NOT DISCLOSE
              SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
10
11                     VIDEOTAPED DEPOSITION
                              - of -
12                   CHRISTOPHER S. MORRIS, M.D.
13
14
15         taken on behalf of the Plaintiffs on Tuesday,
           July 25, 2017, at the Courtyard by Marriott,
16         25 Cherry Street, Burlington, Vermont,
           commencing at 9:08 AM.
17
18
19
20         VIDEO TECHNICIAN:   DEVYN MULHOLLAND
21         COURT REPORTER:   JOHANNA MASSÉ, RMR, CRR
22
23
24
```

```
 1      A.   Yes.
 2      Q.   Do you ever do open-surgery filter removals?
 3      A.   No.
 4      Q.   Who does -- who does those?
 5      A.   I don't think anyone has ever done one in our
 6   hospital, but generally speaking it would be surgeons,
 7   most -- most often probably vascular surgeons, but it
 8   could be a trauma surgeon or a general surgeon.
 9      Q.   And you're not a surgeon --
10      A.   No.
11      Q.   -- is that correct?
12           You're not a vascular surgeon; you're not a
13   trauma surgeon --
14      A.   No.
15      Q.   -- correct?
16           Is that right?
17      A.   That's correct.  But I am professor of
18   surgery.
19      Q.   But you're not a surgeon?
20      A.   Correct.
21      Q.   All right.  And you're not -- you don't design
22   medical devices, do you?
23      A.   I'm in the process of designing a medical
24   device, yes.
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                    C E R T I F I C A T E

 2

 3            I, Johanna Massé, RMR, CRR, Court Reporter and

 4   Notary Public, do hereby certify that the foregoing

 5   pages, numbered 7 through 365, inclusive, are a true

 6   and accurate transcription of my stenographic notes of

 7   the Deposition of Christopher S. Morris, M.D., who was

 8   first duly sworn by me, taken before me on Tuesday,

 9   July 25, 2017, commencing at 9:08 AM, in the matter of

10   In Re Bard IVC Filters Products Liability Litigation,

11   Case No. MD-15-02641-PHX-DGC, as to which a transcript

12   was duly ordered.  Review of the transcript was

13   requested.

14            I further certify that I am neither attorney

15   nor counsel for, nor related to or employed by any of

16   the parties to the action in which this transcript was

17   produced, and further that I am not a relative or

18   employee of any attorney or counsel employed in this

19   case, nor am I financially interested in this action.

20

21

22

23            _____

              JOHANNA MASSÉ, RMR, CRR

24            Comm. expires:  2/10/19
```