Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **CONSENT MOTION TO SEAL** |

In accordance with Section 25 of the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move this Court for an Order sealing Plaintiffs' unredacted Motion and Incorporated Memorandum of Law to Exclude Certain Opinions and Testimony of Christopher S. Morris, M.D. and Christopher S. Morris, M.D.'s expert report concerning Debra Ann Tinlin which is attached as Exhibit A thereto. Both documents contain personal healthcare information regarding the Debra Tinlin that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiff's personal healthcare information is protected under the Privacy Rule of

1  the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. §
2  160, 164(A) & (E), as well as several state-law privileges. The knowing disclosure of
3  such information is prohibited by 42 U.S.C. § 1320d-6. This court has already granted the
4  filing under seal of the similar information when the parties submitted their respective
5  bellwether submissions. *See* Doc. 4366.
6      The parties have met and conferred and agree that Plaintiffs' unredacted Motion
7  and Incorporated Memorandum of Law to Exclude Certain Opinions and Testimony of
8  Christopher S. Morris, M.D. and exhibit A thereto should be filed and maintained under
9  seal. Based on the stipulation and the parties' consent to file the unredacted motion and
10 exhibit A thereto under seal for purposes of consideration of the same, the parties jointly
11 request that the exhibits be sealed.
12     RESPECTFULLY SUBMITTED this 1st day of February, 2019.

BEUS GILBERT, PLLC

By: */s/ Mark S. O'Connor*
Mark S. O'Connor (011029)
701 N.44th St.
Phoenix AZ 85008

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                     */s/ Jessica Gallentine*