UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **ORDER** |

Upon consideration of the Consent Motion to File Under Seal and for good cause shown, the Motion to File Under Seal is Granted.

- 1 -