# Exhibit D

DOCUMENT SUBMITTED UNDER SEAL