# Exhibit E

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2

3                     FOR THE DISTRICT OF ARIZONA

4

5

6

7    In Re Bard IVC Filters    Videotaped Deposition of:

8    Products Liability

9    Litigation                 DEREK MUEHRCKE, M.D.

10

11                              NO. MD-15-02641-PHX-DGC

12

13

14

15

16

17

18

19              January 11, 2019 - 9:08 a.m.

20            Location:  Hyatt Place Park City

21               4377 North Highway N 224

22                     Park City, Utah

23        Reporter:  VICKY McDANIEL, CSR, RMR

24

25

Page 2

```
 1                    A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3
            MARK O'CONNOR, ESQ.
 4          BEUS GILBERT, PLLC
            701 North 44th Street
 5          Phoenix, Arizona 85008
            Tel: (480) 429-3000
 6          moconnor@beusgilbert.com
 7          JOSHUA MANKOFF, ESQ. (by telephone)
            LOPEZ McHUGH LLP
 8          214 Flynn Avenue
            Moorestown, New Jersey 08057
 9          Tel: (856) 273-8500
            Fax: (856) 273-8502
10
11   FOR DEFENDANTS C.R. BARD, INC. and
     BARD PERIPHERAL VASCULAR, INC.:
12
            MATTHEW E. BROWN, ESQ.
13          NELSON MULLINS RILEY & SCARBOROUGH LLP
            One Post Office Square, 30th Floor
14          Boston, Massachusetts 02109
            Tel: (617) 217-4619
15          Fax: (617) 217-4710
            matt.brown@nelsonmullins.com
16
            ELIZABETH C. (KATE) HELM, ESQ.
17          NELSON MULLINS RILEY & SCARBOROUGH LLP
            Atlantic Station, Suite 1700
18          201 17th Street NW
            Atlanta, Georgia 30363
19          Tel: (404) 322-6249
            Fax: (404) 322-6358
20          kate.helm@nelsonmullins.com
21
     VIDEOGRAPHER:  Ryan Reverman, CLVS
22
23
24
25
```

Page 55

1    opinions in this case, correct?
2         A.    Yes.
3         Q.    Did you write everything in this report?
4         A.    This is a -- I have written everything,
5    but it was -- and it was -- the spelling was
6    corrected and some grammarical (phonetic) mistakes
7    were made, but I wrote this report.
8         Q.    Okay.  So let me ask the question again.
9    Absent correction of typos --
10        A.    I wrote everything in this report.
11        Q.    Thank you.  Okay.
12              And you reviewed medical records provided
13   to you dated from May 7, 2005 to December 16, 2015.
14   Is that right?
15        A.    I have our documents back to -- I'm sorry.
16   Can you repeat the question?
17        Q.    Sure.  You reviewed medical records
18   relating to Ms. Tinlin provided to you dated between
19   May 7, 2005 and December 16, 2015.  Is that right?
20        A.    I believe that's correct, yes.
21        Q.    And then you also reviewed some imaging
22   which I believe dates from May 4, 2005, and the last
23   image is dated February 26, 2016.  Is that right?
24        A.    Yes.
25              MR. O'CONNOR:  Do you want to -- excuse