IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Exhibits in Support of Bard's Motion to Exclude the Opinions of Derek Muehrcke, Ph.D., and for good cause shown, the Motion for Leave to File Under Seal is Granted.