UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Paulette Patterson,<br><br>    Plaintiff,<br><br>v.<br><br>Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al.,<br><br>    Defendant | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-18-04939-PHX-DGC |

**ORDER**

Plaintiff's Unopposed Motion for Leave to Amend Complaint is GRANTED.

Plaintiff is hereby given leave to amend her Complaint, as sought in her Motion. Plaintiff's First Amended Complaint, filed contemporaneously with Plaintiff's Motion for Leave to Amend, is here by deemed filed on the date this Order is signed.

Signed this _____ day of _____, 2019.

_____
U.S. District Judge

ORDER – Page 1