# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

## NOTICE OF FILING OF AMENDED COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and Local Civ. Rule 15.1(b), Plaintiff Michael Thompson hereby files the Second Amended Short Form Complaint, in accordance with Second Amended Case Management Order No. 4.  Plaintiff is filing this Amended Complaint as a matter of course, pursuant to F.R.C.P. 15(a)(1)(A).  The following amendment is the addition of Para. 13, Jury Trial Demanded for all issues so triable.

Respectfully submitted,

Law Offices of Terence J. Sweeney, Esq.

BY: /s/Terence J. Sweeney,_____
44 Fairmount Avenue, Suite One
Chatham, New Jersey 07928
(973) 665-0400
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/Terence J. Sweeney