IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Michael Thompson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   New York

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    Eastern District of New York

8. Defendants (check Defendants against whom Complaint is made):

    ☒X   C. R. Bard Inc.

    ☒X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒X   Diversity of Citizenship

    ☐    Other: _____

    a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☒   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

|   |     |   |              |                                                                                                 |
|---|-----|---|--------------|-------------------------------------------------------------------------------------------------|
| 1 |     | ☐ | Denali® Vena Cava Filter |                                                                                     |
| 2 |     | ☐ | Other: _____ |                                                |
| 3 | 11. | Date of Implantation as to each product: |   |                                                                  |
| 4 |     |   | _____April 6, 2011_____ |                                              |
| 5 |     |   | _____ |                                                |
| 6 | 12. | Counts in the Master Complaint brought by Plaintiff(s): |   |                                                 |
| 7 |     | ☒ | Count I:      | Strict Products Liability – Manufacturing Defect                                 |
| 8 |     | ☒ | Count II:     | Strict Products Liability – Information Defect (Failure to Warn)                 |
| 10 |    | ☒ | Count III:    | Strict Products Liability – Design Defect                                        |
| 11 |    | ☒ | Count IV:     | Negligence - Design                                                              |
| 12 |    | ☒ | Count V:      | Negligence - Manufacture                                                         |
| 13 |    | ☒ | Count VI:     | Negligence – Failure to Recall/Retrofit                                          |
| 14 |    | ☒ | Count VII:    | Negligence – Failure to Warn                                                     |
| 15 |    | ☒ | Count VIII:   | Negligent Misrepresentation                                                      |
| 16 |    | ☒ | Count IX:     | Negligence *Per Se*                                                              |
| 17 |    | ☒ | Count X:      | Breach of Express Warranty                                                       |
| 18 |    | ☒ | Count XI:     | Breach of Implied Warranty                                                       |
| 19 |    | ☒ | Count XII:    | Fraudulent Misrepresentation                                                     |
| 20 |    | ☒ | Count XIII:   | Fraudulent Concealment                                                           |
| 21 |    | ☒ | Count XIV:    | Violations of Applicable New York (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 24 |    | ☐ | Count XV:     | Loss of Consortium                                                               |
| 25 |    | ☐ | Count XVI:    | Wrongful Death                                                                   |
| 26 |    | ☐ | Count XVII:   | Survival                                                                         |
| 27 |    | ☒ | Punitive Damages |                                                                              |

- 3 -

| | |
|---|---|
| 1 | ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

_____

_____

13.  <u>Jury Trial demanded for all issues so triable?</u>

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this  4th  day of   February  , 20 19 .

[SIGNATURE BLOCK]

By:  /s/   Terence Sweeney, Esq.
[Attorney name/address]
Law Offices of Terence J. Sweeney, Esq.
44 Fairmount Avenue, Suite One
Chatham, New Jersey  07298

I hereby certify that on this  4th day of   February  , 20 19, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/   Terence Sweeney, Esq.

- 4 -