IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff(s):

Felicia Thomas

Civil Case # 2:19-cv-00325-DGC

### NOTICE OF FILING FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff FELICIA THOMAS, by and through her undersigned counsel, and hereby files her Notice of Filing First Amended Short Form Complaint, pursuant to the Local Rules of Civil Procedure 15.1(b). In conjunction with the LRCiv 15.1(b), Plaintiff attaches a copy of her Amended Short Form Complaint, wherein changes made from her originally filed Short Form Complaint are indicated. (Exhibit A).

RESPECTFULLY SUBMITTED this 6<u>th</u> day of February 2019.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*
    Monte Bond
    Texas Bar No. 02585625
    5151 Belt Line Road
    Suite 1000
    Dallas, TX 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281

By: /s/ Jessica Glitz
    Jessica Glitz
    Texas Bar No. 24076095
    5151 Belt Line Road
    Suite 1000
    Dallas, Texas 75254 Phone: (214) 617-9980 Fax: (214) 853-4281
    Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/6/2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        TAUTFEST BOND, PLLC

        By:  /s/ *Monte Bond*_____

          Monte Bond
          Texas Bar No. 02585625
          5151 Belt Line Road
          Suite 1000
          Dallas, TX 75254
          Phone: (214) 617-9980
          Fax: (214) 853-4281

        By: /s/ Jessica Glitz_____
        Jessica Glitz

        Texas Bar No. 24076095
        5151 Belt Line Road

        Suite 1000
        Dallas, Texas 75254
        Phone: (214) 617-9980
        Fax: (214) 853-4281
        Attorneys for the Plaintiff