1

2

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE DISTRICT OF ARIZONA

5

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641DGC

6

7

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

FIRST AMENDED SHORT FORM COMPLAINT

8

Plaintiff(s) named below, for their Complaint against Defendants named below,

9

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

10

Plaintiff(s) further show the Court as follows:

11

1.    Plaintiff/Deceased Party:

12

Felicia Thomas

13

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14

consortium claim:

15

Johnny Thomas

16

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17

conservator):

18

N/A

19

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20

the time of implant:

21

Georgia

22

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Middle District of Georgia

8. Defendants (check Defendants against whom Complaint is made):

X      C.R. Bard Inc.

X      Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X      Diversity of Citizenship

☐      Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐      Recovery® Vena Cava Filter

☐      G2® Vena Cava Filter

-2-

1       □     G2® Express (G2®X) Vena Cava Filter

2       X     Eclipse® Vena Cava Filter

3       □     Meridian® Vena Cava Filter

4       □     Denali® Vena Cava Filter

5       □     Other: _____

6    11.   Date of Implantation as to each product:

7        December 20, 2011 _____

8    _____

9    12.   Counts in the Master Complaint brought by Plaintiff(s):

10   X    Count I:     Strict Products Liability – Manufacturing Defect

11   X    Count II:    Strict Products Liability – Information Defect (Failure to

12   Warn)

13   X    Count III:    Strict Products Liability – Design Defect

14   X    Count IV:    Negligence - Design

15   X    Count V:    Negligence - Manufacture

16   X    Count VI:    Negligence – Failure to Recall/Retrofit

17   X    Count VII:    Negligence – Failure to Warn

18   X    Count VIII:    Negligent Misrepresentation

19   X    Count IX:    Negligence Per Se

20   X    Count X:    Breach of Express Warranty

21   X    Count XI:    Breach of Implied Warranty

22   X    Count XII:    Fraudulent Misrepresentation

1    X    Count XIII:   Fraudulent Concealment

2    X    Count XIV:   Violations of Applicable <u>Georgia</u> (insert state)

3         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4         Practices

5    □    Count XV:    Loss of Consortium

6    □    Count XVI:   Wrongful Death

7    □    Count XVII:  Survival

8    X    Punitive Damages

9    □    Other(s):  _____ (please state the facts supporting

10        this Count in the space immediately below)

11   _____

12   _____

13   _____

14   _____

15   _____

16

17   13.   Jury Trial demanded for all issues so triable?

18    X    Yes

19    □    No

20

21

22

1    RESPECTFULLY SUBMITTED this 6<u>th</u> day of February 2019.

2                                    TAUTFEST BOND, PLLC

3                                    By:  /s/ *Monte Bond*
                                         Monte Bond
4                                        Texas Bar No. 02585625
                                         5151 Belt Line Road
5                                        Suite 1000
                                         Dallas, TX 75254
6                                        Phone: (214) 617-9980
                                         Fax: (214) 853-4281

7                                    By: /s/ Jessica Glitz_____
                                         Jessica Glitz
8                                        Texas Bar No. 24076095
                                         5151 Belt Line Road
9                                        Suite 1000
                                         Dallas, Texas 75254
10                                       Phone: (214) 617-9980
                                         Fax: (214) 853-4281
11                                       Attorneys for the Plaintiff

12       I hereby certify that on this 6th day of February 2019, I electronically transmitted

13   the attached document to the Clerk's Office using the CM/ECF System for filing and

14   transmittal of a Notice of Electronic Filing.

15
                                          */s/ Monte Bond*
16
                                          */s/ Jessica Glitz*
17

18

19

20

21

22