IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

SECOND AMENDED SHORT FORM COMPLAINT

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Felicia Thomas

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Johnny Thomas

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Georgia

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Georgia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Georgia

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Georgia

8. Defendants (check Defendants against whom Complaint is made):

   X    C.R. Bard Inc.

   X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X    Diversity of Citizenship

   ☐    Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

X Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

December 20, 2011

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:     Strict Products Liability – Manufacturing Defect

X   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X   Count III:   Strict Products Liability – Design Defect

X   Count IV:    Negligence - Design

X   Count V:     Negligence - Manufacture

X   Count VI:    Negligence – Failure to Recall/Retrofit

X   Count VII:   Negligence – Failure to Warn

X   Count VIII:  Negligent Misrepresentation

X   Count IX:    Negligence Per Se

X   Count X:     Breach of Express Warranty

X   Count XI:    Breach of Implied Warranty

X   Count XII:   Fraudulent Misrepresentation

| | | |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable <u>Georgia</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 6<u>th</u> day of February 2019.

          TAUTFEST BOND, PLLC

By: <u>/s/ *Monte Bond*</u>
    Monte Bond
    Texas Bar No. 02585625
    5151 Belt Line Road
    Suite 1000
    Dallas, TX 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281

By: <u>/s/ Jessica Glitz</u>
    Jessica Glitz
    Texas Bar No. 24076095
    5151 Belt Line Road
    Suite 1000
    Dallas, Texas 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281
    Attorneys for the Plaintiff

I hereby certify that on this 6th day of February 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          <u>*/s/ Monte Bond*</u>

          <u>*/s/ Jessica Glitz*</u>