IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff(s):

Mary Curtis

Civil Case # 2:18-cv-03191-DGC

### NOTICE OF FILING FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff MARY CURTIS, by and through her undersigned counsel, and hereby files her Notice of Filing First Amended Short Form Complaint, pursuant to the Local Rules of Civil Procedure 15.1(b). In conjunction with the LRCiv 15.1(b), Plaintiff attaches a copy of her Amended Short Form Complaint, wherein changes made from her originally filed Short Form Complaint are indicated. (Exhibit A).

RESPECTFULLY SUBMITTED this 6th day of February 2019.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*

Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Fax: (214) 853-4281

By: /s/ Jessica Glitz
Jessica Glitz

Texas Bar No. 24076095
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254 Phone:
(214) 617-9980 Fax: (214)
853-4281
Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/6/2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*

  Monte Bond
  Texas Bar No. 02585625
  5151 Belt Line Road
  Suite 1000
  Dallas, TX 75254
  Phone: (214) 617-9980
  Fax: (214) 853-4281

By: /s/ Jessica Glitz
Jessica Glitz

Texas Bar No. 24076095
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254
Phone: (214) 617-9980
Fax: (214) 853-4281
Attorneys for the Plaintiff