IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Mary Curtis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Charles Curtis

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    West Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    West Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of West Virginia

8. Defendants (check Defendants against whom Complaint is made):

    X   C.R. Bard Inc.

    X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    □   Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    □   Recovery® Vena Cava Filter

    □   G2® Vena Cava Filter

-2-

|   |   |   |
|---|---|---|
| X | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| ☐ | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

   December 2, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

   X   Count I:   Strict Products Liability – Manufacturing Defect

   X   Count II:   Strict Products Liability – Information Defect (Failure to Warn)

   X   Count III:   Strict Products Liability – Design Defect

   X   Count IV:   Negligence - Design

   X   Count V:   Negligence - Manufacture

   X   Count VI:   Negligence – Failure to Recall/Retrofit

   X   Count VII:   Negligence – Failure to Warn

   X   Count VIII:   Negligent Misrepresentation

   X   Count IX:   Negligence Per Se

   X   Count X:   Breach of Express Warranty

   X   Count XI:   Breach of Implied Warranty

   X   Count XII:   Fraudulent Misrepresentation

1        X      Count XIII:   Fraudulent Concealment

2        X      Count XIV:   Violations of Applicable <u>West Virginia</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

5        X      Count XV:   Loss of Consortium

6        ☐      Count XVI:   Wrongful Death

7        ☐      Count XVII: Survival

8        X      Punitive Damages

9        ☐      Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

     X    Yes

     ☐    No

RESPECTFULLY SUBMITTED this 6th day of February, 2019.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*
 Monte Bond
 Texas Bar No. 02585625
 5151 Belt Line Road
 Suite 1000
 Dallas, TX 75254
 Phone: (214) 617-9980
 Fax: (214) 853-4281

By: /s/ Jessica Glitz
 Jessica Glitz
 Texas Bar No. 24076095
 5151 Belt Line Road
 Suite 1000
 Dallas, Texas 75254
 Phone: (214) 617-9980
 Fax: (214) 853-4281
 Attorneys for the Plaintiff

I hereby certify that on this 6th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

 */s/ Monte Bond*

 */s/ Jessica Glitz*