IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Mary Curtis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Charles Curtis

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   West Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    West Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of West Virginia

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: 

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

-2-

|   |   |   |
|---|---|---|
| X | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| ☐ | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: |

11. Date of Implantation as to each product:

   December 2, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

   X   Count I:      Strict Products Liability – Manufacturing Defect

   X   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

   X   Count III:    Strict Products Liability – Design Defect

   X   Count IV:     Negligence - Design

   X   Count V:      Negligence - Manufacture

   X   Count VI:     Negligence – Failure to Recall/Retrofit

   X   Count VII:    Negligence – Failure to Warn

   X   Count VIII:   Negligent Misrepresentation

   X   Count IX:     Negligence Per Se

   X   Count X:      Breach of Express Warranty

   X   Count XI:     Breach of Implied Warranty

   X   Count XII:    Fraudulent Misrepresentation

1      X    Count XIII:   Fraudulent Concealment

2      X    Count XIV:   Violations of Applicable <u>West Virginia</u> (insert state)

3  Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4  Practices

5      X    Count XV:   Loss of Consortium

6      ☐    Count XVI:   Wrongful Death

7      ☐    Count XVII: Survival

8      X    Punitive Damages

9      ☐    Other(s): _____ (please state the facts supporting

10 this Count in the space immediately below)

11 _____

12 _____

13 _____

14 _____

15 _____

17    13.   Jury Trial demanded for all issues so triable?

18     X    Yes

19     ☐    No

-4-

RESPECTFULLY SUBMITTED this 6th day of February, 2019.

        TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*
Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Fax: (214) 853-4281

By: /s/ Jessica Glitz
Jessica Glitz
Texas Bar No. 24076095
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254
Phone: (214) 617-9980
Fax: (214) 853-4281
Attorneys for the Plaintiff

I hereby certify that on this 6th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ Monte Bond*

        */s/ Jessica Glitz*