IN  THE  UNITED  STATES  DISTRICT  COURT

FOR  THE  DISTRICT  OF  ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**SECOND AMENDED MASTER<br>SHORT  FORM  COMPLAINT FOR<br>DAMAGES  FOR  INDIVIDUAL<br>CLAIMS AND DEMAND FOR JURY<br>TRIAL** |

<u>FIRST AMENDED SHORT FORM COMPLAINT</u>

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

      1.      Plaintiff/Deceased Party:

      Sandra Paul

      2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

      N/A

      3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

      N/A

      4.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant:

      Florida

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Florida

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 Florida

7.   District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Southern District of Florida

8.   Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

   X   Diversity of Citizenship

   □   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   □   Recovery® Vena Cava Filter

   □   G2® Vena Cava Filter

☐     G2® Express (G2®X) Vena Cava Filter

☐     Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

X     Denali® Vena Cava Filter

☐     Other: _____

11.    Date of Implantation as to each product:

        March 19, 2015
        _____

        _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

        X     Count I:        Strict Products Liability – Manufacturing Defect

        X     Count II:       Strict Products Liability – Information Defect (Failure to
                              Warn)

        X     Count III:      Strict Products Liability – Design Defect

        X     Count IV:       Negligence - Design

        X     Count V:        Negligence - Manufacture

        X     Count VI:       Negligence – Failure to Recall/Retrofit

        X     Count VII:      Negligence – Failure to Warn

        X     Count VIII:    Negligent Misrepresentation

        X     Count IX:       Negligence Per Se

        X     Count X:        Breach of Express Warranty

        X     Count XI:       Breach of Implied Warranty

        X     Count XII:      Fraudulent Misrepresentation

-3-

X        Count XIII:  Fraudulent Concealment

X        Count XIV:  Violations of Applicable <u>Florida</u>

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐        Count XV:   Loss of Consortium

☐        Count XVI:  Wrongful Death

☐        Count XVII: Survival

X        Punitive Damages

☐        Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

X        Yes

☐        No

RESPECTFULLY SUBMITTED this 7<u>th</u> day of February, 2019.

TAUTFEST BOND, PLLC

By:  /s/ *Monte Bond*
    Monte Bond
    Texas Bar No. 02585625
    5151 Belt Line Road
    Suite 1000
    Dallas, TX 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281

By: /s/ Jessica Glitz_____
    Jessica Glitz
    Texas Bar No. 24076095
    5151 Belt Line Road
    Suite 1000
    Dallas, Texas 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281
    Attorneys for the Plaintiff

I hereby certify that on this 7th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Monte Bond*

*/s/ Jessica Glitz*