IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCT LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br>MDL 2641 |
| Mary Curtis,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Incorporated, et al<br>Defendants, | Civil Action No.: 2:18-cv-03191-DGC |

## MOTION TO WITHDRAW PLAINTIFF MARY CURTIS' AMENDED COMPLAINT

On February 6, 2019, Plaintiff Mary Curtis filed an Amended Complaint. Plaintiff now files this Motion to inform the Court that she is withdrawing her previously filed Amended Complaint.

Dated: February 8, 2019

By: /s/ *Monte Bond*
Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980

By: /s/ Jessica Glitz_____
Jessica Glitz
Texas Bar No. 24076095
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254
Phone: (214) 617-9980
Fax: (214) 853-4281
Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ *Monte Bond*

/s/ Jessica Glitz