# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION** | No. 2:15-MD-02641DGC<br>MDL 2641 |
| Mary Curtis,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Incorporated, et al<br>Defendants, | Civil Action No.: 2:18-cv-03191-DGC |

## ORDER

**IT IS ORDERED** that Plaintiff MARY CURTIS' Motion to Withdraw her Amended Complaint is hereby **GRANTED.**

Dated: _____ day of February 2019.

_____
HONORABLE JUDGE DAVID G. CAMPBELL