# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC <br><br> **ORDER** |

Pursuant to Local Rule of Civil Procedure 5.6, the parties have filed motions to seal certain documents submitted in connection with motions to strike and exclude expert opinions in the Tinlin case. Docs. 14697, 14867, 15076, 15079, 15082. The motions have been filed jointly or are unopposed. The documents at issue have been lodged on the Court's docket under seal. *See* Docs. 14018, 14655, 14656, 14868, 15078, 15081, 15083.

Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy[,]" but a "'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). "When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002).

The documents the parties have moved to file under seal contain Plaintiff Tinlin's personal healthcare information and Bard's proprietary business information. They were produced by the parties during discovery as confidential material pursuant to the stipulated protective order entered under Rule 26(c). *See* Doc. 269. The parties intend to use the documents to support or oppose the nondispositive motions to strike and exclude expert opinions. *See* Docs. 14015, 14016, 15075, 15077, 15080. The Court finds good cause for the sealing of the documents, and will grant the motions to seal. *See Phillips*, 307 F.3d at 1213 (noting that "when a party attaches a sealed discovery document to a nondispositive motion, the usual presumption of the public's right of access is rebutted").

**IT IS ORDERED:**

1. The parties' motions to seal (Docs. 14697, 14867, 15076, 15079, 15082) are **granted**.

2. The Clerk is directed to change the following lodged documents to filed documents under seal: Docs. 14018, 14655, 14656, 14868, 15078, 15081, 15083.

3. The parties shall file redacted copies of the sealed documents on the Court's public docket no later than **February 15, 2018**, if they have not already done so.

Dated this 8th day of February, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge