UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Ann Nichols,<br><br>   Plaintiff,<br><br>  v.<br><br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>   Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-00189-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  February 8, 2019    /s/ Richard B. North, Jr.
               *Attorney's signature*

               Richard B. North, Jr. (Ga. Bar No. 545599)
               *Printed Name and bar number*

               Nelson Mullins Riley & Scarborough, LLP
               201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
               *Address*

               richard.north@nelsonmullins.com
               *E-mail address*

               (404) 322-6155
               *Telephone number*

               (404) 322-6050
               *FAX number*