**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Linda Hill,                                                    )
                                                              )
           Plaintiff,                              )        MDL Case No. 2:15-md-02641-DGC
                                                              )
           v.                                      )        Civil Action No.  CV-19-00613-PHX-DGC
                                                              )
Bard Peripheral Vascular, Inc. and C. R.        )
Bard, Inc., et al.,                                          )
                                                              )
           Defendant.

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  February 8, 2019          /s/ Richard B. North, Jr.
                                  *Attorney's signature*

                                 Richard B. North, Jr. (Ga. Bar No. 545599)
                                 *Printed name and bar number*

                                 Nelson Mullins Riley & Scarborough, LLP
                                 201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                 *Address*

                                 richard.north@nelsonmullins.com
                                 *E-mail Address*

                                 (404) 322-6000
                                 *Telephone number*

                                 (404) 322-6050
                                 *FAX number*