AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Jacqueline D. Davy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-01030-DGC |
| C.R. Bard Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jacqueline D. Davy .

Date: 02/14/2019

/s/ Michael G. Guajardo
*Attorney's signature*

Michael G. Guajardo - Texas Bar No. 00784183
*Printed name and bar number*

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
*Address*

mike@guajardomarks.com
*E-mail address*

(972) 774-9800
*Telephone number*

(972) 774-9801
*FAX number*