UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>MARIA FRITZ,<br><br>                Plaintiff,<br><br>       v.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>                Defendants. | Case No. 15-02641-PHX-DGC<br>MDL No. 2641<br><br><br><br>Case No. 2:18-cv-4911 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maria Fritz, through her attorneys, hereby voluntarily dismisses her complaint without prejudice.

Dated: February 18, 2019

    Respectfully submitted,

    BERTRAM & GRAF, L.L.C.

    By: */s/* Benjamin A. Bertram

    Benjamin A. Bertram, Blair B. Matyszczyk
    (admitted *pro hac vice*)
    2345 Grand Blvd. Suite 1925
    Kansas City, MO 64108
    Telephone: 816-523-2205
    Email: benbertram@bertramgraf.com
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of February 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                                   */s/ Benjamin A. Bertram*
                                                   Benjamin A. Bertram