**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Paulette Patterson, | No. CV18-4939 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Plaintiff Paulette Patterson has filed a motion for leave to amend her complaint. Doc. 15101.

**IT IS ORDERED** that Plaintiff's motion for leave to amend (Doc. 15101) is **granted.** Plaintiff shall file her amended complaint with the Clerk of Court no later than **February 28, 2019**.

Dated this 22nd day of February, 2019.

David G. Campbell
Senior United States District Judge