IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

   Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (check Defendants against whom Complaint is made):

   - ✓ C.R. Bard Inc.

   - ✓ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship

   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    - ☐ Recovery® Vena Cava Filter

    - ☐ G2® Vena Cava Filter

    - ☐ G2® Express Vena Cava Filter

    - ☐ G2® X Vena Cava Filter

    - ☐ Eclipse® Vena Cava Filter

    - ☐ Meridian® Vena Cava Filter

   ☐  Denali® Vena Cava Filter

   ☐  Other: _____

11. Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

  ✓  Count I:  Strict Products Liability – Manufacturing Defect

  ✓  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

  ✓  Count III:  Strict Products Liability – Design Defect

  ✓  Count IV:  Negligence - Design

  ✓  Count V:  Negligence - Manufacture

  ✓  Count VI:  Negligence – Failure to Recall/Retrofit

  ✓  Count VII:  Negligence – Failure to Warn

  ✓  Count VIII:  Negligent Misrepresentation

  ✓  Count IX:  Negligence *Per Se*

  ✓  Count X:  Breach of Express Warranty

  ✓  Count XI:  Breach of Implied Warranty

  ✓  Count XII:  Fraudulent Misrepresentation

  ✓  Count XIII:  Fraudulent Concealment

  ☐  Count XIV:  Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ✓  Count XV:  Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

✓ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

RESPECTFULLY SUBMITTED this _____ day of _____, 2019.

                                        s/ **John T. Kirtley, III**
                                        **JOHN T. KIRTLEY, III**
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com)
ivcfiling@lawerworks.com

ATTORNEY FOR THE PLAINTIFF

I hereby certify that on this _____ day of _____, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

**/S/ JOHN KIRTLEY**