# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Mary Curtis,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>    Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV18-3191 PHX DGC<br><br><br>**ORDER** |

Plaintiff Mary Curtis has filed a motion to withdraw her amended complaint. Doc. 15174.

**IT IS ORDERED** that Plaintiff's motion to withdraw her amended complaint (Doc. 15174) is **granted.**

Dated this 22nd day of February, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge