IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> 2:19-CV-01277-PHX-DGC <br><br> _____ <br><br> JAMEELAH TOWNSEND, <br><br>           Plaintiff, <br><br> v. <br><br> C. R. BARD, INC., et al., <br><br>          Defendants. | MDL Docket No. 15-2641 |

### NOTICE OF APPEARANCE

TO:    The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff.

Dated: February 25, 2019         Respectfully submitted,

         By: /s/Thomas P. Cartmell
         Thomas P. Cartmell (MO Bar No. 45366 )
          (admitted *pro hac vice*)
         **Wagstaff & Cartmell, LLP**
         4740 Grand Ave., Suite 300
         Kansas City, MO 64112
         (816) 701-1100
         (816) 531-2372 (fax)
         tcartmell@wcllp.com

         By: /s/David C. DeGreeff
         David C. DeGreeff (MO Bar No. 55019)

      (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

      I hereby certify that on this 25th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

      */s/ David C. DeGreeff*