IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>2:19-CV-01279-PHX-DGC<br><br>_____<br><br>GARY SHARP,<br><br>               Plaintiff,<br><br>       v.<br><br>C. R. BARD, INC., et al.,<br><br>               Defendants. | )<br>)<br>)<br>)   MDL Docket No. 15-2641<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record:

We are admitted or otherwise authorized to practice in this court and we appear in this case as counsel for plaintiff.

Dated: February 25, 2019          Respectfully submitted,

                                                By: /s/Thomas P. Cartmell
                                                Thomas P. Cartmell (MO Bar No. 45366 )
                                                  (admitted *pro hac vice*)
                                                **Wagstaff & Cartmell, LLP**
                                                4740 Grand Ave., Suite 300
                                                Kansas City, MO 64112
                                                (816) 701-1100
                                                (816) 531-2372 (fax)
                                                tcartmell@wcllp.com

                                                By: /s/David C. DeGreeff
                                                David C. DeGreeff (MO Bar No. 55019)

        (admitted *pro hac vice*)
        **Wagstaff & Cartmell, LLP**
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        ddegreeff@wcllp.com

        ***Attorneys for Plaintiff***

   I hereby certify that on this 25th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

              */s/ David C. DeGreeff*