David M. Langevin
(MN Bar No. 224671, admitted *pro hac vice*)
McSweeney Langevin
2116 Second Avenue South
Minneapolis, Minnesota 55404

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>Pertaining to case 2:18-cv-01826 | No. 2:15-MD-02641-DGC<br><br>**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**<br><br>(Assigned to the Honorable David G. Campbell) |

Plaintiff, Dorothy Durden, in the above referenced action moves that David M. Langevin, and the firm of McSweeney Langevin, be substituted as counsel of record; and, in conjunction therewith, that Matthew D. Schultz, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., be withdrawn as counsel of record in this action. The Plaintiff, as well as the attorneys of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. and McSweeney Langevin, consent to the proposed substitution and withdrawal.

Contact information for new counsel is as follows:

Firm Name: McSweeney Langevin

Address: 2116 Second Avenue South, Minneapolis, Minnesota 55404

Telephone: (612) 746-4646

E-Mail: dave@westrikeback.com; filing@westrikeback.com

RESPECTFULLY SUBMITTED this 25th day of February, 2019.

| LEVIN PAPANTONIO THOMAS, MITCHELL RAFFERTY & PROCTOR, P.A. | MCSWEENEY LANGEVIN |
|---|---|
| By: */s/ Matthew D. Schultz*<br>    Matthew D. Schultz<br>    (FL Bar No. 640328, admitted *pro hac vice*)<br>    Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.<br>    316 S. Baylen Street, Suite 600<br>    Pensacola, Florida 32502<br><br>*Former Counsel for Plaintiff* | By: */s/ David M. Langevin*<br>    David M. Langevin<br>    (MN Bar No. 329563; admitted *pro hac vice*)<br>    Rhett A. McSweeney<br>    (MN Bar No. 269542; admitted *pro hac vice*)<br>    McSweeney Langevin<br>    2116 2nd Avenue South<br>    Minneapolis, Minnesota, 55404<br><br>*New Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/David M. Langevin