IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION        No. 2:15-MD-02641-DGC

_____

This Document Relates to:

ANDREA STITH

Civil Case No. 2:16-cv-01849-DGC

_____

## **PROPOSED ORDER**

Considering the foregoing Motion for Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that the Nemeroff Law Firm is withdrawn as Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that attorney Robert J. Binstock of Reich & Binstock, LLP is substituted as the Plaintiff's attorney of record in Case No. *2:16-cv-01849, Stith v. C.R. Bard Incorporated, et al.*

Dated this _____ day of _____, 2019

_____
David G. Campbell
Senior United States District Judge