**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeffrey Gambrell, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　　　v. )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>)<br>　　　　Defendant. ) | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-19-00909-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  February 21, 2019                /s/ Richard B. North, Jr.
　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　Richard B. North, Jr. (Ga. Bar No. 545599)
　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　　　　　201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　richard.north@nelsonmullins.com
　　　　　　　　　　　　　　　　　　　　*E-mail Address*

　　　　　　　　　　　　　　　　　　　　(404) 322-6000
　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　(404 322-6050
　　　　　　　　　　　　　　　　　　　　*FAX number*