UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>WILLIAM PETERSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　Defendants. | Case No. 15-02641-PHX-DGC<br>MDL No. 2641<br><br><br>Case No. 2:18-cv-4915 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff William Petersen, through his attorneys, hereby voluntarily dismisses his complaint without prejudice.

Dated: February 27, 2019

Respectfully submitted,

BERTRAM & GRAF, L.L.C.

By: */s/* Benjamin A. Bertram

Benjamin A. Bertram, Blair B. Matyszczyk
(admitted *pro hac vice*)
2345 Grand Blvd. Suite 1925
Kansas City, MO 64108
Telephone: 816-523-2205
Email: benbertram@bertramgraf.com
*Attorneys for Plaintiff*

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Benjamin A. Bertram*
Benjamin A. Bertram
