IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Mary Curtis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Charles Curtis

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    West Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

West Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of West Virginia

8. Defendants (check Defendants against whom Complaint is made):

X   C.R. Bard Inc.

X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

X   Diversity of Citizenship

☐   Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

|   |   |   |
|---|---|---|
| X | | G2® Express (G2®X) Vena Cava Filter |
| ☐ | | Eclipse® Vena Cava Filter |
| ☐ | | Meridian® Vena Cava Filter |
| ☐ | | Denali® Vena Cava Filter |
| ☐ | | Other: _____ |

11. Date of Implantation as to each product:

   December 2, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

   X   Count I:   Strict Products Liability – Manufacturing Defect

   X   Count II:   Strict Products Liability – Information Defect (Failure to Warn)

   X   Count III:   Strict Products Liability – Design Defect

   X   Count IV:   Negligence - Design

   X   Count V:   Negligence - Manufacture

   X   Count VI:   Negligence – Failure to Recall/Retrofit

   X   Count VII:   Negligence – Failure to Warn

   X   Count VIII:   Negligent Misrepresentation

   X   Count IX:   Negligence Per Se

   X   Count X:   Breach of Express Warranty

   X   Count XI:   Breach of Implied Warranty

   X   Count XII:   Fraudulent Misrepresentation

|   |   |   |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable <u>West Virginia</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count XV: | Loss of Consortium |
| □ | Count XVI: | Wrongful Death |
| □ | Count XVII: | Survival |
| X | Punitive Damages | |
| □ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    □    No

RESPECTFULLY SUBMITTED this 27th day of February, 2019.

TAUTFEST BOND, PLLC

By: /s/ *Monte Bond*
    Monte Bond
    Texas Bar No. 02585625
    5151 Belt Line Road
    Suite 1000
    Dallas, TX 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281

By: /s/ Jessica Glitz
    Jessica Glitz
    Texas Bar No. 24076095
    5151 Belt Line Road
    Suite 1000
    Dallas, Texas 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281
    Attorneys for the Plaintiff

I hereby certify that on this 27th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Monte Bond*

*/s/ Jessica Glitz*