IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION  No. MD-15-02641-PHX-DGC | THIS DOCUMENT RELATES TO: CURTIS V. C.R. BARD INC. ET AL 2:18-cv-03191-DGC |
|---|---|

## ORDER

IT APPEARING THAT Plaintiff's counsel has moved to amend her previously filed Short Form Complaint to include her spouse, Charles Curtis as a co-plaintiff and add his claim of loss of consortium and;

IT APPEARING THAT counsel for Defendants do not oppose this motion;

IT IS HEREBY ORDERED:

THAT Plaintiff's Motion is granted; and

THAT Plaintiff's First Amended Short Form Complaint shall be deemed filed with the Clerk of Court as of the date of the entry of this Order.

ENTERED this_____day of_____2019.

_____

Judge

1