UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL NO. MD-15-02641 PHX-DGC

WILLIAM CONRAD,

Plaintiff,

AMENDED COMPLAINT

v.

C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.

Civil Action No.:

4-3; /ex/233: 2/F I E

DIRECT FILED ACTION

Defendants,

## NOTICE OF FILING OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, Plaintiff, Ykmco Eqptcf, hereby files its Amended Master Short Form Complaint for the following reasons:

1. Changes made in amended complaint of WA entry for item #4 to residence at time of implant of OR;
2. Changes made in amended complaint of WA entry for item #5 to residence at time of injury of OR;
3. Changes made in amended complaint of WA entry for item #6 to current state of residence of OR;
4. Changes made in amended complaint of no entry for item #7 to correct venue of Oregon;
5. Changes made in amended complaint of no entry for item #10 to inferior vena cava product of G2;
6. Changes made in amended complaint of entry for #12, Count XIV, as WA to correct entry of OR;
7. Changes made in amended complaint of no certification date to added certification date.

RESPECTFULLY SUBMITTED this 27th day of February 2019.

By:/s/ *John A. Dalimonte*

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar
No. 554554) DALIMONTE RUEB,
LLP 85 Devonshire Street, Suite
1000 Boston, MA 02109
Telephone: (833) 443-7529