John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**WILLIAM CONRAD** | No. 2:15-MD-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   William Conrad

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   WA OR

| | | |
|---|---|---|
| 1 | 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the |
| 2 | | time of injury: |
| 3 | | <u>WA</u> OR _____ |
| 4 | 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: |
| 5 | | <u>WA</u> OR _____ |
| 6 | 7. | District Court and Division in which venue would be proper absent direct filing: |
| 7 | | United States District Court for _____ |
| 8 | 8. | Defendants (Check Defendants against whom Complaint is made): |
| 9 | | ☒    C.R. Bard Inc. |
| 10 | | ☒    Bard Peripheral Vascular, Inc. |
| 11 | 9. | Basis of Jurisdiction: |
| 12 | | ☒    Diversity of Citizenship |
| 13 | | ☐    Other: _____ |
| 14 | | a.    Other allegations of jurisdiction and venue not expressed in Master |
| 15 | | Complaint: |
| 16 | | _____ |
| 17 | | _____ |
| 18 | | _____ |
| 19 | 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a |
| 20 | | claim (Check applicable Inferior Vena Cava Filter(s)): |
| 21 | | ☐    Recovery® Vena Cava Filter |
| 22 | | ☐    G2® Vena Cava Filter |
| 23 | | ☐    G2® Express |
| 24 | | ☐    G2® X Vena Cava Filter |
| 25 | | ☐    Eclipse® Vena Cava Filter |
| 26 | | ☐    Meridian® Vena Cava Filter |
| 27 | | ☐    Denali® Vena Cava Filter |
| 28 | | |

1      ☐    Other: _____

2    11.    Date of Implantation as to each product:

3      7/1/2006 _____

4      _____

5    12.    Counts in the Master Complaint brought by Plaintiff(s):

6      ☒    Count I:      Strict Products Liability – Manufacturing Defect

7      ☒    Count II:      Strict Products Liability – Information Defect (Failure to Warn)

9      ☒    Count III:      Strict Products Liability – Design Defect

10      ☒    Count IV:      Negligence - Design

11      ☒    Count V:      Negligence - Manufacture

12      ☒    Count VI:      Negligence – Failure to Recall/Retrofit

13      ☒    Count VII:      Negligence – Failure to Warn

14      ☒    Count VIII:      Negligent Misrepresentation

15      ☒    Count IX:      Negligence *Per Se*

16      ☒    Count X:      Breach of Express Warranty

17      ☒    Count XI:      Breach of Implied Warranty

18      ☒    Count XII:      Fraudulent Misrepresentation

19      ☒    Count XIII:      Fraudulent Concealment

20      ☒    Count XIV:      Violations of Applicable ==WA OR== Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

22      ☐    Count XV:      Loss of Consortium

23      ☐    Count XVI:      Wrongful Death

24      ☐    Count XVII:    Survival

25      ☒    Punitive Damages

26      ☒    Other(s):      All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact. (please

state the facts supporting this Count in the space immediately below)

_____

_____

_____

13.  Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 20th day of February, 2019.

By: */s/ John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com

I hereby certify that on this **20th** day of **February**, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ John A. Dalimonte*