**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Michael Nechodom,                                              )
                                                               )
                          Plaintiff,                           )          MDL Case No. 2:15-md-02641-DGC
                                                               )
                          v.                                   )          Civil Action No.  CV-19-00859-PHX-DGC
                                                               )
Bard Peripheral Vascular, Inc. and C. R.                       )
Bard, Inc., et al.,                                            )
                                                               )
                          Defendant.                           )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

         Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: Underline February 21, 2019            /s/ Richard B. North, Jr.
                                             *Attorney's signature*

                                             Richard B. North, Jr. (Ga. Bar No. 545599)
                                             *Printed name and bar number*

                                             Nelson Mullins Riley & Scarborough, LLP
                                             201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                             *Address*

                                             richard.north@nelsonmullins.com
                                             *E-mail Address*

                                             (404) 322-6000
                                             *Telephone number*

                                             (404 322-6050
                                             *FAX number*