# Exhibit 2

1  James R. Condo (#005867)
   Kristine L. Gallardo (#033975)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  jcondo@swlaw.com
   kgallardo@swlaw.com
6
   Richard B. North, Jr. (admitted *pro hac vice*)
7  Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
8  Georgia Bar No. 446986
   Taylor Tapley Daly (admitted *pro hac vice*)
9  Georgia Bar No. 697887
   NELSON MULLINS RILEY & SCARBOROUGH LLP
10 201 17th Street, NW / Suite 1700
   Atlanta, GA  30363
11 Telephone: (404) 322-6000
   Telephone: (404) 322-6050
12 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
13
   *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
14 *Bard Peripheral Vascular, Inc.*

15

16                    **IN THE UNITED STATES DISTRICT COURT**

17                            **FOR THE DISTRICT OF ARIZONA**

18 | IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
   |---|---|
   | | **AFFIDAVIT OF CHRISTOPHER S. MORRIS, MD. IN SUPPORT OF DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF CHRISTOPHER S. MORRIS, M.D.** |

STATE OF VERMONT

COUNTY OF CHITTENDEN

Personally appeared before me, Christopher S. Morris, M.D., who, first being duly sworn, deposes and states as follows:

1. I am over 18 years of age and am competent to testify about the matters contained herein.
2. Over my career at the University of Vermont, I have been part of a small team of full time Interventional Radiologists, and have personally performed percutaneous retrievals of foreign bodies from the heart.
3. As part of my clinical practice, I have also personally performed image-guided percutaneous placement of pericardial drainage tubes, as has my team. I estimate that I have placed more than 100 pericardial drainage tubes over my career.
4. As part of my clinical practice, I have extensive experience performing dedicated cardiac imaging, including high-resolution, cardiac gated and contrast enhanced CT angiograms of the chest.

This 28TH day of February 2019.

_____
Christopher S. Morris, M.D.

SWORN to and subscribed before me this 28 day of February, 2019

Christopher S. Morris   [Notary signature]

Notary Public for Chittenden

My Commission Expires: 1-31-21

-1-

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I hereby certify that March 1, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                               s/ Richard B. North, Jr.
                               Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000