Ramon Rossi Lopez
rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029)
moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
602-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF LODGING PROPOSED CHANGES TO *HYDE* JUROR QUESTIONNAIRE FOR *TINLIN V. BARD***<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Tinlin Bellwether Case)** |

      Pursuant to Case Management Order 39 (Doc. 12971), the parties submit their proposed modifications to the *Hyde* juror questionnaire for the *Tinlin v. Bard* bellwether trial. The proposed changes are shown in Track Changes version of the Court's questionnaire in *Hyde*, attached hereto as Exhibit A. The parties agree on all proposed changes.

RESPECTFULLY SUBMITTED this 1st day of March, 2019.

| | |
|---|---|
| BEUS GILBERT, PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| By: */s/ Mark O'Connor* <br> Mark S. O'Connor <br> 701 N. 44th Street <br> Phoenix, Arizona 85008 | By: */s/ Richard B. North* (with permission) <br> Richard B. North Jr. <br> Georgia Bar No. 545599 <br> Matthew B. Lerner <br> Georgia Bar No. 446986 <br> 201 17th Street, NW, Ste. 1700 <br> Atlanta, GA 30363 |
| LOPEZ McHUGH LLP <br> Ramon Rossi Lopez (CA Bar No. 86361) <br> (admitted *pro hac vice*) <br> 100 Bayview Circle, Suite 5600 <br> Newport Beach, California 92660 | James R. Condo (005867) <br> Amanda Sheridan (027360) <br> SNELL & WILMER L.L.P. <br> One Arizona Center <br> 400 E. Van Buren <br> Phoenix, AZ 85004-2204 |
| *Co-Lead/Liaison Counsel for Plaintiffs* | *Attorneys for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                       */s/Jessica Gallentine*

385123.1