Ramon Rossi Lopez
rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029)
moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona  85008
602-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION REGARDING THE OPINIONS OF DR. MUEHRCKE**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Tinlin Bellwether Case)** |

The parties, by and through their counsel undersigned, hereby stipulate as follows:

1. Plaintiffs withdraw the section of Dr. Muehrcke's report titled "Bard Recovery Specific Opinions" with the exception of part of the last paragraph of this section. The portion of that paragraph that remains is as follows:

> Bard's sales representative Timothy Fischer testified that, as a sales representative, he was not aware of the internally available statistics at Bard regarding Recovery's failure rates and incidence of migration, fracture, and death and that, if he had been aware, he would have wanted to provide that information to physicians. Deposition of Timothy Fischer, dated Mar. 29, 2017, at 111:15-112:13, 166:4-12, 168:12-169:1, 216:24-218:8, 224:19-225:3, 281:13-282:10. Likewise, implanting physicians would have wanted to know that information in order to make informed decisions as to whether to use the Recovery filter and, if so, for how long

they would have allowed the Recovery filter to remain implanted in their patients. Bard's failure to provide that information to implanting doctors denied them important information in making informed decisions about treatment and obtaining informed consent from patients as to that treatment.

This stipulation does not include the last two paragraphs of the report that are not included in the section titled "Bard Recovery Specific Opinions".

2. Defendants reserve the right to object to any testimony about the remaining portions of the report at trial, and Plaintiffs stipulate that any such objections are preserved and not waived.

3. Defendants withdraw their Motion to Strike Dr. Muehrcke's Untimely Generic Recovery Opinions (Doc. No. 14015) and their Motion and Memorandum in Support of Motion to Exclude Certain Opinions of Dr. Muehrcke (Doc. No. 15080).

RESPECTFULLY SUBMITTED this 1st day of March, 2019.

| BEUS GILBERT, PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: */s/ Mark S. O'Connor* <br> Mark S. O'Connor <br> 701 N. 44th Street <br> Phoenix, Arizona 85008 <br><br> LOPEZ McHUGH LLP <br> Ramon Rossi Lopez (CA Bar No. 86361) <br> (admitted *pro hac vice*) <br> 100 Bayview Circle, Suite 5600 <br> Newport Beach, California 92660 <br><br> *Co-Lead/Liaison Counsel for Plaintiffs* | By: */s/ Kate Helm* (with permission) <br> Richard B. North Jr. <br> Georgia Bar No. 545599 <br> Matthew B. Lerner <br> Georgia Bar No. 446986 <br> 201 17th Street, NW, Ste. 1700 <br> Atlanta, GA 30363 <br><br> James R. Condo (005867) <br> Amanda Sheridan (027360) <br> SNELL & WILMER L.L.P. <br> One Arizona Center <br> 400 E. Van Buren <br> Phoenix, AZ 85004-2204 <br><br> *Attorneys for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                   */s/Jessica Gallentine*