Ramon Rossi Lopez
rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029)
moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
602-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF PLAINTIFF DEBRA TINLIN'S HEALTH STATUS AND INABILITY TO TRAVEL TO PHOENIX ARIZONA FOR TRIAL BEGINNING ON MAY 13, 2019** <br><br> (Assigned to the Honorable David G. Campbell) <br><br> **(Tinlin Bellwether Case)** |

Pursuant to CMO 41 (Doc. 15176), Plaintiff, Debra Tinlin, by and through counsel undersigned, hereby provides the Court and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. with notice of her current health status and her doctors' recommendations that she not travel to Phoenix, Arizona for trial beginning on May 13, 2019. Attached hereto and respectively as Exhibit A and B are correspondence from Heather A. Stanko, M.D., a neurologist who also has sub-specialty board certifications in neurophysiology and vascular neurology, and Leah A. Nitke, D.O., an internal medicine doctor.

Both Dr. Stanko and Dr. Nitke have been providing care and treatment to Ms. Tinlin for her medical conditions. As indicated in Dr. Stanko's letter, Ms. Tinlin is

1  wheelchair-bound due to longstanding right leg paralysis and bilateral upper extremity
2  dysmetria complicated by muscle spasms and poor endurance.  These medical conditions
3  prevent her ability to travel by either car or plane to Phoenix Arizona according to Dr.
4  Stanko.

5       Plaintiff intends to file a motion pursuant to Fed. R. Civ. P. 43(a) requesting
6  permission for Ms. Tinlin to appear for trial and provide testimony by contemporaneous
7  transmission from the Eastern District Court in Green Bay, Wisconsin which is near her
8  home.

9  RESPECTFULLY SUBMITTED this 1st day of March, 2019.

                         BEUS GILBERT, PLLC

                         By: */s/ Mark S. O'Connor*
                              Mark S. O'Connor
                              701 N. 44th Street
                              Phoenix, Arizona  85008

                        LOPEZ McHUGH LLP
                              Ramon Rossi Lopez (CA Bar No. 86361)
                              (admitted *pro hac vice*)
                              100 Bayview Circle, Suite 5600
                              Newport Beach, California 92660

                        *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                              */s/Jessica Gallentine*