# Exhibit A

# *bellin*health
## Neurology Consultants

(920) 430-7100 or 800-311-4674
725 South Webster Avenue, Suite 201
Green Bay, WI 54301

2/27/2019

Re:
Debra A Tinlin
408 E Park St
Bonduel WI 54107

DOB: 3/6/1964

To Whom It May Concern,

Debra Tinlin is followed in my neurology clinic. She is wheelchair bound due to long-standing right leg paralysis and bilateral upper extremity dysmetria complicated by muscle spasms and poor endurance. In my opinion, she is unable to travel either by car or by plane to Phoenix. Please make appropriate accommodations.

Sincerely,

Heather A Stanko, MD