# Exhibit B

02/28/19

Aurora Medical Group
2845 Greenbrier Road
Green Bay, WI


Regarding Patient:
Debra A Tinlin
408 E Park St
Bonduel WI 54107-9230

To Whom It Concern:

This is to certify that Debra A Tinlin is a Patient of Leah A Nitke, DO. She was provided with the following recommendations: Due to her medical issues, it is advised that Debra does not fly at this time.


Leah A Nitke, DO
920-288-8100