1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
5  Mark S. O'Connor (011029) – moconnor@beusgilbert.com
   BEUS GILBERT, PLLC
6  701 N.44th St.
   Phoenix AZ 85008
7  480-429-3019

8  *Co-Lead/Liaison Counsel for Plaintiffs*

9                      UNITED STATES DISTRICT COURT

10                       FOR THE DISTRICT OF ARIZONA

11

12 | In Re Bard IVC Filters Products | No. MD-15-02641-PHX-DGC
   | Liability Litigation

13

14                                    **PLAINTIFF'S MOTION TO SEAL
                                       PLAINTIFF'S RESPONSE IN**
15                                    **OPPOSITION TO MOTION FOR
                                       SUMMARY JUDGMENT, SEPARATE**
16                                    **STATEMENT OF FACTS AND
                                       EXHIBITS THERETO, AND**
17                                    **PLAINTIFF'S CONTROVERTING
                                       STATEMENT OF FACTS AND**
18                                    **EXHIBITS THERETO**

19         In accordance with Section 25 of the Stipulated Protective Order (Doc. 269),
20 Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move
21 this Court for an Order sealing Plaintiffs' unredacted Response in Opposition to Motion
22 for Summary Judgment, Plaintiff's Separate Statement of Facts and all exhibits thereto,
23 and Plaintiff's Controverting Statement of Facts and all exhibits thereto.  These
24 documents contain or reference information designated as "Confidential Information"
25 under the Stipulated Protective Order, including confidential information and documents
26 relating to Plaintiff Debra Tinlin's medical conditions.
27         Plaintiff's personal healthcare information is protected under the Privacy Rule of
28

1   the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. §
2   160, 164(A) & (E), as well as several state-law privileges.  The knowing disclosure of
3   such information is prohibited by 42 U.S.C. § 1320d-6. This court has already granted the
4   filing under seal of the similar information when the parties submitted their respective
5   bellwether submissions.  *See* Doc. 4366.
6         The parties have met and conferred and agree that Plaintiffs' unredacted Response
7   in Opposition to Motion for Summary Judgment, Plaintiff's Separate Statement of Facts
8   and all exhibits thereto, and Plaintiff's Controverting Statement of Facts and all exhibits
9   thereto should be filed and maintained under seal.  Based on the stipulation and the
10  parties' consent to file the documents described above under seal for purposes of
11  consideration of the same, the parties jointly request that the exhibits be sealed.
12        RESPECTFULLY SUBMITTED this 1st day of March, 2019.

                BEUS GILBERT, PLLC

                By:*/s/ Mark S. O'Connor*
                      Mark S. O'Connor (011029)
                      701 N.44th St.
                      Phoenix AZ 85008

                LOPEZ McHUGH LLP
                Ramon Rossi Lopez (CA Bar No. 86361)
                (admitted *pro hac vice*)
                100 Bayview Circle, Suite 5600
                Newport Beach, California 92660

                *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*