Ramon Rossi Lopez
rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029)
moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
602-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAITNIFF'S NOTICE OF LODGING PLAITNIFF'S SEPARATE STATEMENT OF FACTS**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Tinlin Bellwether Case)** |

Pursuant to LRCiv 5.6(d), Plaintiffs submit this Notice of Lodging Plaintiff's Separate Statement of Facts and exhibits thereto.

As required under LRCiv 5.6(d), Plaintiffs certify that on March 1, 2019, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be filed under seal. This dispute notwithstanding, the parties have agreed to continue to meet and confer on the documents at issue.

1  RESPECTFULLY SUBMITTED this 1st day of March, 2019.

2
        BEUS GILBERT, PLLC

3
        By: */s/ Mark S. O'Connor*
4            Mark S. O'Connor
           701 N. 44th Street
5            Phoenix, Arizona  85008

6
        LOPEZ McHUGH LLP
7            Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
8            100 Bayview Circle, Suite 5600
           Newport Beach, California 92660

9
        *Co-Lead/Liaison Counsel for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

385123.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/*Jessica Gallentine*

- 3 -

385123.1