Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION RE EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO EXCLUDE THE TINLIN CASE-SPECIFIC OPINIONS OF ROBERT M. MCMEEKING, PH.D.** |

The parties, by and through counsel undersigned, hereby stipulate that Plaintiff may have a one (1) day extension to file her response to Defendant's Motion to Exclude the Tinlin Case-Specific Opinions of Robert McMeeking, Ph.D (Doc. 15075).

- 1 -

RESPECTFULLY SUBMITTED this 1st day of March, 2019.

| BEUS GILBERT, PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: */s/ Mark S. O'Connor*<br>    Mark S. O'Connor<br>    701 N. 44th Street<br>    Phoenix, Arizona 85008<br><br>LOPEZ McHUGH LLP<br>Ramon Rossi Lopez (CA Bar No. 86361)<br>(admitted *pro hac vice*)<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | By: */s/ Matthew Lerner* (with permission)<br>    Richard B. North Jr.<br>    Georgia Bar No. 545599<br>    Matthew B. Lerner<br>    Georgia Bar No. 446986<br>    201 17th Street, NW, Ste. 1700<br>    Atlanta, GA 30363<br><br>James R. Condo (005867)<br>Amanda Sheridan (027360)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2204<br><br>*Attorneys for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

  */s/ Jessica Gallentine*