# Exhibit 1
# (Filed Under Seal)



Deposition of:
# Debra Tinlin

*February 8, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

```
 1        somebody from Lopez McHugh or was it somebody
 2        from that other law firm?
 3    A   The other law firm.
 4    Q   And to your knowledge you -- did you speak with
 5        an attorney or was it somebody --
 6    A   No.
 7    Q   -- like a paralegal or something?
 8    A   I spoke with Shirley Majors.  I remember her
 9        name, and she was not an attorney.
10    Q   And you never met with anyone in person; is
11        that right?
12                MR. MANKOFF:  Object to form.
13                THE WITNESS:  No.
14        BY MS. KOWALZYK:
15    Q   So do you know when you first retained a lawyer
16        to represent you in your lawsuit against Bard?
17    A   2014, I believe.
18    Q   Do you know what month?
19    A   Around March.
20    Q   Okay.  So now I'm just going to go through some
21        background information.  So would you just
22        state your full name and address?
23    A   Debra Ann Tinlin, 408 East Park Street,
24        Bonduel, Wisconsin, 54107.
25    Q   How long is Bonduel from Green Bay?
```

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 4 of 14
Debra Tinlin                                                  February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 36

| | | |
|---|---|---|
| 1 | A | About 40 miles. |
| 2 | Q | Is that where you grew up? |
| 3 | A | No.  I grew up in Shawano. |
| 4 | Q | Where is Shawano? |
| 5 | A | About another eight miles past Bonduel. |
| 6 | Q | Okay.  Is it a small town? |
| 7 | A | Shawano, yes, about 11,000 people. |
| 8 | Q | Okay.  So you grew up in Shawano, born there |
| 9 | | all the way through high school? |
| 10 | A | Correct. |
| 11 | Q | Uh-huh.  And where were you born? |
| 12 | A | Shawano Hospital. |
| 13 | Q | And what was your birth date? |
| 14 | A | March 6, 1964. |
| 15 | Q | And did you grow up in Shawano or outside of |
| 16 | | town? |
| 17 | A | The first seven years I lived in town and we |
| 18 | | moved out into the country, always had a |
| 19 | | Shawano address. |
| 20 | Q | Who did you live with growing up? |
| 21 | A | My parents and my brother. |
| 22 | Q | What are your parents' names? |
| 23 | A | Wally and Mary Schardt, S-C-H-A-R-D-T. |
| 24 | Q | Are your parents still living? |
| 25 | A | My father's deceased. |

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 5 of 14
Debra Tinlin                                          February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 37

| | | |
|---|---|---|
| 1 | Q | When did he pass away? |
| 2 | A | January 16, '16. |
| 3 | Q | Does your mother still live in Shawano? |
| 4 | A | Yes. |
| 5 | Q | And you had one brother? |
| 6 | A | I still do, yes. |
| 7 | Q | Sorry. Sorry. And what is his name? |
| 8 | A | Dan, Daniel. |
| 9 | Q | Is he older than you or younger than you? |
| 10 | A | He's 15 months older. |
| 11 | Q | Where does Daniel live? |
| 12 | A | Suring, Wisconsin. |
| 13 | Q | Suring? |
| 14 | A | Suring, S-U-R-I-N-G. |
| 15 | Q | And you've lived at the 408 East Park Street |
| 16 | | for a number of years, correct? |
| 17 | A | Since 1989. |
| 18 | Q | Is that a house? |
| 19 | A | Pardon me? |
| 20 | Q | Is it a house or is it a condo or -- |
| 21 | A | It's a house. |
| 22 | Q | -- townhouse? It's a house, yup. Who do you |
| 23 | | currently live with? |
| 24 | A | My husband, Jim. |
| 25 | Q | How long have you lived with Jim? |

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 6 of 14
Debra Tinlin                                          February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 38

| | | |
|---|---|---|
| 1 | A | Since we were married in 1984. |
| 2 | Q | Have you ever lived in separate homes from Jim |
| 3 | | since 1984? |
| 4 | A | Yes. |
| 5 | Q | When did you live in separate homes? |
| 6 | A | Well, when we were in Kansas I was still in the |
| 7 | | military and I was in the barracks, and he had |
| 8 | | a job in a residence that was about 250 miles |
| 9 | | away from the base. |
| 10 | Q | All right.  Is that the only time that you |
| 11 | | lived apart from Jim since 1984? |
| 12 | A | Yes. |
| 13 | Q | And how -- how long was it that you lived in |
| 14 | | the barracks and he lived 250 miles away? |
| 15 | A | From April of '83 until October of '85. |
| 16 | Q | So you got married sometime in the middle of |
| 17 | | that? |
| 18 | A | Yes. |
| 19 | Q | Okay.  Have you lived with anyone else other |
| 20 | | than Jim or in addition to Jim over the past |
| 21 | | ten years? |
| 22 | A | My son. |
| 23 | Q | And what's your son's name? |
| 24 | A | Andrew. |
| 25 | Q | And how old is Andrew? |

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 7 of 14
Debra Tinlin                                            February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 39

| | | |
|---|---|---|
| 1 | A | He's 27. |
| 2 | Q | Where does Andrew live? |
| 3 | A | In Jackson, Wisconsin. |
| 4 | Q | How far away is Jackson, Wisconsin? |
| 5 | A | About a two-hour drive. |
| 6 | Q | Did he move away from home right after he |
| 7 | | graduated high school? |
| 8 | A | No.  He went to college. |
| 9 | Q | Did he live at home when he went to college? |
| 10 | A | Well, he lived in the dorm and came home on the |
| 11 | | weekends. |
| 12 | Q | And did he go to college here in Green Bay |
| 13 | | or -- |
| 14 | A | No.  He went to Concordia in Mequon, Wisconsin. |
| 15 | Q | Okay.  After -- after -- after Andrew graduated |
| 16 | | high school did he go to college the following |
| 17 | | fall? |
| 18 | A | Yes. |
| 19 | Q | And so from that point to now has he ever lived |
| 20 | | at home full time? |
| 21 | A | Yes.  After college he lived back at home. |
| 22 | Q | Okay.  So do you remember about what years that |
| 23 | | would have been? |
| 24 | A | Graduated college in 2012, May of 2012 and he |
| 25 | | moved out in, I believe it was April of 2013 he |

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 8 of 14
Debra Tinlin                                                          February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 89

1      additional pulmonary embolism?
2  A    Yes.
3  Q    And did they tell you that the reason they
4      recommended a filter as an additional mechanism
5      to try to prevent the pulmonary embolism was
6      because you were -- you had developed the clots
7      even while on the blood thinning medication?
8              MR. MANKOFF:  Object to form.
9              THE WITNESS:  I believe that's what
10     they said, yes.
11     BY MS. KOWALZYK:
12 Q    Did they talk about any other options for
13     treatment other than the filter at that time?
14 A    They told me I would have to be on Coumadin for
15     the rest of my life.
16 Q    And did they tell you if they were recommending
17     that you have a filter placed permanently or
18     temporarily?
19 A    I don't remember anything about -- I thought it
20     was in there forever.
21 Q    Did you understand that the recovery filter or
22     other inferior vena cava filters were a medical
23     device that could be retrieved if your doctors
24     determined it was no longer necessary?
25 A    No.

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 9 of 14
Debra Tinlin                                                February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 90

1   Q   It was your understanding from the beginning
2       that once you had one, you kept it.
3   A   I believe so, yes.
4   Q   Did they tell you how the filter would be
5       placed?
6   A   Yes.
7   Q   What did they say?
8   A   They said they would make an incision in my
9       groin area and then push it up where it goes.
10  Q   Did they provide you any written information
11      regarding the filter?
12  A   Not that I remember.
13      (Exhibit No. 4 marked for identification.)
14      BY MS. KOWALCZYK:
15  Q   I'm going to hand you what's been marked as
16      Defendant's Exhibit 4.
17      (Exhibit No. 5 marked for identification.)
18      BY MS. KOWALCZYK:
19  Q   And I'm going to hand you what's marked as
20      Defendant's Exhibit 5 as well.
21  A   Okay.
22  Q   And you've had an opportunity to look over
23      Defendant's Exhibit 4?
24  A   Okay.  I've looked at it.
25  Q   Okay.  And do you recognize this as one of your

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 10 of 14
Debra Tinlin                                                  February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 93

1        following condition:  Bilateral DVT with
2        pulmonary embolus with the following procedure,
3        inferior vena cava.  Dr. Riebe has discussed
4        with me the nature of the proposed treatment
5        are procedure and its benefits, risks, and
6        consequences and the alternatives and the
7        risks, benefits, and consequences."
8            Did I read that correctly?
9    A   You read what it says here, yes.
10   Q   And you saw on Exhibit 4 where it -- Dr. Riebe
11       also indicated that the procedure was done
12       after describing risks, benefits, and
13       alternatives to the procedure written consent
14       was obtained.  So my question to you is what do
15       you recall Dr. Riebe or any of the other
16       doctors or nurses telling you before the filter
17       was placed?
18              MR. MANKOFF:  Object to form.
19              THE WITNESS:  They told me it was
20       something I would need to save my life, and I
21       don't remember them saying anything negative
22       about it.
23       BY MS. KOWALZYK:
24   Q   And was there anyone else with you during
25       that -- those conversations or that

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 11 of 14
Debra Tinlin                                              February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 104

1                MR. MANKOFF:  Object to form.
2                THE WITNESS:  I think the exercises
3         possibly helped a little bit.
4         BY MS. KOWALZYK:
5    Q    What kind of exercises did they have you do?
6    A    I don't even remember anymore.
7    Q    Okay.  So going back to the time right after
8         the filter was placed, did any doctor recommend
9         that you have the filter periodically checked?
10   A    I don't -- I don't recall.
11   Q    Did you ever talk to Dr. Riebe again?
12   A    No.  I don't believe I ever did.
13   Q    So the only time you talked with him was when
14        he was in the radiology room to do the
15        procedure.
16   A    I believe so.
17   Q    Okay.
18   A    Yes.
19   Q    Do you recall having had a CT scan of your back
20        done a few days after the filter was placed?
21   A    While I was still in the hospital, yes.
22   Q    And do you know why they did a CT scan of your
23        back?
24   A    Because I was having those sharp pains there.
25   Q    Okay.  And, you know, the records from that

Case 2:15-md-02641-DGC   Document 15701-1   Filed 04/15/19   Page 12 of 14
Debra Tinlin                                                February 8, 2017
In Re: Bard IVC Filters Products Liability

Page 105

```
 1          time indicate that the doctors intended that
 2          the filter would be retrieved at some point and
 3          so that -- that's just not -- you just have no
 4          recollection of any discussion that the filter
 5          would be retrieved at some point?
 6                  MR. MANKOFF:  Object to form and to
 7          the representation of what the records say.
 8          BY MS. KOWALZYK:
 9    Q     You can answer.
10    A     No, I don't remember them saying anything.
11    Q     Okay.  And you were discharged from St. Mary's
12          on May 11, 2005.  Does that sound right?
13    A     (Nodding.)
14    Q     And you were to continue taking the Lovenox to
15          point indefinitely, does that sound right?
16    A     Coumadin.
17    Q     Yeah.  I think Coumadin and Lovenox are maybe
18          used interchangeably, but at that point you
19          were going to continue taking anticoagulation
20          medication indefinitely, right?
21                  MR. MANKOFF:  Object to form.
22                  THE WITNESS:  Yes.
23          BY MS. KOWALZYK:
24    Q     They had told you that you would need to be on
25          that for the rest of your life.
```

```
 1            have an exacerbation and then you lose
 2            function.  I haven't had an MS exacerbation
 3            since, I believe, 2011.
 4     Q      Okay.  So just based on the timing of it you
 5            don't believe that it's because of the MS.  You
 6            believe that it's because of the --
 7     A      Total system failure.
 8     Q      Okay.  Any other organ problems that you
 9            believe are a result of the cardiac tamponade?
10     A      The diaphragm.
11     Q      Okay.  Tell me about that.
12     A      The split in the diaphragm.  After the open
13            heart surgery to remove the struts from my
14            heart I had a sternal shift which means the
15            right and the left side of your rib cage move
16            independently and they rub together and as it's
17            doing that it's tearing apart the diaphragm.
18     Q      And so that's why you had to have the hernia --
19            or --
20     A      Diaphragmatic hernia surgery repair.
21     Q      Right.
22     A      Yes.
23     Q      Where does Dr. Peter Stanko practice?
24     A      Aurora.
25                   MS. KOWALZYK:  Can we go off the
```

```
 1                THE WITNESS:  Yes.
 2        BY MR. MANKOFF:
 3   Q    So if you understood that in 2005 would you
 4        have had the filter put in?
 5                MS. KOWALZYK:  Object to the form.
 6                THE WITNESS:  No.
 7        BY MR. MANKOFF:
 8   Q    Do you recall there were questions about the
 9        fact that some images in 2008 showed that the
10        filter had fractured?  Do you remember those
11        questions?
12   A    Yes.
13   Q    Now, if you had known at that time that there
14        was a chance that the filter could fracture
15        would you have had imaging and tests to check
16        for that possibility?
17                MS. KOWALZYK:  Object to the form.
18                THE WITNESS:  Yes.
19        BY MR. MANKOFF:
20   Q    At the time that the filter was put in, if you
21        were told that you would need the filter for
22        the rest of your life would you have opted for
23        a permanent filter or one that could be
24        removed?
25                MS. KOWALZYK:  Object to the form.
```