# Exhibit 5
# (Filed Under Seal)



Deposition of:
# Derek Muehrcke , M.D.

*January 11, 2019*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Case 2:15-md-02641-DGC   Document 15701-5   Filed 04/15/19   Page 3 of 6
Derek Muehrcke, M.D.                                January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 249

1   being intubated for three or four days, and the fact
2   that someone could be intubated very easily is very
3   consistent with tracheomalacia.  It doesn't cause
4   stenosis, it causes a collapsing of the trachea.  And
5   it can cause problems with extubation, but she didn't
6   have a problem with that.
7              So based on the bronchoscopy which proved
8   she had tracheomalacia, I think she has it, and to
9   say otherwise just is contrary to the facts.
10       Q.    And going back to the arrhythmia, cardiac
11  failure that you -- it's your opinion that Debra
12  Tinlin is at risk from her filter.  Correct?
13       A.    I think she's at risk from her -- I'm
14  sorry.  Can you repeat the question?
15       Q.    Sure.  Do you believe -- is it your
16  opinion that Debra Tinlin is at risk of complications
17  including arrhythmia and cardiac failure due to her
18  filter complications?
19              MS. HELM:  Object to the form.
20              THE WITNESS:  Yes, I do.  I think that her
21  filter disintegrated in her body and sent three
22  fragments to her lungs and two into her heart which
23  required extensive cardiac surgery with a bypass time
24  of over four hours and nine minutes, and she's at
25  risk for future problems.  This can happen again

Case 2:15-md-02641-DGC   Document 15701-5   Filed 04/15/19   Page 4 of 6
Derek Muehrcke, M.D.                                        January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 250

1    because her filter is still in place, missing several
2    arms, several struts, and it is unstable.
3         Q.   (By Mr. O'Connor)  And is that your
4    opinion regardless whether medical records show that
5    Debra Tinlin's heart has normal function at the
6    present time?
7         A.   Correct.
8         Q.   And are those opinions you hold to a
9    reasonable degree of medical probability?
10        A.   Yes.
11        Q.   And you were asked questions about earlier
12   CT scans and issues about what they depicted in terms
13   of fragments.  Do you recall that?  For example, 2008
14   and I think 2012?
15        A.   Yes.
16        Q.   Are you providing or claiming any
17   radiologist or anybody that did not appreciate or
18   recognize the failed -- the fractured struts were
19   below the standard of care?
20             MS. HELM:  I'm going to object to the
21   form.  It exceeds the scope of his report.
22             THE WITNESS:  I'm not critical of anybody.
23        Q.   (By Mr. O'Connor)  As a matter of fact, at
24   that time back in 2008, 2012, was the medical
25   community informed in terms of the failures as well

Case 2:15-md-02641-DGC   Document 15701-5   Filed 04/15/19   Page 5 of 6
Derek Muehrcke, M.D.                                        January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 258

1           MS. HELM:  Object to the form.
2           THE WITNESS:  I think there's going to be
3   permanent scarring of her heart and inflammation
4   around her heart.  And her tricuspid valve may need
5   to be replaced in the future.
6        Q.   (By Mr. O'Connor)  And why is that?
7        A.   Because anytime you do a tricuspid valve
8   repair with coronal reconstructions, there's a higher
9   risk of requiring a replacement down the line.
10       Q.   And the fact that Debra Tinlin went
11  through the medical course that she did for the
12  filter failure, the Recovery Filter failure, does
13  that place her -- her condition and the injuries she
14  sustained place her at risk for the development of
15  future conditions such as arrhythmias?
16       A.   Yes.
17       Q.   Same with cardiac failure?
18       A.   Yes.
19       Q.   Does it place her more at risk than a
20  patient who had not undergone the type of medical
21  procedures that Debra Tinlin went through?
22       A.   Any person who has not had their left
23  ventricle opened up would be at a lower risk than her
24  of developing cardiac failure.
25       Q.   So is she at a greater risk than a person

Case 2:15-md-02641-DGC   Document 15701-5   Filed 04/15/19   Page 6 of 6
Derek Muehrcke, M.D.                                                    January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 259

1    who did not experience filter failure or procedures
2    to address the failure of a Recovery Filter?
3         A.    Yes.
4         Q.    Is that an opinion you hold to a
5    reasonable degree of medical probability?
6         A.    Yes.
7                     FURTHER EXAMINATION
8    BY MS. HELM:
9         Q.    And Dr. Muehrcke, would you agree with me
10   that on January 11, 2019, we're approximately five
11   and a half years post Ms. Tinlin's surgery.  Correct?
12        A.    Yes.
13        Q.    And you have not been provided with any
14   medical records, any documentation, or any testimony
15   that she's suffering from any arrhythmias, correct?
16        A.    Correct.
17        Q.    Any cardiac failure, correct?
18        A.    Correct.
19        Q.    Or any cardiac problems at all, correct?
20        A.    Pain from her median sternotomy incision
21   and her dislocated right sternoclavicular.  And we'll
22   watch her hernia, see what happens with that.
23        Q.    Okay.  But you haven't been provided with
24   any information that indicates that she is
25   experiencing any of those complications, correct?