# Exhibit 7
# (Filed Under Seal)



Deposition of:

# Darren Hurst , M.D.

*January 7, 2019*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 229

1        A.    Yeah.
2        Q.    -- are you able to quantify the
3    likelihood of any of those events happening?
4        A.    No.
5        Q.    Doctor, on the -- at the bottom of
6    page 20 you say that the struts in the lung
7    will require lifelong follow-up with CT imaging
8    to document their stability?
9        A.    Yes.
10       Q.    Can you tell me what you mean by
11   that?
12       A.    I think she probably will need a
13   CT either every year or every other year to
14   just make sure that she's not developing an
15   issue related to the fragments.
16       Q.    Does the CT imaging that you would
17   recommend, would it be enhanced with contrast
18   or not?
19       A.    You can do it noncontrast and be
20   fine.  You're really just documenting the
21   position.  If there was a change in position,
22   then I might get further imaging.
23       Q.    And am I correct that you would
24   not recommend any intervention surgically in
25   regard to any of the struts in her lungs at