# Exhibit 2
# (Filed Under Seal)

## Barry, Brian

| | |
|---|---|
| **From:** | Ciavarella, David |
| **Sent:** | Wednesday, June 02, 2004 11:39 AM |
| **To:** | McDermott, John; Weiland, John |
| **Cc:** | Ganser, Christopher; Barry, Brian; Uelmen, Doug; Hudnall, Janet; Carr, Robert; DeJohn, Joe |
| **Subject:** | RE: Recovery filter discussion with Dr Misra |

John and John:

First, my apologies for not copying the BPV staff on the email summaries of my conversations with Drs. Misra and Kaufman. I did speak to Janet a week or so ago, and she provided a lot of information as well as Dr. Kaufman's name and number. I'll forward my summary of my conversation with him as well.

Next, I don't think the information Dr. Misra provided me was at odds with the theory of large fluid volume that he mentioned to John. He did mention that to me as well, but enlarged upon the possibilities to include anything that would increase intravascular (IVC) or extravascular pressure on the filter.

David

---

**From:** McDermott, John
**Sent:** Wednesday, June 02, 2004 11:12 AM
**To:** Weiland, John; Ciavarella, David
**Cc:** Ganser, Christopher; Barry, Brian; Uelmen, Doug; Hudnall, Janet; Carr, Robert; DeJohn, Joe
**Subject:** RE: Recovery filter discussion with Dr Misra
**Importance:** High

John – as discussed yesterday, we have had several discussions with physicians about bariatric patients and I've asked our Filter team to summarize what we know to date. We'll pull this information together for you over the next week. Also, we'll provide you with a 1 page summary of our filter complaints/shipments, etc by Monday 12:00 EST.

David – please copy Doug Uelman, Janet Hudnall, Rob Carr and me on your messages and discussions about the filter so we can avoid overlapping initiatives and all the benefit from the latest information. Also, you may want to talk with Janet before calling Dr. Kaufman to learn more about our previous discussions with him on this matter. Her cell number is 602-881-1331.

Thx, john

> -----Original Message-----
> **From:** Camfield, Patty **On Behalf Of** Weiland, John
> **Sent:** Wednesday, June 02, 2004 7:33 AM
> **To:** Ciavarella, David
> **Cc:** Ganser, Christopher; Barry, Brian; McDermott, John
> **Subject:** RE: Recovery filter discussion with Dr Misra
>
> David,
>
> This is somewhat different than what Dr. Misra told me. He told me that bariatric patients have the propensity for large shifts in the diameter of the vena cava due to the amount of fluid administration they receive.
>
> The bottom line in this…A tremendously large number of our migrations are in obese individuals post-gastric bypass procedures or surgery. Why? Should this lead us to our endpoint on info to physicians?

6/2/2004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



EXHIBIT
924
Riebe

PENGAD 800-631-6989

BPV-17-01-00098292

LMD1

John Weiland

-----Original Message-----
**From:** Ciavarella, David
**Sent:** Friday, May 28, 2004 3:15 PM
**To:** Barry, Brian; Ganser, Christopher; Weiland, John
**Subject:** Recovery filter discussion with Dr Misra

Brian, Chris & John:

I spoke to Sanjay Misra of the Mayo Clinic today about the issues surrounding the Recovery filter. He was on-call so could only spend about 15 minutes with me. But, he was very friendly and forthcoming with his commenst (he remembered John's visit in the company jet).

I asked him about possible predisposing factors to migration. His major concerns, he said, were in patients in whom a filter was placed and then went to surgery or otherwise had events that might increase intra-abdominal pressure or lead to major fluid shifts or inadvertent pulling or tugging on the IVC – anything that might significantly increase IVC pressure or physically dislodge or loosen the filter. I asked about bariatric patients a couple of times, but he didn't single them out. He said they don't implant filters too often in these patients, as they've learned to manage their hypercoagulability by standard (drug) measures. He said he has seen a few of our filters move, but only a few mm, and said he is careful to place them about 1 foot from the heart. He has seen some tilted filters. [He didn't explicitly say this, but I got the impression that he thought technique was important]

He recommended, if we were very serious about learning more about this, that we go to a pig model (his preference) and create those conditions that he mentioned above. He seemed to think it advisable that we review our product design for ways to decrease the likelihood of migration. He said we were welcome to visit him and do some animal experiments if desired.

I have called Dr Kaufman in Oregon for his views as well. I'll give you some follow-up once I've spoken to him.

david

6/2/2004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00098293

LMD1