# Exhibit 4
# (Filed Under Seal)



Deposition of:

# Derek Muehrcke , M.D.

*January 11, 2019*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Derek Muehrcke , M.D.                                January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 169

1      A.    Other than the literature which suggests

2   that the longer a filter is in place, the more the

3   complications.  And I would think that a filter which

4   has already lost five of six arms has no -- has very

5   little clot catching ability not only because of the

6   loss of the upper five arms and because of the tilt;

7   but I would think that that filter probably is not

8   very functional, and I'd be concerned about that

9   thing falling apart.  Five struts have already fallen

10   apart.

11      Q.    Thank you for that.  My question was you

12   cannot quantify the risk that Ms. Tinlin will

13   experience any additional complications from a

14   Recovery Filter if it's left in place, can you?

15            MR. O'CONNOR:  Object to the form of the

16   question.

17            THE WITNESS:  The risk I think is

18   40 percent in five years in some of the literature.

19      Q.    (By Ms. Helm)  So my question to you is,

20   what is the percentage risk or chance that Ms. Tinlin

21   will experience any additional complications from her

22   Recovery Filter?

23            MR. O'CONNOR:  Object to the form.

24            THE WITNESS:  I'd say 40 percent in five

25   years, or 5.5.

Derek Muehrcke , M.D.                    January 11, 2019
In Re: Bard IVC Filters Products Liability

                                                        Page 170

1          Q.     (By Ms. Helm)  So she's had -- how long

2     has her filter been implanted?

3          A.     It's been in for -- since 2005.  So

4     eight -- ten years.  Ten, eleven years.

5          Q.     Okay.  So are you saying that there is a

6     40 percent chance that in the next five years she

7     will have additional complications?

8          A.     Based on the medical literature.

9          Q.     And what literature do you base that on?

10          A.     Let me see if I can find it here for you.

11          Q.     And I'm specifically asking for any

12     literature that addresses additional complications at

13     15 years out.

14          A.     I mean, if you pigeonhole it like that, no

15     one knows that.  No studies have been done.  We're

16     just following -- we're starting to learn about these

17     filters now.

18          Q.     Okay.  So it's fair to say that you don't

19     know what the risk is that she will experience any

20     additional complications?

21          A.     The only data I have to --

22               MR. O'CONNOR:  Hold on.  Hold on.  Because

23     he's still trying to answer two questions back, and

24     you didn't let him go through the literature.

25               MS. HELM:  Well, I revised my question on

Derek Muehrcke , M.D.                    January 11, 2019
In Re: Bard IVC Filters Products Liability

                                                          Page 188

1          Q.     Okay.

2          A.     But I think the vast majority of cardiac

3    surgeons would probably be very uncomfortable sitting

4    on a fragment in someone's heart that's beating.

5          Q.     Okay.

6          A.     Hostile environment.

7          Q.     But as far as data or published

8    information, the only thing you have is Trerotola,

9    correct?

10         A.     Correct.  I think, you know,

11   Fraser-Johnson required two surgeries on her heart.

12         Q.     You mentioned earlier that as a report --

13   as a result of the incision hernia repair, Ms. Tinlin

14   has a nonfunctional area of her diagram [sic].  Do

15   you recall that testimony?

16         A.     Yeah.

17         Q.     How much of her diagram -- of her

18   diaphragm is nonfunctional as a result of that hernia

19   repair?

20         A.     It's probably going to be about 5 or 10

21   percent.

22         Q.     And in the medical literature that you --

23   I'm sorry -- the records that you reviewed through

24   December of 2015, did you see any complications or

25   symptoms that she reported as a result of that 5 to

Derek Muehrcke , M.D.                    January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 189

1    10 percent nonfunctional area of her diagram [sic]?

2          A.    The shortness of breath.

3          Q.    That's the only thing you can attribute to

4    it?

5          A.    Uh-huh.

6          Q.    Is that yes?

7          A.    That's yes.

8          Q.    Okay.  Let's talk this Appendix B to your

9    report, which is on the very last page.  I want to

10   start with No. 2.  And it says that an exhibit that

11   you plan to present at trial is a CT scan showing the

12   interaction of the IVC filter just after implant with

13   6 o'clock leg interacting with the superior end plate

14   of the L3 vertebra, causing immediate leg pain after

15   insertion.

16              Is that simply the CT scan from May 8,

17   2005?

18         A.    Yeah.

19         Q.    Okay.  And then No. 6, a "CT scan

20   illustration showing the placement and current

21   position of the Bard Recovery Filter in Ms. Tinlin.

22   This will show the jury the interaction of the arms

23   and the legs of the filter with her surrounding

24   abdominal contents."

25              Did you bring that CT scan illustration

Derek Muehrcke , M.D.                    January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 249

1    being intubated for three or four days, and the fact

2    that someone could be intubated very easily is very

3    consistent with tracheomalacia.  It doesn't cause

4    stenosis, it causes a collapsing of the trachea.  And

5    it can cause problems with extubation, but she didn't

6    have a problem with that.

7              So based on the bronchoscopy which proved

8    she had tracheomalacia, I think she has it, and to

9    say otherwise just is contrary to the facts.

10        Q.    And going back to the arrhythmia, cardiac

11   failure that you -- it's your opinion that Debra

12   Tinlin is at risk from her filter.  Correct?

13        A.    I think she's at risk from her -- I'm

14   sorry.  Can you repeat the question?

15        Q.    Sure.  Do you believe -- is it your

16   opinion that Debra Tinlin is at risk of complications

17   including arrhythmia and cardiac failure due to her

18   filter complications?

19              MS. HELM:  Object to the form.

20              THE WITNESS:  Yes, I do.  I think that her

21   filter disintegrated in her body and sent three

22   fragments to her lungs and two into her heart which

23   required extensive cardiac surgery with a bypass time

24   of over four hours and nine minutes, and she's at

25   risk for future problems.  This can happen again

Derek Muehrcke , M.D.                    January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 250

1    because her filter is still in place, missing several

2    arms, several struts, and it is unstable.

3        Q.    (By Mr. O'Connor)  And is that your

4    opinion regardless whether medical records show that

5    Debra Tinlin's heart has normal function at the

6    present time?

7        A.    Correct.

8        Q.    And are those opinions you hold to a

9    reasonable degree of medical probability?

10       A.    Yes.

11       Q.    And you were asked questions about earlier

12   CT scans and issues about what they depicted in terms

13   of fragments.  Do you recall that?  For example, 2008

14   and I think 2012?

15       A.    Yes.

16       Q.    Are you providing or claiming any

17   radiologist or anybody that did not appreciate or

18   recognize the failed -- the fractured struts were

19   below the standard of care?

20            MS. HELM:  I'm going to object to the

21   form.  It exceeds the scope of his report.

22            THE WITNESS:  I'm not critical of anybody.

23       Q.    (By Mr. O'Connor)  As a matter of fact, at

24   that time back in 2008, 2012, was the medical

25   community informed in terms of the failures as well

Derek Muehrcke, M.D.                    January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 258

1              MS. HELM:  Object to the form.

2              THE WITNESS:  I think there's going to be

3      permanent scarring of her heart and inflammation

4      around her heart.  And her tricuspid valve may need

5      to be replaced in the future.

6          Q.    (By Mr. O'Connor)  And why is that?

7          A.    Because anytime you do a tricuspid valve

8      repair with coronal reconstructions, there's a higher

9      risk of requiring a replacement down the line.

10         Q.    And the fact that Debra Tinlin went

11     through the medical course that she did for the

12     filter failure, the Recovery Filter failure, does

13     that place her -- her condition and the injuries she

14     sustained place her at risk for the development of

15     future conditions such as arrhythmias?

16         A.    Yes.

17         Q.    Same with cardiac failure?

18         A.    Yes.

19         Q.    Does it place her more at risk than a

20     patient who had not undergone the type of medical

21     procedures that Debra Tinlin went through?

22         A.    Any person who has not had their left

23     ventricle opened up would be at a lower risk than her

24     of developing cardiac failure.

25         Q.    So is she at a greater risk than a person

Derek Muehrcke, M.D.                          January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 259

1    who did not experience filter failure or procedures

2    to address the failure of a Recovery Filter?

3           A.    Yes.

4           Q.    Is that an opinion you hold to a

5    reasonable degree of medical probability?

6           A.    Yes.

7                       FURTHER EXAMINATION

8    BY MS. HELM:

9           Q.    And Dr. Muehrcke, would you agree with me

10   that on January 11, 2019, we're approximately five

11   and a half years post Ms. Tinlin's surgery.  Correct?

12          A.    Yes.

13          Q.    And you have not been provided with any

14   medical records, any documentation, or any testimony

15   that she's suffering from any arrhythmias, correct?

16          A.    Correct.

17          Q.    Any cardiac failure, correct?

18          A.    Correct.

19          Q.    Or any cardiac problems at all, correct?

20          A.    Pain from her median sternotomy incision

21   and her dislocated right sternoclavicular.  And we'll

22   watch her hernia, see what happens with that.

23          Q.    Okay.  But you haven't been provided with

24   any information that indicates that she is

25   experiencing any of those complications, correct?

Derek Muehrcke , M.D.                      January 11, 2019
In Re: Bard IVC Filters Products Liability

Page 260

1        A.     No, other than her tracheomalacia causing
2    her problems, shortness of breath; but that's not
3    from her heart, it's from the surgery.
4        Q.     So again, going back to her heart, in the
5    last five and a half years since the surgery, you
6    have not been provided with any medical records that
7    indicate that she is suffering from any of those
8    possible complication you just identified, correct?
9        A.     Correct.
10            MS. HELM:  That's all I have.  Thank you.
11            MR. O'CONNOR:  I'm going to ask that
12    Dr. Muehrcke read his deposition and sign it.  And if
13    I have a stipulation, I think this is the way we've
14    been doing it, if I can forward him a copy with your
15    correction sheet.  If that's okay with counsel,
16    that's the way I'll handle it.
17            MS. HELM:  Fine.  I don't know what the
18    prior stipulation is, but I'll agree he can read and
19    sign in front of any notary.
20            MR. O'CONNOR:  I don't know if there was
21    one.
22            MS. HELM:  Okay, that's fine.
23            THE VIDEOGRAPHER:  This concludes the
24    deposition.  Going off the record at 4:00 p.m.
25        (The deposition concluded at 4:00 p.m.)