# Exhibit 5
# (Filed Under Seal)



Deposition of:

# Darren Hurst , M.D.

*January 7, 2019*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

```
 1   lung, abscess, or hemorrhage.
 2           Q.   Okay.  And what's the likelihood
 3   that Ms. Tinlin will experience a hemorrhage
 4   due to one of the struts in her lung?
 5           A.   For all of these potential
 6   complications, there's no data.  There are only
 7   case reports of similar types of objects in the
 8   lungs that have caused these problems.  No one
 9   has done a long-term study because it is so
10   new.
11           Q.   You previously testified that --
12   in regard to another patient who had a strut in
13   her lung that was retained strut that the
14   likelihood of a hemorrhage was less than one
15   percent.  Do you agree with that today?
16           A.   I think it's small.  Probably -- I
17   think it's a small -- small risk, but it's a
18   risk, nevertheless.
19           Q.   Do you think the risk is --
20           A.   I don't know if we can attach a
21   number to it.  I probably should not have
22   attached a number to it because I just don't
23   think we know.
24           Q.   Okay.  So today you're not willing
25   to attach a number to it, but you previously
```