# Exhibit A

## EXHIBIT A

| Case Title | Docket Number | Date Filed | PL Firm 1 | PL Firm 2 | Dual Rep #1 Ltr Sent | Dual Rep #2 Ltr Sent | Dual Rep #3 Ltr Sent |
|---|---|---|---|---|---|---|---|
| Giambra, Sr, William Joseph | CV-17-00191-PHX-DGC | 1/20/2017 | Law Offices of Ben C Martin, LLP | | 11/10/2017 | 1/19/2018 | 10/16/2018 |
| Giambra, Sr, William Joseph | CV-17-03891-PHX-DGC | 10/24/2017 | Marc J Bern & Partners LLP | | 11/10/2017 | 1/19/2018 | 10/16/2018 |
| Holland, Betty Joyce | CV-16-03147-PHX-DGC | 9/16/2016 | Jackson Allen & Williams, LLP | | 11/10/2017 | 1/22/2018 | 10/16/2018 |
| Holland, Betty Joyce | CV-17-03440-PHX-DGC | 10/4/2017 | Freese & Goss PLLC | Matthews & Associates | 11/10/2017 | 1/22/2018 | 10/16/2018 |
| Mathis, Reginald | CV-17-03469-PHX-DGC | 10/4/2017 | Johnson Law Group | | 12/1/2017 | 1/22/2018 | 11/2/2018 |
| Mathis, Reginald | CV-17-04302-PHX-DGC | 11/27/2017 | Babbitt & Johnson, PA | | 12/1/2017 | 1/22/2018 | 11/2/2018 |
| McBride, Bernardette | CV-16-01090-PHX-DGC | 4/18/2016 | Gallagher & Kennedy, PA | | 4/12/2017 | 9/14/2017 | 1/22/2018 |
| McBride, Bernardette | CV-17-00876-PHX-DGC | 3/24/2017 | Fears Nachawati Law Firm | | 4/12/2017 | 9/14/2017 | 1/22/2018 |
| Pedersen, Charlene B | CV-17-00941-PHX-DGC | 3/29/2017 | Branch Law Firm | Meyers & Flowers, LLC | 12/1/2017 | 1/22/2018 | 11/2/2018 |
| Pedersen, Charlene B | CV-17-04308-PHX-DGC | 11/27/2017 | Marc J Bern & Partners LLP | | 12/1/2017 | 1/22/2018 | 11/2/2018 |
| Pirl, Tracy | CV-17-00899-PHX-DGC | 3/27/2017 | Potts Law Firm, LLP | | 12/4/2017 | 1/22/2018 | 11/2/2018 |
| Pirl, Tracy | CV-17-03025-PHX-DGC* | 9/6/2017 | Padberg, Corrigan & Appelbaum | | 12/4/2017 | 1/22/2018 | 11/2/2018 |
| Smith, Pamela M | CV-17-00916-PHX-DGC | 3/28/2017 | Wendt Law Firm, PC | | 9/17/2017 | 1/22/2018 | 10/22/2018 |
| Smith, Pamela M | CV-17-03089-PHX-DGC | 9/11/2017 | Freese & Goss PLLC | Matthews & Associates | 9/17/2017 | 1/22/2018 | 10/22/2018 |

*Padberg filed a motion to dismiss on 11/12/2018; however, the motion was filed in the individual case number and received a deficiency notice.