Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **CONSENT MOTION TO FILE UNDER SEAL EXHIBIT A TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TINLIN CASE-SPECIFIC OPINIONS OF ROBERT M. MCMEEKING, PH.D.** |

In accordance with Section 25 of the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move this Court for an Order sealing Exhibit A to Plaintiff's Opposition to Defendants' Motion to Exclude the Tinlin Case-Specific Opinions of Robert M. McMeeking, Ph.D. This document contains or references information designated as "Confidential Information" under the Stipulated Protective Order.

The parties have met and conferred and agree that Exhibit A to Plaintiff's Opposition to Defendants' Motion to Exclude the Tinlin Case-Specific Opinions of Robert M. McMeeking, Ph.D. should be filed and maintained under seal. Based on the stipulation and the parties' consent to file the documents described above under seal for

purposes of consideration of the same, the parties jointly request that the exhibits be sealed.

RESPECTFULLY SUBMITTED this 4th day of March, 2019.

BEUS GILBERT, PLLC

By: */s/ Mark S. O'Connor*
Mark S. O'Connor (011029)
701 N.44th St.
Phoenix AZ 85008

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                      */s/ Jessica Gallentine*