1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| | **ORDER** |

      Upon consideration of the Consent Motion to File Under Seal Exhibit A to Plaintiff's Opposition to Defendants' Motion to Exclude the Tinlin Case-Specific Opinions of Robert M. McMeeking, Ph.D. ("Motion") and for good cause shown, the Motion is Granted.