# Exhibit B

**Appendix II**
**Supplemental Case Specific Document List**

Debra Tinlin Medical Records
1.      UW Pain Treatment 7/10/07
2.      Prevea Health Centers
3.      Aurora BayCare Medical Center
4.      Advanced Pain Management
5.      St. Vincent Hospital
6.      BayCare Clinic – Cardiothoracic Surgery
7.      Aurora St. Luke's Medical Center
8.      Atrium Post- Acute Care of Shawano

Imaging available:
1.      5/4/05 CTA Chest
2.      5/7/05 IVC filter placement
3.      8/05 CT Abdomen and Pelvis
4.      5/9/05 CT Lumbar spine
5.      5/26/05 CXR Two view
6.      6/28/05 CXR Two views
7.      10/31/05 CXR
8.      1/27/06 Thoracic spine XR
9.      1/27/06 Lumbar spine XR
10.     7/27/06 CT Chest with contrast
11.     9/26/06 CXR two views
12.     10/27/06 CT Chest with contrast.
13.     2/23/07 CXR
14.     6/11/07 CXR
15.     4/15/08 CXR
16.     4/15/08 CT Chest without contrast.
17.     2/3/12 CXR
18.     2/7/12 CT Abdomen and Pelvis with contrast.
19.     6/10/13 CXR
20.     6/10/13 CXR
21.     6/10/13 CTA Chest.
22.     6/11/13 – 6/17/13 Multiple CXR
23.     6/12/13 CXR
24.     6/14/13 CXR.
25.     7/3/13, 7/29/13, 7/30/13, 8/1/13, 8/2/13, 8/3/13 Multiple CXR single view portables.
26.     8/6/13 CXR two view.
27.     8/7/13 CT Chest without contrast.
28.     8/22/13 CXR
29.     8/22/13 CTA Chest.
30.     10/23/13 CT Chest without contrast.
31.     11/11/13 CXR
32.     11/11/13 CT Chest without contrast.
33.     3/12/14 CT Chest without contrast.

34.     8/5/14 CT Chest with contrast.
35.     8/19/15 CT Abdomen and Pelvis with contrast.
36.     12/3/15 CXR
37.     12/16/15 Clavicle XR
38.     10/18/16 CT Chest without contrast.
39.     2/26/16 Right shoulder XR