# Exhibit E

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ARIZONA

3

4

5    IN RE BARD IVC FILTERS          CASE NO.

6    PRODUCTS LIABILITY LITIGATION   MD-15-02641-PHX-DGC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      VIDEOTAPED DEPOSITION OF ROBERT M. McMEEKING, Ph.D.

22

23                  THURSDAY, JULY 6, 2017

24

25         REPORTED BY:  MONICA T. CORLEY, CSR NO. 8803

Page 32

1            THE WITNESS:  I've -- I've not
2     investigated that aspect of the situation, and as I
3     said before, I defer to Dr. Richie in regard to
4     electropolishing wires.
5     BY MS. DALY:
6        Q    Are there any other changes that you think
7     Bard later made to its filters that it could have
8     made earlier --
9        A    Yes.
10       Q    -- to -- to impact resistance to
11    complications?
12       A    Yes.
13       Q    All right.  And what are those?
14       A    They could have developed caudal anchors
15    sooner than they ultimately did.  They could have
16    developed penetration limiters sooner than they
17    ultimately did.  And they could have redesigned the
18    filter configuration to try and find a better -- a
19    better combination of -- of -- of phenomena that
20    would improve the behavior of the filter in terms
21    of the risks involved.
22       Q    All right.  So let's talk about caudal
23    anchors and limiters.  On what do you base your
24    opinion that Bard could have added caudal anchors
25    and limiters earlier than it did?

Page 33

1      A    Well, the -- the reason is that they
2    eventually did put caudal anchors on the filters,
3    and so my point is simply that they could have
4    started to consider that possibility sooner than
5    they -- they did, once they realized that caudal
6    migration was contributing to tilt and tilt was
7    contributing to other failures that the filter was
8    experiencing.
9      Q    Okay.  Do you know of any other IVC filter
10   manufacturer who incorporated anchors or limiters
11   earlier than Bard did?
12            MR. O'CONNOR:  Form and foundation.
13            THE WITNESS:  Not to my knowledge.
14   BY MS. DALY:
15     Q    Okay.  Do you know any -- do you know in
16   any in-depth way what the process was internally in
17   Bard to develop these anchors and limiters?
18            MR. O'CONNOR:  Form.
19            THE WITNESS:  I've read some of the
20   documents that describe activities that were
21   involved, but I -- I wouldn't say that I know in
22   detail what the processes were that were involved
23   in developing those caudal anchors.
24   BY MS. DALY:
25     Q    Do you know -- do you know of design