# Exhibit F

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | ) <br> ) MD 15-02641-PHX-DGC <br> ) |
| _____ | ) |
| Lisa Hyde and Mark Hyde, a married couple, | ) <br> ) Phoenix, Arizona <br> ) **September 18, 2018** <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) CV 16-00893-PHX-DGC <br> ) |
| C.R. Bard, Inc., a New Jersey corporation, and Bard Peripheral Vascular, an Arizona corporation, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |
| _____ | ) |

**BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**<u>TRIAL DAY 1 - A.M. SESSION</u>**

Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona  85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription

08:33:07  1   motions.  And I thought you agreed that McMeeking can testify
          2   along those lines.
          3           In terms of what he would say for a particular
          4   patient, he is not going to come in and say that the
08:33:23  5   Simon Nitinol filter was appropriate for Lisa Hyde, and I
          6   wouldn't ask him that.
          7           He has said in his case-specific report that the Bard
          8   G2X filter is improperly and inadequately designed such that
          9   it does not prevent tilt, caudal migration, fracture and
08:33:45 10   perforation, as it lacks adequate safeguards against these
         11   failure modes to a reasonable degree of scientific and
         12   engineering probability and certainty.  The failures of
         13   Ms. Hyde's filter resulted from poor design, inadequate
         14   testing prior to marketing the filter, and implantation of the
08:34:07 15   filter -- and implantation -- prior to implantation of the
         16   filter in Mrs. Hyde, and improper internal assessment of the
         17   filter via analysis, including finite analysis and other
         18   methods of analysis utilized by Bard.
         19           So I believe that sums his opinions in this case and
08:34:26 20   where he's going to go.
         21           THE COURT:  All right.  Ms. Helm, do you have a
         22   problem with what Mr. O'Connor just read as an opinion to be
         23   stated?
         24           MS. HELM:  Your Honor, those opinions, to use a term
08:34:40 25   I've heard you say before, are all fair game.  My objection

DIRECT EXAMINATION (CONT'D) - ROBERT McMEEKING

11:29:46  1      MS. HELM: Nowhere in his reports has he offered an
2  alternative design as a two-tier design. He's said that the
3  Simon Nitinol is an alternative design, but he's now
4  testifying to a filter like the Simon Nitinol.
11:29:59  5      When I raised this with Mr. O'Connor before we
6  started today, he said he wasn't going to offer that opinion.
7  So --
8      MR. O'CONNOR: He's going to talk about his opinions
9  on caudal anchors, he's going to talk about his opinions on
11:30:12  10  the chamfer, and he's going to talk about his opinions on
11  perforation limiters. All listed and set forth in his report.
12      THE COURT: Well, he just talked about a two-tier
13  design. Is that in his report?
14      MR. O'CONNOR: Yes.
11:30:25  15      THE COURT: Can you show it to me?
16      MR. O'CONNOR: Do we have --
17      It's a repeat of what he said on Simon Nitinol.
18      THE COURT: He didn't talk about Simon Nitinol. He
19  said a two-tiered design would be an improvement.
11:30:37  20      MR. O'CONNOR: That's what he's referring to.
21      THE COURT: Then I think he should clarify he's
22  talking about the Simon Nitinol.
23      MR. O'CONNOR: Then I'm going to have talk about
24  caudal anchors, the chamfer, and the perforation limiters.
11:30:48  25      THE COURT: All right. If he clarifies the two-tier

DIRECT EXAMINATION (CONT'D) - ROBERT McMEEKING

11:30:51  1   means the Simon Nitinol, that addresses your issue.
          2              MS. HELM:  As long as it's the Simon Nitinol.
          3              MR. O'CONNOR:  That's fine.
          4              THE COURT:  Okay.  So clarify that and you can move
11:30:59  5   on.
          6          (Bench conference concludes.)
          7              THE COURT:  Thank you.
          8   BY MR. O'CONNOR:
          9   Q   Dr. McMeeking, I just wanted to talk about -- clarify
11:31:15 10   something for everybody here and the members of the jury.
         11          The two-tier design is what you talked about when you
         12   talked about the Simon Nitinol filter is a safer filter.
         13   A   That's correct.
         14   Q   All right.  Now, what about caudal anchors?  Did you
11:31:28 15   report on those?
         16   A   I did.
         17   Q   What are caudal anchors?
         18   A   Caudal anchors are features on the filter.
         19          May I have the Elmo on again, please.
11:31:47 20          Again, if you look at the Eclipse filter, you can see
         21   at the left end where we have the feet on the legs there are
         22   hooks.  These hooks are designed to hook into the wall of the
         23   vena cava and that will help to stop the filter moving in this
         24   direction.  Because to move in this direction, you have to
11:32:09 25   work against the shape of the hooks.

DIRECT EXAMINATION (CONT'D) - ROBERT McMEEKING

11:32:12  1     Caudal anchors are hooks that point in the opposite
          2  direction, so that if the filter wants to move that way, the
          3  hooks will inhibit that motion.
          4  Q   All right. And that would, in your opinion, reduce or
11:32:27  5  prevent which failure mode?
          6  A   It would reduce and help to eliminate the failure mode of
          7  caudal migration, and it would reduce and help to eliminate
          8  the fault of tilting. Because when the filter tilts, it needs
          9  to move some of its limbs in the caudal direction, even if
11:32:52 10  some of the limbs go in the upwards direction. It's called
         11  cephalic. Cephalic, caudal.
         12      So the caudal anchors will help to inhibit tilt as
         13  well as caudal migration. And since tilt contributes to
         14  perforation, that will help to reduce the degree of
11:33:15 15  perforation. And since perforation contributes to fatigue
         16  fracture, that will help to reduce the incidence of fatigue
         17  fracture.
         18  Q   Now, you also talked about the chamfer.
         19  A   Correct. Correct.
11:33:33 20  Q   And what, in your opinion, should be done to the chamfer
         21  to make it safer?
         22  A   The chamfer should be made gentler.
         23  Q   That's the edge of the cap?
         24  A   Edge of the cap. I'll show this illustration again.
11:33:55 25      The situation in the filters that we're discussing is

DIRECT EXAMINATION (CONT'D) - ROBERT McMEEKING

11:33:58  1  like that.  But as making it like that would be a much better
          2  situation, a much safer situation, and would help to reduce
          3  the incidences of fatigue failures that would be experienced
          4  by the filter.
11:34:14  5        And a point to make is that the Simon Nitinol filter
          6  has such a feature in its cap.  Where the top wires come out
          7  of the top cap there is a breaking of the edge that has the
          8  same effect as I'm talking about with this gentler rounding of
          9  the surface.
11:34:41 10  Q   And then in terms of penetration limiters, what is your
         11  opinion on those?
         12  A   My opinion on penetration limiters is that they would help
         13  because they would help to reduce how much perforation and
         14  penetration was taking place in the filter.  And that would
11:35:00 15  contribute to reduction in the problems the filters have with
         16  fatigue fracture because fatigue fracture is a consequence
         17  often of perforation.  And because perforation contributes to
         18  tilt, it would have contributed to reducing how much tilt the
         19  filters were experiencing as well.
11:35:26 20  Q   Dr. McMeeking, you told us earlier that the G2, the G2X,
         21  like the Recovery, and the Eclipse were marketed as permanent
         22  filters; correct?
         23  A   That's correct.
         24  Q   Do you have an opinion whether the design flaws that you
11:35:48 25  have determined exist in each of those filters, defective

DIRECT EXAMINATION (CONT'D) - ROBERT McMEEKING

11:35:53  1   designs, were consistent with a filter that should be stable
          2   and remain in a patient's vena cava for the duration of her
          3   life?
          4   A    It is my opinion these features of the filter are
11:36:05  5   inconsistent with that objective.
          6   Q    And based upon the design, should Bard have known these
          7   filters could fail at any time after implant?
          8   A    Yes.
          9   Q    Now, we talked about your opinions and your findings and
11:36:28 10   your calculations; correct?
         11   A    Correct.
         12   Q    And those opinions support what, in your mind, are
         13   defective designs in this filter?
         14   A    That's correct.
11:36:38 15   Q    And in your opinion, the defective design of the filter,
         16   the G2, G2X, the Eclipse, the filter that Lisa Hyde
         17   experienced, did those failures result from the defective
         18   design?
         19   A    They do.
11:36:52 20   Q    And do you attribute her failures that she experienced in
         21   her filter, the penetration and the fracture, to the
         22   inadequate testing that was done by Bard?
         23   A    I do.
         24   Q    And is the failures that Lisa Hyde's filter experienced,
11:37:05 25   contribute those to the improper internal assessments that