IN THE PROBATE COURT OF FULTON COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
Mark Allen Swartz, ) ESTATE NO. PC-2019-000035
DECEASED )

## LETTERS TESTAMENTARY
(Relieved of Filing Returns)

At a regular term of Probate Court, the Last Will and Testament dated **May 5, 2018** and Codicil(s) dated _____ of the above named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in **Solemn** Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that **Jeanne Babcock Swartz**, named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

THEREFORE, the Executor(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Executor(s) under the Will of said Decedent, according to the Decedent's Will and the law.

Given under my hand and official seal, the 25th day of **January**, 20**19**

_____
Judge of the Probate Court

NOTE: *The following must be signed if the Judge does not sign the original of this document:*

Issued by:

_Sheena C. Bernard_
Clerk/Deputy Clerk of the Probate Court

Court Docketing Code W10 C.F. or **W11 S.F.**

Recorded in Letters of Testamentary Book **253** Page **71**

**CERTIFICATION OF COPY**

This document consisting of ___1___ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, at the County and State aforesaid on 2 / 02 /20 19.

Sheena C. Bernard, Clerk Fulton County Probate Court

EXHIBIT A