**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX DGC |
| This Document Relates to: | **PROPOSED ORDER** |
| Mark Swartz & Jeannie Swartz v. C.R. Bard, et al. Civil Action No.: 2:16-cv-04488-PHX DGC | |

The Court has considered the Motion to Substitute Party and for Leave to File Amended Short Form Complaint. Doc. _____.

**IT IS ORDERED** that the Motion to Substitute Party and for Leave to File Amended Short Form Complaint (Doc. _____) is **granted.** Jeanne Swartz, Executor of the Estate of Mark Swartz, Deceased is substituted for Mark Swartz in this action, continuing the claims of Mark Swartz on behalf of his Estate. The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Counsel for Plaintiff shall file an amended short form complaint with the Clerk of Court on or before _____.

Dated this ___ day of _____, 2019.