IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**
STEFANIE D. CASTLEBERRY, et al.
v. C.R. Bard, et al.
Civil Action No.: 2:18-cv-04951-DGC

Case No. 2:15-md-2641-DGC
DAVID G. CAMPBELL
U.S. DISTRICT JUDGE

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs:

STEFANIE D. CASTLEBERRY, CHRISTOPHER SMITH, JAMES PHILLIPS,

Jr., JOSHUA PHILLIPS; minor children C.C.C, C.P.C. and L.T.C; C.M.S.

It is further agreed that the non-suit will only apply to docket number 2:18-cv-04951-DGC and will not have any effect on any other cases filed in regard to Plaintiffs Stefanie D. Castleberry, et al. with different docket numbers.

Date:  March 5, 2019

Respectfully submitted,

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado (Admitted *Pro Hac Vice*)
(CA Bar No. 207715)
Michael L. Baum, Esq.  (CA Bar No. 119511)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 Tel  //  (310) 820-7444 Fax
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado (Admitted *Pro Hac Vice*)
(CA Bar No. 207715)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 Tel  //  (310) 820-7444 Fax
nmaldonado@baumhedlundlaw.com