# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Dorothy Durden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>　　　　　Defendants. | No. MDL15-2641-PHX-DGC<br><br><br><br>No. CV18-1826 PHX DGC<br><br><br><br>**ORDER** |

Plaintiff Dorothy Durden has filed a motion to withdraw and substitute counsel. Doc. 15437.

**IT IS ORDERED** that Plaintiff's motion to withdraw and substitute counsel (Doc. 15437) is **granted.** The law firm of McSweeney Langevin is substituted as counsel of record and replaces the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. and Matthew D. Schultz in this action.

Dated this 5th day of March, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge