**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Andrea Stith, | No. CV16-1849 PHX DGC |
|       Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
|       Defendants. | |

Plaintiff Andrea Stith has filed a motion to withdraw and substitute counsel. Doc. 15452.

**IT IS ORDERED** that Plaintiff's motion to withdraw and substitute counsel (Doc. 15452) is **granted.** Attorney Robert J. Binstock of Reich & Binstock, LLP is substituted for the Nemeroff Law Firm in this action.

Dated this 5th day of March, 2019.

David G. Campbell
Senior United States District Judge