# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Mary Curtis, | |
| Plaintiff, | No. CV18-3191 PHX DGC |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | **ORDER** |
| Defendants. | |

Plaintiff Mary Curtis has filed a motion to amend her previously filed short form complaint. Doc. 15547.

**IT IS ORDERED** that Plaintiff's motion to amend her previously filed short form complaint (Doc. 15547) is **granted.** Plaintiff shall file her first amended short form complaint on or before March 11, 2019.

Dated this 5th day of March, 2019.

David G. Campbell
Senior United States District Judge