1

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8    IN RE BARD IVC FILTERS PRODUCTS          No. MDL15-2641-PHX-DGC
     LIABILITY LITIGATION,

9
     THIS DOCUMENT RELATES TO:
10
     Mark Swartz and Jeanne Swartz,
11                                             No. CV16-4488 PHX DGC
              Plaintiff,
12
     v.
13                                             **ORDER**
     C.R. Bard, Inc. and Bard Peripheral Vascular
14   Inc.,

15            Defendants.

16

17          Counsel for Plaintiff Mark Swartz has filed a motion for leave to substitute party

18   and file an amended short form complaint.  Doc. 15793.  Plaintiff's counsel has provided

19   the Court with copies of the Letters Testamentary in Mr. Swartz's probate case.

20          **IT IS ORDERED** that Plaintiff's motion to substitute party and amend the short

21   form complaint (Doc. 15793) is **granted.**  Jeanne Swartz shall be substituted for Mark

22   Swartz in this action.  Plaintiff shall file her first amended short form complaint on or

23   before March 11, 2019.

24          Dated this 5th day of March, 2019.

25

26

27

28
                                              David G. Campbell
                                         Senior United States District Judge