IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Mary Curtis _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Charles Curtis _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   West Virginia _____

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

  West Virginia

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

  West Virginia

7.     District Court and Division in which venue would be proper absent direct filing:

  United States District Court for the Southern District of West Virginia

8.     Defendants (check Defendants against whom Complaint is made):

    X     C.R. Bard Inc.

    X     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

    X     Diversity of Citizenship

    ☐     Other: _____

    a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐     Recovery® Vena Cava Filter

    ☐     G2® Vena Cava Filter

X   G2® Express (G2®X) Vena Cava Filter

□   Eclipse® Vena Cava Filter

□   Meridian® Vena Cava Filter

□   Denali® Vena Cava Filter

□   Other: _____

11.   Date of Implantation as to each product:

December 2, 2009
_____

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:        Strict Products Liability – Manufacturing Defect

X   Count II:       Strict Products Liability – Information Defect (Failure to Warn)

X   Count III:      Strict Products Liability – Design Defect

X   Count IV:      Negligence - Design

X   Count V:        Negligence - Manufacture

X   Count VI:      Negligence – Failure to Recall/Retrofit

X   Count VII:     Negligence – Failure to Warn

X   Count VIII:    Negligent Misrepresentation

X   Count IX:      Negligence Per Se

X   Count X:        Breach of Express Warranty

X   Count XI:      Breach of Implied Warranty

X   Count XII:     Fraudulent Misrepresentation

-3-

X       Count XIII:   Fraudulent Concealment

X       Count XIV:   Violations of Applicable <u>West Virginia</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

X       Count XV:    Loss of Consortium

☐       Count XVI:   Wrongful Death

☐       Count XVII: Survival

X       Punitive Damages

☐       Other(s):     _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____


13.    Jury Trial demanded for all issues so triable?

X       Yes

☐       No

RESPECTFULLY SUBMITTED this 6th day of March, 2019.

TAUTFEST BOND, PLLC

By: _/s/ *Monte Bond*_____
 Monte Bond
 Texas Bar No. 02585625
 5151 Belt Line Road
 Suite 1000
 Dallas, TX 75254
 Phone: (214) 617-9980
 Fax: (214) 853-4281

 By: /s/ Jessica Glitz_____
 Jessica Glitz
  Texas Bar No. 24076095
 5151 Belt Line Road
Suite 1000
 Dallas, Texas 75254
 Phone: (214) 617-9980
 Fax: (214) 853-4281
 ***Attorneys for the Plaintiff***

I hereby certify that on this 6th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Monte Bond*

*/s/ Jessica Glitz*