# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br>**ORDER** |
|---|---|

Pursuant to Local Rule of Civil Procedure 5.6, the parties have filed a joint motion to seal an exhibit to Plaintiff Tinlin's response to the motion to exclude certain opinions of Dr. Robert McMeeking. Doc. 15751. The unredacted exhibit has been lodged on the Court's docket under seal. Doc. 15753.

Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy[,]" but a "'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). "When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002).

The exhibit the parties have moved to file under seal (a copy of Dr. McMeeking's expert report) contains information produced during discovery as confidential material pursuant to the stipulated protective order entered under Rule 26(c). *See* Doc. 269. The

exhibit is to be used in connection with a nondispositive motion. *See* Docs. 15075, 15752. The Court finds good cause for the sealing of the exhibit, and will grant the motion to seal. *See Phillips*, 307 F.3d at 1213 (noting that "when a party attaches a sealed discovery document to a nondispositive motion, the usual presumption of the public's right of access is rebutted").

**IT IS ORDERED:**

1. The parties' motion to seal (Doc. 15751) is **granted**.

2. The Clerk is directed to accept for filing under seal the document lodged as Doc. 15753 on the Court's docket.

3. Plaintiff shall file a redacted copy of the sealed document on the Court's public docket no later than **March 15, 2019**.

Dated this 5th day of March, 2019.

David G. Campbell
Senior United States District Judge