IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC  **ENTRY OF APPEARANCE** |
|---|---|

This Document Relates to Plaintiff(s)
Carmelita Banks

Civil Case # 2:19-cv-892-DGC

PLEASE TAKE NOTICE that John J. Driscoll of the Driscoll Firm P.C. hereby enters his appearance as counsel for Plaintiff Carmelita Banks.

Respectfully submitted,

BY:   /s/ *John J. Driscoll*
JOHN J. DRISCOLL, # 54729
GREGORY J. PALS, #48820
THE DRISCOLL FIRM, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
john@thedriscollfirm.com
greg@thedriscollfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

/s/ *Melissa Caliendo*

1