AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Michael Pinkett | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:19-cv-01537-DGC |
| C.R. Bard Inc. and Bard Peripheral Vascular, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Pinkett.

Date:   03/06/2019

/s/ Michael G. Guajardo
*Attorney's signature*

Michael G. Guajardo - Texas Bar No. 00784183
*Printed name and bar number*

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
*Address*

mike@guajardomarks.com
*E-mail address*

(972) 774-9800
*Telephone number*

(972) 774-9801
*FAX number*