**Richard Freese** (AL Bar No. 6879-E67R)
rich@freeseandgoss.com
**FREESE & GOSS, PLLC**
1901 6th Ave N., Ste. 3120
Birmingham, AL 35203
P: 205.871.4144
F: 205.871.4104

**David P. Matthews** (TX Bar No. 13206200)
dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2509 Sackett St.
Houston, TX 77098
P: 713.522.5250
F: 713.535.7184

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Pamela M. Smith v. C.R. Bard, Inc., et al.*;<br>**Case No. 2:17-cv-03089-DGC** | Case No.: 2:15-MD-02641-DGC<br><br>Assigned to the Honorable David G. Campbell<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS C. R. BARD INC. AND BARD PERIPHERAL VASCULAR INC.'S MOTION TO DISMISS DUPLICATIVE COMPLAINTS FILED IN THE MDL** |

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Pamela M. Smith ("Plaintiff") hereby files her response to Defendants C. R. Bard Inc. and Bard Peripheral Vascular Inc.'s Motion to Dismiss Duplicative Complaints Filed in the MDL.

The parties have agreed that Plaintiff's above-entitled case should be dismissed without prejudice to resolve this issue. Thus, concurrently herewith, Plaintiff is filing a stipulation of dismissal of her case without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that her case be dismissed without prejudice, with the parties bearing their own costs, as requested in the concurrently-filed stipulation of dismissal without prejudice.

FREESE & GOSS, PLLC
BIRMINGHAM, ALABAMA

Dated:  March 7, 2019

Respectfully submitted,

**FREESE & GOSS, PLLC**

By:   s/ Richard A. Freese
      Richard Freese (AL BN 6879-E67R)
      rich@freeseandgoss.com
      FREESE & GOSS, PLLC
      1901 6th Ave N., Ste. 3120
      Birmingham, AL 35203
      P:  205.871.4144
      F:  205.871.4104

David P. Matthews (TX BN 13206200)
dmatthews@thematthewslawfirm.com
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX  77098
P:  713.522.5250
F:  713.535.7184

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

By:   s/ Richard A. Freese
      Richard Freese (AL BN 6879-E67R)
      rich@freeseandgoss.com
      FREESE & GOSS, PLLC
      1901 6th Ave N., Ste. 3120
      Birmingham, AL 35203
      P:  205.871.4144
      F:  205.871.4104

PLAINTIFF'S RESPONSE TO DEFENDANTS C. R. BARD INC. AND BARD PERIPHERAL VASCULAR INC.'S MOTION TO DISMISS DUPLICATIVE COMPLAINTS FILED IN THE MDL