# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

Pursuant to stipulation of the parties regarding Dr. Muehrcke's testimony. Doc. 15691.

**IT IS ORDERED:**

1. The parties' stipulation (Doc. 15691) is **granted.**

2. The Clerk of Court is directed to strike Defendants' motion to strike Dr. Muehrcke's untimely generic recovery opinions (Doc. 14015) and Defendants' motion and memorandum in support of motion to exclude certain opinions of Dr. Muehrcke (Doc. 15080) from the record.

Dated this 7th day of March, 2019.

_____
David G. Campbell
Senior United States District Judge