Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: (480) 429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT STATUS REPORT FOR THE MARCH 15 , 2019 CASE MANAGEMENT CONFERENCE REGARDING THE SIMON NITINOL FILTER** |

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

In accordance with Case Management Order No. 41 [Doc. 15176], the Parties hereby submit their Joint Status Report for the March 18, 2019 Case Management Conference regarding the Simon Nitinol Filter (SNF) cases:

In CMO 41, the Court directed Plaintiffs' lead counsel to "contact and confer with attorneys representing SNF clients in this MDL proceeding" and to "inform [those] attorneys that the Court is requiring them to organize into a plaintiff's steering committee for SNF case" and to assist in the management of those cases. (Para 2, CMO 41). Thereafter, the members of the SNF PSC were to meet and confer with defense counsel on a schedule relating to the five topics that identified in the parties' January 28, 2019 joint status report. (Para 2, CMO 41).

Since CMO 41 was entered, Plaintiffs' lead counsel in the current MDL has represented that they have contacted all known attorneys who represent a plaintiff in the SNF cases transferred to this MDL proceedings in writing, asking for them to take leadership roles in the SNF cases. That global communication was followed with further communications with some who expressed some interest in taking on a leadership or committee position for the matters that will be addressed in this MDL relating to SNF cases, only. One of those attorneys, Nicole Maldonado, has expressed a willingness to serve on a steering committee for the SNF cases, but because she has not been involved in the MDL to date (and therefore does not have a background to serve as lead counsel), she is not willing to serve as lead counsel. The Plaintiffs' lead counsel have encouraged Ms. Maldonado to attend the hearing set for March 18, 2019, and have identified a couple of additional attorneys who are likewise willing to serve on a Steering Committee, but are similarly reluctant to take on a lead counsel role. Plaintiffs' lead counsel will be prepared to discuss this at the March 18 hearing, or in a telephone conference in lieu of a personal appearance, as defense counsel suggests, below, and offer recommendations that may assist in rectifying this current situation.

Therefore, while, Defendants have been and are prepared to meet and confer regarding the following five topics outlined in the parties' previous joint submission, there

is currently no one from a plaintiff leadership perspective who is available to meet and confer with Defendants regarding these issues:

    (1)    What additional fact discovery, if any, needs to be undertaken regarding the SNF filter;

    (2)    A schedule for the completion of that fact discovery (if any);

    (3)    A schedule for the completion of expert discovery;

    (4)    A schedule for any *Daubert* motions pertaining to experts designated to testify about the SNF: and

    (5)    A proposal for the ultimate resolution of the cases (an abbreviated bellwether process; post-discovery remands, etc.).

(Doc. 14870).

Given these circumstances, the Defendants and the Plaintiffs' lead counsel in the MDL regarding retrievable filters are uncertain as to how to proceed. If the Court is so inclined, one possibility would be to cancel the hearing scheduled for 3/18, and schedule a later hearing with some sort of "show cause" order requiring all plaintiffs' attorneys prosecuting SNF cases to attend, to devise a leadership structure for those cases. As another alternative, the Court could possibly issue an order requiring the attorneys representing plaintiffs with SNF cases either present the Court with a proposed management structure for the discovery and resolution of their cases, or have them dismissed for want of prosecution. The Defendants and the Plaintiffs' lead counsel welcome the Court's direction as to how to proceed under these circumstances.

//

//

//

//

//

(*Signatures on Following Page*)

Respectfully submitted, this 13th day of March, 2019.

| LOPEZ McHUGH, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: *s/ Ramon Rossi Lopez*<br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ MCHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>Mark S. O'Connor (011029)<br>BEUS GILBERT PLLC<br>701 N 44th Street<br>Phoenix, Arizona 85008<br><br>Attorneys for Plaintiffs | By: *s/ Richard B. North*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North
Georgia Bar No. 545599

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000