IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO.: 15-2641-PHX-DGC |

THIS DOCUMENT RELATES TO:

Leslie Keith Sheffield v. C.R. Bard, Inc., et al.

Case No. 2:17-cv-04288-DGC

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action, which is a duplicate filing for this Plaintiff, shall be dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. This dismissal does not affect case number 2:17-cv-03438-PHX-DGC, which will remain in suit.

Dated: March 13, 2019

/s/ Richard B. North, Jr.
Richard B. North, Jr.
NELSON MULLINS RILEY &
SCARBOROGUH LLC
ATLANTIC STATION
201 17th St., NW, St. 1700
Atlanta, GA 30363
Phone: (404) 322-6000
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com
COUNSEL FOR DEFENDANTS C.R.
BARD, INC. AND BARD PERIPHERAL
VASCULAR INCORPORATED

/s/ Annesley H. DeGaris
Annesley H. DeGaris
DEGARIS & ROGERS, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Phone: (205) 558-9000
Fax: (205) 588-5231
Email: adegari@degarialaw.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Annesley H. DeGaris