IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO.: 15-2641-PHX-DGC |

THIS DOCUMENT RELATES TO:

Leslie Keith Sheffield v. C.R. Bard, Inc., et al.

Case No. 2:17-cv-04288-DGC

### ORDER

Considering the parties' Joint Stipulation of Dismissal of Plaintiff Leslie Keith Sheffield, it is hereby ordered that the stipulation is granted.  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this _____ day of _____, _____

                Honorable David G. Campbell
                Senior United States District Judge