**Richard Freese** (AL Bar No. 6879-E67R)
rich@freeseandgoss.com
**FREESE & GOSS, PLLC**
1901 6th Ave N., Ste. 3120
Birmingham, AL 35203
P: 205.871.4144
F: 205.871.4104

**David P. Matthews** (TX Bar No. 13206200)
dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2509 Sackett St.
Houston, TX 77098
P: 713.522.5250
F: 713.535.7184

**ATTORNEYS FOR PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No.: 2:15-MD-02641-DGC |
| This document relates to: | Assigned to the Honorable David G. Campbell |
| *Pamela M. Smith v. C.R. Bard, Inc., et al.*; **Case No. 2:17-cv-03089-DGC** | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Pamela M. Smith and Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc., and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc. have stipulated to the dismissal of this action without prejudice to the re-filing of same. Plaintiff and Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc. further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc. hereby respectfully request that the Court dismiss this action in its entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

Dated:  March 7, 2019                             Respectfully submitted,

**FREESE & GOSS, PLLC**

By:     s/ Richard A. Freese
         Richard Freese (AL BN 6879-E67R)
         rich@freeseandgoss.com
         FREESE & GOSS, PLLC
         1901 6th Ave N., Ste. 3120
         Birmingham, AL 35203
         P:  205.871.4144
         F:  205.871.4104

         David P. Matthews (TX BN 13206200)
         dmatthews@thematthewslawfirm.com
         MATTHEWS & ASSOCIATES
         2509 Sackett St.
         Houston, TX  77098
         P:  713.522.5250
         F:  713.535.7184

**ATTORNEYS FOR PLAINTIFF**

s/ Richard B. North, Jr.
Richard B. North, Jr. (GA BN 545599)
Richard.North@nelsonmullins.com
NELSON   MULLINS   RILEY   &
SCARBOROUGH, LLP
201 17th St., NW, Suite 1700
Atlanta, GA 30363
P:  404.322.6000
F:  404.322.6050

**ATTORNEYS FOR DEFENDANTS C.R. BARD INC. AND BARD PERIPHERAL VASCULAR INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    By:    s/ Richard A. Freese
                                                              Richard Freese (AL BN 6879-E67R)
                                                               rich@freeseandgoss.com
                                                               FREESE & GOSS, PLLC
                                                              1901 6th Ave N., Ste. 3120
                                                               Birmingham, AL 35203
                                                               P:  205.871.4144
                                                               F:  205.871.4104