# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No.: 2:15-MD-02641-DGC |
| This document relates to: | Assigned to the Honorable David G. Campbell |
| *Pamela M. Smith v. C.R. Bard, Inc., et al.*; Case No. 2:17-cv-03089-DGC | **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of Plaintiff Pamela M. Smith and Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc., the Court finds that this case should be dismissed without prejudice, with the parties bearing their own costs.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed without prejudice to the re-filing of same.

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that the parties are to bear their own costs.