**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No.: MDL15-02641-PHX DGC |
| This document relates to: | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| *Pamela M. Smith v. C.R. Bard, Inc., et al.*; | |
| **Case No. CV17-3089-PHX DGC** | |

The Court has considered the Stipulation of Dismissal without Prejudice of Plaintiff Pamela M. Smith and Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc. Doc. 15956.

**IT IS ORDERED** that the stipulation of dismissal without prejudice of Plaintiff Pamela M. Smith (Doc. 15956) is **granted.** This case is hereby dismissed without prejudice to the re-filing of same. The parties are to bear their own costs.

Dated this 13th day of March, 2019.

David G. Campbell
Senior United States District Judge

1