UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Hernandez, | ) |
| | ) |
| Plaintiff, | )   MDL Case No. 2:15-md-02641-DGC |
| | ) |
| v. | )   Civil Action No.  CV-19-01130-PHX-DGC |
| | ) |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) |
| | ) |
| Defendant. | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: March 7, 2019    /s/ Richard B. North, Jr.
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail Address*

(404) 322-6000
*Telephone number*

(404 322-6050
*FAX number*