# EXHIBIT A

| | |
|---|---|
| **From:** | Ciavarella, David [/O=BARD/OU=MHL AG/CN=RECIPIENTS/CN=DCIAVA RELLA] |
| **Date:** | 6/2/2004 3:38:58 PM |
| **To:** | McDermott, John [John.McDermott@crbard.com], Weiland, John [John.Weiland@crbard.com] |
| **CC:** | Ganser, Christopher [Christopher.Ganser@crbard.com], Barry, Brian [Brian.Barry@crbard.com], Uelmen, Doug [Doug.Uelmen@crbard.com], Hudnall, Janet [Janet.Hudnall@crbard.com], Carr, Robert [Robert.Carr@crbard.com], DeJohn, Joe [Joe.DeJohn@crbard.com] |
| **Subject:** | RE: Recovery filter discussion with Dr Misra |

John and John:

First, my apologies for not copying the BPV staff on the email summaries of my conversations with Drs. Misra and Kaufman. I did speak to Janet a week or so ago, and she provided a lot of information as well as Dr. Kaufman's name and number. I'll forward my summary of my conversation with him as well.

Next, I don't think the information Dr. Misra provided me was at odds with the theory of large fluid volume that he mentioned to John. He did mention that to me as well, but enlarged upon the possibilities to include anything that would increase intravascular (IVC) or extravascular pressure on the filter.

David

_____

From: McDermott, John
Sent: Wednesday, June 02, 2004 11:12 AM
To: Weiland, John; Ciavarella, David
Cc: Ganser, Christopher; Barry, Brian; Uelmen, Doug; Hudnall, Janet; Carr, Robert; DeJohn, Joe
Subject: RE: Recovery filter discussion with Dr Misra
Importance: High

John – as discussed yesterday, we have had several discussions with physicians about bariatric patients and I've asked our Filter team to summarize what we know to date. We'll pull this information together for you over the next week. Also, we'll provide you with a 1 page summary of our filter complaints/shipments, etc by Monday 12:00 EST.