# EXHIBIT B

Page 1

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO, EAST COUNTY REGIONAL CENTER

MARY GIORDANO, individually and )
on Behalf of the Estate of )
Jacqueline Keith and other )
qualified survivors, )
 )
       Plaintiffs, ) Case No.
  vs. ) 37-2011-00069363-CU-PO-EC
 )
C.R. BARD, INC., a corporation, )
BARD PERIPHERAL VASCULAR, INC., )
a corporation, THOMAS BRANNIGAN, )
M.D., an individual, FRANKLIN )
KALMAR, M.D., an individual, )
JULIE LAIDIG, M.D., an )
individual, SHARP GROSSMONT )
HOSPITAL, a corporation, )
SHARP HEALTHCARE, a corporation, )
and DOES 1 through 100 inclusive, )
 )
       Defendants. )
_____)

- - -

February 5, 2014

- - -

    Videotaped Deposition of JOHN McDERMOTT, held at 100 Bayview Circle, Suite 5600, Newport Beach, California, commencing at 10:04 a.m., on the above date, before Kimberly S. Thrall, a Registered Professional Reporter and Certified Shorthand Reporter.

           Golkow Technologies, Inc.
     877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com

```
 1   APPEARANCES:

 2   FOR PLAINTIFFS:

 3      LOPEZ McHUGH, LLP
        BY:  TROY A. BRENES, ESQ.
 4           RAMON R. LOPEZ, ESQ.
        100 Bayview Circle
 5      Suite 5600
        Newport Beach, California 92660
 6      (949) 737-1501
        tbrenes@lopezmchugh.com
 7      rlopez@lopezmchugh.com

 8
     FOR DEFENDANTS C.R. BARD, INC. and BARD PERIPHERAL
 9   VASCULAR, INC. AND THE WITNESS:

10      NELSON MULLINS RILEY & SCARBOROUGH, LLP
        BY:  RICHARD B. NORTH, JR., ESQ.
11      Atlantic Station
        201 17th Street N.W., Suite 1700
12      Atlanta, Georgia 30363
        (404) 322-6155
13      richard.north@nelsonmullins.com

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   Dr. Laidig.
 2             THE VIDEOGRAPHER:  Counsel will be noted on the
 3   stenographic record.
 4             The court reporter is Kim Thrall, and she will
 5   now swear in the witness.
 6
 7                       JOHN McDERMOTT,
 8     having been first duly sworn, testified as follows:
 9
10                         EXAMINATION
11   BY MR. LOPEZ:
12        Q.   Good morning.
13        A.   Good morning.
14        Q.   Mr. McDermott, right, not Dr.?
15        A.   No.
16        Q.   Okay.
17        A.   Mr. is fine.
18             (McDermott Exhibit 1 was marked.)
19   BY MR. LOPEZ:
20        Q.   All right.  You were served with a subpoena in
21   this case, and I've premarked that as Exhibit 1, and
22   you'll note that it asked you to produce a number of
23   documents.
24             Do you see that?
25        A.   Where exactly in this do you want me to look?
```