**EXHIBIT B**



Deposition of:
# Robert McMeeking , Ph.D.

*July 6, 2017*

In the Matter of:

# In Re: Bard IVC Filters Products Liability

Veritext Legal Solutions
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 3 of 10
Robert McMeeking , Ph.D.                                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 36

```
 1     BY MS. DALY:
 2        Q    Uh-huh.
 3        A    And in other activities, which I cannot
 4     talk about, I've made similar comparisons among
 5     filters.
 6        Q    But you've said you're not going to rely
 7     in this case on the comparisons you made in the
 8     cases you can't talk about, right?
 9        A    That's correct.
10        Q    All right.  So we'll set that aside for a
11     moment.  But you -- you have developed no prototype
12     making changes to any of Bard's filters that you
13     think would perform better, correct?
14             MR. O'CONNOR:  Form.
15             THE WITNESS:  No, I've -- I've developed
16     no prototype to attempt to -- to achieve that
17     objective.
18     BY MS. DALY:
19        Q    And of course since you don't have a
20     prototype for that, you've not bench tested such a
21     prototype to see how it would perform either, true?
22        A    That's correct.
23        Q    Okay.
24             MR. O'CONNOR:  Belated objection to the
25     form of the question.
```

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 4 of 10
Robert McMeeking , Ph.D.                                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 37

1    BY MS. DALY:
2         Q    You talk about the changes to the G2X cap,
3    and I want to know what your opinion is on the
4    chamfer design in the G2X compared to the G2.
5              MR. O'CONNOR:  You can refer to your
6    report, too, it's in there.
7    BY MS. DALY:
8         Q    Sure.
9         A    In my opinion, the chamfer was changed
10   very little in going from the G2 to the G2X, and
11   the reason is that although the cap was bead
12   blasted, the chamfer area was masked during the
13   bead blasting and as a consequence of that, the
14   bead blasting would not have broken the sharp
15   edges, which are the -- the problem that is
16   associated with the chamfer.  And this is contrary
17   to Dr. Fasching's claim that the bead blasting
18   would have softened that particular sharp edge.
19             The next point is that after the bead
20   blasting, there was a process of tumbling the cap
21   in a bed of ceramic particles, and that would have
22   removed some material by a process of pol- --
23   essentially polishing, mechanical polishing, but in
24   my assessment it would not have removed a great
25   deal of material and, therefore, would not have

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 5 of 10
Robert McMeeking , Ph.D.                                July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 38

1    changed the shape of the chamfer very much.
2             And as information that's consistent with
3    that, we can look at Figure -- Figure 187 in
4    Dr. Fasching's report, which the report dated May
5    11 of 2017, where it can be seen that there are two
6    rounded edges at the bottom of the cap; one of them
7    is very gradual, which is the one on the outside,
8    and my assessment is that that edge was broken by
9    the bead blasting; whereas the one on the inside of
10   the cap adjacent to the limb you can see is much
11   sharper in the sense that the radius of curvature
12   is much smaller than the other curved surface.
13            And I did an estimate of the radius of
14   curvature and I found that the radius of curvature
15   for that chamfer is about 20 microns.  Now, I would
16   defer to those who measure the -- the radius of
17   curvature directly in images on the electron
18   microscope and so on, so I'm not going to say this
19   is a definitive measure of the radius of curvature,
20   but it leaves me with the impression that the
21   radius of curvature is about 20 microns.  And the
22   radius of curvature that was measured by
23   Dr. Fasching on a Recovery filter quite some time
24   ago was 15 microns.
25            And so it's my inference that there was

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 6 of 10
Robert McMeeking , Ph.D.                    July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 39

1     not a big change to the radius of curvature of the
2     chamfer in the processes that were used in the
3     manufacture of the G2X.  And that, therefore, the
4     strain concentration which would be associated with
5     that chamfer was not reduced significantly,
6     although if some material was removed, it would
7     have reduced the strain concentration to some
8     extent.
9          Q    Okay.  So, first of all, let me start with
10    that last thing first.  You have not done any
11    specific modeling or FEA to determine what the
12    change in chamfer that you're willing to say
13    occurred to this 20 millimeters -- microns,
14    would -- what that impact would be on fracture
15    resistance?  You have not done any of that work
16    specifically?
17         A    Well, I've -- I've considered the
18    difference between a radius of curvature of 5
19    microns and one in which, if you like, the radius
20    of curvature is very large, but in between -- which
21    spans the range from a radius of curvature of 5
22    microns to ones which are much larger.  But other
23    than that, I've not done a specific calculation.
24              But I should point out that the reduction
25    is proportional to the degree of change of the

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 7 of 10
Robert McMeeking , Ph.D.                                      July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 40

1   radius of curvature, so if you don't change the
2   radius of the curvature very much, you're not going
3   to change the strain concentration very much.
4       Q   What's the largest curvature that you've
5   looked at to see how that would impact strain?
6       A   You mean what's the largest curvature I've
7   considered?
8       Q   Yeah.  I thought you said that you looked
9   at a range and there was a large one that you
10  looked at.
11      A   Well, infinity would be the answer, which
12  of course is not --
13      Q   Well --
14      A   -- not a reasonable answer in the sense
15  that it's not practical for a filter.
16      Q   Did you actually model something on the
17  order of 40 microns, 50 microns, something like
18  that?
19      A   No, what I modeled was a case where the
20  chamfer is having no effect on raising the strains
21  at the -- in the arms where the arms are in contact
22  with the chamfer.
23      Q   Okay.
24      A   And that means that the radius of
25  curvature is -- is just very large.

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 8 of 10
Robert McMeeking , Ph.D.                                July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 41

1  Q   Do you know from any SEM work that either
2  Dr. Fasching has presented or Dr. Richie has
3  presented whether the arms of G2Xs ever touch the
4  chamfer?
5  A   Did you say SEM work?
6  Q   Yeah.
7  A   Well, I have not seen that work
8  specifically, but as I look at these images it
9  looks as if there is contact between the chamfer
10 and the arms.  Although, again, I would not claim
11 that that's a definitive interpretation of the
12 situation.  But there are many images throughout
13 Dr. Fasching's report and Dr. Richie's reports
14 where you can see that there seems to be direct
15 contact between the chamfer and the -- the limb and
16 that -- that that contact seems to occur in several
17 of the filters that they looked at.
18 Q   How about G2Xs?
19 A   This is --
20 Q   And just to be clear, are you aware that
21 they've seen very few G2Xs --
22 A   That's --
23 Q   I think two.
24 A   Yeah, that's what I was going to comment
25 on, that there's -- there's -- I'm not even sure,

Page 42

1     to my recollection, that there's a G2X looked at
2     in -- in this report or in Dr. Richie's report
3     other than the exemplar, so there's very little
4     information to go on in that regard.
5         Q    And did you see an exemplar G2X?
6         A    I have an exemplar that I have in my
7     possession.
8         Q    Okay. And have you done any bench testing
9     of that exemplar to see if you can cause wires to
10    touch the chamfer?
11        A    No.
12             MR. O'CONNOR: Form and foundation.
13             THE WITNESS: No.
14    BY MS. DALY:
15        Q    Were there any modifications to Bard's
16    retrievable filters starting with the G2 that did
17    not go forward into the next model until the
18    Denali, which you and I know is quite different?
19             MR. O'CONNOR: Form and foundation.
20             THE WITNESS: There -- there may have been
21    slight changes to the lengths of limbs, but other
22    than that, I believe all of the modifications went
23    forward until the Meridian.
24             MR. O'CONNOR: Are you done with the
25    Fasching report?

Case 2:15-md-02641-DGC   Document 16012-2   Filed 03/15/19   Page 10 of 10
Robert McMeeking , Ph.D.                                        July 6, 2017
In Re: Bard IVC Filters Products Liability

Page 43

1             THE WITNESS:  Yes.
2             MR. O'CONNOR:  Keep your report in front
3     of you and refer to it if you need to, please.
4     BY MS. DALY:
5         Q   Now, you have not examined an exemplar
6     Meridian, correct?
7         A   Yes, I have a Meridian in my possession.
8         Q   Okay.  When did you get that?
9         A   Oh, a week or two ago.
10        Q   Okay.  Because I noticed it was not in
11    your report at that time --
12        A   Right.  Right.
13        Q   -- you did not have the Meridian.  So from
14    what source did you get a Meridian?
15        A   I asked for it from the plaintiffs'
16    counsel.
17        Q   And what about a Denali, do you have that?
18        A   I have a Denali.
19        Q   When did you get that?
20        A   About two weeks ago as well.
21        Q   Do you know why you didn't get it before
22    two weeks ago?
23            MR. O'CONNOR:  Form.
24            THE WITNESS:  Because I didn't ask for it.
25    BY MS. DALY: