# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ARIZONA
                     _____


IN RE: Bard IVC Filters Products    )
Liability Litigation,               ) MD 15-02641-PHX-DGC
                                    )
_____)
                                    )
Lisa Hyde and Mark Hyde, a married  ) Phoenix, Arizona
couple,                             ) September 20, 2018
                                    )
              Plaintiffs,           )
                                    )
       v.                           ) CV 16-00893-PHX-DGC
                                    )
C.R. Bard, Inc., a New Jersey       )
corporation, and Bard Peripheral    )
Vascular, an Arizona corporation,   )
                                    )
              Defendants.           )
_____)



         BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

               REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   TRIAL DAY 3 - A.M. SESSION
```

Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona  85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription

Page 523

```
 1                     P R O C E E D I N G S
 2          (Proceedings resumed in open court outside the presence
 3     of the jury.)
 4
 5               THE COURT:  Thank you.  Please be seated.
 6               Morning, everybody.
 7               EVERYBODY:  Morning, Your Honor.
 8               THE COURT:  Yesterday we had a discussion at sidebar
 9     about Dr. McMeeking's safety-related opinions and it concluded
10     with my asking plaintiffs to identify the portions of the
11     report that show that.  My question this morning is whether
12     that's still an issue and, if so, what we need to cover.
13               MR. O'CONNOR:  And I apologize, Your Honor.  I know
14     that we talked about safety, but where that limitation is, I
15     don't think I understand it.
16               Obviously he has testified and has written in his
17     report that there are safety standards in engineering that
18     should be followed.
19               Obviously he talks about devices that can be unsafe
20     for the user.  In terms of safety he was disclosed to talk
21     about that the -- and his report says the SNF, in his opinion,
22     is a safer design because, in his opinion, it does not have
23     the design deficiencies that the filters like the Recovery,
24     G2, G2X, and Eclipse had.
25               And I believe that was raised with you in prior
```

Page 524

1  motions.  And I thought you agreed that McMeeking can testify
2  along those lines.
3         In terms of what he would say for a particular
4  patient, he is not going to come in and say that the
5  Simon Nitinol filter was appropriate for Lisa Hyde, and I
6  wouldn't ask him that.
7         He has said in his case-specific report that the Bard
8  G2X filter is improperly and inadequately designed such that
9  it does not prevent tilt, caudal migration, fracture and
10 perforation, as it lacks adequate safeguards against these
11 failure modes to a reasonable degree of scientific and
12 engineering probability and certainty.  The failures of
13 Ms. Hyde's filter resulted from poor design, inadequate
14 testing prior to marketing the filter, and implantation of the
15 filter -- and implantation -- prior to implantation of the
16 filter in Mrs. Hyde, and improper internal assessment of the
17 filter via analysis, including finite analysis and other
18 methods of analysis utilized by Bard.
19        So I believe that sums his opinions in this case and
20 where he's going to go.
21        THE COURT:  All right.  Ms. Helm, do you have a
22 problem with what Mr. O'Connor just read as an opinion to be
23 stated?
24        MS. HELM:  Your Honor, those opinions, to use a term
25 I've heard you say before, are all fair game.  My objection

Page 525

1  was not based on those.  My objection was based on a question
2  when Dr. McMeeking was asked what his opinions were in the
3  case and he said that he was going to testify that the IVC
4  filter was unsafe.  Not that it didn't meet safety standards,
5  not that it was improperly designed, that it was unsafe or not
6  safe.  And we did an extensive word search of all of his
7  reports and all of his depositions, and the Booker and Jones
8  testimony, and the opinion the filter is not safe, the filter
9  is unsafe, the filter is not reasonably safe does not appear
10 anywhere in those reports, the deposition testimony, or his
11 prior testimony.
12         So this is a new opinion.  It's a step further than
13 what Mr. O'Connor says he's going to offer.  If he's staying
14 limited to what Mr. O'Connor says and not going to offer the
15 opinion that came out of his mouth yesterday when I raised the
16 sidebar, we're okay.  But if he's going to go a step further
17 and say the filter is unsafe, not reasonably safe, or
18 something along those lines, that is a nondisclosed opinion in
19 the case.
20         THE COURT:  Mr. O'Connor?
21         MR. O'CONNOR:  Well, Your Honor, like I said at
22 sidebar, I'll try to stay away from that and I'm sure he will.
23 But I just think those types of words are built in the English
24 language, and they're built in engineering.  And in
25 engineering, the basic premise of it is to protect the safety