**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Donnie Varney,                                              )
                                                                     )
          Plaintiff,                                  )          MDL Case No. 2:15-md-02641-DGC
                                                                     )
          v.                                         )          Civil Action No.  CV-19-01407-PHX-DGC
                                                                     )
Bard Peripheral Vascular, Inc. and C. R.        )
Bard, Inc., et al.,                                            )
                                                                     )
          Defendant.                               )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>March 7, 2019</u>               <u>/s/ Richard B. North, Jr.</u>
                                                    *Attorney's signature*

                                                    <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                                    *Printed name and bar number*

                                                    Nelson Mullins Riley & Scarborough, LLP
                                                    <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                                    *Address*

                                                    <u>richard.north@nelsonmullins.com</u>
                                                    *E-mail Address*

                                                    <u>(404) 322-6000</u>
                                                    *Telephone number*

                                                    <u>(404 322-6050</u>

*FAX number*