**UNITED STATES DISTRICT COURT  
FOR THE  
DISTRICT OF ARIZONA**

| | |
|---|---|
| Olimpia Garza, )<br>)<br>     Plaintiff, )<br>)<br>     v. )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>)<br>     Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-19-01364-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: March 7, 2019             /s/ Richard B. North, Jr.  
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)  
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP  
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363  
*Address*

richard.north@nelsonmullins.com  
*E-mail Address*

(404) 322-6000  
*Telephone number*

(404 322-6050  
*FAX number*