UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Sue Poplawski, )<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al.,    )<br>)<br>    Defendant.     | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-01115-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: March 7, 2019            /s/ Richard B. North, Jr.
                               *Attorney's signature*

                               Richard B. North, Jr. (Ga. Bar No. 545599)
                               *Printed name and bar number*

                               Nelson Mullins Riley & Scarborough, LLP
                               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                               *Address*

                               richard.north@nelsonmullins.com
                               *E-mail Address*

                               (404) 322-6000
                               *Telephone number*

2

(404 322-6050
*FAX number*