UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : | MDL No. 2641 |
| | : | |
| Jennifer Gosche | : | JUDGE DAVID G. CAMPBELL |
| | : | Civil Action No.: 2:18-CV-00240 |
| Plaintiff | : | |
| v. | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| C.R. Bard, Inc., and Bard Peripheral Vascular Inc. | : | |
| Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Jennifer Gosche, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-00240, only. This stipulation shall not affect the lawsuit filed by Jennifer Gosche, which is currently pending before this court, bearing Civil Action No. 2:18-cv-00331. All parties shall bear their own fees and costs.

Dated this 20th day of March, 2019.

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **NELSON, MULLINS, RILEY & SCARBOROUGH, LLP** |
| By: *Michael K. Johnson* | By: */s/Richard B. North, Jr.* |
| Michael K. Johnson | Richard B. North |
| 444 Cedar St., Suite 1800 | 201 17th St, NW, Suite 1700, Atlantic Station |
| St. Paul, MN 55101 | Atlanta, GA 30363 |
| Tel: (612) 436-1852 | Tel: (404) 322-6000 |
| mjohnson@johnsonbecker.com | Richard.north@nelsonmullins.com |
| Attorney for Plaintiff | Attorneys for Defendants Bard Peripheral Vascular, Inc. and C.R. Bard, Inc. |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Michael K. Johnson*
                                                  Michael K. Johnson
                                                  Johnson Becker, PLLC
                                                  444 Cedar Street, Suite 1800
                                                  St. Paul, MN 55101
                                                  Telephone: (612) 436-1852
                                                  Facsimile: (612) 436-1801
                                                  Email: mjohnson@johnsonbecker.com
                                                  *Attorneys for Plaintiff Jennifer Gosche*