# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2641 |
| Jennifer Gosche | : : | JUDGE DAVID G. CAMPBELL Civil Action No.: 2:18-CV-00240 |
| Plaintiff | : : | |
| v. | : : | PROPOSED ORDER |
| C.R. Bard, Inc., and Bard Peripheral Vascular Inc. | : : : | |
| Defendants | : : | |

Based upon the filed Stipulation for Dismissal with Prejudice between Plaintiff Jennifer Gosche and Defendants concerning Civil Action No. 2:18-cv-00240, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE each party to bear its own fees and costs. This Order shall not affect the lawsuit filed by Jennifer Gosche, which is currently pending before this court, bearing Civil Action No. 2:18-cv-00331.

Dated _____, 2019.

BY THE COURT

_____
The Honorable David G. Campbell
United States District Judge