IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This applies to: | Case No.: 2:18-cv-01357-DGC |
| Don Stilwell v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | **SUGGESTION OF DEATH** |

A. Layne Stackhouse, attorney for Plaintiff in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Don Stilwell during the pendency of this action.

Dated: March 21, 2019.

**SHRADER & ASSOCIATES, L.L.P.**

By: */s/ A. Layne Stackhouse*
  A. Layne Stackhouse
  3900 Essex Lane, Suite 390
  Houston, TX 77027
  T: (713) 782-0000
  F: (713) 571-9605
  layne@shraderlaw.com

  *Attorney for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2019, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

of a Notice of Electronic Filing.

*/s/A. Layne Stackhouse*