Jonathan W. Johnson
JONATHAN W. JOHNSON, LLC
2296 Henderson Mill Road, Suite 304
Atlanta, GA 30345
Phone: (404) 298-0795
Facsimile: (404) 941-2285
EMAIL: jwj@jonathanjohnsonatlantalawyer.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-DGC <br><br> **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    KERRY A. TOMPKINS

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    NONE

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    NONE

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   NEW YORK

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   NEW YORK

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   NEW YORK

7. District Court and Division in which venue would be proper absent direct filing:

   U.S.D.C. SOUTHERN DISTRICT OF NEW YORK

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   NONE

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☒ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implementation as to each product:

MAY 5, 2017

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence – Design

☒ Count V: Negligence – Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

|   |   |
|---|---|
| ☐ | Count XV:    Loss of Consortium |
| ☐ | Count XVI:   Wrongful Death |
| ☐ | Count XVII:  Survival |
| ☒ | Punitive Damages |
| ☐ | Other(s): NONE (please state the facts supporting this Count in the space immediately below) |

13. Jury Trial demanded for all issues so triable?

☒  Yes

☐  No

RESPECTFULLY SUBMITTED this <u>21st</u> day of <u>March,</u> 2019.

        JONATHAN W. JOHNSON, LLC

        By: <u>/s/*Jonathan W. Johnson*</u>
        Jonathan W. Johnson
        Georgia Bar No. 394830
        2296 Henderson Mill Rd., Suite 304
        Atlanta, GA 30345
        Phone: 404-298-0795
        Fax: 404941-2285
        Email: jwj@jonathanjohnsonatlantalawyer.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                      JONATHAN W. JOHNSON, LLC

                                      By: /s/*Jonathan W. Johnson*
                                      Jonathan W. Johnson
                                      Georgia Bar No. 394830
                                      2296 Henderson Mill Rd., Suite 304
                                      Atlanta, GA 30345
                                      Phone: 404-298-0795
                                      Fax: 404941-2285
                                      Email: jwj@jonathanjohnsonatlantalawyer.com

                                      *Attorneys for Plaintiff*