Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **PLAINTIFF'S NOTICE OF VIDEOPTAPED DEPOSITION OF CHRISTOPER MORRIS, M.D.** |

Plaintiffs, by and through counsel undersigned, hereby give notice that on March 21, 2019, they served on Defendants, via U.S. Mail and email, Plaintiff's Notice of Videotaped Deposition of Christopher Morris, M.D.

- 1 -

1 | RESPECTFULLY SUBMITTED this 21st day of March, 2019.

BEUS GILBERT, PLLC

By: /s/ Mark S. O'Connor

Mark S. O'Connor (011029)
701 N.44th St.
Phoenix AZ 85008

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

/s/ Joanne K. Hartley