≜AO 435
AZ Form (Rev. 10/2018)

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME  Ramon Rossi Lopez | 2. PHONE NUMBER  (949) 737-1501 | 3. DATE  3/22/19 |

4. FIRM NAME  LOPEZ McHUGH LLP

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS  100 Bayview Circle, Ste. 5600 | 6. CITY  Newport Beach | 7. STATE  CA | 8. ZIP CODE  92660 |

| | |
|---|---|
| 9. CASE NUMBER  2:15-md-2641 | 10. JUDGE  David Campbell |

DATES OF PROCEEDINGS
11. 3/18/19       12.

13. CASE NAME  In Re: Bard IVC Filters Products Liability Litigation

LOCATION OF PROCEEDINGS
14. District Court       15. STATE  Arizona

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify)  Transcript of Case Management Conference | 3/18/19 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS (expedited) | ☑ | ☐ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

DELIVERY INSTRUCTIONS (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [x] ASCII (e-mail)

ESTIMATED COSTS

E-MAIL ADDRESS  mwass@lopezmchugh.com; rlopez@lopezmchugh.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  /s/ Ramon Rossi Lopez

20. DATE  March 22, 2019

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY