# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL-15-02641-PHX-DGC |
| This Document Relates to Plaintiff: | Case No. 2:19-cv-00954-DGC |
| Ilene Pearl, Plaintiff, v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Defendants. | **Stipulation of Dismissal Without Prejudice** |

## JOINT RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and with each party to bear its own costs.

Date: March 26, 2019.

Respectfully submitted,

| **JOHNSON LAW GROUP** | **NELSON MULLINS RILEY & SCARBOROUGH** |
|---|---|
| /s/ Clint Reed | /s/ Richard B. North |
| Clint Reed, (TX Bar No.24084674) | Richard B. North, Jr. (GA Bar No. 545599) |
| 2925 Richmond Ave, Suite 1700 | 201 17th Street, Ste. 1700, Atlantic Station |
| Houston, TX 77098 | Atlanta, Georgia 30363 |
| Telephone: (713) 626-9336 | Telephone: (404) 322-6000 |
| Facsimile: (713) 583-9460 | Facsimile: (404) 322-6050 |
| E-mail: ivc@johnsonlawgroup.com | E-mail: Richard.north@nelsonmullins.com |
| *Attorney for Plaintiff* | *Counsel for Bard Defendants* |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of March 2019, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Clint Reed