# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | § § § | Case No. MDL-15-02641-PHX-DGC |
| | § | |
| This Document Relates to Plaintiff: | § § | Case No.  2:19-cv-00954-DGC |
| | § | |
| Ilene Pearl, | § | |
| | § | |
| Plaintiff, | § § | **Order on Stipulation of Dismissal Without Prejudice** |
| | § | |
| v. | § § | |
| | § | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | § § | |
| Defendants. | § § | |
| | § | |

Considering the parties' Stipulation of Dismissal without Prejudice of Ilene Pearl.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Ilene Pearl against C.R. Bard Inc. and Bard Peripheral Vascular, Inc. in Civil Action MDL15-02641-PHX-DGC (Member Case 2:19-cv-00954-DGC) are dismissed in their entirety without prejudice as to the refiling of same and each party shall bear its own costs.

Date: _____

_____
David G. Campbell
United States District Judge