# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Ilene Pearl,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>    Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV19-0954 PHX DGC<br><br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 16413.

**IT IS ORDERED** that the stipulation (Doc. 16413) is **granted**. This matter (CV19-0954 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 26th day of March, 2019.

David G. Campbell
Senior United States District Judge