IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL 15-02641-PHX-DGC |
| This document relates to: Maria M. Pace Case No. 17-2172 | |

## NOTICE OF CHANGE OF FIRM NAME

To the Clerk of the Court and Counsel of Record:

Please take Notice that effective December 19, 2018, Decof, Decof & Barry, P.C. has changed its name to Decof, Barry, Mega & Quinn, P.C.

/s/ Douglas E. Chabot
Douglas E. Chabot     R.I. Bar No. 8199
Decof, Barry, Mega & Quinn, P.C.
One Smith Hill
Providence, RI  02903
Telephone:  (401) 272-1110
Facsimile:  (401) 351-6641
Email: dec@decof.com

Dated:  March 27, 2019

## CERTIFICATE OF SERVICE

    I, Douglas E. Chabot, attorney for Plaintiff Maria M. Pace, hereby certify that on the 27th day of March, 2019, a true copy of the foregoing Notice of Change of Firm Name will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By: /s/Douglas E. Chabot

Pleadings/Maria Pace in MDL P006