UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

In Re: C.R. Bard, Inc., et al.
IVC Filters
Products Liability Litigation                    MDL No. 2641

| Bruce Ramsbottom, | § | |
|---|---|---|
| *Plaintiff* | § | |
| v. | § | Civil Action No. 2:18-cv-00464-DGC |
| C.R. Bard, Inc., et al., | § | |
| *Defendants* | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

COMES NOW Plaintiff, Bruce Ramsbottom, and respectfully requests that he be allowed to substitute Matthew D. Schultz of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A., as counsel for Plaintiff in place and stead of Howard L. Nations of The Nations Law Firm. Matthew D. Schultz of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A., will assume representation of Plaintiff as attorney of record in this cause effective upon the granting of this motion.

Plaintiff agrees to this substitution. This substitution is sought not for delay, but to fulfill Plaintiff's request, and so that justice may be done.

The name, bar number, address and telephone information for Plaintiff's new attorney of record is as follows:

    Matthew D. Schultz (FL Bar No. 640328)
    Levin, Papantonio, Thomas, Mitchell,
    Rafferty & Proctor, P.A.
    P.O. Box 12308 (32591-2308)
    316 S. Baylen St., Suite 600
    Pensacola, Florida 32502
    mschultz@levinlaw.com
    (850) 435-7140 Telephone
    (850) 435-7020 Facsimile

Respectfully submitted,

/s/Howard L. Nations
Howard L. Nations (TX Bar No. 14823000)
THE NATIONS LAW FIRM
3131 Briarpark Drive, Ste. 208
Houston, TX 77042
(713) 807-8400 Telephone
(713) 807-8423 Facsimile

/s/Matthew D. Schultz
Matthew D. Schultz (FL Bar No. 640328)
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140 Telephone
(850) 435-7020 Facsimile

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for defendants were contacted regarding plaintiff's request under this motion. Counsel for defendants indicated that they are unopposed to plaintiff's request under this motion.

/s/Howard L. Nations
Howard L. Nations