James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*

*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF CHRISTOPHER MORRIS, M.D., AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on March 27, 2019, they served on Plaintiffs, via Electronic Mail, Defendants' Responses and Objections to Plaintiffs' Notice of Taking Deposition of Christopher Morris, M.D., and Request for Production of Documents.

1  DATED this 27th day of March, 2019.

2
/s/ Matthew B. Lerner
3  Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
4  Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
5  Atlantic Station
201 17th Street, NW / Suite 1700
6  Atlanta, GA 30363
PH: (404) 322-6000
7  FX: (404) 322-6050
richard.north@nelsonmullins.com
8  matthew.lerner@nelsonmullins.com

9  James R. Condo (#005867)
Kristine L. Gallardo (#033975)
10  SNELL & WILMER L.L.P.
One Arizona Center
11  400 E. Van Buren
Phoenix, AZ 85004-2204
12  PH: (602) 382-6000
jcondo@swlaw.com
13  kgallardo@swlaw.com

14  **Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 2 -