UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

In Re:  C.R. Bard, Inc., et al.
       IVC Filters
       Products Liability Litigation        MDL No. 2641

| | |
|---|---|
| Bruce Ramsbottom, | § |
| *Plaintiff* | § |
| v. | § Civil Action No. 2:18-cv-00464-DGC |
| C.R. Bard, Inc., et al., | § |
| *Defendants* | § |

**ORDER ON MOTION TO SUBSTITUTE COUNSEL**

It is hereby ORDERED that the Motion to Substitute Counsel is GRANTED.

Matthew D. Schultz of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A., P.O. Box 12308 (32591-2308), 316 S. Baylen St., Suite 600, Pensacola, FL 32502, (850) 435-7140 is hereby substituted as counsel of record for Plaintiff, Bruce Ramsbottom. It is further

ORDERED that Howard L. Nations of The Nations Law Firm is removed as counsel for Plaintiff Bruce Ramsbottom, and relieved of responsibility herein.

Dated: _____, 2019        _____
                                                                                                                                   PRESIDING JUDGE
                                                                                                                                   DISTRICT OF ARIZONA