1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT

8          FOR THE DISTRICT OF ARIZONA

9    IN RE BARD IVC FILTERS PRODUCTS        No. 2:15-MD-02641-DGC
     LIABILITY LITIGATION
10                                          **SECOND AMENDED MASTER
                                            SHORT FORM COMPLAINT FOR
11                                          DAMAGES FOR INDIVIDUAL
                                            CLAIMS AND DEMAND FOR JURY
12                                          TRIAL**

13

14        Plaintiff(s) named below, for their Complaint against Defendants named below,

15   incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16   Plaintiff(s) further show the Court as follows:

17        1.   Plaintiff/Deceased Party:
18             ~~Patti Schandelmeier~~   Patricia Schandelmeier

19        2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of

20             consortium claim:

21             N/A

22        3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian,

23             conservator):

24             N/A

25        4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26             at the time of implant:

27             Florida

28

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

Florida Middle District Court, Fort Myers

8. Defendants (check Defendants against whom Complaint is made):

☑ C. R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☑ Other: MDL 2641 Centralization

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☑ Meridian® Vena Cava Filter

1     ☐   Denali® Vena Cava Filter

2     ☐   Other: _____

3   11.   Date of Implantation as to each product:

4     10/29/2012

5     _____

6   12.   Counts in the Master Complaint brought by Plaintiff(s):

7     ☑   Count I:   Strict Products Liability – Manufacturing Defect

8     ☑   Count II:   Strict Products Liability – Information Defect (Failure

9         to Warn)

10     ☑   Count III:   Strict Products Liability – Design Defect

11     ☑   Count IV:   Negligence - Design

12     ☑   Count V:   Negligence - Manufacture

13     ☑   Count VI:   Negligence – Failure to Recall/Retrofit

14     ☑   Count VII:   Negligence – Failure to Warn

15     ☑   Count VIII:   Negligent Misrepresentation

16     ☑   Count IX:   Negligence *Per Se*

17     ☑   Count X:   Breach of Express Warranty

18     ☑   Count XI:   Breach of Implied Warranty

19     ☑   Count XII:   Fraudulent Misrepresentation

20     ☑   Count XIII:   Fraudulent Concealment

21     ☑   Count XIV: Violations of Applicable ____Florida____ (insert

22     state) Law Prohibiting Consumer Fraud and Unfair and

23     Deceptive Trade Practices

24     ☐   Count XV:   Loss of Consortium

25     ☐   Count XVI:   Wrongful Death

26     ☐   Count XVII: Survival

27     ☑   Punitive Damages

28

- 3 -

1

☑   Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below):

2

3

4   Plaintiff suffers from IVC filter perforation, migration, and tilt. The

5   filter struts are perforating the inferior vena cava wall with one strut

6   abutting a branch of the inferior mesenteric artery.

7

8

9   13.   Jury Trial demanded for all issues so triable?

10   ☑   Yes

11   ☐   No

12   RESPECTFULLY SUBMITTED this 13th day of    February    , 20 19 .

13   **JOHNSON LAW GROUP**

14

15   By:  */s/ Clint Reed*

16   TX Bar No. 24084674
2925 Richmond Ave.,
Suite 1700

17   Houston, Texas 77098
Tel: 713-626-9336
Fax: 713-626-3394

18

19   I hereby certify that on this 13th day of    February    , 20 19 , I electronically

20   transmitted the attached document to the Clerk's Office using the CM/ECF System for

21   filing and transmittal of a Notice of Electronic Filing.

22

23   */s/ Clint Reed*

24

25

26

27

28