# Exhibit A

PRIVILEGED AND CONFIDENTIAL



## MEMO

To:        **Holly Glass**

From:      **Lee Lynch and Your H&K Team**

Date:      **April 13, 2004**

Subject:   **Recovery Filter Crisis Communications Plan**

---

This document provides a step-by-step guide for implementing an immediate communications strategy to ensure C.R. Bard is prepared for any news coverage that may result from the pending investigation in ███ and any others that may arise.

The information presented in this plan is privileged and confidential and is for internal use only.

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          1
                         Suite 601                            F 202 333-1638
                         Washington, DC  20037

**RECOVERY FILTER CRISIS COMMUNICATIONS PLAN**                    **4/13/04**

**OVERVIEW**

As with previous crisis plans Hill & Knowlton has prepared for C. R. Bard, this guide will help Bard's Corporate Communications Team prepare for and properly manage controversial or negative stories surrounding the Recovery Vena Cava Filter.

The proliferation of unfavorable press in top-tier media outlets can cause an onslaught of negative activity: a company's employee morale may suffer, stock prices may plummet, analysts may downgrade the affected company's rating, and longstanding reputations may be ruined temporarily or even permanently.  Extensive preparation is critical to help prevent the spread of damaging coverage.

Currently, Bard is investigating the reported migration of its Recovery Vena Cava Filter as cause of death following a procedure that took place at ███████████████ Bard hired Dr. Luke Brennecke of Pathology Associates in Frederick, MD to conduct a subsequent autopsy.

The summary provided in the CMP12933 PATH Report signed by Dr. Brennecke follows:

The clot formation was an ante mortem event; it had most likely been deposited around the device over a period of a couple of days.  The location of the device during clot deposition could not be determined.  The bacterial colonizing the clot most likely represents post mortem growth of normal saprophytic bacteria.  Because extensive (destructive) sampling of the clot was prohibited (telephonic instructions), no tissue was sampled from around the hooks that were still embedded within the clot.  Should they be sampled, it is possible that segments of the mural architecture (IVC or elsewhere) might be present.

To date, no formal lawsuit from the family of the deceased has been filed.

This crisis plan is intended to prepare for general or national coverage that may result from a lawsuit being filed, product withdrawal and or general negative stories surrounding Recovery Vena Cava Filters.  H&K has begun monitoring for any coverage surrounding a potential lawsuit.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171477
EXHIBIT A, Page 2

The attached pages provide recommendations and critical information relating to the following components of your crisis communications program:

- I. Re-distributing Bard's Communications Policy
- II. Media Monitoring
- III. Message Approval
- IV. Establishing A Core Response Team
- V. Audience Outreach Team
- VI. Top Media Interview Dos and Don'ts
- VII. External Allies/Experts
- VIII. Key Studies
- IX. News Breakdown
- X. Newsmaker's Bill of Rights
- XI. Proactive Media Outreach
- XII. Step-by Step Management of Most Likely Scenarios:
- XIII. H&K Team Contact Information
- Addendum:
  - A. Key Messages – Recovery Vena Cava Filter:  General Messages
  - B. Key Messages – Specific to ████ Incident
  - C. Draft General Letter-To-The-Editor
  - D. Draft ████ Letter-To-The-Editor
  - E. Media Lists
  - F. Recent Sample Article:  Bariatric Surgery in General

## I. Re-distributing Bard's Communications Policy

To prevent any Bard employee from speaking with members of the media, it would be wise to redistribute Bard's communications policy company-wide twice each year beginning with 2Q 2004.  Upon notification that a lawsuit has been filed, dissemination of the communications policy *again* specifically to the Bard Peripheral Vascular Division as well as C.R. Bard Corporate employees, should be considered.

Anyone who may be most likely to receive phone calls from members of the media (e.g., administrative staff for corporate executives and field sales representatives who sell vena cava filters) must have copies of the communications policy and should be required to sign a confirmation form that they have read and understand these guidelines.

All Bard employees must know to direct any media inquiries directly to Holly Glass. With the communications guidelines redistributed several times each year, employees will have this information top-of-mind.

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400                    3
                         Suite 601                            F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                BPV-17-01-00171478
EXHIBIT A, Page 3

## II. Media Monitoring

Hill & Knowlton has begun monitoring regularly for any print, broadcast and online news coverage related to the company or the Recovery Vena Cava Filter.  To do this effectively, H&K is using the Factiva database, Google News and Video Monitoring Services (VMS).  Particular emphasis is placed on news generated from the following markets: greater New York City (Bard Corporate HQ); Tempe, Arizona (Bard Peripheral Vascular HQ) and ███████████ location of case under investigation).

We are searching for the following terms.

- C.R. Bard
- Bard Peripheral Vascular
- Recovery Vena Cava Filter
- Vena cava filter
- Pulmonary embolism

- ████████████████████
- [NAME OF LAW FIRM FILING SUIT IF SUIT IS FILED]

## III. Message Approval

Key messages (see appendix; still to be reviewed and finalized) serve as the foundation for responding during any media interviews that may arise as a result of the pending investigation in █████ or any future investigations or lawsuits.  It is critical that this messaging be updated as new details arise in this or other incidents.

The approved messaging will be incorporated into external materials that will be distributed to Bard's sales force, customers, physicians, employees,suppliers and others, as needed.  Bard is then prepared to handle any media inquiries.  Furthermore, H&K's on-camera Q&A Training will help prepare your spokesperson for any local or trade press inquiries that arise; additional "on-the-spot" training and messaging discussions should be considered prior to responding to national top-tier press inquiries.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171479
EXHIBIT A, Page 4

### IV. Establishing A Recovery Core Vena Cava Filter Response Team

The following Bard and H&K employees should comprise the Core Response Team (CRT) for the Recovery Vena Cava Filter product.  These individuals will receive notification when a press inquiry is received or when a negative article requiring action appears.  This group will convene within several hours to approve response strategy, review specific messaging and determine next steps.

| Core Response Team: | Phone Numbers: | E-mail Address: |
|---|---|---|
| Holly Glass | Office-703-754-2848<br>Cell-571-243-1952<br>Home-571-261-1425 | holly.glass@crbard.com |
| Janet Hudnall | Office-480-303-2630<br>Cell-TBD | janet.hudnall@crbard.com |
| Donna Passero | Office-908-277-8335<br>Cell-908-803-9346<br>Home-973-394-0052 | donna.passero@crbard.com |
| Chris Ganser | Office-<br>Cell-<br>Home- | chris.ganser@crbard.com |
| Doug Uelmen | Office-<br>Cell-<br>Home- | Doug.uelmen@crbard.com |
| *Adjunct –*<br>John Lehmann, MD | Office-<br>Cell-<br>Home- | jlehmann@lehmannthomas.com |
| Frank Mankewicz | Office-202-944-5141<br>Cell-202-258-9020<br>Home-202-462-7202 | fmankiewicz@hillandknowlton.com |
| Lee Lynch | Office-202-944-5186<br>Cell-571-214-8799 | llynch@hillandknowlton.com |
| Kimberly Ocampo | Office-202-944-1905<br>Cell-202-997-4420 | kocampo@hillandknowlton.com |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        BPV-17-01-00171480
EXHIBIT A, Page 5

*CRT Conference Calls*
The following telephone line is available 24 hours a day, seven days a week for the CRT to use for conference calls.
- Toll Free Dial-In Number: 1-888-453-5732
- Participant Passcode: 500965

**V. Recovery Vena Cava Filter Audience Outreach Team**

Depending on the situation, the CRT may determine that there is a critical need to contact other key audiences outside of this immediate response group.  To facilitate effective and efficient communications among the various company divisions and appropriate external audiences, a point-of-contact has been designated to conduct this outreach.  They are:

**Audience Outreach Team:**       **Phone Numbers:**        **E-mail Address:**

| Audience Outreach Team: | Phone Numbers: | E-mail Address: |
|---|---|---|
| *Additional Media:*<br>Holly Glass | Office-703-754-2848<br>Cell-571-243-1952<br>Home-571-261-1425 | holly.glass@crbard.com |
| *CEO and Board of Directors:*<br>Holly Glass | Office-703-754-2848<br>Cell-571-243-1952<br>Home-571-261-1425 | holly.glass@crbard.com |
| *Recovery Filter Field Sales Reps:*<br>Janet Hudnall<br>Carol Stone | Janet:<br>Office-480-303-2630<br>Cell-TBD<br><br>Carol:<br>Office-908-277-8301<br>Cell-908-507-6574<br>Home-908-526-5579 | janet.hudnall@crbard.com<br><br><br>carol.stone@crbard.com |
| *Recovery Filter Physicians:*<br>Janet Hudnall | Office-480-303-2630<br>Cell-TBD | janet.hudnall@crbard.com |
| *Customers and Field Reps:*<br>Janet Hudnall | Office-480-303-2630<br>Cell-TBD | janet.hudnall@crbard.com |
| *All Other Employees:*<br>Diana McHugh | Office-908-277-8191<br>Cell-908-571-2841<br>Home-908-835-0107 | diana.mchugh@crbard.com |
| *Suppliers/Operations:*<br>Frank Maloit | Office-908-277-8177<br>Cell-908-528-3537<br>Home-610-330-9082<br>Home-781-837-9530 | frank.maloit@crbard.com |
| *Shareholders and Wall Street:*<br>Eric Shick | Office-908-277-8413<br>Cell-908-256-4238<br>Office- 908-277-8265 | eric.shick@crbard.com |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPV-17-01-00171481<br>EXHIBIT A, Page 6

## VI. Top Media Interview Dos and Don'ts

Following are a list of general dos and don'ts for interviews with major top media outlets.

*Dos*
- Offer a physician spokesperson for comment.
- Offer a researcher, patient or corporate executive for further insight.
- Offer medical studies validating Recovery Vena Cava Filters or retrievable vena cava filters in general.
- Ask for a list of questions, parameters of the story and permission to record your own video of the interview or any interviews with Bard employees, patients or physicians.
- Offer video of Bard's headquarters, if you already have a tape available.
- Manage the story. Draw the line at non-company spokespersons, "trial witnesses", salespersons, product designers, etc.
- Stay focused on the success rate and clinical effectiveness of the products, rather than the claims. Stick to your key messages.
- Include day-before and day-of key audience notification in your communications strategy. Assume key audiences such as employees, physicians, shareholders, customers and field sales reps will see the story. Be prepared to notify them about when the segment will air or has just aired, and provide a clear, convincing cover letter with your key messages, as well as a breakdown of comments made in the story matched with corresponding facts.

*Don'ts*
- Play favorites with the members of the media.
- Answer a question with "No Comment."
- Don't try to minimize the problem.
- Don't release sensitive or proprietary information.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171482
EXHIBIT A, Page 7

### VII. External Allies/Experts:

*Physician Spokesperson*

If a reporter calls for comment, Bard should have reputable physicians confirmed to participate in interviews to attest to the product's success rate and the value it provides to patients.

Janet Hudnall suggested the below two physicians as possible spokespeople and is reaching out to each to ascertain their interest in serving as media references.

⇒ John Kaufman, MD, Chief of Vascular and Interventional Radiology, Oregon Health Sciences University, Portland, Oregon.  [PHONE].  **Recovery Filter user.**  Has received honorariums from Bard for training and speaking. Conducts/participates in physician panel and filter retrieval training.

⇒ Anthony Venbrux, MD, Director, Interventional Radiology, Cardiovascular Center, George Washington University Hospital, Washington, D.C.  [PHONE]. **Recovery Filter user.**  Has received honorariums from Bard for training and speaking.  Conducts/participates in physician panel and filter retrieval training.

⇒ We also recommend identifying a number of medical specialists who can speak to the value of the Recovery Vena Cava Filter but do not have any type of financial relationship to CR Bard.

*Third Party Industry Organizations and Potential Allies*

Board members and other prominent leaders from ally organizations may be able to lend their credibility to Bard by providing ally spokespersons who can speak to the value of the retrievable Recovery Vena Cava Filter products (or retrievable vena cava filters in general) and Bard's position as a leader both in terms of innovation and customer care/safety.  Allies may include representatives from the following organizations:

- Society of Interventional Radiology
- Association for the Advancement of Medical Instrumentation
- Medical Device Manufacturers Association
- Society for Vascular Surgeons

We currently are researching whether these organization would be willing to speak to the media if an inquiry arises.  For regional or local media outlets, it may be necessary to provide local sources.  As the scenario develops, we may work with other third-party associations to determine local spokespeople.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171483
EXHIBIT A, Page 8

In addition, Bard may want to consider either securing the partnership of a general medical device or consumer organization that can speak broadly about the value of Bard's products for consumers, such as:

- The Medical Device Manufacturers Association
- Center for Consumer Affairs or
- American Council on Consumer Interests (ACCI)

Finally, another consideration is for Bard to create a third-party organization that focuses on the enormous benefit of medical progress for consumers to override the negative perceptions created through a few (often frivolous) lawsuits.

## VIII. Key Studies

The Recovery Filter has been used in Canada by a single investigator and two colleagues at six Toronto area hospitals in 58 subjects, under the Special Access regulations.  Although essentially only one physician used the device, removal was performed by three physicians with different support staff and imaging equipment.

Of the 58 filters implanted, a total of 46 have been retrieved, 8 remain in place, and 4 patients have died with filters in place of causes unrelated to filter placement or retrieval (leukemia, cancer, polyarteritis and pulmonary aspergillosis, and hemorrhagic stroke). Time to removal ranged from 1 to 161 days, average 60 days.

In addition, the Recovery Filter underwent testing (bench top or animal studies or a combination of both) according to FDA guidelines to obtain FDA approval.

**[NEED ABSTRACTS FOR THE ABOVE AND ADDITIONAL HUMAN STUDIES]**

Summaries of key medical studies highlighting the success rate of Bard's Recovery Vena Cava Filter products can be found in the appendix.  We have produced three separate sections of summarized studies: one focuses on the success of (permanent) vena cava filters in general; the second focuses on retrievable vena cava filters as a whole; and the third details studies on Bard's Recovery Vena Cava Filter specifically. These summaries will serve as handouts and references for the media.

## IX. News Breakdown

There are many various forms a news story can take and often one precedes another. To understand how news stories are originally generated and often end up featured on weekly news magazines shows, an explanation of how the media generally works is provided below.  Please note there are always exceptions to the standards.

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          9
                         Suite 601                            F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171484
EXHIBIT A, Page 9

Wires – Associated Press, Bloomberg, Dow Jones, Reuters
National Dailies – *USA Today, New York Times, Wall Street Journal*
Top Market Dailies – *Los Angeles Times, Boston Globe, Washington Post*
Trades – *The Gray Sheet, MDDI, Medical Device Litigation Reporter*
News Magazine – *U.S. News & World Report, Time, Newsweek*
Daily News Program – Dateline, World News Tonight
Weekly News Program – 60 Minutes, 60 Minutes II, 48 Hours Investigates, 20/20

*Wires*
Electronic wire services are the most immediate sources for breaking news.  Wire stories have the most power in terms of garnering national attention and generating widespread coverage because they are "picked up" by all media outlets.  Since these stories are published in real time, they are often very short and have limited third-party sources.  Many times, these stories are updated continuously as the story develops throughout the day or week.

*National and Top Market Dailies*
Most newspapers subscribe to wire services and look to the wires to determine news assignments.  While many leading papers run complete wire stories, often editors use a wire story as a starting point to develop the story with local tie-ins, such as the story's impact on the community or using local experts for attributions.  As a side note, nearly all newspapers will immediately post full wire stories on their Web sites.

*Trade Publications*
The trade journals are very influential in the medical device industry and will certainly be read by Bard's competitors.  They will cover the issue in-depth and may discuss its impact on the entire industry.  Trade coverage may also lead to more general coverage.

*News Magazines*
News magazines will typically develop a story based on an initial wire story, and/or news item in a top daily or trade publication.  However, these publications will provide a much more in-depth analysis of the issue.  They will conduct extensive research on the companies involved and the sources being used in the story.  They dig deep and uncover information that is often under the radar.  These stories can take weeks to develop.

*Broadcast*
As a general rule, broadcast follows print.  Once the print story hits, producer's interest in the story will likely escalate.

For daily broadcast segments, producers will either request an interview with a Bard spokesperson to take place at the local affiliate station or arrange for a video crew to come to Bard's headquarters.  Broadcast segments on nightly news programs can take several days to develop.

| HILL & KNOWLTON | 600 New Hampshire Avenue, NW<br>Suite 601<br>Washington, DC  20037 | T 202 333-7400<br>F 202 333-1638 | 10 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
BPV-17-01-00171485

Weekly programs like 60 Minutes or 48 Hours can take several weeks or even months to develop.  Producers will also send a crew to the corporate headquarters to film the facility and interviews. They will likely make numerous trips to Bard's headquarters. They will conduct extensive interviews and ask pointed questions.


## X. Newsmaker's Bill of Rights

As we respond to media inquiries and arrange interviews, remember that Bard has certain rights as newsmaker and reporters have their expectations.

1. The right to know the interview topic(s) in advance.
2. The right to know the identity and affiliation of the reporter.
3. The right to state your key points and, if appropriate, restate them.
4. The right to have some control over the interview environment.
5. The right to bring up relevant topics and points not specifically asked during questioning.
6. The right to know how the interview material is being used and whether others are being interviewed for the story.
7. The right to respond to accusations.
8. The right to correct misstatements and misinformation during an interview.
9. The right to restate obscure or lengthy questions.
10. The right to finish responses without interruption as long as your answer is concise and relevant.


*Reporter's Expectations*
1. Reasonable access to legitimate news sources.
2. Consideration of the reporter's deadline and logistical needs.
3. A timely response to an inquiry.
4. A concise and direct answer to a relevant question.
5. If available, printed or pictorial material to flesh-out the interview information.
6. The availability of corporate spokespersons for follow-up inquiries, when necessary, for clarification.
7. Corrected information, if incorrect information is inadvertently given.
8. Proactive follow-up by newsmaker with new information or corrected information.
9. An opportunity to build an ongoing relationship.
10. The same kind of courtesy and respect that the newsmaker desires.


## XI. Proactive Media Outreach

Presently, we do not recommend media proactive outreach relating to the investigation in Miami.  At some point, as the situation further develops, this interim recommendation may change.  However, we believe that a low-key approach, in an effort to avoid drawing attention to the issue, is the most appropriate strategy at this time.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPV-17-01-00171486
EXHIBIT A, Page 11

## XII. Step-by Step Management of Most Likely Scenarios:

*\*\*Note:  If any of these scenarios occurs, H&K will immediately implement the Bard News Bureau, through which H&K's Bard Team members (Frank Mankiewicz, Lee Lynch, Kimberly Ocampo and Melissa Busse) will work with other members of H&K's Media/Crisis/Litigation team and CR Bard Vena Cava Core Team members to determine and implement strategy and media outreach.\*\**

***Scenario #1:  Family of the deceased files a suit seeking damages from C. R. Bard.  [LAW FIRM] issues a press release.***
1. H&K will monitor any press announcements made by the plaintiff's law firm, as once a press release is issued, it may generate news coverage.
2. If a press release runs on the wire, H&K will send an email to the Core Response Team.  The email will include the press release and any other relevant information.  H&K will also call Holly Glass, Janet Hudnall and Donna Passero with this information.
3. H&K will immediately begin to monitor for any resulting press coverage.
4. As soon as press coverage begins to appear, we will activate the CRT:
    a. H&K will send e-mails to the CRT, including press coverage to date if available and a scheduled conference call time.
    b. H&K will follow up with phone calls to all CRT members, informing each member of the upcoming conference call.
    c. During the call, CRT members will agree on media strategy and responses.  Strategy may include contacting reporters responsible for coverage and providing with summarized studies and a statement based on approved key messages from the company.
    d. As determined, CRT members may be responsible for informing Audience Outreach Team members.
5. H&K will continue to monitor for additional coverage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171487
                    EXHIBIT A, Page 12

***Scenario #2:  A reporter calls Bard for comment.***

1. The media inquiry comes in to Holly Glass.
2. Holly will notify Lee Lynch at H&K.
3. Depending upon the size and reach of the news outlet, either H&K or Holly Glass will call the reporter to find more information about the type of questions he or she may ask.
4. H&K will provide, through e-mail to the CRT, the list of anticipated questions and a time for a strategy conference.  H&K also will gather and distribute to the team as much information as possible about the reporter.
5. H&K will follow up with phone calls to all CRT members, informing each member of the conference call.
6. During the call, the CRT members will agree on media responses.
7. As determined, CRT members may be responsible for contacting Audience Outreach Team members to inform them of the interview and pending coverage.
8. Holly Glass will conduct the media interview with H&K facilitating as appropriate. Summarized studies will be provided to the reporter.
9. H&K will follow up with the reporter as necessary.
10. H&K will put together a document detailing potential impact of the pending article (e.g., tone of interview, reach of wire service if interview was conducted by wire reporter, etc.) and recommended next steps.
11. H&K will monitor for resulting and additional coverage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171488
EXHIBIT A, Page 13

***Scenario #3: Filter migration or bariatric surgery (see example of recent negative story in appendix), in general, gets negative media coverage without singling out Bard or the Recovery Filter.***

1. H&K will research the background of the reporters writing the negative stories and will forward this information, along with copies of the articles, to Holly Glass.
2. Holly Glass and H&K will determine the appropriate response (if any) on a case-by-case basis. Response may include the development of a letter-to-the-editor, pitching a "reactive" or follow-up interview to reporters in an effort to preempt any negative stories being written about Bard and its filter product and/or to help position Bard as a leader in this category.
3. If the scenario requires the development of a letter-to-the-editor, H&K will tailor the attached template, as required, and will forward the draft to all CRT members for review and approval.
   a. H&K will contact all CRT members to set up a time for a conference call.
   b. During the conference call, the CRT will review, edit and approve the letter.
   c. If the letter will be signed by a physician, H&K and Holly Glass will work to secure the physician spokesperson's approval and forward an edited version to the CRT for final review.
   d. H&K will forward the letter to the appropriate editorial contacts and monitor for coverage.
4. If the scenario requires an interview, H&K will provide Holly Glass with "refresher" on media coaching tips and techniques.
   a. Holly Glass, H&K and the Audience Outreach Team will determine the appropriate messages and communications vehicle to inform Bard's key constituents prior to the airing of the program.
   b. Holly Glass will conduct the media interview with H&K facilitating as appropriate. Summarized studies will be provided to the reporter.
   c. H&K will follow up with the reporter as necessary. H&K may arrange a follow-up interview with the physician spokesperson and/or a patient, as determined if necessary.
   d. H&K will put together a document detailing potential impact of the pending article (e.g., tone of interview, reach of wire service if interview was conducted by wire reporter, etc.) and recommended next steps.
   e. H&K will monitor for resulting and additional coverage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171489
                        EXHIBIT A, Page 14

***Scenario #4 – News Bureau – A major news story breaks about the lawsuit and the "snow ball" effect kicks in, generating much negative media coverage on Bard and the Recovery Vena Cava Filter.***

If this scenario occurs, H&K will immediately implement its Bard News Bureau to respond to all incoming media inquiries efficiently and effectively.

<u>Media Contact Lists</u>

H&K has identified the most likely reporters to write stories regarding lawsuits, based on past research for the mesh hernia repair product crisis plan.  We have also identified the following:

- Legal and healthcare beat reporters at the wire services, top 25 daily newspapers and top financial news outlets.
- Editors at health and medical device trade publications
- Editorial board contacts at the top 25 dailies, should Bard want to proactively secure background meetings with these influential reporters.
- News directors at the major networks broadcast affiliates (NBC, ABC, CBS, and Fox) in the Bard's key markets related to the investigation (in this case, )

Following this document are the identified media outlets.

<u>Toll-Free Line for Reporters</u>

When and *if* necessary, Bard may consider activating a toll-free number, manned by appointed, trained persons to take messages of all incoming media inquiries.  H&K can implement this phone line within a matter of hours.

<u>Call Reports</u>

As media inquiries come in, H&K will format all information regarding incoming media calls into call reports and submit these reports to Holly Glass.  These reports will include the date and time of the initial inquiry, the name of the reporter, his/her publication, beat, purpose of call, questions he/she may have and dates and times of interview request.  H&K will also gather as much information about each reporter as is available.

<u>Prepared Statements</u>

Depending on the amount of media inquiries and the rate at which they come in, it may be necessary to distribute a previously prepared statement.  A sample statement has been created and approved by legal counsel.  This statement reflects Bard's inability to comment on pending litigation and reinforces approved key messages.  It can be easily modified to address specific inquiries from media or new developments in pending cases.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                     BPV-17-01-00171490
                         EXHIBIT A, Page 15

If it is necessary, Bard may issue the prepared statement on PR Newswire.  H&K has an existing account with PR Newswire already established.

The statement may be updated as Bard develops its position or as new information is gathered and actions are taken.

News Monitoring
H&K will continue to conduct daily monitoring for any stories related to Bard's litigation. For wire and print stories, H&K uses the Factiva Database, for online stories, H&K searches Google and Google News, and for broadcast stories, H&K works with VMS. VMS is monitoring nationally, but placing extra emphasis on the key lawsuit market, ███████ H&K will prepare a report assessing the news coverage on a daily basis during the crisis situation, or as necessary.

News Evaluation
After the media coverage is generated and interest has dwindled, H&K will critique the coverage and provide an overall analysis of the scenario and make specific recommendations.

News Conference
In most situations, new conferences are neither necessary nor desirable.  However, Bard should be prepared to move forward quickly with a news conference if deemed necessary.  Holding a news conference should be considered when:
⇒ Written or electronic dissemination of a statement will not satisfy the media covering the situation.
⇒ The situation is extremely serious and media requests have reached a level or volume when they no longer can be handled through individual telephone calls.
⇒ Company actions can be best explained through a news conference that reaches all media at the same time with information, personal statements and visual documentation.
The major disadvantage to holding a news conference is that the forum allows for rigorous and potentially damaging questioning.  News conferences can require intense preparation for the spokesperson and the CRT, including further message development, question anticipation and spokesperson training.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171491
                        EXHIBIT A, Page 16

H&K will coordinate all logistics, including announcement, location, time, audio/visual equipment.

1. Announcement:  H&K will draft the news conference announcement and distribute it across PR Newswire.  The announcement will mention the issue, and list the spokesperson, time, location and contact for further information. Pending on the scope of the situation, this information may also be posted on Bard's Web site.  Following the distribution of the announcement, H&K will follow up with telephone calls to obtain a preliminary headcount and identify key reporters.

2. Location:  The location will be convenient for reporters and Bard executives. There will be a separate entrance and exit for the spokesperson, so he/she is not forced to wind through rows of reporters to get to the podium or to exit the facility.

3. Audio Visual Equipment:  H&K will coordinate the rental or usage of all a/v equipment, including a podium, microphones, video camera, etc.  Bard should tape the conference for its own records.

4. Materials:  Bard press kits will be made available to all attendees, containing all collateral materials including fact sheets, recent press releases and executive biographies.

5. Agenda:  H&K will develop a specific agenda for the news conference.  The spokesperson will note the agenda and the specified timeline of the event.

6. Outside speakers:  As the situation is evaluated, H&K may advise having a physician or third party organization (industry) spokesperson available to answer specific medical-related questions.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     BPV-17-01-00171492
EXHIBIT A, Page 17

***Scenario #5 – News Bureau – Another negative migration case causes Bard to remove the Recovery Filter from the market or place it in a temporary "sales hold" status.***

1. Janet Hudnall contacts Holly Glass, who notifies H&K
2. H&K immediately begins to monitor for news, coordinate a CRT conference call and prepare for roll out of News Bureau activities.
3. During the call, Donna Passero talks the CRT through the product recall process. The CRT determines the appropriate strategy, messaging and next steps.
4. Following the call, H&K provides the action items resulting from the call and an outline of CRT members' roles and responsibilities.
5. In conjunction with Holly Glass, H&K will draft all tactical plans and response materials, including initial statement customized according to audience (e.g., media, Wall Street, Bard employees, sales force, customers and physicians).
6. H&K coordinates follow-up call with both CRT and Audience Outreach Team to review materials and secure approval.
7. Audience Outreach Team notifies its appropriate target audiences.
8. H&K and Holly Glass activate the News Bureau, as outlined above in Scenario #3.

***Scenario #6 – A competitor tips off media.***
Any of the above scenarios may play out.

HILL & KNOWLTON        600 New Hampshire Avenue, NW        T 202 333-7400        18
                       Suite 601                          F 202 333-1638
                       Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        BPV-17-01-00171493
EXHIBIT A, Page 18

### XIII. H&K Team Contact Information

**Frank Mankiewicz – Senior Counselor**
Office:  202-944-5104
Cell:  202-258-9020
Home:  202-462-7202
*Assistant:  Laurel Laidlaw – 202-944-5141*

**Lee Lynch – Account Management**
Office:  202-944-5186
Cell:  571-214-8799
Home:  703-823-3926

**Kimberly Ocampo – Media Specialist and Key Support**
Office-202-944-5193
Cell-917-584-7961
Home-202-248-2337

**Melissa Busse – Key support**
Office-202-944-3365
Cell-703-786-9423
Home-703-465-9619

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171494
                         EXHIBIT A, Page 19

**Appendix**

*A. Key Messages – Recovery Vena Cava Filter:  General Messages*

1. The Recovery Vena Cava Filter, a Bard Peripheral Vascular product, has played an important role in helping to reduce or prevent the risk from pulmonary emboli or blood clots in the lungs in more than x patients.

   o Throughout its two years on the market, the Recovery Vena Cava Filter has been used in more than 7,000 medical procedures. Of those procedures, x number of patients have successfully undergone procedures in which the Recovery Vena Cava Filter was used.
   o The Recovery Vena Cava Filter is indicated for use as both a permanent and retrievable device to reduce and prevent the formation of pulmonary emboli – usually occurring in the extremities of the arms or legs – that break off and travel, or "migrate", through the bloodstream to the lungs or heart.

2. The Recovery Vena Cava Filter is proven in its safety and efficacy and the retrievability of the device is valuable and appealing from health perspective to medical professionals and patients.

   o Retrievable filters are designed to be removed once the risk of pulmonary embolism has subsided.
   o The actual filter mechanism works exactly the same in retrievable and non-retrievable filters. Non-retrievable filters cannot be easily removed.
   o Extensive migration resistance testing conducted showed that the Recovery Filter was just as or more resistant to migration than all retrievable and non-retrievable competitors (MUST CONFIRM).

3. At Bard, our number one priority is our commitment to the patients who use our products.

   o With any report of an adverse event, we take an immediate, systematic approach – and form multi-disciplinary team – to thoroughly investigate the incident.
   o Our system of tracking and monitoring inquiries or concerns enables us to respond directly to healthcare professionals. We take very seriously our responsibility to the patients who use our products.
   o Bard has been in business for nearly a century, and we are known for our commitment to provide innovative, life-enhancing medical technologies to the patients who use our products.

| HILL & KNOWLTON | 600 New Hampshire Avenue, NW<br>Suite 601<br>Washington, DC  20037 | T 202 333-7400<br>F 202 333-1638 | 20 |

*B. Key Messages – Specific to Miami Incident*

1. We have been notified of the death of a patient whose medical treatment included the insertion of Bard's Recovery Vena Cava Filter.  First and foremost, we extend our deepest sympathies to the patient's family.  At Bard, our number one priority is our commitment to the patients who use our products.

    o   Bard has been in business for nearly a century, and we are known for our commitment to provide innovative, life-enhancing medical technologies to the patients who use our products.

2. With any report of an adverse event, we take an immediate, systematic approach and form a multi-disciplinary team to thoroughly investigate the incident.

    o   Our system of tracking and monitoring inquiries or concerns enables us to respond directly to healthcare professionals. We take very seriously our responsibility to the patients who use our products.

3. From the information available to date, no conclusions can yet be drawn regarding the role of the Recovery filter in this event.
    [OR CAN WE SAY:  While the Recovery Filter did migrate, we believe the underlying cause of death was the accumulation and migration of a very large pulmonary embolism. An enormous blood clot, measuring 10 cm in length and 3 cm in diameter, was deposited around the filter over a period of several days. The clot was of such a massive size that it enveloped the filter and traveled through the bloodstream to the man's lungs, causing death.]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPV-17-01-00171496
EXHIBIT A, Page 21

*C. Draft General Letter-To-The-Editor*

MONTH XX, 2004

Dear Editor,

As a physician who has conducted more than x procedures using the Recovery Filter, I can certainly attest to the quality of Bard Peripheral Vascular's vena cava product.  In actual practice and in reported studies, this life-saving clot-trapping device has been proven to be safe and effective when a patient not responding to anticoagulation therapy is at high risk for pulmonary embolism and deep vein thrombosis.

The Recovery Vena Cava Filter plays an important role in helping to reduce or prevent blood clots, which can occur in the arms or legs, and travel through the bloodstream to the lungs or heart. These blood clots, unimpeded, often cause strokes and sometimes death.

As a surgeon, and a trainer of other surgeons who perform procedures using the Recovery Filter, I come in contact with many patients and physicians who have experienced the life-protecting benefits of Bard's vena cava product. I can only speak for myself when I say that the retrievable nature of the Recovery Filter is valuable and appealing to patients. In my experience, I have been able to safely and completely remove the device once the risk of pulmonary emboli has been reduced.

Sincerely,

Surgeon's Name
Medical Facility
City

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          22
                         Suite 601                             F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPV-17-01-00171497
EXHIBIT A, Page 22

*D. Draft Miami Letter-To-The-Editor*

MONTH XX, 2004

Dear Editor,

(Insert name)'s article, "Insert Title" did not shed light on the proven safety and efficacy of the Recovery Vena Cava Filter.  As a physician who conducts more than x procedures a week using the Recovery Filter, I can certainly attest to the quality of Bard Peripheral Vascular's vena cava product.

The Recovery Vena Cava Filter plays an important role in helping to reduce or prevent pulmonary emboli, or blood clots, which can occur in the arms or legs, and travel through the bloodstream to the lungs or heart. These blood clots, unimpeded, often cause strokes and sometimes death.

I can only speak for myself when I say that the retrievable nature of the Recovery Filter is valuable and appealing to patients. It allows the physician to safely and completely remove the device once the risk of pulmonary emboli has been reduced.

As a surgeon, and a trainer of other surgeons who perform procedures using the Recovery Filter, I come in contact with many patients and physicians who have experienced the life-protecting benefits of Bard's vena cava product.  I have to question the validity of the claims mentioned in this newspaper, which relate to a situation where the patient – at 450 to 500 lbs. in size – was a health risk each day of his life. These claims fly in the face of published and practice evidence supporting the safety and efficacy of Bard's innovative and effective vena cava product.

Sincerely,

Surgeon's Name
Medical Facility
City

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPV-17-01-00171498
EXHIBIT A, Page 23

*E. Media Lists*

We've identified the following:  Medical/health and legal/litigation reporters and editorial board contacts at the wire services and Top Daily Newspapers

<u>Wires</u>

- Associated Press
- Bloomberg
- Copley
- Cox
- Dow Jones
- Gannett
- Knight Ridder
- McClatchy
- Newhouse
- Reuters
- Scripps Howard
- Times
- Tribune
- UPI
- Universal Press Syndicate

<u>Top Dailies</u>

- *The Wall Street Journal*
- *USA Today*
- *The New York Times*
- *Los Angeles Times*
- *The Washington Post*
- *Daily News* (New York)
- *Chicago Tribune*
- *Newsday*
- *New York Post*
- *Houston Chronicle*
- *Chicago Sun-Times*
- *Chicago Tribune*
- *San Francisco Chronicle*
- *The Boston Globe*
- *The Boston Herald*
- *The Dallas Morning News*
- *Miami Herald*
- *The Arizona Republic*
- *The Atlanta Constitution*
- *The Philadelphia Inquirer*
- *The Star-Ledger* (Newark)
- *Star-Tribune* (Minneapolis)

HILL & KNOWLTON        600 New Hampshire Avenue, NW        T 202 333-7400        24
                       Suite 601                          F 202 333-1638
                       Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              BPV-17-01-00171499
EXHIBIT A, Page 24

- *Detroit Free Press*
- *The Plain Dealer*
- *Rocky Mountain News*
- *Denver Post*
- *Austin Statesman*
- *Austin Business Journal*

**Medical/Health and Legal/Litigation Reporters at Top Financial Outlets**
- Bloomberg (print and broadcast)
- *BusinessWeek* and Businessweek.com
- CNBC
- CNNfn
- Dow Jones
- *Financial Times*
- *Forbes*
- *Fortune*
- *Investor's Business Daily*
- *SmartMoney*
- The Street.Com

**Editors at Relevant Medical, Health and Medical Device Publications**
- *The BBI Newsletter*
- *Biomedical Instrumentation & Technology*
- *Biomedical Safety & Standards*
- *BNA'S Health Law Reporter*
- *Clinica World Device and Diagnostic News*
- *Diagnostic Insight*
- *The Gray Sheet*
- *Health News Daily*
- *In Vivo*
- *The Healthcare News*
- *Medical Device and Diagnostics Industry*
- *Medical Device Daily*
- *Medical Devices and Surgical Technology Week*
- *Medical Product Manufacturing News*
- *Medical Device Litigation Reporter*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                BPV-17-01-00171500
                        EXHIBIT A, Page 25

**News directors at the major networks broadcast affiliates in Bard's key markets**

<u>New York/New Jersey</u>
- WABC-TV (ABC)
- WCBS-TV (CBS)
- WNBC-TV (NBC)
- WNYW-TV (FOX)

<u>Miami</u>
- WPLG-TV (ABC)
- WFOR-TV (CBS)
- WTVJ-TV (NBC)
- WSVN-TV (FOX)

<u>Phoenix/Tempe</u>
- KNXV-TV (ABC)
- KPHO-TV (CBS)
- KPNX-TV (NBC)
- KSAZ-TV (FOX)

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          26
Suite 601                F 202 333-1638
Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPV-17-01-00171501
EXHIBIT A, Page 26

*F. Recent Sample Article:  Bariatric Surgery in General*

04/11/2004 04:19:17
As Obesity Surgeries Soar, So Do Safety, Cost Concerns
Rob Stein, Washington Post Staff Writer

Source: *The Washington Post*
Date: April 11, 2004
Section: A Section
Page: A01

The number of overweight Americans resorting to stomach-shrinking surgery is rising so rapidly that health experts and insurance companies are increasingly becoming alarmed about the safety, effectiveness and mounting costs of the operations.

While the operations can produce dramatic benefits for very obese people, some hospitals and surgeons may be rushing too quickly to satisfy the surging demand, offering the lucrative procedures without adequate training, experience and support, experts say.

At the same time, the operations, which force people to eat less by reducing the size of their stomachs, are being performed too commonly on people who might be able to lose weight through diet and exercise, particularly younger adults and teenagers, they say.

Alarm has intensified because of scattered reports of severe complications and deaths around the country. In Massachusetts, for example, a special panel has begun assessing the procedure for state health authorities after several patients died following surgeries.

Citing uncertainty about the safety of the procedures and lingering questions about their long-term effectiveness, a growing number of insurance companies have begun balking at paying for the operations, which cost the nation close to $3 billion a year.

To try to resolve some of these issues, the National Institutes of Health has launched a five-year, $15 million research project to gather data about the operations, identify patients most likely to benefit and learn more about how they work.

In the meantime, the American Society for Bariatric Surgery, which represents surgeons who perform the procedures, has established an independent nonprofit corporation that in June will begin identifying "centers of excellence" deemed most qualified to do the complicated operations. The group is also gathering scientists at Georgetown University next month in the hopes of reaching a consensus on the risks and benefits of the treatment.

The rising concerns about stomach surgery illustrate the uncertainties that can occur with the emergence and proliferation of new surgical procedures, which often do not

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          27
                         Suite 601                             F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171502
                        EXHIBIT A, Page 27

undergo the same level of testing, scrutiny and government oversight as new drugs or medical devices.

In addition, the debate over whether insurers should pay for the surgery illustrates the tension that is mounting as the obesity epidemic adds billions of dollars to the nation's medical bill. Millions of Americans already meet the criteria for the operation, which costs about $25,000, and millions more are expected to join those ranks as obesity rates soar.

"Insurance companies are feeling the first pressure of the increasing costs of the rising obesity epidemic from this procedure," said Roland Sturm, who studies the economic impact of obesity for the Rand Corp., a private research organization. "If we look into the future, the rising obesity epidemic will continue to have tremendous effects on health care costs. It's an astonishingly big factor. And it's only going to get bigger."

As the number of obese Americans has soared and new, less invasive laparoscopic versions of stomach surgery have been introduced, the number of people undergoing the operations has skyrocketed, spurred by the lack of effective alternatives and by celebrity patients such as NBC's "Today" show weatherman Al Roker. The number of surgeries shot up from about 16,000 a year in the early 1990s to an estimated 103,000 in 2003 -- and is expected to approach 150,000 this year, making it one of the fastest-growing procedures. Many centers report long waiting lists.

Surgeons perform several variations, but all involve sharply restricting the size of the stomach, either by stapling most of it closed or sealing it off with elastic bands and bypassing portions of the digestive system to reduce the number of calories that can be absorbed. The procedures can enable severely obese people to lose hundreds of pounds, alleviating disabilities and preventing, even sometimes reversing, serious health problems, most notably diabetes and high blood pressure.

But the operations are complicated, and patients are prone to life-threatening complications, including bleeding, blood clots, leakages and infections. Even if they have no serious complications, patients often experience unpleasant side effects, including a phenomenon known as "dumping" -- nausea, vomiting and diarrhea -- when they overeat. As a result, patients have to undergo intensive counseling and monitoring to make sure they eat appropriately and do not suffer nutritional deficiencies.

"It's extremely difficult surgery," said Paul Ernsberger, an associate professor of nutrition at Case Western Reserve University. "Even when it's done perfectly, there can be a lot of problems."

According to federal guidelines issued in 1991, the procedure is supposed to be performed only on people who are at least 100 pounds overweight -- and primarily on those who are also suffering severe health problems because of their weight. While most people getting the procedure probably meet those criteria, there is concern that increasing numbers of people who weigh less are also undergoing the procedure.

HILL & KNOWLTON            600 New Hampshire Avenue, NW          T 202 333-7400            28
                           Suite 601                            F 202 333-1638
                           Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171503
EXHIBIT A, Page 28

"Many people who are not morbidly obese are trying to get this procedure. It's rapidly viewed as the answer to obesity, and more and more say, 'I can get surgery done as an answer to my problem,' " said Barry Schwartz of Blue Cross and Blue Shield of Florida. "We've actually seen a couple of patients who decided with their doctor that they would eat more so they could qualify. It's perverse."

Schwartz and other critics say the surge in popularity is enticing some hospitals and surgeons to try to capitalize on the interest.

"Many hospitals and physicians see this as a cash cow," Schwartz said. "We've seen surgeons who did a weekend course and then started doing this high-risk surgery. Make no mistake about this: This is high-risk surgery. The quality of service is going down, and the risk to patients is going up."

Some researchers also question the reliability of the data on the safety and effectiveness of the procedures.

"We don't have quality longer-term studies that give us good data on long-term safety and effectiveness," said Frank Lefevre, an associate professor of medicine at Northwestern University who evaluated the procedures for the Blue Cross and Blue Shield Association.

Already alarmed by skyrocketing health costs overall, a number of insurers, including Blue Cross and Blue Shield of Florida and Nebraska and Humana Inc., are discontinuing coverage for the operations.

"We've had an explosion in obesity and an explosion in the demand for quick fixes, if you will, to the problem of obesity," said Helen Darling, president of the National Business Group of Health, which represents major corporations on health issues. "It's beginning to dawn on insurance companies and employers that even after the surgery, there are a lot of big expenses and a lifetime of care. Many employers and insurance companies feel this is just not affordable today."

Some experts liken the situation to what happened with bone marrow transplants for breast cancer in the 1990s, when terminally ill breast cancer patients clamored for the procedure until carefully designed studies finally showed it did not save lives.

"Whenever a new technique seems to be providing benefit, it tends to proliferate," said Jonathan Moreno, a University of Virginia bioethicist who studies surgical procedures. "Oftentimes, these things gradually become the standard of care without going through any studies."

Proponents of the surgery say the procedures have undergone extensive study and have been clearly shown to help patients, enabling many to shed one-third to one-half of their excess body weight or more and keep it off for many years.

HILL & KNOWLTON          600 New Hampshire Avenue, NW          T 202 333-7400          29
                         Suite 601                             F 202 333-1638
                         Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                BPV-17-01-00171504
EXHIBIT A, Page 29

"I think these insurance companies may be using this as an excuse to avoid their responsibility. They think they can get away with this because of the prejudice that's out there for people who are obese," said Harvey Sugerman, president of the American Society for Bariatric Surgery. "I think it's a travesty."

For patients who have been suffering for years and been unable to lose weight despite repeated diets and exercise regimens, the operations are life-altering, he said. "It's an amazing operation. It's hard to describe how helpful it is to these patients. You have a patient who comes in who can hardly breathe, their legs are all swollen up, they have diabetes and high blood pressure, and they come back to you in three months, and they're all gone. They feel wonderful."

While the procedures can be dangerous, Sugerman and others said that for appropriate patients, the benefits clearly offset the risks, which are on a par with the dangers of operations for other life-threatening conditions involving seriously ill patients.

"It's actually surprising how good the results are," said David R. Flum, a University of Washington surgeon. "If you look at all the options available for the treatment of obesity, we know one thing for sure: Nonsurgical approaches, even the most radical approaches, even the most aggressive nonsurgical approaches, are horribly ineffective."

But Flum and some other experts acknowledge the complication rates are unclear. Most published studies have involved highly experienced surgeons operating on ideal candidates. Some research indicates the complication and mortality risks may be much higher than reported, especially as less experienced surgeons begin performing the procedures on a wider spectrum of patients.

"We really don't know what's happening in the real world, and there's a lot of reason to be really worried about that," said Flum, who is helping evaluate the procedures for the NIH consortium. "In the real world, surgeons may do many fewer patients per year. They are learning the procedure. Or picking patients who may not do as well. A lot of things have got us worried."

http://www.washingtonpost.com

HILL & KNOWLTON    600 New Hampshire Avenue, NW    T 202 333-7400    30
                    Suite 601                       F 202 333-1638
                    Washington, DC  20037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BPV-17-01-00171505
                    EXHIBIT A, Page 30