# Exhibit B

STANDBY STATEMENT FOR CORPORATE COPY REVIEW PROCESS

The following language is a draft standby statement to be used on a *reactive basis* with media who inquire about the reported death of a patient, following the insertion of a Recovery vena cava filter and bariatric surgery.

**"Bard's Peripheral Vascular division has been notified of the death of a patient whose medical treatment included the insertion of a Recovery® vena cava filter. First and foremost, we extend our sympathy to the family of the patient. At Bard, our number one priority is our commitment to the patients we serve.**

**As with any report of an adverse event, we have taken immediate action and committed our best resources in clinical, quality assurance, R&D, engineering, and manufacturing personnel to thoroughly investigate this incident. We are currently collecting and examining information from many sources – both internally and externally – and are working closely with the hospital where the surgery occurred. From the information available to date, no conclusions can yet be drawn regarding the use of the Recovery filter in this reported event.**

**We will continue to provide updates as definitive information becomes available."**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            BPVEFILTER-01-00174886
EXHIBIT B