# Exhibit B

| | |
|---|---|
| 1 | James R. Condo (#005867) |
| | Kristine L. Gallardo (#033975) |
| 2 | SNELL & WILMER L.L.P. |
| | One Arizona Center |
| 3 | 400 E. Van Buren, Suite 1900 |
| | Phoenix, Arizona 85004-2202 |
| 4 | Telephone: 602.382.6000 |
| | Facsimile: 602.382.6070 |
| 5 | jcondo@swlaw.com |
| | kgallardo@swlaw.com |

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc.*
*and Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | NO. MD-15-02641-PHX-DGC<br><br>**DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF DEREK D. MUEHRCKE, M.D., F.A.C.S.** |

PLEASE TAKE NOTICE THAT, pursuant to F.R.C.P. Rules 26 and 30, and for all purposes authorized by the Federal Rules of Civil Procedure and all other purposes allowed by law, commencing at **9:00 a.m. M.S.T.** on **January 11, 2019,** at the **Hyatt Place Park City** located at **4377 N. Highway N. 224, Park City Utah, 84098, Conference Call-in dial 866-509-4812, Code 308978**, the defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-captioned action, will take the videotaped deposition of **Derek D. Muehrcke, M.D.,**

**F.A.C.S.**  The deposition will be taken before a videographer and court reporter duly authorized to administer oaths and will continue from day to day until the examination is complete.

The deponent is asked to bring to the deposition the documents described in Exhibit "A" regarding the above-referenced case.

DATED this 6th day of December, 2018.

_____
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
kgallardo@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served by email and First Class postage prepaid U.S. Mail on December 6, 2018, to the following:

Robert W. Boatman, Esq.
Paul L. Stoller, Esq.
Shannon L. Clark, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225

Ramon Rossi Lopez, Esq.
Matthew Ramon Lopez, Esq.
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Mark O'Connor, Esq.
Beus Gilbert, PLLC
701 N. 44th St.
Phoenix, AZ 85008

_____
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
matthew.lerner@nelsonmullins.com

# **EXHIBIT A**

1. Your current resume or Curriculum Vitae.

2. Your COMPLETE AND ENTIRE FILE in the matter of *Debra Tinlin v. C.R. Bard, Inc. and Bard Peripheral Inc., et al.,* United States District Court for the District of Arizona, No. 2:14-MD-02641-DGC (the "Case") including, without limitation:

    (a) All materials and documents provided to you or received by you in connection with the Case, including, without limitation:

        (i) all materials and documents provided to you by Plaintiff's counsel,

        (ii) all articles, sources, references, treatises, guidelines, standards, and regulations,

        (iii) all deposition or trial transcripts and exhibits,

        (iv) all government guidances, regulations, and policies,

        (v) all medical records, imaging, notes, reports, correspondence, and test results, relating to any plaintiff in the Case, and

        (vi) all communications and emails between you and any fact or expert witness in the Case;

    (b) All materials and documents you relied upon and/or may rely upon in reaching your opinions in the Case, including, but not limited to, all radiological or other imaging that you received. Please also bring your laptop or some other means that will allow you to open and review the images during the deposition;

    (c) All research done by you, at your direction or provided to you in connection with your involvement in the Case;

    (d) A list of all persons and background sources, if any, that you consulted and/or rely upon in connection with your review of or opinions in the Case; and

    (e) Communications and emails between you and attorneys representing plaintiff in the Case that relate to

        (i) your compensation,

        (ii) any facts or data that were provided to you by the attorney, and

        (iii) any assumptions that were provided to you by the attorney and upon which you rely in forming your opinions.

1

3. All documents concerning your inspection of or experimentation upon any medical device or material at issue in the Case, including documents sufficient to identify:

   (a) The date and location of the inspection or experimentation;

   (b) The persons present during the inspection or experimentation;

   (c) The protocol(s) followed for the inspection or experimentation, including details concerning (i) the make/model of the equipment used during the inspection or experimentation and the corresponding settings, (ii) the manner in which the device or material was preserved both before and after testing, and (iii) the method of preparation of the device or material prior to testing;

   (d) Any photographs, micrographs and/or videos (in their original form, at their original resolution, and with all associated metadata) taken during the inspection or experimentation, including the identification of all devices depicted in the photographs or videos;

   (e) The findings, results, and conclusions from the inspection or experimentation, including without limitation, (i) the raw data files native, electronic format, (ii) any and all data collected in any form; and

   (f) Chain of custody information for any devices that were subject to your inspection and/or experimentation.

4. All invoices, bills, billing records, time records, and expense records connected with your involvement in the Case, including information sufficient to identify

   (a) your hourly rate;

   (b) the amount of time you have spent in connection with your involvement in the Case;

   (c) the nature of the activity or work your performed in connection with your involvement in the Case; and

   (d) the dates on which such activity or work was performed.

5. A list of all other cases in which, during the previous 4 years, you have testified as an expert by deposition or in trial.

2