IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |
| This Document Relates to:<br><br>Debra Tinlin, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00263-PHX-DGC | |

    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion in Limine Regarding a Patient at Dr. Muehrcke's Hospital in the *Tinlin* MDL Case, and for other good cause shown, the Motion is hereby granted.

    **IT IS ORDERED** that any argument, evidence, or testimony concerning a patient at Dr. Muehrcke's hospital as described in Bard's motion and memorandum, shall be excluded from trial in this case.