1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re Bard IVC Filters Products
Liability Litigation

No. MD-15-02641-PHX-DGC

**ORDER**

Upon consideration of Plaintiff's Motion in Limine Regarding Medical Care as Intervening Cause of Injury, and for other good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that any argument, evidence, or testimony concerning Ms. Tinlin's medical care as an intervening cause of injury, shall be excluded from trial in this case.