1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC **ORDER** |

Upon consideration of Plaintiff's Motion in Limine regarding Ms. Tinlin's unrelated medical conditions, and for other good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that any argument, evidence, or testimony concerning Ms. Tinlin's unrelated medical conditions as outlined in the above described motion, shall be excluded from trial in this case.