# EXHIBIT A

Do Not Disclose - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
 2                 DISTRICT OF ARIZONA
 3   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4
     In Re Bard IVC Filters Products
 5   Liability Litigation
 6                     No. MD-15-02641-PHX-DGC
 7
 8
         *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 9
10      DO NOT DISCLOSE - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
11
        VIDEOTAPED DEPOSITION OF JOSHUA RIEBE, MD
12
            TAKEN AT: Radisson Hotel
13         LOCATED AT: 2040 Airport Drive
                    Green Bay, WI
14
                    April 4, 2017
15             10:09 a.m. to 2:15 p.m.
16          REPORTED BY ANITA K. FOSS
           REGISTERED PROFESSIONAL REPORTER
17
18
19
         *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
20
21
22
23
24
25
```

```
 1         A.    Yes.
 2         Q.    Okay.  Now, in bold, there's also
 3   something that's in the middle of the page.  And
 4   what does that say?
 5         A.    "Movement or migration is a known
 6   complication of vena cava filters.  This may be
 7   caused by placement in IVCs with diameters
 8   exceeding 28 millimeters."
 9         Q.    But do you see anything in that statement
10   that indicates that Bard's Recovery filter has
11   higher rates of migration, perforation, and/or
12   deaths than other filters on the market?
13         A.    No.
14               MS. DAVIS:  Objection to the form.
15         (Exhibit 927 marked for identification.)
16   BY MR. GOLDENBERG:
17         Q.    I want to go back to the last paragraph
18   that we just read.  Do you see anything in there
19   that warns doctors that if a patient would show up
20   in the ER and they pump a patient full of fluids,
21   then all the vessels, including the vena cava, are
22   going to grow?
23         A.    No.
24               MS. DAVIS:  Objection to the form.
25   BY MR. GOLDENBERG:
```

1     Q.  And if the vena cava grows to over
2  28 millimeters, that that's going to be a problem
3  that could lead to filter migration.  Do you see
4  them warning about that?
5     A.  No.
6     MS. DAVIS:  Objection to the form.
7  BY MR. GOLDENBERG:
8     Q.  I'm showing you Exhibit 927.  I'll
9  represent to you, again, that this is an e-mail
10  from Robert Carr to Jason Greer, and then from
11  Mr. Greer to Janet Hudnall, etcetera, regarding
12  bariatric patient and filters.  Do you see that?
13     A.  Yes.
14     Q.  And again, the date is May 27, 2004?
15     A.  Yes.
16     Q.  Okay.  I'm going to direct you to the
17  middle of the page.  And if you could read that
18  sentence where it says "when."
19     A.  "When the patient shows up in the ER,
20  they pump the patient full of fluids.  Then all the
21  vessels, including the vena cava, are going to
22  grow.  If the vena cava grows over 28 millimeters,
23  I don't care what filter is in the patient, there
24  easily could be a filter migration."
25     Q.  Were you ever told that by anybody at

```
 1   Bard, or anybody, before you implanted the IVC into
 2   my client in April of '05?
 3        A.   No.
 4             MS. DAVIS:  Lack of foundation, objection
 5   to form as to questions related to Exhibit 927.
 6             MR. GOLDENBERG:  You know, I think that
 7   might be a nice time to just take a break.
 8             THE WITNESS:  Thank you.
 9             MR. GOLDENBERG:  Thanks.
10             THE VIDEOGRAPHER:  Going off the record.
11   End of disc one.  The time is 11:39.
12                  (Break taken.)
13             THE VIDEOGRAPHER:  We are back on the
14   record with the start of disc number two.  The time
15   is 11:45.
16   BY MR. GOLDENBERG:
17        Q.   Okay.  Doctor, we just had a little
18   break.  Are you ready to go again?
19        A.   Yes.
20        Q.   Thank you.  I think we talked before
21   about an IFU, which is called an instruction for
22   use.  And I think you indicated that you don't
23   really recall seeing it, or if you did, you don't
24   recall what it said; correct?
25        A.   Correct.
```

```
 1              MS. DAVIS:  Objection to form.
 2              THE WITNESS:  I don't recall the patient
 3   or any words I might have had with that patient.
 4   BY MR. GOLDENBERG:
 5       Q.   Okay.  In fact, you didn't know that at
 6   that time; correct?
 7              MS. DAVIS:  Objection to form.
 8              THE WITNESS:  Know what, sir?
 9   BY MR. GOLDENBERG:
10       Q.   You did not know --
11              MS. DAVIS:  Lack of foundation.  Sorry.
12   BY MR. GOLDENBERG:
13       Q.   You did not know at that time that a
14   person that was a larger person could have a vena
15   cava that could expand far beyond 28 millimeters;
16   correct?
17       A.   Not specifically, no.
18       Q.   Okay.
19              MS. DAVIS:  Same objection.
20   BY MR. GOLDENBERG:
21       Q.   All right.  Let's go back to the first
22   page.  We're almost done.  Under Findings, could
23   you read us your findings?
24       A.   "Patent and compressible right common
25   femoral vein under ultrasound guidance.  Cava is
```

```
 1    rather prominent in transverse diameter.
 2    Calculation was made based off of vertebral body
 3    correlation from CT scan chest.  This estimated
 4    that the cava was between 28 and 29 millimeters,
 5    which was at the upper limits of cava size for
 6    Recovery filter.  This was deployed carefully and
 7    set well with the filter, demonstrating good
 8    position at the conclusion of the procedure."
 9        Q.   So clearly this was a cava that was at
10    the edge of the upper limits of cava size for a
11    Recovery; correct?
12        A.   My measurements indicate that, yes.
13        Q.   And again, how did you measure this
14    again?
15        A.   Well, obviously I can't remember exactly
16    what I did on that day in 2005.  However, the
17    documentation suggests that I was having difficulty
18    with the x-ray imaging that we take during the
19    exam, so I had to go to a reference CT scan to get
20    my best estimate of the overall size, and I used
21    that information off of a previous CT scan.
22        Q.   All right.
23        A.   There's a high degree of magnification
24    when you're using an x-ray.  And larger patients,
25    you have to bring the equipment further away from
```

Do Not Disclose - Subject to Further Confidentiality Review

1   what you're imaging, so magnification and changes

2   in measurements is -- you have a lot of difficulty

3   with that.

4           Q.   Okay.  It says, "This was deployed

5   carefully and set well, with the filter

6   demonstrating good position."  Does that mean that

7   it was centered the way that we talked about

8   earlier?

9           A.   According to my record, yes.

10              MS. DAVIS:  Objection to form.

11  BY MR. GOLDENBERG:

12          Q.   Okay.  It says -- were there any

13  complications at all with the procedure?

14          A.   It says none.

15          Q.   Okay.  And then what was your impression

16  at that time then?

17          A.   My impression was that the procedure went

18  well and the filter was in good position.

19          Q.   Okay.  In fact it says, "Technically

20  successful placement of infrarenal inferior vena

21  cava Bard Recovery filter without immediate

22  complication"; correct?

23          A.   Yes.

24          Q.   Then do you follow up to just make sure

25  that the filter is in good position with some kind

Do Not Disclose - Subject to Further Confidentiality Review

1   of follow-up scan?

2        A.   Typically, no.

3        Q.   Okay.  Did that happen in this case?

4        A.   It looks like a scan was done
5   subsequently.  The clinical indication, however,
6   was not for routine reasons.

7        Q.   Okay.  It sounds like the patient might
8   have been having some back pain; is that correct?

9        A.   Yes.

10       Q.   If we turn to the record, which, again,
11  is MDR0081 at the bottom, it looks like there's an
12  admission date at that time -- I'm getting confused
13  on the date here.  Just a minute.  Oh, okay.  So
14  this is -- this occurred, again, looks like on 5/8;
15  is that correct?

16       A.   Yes.

17       Q.   Okay.  So this would be the next day?

18       A.   Yes.

19       Q.   All right.  And so there was a CT scan of
20  the abdomen and pelvis?

21       A.   Yes.

22       Q.   All right.  And then that was compared
23  with the IVC filter placement from 5/7/05?

24       A.   Yes.

25       Q.   All right.  And what were the clinical

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   indications at that time?
 2       A.   "After filter placement, increasing right
 3   back pain."
 4       Q.   All right.  And did you find anything to
 5   indicate that the -- the vena cava wasn't in good
 6   position?
 7       A.   My impression was that the inferior vena
 8   cava filter is in good position with no
 9   retroperineal or groin hematoma identified.
10       Q.   Okay.  So it was still in the same
11   position you left it?
12       A.   Correct.
13       Q.   All right.  And then if we go to the next
14   page, it looks like then a lumbar -- so this -- the
15   previous scan on 58 was actually a scan of the
16   abdomen and pelvis; correct?
17       A.   Correct.
18       Q.   And then the next day, it looks like they
19   did a CT of the lumbar spine, so the low back;
20   right?
21       A.   Correct.
22       Q.   All right.  And that says "CT lumbar
23   spine, routine"?
24       A.   Yes.
25       Q.   All right.  And then can you tell me, it
```

```
 1    says, "Comparison is made with MRI of lumbar spine
 2    from 5/7 and 5/8"; correct?
 3         A.   Yes.
 4         Q.   So you were actually able to compare all
 5    three scans?
 6         A.   Apparently, yes.
 7         Q.   Okay.  And what were your findings?
 8         A.   You want me to read the findings?
 9         Q.   I do.
10         A.   "Sagittal reconstructed images show that
11    the lumbar spine alignment is normal.  Schmorl's
12    node is demonstrated inferiorly at L3.  I do not
13    see acute fracture or compression deformity.  There
14    is no high-grade central stenosis; no high-grade
15    narrow -- foraminal narrowing is appreciated.  An
16    inferior vena cava filter is seen.  A few of the
17    tines are adjacent to the anterior aspect of the
18    prevertebral portion of the lumbar spine."
19         Q.   Is that significant at all, that a few of
20    the tines were adjacent to the anterior aspect of
21    the lumbar spine?
22         A.   I don't understand the question.
23         Q.   Is there any clinical significance to
24    that?
25         A.   Unknown.
```

```
 1        Q.   Okay.  And what was your impression at
 2   that time?
 3        A.   "No fracture or malalignment, no
 4   high-grade central stenosis or neuroforaminal
 5   narrowing.  Number two:  Caval filter is in good
 6   position and similar position to pre -- prior
 7   exams.  There have been reports of pain due to
 8   caval filter.  There are also reports of
 9   improvement in pain after filter removal.
10             "It is my understanding that this
11   retrieval filter is going to be removed after the
12   patient's coagulopathy was better understood.
13   Please let the interventional radiology staff know
14   when this filter can be removed."
15        Q.   So let's break that down a little bit.
16   Did you still find that the filter was in good
17   position?
18        A.   Yes.
19        Q.   Okay.  And it was in the same position as
20   it was on the other scans; correct?
21        A.   Yes.
22        Q.   Okay.  So you did not see any reason, for
23   example, to go back in and take it out or do
24   something else; correct?
25        A.   Correct.
```