# EXHIBIT B

| | |
|---|---|
| **From:** | Carr, Robert [/O=BARD/OU=TPE AG/CN=RECIPIENTS/CN=RCARR] |
| **Date:** | 5/27/2004 2:32:29 PM |
| **To:** | Greer, Jason [Jason.Greer@crbard.com] |
| **CC:** | Hudnall, Janet [Janet.Hudnall@crbard.com], Sullivan, Jack [Jack.Sullivan@crbard.com] |
| **Subject:** | RE: Bariatric patients and filters |

[REDACTED]

-----Original Message-----
From: Greer, Jason
Sent: Thursday, May 27, 2004 4:00 AM
To: Hudnall, Janet; Carr, Robert; Sullivan, Jack
Subject: Bariatric patients and filters


Complications after bariatric surgery are very common. As a result of the change in the stomach size, the patient can become weak and not feel like eating or drinking. When they don't eat or drink, they can become dehydrated- very, very dehydrated if they wait too long.


When the patient shows up in the ER, they pump the patient full of fluids. Then all the vessels, including the vena cava are going to grow. If the cava grows over 28 mm, I don't care what filter is in the patient, there easily could be a filter migration.


This crap is going to happen. What do we do?


My biggest Recovery customer and I had a talk about this yesterday. It's a little scary. What chu think?


Jason

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00010858
764.001

Jason Greer
Field Manager

Bard Peripheral Vascular
154 Jill Road
Senatobia, MS 38668

Tel: (877) 478-1281

Fax: (800) 657-1498

jason.greer@crbard.com

Click here to add my contact information to your address book
Powered by Corex

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00010859
764.002