# Exhibit D





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



BPVE-01-00622863

932.002



•Celect estimated to be about 3% of the Cook number

•Does not much news, seems to be more of a LMR.  Not even showing up on our internal tracking info from HSI

•OptEase has been at 9% for a while.  TrapEase users like idea of retrievable but the filter has not attained broader market acceptance, indwell time is probably one of the bigger reasons

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

## Key Market Trends and Dynamics

4

- Optional filters continue to grow and are becoming the preferred filter design
- There are several new optional entrants in market (i.e. Rex/Angiotech, ALN, Safeflo, Crux)
- Prophylactic usage expanding
- Recent reimbursement for filter retrievals at ASCs
- No one is pursuing permanent filter technology
- Market interest in IVUS for cost and time savings with bedside placement

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

•No permanent filters being developed, everything is being designed to be optional

•Field big source of info, Corporate, VP of Reimbursement Dave Parr, coded as foreign body retrieval 37203

   •ASC = Ambulatory Service Center

•New entrants lack of good filter data, filters perceived as last resort, medical community not know answer, anticoag has its own problems

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

5

# Key Market Trends (cont.)

- But the Optional Market Growth is being hampered:
  - Recent clinical data focuses on complications associated with optional filters
  - There is a perceived risk / benefit tradeoff for marginally indicated patients with the attitude there is no "benign" filter
  - Insufficient implant referral base awareness of possible benefits of optional filters
  - Lack of education opportunities to implant & retrieve
  - Poor tracking in hospitals for follow up retrieval (tracking software value)


BARD
PERIPHERAL
VASCULAR

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



# SWOT
## Objective: Increase Revenue and Capture More Market Share

**Internal**

**Strengths**
- Established presence in market and established product platform
- Long term clinical data (EVEREST) available to support prophylaxis indication
- Large, well trained sales force with strong understanding of hemodynamics and disease state
- Good retrievable filter with potential indefinite indwell time
- Strong material expertise
- Strong relationship with IRs and VS
- Filter thought leader relationships

**Weaknesses**
- Device focused
- Lack of thorough understanding dynamics of caval anatomy – impacting testing methods
- We have historical reactive/evolution design mindset
- Product complications – forcing focus on reactive designing??
- Limited understanding of user needs
- Delivery system cost

BARD
PERIPHERAL
VASCULAR

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



# SWOT (Continued)

**External**

**Opportunities**

- Physicians would prefer added safety of prophylaxis indication
- Interest increasing in bedside deployment with IVUS
- Interest increasing with outpatient center retrieval with approved ASC reimbursement
- To increase referral base awareness
- International untapped market

**Threats**

- Several new entrants to the market (Crux, ALN, Safeflo, Rex)
- Percieved risk of device
- Trendy to criticize IVC filters in clinical literature
- Potential other technologies that could treat TED
- Hospitals attitude towards fluoro overexposure
- Potential shifting of regulatory requirements to bring a filter to market

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

BARD
PERIPHERAL VASCULAR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



# Cordis

- Market Leader
  - 37% Market Share ($); 36% (units)
- Product Offering
  - **TrapEase** (Permanent)
  - **OptEase** (Optional)

| Strengths | Weaknesses |
|---|---|
| Ease of use | Inverted conical design |
| Bi-directional filter | Perceived caval thrombosis issues |
| Low Profile | Lack of support from filter thought leaders |
| Low price | Short window of retrievability |
| Retrieval indication (Optease) | |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

BARD
PERIPHERAL VASCULAR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1





10

# Other Permanent (BBraun & Boston)

- BBraun
  - 13% Market Share ($); 13% (units)
  - **Vena Tech LP and LGM** (Permanent) – *bidirectional filters, easy to use with low prices and perceived low complication rates, but no dual level filtration and weak sales force*
- Boston Scientific
  - 9% Market Share ($); 10% (units)
  - **Greenfield SS and Ti** (Permanent) – *clinic history and strong sales force supporting ease of use and low price, but no dual level filtration and prone to tilt; larger profile as well with single femoral side delivery*

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

PERIPHERAL VASCULAR



# Other New Entrants

- Rex Medical (Option Filter)
  - Low profile and optional, but no real new technology advancements
- ALN (ALN Filter)
  - Optional filter marketed by distributor in U.S.; tilting risks
- Rafael Medical (SafeFlo Filter)
  - Optional filter
- BBraun (Convertible Filter)

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

BARD PERIPHERAL VASCULAR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622873

932.012





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1





17

# Product Strategy

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

18

# Filter Franchise Improvements

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622879

932.018

# ASP Comparison

| Optional | | Permanent | |
|---|---|---|---|
| G2 | $1,270 | TrapEase | $1,135 |
| OptEase | $1,278 | Bird's Nest | $1,071 |
| Gunther-Tulip | $956 | VenaTech | $1,061 |
| Celect | N/A | Greenfield | $940 |
| | | Simon Nitinol | $902 |
| Non-weighted average | $1,183 | Non-weighted average | $1,022 |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

20

# Filter Sales Projections

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622881

932.020









## Crux Biomedical

24

- Nitinol Wire with PTFE "Net" Filtering Element
- 7F Retrieval
- Possible Strengths
  - Retrievable from Femoral or Jugular
- Possible Performance Issues
  - Jumps Upon Deployment
  - Potential Excessive Incorporation Leading to Irretrievability
  - Possibility of Caval Occlusion
- U.S. Clinical Trial in Process
  - RETRIEVE I
  - Approved September 2007
  - 12 Institutions Enrolled
  - Endpoints PE Prevention & Retrieval

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

- Heard of downward jump
- Excessive incorporation issues
- Probably be occluder
- Trial is in progress in the US

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



25

# Option* LT (Rex Medical)

- Laser-Cut Nitinol Tube
- Single Level Conical Design
- Angiotech Signed Licensing Deal March 13
- Potential Strengths
  - 5F Profile
- Potential Weaknesses
  - Tilting an Issue
  - Possibility of Guidewire Entrapment
- Performance Similar to that of Gunther-Tulip
- 14 – 107 Day Retrievals OUS
- U.S. Clinical Trial in Process
  - Reports of Tilting
  - Retrieval Issues
  - Reports of 14 - 107 Day Indwell
  - Enrollment Complete Q2 2008
- U.S. Release Late 2008

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

- Something of a threat, low profile
- Gregg Pichler less than 50% success rate 3 weeks
- Made like TrapEase
- Tilting problem
- Venbrooks speaker
- US AIM/VEITH, 20 days mean, 6-175 days, paper at SIR
- Abbott, BSCI, Terumo
- Hooks twist, torquing cava

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



**SafeFlo™ Filter – Raphael Medical**

26

- Nitinol Construction
- 7F Retrieval System
- Potential Strengths
  - Low Profile
- Potential Weaknesses
  - User confusion - 3 sizes & 2 retrieval devices)
  - No anchoring mechanism – design depends on radial strength for migration resistance
  - Possibility of caval occlusion
  - Retrieval difficulty
- OUS Studies Demonstrate Retrievability up to 12 Days
- U.S. Clinical Trial in Process at 2 Institutions in New York
- Release Uncertain

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

• 3 sizes, wrong size chosen, downside of 3 different sized filters, too small embolus, too large perf,

• No fixation just radial force

• Flat filter with wires

• What is issue with flat filter element??? Occlusion.

• Eggbeater retrieval device… Raphael Medical characterize it like a eggbeater

• Heard FDA had issues with trial

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

## List Prices

27

| | |
|---|---|
| OptEase | $1,695 / $1,795 |
| Celect | $1,395 / $1,300 |
| G2 | $1,395 |
| SS Greenfield | $1,199 |
| TrapEase | $1,195 / $1,295 |
| Gunther-Tulip | $1,125 |
| Vena Tech LP | $1,085 |
| Ti Greenfield | $1,099 |
| Bird's Nest | $1,049 |
| Simon Nitinol | $1,035 |
| Vena Tech | $895 / $995 |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

28

# EVEREST Commercialization

## FDA concurrence Jan 15

## Field communication

- – IFU available 1/18
- – Informational Webcast for Sales - Jan 21

## Abstract presentation at SIR - Mar 15



CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622889

932.028

29

# G2 EXPRESS™ Filter

- **Situation/Problem**
  - **Currently available optional filters are**
    - · Easy to retrieve but limited retrieval window
    - · Long retrieval window, but difficult to retrieve
- **Implications**
  - **Difficult retrievals lead to**
    - · Increased procedure time
    - · Failed retrievals
    - · Possible adverse events
  - **Filters become permanent**
    - · Increased likelihood of DVT long term*

*Decousus, et al, NEJM, Dec 1998
CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

Speak to leveraging new indication to better meet customer needs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1



# G2 EXPRESS™ Filter

### Solution
– Add snare tip to the G2® Filter

### Status/Action Plan
– DV & V Phase
– Submit Special 510(K) - March
– Introduce at SIR

*G2 EXPRESS*

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622891

932.030

31

# G2 EXPRESS™ Delivery System

- **Situation/Problem**
  - **Currently available optional filters are**
    - **Easy to use but have limited retrieval window**
    - **Long retrieval window, but difficult to use**
      - Lack patient implant card insert
      - Requires non-standard sheath/dilator
      - Bleeding at sheath hub
      - Require additional catheter & procedure to size vena cava

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622892
932.031

32

# G2 EXPRESS™ Delivery System

## Implications

- Difficult deployments lead to
  - Increased procedure time
  - Possible adverse events
- Extra time/confusion associated with searching for patient implant card
- Additional cost incurred if sheath is used but delivery system is not

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622893

932.032

33

# G2 EXPRESS™ Delivery System

## Solution
- **Optimize delivery systems**
  - **Femoral**
    - Add hemostasis valve
    - Add sidearm port for injection
    - Heat-formed tungsten radiopaque tip
  - **Jugular & Femoral**
    - Add caval sizing capability
- **Provide sheath/dilator kits as end item**
- **Include patient implant card in product package**

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

34

# G2 EXPRESS™ Optimization

## Status/Action Plan
- DV & V Phase
- Submit Special 510(K) after G2 EXPRESS™
- Launch at Summer Sales Meeting

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622895

932.034

35

# G3 Filter System

## Situation/Problem
- Physicians select patients based on risk/benefit tradeoff
- Filters can have significant AEs

## Implication
- Some patients who could benefit from a filter go unprotected

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622896

932.035

36

# G3 Filter System

- **Solution**
  - **Design filter with minimal complications**
    - **Caudal migration resistance**
    - **Tilt resistance (long-term)**
    - **Reduced penetrations**
    - **Fracture resistance**
- **Status/Action Plan**
  - **Concept Phase**
  - **12 wk feasibility animal study**
    - **unexpected vena cava penetrations**
  - **Dual path approach**
    - **Understand animal data to improve bench testing models**
    - **Design modifications**

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

37

# Desirable Attributes of an "Ideal" IVC Filter*

- ☑ Non-thrombogenic, infinite implant lifetime performance
- ☑ High filtering efficiency with no impedance of flow
- ☑ MR compatible
- ☑ Low access-site thrombosis
- ☑ Retrievable
- ☑ Ease of percutaneous insertion/retrieval
  - ☑ Small caliber delivery system
  - ☑ Release mechanism simple and controlled
  - ☑ Easy retrieval method
- ☑ Secure fixation within IVC

*Kinney, TB (2003), "Update on IVC Filters," JVIR, 14 (April), 425 – 440.

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

38

# Filter NPD Update

| Program Update | September Plan | March Plan |
|---|---|---|
| EVEREST | Q1/Q2 '08 | Jan '08 |
| G2 Express | Q2 '08 | Q2 '08 |
| G2 Express Filter | Q2 '08 | 4/15/08 |
| G2EX Delivery System | Q2 '08 | Q2 '08 |
| G3 Filter | H1 2010 | TBD |

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1

BPVE-01-00622899

932.038

## Simon Nitinol Filter



- First Nitinol Vascular Implant
- First Bi-Level Filter
- First Low-Profile 7F ID Delivery System
  - Indicated for R/L Femoral, Jugular, Subclavian and Antecubital Access
- Released in 1990 with Over 17 Years of Proven Efficacy
- Implanted in over 150,000 patients

CONFIDENTIAL: This document contains information that is confidential and proprietary property of C.R. Bard, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
LMD1