# EXHIBIT A

| | Recovery Filter (RF048F) | G2 | G2 Express/G2X | Eclipse | Meridian | Denali | RF048 Rate | G2 Rate | G2 Express/G2X Rate | Eclipse Rate | Meridian | Denali Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales (thru to Dec'16) | 32,312 | 130,574 | 50,383 | 66,563 | 44,026 | 119,681 | | | | | | |
| Fracture | 270 | 312 | 107 | 110 | 131 | 54 | 0.84% | 0.24% | 0.21% | 0.17% | 0.30% | 0.05% |
| Migration | 93 | 207 | 55 | 50 | 16 | 21 | 0.29% | 0.16% | 0.11% | 0.08% | 0.04% | 0.02% |
| Perforation | 96 | 316 | 91 | 101 | 15 | 17 | 0.30% | 0.24% | 0.18% | 0.15% | 0.03% | 0.01% |
| PE | 26 | 33 | 14 | 10 | 8 | 13 | 0.08% | 0.03% | 0.03% | 0.02% | 0.02% | 0.01% |
| PE (w/death) | 9 | 7 | 3 | 2 | 3 | 0 | 0.03% | 0.01% | 0.01% | 0.00% | 0.01% | 0.00% |
| Tilt | 79 | 320 | 114 | 127 | 43 | 86 | 0.24% | 0.25% | 0.23% | 0.19% | 0.10% | 0.07% |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BPV-17-01-00261741

5874.0001