# EXHIBIT C

March 20, 2018 - P.M.

1       **UNITED STATES DISTRICT COURT**

2       **FOR THE DISTRICT OF ARIZONA**

3       _____

4

5  **In re:  Bard IVC Filters,**            )
   **Products Liability Litigation**        )
                                            )
6                                           )
                                            ) MD-15-02641-PHX-DGC
7  _____ )
   **Sherr-Una Booker, an individual,**     )
8                                           ) Phoenix, Arizona
                      Plaintiff,            ) March 20, 2018
9                v.                         ) 12:59 p.m.
                                            )
10 **C.R. Bard, Inc., a New Jersey**        )
   **corporation; and Bard Peripheral**     ) CV-16-00474-PHX-DGC
11 **Vascular, Inc., an Arizona**           )
   **corporation,**                         )
12                                          )
                      Defendants.           )
13 _____ )

14

15         **BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE**

16              <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

17                      <u>**JURY TRIAL - DAY 4 P.M.**</u>

18                      (Pages 780 through 899)

19

20
   Official Court Reporter:
21 **Elaine Cropper, RDR, CRR, CCP**
   Sandra Day O'Connor U.S. Courthouse
22 401 West Washington Street
   Suite 312, SPC 35
23 Phoenix, Arizona  85003-2150
   (602) 322-7245
24
   Proceedings Reported by Stenographic Court Reporter
25 Transcript Prepared by Computer-Aided Transcription

United States District Court

| | | |
|---|---|---|
| 1 | Q.   Okay.  Let's assume for a moment that that is doubled to | 02:47:37 |
| 2 | 112. | |
| 3 | A.   And where are you getting that number? | |
| 4 | Q.   Just a 100 percent increase for the sake of argument. | |
| 5 | A.   Okay.  I've seen worse than that.  I mean, I've seen | 02:47:55 |
| 6 | numbers where the percent that is reported is approximately one | |
| 7 | to two percent. | |
| 8 | Q.   Have you not also seen reports that show it at much more | |
| 9 | also? | |
| 10 | A.   No, I haven't but they may exist. | 02:48:17 |
| 11 | Q.   And you are not an epidemiologist? | |
| 12 | A.   I am not. | |
| 13 | Q.   And you have not been trained in that field? | |
| 14 | A.   No, I am not a trained epidemiologist. | |
| 15 | Q.   So let's just assume for the sake of argument 100 percent | 02:48:29 |
| 16 | increase and let's say that Bard had received as of this point | |
| 17 | 112 as opposed to 56 reports of adverse events, so that would | |
| 18 | be our numerator; correct? | |
| 19 | A.   Yes. | |
| 20 | Q.   So the numerator would be 112 adverse events.  And based | 02:48:52 |
| 21 | upon what you were telling us earlier or what we were computing | |
| 22 | earlier, let's do a reduced number for the denominator.  That | |
| 23 | would be the denominator; correct? | |
| 24 | A.   Sure. | |
| 25 | Q.   What sort of rate does that come up with?  Can you do that | 02:49:23 |