# EXHIBIT H

Douglas J. Uelmen, Jr.

Page 1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO
EAST COUNTY REGIONAL CENTER

MARY GIORDANO, individually
and on behalf of the Estate of
JACQUELINE KEITH and other
qualified survivors,
                Plaintiffs,

vs.

Case No.
37-2011-
00069363-
CU-PO-EC

C.R. BARD, INC., a corporation,
BARD PERIPHERAL VASCULAR, INC., a
corporation, THOMAS BRANNIGAN,
M.D., an individual, FRANKLIN
KALMAR, M.D., an individual, JULIE
LAIDIG, M.D., an individual, SHARP
GROSSMONT HOSPITAL, a corporation,
SHARP HEALTHCARE, a corporation,
and DOES 1 through 100 inclusive,

                Defendants.
_____/


VIDEOTAPED DEPOSITION OF
DOUGLAS J. UELMEN, JR.
VOLUME 1
October 4, 2013

REPORTED BY:  LANCE A. BOARDMAN
- - -
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Douglas J. Uelmen, Jr.

Page 2

1

2              Transcript of the videotaped

3    deposition of DOUGLAS J. UELMEN, JR., Volume

4    1, taken pursuant to Notice, before Lance A.

5    Boardman, a Shorthand Reporter and Notary

6    Public in and for the State of Ohio, at the

7    Courtyard Marriott Hotel, 24901 Country Club

8    Drive, North Olmsted, Ohio 44070, on Friday,

9    October 4, 2013, commencing at 9:33 a.m.

10                     - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Douglas J. Uelmen, Jr.

```
                                                        Page 3
 1    A P P E A R A N C E S :
 2
      LOPEZ McHUGH, LLP
 3    BY:   TROY A. BRENES, ESQUIRE
            RAMON R. LOPEZ, ESQUIRE (Via Telephone)
 4    100 Bayview Circle, Suite 5600
      Newport Beach, California 92660
 5    949.737.1501
      tbrenes@lopezmchugh.com
 6    rlopez@lopezmchugh.com
      Representing Plaintiffs
 7
 8
      KARON & DALIMONTE, LLP
 9    BY:   JOHN A. DALIMONTE, ESQUIRE
      85 Devonshire Street, Suite 1000
10    Boston, Massachusetts 02109
      617.367.3311
11    johndalimonte@kdlaw.net
      Representing Plaintiffs
12    (Via Telephone)
13
14    BABBITT, JOHNSON, OSBORNE & Le CLAINCHE, PA
      BY:   JOSEPH R. JOHNSON, ESQUIRE
15    1641 Worthington Road, Suite 100
      West Palm Beach, Florida 33409
16    561.684.2500
      jjohnson@babbitt-johnson.com
17    Representing Plaintiffs
      (Via Telephone)
18
19
      NELSON MULLINS RILEY & SCARBOROUGH LLP
20    BY:   TAYLOR TAPLEY DALY, ESQUIRE
      Atlantic Station
21    201 17th Street NW, Suite 1700
      Atlanta, Georgia 30363
22    404.322.6156
      taylor.daly@nelsonmullins.com
23    Representing the Bard Defendants
24
```

Douglas J. Uelmen, Jr.

Page 4

```
 1    A P P E A R A N C E S (CONT'D):
 2
      LaFOLLETTE JOHNSON DeHAAS FESLER & AMES
 3    BY:   N. BEN CRAMER, ESQUIRE
      501 West Broadway, Suite 800
 4    San Diego, California 92101
      619.400.4977
 5    bcramer@ljdfa.com
      Representing Defendant Dr. Kalmar
 6    (Via Telephone)
 7
      NEIL, DYMOTT, FRANK, McFALL & TREXLER APLC
 8    BY:   ALAN B. GRAVES, ESQUIRE
      1010 Second Avenue, Suite 2500
 9    San Diego, California 92101-4959
      619.238.1712
10    agraves@neil-dymott.com
      Representing Defendant Dr. Laidig
11    (Via Telephone)
12
13    VIDEOGRAPHER:
14          STEVEN NEDRICH,
            Golkow Technologies, Inc.
15
16
17
18
19
20
21
22
23
24
```

Douglas J. Uelmen, Jr.

Page 5

1                          I N D E X
                  DOUGLAS J. UELMEN, JR.
2                    October 4, 2013

3

4    Examination By                          Page
5    Mr. Brenes - Cross                         10
     Mr. Graves - Cross                        391
6    Mr. Cramer - Cross                        392
     Mr. Dalimonte - Cross                     394

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Douglas J. Uelmen, Jr.

Page 326

1              Yes.

2        Q.    Okay.  So according to Bard's

3   own policy and procedure, the Recovery

4   Filter -- the risk of the Recovery Filter was

5   unacceptable, and it must be corrected as of

6   November 2004 -- or December 2004, correct?

7        A.    Yes.

8        Q.    Okay.  Did Bard take the device

9   off the market as of December 2004?

10       A.    No.

11       Q.    Do you agree with me that this

12  policy and procedure require that Bard do

13  that?

14       A.    Says to be corrected, not to be

15  taken off the market.

16       Q.    Okay.  What does "corrected"

17  mean?  Means correct the design risk, right?

18             MS. DALY:  Object to the form.

19       A.    It means correct the issue.

20       Q.    Okay.  And in this case we know

21  the issue is that this device is migrating

22  and killing people.

23             And so did Bard start

24  correcting the issue as of December of 2004?

Douglas J. Uelmen, Jr.

Page 407

```
 1                    CERTIFICATE
 2
 3           I, LANCE A. BOARDMAN, Shorthand
     Reporter and Notary Public within and for the
 4   State of Ohio, do hereby certify that prior
     to the commencement of the examination,
 5   Douglas J. Uelmen, Jr., was duly sworn by me
     to testify to the truth, the whole truth, and
 6   nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place, and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
17   _____
          LANCE A. BOARDMAN
18
19
     Notary Public in and for the
20   State of Ohio, County of Knox
     My Commission Expires:  July 30, 2016
21
     Dated:  January 5, 2014
22
23
24
```