# Exhibit A

```
              UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF ARIZONA
                 _____

 In Re: Bard IVC Filters           )  MD-15-02641-PHX-DGC
 Products Liability Litigation     )
                                   )  Phoenix, Arizona
                                   )  May 15, 2018
 _____)
 Doris Jones, an individual,       )
                                   )
                  Plaintiff,       )
                                   )  CV-16-00782-PHX-DGC
       v.                          )
                                   )
 C.R. Bard, Inc., a New Jersey     )
 corporation; and Bard Peripheral  )
 Vascular, Inc., an Arizona        )
 corporation,                      )
                                   )
                  Defendants.      )
 _____)


       BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                 TRIAL DAY 1 - A.M. SESSION

                     (Pages 1 - 124)




 Official Court Reporter:
 Patricia Lyons, RMR, CRR
 Sandra Day O'Connor U.S. Courthouse, Ste. 312
 401 West Washington Street, SPC 41
 Phoenix, Arizona   85003-2150
 (602) 322-7257

 Proceedings Reported by Stenographic Court Reporter
 Transcript Prepared with Computer-Aided Transcription
```

09:02:11  1   A   Yes.
          2   Q   Based on your 20-plus years of experience working with IVC
          3   filters, do you consider the Simon Nitinol filter a reasonable
          4   alternative for a patient who would customarily receive a
09:02:21  5   retrievable filter?
          6   A   No.
          7   Q   And why is that?
          8   A   Because it's not retrievable.
          9   Q   In your experience, what are the types of patients who
09:02:30 10   typically receive a permanent filter or the Simon Nitinol
         11   filter?
         12   A   Nowadays they'd be much older patients who may not have a
         13   long life expectancy.  They might be terminal in their
         14   disease and really have no chance at any time of potentially
09:02:50 15   needing the filter removed.
         16   Q   Does Bard still sell the Simon Nitinol filter in the
         17   United States?
         18   A   No, we don't.
         19   Q   And why did Bard stop selling that filter?
09:03:02 20   A   The -- it didn't sell very well.
         21          MR. NORTH:  If we could bring up Exhibit 7900,
         22   please.
         23   BY MR. NORTH:
         24   Q   Do you recognize this exhibit, Mr. Carr?
09:03:17 25   A   Yes.

09:03:18  1  Q   What is this?

2  A   It's the sales from 2002 to through September of 2016 of

3  our retrievable filters and the Simon Nitinol filter.

4  Q   And was this prepared at Bard as part of the business?

09:03:34  5  A   Yes.

6             MR. NORTH:  Your Honor, at this time we would tender

7  Exhibit 7900.

8             MR. O'CONNOR:  No objection, Your Honor.

9             THE COURT:  Admitted.

09:51:03 10        (Exhibit 7900 admitted.)

11             MR. NORTH:  Could we display, Your Honor?

12             THE COURT:  Yes.

13  BY MR. NORTH:

14  Q   And does this demonstrate the low sales of the

09:03:51 15  Simon Nitinol filter as compared to Bard's retrievable filters

16  over this 15-years or 14-year period?

17  A   Yes, it does.

18  Q   Now, in your experience, why were Simon Nitinol filters

19  sales so low compared to the sales of the retrievable filters?

09:04:11 20  A   Because the reality of it is, is the retrievable filters

21  are permanent, and if you could put a filter in that could

22  potentially be removed, because you don't always know if a

23  patient will need a filter forever, why wouldn't you do that.

24  And the Simon Nitinol filter had some nuances to it, if you

09:04:34 25  will, from a delivery point of view.  And it was seen as old.

11:03:49  1  spent the better part of the three-week trial trying to
          2  promote to you the Simon Nitinol filter as a far superior
          3  filter to any of the retrievable filters and as a viable
          4  alternative that should have been implanted in patients like
11:04:04  5  Mrs. Jones.
          6        But what did the evidence say in that regard?  The
          7  evidence showed that her doctor, Dr. Avino, wanted to implant
          8  a retrievable filter.  If that's the case, the Simon Nitinol
          9  filter is not a candidate.
11:04:26 10        You heard the testimony yesterday of Dr. Scott
         11  Trerotola from the University of Pennsylvania.  He said the
         12  folks in his practice call it is Simon frightenol.
         13        You heard the testimony of Dr. Christopher Morris, an
         14  interventional radiologist with a long history of use of all
11:04:48 15  sorts of filters.  And he said that contrary to what the
         16  plaintiffs have claimed in this courtroom, there are a number
         17  of complications that have been associated with the
         18  Simon Nitinol filter.
         19        What is the clearest evidence, though, of why the
11:05:00 20  Simon Nitinol filter is not at issue and is not a viable
         21  alternative?  I would submit it's the chart we showed you
         22  yesterday morning with Mr. Rob Carr, showing the sales over
         23  the last 13 years.  The red line are Bard's retrievable
         24  filters.  The blue line the is Simon Nitinol filter.  The fact
11:05:25 25  of the matter is that doctors in this country, just like

11:05:29    1   Mrs. Jones' doctor, Dr. Avino, do not want to implant
            2   permanent filters.  They want retrievable filters.  And
            3   because of that, the Simon Nitinol filter became a dinosaur.
            4   It's no longer on the market for that reason.
11:05:44    5            In today's medical world, an old permanent filter
            6   like the Simon Nitinol filter is not a viable alternative.
            7            Ladies and gentlemen, I would submit that another
            8   thing that is not at issue in this case is the FDA warning
            9   letter.  I am really glad that you got to see this letter
11:06:08   10   because I think it disproves what we have heard from the
           11   plaintiffs throughout this case.  They tell that you the FDA
           12   clearance process is simply an honor system.  They try to make
           13   it sound like the FDA just rubber-stamps these applications,
           14   contrary to all the evidence that shows to the contrary.
11:06:32   15            What did the warning letter show you?  And the
           16   testimony of Mr. Modra?  Bard Peripheral Vascular has been
           17   inspected four times by the FDA on routine inspections in the
           18   last decade alone.  Every aspect of the company.
           19            You saw yesterday where Mr. Modra explained when the
11:06:55   20   FDA inspectors came, they want to see the design files for
           21   these filters and other devices.  They're looking at complaint
           22   handling.  They're looking at everything.
           23            This is not an honor system.  This is an agency
           24   proactively keeping track of medical device manufacturers.
11:07:14   25   Bard and all the others.