# Exhibit B



SNF vs. Retrievable Filter Sales

Data: BPV-17-01-00261495

7900.0001