Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFF'S MOTION *IN LIMINE* NO. 6: SOCIAL SECURITY DISABILITY BENEFITS WHICH ARE BARRED BY WISCONSIN'S COLLATERAL SOURCE RULE**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Tinlin Bellwether Case)**<br><br>Oral Arguments Requested |

**MEMORANDUM OF LAW IN SUPPORT**

Plaintiffs by and through counsel undersigned and pursuant to Fed. R. Evid. 402 and 403 and legal authority regarding Wisconsin's collateral source rule, respectfully move the Court for an order *in limine* precluding evidence, testimony, statements or arguments of Plaintiff's social security disability benefits or applications to obtain such benefits which are barred by Wisconsin's collateral source rule. Plaintiffs anticipate that in argument or statements to the jury or in questions to witnesses, Defendants may attempt to elicit information regarding social security disability benefits applied for and/or received by Debra Tinlin. However, as discussed below, such evidence is barred by the collateral source

rule.

The collateral source rule is considered to serve both as a rule of evidence and as a rule of damages. See *Leitinger v. DBart, Inc.*, 302 Wis. 2d 110, 736 N.W.2d 1. As a rule of evidence, the collateral source rule bars the admission of evidence that the plaintiff received benefits from a collateral source as compensation for any part of the loss. *Lettinger, 736 N.W.2d at 9.* As a rule of damages, "an award of damages cannot be limited to or reduced by a collateral source payment." *Id.* Accordingly, the traditional form of the rule has prevented the subtraction of benefits received from a collateral source including health insurance, federal medical programs, worker's compensation payments, welfare benefits, and even gratuitous benefits from a plaintiff's damage award. *Id.*

Examples of objectionable testimony sought by Plaintiffs to be excluded include deposition testimony of Plaintiff's neurologist, Heather Stanko, M.D. Dr. Stanko was questioned about a letter she wrote on Plaintiff's behalf in of support of an application for Social Security permanent disability benefits. Exhibit A, Deposition of Heather Stanko, M.D. dated January 22, 2019, 40:13-41:5 and 69:11-16. In addition, attached hereto as Exhibits B and C are correspondence dated June 8, 2005 from Dr. Stanko and an interoffice phone message to Dr. Stanko regarding Plaintiff's request for a letter to support an application for disability benefits dated June 3, 2005, attached hereto as Exhibit 3. Both Exhibits were attached to the Deposition of Heather Stanko, M.D.

These documents as well as testimony, arguments or statements are inadmissible pursuant to Wisconsin's collateral source rule. For reasons set forth herein, Plaintiffs respectfully request the Court for an order in limine that is supported by Fed. R. Evid. 402 and 403 and legal authority regarding Wisconsin's collateral source rule.

1     RESPECTFULLY SUBMITTED this 29th day of March, 2019.

                                        BEUS GILBERT, PLLC

                                  By:*/s/ Mark S. O'Connor*  
                                          Mark S. O'Connor (011029)  
                                          701 N.44th St.  
                                          Phoenix AZ 85008

                                          LOPEZ McHUGH LLP  
                                          Ramon Rossi Lopez (CA Bar No. 86361)  
                                          (admitted *pro hac vice*)  
                                          100 Bayview Circle, Suite 5600  
                                          Newport Beach, California 92660

                                        *Co-Lead/Liaison Counsel for Plaintiffs*

394724.1                      - 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Jessica Gallentine*