Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFF TINLIN'S MOTION TO SEAL REGARDING EXHIBITS TO PLAINTIFF'S MOTION *IN LIMINE*** |

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiff moves this Court for an Order sealing the exhibits to Plaintiff Tinlin's Motion *In Limine* No. 6 and the corresponding Order, attached. The exhibits to Plaintiff's Motion *in Limine* No. 6 contain personal healthcare information regarding the Plaintiff that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure.

Plaintiff's personal healthcare information is protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160, 164(A) & (E), as well as several state-law privileges. The knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6. This Court has already granted the

filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions. [*See* Doc. 4366].

Accordingly, Plaintiff requests the Court order the exhibits to Plaintiff Tinlin's Motion *In Limine* No. 6 be sealed pending final determination of confidentiality.

RESPECTFULLY SUBMITTED this 29th day of March, 2019.

        BEUS GILBERT, PLLC

By:*/s/ Mark S. O'Connor*
    Mark S. O'Connor (011029)
    701 N.44th St.
    Phoenix AZ 85008

    LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

    *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                            */s/Jessica Gallentine*