Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019
*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC <br><br> **PLAINTIFF'S NOTICE OF LODGING CERTAIN DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 2 AND 4** |

Pursuant to LRCiv 5.6(d), Plaintiff submits this Notice of Lodging Certain Documents Under Seal regarding Plaintiff's Response to Defendants' Brief Regarding Reconsideration of Issues Decided in the *Booker* Matter.

Plaintiff provides notice that, pursuant to LRCiv 5.6(d), she has lodged with the Court the documents listed on Exhibit A to this Notice.

Defendants contend that the documents listed in Exhibit A are confidential and should be filed under seal.  As required under LRCiv 5.6(d), Plaintiff certifies that on March 29, 2019, the parties met and conferred in good faith and were unable to agree about whether the documents are confidential under the Protective Order and should be filed under seal.  Plaintiff does not believe that the disputed documents warrant continued confidential treatment as proprietary or sensitive trade secret information.

This dispute notwithstanding, the parties have agreed to continue to meet and confer on the documents at issue.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 29th day of March, 2019. |
| 2 | BEUS GILBERT, PLLC |
| 3 | By:*/s/ Mark S. O'Connor* |
| 4 | Mark S. O'Connor (011029)<br>701 N.44th St.<br>Phoenix AZ 85008 |
| 5 | |
| 6 | LOPEZ McHUGH LLP<br>Ramon Rossi Lopez (CA Bar No. 86361) |
| 7 | (admitted *pro hac vice*)<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660 |
| 8 | |
| 9 | *Co-Lead/Liaison Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 29th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

            */s/Jessica Gallentine*

**EXHIBIT A**

Ex. C to Plaintiff's Motion *in Limine* No. 2: Vena Cava Size

Ex. D to Plaintiff's Motion *in Limine* No. 4: Bard's Internal Rates Based on Reporting Rates of Filter Complications