1

Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

2

3

4

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

5

6

7

*Co-Lead/Liaison Counsel for Plaintiffs*

8

9                  UNITED STATES DISTRICT COURT

10                   FOR THE DISTRICT OF ARIZONA

11

12

In Re Bard IVC Filters Products
Liability Litigation

No. MD-15-02641-PHX-DGC

13

14

15

16

17

**PLAINTIFFS' AMENDED MOTION
TO SEAL CERTAIN EXHIBITS TO
PLAINTIFF'S RESPONSE IN
OPPOSITION TO MOTION FOR
SUMMARY JUDGMENT**

18

19

20

21

22

23

24

25

26

27

28

        Pursuant to Case Management Order No. 42 (Doc. 16343), and in accordance with

Section 25 of the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure

26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs hereby move this Court for an Order

sealing unredacted versions of Exhibits 2 and 3 to Plaintiffs' Supplemental Statement of

Facts in Opposition to Bard's Motion for Summary Judgment ("SSOF").  Plaintiffs

previously requested that all exhibits to the SSOF, along with Plaintiffs' accompanying

Controverting Statement of Facts and exhibits thereto, and their unredacted brief in

opposition to Bard's summary judgment motion, be filed under seal.  This Court directed

the parties to re-file motions to seal, this time addressing the standard set out in *Kamakana

v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  *Kamakana* holds

1   that "a party seeking to seal a judicial record . . . must articulate compelling reasons

2   supported by specific factual findings . . . that outweigh the general history of access and

3   the public policies favoring disclosure." *Id*. at 1178–79 (citation omitted).

4        Plaintiffs propose to redact only certain personal identifying information from

5   these two documents, including Mrs. Tinlin's social security number, full date of birth,

6   and account numbers.  Courts routinely shield personal identifying information such as

7   this from disclosure.  *See, e.g., FreeLife Int'l, Inc. v. Am. Educ. Music Publications Inc*.,

8   No. CV07-2210-PHXDGC, 2009 WL 3241795, at \*12 (D. Ariz. Oct. 1, 2009)

9   (acknowledging the "modern risks of identity theft" and granting motion to seal exhibit

10  including a social security number).  *Kamakana* itself affirmed the finding of the lower

11  court that home addresses and social security numbers met the "compelling reason"

12  standard.  447 F.3d at 1182.  Federal Rule of Civil Procedure 5.2 also directs the redaction

13  of birth years and full social numbers.  *See* Fed. R. Civ. P. 5.2(a).

14       The parties have met and conferred and agree that these two exhibits only should

15  be filed and maintained under seal.  Accordingly, Plaintiffs respectfully request that the

16  Court permit unredacted versions of these two documents to remain under seal, while

17  redacted versions can be placed on the public docket.

18       RESPECTFULLY SUBMITTED this 29th day of March, 2019.

19                                          BEUS GILBERT, PLLC

20

21                                          By:*/s/ Mark S. O'Connor*
                                                Mark S. O'Connor (011029)
22                                              701 N.44th St.
                                                Phoenix AZ 85008
23
                                                LOPEZ McHUGH LLP
24                                              Ramon Rossi Lopez (CA Bar No. 86361)
                                                (admitted *pro hac vice*)
25                                              100 Bayview Circle, Suite 5600
                                                Newport Beach, California 92660
26
                                                *Co-Lead/Liaison Counsel for Plaintiffs*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


_/s/ Jessica Gallentine_