IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>**Susan M.Yourkawitch**<br><br>Case No. 19-cv-02051-DGC | )No. MD-15-02641-PHX-DGC<br>)<br>)**MOTION TO WITHDRAW RICHARD**<br>)**J. SERPE AS ATTORNEY OF RECORD**<br>)<br>) |

Comes now Plaintiff, Susan M. Yourkawitch, in the above referenced action moves that Richard J. Serpe and the Law Offices of Richard J. Serpe, P.C. be withdrawn as attorney of record in this action.

This request is made on the ground that Richard J. Serpe is not admitted to practice in this District and will not be submitting a *pro hac vice* application to be admitted.

Richard S. Lewis and Steven Rotman of the law firm of Hausfeld will continue as counsel of record for Plaintiff, Susan M. Yourkawitch.

Plaintiff therefore respectfully requests that this court grant the request to withdraw Richard J. Serpe of the Law Offices of Richard J. Serpe as attorney of record and allow Richard S. Lewis and Steven Rotman of Hausfeld, LLP to continue to represent her in further proceedings.

RESPECTFULLY SUBMITTED April 1, 2019.

By:   */s/ Richard S. Lewis*

Richard S. Lewis

Steven Rotman

|   |   |
|---|---|
| 1 | HAUSFELD LLP |
| 2 | 1700 K Street NW, Suite 650 |
| 3 | Washington, DC 20006 |
| 4 | Telephone: (202) 540-7200 |
| 5 | Facsimile: (202) 540-7201 |
| 6 | Email: rslewis@hausfeld.com |
| 7 | srotman@hausfeld.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Richard S. Lewis*
Richard S. Lewis

2