IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>**Susan M. Yourkawitch**<br><br>Case No. 19-cv-02051-DGC | ) No. MD-15-02641-PHX-DGC<br>)<br>) **ORDER PERMITTING MOTION TO**<br>) **WITHDRAW COUNSEL RICHARD J.**<br>) **SERPE AS ATTORNEY OF RECORD**<br>) |

     Considering the Motion to Withdraw Richard J. Serpe as Attorney of Record, IT IS ORDERED that the withdrawal of counsel is GRANTED. Richard J. Serpe is hereby withdrawn from this case.

     Entered _____ day of _____, 2019 into the United States District Court of Arizona.

_____

HONORABLE DISTRICT JUDGE DAVID G. CAMPBELL