IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC |

This Document Relates to Plaintiff:
    SONDRA KWIETNEWSKI
    2:18-cv-01007-DGC

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SONDRA KWIETNEWSKI and Defendants, C.R. BARD, INC. and BARD PERIPHERAL, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs.

Dated: April 1, 2019.  Respectfully submitted,

    /s/ Ben C. Martin
    Ben C. Martin, Bar No. 13052400
    Thomas Wm. Arbon, Bar No. 01284275
    **THE LAW OFFICE OF BEN C. MARTIN**
    3710 Rawlins Street, Suite 1230
    Dallas, TX 75219
    Telephone: (214) 761-6614
    Facsimile: (214) 744-7590
    bmartin@bencmartin.com
    tarbon@bencmartin.com

    *Attorneys for Plaintiff Sondra Kwietnewski*

AND

    /s/ Sanjay Ghosh
    Richard B. North, Jr, Bar No. 545599
    Matthew Lerner, Bar No. 0548618

1

> Sanjay Ghosh, Bar No. 141611
> **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
> 201 17TH Street NW, Suite 1700
> Atlanta, Georgia 30363
> Telephone: (404) 322-6000
> Facsimile: (404) 422-6000
> richard.north@nelsonmullins.com
> matthew.lerner@nelsonmullins.com
> sanjay.ghosh@nelsonmullins.com
>
> ***Attorney for the Bard Defendants***

## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

> */s/ Ben C. Martin*
> Ben C. Martin

2