IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff:<br>    SONDRA KWIETNEWSKI<br>    2:18-cv-01007-DGC | |

**ORDER ON THE PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Considering the parties' Stipulation of Dismissal Without Prejudice of Sondra Kwietnewski.  IT IS HEREBY,

ORDERED that all claims of Plaintiff Sondra Kwietnewski against Defendants C.R. Bard, Inc. and Bard Peripheral are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2019.

_____
Honorable David G. Campbell
United States District Court Judge