William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone:   (214) 890-1000
Facsimile:    (214) 890-1010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | MDL No. 2:15-MD-02641-PHX-DGC |
| *ANTAY TRIGG* | Civil Action No. 2:18-cv-00782-DGC |
| *Plaintiff,* | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. BARD AND BARD PERIPHERAL VASCULAR, INC. | |
| *Defendants.* | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Antay Trigg, and Defendants, C.R. Bard and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

The voluntary dismissal will only apply to docket number 2:18-cv-00782-DGC and will not have any effect on any other cases filed in regard to Plaintiff Antay Trigg with different docket numbers.

Dated this 28th day of March, 2019.

Respectfully submitted,

  */s/ William B. Curtis*
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

  */s/ Richard B. North*
Richard B. North, Jr., GA Bar #545599
Nelson Mullins Riley & Scarborogh, LLP
2017 17th St. NW, Suite 1700
Atlanta, GA 30363
Tel: 404-322-6000
Fax: 404-322-6050
Richard.north@nelsonmullins.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

  */s/ William Curtis*
WILLIAM CURTIS