IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Jennifer LaRoche and Joseph LaRoche<br>Civil Case # 2:18-cv-02168-PHX-DGC | No. MDL-15-02641-DGC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for:

Plaintiffs Jennifer LaRoche and Joseph LaRoche.

DATED: April 2, 2019.

                                          Respectfully submitted,

                                          */s/ Matthew D. Schultz*
                                          Matthew D. Schultz, Esq., FL Bar # 640328
                                          Levin, Papantonio, Thomas, Mitchell,
                                            Rafferty & Proctor, P.A.
                                            P.O. Box 12308 (32591-2308)
                                            316 S. Baylen St., Suite 600
                                            Pensacola, Florida 32502
                                            mschultz@levinlaw.com
                                            (850) 435-7140
                                            (850) 435-7020 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)