**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Joan Bockenstedt<br><br>Civil Action No.:  2:18-cv-02234-DGC | No. 2:15-MD-02641-PHX-DGC |

## MOTION FOR SUBSTITUTION OF COUNSEL

Counsel moves this Court for an Order substituting David P. Matthews of Matthews & Associates and Richard Freese of Freese & Goss, PLLC, for Arati C. Furness and Matthew Ryan McCarley of Fears Nachawati, PLLC.

1. Plaintiff Joan Bockenstedt, requests that she be represented by David P. Matthews of Matthews & Associates and Richard Freese of Freese & Goss, PLLC (See the Consent Orders Granting Substitution of Attorney, attached hereto as Exhibit A and B).

2. Arati C. Furness and Matthew Ryan McCarley of Fears Nachawati, PLLC consent to this substitution (See the Consent Orders Granting Substitution of Attorney, attached hereto as Exhibit A and B).

3. Based on the foregoing, Joan Bockenstedt requests that this Court grant her request for substitution of David P. Matthews of Matthews & Associates and Richard Freese of Freese & Goss, PLLC in this action.

Date:  April 2, 2019

Respectfully submitted,

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
David P. Matthews
(TX SBN: 13206200)
2905 Sackett St.
Houston, TX 77098

**FREESE & GOSS, PLLC**
Richard Freese
(AL SBN: 96879-E67R)
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews

-2-