AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Arizona_____

Joan Bockenstedt

Plaintiff(s),

V.

C R Bard Incorporated et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-02234-DGC

Notice is hereby given that, subject to approval by the court, __Joan Bockenstedt__ substitutes
(Party (s) Name)

__David P. Matthews__, State Bar No. __13206200 (TX)__ as counsel of record in
(Name of New Attorney)

place of __Arati C Furness and Matthew Ryan McCarley, Fears Nachawati PLLC__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Matthews & Associates |
| Address: | 2905 Sackett St. |
| Telephone: | (713) 522-5250    Facsimile (713) 535-7184 |
| E-Mail (Optional): | matthewsivc@thematthewslawfirm.com; lsantiago@thematthewslawfirm.com |

I consent to the above substitution.

Date: 9\15\2018

(Signature of Party(s))

I consent to being substituted.

Date: 02/07/2019

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 2/7/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]