# UNITED STATES DISTRICT COURT

District of __Arizona__

| Joan Bockenstedt | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| C R Bard Incorporated et al | CASE NUMBER: 2:18-cv-02234-DGC |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Joan Bockenstedt__ substitutes
(Party (s) Name)

__Richard Freese__ , State Bar No. __6879-E67R (AL)__ as counsel of record in
(Name of New Attorney)

place of __Arati C Furness and Matthew Ryan McCarley, Fears Nachawati PLLC__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Freese & Goss
Address: 1901 6th Avenue N., Ste. 3120
Telephone: (205) 871-4144           Facsimile (205) 871-4104
E-Mail (Optional): rich@freeseandgoss.com

I consent to the above substitution.
Date: 9/15/18

(Signature of Party (s))

I consent to being substituted.
Date: 02/07/2019

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/7/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]