# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Joan Bockenstedt<br><br>Civil Action No.:  2:18-cv-02234-DGC | No. 2:15-MD-02641-PHX-DGC |

## ORDER

IT IS ORDERED that Plaintiff's Motion for Substitution of Counsel (Doc._____) is granted.  David P. Matthews of Matthews & Associates and Richard Freese of Freese & Goss, PLLC, are substituted for Arati C. Furness and Matthew Ryan McCarley of Fears Nachawati, PLLC.

Dated this _____ day of _____, 2019

_____
David G. Campbell
United States District Judge