IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases (See Exhibit A) | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO WITHDRAW AS COUNSEL AND REMOVAL FROM CM/ECF** |

Richard S. Lewis of Hausfeld hereby moves the Court to withdraw the appearance of counsel, Braden Beard, on all cases listed in Exhibit A, for which an appearance by Braden Beard was entered in this action, on the basis that Braden Beard ceased his job at the firm, effective April 2, 2019.  Richard S. Lewis and Steven Rotman of Hausfeld will continue to represent all the Plaintiffs in this action.  Further, the undersigned requests that the email address of bbeard@hausfeld.com be removed from the CM/ECF E-filing list.

RESPECTFULLY SUBMITTED April 3, 2019.

By:   */s/ Richard S. Lewis*

Richard S. Lewis

Steven Rotman

Braden Beard

HAUSFELD LLP

1700 K Street NW, Suite 650

Washington, DC 20006

Telephone:  (202) 540-7200

Facsimile: (202) 540-7201

Email: rslewis@hausfeld.com

srotman@hausfeld.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                          */s/ Richard S. Lewis*

                                                          Richard S. Lewis