## EXHIBIT A

## NOTICE OF WITHDRAWAL OF BRADEN BEARD – BARD MDL CASE LIST

| Case Name | Docket Number |
|---|---|
| McClurg v. C.R. Bard Inc., et al. | 2:18-cv-02352-DGC |
| McKinzie, et al v. C.R. Bard Inc., et al | 2:16-cv-00953-DGC |
| Smith v. C.R. Bard Inc., et al | 2:19-cv-00028-DGC |
| Ward v. C.R. Bard Inc., et al | 2:16-cv-02619-DGC |