IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases<br>(See Exhibit A) | ) No. MD-15-02641-PHX-DGC<br>)<br>) **ORDER ON MOTION TO WITHDRAW**<br>) **AS COUNSEL AND REMOVAL FROM**<br>) **CM/ECF**<br>) |

This matter came before the Court on the motion to withdraw counsel, Braden Beard's appearance on behalf of all Plaintiffs identified in Exhibit A, attached. The Court, being duly advised, and finding that the Plaintiffs identified in Exhibit A will continue to be represented in this matter by Richard S. Lewis and Steven Rotman of Hausfeld, hereby Grants the motion. The appearance of Braden Beard in this action, and in all related cases identified in Exhibit A, is hereby withdrawn and the email address of bbeard@hausfeld.com will be removed from CM/ECF E-filing list.

Date: _____

_____
David G. Campbell
Senior United States District Judge