# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Susan M. Yourkawitch, | No. CV19-2051 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Plaintiff Susan M. Yourkawitch has filed a motion to withdraw Richard J. Serpe as attorney of record.  Doc. 16591.

**IT IS ORDERED** that Plaintiff's motion to withdraw Richard J. Serpe as attorney of record (Doc. 16591) is **granted.**  Attorneys Richard S. Lewis and Steven Rotman of Hausfeld, LLP shall continue to represent Plaintiff Susan M. Yourkawitch.  Attorney Richard J Serpe of the Law Offices of Richard J. Serpe, shall be removed as attorney of record for Plaintiff Susan M. Yourkawitch in this matter.

Dated this 3rd day of April, 2019.

David G. Campbell
Senior United States District Judge