# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Bruce Ramsbottom,<br>    Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>    Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV18-0464 PHX DGC<br><br><br>**ORDER** |

Plaintiff Bruce Ramsbottom has filed an unopposed motion to substitute counsel. Doc. 16486.

**IT IS ORDERED** that Plaintiff's unopposed motion to substitute counsel (Doc. 16486) is **granted.** Attorney Matthew D. Schultz of Levin Papantonio Thomas Mitchell Rafferty & Proctor, PA is substituted in place of attorney Howard L. Nations of the National Law Firm.

Dated this 3rd day of April, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge