# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Sondra Kwietnewski,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>    Defendants. | No. MDL15-2641-PHX-DGC<br><br><br><br>No. CV18-1007 PHX DGC<br><br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 16598.

**IT IS ORDERED** that the stipulation (Doc. 16598) is **granted**.  This matter (CV18-1007 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 3rd day of April, 2019.

David G. Campbell
Senior United States District Judge