# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Joan Bockenstedt,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>    Defendants. | No. MDL15-2641-PHX-DGC<br><br><br><br>No. CV18-2234 PHX DGC<br><br><br><br>**ORDER** |

Plaintiff Joan Bockenstedt has filed a motion for substitution of counsel. Doc. 16666.

**IT IS ORDERED** that Plaintiff's motion for substitution of counsel (Doc. 16666) is **granted.** Attorney David P. Matthews of Matthews & Associates and Richard Freese of Freese & Goss PLLC, are substituted for Arati C. Furness and Matthew Ryan McCarley of Fears Nachawati, PLLC.

Dated this 3rd day of April, 2019.

David G. Campbell
Senior United States District Judge