1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   IN RE BARD IVC FILTERS PRODUCTS          No. MDL15-2641-PHX-DGC
10  LIABILITY LITIGATION,

11  THIS DOCUMENT RELATES TO:

12                                                        No. CV18-0782 PHX DGC
    Antay Trigg,
13
                    Plaintiff,
14                                                        **ORDER**
    v.
15
    C.R. Bard, Inc. and Bard Peripheral Vascular
16  Inc.,

17                  Defendants.

18

19          The parties have filed a stipulation of dismissal without prejudice.  Doc. 16621.

20          **IT IS ORDERED** that the stipulation (Doc. 16621) is **granted**.  This matter (CV18-

21  0782 PHX DGC) is dismissed without prejudice, each party to bear its own costs and

22  attorneys' fees.  This voluntary dismissal will apply only to CV18-0782 PHX DGC.

23          Dated this 3rd day of April, 2019.

24

25

26                                                 _____
                                                          David G. Campbell
27                                                 Senior United States District Judge

28