UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Platt,                    ) | |
|                Plaintiff,      ) | |
|                                ) | MDL Case No. 2:15-md-02641-DGC |
|        v.                      ) | |
|                                ) | Civil Action No. |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al.,            ) | |
|                                ) | |
|                Defendant.      ) | |
|                                ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, John Platt, and Defendants, Bard Peripheral Vascular, Inc. and C.R. Bard, In., et al, file this Stipulation of Dismissal because:

This case was filed in error due to the fact that a similar case was previously filed, for this same Plaintiff, by another attorney, in Case No. _____.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN PLATT, and Defendants, BARD PERIPHERAL VASCULAR, INC. AND C.R. BARD, IN., ET AL,, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.  Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. _____.

Dated this 4th day of April, 2019.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

Case 2:15-md-02641-DGC   Document 16673   Filed 04/04/19   Page 2 of 2

AGREED:

/s/Richard B. North
Richard B. North, Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/John T. Kirtley, III
John T. Kirtley, III