**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joshua Easter, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>  )<br>    Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-19-01895-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  April 3, 2019                     /s/ Richard B. North, Jr.
                                         *Attorney's signature*

                                         Richard B. North, Jr. (Ga. Bar No. 545599)
                                         *Printed name and bar number*

                                         Nelson Mullins Riley & Scarborough, LLP
                                         201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                         *Address*

                                         richard.north@nelsonmullins.com
                                         *E-mail Address*

                                         (404) 322-6000
                                         *Telephone number*

                                         (404 322-6050
                                         *FAX number*