Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**STIPULATION REGARDING SUPPLEMENTATION OF PLAINTIFF'S MOTION *IN LIMINE* NO. 2 RE VENA CAVA SIZE**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Tinlin Bellwether Case)** |

The parties, by and through their counsel undersigned, hereby stipulate as follows:

1. Plaintiff may file a Supplemental Motion *in Liminie* No. 2 Regarding Vena Cava Size to include testimony from Dr. Christopher Morris' March 29, 2019 deposition, for which the final deposition transcript became available April 5, 2019.

2. Defendants will file a Response to the above described motion within two weeks from the date of Plaintiff's filing or in accordance with any deadline the Court chooses to impose.

RESPECTFULLY SUBMITTED this 8th day of April 2019.

| BEUS GILBERT, PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By:*/s/ Mark S. O'Connor*<br>    Mark S. O'Connor (011029)<br>    701 N.44th St.<br>    Phoenix AZ 85008<br><br>LOPEZ McHUGH LLP<br>Ramon Rossi Lopez (CA Bar No. 86361)<br>(admitted *pro hac vice*)<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | By:*/s/ Richard B. North, Jr.*<br>    Richard B. North, Jr.<br>    Georgia Bar No. 545599<br>    Matthew B Lerner<br>    Georgia Bar No. 446986<br>    Atlantic Station<br>    201 17th Street, NW, Ste. 1700<br><br>SNELL & WILMER L.L.P.<br>James R. Condo (#005867)<br>Kristine L. Gallardo (#033975)<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2204<br><br>*Attorneys for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jessica Gallentine