UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br>**ORDER** |

      Upon consideration of the parties' Stipulation regarding Supplementation of Plaintiff's Motion *in Limine* No. 2 re Vena Cava Size, and for other good cause shown, the stipulation is hereby granted.

      IT IS ORDERED that Plaintiff may file a Supplemental Motion *in Limine* No. 2 regarding Vena Cava Size to include testimony from Dr. Christopher Morris' March 29, 2019 deposition. Defendants will file a Response within two weeks from the date of Plaintiff's filing.