# EXHIBIT A

Do Not Disclose - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ARIZONA
 3     ------------------------------------------
 4     IN RE BARD IVC FILTERS
       PRODUCT LIABILITY LITIGATION
 5
                          NO: MD-15-02641-PHX-DGC
 6
 7     ------------------------------------------
 8      VIDEOTAPED AND TELECONFERENCED DEPOSITION OF:
                  CHRISTOPHER S. MORRIS, MD
 9
10     DATE:      Friday, March 29, 2019
11     TIME:      9:06 a.m. - 1:10 p.m.
12
13     HELD:      Hotel Vermont
                  Juniper Hall
14                41 Cherry Street
                  Burlington, Vermont 05401
15
16
17
18                  DO NOT DISCLOSE
           SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
19
20
21
22
       BEFORE:    Tara M. Drake, RPR
23                Registered Professional Reporter
24                Mary Doud, Videographer and
                  Notary Public in and for the State
25                of Vermont
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1      A    Your question was can I explain it?
 2      Q    Yes.
 3      A    It's all conjecture; so I don't -- one
 4   possibility is that with the arms -- you know,
 5   with the cava being enlarged, the filter
 6   possibly could become more splayed abnormally.
 7   Wasn't designed to be that -- you know, that
 8   splayed.  I can't otherwise --
 9      Q    That's speculation.
10      A    It's speculation, yes.
11      Q    Okay.  And -- and --
12           MR. BROWN:  Finish your answer to
13       your questions.
14           MR. O'CONNOR:  Yeah, I apologize.
15           I think I did interrupt you there.
16           THE WITNESS:  That's okay.
17           MR. O'CONNOR:  I'm trying to move
18       things along here.
19           THE WITNESS:  I do that once in a
20       while, too.
21      Q    So, in other words, you can't relate the
22   vena cava dynamiture [sic] to any of the
23   complications you saw in the filter, fair?
24           MR. BROWN:  Object to the form.
25      A    Not precisely, no.
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1      Q    Okay.
 2      A    "Deployment into clots and/or
 3   dislodgement due to large clot burdens."
 4      Q    This Recovery filter did not migrate to
 5   Ms. Tinlin's heart, correct?
 6      A    Correct.
 7      Q    This Recovery filter did not migrate to
 8   Ms. Tinlin's lungs, correct?
 9      A    Correct.
10      Q    So any risks associated with a large IVC
11   did not occur in Ms. Tinlin, true?
12              MR. BROWN:  Object to the form.
13      A    I can't say that because, as I alluded
14   to earlier, if it's a large inferior vena cava,
15   we don't know what that does to the filter.  The
16   arms can get splayed, and we don't know if that
17   contributes to fracture or not.
18      Q    And I understand -- I'm sorry.
19      A    We also didn't know whether the filter
20   was moving back and forth.  You know, we have
21   all these other confounding factors that can
22   make a filter appear like it's moving, but we
23   just don't know.  I do know that it seems to
24   change tilt over time, and I don't know how
25   that's related to the large size of her IVC
```

Do Not Disclose - Subject to Further Confidentiality Review

```
 1   filter -- of her inferior vena cava.
 2        Q    The point is, like you told me before,
 3   it's speculation on your part, correct?
 4             MR. BROWN:  Object to the form.
 5        A    It's a theory, yes.
 6        Q    Okay.  Speculation at best?
 7        A    Conjecture.
 8             MR. BROWN:  Object to the form.
 9        Q    Thank you.
10        A    On the same lines as the cascade of
11   events and all that.
12        Q    We're going to talk about that.
13        A    Yeah.
14        Q    But I just want to make sure that you
15   and I are on the same page.  And --
16        A    It's not proof.
17        Q    It's conjecture?
18        A    Yes.
19        Q    The relationship of the diameter of the
20   IVC and any complication that occurred to Ms.
21   Tinlin is based upon conjecture; do you agree
22   with that?
23             MR. BROWN:  Object to the form.
24        A    I know that the filters were designed to
25   be placed in -- in an IVC, horizontal
```

```
 1      A    Yes.
 2      Q    But the other side of it is the
 3   implantation in the diameter of Ms. Tinlin's IVC
 4   filter, it's conjecture on your part to what
 5   extent, if any, that contributed or caused any
 6   of the complications experienced by the Recovery
 7   filter in Ms. Tinlin, fair?
 8           MR. BROWN:  Object to the form.
 9      A    I just don't know.  I can't put a number
10   on it.  I suspect it had something to do with
11   the filter moving around and/or splaying of the
12   arms.
13      Q    But you don't know?
14      A    I can't give you an exact degree of my
15   certainty on that.
16      Q    Because it's conjecture?
17           MR. BROWN:  Object to the form.
18      A    It's a theory, but it's the only thing I
19   know about.
20      Q    I'm just trying to get you to answer
21   what you answered before --
22      A    No.
23      Q    -- and, at this point, it's still
24   conjecture?
25      A    This is what we know.  The inferior vena
```

 1   Greenfield filter decreasing the efficacy of

 2   that filter catching clots, but I still think

 3   they work pretty well to catch clots even at 20

 4   degrees tilt.

 5        Q    Fair to say you didn't see significant

 6   tilt in Ms. Tinlin's filter?

 7        A    I think the last imaging that she had

 8   done in 2018 shows that the -- the nose of the

 9   filter is embedded; so that could be significant

10   tilt, based on my definition.

11        Q    Okay.  But what caused that or what

12   contributed that you can't say?

13        A    I think --

14             MR. BROWN:  Object to the form.

15        A    -- very likely a large inferior vena

16   cava.

17        Q    But you don't know one way or the other

18   to a reasonable degree of medical probability?

19             MR. BROWN:  Object to the form.

20        A    There could be other reasons, and

21   that -- you know, that can be a cause of tilt as

22   well, and I don't know exactly what's all been

23   in play with Ms. Tinlin.

24        Q    Thank you.

25             Where do you discuss your measurements

```
 1   IVC to be greater than 28 millimeters --

 2        A    Yes.

 3        Q    -- is that right?

 4             Do you think that the fact that her IVC

 5   was greater than 28 millimeters could have

 6   caused or contributed to the complications that

 7   occurred with her Recovery filter?

 8             MR. O'CONNOR:  Form and foundation.

 9        A    Yes.

10        Q    Are you able to rule out that the large

11   size of Ms. Tinlin's vena cava caused or

12   contributed to the complications with her

13   Recovery filter?

14        A    No.

15        Q    And do you hold that opinion to a

16   reasonable degree of medical certainty?

17             MR. O'CONNOR:  Form and foundation.

18        A    Yes.

19        Q    Do permanent filters experience

20   complications?

21        A    Yes.

22        Q    Are permanent filters known to be not

23   stable in the IVC?

24        A    Yes, particularly if they're placed into

25   large inferior vena cava diameters.
```