# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MDL15-2641-PHX-DGC |
|---|---|
| | **ORDER** |

Pending before the Court is the parties' Stipulation regarding Supplementation of Plaintiff's Motion *in Limine* No. 2 re Vena Cava Size. Doc. 16746.

**IT IS ORDERED** that the stipulation regarding supplementation of Plaintiff's motion in limine No. 2 (Doc. 16746) is **granted.** Plaintiff may file a Supplemental Motion *in Limine* No. 2 regarding Vena Cava Size to include testimony from Dr. Christopher Morris' March 29, 2019 deposition no later than April 16, 2019. Defendants shall file a response to the supplemental motion no later than April 24, 2019. **The Court will not grant extension to these deadlines**. All page limits and other requirements of a motion in limine as previously stated by the Court shall remain in effect.

Dated this 8th day of April, 2019.

David G. Campbell
Senior United States District Judge

- 1 -