1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

IN RE:  BARD IVC FILTERS                              No. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

9

10

11

THIS DOCUMENT RELATES TO:

12

*Tyler v. C.R. Bard, Inc., et al.*

13

Case No. 2:19-cv-01898-DGC

14

15

**NOTICE OF APPEARANCE**

16

To:      The Clerk of Court and all parties of record

17

    I am admitted or otherwise authorized to practice in this Court and hereby enter my

18

appearance in this case as counsel for Plaintiff Bonita Tyler.

19

    RESPECTFULLY SUBMITTED this 9th day of April, 2019.

20

**BERTRAM & GRAF, L.L.C.**

21

22

By:  */s/ Benjamin A. Bertram*

23

Benjamin A. Bertram, MO #56945
(admitted *pro hac vice*)

24

2345 Grand Blvd., Suite 1925
Kansas City, MO 64108

25

(816) 523-2205
(816) 523-8258 (fax)

26

Email: benbertram@bertramgraf.com

27

***Attorney for Plaintiff Bonita Tyler***

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 9th day of April, 2019, I electronically transmitted the

3

attached document to the Clerk's Office using the CM/ECF System for filing and

4

transmittal of a Notice of Electronic Filing.

5

6

7

/s/ Benjamin A. Bertram
                                *Attorney for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28