IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

THIS DOCUMENT RELATES TO:

*Wilkins v. C.R. Bard, Inc., et al.*

Case No. 2:19-cv-01901-DGC

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and hereby enter my appearance in this case as counsel for Plaintiff Andrea Wilkins.

RESPECTFULLY SUBMITTED this 9th day of April, 2019.

**BERTRAM & GRAF, L.L.C.**

By: */s/ Benjamin A. Bertram*
Benjamin A. Bertram, MO #56945
(admitted *pro hac vice*)
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
(816) 523-2205
(816) 523-8258 (fax)
Email: benbertram@bertramgraf.com

*Attorney for Plaintiff Andrea Wilkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Benjamin A. Bertram
*Attorney for Plaintiff*