IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS                    No. MD-15-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Woodson v. C.R. Bard, Inc., et al.*

Case No. 2:19-cv-01902-DGC

---

### <u>NOTICE OF APPEARANCE</u>

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and hereby enter my appearance in this case as counsel for Plaintiff Linda Woodson.

RESPECTFULLY SUBMITTED this 9<u>th</u> day of April, 2019.

**BERTRAM & GRAF, L.L.C.**

By: */s/ Benjamin A. Bertram*
Benjamin A. Bertram, MO #56945
(admitted *pro hac vice*)
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
(816) 523-2205
(816) 523-8258 (fax)
Email: benbertram@bertramgraf.com

*Attorney for Plaintiff Linda Woodson*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this <u>9th</u> day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


*/s/ Benjamin A. Bertram*
*Attorney for Plaintiff*