**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel McCloud, ) | |
| ) | |
|     Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
|     v. ) | Civil Action No.  CV-19-01992-PHX-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al., ) | |
| ) | |
|     Defendant. | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  April 3, 2019          /s/ Richard B. North, Jr.
    *Attorney's signature*

    Richard B. North, Jr. (Ga. Bar No. 545599)
    *Printed name and bar number*

    Nelson Mullins Riley & Scarborough, LLP
    201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
    *Address*

    richard.north@nelsonmullins.com
    *E-mail Address*

    (404) 322-6000
    *Telephone number*

    (404 322-6050
    *FAX number*