**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Angela Webster,                               ) | |
| )                                                      | |
| Plaintiff,                  ) | MDL Case No. 2:15-md-02641-DGC |
| )                                                      | |
| v.                            ) | Civil Action No.  CV-19-02076-PHX-DGC |
| )                                                      | |
| Bard Peripheral Vascular, Inc. and C. R.      ) | |
| Bard, Inc., et al.,                                   ) | |
| )                                                      | |
| Defendant.                | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  April 3, 2019                      /s/ Richard B. North, Jr.
                                                      *Attorney's signature*

                                                      Richard B. North, Jr. (Ga. Bar No. 545599)
                                                      *Printed name and bar number*

                                                      Nelson Mullins Riley & Scarborough, LLP
                                                      201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                      *Address*

                                                      richard.north@nelsonmullins.com
                                                      *E-mail Address*

                                                      (404) 322-6000
                                                      *Telephone number*

                                                      (404 322-6050
                                                      *FAX number*