James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382.6000
Facsimile: (602) 382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This Document Relates to:<br><br>Debra Tinlin, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00263-PHX-DGC | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BARD'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1: INTERVENING CAUSE OF INJURY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 file this notice of lodging under seal certain exhibits attached in support of Bard's Response in Opposition to Plaintiffs' Motion *in Limine* No. 1: Intervening Cause of Injury. These exhibits contain certain Plaintiffs'

1  personal healthcare information that is protected under HIPAA and confidential under the
2  Stipulated Protective Order. Defendants have notified Plaintiffs of their intent to file this
3  Notice of Lodging. Because the documents lodged under seal only relate to Plaintiffs'
4  personal healthcare information, Defendants note that it is Plaintiffs' burden to file a
5  motion to seal. A list of the Exhibits sought to be sealed are attached hereto as Exhibit A.

   RESPECTFULLY SUBMITTED this 12th day of April, 2019.

```
                              s/Richard B. North, Jr.
                              Richard B. North, Jr.
                              Georgia Bar No. 545599
                              Matthew B. Lerner
                              Georgia Bar No. 446986
                              NELSON MULLINS RILEY & SCARBOROUGH, LLP
                              Atlantic Station
                              201 17th Street, NW / Suite 1700
                              Atlanta, GA 30363
                              PH: (404) 322-6000
                              FX: (404) 322-6050
                              richard.north@nelsonmullins.com
                              matthew.lerner@nelsonmullins.com

                              James R. Condo (#005867)
                              Kristine L. Gallardo (#033975)
                              SNELL & WILMER L.L.P.
                              One Arizona Center
                              400 E. Van Buren
                              Phoenix, AZ 85004-2204
                              PH: (602) 382-6000
                              jcondo@swlaw.com
                              kgallardo@swlaw.com
```

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

## **EXHIBIT A**

## **DOCUMENTS PROPOSED TO BE FILED UNDER SEAL**

Defendants request they be permitted to file under seal the following documents:

Exhibit A: Expert Report of Dr. Owens

Exhibit B: Excerpts from January 7, 2019 Deposition of Dr. Hurst