# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| In Re: Bard IVC Filters<br>Products Liability Litigation | )<br>)<br>)<br>) | MD-15-02641-PHX-DGC<br><br>Phoenix, Arizona<br>March 28, 2018 |
| _____<br>Sherr-Una Booker, an individual,<br><br>         Plaintiff,<br><br>     v.<br><br>C.R. Bard, Inc., a New Jersey<br>corporation; and Bard Peripheral<br>Vascular, Inc., an Arizona<br>corporation,<br><br>         Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>CV-16-00474-PHX-DGC |

BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TRIAL DAY 10 A.M. SESSION

(Pages 2160 - 2296)


Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona  85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription

Page 2259

1  something more significant, but when you have that
2  information, the goal is to really understand how the product
3  is performing and how you can improve the next generation of
4  product.
5      So we've always seen it as, you know, yes, it's a
6  requirement, but it's an opportunity to hear what your
7  customers are saying. So that's pretty important.
8  Q   Does the complaint investigation and handling process also
9  permit the company to monitor safety issues that may arise
10 with its products?
11 A   Yes, of course. The tracking and trending that's done
12 along with this is understanding how people are using the
13 product, how it's performing in those, understanding the
14 safety levels; are there new things that are being discovered
15 or understood about the product, whether it's safety or
16 performance.
17 Q   Does this policy apply to IVC filters in addition to other
18 products?
19 A   Yes. It applies to all the products we have across all of
20 the divisions within Bard.
21 Q   Now, let's talk about Bard's practices in receiving and
22 investigating complaints.
23     What are the various sources of where you receive the
24 information that leads to complaints?
25 A   We get it, certainly, directly from doctors. We get it

Page 2326

1  Q.   Let me ask you this:  Were all of the complaints cited by    01:27:04
2  the FDA with regard to how they were characterized, were all of
3  those actually reported to the FDA?
4  A.   Yes.  They were all reported as MDRs.  It was -- their
5  point of nonconformance was about whether it was classified as   01:27:21
6  an MDR versus a serious injury which are all reportable anyway.
7  Q.   But all of those reports, regardless of how characterized,
8  would have been reported and made a part of the MAUDE database?
9  A.   Yes.  Yes.  They were reported.  They are in there.  It
10 takes a little bit to get there but they are reported.           01:27:39
11 Q.   Did any changes Bard made in whether it categorized
12 reports to the FDA as a malfunction as opposed to a serious
13 injury, did any of those changes affect the rates that Bard's
14 internal calculations and trending demonstrated?
15 A.   No.  Because when you're doing the trending, I mentioned    01:28:19
16 that code before, the code which really summarizes the event,
17 what went wrong.  We trend on the codes and you can have
18 multiple codes for every event.
19           So whether you report it or not, that's interesting
20 but it's all about the event code that you're trending on.  So  01:28:39
21 every one of the complaint records has a code or multiple
22 codes.  So it's independent of whether or not it's reported as
23 an MDR.
24 Q.   Do you trend all complaints even if they are not reported?
25 A.   Yes.  You have to.  I mean, you can't just exclude things   01:29:00

```
                                                           Page 2327
 1   that aren't reportable.  It wouldn't give you the whole     01:29:03
 2   picture.
 3   Q.   Now, you're talking about these FDA codes, does the FDA
 4   have a code for migration for a filter?
 5   A.   Yeah.  I can't remember the code.                      01:29:17
 6   Q.   But does it have one?
 7   A.   Yes.
 8   Q.   Does it have one for fracture?
 9   A.   Yes.
10   Q.   Is that called detachment of limb or something like that?  01:29:24
11   A.   Yeah.  Detached component I think.
12   Q.   Does it have a code for perforation or penetration?
13   A.   Yes.
14   Q.   Is there a separate code for tilt?
15   A.   Yes.                                                   01:29:41
16   Q.   And are there additional codes for complications that
17   might be associated with IVC filters?
18   A.   Yeah.  There's many codes.
19            MR. NORTH:  If we could bring up 5851, please.
20   BY MR. NORTH:                                               01:30:06
21   Q.   Do you recognize 5851?
22   A.   I do.
23   Q.   And what is that, sir?
24   A.   It's the re-retrospective review of the BPV filter
25   complaints.                                                 01:30:20
```

```
                                                           Page 2335
 1   the jury what the FDA said in this letter?              01:40:44
 2   A.   Do you want me to read it?
 3   Q.   Yes.  Just read it.
 4   A.   (Reading) The Food and Drug Administration has completed
 5   an evaluation of your corrective actions in response to our    01:40:54
 6   warning letter, warning letter 27-15 dated 7-13-2015.  Based on
 7   our evaluation, it appears that you have addressed the
 8   violations contained in this warning letter.  Future FDA
 9   inspections and regulatory activities will further assess the
10   adequacy and sustainability of these corrections.              01:41:16
11   Q.   After the closure letter was received here, has the FDA
12   identified any other alleged violations that might concern IVC
13   filters?
14   A.   No.
15   Q.   And at any time through this entire process, has the FDA  01:41:37
16   issued any warning letter that questioned the design or the
17   warnings of the G2 filter?
18   A.   No.
19   Q.   Let's talk more about tracking, trending and rates,
20   Mr. Modra.  Does Bard have a specific policy or procedure      01:42:22
21   concerning complete trending or tracking?
22   A.   We do.
23            MR. NORTH:  If we could show Exhibit 5483, please.
24   BY MR. NORTH:
25   Q.   Do you recognize this?                                    01:42:39
```

```
                                                              Page 2336
 1   A.   Yes.                                                  01:42:41
 2   Q.   What is this?
 3   A.   This is the standard operating procedure in the quality
 4   area that relates to the complaint trending and what to do, how
 5   to do it.                                                  01:42:52
 6   Q.   Is this representative of the types of procedures and
 7   trending that the company does?
 8   A.   This and --
 9             MR. O'CONNOR:  Objection, Your Honor.  Lack of
10   foundation and irrelevant.  If you look at the top of this  01:43:08
11   document, this is for a whole different FDA process.  It's for
12   a PMA process, not for a 510(k).
13             THE COURT:  It hasn't been offered in evidence yet so
14   I don't think that question he's just asked was objectionable.
15   You can certainly object if it's moved into evidence.      01:43:24
16   BY MR. NORTH:
17   Q.   Is this related to PMA specific products?
18   A.   No.
19   Q.   What does that mean when it says PMA related?
20   A.   The designation of that on a document means that it is  01:43:36
21   related to PMA products.  It's also related to all products
22   because it's important to have that designation at the top
23   because in our old documentation system, you have to have an
24   annual report for a PMA-type product.  You have to send that
25   in.  So in order to sort documents within our system, you had  01:43:53
```

```
                                                          Page 2338
 1   not relevant, Your Honor.                             01:45:06
 2              THE COURT:  Overruled.  5483 is admitted.
 3              (Exhibit Number 5483 was admitted into evidence.)
 4              MR. NORTH:  Could we display, Your Honor?
 5              THE COURT:  Yes.                           01:45:15
 6              MR. NORTH:  And if we could go to page two, please.
 7   BY MR. NORTH:
 8   Q.   Under F, does this talk about the types of complaint
 9   trending that will be monitored by the Field Assurance
10   department?                                          01:45:42
11   A.   It does.
12   Q.   Are there daily reports?
13   A.   There are.
14   Q.   And what is reported daily under number one?
15   A.   The number of complaints created, closed, MDRs filed and  01:45:57
16   those numbers are being used to predict the month-end results.
17   Q.   Okay.  If we could look at number two, is there a weekly
18   report also?
19   A.   There is.
20   Q.   When it says the FDA Device Code of complaints, would that  01:46:15
21   be the type of complication such as migration, fracture or
22   whatever?
23   A.   Yes.  It's all the codes that we put in and on all the
24   complaint files.
25   Q.   So would this weekly report indicate to the company how  01:46:29
```

1  many reports of fractured IVC filters the company had received   01:46:32
2  in a given week if any?
3  A.    It would.
4  Q.    Would it provide a report of how many fractures --
5  migrations of a filter, if any, the company had received in a   01:46:47
6  given week?
7  A.    It would.
8  Q.    Let's look at number three.  What is QMR?
9  A.    It's an acronym for the Quality Management Report which is
10 a thick report that includes all the tracking, trending by    01:47:04
11 codes, by product, by date.
12 Q.    And let's look at number four.  Explain to us what early
13 warning is.
14 A.    We have -- we developed a number of years ago -- actually,
15 while I was at the Salt Lake City plant -- a statistical method 01:47:27
16 for comparing the current reported numbers of events and
17 previous versions.  So it wasn't just a visual look at a graph
18 where you can see a rate going down or going up.  But it had
19 some statistical analysis to it that it compares current versus
20 three-month, six-month and 12-month performance ago.  So by    01:47:53
21 doing that, it highlights it each time you run the program.  So
22 you can see where the tracking and trending actually is
23 occurring.
24 Q.    Let's look at the section of that page that talks about
25 rates.  And what is the policy that the company follows suggest 01:48:16

Page 2340

1  you do as far as tracking and trending with regard to rates?    01:48:22
2  A.   It says month to month and then current month as compared
3  against the average from last year.
4  Q.   Does that mean that the company updates its determination
5  of complication rates with the product each month?    01:48:36
6  A.   We update the results of each complication rate each
7  month, correct.
8  Q.   Let's look at number eight on that page, device codes,
9  and, again, are those the complication types that we talked
10 about earlier?    01:48:59
11 A.   Those are.
12 Q.   And are those monitored for signs of trend?
13 A.   They are.
14 Q.   For example, hypothetically with a Recovery filter, if
15 there were complaints coming in of perforation, would the    01:49:13
16 company then monitor that for a trend in those complaints?
17 A.   We would.
18 Q.   And then let's look down at number 10, risk management
19 evaluation.  Explain what this is and what that involves.
20 A.   Well, across all the product lines we take the top five    01:49:38
21 product complaints and then we compare those on a rolling
22 average to the previous year and then we evaluate the top three
23 failure modes of those to see what are the primary causes of
24 that rate of the product line.
25      So it goes from just the product and drills down into    01:49:55

Page 2341

1  more specifics, what are causing those complaint trends.        01:49:59
2  Q.   Are the complaints sorted or identified by these FDA
3  device codes?  Are they kept in a database at the company?
4  A.   They are.
5  Q.   And are you able to run reports at any time that provide  01:50:18
6  you with rates for -- under these various FDA device codes?
7  A.   We are.  The database only contains the complaint record
8  and the codes.  It wouldn't report the rate itself.  That's
9  merged with the internal sales data.
10 Q.   But you're able to lift from -- are you able to lift from 01:50:41
11 the database the number of types of complaints with each
12 device?
13 A.   Yes.  For each code, for each device.
14 Q.   And then does the company have current sales data on hand
15 at any time as to a particular product?                          01:50:57
16 A.   We do.
17 Q.   Then does your department calculate complication rates
18 based upon the number of events recorded with the device code
19 divided by the number of sales?
20 A.   Yes.                                                        01:51:14
21 Q.   Let me ask you a minute about the DFMEA again.  Again what
22 is the purpose of a DFMEA?
23 A.   The DFMEA is a tool, an organizational tool, not unique to
24 us but for estimating the harm of a particular failure mode.
25      So when you develop a product, you use this FMEA tool      01:51:48

```
                                                        Page 2347
 1   Q.   And did you specifically track specific complications with   01:59:29
 2   the G2 filter that had been reported such as migration,
 3   fracture, perforation, tilt?
 4   A.   Yes.
 5   Q.   During all that time at Bard Peripheral Vascular, to your    01:59:45
 6   knowledge, did the company ever determine that the G2 filter
 7   under this risk assessment matrix was unsafe?
 8   A.   No.
 9   Q.   Did the company ever determine under its internal
10   procedures as outlined by this risk matrix that the G2 filter    02:00:03
11   should be recalled?
12   A.   No.
13   Q.   Now, as I recall, you said you still maintain an office
14   out at Bard Peripheral Vascular?
15   A.   I do.                                                        02:00:37
16   Q.   And do you still have contacts with the people that
17   formerly worked under your supervision in the Quality
18   Department?
19   A.   I do.
20   Q.   On a regular basis?                                          02:00:44
21   A.   Pretty frequently, yes.
22   Q.   If we could pull up what's been marked as 5874.  Are you
23   familiar with this document?
24            MR. NORTH:  Can we enlarge this a little bit for
25   those of us that need the help?                                   02:01:21
```

Page 2348

```
 1              THE WITNESS:  The question, am I familiar with it?   02:01:25
 2   Yes.
 3   BY MR. NORTH:
 4   Q.   Have you seen this before?
 5   A.   I have.                                                    02:01:30
 6   Q.   And do you know what this is?
 7   A.   It's a reporting of the reported rates for each of these
 8   complications across the different generations of filters.
 9   Q.   And what does this report reflect, complication reports
10   through what date?                                              02:01:51
11   A.   Through December 16.
12   Q.   And as you told us earlier, how would you determine --
13   where would you find the number of complications to prepare a
14   document like this?
15   A.   We would take them from the TrackWise database or the      02:02:15
16   complaint handling database.
17   Q.   And how would you determine which complaints are fracture
18   versus migration?  Does the FDA Device Code come into play
19   there?
20   A.   From the code.  I mean, that's why -- that's the good      02:02:30
21   thing about having the codes.  You can sort them just by the
22   code.
23   Q.   And then where do you obtain the sales numbers?
24   A.   From internal data.  We have a sales enterprise system
25   database that has those numbers.                                02:02:52
```

Page 2349

```
 1            MR. NORTH:  Your Honor, at this time we would          02:03:03
 2   tender -- no.  Let me ask you this first.
 3   BY MR. NORTH:
 4   Q.   Does the company generally prepare spreadsheets like this
 5   as a part of the tracking and trending practice?                02:03:13
 6   A.   Yes.
 7   Q.   And are these spreadsheets maintained as a part of the
 8   company's routine business activities?
 9   A.   Yes.
10   Q.   And is it a regular practice to do so?                     02:03:23
11   A.   It is.
12   Q.   And are you personally familiar and have seen before this
13   output and this example of the tracking and trending through
14   December of 2016?
15   A.   I have.                                                    02:03:37
16            MR. NORTH:  Your Honor, at this time we would tender
17   5874.
18            MR. O'CONNOR:  Objection.  Lack of foundation,
19   hearsay and 403.
20            THE COURT:  Why don't we talk about that for a         02:03:50
21   minute?
22            Ladies and gentlemen, if you want to stand up, feel
23   free.
24            (Counsel meet at sidebar.)
25            THE COURT:  What's the basis for the hearsay           02:04:08
```

```
                                                              Page 2350
 1   objection?                                               02:04:09
 2          MR. O'CONNOR:  Well, right now it's an out-of-court
 3   statement.
 4          THE COURT:  Well, I know that.  But he saw sought to
 5   lay foundation for a business record.                    02:04:15
 6          MR. O'CONNOR:  But what is the basis of this?  Where
 7   is the track TrackWise document?  I can't tell if this was
 8   based all upon information they gathered in the regular course
 9   of their business.
10          THE COURT:  Well, he testified to that.           02:04:28
11          MR. O'CONNOR:  Well, which TrackWise data is what my
12   foundation objection is about and how many documents, which
13   documents?
14          THE COURT:  Okay.  Is there another basis for your
15   hearsay objection?                                       02:04:40
16          MR. O'CONNOR:  No.  I mean, I think that they tried
17   to lay the foundation for it as a business records exception
18   except for that flaw that I'm arguing with you right now.
19          THE COURT:  All right.  Well, to authenticate a
20   document under Rule 901(a) all you need to present is evidence 02:04:55
21   sufficient for the jury to find that the document is what it
22   purports to be.  The witness has testified it is the
23   spreadsheet created from the TrackWise data and he explained
24   what data is used, so I think that's a sufficient foundation
25   and, therefore, I'm going to overrule the hearsay objection and 02:05:12
```

```
                                                               Page 2351
 1   the foundation objection.  And I don't think this has a 403    02:05:16
 2   problem so I'll overrule the objection.
 3            MR. NORTH:  Thank you, Your Honor.
 4            MR. O'CONNOR:  Okay.
 5            (End of sidebar discussion.)                          02:05:24
 6            THE COURT:  Thank you, ladies and gentlemen.  The
 7   objection is overruled.  5874 is admitted.
 8            (Exhibit Number 5874 was admitted into evidence.)
 9            MR. NORTH:  Could we display this to the jury, Your
10   Honor?                                                         02:05:44
11            THE COURT:  You may.
12            MR. NORTH:  And for purposes of our discussion here,
13   could we blow up, Mr. Russell, the first four columns so we can
14   focus on those and be able to see them?  Yeah, let's do the
15   first four columns first.                                      02:06:10
16   BY MR. NORTH:
17   Q.   Mr. Modra, let's walk through this.  Does this contain the
18   number of fractures, migrations, perforations, PE, PE with
19   death, and tilt complications that had been reported with the
20   Recovery filter, the G2 filter, and the G2 Express, G2X?       02:06:39
21   A.   Yes.
22            MR. NORTH:  And then if we could add a couple more
23   columns over until we get to G2 rate.
24   Q.   So what does this show is the rate of fracture for the G2
25   through all sales through December of 2016?                    02:07:17
```

Page 2352

1  A.    .24 percent.                                                02:07:23
2  Q.    What does this show is the rate of migration calculated by
3  the company for the G2 filter through December of 2016?
4  A.    .16 percent.
5  Q.    What does this show is the rate of perforation for the G2  02:07:42
6  filter through December of 2016?
7  A.    .24 percent.
8  Q.    Now, Mr. Modra, these aren't perfect calculations as to
9  what the rate is in the real world, are they?
10 A.    No.                                                         02:08:07
11 Q.    And would you believe that all 130,574 G2s that were sold
12 over the years were actually implanted into patients?
13 A.    No.
14 Q.    In your experience in working with Bard, would you think
15 that a large majority of the sales would have actually been       02:08:27
16 implanted?
17 A.    Yes.
18 Q.    And why is that?
19 A.    Because people -- these are comparatively more expensive
20 devices.  You don't buy them to sit on the shelf and they have    02:08:44
21 a recently long shelf life so you have a long period of time --
22 shelf life meaning the time they can sit on a person's shelf
23 before they implant it or use it.  So in my experience, those
24 things help contribute to more use.
25 Q.    And you're not trying to tell this jury, are you, that      02:09:11

```
                                                          Page 2353
 1   Bard has a report in its files of every single complication     02:09:14
 2   that has occurred with the G2 over the years; right?
 3   A.   No.
 4   Q.   And you're familiar with the concept that adverse events
 5   can be underreported; correct?                                  02:09:27
 6   A.   Yes.
 7   Q.   Does Bard and the Quality Department that you supervised
 8   for all those years, does it proactively go out and seek to
 9   find out information about every complication with IVC filters
10   that it hears about?                                            02:09:45
11   A.   Yes.
12   Q.   Including complications reported in the medical
13   literature?
14   A.   Yes.
15   Q.   And does that include all reports received from            02:09:53
16   physicians?
17   A.   Yes.
18   Q.   Does that include all reports overheard or received from
19   sales representatives in the field?
20   A.   Yes.                                                       02:10:06
21   Q.   Does that include all reports received from the MS and S
22   department in Covington, the hotline that people can call in?
23   A.   It does.
24   Q.   Is does that include all reports of complications that
25   might be discussed at SIR conferences or something like that    02:10:23
```