# Exhibit A

Page 115

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| In re: Bard IVC Filters,<br>Products Liability Litigation )<br>)<br>)<br>)<br>) MD-15-02641-PHX-DGC<br>_____ )<br>Sherr-Una Booker, an individual, )<br>) Phoenix, Arizona<br>Plaintiff, ) March 14, 2018<br>v. ) 1:06 p.m.<br>)<br>C.R. Bard, Inc., a New Jersey )<br>corporation; and Bard Peripheral ) CV-16-00474-PHX-DGC<br>Vascular, Inc., an Arizona )<br>corporation, )<br>)<br>Defendants. )<br>_____ ) | |

BEFORE:   THE HONORABLE DAVID G. CAMPBELL, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY 1 P.M.

(Pages 115 through 215)

Official Court Reporter:
Elaine Cropper, RDR, CRR, CCP
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 312, SPC 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
                                                              Page 136
 1   there permanently, which it was intended to be for Sheri.    01:41:03
 2           Ultimately, the evidence will show that Sheri's
 3   doctor stopped using IVC filters, not because Bard told her
 4   about these issues of fracturing and migration and tilting and
 5   the things that happened in Sheri, but he began reading and    01:41:22
 6   seeing how this filter was performing in the public through
 7   reports and medical literature and that's why he stopped using
 8   it after he had placed this in Sheri.  The reports the medical
 9   literature, the evidence will show, are not complete in the
10   sense that not every time an adverse event happens, it is not  01:41:42
11   immediately reported to a manufacturer or the FDA, if ever.
12   Not every event is reported.
13           All medical devices carry risks when placed in the
14   body.  And when a device company knows that its device
15   increases those risks, harm occurs.  And it did.               01:42:00
16           Now, I have been talking about these filters sort of
17   in the abstract and what I'm showing you right now is a picture
18   of three different filters manufactured by Bard.  To your
19   right, all the way on the right-hand side, is the G2 filter
20   that was implanted in Sheri Booker but that's not the beginning 01:42:26
21   of the story of the IVC filters.  All the way on the left is a
22   filter that Bard acquired the technology for.  It was a
23   permanent filter called the Simon Nitinol filter.  Sometimes
24   you'll hear witnesses referred to it as Simon or SNF.  That was
25   a permanent filter.                                            01:42:49
```

```
                                                            Page 137
 1            And the start of Bard's poor choices is when it had    01:42:50
 2   this permanent filter, which worked and the evidence will show
 3   had a good safety profile, it intended to redesign it so that
 4   they could make the filter in the middle called a Recovery that
 5   was a permanent filter but designed to also have the option to  01:43:15
 6   go in and retrieve it.  In other words, the Recovery filter.
 7   You could go in and recover it from the body.
 8            The evidence will show that the negative clinical
 9   experience that Bard had with that filter in the middle, which
10   they based the design of Sheri's filter on, should have         01:43:31
11   informed them, and it did not that it would put patients at
12   higher risks of these injuries.
13            Let's look at them one by one.  The Simon Nitinol
14   filter, the permanent filter.  It was technology acquired from
15   a company called NMT.  It was a permanent filter.  And when     01:43:49
16   Bard acquired this technology, the development of the Recovery
17   filter, that first retrievable filter, was already developed.
18   When they acquired this, they also acquired the engineer that
19   was within the same time period that was working on these
20   particular filters.                                             01:44:07
21            And the evidence will show that the SNF, or the Simon
22   filter, was a permanent filter with an impressive safety record
23   acknowledged by Bard's own witnesses, employees and former
24   employees, including their former medical director.
25            You'll hear from Mr. Carr himself, an engineer.        01:44:25
```

```
                                                          Page 153
 1   evidence will show, said had a good safety profile, so you can    02:13:14
 2   see at the top the SNF and the pink squares was performing
 3   better.
 4           So in order to get clearance of the G2 device, the
 5   evidence will show that Bard packaged this up for another         02:13:32
 6   510(k) application and instead of comparing it to the Simon
 7   Nitinol filter, they changed it and made the predicate the
 8   Recovery device.
 9           If you recall, those three filters that I showed you,
10   Simon Nitinol, Recovery, G2, the building blocks, the Recovery    02:13:48
11   did not perform as well as the Simon Nitinol and as it was
12   failing, the redesign showed that the G2 could not perform as
13   well so it compared it to the Recovery filter and it was
14   cleared.
15           And as I mentioned before, the evidence of Bard           02:14:18
16   employees saying that marketing could solve the issues that
17   they were having, this is the G2 brochure, the marketing
18   brochure that Bard created for its new G2 filter, the one that
19   went in Sheri Booker.  It says:  We're taking strength and
20   stability to a new level.                                         02:14:36
21           And the testimony in this case will show that it did
22   take to it a new level, a lower level.
23           It also represented that the G2 increased migration
24   resistance and improved centering and enhanced fracture
25   resistance.  That was in August of 2005.  By December of 2004     02:14:51
```