# Exhibit B

```
                    UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ARIZONA
                     _____

IN RE: Bard IVC Filters Products    )
Liability Litigation,               ) MD 15-02641-PHX-DGC
                                    )
_____)
                                    )
Lisa Hyde and Mark Hyde, a married  ) Phoenix, Arizona
couple,                             ) September 18, 2018
                                    )
              Plaintiffs,           )
                                    )
         v.                         ) CV 16-00893-PHX-DGC
                                    )
C.R. Bard, Inc., a New Jersey       )
corporation, and Bard Peripheral    )
Vascular, an Arizona corporation,   )
                                    )
              Defendants.           )
_____)



          BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

                REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   TRIAL DAY 1 - A.M. SESSION
```

Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona 85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription

```
                                                           Page 165
 1   began to market it, it was only as a permanent filter.  Because
 2   similar to the first time when they submitted the 510(k)
 3   application for the Recovery, their first retrievable, they
 4   didn't have any data to show that they could retrieve it.
 5            So when the G2 was officially cleared for market, the
 6   second generation, they marketed it as taking strength and
 7   stability to a new level based on their redesign, increased
 8   migration resistance, improved centering, and enhanced fracture
 9   resistance.  They sold it as a permanent filter because they
10   did not have the data yet.
11            But data is coming in.  Reports of adverse events from
12   the field are coming in again with the second-generation G2
13   filter.  And the medical director, once again, "I'd like to
14   look more generally at the G2 complaints.  I've seen problems
15   with caudal migration, tilting, perforation, mis-deployment,
16   and maybe one or two others.  The G2 is a permanent filter.  We
17   also have one, the SNF, that has virtually no complaints
18   associated with it.  Why shouldn't doctors be using that one
19   rather than the G2?"
20            The evidence, through Dr. Ciavarella's testimony, will
21   show that there was a safer alternative, and it was their
22   filter.
23            But there were competitors coming into the market at
24   this point.  Bard was no longer the sole provider of the first
25   retrievable filter that could be left in permanently or taken
                        UNITED STATES DISTRICT COURT
```

```
                                                           Page 528
 1   "safety" when he's talking about principles that are applied.
 2   He can testify that based on his analysis of the testing and
 3   the design of the filters, the SNF is safer than the other G2
 4   family of filters.  And in those answers he can use the word
 5   "safe" and "safety," in my judgment.  He can't give a
 6   generalized opinion that when you look at the medical
 7   literature of failure rates, the Bard filters are unsafe.
 8   Because he's not an expert in that area.
 9           I think that's the best line we can draw for purposes
10   of what he's going to say today.
11           And if you think, Ms. Helm, he's violating that in
12   some way, you certainly can raise the issue.
13           MS. HELM:  May I ask for clarification of one --
14           THE COURT:  Yeah.
15           MS. HELM:  The plaintiffs have given us a number of
16   exhibits that use the term "the IVC filter unsafe," "the
17   filter was not reasonably safe."  Not that it didn't meet
18   safety standards, not that one filter was safer than another.
19           I understand safe to safer and I'm not -- I'm not
20   challenging that.  I understand that he can say the SNF is
21   safer than the G2X.  But it's the step further that's not
22   disclosed, and that is that the G2X itself is unsafe.  That
23   statement.  Or not safe.  Or not reasonably safe.
24           I'm not challenging the fact that he can say you have
25   to meet safety standards, you have to do all these things.
```

```
                                                              Page 812
 1                THE COURT:  Go ahead, Mr. O'Connor.
 2       BY MR. O'CONNOR:
 3       Q   Dr. Muehrcke, we're looking at Exhibit 4800.  Do you see
 4       that?
 5       A   Yes, I see it.
 6       Q   Is this a document you reviewed in the course of your work
 7       in this case?
 8       A   Yes.
 9       Q   And so we are clear --
10                MR. O'CONNOR:  Is there any way you can enlarge it,
11       Felice?
12       BY MR. O'CONNOR:
13       Q   It's an e-mail from David Ciavarella to Cindi Walcott
14       dated December 23, 2005.  And, again, marked as Exhibit 4800.
15                Number one, do you recognize the name David
16       Ciavarella?
17       A   Yes.
18       Q   Who was David Ciavarella?
19       A   He was the medical director at Bard.
20       Q   And when you reviewed this document among others, can you
21       tell us the reason that this was important in arriving at your
22       opinions regarding that Bard failed to meet your reasonable
23       expectations as a physician?
24       A   Well, this e-mail's written two months after the G2 filter
25       was released and they're already seeing complications of
```


```
                                                          Page 813
 1    caudal migration, tilt, perforation.  And his comment was,
 2    well, if the G2 filter is a permanent filter, we also have one
 3    which has virtually no complaints, so obviously the Simon
 4    Nitinol filter is a good filter, why should doctors use
 5    anything other than the Simon Nitinol filter?
 6            And that's information I'd like to know.
 7    Q    All right.  And you were familiar with the Simon Nitinol
 8    filter?
 9    A    Yes.
10    Q    And that was a permanent filter?
11    A    That was the permanent Bard filter before the Recovery
12    filter.
13    Q    Would it be important for physicians to know from Bard at
14    the time that Bard was promoting these filters that the --
15    whether the medical director had questions about the recently
16    released filter?
17    A    Yeah.  I think this is a very honest e-mail.  I think he's
18    trying to find out what's going on here.
19    Q    And did Bard ever share with you or other doctors any
20    information concerning comments by the medical director or
21    concern within Bard that the G2 was not even meeting -- or
22    wasn't living up to the reputation that Simon Nitinol filter
23    had with respect to failures?
24    A    That's true.  That's true.
25    Q    That's something you would have wanted --
```

Page 2913

1   this hospital with a jugular delivery kit was sold over a year
2   before her procedure.
3           And then if you look down, February '11, the month her
4   procedure was, there was a jugular kit that was sold to the
5   hospital.  And with the invoices, we saw that this was shipped
6   out of Bard on February the 23rd for two-day delivery to the
7   hospital, and it arrived on February the 25th, the day of her
8   procedure.
9           And as we saw from the notes in the records, and I
10  went through these with Dr. Hurst, that if you look at these --
11  the monitoring for the critical symptoms, that this procedure
12  started around 1:00 o'clock, which I submit to you gives plenty
13  of time for this filter to arrive and be used in the OR by
14  1:00 o'clock.
15          But as I told you in the opening, I don't know that
16  this really matters.  Again, I don't think we know if it's a
17  G2X or an Eclipse.  And I think the more important thing is
18  that it's Bard's position that both of those filters are safe
19  and effective filters.
20          And I think it's borne out by these rates that you've
21  seen several times that Bard is constantly tracking and
22  monitoring and keeping up with the reports that come in from
23  doctors, hospitals, competitors, wherever.  And they put these
24  things into these rates where they calculate the sales versus
25  the reports and they track and trend that.
                        UNITED STATES DISTRICT COURT

Page 2914

1     And I submit to you it's always less than 1 percent.
2 And, again, I told you at the beginning and I'll tell you again
3 now, these rates are not perfect. We know that there is some
4 level of events that happen that do not get reported. But it's
5 the best information that Bard has, and it's a big piece of
6 their story.
7     Okay. I'm finally going to get to risk-benefit. And
8 first I want to talk to you about the allegations in this case
9 or the claims. And these are the things that the plaintiff has
10 the burden of proof on.
11     We have a claim for a design defect, causation, and
12 damages.
13     And the first thing I want to do is point your
14 attention to a jury charge that you're going to receive. And
15 you've already been charged, but I think you'll get a printed
16 copy of these.
17     But for each claim, the burden is on the plaintiff to
18 satisfy you by the greater weight of the credible evidence to a
19 reasonable certainty. That is the burden that the plaintiffs
20 have to satisfy in order to recover in this case.
21     Now, there's two claims. They're both design defect
22 claims. One is strict liability and the other is negligence.
23 I'm going to talk about both.
24     But first I'm going to get you to look at the charge
25 on strict liability. And we're going to focus now on this

UNITED STATES DISTRICT COURT