James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Telephone:  (602) 382.6000
Facsimile:  (602) 382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation,<br><br>This Document Relates to:<br><br>Debra Tinlin, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00263-PHX-DGC | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 3 TO PRECLUDE EVIDENCE OF UNRELATED MEDICAL CONDITIONS**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>**(Oral Argument Requested)** |

The medical conditions listed in Mrs. Tinlin's Motion have symptoms that overlap with her alleged damages, and therefore are relevant. And Bard can argue alternative causes of alleged injuries to "weaken" those claims of injuries even "with medical proof couched in terms of possibilities." *Felde v. Kohnke*, 184 N.W.2d 433, 441 (Wis. 1971).

<u>Graves' Disease, Surgical Resection of Thyroid Gland, and Hypothyroidism</u>: Mrs. Tinlin alleges future cardiac arrhythmias and cardiac failure. (Ex. A, Muehrcke Rule 26 Rep., at 8.) These future cardiac risks can also be explained, in whole or in part, by Mrs. Tinlin's long-standing thyroid issues. Mrs. Tinlin was diagnosed with Graves' Disease, which causes an overactive thyroid. Her thyroid then was radiated, and she has since had to regulate her thyroid hormones with medication. As early as May 2005, through the most recent records in March 2019, Mrs. Tinlin is reported to have hypothyroidism. (Ex. B, Med. Recs., TINLIND_SMHMC_MDR00070-71, May 4, 2005; TINLIND_AHCAR_MDR02325-26, Mar. 7, 2019. (Records arranged alphabetically by bates number).) Hypothyroidism "has profound effects on cardiac function that can impact cardiac contractility, vascular resistance, blood pressure, and heart rhythm," as well as heart failure and arrhythmia. (*See* Ex. C, Udovcic, *Hypothyroidism and the Heart*, 13 Methodist Debakey Cardiovascular J. 55, 55, 56 (2017).)

<u>Sjogren's Syndrome</u>: Mrs. Tinlin allegedly developed "a severely weakened trachea" as a result of surgeries due to the Recovery Filter. (Pls. Resp. Br. (Doc. 15694), at 2.) "As a result, [Mrs. Tinlin] can no longer wear her breathing device for sleep apnea . . . causing severe sleep deprivation. . . . [T]o this day, laying on her back causes her to choke, gag, and cough . . . ." (*Id.*) These alleged damages can also be explained by Mrs. Tinlin's course with Sjogren's Syndrome. Sjogren's Syndrome is an autoimmune disease the causes symptoms of fatigue, chronic pain, and dry mouth, among other issues. (*See* Sjogren's Syndrome Foundation, *at* https://www.sjogrens.org/home/about-sjogrens.) For example, in March 2018, Mrs. Tinlin underwent a laryngoscopy after presenting with difficulty swallowing, dry mouth, and thick mucus in her throat. She reported that "she wakes herself up choking on secretions multiple times per night. This occurs every 1-2

1   hours per night and only occurs when she's sleeping. . . . Patient admits . . . pain with
2   swallowing." (Ex. B, TINLIND_ BAYCC_MDR000214, Mar. 2, 2018.) The diagnosis
3   after the laryngology included: "I think her dry mouth and thick mucus she is
4   experiencing is multifactorial with contributions from her Sjogren's syndrome, GERD,
5   and side effects of medications." (*Id.* at TINLIND_BAYCC_MDR00222.)

6   <u>Hypertension</u>: As noted above, Mrs. Tinlin alleges that she is at risk of future
7   cardiac complications. This prognosis can also be explained by Mrs. Tinlin's long-
8   standing hypertension. The U.S. Department of Health and Human Services, National
9   Heart, Lung, and Blood Institute explains that hypertension can cause heart attack, heart
10  failure, and peripheral artery disease. (NIH, *High Blood Pressure*, *at*
11  https://www.nhlbi.nih.gov/health-topics/high-blood-pressure.) Mrs. Tinlin has had
12  hypertension at least as early as August 2005 ("BP 172/96"), which was untreated. (Ex. B,
13  Med. Recs., TINLIND_PAHC_MDR01292-93, Aug. 6, 2005.)  As recently as December
14  2018, her medical records continue to describe Mrs. Tinlin's ongoing hypertension. (*Id.* at
15  TINLIND_ABCG_MDR01084-85 ("Cardiovascular positive for hypertension . . . .").)

16  <u>Uterine and Rectal Prolapse</u>: Mrs. Tinlin alleges that the Recovery Filter's risks
17  outweighed its benefits for her. (Ex. A, Muehrcke Rule 26 Rep., at 8.)  A large portion of
18  the benefit that she received from the Recovery Filter, however, was not just immediately
19  after it was placed while she had a deep venous thrombosis.  Rather, over the years, Mrs.
20  Tinlin needed to stop treatment with anticoagulation for varying periods of time so that
21  she could undergo medical procedures, including multiple biopsies (2005, 2015, 2017),
22  hysterectomy for symptomatic uterine prolapse (2005), epidural injections (2006) possible
23  tracheostomy (2010), bilateral nerve blocks (2010, 2014, 2015), rectosigmoid resection
24  and rectopexy for rectal prolapse (2012), and parotidectomny (2014).  Because of Mrs.
25  Tinlin's ongoing need for protection against pulmonary embolism, the Recovery Filter
26  protected her from any potential pulmonary embolism during these times.  Bard agrees
27  that it need not divulge the specific reasons that Mrs. Tinlin needed to temporarily stop
28  taking anticoagulants, as long as it can offer evidence that she needed do so multiple times

over the years for conditions unrelated to this case.

<u>Fibromyalgia and Rheumatoid Arthritis</u>: Mrs. Tinlin alleges that she "has suffered significant . . . back pain from her failed Bard Recovery filter." (Ex. A, Muehrcke Rule 26 Rep., at 8.) Her back pain can also be explained by her long-standing fibromyalgia and arthritis. Chronic low back pain is common among patients with fibromyalgia. (*See* Ex. D, Yagci, *Fibromyalgia Syndrome in Patients with Chronic Low Back Pain*, 25 Archives of Rheumatology 37 (2010).) Likewise, rheumatoid arthritis is associated with low back pain. (*See* Ex. E, Miura, *Prevalence of and factors associated with dysfunctional low back pain in patients with rheumatoid arthritis*, Eur. Spine J (Epub.) (Mar. 8, 2019).) Mrs. Tinlin's physicians frequently associated her back pain with both fibromyalgia and arthritis. (*See, e.g.,* Ex. B, Med. Recs. at TINLIND_BAYCAREC _MDR00157-164 ("arthritis low back"), 373-74 ("multiple musculoskeletal pain issues . . . fibromyalgia syndrome"), 377-78 ("low back pain . . . recently told she has fibromyalgia syndrome").)

<u>Pernicious Anemia</u>: As noted above, Mrs. Tinlin alleges that she at future risk of cardiac arrhythmias and cardiac failure, as well as "constant shortness of breath." Again, this prognosis and symptom can also be explained by her long-standing pernicious anemia. The U.S. Department of Health and Human Services, National Heart, Lung, and Blood Institute explains that pernicious anemia is a condition in which the body cannot make enough red blood cells, which can lead to arrhythmias, heart failure, and shortness of breath. (NIH, *Pernicious Anemia*, *at* https://www.nhlbi.nih.gov/health-topics/pernicious-anemia.) Mrs. Tinlin has had anemia since at least as early as May 2010, and is noted in her records as recently as 2017. (Ex. B, Med. Recs., TINLIND_AMGWC_MDR00009-10, May, 29, 2010; TINLIND_ABCG_MDR00783-85, Jan. 19, 2017.) Thus, Mrs. Tinlin's long-standing anemia is relevant to her alleged future damages of cardiac disease/failure, as well as alleged shortness of breath.

Thus, each of the previously medical conditions carry symptoms that overlap with her damages claims, and are relevant for the jury to consider in determining the extent to which Mrs. Tinlin's claimed damages should be attributed to the Recovery Filter.

RESPECTFULLY SUBMITTED this 12th day of April, 2019.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**