# Exhibit B

Do Not Disclose - Subject to Further Confidentiality Review

```
 1                THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ARIZONA

 3

 4    IN RE BARD FILTERS       )
                               )
 5    PRODUCTS LIABILITY       ) No. MD-15-02641-PHX-DGC
                               )
 6    LITIGATION               )

 7

 8                      - Do Not Disclose -

 9         Subject to Further Confidentiality Review

10

11              The video-recorded deposition of

12    LEN DeCANT, taken before Pauline M. Vargo, an

13    Illinois Certified Shorthand Reporter, C.S.R.

14    No. 84-1573, at the Marriott Suites O'Hare,

15    Rosemont II Conference Room, 6155 North River

16    Road, Rosemont, Illinois, on May 24, 2016, at

17    9:04 a.m.

18

19

20

21

22

23               GOLKOW TECHNOLOGIES, INC.
              877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

 1   Action Team gave what we knew at the time to

 2   corporate.  They reviewed it on March 4th, and this

 3   document is a month later when they put their

 4   minutes together based on the corporate review on

 5   March 4th.

 6        Q.    How do you come to the conclusion that

 7   there is no design or manufacturing defect whether

 8   it's on February 12th or March 4th?

 9        A.    At that time we didn't have information

10   to point to design defect.

11        Q.    And what information would you have

12   needed?

13        A.    It's like asking how do I know that my

14   car is going to crash.  I don't know at that point

15   in time what information.  I would have liked to

16   have probably seen the product back, which we

17   certainly would have gotten at this period in time.

18        Q.    It does not say there was no evidence of

19   design or manufacturing defect, right?  It says

20   there were none found.

21        A.    I didn't write this document, so...

22        Q.    But you were involved in the discussion

23   and the decision that's set forth here, right?

24        A.    Right, and so at that point in time they

Do Not Disclose - Subject to Further Confidentiality Review

1    would have asked me have you been able to identify
2    any defect, and at that point in time I said no, as
3    of this point in time we haven't been able to
4    identify a defect.  It doesn't mean that I won't
5    later.
6         Q.   So what was the root cause here for this
7    death?
8         A.   At this point in time I don't think
9    there was a root cause.
10        Q.   Let's go to the next page.  Let me
11   follow up on that.  You didn't think there was any
12   root cause to the death?
13        A.   No.  I'm saying at this time.  I'm just
14   reading this document as it's portrayed in the
15   timeframe.
16        Q.   Okay.
17        A.   The timeframe has only been a month or
18   two months for the writing of this document prior
19   to the death.  I find it speculative that within
20   that short period of time we would have been able
21   to complete a thorough investigation to identify
22   the root cause, and we were still in the process of
23   doing so.
24        Q.   Well, before this document was