# Exhibit B



Deposition of:
# Derek Muehrcke , M.D.

*March 16, 2019*

In the Matter of:

# McMahill vs. C. R. Bard, Inc.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 2:15-md-02641-DGC   Document 16946-1   Filed 04/12/19   Page 3 of 9

Derek Muehrcke , M.D.                                    March 16, 2019
McMahill vs. C. R. Bard, Inc.

```
                                                          Page 1

 1              SUPERIOR COURT OF ARIZONA
                  COUNTY OF MARICOPA
 2

 3                     CASE NO.: CV2017-000927
                       (Concerning CV2017-13707
 4                      Joseph Grossman)

 5

    DANNY MCMAHILL, an individual,
 6
            Plaintiff,
 7
    vs.
 8
    C.R. BARD, INC., et al,
 9
            Defendants.
10  _____
11         Video Deposition of DEREK MUEHRCKE, M.D.,
12  taken on behalf of defendant herein, pursuant to Notice
13  of Taking Deposition, at 32 Avenida Menendez, St.
14  Augustine, Florida, on Saturday, March 16, 2018, at
15  9:00 a.m., before Terry T. Hurley, Registered
16  Professional Reporter, and Notary Public in and for the
17  State of Florida at Large.
18
19
20                         - - -
21
22
23
24
25
```

Case 2:15-md-02641-DGC   Document 16946-1   Filed 04/12/19   Page 4 of 9

Derek Muehrcke, M.D.                                March 16, 2019
McMahill vs. C. R. Bard, Inc.

Page 19

```
 1   filter; is that right?
 2       A    Yes.
 3       Q    And the markers on that dilator are 28
 4   millimeters apart; right?
 5       A    Yes.
 6       Q    And so --
 7       A    Now, we -- I'm sorry.  They're 28 millimeters
 8   apart for the Bard filter.
 9       Q    For the Bard filter.
10            Okay.  So in your practice, when you're placing
11   an IVC filter, when you were placing the Bard filter,
12   you would compare the diameter of the vena cava with the
13   28-millimeter dilator markers; correct?
14       A    Yes.
15       Q    And you would do that to make sure that the IVC
16   is an appropriate size for the filter; correct?
17       A    Yes.
18       Q    And when you place IVC filters in your patients
19   is it your routine practice to document that you got an
20   IVC-gram and that you measured the IVC as part of your
21   notes?
22       A    I don't necessarily put it in my notes when
23   I -- when I dictate.  I just -- I do it because I think
24   that's in the IFU, and that's the way to make sure that
25   the inferior vena cava is the appropriate size.  But I'm
```

Case 2:15-md-02641-DGC   Document 16946-1   Filed 04/12/19   Page 5 of 9

Derek Muehrcke , M.D.                                  March 16, 2019
McMahill vs. C. R. Bard, Inc.

Page 20

1   not so sure I put that in my notes all the time.
2       Q    So you measure the diameter of the IVC because
3   that's in the IFU, and you need to do that in order to
4   make sure that the vena cava is the appropriate size for
5   treatment with the filter; correct?
6       A    Correct.
7       Q    And the steps that we just talked about,
8   getting an IVC-gram and measuring the IVC filter, does
9   that reflect how you were trained to place IVC filters?
10      A    Well, I -- I was taught by the reps how to
11  place IVC filters.  I never -- I -- I hadn't placed a
12  filter in my training ever.  So my training was reading
13  the IFU and also working with the representatives of the
14  company.
15      Q    Which company was that?
16      A    It was Bard.  I used Bard exclusively
17  initially.
18      Q    So the Bard sales representative discussed with
19  you the steps involved in placing the filter?
20      A    Yeah.  I think that's pretty common practice,
21  yes.
22      Q    And the Bard rep that discussed with you the
23  steps involved in placing the Bard filter told you that
24  you should perform an inferior vena cavagram and that
25  you should measure the diameter of the IVC; right?

Case 2:15-md-02641-DGC   Document 16946-1   Filed 04/12/19   Page 6 of 9

Derek Muehrcke , M.D.                                March 16, 2019
McMahill vs. C. R. Bard, Inc.

Page 21

1     A    Correct.
2     Q    And that's consistent with the warnings that
3  are contained in the instructions for use with the Bard
4  IVC filters; correct?
5     A    Yes.
6     Q    And would you agree that getting an IVC-gram
7  and measuring the IVC before placing a filter is the
8  standard of care for placing IVC filters?
9     A    I believe so, yes.  I mean, I think it could
10 probably be done with an ultrasound, but I haven't seen
11 anybody do that.  But, yeah, I would think so.
12    Q    And as we discussed, the Bard retrievable
13 filters are indicated for use in IVC's that are
14 28 millimeters or less; right?
15    A    Correct.
16    Q    And if you place a Bard retrievable filter in a
17 patient who has an IVC that's greater than
18 28 millimeters would you agree that that could cause the
19 filter to tilt?
20         MR. MANKOFF:  Object to form.
21    A    You know, that's -- that's interesting.  That's
22 not covered in the IFU, because we talked about this
23 before.  The AP diameter of the inferior vena cava is
24 oftentimes the smallest diameter, and measuring it on a
25 AP vena cavagram you would see the largest diameter of

Derek Muehrcke , M.D.                                     March 16, 2019
McMahill vs. C. R. Bard, Inc.

Page 22

1    the I -- of the inferior vena cava.
2            So one could make the argument that although
3    you may be 28 millimeters or wider in the lateral
4    dimension, the AP dimension may be smaller in a filter.
5    Might be appropriate to place a filter in that
6    situation, but that's not covered in the IFU.
7        Q   Yeah, I remember discussing -- I'm sorry.  Go
8    ahead.
9        A   No.  I was done.  That's not -- not -- not
10   talked about in the IFU.
11       Q   Yeah, I remember our discussing the issue of
12   the IVC being more ovoid in shape, and that potentially
13   being a reason you could have an AP measurement that's
14   different from the anterior/posterior measurement, if
15   I'm using that terminology right.
16           But my question is, as it relates to the
17   measurement that you take before you place a filter via
18   an IVC-gram, or you mentioned potentially an ultrasound,
19   if the IVC measures greater than 28 millimeters would
20   you agree that could cause the filter to tilt?
21           MR. MANKOFF:  Object to form.
22       A   It could, or migrate, yeah.
23       Q   And it could cause it to migrate caudally or
24   cranially if the diameter of the IVC is measured at
25   greater than 28 millimeters; right?

Case 2:15-md-02641-DGC   Document 16946-1   Filed 04/12/19   Page 8 of 9

Derek Muehrcke, M.D.                                March 16, 2019
McMahill vs. C. R. Bard, Inc.

Page 23

1      A    It could, yes.

2      Q    And if the IVC is measured with a diameter

3  that's greater than 28 millimeters it could cause the

4  filter to penetrate the IVC?

5          MR. MANKOFF:  Object to form.

6      Q    Right?

7      A    It can.

8      Q    And if the filter is placed into an IVC where

9  the measurement is greater than 28 millimeters it could

10 cause the filter to fracture; right?

11         MR. MANKOFF:  Object to form.

12     A    It -- it -- it could, yes.

13     Q    For a Bard retrievable filter that's placed in

14 a patient that's -- with an IVC that measures greater

15 than 28 millimeters, and that filter fractures, you

16 can't rule out that the fracture occurred because of the

17 large vena cava size, can you?

18         MR. MANKOFF:  Object to form.

19     A    Can you restate the question?  I'm sorry.

20     Q    Sure.  If a Bard retrievable filter is placed

21 in a patient whose IVC measures greater than

22 28 millimeters pursuant to the measurement that you take

23 before the filter is placed, and that filter later

24 fractures, you can't rule out that the fracture occurred

25 because of the placement into a large vena cava size,

Case 2:15-md-02641-DGC   Document 16946-1   Filed 04/12/19   Page 9 of 9

Derek Muehrcke, M.D.                                March 16, 2019
McMahill vs. C. R. Bard, Inc.

Page 24

1   can you?
2           MR. MANKOFF:  Object to form.
3       A   I mean, I guess you can't, no.
4       Q   And the same would be true for migration,
5   perforation, or tilt?  In other words, if the Bard
6   retrievable filter is placed into a patient who has an
7   IVC that measures greater than 28 millimeters and that
8   filter later migrates, perforates, or tilts, you can't
9   rule out that the migration, perforation, or tilt
10  occurred because of the placement into a large vena cava
11  size, can you?
12          MR. MANKOFF:  Object to form.
13      A   No, you cannot.
14      Q   Would you agree that the doctor placing an IVC
15  filter has responsibility to read the instructions for
16  use for the filter before first using that filter with
17  the patient?
18      A   I don't know what the standard of care is for
19  that.
20      Q   For your own practice would you agree that you
21  have a responsibility to read the instructions for use
22  for an IVC filter before you first use that filter with
23  a patient?
24          MR. MANKOFF:  Object to form.
25      A   I think it varies.  I don't read all the IFU's