James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Telephone:  (602) 382.6000
Facsimile:  (602) 382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Telephone:  (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation,<br><br>This Document Relates to:<br><br>Debra Tinlin, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00263-PHX-DGC | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF LODGING UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BARD'S TRIAL BRIEF ON THIRD PARTY FAULT** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"), pursuant to the Stipulated Protective Order (Doc. 269), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 file this notice of lodging under seal certain exhibits attached in support of Bard's Trial Brief on Third Party Fault. These exhibits contain certain Plaintiffs' personal healthcare information that is protected under HIPAA and confidential under the Stipulated Protective Order. Defendants have notified

1  Plaintiffs of their intent to file this Notice of Lodging. Because the documents lodged
2  under seal only relate to Plaintiffs' personal healthcare information, Defendants note that
3  it is Plaintiffs' burden to file a motion to seal. A list of the Exhibits sought to be sealed are
4  attached hereto as Exhibit A.

5  RESPECTFULLY SUBMITTED this 12th day of April, 2019.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

# **EXHIBIT A**

## **DOCUMENTS PROPOSED TO BE FILED UNDER SEAL**

Defendants request they be permitted to file under seal the following documents:

Exhibit A: Excerpts from January 30, 2019 Deposition of Dr. McMeeking

Exhibit C: Expert Report of Dr. Sobieszczyk