Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT PLLC
701 N. 44th Street
Phoenix, AZ 85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DEBRA TINLIN and JAMES FRANCES TINLIN, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **PLAINTIFFS' PROPOSED VERDICT FORM**<br><br>(Assigned to the Honorable David G. Campbell) |

Plaintiffs hereby submit their proposed Verdict Form.  A separate proposed Verdict Form for punitive damages follows this one.

We, the jury empaneled and sworn in the above action, upon our oaths, find as follows:

A.    **LIABILITY**

    1.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the strict liability design defect claim?

        _____Yes    _____No

    2.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the negligent design defect claim?

        _____Yes    _____No

    3.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the strict liability failure to warn claim?

        _____Yes    _____No

    4.    Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the negligent failure to warn claim?

        _____Yes    _____No

If you answered "No" to each question in Part A, do not complete Parts B or C.  If you answered "Yes" to any question in Part A, please complete Parts B and C.

B.    **COMPENSATORY DAMAGES**

    1.    If you found Bard liable to Mrs. Tinlin on any of the claims set forth above, what amount of damages do you find will reasonably compensate Mrs. Tinlin for her injuries?

        Answer:  $_____

2.      Do you find by the greater weight of the evidence, to a reasonable certainty, that Mr. Tinlin suffered a loss of consortium?

_____Yes      _____No


3.  If you answered "Yes" to Question B.2, then answer this question.  Otherwise do not answer it.  What amount of damages do you find will reasonably compensate Mr. Tinlin for his loss of consortium?

Answer:  $_____

**C.      PUNITIVE DAMAGES**

Do you find by clear, satisfactory, and convincing evidence, to a reasonable certainty, that punitive damages should be awarded against Bard?

_____Yes      _____No


_____          _____
Presiding Juror Number                                                    Date

3

1
Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
2
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
3
Newport Beach, California 92660
949-812-5771
4

5
Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT PLLC
6
701 N. 44th Street
Phoenix, AZ 85008
7
480-429-3000

8

9
*Co-Lead/Liaison Counsel for Plaintiffs*

10
UNITED STATES DISTRICT COURT

11
DISTRICT OF ARIZONA

12
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
13

14
| DEBRA TINLIN and JAMES FRANCES TINLIN, a married couple, | **PLAINTIFFS' PROPOSED VERDICT FORM (PUNITIVE DAMAGES)** |
15

16
| Plaintiff, | (Assigned to the Honorable David G. Campbell) |
17
| v. | |
18
| C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation, | |
19

20
| Defendants. | |

21

22
        We, the jury empaneled and sworn in the above action, upon our oaths, find the

23
amount of punitive damages to be:

24
        Answer:  $_____

25

26
_____          _____
Presiding Juror Number                                          Date

27

28

4

RESPECTFULLY SUBMITTED this 12th day of April, 2019.

BEUS GILBERT PLLC

By:*/s/ Mark S. O'Connor*
     Mark S. O'Connor
     701 N. 44th Street
     Phoenix, AZ 85008

LOPEZ McHUGH LLP
     Ramon Rossi Lopez (CA Bar No. 86361)
     (admitted *pro hac vice*)
     100 Bayview Circle, Suite 5600
     Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*

5