# Exhibit B

Case 2:15-md-02641-DGC   Document 16951-2   Filed 04/12/19   Page 2 of 4

Derek Muehrcke, MD                                      October 18, 2018
McMahill vs. C. R. Bard, Inc.

```
                                                              Page 1
 1              IN THE CIRCUIT SUPERIOR COURT
                    STATE OF ARIZONA
 2                  COUNTY OF MARICOPA
 3
                          CASE NO.:  Cv2017-000927
 4
                    (Concerning Steven Schimpf,
 5                   Andrew Erm and Allan Kotter)
 6   DANNY MCMAHILL, an individual,
 7          Plaintiff,
 8   vs.
 9   C.R. BARD, INC., et al,
10          Defendants.
11
12          Video Deposition of DEREK MUEHRCKE, M.D.,
13   taken on behalf of defendant herein, pursuant to Notice
14   of Taking Deposition, at 32 Avenida Menendez, St.
15   Augustine, Florida, on October 18, 2018, at 5:00 p.m.,
16   before Terry T. Hurley, Registered Professional
17   Reporter, and Notary Public in and for the State of
18   Florida at Large.
19
20
21
22
23
24
25
```

Case 2:15-md-02641-DGC   Document 16951-2   Filed 04/12/19   Page 3 of 4

Derek Muehrcke, MD                                October 18, 2018
McMahill vs. C. R. Bard, Inc.

Page 98

1   Bard cases, like the Fraser-Johnson case, these filters
2   can come out, you know, years later and poke through the
3   skin and work their way through the heart.  I just don't
4   think that most cardiac surgeons like the idea of a
5   metal fragment in the heart, you know, in the hostile
6   environment of the right ventricle.
7       Q     What data have you reviewed showing that the
8   filter strut that has been in the heart for ten years
9   that has caused no problems can cause a problem in the
10  future?
11      A     Oh, I don't think there's any -- I don't think
12  there's any data on these types of problems because
13  they're not that prevalent.  But I think most cardiac
14  surgeons would be concerned about a fragment that's in
15  the heart and the danger it can cause.  Just common
16  sense, just medical common sense.  It's not normal to
17  have a fractured fragment in your heart.
18      Q     You're saying common sense, medical common
19  sense.  Can up cite me any actual data that any foreign
20  object in the heart that's been there for more than ten
21  years that has caused no problems will cause a problem
22  in the future?
23      A     Well, just, you know, my -- my clinical
24  experience as a physician, my education, and talking to
25  other cardiac surgeons leads me to believe that you can

Case 2:15-md-02641-DGC   Document 16951-2   Filed 04/12/19   Page 4 of 4

Derek Muehrcke, MD                     October 18, 2018
McMahill vs. C. R. Bard, Inc.

Page 99

1   have people show up, like the one we talked about
2   earlier in the deposition, you know, years later after a
3   Bard filter was placed where it can poke through the
4   heart and cause tamponade.
5           I think it's a ticking time bomb.  And although
6   there's not a lot of literature written on these
7   patients because they're so far and few between, but I
8   think that's a dangerous concept of just sticking your
9   head in the sand, because clearly this filter is
10  unstable.  It's already disintegrated.  There's no
11  reason why it's not going to fall apart further and have
12  further fragments go to the heart.
13          The filter is tilted 20 degrees.  It's not
14  functional.  It's already lost a fourth of its
15  clot-trapping arms and legs.
16          I think that the filter has failed in a
17  catastrophic fashion that no physician would expect it
18  to, and I don't -- I think it's -- I think it's failed
19  in a manner that no patient would expect it to.  And I
20  think it's dangerous to have a fragment in the heart
21  which can perforate and kill a person at any time with
22  any heartbeat.  And it can happen again because the
23  filter is still in there.
24      Q   All right.  Let's just focus on the strut
25  that's in the heart.