# Exhibit A

**To:** Glass, Holly[Holly.Glass@crbard.com]; Passero, Donna[Donna.Passero@crbard.com]; 'John Lehmann'[jlehmann@lehmannthomas.com]; Hudnall, Janet[Janet.Hudnall@crbard.com]; Jones, Kellee[Kellee.Jones@crbard.com]
**Cc:** Kimberly Ocampo[kocampo@HillandKnowlton.com]
**From:** Lee Lynch
**Sent:** Tue 4/13/2004 10:07:21 PM
**Subject:** Crisis Plan and Supporting Documents for your review
Recovery Filter Crisis Plan_DRAFT 4.13.04.doc
Recovery Internal Q's only V4_(4.13.04).doc
Recovery External Q's only V4_(4.13.04).doc
Medical Study Summaries v.2_4-13.DOC

PRIVILEGED AND CONFIDENTIAL

Hi everyone –

Through conversations with Janet, Donna and Holly, we have secured enough information to create complete initial drafts of the Recovery Vena Cava Filter Crisis Plan and corresponding documents; each of these documents is attached for your review:

- Full Crisis Plan. Included in the Appendix section of the Crisis Plan are additional documents for your review, including:

  - General Key Messages
  - [Redacted] incident-specific key messages
  - General Letter to the Editor
  - [Redacted] incident-specific Letter to the Editor

- Internal Q&A
- External Q&A
- Medical Study Summaries

We'd like to ask you to review all of the documents this week, then join us for a call to go through your revisions sometime early next week. Can you let us know your availability on Monday and Tuesday of next week?

Questions for consideration and feedback are highlighted in yellow within the documents.

In addition, we have a number of questions we are hoping to have the following individuals answer directly to us by e-mail this week, including:

For Kellee Jones:

- Contact information for Chris Ganser and Doug Uelmen

For Janet Hudnall:

- Mobile number
- Is it OK to add Carol Stone under the key contact for the Field Sales Reps in the Audience Response Team section of the Crisis Plan?
- Are there any physicians NOT paid by Bard who can serve as spokespeople? If not, could you follow

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          BPVEFILTER-01-00096880

up with Drs. Venbrux and Kaufman regarding their interest and availability?  To that end, please confirm that these physicians indeed have been paid by Bard for training and speaking.
- Is it OK to add the Society of Vascular Surgeons as an ally organization?
- Can you provide us with the following studies: Kaufman and Venbrux for FDA approval and the Special Access Canadian study?
- Are there any other human studies to add to the "Medical Study Summaries"?

Many thanks for your help! Lee Lynch and Kimberly Ocampo, H&K

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                            BPVEFILTER-01-00096881