IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Plaintiff: Margaret Moses<br>Case: 2:17-cv-00161-DGC | No. MD-15-02641-PHX-DGC<br><br>**SUGGESTION OF DEATH OF PLAINTIFF MARGARET MOSES** |

    Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Margaret Moses, which occurred on January 22, 2019.

    RESPECTFULLY SUBMITTED this 15th day of April, 2019.

                                **SHRADER & ASSOCIATES, L.L.P.**

                                By: */s/ A. Layne Stackhouse*
                                     A. Layne Stackhouse
                                     3900 Essex Lane, Suite 390
                                     Houston, TX 77027
                                     T: (713) 782-0000
                                     F: (713) 571-9605
                                     layne@shraderlaw.com

                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        */s/A. Layne Stackhouse*