IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Plaintiff: Margaret Moses<br>Case: 2:17-cv-00161-DGC | No. MD-15-02641-PHX-DGC<br><br>**MOTION FOR SUBSTITUTION OF PARTY** |

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby moves this Court for an order substituting Teresa M. Truitt, as administrator of the Estate of Margaret Moses, for the named Plaintiff in this case. As grounds therefore, counsel states as follows:

1. That Margaret Moses filed a products liability action on January 18, 2017.
2. That on or about January 22, 2019, Margaret Moses passed away.
3. That Teresa M. Truitt was appointed as administrator of the Estate of Margaret Moses on March 26, 2019 (see letters of administration, attached as Exhibit 1).
4. That pursuant to Fed. R. Civ. P. 25(a)(1), the Court may order substitution of the proper parties upon a motion by any party or by the representatives of the deceased party.
5. That a proposed amended SFC reflecting the requested substitution is attached hereto as Exhibit 2.

WHEREFORE, Teresa M. Truitt, as administrator of the Estate of Margaret Moses, deceased, respectfully requests this Court grant her motion for Substitution of Party. A proposed order is attached hereto.

1 RESPECTFULLY SUBMITTED this 15th day of April, 2019.

**SHRADER & ASSOCIATES, L.L.P.**

By: */s/ A. Layne Stackhouse*
A. Layne Stackhouse
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/A. Layne Stackhouse*