# Exhibit 1

**CERTIFICATE/LETTER OF QUALIFICATION -**         Court File No. <u>CWF190000111</u>
**FOR PROSECUTION OR DEFENSE OF CIVIL ACTION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

<u>**Suffolk**</u> Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on <u>**March 26, 2019**</u>
<span style="margin-left:auto">DATE</span>

<u>**Teresa M. Truitt**</u>,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

<u>**Margaret Carolyn Moses**</u>                              , deceased, solely for the purpose of prosecution or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

<u>**$500.00**</u> bond has been posted.

Given under my hand and the seal of this Court on

<u>March 26, 2019</u>
DATE

<span style="margin-left:auto">**W. Randolph Carter Jr.**, Clerk</span>

<span style="margin-left:auto">by _Chris Myton_____, Deputy Clerk</span>

FORM CC-1627 (MASTER) 07/15