# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Margaret C. Moses

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Teresa M. Truitt as administrator of the Estate of Margaret Moses

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Virginia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   District of Arizona, Phoenix Division

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter
    ☒ G2® Vena Cava Filter
    ☐ G2® Express Vena Cava Filter
    ☐ G2® X Vena Cava Filter
    ☐ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter
    ☐ Denali® Vena Cava Filter
    ☐ Other: _____

11. Date of Implantation as to each product:

    First filter: October 8, 2009 (removed successfully November 2, 2009);
    Second filter: September 13, 2010.

12. Counts in the Master Complaint brought by Plaintiff(s):

2

|   |   |   |
|---|---|---|
| ☒ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence – Design |
| ☒ | Count V: | Negligence – Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable <u>Virginia</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☒ | Count XVII: Survival | |
| ☒ | Punitive Damages | |
| ☐ | Other(s): _____: (please state the facts supporting this Count in the space immediately below) |

_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 15th day of April, 2019.

**SHRADER & ASSOCIATES, L.L.P.**

By: */s/ A. Layne Stackhouse*
   A. Layne Stackhouse
   3900 Essex Lane, Suite 390
   Houston, TX 77027
   T: (713) 782-0000
   F: (713) 571-9605
   layne@shraderlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/A. Layne Stackhouse*

4