IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Plaintiff: Margaret Moses<br>Case: 2:17-cv-00161-DGC | No. MD-15-02641-PHX-DGC |

### **ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

This matter, having come before the Court on Plaintiff's motion for substitution of party.

**IT IS ORDERED** that Plaintiff's motion for substitution of party is **granted.** Teresa M. Truitt, as administrator of the Estate of Margaret Moses, is substituted as Party Plaintiff for Margaret Moses, deceased, in Case No. 2:17-cv-00161-DGC.

Dated this ___ of _____, 2019.

_____
Honorable David. G. Campbell
United States District Judge