# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br>**ORDER** |

Plaintiffs have filed an amended motion to seal certain exhibits to Plaintiffs' response in opposition to motion for summary judgment. Doc. 16586.

**IT IS ORDERED:**

1. Plaintiffs' motion to seal (Doc. 16586) is **granted.** The Clerk of Court is directed to accept for filing under seal **only** Exhibits 2 and 3 attached to Plaintiffs' supplemental statement of facts in opposition to Bard's motion for summary judgment. Doc. 15701. The remainder of Doc. 15701 shall be filed on the court's public docket.

2. If counsel for Plaintiffs have not filed redacted versions of these exhibits on the public docket, they shall do so no later than **April 19, 2019.**

3. The Clerk of Court is also directed to file Docs. 15696, 15697 and 15702 on the court's public docket.

Dated this 12th day of April, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge