## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| Janie Rucker, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-19-02183-PHX-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al., ) | |
| ) | |
| Defendant. | |

## APPEARANCE OF COUNSEL

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: April 15, 2019					/s/ Richard B. North, Jr.
							*Attorney's signature*

							Richard B. North, Jr. (Ga. Bar No. 545599)
							*Printed name and bar number*

							Nelson Mullins Riley & Scarborough, LLP
							201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
							*Address*

							richard.north@nelsonmullins.com
							*E-mail Address*

							(404) 322-6000
							*Telephone number*

							(404 322-6050
							*FAX number*