# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>This Document Relates to:<br><br>All cases listed on Exhibit A<br>_____ | NO. MD 15-02641-PHX-DGC<br>MDL 2641 |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR FLINT LAW FIRM CASES

Attorney Laci M. Whitley, Partner at Flint Law Firm, LLC, hereby advises the Court and Counsel that Jacob A. Flint of Flint Law Firm, LLC, is no longer managing Flint Law Firm, LLC's IVC cases, and therefore Laci M. Whitley respectfully requests to be substituted as counsel in MDL 2641 and for all member civil actions related to MDL No. 2641 listed on Exhibit A.

Respectfully submitted,

By:   */s/ Laci M. Whitley*
Laci M. Whitley, IL Bar No. 6314263
Flint Law Firm, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
lwhitley@flintlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                                    */s/ Laci M. Whitley*