IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No.: 2:15-md-02641-PHX-DGC<br>MDL #2641 |

This Document Relates to Plaintiff

ANTHONY COSTONIS

Civil Case No.: **2:19-cv-02407-PHX-DGC**

## NOTICE OF APPEARANCE

The undersigned attorneys, CHAD K. FLORIN, of the law firm of FLORIN ROEBIG, P.A., hereby gives notice of his appearance as counsel for Plaintiff, ANTHONY COSTONIS, in this action. Copies of all pleadings, motions and correspondence concerning this case should be served upon the undersigned.

Dated: April 17, 2019

Respectfully submitted,

**FLORIN ROEBIG, P.A.**

*s/ CHAD K. FLORIN*
**WIL H. FLORIN, ESQUIRE**
**Florida Bar No: 0337234**
**SHAUN M. CUMMINGS, ESQUIRE**
**Florida Bar No: 0111944**
**CHAD K. FLORIN, ESQUIRE**
**Florida Bar No: 0121087**
Primary Email: WHF@FlorinRoebig.com
Secondary Emails:
SCummings@FlorinRoebig.com
CKFlorin@FlorinRoebig.com
Dewing@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No: (727) 786-5000
Facsimile No: (727) 772-9833
Attorneys for Plaintiff Costonis