1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-08107-01-PCT-SPL |
| Plaintiff, | **ORDER** |
| v. | **SEALED** |
| Murphy Alex Begay, | |
| Defendant. | |

Pending before the Court is the United States' Motion to Seal the United States' Motion in Limine to Preclude Evidence Pursuant to Fed. R. Evid. 412 (Doc. 80). Counsel for the United States requests that the United States' Motion in Limine to Preclude Evidence Pursuant to Fed. R. Evid. 412 (lodged Doc. 81) be filed under seal. Good cause appearing,

**IT IS ORDERED** granting the United States' Motion to Seal (Doc. 80).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file the United States' Motion in Limine to Preclude Evidence Pursuant to Fed. R. Evid. 412 (lodged Doc. 81) under seal.

Dated this 17th day of April, 2019.

Honorable Steven P. Logan
United States District Judge

cc:  AUSA, DFNS – Seplow