1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE DISTRICT OF ARIZONA

6

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| This Document Relates to: | **SUGGESTION OF DEATH OF PLAINTIFF EILEEN SHEA** |
| Plaintiff: Eileen Shea<br>Case: 2:16-cv-03088-DGC | |

7
8
9
10

11      Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the

12  Federal Rules of Civil Procedure, hereby informs  this Honorable Court of the death of

13  Plaintiff Eileen Shea, which occurred on August 20, 2018.

14      RESPECTFULLY SUBMITTED this 19th day of April, 2019.

15
16                                    **SHRADER & ASSOCIATES, L.L.P.**

17                                    By: */s/ A. Layne Stackhouse*
                                         A. Layne Stackhouse
18                                       3900 Essex Lane, Suite 390
                                         Houston, TX 77027
19                                       T: (713) 782-0000
                                         F: (713) 571-9605
20                                       layne@shraderlaw.com

21
22                                    *Attorney for Plaintiff*

23                                    **CERTIFICATE OF SERVICE**

24

25      I hereby certify that on this 19th day of April, 2019, I electronically transmitted the

26  attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

27  of a Notice of Electronic Filing.

28                                    */s/ A. Layne Stackhouse*