# Exhibit 1

Certificate# 43696

# Surrogate's Court of the State of New York
# Dutchess County
## Certificate of Appointment of Executor

File #: 2018-675

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **Eileen F Shea** | Date of Death: **August 20, 2018** |
| Domicile: | **Town Of Hyde Park** | |
| Fiduciary Appointed: | **Kathleen A Shea** | |
| Mailing Address: | 237 Clapp Hill Road | |
| | Lagrangeville NY  12540 | |

Type of Letters Issued: **LETTERS TESTAMENTARY**

Letters Issued On: **October 16, 2018**

**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: October 17, 2018**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Dutchess County Surrogate's Court at Poughkeepsie, New York.

WITNESS, Hon. James D Pagones, Judge of the Dutchess County Surrogate's Court.

*Erica S. DeTraglia*

Erica S. DeTraglia, Esq; Chief Clerk
Dutchess County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Dutchess County Surrogate's Court*