# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
| | **AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Eileen Shea

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Kathleen Shea as representative and administrator of the Estate of Eileen Shea

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7.   District Court and Division in which venue would be proper absent direct filing:

District of Arizona, Phoenix Division

8.   Defendants (check Defendants against whom Complaint is made):

    ☒   C.R. Bard Inc.

    ☒   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☒   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

    ☐   Denali® Vena Cava Filter

    ☐   Other: _____

11.  Date of Implantation as to each product:

April 7, 2009

_____

12.  Counts in the Master Complaint brought by Plaintiff(s):

2

☒     Count I:       Strict Products Liability – Manufacturing Defect

☒     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability – Design Defect

☒     Count IV:      Negligence – Design

☒     Count V:       Negligence – Manufacture

☒     Count VI:      Negligence – Failure to Recall/Retrofit

☒     Count VII:     Negligence – Failure to Warn

☒     Count VIII:   Negligent Misrepresentation

☒     Count IX:      Negligence *Per Se*

☒     Count X:       Breach of Express Warranty

☒     Count XI:      Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:    Fraudulent Concealment

☒     Count XIV:   Violations of Applicable <u>Virginia</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:   Loss of Consortium

☐     Count XVI: Wrongful Death

☒     Count XVII: Survival

☒     Punitive Damages

☐     Other(s): _____: (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this <u>19th</u> day of April, 2019.

**SHRADER & ASSOCIATES, L.L.P.**

By: */s/ A. Layne Stackhouse*
    A. Layne Stackhouse
    3900 Essex Lane, Suite 390
    Houston, TX 77027
    T: (713) 782-0000
    F: (713) 571-9605
    layne@shraderlaw.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/A. Layne Stackhouse*