IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: Plaintiff: Eileen Shea Case: 2:16-cv-03088-DGC | |

### ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

This matter, having come before the Court on Plaintiff's motion for substitution of party.

**IT IS ORDERED** that Plaintiff's motion for substitution of party is **granted.** Kathleen A. Shea, as representative and executor of the Estate of Eileen Shea, is substituted as Party Plaintiff for Eileen Shea, deceased, in Case No. 2:16-cv-03088-DGC.

Dated this ___ of _____, 2019.

_____
Honorable David. G. Campbell
United States District Judge