1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7                  **FOR THE DISTRICT OF ARIZONA**
8

9   IN RE BARD IVC FILTERS PRODUCTS          No. MDL15-2641-PHX-DGC
10  LIABILITY LITIGATION,

11  THIS DOCUMENT RELATES TO:

12                                           No. CV16-3088 PHX DGC
    Eileen Shea,
13
                Plaintiff,
14                                           **ORDER**
    v.
15
    C.R. Bard, Inc. and Bard Peripheral Vascular
16  Inc.,
17                Defendants.
18

19        Pending before the Court is Plaintiff's motion for substitution of party.  Doc. 17155.

20        **IT IS ORDERED** that Plaintiff's motion for substitution of party (Doc. 17155) is

21  **granted.**  Kathleen A. Shea, as representative and executor of the Estate of Eileen Shea, is

22  substituted as party plaintiff for Eileen Shea, deceased, in the above case.

23        Dated this 19th day of April, 2019.

24
25
26                                    _David G. Campbell_
27                                    _____
                                         David G. Campbell
28                                    Senior United States District Judge