**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Ardelia Sellars,                                  )
                                                  )
                 Plaintiff,                       )          MDL Case No. 2:15-md-02641-DGC
                                                  )
        v.                                        )          Civil Action No.  CV-19-01928-PHX-DGC
                                                  )
Bard Peripheral Vascular, Inc. and C. R.          )
Bard, Inc., et al.,                               )
                                                  )
                 Defendant.                       )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  April 15, 2019                    /s/ Richard B. North, Jr.
                                         *Attorney's signature*

                                         Richard B. North, Jr. (Ga. Bar No. 545599)
                                         *Printed name and bar number*

                                         Nelson Mullins Riley & Scarborough, LLP
                                         201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                         *Address*

                                         richard.north@nelsonmullins.com
                                         *E-mail Address*

                                         (404) 322-6000
                                         *Telephone number*

                                         (404 322-6050
                                         *FAX number*