# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Debra and James Tinlin, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | No. CV16-0263 PHX DGC |

The Court proposes to excuse the following jurors for hardship. Counsel should be prepared to state any objections to excusing these jurors, and any challenges for cause based on the juror questionnaires, at the hearing set for **April 29, 2019 at 10:00 a.m.**

5
11
15
16
20
21
22
23
24
26
28
31
42
43
44
46

| | |
|---|---|
| 1 | 47 |
| | 48 |
| 2 | 49 |
| | 50 |
| 3 | 52 |
| | 58 |
| 4 | 61 |
| | 64 |
| 5 | 65 |
| | 68 |
| 6 | 69 |
| | 70 |
| 7 | 71 |
| | 77 |
| 8 | 79 |
| | 80* |
| 9 | 82 |
| | 84 |
| 10 | 87 |
| | 88 |
| 11 | 90 |
| | 94 |
| 12 | 95 |
| | 96 |
| 13 | 99 |
| | 100 |
| 14 | 101 |
| | 103 |
| 15 | 110 |
| | 111 |
| 16 | 112 |
| | 117 |
| 17 | 119 |
| | 120 |
| 18 | 129 |
| | 132* |
| 19 | 137 |
| | 138 |
| 20 | 140 |
| | 142 |
| 21 | 149 |
| | 150* |
| 22 | 151 |
| | 152 |
| 23 | 154* |
| | 156 |
| 24 | 158 |
| | 159 |
| 25 | 167 |
| | 176 |
| 26 | 178 |
| | 179 |
| 27 | 180 |
| | 181 |
| 28 | 183 |
| | 186 |

190*
192
197

*indicates questionnaires that have not been provided to counsel yet.

Dated this 19th day of April, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge