Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert, PLLC
701 North 44th Street
Phoenix, Arizona 85008
480-429-3000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF FILING REDACTED SUPPLEMENTAL STATEMENT OF FACTS AND EXHIBITS PURUSANT TO COURT ORDER** |
|---|---|

Please take Notice that Plaintiffs are filing a redacted version of Plaintiffs' Supplemental Statement of Facts in Opposition to Bard's Motion for Summary Judgment and redacted versions of accompanying Exhibits 2 and 3. [Doc. 15701]. The supplemental statement of facts and exhibits are redacted pursuant to the Court's Order entered on April 15, 2019 [Doc. 16958] and attached to this Notice as Exhibits A, B, and C.

RESPECTFULLY SUBMITTED this 19th day of April, 2019.

BEUS GILBERT, PLLC

By:*/s/ Mark S. O'Connor*
    Mark S. O'Connor
    701 North 44th Street
    Phoenix, Arizona 85008

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jessica Gallentine