# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Margaret Moses,<br>        Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>        Defendants. | No. MDL15-2641-PHX-DGC<br><br>No. CV17-0161 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 16957.

**IT IS ORDERED** that Plaintiff's motion for substitution of party (Doc. 16957) is **granted.** Teresa M. Truitt, as administrator of the Estate of Margaret Moses, is substituted as party plaintiff for Margaret Moses, deceased, in the above case.

Dated this 17th day of April, 2019.

David G. Campbell
Senior United States District Judge