**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** ) ) ) ) | 2:15-MD-02641-DGC |
| **This Document Relates to:** ) ) | |
| **KELLY WELLS, et al.** ) ) | CV-16-04497-PHX-DGC |
| **Plaintiffs** ) ) ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Matthew D. Schultz of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 South Baylen St., Ste. 600, Pensacola, FL 32502 enters his appearance as counsel of record for Plaintiffs, Kelly Wells and Jeffrey Wells, in addition to existing counsel Stuart E. Scott and Dustin B. Herman of Spangenberg Shibley & Liber.

Date:  April 23, 2019   Respectfully submitted,

*s/Matthew D. Schultz*
Matthew D. Schultz
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL  32502
(850) 435-7140
*mschultz@levinlaw.com*

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/Matthew D. Schultz*
Matthew D. Schultz

*Counsel for Plaintiffs*
