# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES TO:

Michele Griffin

    Plaintiff,

v.

C.R. Bard Inc. and Bard Peripheral Vascular, Inc.

    Defendants.

MDL No.: 2641

Civil Action No. 2:17-cv-01188

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel, on behalf of the Plaintiff, hereby provide notice of the dismissal of the above-captioned case with docket number 2:17-cv-01188 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. without prejudice and without costs.

By: /s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
516-741-5600
rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Michele Griffin*

Dated: April 23, 2019