1
2
3
4
5
6                 **IN THE UNITED STATES DISTRICT COURT**
7                      **FOR THE DISTRICT OF ARIZONA**
8
9    IN RE BARD IVC FILTERS PRODUCTS          No. MDL15-2641-PHX-DGC
10   LIABILITY LITIGATION,
11   THIS DOCUMENT RELATES TO:
12                                             No. CV19-1224 PHX DGC
     Frances McLean,
13
                    Plaintiff,
14                                             **ORDER**
     v.
15
     C.R. Bard, Inc. and Bard Peripheral Vascular
16   Inc.,
17                  Defendants.
18

19          The parties have filed a stipulation of dismissal without prejudice.  Doc. 17282.

20          **IT IS ORDERED** that the stipulation of dismissal without prejudice (Doc. 17282)

21   is **granted**.  This matter (CV19-1224 PHX DGC) is dismissed without prejudice, each

22   party to bear its own costs and attorneys' fees.

23          Dated this 23rd day of April, 2019.

24

25

26                                        David G. Campbell
27                                    Senior United States District Judge

28