# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | Case No.: 12:15-md-02641-DGC |
| **THIS DOCUMENT RELATES TO:** <br><br> LEE LITSON, JR. <br> Individual Case No.: 2:17-cv-01283 <br><br> v. <br><br> C.R. Bard Inc., and Bard Peripheral Vascular, Inc. | **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the above-captioned action be and the same hereby is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as against defendants C.R. Bard Inc., and Bard Peripheral Vascular, Inc., without prejudice and without attorneys' fees or costs to either party.

Dated: April 24, 2019

| | |
|---|---|
| */s/ Jonathan M. Ashton* | */s/ Richard B. North, Jr.* |
| Jonathan M. Ashton | Richard B. North, Jr. |
| Gallon, Takacs, Boissoneault | Nelson Mullins |
| & Schaffer, Co., L.P.A. | Atlantic Station |
| 3516 Granite Circle | 201 17th Street NW, Ste. 1700 |
| Toledo, OH 43617 | Atlanta, GA 30363 |
| T: (419) 843-2001 | T: (404) 322-6155 |
| F: (419) 843-8022 | F: (404) 322-6050 |
| Email: jashton@gallonlaw.com | Email: Richard.north@nelsonmullins.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |