# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | Case No.: 12:15-md-02641-DGC |
| **THIS DOCUMENT RELATES TO:** LEE LITSON, JR. Individual Case No.: 2:17-cv-01283 v. C.R. Bard Inc., and Bard Peripheral Vascular, Inc. | **ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Stipulation of Dismissal without Prejudice of Lee Litson, Jr.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Lee Litson, Jr., against C.R. Bard Inc., and Bard Peripheral Vascular, Inc. in civil action MDL 15-02641-PHX-DGC (Member individual case 2:17-cv-01283) are dismissed in their entirety without prejudice as to the refiling of same and each party shall bear its own costs.

Dated: _____

*/s/*_____
David G. Campbell
United States District Judge