**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Stephanie Smith,                 )

                     )

          Plaintiff,     )     MDL Case No. 2:15-md-02641-DGC

                     )

          v.     )     Civil Action No.  CV-19-02267-PHX-DGC

                     )

Bard Peripheral Vascular, Inc.,     )

                     )

         Defendant.     )

                     )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Defendant(s) Bard Peripheral Vascular, Inc.

Date:  April 24, 2019     /s/ Richard B. North, Jr.
                     *Attorney's signature*

                     Richard B. North, Jr. (Ga. Bar No. 545599)
                     *Printed Name and bar number*

                     Nelson Mullins Riley & Scarborough, LLP
                     201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                     *Address*

                     richard.north@nelsonmullins.com
                     *E-mail address*

                     (404) 322-6155
                     *Telephone number*

                     (404) 322-6050
                     *FAX number*