# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Lee Litson, Jr.,<br>           Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>           Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV17-1283 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 17310.

**IT IS ORDERED** that the stipulation of dismissal without prejudice (Doc. 17310) is **granted**.  This matter (CV17-1283 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 25th day of April, 2019.

David G. Campbell
Senior United States District Judge