Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' MOTION TO SEAL JOINT STIPULATION AND ORDER REGARDING MOTION *IN LIMINE*** |

In accordance with Section 25 of the Stipulated Protective Order [Doc. 269], Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6, Plaintiffs move this Court for an Order sealing certain protected information contained in exhibits to Plaintiffs' Response to Defendants' Trial Brief on Third Party Fault. The exhibits at issue contain personal healthcare information regarding the Plaintiff that is protected under HIPAA and confidential under the Stipulated Protective Order, warranting protection from public disclosure, see Exhibit A.

Plaintiff's personal healthcare information is protected under the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160, 164(A) & (E), as well as several state-law privileges. The knowing disclosure of such information is prohibited by 42 U.S.C. § 1320d-6. This Court has already granted the

filing under seal of the same (or similar) information when the parties submitted their respective bellwether submissions. [*See* Doc. 4366].

Accordingly, Plaintiffs request the Court order the Joint Stipulation on Plaintiffs' Response to Defendants' Trial Brief on Third Party Fault and the corresponding Order be sealed pending final determination of confidentiality.

RESPECTFULLY SUBMITTED this 25th day of April, 2019.

> By:*/s/* Mark S. O'Connor
> Mark S. O'Connor
> BEUS GILBERT, PLLC
> 701 N.44th St.
> Phoenix AZ 85008
> 480-429-3019
>
> LOPEZ McHUGH LLP
> Ramon Rossi Lopez (CA Bar No. 86361)
> (admitted *pro hac vice*)
> 100 Bayview Circle, Suite 5600
> Newport Beach, California 92660
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

> */s/ Jessica Gallentine*

**Exhibit A**

Exhibits to Plaintiffs' Response to Defendants' Trial Brief on Third Party Fault containing Plaintiff's personal healthcare information.

Ex. A, Trial Ex. 15298 at TINLIND_SMHMC_MDR00066-69; 00077-78; TINLIND_SMHMC_MDR00080
Ex. D, Trial Ex. 15210 at TINLIND_ABMC_MDR07248
Ex. E, Trial Ex.15201, at TINLIND_ABMC_MDR00533
Ex. F, Trial Ex. 15259 at TINLIND_ASLMC_MDR00761-63
Ex. G, Trial Ex.15233, Chest X-Ray Report, TINLIND_ABMC_RAD00059.