1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **ORDER** |

Upon consideration of Plaintiff's Motion to Seal the Joint Stipulation and Order and for other good cause shown, the parties Joint Stipulation on Plaintiffs' Response to Defendant's Trial Brief on Third Party Fault and the corresponding Order are hereby sealed.