Paul L. Stoller (No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC <br><br> **NOTICE OF CHANGE OF FIRM AFFILIATION** |
|---|---|

**NOTICE IS HEREBY GIVEN** that effective April 1, 2019, undersigned Paul L. Stoller is no longer affiliated with Gallagher & Kennedy PA.  Effective immediately, all filings, correspondence, and contacts should be addressed as follows:

> Paul L. Stoller
> DALIMONTE RUEB STOLLER, LLP
> 2425 East Camelback Road, Suite 500
> Phoenix, Arizona.  85016
> paul@drlawllp.com
> 602-888-2807

DATED this 25th day of April 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/Paul L. Stoller*
Paul L. Stoller

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*