# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, _____ Debra Tinlin, et al, Plaintiffs, v. C. R. Bard, Inc., a New Jersey corporation, et al., Defendants. | No. MDL 15-02641-PHX-DGC  No. CV16-0263-PHX-DGC  **ORDER** |

The parties have submitted deposition excerpts in advance of trial. This order will set forth the Court's ruling on objections contained in some of these excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page.

A. Brooke Gillette.
    1. 1 – overruled.
    2. 8-9 – overruled.
    3. 38-39 – overruled.

4. 52 – overruled.
5. 70 – overruled.
6. 73-74 – overruled.
7. 75 – overruled.
8. 109-110 – sustained; Rule 602. The witness is simply being asked to confirm what is in an email between other persons.
9. 114 – overruled.
10. 116 – sustained, relevancy. The witness does not remember.
11. 119-120 – overruled. She was a recipient of this email and the questions concern what was communicated to her.
12. 121 – overruled.
13. 122 – overruled.
14. 131-133:8; 133:21 to 134:4; 134:10 to 137:22 – sustained; Rule 602. The witness is simply being asked to confirm what is in the document.
15. 138– overruled.
16. 141-142 – sustained; Rule 602. The witness is simply being asked to confirm what is in the document.
17. 143-144 – overruled.
18. 150-151:13 – sustained; Rule 602. The witness is simply being asked to confirm what is in the document.
19. 151:14-152 – overruled.
20. 203-204:15– sustained; Rule 602. The witness is simply being asked to confirm what is in the document.
21. 204:17 to 208 – overruled.
22. 211-212 – overruled.

B. Thomas E. Ferari.
1. 22-23 – overruled.
2. 54 – overruled.

|   |   |   |   |
|---|---|---|---|
| | 3. | 92 – sustained. |
| | 4. | 105 – overruled. |
| | 5. | 108 – overruled. |
| | 6. | 119 – overruled. |
| | 7. | 128-130 – overruled. |
| | 8. | 148 – overruled. |
| | 9. | 173-175 – overruled. |
| | 10. | 183-184 – overruled. |
| | 11. | 186-187 – sustained. |
| | 12. | 200-202:9 – overruled. |
| | 23. | 202:10-203 – sustained. The witness is simply being asked to confirm what is in the document. |
| | 13. | 210 – overruled.212-213 – overruled. |
| C. | Allison Walsh. | |
| | 1. | 8-9 – overruled. |
| | 2. | 11 – overruled. |
| | 3. | 22-23 – overruled. |
| | 4. | 49-50 – overruled. |
| | 5. | 53-57 – overruled. |
| | 6. | 90 – overruled. |
| | 7. | 93-94 – overruled. |
| | 8. | 124 – overruled. |
| | 9. | 126 – Plaintiff objecting to her own designation. Overruled. |
| | 10. | 130-131 – overruled. |
| | 11. | 146 – overruled. |
| | 12. | 147:6-18 – sustained. No answer from witness; lawyers debating. |
| | 13. | 148-149 – overruled. |
| | 14. | 149:9-20 – sustained. |

1  15. 150 – overruled.
2  16. 168 – overruled.
3  17. 170-171 – overruled.
4  24. 175:8 to 176:16 – sustained. The witness is simply being asked to confirm what is in the document.
6  18. 190-191 – overruled.
7  25. 192-200 – sustained. The witness is simply being asked to confirm what is in the document.
9  19. 204 – overruled.
10 20. 205 – overruled.
11 21. 206 – overruled.
12 26. 210-211, 213 – sustained. The witness is simply being asked to confirm what is in the document.
14 22. 215 – overruled.
15 23. 218 – overruled.
16 24. 224, 226 – overruled.
17 25. 227 – overruled.
18 26. 228-229 – overruled.
19 27. 235-240 – sustained. The witness is simply being asked to confirm what is in the document.
21 27. 243 – overruled; objection illegible.
22 28. 243-244 – overruled.
23 29. 247 – overruled.
24 30. 249 – overruled.
25 31. 270-271 – sustained.
26 32. 274:23 to 275:15 – overruled.
27 33. 275:16 to 276:6 – sustained.
28 34. 276:8-24 – sustained.

| | | |
|---|---|---|
| 35. | 28020 to 282:6 – sustained. |
| 36. | 281:7-23 – overruled. |
| 37. | 283:17 to 284:3 – sustained. |
| 38. | 284:5-12 – overruled. |
| 39. | 285-288 – overruled. |
| 40. | 294 – overruled. |
| 41. | 298 – overruled. |
| 42. | 304-305 – overruled. |
| 43. | 309:10-13 – sustained.  Question not designated. |
| 44. | 314-317 – overruled. |
| 45. | 319-320 – overruled. |
| 46. | 323-324 – sustained. |

Dated this 26th day of April, 2019.

David G. Campbell
Senior United States District Judge