**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS** | No. 2:15-MD-02641-DGC |
| **PRODUCTS LIABILITY LITIGATION** | |
| | |
| | |
| **This Document Relates to All Actions** | |

**JOINDER OF NIEMEYER, GREBEL & KRUSE, LLC
IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES
IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING
ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE
ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND
MODIFICATION OF CASE MANAGEMENT ORDER NO. 6.**

Niemeyer, Grebel & Kruse, LLC, on its own behalf and as the legal representative for plaintiffs with claims filed in the Bard IVC Filter MDL hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6" (CM/ECF Doc. 17367) filed by Freese & Goss and Matthews & Associates.

Dated:  April 26, 2018.

Respectfully Submitted,

NIEMEYER, GREBEL & KRUSE, LLC

/s/ Michael S. Kruse
Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, a copy of the foregoing pleading was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

By: /s/ Michael S. Kruse