IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | No. 2:15-MD-02641-DGC |

### JOINDER OF BERTRAM & GRAF, L.L.C. IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND MODIFICATION OF CASE MANAGEMENT ORDER NO. 6.

Bertram & Graf, L.L.C., on its own behalf and as the legal representative for plaintiffs with claims filed in the Bard IVC Filter MDL hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6" filed by Freese & Goss and Matthews & Associates.

Dated: April 26, 2018.

        Respectfully Submitted,

        **BERTRAM & GRAF, L.L.C.**

    By: */s/ Benjamin A. Bertram*
        Benjamin A. Bertram
        (admitted *pro hac vice*)
        2345 Grand Boulevard, Suite 1925
        Kansas City, MO 64108
        Telephone: (816) 523-2205
        Email: benbertram@bertramgraf.com

    **Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26<u>th</u> day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Benjamin A. Bertram*
Attorney for Plaintiffs
