Patrick T. Canan – pcanan@cananlaw.com
(Florida Bar No.: 0360171, admitted *pro hac vice*)
Julie K. Kurtz – jkurtz@cananlaw.com
(Florida Bar No.: 0056165, admitted *pro hac vice*)
1030 N. Ponce de Leon Blvd.
St. Augustine, FL 32082
(904) 824-9402 / Fax (904) 824-9269

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**JOINDER OF CANAN LAW IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND MODIFICATION OF CASE MANAGEMENT ORDER NO. 6** |

Canan Law, on its own behalf, and in its capacity as the legal representative for a plaintiff with claims filed in this Bard IVC MDL, hereby joins in the arguments, authorities stated and relief requested in the "Responses in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management

Order No. 6" filed by Freese & Goss and Matthews & Associates, the same of which are adopted and incorporated by reference as though fully set forth herein.

RESPECTFULLY SUBMITTED this 26th day of April, 2019.

**CANAN LAW**

By:   /s/ Julie K. Kurtz
Patrick T. Canan
Florida Bar No. 036171
pcanan@cananlaw.com
Julie K. Kurtz
Florida Bar No. 0056165
jkurtz@cananlaw.com
1030 N. Ponce de Leon Blvd.
St. Augustine, FL 32084
Phone (904) 824-9402
Fax (904) 824-9269
Attorneys for Plaintiff

I hereby certify that on this 26th day of April, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By:   /s/ Julie K. Kurtz
Patrick T. Canan
Florida Bar No. 036171
pcanan@cananlaw.com
Julie K. Kurtz
Florida Bar No. 0056165
jkurtz@cananlaw.com
1030 N. Ponce de Leon Blvd.
St. Augustine, FL 32084
Phone (904) 824-9402

1
2
3
4
5
6
7
8
9
10
11
12

Fax (904) 824-9269
Attorneys for Plaintiff Judas Riley Martinez