IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | No. 2:15-MD-02641-DGC |

**JOINDER OF BLANKENSHIP LAW FIRM
IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES
IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING
ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE
ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND
MODIFICATION OF CASE MANAGEMENT ORDER NO. 6.**

Blankenship Law Firm, on its own behalf and as the legal representative for plaintiffs with claims filed in the Bard IVC Filter MDL hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6" filed by Freese & Goss and Matthews & Associates.

Dated: April 26, 2018.

Respectfully Submitted,

/s/ William F. Blankenship III
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was filed electronically on April 26, 2019. Notice of the filing of this document will be sent to all parties who are CM/ECF participants registered to receive service in this matter by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ William F. Blankenship III*
                                        William F. Blankenship III