John Dalimonte, Esq.
DALIMONTE RUEB LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel: (617) 302-9900
Fax: (617)742-9130
Email: john@drlawllp.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation

No. 2:15-MD-02641-DGC

**JOINDER OF DALIMONTE RUEB, LLP IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND MODIFICATION OF CASE MANAGEMENT ORDER NO. 6.**

Comes now, Dalimonte Rueb, LLP, on its own behalf and as legal representative for plaintiffs with claims filed in the Bard IVC Filter MDL, and hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6", Dkt. 16932, filed by Freese & Goss and Matthews & Associates.

Respectfully submitted this 26th day of April, 2019.

DALIMONTE RUEB, LLP

*/s/ John A. Dalimonte*
John A. Dalimonte, Esq.
DALIMONTE RUEB LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel: (617) 302-9900
Fax: (617)742-9130
Email: john@drlawllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ John A. Dalimonte*