David E. Tuszynski
Ga. Bar # 720287
Garland, Samuel & Loeb, P.C.
3151 Maple Dr., N.E.
Atlanta, GA 30305
(404) 262-2225
Email:  det@gsllaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS | : | No. 2:15-MD-02641-DGC |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **JOINDER IN RESPONSE** |
| | : | **IN OPPOSITION** |
| **This Document Relates to All Actions** | : | |

**JOINDER OF GARLAND, SAMUEL & LOEB, P.C.
IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES
IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING
ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE
ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND
<u>MODIFICATION OF CASE MANAGEMENT ORDER NO. 6</u>**

Comes now, Garland, Samuel & Loeb, P.C., on its own behalf and as the legal representative for plaintiffs it represents with claims filed in the Bard IVC Filter MDL, and hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6" [17367] filed by Freese & Goss and Matthews & Associates.

(Signature On Next Page)

Dated:  April 26, 2019                             Respectfully submitted,

                                                   */s/ David E. Tuszynski*
                                                   David E. Tuszynski
                                                   Garland, Samuel & Loeb, P.C.
                                                   3151 Maple Dr., N.E.
                                                   Atlanta, GA 30305
                                                   (404) 262-2225
                                                   Email:  det@gsllaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2019, a copy of the foregoing pleading was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

>*/s/ David E. Tuszynski*
>David E. Tuszynski
>Garland, Samuel & Loeb, P.C.
>3151 Maple Dr., N.E.
>Atlanta, GA 30305
>(404) 262-2225
>Email:  det@gsllaw.com