IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION &#124;<br><br>&#124;<br>&#124;<br>This Document Relates to All Actions &#124; | No. 2:15-MD-02641-DGC |

**JOINDER OF MARC J. BERN & PARTNERS LLP
IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES
IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING
ESTABLISHMENT OF COMMON BENEFIT FEE AND EXPENSE
ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6 AND
MODIFICATION OF CASE MANAGEMENT ORDER NO. 6.**

Marc J. Bern & Partners LLP, on its own behalf and as the legal representative for plaintiffs with claims filed in the Bard IVC Filter MDL, hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6" filed by Freese & Goss and Matthews & Associates.

Dated: April 26, 2018

Respectfully submitted,
**MARC J. BERN & PARTNERS LLP**

By: /s/ Debra J. Humphrey
Debra J. Humphrey, Esq.
60 E. 42nd St., Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-1064
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ Debra J. Humphrey