✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Arizona

| | |
|---|---|
| John Bruce Such         Plaintiff (s), <br> v. <br> C R Bard Incorporated    Defendant (s), <br> Bard Peripheral Vascular Incorporated | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> **CASE NUMBER:** 2:2017cv02760 |

Notice is hereby given that, subject to approval by the court, __John Bruce Such__ substitutes
(Party (s) Name)

__Bryant Fitts__, State Bar No. __24040904__ as counsel of record in
(Name of New Attorney)

place of __Zachary McFarlane__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:      Bryant Fitts
   Address:        4801 Richmond Avenue
   Telephone:      (713) 871-1670              Facsimile  (713) 583-1492
   E-Mail (Optional):  bfitts@fittslawfirm.com

I consent to the above substitution.
Date:  4/29/2019                            */s/ John Bruce Such (w/permission)*
                                            (Signature of Party (s))

I consent to being substituted.
Date:  4/29/2019                            */s/ Zachary P. McFarlane (w/permission)*
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  4/29/2019                            */s/ Bryant Fitts*
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                       _____
                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**