AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Arizona

Mary Antoun

Plaintiff (s),

v.

Bard Peripheral Vascular Incorporated   Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:2017cv02069

Notice is hereby given that, subject to approval by the court, __Mary Antoun__ substitutes
(Party (s) Name)

__Bryant Fitts__, State Bar No. __24040904__ as counsel of record in
(Name of New Attorney)

place of __Zachary McFarlane__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bryant Fitts |
| Address: | 4801 Richmond Avenue |
| Telephone: | (713) 871-1670           Facsimile (713) 583-1492 |
| E-Mail (Optional): | bfitts@fittslawfirm.com |

I consent to the above substitution.

Date: 4/26/2019          */s/ Mary Antoun (w/permission)*
(Signature of Party (s))

I consent to being substituted.

Date: 4/26/2019          */s/ Zachary P. McFarlane (w/permission)*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/26/2019          */s/ Bryant Fitts*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**