# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Debra and James Tinlin, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | No. CV16-0263 PHX DGC |

The Court will dismiss the following jurors for hardship.

5
11
15
16
20
21
22
23
24
26
28
31
42
43
44
46
47
48
49
50

```
52
58
61
64
65
68
69
70
71
77
79
80*
82
84
87
88
90
94
95
96
99
100
101
103
110
111
112
117
119
120
129
132*
137
138
140
142
149
150*
151
152
154*
156
158
159
167
176
178
179
180
181
183
186
190*
192
197
```

Pursuant to discussion with counsel at the final pretrial conference held on April 29, 2019, the Court will strike the following jurors for cause.

2
7
27
37
63
74
83
89
92
124
125
133
135
157
175
185
196

The following jurors will be called for jury service and voir dire in this case.

1
3
4
6
8
9
10
12
13
14
17
18
30
33
34
35
36
38
39
40
41
51
54
56
57
59
60
66
67
72

```
73
75
78
81
85
86
91
97
98
102
106
107
108
109
113
114
115
121
123
126
```

Dated this 30th day of April, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge