# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br>**ORDER** |

Plaintiffs have filed a motion to seal regarding exhibits to Plaintiffs' motion in limine. Doc. 16582.

**IT IS ORDERED:**

1. Plaintiffs' motion to seal (Doc. 16582) is **granted.** The Clerk of Court shall accept for filing under seal the document lodged on the Court's docket as Doc. 16583.

2. If counsel for Plaintiffs have not filed redacted versions of these exhibits on the public docket, they shall do so no later than **May 8, 2019.**

Dated this 1st day of May, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge