# Exhibit A

**Designation Run Report**

# Ciavarella 07-29-14 Hydre Trial Run summitted to Judge V1

**Ciavarella, David 07-29-2014**

**Plaintiffs Designations  00:47:47**

**Defense Designations  00:16:14**

**Plaintiffs and Defense Counters  00:00:05**

**Total Time  01:04:06**



ID:09_12_14 V1

| Page/Line | Source | ID |
|---|---|---|
| | 09_12_14 V1-Ciavarella 07-29-14 Hydre Trial Run summitted to Judge V1 | |
| | 53:17 The fracture of a Recovery filter | |
| | 53:18 resulting in a fragment then going into the heart, | |
| | 53:19 specifically the right atrium, that's something that, | |
| | 53:20 in the situation you described, could have resulted | |
| | 53:21 in death had there not been urgent open heart surgery | |
| | 53:22 to effect a repair and remove the fragment. | |
| | 53:23   A. Yes. | |
| | 53:24   Q. And it is, from a medical standpoint, | |
| | 53:25 foreseeable that if the Recovery filter fractures and | |
| | 54:1 a piece of the arm or leg of the filter travels, it | |
| | 54:2 is foreseeable that it will travel into the heart. | |
| | 54:3 That's true, isn't it? | |
| 54:5 - 54:11 | **Ciavarella, David 07-29-2014 (00:00:31)** | 09_12_14 V1.103 |
| | 54:5   A. Well, it's foreseeable that it -- it | |
| | 54:6 could travel that way because that is the direction | |
| | 54:7 which blood flows.  But as I was saying before, most | |
| | 54:8 of the fragments didn't make it that far, but -- but | |
| | 54:9 a good proportion of them did, or a minority, but a | |
| | 54:10 good number of them did make it that far, even into | |
| | 54:11 the heart and through the heart out into the lungs. | |
| 55:22 - 56:13 | **Ciavarella, David 07-29-2014 (00:01:20)** | 09_12_14 V1.16 |
| | 55:22   Q.  What kind of injuries, let me be | |
| | 55:23 specific, can a fragment of a fractured filter cause | |
| | 55:24 if that fragment migrates? | |
| | 55:25   A. Well, the -- if it migrates to another | |
| | 56:1 part of the vascular system or to the heart, the | |
| | 56:2 concern would be that it would damage the lining of | |
| | 56:3 the vessel or the lining of the heart. | |
| | 56:4 That's -- that's a theoretical possibility, and one | |
| | 56:5 which we saw in a couple of cases where it punctured | |
| | 56:6 or somehow made its way into the wall of the -- of | |
| | 56:7 the heart, itself, the myocardium, and then through | |
| | 56:8 the wall, and caused bleeding around the heart. | |
| | 56:9   Q. And so you used the word "theoretical." | |
| | 56:10 You actually -- it wasn't theoretical, you've | |
| | 56:11 actually become aware of a case in which that | |
| | 56:12 happened. | |
| | 56:13   A. Yes. | |
| 58:5 - 59:18 | **Ciavarella, David 07-29-2014 (00:02:34)** | 09_12_14 V1.17 |
| | 58:5   Q.  what is the danger, if any, that a | |