# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, <br> _____ <br><br> Debra Tinlin and James Tinlin, <br><br> Plaintiffs, <br>   v. <br> C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, <br><br> Defendants. | No. MDL15-2641-PHX-DGC <br><br><br> No. CV-16-00263-PHX-DGC |

### PROPOSED PRELIMINARY INSTRUCTION REGARDING REMOTE ATTENDANCE

Pursuant to Section 1(f) of Case Management Order No. 43 and the Court's instructions at the final pretrial conference, the parties hereby provide the below instruction concerning Plaintiffs' remote attendance at trial.

1722678.1

RESPECTFULLY SUBMITTED this 3rd day of May, 2019.

| BEUS GILBERT PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| *s/ Mark S. O'Connor* | *s/ Richard B. North, Jr. (with permission)* |
| Mark S. O'Connor (011029) | Richard B. North, Jr. (*pro hac vice*) |
| BEUS GILBERT PLLC | Georgia Bar No. 545599 |
| 701 N 44th Street | Matthew B. Lerner (*pro hac vice*) |
| Phoenix, AZ 85008 | Georgia Bar No. 446986 |
| | Atlantic Station |
| Ramon Rossi Lopez | 201 17th Street NW / Suite 1700 |
| (admitted *pro hac vice*) | Atlanta, GA 30363 |
| CA Bar No. 86361 | PH: (404) 322-6000 |
| LOPEZ & McHUGH LLP | FX: (404) 322-6050 |
| Phoenix, AZ 85016-9225 | richard.north@nelsonmullins.com |
| 100 Bayview Circle, Suite 5600 | matthew.lerner@nelsonmullins.com |
| Newport Beach, CA 92660 | |
| | James R. Condo (005867) |
| *Co-Lead/Liaison Counsel for Plaintiffs* | SNELL & WILMER LLP |
| | One Arizona Center |
| | 400 E. Van Buren |
| | Phoenix, AZ 85004-2204 |
| | PH: (602) 382-6000 |
| | jcondo@swlaw.com |
| | |
| | *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## Court's Instruction[1]

Mrs. Tinlin will not be present in the courtroom for trial, but instead will participate in portions of the trial by videoconference from her home in Wisconsin. Mrs. Tinlin is not attending trial because her doctors have advised her not to travel due to medical conditions that are not related to issues in this case.[2] Mr. Tinlin is also in Wisconsin because he is her primary caregiver. You should not draw any inference concerning their claims – whether favorable or unfavorable – as a result of their absence from the courtroom.

---

[1] This instruction is drawn from the Court's proposed instruction at page 8 of the Preliminary Jury Instructions distributed at the final pretrial conference on April 29, 2019.

[2] Plaintiffs maintain, for the reasons stated on pages 8 and 9 of the Parties' Joint Submission of Proposed Jury Instructions, that this sentence should end with the phrase "medical conditions," because the remainder of the sentence constitutes a comment on the evidence before it has been presented.