IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                2:15-MD-02641-DGC

This Document Relates to All Actions

**JOINDER OF GARY C. JOHNSON, PSC IN THE RESPONSE OF
FREESE & GOSS AND MATTHEWS & ASSOCIATES IN OPPOSITION TO
PLAINTIFFS' MOTION SEEKING ESTABLISHMENT OF COMMON BENEFIT FEE
AND EXPENSE ACCOUNTS PURSUANT TO CASE MANAGEMENT ORDER NO. 6
AND MODIFICATION OF CASE MANAGEMENT ORDER NO. 6**

Gary C. Johnson, PSC, on its own behalf and as the legal representative for plaintiffs with claims filed in the Bard IVC MDL hereby joins in the relief and arguments set forth in the "Response in Opposition to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6" filed by Freese & Goss and Matthews & Associates.

Dated: May 6, 2019                            Respectfully submitted,

                                              */s/ Leslie M. Cronen*
                                              Leslie M. Cronen, KY Bar No. 89367
                                              GARY C. JOHNSON, PSC
                                              9300 Shelbyville Road, Suite 609
                                              Louisville, KY 40222
                                              (502) 400-1447
                                              lcronen@garycjohnson.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 6th day of May 2019, a copy of the foregoing pleading was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                        */s/ Leslie M. Cronen*
                                        Leslie M. Cronen