UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

N RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION
1:14-ml-02570-RLY-

Case No: 15-02641-PHX-DGC
MDL No: 2641

This Document Relates to:

NORMA J. DUKETT

Case No: CV-15-02303-PHX-DGC

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for:

NORMA J. DUKETT

Dated: May 6, 2019

/s/ Joseph R. Johnson
Joseph R. Johnson, #372250, FL
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Road (33409)
P. O. Box 4426
West Palm Beach, FL  33402-4426
Tel:  (561) 684-2500
Tel:  (561) 684-6308
jjohnson@babbitt-johnson.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON