James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382.6000
Facsimile: (602) 382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| This Document Relates to:<br><br>Debra Tinlin, et al. v. C. R. Bard, Inc., et al.<br>CV-16-00263-PHX-DGC | **DEFENDANTS' PROPOSED VERDICT FORM**<br><br>**(Assigned to the Honorable David G. Campbell)** |

We, the jury, duly empaneled and sworn in the above entitled action, upon our oaths, find a follows:

**A. LIABILITY**

1. Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the strict product liability design defect claim?

    ____Yes ____ No

2. Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the negligent design claim?

    ____Yes ____ No

3. Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the strict product liability warning defect claim?

    ____Yes ____ No

4. Do you find by the greater weight of the evidence, to a reasonable certainty, that Bard is liable to Mrs. Tinlin on the negligent warning claim?

    ____Yes ____ No

5. Do you find by the greater weight of the evidence, to a reasonable certainty, that Brad is liable to Mrs. Tinlin on the fraudulent concealment claim?

    ____Yes ____ No

    If you answered "No" to each question in Part A. do not complete Parts B, C or D. If you answered "Yes" to any question in Part A, please complete B, C and D.

**B. COMPENSATORY DAMAGES**

1. If you found Bard liable to Mrs. Tinlin on any of the claims set forth above, what amount of damages do you fill will reasonably compensate Mrs. Tinlin for her injuries?

    $_____

2. Do you find by the greater weight of the evidence, to a reasonable certainly, that Mr. Tinlin sustained a loss of consortium?

____Yes ____ No

3. If you answered "Yes" to Question B.2., then answer this question. Otherwise do not answer it. What amount of damages do you find will reasonably compensate Mr. Tinlin for his loss of consortium?

$_____

## C.  APPORTIONMENT OF NEGLIGENCE

1. Do you find by the greater weight of the evidence, to a reasonable certainty, that Dr. Joshua Riebe was negligent and that his negligence was a cause of Mrs. Tinlin's injuries?

____Yes ____ No

2. Do you find by the greater weight of the evidence, to a reasonable certainty, that Dr. Robert Haller was negligent and that his negligence was a cause of Mrs. Tinlin's injuries?

____Yes ____ No

If you answered "yes" to Question Nos. C.1 and/or C.2, then answer this question: What percentage of total responsibility do you attribute to the following:

Bard: _____

Dr. Riebe: _____

Dr. Haller: _____

Total: 100%

### D. PUNITIVE DAMAGES

Do you find by clear, satisfactory, and convincing evidence, to a reasonable degree of certainty, that punitive damages should be awarded against Bard?

\_\_\_\_Yes \_\_\_\_ No

_____    _____
Presiding Juror Number                             Date

RESPECTFULLY SUBMITTED this 12th day of April, 2019.

s/ Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**