IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD
IVC FILTERS PRODUCTS LIABILITY                    2:15-md-02641-DGC
LITIGATION MDL                                             MDL No: 2641

_____

This Document Relates to Plaintiff(s):

KAREN SMITH

Civil Case # 2:19-cv-00262

_____

## <u>NOTICE OF SUGGESTION OF DEATH</u><br><u>OF PLAINTIFF KAREN SMITH</u>

　　　　Plaintiff counsel hereby suggests upon the record the death of Plaintiff Karen Smith. The time, date and circumstance of Ms. Smith's death are set forth in the Certificate of Death attached hereto as Exhibit "A."

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

I hereby certify that on 5/7/2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com