# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

**CERTIFICATION OF VITAL RECORD**

Exhibit "A"

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-18-174935

| | | |
|---|---|---|
| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | | 2. DATE OF DEATH (ACTUAL OR PRESUMED) (mm-dd-yyyy) |
| KAREN LORAINE SMITH | HENKE | NOVEMBER 5, 2018 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YEAR / IF UNDER 1 DAY | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|
| FEMALE | MARCH 2, 1960 | 58 | Mos Days / Hours Min | SAN ANTONIO, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|
| 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 | ☒ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown | EMMETT WILLIAM SMITH |

| 10a. RESIDENCE-(STREET ADDRESS) | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 828 AZALEA COURT | | COLLEGE STATION |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| BRAZOS | TEXAS | 77840 | ☒ Yes ☐ No |

| 11. FATHER'S NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| RICHARD HUBERT HENKE | DOROTHY JEAN ROEMICH |

| 13. PLACE OF DEATH (CHECK ONLY ONE) | | |
|---|---|---|
| IF DEATH OCCURRED IN A HOSPITAL: | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: | |
| ☒ Inpatient ☐ ER/Outpatient ☐ DOA | ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify) | |

| 14. COUNTY OF DEATH | 15. CITY/TOWN 20 | 16. OUTSIDE CITY LIMITS, GIVE PRECINCT NO. | 17a. FACILITY NAME (If not institution, give street address) |
|---|---|---|---|
| BRAZOS | COLLEGE STATION, 77845 | | SCOTT AND WHITE HOSPITAL - COLLEGE STATION |

| 17b. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and number, City, State, Zip Code) |
|---|---|
| EMMETT SMITH - HUSBAND | 828 AZALEA COURT, COLLEGE STATION, TX 77840 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. | ☒ Unknown |
|---|---|---|---|
| ☒ Burial ☐ Cremation ☐ Donation | | | Section |
| ☐ Entombment ☐ Removal from state | GLENN ANTHONY DUPON JR. BY ELECTRONIC SIGNATURE - 116156 | | Block |
| ☐ Other (Specify) | | | Lot |
| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City or Town, and State) | | Space |
| FRANKLIN CEMETERY | FRANKLIN, TX | | |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| HILLIER FUNERAL HOME - COLLEGE STATION | 4080 HIGHWAY E SOUTH, COLLEGE STATION, TX 77845 |

| 26. CERTIFIER (Check only one) |
|---|
| ☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated. |
| ☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. |

| 27a. NAME OF CERTIFIER | 27b. DATE CERTIFIED (mm-dd-yyyy) | 28. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| AMIR RAHMAN , BY ELECTRONIC SIGNATURE | NOVEMBER 20, 2018 | F3204 | 02:15 AM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| AMIR RAHMAN 800 SCOTT &AMP;AMP; WHITE DR, COLLEGE STATION, TX 77845 | MD |

**CAUSE OF DEATH**

| 33. PART I. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH. | Approximate interval Onset to Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. MULTIORGAN FAILURE | 1 DAY |
| | Due to (or as a consequence of): |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST b. | Due to (or as a consequence of): |
| c. | Due to (or as a consequence of): |
| d. | |

| 33. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No |
|---|---|
| UTI | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural | | ☒ Not pregnant within past year | ☐ Driver/Operator |
| ☐ Accident | ☐ Yes | ☐ Pregnant at time of death | ☐ Passenger |
| ☐ Suicide | ☒ No | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Pedestrian |
| ☐ Homicide | ☐ Probably | ☐ Not pregnant, but pregnant 43 days to one year before death | ☐ Other (Specify) |
| ☐ Pending Investigation | ☐ Unknown | ☐ Unknown if pregnant within the past year | |
| ☐ Could not be determined | | | |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes ☐ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) | 40f. COUNTY OF INJURY |
|---|---|---|---|---|
| | | | | |

| 40e. LOCATION (Street and Number, City, State, Zip Code) |
|---|
| |

| 41. DESCRIBE HOW INJURY OCCURRED |
|---|
| |

| 42a. REGISTRAR'S NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR (HAS) |
|---|---|---|
| 02-317 | NOVEMBER 21, 2018 | REGISTRAR - CITY OF COLLEGE STATION, ELECTRONICALLY FILED |

EDR NUMBER 000002305298

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 27 2018

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

