1  Paul L. Stoller No. 016773
   Ashley Crowell No. 027286
2  **DALIMONTE RUEB STOLLER, LLP**
   2425 E. Camelback Road, Suite 500
3  Phoenix, Arizona 85016
   Tel: 602.888.2807
4  paul@drlawllp.com
   ashley@drlawllp.com
5
   John A. Dalimonte, Esquire
6  Admitted Pro Hac Vice, MA Bar No. 554554
   **DALIMONTE RUEB STOLLER, LLP**
7  85 Devonshire Street, Suite 1000
   Boston, MA 02109
8  Telephone: 833 443-7529
   Facsimile: 855 205-2053
9  john@drlawllp.com

10                IN THE UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF ARIZONA

12  IN RE BARD IVC FILTERS                No. 2:15-MD-02641-PHX-DGC
    PRODUCTS LIABILITY LITIGATION
13                                        **NOTICE OF APPEARANCE**

14

15

16

17       **NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby

18  appears as counsel of record for the following Plaintiff in the above-entitled action:

19  | PLAINTIFF | INDIVIDUAL CASE NO. |
    | --- | --- |
20  | Ernest Winland | CD IL: 2:15-CV-2144 |
21  | Carol Jo Winland | CD IL: 2:15-CV-2144 |

22       Mr. Stoller should be copied on all communication with respect to these matters as

23  follows:

24           Paul L. Stoller
             DALIMONTE RUEB STOLLER, LLP
25           2425 East Camelback Road, Suite 500
             Phoenix, Arizona 85016
26           paul@drlawllp.com
             602-888-2807
27

28

DATED this 7th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**


By:*/s/Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*

-2-