Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC <br><br> **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Nannette Smith** | AZ Case: 2:15-CV-2635 |
| **Michael Gill** | AZ Case: 2:16-CV-25 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

>Paul L. Stoller
>DALIMONTE RUEB STOLLER, LLP
>2425 East Camelback Road, Suite 500
>Phoenix, Arizona 85016
>paul@drlawllp.com
>602-888-2807


1  DATED this 7th day of May 2019.

2                  **DALIMONTE RUEB STOLLER, LLP**

3

4                  By:*/s/Paul L. Stoller*
                   John A. Dalimonte
                   Paul L. Stoller

5                     Ashley Crowell

6                  *Attorneys for Plaintiffs*

7                  **CERTIFICATE OF SERVICE**

8      I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                  */s/ Donna M. Berrios*