Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC <br><br> **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Jamie M Barrow** | AZ Member Case: 2:16-CV-0126 |
| **Jodi Smith** | AZ Member Case: 2:16-CV-143 |
| **Thomas P Torpey** | AZ Member Case: 2 :16-CV-151 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

    Paul L. Stoller
    DALIMONTE RUEB STOLLER, LLP
    2425 East Camelback Road, Suite 500
    Phoenix, Arizona 85016
    paul@drlawllp.com
    602-888-2807

DATED this 7th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*

-2-