Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Janice L Blakley** | AZ Member Case: 2:16-CV-317 |
| **Thomas Mallory** | AZ Member Case: 2:16-CV-319 as Administrator of the Estate of Paula E. Mallory estate of Paula E Mallory |
| **Linda R Mills** | AZ Member Case: 2:16-CV-320 |
| **James B Mills** | AZ Member Case: 2:16-CV-320 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

/ / /

/ / /

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 7th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:/s/*Paul L. Stoller*
        John A. Dalimonte
        Paul L. Stoller
        Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Donna M. Berrios*

-2-