Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Daniel P Lentz** | AZ Member Case: 2:16-CV-903 |
| **Karin N Lisowski** | AZ Member Case: 2:16-CV-906 |
| **Ronald M Lisowski** | AZ Member Case: 2:16-CV-906 |
| **Julian E Johnson, III** | AZ Member Case: 2:16-CV-1153 - Administrator of the Estate of Merrel Parker Johnson |
| **Angela VanCleve** | AZ Member Case: 2:16-CV-1154 |
| **Kevin VanCleve** | AZ Member Case: 2:16-CV-1154 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 7th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**


By:*/s/Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*

-2-