Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |
|---|---|
| | **NOTICE OF APPEARANCE** |

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **John C Vanbiber** | AZ Member Case: 2:18-CV-259 |
| **Taylor R Greene** | AZ Member Case: 2:18-CV-00260 |
| **Lester White, Jr.** | AZ Member Case: 2:18-CV-1465 |
| **Tonya M Tyler-Neal** | AZ Member Case: 2:18-CV-2036 |
| **Leonard R Rice** | AZ Member Case: 2:18-CV-2037 |
| **Tommie Hugh Still** | AZ Member Case: 2: 18-CV-2041 |
| **Evelyn I Gillespie** | AZ Member Case: 2 :18-CV-2042 |
| **John Lester Filson** | AZ Member Case: 2: 18-CV-2043 |
| **Craig Allen Kettell** | AZ Member Case: 2: 18-CV-2719 |
| **Randall Francis Cullen** | AZ Member Case: 2:18- CV-4093 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

> Paul L. Stoller
> DALIMONTE RUEB STOLLER, LLP
> 2425 East Camelback Road, Suite 500
> Phoenix, Arizona 85016
> paul@drlawllp.com
> 602-888-2807

DATED this 7th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**


By:/s/Paul L. Stoller
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*

-2-