Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC **NOTICE OF APPEARANCE** |

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Brandon Bartilet** | AZ Member Case: 2:18-CV-4259 |
| **Betty A Bass** | AZ Member Case: 2:18-CV-4261 |
| **Jerry L Bingham, III** | AZ Member Case: 2:18-CV-4263 |
| **Joy Ann Brown** | AZ Member Case: 2:18-CV-4264 |
| **Charles G Campbell** | AZ Member Case: 2:18-CV-4268 |
| **Ronnie D Carr** | AZ Member Case: 2:18-CV-4269 |
| **Stefanie D Castleberry** | AZ Member Case: 2:18-CV-4270 |
| **Melissa Sue Walker Churchwell** | AZ Member Case: 2:18-CV-4271 |
| **Henry J Clay** | AZ Member Case: 2:18-CV-4272 |
| **Jane Cole** | AZ Member Case: 2:18-CV-4273 |

1    Mr. Stoller should be copied on all communication with respect to these matters as

2  follows:

3        Paul L. Stoller
         DALIMONTE RUEB STOLLER, LLP
4        2425 East Camelback Road, Suite 500
         Phoenix, Arizona 85016
5        paul@drlawllp.com
         602-888-2807
6

7  DATED this 7th day of May 2019.

8                                    **DALIMONTE RUEB STOLLER, LLP**

9

10                                   By:*/s/Paul L. Stoller*
                                        John A. Dalimonte
                                        Paul L. Stoller
11                                      Ashley Crowell

12                                      *Attorneys for Plaintiffs*

13                              **CERTIFICATE OF SERVICE**

14    I hereby certify that on this 7th day of May 2019 I electronically transmitted the

15  attached document to the Clerk's Office using the CM/ECF System for filing and

16  transmittal of a Notice of Electronic Filing.

17                                   */s/ Donna M. Berrios*

18

19

20

21

22

23

24

25

26

27

28