Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC  **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Lynn L Cole** | AZ Member Case: 2:18-CV-4274 |
| **Stanley L Crane** | AZ Member Case: 2:18-CV-4275 |
| **Joey James Davis** | AZ Member Case: 2:18-CV-4277 |
| **Dennis Denson** | AZ Member Case: 2:18-CV-4278 |
| **Vicki Lynn Dercher** | AZ Member Case: 2:18-CV-4280 |
| **Tara Michele Greaver** | AZ Member Case: 2:18-CV-4281 |
| **Daniel P Hardin** | AZ Member Case: 2:18-CV-4282 |
| **Floria J Harrison** | AZ member Case: 2:18-CV-4283 |
| **Tammy M Heape** | AZ Member Case: 2:18-CV-4288 |
| **Gregory Herron** | AZ Member Case: 2:18-CV-4289 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

>  Paul L. Stoller
>  DALIMONTE RUEB STOLLER, LLP
>  2425 East Camelback Road, Suite 500
>  Phoenix, Arizona 85016
>  paul@drlawllp.com
>  602-888-2807

DATED this 7th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*