# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No. 2:15-md-02641- DGC

*This Document Relates to:*
Plaintiff: Ida Mae Barnes
Case: 2:16-cv-02971-DGC

## SUGGESTION OF DEATH OF PLAINTIFF IDA MAE BARNES

Plaintiff Ida Mae Barnes, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Ida Mae Barnes, which occurred on December 7, 2018. Plaintiff respectfully informs this Court that a Motion for Substitution of Party will be filed by the appropriate representative of Ida Mae Barnes' estate.

DATED: May 8, 2019

Respectfully submitted,

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP

By:   */s/ Wendy R. Fleishman*
    Wendy R. Fleishman
    250 Hudson Street, 8th Floor
    New York, NY  10013-1413
    Telephone: (212) 355-9500
    Facsimile:    (212) 355-9592
    wfleishman@lchb.com
    *Counsel for Plaintiff*

1723640.2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th Day of May, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By:   */s/ Wendy R. Fleishman*
Wendy R. Fleishman
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
*Counsel for Plaintiff*

1723640.2