# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641- DGC |
| *This Document Relates to:*<br>Plaintiff: Ida Mae Barnes<br>Case: 2:16-cv-02971-DGC | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby moves this Court for an order substituting Annette Barnes, as personal representative of the estate of Ida Mae Barnes for the named Plaintiff in this case. As grounds therefore, counsel states as follows:

1. That Ida Mae Barnes filed a products liability action on September 2, 2016.

2. That on or about December 7, 2018, Ida Mae Barnes passed away.

3. That a Notice/Suggestion of Death was filed today.

4. That Annette Barnes was appointed as personal representative of the estate of Ida Mae Barnes on May 6, 2019. *See* Exhibit 1.

5. That pursuant to Fed. R. Civ. P. 25(a)(1), the Court may order substitution of the proper parties upon a motion by any party or by the representatives of the deceased party.

6. That a proposed amended short form complaint reflecting the requested substitution is attached hereto as Exhibit 2.

WHEREFORE, Annette Barnes, as personal representative of the estate of Ida Mae Barnes, deceased, respectfully requests this Court grant her motion for Substitution of Party. A proposed order is attached hereto as Exhibit 3.

1723639.2

DATED: May 8, 2019            Respectfully submitted,

                                                 LIEFF, CABRASER, HEIMANN
                                                 & BERNSTEIN, LLP

                                      By:     */s/ Wendy R. Fleishman*
                                                          Wendy R. Fleishman
                                                          250 Hudson Street, 8th Floor
                                                          New York, NY 10013-1413
                                                          Telephone: (212) 355-9500
                                                          Facsimile:  (212) 355-9592
                                                          wfleishman@lchb.com
                                                          *Counsel for Plaintiff*

1723639.2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 8th Day of May, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By:    */s/ Wendy R. Fleishman*
        Wendy R. Fleishman
        250 Hudson Street, 8th Floor
        New York, NY 10013-1413
        Telephone: (212) 355-9500
        Facsimile: (212) 355-9592
        wfleishman@lchb.com
        *Counsel for Plaintiff*