# EXHIBIT 1

| STATE OF MICHIGAN PROBATE COURT COUNTY OF Oakland | LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | FILE NO. 2019-388,771 DE |
|---|---|---|

Estate of Ida Mae Barnes,　　　　　　　　　　　　　　　　　　　　　　　　　Deceased

To:
*Name and address*
Annette Barnes
15171 Minock St.
Detroit MI  48223

*Telephone no.*
[redacted]

You have been appointed and qualified as _____ personal representative(s) _____ of the estate on  5/6/2019 .
You are authorized to perform all acts authorized by law unless exceptions are specified below.

☐ Your authority is limited in the following way:
　☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
　☐ Other restrictions or limitations are:

☒ These letters expire: NO EXPIRATION DATE
　　　　　　　　　　　　　　Date

5/6/2019
Date

Judge　(formal proceedings)/Register Barbara P. Andruccioli P55080 (informal proceedings)  Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

_____　　Bar no. _____
Attorney name (type or print)

_____
Address

_____　　Telephone no. _____
City, state, zip

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

5/6/19
Date

Deputy register

Do not write below this line – For court use only

FILED　　　　　　　　　　20

**Deputy Register of Probate**

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,
MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310