# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641- DGC |
| *This Document Relates to:*<br>Plaintiff: Ida Mae Barnes<br>Case: 2:16-cv-02971-DGC | |

### ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

This matter, having come before the Court on Plaintiff's motion for substitution of party.

**IT IS ORDERED** that Plaintiff's motion for substitution of party is **granted**. Annette Barnes, as personal representative of the estate of Ida Mae Barnes, is substituted as Party Plaintiff for Ida Mae Barnes, deceased, in Case No. 2:16-cv-02971-DGC.

Dated this ___ of _____, 2019.

 

_____
Hon. David G. Campbell
United States District Court Judge