Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Michael Eugene Moore** | AZ Member Case: 2:18-CV-4300 |
| **Esteban Ortiz, III** | AZ Member Case: 2:18-CV-4301 |
| **Christopher Brian Patrick** | AZ Member Case: 2:18-CV-4302 |
| **Sarah Y Rainey** | AZ Member Case: 2:18-CV-4303 |
| **Daniel Vaughn Redding** | AZ Member Case: 2:18-CV-4304 |
| **Wanda C Rhodes** | AZ Member Case: 2:18-CV-4305 |
| **Susan L Rice** | AZ Member Case: 2:18-CV-4306 |
| **Barbara S Rossell** | AZ Member Case: 2:18-CV-4307 |
| **Martin Rutten** | AZ Member Case: 2:18-CV-4308 |
| **Gary Shaw, Sr.** | AZ Member Case: 2:18-CV-4309 |
| **Dennis H Sheetz** | AZ Member Case: 2:18-CV-4310 |
| **Vickie Elaine Johnson** | AZ Member Case: 2:18-CV-4311 – Power of Attorney personal representative of Mose Garlin Starrett |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

>Paul L. Stoller
>DALIMONTE RUEB STOLLER, LLP
>2425 East Camelback Road, Suite 500
>Phoenix, Arizona 85016
>paul@drlawllp.com
>602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*