Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Richard D Barr** | AZ Member Case: 2:18-CV-4516 |
| **Stephen Lloyd Bates** | AZ Member Case: 2:18-CV-4519 |
| **George T Bennett, Jr.** | AZ Member Case: 2:18-CV-4520 |
| **James Chambers** | AZ Member Case: 2:18-CV-4521 |
| **Beverly Nicole Coker** | AZ Member Case: 2:18-CV-4524 |
| **Dan Dillon** | AZ Member Case: 2:18-CV-452<br>Brother on behalf of Gregg Dillon |
| **Stanley Dillon** | AZ Member Case: 2:18-CV-4525<br>Son on behalf of Gregg Dillon |
| **Williams Barnard Harris** | AZ Member Case: 2:18-CV-4526 |
| **Shawn M Latorra-Lutz** | AZ Member Case: 2:18-CV-4527 |
| **Wellington J Morse** | AZ Member Case: 2:18-CV-4528 |
| **Michael Orlando** | AZ Member Case: 2:18-CV-4529 |
| **Virginia Plott** | AZ Member Case: 2:18-CV-4530 |

1  Mr. Stoller should be copied on all communication with respect to these matters as
2  follows:

> Paul L. Stoller
> DALIMONTE RUEB STOLLER, LLP
> 2425 East Camelback Road, Suite 500
> Phoenix, Arizona 85016
> paul@drlawllp.com
> 602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
   John A. Dalimonte
   Paul L. Stoller
   Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*