Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |
|---|---|
| | **NOTICE OF APPEARANCE** |

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Marvin G Schaffer, Sr.** | AZ Member Case: 2:18-CV-4531 |
| **Leo W Spradling** | AZ Member Case: 2:18-CV-4532 |
| **David S Sweeney** | AZ Member Case: 2:18-CV-4533 |
| **Joseph H Szumowski** | AZ Member Case: 2:18-CV-4534 |
| **Angela Wall** | AZ Member Case: 2:18-CV-4535 |
| **Zachary N McFadden** | AZ Member Case: 2:18-CV-4563 |
| **Gary D Stukins** | AZ Member Case: 2:18-CV-4719 |
| **Antwin Hepburn, Sr.** | AZ Member Case: 2:19-CV-176 |
| **Linda K Jackson** | AZ Member Case: 2:19-CV-201 |
| **RuthAnn Johnston** | AZ Member Case: 2:19-CV-202 |
| **Mark Kapp** | AZ Member Case: 2:19-CV-203 |
| **Brian Kirkpatrick** | AZ Member Case: 2:19-CV-204 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*