Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – mark.oconnor@gknet.com
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
602-530-8000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| DEBRA TINLIN and JAMES FRANCES TINLIN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation,<br><br>Defendants. | **NOTICE REGARDING PROPOSED ORDER**<br><br>(Assigned to the Honorable David G. Campbell)<br><br>(Oral Argument Requested) |

On May 1, 2019, Plaintiffs submitted a [Proposed] Order Establishing Common Benefit Funds. *See* Dkt. No. 17493. That proposed order related to a portion of Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case Management Order No. 6 (ECF No. 16932). This Notice is to inform the Court that Plaintiffs' counsel have conferred with counsel for Defendants, and can represent that Defendants do not oppose the proposed order submitted by Plaintiffs.

1723703.1

RESPECTFULLY SUBMITTED this 8th day of May, 2019.

                           BEUS GILBERT PLLC

                           By:    */s/ Mark S. O'Connor*
                                    Mark S. O'Connor
                                    701 N. 44th Street
                                    Phoenix, AZ 85008

                         LOPEZ McHUGH LLP
                              Ramon Rossi Lopez (CA Bar No. 86361)
                              (admitted *pro hac vice*)
                              100 Bayview Circle, Suite 5600
                              Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    */s/ Jessica Gallentine*