Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
BEUS GILBERT, PLLC
701 N.44th St.
Phoenix AZ 85008
480-429-3019
*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWING DOCUMENT LODGED UNDER SEAL REGARDING PLAINTIFFS' TRIAL BRIEF ON THIRD PARTY FAULT** |

Plaintiffs submit this Notice of Withdrawing Document Lodged Under Seal regarding Plaintiffs' Response to Defendants' Trial Brief on Third Party Fault.

After lodging the exhibit to docket entry 17359 under seal, Plaintiffs contacted Defendants who confirmed that the document is not confidential. As such, Plaintiffs withdraw their Notice of Lodging Document Under Seal regarding Plaintiffs' Response to Defendants' Trial Brief on Third Party Fault. The subject document is attached as Exhibit A to this Notice.

1  RESPECTFULLY SUBMITTED this 8th day of May 2019.

2                                BEUS GILBERT, PLLC

3                                By:*/s/ Mark S. O'Connor*

4                                Mark S. O'Connor (011029)
                                 701 N.44th St.

5                                Phoenix AZ 85008

7                                LOPEZ McHUGH LLP
                                 Ramon Rossi Lopez (CA Bar No. 86361)

8                                (admitted *pro hac vice*)
                                 100 Bayview Circle, Suite 5600

9                                Newport Beach, California 92660

10                              *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Jessica Gallentine*

# EXHIBIT A

Ex. C, Trial Ex. 908, Dear Colleague Letters, to Plaintiffs' Response to Defendants' Trial Brief on Third Party Fault.