Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC  **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Debbie Lucero** | AZ Member Case: 2:19-CV-205 |
| **Rhonda Lynn Lusk** | AZ Member Case: 2:19-CV-206 |
| **Tammy Montgomery** | AZ Member Case: 2:19-CV-207 |
| **John E Moore** | AZ Member Case: 2:19-CV-208 |
| **Denita E Alexander-Hamm** | AZ Member Case: 2:19-CV-192 |
| **Bonnie Bayait** | AZ Member Case: 2:19-CV-193 |
| **Jerry Lee Black** | AZ Member Case: 2:19-CV-194 |
| **David E Crump** | AZ Member Case: 2:19-CV-195 |
| **Grace M Fairhurst** | AZ Member Case: 2:19-CV-196 |
| **David Allen Fiset** | AZ Member Case: 2:19-CV-198 also known as David A Furman |
| **Christopher M Fuller** | AZ Member Case: 2:19-CV-199 |
| **John Fitzgerald Norwood** | AZ Member Case: 2:19-CV-214 also known as Jasper D Whitehead |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

>Paul L. Stoller
>DALIMONTE RUEB STOLLER, LLP
>2425 East Camelback Road, Suite 500
>Phoenix, Arizona 85016
>paul@drlawllp.com
>602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*