Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Nancy G Platt** | AZ Member Case: 2:19-CV-215 |
| **Michael Turner** | AZ Member Case: 2:19-CV-216 |
| **Alexis S Westerfield** | AZ Member Case: 2:19-CV-281 |
| **Colette Taylor** | AZ Member Case: 2:19-CV-282 |
| **Helen Gaye Swords** | AZ Member Case: 2:19-CV-283 |
| **Brenda Ohl** | AZ Member Case: 2:19-CV-284 |
| **Kelly Mooney** | AZ Member Case: 2:19-CV-285 |
| **Harry A Culbertson** | AZ Member Case: 2:19-CV-570 |
| **Sandra J Farley** | AZ Member Case: 2:19-CV-844 |
| **William Conrad** | AZ Member Case: 2:19-CV-1180 |
| **Steven Ray Hemphill** | AZ Member Case: 2:19-CV-1106 |
| **Roshunda Thomas** | AZ Member Case: 2:19-CV-1107 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:/s/*Paul L. Stoller*
  John A. Dalimonte
  Paul L. Stoller
  Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*