Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC  **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Willis Bowick** | AZ Member Case: 2:19-CV-1208 |
| **Crystal H Tysinger** | AZ Member Case: 2 :19-CV-1209 |
| **Brian Sizemore** | AZ Member Case: 2 :19-CV-1209 |
| **Beatrice Hernandez** | AZ Member Case: 2: 19-CV-1211 |
| **Carroll V Wondimagegnehu** | AZ Member Case: 2:19-CV-1558 |
| **William H Jackson, IV** | AZ Member Case: 2:19-CV-1559 |
| **Irris Robertson** | AZ Member Case: 2:19-CV-1560 |
| **Karen Woodson** | AZ Member Case: 2:19-CV-1480 |
| **Danielle E Womack** | AZ Member Case: 2:19-CV-1481 |
| **Caroline McKenzie** | AZ Member Case: 2:19-CV-1483 |
| **Patrice Jackson** | AZ Member Case: 2:19-CV-1483 |
| **Jason E Lavimodiere** | AZ Member Case: 2:19-CV-1485 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*

-2-