Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC <br><br> **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Karen Leah Gordon** | AZ Member Case: 2:19-CV-1486 |
| **Janet R Bonner** | AZ Member Case: 2:19-CV-1487 |
| **Judy Lawson** | AZ Member Case: 2:19-CV-1488 |
| **Ryan Patrick Miller** | AZ Member Case: 2:19-CV-1489 |
| **Erin S Mahoney** | AZ Member Case: 2:19-CV-1513 |
| **Margaret Laurie** | AZ Member Case: 2:19-CV-1513 |
| **Carla J Young** | AZ Member Case: 2:19-CV-1523 |
| **Robert R McDonald** | AZ Member Case: 2:19-CV-1524 |
| **Billy G Robinson** | AZ Member Case: 2:19-CV-1555 |
| **Philip Merten** | AZ Member Case: 2:19-CV-1637 |
| **Brittany N Hughes** | AZ Member Case: 2:19-CV-1638 |
| **Eileen O'Brien** | AZ Member Case: 2:19-CV-1639 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*