Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| Teddy Wilson | AZ Member Case: 2:19-CV-1643 |
| Elena Ruiz | AZ Member Case: 2:19-CV-1645 |
| Marschette Williams | AZ Member Case: 2:19-CV-1649 |
| Eilene A Anttila | AZ Member Case: 2:19-CV-1675 |
| Corey Edward Schrader | AZ Member Case: 2:19-CV-1679 |
| Lynn Marie Hrnciar | AZ Member Case: 2:19-CV-1680 |
| David Garrison | AZ Member Case: 2:19-CV-1694 |
| Kenneth Landry | AZ Member Case: 2:19-CV-1752 |
| Evelyn G Cramer | AZ Member Case: 2:19-CV-1758 - Power of Attorney on behalf of Marie R Cramer |
| Sharon High | AZ Member Case: 2:19-CV-1790 |
| Kenneth Peccatiello | AZ Member Case: 2:19-CV-1852 |
| Ruby Morey-Howard | AZ Member Case: 2:19-CV-1853 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

>Paul L. Stoller
>DALIMONTE RUEB STOLLER, LLP
>2425 East Camelback Road, Suite 500
>Phoenix, Arizona 85016
>paul@drlawllp.com
>602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*