Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| **PLAINTIFF** | **INDIVIDUAL CASE NO.** |
|---|---|
| **Joyce Toliver** | AZ Member Case: 2:19-CV-1871 |
| **Melanie Lockwood** | AZ Member Case: 2:19-CV-1872 |
| **Larry J Hurley** | AZ Member Case: 2:19-CV-1874 |
| **James E Cook** | AZ Member Case: 2:19-CV-1879 |
| **Debra Long** | AZ Member Case: 2:19-CV-1880 |
| **Robert Hines** | AZ Member Case: 2:19-CV-1934 |
| **Felicia Lynch** | AZ Member Case: 2:19-CV-1935 |
| **Michael Kar** | AZ Member Case: 2:19-CV-1936 |
| **Patricia M Bestor** | AZ Member Case: 2:19-CV-1953 |
| **James Bankston** | AZ Member Case: 2:19-CV-1954 |
| **Richard S Edwards** | AZ Member Case: 2:19-CV-1955 |
| **Norman M Brehob** | AZ Member Case: 2:19-CV-2013 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*