Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC  **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Barbara B Riggs** | AZ Member Case: 2:19-CV-2014 |
| **Cyril Francis Natcher** | AZ Member Case: 2:19-CV-2015 |
| **Cynthia D Walton** | AZ Member Case: 2:19-CV-2115 |
| **Carl Parr** | AZ Member Case: 2:19-CV-2116 |
| **Wesley Henderson** | AZ Member Case: 2:19-CV-2117 |
| **Terry L Hewitt** | AZ Member Case: 2:19-CV-2118 |
| **Carson R Clinger** | AZ Member Case: 2:19-CV-2119 |
| **Samuel E Fox** | AZ Member Case: 2:19-CV-2120 |
| **Gayle Barrett** | AZ Member Case: 2:19-CV-2121 |
| **Rakisha Tucker** | AZ Member Case: 2:19-CV-2179 |
| **Yvonne M Tatro** | AZ Member Case: 2:19-CV-2180 |
| **Marcus Dean Cole** | AZ Member Case: 2:19-CV-2182 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

```
Paul L. Stoller
DALIMONTE RUEB STOLLER, LLP
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
paul@drlawllp.com
602-888-2807
```

DATED this 8th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*