Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC  **NOTICE OF APPEARANCE** |
|---|---|

**NOTICE IS GIVEN** that Paul L. Stoller of Dalimonte Rueb Stoller, LLP, hereby appears as counsel of record for the following Plaintiff in the above-entitled action:

| PLAINTIFF | INDIVIDUAL CASE NO. |
|---|---|
| **Emily F Morrow** | AZ Member Case: 2:19-CV-2192 |
| **Tasha N Jenkins** | AZ Member Case: 2:19-CV-2194 |
| **Kerry L Ryan** | AZ Member Case: 2:19-CV-2122 |
| **Thomas Richmond Spring** | AZ Member Case: 2:19-CV-2123 |
| **Joseph R Carusone** | AZ Member Case: 2:19-CV-2140 |
| **Paige E Johnson** | AZ Member Case: 2:19-CV-2147 |
| **Desiree Velazquez** | AZ Member Case: 2 :19-CV-2148 |
| **Richard Thompkins** | AZ Member Case: 2:19-CV-2197 |
| **Kelly Lee Allen** | AZ Member Case: 2:19-CV-2198 |
| **Chris Edward Thaxton** | AZ Member Case: 2:19- CV-2199 |
| **Serafin Rafael Sosa, Jr.** | AZ Member Case: 2:19- CV-2200 |
| **Larry L Elsenheimer** | AZ Member Case: 2:19-CV-2201 |

Mr. Stoller should be copied on all communication with respect to these matters as follows:

1  Paul L. Stoller
   DALIMONTE RUEB STOLLER, LLP
2  2425 East Camelback Road, Suite 500
   Phoenix, Arizona 85016
3  paul@drlawllp.com
   602-888-2807
4

5  DATED this 8th day of May 2019.

6  **DALIMONTE RUEB STOLLER, LLP**

7
   By:*/s/Paul L. Stoller*
8      John A. Dalimonte
       Paul L. Stoller
9      Ashley Crowell

10 *Attorneys for Plaintiffs*

11 **CERTIFICATE OF SERVICE**

12 I hereby certify that on this 8th day of May 2019 I electronically transmitted the
13 attached document to the Clerk's Office using the CM/ECF System for filing and
14 transmittal of a Notice of Electronic Filing.

15 */s/ Donna M. Berrios*

-2-