**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL WITNESS LIST**

☐ Preliminary Injunction    ☐ TRO    ☐ Non-Jury Trial    ☒ Jury Trial

Case Number **M.D.-15-02641-PHX-DGC** Judge Code **7020** Date **May 13, 2019**

**Debra Tinlin vs. C.R. Bard, Inc. and Bard Peripheral Vascular**

☒ Plaintiff/Petitioner            ☒ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Abithal Raji-Kubba | | |
| Alex Tessmer | | |
| Allison Walsh | | |
| Andrzej Chandusczko | | |
| Audrey Fasching, Ph.D., P.E. | | |
| Brett Baird | | |
| Brian Barry | | |
| Brian Hudson | | |
| Brooke Gillette | | |
| Bryan Vogel | | |
| Carol Vierling | | |
| Chad Modra | | |
| Christopher Ganser | | |
| Christopher S. Morris, M.D. | | |
| Christopher Smith | | |
| Clement J. Grassi, M.D., FSIR | | |
| Daniel Orms | | |
| Darren R. Hurst, M.D. | | |
| David Ciavarella, M.D. | | |

1

| | | |
|---|---|---|
| David Dimmit | | |
| David W. Feigal, M.D., M.P.H. | | |
| David Garcia, M.D. | | |
| David Mickey Graves | | |
| David Kessler, M.D. | | |
| David Owens, M.D. | | |
| Debra Tinlin | | |
| Derek David Muehrcke, M.D. | | |
| Donna-Bea Tillman, Ph.D., MPA, FRAPS | | |
| Doug Uelman | | |
| Frank Lynch, M.D. | | |
| Frederick B. Rogers, M.D. | | |
| Gary S. Cohen, M.D. | | |
| Gin Schulz | | |
| Heather Stanko, M.D. | | |
| Holly Glass | | |
| Hugh MaGee | | |
| J. Matthew Sims, MC, MS | | |
| Jack Sullivan | | |
| James Tinlin | | |
| Janet Hudnall | | |
| Jason Greer | | |
| John DeFord | | |
| John Lehmann, M.D. | | |
| John McDermott | | |
| John Van Vleet | | |
| John Weiland | | |

| | | |
|---|---|---|
| John Wheeler | | |
| John Worland | | |
| Joni Creal | | |
| Joshua Riebe, M.D. | | |
| Judy Ludwig | | |
| Kay Fuller | | |
| Kevin Boyle | | |
| Kimberly Romney | | |
| Krishna Kandarpa, M.D. | | |
| Leah Nitke, D.O. | | |
| Len DeCant | | |
| Lora K. White, RNBC, BSN, CCM, CNLCP | | |
| Mark Moritz, M.D. | | |
| Mark Wilson | | |
| Mary Edwards | | |
| Mehdi Syed | | |
| Michael Miller, M.D. | | |
| Michael Randall | | |
| Michael Streiff, M.D. | | |
| Moni Stein, M.D. | | |
| Murray R. Asch, M.D. | | |
| Natalie Wong | | |
| Patrick McDonald | | |
| Paul Briant, Ph.D., P.E. | | |
| Piotr Sobieszczyk, M.D. | | |
| Rebecca Betensky, Ph.D. | | |
| Robert Cortelezzi | | |

4

| | | |
|---|---|---|
| Robert M. Carr, Jr. | | |
| Robert Ferrara | | |
| Robert McMeeking, Ph.D. | | |
| Ronald A. Thisted, Ph.D. | | |
| Scott Trerotola, M.D. | | |
| Sanjeeva Kalva, M.D. | | |
| Shari Allen O'Quinn | | |
| Steve Williamson | | |
| Suzanne Parisian, M.D. | | |
| Timothy Fisher | | |
| Timothy Vartanian, M.D. | | |
| Thomas Ferari | | |
| Thomas Kinney, M.D., MSME | | |
| William Altonaga, M.D. | | |
| William Kuo, M.D. | | |
| William Little | | |
| William Stavropoulos, M.D. | | |