1    Ramon Rossi Lopez - rlopez@lopezmchugh.com
     (California Bar Number 86361; admitted *pro hac vice*)
2    Lopez McHugh LLP
     100 Bayview Circle, Suite 5600
3    Newport Beach, California  92660
     949-812-5771
4
     Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5    Gallagher & Kennedy, P.A.
     2575 East Camelback Road
6    Phoenix, Arizona  85016-9225
     602-530-8000
7
     *Co-Lead/Liaison Counsel for Plaintiffs*
8
9                    UNITED STATES DISTRICT COURT
10                      DISTRICT OF ARIZONA
11

| 12  In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF ERRATA** |
| | (Assigned to the Honorable David G. Campbell) |
| | (Oral Argument Requested) |

17          Plaintiffs inadvertently failed to include "Schedule B" to the document attached as

18   Exhibit 1 to Plaintiffs' Motion Seeking Establishment of Common Benefit Fee and

19   Expense Accounts Pursuant to Case Management Order No. 6 and Modification of Case

20   Management Order No. 6 (Doc. 16932).  Attached to this Notice as Exhibit A is the full

21   document, including "Schedule B," which was intended to be included as Exhibit 1 to

22   Doc. 16932.

23          RESPECTFULLY SUBMITTED this 9th day of May, 2019.

24                                    BEUS GILBERT PLLC

25
                          By:    */s/ Mark S. O'Connor*
26                                    Mark S. O'Connor
                                      701 N. 44th Street
27                                    Phoenix, AZ 85008

28

1723703.1

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*

1723703.1

- 2 -