# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Ida Mae Barnes, <br><br>           Plaintiff, <br><br> v. <br><br> C.R. Bard, Inc. and Bard Peripheral Vascular Inc., <br><br>           Defendants. | No. MDL15-2641-PHX-DGC <br><br><br> No. CV16-2971 PHX DGC <br><br> **ORDER** |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 17622.

**IT IS ORDERED** that Plaintiff's motion for substitution of party (Doc. 17622) is **granted.** Annette Barnes, as representative and executor of the Estate of Ida Mae Barnes, is substituted as party plaintiff for Ida Mae Barnes, deceased, in the above case.

Dated this 9th day of May, 2019.

David G. Campbell
Senior United States District Judge