**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:  David G. Campbell** | **Date: May 10, 2019** |
| **Case Number: MD-15-02641-PHX-DGC** | |
| **IN RE:  Bard IVC Filters Products Liability Litigation** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Ramon Lopez, Mark O'Connor** | **Elizabeth Helm, Richard North** |

**TELEPHONIC CONFERENCE:**          Member Case CV-16-00263-PHX-DGC

Telephonic Conference is held.  The parties inform the Court they have reached a settlement in this case.  **IT IS ORDERED** vacating the Jury Trial set for Monday, May 13, 2019.  All other deadlines shall remain in place.


Deputy Clerk: Christine Boucher                                          Start:  9:12 a.m.
Court Reporter:  Patricia Lyons                                           Stop:  9:27 a.m.
                                                                                           Time in court: 15 min.