## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VARAWN PINCKNEY, ) | No. MD-15-02641-PHX-DGC |
| ) | |
| Plaintiff, ) | NOTICE OF ERRATA AND |
| ) | CORRECTION TO PLAINTIFF'S |
| ) | MASTER SHORT FORM COMPLAINT |
| ) | FOR DAMAGES FOR INDIVIDUAL |
| ) | CLAIMS |
| VS. ) | |
| ) | |
| C.R. BARD, INC. AND BARD ) | |
| PERIPHERAL VASCULAR, INC. ) | |
| ) | |
| Defendants ) | |

### NOTICE OF ERRATA

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff VaRawn Pinckney ("Plaintiff") hereby provides notice of errata and correction as follows:

On March 25, 2019, Plaintiff filed her Master Short Form Complaint for Damages for Individual Claims. On the Short Form Complaint, Plaintiff's name was misspelled as "VaRawn Pickney" instead of her correct name, "VaRawn Pinckney." The original version of her "Master Short Form Complaint for Damages for Individual Claims" is attached hereto as Exhibit A.

Respectfully submitted,

PERDUE & KIDD

/s/ Jim M. Perdue, Jr.
jperduejr@perdueandkidd.com
777 Post Oak Boulevard, Suite 450
Houston, Texas 77056

*COUNSEL FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VARAWN PINCKNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> VS. ) <br> ) <br> C.R. BARD, INC. AND BARD ) <br> PERIPHERAL VASCULAR, INC. ) <br> ) <br> Defendants ) | No. MD-15-02641-PHX-DGC <br><br> **NOTICE OF ERRATA AND CORRECTION TO PLAINTIFF'S MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2019, I electronically filed the foregoing document with the Clark of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                Respectfully submitted,

                                                PERDUE & KIDD

                                                /s/ Jim M. Perdue, Jr.
                                                Jim M. Perdue, Jr.
                                                jperduejr@perdueandkidd.com
                                                777 Post Oak Boulevard, Suite 450
                                                Houston, Texas 77056
                                                (713) 520-2500
                                                (713) 520-2525

                                                *COUNSEL FOR PLAINTIFF*