# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT
FOR DAMAGES FOR INDIVIDUAL
CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.365).

Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    VaRawn Pickney
    _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of

    consortium claim:

    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian,

    conservator):

    _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

    the time of implant:

    Florida
    _____

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of injury:

Florida

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Florida

7.     District Court and Division in which venue would be proper absent direct filing:

Southern District of Florida

8.     Defendants (check Defendants against whom Complaint is made):

        X       C.R. Bard Inc.

        X       Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

        X       Diversity of Citizenship

        ☐       Other: _____

        a.      Other allegations of jurisdiction and venue not expressed in Master

                Complaint:

        _____

        _____

        _____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

        claim (Check applicable Inferior Vena Cava Filter(s)):

        ☐       Recovery® Vena Cava Filter

        X       G2® Vena Cava Filter

-2-

1
☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

2
☐ Meridian® Vena Cava Filter

3
☐ Denali® Vena Cava Filter

4
☐ Other: _____

5
11. Date of Implantation as to each product:

7
September 16, 2015

8
_____

9
12. Counts in the Master Complaint brought by Plaintiff(s):

10
X Count I: Strict Products Liability – Manufacturing Defect

11
X Count II: Strict Products Liability – Information Defect (Failure to

12
Warn)

X Count III: Strict Products Liability – Design Defect

13
X Count IV: Negligence - Design

14
X Count V: Negligence - Manufacture

15
X Count VI: Negligence – Failure to Recall/Retrofit

16
X Count VII: Negligence – Failure to Warn

17
X Count VIII: Negligent Misrepresentation

18
X Count IX: Negligence *Per Se*

19
X Count X: Breach of Express Warranty

X Count XI: Breach of Implied Warranty

20
X Count XII: Fraudulent Misrepresentation

-3-

Case 2:19-cv-01964-DGC Document 1 Filed 03/25/19 Page 4 of 5

1    X    Count XIII:   Fraudulent Concealment

2    X    Count XIV:   Violations of Applicable <u>Indiana </u>(insert state)

3         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4         Practices

5    □    Count XV:    Loss of Consortium

6    □    Count XVI:   Wrongful Death

7    □    Count XVII: Survival

8    X    Punitive Damages

9    □    Other(s):    _____ (please state the facts supporting

10        this Count in the space immediately below)

11   _____

12   _____

13   _____

14   _____

15   _____

1    RESPECTFULLY SUBMITTED this 25th day of March 2019.

**PERDUE & KIDD**
By: /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr.
Texas Bar No. 00788180
Michael R. Clinton
Texas Bar No. 24087317
777 Post Oak Blvd, Suite 450
Houston, TX 77056
Telephone: 713-520-2500
Facsimile: 713-520-2525
Email: jperduejr@perdueandkidd.com
Email: mclinton@perdueandkidd.com
**ATTORNEYS FOR PLAINTIFF**

17

18

19

20

21

22

-5-