IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC FILTERS PRODCUTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>MATTHEW ALLEN<br><br>    Plaintiff,<br> v.<br><br>C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | Case No. 15-02641-PHX-DGC<br>MDL No. 2641<br><br><br>Case No. 2:18-cv-03663-DGC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

 Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Matthew Allen, through and his attorneys, hereby voluntarily dismisses his complaint without prejudice.

 Dated: May 13, 2019

                Respectfully submitted,

              By: */s/ David P. Matthews*
                David P. Matthews
                TX SBN: 13206200
                MATTHEWS & ASSOCIATES
                2905 Sackett St.
                Houston, TX 77098
                (713) 522-5250 tel.
                (713) 535-7184 fax
                matthewsivc@thematthewslawfirm.com
                lsantiago@thematthewslawfirm.com

                Richard Freese
                AL Bar No. 6879-E67R
                FREESE & GOSS, PLLC
                1901 6th Ave N. Ste. 3120
                Birmingham, AL 35203
                Tel. (205) 871-4144
                Fax (205) 871-4104
                rich@freeseandgoss.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of May 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                                                                     */s/ David P. Matthews*