**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Applies to:<br><br>*Bruce Alsaker v. C.R. Bard, Inc., et al.*<br>Case No. 2:18-cv-03750 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

COMES NOW Plaintiff Bruce Alsaker, by and through his undersigned counsel and without opposition, and moves the Court for leave to file the First Amended Complaint attached hereto as Exhibit 1. In support of this Motion, Plaintiff states the following:

1. Plaintiff filed his original complaint in this action on November 2, 2018.

2. In Paragraph 11 of his original complaint, Plaintiff alleged that the filter in question was implanted "On or about 7/11/2011."

3. Since the time of this filing, Plaintiff has obtained additional medical records confirming that the implant date for the product in question was specifically May 4, 2012. The sole amendment in Plaintiff's proposed First Amended Complaint is to correct the date of implant allegation of Paragraph 11 to conform to the evidence in this case.

4. Plaintiff has conferred with counsel for Defendants and Defendants do not oppose this Motion.

WHEREFORE, Plaintiff prays this Court grant him leave to file the attached First Amended Complaint, and that the Court deem the attached First Amended Complaint filed instanter.

Respectfully Submitted,

NIEMEYER, GREBEL & KRUSE, LLC

/s/ Michael S. Kruse
Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 15th day of May, 2019.

/s/ Michael S. Kruse