# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.  MD-15-02641-PHX-DGC |
| This Document Applies to:<br><br>*Bruce Alsaker v. C.R. Bard, Inc., et al.*<br>Case No.  2:18-cv-03750 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

## ORDER

Plaintiff Bruce Alsaker's Unopposed Motion for Leave to File First Amended Complaint is hereby granted.   The Complaint attached as Exhibit 1 to Plaintiff's Motion is hereby deemed filed instanter.

Dated this _____ day of _____, 2019.

_____
David G. Campbell
Senior United States District Judge