IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS
PRODUCT LIABILITY
LITIGATION

Case No. 2:15-MD-02641-PHX-DGC

This Document Relates to:

| | |
|---|---|
| 2:19-cv-00786  Troy Henley | 2:19-cv-00791  Wanda Sinard |
| 2:19-cv-00787  Amilee Miller | 2:19-cv-02747  Kathleen Boyer |
| 2:19-cv-00788  Angela Porter | |
| 2:19-cv-00789  Edward Romero | |
| 2:19-cv-00790  Diana Rousch | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above captioned Plaintiffs.

Dated:  May 16, 2019

/s/ Paul L. Stoller

Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
DALIMONTE RUEB STOLLER, LLP
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
DALIMONTE RUEB STOLLER, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Paul L. Stoller