# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION

Case No. 2:15-MD-02641-PHX-DGC

This Document Relates to:

| | | |
|---|---|---|
| 2:16-cv-03265  Mohamed Ebeid | 2:17-cv-03011  Larome Meadows | 2:18-cv-01269  Dorothy Ellison |
| 2:17-cv-01088  Diane Manns | 2:17-cv-03110  Jodi McGee | 2:18-cv-01287  Robert Russo |
| 2:17-cv-01592  Thomas McHenry | 2:17-cv-04771  Robert Mars | 2:18-cv-01638  Mariya Karpenko |
| 2:17-cv-01596  Kenneth Hill | 2:18-cv-00980  Anthony Gonzalez | |
| 2:17-cv-01875  Barney Bivins | 2:18-cv-01077  Julie Doorn | |
| 2:17-cv-02713  James Fagrell | 2:18-cv-01135  Neal Schultz | |
| 2:17-cv-02912  Donna Jarvis | 2:18-cv-01179  Jacqueline Williams | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above captioned Plaintiffs.

Dated: May 16, 2019

/s/ C.J. Cuneo
_____
C.J. Cuneo (CO Bar #52041)
Andrus Wagstaff, PC
7171 W Alaska Drive Lakewood,
Colorado 80226 Telephone: (303)
376-6360 Fax: (303) 376-6361
cj.cuneo@andruswagstaff.com

/s/ Paul L. Stoller
_____
Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
DALIMONTE RUEB STOLLER, LLP
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
DALIMONTE RUEB STOLLER, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ C.J. Cuneo