1

2

3

4

5

6                      **IN THE UNITED STATES DISTRICT COURT**

7                          **FOR THE DISTRICT OF ARIZONA**

8  | IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,   No. MDL15-2641-PHX-DGC

9  | THIS DOCUMENT RELATES TO:

10 | Bruce Alsaker,

11 |            Plaintiff,                        No. CV18-3750 PHX DGC

12 | v.

13 |                                              **ORDER**

14 | C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,

15 |            Defendants.

16

17         Plaintiff Bruce Alsaker has filed a motion for leave to file first amended complaint.

18  Plaintiff notes in his motion that the filing of an amended complaint has been discussed

19  with counsel for Defendants and no objection has been received.  Doc. 17750.

20         **IT IS ORDERED** that Plaintiff's motion for leave to file an amended complaint

21  (Doc. 17750) is **granted.**  Plaintiff shall file his first amended short form complaint with

22  the Clerk of Court no later than **May 21, 2019**.

23         Dated this 16th day of May, 2019.

24

25

26                                        David G. Campbell

27                                        Senior United States District Judge

28