**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: Bard IVC Filters Products Liability Litigation,

No. MDL 15-02641-PHX-DGC

**CASE MANAGEMENT ORDER NO. 44**

(Common Benefit Fund Accounts)

Pursuant to Case Management Order No. 6 (Doc. 372), the Plaintiffs Steering Committee ("PSC") moves to establish common benefit fee and expense fund accounts and appoint Citibank N.A., rather than a certified public account, as escrow agent. Doc. 16932 at 2-3. No objection has been raised by Defendants or counsel for individual plaintiffs. *See* Docs. 17367, 17387, 17404, 17637. The Court will grant the motion.[1]

**IT IS ORDERED:**

1. The PSC's motion to establish common benefit fee and expense fund accounts (Doc. 16932 at 2-3) is **granted** as set forth in this order.

2. The PSC shall establish two interest-bearing accounts to receive and disburse common benefit funds: the "Bard IVC Filters Fee Fund" and the "Bard IVC Filters Expense Fund." *See* Doc. 372 at 9.

3. Citibank N.A. is appointed as escrow agent over the common benefit funds. *See id.*; Doc. 17749-1 (Escrow Agreement). The escrow agent fees set forth in Schedule B to the Escrow Agreement (Doc. 17749-1 at 16) are approved. Case Management Order

---

[1] The Court will address the PSC's request to increase the common benefit assessment percentage (Doc. 16932 at 3-6) in a separate order after a hearing.

No. 6 is amended as follows: references to "the CPA" in Section IV(A) are replaced by the term "Escrow Agent." *See* Doc. 372 at 9.

4. Plaintiffs' Co-Lead Counsel is responsible for arranging for the preparation of tax filings related to each common benefit fund account.

Dated this 16th day of May, 2019.

David G. Campbell
Senior United States District Judge