IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>_____ | No. 2:15-MD-02641-DGC<br><br>**PLAINTIFF'S FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____

| | | |
|---|---|---|
| 1 | 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence |
| 2 | | at the time of injury: |
| 3 | | _____ |
| 4 | 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: |
| 5 | | _____ |
| 6 | 7. | District Court and Division in which venue would be proper absent direct |
| 7 | | filing: |
| 8 | | _____ |
| 9 | | _____ |
| 10 | 8. | Defendants (check Defendants against whom Complaint is made): |
| 11 | | ☐   C.R. Bard Inc. |
| 12 | | ☐   Bard Peripheral Vascular, Inc. |
| 13 | 9. | Basis of Jurisdiction: |
| 14 | | ☐   Diversity of Citizenship |
| 15 | | ☐   Other: _____ |
| 16 | a. | Other allegations of jurisdiction and venue not expressed in Master |
| 17 | | Complaint: |
| 18 | | _____ |
| 19 | | _____ |
| 20 | 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making |
| 21 | | a claim (Check applicable Inferior Vena Cava Filter(s)): |
| 22 | | ☐   Recovery® Vena Cava Filter |

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☐ Count I:     Strict Products Liability – Manufacturing Defect

☐ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☐ Count III:   Strict Products Liability – Design Defect

☐ Count IV:    Negligence – Design

☐ Count V:     Negligence – Manufacture

☐ Count VI:    Negligence – Failure to Recall/Retrofit

☐ Count VII:   Negligence – Failure to Warn

☐ Count VIII:  Negligent Misrepresentation

☐ Count IX:    Negligence *Per Se*

☐ Count X:     Breach of Express Warranty

☐ Count XI: Breach of Implied Warranty

☐ Count XII: Fraudulent Misrepresentation

☐ Count XIII: Fraudulent Concealment

☐ Count XIV: Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☐ Punitive Damages

13. Jury Trial demanded for issues so triable?

☐ Yes

☐ No

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**

*/s/ Henry G. Garrard, III*
Henry G. Garrard, III, Georgia Bar No. 286300
440 College Avenue
Post Office Box 832
Athens, GA 30603
(706) 354-4000

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Henry G. Garrard, III*