**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Herbert Newton,                )
                                    )
            Plaintiff,         )      MDL Case No. 2:15-md-02641-DGC
                                    )
               v.           )      Civil Action No.  CV-19-02510-PHX-DGC
                                    )
Bard Peripheral Vascular, Inc. and C. R.   )
Bard, Inc., et al.,                )
                                    )
           Defendant.

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>May 10, 2019</u>               <u>/s/ Richard B. North, Jr.</u>
                                       *Attorney's signature*

                                       <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                       *Printed name and bar number*

                                       Nelson Mullins Riley & Scarborough, LLP
                                       <u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
                                       *Address*

                                     <u>richard.north@nelsonmullins.com</u>
                                       *E-mail Address*

                                     <u>(404) 322-6000</u>
                                       *Telephone number*

                                     <u>(404 322-6050</u>
                                     *FAX number*