UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filter Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| FLORENCE J. DULSKI | No. CV-18-02985-PHX-DGC |
| Plaintiff, | **SUGGESTION OF DEATH ON THE RECORD** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendant(s) | |

Counsel for Plaintiffs in the above-referenced action, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Florence J. Dulski, which occurred on or about March 9, 2019.

Dated: May 22, 2019        Respectfully submitted,

/s/ Brian A. Goldstein
Brian A. Goldstein (NY Bar No. 2715019)
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
E-Mail: brian.goldstein@cellinoandbarnes.com

## Certificate of Service

I hereby certify that on May 22, 2019, a copy of the foregoing document was filed electronically using the CM/ECF system which will send notification of each such filing to the parties denoted in the Electronic Mail Notice List.

/s/ *Brian A. Goldstein*
Brian A. Goldstein (NY No. 2715019)