# EXHIBIT A

DOH-1961 (8/2011)

RECORDED DISTRICT
REGISTER NUMBER: 666

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**

# CERTIFICATE OF DEATH

STATE FILE NUMBER

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX | 3A. DATE OF DEATH: | | | 3B. HOUR |
|---|---|---|---|---|---|---|---|
| Florence | J. | Dulski | FEMALE ☒2 | MONTH 03 | DAY 09 | YEAR 2019 | 4:45 p. |

4A. PLACE OF DEATH (Check one): HOSPITAL DOA ☐ ER ☐ | HOSPITAL OUTPATIENT ☐ | HOSPITAL INPATIENT ☐ | NURSING HOME ☐ | PRIVATE RESIDENCE ☒ | HOSPICE FACILITY ☐ | OTHER (Specify) ☐

4B. IF FACILITY, DATE ADMITTED: MONTH -- DAY -- YEAR ----

4C. NAME OF FACILITY: (If not facility, give address)
**3640 James Street**

4D. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☒ **Hamburg**

4E. COUNTY OF DEATH: **Erie**

4F. MEDICAL RECORD NO. **NA**

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☒ YES ☐

5. DATE OF BIRTH: MONTH / DAY / YEAR

6A. AGE IN YEARS: **92**

6B. IF UNDER 1 YEAR ENTER: months / days

6C. IF UNDER 1 DAY ENTER: hours / minutes

7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) **Lackawanna, NY**

7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: ---

8. SERVED IN U.S. ARMED FORCES? (Specify years) NO ☒0 YES ☐1

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino
A ☒ No, not Spanish/Hispanic/Latino
B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican
D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be:
A ☒ White/Caucasian  B ☐ Black or African American  C ☐ Asian Indian  D ☐ Chinese
E ☐ Filipino  F ☐ Japanese  G ☐ Korean  H ☐ Vietnamese
J ☐ Native Hawaiian  K ☐ Guamanian or Chamorro  M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)
R ☐ Other Pacific Islander (specify)
S ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death:
1 ☐ ≤ 8th grade  2 ☐ 9th-12th grade, no diploma  3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree  5 ☐ Associate's degree  6 ☐ Bachelor's degree
7 ☐ Master's degree  8 ☐ Doctorate/Professional degree

12. SOCIAL SECURITY NUMBER:

13. MARITAL STATUS: NEVER MARRIED ☐1  MARRIED ☐2  WIDOWED ☒3  DIVORCED ☐4  SEPARATED ☐5

14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated. ---

15A. USUAL OCCUPATION: (Do not enter retired) **House Keeping**

15B. KIND OF BUSINESS OR INDUSTRY: **Housewife**

15C. NAME AND LOCALITY OF COMPANY OR FIRM: **Own Home**

16A. RESIDENCE: (State or Country if not USA) **New York**

16B. County or Region/Province if not USA **Erie**

16C. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☒ **Hamburg**

16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☒ YES ☐ NO  IF NO, SPECIFY TOWN:

16D. STREET AND NUMBER OF RESIDENCE: **3640 James Street**

16E. ZIP CODE: **14219**

17. BIRTH NAME OF FATHER / PARENT: FIRST **Joseph** M.I. LAST **Kaszuba**

18. BIRTH NAME OF MOTHER / PARENT: FIRST **Mary** M.I. LAST **Dusza**

19A. NAME OF INFORMANT: **Robert S. Dulski**

19B. MAILING ADDRESS: (include zip code) **8 Schilling Court Lancaster, New York 14086**

20A. 1 ☐ BURIAL  2 ☐ CREMATION  3 ☐ REMOVAL  4 ☐ HOLD  5 ☐ DONATION  6 ☒ ENTOMBMENT
MONTH **03** DAY **15** YEAR **2019**

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: **Holy Cross Cemetery**

20C. LOCATION: (City or town and state) **Lackawanna, New York**

21A. NAME AND ADDRESS OF FUNERAL HOME: **The Colonial Memorial Chapels,Inc.3003 South Park Avenue Lackawanna, NY 14218**

21B. REGISTRATION NUMBER: **01676**

22A. NAME OF FUNERAL DIRECTOR: **Matthew J. Pasnik**

22B. SIGNATURE OF FUNERAL DIRECTOR: ▶ *Matthew J Pasnik*

22C. REGISTRATION NUMBER: **12795**

23A. SIGNATURE OF REGISTRAR: ▶ *[signature]*

23B. DATE FILED: MONTH **3** DAY **11** YEAR **2019**

24A. BURIAL OR REMOVAL PERMIT ISSUED BY: *[signature]*

24B. DATE ISSUED: MONTH **3** DAY **11** YEAR **2019**

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: **AGNES V. QUEBRAL**
License No.: **250185**
Signature: ▶ *Agnes V Quebral*
Date: MONTH **3** DAY **11** YEAR **2019**

Certifier's Title: 0 ☒ Attending Physician  0 ☐ Physician acting on behalf of Attending Physician  1 ☐ Coroner  2 ☐ Medical Examiner / Deputy Medical Examiner
Address: **1900 RIDGE RD STE 130 WEST SENECA NY 14224**

25B. If coroner is not a physician, enter Coroner's Physician's name & title:
License No.:
Signature: ▶

25C. If certifier is not attending physician, enter Attending Physician's name & title:
License No.:
Address: ▶

26A. Attending physician attended deceased: FROM **12 / 27 / 2013** to **3 / 9 / 2019**

26B. Deceased last seen alive by attending physician **10 / 25 / 2018**

26C. Pronounced Dead ON **3 / 9 / 2019** AT **4:45 P** M

27. MANNER OF DEATH: NATURAL CAUSE ☒1  ACCIDENT ☐2  HOMICIDE ☐3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? 0 ☒ NO  1 ☐ YES

29A. AUTOPSY? NO ☒0  YES ☐1  REFUSED ☐2

29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? 0 ☐ NO  1 ☐ YES

CONFIDENTIAL   SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH   CONFIDENTIAL

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART I. IMMEDIATE CAUSE:
(A) **CHRONIC CONGESTIVE HEART FAILURE**

DUE TO OR AS A CONSEQUENCE OF:
(B) **SEVERE AORTIC STENOSIS**

DUE TO OR AS A CONSEQUENCE OF:
(C)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): **HYPOTHYROID, GERD, HYPERCHOLESTEROL**

DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☒ NO  1 ☐ YES  2 ☐ PROBABLY  3 ☐ UNKNOWN

31A. IF INJURY, DATE: MONTH / DAY / YEAR   HOUR:

31B. INJURY LOCALITY: (City or town and county and state)

31C. DESCRIBE HOW INJURY OCCURRED:

31D. PLACE OF INJURY:

31E. INJURY AT WORK? NO ☐0  YES ☐1

31F. IF TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver/Operator  2 ☐ Passenger  3 ☐ Pedestrian

32. WAS DECEDENT HOSPITALIZED W/IN LAST 2 MONTHS? NO ☐  YES ☐

33A. IF FEMALE: 0 ☒ Not pregnant within last year  1 ☐ Pregnant at time of death  2 ☐ Not pregnant, but pregnant within 42 days of death

33B. DATE OF DELIVERY: MONTH / DAY / YEAR

231287                              231287

**Safety Features Used In This Form**

1. Watermark on back is visible when
   document is held up to a light source.

2. Press number on document.

3. "VOID" appears on photocopies made on
   either a black and white or color photocopier.

231287

THIS IS TO CERTIFY TO BE A TRUE COPY OF A RECORD
ON FILE IN THE OFFICE OF VITAL STATISTICS TOWN OF
HAMBURG, ERIE COUNTY, STATE OF NEW YORK.

_____
REGISTRAR

DATE    MAR 1 1 2019