# EXHIBIT B

Case 2:15-md-02641-DGC   Document 17873-2   Filed 05/22/19   Page 1 of 2

# Surrogate's Court of the County of Erie

On the Date Written Below LETTERS TESTAMENTARY were granted by the Surrogate's Court of Erie County, New York as follows:

**File #: 2019-1151/A**

Name of Decedent: **Florence J Dulski**

Date of Death: 03-09-2019

Domicile: **Erie County**

Type of Letters Issued: **LETTERS TESTAMENTARY**

Fiduciary Appointed: **Janette M Bialecki**
3640 James Street
Hamburg NY  14219

**Limitations: NONE**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: May 6, 2019

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Hon Acea M. Mosey, Judge of the Erie County Surrogate's Court

_Kathleen A. Downing_

Kathleen A. Downing, Esq., Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Erie County Surrogate's Court*

**Attorney:**
**Daniel L Smolarek**
5121 Clinton Street
Elma NY  14059

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.