# EXHIBIT C

# AMENDED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Florence J. Dulski

2. ~~Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:~~

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Janette M. Bialecki

4. ~~Plaintiff's~~/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. ~~Plaintiff's~~/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court-Western District of New York-Buffalo Division

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C. R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ✓ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

-2-

| | | |
|---|---|---|
| | ☐ | Denali® Vena Cava Filter |
| | ☐ | Other: _____ |

11. Date of Implantation as to each product:

January 27, 2011
_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability – Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence – Failure to Recall/Retrofit
- ☒ Count VII: Negligence – Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*
- ☒ Count X: Breach of Express Warranty
- ☒ Count XI: Breach of Implied Warranty
- ☒ Count XII: Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable New York (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☒ Count XVI: Wrongful Death
- ☒ Count XVII: Survival
- ☒ Punitive Damages

- 3 -

1  ☐    Other(s): _____ (please state the facts
2                   supporting this Count in the space immediately below)
3       _____
4       _____
5       _____
6       _____
7       _____
8       _____

9  13.  Jury Trial demanded for all issues so triable?
10    ☒    Yes
11    ☐    No

12  RESPECTFULLY SUBMITTED this ____ day of _____, 20___.

                                    CELLINO & BARNES, P.C.C


                                    By: /s/ Brian A. Goldstein
                                        Brian A. Goldstein
                                        2500 Main Place Tower
                                        350 Main Street
                                        Buffalo, NY 14202-3725
                                        (716) 888-8888 / Fax: (716) 854-6291
                                        brian.goldstein@cellinoandbarnes.com

I hereby certify that on this ____ day of _____, 20___, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                    /s/ Brian A. Goldstein

- 4 -