UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

FLORENCE J. DULSKI, ) CASE NO: 3:18-cv-02985
            )
  Plaintiff, )
            )
  v. )
            )
C.R. Bard, Inc. and )
Bard Peripheral Vascular, Inc. )
            )
  Defendant(s) )

### [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY AND LEAVE TO AMEND THE CAPTION AND FILE AN AMENDED COMPLAINT

Considering the Suggestion of Death Upon The Record and the Motion for Substitution of a Party and Motion to Change the Caption and File An Amended Complaint, and finding said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Janette M. Bialecki, Executrix of the Estate of Florence J. Dulski" be substituted for "Florence J. Dulski" in this action, continuing the claims of Florence J. Dulski on behalf of her Estate, and that Plaintiff shall be permitted to edit the caption of the case accordingly, and file an Amended Complaint within 30 (thirty) days of this order. The Clerk of Court is directed to make this change reflected on the Court's docket and ECF system.

Dated: _____, 2019

                      HONORABLE DAVID G. CAMPBELL
                      UNITED STATES DISTRICT JUDGE
                      DISTRICT OF ARIZONA