UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filter Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| FLORENCE J. DULSKI<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and<br>Bard Peripheral Vascular, Inc.<br><br>Defendant(s) | No. CV-18-02985-PHX-DGC |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2019, a copy of the foregoing documents were filed electronically. Notice of this filing will be sent via the Court's electronic filing system to all parties indicated in the electronic filing receipt. Parties may access this filing through the Court's system.

DATED:   May 22, 2019

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.