Ethan L. Shaw (TX Bar No. 18140480)
*(Admitted Pro Hac Vice)*
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
elshaw@shawcowart.com
(512) 499-8900 telephone
(512) 320-8906 facsimile

*Attorneys for Plaintiff Carlos Hernandez*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CARLOS HERNANDEZ<br>Civil Action No.: 2-18-CV-602-DGC | No. MD-15-02641-PHX-DGC<br><br>**SUGGESTION OF DEATH** |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Carlos Hernandez, which occurred on June 30, 2018.  A copy of the death certificate is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 23rd day of May, 2019.

Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900

**SHAW COWART, LLP**


By:  /s/ Ethan L. Shaw
      Ethan L. Shaw (TX Bar No. 18140480)
      (*Admitted Pro Hac Vice*)
      1609 Shoal Creek Blvd., Ste. 100
      Austin, Texas 78701
      (512) 499-8900 telephone
      (512) 320-8906 facsimile
      elshaw@shawcowart.com

*Attorney for Plaintiff Carlos Hernandez*


<u>Certificate of Service</u>

I hereby certify that on this 23rd day of May, 2019, I electronically transmitted the foregoing Suggestion of Death to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

        /s/ Ethan L. Shaw

## STATE OF TEXAS
### CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
JUL 10 2018

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER | 142-18-103749 |
|---|---|---|---|

**1. LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last) — (Maiden)
CARLOS HERNANDEZ

**2. DATE OF DEATH** ACTUAL OR PRESUMED (mm-dd-yyyy)
JUNE 30, 2018

**3. SEX** MALE
**4. DATE OF BIRTH** (mm-dd-yyyy) DECEMBER 6, 1971
**5. AGE-Last Birthday (Years)** 46
**IF UNDER 1 YR** Mo / Days
**IF UNDER 1 DAY** Hours / Min
**6. BIRTHPLACE** (City & State or Foreign Country) WEEHAWKEN, NJ

**7. SOCIAL SECURITY NUMBER** 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
**8. MARITAL STATUS AT TIME OF DEATH** ☒ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown
**9. SURVIVING SPOUSE'S NAME** (If wife, give name prior to first marriage) JENNIFER LAUREN MAURIELLO

**10a. RESIDENCE STREET ADDRESS** 1707 WHITE MOUNTAIN WAY
**10b. APT. NO.**
**10c. CITY OR TOWN** PRINCETON

**10d. COUNTY** COLLIN
**10e. STATE** TEXAS
**10f. ZIP CODE** 75407
**10g. INSIDE CITY LIMITS?** ☒ Yes ☐ No

**11. FATHER'S NAME PRIOR TO FIRST MARRIAGE** JESUS HERNANDEZ
**12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE** MARIA PILA

**13. PLACE OF DEATH** (CHECK ONLY ONE)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☒ Decedent's Home ☐ Other (Specify)

**14. COUNTY OF DEATH** COLLIN
**15. CITY/TOWN, ZIP** (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) PRINCETON, 75407
**16. FACILITY NAME** (If not institution, give street address) 1707 WHITE MOUNTAIN WAY

**17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED** JENNIFER LAUREN HERNANDEZ - WIFE
**18. MAILING ADDRESS OF INFORMANT** (Street and Number, City, State, Zip Code) 1707 WHITE MOUNTAIN WAY, PRINCETON, TX 75407

**19. METHOD OF DISPOSITION** ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify)
**20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH** CRYSTAL ANN BOVAIRD ,BY ELECTRONIC SIGNATURE - 12421
**21.** ☐ Unknown  Section 93  Block  Lot  Space 770

**22. PLACE OF DISPOSITION** (Name of cemetery, crematory, other place) DALLAS FORT WORTH NATIONAL CEMETERY
**23. LOCATION** (City/Town, and State) DALLAS, TX

**24. NAME OF FUNERAL FACILITY** ARIA CREMATION SERVICE AND FUNERAL HOME-PLANO
**25. COMPLETE ADDRESS OF FUNERAL FACILITY** (Street and Number, City, State, Zip Code) 19310 PRESTON ROAD, DALLAS, TX 75252

**26. CERTIFIER** (Check only one)
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

**27. SIGNATURE OF CERTIFIER** ASIM USMAN , BY ELECTRONIC SIGNATURE
**28. DATE CERTIFIED** (mm-dd-yyyy) JULY 5, 2018
**29. LICENSE NUMBER** L2720
**30. TIME OF DEATH** (Actual or presumed) 20:19

**31. PRINTED NAME, ADDRESS OF CERTIFIER** (Street and Number, City, State, Zip Code) ASIM USMAN  2824 TERRELL ROAD, #500, GREENVILLE, TX 75402
**32. TITLE OF CERTIFIER** MD

**33. PART 1. ENTER THE CHAIN OF EVENTS** - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| CAUSE OF DEATH | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition -----> resulting in death) | a. NONALCOHOLIC STEATOHEPATITIS | UNKNOWN |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. LIVER CIRRHOSIS | UNKNOWN |
| | Due to (or as a consequence of): | |
| | c. PULMONARY HYPERTENSION | UNKNOWN |
| | Due to (or as a consequence of): | |
| | d. | |

**PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.**
HYPERTENSION

**34. WAS AN AUTOPSY PERFORMED?** ☐ Yes ☒ No
**35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** ☐ Yes ☐ No

**36. MANNER OF DEATH** ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ Yes ☒ No ☐ Probably ☐ Unknown

**38. IF FEMALE:** ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year

**39. IF TRANSPORTATION INJURY, SPECIFY:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

**40a. DATE OF INJURY** (mm-dd-yyyy)
**40b. TIME OF INJURY**
**40c. INJURY AT WORK?** ☐ Yes ☐ No
**40d. PLACE OF INJURY** (e.g. Decedent's home, construction site, restaurant, wooded area)
**40e. LOCATION** (Street and Number, City, State, Zip Code)
**40f. COUNTY OF INJURY**

**41. DESCRIBE HOW INJURY OCCURRED**

**42a. REGISTRAR FILE NO.** 07-2609
**42b. DATE RECEIVED BY LOCAL REGISTRAR** JULY 10, 2018
**42c. REGISTRAR** REGISTRAR - COLLIN COUNTY, ELECTRONICALLY FILED

JLF

EDR NUMBER  000002336975

VS-112 REV 1/2006

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195. 1989)

Q A1299 0413

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED   JUL 12 2018

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE
Banknote Corporation of America

