# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Florence J. Dulski,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>　　　　Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV18-2985 PHX DGC<br><br><br>**ORDER** |

Pending before the Court is Plaintiff's motion for substitution of party and motion to file an amended complaint. Doc. 17873.

**IT IS ORDERED** that Plaintiff's motion for substitution of party and motion to file an amended complaint (Doc. 17873) is **granted.** Janette M. Bialecki, Executrix of the Estate of Florence J. Dulski is substituted for Florence J. Dulski, deceased, in this action, continuing the claims of Florence J. Dulski on behalf of her Estate. Plaintiff may file an amended complaint with the clerk of Court on or before May 28, 2019.

Dated this 22nd day of May, 2019.

David G. Campbell
Senior United States District Judge