**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina Shepherd, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-19-02906-PHX-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al., ) | |
| ) | |
| Defendant. | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 10, 2019          /s/ Richard B. North, Jr.
                            *Attorney's signature*

                            Richard B. North, Jr. (Ga. Bar No. 545599)
                            *Printed name and bar number*

                            Nelson Mullins Riley & Scarborough, LLP
                            201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                            *Address*

                            richard.north@nelsonmullins.com
                            *E-mail Address*

                            (404) 322-6000
                            *Telephone number*

                            (404 322-6050
                            *FAX number*