# Exhibit A

**EXHIBIT A**

| Case Title | Docket Number | Date Filed | PL Firm 1 | PL Firm 2 | Dual Rep #1 Ltr Sent | Dual Rep #2 Ltr Sent | Dual Rep #3 Ltr Sent |
|---|---|---|---|---|---|---|---|
| Alarcon, Maria E | CV-17-00197-PHX-DGC | 1/20/2017 | Law Offices of Ben C Martin, LLP | | 1/19/2018 | 10/16/2018 | 12/4/2018 |
| Alarcon, Maria E | CV-17-03615-PHX-DGC | 10/10/2017 | Marc J Bern & Partners LLP | | 1/19/2018 | 10/16/2018 | 12/4/2018 |
| Black, Samuel Dwayne | CV-17-03461-PHX-DGC | 10/4/2017 | Freese & Goss PLLC - Birmingham, AL | Matthews & Associates | 9/7/2018 | 12/4/2018 | 1/22/2019 |
| Black, Samuel Dwayne | CV-18-02413-PHX-DGC | 7/31/2018 | Law Office Of Christopher K Johnston LLC | | 9/7/2018 | 12/4/2018 | 1/22/2019 |
| Butler, Linda Beamon | CV-17-01782-PHX-DGC | 6/8/2017 | Osborne & Francis Law Firm, PLLC | | 9/7/2018 | 12/4/2018 | 1/22/2019 |
| Butler, Linda Beamon | CV-17-03792-PHX-DGC | 10/16/2017 | Marc J Bern & Partners LLP | | 9/7/2018 | 12/4/2018 | 1/22/2019 |
| Davis, John Jordan | CV-17-02775-PHX-DGC | 8/17/2017 | Babbitt & Johnson, PA | | 1/19/2018 | 10/16/2018 | 12/4/2018 |
| Davis, John Jordan | CV-17-03412-PHX-DGC | 10/3/2017 | Freese & Goss PLLC - Birmingham, AL | Matthews & Associates | 1/19/2018 | 10/16/2018 | 12/4/2018 |
| Fortune, Malcolm Duran | CV-17-02420-PHX-DGC | 7/19/2017 | Gallagher & Kennedy, PA | | 9/25/2018 | 12/4/2018 | 2/26/2019 |
| Fortune, Malcolm Duran | CV-18-01426-PHX-DGC | 5/9/2018 | Marc J Bern & Partners LLP | | 9/25/2018 | 12/4/2018 | 2/26/2019 |
| Gillespie, Evelyn Irene | CV-17-01646-PHX-DGC | 5/28/2017 | Nations Law Firm - Houston, TX | | 9/25/2018 | 12/4/2018 | 2/6/2019 |
| Gillespie, Evelyn Irene | CV-18-02042-PHX-DGC | 6/28/2018 | Dalimonte Rueb Stoller, LLP - Boston, MA | | 9/25/2018 | 12/4/2018 | 2/6/2019 |
| Johnson, Mary (GA) | CV-17-02988-PHX-DGC | 9/1/2017 | Jackson Allen & Williams, LLP | | 11/10/2017 | 10/16/2018 | 2/6/2019 |
| Johnson, Mary (GA) | CV-17-03436-PHX-DGC | 10/4/2017 | Freese & Goss PLLC - Birmingham, AL | Matthews & Associates | 11/10/2017 | 10/16/2018 | 2/6/2019 |
| Nichols, Julia | CV-17-00868-PHX-DGC | 3/23/2017 | Marc J Bern & Partners LLP | | 1/22/2018 | 11/2/2018 | 12/4/2018 |
| Nichols, Julia | CV-17-03317-PHX-DGC | 9/26/2017 | Fears Nachawati Law Firm | | 1/22/2018 | 11/2/2018 | 12/4/2018 |
| Powell, Candy (PA) | CV-17-02989-PHX-DGC | 9/1/2017 | Jackson Allen & Williams, LLP | | 11/2/2018 | 12/4/2018 | 2/6/2019 |
| Powell, Candy (PA) | CV-18-02518-PHX-DGC | 8/9/2018 | Moody Law Firm, Inc. | | 11/2/2018 | 12/4/2018 | 2/6/2019 |
| Pratt, James M | CV-17-03193-PHX-DGC | 9/15/2017 | Murray Law Firm | | 11/2/2018 | 12/4/2018 | 2/6/2019 |
| Pratt, James M | CV-18-02385-PHX-DGC | 7/30/2018 | Law Office Of Christopher K Johnston LLC | | 11/2/2018 | 12/4/2018 | 2/6/2019 |