**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2:15-MD-02641-DGC** |

| | |
|---|---|
| Donald Gregory, | AMENDED COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 2:19-cv-02920-DGC |
| C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC. | DIRECT FILED ACTION |
| Defendants. | |

**NOTICE OF FILING AMENDED COMPLAINT**

Plaintiff hereby gives notice that pursuant to F.R.Civ.P. 15 and LRCiv 15.1 (b), Plaintiff

Donald Gregory hereby files his First Amended Complaint in this action, as a matter of course

for the following reason:

A.  To amend the "Defendants" section.

Dated: May 29th, 2019

Respectfully submitted,

/s/Sally R. Bage
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

## CERTIFICATE OF SERVICE

I hereby certify that on May 29th 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/Sally R. Bage
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

*Attorney for Plaintiffs*