IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No.     2:15-MD-02641-DGC<br>Civil Action No:   2:19-cv-02920-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

### FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Donald Gregory

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
    Not Applicable

4. Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    North Carolina

5.  Plaintiffs/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>North Carolina</u>

6.  Plaintiffs current state(s) [if more than one Plaintiff] of residence:

<u>North Carolina</u>

7.  District Court and Division in which venue would be proper absent direct filing:

<u>U.S. District Court for the Eastern District of North Carolina, Eastern Division</u>

8.  Defendants (check Defendants against whom Complaint is made):

    ☒   C. R. Bard Inc.

    [☒   Bard Peripheral Vascular, Inc.]

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    <u>None</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter
    ☐   G2® Vena Cava Filter
    ☒   G2® Express Vena Cava Filter
    ☐   G2® X Vena Cava Filter
    ☐   Eclipse® Vena Cava Filter
    ☐   Meridian® Vena Cava Filter
    ☐   Denali® Vena Cava Filter
    ☐   Other: _____

11. Date of Implantation as to each product:

    <u>February 15, 2009</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability - Manufacturing Defect
- ☒ Count II: Strict Products Liability - Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability - Design Defect
- ☒ Count IV: Negligence - Design
- ☒ Count V: Negligence - Manufacture
- ☒ Count VI: Negligence - Failure to Recall/Retrofit
- ☒ Count VII: Negligence -Failure to Warn
- ☒ Count VIII: Negligent Misrepresentation
- ☒ Count IX: Negligence *Per Se*
- ☒ Count X: Breach of Express Warranty
- ☒ Count XI: Breach of Implied Warranty
- ☒ Count XII: Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable (North Carolina) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☒ Punitive Damages
- ☐ Other(s): (please state the facts supporting this Count in the space immediately below)

13. Jury Trial demanded for all issues so triable?

- ☒ Yes
- ☐ No

RESPECTFULLY SUBMITTED this  29th   day of May, 2019.

                                                Respectfully submitted,

By:  /s/Sally R. Bage
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244
Fax (214) 357-7252

I hereby certify that on this  29th   day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        /s/Sally R. Bage
                                        Sally R. Bage