IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 2:15-MD-02641-DGC |
| Dereck Phillips and Stephanie Phillips<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | AMENDED COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 2:19-cv-02922-DGC<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby gives notice that pursuant to F.R.Civ.P. 15 and LRCiv 15.1 (b), Plaintiff Dereck Phillips and Stephanie Phillips hereby files his First Amended Complaint in this action, as a matter of course for the following reason:

A. To amend the "Defendants" section.

Dated: May 29th , 2019

Respectfully submitted,

/s/Sally R. Bage
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/Sally R. Bage
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

*Attorney for Plaintiffs*