IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Teresa Leanza

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   n/a

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   NY

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   NY

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   NY

7. District Court and Division in which venue would be proper absent direct filing:

   New York Eastern District Court

8. Defendants (check Defendants against whom Complaint is made):
   - ☑ C. R. Bard Inc.
   - ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☑ Diversity of Citizenship
   - ☑ Other: MDL 2641 Centralization

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☑ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

1     ☐   Denali® Vena Cava Filter

2     ☐   Other: _____

11. Date of Implantation as to each product:
08/01/2009
_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Manufacturing Defect

☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III: Strict Products Liability – Design Defect

☑ Count IV: Negligence - Design

☑ Count V: Negligence - Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable ____NY____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☑ Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below):

On or about 4/10/2016, I had a CT done that showed my filter tilted. Also on 06/09/2016, I had another CT done that showed my filter had perforated. Subsequent to those injuries, on 1/10/2017, I was admitted for open abdominal removal of my IVC filter. During the removal, the filter appeared to be embedded and fractured.

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 7 day of February, 20 19.

**JOHNSON LAW GROUP**

By: /s/ Clint Reed

TX Bar No. 24084674
2925 Richmond Ave.,
Suite 1700
Houston, Texas 77098
Tel: 713-626-9336
Fax: 713-626-3394

I hereby certify that on this 7 day of February, 20 19, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Clint Reed