Paul L. Stoller No. 016773
Ashley Crowell No. 027286
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte, Esquire
Admitted Pro Hac Vice, MA Bar No. 554554
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: 833 443-7529
Facsimile: 855 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**Evelyn I. Gillespie** | No. 2:15-MD-02641-PHX-DGC<br><br>**Individual Case No. 2:18-cv-02042-DGC**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
|---|---|

Comes now, Plaintiff Evelyn I. Gillespie and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice, with each party to bear its own costs.

DATED this 29th day of May 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:/s/*Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiffs*

**NELSON MULLINS RILEY and SCARBOROUGH, LLP**

By:*/s/Richard B. North*
201 W 17TH St., NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6155
richard.north@nelsonmullins.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*