IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**EVELYN I. GILLESPIE 2:18-CV-02042-DGC** | No. 2:15-MD-02641-PHX-DGC6<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |
|---|---|

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice in its entirety against all parties. A similar action (Case No. 2:17-cv-01646-DGC) filed by Howard L. Nations remains active.

DATED this ____ day of _____, 2019.

BY THE COURT:

By: _____
Honorable David G. Campbell
United States District Court