DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: David G. Campbell** | **Date: May 29, 2019** |
| **Case Number: MD-15-02641-PHX-DGC** | |
| **IN RE: Bard IVC Filters Products Liability Litigation** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Ramon Lopez and Daniel Seltz**<br>Telephonically: Tim Goss, Joseph Cappelli, Marc Bern, Mark O'Connor, and Julie Reed Zaic | **Richard North and Matthew Lerner** |

**MOTION HEARING:**

Hearing is held regarding PSC's request to increase the common benefit assessment percentage (Doc. 16932 at 3-6).  Argument is presented.  Sidebar discussion held with Mr. Lopez is under seal.  The Court takes the matter under advisement.  Order to issue.  2:43 p.m.  Court is adjourned.

| | |
|---|---|
| Deputy Clerk: Christine Boucher | Start:  1:00 p.m. |
| Court Reporter:  Patricia Lyons | Stop:  2:39 p.m. |
| | Time in court: 1 hr. 39 min. |