IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-MD-02641-DGC |
| **This Document Relates to Plaintiff** **GREGORY SHRUM** | Civil Case No 2:19-cv-02948-DGC **NOTICE OF FILING AMENDED SECOND AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

      Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Gregory Shrum respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial. Plaintiff amends the compliant to correct the date of implant and facts detailed on page 4. Attached as *Exhibit A* is a copy of the Amended Complaint that indicates in which respect it differs from the previously filed complaint.

      RESPECTFULLY SUBMITTED, this 30th day of May 2019.

      By:  /s/ Clint Reed
            Clint Reed
            Johnson Law Group
            2925 Richmond Ave., Suite 2100
            Houston, Texas 77098
            Phone: (713) 626-9336
            Facsimile: (713) 626-3394
            Email: ivc@johnsonlawgroup.com

**Attorney for Plaintiff, Gregory Shrum**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2019, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Clint Reed
Clint Reed
