1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8               FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9   IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| 10 | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

13

14        Plaintiff(s) named below, for their Complaint against Defendants named below,

15 incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16 Plaintiff(s) further show the Court as follows:

17       1.     Plaintiff/Deceased Party:

18              Gregory Shrum

19       2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

20              consortium claim:

21              N/A

22       3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian,

23              conservator):

24              N/A

25       4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26              at the time of implant:

27              Kentucky

28

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Tennessee

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

Tennessee Middle District Court, Nashville or Kentucky Western District Court, Paducah

8. Defendants (check Defendants against whom Complaint is made):

☑ C. R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☑ Other: MDL 2641 Centralization

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☑ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11.   Date of Implantation as to each product:

~~06/16/2004~~   09/16/2004 and 09/30/2004

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:        Strict Products Liability – Manufacturing Defect

☑   Count II:       Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:      Strict Products Liability – Design Defect

☑   Count IV:       Negligence - Design

☑   Count V:        Negligence - Manufacture

☑   Count VI:       Negligence – Failure to Recall/Retrofit

☑   Count VII:      Negligence – Failure to Warn

☑   Count VIII:     Negligent Misrepresentation

☑   Count IX:       Negligence *Per Se*

☑   Count X:        Breach of Express Warranty

☑   Count XI:       Breach of Implied Warranty

☑   Count XII:      Fraudulent Misrepresentation

☑   Count XIII:     Fraudulent Concealment

☑   Count XIV:     Violations of Applicable __Tennessee/Kentucky__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:       Loss of Consortium

☐   Count XVI:      Wrongful Death

☐   Count XVII:     Survival

☑   Punitive Damages

☑      Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below):

Plaintiff had two Recovery IVC filters placed ~~on 9/30/2004~~. Both filters have fractured struts. On fractured strut is embedded in the vein wall.

The other piece has migrated to an unknown location.

13.    Jury Trial demanded for all issues so triable?

    ☑    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 9th day of _____ May _____, 20 19 .

**JOHNSON LAW GROUP**

By:___/s/ Clint Reed___

TX Bar No. 24084674
2925 Richmond Ave.,
Suite 1700
Houston, Texas 77098
Tel: 713-626-9336
Fax: 713-626-3394

I hereby certify that on this 9th day of _____ May _____, 20 19 , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Clint Reed