IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| CANDY POWELL<br>　　　　　Plaintiff<br>v.<br>C.R. BARD, INC., and<br>BARD PERIPHERAL VASCULAR, INC.<br>　　　　　Defendants | Civil Action No. 2:18-cv-02518-DGC |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the plaintiff, Candy Powell, by and through counsel, and hereby voluntarily dismisses without prejudice her cause of action against the defendant. The basis for the dismissal is that the above-referenced plaintiff is represented by other counsel in a previously filed case, case no. 2:17-cv-02989-PHX-DGC. Plaintiff hereby dismisses Case No. 2:18-cv-02518-PHX-DGC only.

RESPECTFULLY SUBMITTED this 31st day of May, 2019.

### THE MOODY LAW FIRM

By: */s/ Willard J. Moody, Jr.*
Willard J. Moody, Jr.
Jonathan A. Hogins
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com
jhogins@moodyrrlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 31, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

<u>/s/ Willard J. Moody, Jr.</u>
Willard J. Moody, Jr.
