UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Conrad,<br>        Plaintiff,<br>v.<br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>        Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-19-03103-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  May 31, 2019          /s/ Richard B. North, Jr.
                              *Attorney's signature*

                              Richard B. North, Jr. (Ga. Bar No. 545599)
                              *Printed Name and bar number*

                              Nelson Mullins Riley & Scarborough, LLP
                              201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                              *Address*

                              richard.north@nelsonmullins.com
                              *E-mail address*

                              (404) 322-6155
                              *Telephone number*

                              (404) 322-6050
                              *FAX number*