**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br>**CASE MANAGEMENT ORDER NO. 45**<br>(MDL Closure) |

Pursuant to Case Management Order No. 43 (Doc. 17494), this MDL is now closed. Any new case filed in this MDL using a short-form complaint (*see* Doc. 363) after May 31, 2019, will be rejected with a full refund of the filing fee. To the extent federal jurisdiction exists and venue is proper in this District, a plaintiff may commence a separate, individual action involving a Bard IVC filter by filing a complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure. But bringing suit in this District is not required given the MDL's closure. Plaintiffs may commence actions against Bard in any other court where jurisdiction and proper venue exist.

**IT IS ORDERED:**

1. This MDL is **closed** to new cases.

2. The Clerk is directed to reject short-form complaints submitted for direct filing in this MDL and to refund the filing fee to the plaintiffs.

1     3.     The Clerk shall accept for filing complaints involving a Bard IVC filter that comply with Rule 8, and shall create a separate action outside this MDL for each such case.

Dated this 31st day of May, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge