UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. 15-02641-PHX-DGC MDL Case No. 2641 |
| This Document Relates To: | |
| BRIDGETTE CHERASARD, | Case No. 2:19-cv-00089 |
| Plaintiff, | |
| v. | |
| C.R. BARD, INC., BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Bridgette Cherasard, pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure, by and through her attorneys of record, and hereby dismisses the above-captioned complaint without prejudice.

Dated: June 3, 2019

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, Blair B. Matyszczyk
(admitted *pro hac vice*)
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Email: benbertram@bertramgraf.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

               /s/ Benjamin A. Bertram
                 Attorney for Plaintiff