IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This document applies to:

Nicole Mather, Case No. 2:18-cv-00822

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    COMES NOW Plaintiff, by and through his counsel of record on this specific action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and files this Notice of Dismissal Without Prejudice of all claims asserted on his behalf under the above-styled Complaint with this Honorable Court. This Notice is filed after service on Defendants C.R. Bard, Inc., et al, but prior to any entry of appearance or answer by any adverse party named herein. Nothing in this Notice shall apply or have any bearing on any other related action already pending or filed in the future.

Dated:  June 03, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC

　　　　　　　　　　　　　　　　　　　　/s/ Christopher K. Johnston
　　　　　　　　　　　　　　　　　　　　Christopher K. Johnston
　　　　　　　　　　　　　　　　　　　　CA Bar No. 261474
　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
　　　　　　　　　　　　　　　　　　　　268 Ponce de Leon Avenue, Suite 1020
　　　　　　　　　　　　　　　　　　　　San Juan, PR  00918
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 500-4273
　　　　　　　　　　　　　　　　　　　　Email: kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Christopher K. Johnston