IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL NO. 2:15-MD-02641-DGC |
| Irene Baker,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD INC, and BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | AMENDED COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 2:19-cv-02919-DGC<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby gives notice that pursuant to F.R.Civ.P. 15 and LRCiv 15.1 (b), Plaintiff Irene Baker hereby files her First Amended Complaint in this action, as a matter of course for the following reasons:

    A. Plaintiffs current state of residence.

    B. "Defendants" section


Dated: June 3rd, 2019

                              Respectfully submitted,

                              /s/Sally R. Bage
                              Sally R. Bage
                              TX Bar No. 24098961
                              sbage@waterskraus.com
                              Leslie MacLean
                              TX Bar No. 00794209
                              lmaclean@waterskraus.com
                              Sally R. Bage
                              TX Bar No. 24098961
                              sbage@waterskraus.com
                              **Waters & Kraus, LLP**
                              3141 Hood Street, Suite 700
                              Dallas, Texas 75219
                              Tel. (214) 357-6244

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3rd, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/Sally R. Bage
Sally R. Bage
TX Bar No. 24098961
sbage@waterskraus.com
Leslie MacLean
TX Bar No. 00794209
lmaclean@waterskraus.com
**Waters & Kraus, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. (214) 357-6244

*Attorney for Plaintiffs*