# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Rowell, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br>)<br>  Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-03160-PHX-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 29, 2019      /s/ Richard B. North, Jr.
               *Attorney's signature*

               Richard B. North, Jr. (Ga. Bar No. 545599)
               *Printed name and bar number*

               Nelson Mullins Riley & Scarborough, LLP
               201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
               *Address*

               richard.north@nelsonmullins.com
               *E-mail Address*

               (404) 322-6000
               *Telephone number*

               (404 322-6050
               *FAX number*