IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-MD-02641-DGC<br>Civil Action No. 2:18-cv-03297-DGC |

This Document Relates to Plaintiff(s)

Civil Action No.  2:18-cv-03297-DGC

Shirlee Staley

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 6th day of June, 2019.


By:*/s/ Sally R. Bage*
Sally R. Bage
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
sbage@waterskraus.com
*Attorney for Plaintiff*

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17TH Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 332-6397
richard.north@nelsonmullins.com
*Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this <u>6th </u>day of June, 2019, a copy of the foregoing Stipulation of Dismissal Without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*/s/ Sally R. Bage*
>Sally R. Bage