IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-MD-02641-DGC<br>Civil Action No. 2:18-cv-03297-DGC |
| This Document Relates to Plaintiff(s)<br><br>Civil Action No. 2:18-cv-03297-DGC<br><br>Shirlee Staley | ORDER DISMISSING CLAIMS<br>OF SHIRLEE STALEY<br>WITHOUT PREJUDICE |

**ORDER**

Considering the parties' Stipulation of Dismissal without Prejudice of Shirlee Staley,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Plaintiff Shirlee Staley against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in Member Case 2:18-cv-03297-DGC are dismissed in its entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this ___ day of _____, 2019.

_____
HONORABLE DAVID G. CAMPBELL
Judge, United States District Court