**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

In Re: BARD IVC FILTERS　　　　　　　　MDL No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiffs:

MICHAEL L. COREY and
LUCINDA COREY
Civil Action No. 2:19-cv-00185-DGC
_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:19-cv-00185-DGC. This dismissal does not affect case number 2:19-cv-01412-DGC, which shall remain in suit.

Dated this 7th of June 2019.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**CELLINO & BARNES, PC**

　　　　　　　　　　　　　　　　　　　　By: /s/ *Brian A. Goldstein*
　　　　　　　　　　　　　　　　　　　　　　　Brian A. Goldstein
　　　　　　　　　　　　　　　　　　　　　　　2500 Main Place Tower
　　　　　　　　　　　　　　　　　　　　　　　350 Main Street
　　　　　　　　　　　　　　　　　　　　　　　Buffalo, NY 14202
　　　　　　　　　　　　　　　　　　　　　　　Brian.goldstein@cellinoandbarnes.com
　　　　　　　　　　　　　　　　　　　　　　　Tel. (716) 888-8888
　　　　　　　　　　　　　　　　　　　　　　　Fax (716) 854-6291
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

NELSON MULLINS RILEY &
SCARBOROUGH, LLP

*/s/ Richard B. North, Jr.*
   Richard B. North, Jr.
   201 17th Street, NW. Suite 1700
   Atlanta, GA 30363
   Tel. (404) 322-6000
   Fax (404) 332-6397
   Richard.north@nelsonmullins.com
   *Attorneys for Defendants*

## CERTIFIATE OF SERVICE

I hereby certify that on June 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Brian A. Goldstein*
Brian A. Goldstein