# AMENDED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Florence J. Dulski

2. ~~Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:~~

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Janette M. Bialecki

4. ~~Plaintiff's~~/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. ~~Plaintiff's~~/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court-Western District of New York-Buffalo Division

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C. R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____
   
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ✓ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

-2-

|   |   |   |   |
|---|---|---|---|
| | ☐ | Denali® Vena Cava Filter | |
| | ☐ | Other: _____ | |

11. Date of Implantation as to each product:

January 27, 2011

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☒ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable New York (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☒ | Count XVI: | Wrongful Death |
| ☒ | Count XVII: | Survival |
| ☒ | Punitive Damages | |

- 3 -

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 7th day of June, 2019.

CELLINO & BARNES, P.C.C

By: /s/ Brian A. Goldstein
Brian A. Goldstein
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 888-8888 / Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

I hereby certify that on this 7th day of June, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Brian A. Goldstein

- 4 -