UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra Elizabeth Rourke<br><br>    Plaintiff,<br><br>    v.<br><br>C.R. Bard Inc. and Bard Peripheral Vascular, Inc.,<br><br>    Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-16-03567-PHX-DGC<br><br>NOTICE OF APPEARANCE<br><br>**Clerk's Action Required** |

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

YOU AND EACH OF YOU will please take notice that Plaintiff Alexandra Rourke hereby enters his appearance in the above entitled action by the undersigned attorneys of record.

DATED this 10th day of June, 2019.

WEINSTEIN CAGGIANO PLLC

*/s/ Brian Weinstein*
*/s/ Alexandra Caggiano*
Brian D. Weinstein, WSBA No. 24497
brian@weinsteincaggiano.com
Alexandra B. Caggiano, WSBA No. 47862
alex@weinsteincaggiano.com

PLAINTIFF'S NOTICE OF APPEARANCE - 1

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

|   |   |
|---|---|
| 1 | |
| 2 | 601 Union Street, Suite 2420<br>Seattle, Washington 98101<br>Phone: (206) 508-7070<br>Fax: (206) 237-8650<br>Email: service@weinsteincaggiano.com<br>Counsel for Plaintiff |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

PLAINTIFF'S NOTICE OF APPEARANCE - 2

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington this 10th day of June, 2019.

*s/ Rachel J. Torell*

Rachel J. Torell
Legal Assistant

PLAINTIFF'S NOTICE OF APPEARANCE - 3

WEINSTEIN CAGGIANO PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650