UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey L. Talbert,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard Inc. and Bard Peripheral Vascular, Inc.,<br><br>Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-17-00271-PHX-DGC<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL |

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE, pursuant to CR 71(d), of the following withdrawal of counsel on behalf of Plaintiff Harvey Talbert:

**FORMER COUNSEL**:

WEINSTEIN COUTURE PLLC
Benjamin R. Couture, WSBA No. 39304
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Weinstein Couture PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
service@weinsteincouture.com

This withdrawal shall be effective immediately.

DATED this 10th day of June, 2019.

WEINSTEIN COUTURE PLLC

*s/ Alexandra Caggiano*
Brian D. Weinstein, WSBA No. 24497
brian@weinsteincouture.com
Alexandra B. Caggiano, WSBA No. 47862
alex@weinsteincouture.com
Benjamin R. Couture, WSBA No. 39304
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Counsel for Plaintiff

PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL - 2

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington, this 10th day of June, 2019.

*s/ Rachel J. Torell*
Rachel J. Torell
Legal Assistant

PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL - 3

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650