1
2
3
4
5

6           UNITED STATES DISTRICT COURT
                      FOR THE
7               DISTRICT OF ARIZONA

8  | Harvey L. Talbert,                              | MDL Case No. 2:15-md-02641-DGC
9  |         Plaintiff,                              | Civil Action No. CV-17-00271-PHX-DGC
10 |     v.                                          | NOTICE OF APPEARANCE
11 | C.R. Bard Inc. and Bard Peripheral Vascular, Inc., | **Clerk's Action Required**
12 |         Defendant.                              |
13

14
TO:   THE CLERK OF THE COURT
15
AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD
16
   YOU AND EACH OF YOU will please take notice that Plaintiff Harvey Talbert hereby
17
enters his appearance in the above entitled action by the undersigned attorneys of record.
18
   DATED this 10th day of June, 2019.
19

20                          WEINSTEIN CAGGIANO PLLC

21                          */s/ Brian Weinstein*
                            */s/ Alexandra Caggiano*
22                          Brian D. Weinstein, WSBA No. 24497
                            brian@weinsteincaggiano.com
23                          Alexandra B. Caggiano, WSBA No. 47862
                            alex@weinsteincaggiano.com

PLAINTIFF'S NOTICE OF APPEARANCE - 1

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650
Email: service@weinsteincaggiano.com
Counsel for Plaintiff

PLAINTIFF'S NOTICE OF APPEARANCE - 2

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington this 10th day of June, 2019.

*s/ Rachel J. Torell*

Rachel J. Torell
Legal Assistant

PLAINTIFF'S NOTICE OF APPEARANCE - 3

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650