1  WEINSTEIN COUTURE PLLC
   Brian D. Weinstein, WSBA No. 24497
2  601 Union Street, Suite 2420
   Seattle, Washington 98101
3  Phone: (206) 508-7070
   Fax: (206) 237-8650
4  Email: brian@weinsteincouture.com
5  Counsel for Plaintiff

6                    UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9  | IN RE BARD IVC FILTERS PRODUCTS | NO.  2:15-MD-02641-DGC |
   | LIABILITY LITIGATION | |
10 | | NOTICE OF CHANGE OF NAME |
   | This document relates to: | |
11 | | |
   | Harvey Talbert | |
12 | 2:17-cv-00271-PHX-DGC | |
13 | | |
   | Alexandra Rourke | |
14 | 2:16-cv-03567-PHX-DGC | |

15
                    **NOTICE OF CHANGE OF NAME**
16
        PLEASE TAKE NOTICE that attorney Brian D. Weinstein files this Notice of
17
   Change of Name. The new name is as follows:
18
            Weinstein Caggiano PLLC
19          601 Union Street, Suite 2420
            Seattle, Washington 98101
20          Phone: (206) 508-7070
21          Fax: (206) 237-8650
            Email: service@weinsteincaggiano.com
22
23 ///

                                  - 1 -

RESPECTFULLY SUBMITTED this 10th day of June, 2019.

WEINSTEIN COUTURE PLLC

By: s/ *Brian D. Weinstein*
Brian D. Weinstein, WSBA No. 24497
*Admitted Pro Hac Vice*
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Email: brian@weinsteincouture.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Rachel J. Torell*
Rachel J. Torell
Legal Assistant