IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| PATTI CONARD, Plaintiff v. C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC. Defendants | Civil Action No. 2:19-cv-01585-PHX-DGC |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the plaintiff, Patti Conard, by and through counsel, and hereby voluntarily dismisses without prejudice her cause of action against the defendant. The basis for the dismissal is that the above-referenced plaintiff is represented by other counsel in a previously filed case, case no. 2:17-cv-03244-PHX-DGC. Plaintiff hereby dismisses Case No. 2:19-cv-01585-PHX-DGC only.

RESPECTFULLY SUBMITTED this 11th of June.

**THE MOODY LAW FIRM**

By: */s/ Willard J. Moody, Jr.*
Willard J. Moody, Jr.
Jonathan A. Hogins
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com
jhogins@moodyrrlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                                         /s/ Willard J. Moody, Jr.
                                         Willard J. Moody, Jr.