James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com
ASheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This Document Relates to:<br>_____<br><br>MARGIE SHAW,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,<br><br>        Defendants. | MDL NO. 15-02641-PHX-DGC<br><br><br><br>Case No. 2:18-CV-01782-DGC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Margie Shaw ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: June 11, 2019

Respectfully submitted,

| | |
|---|---|
| /s/Blair B. Matyszczyk | /s/ Richard B. North, Jr. |
| Blair B. Matyszczyk | Richard B. North, Jr. |
| Benjamin Bertram | Matthew B. Lerner |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| BERTRAM & GRAF, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 4717 Grand Avenue, Suite 800 | Atlantic Station |
| Kansas City, MO 64112 | 201 17th Street N.W., Suite 1700 |
| Tel: (816) 523-2205 | Atlanta, GA  30363 |
| blair@bertramgraf.com | Tel:  (404) 322-6000 |
| | richard.north@nelsonmullins.com |
| | matthew.lerner@nelsonmullins.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com
