IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| MARGIE SHAW, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation, <br><br> Defendants. | Case No. 2:18-CV-01782-DGC <br><br> **ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s and Plaintiff Margie Shaw's Stipulation of Voluntary Dismissal Without Prejudice, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Margie Shaw's Complaint is hereby dismissed without prejudice.

This ____ day of _____, 2019.

_____