**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Marilyn Flymn,                          )
                                        )
              Plaintiff,                )          MDL Case No. 2:15-md-02641-DGC
                                        )
              v.                        )          Civil Action No.  CV-19-03197-PHX-DGC
                                        )
Bard Peripheral Vascular, Inc. and C. R. )
Bard, Inc., et al.,                     )
                                        )
              Defendant.                )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  May 29, 2019                     /s/ Richard B. North, Jr.
                                        *Attorney's signature*

                                        Richard B. North, Jr. (Ga. Bar No. 545599)
                                        *Printed name and bar number*

                                        Nelson Mullins Riley & Scarborough, LLP
                                        201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                        *Address*

                                        richard.north@nelsonmullins.com
                                        *E-mail Address*

                                        (404) 322-6000
                                        *Telephone number*

                                        (404 322-6050
                                        *FAX number*