UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Gutierrez,<br><br>        Plaintiff,<br><br>        v.<br><br>Bard Peripheral Vascular, Inc. and C. R.<br>Bard, Inc., et al.,<br><br>        Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-03390-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 29, 2019
        /s/ Richard B. North, Jr.
        *Attorney's signature*

        Richard B. North, Jr. (Ga. Bar No. 545599)
        *Printed name and bar number*

        Nelson Mullins Riley & Scarborough, LLP
        201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
        *Address*

        richard.north@nelsonmullins.com
        *E-mail Address*

        (404) 322-6000
        *Telephone number*

        (404 322-6050
        *FAX number*