UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Janet Bowdish, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-19-03465-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) ) ) | |
| Defendant. | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: May 29, 2019       /s/ Richard B. North, Jr.
                         *Attorney's signature*

                         Richard B. North, Jr. (Ga. Bar No. 545599)
                         *Printed name and bar number*

                         Nelson Mullins Riley & Scarborough, LLP
                         201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                         *Address*

                         richard.north@nelsonmullins.com
                         *E-mail Address*

                         (404) 322-6000
                         *Telephone number*

                         (404 322-6050
                         *FAX number*