| AO 435 AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|

| 1. NAME  Tim K. Goss | 2. PHONE NUMBER  214-761-6610 | 3. DATE  6/12/19 | |
|---|---|---|---|

**4. FIRM NAME**  Freese and Goss, PLLC

| 5. MAILING ADDRESS  3500 Maple Ave, Suite 1100 | 6. CITY  Dallas | 7. STATE  TX | 8. ZIP CODE  75219 |
|---|---|---|---|

| 9. CASE NUMBER  2:15-md-02641-DGC | 10. JUDGE  Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 05/29/2019 | 12. 05/29/2019 |

| 13. CASE NAME  Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY
☐ NON-APPEAL      ☑ CIVIL             ☐ IN FORMA PAUPERIS             ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | 05/29/2019 |
| ☐ SENTENCING | | Hearing-Mtn Est. CBF | |
| ☐ BAIL HEARING | | Pursuant to CMO 6 | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☑ | ☑ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS(expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS  brenda@freeseandgoss.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  _/Tim Goss/_

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE  June 12/2019

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | | |
|---|---|---|---|

| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**          COURT COPY          TRANSCRIPTION COPY          ORDER RECEIPT          ORDER COPY