UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: | Case No. 15-02641-PHX-DGC<br>MDL Case No. 2641 |
| CLIFFORD GETER,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No. 2:19-cv-02492-DGC |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff and Defendants, in the above-referenced civil action, and by and through their respective counsel of record hereby stipulate and agree to the dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.  This dismissal does not affect case number CV-15-01726-PHX-DGC, which shall remain in suit.

Dated: June 13, 2019

STIPULATED & AGREED:

**MCDONALD WORLEY, PLLC**

/s/ William Barfield
William "Bill" Barfield
TX State Bar No. 24031725
1770 St. James Place, Suite 100
Houston, Texas 77056
(713) 523-5500 (Telephone)
(713) 523-5501 (Facsimile)
Email: bill@mcdonaldworley.com

*Attorney for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/   Richard B. North by permission
Richard B. North, Jr.
201 17th St. NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Telephone)
(404) 332-6397 (Facsimile)
Email: richard.north@nelsonmullins.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 6/13/2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ William Barfield
Attorney for Plaintiff