# Exhibit A

| | |
|---|---|
| **From:** | Emily Waltemate <emily@flintfirm.com> |
| **Sent:** | Friday, September 15, 2017 1:29 PM |
| **To:** | Richard North; Maria Turner; Matthew Lerner |
| **Cc:** | Andrew W. Callahan |
| **Subject:** | Brooks v. C. R. Bard, Inc., et al.; 2:17-cv-03170-DGC |
| **Attachments:** | Brooks, Tamesha - Request for Waiver of Service - CR Bard.pdf; Brooks, Tamesha - Request for Waiver of Service - Bard PV.PDF; Defendants' Waiver of the Service of Summons-Blank.pdf; 1 - Complaint.pdf |

To Whom it May Concern:

Please find the attached Short Form Complaint and Requests to Waive Service of a Summons in the above-referenced matter. Please return the executed Waivers of the Service of Summons to this email address.

Thank you for your attention to this matter.

Sincerely,

*Emily Waltemate*
Paralegal



222 E. Park St. Suite 500
P.O. Box 189
Edwardsville, IL  62025
Direct Dial: 618-205-2455
Telephone: (618) 288-4777
Facsimile: 618-288-2864
Emily@FlintFirm.com

CONFIDENTIALITY NOTICE: Please be advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent between you and this law firm may be copied and held by various computers it passes through as it is transmitted, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this law firm's computers -- or even some computer unconnected to either of us that the e-mail may have passed through. Please notify us immediately by phone at (618) 288-4777 [tel:(618)288-4777] if you prefer not to receive communications by e-mail. This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender by phone at (618) 288-4777 [tel:(618)288-4777] and delete this e-mail message from your computer.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Tamesha Brooks | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:17-cv-03170-DGC |
| C.R. Bard, et al. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To:  C.R. Bard, Inc.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  09/15/2017

/s/ Andrew W. Callahan
*Signature of the attorney or unrepresented party*

Andrew W. Callahan
*Printed name*

Flint Law Firm, LLC
222 East Park Street, Suite 500, P.O. Box 189
Edwardsville, IL 62025
*Address*

acallahan@flintfirm.com
*E-mail address*

(618) 288-4777
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Tamesha Brooks <br> *Plaintiff* <br> v. <br> C.R. Bard, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:17-cv-03170-DGC <br> ) <br> ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bard Peripheral Vascular, Inc.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 09/15/2017

/s/ Andrew W. Callahan
*Signature of the attorney or unrepresented party*

Andrew W. Callahan
*Printed name*

Flint Law Firm, LLC
222 East Park Street, Suite 500, P.O. Box 189
Edwardsville, IL 62025
*Address*

acallahan@flintfirm.com
*E-mail address*

(618) 288-4777
*Telephone number*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Tamesha Brooks

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Florida

7. District Court and Division in which venue would be proper absent direct filing:

Southern District of Florida

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

1 ☐ G2® Express (G2®X) Vena Cava Filter

2 ☐ Eclipse® Vena Cava Filter

3 ☐ Meridian® Vena Cava Filter

4 ☑ Denali® Vena Cava Filter x2

5 ☐ Other: _____

6  11. Date of Implantation as to each product:

7  March 26, 2015

8  September 20, 2016

9  12. Counts in the Master Complaint brought by Plaintiff(s):

10 ☑ Count I: Strict Products Liability – Manufacturing Defect

11 ☑ Count II: Strict Products Liability – Information Defect (Failure to
12  Warn)

13 ☑ Count III: Strict Products Liability – Design Defect

14 ☑ Count IV: Negligence - Design

15 ☑ Count V: Negligence - Manufacture

16 ☑ Count VI: Negligence – Failure to Recall/Retrofit

17 ☑ Count VII: Negligence – Failure to Warn

18 ☑ Count VIII: Negligent Misrepresentation

19 ☑ Count IX: Negligence *Per Se*

20 ☑ Count X: Breach of Express Warranty

21 ☑ Count XI: Breach of Implied Warranty

22 ☑ Count XII: Fraudulent Misrepresentation

-3-

|   |   |   |
|---|---|---|
| 1 | ✓ | Count XIII: Fraudulent Concealment |
| 2 | ✓ | Count XIV: Violations of Applicable __Florida_____ (insert state) |
| 3 |   | Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade |
| 4 |   | Practices |
| 5 | ☐ | Count XV: Loss of Consortium |
| 6 | ☐ | Count XVI: Wrongful Death |
| 7 | ☐ | Count XVII: Survival |
| 8 | ✓ | Punitive Damages |
| 9 | ☐ | Other(s): _____ (please state the facts supporting |
| 10 |   | this Count in the space immediately below) |

_____

_____

_____

_____

_____

-4-

RESPECTFULLY SUBMITTED this  14   day of September   , 2017.

**FLINT LAW FIRM, LLC**

By:   */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Brian S. Katz, KY Bar No. 86633
**FLINT LAW FIRM, LLC**
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax:  (618) 288-2864
acallahan@flintfirm.com
*Attorneys for Plaintiff*