# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that C. Moze Cowper, counsel for Plaintiffs has changed his address for service of notices and documents or other contact information in the above-captioned action. The new address is:

**COWPER LAW LLP**
**815-A Brazos Street, #514**
**Austin, Texas 78701**
 Phone: (877) 529-3707
Facsimile: (877) 284-0980
mcowper@cowperlaw.com

Dated: June 18, 2019

                                              Respectfully Submitted,

                                              COWPER LAW LLP

                                              */s/  C. Moze Cowper*
                                                 C. Moze Cowper, Esq.

                                             815-A Brazos Street, #514
                                            Austin, Texas 78701
                                            Phone: (877) 529-3707
                                            Facsimile: (877) 284-0980
                                            mcowper@cowperlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                */s/ C. Moze Cowper*
                C. Moze Cowper, Esq.