# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>AZ Member Case: 2:19cv3031 | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**<br>              **FIRST AMENDED** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7. District Court and Division in which venue would be proper absent direct filing:

_____

8. Defendants (check Defendants against whom Complaint is made):

    ☐ C.R. Bard Inc.

    ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☐ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☐ Count I:     Strict Products Liability – Manufacturing Defect
- ☐ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- ☐ Count III:   Strict Products Liability – Design Defect
- ☐ Count IV:    Negligence - Design
- ☐ Count V:     Negligence - Manufacture
- ☐ Count VI:    Negligence – Failure to Recall/Retrofit
- ☐ Count VII:   Negligence – Failure to Warn
- ☐ Count VIII:  Negligent Misrepresentation
- ☐ Count IX:    Negligence *Per Se*

☐ Count X: Breach of Express Warranty

☐ Count XI: Breach of Implied Warranty

☐ Count XII: Fraudulent Misrepresentation

☐ Count XIII: Fraudulent Concealment

☐ Count XIV: Violations of Applicable NJ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☐ Punitive Damages

☐ Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following</u>: (please state the facts supporting this Count in the space immediately below)

_____

13. Jury Trial demanded for all issues so triable?

☐ Yes

☐ No

RESPECTFULLY SUBMITTED this ___ day of _____, _____.

                **MCDONALD WORLEY, PLLC**

                By: */s/ William Barfield*
                     William "Bill" Barfield
                     TX State Bar No. 24031725
                     Scott Fraser
                     TX State Bar No. 24093452
                     scott@mcdonaldworley.com
                     1770 St. James Place, Suite 100
                     Houston, Texas 77056
                     (713) 523-5500 (Telephone)
                     (713) 523-5501 (Facsimile)

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, _____ I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                */s/ William Barfield*