James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
JCondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
|---|---|
|  | **DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S ANSWER AND GENERAL DENIAL IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT IN CASE NO. CV-19-02919-PHX-DGC; JURY TRIAL DEMAND** |

Defendants  C.  R.  Bard,  Inc.  ("Bard")  and  Bard  Peripheral  Vascular,  Inc.  ("BPV")
(Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial in
response to the First Amended Complaint served on Defendants in *Irene Baker v. C. R. Bard,*
*Inc., et al.,* AZ Member Case No. CV-19-02919-PHX-DGC ("Answer and General Denial").
Defendants further reserve the right to file any motion to dismiss for failure to state a claim
with respect to this case, as set forth in Amended Case Management Order No. 4.

1    With respect to the allegations plaintiff(s) raise in *Irene Baker v. C. R. Bard, Inc., et*
2    *al.,* AZ Member Case No. CV-19-02919-PHX-DGC, Defendants deny, generally and
3    specifically, each and every allegation in plaintiff(s)' Complaint, the whole thereof, and each
4    and every cause of action therein.  Defendants further deny that the plaintiff(s) has sustained,
5    or is entitled to recover, damages in any amount alleged or in any sum whatsoever.
6    Defendants further deny that they are liable to the plaintiff in any amount, and further deny
7    that the plaintiff has sustained injury, damage, or loss by reason of any act or omission by
8    Defendants.

9    As for additional defenses, and without assuming any burden of pleading or proof that
10   would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and
11   Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in
12   MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise
13   such other affirmative defenses as may be available or apparent during discovery or as may
14   be raised or asserted by other defendants in this case.  Defendants have not knowingly or
15   intentionally waived any applicable affirmative defense.  If it appears that any affirmative
16   defense is or may be applicable after Defendants have had the opportunity to conduct
17   reasonable discovery in this matter, Defendants will assert such affirmative defense in
18   accordance with the Federal Rules of Civil Procedure.

19   ### REQUEST FOR JURY TRIAL

20   Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury
21   on all issues appropriate for jury determination.

22   **WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief
23   demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray
24   that this action against them be dismissed and that they be awarded their costs in defending
25   this action and that they be granted such other and further relief as the Court deems just and
26   appropriate.

27

28

1    This 19th day of June, 2019.

2                                        s/Richard B. North, Jr.
                                         Richard B. North, Jr.
3                                        Georgia Bar No. 545599
                                         NELSON MULLINS RILEY & SCARBOROUGH, LLP
4                                        Atlantic Station
                                         201 17th Street, NW / Suite 1700
5                                        Atlanta, GA  30363
                                         PH:  (404) 322-6000
6                                        FX:  (404) 322-6050
                                         Richard.North@nelsonmullins.com
7
                                         James R. Condo (#005867)
8                                        SNELL & WILMER L.L.P.
                                         One Arizona Center
9                                        400 E. Van Buren
                                         Phoenix, AZ 85004-2204
10                                       PH:  (602) 382-6000
                                         JCondo@swlaw.com
11
                                         **Attorneys for Defendants C. R. Bard, Inc. and
12                                       Bard Peripheral Vascular, Inc.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28