# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Shirlee Staley,<br>        Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>        Defendants. | No. MDL15-2641-PHX-DGC<br><br>No. CV18-3297 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 18235.

**IT IS ORDERED** that the stipulation (Doc. 18235) is **granted**. This matter (CV18-3297 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 18th day of June, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge