**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Michael L. Corey and Lucinda Corey, | No. CV19-0185 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice. Doc. 18236.

**IT IS ORDERED** that the stipulation (Doc. 18236) is **granted**. This matter (CV19-0185 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees. This stipulation does not affect Case No. CV19-1412 PHX DGC.

Dated this 18th day of June, 2019.

David G. Campbell
Senior United States District Judge