# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS  
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641-PHX-DGC

This document relates to:

ROBERT DOSTIE

Civil Case No.:  2:16-cv-03166-PHX-DGC

### STIPULATION FOR DISMISSAL OF CIVIL ACTION No. 2:16-cv-03166-PHX-DGC WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT DOSTIE and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It is further agreed that the dismissal will only apply to docket number 2:16-cv-03166-PHX-DGC.

RESPECTFULLY SUBMITTED this 19th day of June, 2019.

| THE TUTTLE LAW FIRM | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: /s/James B. Tuttle | By: /s/Richard B. North |
| James B. Tuttle (NY Bar No. 1124833) | Richard B. North (Georgia Bar No. 545599 |
| 1520 Crescent Road, Suite 300 | (admitted *pro hac vice*) |
| Clifton Park, New York 12065 | Atlantic Station, 201 17th Street, NW, Suite 1700 |
| (518) 783-1001 | Atlanta, Georgia 30363 |
| *Attorney for Plaintiff* | (404) 322-6000 |
| | *Attorney for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/James B. Tuttle
James B. Tuttle