# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS       No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

This document relates to:

ROBERT DOSTIE

Civil Case No.: 2:16-cv-03166-PHX-DGC

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of ROBERT DOSTIE,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the claims of Plaintiff Robert Dostie against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-03166-PHX-DGC) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ day of June, 2019.