# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Robert Dostie,<br>       Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>       Defendants. | No. MDL15-2641-PHX-DGC<br><br>No. CV16-3166 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice. Doc. 18533.

**IT IS ORDERED** that the stipulation (Doc. 18533) is **granted**. This matter (CV16-3166 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 19th day of June, 2019.

David G. Campbell
Senior United States District Judge