# Exhibit B



**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

May 1, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Sofia E. Bruera
Pierce Skrabanek Bruera, PLLC
3701 Kirby Dr., #760
Houston TX  77098
sofia@brueralaw.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

    Re:    *Cervantes, Alice v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) *Plaintiff's Profile Form for Alice Cervantes*

Dear Counsel,

    This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than April 13, 2018; however, we still have not received a PPF for your client.

    Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Pierce Skrabanek Bruera, PLLC
May 1, 2018
Page 2

a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

June 14, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Sofia E. Bruera
Pierce Skrabanek & Bruera PLLC
3701 Kirby Dr., Suite #760
Houston TX  77098
sofia@brueralaw.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

    Re: *Cervantes, Alice v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) *Plaintiff's Profile Form for Alice Cervantes*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than April 13, 2018; however, we still have not received a PPF for your client.

  This is the second overdue letter we are sending since we have not received a response to the first one.  Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Pierce Skrabanek & Bruera PLLC
June 14, 2018
Page 2

Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

August 10, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Sofia E. Bruera
Pierce Skrabanek Bruera, PLLC
3701 Kirby Dr., #760
Houston TX  77098
sofia@brueralaw.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

   *Re:* *Cervantes, Alice v. C. R. Bard, Inc., et al.,* **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)** *Plaintiff's Profile Form for Alice Cervantes*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than April 13, 2018; however, we still have not received a PPF for your client.

  This is the third overdue letter we are sending since we have not received a response to the others. Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Pierce Skrabanek Bruera, PLLC
August 10, 2018
Page 2

if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

        Sincerely yours,

        Sanjay Ghosh

        *Attorney for C.R. Bard, Inc. and*
        *Bard Peripheral Vascular, Inc.*

SG/