# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALICE CERVANTES,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,<br><br>        Defendants. | Case No. 2:18-CV-00473-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Alice Cervantes's Complaint, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Alice Cervantes's Complaint is hereby dismissed with prejudice.