# Exhibit B

# NELSON MULLINS

Sanjay Ghosh
T 404.322.6282  F 404.322.6050
sanjay.ghosh@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW
Atlantic Station
201 17th Street, NW/ Suite 1100
Atlantic GA  30363
T 404.322.6000  F 404.322.6397
nelsonmullins.com

December 13, 2017

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley, Esq.
Fears Nachawati PLLC
4925 Greenville Ave., Ste 715
Dallas TX  75206
mccarley@fnlawfirm.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

Re:  *Issac Desmond Adams v. C. R. Bard, Inc., et al., Melissa Blackwood v. C. R. Bard, Inc., et al., Shirley Crawford v. C. R. Bard, Inc., et al, Melvin S. Daniel v. C. R. Bard, Inc., et al, Julia Nichols v. C. R. Bard, Inc., et al,* Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)

*Plaintiff's Profile Forms for Issac Desmond Adams, Melissa Blackwood, Shirley Crawford, Melvin S. Daniel and Julia Nichols*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your clients Plaintiff Profile Forms ("PPF") were due as indicated in the following chart; however, we still have not received a PPF for these plaintiffs:

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fears Nachawati PLLC
December 13, 2017
Page 2

| PLAINTIFF NAME | PPF DUE DATE |
|---|---|
| Issac Desmond Adams | 11/28/2017 |
| Melissa Blackwood | 11/21/2017 |
| Shirley Crawford | 11/24/2017 |
| Melvin S. Daniel | 11/24/2017 |
| Julia Nichols | 11/25/2017 |

      Please send PPFs with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaints if the PPFs are not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/

**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA 30363
T 404-322-6000   F 404-322-6397
nelsonmullins.com

Sanjay Ghosh
T 404-322-6282   F 404-322-6050
sanjay.ghosh@nelsonmullins.com

February 22, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley
Fears Nachawati Law Firm
4925 Greenville Ave., Ste 715
Dallas TX 75206
mccarley@fnlawfirm.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

    Re:    *Various Plaintiffs v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) *Various Plaintiffs' Profile Forms*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your clients' Plaintiff Profile Form ("PPF") due dates are referenced in the following chart; however, we still have not received the PPF for your client.

| PLAINTIFF NAME | PPF DUE DATE |
| --- | --- |
| Blackwood, Melissa | 11/21/2017 |
| Crawford, Shirley | 11/24/2017 |
| Daniel, Melvin S. | 11/24/2017 |
| Nichols, Julia | 11/25/2017 |

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fears Nachawati Law Firm
February 22, 2018
Page 2

      This is the second overdue letter we are sending since we have not received a response to the first one. Please send the PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                      Sincerely yours,

                                      Sanjay Ghosh

                                      *Attorney for C.R. Bard, Inc. and*
                                      *Bard Peripheral Vascular, Inc.*

SG/

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

April 18, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley
Fears Nachawati Law Firm
4925 Greenville Ave., Suite 715
Dallas TX  752016
mccarley@fnlawfirm.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

  *Re: Various Plaintiffs v. C. R. Bard, Inc., et al., Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) Various Plaintiffs' Profile Forms*

Dear Counsel,

 This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") due dates are referenced in the following chart; however, we still have not received the PPF for your client.

| PLAINTIFF NAME | PPF DUE DATE |
|---|---|
| Blackwood, Melissa | 11/21/2017 |
| Crawford, Shirley | 11/24/2017 |
| Nichols, Julia | 11/25/2017 |

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fears Nachawati Law Firm
April 18, 2018
Page 2

      This is the third overdue letter we are sending since we have not received a response to the others. Please send the PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                              Sincerely yours,

                                              Sanjay Ghosh

                                              *Attorney for C.R. Bard, Inc. and*
                                              *Bard Peripheral Vascular, Inc.*

SG/