# Exhibit C

1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8                  FOR THE DISTRICT OF ARIZONA
9
10
SHIRLEY CRAWFORD,
11
                 Plaintiff,
12
v.                                        Case No. 2:17-CV-03305-DGC
13
C. R. BARD, INC., a New Jersey
14   Corporation; AND BARD PERIPHERAL
     VASCULAR INC., (a subsidiary and/or     **ORDER**
15   Division of Defendant C. R. BARD, INC.)
     an Arizona Corporation,
16
                 Defendants.
17
        Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,
18
Inc.'s (collectively, "Bard") Motion to Dismiss Shirley Crawford's Complaint, and for good
19
cause shown, the Motion is hereby granted.
20
        **IT IS ORDERED** that Shirley Crawford's Complaint is hereby dismissed with
21
prejudice.
22
23
24
25
26
27
28