# Exhibit B

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

September 22, 2017

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Hadley L. Matarazzo, Esq.
Faraci Lange LLP
28 E. Main Street, Ste 1100
Rochester NY  14614
hmatarazzo@faraci.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

  Re: *Deitra Davis v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

    *Plaintiff's Profile Form for Deitra Davis*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than September 10, 2017; however, we still have not received a PPF for your client.

  Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Faraci Lange LLP
September 22, 2017
Page 2

Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

November 10, 2017

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Hadley L. Matarazzo, Esq.
Faraci Lange LLP
28 E. Main St., Ste 1100
Rochester NY 14614
hmatarazzo@faraci.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

Re: *Deitra Davis v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)

*Plaintiff's Profile Form for Deitra Davis*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than September 10, 2017; however, we still have not received a PPF for your client.

This is the second overdue letter we are sending since we have not received a response to the first one. Please send a PPF with the missing information at your earliest convenience,

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Faraci Lange LLP
November 10, 2017
Page 2

but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

            Sincerely yours,

            Sanjay Ghosh

            *Attorney for C.R. Bard, Inc. and*
            *Bard Peripheral Vascular, Inc.*

SG/

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

January 22, 2018

<u>**VIA EMAIL AND U.S. MAIL**</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Hadley L. Matarazzo, Esq.
Faraci Lange LLP
28 E. Main St., Ste 1100
Rochester NY 14614
hmatarazzo@faraci.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

Re:   *Deitra Davis v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

*Plaintiff's Profile Form for Deitra Davis*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than September 10, 2017; however, we still have not received a PPF for your client.

This is the third overdue letter we are sending since we have not received a response to the others. Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Faraci Lange LLP
January 22, 2018
Page 2

Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                            Sincerely yours,

                                            Sanjay Ghosh

                                            *Attorney for C.R. Bard, Inc. and*
                                            *Bard Peripheral Vascular, Inc.*

SG/