# Exhibit B

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

January 23, 2018

### VIA EMAIL AND U.S. MAIL

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Blair B. Matyszczuk, Esq.
Bertram & Graf LLC
4717 Grand Ave., Ste 800
Kansas City MO  64112
blair@bertramgraf.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

    *Re:*   *Betsie Deane v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**
          *Betsie Deane's Profile Form*

Dear Counsel,

    This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your clients' Plaintiff Profile Form ("PPF") was due no later than November 21, 2017.  The requested extension expired December 21, 2017; however, we still have not received the PPF for your client.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Bertram & Graf LLC
January 23, 2018
Page 2

      Please send the PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                Sincerely yours,

                                Sanjay Ghosh

                                *Attorney for C.R. Bard, Inc. and*
                                *Bard Peripheral Vascular, Inc.*

SG/



**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA 30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

April 10, 2018

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Blair B. Matyszczuk
Bertram & Graf LLC
4717 Grand Ave., Ste 800
Kansas City MO 64112
blair@bertramgraf.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

    *Re:*    *Deane, Betsie v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) *Plaintiff's Profile Form for Betsie Deane*

Dear Counsel,

    This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than November 21, 2017; however, we still have not received a PPF for your client.

    This is the second overdue letter we are sending since we have not received a response to the first one. Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Bertram & Graf LLC
April 10, 2018
Page 2

Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                              Sincerely yours,

                              Sanjay Ghosh

                              *Attorney for C.R. Bard, Inc. and*
                              *Bard Peripheral Vascular, Inc.*

SG/

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA 30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

June 18, 2018

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Blair B. Matyszczuk
Bertram & Graf LLC
4717 Grand Ave., Ste. 800
Kansas City, MO  64112
blair@bertramgraf.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

Re:   *Deane, Betsie v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) *Plaintiff's Profile Form for Betsie Deane*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than November 21, 2017; however, we still have not received a PPF for your client.

This is the third overdue letter we are sending since we have not received a response to the others.  Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Bertram & Graf LLC
June 18, 2018
Page 2

if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/