UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER ) | MDL NO. 2641 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE DAVID G. CAMPBELL |
| ) | |

**This Document Relates to:**
*EASTER v. C.R. BARD, INC., AND BARD PERIPHERAL VASCULA INC.*
*Civil Action No. 2:19-cv-01895-DGC*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Joshua Easter, on or about October 5, 2016.

Dated: June 21, 2019

Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Jessica Glitz, Esq.
Texas Bar No. 2406095
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com
***Attorneys for the Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that June 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: June 21, 2019

Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Jessica Glitz, Esq.
Texas Bar No. 2406095
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com

*Attorneys for the Plaintiffs*