# CERTIFICATE OF DEATH

**Decedent's Legal Name:** Joshua Wayne Easter
**Sex:** M  **Age Last Birthday:** 42
**Date of Death:** October 5, 2016
**Birthplace:** Guilford, NC
**Date of Birth:** April 8, [redacted]
**Place of Death:** Decedent's home
**Marital Status:** Married
**Surviving Spouse:** Amanda Sue Hicks
**Usual Occupation:** Disable
**Kind of Business/Industry:** Disable
**Residence - State:** North Carolina
**County:** Stokes
**City or Town:** Pine Hall
**Zip Code:** 27042
**County of Death:** Stokes

**Decedent's Education:** High school graduate or GED completed
**Hispanic Origin:** No, not Spanish/Hispanic/Latino
**Race:** White

**Father's Name:** Joseph Easter
**Mother's Name Prior to First Marriage:** Hilda Louis
**Informant's Name:** Amanda Easter
**Relationship to Decedent:** Wife

**Method of Disposition:** Cremation
**Place of Disposition:** Guilford Cremation Service, Greensboro, NC
**License Number:** FD 3862
**Name of Embalmer:** Not Embalmed
**Funeral Home:** Burroughs Funeral Home, PO Box 471, Walnut Cove, NC 27052

**Cause of Death:**
a. Cardiorespiratory failure
b. Pulmonary embolism
c. Hypercoagulopathy

**Manner of Death:** Natural
**Was Case Referred to Medical Examiner?** No
**Time of Death:** 10:30 AM
**Did Tobacco Use Contribute to Death?** Yes

**Certifier:** Certifying physician
**Signature of Certifier:** [signature]
**License Number:** 97-01018
**Date Signed:** 10/5/16
**Name and Address of Certifier:** Jan Kriska, M.D. 905 Rockford Street Mount Airy, NC 27030

**Date Filed:** Oct. 6, 2016
**Deputy Registrar:** Wendy Billing

---

Birth Certificate
Death Certificate
Volume 74  Page 442

This is to certify that this is a true and correct reproduction of the official record filed in this office.

Witness my hand and official seal this 6th day of Oct, 2016.

Kathy Young, Register of Deeds Stokes County
By: [signature] Deputy/Assistant Register of Deeds