IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT**<br><br>**AMANDA EASTER, INDIVIDUALLY and on behalf of the Estate of JOSHUA EASTER** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Joshua Easter

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Amanda Easter, Representative

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Middle District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

X Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

October 5, 2015

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

X Count I: Strict Products Liability – Manufacturing Defect

X Count II: Strict Products Liability – Information Defect (Failure to Warn)

X Count III: Strict Products Liability – Design Defect

X Count IV: Negligence - Design

X Count V: Negligence - Manufacture

X Count VI: Negligence – Failure to Recall/Retrofit

X Count VII: Negligence – Failure to Warn

X Count VIII: Negligent Misrepresentation

X Count IX: Negligence Per Se

X Count X: Breach of Express Warranty

X Count XI: Breach of Implied Warranty

X Count XII: Fraudulent Misrepresentation

|   |   |   |
|---|---|---|
| X | Count XIII: | Fraudulent Concealment |
| X | Count XIV: | Violations of Applicable <u>North Carolina</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| X | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 21st of June 2019.

                              TAUTFEST BOND, PLLC

                         _/s/ Monte Bond_
                        Monte Bond
                        Texas Bar No. 02585625
                        5151 Belt Line Road
                        Suite 1000
                        Dallas, Texas 75254
                        Phone: (214) 617-9980
                        Fax: (214) 853-4281
                        mbond@tautfestbond.com

                        /s/ Jessica Glitz_____
                        Jessica Glitz
                        Texas Bar No. 24076095
                        5151 Belt Line Road
                        Suite 1000
                        Dallas, Texas 75254
                        Phone: (214) 617-9980
                        Fax: (214) 853-4281
                        jglitz@tautfestbond.com
                        ***Attorneys for the Plaintiff***

I hereby certify that on this 21st day of June 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                 _/s/ Monte Bond_

                                 _/s/ Jessica Glitz_