UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER ) | MDL NO. 2641 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE DAVID G. CAMPBELL |

**This Document Relates to:**
*EASTER v. C.R. BARD, INC., AND BARD PERIPHERAL VASCULA INC.*
*Civil Action No. 2:19-cv-01895-DGC*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Amanda Easter, on behalf of the Estate of Joshua Easter, is substituted for Plaintiff Joshua Easter, in the above captioned cause.

Date: _____       _____

                                                             Hon. David G. Campbell
                                                             United States District Court Judge