# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**This document relates to Plaintiff:**

**TINA SERIO**
**Civil Action No.: 2:19-cv-03796-DGC**

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tina Serio, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

    It is further agreed that the voluntary dismissal will only apply to docket number 2:19-cv-03796-DGC and will not have any effect on any other cases filed in regard to Plaintiff Tina Serio with different docket numbers.

                                                                   Respectfully Submitted

By:   */s/ William B. Curtis*
        William B. Curtis, *admitted pro hac vice*
        (TX SBN: 00783918)
        Curtis Law Group
        12225 Greenville Ave., Suite 750
        Dallas, TX 75243
        T: (214) 890-1000
        F: (214) 890-1010
        Email: bcurtis@curtis-lawgroup.com
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21ST day of June 2019, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                        */s/ William B. Curtis*
                                          William B. Curtis