# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to Plaintiff:**<br><br>TAMARA HOLCOMB<br>Civil Action No.: 2:19-cv-03791-DGC | No. MD-15-02641-PHX-DGC<br><br><br>**NOTICE OF FILING AMENDED SHORT<br>FORM COMPLAINT** |

    Pursuant to Local Rule of Civil Procedure 15.1(b), Plaintiff Tamara Holcomb respectfully submits this Notice of Filing Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial. The Amended Short Form Complaint with strikethrough and changes is attached hereto as Exhibit "A."

                                                    Respectfully Submitted

By:   */s/ William B. Curtis*
       William B. Curtis, *admitted pro hac vice*
       (TX SBN: 00783918)
       Curtis Law Group
       12225 Greenville Ave., Suite 750
       Dallas, TX 75243
       T: (214) 890-1000
       F: (214) 890-1010
       Email: bcurtis@curtis-lawgroup.com
       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21ST day of June 2019, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ William B. Curtis*
William B. Curtis