# EXHIBIT A

William B. Curtis, *admitted pro hac vice*
Texas SBN: 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
T: (214) 890-1000
F: (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Tamara Holcomb

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

   consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian,

   conservator):

   n/a

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

~~Louisiana~~Ohio

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

~~Mississippi~~Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

~~Mississippi~~Florida

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the District of New Jersey, USDC for the District of ~~Mississippi~~Ohio, USDC for the District of ~~Louisiana~~Florida

8. Defendants (check Defendants against whom Complaint is made):

- ☑ C.R. Bard Inc.
- ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

-2-

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☑ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

~~September 17, 2014~~February 26, 2014 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture

1      ☑ Count VI: Negligence – Failure to Recall/Retrofit

2      ☑ Count VII: Negligence – Failure to Warn

3      ☑ Count VIII: Negligent Misrepresentation

4      ☑ Count IX: Negligence *Per Se*

5      ☑ Count X: Breach of Express Warranty

6      ☑ Count XI: Breach of Implied Warranty

7      ☑ Count XII: Fraudulent Misrepresentation

8      ☑ Count XIII: Fraudulent Concealment

9      ☑ Count XIV: Violations of Applicable ~~Mississippi and Louisian~~Ohio and ~~a~~Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

12      ☐ Count XV: Loss of Consortium

13      ☐ Count XVI: Wrongful Death

14      ☐ Count XVII: Survival

15      ☑ Punitive Damages

Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

Jury Trial demanded for all issues so triable?

☑ Yes

-4-

☐  No

RESPECTFULLY SUBMITTED on this ~~29~~21st ~~th~~ day of June, 2019.

**CURTIS LAW GROUP**

By: */s/ William B. Curtis*
William B. Curtis, *admitted pro hac vice*
(TX SBN: 00783918)
12225 Greenville Ave., Suite 750
Dallas, TX 75243
T: (214) 890-1000
F: (214) 890-1010
Email: bcurtis@curtis-lawgroup.com
*Attorney for Plaintiff*

I hereby certify that on this ~~2~~21st ~~9th~~ day of June, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ William B. Curtis*
William B. Curtis