UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to: Dennis W. Stallings | Judge David G. Campbell |
| Case No. 2:19-cv-02794-DGC | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed (without prejudice to Plaintiff's currently filed case in MDL 2641 No. CV-19-00672-PHX-DGC), with each party to bear its own costs.

DATED: June 25, 2019                             Respectfully submitted,

/s/ Charles W. Miller                            /s/ Richard North
Charles W. Miller                                Richard North
HEYGOOD, ORR & PEARSON                           NELSON MULLINS
6363 North State Highway 161                     201 17ᵀᴴ Street, NW
Suite 450                                        Suite 1700
Irving, TX  75038                                Atlanta, GA 30363
Telephone:  214-237-9001                         Telephone: 404-322-6000
Facsimile:  214-237-9002                         Facsimile: 404-322-6050
charles@hop-law.com                              richard.north@nelsonmullins.com

*Attorney for Plaintiff*                         *Attorney for Defendants*

**SO ORDERED** this _____ day of _____, 2019.

_____
**HON. DAVID G. CAMPBELL**

- 1 -
STIPULATION OF DISMISSAL