# Exhibit A

|   |   |
|---|---|
| 1 | William B. Curtis, *admitted pro hac vice* |
|   | Texas SBN: 00783918 |
| 2 | **CURTIS LAW GROUP** |
|   | 12225 Greenville Ave. |
| 3 | Suite 750 |
|   | Dallas, TX 75243 |
| 4 | T: (214) 890-1000 |
|   | F: (214) 890-1010 |
| 5 | Email: bcurtis@curtis-lawgroup.com |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|
|  | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Cargin Madison, III

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   <u>Mississippi</u>

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   <u>Mississippi</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   <u>Mississippi</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>USDC Western District of Indiana, USDC for the District of Mississippi</u>

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☑ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

July 2, 2012

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence - Design
- ☑ Count V: Negligence - Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*

-3-

| | |
|---|---|
| 1 | ☑ Count X: Breach of Express Warranty |
| 2 | ☑ Count XI: Breach of Implied Warranty |
| 3 | ☑ Count XII: Fraudulent Misrepresentation |
| 4 | ☑ Count XIII: Fraudulent Concealment |
| 5 | ☑ Count XIV: Violations of Applicable Louisiana Law Prohibiting Consumer |
| 6 | Fraud and Unfair and Deceptive Trade Practices |
| 7 | ☐ Count XV: Loss of Consortium |
| 8 | ☐ Count XVI: Wrongful Death |
| 9 | ☐ Count XVII: Survival |
| 10 | ☑ Punitive Damages |
| 11 | Other(s): _____ (please state the facts supporting this |
| 12 | Count in the space immediately below) |
| 13 | _____ |
| 14 | _____ |
| 16 | Jury Trial demanded for all issues so triable? |
| 17 | ☑ Yes |
| 18 | ☐ No |

-4-

RESPECTFULLY SUBMITTED on this 9th day of February, 2018.

**CURTIS LAW GROUP**

By: */s/ William B. Curtis*
    William B. Curtis, *admitted pro hac vice*
    (TX SBN: 00783918)
    12225 Greenville Ave., Suite 750
    Dallas, TX 75243
    T: (214) 890-1000
    F: (214) 890-1010
    Email: bcurtis@curtis-lawgroup.com
    *Attorney for Plaintiff*

I hereby certify that on this 9th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    */s/ William B. Curtis*
    William B. Curtis

http://www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl

Case 2:15-md-02641-DGC Document 18833-1 Filed 06/26/19 Page 7 of 7
Case 2:18-cv-00460-DGC Document 1-1 Filed 02/09/18 Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): Cargin Madison, III | **Defendant**(s): Bard Peripheral Vascular, Inc. ; C.R. BARD INC. |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **William B Curtis**<br>**Curtis Law Group**<br>**12225 Greenville Ave., Suite 750**<br>**Dallas, Texas 75243**<br>**214-890-1000** | |

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties (**Diversity Cases Only**)

Plaintiff:- **2 Citizen of Another State**
Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **367 Health Care/Pharmaceutical Personal Injury Product Liability**

VI. Cause of Action: **28 U.S.C. § 1332**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **MDL 2641** assigned to Judge **David G. Campbell.**

Signature: **William B. Curtis**
Date: 2/09/2018

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014