IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CARGIN MADISON III,

    Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,

    Defendants.

Case No. 2:18-CV-00460-DGC

**ORDER**

    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Cargin Madison III's Complaint, and for good cause shown, the Motion is hereby granted.

    **IT IS ORDERED** that Cargin Madison III's Complaint is hereby dismissed with prejudice.