Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**DARRYL ALLEN FISET** | No. 2:15-MD-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL (AMENDED)** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Darryl Allen Fiset (AKA Darryl A. Furman)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

OK

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

TX

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

OK

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☒ G2® Express
    ☐ G2® X Vena Cava Filter

|   |   |   |   |
|---|---|---|---|
| 1 |    | ☐ | Eclipse® Vena Cava Filter |
| 2 |    | ☐ | Meridian® Vena Cava Filter |
| 3 |    | ☐ | Denali® Vena Cava Filter |
| 4 |    | ☐ | Other: _____ |

11. Date of Implantation as to each product:

07/16/2010

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect
☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
☒ Count III: Strict Products Liability – Design Defect
☒ Count IV: Negligence - Design
☒ Count V: Negligence - Manufacture
☒ Count VI: Negligence – Failure to Recall/Retrofit
☒ Count VII: Negligence – Failure to Warn
☒ Count VIII: Negligent Misrepresentation
☒ Count IX: Negligence *Per Se*
☒ Count X: Breach of Express Warranty
☒ Count XI: Breach of Implied Warranty
☒ Count XII: Fraudulent Misrepresentation
☒ Count XIII: Fraudulent Concealment
☒ Count XIV: Violations of Applicable <u>TX</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☐ Count XV: Loss of Consortium
☐ Count XVI: Wrongful Death
☐ Count XVII: Survival

☒ Punitive Damages

☒ Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact. (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 27th day of June, 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/ Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*