# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Shane Reece, | ) | MDL Case No. 2:15-md-02641-DGC |
| Plaintiff, | ) | Civil Action No. 2:16-cv-01360-DGC |
| v. | ) | |
| C. R. Bard, Inc., et al., | ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff: Shane Reece.

Date: June 28, 2019.

/s/ M. Brandon Smith
*Attorney's signature*

M. Brandon Smith (GA. Bar 141418)
*Printed name and bar number*

Childers, Schlueter & Smith LLP
1932 North Druid Hills Road, Suite 100
Atlanta, GA  30319
*Address*

bsmith@cssfirm.com
*E-mail Address*

(404) 419-9500
*Telephone number*

(404) 419-9501
*FAX number*