# Exhibit A

███████████

| | |
|---|---|
| **From:** | Jose Ballesteros <jose@masstortslaw.com> |
| **Sent:** | Friday, February 23, 2018 4:10 PM |
| **To:** | Richard North; Maria Turner; Matthew Lerner |
| **Subject:** | Carlos Martinez v. C.R. Bard et al. - 2:18-cv-00595-DGC |
| **Attachments:** | FILED Complaint.pdf; 398 + 399 (BARD).pdf |

Good afternoon counsel. Attached find the Short Form Complaint filed in the above referenced case, along with the corresponding waiver forms.

Best regards,


**Jose Ballesteros | Attorney**
**Johnston Law Group**
Office: (844) 345-3784
Direct: (415) 500-4381
www.masstortfirm.com



This transmission is from the Law Office of Christopher K. Johnston, LLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and call us immediately at (844) 345-3784.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Carlos Martinez | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No.    2:18-cv-00595-DGC |
| | ) | |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Bard Peripheral Vascular, Inc.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.  Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    February 23, 2018

/s/ Christopher K. Johnston
*Signature of the attorney or unrepresented party*

Christopher K. Johnston
*Printed Name*

268 Ponce de Leon Ave. Suite 1020
San Juan, PR 00968
*Address*

kyle@masstortslaw.com
*E-mail address*

(844) 345-3784
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Carlos Martinez | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No.    2:18-cv-00595-DGC |
| | ) | |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  C.R. Bard, Inc.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

#### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.  Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

#### What happens next?

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    February 23, 2018

/s/ Christopher K. Johnston
*Signature of the attorney or unrepresented party*

Christopher K. Johnston
*Printed Name*

268 Ponce de Leon Ave. Suite 1020
San Juan, PR 00918
*Address*

kyle@masstortslaw.com
*E-mail address*

(844) 345-3784
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Carlos Martinez | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No.    2:18-cv-00595-DGC |
| | ) | |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:      Christopher K. Johnston
         *(Name of plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from           February 23, 2018          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                    _____
                                                    *Signature of the attorney or unrepresented party*

  Bard Peripheral Vascular, Inc.
*Printed name of party waiving service of summons*          _____
                                                            *Printed Name*

                                                            _____
                                                            *Address*

                                                            _____
                                                            *E-mail address*

                                                            _____
                                                            *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the  failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Carlos Martinez | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. ___2:18-cv-00595-DGC___ |
| | ) | |
| C.R. Bard, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     Christopher K. Johnston
        *(Name of plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____February 23, 2018_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

C.R. Bard, Inc.
_____
*Printed name of party waiving service of summons*

_____
*Printed Name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1  Jose Tomas Ballesteros, PR Bar No. 20390
2  Christopher Kyle Johnston, CA Bar No. 261474
   Law Office of Christopher K. Johnston, LLC
3  268 Ponce de Leon Ave., Ste. 1020
   San Juan, PR 00918
4  Office: (844) 345-3784
5  Fax: (844) 644-1230
   jose@masstortslaw.com
6  kyle@masstortslaw.com
7  *Attorneys for Plaintiff*
8

9             **IN THE UNITED STATES DISTRICT COURT**
10            **FOR THE DISTRICT OF ARIZONA**
11

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**MASTER SHORT FORM<br>COMPLAINT FOR DAMAGES<br>FOR INDIVIDUAL CLAIMS AND<br>DEMAND FOR JURY TRIAL** |

15

16        Plaintiff(s) named below, for their Complaint against Defendants named

17  below, incorporate the Master Complaint for Damages in MDL 2641 by reference

18  (Doc.364). Plaintiff(s) further show the Court as follows:

19

20        1.    Plaintiff/Deceased Party:

21        Carlos Martinez

22        2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

23        consortium claim:

24        Not applicable

25

26        3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian

27        conservator):

28

_____

                Second Amended Master Short Form Complaint

Case 2:18-cv-00595-DGC Document 1 Filed 02/22/18 Page 2 of 5

Not applicable

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

  Texas

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

  Texas

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

  Texas

7.   District Court and Division in which venue would be proper absent direct filing:

  U.S. District Court for the Northern District of Texas, Dallas Division

8.   Defendants (check Defendants against whom Complaint is made):

  ☑   C. R. Bard Inc.

  ☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

  ☑   Diversity of Citizenship

  ☐   Other: _____

  a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

  _____

  _____

2
Master Short Form Complaint

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cave Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☑ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

May 5, 2012

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Manufacturing Defect

☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:   Strict Products Liability – Design Defect

☑ Count IV:   Negligence – Design

☑ Count V:    Negligence – Manufacture

☑ Count VI:   Negligence – Failure to Recall/Retrofit

3
Master Short Form Complaint

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:  Negligent Misrepresentation

☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:  Violations of Applicable  _Texas_____  (insert

state) Law Prohibiting Consumer Fraud and Unfair and

Deceptive Trade Practices

☐ Count XV:  Loss of Consortium

☐ Count XVI:  Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s):   _____  (please state the facts supporting this Count

in the space immediately below)

_____

_____

_____

_____

_____

---

4

Master Short Form Complaint

13.  Jury Trial demanded for all issues so triable?

☑ Yes

☐  No

RESPECTFULLY SUBMITTED this 22nd day of February, 2018.

**LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC**

By: /s/ Jose Tomas Ballesteros
     Jose Tomas Ballesteros
     Christopher K. Johnston
     268 Ponce de Leon Ave.
     Ste. 1020
     San Juan, PR 00918
     Office: (844) 345-3784
     jose@masstortslaw.com
     kyle@masstortslaw.com

I hereby certify that on this 22nd day of February 2018, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System

for filing and transmittal of a Notice of Electronic Filing.

/s/ Jose Tomas Ballesteros

5
Master Short Form Complaint