# Exhibit C

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                         FOR THE DISTRICT OF ARIZONA

9

10

JOHN MORRIS,

11                              Plaintiff,

12    v.                                          Case No. 2:17-CV-03608-DGC

13
      C. R. BARD, INC., a New Jersey
14    Corporation; AND BARD PERIPHERAL
      VASCULAR INC., (a subsidiary and/or         **ORDER**
15    Division of Defendant C. R. BARD, INC.)
      an Arizona Corporation,
16
                              Defendants.
17
            Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,
18
      Inc.'s (collectively, "Bard") Motion to Dismiss John Morris's Complaint, and for good cause
19
      shown, the Motion is hereby granted.
20
            **IT IS ORDERED** that John Morris's Complaint is hereby dismissed with prejudice.
21

22

23

24

25

26

27

28