# Exhibit A

| | |
|---|---|
| **From:** | Brandi Wiginton <BWiginton@jacksonallenfirm.com> |
| **Sent:** | Wednesday, September 6, 2017 2:27 PM |
| **To:** | Richard North; Maria Turner; Matthew Lerner |
| **Cc:** | Jennifer Williams |
| **Subject:** | In Re: Bard IVC Filters Products Liability Litigation; MDL No. 2641; Humberto Moya v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.; Civil Action No. 2:17-cv-02990-DGC |
| **Attachments:** | 1. Complaint.pdf; Waiver of Service (Moya, Humberto).pdf |

To whom it may concern:

Pursuant to Second Amended Case Management Order No. 4, attached please find the Short Form Complaint and Waiver of Service of Summons for the following case:

In Re: Bard IVC Filters Products Liability Litigation; MDL 2641
Civil Action No. 2:17-cv-02990-DGC
Humberto Moya v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Our office represents Plaintiff, Humberto Moya.  Please execute the attached Waiver of Service of Summons and forward such to the below attorney:

Jennifer Williams, Esq.
Jackson Allen & Williams, LLP
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
jwilliams@jacksonallenfirm.com

Thank you for your attention to this matter.  If you have any questions or concerns, please feel free to contact our office.  Have a nice day.

Brandi M. Wiginton,
Legal Assistant

Jackson Allen & Williams, LLP
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
214-521-2300  Telephone
214-452-5637  Facsimile

**CONFIDENTIALITY NOTICE**
The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Thank you.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Humberto Moya | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:17-cv-02990-DGC |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jennifer Williams
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/06/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Richard B. North, Jr.
*Printed name*

Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700, Atlantic Station
Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail address*

(404) 322-6000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Humberto Moya

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   California

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

California

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

California

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Central District of California

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.
   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship
   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☐ G2® Express Vena Cava Filter
    ☐ G2® X Vena Cava Filter
    ☑ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter

- 2 -

| | | | |
|---|---|---|---|
| | ☐ | | Denali® Vena Cava Filter |
| | ☐ | | Other: _____ |

11. Date of Implantation as to each product:
02/23/2013
_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | | |
|---|---|---|---|
| ☑ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☑ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☑ | Count III: | Strict Products Liability – Design Defect |
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable __California__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☑ | | Punitive Damages |

- 3 -

1 ☐ Other(s): _____ (please state the facts
2                           supporting this Count in the space immediately below)
3             N/A

9    13.   Jury Trial demanded for all issues so triable?
10       ☑   Yes
11       ☐   No
12   RESPECTFULLY SUBMITTED this 1st day of September , 20 17 .

**JACKSON ALLEN & WILLIAMS, LLP**

By: /s/ Jennifer Williams
     Jennifer Williams
     John H. "Trey" Allen, III
     3838 Oak Lawn Ave., Suite 1100
     Dallas, Texas 75219

*Attorneys for Plaintiff*

I hereby certify that on this 1st day of September, 20 17, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                     /s/ Jennifer Williams

- 4 -