IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

HUMBERTO MOYA,

           Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,

           Defendants.

Case No. 2:17-CV-02990-DGC

**ORDER**

    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Humberto Moya's Complaint, and for good cause shown, the Motion is hereby granted.

    **IT IS ORDERED** that Humberto Moya's Complaint is hereby dismissed with prejudice.