IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| FALLS ET AL. | § § | |
| v. | § § § | Case No. 2:15-md-2641-DGC<br>**THIS FILING RELATES TO:**<br>**2:19-cv-02822-PHX-DCG** |
| C R BARD INC. ET AL. | § § | |

## [PROPOSED ORDER] GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs' Unopposed Motion for Leave to Amend their Complaint is GRANTED.

Leave is hereby granted for the filing of Plaintiffs' Third Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial and same is hereby deemed as filed, on the date of filing of Plaintiffs' Motion for Leave to Amend Complaint.

So Ordered on this _____ day of _____, 2019.

_____

U.S. District Judge Presiding