# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-2822 PHX DGC |
| Justin Falls, et al., | |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Plaintiffs have filed an unopposed motion for leave to amend complaint. Doc. 18973.

**IT IS ORDERED** that Plaintiffs' unopposed motion for leave to amend complaint (Doc. 18973) is **granted.** Plaintiffs shall file their amended complaint on or before **July 9, 2019.**

Dated this 2nd day of July, 2019.

David G. Campbell
Senior United States District Judge