IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **THIRD AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: _____

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: _____

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (check Defendants against whom Complaint is made):

   ✓    C.R. Bard Inc.

   ✓    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ✓    Diversity of Citizenship

   ☐    Other: _____

   a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐    Recovery$^{®}$ Vena Cava Filter

   ☐    G2$^{®}$ Vena Cava Filter

   ☐    G2$^{®}$ Express Vena Cava Filter

   ☐    G2$^{®}$ X Vena Cava Filter

   ☐    Eclipse$^{®}$ Vena Cava Filter

   ☐    Meridian$^{®}$ Vena Cava Filter

☐     Denali<sup>®</sup> Vena Cava Filter

☐     Other: _____

11.  Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

✓     Count I:      Strict Products Liability – Manufacturing Defect

✓     Count II:     Strict Products Liability – Information Defect

(Failure to Warn)

✓     Count III:    Strict Products Liability – Design Defect

✓     Count IV:    Negligence - Design

✓     Count V:      Negligence - Manufacture

✓     Count VI:    Negligence – Failure to Recall/Retrofit

✓     Count VII:   Negligence – Failure to Warn

✓     Count VIII:  Negligent Misrepresentation

✓     Count IX:    Negligence *Per Se*

✓     Count X:      Breach of Express Warranty

✓     Count XI:    Breach of Implied Warranty

✓     Count XII:   Fraudulent Misrepresentation

✓     Count XIII:  Fraudulent Concealment

☐     Count XIV:  Violations of Applicable _____ (insert state) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

✓     Count XV:   Loss of Consortium

☐      Count XVI:   Wrongful Death

☐      Count XVII:  Survival

✓      Punitive Damages

☐      Other(s):     _____ (please state the facts

supporting this Count in the space immediately below)

_____

_____

_____

RESPECTFULLY SUBMITTED this _____day of _____, 2019.

s/ **John T. Kirtley, III**
**JOHN T. KIRTLEY, III**
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com)
ivcfiling@lawerworks.com

ATTORNEY FOR THE PLAINTIFF

I hereby certify that on this _____ day of _____, 2019, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System for filing

and transmittal of a Notice of Electronic Filing.

**/S/ JOHN KIRTLEY**