# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV18-1496 PHX DGC |
| Shelley Dunkel,<br><br>   Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>   Defendants. | **ORDER** |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 13889.

**IT IS ORDERED** that the stipulation (Doc. 13889) is **granted**.  This matter (CV18-1496 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 1st day of July, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge