# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-2794 PHX DGC |
| Dennis W. Stallings, <br><br>    Plaintiff, <br><br> v. <br><br> C.R. Bard, Inc. and Bard Peripheral Vascular Inc., <br><br>    Defendants. | **ORDER** |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 18751.

**IT IS ORDERED** that the stipulation (Doc. 18751) is **granted**.  This matter (CV19-2794 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 1st day of July, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge