# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-1895 PHX DGC |
| Joshua Easter, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 18639

**IT IS ORDERED** that Plaintiff's motion for substitution of party (Doc. 18639) is **granted.** Amanda Easter is substituted for Joshua Easter, deceased, in this action, continuing the claims of Joshua Easter on behalf of his Estate. Plaintiff may file an amended complaint with the clerk of Court on or before July 8, 2019.

Dated this 1st day of July, 2019.

David G. Campbell
Senior United States District Judge