James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| HUMBERTO MOYA, | |
| Plaintiff, | Case No. 2:17-CV-02990-DGC |
| v. | **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH AMENDED CASE MANAGEMENT ORDER NO. 5** |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., an Arizona Corporation, | |
| Defendants. | |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard")

hereby file this Notice of Withdrawal of their Motion to Dismiss Plaintiff Humberto Moya's

("Plaintiff") Complaint for failure to comply with the terms of Amended Case Management

*Nelson Mullins Riley & Scarborough*
*— L.L.P. —*
*201 17ᵗʰ Street NW, Suite 1700*
*Atlanta, GA 30363*
*(404) 322-6000*

Order No. 5 (Doc. 18927), on the grounds that Bard and Plaintiff have reached an agreement to settle this case.

This 3rd day of July, 2019.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing with the

4  Clerk of the Court by using the CM/ECF system which will send notification of such filing to

5  all counsel of record.

6

7                                  s/Richard B. North, Jr.
Richard B. North, Jr.

8                                  Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP

9                                  Atlantic Station
201 17th Street, NW / Suite 1700

10                               Atlanta, GA  30363
PH: (404) 322-6000

11                              FX: (404) 322-6050
Richard.North@nelsonmullins.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28