DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** July 2, 2019 |
| **Case Number:** MD-15-02641-PHX-DGC | |
| **IN RE:** Bard IVC Filters Products Liability Litigation | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Ramon Lopez, Mark O'Connor, Julia Reed-Zaic, Nicole Maldonado | Richard North, Matthew Lerner, Elizabeth Helm |

**TELEPHONIC CONFERENCE:**

Discussion is held regarding the zip file containing the documents identified in the updated designation of record. The parties shall submit one zip file.

Discussion is held regarding the SNF cases. Based on this discussion, Ms. Maldonado shall file an updated report regarding the status of the remaining SNF cases by **July 15, 2019**. See Docs. 17494 and 18981.

Deputy Clerk: Christine Boucher  Start: 3:00 p.m.
Court Reporter: Patricia Lyons  Stop: 3:26 p.m.
Time in court: 26 min.