# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION**

This document relates to:

*LYNN BROWN,*

    *Plaintiff,*

*v.*

*C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.*

    *Defendants.*

**MDL No. 2:15-MD-02641-PHX-DGC**

**Civil Action No. 2:18-cv-00018-DGC**

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Response to Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Lynn Brown's Complaint [doc 18557], and for good cause shown, the Motion is hereby DENIED.

**IT IS ORDERED** that Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Lynn Brown's Complaint is DENIED in its entirety.

**FURTHER ORDERED** that Counsel for Plaintiff is granted additional time to locate Plaintiff, produce her PPF and participate in settlement.

**PROPOSED ORDER**