# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Bonnie Rogers, | ) |
| | ) |
| Plaintiff, | ) MDL Case No. 2:15-md-02641-DGC |
| | ) |
| v. | ) Civil Action No. 2:19-cv-3652-PHX-DGC |
| | ) |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) |
| Defendant. | ) |

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff, Bonnie Rogers, files this Notice of Amended Complaint.

Date: July 3, 2019

                Respectfully submitted,

                /s/ John T. Kirtley, III
                FERRER, POIROT & WANSBROUGH
                John T. Kirtley, III
                Texas Bar No. 11534050
                2603 Oak Lawn Avenue, Suite 300
                P.O. Box 199109
                Dallas, Texas 75219
                (214) 521-4412 - Phone
                (214) 526-6026 Fax
                jkirtley@lawyerworks.com
                (Asst. molvera@lawyerworks.com)
                *Attorney-in-charge for Plaintiff,*
                Bonnie Rogers