William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone:   (214) 890-1000
Facsimile:   (214) 890-1010

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *ELIZABETH HARPSTER,* | **Civil Action No. 2:18-cv-01197**-DGC |
| *Plaintiff,* | **PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH AMENDED CASE MANAGEMENT NO. 5** |
| *v.* | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

Plaintiff files this Response to the Motion to Dismiss [DOC 18581] filed by Defendants C.R. Bard, Inc and Bard Peripheral Vascular Inc.

1. On June 20, 2019, the Defendants filed their Motion to Dismiss against Plaintiff Elizabeth Harpster for failure to provide a Plaintiff Profile Form.

2. Before the filing of Defendants' Motion to Dismiss, Counsel for Plaintiff and Counsel for Defendants agreed to engage in settlement talks with all of Curtis Law Group's clients filed in this MDL, which includes Plaintiff Elizabeth Harpster. Pursuant to the Case Management Order no. 42, and agreement between counsel, Plaintiff Elizabeth Harpster was placed in Track 2.

3. Plaintiff's counsel has used due diligence to contact Ms. Harpster, however, recently discovered that Ms. Harpster is deceased. A family member has been located and we are in the process of

obtaining the necessary information to complete the PPF.

4. Accordingly, Plaintiff's counsel needs more time to gather the information from Ms. Harpster's family and inform them of the ongoing settlement talks. Plaintiff's counsel humbly asks the Court for additional time to produce the PPF and allow Plaintiff's family the opportunity to engage in settlement.

WHEREFORE, Plaintiff Elizabeth Harpster respectfully requests that the Court deny the Defendants' Motion to Dismiss [doc18581] as the parties had previously agreed (prior to the filing of Defendants' motion) to engage in settlement talks (CMO. 42 "Track 2"), and for all other just and appropriate relief.

FURTHER Plaintiff prays that the Court will grant additional time for Counsel to obtain the necessary information from Plaintiff's family, submit her PPF, and allow her the opportunity to participate in settlement talks and for all other just and appropriate relief.

Dated: July 3, 2019

    Respectfully submitted,

    **CURTIS LAW GROUP**

    */s/ William B. Curtis*
    WILLIAM B. CURTIS
    Texas State Bar No. 00783918
    12225 Greenville Avenue, Suite 750
    Dallas, TX  75243
    Telephone (214) 890-1000
    Facsimile (214) 890-1010
    Email: bcurtis@curtis-lawgroup.com

    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, a copy of the foregoing Plaintiffs' Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ William B. Curtis*
William Curtis