# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION**

This document relates to:

*ELIZABETH HARPSTER,*

   *Plaintiff,*

*v.*

*C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.*

   *Defendants.*

MDL No. 2:15-MD-02641-PHX-DGC

Civil Action No. 2:18-cv-01197-DGC

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Response to Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Elizabeth Harpster's Complaint [doc 18581], and for good cause shown, the Motion is hereby DENIED.

**IT IS ORDERED** that Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Elizabeth Harpster's Complaint is DENIED in its entirety.

**FURTHER ORDERED** that Counsel for Plaintiff is granted additional time to produce Plaintiff's PPF and have the opportunity to participate in settlement.

**PROPOSED ORDER**