**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *CARGIN MADISON, III,* | **Civil Action No. 2:18-cv-00460**-DGC |
| *Plaintiff,* | **[PROPOSED] ORDER** |
| v. | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

Upon consideration of Plaintiff's Response to Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Cargin Madison, III's Complaint [doc 18833], and for good cause shown, the Motion is hereby DENIED.

**IT IS ORDERED** that Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Cargin Madison, III's Complaint is DENIED in its entirety.

**FURTHER ORDERED** that Counsel for Plaintiff is granted additional time to locate Plaintiff, produce his PPF and participate in settlement.

**PROPOSED ORDER**