**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

Martha Funderburk,                                )
                                                          )
                          Plaintiff,              )          MDL Case No. 2:15-md-02641-DGC
                                                          )
                          v.                      )          Civil Action No.  CV-19-03440-PHX-DGC
                                                          )
Bard Peripheral Vascular, Inc. and C. R.          )
Bard, Inc., et al.,                               )
                                                          )
                          Defendant.              )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

          I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

          Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  June 13, 2019          /s/ Richard B. North, Jr.
                                              *Attorney's signature*

                                              Richard B. North, Jr. (Ga. Bar No. 545599)
                                              *Printed name and bar number*

                                              Nelson Mullins Riley & Scarborough, LLP
                                              201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                              *Address*

                                              richard.north@nelsonmullins.com
                                              *E-mail Address*

                                              (404) 322-6000
                                              *Telephone number*

                                              (404 322-6050
                                              *FAX number*