**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| William Izor, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-19-03495-PHX-DGC |
| ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al., ) | |
| ) | |
| Defendant. | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: June 13, 2019          /s/ Richard B. North, Jr.
                             *Attorney's signature*

                             Richard B. North, Jr. (Ga. Bar No. 545599)
                             *Printed name and bar number*

                             Nelson Mullins Riley & Scarborough, LLP
                             201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                             *Address*

                             richard.north@nelsonmullins.com
                             *E-mail Address*

                             (404) 322-6000
                             *Telephone number*

                             (404 322-6050
                             *FAX number*