IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**FIRST AMENDED SHORT FORM COMPLAINT**<br><br>**AMANDA EASTER, INDIVIDUALLY and on behalf of the Estate of JOSHUA EASTER** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Joshua Easter

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Amanda Easter, Representative for the Estate of Joshua Easter

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    North Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

 North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court for the Middle District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

☐   G2® Express (G2®X) Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

X   Denali® Vena Cava Filter

☐   Other: _____

11. Date of Implantation as to each product:

October 5, 2015

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:      Strict Products Liability – Manufacturing Defect

X   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

X   Count III:    Strict Products Liability – Design Defect

X   Count IV:     Negligence - Design

X   Count V:      Negligence - Manufacture

X   Count VI:     Negligence – Failure to Recall/Retrofit

X   Count VII:    Negligence – Failure to Warn

X   Count VIII:   Negligent Misrepresentation

X   Count IX:     Negligence Per Se

X   Count X:      Breach of Express Warranty

X   Count XI:     Breach of Implied Warranty

X   Count XII:    Fraudulent Misrepresentation

| | | | |
|---|---|---|---|
| | X | Count XIII: | Fraudulent Concealment |
| | X | Count XIV: | Violations of Applicable <u>North Carolina</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | ☐ | Count XV: | Loss of Consortium |
| | ☐ | Count XVI: | Wrongful Death |
| | ☐ | Count XVII: | Survival |
| | X | Punitive Damages | |
| | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X   Yes

    ☐   No

RESPECTFULLY SUBMITTED this 8th of July 2019.

TAUTFEST BOND, PLLC

  /s/ Monte Bond
Monte Bond
Texas Bar No. 02585625
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254
Phone: (214) 617-9980
Fax: (214) 853-4281
mbond@tautfestbond.com

/s/ Jessica Glitz_____
Jessica Glitz
Texas Bar No. 24076095
5151 Belt Line Road
Suite 1000
Dallas, Texas 75254
Phone: (214) 617-9980
Fax: (214) 853-4281
jglitz@tautfestbond.com
**Attorneys for the Plaintiff**

I hereby certify that on this 8th day of July 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

  /s/ Monte Bond

  /s/ Jessica Glitz