# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION         MDL 2641

THIS DOCUMENT RELATES TO:

*Frank Tolerico v. C.R. Bard, Inc.*
*Civil Action No.: 2:17-cv-04303-DGC*

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    COME NOW, Plaintiff and Defendants in the above-referenced action, and through their respective counsel of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

STIPULATED & AGREED:

| *By: Attorney for Plaintiff* | *Attorney for Defendant* |
|---|---|
| */s/ Peyton P. Murphy* | */s/Richard B. North, Jr.* |
| Peyton P. Murphy | Richard B. North, Jr. |
| MURPHY LAW FIRM, LLC | NELSON MULLINS RILEY & |
| 2354 S. Acadian Thruway | SCARBOROUGH, LLP |
| Baton Rouge, LA 70808 | 201 17th Street, Suite 1700, Atlantic Station |
| Peyton@murphylawfirm.com | Atlanta, GA 30363 |
| Telephone: (225) 928-8800 | Richard.North@NelsonMullins.com |
| Facsimile: (225) 246-8780 | Telephone: (404) 322-6155 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of July 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                             **MURPHY LAW FIRM, LLC**
                                             *Attorney for Plaintiff*

                                             */s/ Peyton P. Murphy*
                                             Peyton P. Murphy
                                             2354 S. Acadian Thruway
                                             Baton Rouge, LA 70808
                                             Peyton@murphylawfirm.com
                                             Telephone: (225) 928-8800
                                             Facsimile: (225) 246-8780