# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV17-2263 PHX DGC |
| Deitra Davis, <br><br> Plaintiff, <br><br> v. <br><br> C.R. Bard, Inc. and Bard Peripheral Vascular Inc., <br><br> Defendants. | **ORDER** |

Defendant has filed a motion to dismiss Plaintiff's complaint for failure to comply with Amended Case Management Order No. 5.  Doc. 18560.  Counsel for Plaintiff has responded to the motion indicating no objection to the dismissal.  Doc. 18942.

**IT IS ORDERED** that the motion to dismiss (Doc. 18560) is **granted**.  This matter (CV17-2263 PHX DGC) is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 9th day of July, 2019.

David G. Campbell
Senior United States District Judge