James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com
Matthew.Lerner@nelsonmullins.com

*Attorneys for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: _____ GLENN R. FELTY, Plaintiff, v. C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation, Defendants. | Case No. 2:19-CV-00616-PHX-DGC **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Glenn R. Felty ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: July 9th, 2019

Respectfully submitted,

| | |
|---|---|
| /s/David K. May | /s/ Richard B. North, Jr. |
| David K. May | Richard B. North, Jr. |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Princenthal & May, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 750 Hammond Drive | Atlantic Station |
| Building 12 | 201 17th Street N.W., Suite 1700 |
| Suite 200 | Atlanta, GA  30363 |
| Sandy Springs, GA 30328 | Tel:  (404) 322-6000 |
| Tel: (678-534-1980) | richard.north@nelsonmullins.com |
| david@princemay.com | |

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
Richard.North@nelsonmullins.com
