# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |

This Document Relates to:

GLENN R. FELTY,

      Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,

      Defendants.

Case No. 2:19-CV-00616-PHX-DGC

**ORDER**

    Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s and Plaintiff Glenn R. Felty's Stipulation of Voluntary Dismissal Without Prejudice, and for good cause shown, the Motion is hereby granted.

    **IT IS ORDERED** that Glenn R. Felty's Complaint is hereby dismissed without prejudice.

This \_\_\_\_ day of July, 2019.

_____