# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Glenn R. Felty, | No. CV19-0616 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice. Doc. 19335.

**IT IS ORDERED** that the stipulation (Doc. 19335) is **granted**. This matter (CV19-0616 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 9th day of July, 2019.

David G. Campbell
Senior United States District Judge