Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
rbudd@baronbudd.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION ) ) ) ) | No. MD-15-02641-DGC |
| This document relates to Plaintiff(s): ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Elouise Scott, Case No.: 2:18-cv-03094-DGC ) ) ) ) ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elouise Scott through her undersigned counsel, hereby gives notice that the above-captioned action, Case No. 2:18-cv-03094, is voluntarily dismissed without prejudice, against all defendants.

RESPECTFULLY SUBMITTED this 10th day of July, 2019.

**BARON & BUDD, P.C.**

By:    /s/ *Russell W. Budd*
Russell W. Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
rbudd@baronbudd.com

*Attorney for Plaintiff*

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on July 10, 2019, a copy of the foregoing was served electronically

3

and notice of the service of this document will be sent to all parties by operation of the Court's

4

electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties

5

may access this filing through the Court's system.

6

7

/s/ *Russell W. Budd*_____
Russell W. Budd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28