IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| THIS DOCUMENT RELATES TO: | Case No. 2:19-cv-00774-DGC |
| TERESA LEANZA,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR, INC., an Arizona Corporation | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S AMENDED SHORT FORM COMPLAINT** |

Plaintiff Teresa Leanza hereby files this Notice of Withdrawal of Plaintiff's Amended Short Form Complaint (Doc. 17944).

This 10th day of July 2019.

                                                    */s/ Clint Reed*
                                                    Clint Reed, Texas Bar No. 24084674
                                                    JOHNSON LAW GROUP
                                                    2925 Richmond Ave., Suite 1700
                                                    Houston, Texas 77098
                                                    Tel: 713-626-9336
                                                    Fax: 713-626-3394
                                                    [IVC@JOHNSONLAWGROUP.COM](mailto:IVC@JOHNSONLAWGROUP.COM)

                                                 **Attorney for Plaintiff Teresa Leanza**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

    */s/ Clint Reed*
    Clint Reed, Texas Bar No. 24084674
    JOHNSON LAW GROUP
    2925 Richmond Ave., Suite 1700
    Houston, Texas 77098
    Tel: 713-626-9336
    Fax: 713-626-3394
    IVC@JOHNSONLAWGROUP.COM

**Attorney for Plaintiff Teresa Leanza**