### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This document relates to Plaintiff(s): ) <br> ) <br> **See Exhibit "A"** ) <br> ) <br> ) <br> ) | No. MD-15-02641-DGC <br><br> **NOTICE OF WITHDAWAL OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Attorney Laura Baughman hereby withdraws as counsel of record for the Plaintiffs listed on Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT Attorneys Russell W. Budd and Sindhu S. Daniel of the law firm BARON & BUDD, P.C. shall continue to serve as counsel for the Plaintiffs listed in on Exhibit A.

Respectfully submitted:

| | |
|---|---|
| */s/ Russell W. Budd* <br> Russell W. Budd <br> TX Bar No. 03312400 <br> Sindhu S. Daniel <br> NJ Bar No. 010711996 <br> **BARON & BUDD, P.C.** <br> 3102 Oak Lawn Avenue, Suite 1100 <br> Dallas, Texas 75219 <br> Telephone: (214) 521-3605 <br> rbudd@baronbudd.com <br> sdaniel@baronbudd.com | */s/ Laura J. Baughman*_____ <br> Laura J. Baughman <br> TX Bar No. 00791846 <br> **MARTIN BAUGHMAN, PLLC** <br> 3710 Rawlins, Suite #1230 <br> Dallas, Texas 75219 <br> Telephone: (214) 761-6614 <br> lbaughman@martinbaughman.com |

1

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              */s/ Russell W. Budd*_____
                                              Russell W. Budd