# EXHIBIT A

| Client Name | Cause Number |
|---|---|
| Angelo, Mark | 2:17-cv-01385-DGC |
| Barraza, Maria | 2:18-cv-03098-DGC |
| Beasley, Paul | 2:18-cv-03079-DGC |
| Bicica, Kirsten | 2:16-cv-00177-DGC |
| Black, Karen | 2:19-cv-01258-DGC |
| Cady, Irvin | 2:18-cv-03099-DGC |
| Carter, Cheyenne | 2:16-cv-00178-DGC |
| Carter, Sandra Lee | 2:18-cv-03100-DGC |
| Chance, Laura | 2:16-cv-03627-DGC |
| Chapman, Larry | 2:18-cv-04151-DGC |
| Cherasard, Bridgette | 2:18-cv-03080-DGC |
| Clea, Pia | 2:17-cv-01362-DGC |
| Collins, Arthur, Sr. | 2:18-cv-03081-DGC |
| Cooper, Tyrone | 2:17-cv-01355-DGC |
| Crissey, Martin | 2:16-cv-01362-DGC |
| Currenti, Kerry | 2:18-cv-02761-DGC |
| Curry, Kimberly | 2:16-cv-00179-DGC |
| Dahl, Amy | 2:18-cv-03101-DGC |
| Dostie, Robert | 2:18-cv-04152-DGC |
| Duncason, Catriona Mhairi | 2:18-cv-03082-DGC |
| Dougal, Robert | 2:16-cv-00180-DGC |
| Edwards, Myra | 2:15-cv-02090-DGC |
| El-Amin, RaSheedah | 2:17-cv-01358-DGC |
| Eastman, Edmund | 2:16-cv-03760-DGC |
| Ferroni, Jill | 2:17-cv-01386-DGC |
| Finnels, Calvin Lee | 2:17-cv-01382-DGC |
| Flippin, Freddie | 2:17-cv-01387-DGC |
| Fox-Himes, Cherie | 2:18-cv-04158-DGC |
| Freeman, Nicko | 2:18-cv-03102-DGC |
| Gauntt, James | 2:18-cv-04155-DGC |

| | |
|---|---|
| Garner, Carrie | 2:18-cv-03085-DGC |
| Gibson, Judy | 2:16-cv-00181-DGC |
| Graham, James | 2:18-cv-03103-DGC |
| Hall, Joyce | 2:16-cv-00851-DGC |
| Hall, Matthew | 2:16-cv-01363-DGC |
| Hammond, Lorella | 2:18-cv-03086-DGC |
| Hands, Tyler | 2:19-cv-00045-DGC |
| Harwell, Robert | 2:16-cv-01364-DGC |
| Hayes, Susan | 2:16-cv-00182-DGC |
| Henion, Robert | 2:16-cv-01222-DGC |
| Hoffler, Donna | 2:18-cv-03087-DGC |
| Horowitz, Philip | 2:18-cv-04161-DGC |
| Howard, Deborah | 2:16-cv-01223-DGC |
| Huff, Star | 2:16-cv-01243-DGC |
| Johnson, Andrew | 2:18-cv-03088-DGC |
| Kiley, Nancy | 2:16-cv-01239-DGC |
| King, Patty | 2:16-cv-00183-DGC |
| Krause, William | 2:18-cv-03104-DGC |
| Lambert, Leoma | 2:17-cv-01359-DGC |
| Lazenby, Mary | 2:17-cv-04087-DGC |
| Legan, Verna | 2:17-cv-01354-DGC |
| Levine, Ben | 2:18-cv-03105-DGC |
| Lopez, Joe | 2:16-cv-01358-DGC |
| Martel, Shirley | 2:16-cv-01242-DGC |
| Martin, Alisha | 2:18-cv-04162-DGC |
| Martz, Mandie | 2:18-cv-03089-DGG |
| McCoy, Chani | 2:18-cv-04200-DGC |
| McCartney, Lester | 2:17-cv-00126-DGC |
| McCorkle, Samuel | 2:18-cv-03090-DGC |
| McGhee, Kenya | 2:16-cv-01238-DGC |
| Menez, Donald | 2:16-cv-01207-DGC |
| Moss, Diana | 2:18-cv-00032-DGC |
| Nason, Erin Heather | 2:18-cv-03091-DGC |
| Nelson, Ruth | 2:17-cv-01384-DGC |
| Patterson, Patricia | 2:18-cv-03106-DGC |

| | |
|---|---|
| Pryor, Valerie | 2:16-cv-01240-DGC |
| Redding, Felicia | 2:18-cv-03107-DGC |
| Remache, Shannon Lee | 2:18-cv-03109-DGC |
| Richard, Mario M | 2:18-cv-03093-DGC |
| Riggs, Eddie | 2:17-cv-03325-DGC |
| Ross, Brian | 2:18-cv-03092-DGC |
| Sell, Tiffany | 2:16-cv-01241-DGC |
| Showalter, Shirley | 2:18-cv-03112-DGC |
| Siegfried, Tammie | 2:18-cv-04201-DGC |
| Smith, Edward | 2:17-cv-01361-DGC |
| Smith, Brenda | 2:17-cv-01388-DGC |
| Smith, Remie, J | 2:18-cv-02130-DGC |
| Spane, Jennifer | 2:18-cv-01581-DGC |
| Stokely, Kristen | 2:17-cv-03385-DGC |
| Sweet, Margaret | 2:18-cv-03095-DGC |
| Taylor, Kendrick | 2:15-cv-02463-DGC |
| Townley, Brenda | 2:16-cv-01359-DGC |
| Townsend, Benjamin | 2:16-cv-01384-DGC |
| Tuck, Dariel | 2:18-cv-04202-DGC |
| Waggoner, Shari | 2:18-cv-04329-DGC |
| Walton, Winston | 2:18-cv-04203-DGC |
| Ward, Jack | 2:17-cv-01357-DGC |
| Ward, Richard | 2:17-cv-01356-DGC |
| Waser, Jason | 2:18-cv-03113-DGC |
| Watson, Virginia | 2:17-cv-01383-DGC |
| Wertz, Elisha | 2:17-cv-01389-DGC |
| Wheeler, Melinda | 2:18-cv-03114-DGC |
| Whitemore, Carrie | 2:17-cv-01353-DGC |
| White, Peggy | 2:18-cv-04204-DGC |
| Williams, Anthony | 2:16-cv-01361-DGC |
| Williams, Michael, S | 2:18-cv-04205-DGC |
| Williams, Stephanie | 2:17-cv-01360-DGC |
| Wilson, Alice | 2:18-cv-03097-DGC |