**EXHIBIT F**
**Track 3 Cases**
**Direct-Filed Cases Where Parties Do NOT Agree to Venue Identified in Short Form Complaint**

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Jaeneen Marie Adams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00928-PHX-DGC | CV-19-00928-PHX-DGC | USDC MO, Western District | USDC KS | KS | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| Alan Alcott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-02383-PHX-DGC | CV-17-02383-PHX-DGC | USDC LA, Eastern District | USDC NY, Western District | NY | Law Offices of Dean A Goetz |
| Aron C. Aldridge v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-02500-PHX-DGC | CV-16-02500-PHX-DGC | USDC FL, Middle District | USDC IL, Central District | IL | Freese & Goss PLLC - Birmingham, AL |
| Dale Allen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-01376-PHX-DGC | CV-18-01376-PHX-DGC | USDC KY, Western District | USDC IN, Southern District | IN | Moody Law Firm, Inc. |
| Beverly Rae Allen-Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02415-PHX-DGC | CV-18-02415-PHX-DGC | USDC FL, Middle District | USDC MD | MD | Law Office Of Christopher K Johnston LLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Christina Atkinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00339-PHX-DGC | CV-18-00339-PHX-DGC | USDC FL, Middle District | USDC TN, Eastern District | TN | Miller Firm LLC |
| Janet Baird v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-03978-PHX-DGC | CV-17-03978-PHX-DGC | USDC KY, Western District | USDC WV, Southern District | WV | Law Office Of Christopher K Johnston LLC |
| Kelly Bartlett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03018-PHX-DGC | CV-19-03018-PHX-DGC | USDC IN, Southern District | USDC MS, Northern District | KY | Johnson Law Group |
| Brett C. Barton v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01338-PHX-DGC | CV-16-01338-PHX-DGC | USDC CA, Eastern District | USDC TX, Northern District | TX | Gallagher & Kennedy, PA |
| Gary Belcher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03190-PHX-DGC | CV-19-03190-PHX-DGC | USDC WV, Southern District | USDC OH, Southern District | OH | Johnson Law Group |
| Joseph Bell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02411-PHX-DGC | CV-18-02411-PHX-DGC | USDC MO, Eastern District | USDC IL, Central District | IL | Law Office Of Christopher K Johnston LLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Kenneth Bird v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-04153-PHX-DGC | CV-17-04153-PHX-DGC | USDC NY, Northern District | USDC MD | MD | Law Office Of Christopher K Johnston LLC |
| Maxine Blankenship v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-00180-PHX-DGC | CV-17-00180-PHX-DGC | USDC WV, Southern District | USDC KY, Eastern District | KY | Bubalo Goode Sales & Cronen |
| Xavier Block v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-04173-PHX-DGC | CV-18-04173-PHX-DGC | USDC MO, Western District | USDC KS | KS | Goldenberg Law, PLLC |
| Amanda Boutin v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00913-PHX-DGC | CV-16-00913-PHX-DGC | USDC NH | USDC MA | MA | Goldwater Law Firm, PC |
| Lori Bradley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03164-PHX-DGC | CV-19-03164-PHX-DGC | USDC AZ | USDC TX, Western District | TX | Wagstaff & Cartmell LLP |
| Gerald Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03064-PHX-DGC | CV-19-03064-PHX-DGC | USDC FL, Middle District | USDC NV | NV | Johnson Law Group |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| William Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04331-PHX-DGC | CV-16-04331-PHX-DGC | USDC WV, Southern District | USDC NY, Northern District | NY | Flint Law Firm LLC |
| Barry Lee Browning v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, CV-16-02428-PHX-DGC | CV-16-02428-PHX-DGC | USDC WV, Southern District | USDC KY, Eastern District | KY | Dudley Law Firm LLC |
| Gary L. Bussell v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01094-PHX-DGC | CV-16-01094-PHX-DGC | USDC WA, Eastern District | USDC ME | ME | Gallagher & Kennedy, PA |
| Margaret B. Buxbaum and Bennett I. Buxbaum v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01092-PHX-DGC | CV-16-01092-PHX-DGC | USDC FL, Middle District | USDC SC | SC | Gallagher & Kennedy, PA |
| Dorcas Campos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-01707-PHX-DGC | CV-19-01707-PHX-DGC | USDC TX, Eastern District | USDC FL, Middle District | FL | Moody Law Firm, Inc. |
| James Casher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03488-PHX-DGC | CV-19-03488-PHX-DGC | USDC AR, Western District | USDC OK, Northern District | OK | Johnson Law Group |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Laura Chance and Mark Allen Chance, Sr. v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-03627-PHX-DGC | CV-16-03627-PHX-DGC | USDC VA, Western District | USDC FL, Southern District | FL | Schiffer Odom Hicks & Johnson PLLC |
| Andrew Christensen and Rhonda Connelly v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03326-PHX-DGC | CV-19-03326-PHX-DGC | USDC SC | USDC GA, Southern District | GA | Driggs, Bills & Day, PLLC - Seattle |
| Thomas Cronkhite v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02969-PHX-DGC | CV-19-02969-PHX-DGC | USDC TN, Middle District | USDC TX, Western District | TX | Johnson Law Group |
| Dana Daniels v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00333-PHX-DGC | CV-16-00333-PHX-DGC | MO - 16th Circuit, Jackson County | USDC KY, Western District | MO | Martin Baughman, PLLC |
| Kathy J. Douglas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-04536-PHX-DGC | CV-17-04536-PHX-DGC | USDC OH, Southern District | USDC WV, Southern District | WV | Law Office Of Christopher K Johnston LLC |
| Karlene Duval v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01067-PHX-DGC | CV-17-01067-PHX-DGC | USDC FL, Middle District | USDC ME | ME | Fleming, Nolen, & Jez LLP |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Anthony Ellis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01247-PHX-DGC | CV-17-01247-PHX-DGC | USDC IL, Southern District | USDC PA, Western District | PA | Goldenberg Law, PLLC |
| Allen Gene Erlitz and Sally Ann Erlitz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00212-PHX-DGC | CV-16-00212-PHX-DGC | USDC MN | USDC SD | SD | Gallagher & Kennedy, PA |
| Sandra Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-02272-PHX-DGC | CV-16-02272-PHX-DGC | USDC OK, Western District | USDC TX, Southern District | TX | Bernstein Liebhard LLP |
| Tommy Fairchild v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-04718-PHX-DGC | CV-17-04718-PHX-DGC | USDC FL, Middle District | USDC OK, Northern District | OK | Moody Law Firm, Inc. |
| Christopher Ferrara v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00475-PHX-DGC | CV-18-00475-PHX-DGC | USDC DE | USDC PA, Eastern District | PA | Miller Firm LLC |
| Julia Frampton v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03874-PHX-DGC | CV-19-03874-PHX-DGC | USDC MO, Eastern District | USDC TN, Middle District | TN | Johnson Law Group |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Susan Fregeau v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02687-PHX-DGC | CV-19-02687-PHX-DGC | USDC MO, Eastern District | USDC IL, Northern District | IL | Miller Firm LLC |
| Eugenia French v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03016-PHX-DGC | CV-19-03016-PHX-DGC | USDC TN, Middle District | USDC AR, Eastern District | AR | Johnson Law Group |
| Laura Garritano and Dominic Garritano v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03146-PHX-DGC | CV-19-03146-PHX-DGC | USDC NC, Eastern District | USDC CA, Central District | CA | McEwen Law Firm, Ltd |
| Barbara Gee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02424-PHX-DGC | CV-18-02424-PHX-DGC | USDC FL, Middle District | USDC NY, Western District | NY | Law Office Of Christopher K Johnston LLC |
| Tameka Golden v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01398-PHX-DGC | CV-16-01398-PHX-DGC | USDC PA, Eastern District | USDC VA, Eastern District | VA | Gallagher & Kennedy, PA |
| Tracy Gordon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03101-PHX-DGC | CV-19-03101-PHX-DGC | USDC PA, Eastern District | USDC AZ | AZ | Johnson Law Group |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Lindsey Graham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03049-PHX-DGC | CV-19-03049-PHX-DGC | USDC SC | USDC GA, Southern District | GA | Johnson Law Group |
| Gary Lloyd Granttham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-03180-PHX-DGC | CV-17-03180-PHX-DGC | USDC TN, Eastern District | USDC GA, Northern District | GA | Driggs, Bills & Day, PC |
| Trinita Gray-Stewart v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03125-PHX-DGC | CV-19-03125-PHX-DGC | USDC VA, Eastern District | USDC DC | DC | Bernstein Liebhard LLP |
| Demetruis Gregory v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00685-PHX-DGC | CV-19-00685-PHX-DGC | USDC TX, Southern District | USDC AL, Middle District | AL | Moody Law Firm, Inc. |
| Nicole Elizabeth Gross and Michael Alan Gross v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00161-PHX-DGC | CV-16-00161-PHX-DGC | USDC NC, Western District | USDC MA | MA | Martin & Jones, PLLC |
| Christopher Hampton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04202-PHX-DGC | CV-16-04202-PHX-DGC | USDC OR | USDC CA, Eastern District | CA | Gruber & Gruber |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Oma Hardwick and Charles Hardwick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01953-PHX-DGC | CV-16-01953-PHX-DGC | USDC WV, Southern District | USDC KY, Eastern District | KY | Miller Firm LLC |
| Stephen Hatfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03060-PHX-DGC | CV-19-03060-PHX-DGC | USDC NC, Middle District | USDC AL, Northern District | AL | Johnson Law Group |
| Jonathan Haynes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04203-PHX-DGC | CV-16-04203-PHX-DGC | USDC MD | USDC DC | DC | Gruber & Gruber |
| Shonda Evette Haywood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00603-PHX-DGC | CV-18-00603-PHX-DGC | USDC TX, Eastern District | USDC OK, Western District | OK | Law Office Of Christopher K Johnston LLC |
| Nelson R. Hernandez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-01313-PHX-DGC | CV-18-01313-PHX-DGC | USDC NY, Southern District | USDC MD | MD | Fleming, Nolen, & Jez LLP |
| Danny L. Hickman and Kim Hickman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-03771-PHX-DGC | CV-16-03771-PHX-DGC | USDC KY, Western District | USDC TN, Middle District | TN | Gallagher & Kennedy, PA |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Cynthia Houston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00320-PHX-DGC | CV-18-00320-PHX-DGC | USDC TX, Eastern District | USDC CA, Central District | CA | Martin Baughman, PLLC |
| Lavette Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00288-PHX-DGC | CV-18-00288-PHX-DGC | USDC CA, Eastern District | USDC OK, Western District | OK | Law Offices of Lawrence S. Paikoff |
| Nicole Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-01562-PHX-DGC | CV-18-01562-PHX-DGC | USDC NC, Eastern District | USDC VA, Eastern District | VA | Miller Firm LLC |
| Alysia Kinner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-04134-PHX-DGC | CV-17-04134-PHX-DGC | USDC GA, Southern District | USDC NY, Northern District | NY | Law Office Of Christopher K Johnston LLC |
| Patricia Kurtz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03070-PHX-DGC | CV-19-03070-PHX-DGC | USDC FL, Middle District | USDC PA, Western District | PA | Johnson Law Group |
| Jerry Livingston v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03870-PHX-DGC | CV-19-03870-PHX-DGC | USDC GA, Southern District | USDC TN, Middle District | TN | Johnson Law Group |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Joseph Long v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02138-PHX-DGC | CV-19-02138-PHX-DGC | USDC MO, Western District | USDC KS | KS | Flint Law Firm LLC |
| Christy T. Luellen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02772-PHX-DGC | CV-19-02772-PHX-DGC | USDC TX, Eastern District | USDC MS, Northern District | MS | Weitz & Luxenberg, PC |
| David MacEachern v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-02497-PHX-DGC | CV-17-02497-PHX-DGC | USDC FL, Northern District | USDC MS, Northern District | MS | Law Office Of Christopher K Johnston LLC |
| Tammy Rose Martin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02899-PHX-DGC | CV-19-02899-PHX-DGC | USDC RI | USDC MA | MA | Johnson Law Group |
| Michael E. Mays v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04227-PHX-DGC | CV-16-04227-PHX-DGC | USDC IL, Central District | USDC TN, Western District | TN | Gruber & Gruber |
| Steven R. McKenzie v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-04117-PHX-DGC | CV-17-04117-PHX-DGC | USDC MS, Southern District | USDC FL, Middle District | FL | Law Office Of Christopher K Johnston LLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Tanessa T. McKnight v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00070-PHX-DGC | CV-18-00070-PHX-DGC | USDC WI, Western District | USDC MD | MD | Law Office Of Christopher K Johnston LLC |
| Nikie Konecki as Administrator of the Estate of Margaret A. McWilliams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01235-PHX-DGC | CV-17-01235-PHX-DGC | USDC TX, Western District | USDC NJ | NJ | Martin Baughman, PLLC |
| Tonia Michalski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00600-PHX-DGC | CV-18-00600-PHX-DGC | USDC IN, Northern District | USDC IL, Northern District | IL | Law Office Of Christopher K Johnston LLC |
| Sharon A. Morris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02813-PHX-DGC | CV-19-02813-PHX-DGC | USDC IL, Southern District | USDC KY, Western District | KY | Flint Law Firm LLC |
| Timothy L. Morrison v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02419-PHX-DGC | CV-18-02419-PHX-DGC | USDC FL, Middle District | USDC PA, Middle District | PA | Law Office Of Christopher K Johnston LLC |
| Dennis Nelson and Kathy Nelson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-03214-PHX-DGC | CV-17-03214-PHX-DGC | USDC MS, Southern District | USDC LA, Eastern District | LA | Lamothe Law Firm, LLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| David Orozco v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-04231-PHX-DGC | CV-19-04231-PHX-DGC | USDC NV | USDC CA, Northern District | CA | Marc J Bern & Partners LLP |
| Peggy Page v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02818-PHX-DGC | CV-19-02818-PHX-DGC | USDC NV | USDC AR, Eastern District | AR | Flint Law Firm LLC |
| Justin Peterson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00774-PHX-DGC | CV-16-00774-PHX-DGC | USDC OR | USDC PA, Middle District | PA | Martin Baughman, PLLC |
| Susan Porath v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02480-PHX-DGC | CV-18-02480-PHX-DGC | USDC IL, Central District | USDC MI, Western District | MI | Goldenberg Law, PLLC |
| Luz Reyes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02396-PHX-DGC | CV-18-02396-PHX-DGC | USDC IL, Northern District | USDC FL, Middle District | FL | Law Office Of Christopher K Johnston LLC |
| Wendy Rhoades v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-00551-PHX-DGC | CV-17-00551-PHX-DGC | USDC OR | USDC PA, Middle District | PA | Gallagher & Kennedy, PA |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| John Richard and Elizabeth Richard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03635-PHX-DGC | CV-19-03635-PHX-DGC | USDC LA, Eastern District | USDC AL, Southern District | AL | Ferrer, Poirot & Wansbrough |
| Gilberto Rivera v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03066-PHX-DGC | CV-19-03066-PHX-DGC | USDC FL, Middle District | USDC PR | PR | Johnson Law Group |
| Edward A. Romero v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00789-PHX-DGC | CV-19-00789-PHX-DGC | USDC CO | USDC TN, Middle District | TN | Andrus Wagstaff, PC |
| Francis Ross v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03019-PHX-DGC | CV-19-03019-PHX-DGC | USDC NH | USDC PA, Eastern District | PA | Johnson Law Group |
| Dianna L. Roush v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00790-PHX-DGC | CV-19-00790-PHX-DGC | USDC WV, Southern District | USDC KY, Eastern District | KY | Andrus Wagstaff, PC |
| William Ruff and Amy Ruff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02510-PHX-DGC | CV-18-02510-PHX-DGC | USDC NC, Western District | USDC SC | SC | Moody Law Firm, Inc. |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Donna Segars, as Executor of the Estate of Harold Segars v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01223-PHX-DGC | CV-17-01223-PHX-DGC | USDC GA, Middle District | USDC FL, Middle District | FL | Miller Firm LLC |
| Rafael Severino v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-02412-PHX-DGC | CV-18-02412-PHX-DGC | USDC FL, Southern District | USDC NY, Southern District | NY | Law Office Of Christopher K Johnston LLC |
| Abdel Hameed Shehadeh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00768-PHX-DGC | CV-18-00768-PHX-DGC | USDC OH, Northern District | USDC NY, Southern District | NY | Law Office Of Christopher K Johnston LLC |
| Gregory Shrum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02948-PHX-DGC | CV-19-02948-PHX-DGC | USDC TN, Middle District | USDC KY, Western District | KY | Johnson Law Group |
| Inez Singleton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01056-PHX-DGC | CV-17-01056-PHX-DGC | USDC SC | USDC WI, Western District | WI | Gallagher & Kennedy, PA |
| Michael Szewczyk v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00934-PHX-DGC | CV-19-00934-PHX-DGC | USDC MA | USDC RI | RI | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Christopher Thomas and Staci Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-01657-PHX-DGC | CV-18-01657-PHX-DGC | USDC KS | USDC TX, Southern District | TX | Moody Law Firm, Inc. |
| Daphne D. Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-04368-PHX-DGC | CV-18-04368-PHX-DGC | USDC FL, Middle District | USDC GA, Southern District | GA | Searcy Denney Scarola Barnhart & Shipley, PA |
| Elliotte Thomas, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03099-PHX-DGC | CV-19-03099-PHX-DGC | USDC IN, Northern District | USDC FL, Middle District | FL | Johnson Law Group |
| Jennifer Tilden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01548-PHX-DGC | CV-17-01548-PHX-DGC | USDC NV | USDC CT | CT | Miller Firm LLC |
| Brenda Towers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03014-PHX-DGC | CV-19-03014-PHX-DGC | USDC IL, Northern District | USDC CA, Central District | CA | Johnson Law Group |
| Robert Traughber and Vickie J. Traughber v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01660-PHX-DGC | CV-16-01660-PHX-DGC | USDC IN, Southern District | USDC KY, Western District | KY | Miller Firm LLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Adrienne Ward v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01576-PHX-DGC | CV-16-01576-PHX-DGC | USDC TX, Northern District | USDC MO, Western District | MO | Pogust Braslow & Millrood, LLC |
| Amber Ward and Eric Ward v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-00246-PHX-DGC | CV-18-00246-PHX-DGC | USDC CA, Eastern District | USDC NV | NV | Law Offices of Lawrence S. Paikoff |
| Elton L. Ward v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04310-PHX-DGC | CV-16-04310-PHX-DGC | USDC WI, Eastern District | USDC MS, Southern District | MS | Gruber & Gruber |
| David Weatherly v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02787-PHX-DGC | CV-19-02787-PHX-DGC | USDC WA, Western District | USDC ID | ID | Flint Law Firm LLC |
| Kelly Wells and Jeffrey Wells v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04497-PHX-DGC | CV-16-04497-PHX-DGC | USDC OH, Northern District | USDC PA, Western District | PA | Spangenberg Shibley & Liber LLP |
| Diana Wilkerson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02604-PHX-DGC | CV-19-02604-PHX-DGC | USDC IN, Southern District | USDC OH, Northern District | OH | Flint Law Firm LLC |

| Case Caption | Civil Action | Plaintiff's Proposed Transfer Venue | Defendants' Proposed Transfer Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Johnny Williams, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-01113-PHX-DGC | CV-19-01113-PHX-DGC | USDC IL, Northern District | USDC WI, Western District | WI | Moody Law Firm, Inc. |
| Jeffrey Eugene Williams, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-01497-PHX-DGC | CV-17-01497-PHX-DGC | USDC LA, Eastern District | USDC TX, Southern District | TX | Burnett Law Firm |
| Nancy A. Wilson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02773-PHX-DGC | CV-19-02773-PHX-DGC | USDC MI, Western District | USDC SC | SC | Flint Law Firm LLC |
| Rose Wisniach v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-04312-PHX-DGC | CV-16-04312-PHX-DGC | USDC CO | USDC FL, Middle District | FL | Gruber & Gruber |
| Meribeth Zane v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-03170-PHX-DGC | CV-16-03170-PHX-DGC | USDC GA, Northern District | USDC TN, Eastern District | TN | Gallagher & Kennedy, PA |