# Exhibit B

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

June 2, 2017

<u>**VIA EMAIL AND U.S. MAIL**</u>

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley, Esq.
Fears Nachawati, PLLC
4925 Greenville Ave., Ste 715
Dallas TX  75206
mccarley@fnlaw.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

>    Re:   *Bernardette McBride v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**
>
>    *Plaintiff's Profile Form for Bernardette McBride*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than May 23, 2017; however, we still have not received a PPF for your client.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fears Nachawati, PLLC
June 2, 2017
Page 2

    Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                      Sincerely yours,

                                      Sanjay Ghosh

                                      *Attorney for C.R. Bard, Inc. and*
                                      *Bard Peripheral Vascular, Inc.*

SG/

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA  30363
Tel: 404.322.6000  Fax: 404.322.6397
www.nelsonmullins.com

Sanjay Ghosh
Tel: 404.322.6282
Fax: 404.322.6050
sanjay.ghosh@nelsonmullins.com

August 14, 2017

**VIA EMAIL AND U.S. MAIL**

Robert R. Boatman
Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
rwb@gknet.com
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley, Esq.
Fears Nachawati PLLC
4925 Greenville Ave., Ste 715
Dallas TX  75206
mccarley@fnlawfirm.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

    *Re:*    *Bernardette McBride v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

          *Plaintiff's Profile Form for Bernardette McBride*

Dear Counsel,

    This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than May 23, 2017; however, we still have not received a PPF for your client.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fears Nachawati PLLC
August 14, 2017
Page 2

      This is the second overdue letter we are sending since we have not received a response to the first one. Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                                            Sincerely yours,

                                            Sanjay Ghosh

                                            *Attorney for C.R. Bard, Inc. and*
                                            *Bard Peripheral Vascular, Inc.*

SG/



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
Atlantic Station
201 17th Street, NW/ Suite 1100
Atlantic GA  30363
T 404.322.6000  F 404.322.6397
nelsonmullins.com

Sanjay Ghosh
T 404.322.6282  F 404.322.6050
sanjay.ghosh@nelsonmullins.com

December 19, 2017

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley
Veronica Canizales
Fears Nachawati Law Firm
4925 Greenville Ave., Suite 715
Dallas TX  75206
mccarley@fnlawfirm.com
vcanizales@fnlawfirm.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

> Re:  *Bernadette McBride v. C. R. Bard, Inc., et al.*,  Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)
>
> *Plaintiff's Profile Form for Bernadette McBride*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due on May 23, 2017; however, we still have not received a PPF for this plaintiff.

This is the third PPF overdue letter we are sending for this plaintiff because we have not received a response to the first two PPF overdue letters we sent to your office.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Fear Nachawati Law Firm
December 19, 2017
Page 2

    Moreover, two (2) complaints have been filed for this plaintiff (Case No. CV-16-01090-PHX-DGC and Case No. 17-00876-PHX-DGC). One of these cases needs to be dismissed immediately.

    The defendants will move to dismiss both complaints filed on behalf of this plaintiff if a PPF is not received within 20 days of the date of this letter. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

                               Sincerely yours,

                               Sanjay Ghosh

                             ***Attorney for C.R. Bard, Inc. and***
                             ***Bard Peripheral Vascular, Inc.***

SG/



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station
201 17th Street, NW | Suite 1700
Atlanta, GA 30363
T 404.322.6000  F 404.322.6050
nelsonmullins.com

Sean M. Kirwin
T 404.322.6233
sean.kirwin@nelsonmullins.com

September 10, 2018

**VIA EMAIL AND U.S. MAIL**

Mark S. O'Connor
Paul Stoller
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Matthew Ryan McCarley
FEARS NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
mccarley@fnlawfirm.com

Ramon Lopez
LOPEZ McHUGH, LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

   Re: ***Bernardette McBride v. C. R. Bard, Inc., et al.*, Civil Action No.: MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

     *Plaintiff Profile Form for Bernardette McBride*

Dear Counsel,

   This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action.

   We note that we still have not received your client's Plaintiff Profile Form ("PPF") despite repeated attempts from our firm seeking the PPF and reminding you that it was overdue. In an effort to receive the PPF, our firm sent you correspondence on June 2,

GALLAGHER & KENNEDY, P.A.
LOPEZ McHUGH, LLP
FEARS NACHAWATI LAW FIRM
September 10, 2018
Page 2

2017; August 14, 2017; and December 19, 2017 reminding you that the PPF was overdue and asking you to serve a completed PPF in the above-referenced action. To-date, however, we have received no PPF in the above-reference case.

 Because no PPF has been forthcoming despite our numerous attempts, this correspondence is to inform you that unless we receive a completed PPF for your client within ten (10) days of the date of this letter, we will move to dismiss the above-referenced case.

        Sincerely yours,

        Sean M. Kirwin

        **Attorney for C.R. Bard, Inc. and**
        **Bard Peripheral Vascular, Inc.**

SK/