# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate, $6.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 25162066
Certification Number

Lois J. Warner — Local Registrar

JUN 25, 2018 — Date Issued

---

## COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
### CERTIFICATE OF DEATH

1. Decedent's Legal Name: **Thomas Malys**
2. Sex: **Male**
4. Date of Death: **06/23/2018**
5a. Age Last Birthday: **66**
6. Date of Birth: **April 25, 1952**
7a. Birthplace: **Plains Twp., PA**
7b. Birthplace (County): **Luzerne**
8a. Residence (State): **Pennsylvania**
8b. Residence (Street): **21 Pine Street**
8c. Did Decedent Live in a Township? No, decedent lived in limits of **Harveys Lake**
8d. Residence (County): **Luzerne**
8e. Residence (Zip Code): **18618**
9. Ever in US Armed Forces? **No**
10. Marital Status at Time of Death: **Married**
11. Surviving Spouse's Name: **Dorothea Catina**
12. Father/Parent's Name: **Henry Malys**
13. Mother/Parent's Name Prior to First Marriage: **Sophie Kolesar**
14a. Informant's Name: **Dorothea Malys**
14b. Relationship to Decedent: **Spouse**

15. Place of Death: Inpatient
15b. Facility Name: **Wilkes-Barre General Hospital**
15c. City, State, Zip: **Wilkes-Barre, PA 18764**
15d. County of Death: **Luzerne**
16a. Method of Disposition: **Burial**
16b. Date of Disposition: **June 27, 2018**
16c. Place of Disposition: **St. Nicholas Cemetery**
16d. Location of Disposition: **Shavertown, PA 18708**
17b. License Number: **FD012639L**
17c. Name and Complete Address of Funeral Facility: **Nat & Gawlas Funeral Home, 89 Park Avenue, Wilkes-Barre, PA 18702**

18. Decedent's Education: **No diploma, 9th–12th grade**
19. Decedent of Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **White**
21. Decedent's Single Race: **White**
22a. Usual Occupation: **Head Custodian**
22b. Kind of Business/Industry: **School District**

23a. Date Pronounced Dead: **06/23/2018**
23c. License Number: **MD459060**
23d. Date Signed: **06/23/2018**
24. Time of Death: **19:35 pm**
25. Was Medical Examiner or Coroner Contacted? **No**

### CAUSE OF DEATH
Immediate Cause: **RESPIRATORY ARREST**

27. Was an autopsy performed? **No**
31. Manner of Death: **Natural**
30. Did Tobacco Use Contribute to Death? **Unknown**

39. Certifier: Pronouncing & Certifying
Signature of Certifier
Title: **MD**
License Number: **MD459060**
59. Name, Address and Zip Code of Person Completing Cause of Death:
**DR. KHUSHBU DESAI   575 N. RIVER ST. WILKES-BARRE PA 18764**
59a. Date Signed: **06-23-2018**

40. Registrar's District Number: **40-372**
41. Registrar's Signature: Lois J. Warner
42. Registrar's File Date: **06/25/2018**

Disposition Permit No. **1510103**