IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff: MALCOLM DURAN FORTUNE Civil Action No. 2:18-cv-01426-DGC | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.  It is further agreed that the non-suit will only apply to docket number 2:18-cv-01426-DGC.

Dated this 11th of July 2019.

| | |
|---|---|
| MARC J. BERN & PARTNERS LLP | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| */s/ Debra J. Humphrey* | */s/ Richard B. North, Jr.* |
| Debra J. Humphrey<br>One Grand Central Place<br>60 East 42nd Street, Suite 950<br>New York, New York 10165<br>Tel: (212) 702-5000<br>Fax: (212) 818-0164<br>dhumphrey@bernllp.com | Richard B. North, Jr.<br>201 17th Street, NW, Suite 1700<br>Atlanta, GA 30363<br>Tel: 404 322 - 6000<br>Fax: 404 322 - 6397<br>richard.north@nelsonmullins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

                                              */s/ Debra J. Humphrey*
                                              Debra J. Humphrey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff<br><br>MALCOLM DURAN FORTUNE<br>Civil Action No. 2:18-cv-01426-DGC | MDL No. 2:15-MD-02641-PHX-DGC<br><br>**ORDER GRANTING JOINT STIPULATION<br>OF DISMISSAL WITHOUT PREJUDICE** |

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Malcom Duran Fortune. Doc _____,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the parties' joint stipulation of dismissal without prejudice of Plaintiff Malcom Duran Fortune (Doc. _____) is **granted**. All claims of Plaintiff Malcolm Duran Fortune against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL 15-02641 (Member Case 2:18-cv-01426-DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ of _____, 2019.

_____
David G. Campbell
United States District Judge

1