# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MARY BETH ORR,

        Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,

        Defendants.

Case No. 2:18-CV-01109-DGC

**ORDER**

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Mary Beth Orr's Complaint, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Mary Beth Orr's Complaint is hereby dismissed with prejudice.