Exhibit C

1

2

3

4

5

6

7                 IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ARIZONA

9

10

11 PAUL POSPISIL,

                Plaintiff,

12

13 v.                        Case No. 2:18-CV-00703-DGC

14 C. R. BARD, INC., a New Jersey
Corporation; AND BARD PERIPHERAL   **ORDER**
VASCULAR INC., (a subsidiary and/or

15 Division of Defendant C. R. BARD, INC.)
an Arizona Corporation,

16

               Defendants.

17

18       Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular,

Inc.'s (collectively, "Bard") Motion to Dismiss Paul Pospisil's Complaint, and for good cause

19 shown, the Motion is hereby granted.

20       **IT IS ORDERED** that Paul Pospisil's Complaint is hereby dismissed with prejudice.

21

22

23

24

25

26

27

28