UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Lopez, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>Bard Peripheral Vascular, Inc. and C. R. )<br>Bard, Inc., et al., )<br> )<br> Defendant. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-03562-PHX-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 11, 2019 /s/ Richard B. North, Jr.
 *Attorney's signature*

 Richard B. North, Jr. (Ga. Bar No. 545599)
 *Printed name and bar number*

 Nelson Mullins Riley & Scarborough, LLP
 201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
 *Address*

 richard.north@nelsonmullins.com
 *E-mail Address*

 (404) 322-6000
 *Telephone number*

 (404 322-6050
 *FAX number*