## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS  
PRODUCTS LIABILITY LITIGATION

MDL No. 2:15-MD-02641-PHX-DGC

This Document Relates to Plaintiffs:

LEA P. DEATON and  
PATRICK S. DEATON  
Civil Action No. 2:19-cv-02977-DGC

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:19-cv-02977-DGC. This dismissal does not affect case number 2:17-cv-03066-DGC, which shall remain in suit.

Dated this 12th day of July, 2019.

Respectfully submitted,

**CELLINO & BARNES, PC**

By: /s/ *Brian A. Goldstein*  
    Brian A. Goldstein  
    2500 Main Place Tower  
    350 Main Street  
    Buffalo, NY 14202  
    Brian.goldstein@cellinoandbarnes.com  
    Tel. (716) 888-8888  
    Fax (716) 854-6291  
    *Attorneys for Plaintiffs*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

*/s/ Richard B. North, Jr.*
    Richard B. North, Jr.
    201 17th Street, NW. Suite 1700
    Atlanta, GA 30363
    Tel. (404) 322-6000
    Fax (404) 332-6397
    Richard.north@nelsonmullins.com
    *Attorneys for Defendants*

## CERTIFIATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Brian A. Goldstein*
Brian A. Goldstein