Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark Stephen O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert PLLC
701 N. 44th Street
Phoenix, Arizona 85008-6504
480-429-3000

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LISA HYDE and MARK HYDE, a married couple, <br><br> Plaintiff, <br><br> v. <br><br> C.R. Bard, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, an Arizona corporation <br><br> Defendants. | No. MD-15-02641-PHX-DGC <br><br> **STIPULATION AND NOTICE OF LODGING RECORD OF VIDEO DEPOSITION TESTIMONY PRESENTED AT TRIAL** |

The parties give notice of lodging the unofficial transcripts of testimony, attached as Exhibits A-Q, which were presented via recorded video and played to the jury during trial in the above captioned matter:

| Witness | Date Played to Jury | Exhibit |
|---|---|---|
| Frederick Rogers | September 19, 2018 | A |
| Murray Asch, M.D. | September 20, 21, 2018 | B |
| John Lehmann, M.D. | September 24, 2018 | C |
| Joseph DeJohn | September 24, 2018 | D |
| Carol Vierling | September 24, 2018 | E |

| | | | |
|---|---|---|---|
| David Henry, M.D. | September 24, 25, 2018 | | F |
| David Ciavarella, M.D. | September 25, 2018 | | G |
| Matthew Fermanich | September 25, 26, 2018 | | H |
| Guillermo Altonaga | September 26, 2018 | | I |
| Natalie Wong | September 26, 2018 | | J |
| Jason Greer | September 26, 2018 | | K |
| Janet Hudnall | September 26, 2018 | | L |
| Krishna Kandarpa, M.D. | September 262018 | | M |
| Christopher Ganser | September 26, 2018 | | N |
| William Kuo, M.D. | September 27, 2018 | | O |
| John DeFord | October 2, 2018 | | P |
| Scott Trerotola | October 2, 2018 | | Q |

The parties further stipulate the video testimony unofficial transcripts may be entered in the record and accurately reflect the testimony presented to the jury via videotape deposition during trial.

RESPECTFULLY SUBMITTED this 12th day of July, 2019.

                BEUS GILBERT PLLC

                By:*/s/ Mark S. O'Connor*
                    Mark S. O'Connor
                    701 N. 44th Street
                    Phoenix, Arizona  85008-6504

                LOPEZ McHUGH LLP
                    Ramon Rossi Lopez (CA Bar No. 86361)
                    (admitted *pro hac vice*)
                    100 Bayview Circle, Suite 5600
                    Newport Beach, California 92660

                *Counsel for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH, LLP
*s/ Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/Jessica Gallentine*

3