# Exhibit A

**Designation Run Report**

# Rogers 03-21-18 Hyde Trial Run V2

**Rogers, Frederick 07-18-2017**

**Our Designations  00:08:08**

**Their Designations  00:02:41**

**Total Time  00:10:49**



ID:09_18_18 V2

| Page/Line | Source | ID |
|---|---|---|
| | **09_18_18 V2-Rogers 03-21-18 Hyde Trial Run V2** | |
| 46:6 - 46:9 | **Rogers, Frederick 07-18-2017 (00:00:13)**<br>46:6   Q. Now, do you understand that this<br>46:7 deposition that you're giving today is to discuss<br>46:8 Bard and its IVC filters?<br>46:9   A. Yes. | 09_18_18 V2.1 |
| 60:22 - 60:25 | **Rogers, Frederick 07-18-2017 (00:00:12)**<br>60:22   Q. Did Bard ever come to you and request<br>60:23 that you conduct a clinical trial or perform a trial<br>60:24 study of any of its filters?<br>60:25   A. Not that I recall. | 09_18_18 V2.2 |
| 61:8 - 61:25 | **Rogers, Frederick 07-18-2017 (00:01:02)**<br>61:8   Q. When you met with the panel at the<br>61:9 Bard summit we discussed a while ago, do you recall<br>61:10 any discussions about Bard performing a clinical<br>61:11 trial or undertaking a trial study of any of its<br>61:12 filters?<br>61:13   A. I don't recall specifically any<br>61:14 discussions to that extent.  But I will say that<br>61:15 I've had a longstanding interest in doing a study on<br>61:16 the effectiveness of filters and, specifically, in<br>61:17 trauma patients.  I may have talked to Bard about<br>61:18 that.  I don't recall.<br>61:19   Q. You may have spoken to Bard about<br>61:20 that?<br>61:21   A. Yes, sir.<br>61:22   Q. But they have never, in turn,<br>61:23 requested that you conduct such a study of its<br>61:24 filters, for example, correct?<br>61:25   A. Not that I recall. | 09_18_18 V2.3 |
| 67:25 - 68:3 | **Rogers, Frederick 07-18-2017 (00:00:14)**<br>67:25   Q. And if the filter did not stay in<br>68:1 place and migrated up to the heart, what safety risk<br>68:2 would be associated with a Bard filter under those<br>68:3 circumstances? | 09_18_18 V2.4 |
| 68:5 - 68:8 | **Rogers, Frederick 07-18-2017 (00:00:18)**<br>68:5 THE WITNESS:  If it migrated to the<br>68:6 heart, it could -- it could cause an arrythmia, it<br>68:7 could cause tamponade.  Those would be the two big<br>68:8 concerns with a filter that moved to the heart. | 09_18_18 V2.5 |
| 106:10 - 106:14 | **Rogers, Frederick 07-18-2017 (00:00:20)** | 09_18_18 V2.6 |

| | 09_18_18 V2-Rogers 03-21-18 Hyde Trial Run V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 106:10   Q. Doctor, it's my understanding that | |
| | 106:11 you are an author on an article titled, Vena Cava | |
| | 106:12 Filter Use in Trauma and Rates of Pulmonary | |
| | 106:13 Embolism, 2003 to 2015? | |
| | 106:14   A. Yes, sir. | |
| 106:18 - 106:19 | **Rogers, Frederick 07-18-2017 (00:00:05)** | 09_18_18 V2.7 |
| | 106:18 MR. JOHNSON:  And, Amanda, we would | |
| | 106:19 like to mark that as Exhibit-4053, please. | |
| 107:1 - 107:13 | **Rogers, Frederick 07-18-2017 (00:00:39)** | 09_18_18 V2.8 |
| | 107:1   Q. Doctor, take a minute and just | ROGERS 4053-TRIAL 1890.1 |
| | 107:2 confirm that that is the article you are an author | ROGERS 4053-TRIAL 1890.1.2 |
| | 107:3 on. | |
| | 107:4   A. Yes, I recognize the article. | |
| | 107:5   Q. It was published in May -- I'm sorry, | ROGERS 4053-TRIAL 1890.1 |
| | 107:6 on May 17th, 2017, in JAMA? | |
| | 107:7   A. JAMA Surgery. | |
| | 107:8   Q. JAMA Surgery.  And JAMA stands for | |
| | 107:9 the Journal of the American Medical Association? | |
| | 107:10   A. Correct. | |
| | 107:11   Q. And the article spans 12 years and | |
| | 107:12 involved many patients; is that correct? | |
| | 107:13   A. Yes. | |
| 108:23 - 108:25 | **Rogers, Frederick 07-18-2017 (00:00:08)** | 09_18_18 V2.9 |
| | 108:23   Q. I'd like to have at least an estimate | clear |
| | 108:24 as to how many trauma patients were analyzed with | |
| | 108:25 respect to this article. | |
| 109:5 - 109:6 | **Rogers, Frederick 07-18-2017 (00:00:03)** | 09_18_18 V2.10 |
| | 109:5 THE WITNESS:  Probably close to 30 | |
| | 109:6 million. | |
| 110:14 - 110:15 | **Rogers, Frederick 07-18-2017 (00:00:06)** | 09_18_18 V2.24 |
| | 110:14   Q. This article was designed to study | |
| | 110:15 the effectiveness of IVC filters, correct? | |
| 110:17 - 110:19 | **Rogers, Frederick 07-18-2017 (00:00:07)** | 09_18_18 V2.25 |
| | 110:17 THE WITNESS:  No, I disagree with | |
| | 110:18 that characterization.  We were just noting temporal | |
| | 110:19 trends in filter use during that time period. | |
| 114:21 - 114:23 | **Rogers, Frederick 07-18-2017 (00:00:11)** | 09_18_18 V2.11 |
| | 114:21   Q. And do you consider trauma patients | |
| | 114:22 as a whole to be at highest risk for PE compared to | |
| | 114:23 other patient populations? | |

| Page/Line | Source | ID |
|---|---|---|
| | **09_18_18 V2-Rogers 03-21-18 Hyde Trial Run V2** | |
| 114:25 - 115:1 | **Rogers, Frederick 07-18-2017 (00:00:04)** | 09_18_18 V2.12 |
| | 114:25 THE WITNESS:  I would say one of the | |
| | 115:1 highest risk groups of patients, yes. | |
| 116:7 - 116:11 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 09_18_18 V2.26 |
| | 116:7   Q. All right.  And does that data | |
| | 116:8 identify the type of filter involved in the patients | |
| | 116:9 that were assessed for purposes of writing this | |
| | 116:10 article? | |
| | 116:11   A. No. | |
| 117:4 - 118:5 | **Rogers, Frederick 07-18-2017 (00:01:24)** | 09_18_18 V2.13 |
| | 117:4   Q.  And at the time you and your | |
| | 117:5 colleagues began the study, there had been a | |
| | 117:6 precipitous drop in the use of IVC filters in trauma | |
| | 117:7 patients, correct? | |
| | 117:8   A. Well, that's what the purpose of the | |
| | 117:9 study was, was to look at the temporal trends in | |
| | 117:10 vena cava filter use. | |
| | 117:11 We had a perception that there may be | |
| | 117:12 less filters being put in.  But until we, you know, | |
| | 117:13 actually did the study and analyzed the data did we | |
| | 117:14 know for sure. | |
| | 117:15   Q. And you, in fact, found that there | |
| | 117:16 had been a significant decline or drop in the use of | |
| | 117:17 IVC filters in trauma patients, correct? | |
| | 117:18   A. Yes, correct. | |
| | 117:19   Q. All right.  And when you and your | |
| | 117:20 colleagues embarked on this article, you were | |
| | 117:21 expecting to see a rise or an increase in the rate | |
| | 117:22 of pulmonary embolism because of this significant | |
| | 117:23 drop in the use of IVC filters, correct? | |
| | 117:24   A. Correct. | |
| | 117:25   Q. That was your prediction, if you | |
| | 118:1 will, or your hypothesis at the start of this? | |
| | 118:2   A. Yes, sir. | |
| | 118:3   Q. And while it might have been a guess, | |
| | 118:4 it was felt to be an educated guess, that is, your | |
| | 118:5 hypothesis? | |
| 118:7 - 118:12 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 09_18_18 V2.14 |
| | 118:7 THE WITNESS:  Yes. | |
| | 118:8 BY MR. JOHNSON: | |

Our Designations     Their Designations

| Page/Line | Source | ID |
|---|---|---|
| | 09_18_18 V2-Rogers 03-21-18 Hyde Trial Run V2 | |
| | 118:9  Q. And that's why you do the study, | |
| | 118:10 because unless you do the study predicting an | |
| | 118:11 outcome, there's nothing more than speculation and | |
| | 118:12 conjecture, correct? | |
| 118:14 - 118:23 | **Rogers, Frederick 07-18-2017 (00:00:35)** | 09_18_18 V2.15 |
| | 118:14 THE WITNESS:  I think that's fair, | |
| | 118:15 yes. | |
| | 118:16 BY MR. JOHNSON: | |
| | 118:17   Q. And that hypothesis was proven to be | |
| | 118:18 not true, correct? | |
| | 118:19   A. Correct. | |
| | 118:20   Q. That is, what you and your colleagues | |
| | 118:21 found was that, despite the significant decline in | |
| | 118:22 the use of IVC filters in trauma patients, there was | |
| | 118:23 no change in the rate of PE, correct? | |
| 118:25 - 118:25 | **Rogers, Frederick 07-18-2017 (00:00:01)** | 09_18_18 V2.16 |
| | 118:25 THE WITNESS:  Correct. | |
| 119:2 - 119:5 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 09_18_18 V2.27 |
| | 119:2   Q. So you and your colleagues determined | |
| | 119:3 that because of these findings, IVC filters may have | |
| | 119:4 limited utility in influencing the rates of | |
| | 119:5 pulmonary embolism, correct? | |
| 119:7 - 119:11 | **Rogers, Frederick 07-18-2017 (00:00:14)** | 09_18_18 V2.28 |
| | 119:7 THE WITNESS:  Yes.  I think the | |
| | 119:8 operative word here is "may."  Because we just don't | |
| | 119:9 know, in a large patient population like this, any | |
| | 119:10 individual patient who may or may not benefit from a | |
| | 119:11 filter. | |
| 119:17 - 119:24 | **Rogers, Frederick 07-18-2017 (00:00:25)** | 09_18_18 V2.17 |
| | 119:17   Q. That's a pretty large patient | |
| | 119:18 population, isn't it? | |
| | 119:19   A. It certainly is, yes. | |
| | 119:20   Q. And what you folks -- and I'm | |
| | 119:21 referring to you and your colleagues -- found was | |
| | 119:22 that despite the significant decline in IVC filter | |
| | 119:23 use in trauma patients, there was no change in the | |
| | 119:24 rate of pulmonary embolism, correct? | |
| 120:1 - 120:1 | **Rogers, Frederick 07-18-2017 (00:00:02)** | 09_18_18 V2.18 |
| | 120:1 THE WITNESS:  Correct. | |
| 120:3 - 120:7 | **Rogers, Frederick 07-18-2017 (00:00:18)** | 09_18_18 V2.29 |

Our Designations        Their Designations

| Page/Line | Source | ID |
|---|---|---|
| | 09_18_18 V2-Rogers 03-21-18 Hyde Trial Run V2 | |
| 120:9 - 120:21 | 120:3   Q. And when you and your colleagues<br>120:4 determined that filters may have limited utility,<br>120:5 what you're referring to is they may not be<br>120:6 effective in influencing the rates of pulmonary<br>120:7 embolism in trauma patients?<br>**Rogers, Frederick 07-18-2017 (00:00:48)**<br>120:9 THE WITNESS:  What we concluded,<br>120:10 based on this study, was that as it currently<br>120:11 stands, we are not doing a very good job in<br>120:12 identifying which patients would benefit from a vena<br>120:13 cava filter.  I think we need to -- I think this<br>120:14 study generates more questions about what -- who is<br>120:15 best served by having a prophylactic vena cava<br>120:16 filter placed.<br>120:17 BY MR. JOHNSON:<br>120:18   Q. And that's because in your article,<br>120:19 based on your study of all of these trauma patients,<br>120:20 the placement of IVC filters did not improve the<br>120:21 rates of pulmonary embolism, correct? | 09_18_18 V2.30 |
| 120:23 - 121:5 | **Rogers, Frederick 07-18-2017 (00:00:25)**<br>120:23 THE WITNESS:  Overall -- the overall<br>120:24 rate.  But, again, as was noted in the study, the<br>120:25 real purpose of vena cava filters is to prevent<br>121:1 fatal PEs.  We do not know, based on this study,<br>121:2 whether or not vena cava filters were effective in<br>121:3 decreasing the rate of fatal PE, which is an<br>121:4 important -- you know, an important limitation of<br>121:5 this study. | 09_18_18 V2.31 |
| 125:3 - 125:6 | **Rogers, Frederick 07-18-2017 (00:00:21)**<br>125:3   Q. And what have you done to<br>125:4 better define or to optimize patient selection to<br>125:5 determine whether that patient is a candidate for<br>125:6 IVC filter implantation? | 09_18_18 V2.19 |
| 125:8 - 125:18 | **Rogers, Frederick 07-18-2017 (00:00:48)**<br>125:8 THE WITNESS:  Well, since this<br>125:9 article was published, I've, you know -- I've made<br>125:10 it my life's work to try to identify who best would<br>125:11 be served by a vena cava filter.<br>125:12 Have I done it perfectly?  Obviously<br>125:13 not, because there still are patients who get PEs | 09_18_18 V2.20 |

**09_18_18 V2-Rogers 03-21-18 Hyde Trial Run V2**

| Page/Line | Source | ID |
|---|---|---|
| | 125:14 despite the fact that, you know, we characterize | |
| | 125:15 them as intermediate risk.  And, you know, I think | |
| | 125:16 this study was a bit of an eye-opener for me because | |
| | 125:17 I really did expect that filters would impact the | |
| | 125:18 rate of PE. | |
| 125:19 - 125:22 | **Rogers, Frederick 07-18-2017 (00:00:07)** | 09_18_18 V2.32 |
| | 125:19 So we have to go back to the drawing | |
| | 125:20 board and re-look at that.  That's how -- | |
| | 125:21   Q. And -- | |
| | 125:22   A. That's how medicine advances. | |
| 126:6 - 126:10 | **Rogers, Frederick 07-18-2017 (00:00:20)** | 09_18_18 V2.21 |
| | 126:6   Q. And, Doctor, it was an eye-opener for | |
| | 126:7 you because you were expecting this study to | |
| | 126:8 establish that the use of filters in trauma patients | |
| | 126:9 would, in fact, improve the rates of pulmonary | |
| | 126:10 embolism, correct? | |
| 126:12 - 126:16 | **Rogers, Frederick 07-18-2017 (00:00:18)** | 09_18_18 V2.22 |
| | 126:12 THE WITNESS:  Yes. | |
| | 126:13 BY MR. JOHNSON: | |
| | 126:14   Q. And this study that you were part of | |
| | 126:15 demonstrated that the use of IVC filters did not | |
| | 126:16 improve the rates of pulmonary embolism, correct? | |
| 126:19 - 126:19 | **Rogers, Frederick 07-18-2017 (00:00:01)** | 09_18_18 V2.23 |
| | 126:19  Yes. | |
| 126:19 - 126:20 | **Rogers, Frederick 07-18-2017 (00:00:04)** | 09_18_18 V2.33 |
| | 126:19 THE WITNESS:  Yes.  As they -- as | |
| | 126:20 they were identified in these databases. | |

Our Designations = 00:08:08
Their Designations = 00:02:41
**Total Time = 00:10:49**

**Documents Shown**
ROGERS 4053-TRIAL 1890

Our Designations        Their Designations