1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9
10

IN RE:  Bard IVC Filters Products Liability
Litigation,

No. MDL15-2641-PHX-DGC

11
12

**ORDER**

13
14
15

The Court has reviewed the parties' memorandum and exhibits regarding settlement

16

(Tracks 1 and 2) and non-settlement (Track 3) cases.  Doc. 19445.  The Court will require

17

the parties to revise some of the exhibits so the information they contain is more usable by

18

the Court for remand and transfer.   The parties shall file the revised exhibits by

19

**July 26, 2019**.

20

1.      Exhibit A – Track 1 Cases (Doc. 19445-1): The parties shall add a column to

21

this exhibit indicating which of the Track 1 cases listed in the exhibit are direct-filed cases

22

for which no federal jurisdiction is proper.  *See* Exhibit J (Doc. 19445-10).  After adding

23

this column, the chart shall be sorted by venue instead of alphabetically by case name.

24

Within each venue – each district – the cases may be listed alphabetically.

25

2.      Exhibit B – Track 2 Cases (Doc. 19445-2): The parties shall add a column

26

indicating which of the Track 2 cases are direct-filed cases for which no federal jurisdiction

27

is proper.  The new chart shall be sorted by venue as described above.

28

3.      Exhibits C and D – Track 3 Transferred Cases (Docs. 19445-3, -4):  The parties shall combine these exhibits into a single document and sort the Track 3 transferred cases by venue as described above.

4.      Exhibit E – Track 3 Direct-Filed Cases with Agreed-Upon Venue (Doc. 19445-5):  The parties shall sort this exhibit by the venues listed in the short-form complaints, as described above.

5.      Exhibit F – Track 3 Direct-Filed Cases Where the Parties Do Not Agree to the Venue Identified in the Short Form Complaints (Doc. 19454-1): This exhibit presently includes columns for the parties' proposed venues.  To the extent any venue proposed by Plaintiffs differs from a venue identified in a short form complaint, a column should be added identifying the short form complaint venues and the chart should be sorted by those venues, as described above.  If all of Plaintiffs' proposed venues are the ones identified in the short form complaints, the new column is not necessary, but the chart should still be sorted by short form complaint venues.   Additionally, the parties shall briefly explain in two separate columns the bases for their proposed venue for each case.  The explanations contained in these two new columns shall be limited to no more than 50 words using 13-point font.

6.      Exhibit G – Track 3 Direct-Filed Cases Which Have Not Been Served on Defendants (Doc. 19445-7):  The parties shall add a column listing the venues in the short form complaints.  The parties shall then sort the new chart to create two complete versions of the chart: one by the dates the complaints were filed, and the second by the venues identified in the short form complaints.  Additionally, Defendants shall state in a new column the bases for asserting that the cases have not been served and a proposal for how each case should be handled.[1]

---

[1] Defendants state generally in the memorandum that the cases should be handled pursuant to Rule 4(m) (Doc. 19445 at 8), but that rule allows for dismissal after notice to the plaintiff or an extension of time to serve.

7.       Exhibit H – Track 3 Direct-Filed Cases with Duplicative Complaints (Doc. 19445-8):   The parties shall add a column listing the venues in the short form complaints.

8.       Exhibit I – Track 3 Cases Involving Simon Nitinol Filters (Doc. 19445-9): The parties shall add columns indicating whether the cases were direct-filed or transferred and the proper venues.  The chart shall be sorted by venue.

9.       Exhibit K – Track 3 Direct-Filed Cases with PPF Issues (Doc. 19445-11): The parties shall add a column listing the venues in the short form complaints and sort the new chart by venue.  Defendants shall add another column proposing how each case should be handled.

Dated this 12th day of July, 2019.

David G. Campbell
Senior United States District Judge

- 3 -