# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAIME ROMERO,

        Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,

        Defendants.

Case No. 2:18-CV-00021-DGC

**ORDER**

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Jaime Romero's Complaint, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Jaime Romero's Complaint is hereby dismissed with prejudice.