# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES SCHWIRIAN,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,<br><br>            Defendants. | Case No. 2:17-CV-04331-DGC<br><br>**ORDER** |

   Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss James Schwirian's Complaint, and for good cause shown, the Motion is hereby granted.

   **IT IS ORDERED** that James Schwirian's Complaint is hereby dismissed with prejudice.