# Exhibit B



Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

February 16, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Debra J. Humphrey, Esq.
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd St., Suite 950
New York NY  10165
dhumphrey@bernllp.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

   *Re:* *Various Plaintiffs v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)** *Various Plaintiffs' Profile Forms*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your clients' Plaintiff Profile Form ("PPF") due dates are referenced in the following chart; however, we still have not received the PPF for your client.

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Marc J. Bern & Partners LLP
February 16, 2018
Page 2

| PLAINTIFF NAME | PPF DUE DATE |
|---|---|
| Blake, Williams H. | 1/26/2018 |
| Dobson, Delores | 1/26/2018 |
| Ellis, Donald | 1/27/2018 |
| Ingenito, Antoinette | 1/21/2018 |
| Minniefield, Lizzie | 1/21/2018 |
| Pedersen, Charlene B. | 1/26/2018 |
| Richardson, Schwann | 1/21/2018 |
| Schwirian, James | 1/27/2018 |
| Thomas, Francis | 1/27/2018 |
| Waller, Cassandra | 1/21/2018 |

Please send the PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

August 14, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Debra J. Humphrey
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd St., Suite 950
New York NY  10165
dhumphrey@bernllp.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

Re:   *Various Plaintiffs v. C. R. Bard, Inc., et al.*, Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona) *Various Plaintiffs' Profile Forms*

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") due dates are referenced in the following chart; however, we still have not received the PPF for your client.

| PLAINTIFF NAME | PPF DUE DATE |
| --- | --- |
| Boswell, Margaret | 4/3/2018 |
| Diliberto, Robert | 5/7/2018 |
| Minder, Kimberly | 5/12/2018 |
| Waller, Cassandra | 1/21/2018 |

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Marc J. Bern & Partners LLP
August 14, 2018
Page 2

  This is the second overdue letter we are sending since we have not received a response to the first one. Please send the PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

           Sincerely yours,

           Sanjay Ghosh

           *Attorney for C.R. Bard, Inc. and*
           *Bard Peripheral Vascular, Inc.*

SG/

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Sanjay Ghosh
T 404-322-6282  F 404-322-6050
sanjay.ghosh@nelsonmullins.com

Atlantic Station/201 17th St., NW/Suite 1700
Atlanta GA  30363
T 404-322-6000  F 404-322-6397
nelsonmullins.com

November 8, 2018

<u>VIA EMAIL AND U.S. MAIL</u>

Mark S. O'Connor
Paul Stoller
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
paul.stoller@gknet.com
mark.oconnor@gknet.com

Debra J. Humphrey
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd St., Suite 950
New York NY  10165
dhumphrey@bernllp.com

Ramon Lopez
Matthew Lopez
Lopez McHugh, LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

   *Re:* *Waller, Cassandra v. C. R. Bard, Inc., et al.*, **Civil Action Number: No. MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)** *Plaintiff's Profile Form for Cassandra Waller*

Dear Counsel,

  This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. Your client's Plaintiff Profile Form ("PPF") was due no later than January 21, 2018; however, we still have not received a PPF for your client.

  This is the third overdue letter we are sending since we have not received a response to the others. Please send a PPF with the missing information at your earliest convenience, but no later than 20 days from the date of this letter. The defendants will move to dismiss the Complaint

Gallagher & Kennedy, P.A.
Lopez McHugh, LLP
Marc J. Bern & Partners LLP
November 8, 2018
Page 2

if a PPF is not received within the requisite time period specified by the Court. *See* Case Management Order, No. 5 [Doc. 365], p. 2.

Sincerely yours,

Sanjay Ghosh

*Attorney for C.R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

SG/