# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CASSANDRA WALLER,<br><br>      Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,<br><br>      Defendants. | Case No. 2:17-CV-04266-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Cassandra Waller's Complaint, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Cassandra Waller's Complaint is hereby dismissed with prejudice.