# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Plaintiff(s):<br><br>Lester Dale McCartney<br>Case No.: 2:17-cv-00126-DGC | )   No. MD-15-02641-DGC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Lester Dale McCartney.

                                        Respectfully submitted:

                                        **BARON & BUDD, P.C.**

                                        */s/ Russell W. Budd*_____
                                        Russell W. Budd
                                        TX Bar No. 03312400
                                        **BARON & BUDD, P.C.**
                                        3102 Oak Lawn Avenue, Suite 1100
                                        Dallas, TX 75219
                                        Telephone: (214) 521-3605
                                        Facsimile: (214) 520-1181
                                        rbudd@baronbudd.com

                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 */s/ Russell W. Budd*_____
                                                 Russell W. Budd