UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Haug, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> Bard Peripheral Vascular, Inc. and C. R. ) <br> Bard, Inc., et al., ) <br> ) <br>     Defendant. | MDL Case No. 2:15-md-02641-DGC <br><br> Civil Action No.  CV-19-04098-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 11, 2019              /s/ Richard B. North, Jr.
                                                                    *Attorney's signature*

                                                                    Richard B. North, Jr. (Ga. Bar No. 545599)
                                                                    *Printed name and bar number*

                                                                    Nelson Mullins Riley & Scarborough, LLP
                                                                    201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                                                    *Address*

                                                                    richard.north@nelsonmullins.com
                                                                    *E-mail Address*

                                                                    (404) 322-6000
                                                                    *Telephone number*

                                                                    (404 322-6050
                                                                    *FAX number*