Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**STEPHANIE COLEMAN** | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF DISMISSAL**<br><br>Individual Case No. 2:19-cv-03128-DGC |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff hereby gives notice that she dismisses her Complaint and all causes of action against all Defendants in civil action 2:19-cv-03128-DGC *only*. This filing does not affect Plaintiff's complaint or claims in Individual Case No. 2:16-cv-2190.

This Notice is proper because the above-named Defendants have not filed an answer in this action.

DATED this 15th day of July 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/ Paul L. Stoller*
   John A. Dalimonte
   Paul L. Stoller
   Ashley Crowell

   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*