# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Plaintiff(s):<br><br>Bridgette Cherasard,<br>Case No.: 2:17-cv-01517-DGC | )   No. MD-15-02641-DGC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Bridgette Cherasard.

                                              Respectfully submitted:

                                               **BARON & BUDD, P.C.**

                                               */s/ Sindhu S. Daniel*_____
                                               Sindhu S. Daniel
                                               NJ Bar No. 010711996
                                               **BARON & BUDD, P.C.**
                                               3102 Oak Lawn Avenue, Suite 1100
                                               Dallas, TX 75219
                                               Telephone: (214) 521-3605
                                               Facsimile: (214) 520-1181
                                               sdaniel@baronbudd.com

                                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 15, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                 */s/ Sindhu S. Daniel*
                 Sindhu S. Daniel