Nicole Maldonado (SBN 207715)
Admitted *Pro hac vice*
nmaldonado@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN**
10940 Wilshire Blvd., Floor 17
Los Angeles, CA 90024
Tel: 310-207-3233: Fax: 310-820-7444

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br>*Simon Nitinol Filter Cases* | **No.: 2:15-MD-0641-DGC**<br><br>**PLAINTIFFS'** *UPDATED* **STATUS REPORT FOR THE SIMON NITINOL FILTER CASES**<br><br>(Assigned to the Honorable David G. Campbell) |

In accordance with the Court's direction from the telephonic conference held on July 2, 2019, Docket Number 19071, Nicole Maldonado, counsel for two of the Simon Nitinol Filter ("SNF") cases (*Valentine,* Case No. 17-cv-0579, and *Salmon,* Case No. 17-cv-2866), hereby submits an update to her Status Report filed on July 1, 2019, regarding the SNF cases currently filed so that a determination can be made on the best way to proceed on these cases, whether it be remand or proceed with the MDL.

Since the last Status Report, Ms. Maldonado has received several updates from plaintiffs' firms that have SNF cases, as well as from the defense. To date, apart from a few firms that have not yet responded, only fourteen (14) SNF cases have not settled or been part of settlement talks. Those cases are outlined for the Court below. Some of those 14 may be part of settlement talks, but it is not entirely

clear. Nonetheless, it appears that all but 14 or so cases have settled or are in the process of settling. Please see the table, below, with highlights representing updates.

| Firm | Yes, settled or negotiating | No, not negotiating | Have not responded |
|---|---|---|---|
| Anapol Weiss | X | | |
| Aylstock | X | | ~~X~~ ~~(has two cases)~~ |
| Babbitt & Johnson | X | | |
| Baird Brown | | X (has one case) *Caudle*, Case No. cv-16-3588 | |
| Baum Hedlund | X | | |
| Bertram & Graf | X | | |
| Blankenship | X | | |
| Branch Law Firm | | | X (has one case) *Pedersen*, Case No. cv -17-00941 |
| Burnett Law Firm | X | | |
| Chaffin Luhana | X | | |
| Comeaux | X | | |
| Fenstersheib Law Group | X | | |
| Fitts | | | X (has one case) *Husen*, Case No. cv-19-4035 |
| Flint | X | | ~~X~~ ~~(has one case)~~ |
| Freese & Goss | X | | |
| Gallagher Law Firm | X | | |
| Garland Samuel Loeb | X | | |

| Firm | Yes, settled or negotiating | No, not negotiating | Have not responded |
|---|---|---|---|
| Gray & White | | | X<br>(has one case)<br>*Smith*,<br>Case No. cv-16-3205<br>(may be negotiating) |
| Guajardo & Marks | X | | |
| James Vernon Weeks | | X<br>(has one case)<br>*Creech*, et al<br>Case No. cv-19-2825 | |
| Kirkendall Dwyer | X | | |
| Marc J. Bern & Partners | X | | ~~X~~<br>~~(has twenty-nine cases)~~ |
| Matthews Law Firm | X | | |
| McDonald Worley | X | | ~~X~~<br>~~(has six cases)~~ |
| McSweeney Langevin | | | ~~X~~<br>~~(has one case)~~<br>dismissed |
| Miller Law Firm | X | | |
| Meyers & Flowers | X | | |
| Murphy Law Firm | X | | |
| Napoli Shkolnik | | X<br>(has two cases)<br>*Brown*,<br>Case No. cv-18-2823<br>*Fleming*,<br>Case No. cv-19-1541<br>(may be negotiating) | |
| ~~Nemeroff Law Firm~~<br>Reich & Binstock | | X<br>(has one case)<br>*Stith,*<br>Case No. cv-16-1849 | ~~X~~<br>~~(has one case)~~ |
| Padberg | | X<br>(has one case)<br>*Yarbrough*<br>Case No. cv-18-4651<br>(may be negotiating) | |
| Phelan Petty | X | | |

-3-

| Firm | Yes, settled or negotiating | No, not negotiating | Have not responded |
|---|---|---|---|
| Plezia & Associates | X | | ~~X~~ ~~(has one case)~~ |
| Potts Law | X | | |
| Rosenbaum & Rosenbaum | X | | |
| Simon Law Firm | | | X (has one case) *Brasfield* Case No. cv-18-1402 |
| Sherwood McCormick & Robert | | | X (has one case) *Nichols* Case No. cv-19-0189 (may be negotiating) |
| Tautfest Bond | X | | |
| Tor Hoerman Law | X | | |
| Wilshire | | X (has three cases) *Olim,* Case No. cv-17-3960 *Turner,* Case No. cv-17-0285 *Weinsheimer,* Case No. cv-18-0446 (may be negotiating) | |

It appears that an MDL is probably unnecessary at this time due to the very low number of SNF cases that are not being negotiated. Should the Court continue to seek updates regarding the status of those SNF cases that are currently being negotiated, Ms. Maldonado is available to continue to submit updates for the Court.

RESPECTFULLY SUBMITTED this 15th day of July, 2019.

By: /s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado (Admitted *pro hac vice*)
(CA Bar No. 207715)
BAUM HEDLUND ARISTEI & GOLDMAN P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024

I hereby certify that on this 15th day of July, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

              <u>/s/ Nicole K.H. Maldonado</u>