# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | ) No. MD-15-02641-DGC<br>)<br>)<br>) |
| This document relates to Plaintiff(s):<br><br>Chani McCoy,<br>Case No.: 2:18-cv-01908-DGC | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Chani McCoy.

             Respectfully submitted:

             **BARON & BUDD, P.C.**

             */s/ Russell W. Budd*_____
             Russell W. Budd
             TX Bar No. 03312400
             **BARON & BUDD, P.C.**
             3102 Oak Lawn Avenue, Suite 1100
             Dallas, TX 75219
             Telephone: (214) 521-3605
             Facsimile: (214) 520-1181
             rbudd@baronbudd.com

             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  */s/ Russell W. Budd*_____
                                                  Russell W. Budd