Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
rbudd@baronbudd.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-DGC |
| This document relates to Plaintiff(s):<br><br>Chani McCoy,<br>Case No.: 2:18-cv-04200-DGC | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chani McCoy through the undersigned counsel, hereby gives notice that the above-captioned action, Case No. 2:18-cv-04200, is voluntarily dismissed without prejudice, against all defendants.

RESPECTFULLY SUBMITTED this 16th day of July, 2019.

**BARON & BUDD, P.C.**

By: /s/ Russell W. Budd
Russell W. Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
rbudd@baronbudd.com

*Attorney for Plaintiff*

-1-

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                        */s/ Russell W. Budd*_____
                                          Russell W. Budd