UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Samuel Plant, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-19-03885-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) ) ) | |
| Defendant. | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: July 11, 2019           /s/ Richard B. North, Jr.
                              *Attorney's signature*

                              Richard B. North, Jr. (Ga. Bar No. 545599)
                              *Printed name and bar number*

                              Nelson Mullins Riley & Scarborough, LLP
                              201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                              *Address*

                              richard.north@nelsonmullins.com
                              *E-mail Address*

                              (404) 322-6000
                              *Telephone number*

                              (404 322-6050
                              *FAX number*