### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL-15-02641-PHX-DGC |
| This Document Relates to Plaintiff: | Case No. 2:19-cv-01077-DGC |
| Samuel Williams, | |
| Plaintiff, | **Stipulation of Dismissal Without Prejudice** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Samuel Williams, hereby dismisses all claims in this matter without prejudice against all Defendants in this action, Civil Action No. 2:19-cv-01077, only. This stipulation shall not affect the lawsuit filed by Samuel Williams, which is currently pending before this court, bearing Civil Action No. 2:2018-cv-00185. All parties shall bear their own fees and costs.

Date: July 16, 2019.

Respectfully submitted,

| | |
|---|---|
| **JOHNSON LAW GROUP** | **NELSON MULLINS RILEY & SCARBOROUGH** |
| /s/ Clint Reed | /s/Richard B. North |
| Clint Reed, (TX Bar No.24084674) | Richard B. North, Jr. (GA Bar No. 545599) |
| 2925 Richmond Ave, Suite 1700 | 201 17th Street, Ste. 1700, Atlantic Station |
| Houston, TX 77098 | Atlanta, Georgia 30363 |
| Telephone: (713) 626-9336 | Telephone: (404) 322-6000 |
| Facsimile: (713) 583-9460 | Facsimile: (404) 322-6050 |
| E-mail: ivc@johnsonlawgroup.com | E-mail: Richard.north@nelsonmullins.com |
| *Attorney for Plaintiff* | *Counsel for Bard Defendants* |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of July 2019, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

    /s/ Clint Reed