# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | § § § | Case No. MDL-15-02641-PHX-DGC |
| This Document Relates to Plaintiff: Samuel Williams, Plaintiff, v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Defendants. | § § § § § § § § § § § § § | Case No. 2:19-cv-01077-DGC **Order on Stipulation of Dismissal Without Prejudice** |

Considering the parties' Stipulation of Dismissal without Prejudice of Samuel Williams.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Samuel Williams against C.R. Bard Inc. and Bard Peripheral Vascular, Inc. in Civil Action MDL15-02641-PHX-DGC (Member Case 2:19-cv-01077-DGC) are dismissed in their entirety without prejudice as to the refiling of same and each party shall bear its own costs.

Date: _____

_____
David G. Campbell
United States District Judge