# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Margie Shaw, | No. CV18-1782 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

The parties have filed a stipulation of dismissal without prejudice. Doc. 18291.

**IT IS ORDERED** that the stipulation (Doc. 18291) is **granted**. This matter (CV18-1782 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 16th day of July, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge