# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-0755 PHX DGC |
| Thomas Malys and Dorothea Malys, | |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiffs' motion for substitution of party. Doc. 19457

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 19457) is **granted.** Dorothea Malys is substituted for Thomas Malys, deceased, in this action, continuing the claims of Thomas Malys on behalf of his Estate. Plaintiff may file an amended complaint with the clerk of Court on or before July 26, 2019.

Dated this 18th day of July, 2019.

David G. Campbell
Senior United States District Judge