William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone:   (214) 890-1000
Facsimile:    (214) 890-1010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *ELIZABETH HARPSTER,* | **Civil Action No. 2:18-cv-01197**-DGC |
| *Plaintiff,* | **PLAINTIFF'S** *SUPPLEMENTAL* **REPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH AMENDED CASE MANAGEMENT NO. 5** |
| *v.* | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

Plaintiff files this Supplemental Response to the Motion to Dismiss [DOC 18581] filed by Defendants C.R. Bard, Inc and Bard Peripheral Vascular Inc.

1. Plaintiff Elizabeth Harpster's representative, Rebecca Stahl, completed and return the Profile Form. The PPF was served on counsel for Bard on July 18, 2019. See Exhibit A attached hereto.

WHEREFORE, Plaintiff Elizabeth Harpster respectfully requests that the Court deny the Defendants' Motion to Dismiss [doc18581] as the Profile Form has been submitted making this issue moot, and for all other just and appropriate relief.

Dated: July 23, 2019

**PLAINTIFF'S SUPPLEMENTAL REPONSE TO DEFENDANTS' MOTION TO DISMISS**

Respectfully submitted,

**CURTIS LAW GROUP**

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, a copy of the foregoing Plaintiffs' Supplemental Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ William B. Curtis*
William Curtis

1
**PLAINTIFF'S SUPPLEMENTAL REPONSE TO DEFENDANTS' MOTION TO DISMISS**