# EXHIBIT A

# Josmary Gomez

| | |
|---|---|
| **From:** | Susan Johnson |
| **Sent:** | Thursday, July 18, 2019 6:23 PM |
| **To:** | filterppf-pfs@nelsonmullins.com |
| **Cc:** | wespitia@lopezmchugh.com; karin.scheehle@gknet.com; Josmary Gomez |
| **Subject:** | BARD IVC MDL 2641: Plaintiff Profile Form - Harpster, Elizabeth (deceased) (curing deficiency) |
| **Attachments:** | Harpster - Explant report with Injury.pdf; Harpster - Operative Report and Product ID.pdf; Harpster - PPF.pdf; Harpster - death certificate.pdf |

Counsel,

Attached please find the death certificate, profile form and medical records of deceased Plaintiff, Elizabeth Harpster, curing deficiency.

Thank you.

SUSAN JOHNSON
LITIGATION PARALEGAL



12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX:  (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com

1