# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION**

This document relates to:

*ELIZABETH HARPSTER,*

    *Plaintiff,*

*v.*

*C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.*

    *Defendants.*

**MDL No. 2:15-MD-02641-PHX-DGC**

**Civil Action No. 2:18-cv-01197**-DGC

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Response and Supplemental Response to Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Elizabeth Harpster's Complaint [doc 18581], and for good cause shown, the Motion is hereby DENIED.

**IT IS ORDERED** that Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Elizabeth Harpster's Complaint is moot and is **DENIED** in its entirety.

DATED this ____ day of July, 2019.

                                       _____
                                       David G. Campbell
                                       Senior United States District Judge

**PROPOSED ORDER**