William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone: (214) 890-1000
Facsimile: (214) 890-1010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*TEDDY WILSON,*<br>      *Plaintiff,*<br>v.<br>*C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.*<br>      *Defendants.* | **MDL No. 2:15-MD-02641-PHX-DGC**<br><br>**Civil Action No. 2:17-cv-04532-DGC**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Teddy Wilson, and Defendants, C.R. Bard and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

The voluntary dismissal will only apply to docket number 2:17-cv-04532-DGC and will not have any effect on any other cases filed in regard to Plaintiff Teddy Wilson with different docket numbers.

Dated this 23rd day of July, 2019.

1
2
3
4  Respectfully submitted,
5
6    /s/ William B. Curtis
   WILLIAM CURTIS, Esq.
   Texas State Bar No. 00783918
7  **CURTIS LAW GROUP**
   12225 Greenville Ave., Suite 750
8  Dallas, TX  75243
   (214) 890-1000 Telephone
9  (214) 890-1010 Facsimile
10 bcurtis@curtis-lawgroup.com
   **ATTORNEY FOR PLAINTIFF**
11
12   /s/ Richard B. North
   Richard B. North, Jr., GA Bar #545599
13 Nelson Mullins Riley & Scarborogh, LLP
   2017 17th St. NW, Suite 1700
14 Atlanta, GA 30363
   Tel: 404-322-6000
15 Fax: 404-322-6050
16 Richard.north@nelsonmullins.com
   **Attorneys for Defendants**
17
18 **CERTIFICATE OF SERVICE**
19
   I hereby certify that on this 23rd  day of July 2019, I electronically transmitted the attached
20
   document to the Clerk's Office using the CM/ECF System which will automatically send email
21
   notification of such filing to all attorneys of record.
22
23
                /s/ William Curtis
24            WILLIAM CURTIS
25
26
27
28

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE