**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: BARD IVC FILTERS | MDL No. 2:15-MD-02641-PHX-DGC |
| PRODUCTS LIABILITY LITIGATION | |

This Document Relates to:

JOHNNIE MAYE                                    Civil Action No. 2:18-cv-02180-DGC

Plaintiff

v.

C.R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.
                Defendants

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the plaintiff, Johnnie May, by and through counsel, and hereby voluntarily dismisses without prejudice his cause of action against the defendant.  The basis for the dismissal is that the above-referenced plaintiff is represented by other counsel in a filed case, case no. 2:19-cv-00731-PHX-DGC. Plaintiff hereby dismisses Case No. 2:18-cv-02180-PHX-DGC only.

RESPECTFULLY SUBMITTED this 25th day of July, 2019.

**THE MOODY LAW FIRM**

By: */s/ Willard J. Moody, Jr.*
Willard J. Moody, Jr.
Jonathan A. Hogins
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com
jhogins@moodyrrlaw.com
*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

<u>/s/ Willard J. Moody, Jr.</u>
Willard J. Moody, Jr.