IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Thomas Malys

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Dorothea Malys as the Personal Representative of the Estate of Thomas Malys

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

-2-

|   |   |   |
|---|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter | |
| ☐ | Eclipse® Vena Cava Filter | |
| ☐ | Meridian® Vena Cava Filter | |
| ☐ | Denali® Vena Cava Filter | |
| X | Other: Simon Nitinol® Vena Cava Filter | |

11. Date of Implantation as to each product:

    January 5, 2012

12. Counts in the Master Complaint brought by Plaintiff(s):

    X   Count I:     Strict Products Liability – Manufacturing Defect

    X   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    X   Count III:   Strict Products Liability – Design Defect

    X   Count IV:    Negligence - Design

    X   Count V:     Negligence - Manufacture

    X   Count VI:    Negligence – Failure to Recall/Retrofit

    X   Count VII:   Negligence – Failure to Warn

    X   Count VIII:  Negligent Misrepresentation

    X   Count IX:    Negligence Per Se

    X   Count X:     Breach of Express Warranty

    X   Count XI:    Breach of Implied Warranty

    X   Count XII:   Fraudulent Misrepresentation

-4-

| | | | |
|---|---|---|---|
| | X | Count XIII: | Fraudulent Concealment |
| | X | Count XIV: | Violations of Applicable <u>Pennsylvania</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | ☐ | Count XV: | Loss of Consortium |
| | ☐ | Count XVI: | Wrongful Death |
| | ☐ | Count XVII: | Survival |
| | X | Punitive Damages | |
| | ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 26th day of July, 2019.

                        TAUTFEST BOND, PLLC

                        By:  /s/ *Monte Bond*
                            Monte Bond
                            Texas Bar No. 02585625
                            5151 Belt Line Road
                            Suite 1000
                            Dallas, TX 75254
                            Phone: (214) 617-9980
                            Fax: (214) 853-4281

                        By: /s/ Jessica Glitz
                            Jessica Glitz
                            Texas Bar No. 24076095
                            5151 Belt Line Road
                            Suite 1000
                            Dallas, Texas 75254
                            Phone: (214) 617-9980
                            Fax: (214) 853-4281
                            Attorneys for the Plaintiff

I hereby certify that on this 26th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                   /s/ *Monte Bond*

                                                   /s/ *Jessica Glitz*