1  Ramon Rossi Lopez (admitted *pro hac vice*)
   (CA Bar No. 86361)
2  LOPEZ McHUGH LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, CA 92660
   rlopez@lopezmchugh.com
4
   Mark S. O'Connor (011029)
5  BEUS GILBERT PLLC
   701 N 44th Street
6  Phoenix, AZ 85008
   Telephone: (480) 429-3019
7  moconnor@beusgilbert.com
8  *Attorneys for Plaintiffs*
9  James R. Condo (#005867)
   Kristine L. Gallardo (033975)
10 SNELL & WILMER L.L.P.
   One Arizona Center
11 400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2202
12 Telephone:  602.382.6000
   Facsimile:  602.382.6070
13 jcondo@swlaw.com
   kgallardo@swlaw.com
14
   Richard B. North, Jr. (admitted *pro hac vice*)
15 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
16 Georgia Bar No. 446986
   NELSON MULLINS RILEY &
17    SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
18 Atlanta, GA  30363
   Telephone: 404.322.6000
19 Facsimile: 404.322.6050
   richard.north@nelsonmullins.com
20 matthew.lerner@nelsonmullins.com
21 *Attorneys for Defendants C. R. Bard, Inc. and
   Bard Peripheral Vascular, Inc.*

22          UNITED STATES DISTRICT COURT

23              DISTRICT OF ARIZONA

24 | IN RE:  Bard IVC Filters Products | No. 2:15-MD-02641-DGC |
   | Liability Litigation, | |
25 | | **THE PARTIES' JOINT NOTICE** |
   | | **REGARDING REVISED EXHIBITS** |
26 | | **FOR SETTLEMENT AND NON-** |
   | | **SETTLEMENT TRACK CASES** |
27

28

In accordance with the Court's July 12, 2019, Order [Doc. 19496], the parties submit this Joint Notice with exhibits that have been revised from those originally filed with the parties' Joint Memorandum [Doc. 19445].

Respectfully submitted, this 26th day of July, 2019.

LOPEZ McHUGH, LLP

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Ramon Rossi Lopez*
    Ramon Rossi Lopez
    (admitted *pro hac vice*)
    CA Bar No. 86361
    LOPEZ McHUGH LLP
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

    Mark S. O'Connor (011029)
    BEUS GILBERT PLLC
    701 N 44th Street
    Phoenix, Arizona 85008

    Attorneys for Plaintiffs

By: *s/ Richard B. North, Jr.*
    Richard B. North, Jr. (admitted *pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
    Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363

    James R. Condo (005867)
    Kristine L. Gallardo (033975)
    SNELL & WILMER L.L.P.
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

    Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North, Jr.