IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE:  Bard IVC Filters Products Liability
Litigation

No. 2:15-MD-02641-DGC

**ORDER**

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion for Leave to File Under Seal Exhibit in Support of Plaintiffs' Statement Regarding Joint Notice Exhibit F, and for good cause shown, the Motion for Leave to File Under Seal is Granted.