William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, Texas 75243
Telephone:     (214) 890-1000
Facsimile:      (214) 890-1010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *JAIME ROMERO,* | **Civil Action No. 2:18-cv-00021-**DGC |
| *Plaintiff,* | **PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH AMENDED CASE MANAGEMENT NO. 5** |
| *v.* | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

Plaintiff files this Response to the Motion to Dismiss [DOC 19497] filed by Defendants C.R. Bard, Inc and Bard Peripheral Vascular Inc.

1. On July 13, 2019, the Defendants filed their Motion to Dismiss against Plaintiff Jaime Romero for failure to provide a Plaintiff Profile Form.

2. Before the filing of Defendants' Motion to Dismiss, Counsel for Plaintiff and Counsel for Defendants agreed to engage in settlement talks with all of Curtis Law Group's clients filed in this MDL, which includes Plaintiff Jaime Romero. Pursuant to the Case Management Order no. 42, and agreement between counsel, Plaintiff Jaime Romero was placed in Track 2.

//

**PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION TO DISMISS**

3.       Plaintiff Jaime Romero completed and return the required Profile Form. The PPF was served on Bard's counsel on July 26, 2019. See **Exhibit A** attached hereto.

WHEREFORE, Plaintiff Jaime Romeo respectfully requests that the Court deny the Defendants' Motion to Dismiss [doc19497] as the parties had previously agreed (prior to the filing of Defendants' motion) to engage in settlement talks (CMO. 42 "Track 2"), and the fact that Plaintiff has submitted the required Profile Form making this issue moot, and for all other just and appropriate relief.

Dated: July 27, 2019

Respectfully submitted,

**CURTIS LAW GROUP**

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

1
**PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2019, a copy of the foregoing Plaintiffs' Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ William B. Curtis*
William Curtis