# EXHIBIT A

**Josmary Gomez**

| | |
|---|---|
| **From:** | Susan Johnson |
| **Sent:** | Friday, July 26, 2019 6:22 PM |
| **To:** | filterppf-pfs@nelsonmullins.com |
| **Cc:** | wespitia@lopezmchugh.com; karin.scheehle@gknet.com; Josmary Gomez |
| **Subject:** | BARD IVC MDL 2641: Plaintiff Profile Form - Romero, Jaime (curing deficiency) |
| **Attachments:** | Romero - PPF.pdf; Romero - Operative Report.PDF; Romero - Product ID.PDF |

Counsel,

Attached please find Plaintiff Jaime Romero's profile form and medical records.

Thank you.

Susan Johnson
Litigation Paralegal



12225 Greenville Ave. Suite 750
Dallas, TX 75243
Direct: (214) 890-1012
Main: (214) 890-1000
Fax:  (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com