# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | MDL No. 2:15-MD-02641-PHX-DGC |
| *JAIME ROMERO,,* | Civil Action No. 2:18-cv-00021-DGC |
| *Plaintiff,* | |
| v. | [PROPOSED] ORDER |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

Upon consideration of Plaintiff's Response to Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Jaime Romero's Complaint [doc 19497], and for good cause shown, the Motion is hereby DENIED.

**IT IS ORDERED** that Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular Inc.'s Motion to Dismiss Jaime Romero's Complaint is moot and is **DENIED** in its entirety.

DATED this ____ day of ____, 2019.

_____
David G. Campbell
Senior United States District Judge

**PROPOSED ORDER**