IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates to:<br><br>**LARENDA WHITACKER**<br><br>    **PLAINTIFF**<br><br>    v.<br><br>**C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC.,**<br><br>    **DEFENDANTS** | Case No. 2:17-cv-00008<br><br>**NOTICE OF APPEARANCE FOR JENNIFER A. MOORE** |

    **PLEASE TAKE NOTICE** that Jennifer A. Moore of Moore Law Group, PLLC hereby enters an appearance as co-counsel for Plaintiff, along with the Bryant Law Center, P.S.C., in the above-referenced action.  Please serve said co-counsel with all pleadings and notices in this action using the contact information below:

    Jennifer A. Moore
    MOORE LAW GROUP, PLLC
    1473 South 4th Street
    Louisville, KY  40208
    P:  502-717-4080
    F:  502-717-4086
    Email: jennifer@moorelawgroup.com; kara@moorelawgroup.com

    Please amend your service list accordingly and send all notices, correspondence, and pleadings in this matter to the above-law firm and address.

Dated:  July 30, 2019
    /s/ *Jennifer A. Moore*
    Jennifer A. Moore
    MOORE LAW GROUP, PLLC
    1473 South 4th Street
    Louisville, KY  40208
    P:  (502) 717-4080
    jennifer@moorelawgroup.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2019, I electronically filed the foregoing document with the Clerk of the U.S. District Court, District of Arizona, using the CM/ECF system, which will send notification of such filing to all parties.

                                          /s/ *Jennifer A. Moore*
                                          *Counsel for Plaintiff*