IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates to:<br><br>**MARGARET SPRAGUE**<br><br>**PLAINTIFF**<br><br>v.<br><br>**C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC.,**<br><br>**DEFENDANTS** | Case No. 2:17-cv-00181<br><br>NOTICE OF APPEARANCE FOR JENNIFER A. MOORE |

**PLEASE TAKE NOTICE** that Jennifer A. Moore of Moore Law Group, PLLC hereby enters an appearance as co-counsel for Plaintiff, along with the law firm of Gary C. Johnson, P.S.C., in the above-referenced action. Please serve said co-counsel with all pleadings and notices in this action using the contact information below:

> Jennifer A. Moore
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY  40208
> P:  502-717-4080
> F:  502-717-4086
> Email: jennifer@moorelawgroup.com; kara@moorelawgroup.com

Please amend your service list accordingly and send all notices, correspondence, and pleadings in this matter to the above-law firm and address.

Dated: July 30, 2019

/s/ *Jennifer A. Moore*
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
P:  (502) 717-4080
jennifer@moorelawgroup.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2019, I electronically filed the foregoing document with the Clerk of the U.S. District Court, District of Arizona, using the CM/ECF system, which will send notification of such filing to all parties.

                                        /s/ *Jennifer A. Moore*
                                        *Counsel for Plaintiff*