James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
JCondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC<br><br>**DEFENDANTS C. R. BARD, INC.'S AND BARD PERIPHERAL VASCULAR, INC.'S ANSWER AND GENERAL DENIAL IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT IN CASE NO. CV-19-00755-PHX-DGC; JURY TRIAL DEMAND** |

     Defendants C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV") (Bard and BPV are collectively "Defendants") hereby file this Answer and General Denial in response to the First Amended Complaint served on Defendants in *Dorothea Malys, as the Personal Representative of the Estate of Thomas Malys, deceased v. C. R. Bard, Inc., et al.*, AZ Member Case No. CV-19-00755-PHX-DGC ("Answer and General Denial").

1  Defendants further reserve the right to file any motion to dismiss for failure to state a claim
2  with respect to this case, as set forth in Amended Case Management Order No. 4.

3  With respect to the allegations plaintiff(s) raise in *Dorothea Malys, as the Personal
4  Representative of the Estate of Thomas Malys, deceased v. C. R. Bard, Inc., et al.,* AZ
5  Member Case No. CV-19-00755-PHX-DGC, Defendants deny, generally and specifically,
6  each and every allegation in plaintiff(s)' Complaint, the whole thereof, and each and every
7  cause of action therein.  Defendants further deny that the plaintiff(s) has sustained, or is
8  entitled to recover, damages in any amount alleged or in any sum whatsoever.  Defendants
9  further deny that they are liable to the plaintiff in any amount, and further deny that the
10 plaintiff has sustained injury, damage, or loss by reason of any act or omission by
11 Defendants.

12 As for additional defenses, and without assuming any burden of pleading or proof that
13 would otherwise rest on plaintiff(s), Defendants incorporate by reference the responses and
14 Affirmative Defenses set forth in Defendants' Answer to Plaintiffs' Master Complaint filed in
15 MDL 2641 on December 17, 2015 (Doc. 366).  Defendants further reserve the right to raise
16 such other affirmative defenses as may be available or apparent during discovery or as may
17 be raised or asserted by other defendants in this case.  Defendants have not knowingly or
18 intentionally waived any applicable affirmative defense.  If it appears that any affirmative
19 defense is or may be applicable after Defendants have had the opportunity to conduct
20 reasonable discovery in this matter, Defendants will assert such affirmative defense in
21 accordance with the Federal Rules of Civil Procedure.

## REQUEST FOR JURY TRIAL

23 Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. demand a trial by jury
24 on all issues appropriate for jury determination.

25 **WHEREFORE**, Defendants aver that the plaintiff(s) is/are not entitled to the relief
26 demanded in the plaintiff(s)' Complaint, and these Defendants, having fully answered, pray
27 that this action against them be dismissed and that they be awarded their costs in defending

this action and that they be granted such other and further relief as the Court deems just and appropriate.

This 30th day of July, 2019.

                                                      s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH:  (602) 382-6000
JCondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**