# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2641<br><br>JUDGE DAVID G. CAMPBELL |

**This Document Relates to:**
HOPKINS v. C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.
Civil Action No 2:18-cv-04065-DGC

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Sheila Hopkins on July 04, 2019.

Dated: August 01, 2019

    Respectfully submitted,

    By: /s/ Willard J. Moody_____
    Willard J. Moody, Jr., Esquire (VSB #22866)
    THE MOODY LAW FIRM, INC.
    500 Crawford Street, Suite 200
    Portsmouth, VA 23704
    (757) 393-4093
    will@moodyrrlaw.com

    Jonathan A. Hogins, Esquire (VSB #83982)
    THE MOODY LAW FIRM, INC.
    500 Crawford Street, Suite 200
    Portsmouth, VA 23704
    (757) 393-4093
    jhogins@moodyrrlaw.com
    ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on August 1, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.