**STATE OF SOUTH CAROLINA**
**CERTIFICATION OF VITAL RECORD**

# DEATH CERTIFICATION

STATE FILE NUMBER: 139-19-025674

DECEDENT'S NAME: *SHELIA ELIZABETH GOFF-HOPKINS*  
SEX: FEMALE  
AKA's: NA  
SOCIAL SECURITY NUMBER: 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  
ARMED FORCES: NO  
DATE OF BIRTH: NOVEMBER 22, 1958  
AGE: 60 YEARS  
TYPE OF PLACE OF DEATH: HOSPITAL- INPATIENT  
COUNTY OF DEATH: CHARLESTON  
NAME AND ADDRESS OF PLACE OF DEATH: MUSC MEDICAL CENTER, CHARLESTON, SC 29425  
PLACE OF DISPOSITION: MCALISTER-SMITH FUNERAL AND CREMATION  
DISPOSITION LOCATION: CHARLESTON, SOUTH CAROLINA  
METHOD OF DISPOSITION: CREMATION  
DECEDENT'S RESIDENCE: 102 CEDAR MILL DRIVE, GOOSE CREEK, CHARLESTON COUNTY, SC, 29445  
PLACE OF BIRTH: SOUTH CAROLINA  
MARITAL STATUS: DIVORCED (AND NOT REMARRIED)

SURVIVING SPOUSE'S NAME: NA  
FATHER'S NAME: CHARLES EUGENE GOFF  
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: BEATRICE SIMMONS  
INFORMANT'S NAME: TRIVIA KING  
RELATIONSHIP: DAUGHTER  
MAILING ADDRESS: 109 THOUSAND OAKS CT, SUMMERVILLE, SC, 29485  
FUNERAL HOME: MURRAY'S MORTUARY, 4060 RIVERS AVENUE, NORTH CHARLESTON, SC, 29405  
FUNERAL DIRECTOR: CHARDALE MURRAY  
LICENSE NUMBER: 2653  
EMBALMER'S NAME: CHARLIE MURRAY  
LICENSE NUMBER: 3635  
ACTUAL OR PRESUMED DATE OF DEATH: JULY 04, 2019  
MANNER OF DEATH: NATURAL  
ACTUAL OR PRESUMED TIME OF DEATH: 0326  

CAUSE OF DEATH - PART I  
LARGE RIGHT INTRACEREBRAL HEMORRHAGE WITH INTRAVENTRICULAR HEMORRHAGE  
CEREBRAL EDEMA, BRAIN HERNIATION  
ACUTE RESPIRATORY FAILURE  

OTHER SIGNIFICANT CONDITIONS - PART II:  
HYPERTENSION, END STAGE RENAL DISEASE  

CORONER CONTACTED? YES  
AUTOPSY PERFORMED? NO  
AUTOPSY AVAILABLE? NA  
DATE OF INJURY: NA  
TIME OF INJURY: NA  
INJURY AT WORK? NA  
PLACE OF INJURY: NA  
LOCATION OF INJURY: NA  
HOW THE INJURY OCCURRED?  
NA  

CERTIFIER NAME AND TITLE: MD PHILLIP D. WARR  
LICENSE NUMBER: 27256  
CERTIFIER'S ADDRESS: 96 JONATHAN LUCAS STREET, CHARLESTON, SC, 29425  
DATE FILED: JULY 09, 2019  
DATE OF ISSUANCE: JULY 10, 2019  
SPECIAL INSTRUCTIONS:  
NA  

SC07830996

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.  
Acting Director

Angelia P. Saleeby  
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE