**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2641<br><br>JUDGE DAVID G. CAMPBELL |

**This Document Relates to:**
HOPKINS v. C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.
Civil Action No 2:18-cv-04065-DGC

**PROPOSED ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Party and For Leave to Amend Short Form Complaint. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered Plaintiff's Motions to Substitute Party is **HEREBY GRANTED.**

Date: _____    _____
                                                                    Hon. David G. Campbell
                                                                    United States District Court Judge