# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC<br><br>**ORDER** |

Pending before Court is the parties unopposed motion for leave to file under seal. Doc. 19799.

**IT IS ORDERED** that the unopposed motion for leave to file under seal (Doc. 19799) is **granted.** The Clerk of Court shall accept for filing under seal, without change to the document number, the document lodged on the Court's docket as 19800.

Dated this 6th day of August, 2019.

David G. Campbell
Senior United States District Judge