# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV18-4065 PHX DGC |
| Sheila Hopkins, | |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiffs' motion for substitution of party. Doc. 19822

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 19822) is **granted.** Terrance Goff, as the personal representative for the estate of Sheila Hopkins is substituted for Sheila Hopkins, deceased, in this action. Plaintiff may file an amended complaint with the clerk of Court on or before **August 14, 2019**.

Dated this 7th day of August, 2019.

David G. Campbell
Senior United States District Judge