Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**STEPHEN WETOWITZ** | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - 2:18-CV-4319)<br><br>**STIPULATED MOTION FOR SUBSTITUTION OF PLAINTIFF DUE TO DEATH** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Paul Wetowitz, as personal representative and executor of the estate of Plaintiff Stephen Wetowitz, Jr., moves to substitute in as plaintiff in this action due to the death of Plaintiff Stephen Wetowitz, Jr. Defendants have stipulated to the substitution requested in this motion.

Plaintiff Stephen Wetowitz, Jr. passed away on or about December 14, 2018. As a result, Stephen Wetowitz, Jr. can no longer serve as plaintiff in this suit. Movant Paul Wetowitz is the personal representative and executor of the estate of Plaintiff Stephen Wetowitz, Jr. and could serve as the proper plaintiff to pursue the claims of Stephen Wetowitz, Jr. and his estate in this suit.

Paul Wetowitz and Plaintiff's counsel are exploring whether Stephen Wetowitz, Jr.'s death was related to Defendants' IVC filter that is the subject of this lawsuit. While

they investigate those matters and due to the death of Stephen Wetowitz, Jr., Paul Wetowitz seeks to substitute as plaintiff pursuant to Rule 25(a)(1) to represent the interests of the estate and Stephen Wetowitz, Jr.'s survivors in this action.  In the event that Paul Wetowitz and his counsel determine that Stephen Wetowitz, Jr.'s death was related to Defendants' IVC filter, they will separately move pursuant to Rule 15(a) to file an amended Short Form Complaint to add claims for wrongful death.

Plaintiff's counsel has conferred with defense counsel regarding this motion, and Defendants consent to the substitution requested by this motion.

For the foregoing reasons Plaintiff respectfully requests that Paul Wetowitz, in his capacity as personal representative and executor of the estate of Stephen Wetowitz, Jr., be substituted as a Plaintiff in this matter for Stephen Wetowitz, Jr.

RESPECTFULLY SUBMITTED this 7th day of August 2019.

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: */s/Paul L. Stoller for (with permission)*
Richard B. North, Jr.
Matthew B. Lerner

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of August 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                      */s/ Donna M. Berrios*