IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**STEPHEN WETOWITZ** | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - 2:18-CV-4319)<br><br>**ORDER GRANTING SUBSTITUTION OF PLAINTIFF DUE TO DEATH** |

A Stipulated Motion for Substitution of Plaintiff Due to Death having been filed, and good cause appearing,

IT IS ORDERED that Paul Wetowitz, personal representative and executor of the estate of Plaintiff Stephen Wetowitz, Jr., is hereby substituted as Plaintiff in the above-captioned matter in place of Stephen Wetowitz, Jr., deceased.

DATED this ____ day of _____ 2019.