# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV18-4319 PHX DGC |
| Stephen Wetowitz, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiffs' motion for substitution of party. Doc. 19875

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 19875) is **granted.** Paul Wetowitz, as the personal representative for the estate of Stephen Wetowitz is substituted for Stephen Wetowitz, deceased, in this action. Plaintiff may file an amended complaint with the clerk of Court on or before **August 15, 2019**.

Dated this 8th day of August, 2019.

David G. Campbell
Senior United States District Judge