## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. 2:15-MD-02641-DGC |
| Terrance Goff, Personal Representative For the Estate of Sheila Hopkins | Civil Action No.: 2:18-CV-4065-DGC |
| Plaintiff**,** | **NOTICE OF FILING OF AMENDED COMPLAINT** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. | |
| Defendants. | |

Plaintiff, Terrance Goff, Personal Representative for the Estate of Sheila Hopkins, files this notice of filing of Plaintiff's Amended Short Form Complaint. The amended complaint is attached hereto.

RESPECTFULLY SUBMITTED,

Date: <u>August 08, 2019</u>     By:     /s/ <u>Willard J. Moody, Jr.</u>
Willard J. Moody, Jr. Esq.
Jonathan Hogins, Esq.
THE MOODY LAW FIRM, INC.
500 Crawford St. Ste. 200
P.O. Box 1138
Portsmouth, VA 23705
(757) 393-6020
(757) 399-3019 facsimile
Email: will@moodyrrlaw.com
Email: jhogins@moodyrrlaw.com

<u>Certificate of Service</u>

I hereby certify that on this 8th day of August, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

<u>/s/ Willard J. Moody, Jr.</u>