Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
Email: jhogins@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Sheila Hopkins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   ~~N/A,~~ Terrance Goff, Personal Representative for the Estate of Sheila Hopkins

Revised: 12/17/2012

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   South Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   South Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   In the United States District Court for the District of South Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Paragraphs 1 through 14 of the Master Complaint

<u>A substantial portion of the events leading to Plaintiff's injuries arose in South Carolina making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery ®Vena Cava Filter
- ☐ G2 ®Vena Cava Filter
- ☐ G2® Express (G2X) Vena Cava Filter
- ☒ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ S. Other:

3

11.     Date of Implantation as to each Product

<u>03/09/2012</u>

12.     Counts in the Master Complaint brought by Plaintiff(s)

- [x] Count I: Strict Products Liability-Manufacturing Defect
- [x] Count II: Strict Products Liability-Information Defect (Failure to Warn)
- [x] Count III: Strict Products Liability-Design Defect
- [x] Count IV: Negligence- Design
- [x] Count V: Negligence-Manufacture
- [x] Count VI: Negligence-Failure to Revall/Retrofit
- [x] Count VII: Negligent Misrepresentation
- [x] Count VIII: Negligent *Per Se*
- [x] Count X:    Breach of Express Warranty
- [x] Count XI:   Breach of Implied Warranty
- [x] Count XII:  Fraudulent Misrepresentation
- [x] Count XIII: Fraudulent Concealment
- [x] Count XIV: Violations of Applicable South Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [ ] Count XV: Loss of Consortium
- [ ] Count XVI: Wrongful Death
- [ ] Count XVII: Survival
- [x] Punitive Damages

4

5

| | | |
|---|---|---|
| Date: <u>08/08/2019</u> | By: | <u>/s/ Willard J. Moody, Jr.</u> |
| | | Willard J. Moody, Jr. Esq. |
| | | Jonathan Hogins, Esq. |
| | | THE MOODY LAW FIRM, INC. |
| | | 500 Crawford St. Ste. 200 |
| | | P.O. Box 1138 |
| | | Portsmouth, VA 23705 |
| | | (757) 393-6020 |
| | | (757) 399-3019 facsimile |
| | | will@moodyrrlaw.com |
| | | jhogins@moodyrrlaw.com |