Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
Email: jhogins@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **No. MD-15-02641-PHX-DGC**<br><br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Sheila Hopkins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    Terrance Goff, Personal Representative for the Estate of Sheila Hopkins

Revised: 12/17/2012

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   South Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   South Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   In the United States District Court for the District of South Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   C.R. Bard Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒   Diversity of Citizenship

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Paragraphs 1 through 14 of the Master Complaint

<u>A substantial portion of the events leading to Plaintiff's injuries arose in South Carolina making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery ®Vena Cava Filter
- ☐ G2 ®Vena Cava Filter
- ☐ G2® Express (G2X) Vena Cava Filter
- ☒ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ S. Other:

11. Date of Implantation as to each Product

<u>03/09/2012</u>

12. Counts in the Master Complaint brought by Plaintiff(s)

- ☒ Count I: Strict Products Liability-Manufacturing Defect
- ☒ Count II: Strict Products Liability-Information Defect (Failure to Warn)
- ☒ Count III: Strict Products Liability-Design Defect
- ☒ Count IV: Negligence- Design
- ☒ Count V: Negligence-Manufacture
- ☒ Count VI: Negligence-Failure to Revall/Retrofit
- ☒ Count VII: Negligent Misrepresentation
- ☒ Count VIII: Negligent *Per Se*
- ☒ Count X:    Breach of Express Warranty
- ☒ Count XI:   Breach of Implied Warranty
- ☒ Count XII:  Fraudulent Misrepresentation
- ☒ Count XIII: Fraudulent Concealment
- ☒ Count XIV: Violations of Applicable South Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☒ Punitive Damages

4

5

Date: 08/09/2019            By:     /s/ Willard J. Moody, Jr.
                                    Willard J. Moody, Jr. Esq.
                                    Jonathan Hogins, Esq.
                                    THE MOODY LAW FIRM, INC.
                                    500 Crawford St. Ste. 200
                                    P.O. Box 1138
                                    Portsmouth, VA 23705
                                    (757) 393-6020
                                    (757) 399-3019 facsimile
                                    will@moodyrrlaw.com
                                    jhogins@moodyrrlaw.com