UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2641<br><br>JUDGE DAVID G. CAMPBELL |

**This Document Relates to:**

*VIRGIL WRIGHT v. C.R. BARD, INC. & BARD PERIPHERAL VASCULAR, INC.*
Civil Action No: 2:19-cv-00126-DGC

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Virgil Wright, on or about April 14, 2019.

Dated: August 9, 2019

Respectfully submitted,

/s/ Matthew McCarley
Matthew R. McCarley
TX Bar No. 24041426
Arati Furness, Esq.
Texas Bar No. 24094382
**Fears | Nachawati PLLC**
5473 Blair Road
Dallas, Texas 75231
214-890-0711 (Phone)
214-890-0712 (Fax)
mccarley@fnlawfirm.com
afurness@fnlawfirm.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: August 9, 2019

                                    Respectfully submitted,

                                    /s/ Matthew McCarley
                                    Matthew R. McCarley
                                    TX Bar No. 24041426
                                    Arati Furness, Esq.
                                    Texas Bar No. 24094382
                                    **Fears | Nachawati PLLC**
                                    5473 Blair Road
                                    Dallas, Texas 75231
                                    214-890-0711 (Phone)
                                    214-890-0712 (Fax)
                                    mccarley@fnlawfirm.com
                                    afurness@fnlawfirm.com

                                    *Attorneys for the Plaintiffs*