STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2019065013 **DATE ISSUED:** APRIL 24, 2019

**DECEDENT INFORMATION** **DATE FILED:** APRIL 24, 2019

NAME: VIRGIL WRIGHT

DATE OF DEATH: APRIL 14, 2019 SEX: MALE SSN: 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 AGE: 055 YEARS
DATE OF BIRTH: JANUARY 29, 1964 BIRTHPLACE: FORT LAUDERDALE, FLORIDA, UNITED STATES
PLACE OF DEATH: EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS: BROWARD HEALTH NORTH
LOCATION OF DEATH: DEERFIELD BEACH, BROWARD COUNTY, 33064
RESIDENCE: 1267 NW 27TH AVENUE, POMPANO BEACH, FLORIDA 33069, UNITED STATES COUNTY: BROWARD
OCCUPATION, INDUSTRY: PORTER, MEDICAL
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: BLACK OR AFRICAN AMERICAN

**SURVIVING SPOUSE / PARENT NAME INFORMATION**
**(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)**

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: CHRISTINE MORGAN
FATHER'S/PARENT'S NAME: CHARLIE WRIGHT
MOTHER'S/PARENT'S NAME: GEORGIA SAPP

**INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION**

INFORMANT'S NAME: CHRISTINE M WRIGHT
RELATIONSHIP TO DECEDENT: SPOUSE
INFORMANT'S ADDRESS: 1267 NW 27TH AVENUE, POMPANO BEACH, FLORIDA 33069, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: WOODROW J POITIER, F043381
FUNERAL FACILITY: L C POITIER FUNERAL HOME F039769
317 NW 6TH ST, POMPANO BEACH, FLORIDA 33060
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: PINEVIEW CEMETERY
DEERFIELD BEACH, FLORIDA

**CERTIFIER INFORMATION**

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0022 DATE CERTIFIED: APRIL 22, 2019
CERTIFIER'S NAME: LOWELL ANTHONY ADKINS
CERTIFIER'S LICENSE NUMBER: ME38661
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

**CAUSE OF DEATH AND INJURY INFORMATION**

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. ACUTE MYOCARDIAL INFARCTION

b. AORTIC STENOSIS

c. HYPERLIPIDEMIA

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
ESSENTIAL HYPERTENSION, DEEP VEIN THROMBOSIS

AUTOPSY PERFORMED? NO AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY: DID TOBACCO USE CONTRIBUTE TO DEATH? NO
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE TIME OF INJURY (24 HOUR): INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT: TYPE OF VEHICLE:

, STATE REGISTRAR

REQ: 2020386140

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD