# AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

State of FLORIDA )
) SS: 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
County of BROWARD )
)

Christine E. WRIGHT being duly sworn according to law, declare that I
*(First, middle, last name)*

reside at 1267 NW 27 AVE, Pompano Beach FL 33069 and
*(Street address)* *(City, State)*

that on 4/14/2019, VIRGIL WRIGHT, who made no will, had
*(Date)* *(Name of the Deceased)*

permanent legal residence at 1267 NW 27 AVE Pompano Beach FL 33069

I am the ~~widow~~, (widower), child, father, mother, other and as such am entitled to receive
*(Circle relationship)*

the decedent's estate under the laws of FLORIDA.
*(Name of U.S. state where decedent last had legal permanent residence)*

## NAMES OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father and/or mother, brothers and/or sisters:

| Name | Date/Place of Birth | Address | Relationship |
|---|---|---|---|
| Christine Wright | 10/08/1967 JAMAICA | 1267 NW 27 AVE Pompano Beach FL 33069 | WIFE |

Christine Wright
(Signature of Affiant)

Subscribed and sworn (or affirmed to) before me by Christine Wright at Wells Fargo Bank on May 13, 2019.

(Seal)

TRINETTE WILLIAMS
NOTARY PUBLIC
STATE OF FLORIDA
My Comm. Expires October 26, 2021
No. GG 155170

[signature]
(Signature of Notary Public)

Trinette Williams
(Name of Notary Public)

