IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641- DGC<br><br>**PLAINTIFF'S FIRST AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Virgil  Wright

2. **Spousal Plaintiff/Deceased Party's spouse or** other party making loss of consortium claim:

    Christine Wright

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Christine Wright, Personal Representative of Estate

4. **Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence** at the time of implant:

    Florida

5. **Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence** at the time of injury:

    Florida

6. **Plaintiff's current state(s)** [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   Florida Southern District Court

8. Defendants (check Defendants against whom Complaint is made):
   - ☑ C.R. Bard Inc.
   - ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☑ Diversity of Citizenship
   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. **Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim** (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter
    - ☑ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

6/23/2015

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence – Design
- ☑ Count V: Negligence – Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation
- ☑ Count IX: Negligence *Per Se*
- ☑ Count X: Breach of Express Warranty
- ☑ Count XI: Breach of Implied Warranty
- ☑ Count XII: Fraudulent Misrepresentation
- ☑ Count XIII: Fraudulent Concealment
- ☑ Count XIV: Violations of Applicable  Florida  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☑ Count XV: Loss of Consortium
- ☐ Count XVI: Wrongful Death
- ☐ Count XVII: Survival
- ☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  9th  day of  August , 2019.

By: */s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

I hereby certify that on this  9th  day of  August , 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**