## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2641<br><br>JUDGE DAVID G. CAMPBELL |

**This Document Relates to:**

*VIRGIL WRIGHT v. C.R. BARD, INC. & BARD PERIPHERAL VASCULAR, INC.*
**Civil Action No: 2:19-cv-00126-DGC**

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Christine Wright, on behalf of the Estate of Virgil Wright, is substituted for Plaintiff Virgil Wright, in the above captioned cause.

Date: _____

                                                                                       Hon. David G. Campbell
                                                                                       United States District Court Judge