DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** August 8, 2019 |
| **Case Number:** MD-15-02641-PHX-DGC | |
| **IN RE:** Bard IVC Filters Products Liability Litigation | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mark O'Connor, Shannon Clark, and Laura Smith | Richard North and Matthew Lerner |

**TELEPHONIC CONFERENCE:**

1:02 p.m.  Court is called to order.  Discussion is held regarding the parties' Joint Notice Regarding Revised Exhibits for Settlement and Non-settlement Track Cases. Doc. 19798; *see* Doc. 19871. At this time, the Court will not act on subject matter jurisdictional issues in the Track 1 and Track 2 settlement cases.  *See* Docs. 19798-1, -2 (Exs. A & B). The Court will address jurisdictional issues if any of these cases get moved to Track 3.

**IT IS ORDERED** that the parties shall file a joint report by **September 6, 2019**: (1) stating what should be done with the Track 3 cases that lack subject matter jurisdiction (*see* Doc. 19798-10 (Ex. J)), and (2) addressing the subject matter jurisdiction issues in *Vollick*, CV-17-2588, *Dukes*, CV-19-1348 (*see* Doc. 19798-4 (Ex. E)), and *Fuller*, CV-18-1414 (*see* Doc. 19798-7 (Ex. G)).

| | |
|---|---|
| Deputy Clerk: Christine Boucher | Start: 1:02 p.m. |
| Court Reporter: Patricia Lyons | Stop: 1:31 p.m. |
| | Time in court: 29 min. |