# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-0126 PHX DGC |
| Virgil Wright, et al., | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiffs' motion for substitution of party. Doc. 19880

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 19880) is **granted.** Christine Wright, as the personal representative for the estate of Virgil Wright is substituted for Virgil Wright, deceased, in this action. Plaintiff may file an amended complaint with the clerk of Court on or before **August 16, 2019**.

Dated this 9th day of August, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge