UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641- DGC |
| *This Document Relates to:*<br>Plaintiff: Eulalio Bazan<br>Case: 2:16-cv-02603-DGC | |

## SUGGESTION OF DEATH OF PLAINTIFF EULALIO BAZAN

Plaintiff Eulalio Bazan, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Eulalio Bazan, which occurred on May 1, 2019. Plaintiff respectfully informs this Court that a Motion for Substitution of Party will be filed by the appropriate representative of Eulalio Bazans' estate.

DATED: August 14, 2019

Respectfully submitted,

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP

By:   */s/ Wendy R. Fleishman*
      Wendy R. Fleishman
      250 Hudson Street, 8th Floor
      New York, NY  10013-1413
      Telephone: (212) 355-9500
      Facsimile:     (212) 355-9592
      wfleishman@lchb.com
      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th Day of August, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: */s/ Wendy R. Fleishman*
Wendy R. Fleishman
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile:     (212) 355-9592
wfleishman@lchb.com
*Counsel for Plaintiff*

1821133.1