# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641- DGC<br><br>**PLAINTIFF'S FIRST AMENDED SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Virgil  Wright

2.  **Spousal Plaintiff/Deceased Party's spouse or** other party making loss of consortium claim:

    Christine Wright

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Christine Wright, Personal Representative for the Estate of Virgil Wright

4.  **Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence** at the time of implant:

    Florida

5.  **Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence** at the time of injury:

    Florida

6.     **Plaintiff's current state(s) [if** more than one Plaintiff] of residence:

Florida

7.     District Court and Division in which venue would be proper absent direct filing:

Florida Southern District Court

8.     Defendants (check Defendants against whom Complaint is made):

    ☑    C.R. Bard Inc.

    ☑    Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

    ☑    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    **Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a** claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☑    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

6/23/2015 _____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:    Strict Products Liability − Manufacturing Defect

☑    Count II:    Strict Products Liability − Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability − Design Defect

☑    Count IV:    Negligence − Design

☑    Count V:    Negligence − Manufacture

☑    Count VI:    Negligence − Failure to Recall/Retrofit

☑    Count VII:    Negligence − Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑    Count XIII:    Fraudulent Concealment

☑    Count XIV:    Violations of Applicable  Florida  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:    Survival

☑    Punitive Damages

☐    Other(s): _____    (please state the facts

supporting this Count in the space immediately below)

_____

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☑    Yes

☐    No

RESPECTFULLY SUBMITTED this __14th__ day of __August__, 2019.

By:*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

I hereby certify that on this __14th__ day of __August__, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**