UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641- DGC |
| *This Document Relates to:*<br>Plaintiff: Eulalio Bazan<br>Case: 2:16-cv-02603-DGC | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby moves this Court for an order substituting Maria Corina Bazan, as personal representative of the estate of Eulalio Bazan for the named Plaintiff in this case. As grounds therefore, counsel states as follows:

1. That Eulalio Bazan filed a products liability action on August 2, 2016.

2. That on or about May 1, 2019, Eulalio Bazan passed away.

3. Eulalio Bazan passed away without a will/intestate.

4. That a Notice/Suggestion of Death was filed today.

5. That Maria Corina Bazan is the sole surviving spouse of Eulalio Bazan.

6. That pursuant to Fed. R. Civ. P. 25(a)(1), the Court may order substitution of the proper parties upon a motion by any party or by the representatives of the deceased party.

7. That a proposed amended short form complaint reflecting the requested substitution is attached hereto as **Exhibit 1**.

WHEREFORE, Maria Corina Bazan, as surviving wife and representative of the decedent Eulalio Bazan, respectfully requests this Court grant her motion for Substitution of

1821138.2

Party. A proposed order is attached hereto as **Exhibit 2**.

DATED: <u>August 14, 2019</u>　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LIEFF, CABRASER, HEIMANN
　　　　　　　　　　　　　　　　　　　　　& BERNSTEIN, LLP

　　　　　　　　　　　　　　　　　　By:　　<u>*/s/ Wendy R. Fleishman*</u>
　　　　　　　　　　　　　　　　　　　　　Wendy R. Fleishman
　　　　　　　　　　　　　　　　　　　　　250 Hudson Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY  10013-1413
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 355-9500
　　　　　　　　　　　　　　　　　　　　　Facsimile:      (212) 355-9592
　　　　　　　　　　　　　　　　　　　　　wfleishman@lchb.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1821138.2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 14th Day of August, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
*Counsel for Plaintiff*

1821138.2