# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Eulalio Bazan
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Maria Corina Bazan
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Maria Corina Bazan, as surviving spouse/administrator
   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Texas

7. District Court and Division in which venue would be proper absent direct filing:
   Southern District of Texas, Corpus Christi Division

8. Defendants (check Defendants against whom Complaint is made):

   [✓]  C.R. Bard Inc.

   [✓]  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   [✓]  Diversity of Citizenship

   [ ]  Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☑ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:
    2/09/2011
    _____
    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:    Strict Products Liability – Manufacturing Defect
- ☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III:  Strict Products Liability – Design Defect
- ☑ Count IV:   Negligence - Design
- ☑ Count V:    Negligence - Manufacture
- ☑ Count VI:   Negligence – Failure to Recall/Retrofit
- ☑ Count VII:  Negligence – Failure to Warn
- ☑ Count VIII: Negligent Misrepresentation

| | | |
|---|---|---|
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable __Texas__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☑ | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this  14  day of  August  2019.

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman
Daniel E. Seltz

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St. 8th Floor
New York, NY 10013

*Attorneys for Plaintiff*

I hereby certify that on this  14  day of  August  2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/  Wendy R. Fleishman