# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. 2:15-md-02641- DGC |
| *This Document Relates to:*<br>Plaintiff: Eulalio Bazan<br>Case: 2:16-cv-02603-DGC | |

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

This matter, having come before the Court on Plaintiff's motion for substitution of party.

**IT IS ORDERED** that Plaintiff's motion for substitution of party is **granted**. Maria Corina Bazan, as personal representative of the estate of Eulalio Bazan, is substituted as Party Plaintiff for Eulalio Bazan, deceased, in Case No. 2:16-cv-02603-DGC.

Dated _____, 2019.

  
  
_____
Hon. David G. Campbell
United States District Court Judge

1821140.1