David A. Wenner, Esq. (AZ #009886)
**SNYDER AND WENNER, P.C.**
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
Telephone (602) 224-0005
Facsimile (602) 381-8997
Email: jen@snyderwenner.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Relates to Plaintiff: Rick Shaw<br><br>Case No.: 2:18-cv-01593-DGC | No. MD-15-02641-PHX-DGC<br><br>**DECLARATION OF DAVID A. WENNER** |

I, David A. Wenner, hereby make this declaration under penalty of perjury.

1. On August 15, 2019, my office forwarded a letter to plaintiff Rick Shaw, via email and U.S. mail, containing copies of the complaint, profile form and demand letter submitted in this matter.

2. On August 16, 2019, my office informed plaintiff Rick Shaw of any upcoming deadlines and provided him with a copy of the Motion to Withdraw as Counsel of Record. My office advised him about the necessity of complying with all court orders in order to avoid sanctions. My office also explained the necessity of securing new counsel.

3. No trial date has been set.

The above is true to the best of my knowledge.

Dated: August 16, 2019            */s/ David A. Wenner*
                                   David A. Wenner

/ / /

1

1  I hereby certify that on this 16th day of August, 2019, I electronically transmitted the
2  attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a
3  Notice of Electronic Filing.

/s/ David A. Wenner
_____
David A. Wenner