IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Relates to Plaintiff: Rick Shaw<br><br>Case No.: 2:18-cv-01593-DGC | No. MD-15-02641-PHX-DGC<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

The Court, having received and considered David Wenner/Snyder and Wenner's Motion for Withdrawal as Counsel of Record, and finding cause exists,

IT IS HEREBY ORDERED that David Wenner and the law firm of Snyder and Wenner, P.C., is hereby withdrawn as counsel of record for plaintiff Rick Shaw in this case.

IT IS FURTHER ORDERED that all pleadings, minute entry orders and court orders shall be sent directly to plaintiff at:

Rick Shaw
2540 Fremont St, #119
Las Vegas, NV 89104
Email: liveandletlive1961@gmail.com

1