# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV16-2603 PHX DGC |
| Eulalio Bazan, | |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 19893

**IT IS ORDERED** that Plaintiff's motion for substitution of party (Doc. 19893) is **granted.** Maria Corina Bazan is substituted for Eulalio Bazan, deceased, in this action, continuing the claims of Eulalio Bazan on behalf of his Estate. Plaintiff may file an amended complaint with the clerk of Court on or before August 23, 2019.

Dated this 16th day of August, 2019.

David G. Campbell
Senior United States District Judge