# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.     Plaintiff/Deceased Party:

Eulalio Bazan
_____

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Maria Corina Bazan
_____

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Maria Corina Bazan, as surviving spouse/administrator
_____

4.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Texas
_____

5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas
_____

6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas
_____

7.   District Court and Division in which venue would be proper absent direct filing:

Southern District of Texas, Corpus Christi Division
_____

8.   Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express (G2®X) Vena Cava Filter

☑   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11.   Date of Implantation as to each product:

2/09/2011

_____

12.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:       Strict Products Liability – Manufacturing Defect

☑   Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑   Count III:     Strict Products Liability – Design Defect

☑   Count IV:     Negligence - Design

☑   Count V:      Negligence - Manufacture

☑   Count VI:     Negligence – Failure to Recall/Retrofit

☑   Count VII:    Negligence – Failure to Warn

☑   Count VIII:   Negligent Misrepresentation

-3-

☑    Count IX:      Negligence *Per Se*

☑    Count X:       Breach of Express Warranty

☑    Count XI:      Breach of Implied Warranty

☑    Count XII:     Fraudulent Misrepresentation

☑    Count XIII:    Fraudulent Concealment

☑    Count XIV:    Violations of Applicable ___Texas_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count XV:      Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII:   Survival

☑    Punitive Damages

☐    Other(s):     _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

☑    Yes

☐    No

-4-

1   RESPECTFULLY SUBMITTED this __19__ day of August   2019.

2   **LIEFF CABRASER HEIMANN &**
    **BERNSTEIN, LLP**

3   By: */s/ Wendy R. Fleishman*
    Wendy R. Fleishman

4   Daniel E. Seltz

5   **LIEFF CABRASER HEIMANN**
    **& BERNSTEIN, LLP**

6   250 Hudson St. 8th Floor
    New York, NY 10013

7   *Attorneys for Plaintiff*

8

9   I hereby certify that on this __19__ day of August   2019, I electronically transmitted the

10  attached document to the Clerk's Office using the CM/ECF System for filing and

11  transmittal of a Notice of Electronic Filing.

12  */s/*  Wendy R. Fleishman

13

14

15

16

17

18

19

20

21

22