Exhibit "A"

FILED FOR RECORD
DATE 8-16-19
AT _____ O'CLOCK _____ .M
KAREN MCQUEEN
BRAZOS COUNTY CLERK
By _Patsy Davis_

No. 17,224-PC

| | | |
|---|---|---|
| IN RE: ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| KAREN HENKE SMITH, | § | AT LAW NO. 1 OF |
| | § | |
| DECEASED | § | BRAZOS COUNTY, TEXAS |

## ORDER APPOINTING INDEPENDENT ADMINISTRATOR AND AUTHORIZING ISSUANCE OF LETTERS OF INDEPENDENT ADMINISTRATION

ON THIS DAY the Court heard and considered the *Application for Issuance of Letters of Administration* filed by EMMETT SMITH, Applicant, and, after considering the evidence and argument of counsel in support of the *Application*, the Court finds that KAREN HENKE SMITH, Decedent, is deceased, having died on November 5, 2018; that four (4) years have not elapsed since the date of Decedent's death; that citation has been served and returned in the manner provided by law; that the Court has jurisdiction and venue over this Estate, and that the interest of the Estate requires the appointment of an Administrator; that each of the heirs, or their respective legal representatives, as determined by this Court, have collectively agreed that the Estate be administered independently of Court supervision and that EMMETT SMITH be appointed as the Independent Administrator of this Estate, to serve without bond or other security, and to possess the power of sale over all assets of the Estate; that Letters of Independent Administration should be granted and that EMMETT SMITH is a suitable Administrator, is not disqualified from acting as Independent Administrator, and that he should be appointed Independent Administrator of this Estate; that all parties interested in the Estate of Decedent have entered an appearance or have been served with citation as required by law; that this Court has jurisdiction of the subject matter and of all persons and parties; that the evidence presented and admitted fully and satisfactorily proves

each and every issue presented to the Court; that Decedent died intestate; and that the heirship of Decedent has been fully and satisfactorily proved by *Judgment Declaring Heirship* of even date herewith; that the identity of the nature of Decedent's property has been determined; and that the interest and share of each heir has been judicially declared.

The Court further finds that a notice to all interested persons was posted in accord with the requirements of law and that no contest of such appointment has been filed.

IT IS THEREFORE, ORDERED that EMMETT SMITH is hereby appointed as the Independent Administrator of this Estate with the full power of sale of all Estate assets upon agreement by each of Decedent's heirs; that EMMETT SMITH shall serve without the imposition of bond or other security by agreement of the Heirs of Decedent's Estate; that no other person has made application for their appointment as administrator of the Estate; that EMMETT SMITH is duly qualified and not disqualified by law to act as such and to receive Letters of Independent Administration; and that upon the taking and filing of the Oath of Independent Administrator as required by law, Letters of Independent Administration shall issue to EMMETT SMITH.

SIGNED THIS __16__ day of __August__, 2019.

_____
HONORABLE JUDGE PRESIDING

AGREED AS TO FORM:

MIDDLETON & MIDDLETON

By: _Michael W. Middleton_
    Michael W. Middleton
    3330 Longmire Drive
    College Station, Texas 77845
    Telephone: (979)695-2726
    Facsimile: (979)695-2754
    E-mail: mike@mwmpc.com
    State Bar No. 14021700

By: _Andrew G. Middleton_
    Andrew G. Middleton
    3330 Longmire Drive
    College Station, Texas 77845
    Telephone: (979)695-2726
    Facsimile: (979)695-2724
    Email: andrew@mwmpc.com
    State Bar No. 24089481

Attorney for Applicant,
EMMETT SMITH

Order Appointing Independent Administrator and
Authorizing Letters of Independent Administration
In Re: Estate of Karen Henke Smith, Deceased

3