IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff:

ESTATE OF KAREN SMITH

Civil Case # 2:19−cv−00262-DGC

## **ORDER**

On this day came on for consideration Plaintiff's Motion for Substitution of Party Plaintiff and For Leave to File First Amended Short Form Complaint. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted.

SIGNED _____, 2019

_____
JUDGE PRESIDING