# EXHIBIT 1



Jenni Suhr <jenni.suhr@andruswagstaff.com>

# Ebeid v. C.R. Bard, Inc. 2:16-cv-03265-DGC
1 message

**Darlene Ambrosine** <darlene.ambrosine@andruswagstaff.com>     Tue, Aug 20, 2019 at 3:18 PM
To: Richard North <richard.north@nelsonmullins.com>, maria.turner@nelsonmullins.com, matthew.lerner@nelsonmullins.com
Cc: Jenni Mobley <jenni.suhr@andruswagstaff.com>, "C.J. Cuneo" <cj.cuneo@andruswagstaff.com>

Counsel,

Attached, please find the Short Form Complaint and Waiver of Service for plaintiff Mohamed M. Ebeid, in case number 2:16-cv-03265-DGC.

**Darlene Ambrosine**
Paralegal

**Andrus Wagstaff, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Toll Free: 866-795-9529
Office: 303-376-6360
Fax: 888-875-2889
www.andruswagstaff.com

This electronic message transmission, including all attachments, contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you received this in error or are not the intended recipient, please note that federal law prohibits any disclosure, copying, distribution or use of the contents of this information. If you have received this electronic transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication and its attachments.

**2 attachments**


**Ebeid, Mohamed - Filed SFC.pdf**
344K


**20190820 - Ebeid, Mohamed - Waiver of Service.pdf**
127K

Jenni Suhr <jenni.suhr@andruswagstaff.com>

## Meadows v. C.R. Bard, Inc. 2:17-cv-03011-DGC
1 message

**Darlene Ambrosine** <darlene.ambrosine@andruswagstaff.com>   Tue, Aug 20, 2019 at 3:22 PM
To: Richard North <richard.north@nelsonmullins.com>, maria.turner@nelsonmullins.com, matthew.lerner@nelsonmullins.com
Cc: Jenni Mobley <jenni.suhr@andruswagstaff.com>, "C.J. Cuneo" <cj.cuneo@andruswagstaff.com>

Counsel,

Attached, please find the Short Form Complaint and Waiver of Service for plaintiff Larome C. Meadows.

**Darlene Ambrosine**
Paralegal

**Andrus Wagstaff, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Toll Free: 866-795-9529
Office: 303-376-6360
Fax:888-875-2889
www.andruswagstaff.com

This electronic message transmission, including all attachments, contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you received this in error or are not the intended recipient, please note that federal law prohibits any disclosure, copying, distribution or use of the contents of this information. If you have received this electronic transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication and its attachments.

**2 attachments**


**20170905 - Meadows, Larome - Filed Complaint.pdf**
141K


**20190820 - Meadows, Larome - Waiver of Service.pdf**
127K

Jenni Suhr &lt;jenni.suhr@andruswagstaff.com&gt;

## Williams v. C.R. Bard, Inc. 2:18-cv-01179-DGC

**Darlene Ambrosine** &lt;darlene.ambrosine@andruswagstaff.com&gt;      Tue, Aug 20, 2019 at 3:28 PM
To: Richard North &lt;richard.north@nelsonmullins.com&gt;, maria.turner@nelsonmullins.com, matthew.lerner@nelsonmullins.com
Cc: Jenni Mobley &lt;jenni.suhr@andruswagstaff.com&gt;, "C.J. Cuneo" &lt;cj.cuneo@andruswagstaff.com&gt;

Counsel,

Attached, please find the Short Form Complaint and Waiver of Service for plaintiff Jacqueline C. Williams.

**Darlene Ambrosine**
Paralegal

**Andrus Wagstaff, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Toll Free: 866-795-9529
Office: 303-376-6360
Fax: 888-875-2889
www.andruswagstaff.com

This electronic message transmission, including all attachments, contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you received this in error or are not the intended recipient, please note that federal law prohibits any disclosure, copying, distribution or use of the contents of this information. If you have received this electronic transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication and its attachments.

**2 attachments**


**20180417 - Williams, Jacqueline - Filed SFC.pdf**
166K


**20190820 - Williams, Jacqueline - Waiver of Service.pdf**
126K