# EXHIBIT 2



C.J. Cuneo <cj.cuneo@andruswagstaff.com>

## Fwd: Andrus Wagstaff PPF Submission
1 message

**John Crone** <john.crone@andruswagstaff.com>  Tue, Aug 6, 2019 at 11:58 AM
To: "C.J. Cuneo" <cj.cuneo@andruswagstaff.com>

---------- Forwarded message ---------
From: **Jenni Mobley** <jenni.mobley@andruswagstaff.com>
Date: Tue, Nov 22, 2016 at 1:52 PM
Subject: Andrus Wagstaff PPF Submission
To: <filterppf-pfs@nelsonmullins.com>, <wespita@lopezmchugh.com>, <karin.scheehle@gknet.com>
Cc: John Crone <john.crone@andruswagstaff.com>, Darlene Ambrosine <darlene.ambrosine@andruswagstaff.com>

Counsel:

Please see attached Plaintiff Profile Form and medical records for Mohamed Ebeid.

**Jenni Mobley**
*Senior Case Manager Lead*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Toll-Free: (866) 795-9529
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

--
**John R. Crone**
Associate Attorney
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Direct: 720-208-9417
Office: 303-376-6360
Fax: 303-376-6361
john.crone@andruswagstaff.com
www.andruswagstaff.com



**Ebeid, Mohammed - PPF - Bard.pdf**
513K