# EXHIBIT 3



Sarah Wolter <sarah.wolter@andruswagstaff.com>

## 2:17-cv-03011-DGC / L. Meadows v. C. R. Bard, Inc., et al
2 messages

**Darlene Ambrosine** <darlene.ambrosine@andruswagstaff.com>     Fri, Nov 3, 2017 at 4:06 PM
To: FILTER PPF PFS <filterppf-pfs@nelsonmullins.com>, Wendy Espitia <wespitia@lopezmchugh.com>, karin.scheehle@gknet.com
Cc: Jenni Mobley <jenni.mobley@andruswagstaff.com>, Sarah Wolter <sarah.wolter@andruswagstaff.com>, Breann Plasters <breann.plasters@andruswagstaff.com>

Counsel,

Please see attached Plaintiff Profile Form and medical records for Mr. Larome Meadows.

**Darlene Ambrosine**
Bilingual Senior Case Manager
Administradora de Casos Bilingue Mayoritaria



Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
darlene.ambrosine@andruswagstaff.com
www.andruswagstaff.com

*This electronic message transmission, including all attachments, contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you received this in error or are not the intended recipient, please note that federal law prohibits any disclosure, copying, distribution or use of the contents of this information. If you have received this electronic transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication and its attachments.*

 **20171002 - Meadows, Larome - Final PPF.pdf**
1850K

**Sarah Wolter** <sarah.wolter@andruswagstaff.com>     Tue, Aug 6, 2019 at 12:01 PM
To: "C.J. Cuneo" <cj.cuneo@andruswagstaff.com>

[Quoted text hidden]
--
**Sarah A. Wolter, Esq.**
Associate Attorney
*Licensed and Practicing in Colorado*

7171 West Alaska Drive| Lakewood, Colorado 80226
Direct - (720) 208-9411| Sarah.Wolter@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**20171002 - Meadows, Larome - Final PPF.pdf**
1850K