# EXHIBIT 4



Darlene Ambrosine <darlene.ambrosine@andruswagstaff.com>

## Williams v. C.R. Bard, Inc., et al / 18-cv-01179
1 message

**Darlene Ambrosine** <darlene.ambrosine@andruswagstaff.com>      Fri, Jun 15, 2018 at 11:43 AM
To: FILTER PPF PFS <filterppf-pfs@nelsonmullins.com>, Wendy Espitia <wespitia@lopezmchugh.com>, karin.scheehle@gknet.com
Cc: Jenni Mobley <jenni.mobley@andruswagstaff.com>, Sarah Wolter <sarah.wolter@andruswagstaff.com>

Counsel,

Please find the Plaintiff Profile Form and medical records for plaintiff Jacqueline C. Williams attached. If you have any difficulty accessing these files, please contact me.

Thank you,
**Darlene Ambrosine**
Bilingual Senior Case Manager
Administradora de Casos Bilingue Mayoritaria

**Andrus Wagstaff, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Toll Free: 866-795-9529
Office: 303-376-6360
Fax: 888-875-2889
www.andruswagstaff.com

*This electronic message transmission, including all attachments, contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you received this in error or are not the intended recipient, please note that federal law prohibits any disclosure, copying, distribution or use of the contents of this information. If you have received this electronic transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication and its attachments.*

📄 **20180614 - Williams, Jacqueline - PPF.pdf**
12128K