**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Andrew Mattle (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   California

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   California

LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

7.    District Court and Division in which venue would be proper absent direct filing:

<u>U.S. District Court – Central District of California (Los Angeles) Division</u>

8.    Defendants (check Defendants against whom Complaint is made):

☒    C.R. Bard Inc.

☒    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒    Diversity of Citizenship

☐    Other: _____

☐    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express (G2® X) Vena Cava Filter

☒    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other:_____

11.    Date of implantation as to each product:

<u>April 11, 2011</u>_____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:       Strict Products Liability – Manufacturing Defect

☒     Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability – Design Defect

☒     Count IV:     Negligence - Design

☒     Count V:      Negligence - Manufacture

☐     Count VI:     Negligence – Failure to Recall/Retrofit

☒     Count VII:    Negligence – Failure to Warn

☒     Count VIII:   Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:      Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:    Fraudulent Misrepresentation

☒     Count XIII:   Fraudulent Concealment

☐     Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:    Loss of Consortium

☐     Count XVI:   Wrongful Death

☐     Count XVII: Survival

☒     Punitive Damages

☐     Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

RESPECTFULLY SUBMITTED this 18th day of April, 2019.

**MARTIN BAUGHMAN, PLLC**

By:   */s/ Ben C. Martin*

Ben C. Martin (TX I.D. No. 13052400)

bmartin@martinbaughman.com

Thomas Wm. Arbon (TX I.D. No. 01284275)

tarbon@martinbaughman.com

3710 Rawlins Street, Suite 1230

Dallas, TX  75219

Telephone: 214.761.6614

Facsimile: 214.744.7590

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Ben C. Martin*
Ben C. Martin