**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Dawson,                   ) | |
|                                   ) | |
|         Plaintiff,                ) | MDL Case No. 2:15-md-02641-DGC |
|                                   ) | |
|         v.                        ) | Civil Action No. 2:19-CV-03648-PHX-DGC |
|                                   ) | |
| Bard Peripheral Vascular, Inc. and C. R. ) | |
| Bard, Inc., et al.,               ) | |
|                                   ) | |
|         Defendant                 | |

## ORDER

Plaintiff's Unopposed Motion for Leave to Amend Complaint is GRANTED.

Plaintiff is hereby given leave to amend her Complaint, as sought in her Motion. Plaintiff's Second Amended Complaint, filed contemporaneously with Plaintiff's Motion for Leave to Amend, is here by deemed filed on the date this Order is signed.

Signed this _____ day of _____, 2019.

**ORDER – Page 1**