# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Relates to Plaintiff: Rick Shaw<br><br>Case No.: CV18-01593-PHX DGC | No. MDL15-02641-PHX-DGC<br><br>**ORDER** |

The Court has received and considered the motion to withdraw as counsel of record for Plaintiff. Doc. 19894.

**IT IS ORDERED** that the motion to withdraw as counsel of record for Plaintiff filed by David Wenner and the law firm of Snyder and Wenner, P.C. (Doc. 19894) is **granted.** David Wenner and the law firm of Snyder and Wenner, P.C. is withdrawn as counsel of record for Plaintiff Rick Shaw.

**IT IS FURTHER ORDERED** that all pleadings, minute entry orders and court orders shall be sent directly to plaintiff at:

Rick Shaw
2540 Fremont St, #119
Las Vegas, NV 89104
Email: liveandletlive1961@gmail.com

Dated this 26th day of August, 2019.

David G. Campbell
Senior United States District Judge