Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-737-1501

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert PLLC
701 North 44th St.
Phoenix, Arizona  85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER NO. 42**<br><br>(Assigned to the Honorable David G. Campbell) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel, that the present deadline for completing videotaped trial testimony of key witnesses for use by counsel who will try cases after remand or transfer, be extended from the current date of September 1, 2019 as ordered in CMO 42 (Doc. 16343) to December 1, 2019.

RESPECTFULLY SUBMITTED this 28th day of August, 2019.

| BEUS GILBERT PLLD | SNELL & WILMER, L.L.P. |
|---|---|
| By: */s/ Ramon Rossi Lopez*<br>Mark S. O'Connor (011029)<br>701 North 44th Street<br>Phoenix, Arizona 85008<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | By: */s/ Richard North* with permission)<br>James R. Condo (005867)<br>Amanda C. Sheridan (027360)<br>One Arizona Center<br>400 E. Van Buren Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Richard B. North, Jr. (*pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (*pro hac vice*)<br>Georgia Bar No. 446986<br>NELSON MULLINS RILEY & SCARBROUGH LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                      */s/ Marilyn B. Wass*