1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **ORDER EXTENDING DEADLINE TO COMPLETE VIDEOTAPED TRIAL TESTIMONY PURSUANT TO CMO 42** |

The Court has reviewed the Parties' Stipulation to Extend the Deadline for Completion of Videotaped Trial Testimony for use by counsel who will try cases after remand or transfer as ordered in CMO 42 (Doc. 16343), to December 1, 2019.

**IT IS ORDERED** that the Stipulation to Extend the Deadline (Doc. _____) is granted.

Dated this _____ day of August 2019.

_____
David G. Campbell
Senior United States District Judge