IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Tobie Raychelle Whipple Christensen

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Kurt Christensen

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Nevada

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Nevada

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Nevada

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court - Northern Nevada Division

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C. R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____
   
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☒ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

- 2 -

|   |   |   |
|---|---|---|
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:

April 9, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect
☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
☒ Count III: Strict Products Liability – Design Defect
☒ Count IV: Negligence - Design
☒ Count V: Negligence - Manufacture
☒ Count VI: Negligence – Failure to Recall/Retrofit
☒ Count VII: Negligence – Failure to Warn
☒ Count VIII: Negligent Misrepresentation
☒ Count IX: Negligence *Per Se*
☒ Count X: Breach of Express Warranty
☒ Count XI: Breach of Implied Warranty
☒ Count XII: Fraudulent Misrepresentation
☒ Count XIII: Fraudulent Concealment
☒ Count XIV: Violations of Applicable Nevada (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☒ Count XV: Loss of Consortium
☐ Count XVI: Wrongful Death
☐ Count XVII: Survival
☒ Punitive Damages

- 3 -

1  ☐   Other(s): _____ (please state the facts
2          supporting this Count in the space immediately below)
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____

9  13.  Jury Trial demanded for all issues so triable?
10     ☒   Yes
11     ☐   No

12  RESPECTFULLY SUBMITTED this <u>29th</u> day of <u>August</u>, 20<u>19</u>.

**[SIGNATURE BLOCK]**

By: <u>/s/ Bill Bradley</u>
[Attorney name/address]
BRADLEY, DRENDEL & JEANNEYM, LTD.
6900 S. McCarran Boulevard, Suite 2000
Reno, Nevada 89509
Phone No. (775) 335-9999
Fax no. (775) 335-9993

I hereby certify that on this <u>29th</u> day of <u>August</u>, 20<u>19</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Erika Gentile</u>

- 4 -