# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC <br><br> **ORDER** |

Pursuant to Case Management Order No. 6, Plaintiffs' Co-Lead Counsel must provide the Court with periodic reports on the fees and expenses submitted by various plaintiffs' counsel for eventual reimbursement from the common fund in this case. Doc. 372 at 13. The Court appointed a Special Master to assist in this regard. Doc. 6404. The reports are due on a biannual basis. Doc. 12204.

The last report the Court received covered the second and third quarters of 2018. A report covering the fourth quarter of 2018 and the first quarter of 2019 has not been provided to the Court. Plaintiffs' Co-Lead Counsel shall file a status report addressing this issue by **September 6, 2019**. The status report may be filed ex parte.

Dated this 29th day of August, 2019.

David G. Campbell
Senior United States District Judge