Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: (480) 429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' UPDATED REPORT CONCERNING PROFILE FORMS** |

1  In an order dated August 7, 2019 (Doc. 19874), the Court directed those Track 3 Plaintiffs who had not filed a proper Plaintiffs' Profile Form ("PPF") to do so on or before August 22, 2019. The Court then directed the parties to submit an updated report concerning those cases in which no proper PPF had yet to be filed.

Attached as Amended Exhibit "K" is an updated list of those cases in which the Plaintiff still has not submitted a proper PPF. Prior to the Court's August 7th order, the Plaintiffs in several of these cases had requested an extension to file the PPF, and the Defendants had agreed. The cases involved are noted on the exhibit. The parties will file a revised exhibit on September 3, 2019 to advise the Court of the status of the profile forms in those cases.

The Defendants believe the cases identified in Amended Exhibit "K" should be dismissed. If the Court would prefer that a separate motion be filed, Defendants stand ready to do so. Plaintiffs co-lead counsel respectfully request that counsel of record for each case listed on amended Exhibit "K" be entitled the opportunity to respond to a separate motion before their case is dismissed.

Respectfully submitted, this 29th day of August, 2019.

LOPEZ McHUGH, LLP

By: *s/ Ramon Rossi Lopez*
　　Ramon Rossi Lopez
　　(admitted *pro hac vice*)
　　CA Bar No. 86361
　　LOPEZ MCHUGH LLP
　　100 Bayview Circle, Suite 5600
　　Newport Beach, California 92660

　　Mark S. O'Connor (011029)
　　BEUS GILBERT PLLC
　　701 N 44th Street
　　Phoenix, Arizona 85008

　　Attorneys for Plaintiffs

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Richard B. North*
　　Richard B. North, Jr. (admitted *pro hac vice*)
　　Georgia Bar No. 545599
　　Matthew B. Lerner (admitted *pro hac vice*)
　　Georgia Bar No. 446986
　　NELSON MULLINS RILEY & SCARBOROUGH LLP
　　201 17th Street, NW / Suite 1700
　　Atlanta, GA 30363

　　James R. Condo (005867)
　　Kristine L. Gallardo (033975)
　　SNELL & WILMER L.L.P.
　　One Arizona Center
　　400 E. Van Buren, Suite 1900
　　Phoenix, Arizona 85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North