# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-3648 PHX DGC |
| Melissa Dawson, <br>       Plaintiff, <br> v. <br> C.R. Bard, Inc. and Bard Peripheral Vascular Inc., <br>       Defendants. | **ORDER** |

Plaintiff has filed an unopposed motion for leave to amend complaint. Doc. 19902.

**IT IS ORDERED** that Plaintiff's unopposed motion for leave to amend complaint (Doc. 19902) is **granted.** Plaintiff shall file her amended complaint on or before **September 4, 2019.**

Dated this 29th day of August, 2019.

David G. Campbell
Senior United States District Judge