# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

The Court has reviewed the parties' stipulation to extend the deadline for completion of videotaped trial testimony pursuant to Case Management Order No. 42 (Doc. 19909).

**IT IS ORDERED** that the parties' stipulation (Doc. 19909) is **granted.** The deadline to complete videotaped trial testimony for use by counsel who will try cases after remand or transfer as ordered in Case Management Order No. 42 is extended to **December 1, 2019**.

Dated this 30th day of August, 2019.

David G. Campbell
Senior United States District Judge