**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark K. Williams,            ) | |
|                              ) | |
|     Plaintiff,     ) | MDL Case No. 2:15-md-02641-DGC |
|                              ) | |
|     v.             ) | Civil Action No.  CV-19-03281-PHX-DGC |
|                              ) | |
| Bard Peripheral Vascular, Inc. and C. R.  ) | |
| Bard, Inc., et al.,          ) | |
|                              ) | |
|     Defendant.     | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: August 29, 2019           /s/ Richard B. North, Jr.
                                *Attorney's signature*

                                Richard B. North, Jr. (Ga. Bar No. 545599)
                                *Printed name and bar number*

                                Nelson Mullins Riley & Scarborough, LLP
                                201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
                                *Address*

                                richard.north@nelsonmullins.com
                                *E-mail Address*

                                (404) 322-6000
                                *Telephone number*

                                (404 322-6050
                                *FAX number*