# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV19-0262 PHX DGC |
| Karen Smith, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 19898

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 19898) is **granted.** Emmett Smith, as the Independent Administrator of the estate of Karen Smith is substituted for Karen Smith, deceased, in this action. Plaintiff shall file an amended complaint with the clerk of Court on or before **September 5, 2019**.

Dated this 30th day of August, 2019.

David G. Campbell
Senior United States District Judge