IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff:<br>Estate of Karen Smith<br>2:19-cv-00262-DGC | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Karen Smith.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Emmett Smith - Independent Administrator.

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Texas.

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Texas.

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Texas.

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Texas - Houston Division.

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☐ G2® Express Vena Cava Filter
    ☐ G2® X Vena Cava Filter
    ☑ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter

|   |   |   |
|---|---|---|
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:
<u>August 15, 2013.</u>

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☑ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☑ | Count III: | Strict Products Liability – Design Defect |
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable <u>Texas</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☑ | | Punitive Damages |

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 3 day of September, 20 19.

**[SIGNATURE BLOCK]**

By: /s/ Robert J. Fenstersheib
[Attorney name/address]
520 W Hallandale Beach Blvd.
Hallandale, FL 33009
rjf@fenstersheib.com

I hereby certify that on this 3 day of September, 20 19, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Robert J. Fenstersheib

- 4 -