**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to: | |
| Julia Nichols | |
| Civil Action No.: 2:17-cv-00868-DGC | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Counsel moves this Court for an Order substituting Matthew R. McCarley of Fears Nachawati, PLLC, in place of, Joseph J. Cappelli of Bern Cappelli.

1. Plaintiff Julia Nichols, requests that she be represented by Matthew R. McCarley of Fears Nachawati, PLLC. (See the Consent Orders Granting Substitution of Attorney, attached hereto as Exhibit A).

2. Joseph J. Cappelli of Bern Cappelli consents to this substitution (See the Consent Orders Granting Substitution of Attorney, attached hereto as Exhibit A).

3. Based on the foregoing, Julia Nichols requests that this Court grant her request for substitution of Matthew R. McCarley of Fears Nachawati, PLLC in this action.

Date:  September 3, 2019              Respectfully submitted,

**FEARS NACHAWATI**

By: */s/ Matthew R. McCarley*
　　　Matthew R. McCarley
　　　Texas Bar No. 24041426
　　　mccarley@fnlawfirm.com
　　**FEARS NACHAWATI, PLLC**
　　5473 Blair road
　　Dallas, TX 75231

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　*/s/ Matthew R. McCarley*
　　　　　　　　　　　　　　　　　　　Matthew R. McCarley