# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Julia Nichols<br><br>Civil Action No.: 2:17-cv-00868-DGC | No. 2:15-MD-02641-PHX-DGC |

## **PROPOSED ORDER**

IT IS ORDERED that Plaintiff's Motion for Substitution of Counsel (Doc.\_\_\_\_\_) is granted. Matthew R. McCarley of Fears Nachawati, PLLC., is substituted in place of Joseph J. Cappelli of Bern Cappelli.

DATED this \_\_\_\_day of _____, 20\_\_\_\_.