# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV17-0868 PHX DGC |
| Julia Nichols, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of counsel. Doc. 20012.

**IT IS ORDERED** that Plaintiffs' motion for substitution of counsel (Doc. 20012) is **granted.** Matthew R. McCarley of Fears Nachawati, PLLC is substituted as counsel of record for Plaintiff Julia Nichols in this action.

Dated this 3rd day of September, 2019.

David G. Campbell
Senior United States District Judge