1
2
3
4

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

5
6
7

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

8

*Attorneys for Plaintiffs*

9
10
11
12
13
14

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

15
16
17
18
19
20
21

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
    SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

22

UNITED STATES DISTRICT COURT

23

DISTRICT OF ARIZONA

24
25
26

| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
| | **THE PARTIES' JOINT REPORT ON THE SETTLEMENT STATUS OF CASES** |

27
28

Pursuant to Case Management Order No. 42 (Doc. 164343), the parties submit this monthly report concerning the settlement status of cases pending in this MDL:

## I.   TRACK 1 CASES

On July 26th, the parties provided the Court with a list of cases that have been resolved in principle pursuant to an executed release or term sheet (Doc. 19798-1). The parties have minimal changes to the Track 1 list.

The following cases have been identified as erroneously listed on Track 1 and should now be listed on Track 2:

- Lisa Smullen v. C. R. Bard, Inc., et al. (CV-15-01900-PHX-DGC)
- Casey Wyatt v. C. R. Bard et al. (CV-15-01628-PHX-DGC)
- Christine Lorthe v. C. R. Bard et al. (CV-15-02446-PHX-DGC)
- Catherine Rowden v. C. R. Bard et al. (CV-15-02091-PHXC-DGC)

The following case was also listed erroneously on Track 1; however, Plaintiff's counsel as recently learned that the Plaintiff has passed away.

- Maureen L. Wallace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District Court of Arizona, Phoenix Division, CV-16-00392-PHX-DGC

For the balance of the cases on Track 1 the parties are continuing their efforts to finalize the settlements.

## II.   TRACK 2 CASES

On July 26th, the parties provided the Court with a list of cases that are the subject of substantive settlement negotiations, with a likelihood of ultimately settling (Doc. 19798-2). One or more of the parties have concluded that further settlement efforts in some of those cases are not warranted at this time and that the cases should move to Track 3. Those cases are listed in Schedule "A" (cases proposed for remand by the JPML) and Schedule "B" (direct-filed cases appropriate for transfer to the designated jurisdiction). Settlement discussions are continuing in the remaining cases previously identified in Track 2. Since the date of the last report, the Defendants' attorneys have collected medical records for over 2800 cases that are currently in Track 2, and have had meetings and discussions with multiple attorneys representing the Plaintiffs, including a mediation concerning hundreds

1    of Track 2 cases.   Those discussions are ongoing, and the parties remain hopeful that many
2    – if not all – of those cases will ultimately be settled before November 1, 2019, when all
3    cases for which neither a release nor term sheet has been executed will be recommended to
4    the JPML for remand or will be transferred under §1404(a) in accordance with CMO No.
5    42 .

6    ### III.    TRACK 3 CASES

7    In Case Management Order No. 42, the Court stated that "[a]ny case in either track
8    may be removed from the track and from this MDL upon counsel for either side concluding
9    that further settlement efforts in the case are not warranted." (Doc. 16343 at 6).   Counsel
10   for one or both sides has made that determination regarding a number of cases.

11   **A. Cases Transferred into the MDL by the JPML**

12   Those cases originally transferred to this MDL by the JPML, which are therefore
13   eligible for remand by the Panel, are listed in Schedule "A".

14   **B. Cases Directly Filed in this Court**

15   Those cases that were direct-filed in this Court and are ripe for transfer to the
16   designated districts are listed in Schedule "B".  This schedule also notes those cases where
17   subject matter jurisdiction does not exist. The parties will file a joint report on September
18   6, 2019: (1) stating what should be done with the Track 3 cases that lack subject matter
19   jurisdiction and (2) addressing the subject matter jurisdiction issues in *Vollick*, CV-17-2588,
20   *Dukes*, CV-19-1348, and *Fuller*, CV-18-1414. (Doc. 19881).  Unless otherwise noted, the
21   jurisdiction identified for transfer is the one listed in the short form complaint.   This
22   schedule further identifies those cases where a complete Profile Form has not been served.
23   The Defendants' respectfully request that the Court enter an order requiring those Plaintiffs
24   who have not served a complete Profile Form to do so within twenty (20) days.

25   The  Defendants  also  request  that  the  remand/transfer  order  for  these  cases
26   specifically preserve their right to challenge venue and personal jurisdiction upon remand,
27   as the Court did in the previous remand/transfer order (Doc. 19899).

28

1        Respectfully submitted, this 3rd of September, 2019.

2    LOPEZ McHUGH, LLP

3

| | |
|---|---|
| LOPEZ McHUGH, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: <u>s/ Ramon Rossi Lopez</u> | By: <u>s/ Richard B. North</u> |
| Ramon Rossi Lopez (admitted *pro hac vice*) CA Bar No. 86361 LOPEZ McHUGH LLP 100 Bayview Circle, Suite 5600 Newport Beach, California 92660 | Richard B. North, Jr. (admitted *pro hac vice*) Georgia Bar No. 545599 Matthew B. Lerner (admitted *pro hac vice*) Georgia Bar No. 446986 NELSON MULLINS RILEY & SCARBOROUGH LLP 201 17th Street, NW / Suite 1700 Atlanta, GA  30363 |
| Mark S. O'Connor (011029) BEUS GILBERT PLLC 701 N 44th Street Phoenix, Arizona 85008 | James R. Condo (005867) Kristine L. Gallardo (033975) SNELL & WILMER L.L.P. One Arizona Center 400 E. Van Buren, Suite 1900 Phoenix, Arizona  85004-2202 |
| Attorneys for Plaintiffs | Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

<u>/s/ Richard B. North</u>