## Schedule A

| Case Caption | Current Civil Action | Transferor Court | Original Civil Action Number | Proper PPF Provided? | Plaintiff Counsel |
|---|---|---|---|---|---|
| Donald E. Yates and Joy E. Yates v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02380-PHX-DGC | CV-15-02380-PHX-DGC | USDC IN, Southern District | 1:15-cv-1466-JMS-DML | YES | Dalimonte Rueb Stoller, LLP - Boston, MA |