IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC<br>MDL NO. 2641 |
| This Document Relates To:<br>Plaintiff Marilyn Glasscock | Civil Case No. 2:19-cv-04167-DGC |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marilyn Glasscock through the undersigned counsel, hereby gives notice that the above-captioned action, Case No. 2:19-cv-04167, is voluntarily dismissed without prejudice, against all defendants.

RESPECTFULLY SUBMITTED this 4th day of September 2019.

**HARE, WYNN, NEWELL & NEWTON**

By: /s/ Don McKenna
Don McKenna
Hare, Wynn, Newell & Newton
2025 Third Avenue North, Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Fax: (205) 324-2165
don@hwnn.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Don McKenna
Don McKenna