1  Ramon Rossi Lopez (admitted *pro hac vice*)
   (CA Bar No. 86361)
2  LOPEZ McHUGH LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, CA 92660
   rlopez@lopezmchugh.com
4
   Mark S. O'Connor (011029)
5  BEUS GILBERT PLLC
   701 N 44th Street
6  Phoenix, AZ 85008
   Telephone: (480) 429-3019
7  moconnor@beusgilbert.com

8  *Attorneys for Plaintiffs*

9  James R. Condo (#005867)
   Kristine L. Gallardo (033975)
10 SNELL & WILMER L.L.P.
   One Arizona Center
11 400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2202
12 Telephone:  602.382.6000
   Facsimile:  602.382.6070
13 jcondo@swlaw.com
   kgallardo@swlaw.com
14
   Richard B. North, Jr. (admitted *pro hac vice*)
15 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
16 Georgia Bar No. 446986
   NELSON MULLINS RILEY &
17    SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
18 Atlanta, GA  30363
   Telephone: 404.322.6000
19 Facsimile: 404.322.6050
   richard.north@nelsonmullins.com
20 matthew.lerner@nelsonmullins.com

21 *Attorneys for Defendants C. R. Bard, Inc. and*
   *Bard Peripheral Vascular, Inc.*

22              UNITED STATES DISTRICT COURT

23                  DISTRICT OF ARIZONA

24 IN RE:  Bard IVC Filters Products          No. 2:15-MD-02641-DGC
   Liability Litigation,
25                                            **THE PARTIES' AMENDED JOINT**
                                              **REPORT ON THE SETTLEMENT**
26                                            **STATUS OF CASES**

27

28

1    Pursuant to Case Management Order No. 42 (Doc. 164343), the parties submit this

2    amended monthly report concerning the settlement status of cases pending in this MDL.

3    The amended report deletes one case that was inadvertently included in Section "I" of the

4    report filed on September 3, 2019 (Doc. 20042).

5    **I.    TRACK 1 CASES**

6    On July 26th, the parties provided the Court with a list of cases that have been

7    resolved in principle pursuant to an executed release or term sheet (Doc. 19798-1).  The

8    parties have minimal changes to the Track 1 list.

9    The following cases have been identified as erroneously listed on Track 1 and should

10   now be listed on Track 2:

11

12   • Lisa Smullen v. C. R. Bard, Inc., et al. (CV-15-01900-PHX-DGC)
     • Casey Wyatt v. C. R. Bard et al. (CV-15-01628-PHX-DGC)
13   • Christine Lorthe v. C. R. Bard et al. (CV-15-02446-PHX-DGC)

14   The following case was also listed erroneously on Track 1; however, Plaintiff's

15   counsel as recently learned that the Plaintiff has passed away.

16   • Maureen L. Wallace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United
       States District Court, District Court of Arizona, Phoenix Division, CV-16-00392-
17     PHX-DGC

18   For the balance of the cases on Track 1 the parties are continuing their efforts to

19   finalize the settlements.

20   **II.   TRACK 2 CASES**

21   On July 26th, the parties provided the Court with a list of cases that are the subject

22   of substantive settlement negotiations, with a likelihood of ultimately settling (Doc. 19798-

23   2).  One or more of the parties have concluded that further settlement efforts in some of

24   those cases are not warranted at this time and that the cases should move to Track 3.  Those

25   cases are listed in Schedule "A" (cases proposed for remand by the JPML) and Schedule

26   "B" (direct-filed cases appropriate for transfer to the designated jurisdiction).  Settlement

27   discussions are continuing in the remaining cases previously identified in Track 2.  Since

28   the date of the last report, the Defendants' attorneys have collected medical records for over

1    2800 cases that are currently in Track 2, and have had meetings and discussions with

2    multiple attorneys representing the Plaintiffs, including a mediation concerning hundreds

3    of Track 2 cases.  Those discussions are ongoing, and the parties remain hopeful that many

4    – if not all – of those cases will ultimately be settled before November 1, 2019, when all

5    cases for which neither a release nor term sheet has been executed will be recommended to

6    the JPML for remand or will be transferred under §1404(a) in accordance with CMO No.

7    42 .

8    **III.    TRACK 3 CASES**

9    In Case Management Order No. 42, the Court stated that "[a]ny case in either track

10   may be removed from the track and from this MDL upon counsel for either side concluding

11   that further settlement efforts in the case are not warranted." (Doc. 16343 at 6).  Counsel

12   for one or both sides has made that determination regarding a number of cases.

13   **A. Cases Transferred into the MDL by the JPML**

14   Those cases originally transferred to this MDL by the JPML, which are therefore

15   eligible for remand by the Panel, are listed in Schedule "A".

16   **B. Cases Directly Filed in this Court**

17   Those cases that were direct-filed in this Court and are ripe for transfer to the

18   designated districts are listed in Schedule "B".  This schedule also notes those cases where

19   subject matter jurisdiction does not exist. The parties will file a joint report on September

20   6, 2019: (1) stating what should be done with the Track 3 cases that lack subject matter

21   jurisdiction and (2) addressing the subject matter jurisdiction issues in *Vollick*, CV-17-2588,

22   *Dukes*, CV-19-1348, and *Fuller*, CV-18-1414. (Doc. 19881).  Unless otherwise noted, the

23   jurisdiction identified for transfer is the one listed in the short form complaint.  This

24   schedule further identifies those cases where a complete Profile Form has not been served.

25   The Defendants' respectfully request that the Court enter an order requiring those Plaintiffs

26   who have not served a complete Profile Form to do so within twenty (20) days.

27

28

1    The Defendants also request that the remand/transfer order for these cases

2 specifically preserve their right to challenge venue and personal jurisdiction upon remand,

3 as the Court did in the previous remand/transfer order (Doc. 19899).

4    Respectfully submitted, this 4th of September, 2019.

5 LOPEZ McHUGH, LLP

6                                              NELSON MULLINS RILEY &
                                               SCARBOROUGH LLP

7 By: *s/ Ramon Rossi Lopez*
      Ramon Rossi Lopez                        By: *s/ Richard B. North*
8     (admitted *pro hac vice*)                    Richard B. North, Jr. (admitted *pro hac vice*)
      CA Bar No. 86361                             Georgia Bar No. 545599
9     LOPEZ MCHUGH LLP                             Matthew B. Lerner (admitted *pro hac vice*)
      100 Bayview Circle, Suite 5600              Georgia Bar No. 446986
10    Newport Beach, California 92660            NELSON MULLINS RILEY &
                                               SCARBOROUGH LLP
11    Mark S. O'Connor (011029)                  201 17th Street, NW / Suite 1700
      BEUS GILBERT PLLC                           Atlanta, GA  30363
12    701 N 44th Street
      Phoenix, Arizona 85008                     James R. Condo (005867)
13                                               Kristine L. Gallardo (033975)
                                               SNELL & WILMER L.L.P.
14    Attorneys for Plaintiffs                   One Arizona Center
                                               400 E. Van Buren, Suite 1900
15                                               Phoenix, Arizona  85004-2202

16                                               Attorneys for C. R. Bard, Inc. and Bard
                                               Peripheral Vascular, Inc.

17

18

19

20

21

22                       **CERTIFICATE OF SERVICE**

23    I hereby certify that on September 4, 2019, the foregoing was electronically filed

24 with the Clerk of Court using the CM/ECF system which will automatically send email

25 notification of such filing to all attorneys of record.

26

27                       /s/ Richard B. North

28