**EXHIBIT K**
**Track 3 Cases**
**Direct-Filed Cases for Which Defendants Have Received No PPF or for Which the PPF is Deficient[1]**

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Andrea Dancy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02016-PHX-DGC | CV-19-02016-PHX-DGC | USDC AR, Eastern District | 3/27/2019 | Miller Firm LLC | NO |
| Rita Rundel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04235-PHX-DGC | CV-19-04235-PHX-DGC | USDC AR, Eastern District | 5/31/2019 | Gallagher & Kennedy, PA | YES |

---

[1] For cases in which the PPF is more than 60 days past due and no PPF was served, the dates of the "past due" letters are identified. For cases in which PPFs were served, but deficient such that Bard cannot identify the place of implant, the dates of the "deficiency" letters are identified.

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Rachel Lyons v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04182-PHX-DGC | CV-19-04182-PHX-DGC | USDC AR, Western District | 5/31/2019 | Martin Baughman, PLLC | NO |
| Lonnie Easton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04274-PHX-DGC | CV-19-04274-PHX-DGC | USDC AZ | 5/31/2019 | Martin Baughman, PLLC | YES |
| Chleora Kay Bergquist v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03942-PHX-DGC | CV-19-03942-PHX-DGC | USDC CA, Northern District | 5/30/2019 | Martin Baughman, PLLC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Alvis Edwards Deeds v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04272-PHX-DGC | CV-19-04272-PHX-DGC | USDC CO | 5/31/2019 | Martin Baughman, PLLC | YES |
| David Stowe v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04270-PHX-DGC | CV-19-04270-PHX-DGC | USDC CT | 5/31/2019 | Martin Baughman, PLLC | NO |
| LisaMonique Wilkins v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, Wilkins CV-19-03932-PHX-DGC | CV-19-03932-PHX-DGC | USDC DC | 5/30/2019 | Martin Baughman, PLLC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Alice Cervantes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00473-PHX-DGC | CV-18-00473-PHX-DGC | USDC FL, Middle District | 2/12/2018 | Pierce Skrabanek Bruera, PLLC | Dismissed Without Prejudice |
| Charles Hill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01620-PHX-DGC | CV-19-01620-PHX-DGC | USDC FL, Middle District | 3/9/2019 | Martin Baughman, PLLC | NO |
| Deborah StJohn, Personal Representative for Sloan Christiansen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03951-PHX-DGC | CV-19-03951-PHX-DGC | USDC FL, Middle District | 5/30/2019 | Driggs, Bills & Day, PC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Michelle Camp, as Personal Representative of the Estate of Eugene J. Moran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United State District Court, District of Arizona, Phoenix Division, CV-19-04275-PHX-DGC | CV-19-04275-PHX-DGC | USDC FL, Middle District | 5/31/2019 | Martin Baughman, PLLC | NO |
| Robert Felder and Laura Felder v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03728-PHX-DGC | CV-19-03728-PHX-DGC | USDC FL, Middle District | 5/29/2019 | Kreindler & Kreindler LLP - Boston, MA | YES |
| Sandra Olio v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03739-PHX-DGC | CV-19-03739-PHX-DGC | USDC FL, Middle District | 5/29/2019 | Driggs, Bills & Day, PC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Tammy L. Young v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03989-PHX-DGC | CV-19-03989-PHX-DGC | USDC FL, Middle District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Terrence M. Hunter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04276-PHX-DGC | CV-19-04276-PHX-DGC | USDC FL, Middle District | 5/31/2019 | Searcy Denney Scarola Barnhart & Shipley, PA | YES |
| Carmen Burgos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02898-PHX-DGC | CV-19-02898-PHX-DGC | USDC FL, Southern District | 5/7/2019 | Reich & Binstock LLP | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Thomas Tsaldaris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03783-PHX-DGC | CV-19-03783-PHX-DGC | USDC FL, Southern District | 5/29/2019 | Driggs, Bills & Day, PC | YES |
| Gayle Bays v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04264-PHX-DGC | CV-19-04264-PHX-DGC | USDC GA, Southern District | 5/31/2019 | Martin Baughman, PLLC | NO |
| Fred Dreesman and Kay Dreesman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04164-PHX-DGC | CV-19-04164-PHX-DGC | USDC IA, Southern District | 5/31/2019 | Parker Waichman, LLP | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Troy McKittrick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03231-PHX-DGC | CV-19-03231-PHX-DGC | USDC IL, Central District | 5/17/2019 | Seideman Law Firm, PC | YES |
| Mark Schmolke v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03770-PHX-DGC | CV-19-03770-PHX-DGC | USDC IL, Northern District | 5/29/2019 | Driggs, Bills & Day, PC | YES |
| Richard West v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03303-PHX-DGC | CV-19-03303-PHX-DGC | USDC IL, Northern District | 5/21/2019 | Princenthal & May, LLC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Rosemary Wightman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03930-PHX-DGC | CV-19-03930-PHX-DGC | USDC IL, Northern District | 5/30/2019 | Martin Baughman, PLLC | NO |
| Phyllis Steinhoff v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03965-PHX-DGC | CV-19-03965-PHX-DGC | USDC KY, Western District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Michael J. Palmer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04227-PHX-DGC | CV-19-04227-PHX-DGC | USDC LA, Eastern District | 5/31/2019 | Gallagher & Kennedy, PA | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Clint Clark, et al v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02646-PHX-DGC | CV-17-02646-PHX-DGC | USDC MO, Eastern District | 2/21/2017 | Driscoll Firm, PC | This is no longer applicable, because PL is a member of the Barton multi-PL action, which has already been remanded |
| David T. Eggen, deceased, et al v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02646-PHX-DGC | CV-17-02646-PHX-DGC | USDC MO, Eastern District | 2/21/2017 | Driscoll Firm, PC | This is no longer applicable, because PL is a member of the Barton multi-PL action, which has already been remanded |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Linda Finney, as Personal Representative for Martine King, deceased, et al v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02646-PHX-DGC | CV-17-02646-PHX-DGC | USDC MO, Eastern District | 2/21/2017 | Driscoll Firm, PC | This is no longer applicable, because PL is a member of the Barton multi-PL action, which has already been remanded |
| Linda M. Taylor, et al v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02646-PHX-DGC | CV-17-02646-PHX-DGC | USDC MO, Eastern District | 2/21/2017 | Driscoll Firm, PC | This is no longer applicable, because PL is a member of the Barton multi-PL action, which has already been remanded |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Naomi Gardner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04294-PHX-DGC | CV-19-04294-PHX-DGC | USDC MO, Eastern District | 5/31/2019 | Martin Baughman, PLLC | YES |
| Kathy Spencer v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03944-PHX-DGC | CV-19-03944-PHX-DGC | USDC MO, Western District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Cassie Wade-Cook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01999-PHX-DGC | CV-18-01999-PHX-DGC | USDC MS, Northern District | 6/26/2018 | Van Wey Law, PLLC | NO |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Jackie Sharon Berryman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04048-PHX-DGC | CV-19-04048-PHX-DGC | USDC MS, Northern District | 5/30/2019 | Martin Baughman, PLLC | NO |
| Samuel Tyson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-04102-PHX-DGC | CV-19-04102-PHX-DGC | USDC MS, Southern District | 5/31/2019 | Jackson Schreiner Law Firm - Overland Park | YES |
| Shari Alaine Maresh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01632-PHX-DGC | CV-19-01632-PHX-DGC | USDC NC, Eastern District | 3/10/2019 | Martin Baughman, PLLC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Kristine Allsbury v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03781-PHX-DGC | CV-19-03781-PHX-DGC | USDC NC, Middle District | 5/29/2019 | Martin Baughman, PLLC | YES |
| Buntricia Bastian v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00369-PHX-DGC | CV-19-00369-PHX-DGC | USDC NV | 1/24/2019 | Martin Baughman, PLLC | YES |
| Joseph Maloney v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03936-PHX-DGC | CV-19-03936-PHX-DGC | USDC NV | 5/30/2019 | Martin Baughman, PLLC | NO |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Kevin Carenza v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03979-PHX-DGC | CV-19-03979-PHX-DGC | USDC NY, Eastern District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Leonard Whitted v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04044-PHX-DGC | CV-19-04044-PHX-DGC | USDC NY, Eastern District | 5/30/2019 | Driggs, Bills & Day, PLLC - Seattle | YES |
| Jimmy Dillard, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04273-PHX-DGC | CV-19-04273-PHX-DGC | USDC NY, Northern District | 5/31/2019 | Martin Baughman, PLLC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| William Seaver Sr. v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03761-PHX-DGC | CV-19-03761-PHX-DGC | USDC NY, Northern District | 5/29/2019 | Driggs, Bills & Day, PC | YES |
| Marie Spencer v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04053-PHX-DGC | CV-19-04053-PHX-DGC | USDC NY, Southern District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Gloria Cleveland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04179-PHX-DGC | CV-19-04179-PHX-DGC | USDC NY, Western District | 5/31/2019 | Martin Baughman, PLLC | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Linda Henry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04218-PHX-DGC | CV-19-04218-PHX-DGC | USDC OH, Southern District | 5/31/2019 | Martin Baughman, PLLC | NO |
| Angela Cummings v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01561-PHX-DGC | CV-18-01561-PHX-DGC | USDC PA, Eastern District | 5/23/2018 | Miller Firm LLC | NO |
| William Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04233-PHX-DGC | CV-19-04233-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | Gallagher & Kennedy, PA | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Clinton Hufnagle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03244-PHX-DGC | CV-19-03244-PHX-DGC | USDC PA, Middle District | 5/17/2019 | Seideman Law Firm, PC | YES |
| Rachel Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04225-PHX-DGC | CV-19-04225-PHX-DGC | USDC PA, Middle District | 5/31/2019 | Gallagher & Kennedy, PA | YES |
| Sean Crosby v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., Untied States District Court, District of Arizona, Phoenix Division, CV-19-03987-PHX-DGC | CV-19-03987-PHX-DGC | USDC PA, Middle District | 5/30/2019 | Driggs, Bills & Day, PLLC - Seattle | NO |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| James O. Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03625-PHX-DGC | CV-19-03625-PHX-DGC | USDC SC | 5/28/2019 | McGowan, Hood, & Felder, LLC | YES |
| LaWanda Smith v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03992-PHX-DGC | CV-19-03992-PHX-DGC | USDC TX, Eastern District | 5/30/2019 | Driggs, Bills & Day, PLLC - Seattle | NO |
| Verlon Freeman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03758-PHX-DGC | CV-19-03758-PHX-DGC | USDC TX, Eastern District | 5/29/2019 | Driggs, Bills & Day, PC | NO |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Carlos Martinez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00595-PHX-DGC | CV-18-00595-PHX-DGC | USDC TX, Northern District | 2/22/2018 | Law Office Of Christopher K Johnston LLC | Dismissed Without Prejudice |
| Dale Anthony Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04058-PHX-DGC | CV-19-04058-PHX-DGC | USDC TX, Northern District | 5/31/2019 | Martin Baughman, PLLC | YES |
| James Shutter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03345-PHX-DGC | CV-19-03345-PHX-DGC | USDC TX, Southern District | 5/21/2019 | Gallagher & Kennedy, PA | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Charles Wand v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02098-PHX-DGC | CV-19-02098-PHX-DGC | USDC TX, Western District | 3/29/2019 | Martin Baughman, PLLC | YES |
| Joe R. Garza v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03449-PHX-DGC | CV-19-03449-PHX-DGC | USDC TX, Western District | 5/24/2019 | Princenthal & May, LLC | NO |
| Juanita M. Chaires v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03463-PHX-DGC | CV-19-03463-PHX-DGC | USDC TX, Western District | 5/24/2019 | Princenthal & May, LLC | NO |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Robert John Allsopp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04049-PHX-DGC | CV-19-04049-PHX-DGC | USDC TX, Western District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Belinda Hankins v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03940-PHX-DGC | CV-19-03940-PHX-DGC | USDC VA, Eastern District | 5/30/2019 | Martin Baughman, PLLC | NO |
| Peggy Clarke v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03727-PHX-DGC | CV-19-03727-PHX-DGC | USDC VA, Eastern District | 5/29/2019 | Kreindler & Kreindler LLP - Boston, MA | YES |
| Barry L. Nowlin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01179-PHX-DGC | CV-19-01179-PHX-DGC | USDC VA, Western District | 2/20/2019 | Hood Law Firm | NO |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Johnie Dalton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04268-PHX-DGC | CV-19-04268-PHX-DGC | USDC VA, Western District | 5/31/2019 | Martin Baughman, PLLC | YES |
| Andrew Tetrault v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01602-PHX-DGC | CV-18-01602-PHX-DGC | USDC WA, Western District | 5/25/2018 | Martin Baughman, PLLC | NO |
| Kelly Kuester v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02904-PHX-DGC | CV-19-02904-PHX-DGC | USDC WI, Eastern District | 5/7/2019 | Reich & Binstock LLP | YES |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|---|
| Michael VanHolt v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03925-PHX-DGC | CV-19-03925-PHX-DGC | USDC WI, Eastern District | 5/30/2019 | Martin Baughman, PLLC | YES |
| Chasity Adkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04261-PHX-DGC | CV-19-04261-PHX-DGC | USDC WV, Southern District | 5/31/2019 | Martin Baughman, PLLC | YES |
| Christina Shepherd v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02906-PHX-DGC | CV-19-02906-PHX-DGC | USDC WV, Southern District | 5/7/2019 | Reich & Binstock LLP | NO |