**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | . | Case No. MDL-15-02641-PHX-DGC |
| | . | |
| | . | |
| This Document Relates to Plaintiff(s): | . | |
| | . | |
| Suzanne LaLonde, Case No.: CV-17-00921-PHX- DGC | . | |
| | . | |
| Sallie Johns, Case No.: CV-17-03201-PHX- DGC | . | |
| | . | |
| Stephen Jaczko, Case No.: CV-18-01724-PHX- DGC | . | |
| | . | |
| Kim Soltys, Case No.: CV-18-01757-PHX- DGC | . | |
| | . | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Michael Frade, Case No.: CV-18-01906-PHX- DGC | . | |
| | . | |
| Catherine Vazquez, Case No.: CV-18-01951-PHX- DGC | . | |
| | . | |
| Carmine Festa, Case No.: CV-18-02099-PHX- DGC | . | |
| | . | |
| Gina Cruzata, Case No.: CV-19-02938-PHX- DGC | . | |
| | . | |
| Christopher Tieslau, Case No.: CV-19-03068-PHX- DGC | . | |
| | . | |
| Neal Bottomley, Case No.: CV-19-03441-PHX- DGC | . | |

**JOINT RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matters are dismissed without prejudice and with each party to bear its own costs.

Date: September 5, 2019.

Respectfully submitted,

**JOHNSON LAW GROUP**                          **NELSON MULLINS RILEY & SCARBOROUGH**

/s/ Clint Reed_____                  /s/ Richard B. North_____
Clint Reed, (TX Bar No.24084674)               Richard B. North, Jr. (GA Bar No. 545599)
2925 Richmond Ave, Suite 1700                  201 17th Street, Ste. 1700, Atlantic Station
Houston, TX 77098                              Atlanta, Georgia 30363
Telephone: (713) 626-9336                      Telephone: (404) 322-6000
Facsimile: (713) 583-9460                      Facsimile: (404) 322-6050
E-mail: ivc@johnsonlawgroup.com                E-mail: Richard.north@nelsonmullins.com

*Attorney for Plaintiffs*                      *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of September 2019, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                        /s/ Clint Reed