## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL-15-02641-PHX-DGC |
| This Document Relates to Plaintiff(s): | |
| Suzanne LaLonde,<br>Case No.: CV-17-00921-PHX- DGC | |
| Sallie Johns,<br>Case No.: CV-17-03201-PHX- DGC | |
| Stephen Jaczko,<br>Case No.: CV-18-01724-PHX- DGC | |
| Kim Soltys,<br>Case No.: CV-18-01757-PHX- DGC | **ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Michael Frade,<br>Case No.: CV-18-01906-PHX- DGC | |
| Catherine Vazquez,<br>Case No.: CV-18-01951-PHX- DGC | |
| Carmine Festa,<br>Case No.: CV-18-02099-PHX- DGC | |
| Gina Cruzata,<br>Case No.: CV-19-02938-PHX- DGC | |
| Christopher Tieslau,<br>Case No.: CV-19-03068-PHX- DGC | |
| Neal Bottomley,<br>Case No.: CV-19-03441-PHX- DGC | |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the above matters are dismissed in their entirety without prejudice as to the refiling of the same and each party shall bear its own costs.

Date: _____         _____

David G. Campbell
United States District Judge