UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No.2:15-MD-02641-DGC |

This Documents Relates to Plaintiff:
Susan Cernosek

Civil Case No. 2:17-cv-02035-DGC

## SUGGESTION OF DEATH

Plaintiff Susan Cernosek, Pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs the Court of her death, which occurred on January 11, 2019.  Plaintiff respectfully informs the Court that a Motion for Substitution of Party will be filed by the appropriate representative of Ms. Cernosek's estate.

DATED: September 5, 2019

Respectfully Submitted,

**THE MAHER LAW FIRM, P.A.**

By: s/ Matthew S. Mokwa
Matthew S. Mokwa (FL Bar No. 47761 )
(admitted *pro hac vice*)
**The Maher Law Firm, P.A.**
271 W. Canton Ave., Suite 1
Winter Park, FL 32789
407-839-0866 (Telephone)
321-304-6039 (Fax)
mmokwa@maherlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Matthew S. Mokwa