**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

The parties have filed an amended joint report on the settlement status of cases. Doc. 20061. The attached Schedule B identifies more than 300 direct-filed cases that have moved from Track 2 (tentative settlement) to Track 3 (not likely to settle). Doc. 20061-2. In 17 cases, no complete plaintiff profile form ("PPF") has been provided to Defendants. *See id.* Defendants request an order requiring Plaintiffs in those cases to provide a complete PPF within 20 days. Doc. 20061 at 3.

Case Management Order No. 5 requires each Plaintiff who directly files a short form complaint in this MDL to provide a PPF to Defendants within 60 days of filing the complaint. Doc. 365 at 1. If no PPF is received within the 60-day period, Defendants were to send an overdue letter to Plaintiff's counsel giving Plaintiff an additional 20 days to provide a PPF. *Id.* at 2. Defendants may seek dismissal of the case if Plaintiff fails to provide a PPF during this grace period. *Id.*

The following Plaintiffs are identified on Schedule B as having not provided a complete PPF (*see* Doc. 20061-2):

| Plaintiffs | Case Numbers | Transfer Venues |
|---|---|---|
| Kelsey D. Doddridge | 2:19-cv-03131 | Ark. E.D. |
| Shontelle Baker | 2:19-cv-04303 | Ariz. |
| Joy Ann Brown | 2:18-cv-04264 | Fla. M.D. |
| Denita E. Alexander-Hamm | 2:19-cv-00192 | Ga. S.D. |
| Brian Hickey | 2:19-cv-04313 | Ill. N.D. |
| John C. Barr | 2:19-cv-04315 | Ill. S.D. |
| Beth Sattizahn | 2:19-cv-04322 | Md. |
| Darnell G. Collins | 2:19-cv-04237 | Md. |
| James D. Fancher | 2:19-cv-04312 | Mo. E.D. |
| Barbara A. Brooks | 2:19-cv-04310 | Miss. S.D. |
| Barbara S. Rossell | 2:18-cv-04307 | N.J. |
| Lori B. Bandor | 2:19-cv-04308 | Ohio N.D. |
| David Allen Fiset (Furman) | 2:19-cv-00198 | Okla. N.D. |
| Joshua Johnson | 2:19-cv-04240 | Tenn. M.D. |
| Raquel Rodriguez | 2:19-cv-03196 | Tenn. M.D. |
| David Roger Alligood | 2:19-cv-03567 | Tex. E.D. |
| Edward Richardson Williams | 2:18-cv-04320 | Tex. E.D. |

These Plaintiffs shall have until **September 24, 2019** to provide a PPF to Defendants. The PPFs shall include the place of filter implant. By **September 26, 2019**, the parties shall file a status report indicating whether a proper PPF has been provided in each case. The Court may dismiss any case in which no proper PPF has been provided.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2019.

David G. Campbell
Senior United States District Judge