**EXHIBIT G: By Date**
**Track 3 Cases**
Direct-Filed Cases That Are NOT Part of Tracks 1 or 2 and Which Have Not Been Served on Defendants

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Andrea Bunker v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01257-PHX-DGC | CV-16-01257-PHX-DGC | USDC MI, Western District | 4/28/2016 | YES | Lockridge Grindal Nauen PLLP |
| Sharon Campeaux v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02076-PHX-DGC | CV-16-02076-PHX-DGC | USDC LA, Eastern District | 6/27/2016 | YES | Law Offices of Dean A Goetz |
| Julie Morris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02402-PHX-DGC | CV-16-02402-PHX-DGC | USDC TN, Western District | 7/19/2016 | YES | Morris Law Firm - Los Angeles, CA |
| Tobie Raychelle Christensen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02901-PHX-DGC | CV-16-02901-PHX-DGC | USDC NV | 8/30/2016 | YES | Bradley, Drendel & Jeanney, Ltd |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Mohamed Mahmoud Ebeid v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03265-PHX-DGC | CV-16-03265-PHX-DGC | USDC TX, Southern District | 9/26/2016 | YES | Andrus Wagstaff, PC |
| Diana Dilisio and Dan Dilisio v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04395-PHX-DGC | CV-16-04395-PHX-DGC | USDC OH, Northern District | 12/15/2016 | YES | Miller Firm LLC |
| Mark Caster and Faye Caster v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04394-PHX-DGC | CV-16-04394-PHX-DGC | USDC PA, Middle District | 12/15/2016 | YES | Miller Firm LLC |
| James Knight v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04396-PHX-DGC | CV-16-04396-PHX-DGC | USDC WY | 12/15/2016 | YES | Miller Firm LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Amy Lappos Ray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01047-PHX-DGC | CV-17-01047-PHX-DGC | USDC CT | 4/9/2017 | YES | Martin Baughman, PLLC |
| Larry Carlson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01684-PHX-DGC | CV-17-01684-PHX-DGC | USDC MN | 5/31/2017 | YES | Benton Law Firm PLLC |
| Larome C. Meadows v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03011-PHX-DGC | CV-17-03011-PHX-DGC | USDC AL, Middle District | 9/5/2017 | YES | Andrus Wagstaff, PC |
| Malena Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04316-PHX-DGC | CV-17-04316-PHX-DGC | USDC FL, Southern District | 11/27/2017 | YES | Lenze Moss, PLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Bernard Bolsar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00597-PHX-DGC | CV-18-00597-PHX-DGC | USDC PA, Middle District | 2/22/2018 | YES | Dudley Law Firm LLC |
| Jacqueline C. Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01179-PHX-DGC | CV-18-01179-PHX-DGC | USDC PA, Middle District | 4/17/2018 | YES | Andrus Wagstaff, PC |
| Bryan Aegerter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01411-PHX-DGC | CV-18-01411-PHX-DGC | USDC MN | 5/8/2018 | YES | Solberg Stewart MIller |
| Julie Fuller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01414-PHX-DGC | CV-18-01414-PHX-DGC | USDC NJ | 5/8/2018 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Cheryl ONeill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03128-PHX-DGC | CV-18-03128-PHX-DGC | USDC CA, Central District | 10/2/2018 | YES | Princenthal & May, LLC |
| Crissie Mae Huey-Tuger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03122-PHX-DGC | CV-18-03122-PHX-DGC | USDC TX, Northern District | 10/2/2018 | YES | Martin Baughman, PLLC |
| Lewis Allen James v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03919-PHX-DGC | CV-18-03919-PHX-DGC | USDC NC, Western District | 11/7/2018 | YES | Law Office Of Christopher K Johnston LLC |
| Helen Moran, as Personal Representative of the Estate of Cutis Moran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04770-PHX-DGC | CV-18-04770-PHX-DGC | USDC MD | 12/19/2018 | YES | Morris Law Firm - Burbank, CA |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Margie Cornelius, as Personal Representative of the Estate of Louise Tapper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02716-PHX-DGC | CV-19-02716-PHX-DGC | USDC FL, Middle District | 4/29/2019 | Counsel for Plaintiff Cornelius has indicated the case will be dismissed | Bruera Law Firm, PLLC |
| Melissa E. Rogers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03243-PHX-DGC | CV-19-03243-PHX-DGC | USDC AL, Southern District | 5/17/2019 | YES | Seideman Law Firm, PC |
| Donald Nance v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03219-PHX-DGC | CV-19-03219-PHX-DGC | USDC MI, Eastern District | 5/17/2019 | YES | Seideman Law Firm, PC |
| Gwendolyn Wilson-Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03236-PHX-DGC | CV-19-03236-PHX-DGC | USDC NV | 5/17/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Joseph Rodriguez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03221-PHX-DGC | CV-19-03221-PHX-DGC | USDC TX, Northern District | 5/17/2019 | YES | Seideman Law Firm, PC |
| Valencia Whitehead v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03222-PHX-DGC | CV-19-03222-PHX-DGC | USDC VA, Eastern District | 5/17/2019 | YES | Seideman Law Firm, PC |
| Theodore Hamilton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03277-PHX-DGC | CV-19-03277-PHX-DGC | USDC AR, Western District | 5/20/2019 | YES | Seideman Law Firm, PC |
| Wanda Blevins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03278-PHX-DGC | CV-19-03278-PHX-DGC | USDC GA, Northern District | 5/20/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Eric Ramirez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03280-PHX-DGC | CV-19-03280-PHX-DGC | USDC TX, Western District | 5/20/2019 | YES | Seideman Law Firm, PC |
| Mark Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03281-PHX-DGC | CV-19-03281-PHX-DGC | USDC TX, Western District | 5/20/2019 | YES | Seideman Law Firm, PC |
| Terrance Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03279-PHX-DGC | CV-19-03279-PHX-DGC | USDC VA, Eastern District | 5/20/2019 | YES | Seideman Law Firm, PC |
| John Kirnbauer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03324-PHX-DGC | CV-19-03324-PHX-DGC | USDC AL, Northern District | 5/21/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Robert Belknap v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03321-PHX-DGC | CV-19-03319-PHX-DGC | USDC FL, Middle District | 5/21/2019 | YES | Seideman Law Firm, PC |
| Dwight Campos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03325-PHX-DGC | CV-19-03325-PHX-DGC | USDC FL, Southern District | 5/21/2019 | YES | Seideman Law Firm, PC |
| Michael Bowen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03322-PHX-DGC | CV-19-03322-PHX-DGC | USDC IL, Northern District | 5/21/2019 | YES | Seideman Law Firm, PC |
| Sharon Butler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03321-PHX-DGC | CV-19-03321-PHX-DGC | USDC MS, Northern District | 5/21/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Gary OBrine v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03542-PHX-DGC | CV-19-03542-PHX-DGC | USDC CA, Eastern District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Eddy Hupp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03541-PHX-DGC | CV-19-03541-PHX-DGC | USDC ID | 5/26/2019 | YES | Seideman Law Firm, PC |
| Ann Benvenuto v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03539-PHX-DGC | CV-19-03539-PHX-DGC | USDC MA | 5/26/2019 | YES | Seideman Law Firm, PC |
| Willie Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03546-PHX-DGC | CV-19-03546-PHX-DGC | USDC NY, Eastern District | 5/26/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Tonya Best v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03543-PHX-DGC | CV-19-03543-PHX-DGC | USDC NY, Southern District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Charles Prouty v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03545-PHX-DGC | CV-19-03545-PHX-DGC | USDC OH, Southern District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Judith Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03540-PHX-DGC | CV-19-03540-PHX-DGC | USDC TX, Western District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Tammy Young v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03544-PHX-DGC | CV-19-03544-PHX-DGC | USDC VA, Western District | 5/26/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| James Armstrong v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03556-PHX-DGC | CV-19-03556-PHX-DGC | USDC AL, Middle District | 5/27/2019 | YES | Seideman Law Firm, PC |
| William James, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03551-PHX-DGC | CV-19-03551-PHX-DGC | USDC DC | 5/27/2019 | YES | Seideman Law Firm, PC |
| Eleanor Cotton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03559-PHX-DGC | CV-19-03559-PHX-DGC | USDC FL, Middle District | 5/27/2019 | YES | Seideman Law Firm, PC |
| Dennis Dahl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03554-PHX-DGC | CV-19-03554-PHX-DGC | USDC IL, Northern District | 5/27/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Kimberly Kunkle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03555-PHX-DGC | CV-19-03555-PHX-DGC | USDC NV | 5/27/2019 | YES | Seideman Law Firm, PC |
| Jean Jones v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03558-PHX-DGC | CV-19-03558-PHX-DGC | USDC SC | 5/27/2019 | YES | Seideman Law Firm, PC |
| Gerald Gray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03557-PHX-DGC | CV-19-03557-PHX-DGC | USDC VA, Western District | 5/27/2019 | YES | Seideman Law Firm, PC |
| Eloise Coleman v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03826-PHX-DGC | CV-19-03826-PHX-DGC | USDC AR, Eastern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Anease Nelson-Travis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03984-PHX-DGC | CV-19-03984-PHX-DGC | USDC FL, Northern District | 5/30/2019 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Pamela Charles v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03822-PHX-DGC | CV-19-03822-PHX-DGC | USDC FL, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Steven Bentley v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03849-PHX-DGC | CV-19-03849-PHX-DGC | USDC MD | 5/30/2019 | YES | Seideman Law Firm, PC |
| Ariel Barnes Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03862-PHX-DGC | CV-19-03862-PHX-DGC | USDC MS, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| David Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03853-PHX-DGC | CV-19-03853-PHX-DGC | USDC NC, Western District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Peggy Collins v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03953-PHX-DGC | CV-19-03953-PHX-DGC | USDC NV | 5/30/2019 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Timmy Ale Cole, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03824-PHX-DGC | CV-19-03824-PHX-DGC | USDC TN, Western District | 5/30/2019 | YES | Seideman Law Firm, PC |
| John Pledger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03871-PHX-DGC | CV-19-03871-PHX-DGC | USDC TX, Northern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| John Flores v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04038-PHX-DGC | CV-19-04038-PHX-DGC | USDC TX, Southern District | 5/30/2019 | YES | Martin Baughman, PLLC |
| Loretta Sackett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03828-PHX-DGC | CV-19-03828-PHX-DGC | USDC TX, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Lester Thatcher v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03873-PHX-DGC | CV-19-03873-PHX-DGC | USDC VA, Western District | 5/30/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Retta Rhodes v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03950-PHX-DGC | CV-19-03950-PHX-DGC | USDC WV, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Tyler Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04230-PHX-DGC | CV-19-04230-PHX-DGC | USDC AR, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Lauro Vargas Caldera v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04266-PHX-DGC | CV-19-04266-PHX-DGC | USDC AZ | 5/31/2019 | YES | Martin Baughman, PLLC |
| Catherine Finn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04118-PHX-DGC | CV-19-04118-PHX-DGC | USDC CA, Central District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Scott Nichol v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04279-PHX-DGC | CV-19-04279-PHX-DGC | USDC CA, Northern District | 5/31/2019 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Holly Wingate v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04277-PHX-DGC | CV-19-04277-PHX-DGC | USDC DE | 5/31/2019 | YES | Martin Baughman, PLLC |
| Holly Reeser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04257-PHX-DGC | CV-19-04257-PHX-DGC | USDC FL, Middle District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Shannon Wright v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04188-PHX-DGC | CV-19-04188-PHX-DGC | USDC FL, Middle District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Lisa Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04123-PHX-DGC | CV-19-04123-PHX-DGC | USDC GA, Middle District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| James Cook, II v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04145-PHX-DGC | CV-19-04146-PHX-DGC | USDC IA, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Jean Dupree v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04139-PHX-DGC | CV-19-04139-PHX-DGC | USDC LA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Nancy Cunha v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04224-PHX-DGC | CV-19-04224-PHX-DGC | USDC MA | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Daniel Laurie v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04195-PHX-DGC | CV-19-04195-PHX-DGC | USDC MD | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Mario Newton-Handy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04137-PHX-DGC | CV-19-04137-PHX-DGC | USDC MO, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Pamela Manogin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04134-PHX-DGC | CV-19-04134-PHX-DGC | USDC MS, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Javier Chavez v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04111-PHX-DGC | CV-19-04111-PHX-DGC | USDC NM | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Paul Avignone v. C.R. Bard, Inc., and Bard Pheripheral Vascular, Inc., United States Court, District of Arizona, Phoenix Division, CV-19-04105-PHX-DGC | CV-19-04105-PHX-DGC | USDC NY, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Brandon Underwood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04207-PHX-DGC | CV-19-04207-PHX-DGC | USDC OH, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Deberah Nightingale v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04220-PHX-DGC | CV-19-04220-PHX-DGC | USDC OK, Western District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Nancy Huhn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04138-PHX-DGC | CV-19-04138-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Deborah Iswalt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04239-PHX-DGC | CV-19-04239-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Kathleen Jones v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04132-PHX-DGC | CV-19-04132-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Michael Patches v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04156-PHX-DGC | CV-19-04156-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Hercules Huggins, as Personal Representative of the Estate of Susanne Huggins v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04071-PHX-DGC | CV-19-04071-PHX-DGC | USDC SC | 5/31/2019 | YES | McGowan, Hood, & Felder, LLC |
| Tammie Manigo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04185-PHX-DGC | CV-19-04185-PHX-DGC | USDC SC | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Virgil L. Henderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04133-PHX-DGC | CV-19-04133-PHX-DGC | USDC TN, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| David Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04219-PHX-DGC | CV-19-04219-PHX-DGC | USDC TN, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Mechelle Humphrey v. C. R. Bard, Inc. v. Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-04144-PHX-DGC | CV-19-04144-PHX-DGC | USDC TX, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Derreck Salas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04258-PHX-DGC | CV-19-04258-PHX-DGC | USDC TX, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Zachary Allan Chapman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04213-PHX-DGC | CV-19-04213-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Josephine Hampton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04154-PHX-DGC | CV-19-04154-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Joseph Rivera v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04302-PHX-DGC | CV-19-04302-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Cynthia Woods v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04147-PHX-DGC | CV-19-04147-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Latysha Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04278-PHX-DGC | CV-19-04278-PHX-DGC | USDC TX, Southern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Justin Fischer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04121-PHX-DGC | CV-19-04121-PHX-DGC | USDC WA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| James Hermes v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04113-PHX-DGC | CV-19-04113-PHX-DGC | USDC WI, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Todd Scharrer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04223-PHX-DGC | CV-19-04223-PHX-DGC | USDC WI, Eastern District | 5/31/2019 | YES | Martin Baughman, PLLC |