**EXHIBIT G: By District**
**Track 3 Cases**
Direct-Filed Cases That Are NOT Part of Tracks 1 or 2 and Which Have Not Been Served on Defendants

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Larome C. Meadows v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03011-PHX-DGC | CV-17-03011-PHX-DGC | USDC AL, Middle District | 9/5/2017 | YES | Andrus Wagstaff, PC |
| James Armstrong v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03556-PHX-DGC | CV-19-03556-PHX-DGC | USDC AL, Middle District | 5/27/2019 | YES | Seideman Law Firm, PC |
| John Kirnbauer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03324-PHX-DGC | CV-19-03324-PHX-DGC | USDC AL, Northern District | 5/21/2019 | YES | Seideman Law Firm, PC |
| Melissa E. Rogers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03243-PHX-DGC | CV-19-03243-PHX-DGC | USDC AL, Southern District | 5/17/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Eloise Coleman v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03826-PHX-DGC | CV-19-03826-PHX-DGC | USDC AR, Eastern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Tyler Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04230-PHX-DGC | CV-19-04230-PHX-DGC | USDC AR, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Theodore Hamilton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03277-PHX-DGC | CV-19-03277-PHX-DGC | USDC AR, Western District | 5/20/2019 | YES | Seideman Law Firm, PC |
| Lauro Vargas Caldera v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04266-PHX-DGC | CV-19-04266-PHX-DGC | USDC AZ | 5/31/2019 | YES | Martin Baughman, PLLC |
| Cheryl ONeill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03128-PHX-DGC | CV-18-03128-PHX-DGC | USDC CA, Central District | 10/2/2018 | YES | Princenthal & May, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Catherine Finn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04118-PHX-DGC | CV-19-04118-PHX-DGC | USDC CA, Central District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Gary OBrine v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03542-PHX-DGC | CV-19-03542-PHX-DGC | USDC CA, Eastern District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Scott Nichol v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04279-PHX-DGC | CV-19-04279-PHX-DGC | USDC CA, Northern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Amy Lappos Ray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01047-PHX-DGC | CV-17-01047-PHX-DGC | USDC CT | 4/9/2017 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| William James, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03551-PHX-DGC | CV-19-03551-PHX-DGC | USDC DC | 5/27/2019 | YES | Seideman Law Firm, PC |
| Holly Wingate v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04277-PHX-DGC | CV-19-04277-PHX-DGC | USDC DE | 5/31/2019 | YES | Martin Baughman, PLLC |
| Margie Cornelius, as Personal Representative of the Estate of Louise Tapper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02716-PHX-DGC | CV-19-02716-PHX-DGC | USDC FL, Middle District | 4/29/2019 | Counsel for Plaintiff Cornelius has indicated the case will be dismissed | Bruera Law Firm, PLLC |
| Robert Belknap v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03321-PHX-DGC | CV-19-03319-PHX-DGC | USDC FL, Middle District | 5/21/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Eleanor Cotton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03559-PHX-DGC | CV-19-03559-PHX-DGC | USDC FL, Middle District | 5/27/2019 | YES | Seideman Law Firm, PC |
| Holly Reeser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04257-PHX-DGC | CV-19-04257-PHX-DGC | USDC FL, Middle District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Shannon Wright v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04188-PHX-DGC | CV-19-04188-PHX-DGC | USDC FL, Middle District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Anease Nelson-Travis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03984-PHX-DGC | CV-19-03984-PHX-DGC | USDC FL, Northern District | 5/30/2019 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Malena Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04316-PHX-DGC | CV-17-04316-PHX-DGC | USDC FL, Southern District | 11/27/2017 | YES | Lenze Moss, PLC |
| Dwight Campos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03325-PHX-DGC | CV-19-03325-PHX-DGC | USDC FL, Southern District | 5/21/2019 | YES | Seideman Law Firm, PC |
| Pamela Charles v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03822-PHX-DGC | CV-19-03822-PHX-DGC | USDC FL, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Lisa Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04123-PHX-DGC | CV-19-04123-PHX-DGC | USDC GA, Middle District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Wanda Blevins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03278-PHX-DGC | CV-19-03278-PHX-DGC | USDC GA, Northern District | 5/20/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| James Cook, II v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04145-PHX-DGC | CV-19-04146-PHX-DGC | USDC IA, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Eddy Hupp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03541-PHX-DGC | CV-19-03541-PHX-DGC | USDC ID | 5/26/2019 | YES | Seideman Law Firm, PC |
| Michael Bowen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03322-PHX-DGC | CV-19-03322-PHX-DGC | USDC IL, Northern District | 5/21/2019 | YES | Seideman Law Firm, PC |
| Dennis Dahl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03554-PHX-DGC | CV-19-03554-PHX-DGC | USDC IL, Northern District | 5/27/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Sharon Campeaux v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02076-PHX-DGC | CV-16-02076-PHX-DGC | USDC LA, Eastern District | 6/27/2016 | YES | Law Offices of Dean A Goetz |
| Jean Dupree v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04139-PHX-DGC | CV-19-04139-PHX-DGC | USDC LA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Ann Benvenuto v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03539-PHX-DGC | CV-19-03539-PHX-DGC | USDC MA | 5/26/2019 | YES | Seideman Law Firm, PC |
| Nancy Cunha v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04224-PHX-DGC | CV-19-04224-PHX-DGC | USDC MA | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Helen Moran, as Personal Representative of the Estate of Cutis Moran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04770-PHX-DGC | CV-18-04770-PHX-DGC | USDC MD | 12/19/2018 | YES | Morris Law Firm - Burbank, CA |
| Steven Bentley v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03849-PHX-DGC | CV-19-03849-PHX-DGC | USDC MD | 5/30/2019 | YES | Seideman Law Firm, PC |
| Daniel Laurie v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04195-PHX-DGC | CV-19-04195-PHX-DGC | USDC MD | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Donald Nance v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03219-PHX-DGC | CV-19-03219-PHX-DGC | USDC MI, Eastern District | 5/17/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Andrea Bunker v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01257-PHX-DGC | CV-16-01257-PHX-DGC | USDC MI, Western District | 4/28/2016 | YES | Lockridge Grindal Nauen PLLP |
| Larry Carlson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01684-PHX-DGC | CV-17-01684-PHX-DGC | USDC MN | 5/31/2017 | YES | Benton Law Firm PLLC |
| Bryan Aegerter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01411-PHX-DGC | CV-18-01411-PHX-DGC | USDC MN | 5/8/2018 | YES | Solberg Stewart MIller |
| Mario Newton-Handy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04137-PHX-DGC | CV-19-04137-PHX-DGC | USDC MO, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Sharon Butler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03321-PHX-DGC | CV-19-03321-PHX-DGC | USDC MS, Northern District | 5/21/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Pamela Manogin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04134-PHX-DGC | CV-19-04134-PHX-DGC | USDC MS, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Ariel Barnes Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03862-PHX-DGC | CV-19-03862-PHX-DGC | USDC MS, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Lewis Allen James v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03919-PHX-DGC | CV-18-03919-PHX-DGC | USDC NC, Western District | 11/7/2018 | YES | Law Office Of Christopher K Johnston LLC |
| David Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03853-PHX-DGC | CV-19-03853-PHX-DGC | USDC NC, Western District | 5/30/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Julie Fuller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01414-PHX-DGC | CV-18-01414-PHX-DGC | USDC NJ | 5/8/2018 | YES | Krause & Kinsman, LLC |
| Javier Chavez v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04111-PHX-DGC | CV-19-04111-PHX-DGC | USDC NM | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Tobie Raychelle Christensen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02901-PHX-DGC | CV-16-02901-PHX-DGC | USDC NV | 8/30/2016 | YES | Bradley, Drendel & Jeanney, Ltd |
| Gwendolyn Wilson-Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03236-PHX-DGC | CV-19-03236-PHX-DGC | USDC NV | 5/17/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Kimberly Kunkle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03555-PHX-DGC | CV-19-03555-PHX-DGC | USDC NV | 5/27/2019 | YES | Seideman Law Firm, PC |
| Peggy Collins v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03953-PHX-DGC | CV-19-03953-PHX-DGC | USDC NV | 5/30/2019 | YES | Martin Baughman, PLLC |
| Willie Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03546-PHX-DGC | CV-19-03546-PHX-DGC | USDC NY, Eastern District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Paul Avignone v. C.R. Bard, Inc., and Bard Pheripheral Vascular, Inc., United States Court, District of Arizona, Phoenix Division, CV-19-04105-PHX-DGC | CV-19-04105-PHX-DGC | USDC NY, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Tonya Best v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03543-PHX-DGC | CV-19-03543-PHX-DGC | USDC NY, Southern District | 5/26/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Diana Dilisio and Dan Dilisio v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04395-PHX-DGC | CV-16-04395-PHX-DGC | USDC OH, Northern District | 12/15/2016 | YES | Miller Firm LLC |
| Brandon Underwood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04207-PHX-DGC | CV-19-04207-PHX-DGC | USDC OH, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Charles Prouty v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03545-PHX-DGC | CV-19-03545-PHX-DGC | USDC OH, Southern District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Deberah Nightingale v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04220-PHX-DGC | CV-19-04220-PHX-DGC | USDC OK, Western District | 5/31/2019 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Nancy Huhn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04138-PHX-DGC | CV-19-04138-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Deborah Iswalt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04239-PHX-DGC | CV-19-04239-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Kathleen Jones v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04132-PHX-DGC | CV-19-04132-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Michael Patches v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04156-PHX-DGC | CV-19-04156-PHX-DGC | USDC PA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Mark Caster and Faye Caster v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04394-PHX-DGC | CV-16-04394-PHX-DGC | USDC PA, Middle District | 12/15/2016 | YES | Miller Firm LLC |
| Bernard Bolsar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00597-PHX-DGC | CV-18-00597-PHX-DGC | USDC PA, Middle District | 2/22/2018 | YES | Dudley Law Firm LLC |
| Jacqueline C. Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01179-PHX-DGC | CV-18-01179-PHX-DGC | USDC PA, Middle District | 4/17/2018 | YES | Andrus Wagstaff, PC |
| Jean Jones v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03558-PHX-DGC | CV-19-03558-PHX-DGC | USDC SC | 5/27/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Hercules Huggins, as Personal Representative of the Estate of Susanne Huggins v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04071-PHX-DGC | CV-19-04071-PHX-DGC | USDC SC | 5/31/2019 | YES | McGowan, Hood, & Felder, LLC |
| Tammie Manigo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04185-PHX-DGC | CV-19-04185-PHX-DGC | USDC SC | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Virgil L. Henderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04133-PHX-DGC | CV-19-04133-PHX-DGC | USDC TN, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| David Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04219-PHX-DGC | CV-19-04219-PHX-DGC | USDC TN, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Julie Morris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02402-PHX-DGC | CV-16-02402-PHX-DGC | USDC TN, Western District | 7/19/2016 | YES | Morris Law Firm - Los Angeles, CA |
| Timmy Ale Cole, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03824-PHX-DGC | CV-19-03824-PHX-DGC | USDC TN, Western District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Mechelle Humphrey v. C. R. Bard, Inc. v. Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-04144-PHX-DGC | CV-19-04144-PHX-DGC | USDC TX, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Derreck Salas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04258-PHX-DGC | CV-19-04258-PHX-DGC | USDC TX, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Crissie Mae Huey-Tuger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03122-PHX-DGC | CV-18-03122-PHX-DGC | USDC TX, Northern District | 10/2/2018 | YES | Martin Baughman, PLLC |
| Joseph Rodriguez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03221-PHX-DGC | CV-19-03221-PHX-DGC | USDC TX, Northern District | 5/17/2019 | YES | Seideman Law Firm, PC |
| John Pledger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03871-PHX-DGC | CV-19-03871-PHX-DGC | USDC TX, Northern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Zachary Allan Chapman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04213-PHX-DGC | CV-19-04213-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Josephine Hampton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04154-PHX-DGC | CV-19-04154-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Joseph Rivera v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04302-PHX-DGC | CV-19-04302-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Cynthia Woods v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04147-PHX-DGC | CV-19-04147-PHX-DGC | USDC TX, Northern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| Mohamed Mahmoud Ebeid v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03265-PHX-DGC | CV-16-03265-PHX-DGC | USDC TX, Southern District | 9/26/2016 | YES | Andrus Wagstaff, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| John Flores v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04038-PHX-DGC | CV-19-04038-PHX-DGC | USDC TX, Southern District | 5/30/2019 | YES | Martin Baughman, PLLC |
| Loretta Sackett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03828-PHX-DGC | CV-19-03828-PHX-DGC | USDC TX, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Latysha Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04278-PHX-DGC | CV-19-04278-PHX-DGC | USDC TX, Southern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Eric Ramirez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03280-PHX-DGC | CV-19-03280-PHX-DGC | USDC TX, Western District | 5/20/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Mark Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03281-PHX-DGC | CV-19-03281-PHX-DGC | USDC TX, Western District | 5/20/2019 | YES | Seideman Law Firm, PC |
| Judith Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03540-PHX-DGC | CV-19-03540-PHX-DGC | USDC TX, Western District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Valencia Whitehead v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03222-PHX-DGC | CV-19-03222-PHX-DGC | USDC VA, Eastern District | 5/17/2019 | YES | Seideman Law Firm, PC |
| Terrance Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03279-PHX-DGC | CV-19-03279-PHX-DGC | USDC VA, Eastern District | 5/20/2019 | YES | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Tammy Young v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03544-PHX-DGC | CV-19-03544-PHX-DGC | USDC VA, Western District | 5/26/2019 | YES | Seideman Law Firm, PC |
| Gerald Gray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03557-PHX-DGC | CV-19-03557-PHX-DGC | USDC VA, Western District | 5/27/2019 | YES | Seideman Law Firm, PC |
| Lester Thatcher v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03873-PHX-DGC | CV-19-03873-PHX-DGC | USDC VA, Western District | 5/30/2019 | YES | Seideman Law Firm, PC |
| Justin Fischer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04121-PHX-DGC | CV-19-04121-PHX-DGC | USDC WA, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |
| James Hermes v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04113-PHX-DGC | CV-19-04113-PHX-DGC | USDC WI, Eastern District | 5/31/2019 | YES | Krause & Kinsman, LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Date Complaint Was Filed | Case Served | Plaintiff Counsel |
|---|---|---|---|---|---|
| Todd Scharrer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04223-PHX-DGC | CV-19-04223-PHX-DGC | USDC WI, Eastern District | 5/31/2019 | YES | Martin Baughman, PLLC |
| Retta Rhodes v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03950-PHX-DGC | CV-19-03950-PHX-DGC | USDC WV, Southern District | 5/30/2019 | YES | Seideman Law Firm, PC |
| James Knight v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04396-PHX-DGC | CV-16-04396-PHX-DGC | USDC WY | 12/15/2016 | YES | Miller Firm LLC |